Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0029

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--SunCoast Building Materials, Inc.
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Orange** )

**Name of Server:** **Anthony Lu**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **6** day of **October**, 20 **11**, at **3:54** o'clock **P** M

**Place of Service:** at **11320 Satellite Blvd.**, in **Orlando, FL 32837**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**
**Exhibit A; Exhibit B**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**SunCoast Building Materials, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Larry Scott, Office Manager**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **White**; Facial Hair **No**
Approx. Age **55**; Approx. Height **5'10"**; Approx. Weight **220**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **10** day of **October**, 20 **11**

10-10-11

Signature of Server
Anthony Lu #7053
APS International, Ltd.

Notary Public          (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission #DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.