UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * | MDL No.: 2047 <br><br> SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * <br> * | JUDGE FALLON |
| *Abner, et al. vs. Taishan Gypsum Co., Ltd, et al.;* <br> *U.S.D.C. (So.Div. Santa Ana) 8:11-cv-01787-DOC-RNB* | * <br> * <br> * | MAG. JUDGE BLOCK |

**************************************************

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, subject to all reservation of rights and without waiver of any defenses, Carroll H. Sullivan, of the law firm of Scott, Sullivan, Streetman & Fox, P.C., 56 St. Joseph Street, Regions Bank Building, 10th Floor, Mobile, Alabama 36602, Telephone: (251) 433-1346, Facsimile: (251) 433-1086, E-mail address: csullivan@scottsullivanlaw.com, Trial Attorney ("TA") and hereby enters his appearance as counsel of record for Defendant ACE Home Center, Inc., in the above-captioned matter. Please update and add undersigned counsel to all your service and distribution lists in this case.

Respectfully submitted,

 /s/ Carroll H. Sullivan
CARROLL H. SULLIVAN (Trial Attorney)
(E-mail: csullivan@scottsullivanlaw.com)

SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
56 St. Joseph Street
Regions Bank Building, 10 Floor
Mobile, Alabama 36633
Telephone: (251) 433-1346
Facsimile: (251) 433-1086
Toll Free: (800) 239-6733
*Attorney for Defendant ACE Home Center, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of December, 2011.

                                                                             */s/   Carroll H. Sullivan*
                                                                             CARROLL H. SULLIVAN