UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 09-2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO ALL CASES AND | | |
| | | JUDGE: FALLON |
| Payton, et al. v. Knauf Gips, KG, et al. Case No. 2:09-cv-07628 (E.D.La.) | * | MAG. JUDGE WILKINSON |
| | * | |
| Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. Case No. 2:10-cv-00361 (E.D. La.) | * | |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. Case No. 2:09-cv-6690 (E.D. La) | * | |
| | | |
| Rogers, et al. v. Knauf GIPS KG, et al. Case No. 2:10-cv-00362 (E.D. La.) | * | |
| | * | |
| Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Case No. 2:11-cv-080 (E.D. La.) | * | |
| | * | |
| Abreu, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG Case No. 2:11-cv-252 (E.D. La.) | * | |
| | * | |
| Haya, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Case No. 11-cv-1077 (E.D. La.) | * | |
| | * | |
| Block, et al. v. Gerbrueder Knauf Verwaltungsgesellschaft, KG et al. Case No. 11-cv-1363 (E.D. La.) | * | |

* * * * * * * * * * * * * * * * * * * **

BAILEY LUMBER & SUPPLY COMPANY'S
RESPONSE TO PLAINTIFFS' OMNIBUS MOTION
FOR PRELIMINARY DEFAULT JUDGMENT

MAY IT PLEASE THE COURT:

Plaintiffs' Steering Committee ("PSC") has filed an Omnibus Motion for Preliminary

Default Judgment (Doc. 11234; hereinafter the "Motion") seeking entry of preliminary default judgments against numerous defendants who they assert have failed to timely enter an appearance after service of the above captioned Omnibus Class Action Complaints.

Bailey Lumber & Supply Company ("Bailey") has been named defendant in several of the Omnibus Class Actions and has entered a timely appearance in each of those cases.[1] In accordance with Pre-Trial Order IG (Doc. #3348) and Pre-Trial Order IH (Doc. #6083), responsive pleadings are not due in any Omnibus Class Action because the PSC has not filed its Notice of Completion of Amendments to Omni Complaints and Master Complaint.

The Motion is not directed against Bailey, however it is directed against a defunct entity with a similar name - Bailey Lumber & Supply Company of Biloxi ("Bailey/Biloxi") named defendant in the *Gross* and *Amato* actions.[2] The PSC was notified by letter dated July 13, 2010 that Bailey is represented by undersigned counsel, further that Bailey/Biloxi is not Bailey, that Bailey/Biloxi was dissolved on January 17, 1989, and is a defunct entity as shown by the records of the Office of the Mississippi Secretary of State; and was a different and distinct entity from Bailey when it was in existence.[3]

---

[1] Bailey's Notices of Appearance were filed as follows:
 *Payton* (09-07628) - filed March 5, 2010 (Doc. #1598)
 *Gross* (09-6690) - filed May 26, 2010 (Doc. #3279)
 *Amato* (10-932) - filed July 20, 2010 (Doc. #4512)
 *Abel* (11-080) - filed June 7, 2011 (Doc. #9266)
 *Abreu* (11-252) - filed June 7, 2011 (Doc. #9269)
 *Block* (11-1363) - filed August 9, 2011 (Doc. #10036)

[2] Bailey/Biloxi is shown as a Defaulting Defendant on Exhibit C of the Motion, in reference to the *Gross* suit (09-6690). The Motion does not specifically address the *Amato* suit (10-932) in which Bailey/Biloxi is also named as a defendant.

[3] A copy of the July 13, 2010 letter and enclosure is attached hereto as Exhibit A, and
(continued...)

Because the names of defendants Bailey and Bailey/Biloxi are so similar, in an abundance of caution, counsel wanted to make it very clear that Bailey has filed Notices of Appearance in all cases in which it has been served. Any default judgment against Bailey would be a grave error.

Respectfully submitted,

Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999
Email: bmullin@spsr-law.com

Attorneys for Bailey Lumber & Supply Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Bailey Lumber & Supply Company's Response to Plaintiffs' Omnibus Motion for Preliminary Default Judgment has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of December, 2011.

Betty F. Mullin

N:\DATA\K\03437001\pleadings\response to preliminary default.wpd

---

[3](...continued)
demonstrates that on May 29, 1968 Bailey/Biloxi was merged into surviving corporation Jackson Builders, Inc., which company was administratively dissolved on January 17, 1989.