| | |
|---|---|
| Sean and Beth Payton, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 108015-0016

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aneruican Gallery Development Group LLC, dba
American Gallery Homs
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **3rd** day of **January**, 20 **11**, at **6:50** o'clock **P** M

**Place of Service:** at **1120 Skiff Place**, in **Sanibel, FL 33957**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**American Gallery Development Group LLC, dba American Gallery Homs**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Kenneth Colter, Managing Member by drop service**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Grey**; Facial Hair ____
Approx. Age **50-55**; Approx. Height **5'8"**; Approx. Weight **170 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X **Barbara Gray** #157153
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **10th** day of **January**, 20 **10**

**Elena Alvarado**
Notary Public    (Commission Expires)



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

6941