Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0091

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Barony Homes, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **14th** day of **March**, 20 **11**, at **6:55** o'clock **P** M

**Place of Service:** at **3520 SW 7th Terrace**, in **Cape Coral, FL 33991**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Barony Homes, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an **relative/co-resident** whose name and title is: **Theresa Donnelly, mother/co-resident with Michael Donnelly, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Gray**; Facial Hair ____
Approx. Age **70-75**; Approx. Height **5'3"**; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray #157153
Signature of Server

Subscribed and sworn to before me this **22nd** day of **March**, 20 **11**

Elsa Alvarado
Notary Public     (Commission Expires)

APS International, Ltd.

Notary Public, State of Florida
Elsa G Alvarado
My Commission DD775741
Expires 04/05/2012

1203