Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108015-0272

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Chris Billot
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

**Name of Server:** **Maria V. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **22nd** day of **January**, 20 **11**, at **1:50** o'clock **P** M

**Place of Service:** at **70269 7th Street**, in **Covington, LA 70433**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Chris Billot**

**Person Served, and Method of Service:**
[✓] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Chris Billot** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Bald**; Facial Hair _____
Approx. Age **40-43**; Approx. Height **5'11"**; Approx. Weight **175**

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Maria Landry*
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **2ND** day of **February**, 20 **11**

Notary Public   (Commission Expires)

**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY