Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--G. Drywalls Corporation c/o Lidia C. Alonso
Court Case No. 09-7628 Sect L

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File: Payton Intervention

State of: Florida ) ss.
County of: Dade )

**Name of Server:** Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 16-Dec-2010 08:04 pm

**Place of Service:** at 14602 SW 182nd Terrace, city of Miami, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
G. Drywalls Corporation c/o Lidia C. Alonso
By delivering them into the hands of an officer or managing agent whose name and title is
"Jane Doe", Co-Resident

**Other Information:** White Acura with Florida Tag R493IS in driveway.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color ; Facial Hair
Approx. Age ; Approx. Height ; Approx. Weight

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 27th day of January, 20 10

Notary Public (Commission Expires)

APS File: 108

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014