Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:   Payton Intervention

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Hammer Construction Services, Ltd.
Court Case No. 09-7628 Sect L

State of: Florida  ) ss.
County of: Lee    )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 13-Jan-2011 06:35 pm

**Place of Service:** at 12660 Palmetto Pines Drive, city of Cape Coral, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Hammer Construction Services, Ltd.
By delivering them into the hands of an officer or managing agent whose name and title is
Kelly Denmark, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  F ; Skin Color  white ; Hair Color  brown ; Facial Hair
Approx. Age  52 ; Approx. Height  5'02" ; Approx. Weight  130

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X Barbara Gray #15153
Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN  55439-3122

Subscribed and sworn to before me this 18th day of January, 20 11

Elena Alvarado
Notary Public        (Commission Expires)

APS File: 108015-54

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

69541