Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108015-0062

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Heights Custom Homes, LLC, a/k/a Heights Properties, LLC

Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Collier__ )

**Name of Server:** __Joseph R. Cripe__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __20th__ day of __January__, 20 __11__, at __10:45__ o'clock __A__ M

**Place of Service:** at __2180 Immokalee Road, Suite 316__, in __Naples, FL  34110__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Heights Custom Homes, LLC, a/k/a Heights Properties, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of a __Receptionist__ : whose name and title is: __Ginny Divito, Receptionist for Kevin Dent, the Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Red__ ; Facial Hair ____
Approx. Age __55__ ; Approx. Height __5'5"__ ; Approx. Weight __130 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server  IS 7299
APS International, Ltd.

Subscribed and sworn to before me this __24th__ day of __January__, 20 __11__

___Marcia McEvers___
Notary Public          (Commission Expires)

MARCIA L. MCEVERS
MY COMMISSION # DD 965965
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

6943