Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0084

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Home One Homes
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

**Name of Server:** Maria V. Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27th day of January, 20 11, at 1:45 o'clock P M

**Place of Service:** at 2121 North Causeway Boulevard, #167, in Metairie, LA 70001

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Home One Homes

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: John T. Grabb, Jr. President

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Grey ; Facial Hair No
Approx. Age 65 ; Approx. Height 5'8" ; Approx. Weight 190-200

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 2nd day of February, 20 11
Notary Public                (Commission Expires)
ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY