Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0327

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --L.A. Homes, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

**Name of Server:** **Maria V. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **31st** day of **January**, 20 **11**, at **2:00** o'clock **P** M

**Place of Service:** at ~~2604 Seagull Dr.~~ **22404 Gemstone Pl**, in ~~Marrero, LA 70072~~ **Robert, LA  985-340-0168**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**L.A. Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Carrie Sanders**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Blonde** ; Facial Hair **No**
Approx. Age **40** ; Approx. Height **5'6"** ; Approx. Weight **145 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.    **24th** day of **February**, 20 **11**

*Maria V. Landry*
Signature of Server

Notary Public    Tenure for Life    (Commission Expires)

APS International, Ltd.

**ROBERT JOHN COMEAUX**
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY

This company is no longer in business. They moved from Marrero (the owners) to Robert, LA when they went out of business.
MVL