Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0325

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lakeside Village Development, LLC 1
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )

**Name of Server:** __Kenneth Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __21st__ day of __February__, 20 __11__, at __12:05__ o'clock __P__ M

**Place of Service:** at __1 Sanctuary Blvd.__, in __Mandeville, LA 70741__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lakeside Village Development, LLC 1**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Beverly Hand / Office Mgr__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Cauc.__ ; Hair Color __Blond__ ; Facial Hair __No__
Approx. Age __54__ ; Approx. Height __5'11"__ ; Approx. Weight __125 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares, under penalty of perjury that the foregoing is true and correct.

__Kenneth Landry__
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __7th__ day of __March__, 20 __11__

_____, __Tenure for Life__
Notary Public           (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY