Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0385

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--LPR Builders, Inc
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **30th** day of **March**, 20 **11**, at **12:00** o'clock **P** M

Place of Service: at **5720 SW 82nd Street**, in **South Miami, FL 33143**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**LPR Builders, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Myra Rabell wife of Luis Rabell**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair ____
Approx. Age **55**; Approx. Height **5'5**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **30th** day of **March**, 20 **11**

Notary Public        (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014

**APS International, Ltd.**