Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0187

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lucra Investments, Inc
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Idaho ) ss.
County of: Teton )

Name of Server: Mark Olsen #32, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 25 day of Jan, 20 11, at 1503 o'clock P M

Place of Service: at 47 S Main St, in Driggs, ID 83422

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Lucra Investments, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Stacey Stewart

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Wht ; Hair Color Grey ; Facial Hair no
Approx. Age 50's ; Approx. Height 5'9" ; Approx. Weight 200?

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 25 day of Jan, 20 11

Cindy Hatch  9-15-2012
Notary Public   (Commission Expires)

Signature of Server

**APS International, Ltd.**