Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0200

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Premier Plastering of Naples
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

**Name of Server:** **Joseph R. Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **18th** day of **January**, 20 **11**, at **11:35** o'clock **A** M

**Place of Service:** at **434 Connors Ave**, in **Naples, FL 34108**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Premier Plastering of Naples**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Dominico Lagrasta, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **tan**; Hair Color **Brown**; Facial Hair ___
Approx. Age **65**; Approx. Height **5'9"**; Approx. Weight **160 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server  #157299

Subscribed and sworn to before me this **20th** day of **January**, 20 **11**

_____
Notary Public    (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

120