# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ABEL, et al v. TAISHAN GYPSUM CO., | * | JUDGE FALLON |
| LTD., et al. | * | |
| C.A. NO:  2:11-080 (Omni VII) (E.D. La.) | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ANSWER AND DEFENSES TO PLAINTIFFS'
## OMNIBUS CLASS ACTION COMPLAINT (VII)

NOW INTO COURT, through undersigned counsel, comes American Building

Materials, Inc., and in answer to *Plaintiffs' Omnibus Class Action Complaint (VII)*, avers as

follows:

## LACK OF PERSONAL JURISDICTION

This Court lacks personal jurisdiction over American Building Materials, Inc.

Fed.R.Civ.P. 12(b)(2).  *See, e.g., International Shoe v. Washington*, 326 U.S. 310, 66 S.Ct.

154 (1945); *Asahi Metal Indus. Co., Ltd. v. Superior Court of California*, 480 U.S. 102, 107

S.Ct. 1026 (1987).  Issues of class action certification do not alter jurisdictional analysis

requirements.  *See, e.g., In re Train Derailment Near Amite, Louisiana on October 12, 2002*,

2004 WL 224573, * 3 (E.D.La. Feb. 3, 2004)

## IMPROPER VENUE

Venue as to American Building Materials, Inc. is improper in this district.

Fed.R.Civ.P. 12(b)(3).  American Building Materials, Inc. denies it conducted any activities

in this State or within this venue.  In the alternative to dismissing the *Plaintiffs' Omnibus Class Action Complaint (VII)*, American Building Materials, Inc. avers this Court should transfer this action to a venue where the claims against American Building Materials, Inc. could have been brought, namely the United States District Court for the Middle District of Florida, 28 U.S.C. §89(b), pursuant to 28 U.S.C. §1406.

And now, American Building Materials, Inc. responds to the individual articles of the *Plaintiffs' Omnibus Class Action Complaint (VII)* as follows:

## JURISDICTION, PARTIES, AND VENUE

1.      American Building Materials, Inc. admits this action purports to be one for damages exceeding $5 million as defined under the Class Action Fairness Act, 28 U.S.C. §1711, *et seq.*, and as thus answered or qualified the remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

2.      American Building Materials, Inc. denies the allegations of article 2 for lack of sufficient information to justify a belief therein.

3.      American Building Materials, Inc. admits that allegation 3 purports to relate to a dispute of projects and properties located in, and among, various states, including the State of Florida, but as thus answered or qualified, American Building Materials, Inc. denies that jurisdiction and/or venue properly lies against American Building Materials, Inc. in the United States District Court for the Eastern District of Louisiana.

## PLAINTIFFS

4.      With respect to articles 4 through 581, American Building Materials, Inc. denies the allegations stated in these articles for lack of sufficient information to justify a belief therein.

## DEFENDANTS

5.      American Building Materials, Inc. denies the allegations of article 582 for lack of sufficient information to justify a belief therein.

### The Manufacturing Defendants

6.      With respect to articles 583 through 587, American Building Materials, Inc. denies these allegations for lack of sufficient information to justify a belief therein.

### The Distributor/Supplier/Importer/Exporter/Broker Defendants

7.      With respect to articles 588 through 643, American Building Materials, Inc. denies these allegations except to admit in response to the allegations of article 599, that American Building Materials, Inc. is an entity organized under the laws of Florida with its principal place of business in Florida; as thus admitted, qualified or denied, the remaining allegations  of articles 588 through 643 are denied for lack of sufficient information to justify a belief therein.

### The Developer/Builder Defendants

8.      With respect to articles 644 through 803, American Building Materials, Inc. denies these allegations for lack of sufficient information to justify a belief therein.

**The Contractor/Installer Defendants**

9.      With respect to articles 804 through 881, American Building Materials, Inc. denies these allegations for lack of sufficient information to justify a belief therein.

## FACTS REGARDING PROBLEMATIC DRYWALL

10.     American Building Materials, Inc. denies the allegations of article 882 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

11.     American Building Materials, Inc. denies the allegations of article 883 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

12.     American Building Materials, Inc. denies the allegations of article 884 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

13.     American Building Materials, Inc. denies the allegations of article 885 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

14.     American Building Materials, Inc. denies the allegations of article 886 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

15.     American Building Materials, Inc. denies the allegations of article 887 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

16.     American Building Materials, Inc. denies the allegations of article 888 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

17.     American Building Materials, Inc. denies the allegations of article 889 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

18.     American Building Materials, Inc. denies the allegations of article 890 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

19.     American Building Materials, Inc. denies the allegations of article 891 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

20.     American Building Materials, Inc. denies the allegations of article 892 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

21.     American Building Materials, Inc. denies the allegations of article 893 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

## CLASS ACTION ALLEGATIONS

### The TAISHAN Class

22.     American Building Materials, Inc. denies the allegations of article 894 as they may relate to American Building Materials, Inc.  As thus denied, the remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

### The Distributor/Supplier/Importer/Exporter/Broker (Subclasses 1-55)

23.     American Building Materials, Inc. denies the allegations of articles 895 and 896 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

### The Builder/Developer (Subclasses 56-215)

24.     American Building Materials, Inc. denies the allegations of article 897 and 898 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

### The Contractor/Installer Subclasses (Subclasses 216-293)

25.     American Building Materials, Inc. denies the allegations of article 899 and 900 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

**General Class Allegations and Exclusions from the Class Definitions**

26.     The allegations of article 901 do not appear to require a response from American Building Materials, Inc., but out of an abundance of caution the allegations of this article are denied for lack of sufficient information to justify a belief therein.

27.     American Building Materials, Inc. denies the allegations of article 902.

28.     American Building Materials, Inc. denies the allegations of article 903, including alleged "common questions of law and fact" set forth in subparts (a) through (d) of article 903.

29.     American Building Materials, Inc. denies the allegations of article 904.

30.     American Building Materials, Inc. denies the allegations of article 905.

31.     In response to the allegations of article 906, American Building Materials, Inc. admits that counsel for plaintiffs are competent counsel, and as thus admitted or qualified, the remaining allegations of article 906 are denied.

32.     American Building Materials, Inc. denies the allegations of article 907.

33.     American Building Materials, Inc. denies the allegations of article 908.

34.     American Building Materials, Inc. denies the allegations of article 909.

35.     American Building Materials, Inc. denies the allegations of article 910.

**COUNT I**
**NEGLIGENCE**
**(Against All Defendants)**

36.     In response to the allegations of article 911, adopting and restating the preceding allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

37.     American Building Materials, Inc. denies the allegations of article 912 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

38.     American Building Materials, Inc. denies the allegations of article 913 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

39.     American Building Materials, Inc. denies the allegations of article 914 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

40.     American Building Materials, Inc. denies the allegations of article 915 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

41.     American Building Materials, Inc. denies the allegations of article 916 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

42.     American Building Materials, Inc. denies the allegations of article 917 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

43.     American Building Materials, Inc. denies the allegations of article 918 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

## COUNT II
## NEGLIGENCE PER SE
### (Against All Defendants)

44.     In response to the allegations of article 919, adopting and restating the preceding 918 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

45.     American Building Materials, Inc. denies the allegations of article 920 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

46.     American Building Materials, Inc. denies the allegations of article 921 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

47.     American Building Materials, Inc. denies the allegations of article 922 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

48.     American Building Materials, Inc. denies the allegations of article 923 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

49.     American Building Materials, Inc. denies the allegations of article 924 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

50.     American Building Materials, Inc. denies the allegations of article 925 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

<u>COUNT III</u>
**STRICT LIABILITY**
**(All Defendants)**

51.     In response to the allegations of article 926, adopting and restating the preceding 925 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

52.     American Building Materials, Inc. denies the allegations of article 927 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

53.     American Building Materials, Inc. denies the allegations of article 928 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

54.     American Building Materials, Inc. denies the allegations of article 929 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

55.     American Building Materials, Inc. denies the allegations of article 930 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

56.     American Building Materials, Inc. denies the allegations of article 931 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

57.     American Building Materials, Inc. denies the allegations of article 932 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

58.     American Building Materials, Inc. denies the allegations of article 933 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

59.     American Building Materials, Inc. denies the allegations of article 934 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

60.     American Building Materials, Inc. denies the allegations of article 935 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

61.     American Building Materials, Inc. denies the allegations of article 936 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

62.     American Building Materials, Inc. denies the allegations of article 937 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

63.     American Building Materials, Inc. denies the allegations of article 938 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

64.     American Building Materials, Inc. denies the allegations of article 939 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

65.     American Building Materials, Inc. denies the allegations of article 940 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

66.     American Building Materials, Inc. denies the allegations of article 941 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

67.     American Building Materials, Inc. denies the allegations of article 942 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

68.     American Building Materials, Inc. denies the allegations of article 943 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

## COUNT IV
## BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES
### (all Defendants)

69.     In response to the allegations of article 944, adopting and restating the preceding 943 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

70.     American Building Materials, Inc. denies the allegations of article 945 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

71.     American Building Materials, Inc. denies the allegations of article 946 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

72.     American Building Materials, Inc. denies the allegations of article 947 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

73.     American Building Materials, Inc. denies the allegations of article 948 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

74.     American Building Materials, Inc. denies the allegations of article 949 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

75.     American Building Materials, Inc. denies the allegations of article 950 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

76.     American Building Materials, Inc. denies the allegations of article 951 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

<u>**COUNT V**</u>
**BREACH OF THE IMPLIED WARRANTY OF FITNESS AND**
**MERCHANTABILITY PURSUANT TO FLORIDA STATUTES SECTION 718.203**
**(On Behalf of Plaintiffs Who Own Condominiums in the State of Florida)**
**(Against Builders Only)**

77.     In response to the allegations of article 952, adopting and restating the preceding 951 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

78.     American Building Materials, Inc. denies the allegations of article 953 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

79.     American Building Materials, Inc. denies the allegations of article 954 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

80.     American Building Materials, Inc. denies the allegations of article 955 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

81.     American Building Materials, Inc. denies the allegations of article 956, including subparts (a) through (e) as they may relate to American Building Materials, Inc. As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

82.     American Building Materials, Inc. denies the allegations of article 957 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

83.     American Building Materials, Inc. denies the allegations of article 958 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

84.     American Building Materials, Inc. denies the allegations of article 959 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

85.     American Building Materials, Inc. denies the allegations of article 960 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

86.     American Building Materials, Inc. denies the allegations of article 961 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

87.     American Building Materials, Inc. denies the allegations of article 962 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

88.     American Building Materials, Inc. denies the allegations of article 963 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

<div align="center">

**COUNT VI**
**BREACH OF THE IMPLIED WARRANTY OF HABITABILITY**
**(Against Builders Only)**

</div>

89.     In response to the allegations of article 964, adopting and restating the preceding 963 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

90.     American Building Materials, Inc. denies the allegations of article 965 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

91.     American Building Materials, Inc. denies the allegations of article 966 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

92.     American Building Materials, Inc. denies the allegations of article 967 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

93.     American Building Materials, Inc. denies the allegations of article 968 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

94.     American Building Materials, Inc. denies the allegations of article 969 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

95.     American Building Materials, Inc. denies the allegations of article 970 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

<div align="center">

**COUNT VII**
**BREACH OF CONTRACT**
**(Against Builders Only)**

</div>

96.     In response to the allegations of article 971, adopting and restating the preceding 970 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

97.     American Building Materials, Inc. denies the allegations of article 972 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

98.     American Building Materials, Inc. denies the allegations of article 973 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

99.     American Building Materials, Inc. denies the allegations of article 974 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

<u>COUNT VIII</u>
## VIOLATUION OF THE LOUISIANA NEW HOME WARRANTY ACT
### (on Behalf of Plaintiffs Who Own Homes in the State of Louisiana)
### (Against Louisiana Builders Only)

100.    In response to the allegations of article 975, adopting and restating the preceding 974 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

101.    American Building Materials, Inc. denies the allegations of article 976 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

102.    American Building Materials, Inc. denies the allegations of article 977 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

103.    American Building Materials, Inc. denies the allegations of article 978 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

104.    American Building Materials, Inc. denies the allegations of article 979 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

105.    American Building Materials, Inc. denies the allegations of article 980 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

106.     American Building Materials, Inc. denies the allegations of article 981 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

<u>COUNT IX</u>
**REDHIBITION**
**(By Louisiana Plaintiffs Against All Defendants)**

107.     In response to the allegations of article 982, adopting and restating the preceding 981 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

108.     American Building Materials, Inc. denies the allegations of article 983 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

109.     American Building Materials, Inc. denies the allegations of article 984 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

110.     American Building Materials, Inc. denies the allegations of article 985 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

111.     American Building Materials, Inc. denies the allegations of article 986 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

112.    American Building Materials, Inc. denies the allegations of article 987 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

113.    American Building Materials, Inc. denies the allegations of article 988 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

114.    American Building Materials, Inc. denies the allegations of article 989 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

115.    American Building Materials, Inc. denies the allegations of article 990 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

116.    American Building Materials, Inc. denies the allegations of article 991 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

### COUNT X
### LOUISIANA PRODUCTS LIABILITY ACT
### (Manufacturing Defendants)
### (Plead in the Alternative Against Distributor Defendants)

117.    In response to the allegations of article 992, adopting and restating the preceding 991 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

118.    American Building Materials, Inc. denies the allegations of article 993 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

119.    American Building Materials, Inc. denies the allegations of article 994 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

120.    American Building Materials, Inc. denies the allegations of article 995 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

121.    American Building Materials, Inc. denies the allegations of article 996 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

122.    American Building Materials, Inc. denies the allegations of article 997 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

123.    American Building Materials, Inc. denies the allegations of article 998 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

124.    American Building Materials, Inc. denies the allegations of article 999 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

125.   American Building Materials, Inc. denies the allegations of article 1000 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

126.   American Building Materials, Inc. denies the allegations of article 1001 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

127.   American Building Materials, Inc. denies the allegations of article 1002 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

128.   American Building Materials, Inc. denies the allegations of article 1003 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

129.   American Building Materials, Inc. denies the allegations of article 1004 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

130.   American Building Materials, Inc. denies the allegations of article 1005 as they may relate to American Building Materials, Inc.   As thus denied, any remaining

allegations of this article are denied for lack of sufficient information to justify a belief therein.

### COUNT XI
### PRIVATE NUISANCE
### (All Defendants)

131.   In response to the allegations of article 1006, adopting and restating the preceding 1005 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

132.   American Building Materials, Inc. denies the allegations of article 1007 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

133.   American Building Materials, Inc. denies the allegations of article 1008 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

134.   American Building Materials, Inc. denies the allegations of article 1009 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

135.   American Building Materials, Inc. denies the allegations of article 1010 as they may relate to American Building Materials, Inc.   As thus denied, any remaining

allegations of this article are denied for lack of sufficient information to justify a belief therein.

136.    American Building Materials, Inc. denies the allegations of article 1011 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

137.    American Building Materials, Inc. denies the allegations of article 1012 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

<div align="center">

**COUNT XII**
**UNJUST ENRICHMENT**
**(All Defendants)**

</div>

138.    In response to the allegations of article 1013, adopting and restating the preceding 1012 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

139.    American Building Materials, Inc. denies the allegations of article 1014 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

140.    American Building Materials, Inc. denies the allegations of article 1015 as they may relate to American Building Materials, Inc.   As thus denied, any remaining

allegations of this article are denied for lack of sufficient information to justify a belief therein.

141.   American Building Materials, Inc. denies the allegations of article 1016 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

<div align="center">

**COUNT XIII**
**VIOLATION OF CONSUMER PROTECTION ACTS**
**(All Defendants)**

</div>

142.   In response to the allegations of article 1017, adopting and restating the preceding 1016 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

143.   American Building Materials, Inc. denies the allegations of article 1018 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

144.   American Building Materials, Inc. denies the allegations of article 1019 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

145.   American Building Materials, Inc. denies the allegations of article 1020 as they may relate to American Building Materials, Inc.   As thus denied, any remaining

allegations of this article are denied for lack of sufficient information to justify a belief therein.

146.   American Building Materials, Inc. denies the allegations of article 1021 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

## COUNT XIV
## EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING
### (All Defendants)

147.   In response to the allegations of article 1022, adopting and restating the preceding 1021 allegations, American Building Materials, Inc. reavers each and every answer to those preceding allegations as if copied here again.

148.   American Building Materials, Inc. denies the allegations of article 1023 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

149.   American Building Materials, Inc. denies the allegations of article 1024 as they may relate to American Building Materials, Inc.  As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

150.   American Building Materials, Inc. denies the allegations of article 1025 as they may relate to American Building Materials, Inc.  As thus denied, any remaining

allegations of this article are denied for lack of sufficient information to justify a belief therein.

151.   American Building Materials, Inc. denies the allegations of article 1026 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

152.   American Building Materials, Inc. denies the allegations of article 1027 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

153.   American Building Materials, Inc. denies the allegations of article 1028 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

154.   American Building Materials, Inc. denies the allegations of article 1029 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

155.   American Building Materials, Inc. denies the allegations of article 1030 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

156.   American Building Materials, Inc. denies the allegations of article 1031 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

157.   American Building Materials, Inc. denies the allegations of article 1032 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

158.   American Building Materials, Inc. denies the allegations of article 1033 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

159.   American Building Materials, Inc. denies the allegations of article 1034 as they may relate to American Building Materials, Inc.   As thus denied, any remaining allegations of this article are denied for lack of sufficient information to justify a belief therein.

## AFFIRMATIVE DEFENSES

160.   Further answering, American Building Materials, Inc. shows that it is without fault and/or neglect and cannot in any way be found liable to any or all plaintiffs, named or unnamed, under the allegations of the *Plaintiffs' Omnibus Class Action Complaint (VII)*.

161.    Further answering, American Building Materials, Inc. avers the fault and/or neglect of third party(ies) whose fault and/or neglect must be considered and apportioned, including the fault and/or neglect of plaintiffs, named and unnamed, themselves.

162.    Further answering, to the extent applicable, American Building Materials, Inc. avers that pursuant to the *Fabre* doctrine as set forth in *Fabre v. Martin*, 623 So.2d 1182 (Fla. 1993) and as further codified in Fl. Stat. §768.81, American Building Materials, Inc. reserves the right to apportion fault and to include upon any jury verdict form any parties which may be at fault and/or responsible for the damages claimed in this action.

163.    Further answering, American Building Materials, Inc. avers that any alleged defects in the drywall, which defects are specifically denied, were hidden defects, unknown to American Building Materials, Inc., and any such alleged defects were directly caused by the foreign manufacturing process of defendant manufacturers over whom American Building Materials, Inc. exercised no control, supervision or authority.

164.    Further answering, American Building Materials, Inc. is entitled to a set-off as may be available under any applicable common law or under the Louisiana Civil Code or other statutory articles.

165.    Further answering, American Building Materials, Inc. avers that any claim plaintiffs may make for economic losses is barred in whole or in part by the "economic loss doctrine" under applicable governing law, including but not limited to the "economic loss rule" as set forth in *Casa Clara Condominium Ass'n, Inc., v. Charley Toppino and Sons, Inc.*, 620 So.2d 1244 (Fla. 1993), and its progeny; plaintiffs are not entitled to seek tort damages which by their nature are contractual.

166.   Further answering, American Building Materials, Inc. avers that it had neither actual or construction knowledge of any defects in the drywall.

167.   Further answering, American Building Materials, Inc. avers that plaintiffs, named and unnamed, failed to mitigate their damages.

168.   Further answering, American Building Materials, Inc. avers that the claims asserted by plaintiffs, named and unnamed, are barred by applicable statues of limitation, prescription, the doctrine of laches, repose and/or peremption.

169.   Further answering, American Building Materials, Inc. denies it manufactured, exported, imported, delivered, sold, distributed, inspected, installed, marketed and/or supplied allegedly "problematic Chinese manufactured drywall" and demands specific proof any such export, import, delivery, selling, distribution, inspection, installation, marketing and/or supplying by American Building Materials, Inc. of such allegedly "problematic Chinese manufactured drywall.

170.   American Building Materials, Inc. reserves the right to amend and/or supplement its *Answer and Defenses to Plaintiffs' Omnibus Class Action Complaint (VII)* as additional information becomes available and/or discovered in the course of litigation.

## DEMAND FOR TRIAL BY JURY

American Building Materials, Inc. joins with plaintiffs in demanding trial by jury on all issues so triable by jury.

## PRAYER FOR RELIEF

Wherefore, American Building Materials, Inc. prays that this *Answer and Defenses to Plaintiffs' Omnibus Class Action Complaint (VII)* be deemed good and sufficient and that

after due proceedings are held that there be judgment rendered in favor of American Building Materials, Inc. and against plaintiffs, named and unnamed, and that plaintiffs' *Omnibus Class Action Complaint (VII)* be dismissed as to American Building Materials, Inc. at plaintiffs' cost and prejudice.  American Building Materials, Inc. prays for any further relief the Court may grant in law or in equity.

<div style="margin-left:auto; width:60%;">

Respectfully Submitted:


*/s/H. Carter Marshall*

**KEVIN R. TULLY - #1627, T.A.**
**H. CARTER MARSHALL - #28136**
**CHRISTY L. MCMANNEN – #31258**
**W. NICHOLAS DIETZEN, IV -#31135**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorney for American Building Materials, Inc**.**

</div>

## <u>C E R T I F I C A T E</u>

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP. 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by the Court's ECF System and/or email upon all parties by electronically uploading same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of court using the

CM/ECF system which will automatically send email notification of such filing in accordance with the procedures established in MDL 2047.

*/s/ H. Carter Marshall*
**KEVIN R. TULLY**
**H. CARTER MARSHALL**