Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108015-0269

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Richard Hoover
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )

**Name of Server:** __Maria V. Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __8th__ day of __January__, 20 __11__, at __10:00__ o'clock __A__ M

**Place of Service:** at  20345 Sisters Rd. , in  Ponchatoula, LA  70454

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus**
**Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Richard Hoover**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of __Emma Gates__, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Richard Hoover**
at the place of service, and whose relationship to the person is: __mother__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Grey__ ; Facial Hair __No__
Approx. Age __80__ ; Approx. Height __5'9"__ ; Approx. Weight __155__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__/s/ Maria Landry__
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this __12th__ day of __January__, 20 __11__
__Tenure for life__
Notary Public         (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY