Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0261

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Signature Series Homes, Inc.
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _TEXAS_ ) ss.
County of: _Montgomery_ )

Name of Server: _Thomas Willis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _19th_ day of _March_, 20 _11_, at _2:58_ o'clock _P_ M.

Place of Service: at _4302 Pecos River Dr_, in _Spring, TX 77386_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Signature Series Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Patricia Long, Unknown_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Reddish/Brown_; Facial Hair _No_
Approx. Age _60+_ ; Approx. Height _5'6"_ ; Approx. Weight _170_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Thomas Willis_
Signature of Server   SCH-1331

Subscribed and sworn to before me this _22_ day of _March_, 20 _11_

_Joe Barak_
Notary Public   (Commission Expires)

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013

**APS International, Ltd.**