Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108015-0260

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stonebrook Homes, LLC, c/o Arthur Kiriacon, Manager
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18th day of March, 20 11, at 1:43 o'clock P. M

**Place of Service:** at 7227 CLINT MOORE ROAD, in Boca Raton, FL 33496

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Stonebrook Homes, LLC, c/o Arthur Kiriacon, Manager
By delivering them into the hands of an officer or managing agent whose name and title is: Ruth (Declined to Provide Last Name), Administrator / Authoirzed Employee

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex 70 ; Skin Color White ; Hair Color Brown ; Facial Hair
Approx. Age 70 ; Approx. Height 5'4" ; Approx. Weight 120

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.
Michael Rocco
Signature of Server

Subscribed and sworn to before me this
21st day of March, 20 10
Jonathan Levy
Notary Public        (Commission Expires)

APS International, Ltd.