## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-MD-2047 |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| *Kenneth Abel, et al. v. Taishan, et al* | * | JUDGE FALLON |
| CASE NO: 2:11-CV-080(Omni VII) (E.D. La.) | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### DEFENDANT AMERICAN BUILDING MATERIALS, INC.'S RESPONSE AND/OR OBJECTION TO PSC'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

Defendant American Building Materials, Inc., by and through undersigned counsel, and reserving all rights to challenge whether this Court may exercise personal jurisdiction over American Building Materials, Inc., files this response and/or objection to Plaintiffs' Steering Committees' ("PSC") Omnibus Motion for Preliminary Default Judgment.[1]

The PSC seeks entry of preliminary default judgment against several hundred defendants in this Chinese drywall-related multi-district litigation on grounds that they failed to enter an appearance in this MDL and/or failed to answer one or more Omnibus Complaints. [Rec. Doc. 11234.] More specifically, the PSC seeks an entry of default against American Building Materials, Inc., a Florida entity, for failing to appear or respond to *Plaintiffs' Omnibus Class Action Complaint (VII)* in *Kenneth Abel, et al. v. Taishan, et al.*

---

[1] American Building Materials, Inc., assumes the PSC's Motion is actually a motion for entry of a default, as referenced in this Court's Minute Entry dated August 11, 2009.

The PSC's motion for default, as it relates to American Building Materials, Inc., should be denied for the following reasons:

First, the record is devoid of any proof of service on American Building Materials, Inc. regarding *Plaintiffs' Omnibus Class Action Complaint (VII)* in *Kenneth Abel, et al. v. Taishan, et al*. Undersigned counsel has reviewed available court records for proof of service. There are no records in the Court ECF/pacer system and Lexis Nexis that show an affidavit of service for this Defendant relating to *Plaintiffs' Omnibus Class Action Complaint (VII)*.[2]

Second, American Building Materials, Inc. has appeared and is actively defending other similar Chinese drywall cases in this Court. Specifically, American Building Materials, Inc. previously filed responsive pleadings to the Complaint in *Laura Haya, et al v. Taishan Gypsum Co., et al. C.A. NO:11-1077(Omni IX)*, and which responsive pleadings assert good faith defenses to the PSC's claims, including jurisdictional and venue objections. [Rec. Doc. 10149.] There is no intent by American Building Materials, Inc. to abandon those defenses with respect to *Plaintiffs' Omnibus Class Action Complaint (VII)*. More to the point, the PSC is well aware – and has been for some time – the undersigned represents American Building Materials, Inc. in this multi-district litigation.

---

[2] Alternatively, if service was made, leave should be afforded to file responsive pleadings. Due to voluminous court filings and general confusion as to differences among pleadings and multiple Complaints, it is possible the registered agent/company owner may have overlooked service of process, unaware of its significance and in such event, American Building Materials, Inc. should be afforded reasonable extension of time in which to serve any appropriate responsive pleadings to *Plaintiffs' Omnibus Class Action Complaint (VII)*.

Third, out of an abundance of caution, American Building Materials, Inc. filed on December 2, 2011, a Notice of Appearance in the *Kenneth Abel, et al. v. Taishan, et al* action. Such filing constitutes timely entry of appearance pursuant to this Court's pretrial orders and minute entries.  *See* Notice of Appearance, Exhibit "A."

Fourth, American Building Materials, Inc., on December 8, 2011, filed an Answer and Defenses to *Plaintiffs' Omnibus Class Action Complaint (VII).*[3]

In sum, no preliminary default judgment should be entered against American Building Materials, Inc.  No affidavit of service for this Defendant exists in the Court's record; appearance and responsive pleadings on behalf of American Building Materials, Inc. have been filed in related drywall MDL actions in this Court; and a Notice of Appearance and an Answer and Defenses has been filed on behalf of American Building Materials, Inc. to *Plaintiffs' Omnibus Class Action Complaint (VII)*.

WHEREFORE, defendant American Building Materials, Inc., respectfully requests that Plaintiffs' Omnibus Motion for Preliminary Default Judgment be denied as to this Defendant or in the alternative that this Defendant be afforded thirty (30) days in which to file appropriate responsive pleadings and other and further relief as such justice requires.

---

[3] It appears from the record the PSC has yet to file a Notice of Completion of Amendments to Omnibus Complaints as required by the Court in Pretrial Order No.1H. Until this is done, defendants are not obligated to file responsive pleadings at this time but did so here out of an abundance of caution.

Respectfully Submitted:

*/s/ H. Carter Marshall*

**KEVIN R. TULLY - #1627, T.A.**
**H. CARTER MARSHALL - #28136**
**W. NICHOLAS DIETZEN, IV -#31135**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorney for American Building Materials, Inc**.**

# CERTIFICATE

I hereby certify that the foregoing Response in Opposition to Plaintiffs' Omnibus Motion for Preliminary Default Judgment has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP. 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by the Courts ECF System, and/or email upon all parties by electronically uploading same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of court using the CM/ECF system which will automatically send email notification of such filing in accordance with the procedures established in MDL 2047.

*/s/H. Carter Marshall*
**KEVIN R. TULLY**
**H. CARTER MARSHALL**