Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108015-0221

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Ming K. Wong
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON )

**Name of Server:** Tom Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 17th day of January, 20 11, at 3:30 o'clock P M

**Place of Service:** at 1353 Francis Harriet Drive, in Baton Rouge, LA 70815

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Ming K. Wong

☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of Ms. Jean Wong, Spouse, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
Ming K. Wong
at the place of service, and whose relationship to the person is: Spouse

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Yellow ; Hair Color Black ; Facial Hair N/A
Approx. Age 59 yrs ; Approx. Height 5'3" ; Approx. Weight 110 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Tom Cassisa
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this
17th day of January, 20 11

James Galladan    4/29/13
Notary Public    (Commission Expires)