UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO: 10-362 (*JOYCE ROGERS*)

### NOTICE OF APPEARANCE OF COUNSEL

Now comes the defendant entity identified below who files this Notice of Appearance, showing as follows:

1.

In case no. 10-362 (*Joyce Rogers*), Richard J. Petre, Jr. (La. Bar No. 10481), Gary P. Kraus (La. Bar No. 7856), and James D. Bayard (La. Bar No. 30388) of the Onebane Law Firm do hereby appear as counsel on behalf of Summit Homes, LLC, also known as or doing business as PHL Construction, LLC, and PHL Construction, LLC.

2.

This appearance is submitted without waiver of objections to jurisdiction, venue or service on behalf of this client in accordance with the Court's pre-trial orders.

3236348.1

Respectfully submitted,

ONEBANE LAW FIRM

BY: _____
RICHARD J. PETRE, JR. (#10481)
GARY P. KRAUS (#7856)
JAMES D. BAYARD (#30388)
1200 Camellia Boulevard (70508)
Suite 300
Post Office Box 3507
Lafayette, LA 70502-3507
Telephone: (337) 237-2660
Facsimile: (337) 266-1232
Email: petrer@onebane.com

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served electronically on all counsel of record this ___8___ day of ___Dec.___, 2011.

_____
RICHARD J. PETRE, JR.

3236348.1