UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO:<br>Dean and Dawn Amato, et al.<br>Case No. 2:10-cv-00932 | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing Joint Motion to Enroll Counsel of Record:

IT IS ORDERED by the Court that Kerry J. Miller, Kyle Spaulding, Louis Colletta and the law firm of Frilot, LLC be and are hereby enrolled as additional counsel of record for Clarendon America Insurance Company, Praetorian Specialty Insurance Company, and QBE Specialty Insurance Company as it relates to the above-captioned matter.

Signed in New Orleans, Louisiana, this 8th day of December, 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA