IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Block, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al | * * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-1363, Sect. L MAG 2 | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT, CHRISTOPHER DUET'S EX-PARTE MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS

Defendant, CHRISTOPHER DUET, by and through counsel, hereby moves this Honorable Court for the entry of an Order granting CHRISTOPHER DUET an enlargement of time in which to submit Installer Profile Forms in the above-referenced action. CHRISTOPHER DUET is diligently working to gather the information requested therein, but is in need of additional time to complete the Installer Profile Forms.

WHEREFORE, Defendant, CHRISTOPHER DUET, respectfully request that this Court grant CHRISTOPHER DUET an extension of time, through and including January 6, 2012, in order to submit the Installer Profile Forms in the above-referenced action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), and upon all parties by electronically uploading the same to Lexis Nexis File

& Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of December, 2011.

SELLARS, MARION & BACHI, P.A.

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
Attorneys for Defendant, Christopher Duet
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994