UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| _____ | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Abel, et al. v. Taishan Gypsum Co., Ltd. et al | * * * | |
| Case No. 11-080, Sect. L MAG 2 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

*************************************************

## DEFENDANT, SAM DRYWALL, INC.'S EX-PARTE MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS

Defendant, SAM DRYWALL, INC., by and through counsel, hereby moves this Honorable Court for the entry of an Order granting SAM DRYWALL, INC. an enlargement of time in which to submit Installer Profile Forms in the above-referenced action. SAM DRYWALL, INC. is diligently working to gather the information requested therein, but is in need of additional time to complete the Installer Profile Forms.

WHEREFORE, Defendant, SAM DRYWALL, INC., respectfully request that this Court grant SAM DRYWALL, INC. an extension of time, through and including January 6, 2012, in order to submit the Installer Profile Forms in the above-referenced action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller

(kmiller@frilot.com), and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of December, 2011.

                               SELLARS, MARION & BACHI, P.A.

                               By: _____/s/ Jeremy D. Bertsch_____
                               Florida Bar No.: 0043308
                               Attorneys for Defendant, SAM Drywall, Inc.
                               811 North Olive Avenue
                               West Palm Beach, FL 33401
                               Telephone: (561) 655-8111
                               Facsimile: (561) 655-4994