UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Abel, et al. v. Taishan Gypsum Co., Ltd. et al | * * * | |
| | * | JUDGE FALLON |
| Case No. 11-080, Sect. L MAG 2 | * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ON DEFENDANT, SAM DRYWALL, INC.'S EX-PARTE MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS

Upon consideration of Defendant, SAM DRYWALL, INC.'s Ex-Parte Motion for Enlargement of Time to Submit Installer Profile Forms, it is hereby ORDERED that Defendant's Ex Parte Motion is GRANTED. Defendant shall have up to and including January 6, 2012, to submit its Installer Profile Forms.

New Orleans, Louisiana this _____ day of _____, 201___.


HONORABLE ELDON E. FALLON
UNITED STATE DISTRICT JUDGE

1