UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * * | JUDGE: FALLON |
| This document related to:  ALL CASES | * * | |
| | * | MAG: WILKINSON |

*************************************************************************

## ORDER

**IT IS ORDERED** by this Honorable Court that PHILIP G. WATSON and the firm of DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK be and is hereby substituted as additional counsel of record for Defendant, R & H Masonry Contractors, Inc., in lieu of PAUL J. VERLANDER, of the firm of DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK.

New Orleans, Louisiana this 8th day of December, 2011.

_____
J U D G E

00278737-1