# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of FLORIDA

Case Number: 2:09-MD-02047-EEF-JCW EDLA

Plaintiff:
IN RE: GERMANO, ET AL.

vs.

Defendant:
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

For:
Ervin A. Gonzalez Esq.
COLSON HICKS EIDSON ^
255 Alhambra Circle
Ph
Miami, FL 33134

Received by Civil Process, LLC on the 22nd day of November, 2011 at 2:18 pm to be served on BEST SUNSHINE SERVICES, LLC. REGISTERED AGENT IVAN GONIMA, 1406 SELBYDON WAY, WINTER GARDEN, Orange County, FL 34787.

I, Ed Young, being duly sworn, depose and say that on the 30th day of November, 2011 at 7:20 pm, I:

served a REGISTERED AGENT by delivering a true copy of the SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) W/F $45.00 with the date and hour of service endorsed thereon by me, to: Ivan Gonima as Registered Agent at the address of: 1406 SELBYDON WAY, WINTER GARDEN, Orange County, FL 34787 on behalf of BEST SUNSHINE SERVICES, LLC., and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 225, Hair: Bald, Glasses: Y

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 1st day of December, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

GRACE DUNSON
...SION # DD890214
...ES May 17, 2013
...NotaryService.com
(407) 398-015?

Ed Young
Process Server# 8349

Civil Process, LLC
2655 S. LeJeune Road
Suite 325
Coral Gables, FL 33134
(305) 375-9111
Our Job Serial Number: CPP-2011007415

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b

