## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 12-6-2011 | 424 Elmhurst Court, Slidell, LA 71458 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Mr. Welch | Substitute Service |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Rudy Rodriguez | Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  12-6-2011
DATE

SIGNATURE OF SERVER

3090 Gause Blvd - #241
ADDRESS OF SERVER

Slidell, LA 70461

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

[Rule 45 text — illegible fine print]