Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0635

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--704 N. Ocean Blvd. Associates, Ltd.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 31 day of August, 20 11, at 2:17 o'clock P M

Place of Service: at 1986 NE 149 Street, in Miami, FL 33181

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**704 N. Ocean Blvd. Associates, Ltd.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Sonia Digenova Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair ___
Approx. Age 30 ; Approx. Height 5'4 ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 1 day of September, 20 11

Signature of Server

Notary Public State of Florida
Sandra E. Rodriguez
My Commission DD845267
Expires 02/23/2013

(Commission Expires)

**APS International, Ltd.**