Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et.
al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0201

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

--A.B.S. Building Corporation
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

| | |
|---|---|
| State of: | _VIRGINIA_ ) ss. |
| County of: | _City of Norfolk_ ) |
| Name of Server: | _William L. Sasser, Jr._ undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the _1st_ day of _July_ , 20 _11_ , at _9:57_ o'clock _A_ M |
| Place of Service: | at _2236 Cunningham Drive_ , in _Hampton, VA 23666_ |
| Documents Served: | the undersigned served the documents described as: **Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **A.B.S. Building Corporation** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: _Lawrence G. Cumming, Registered agent_ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair _No_ Approx. Age _65-70_ ; Approx. Height _6'_ ; Approx. Weight _180 lbs_ ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this
_1st_ day of _July_ , 20 _11_
_4-30-2014_

Signature of Server

Notary Public            (Commission Expires)

**APS International, Ltd.**

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA