Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Ability Construction, Inc
Court Case No. 11-1077 Section L

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** Donald Skipper, II, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 19-Jul-2011 12:00 pm

**Place of Service:** at 641 SW 4th Street, Ste 6, city of Cape Coral, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Omnibus Class Action Complaint IX;Exhibits

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Ability Construction, Inc
By delivering them into the hands of an officer or managing agent whose name and title is
Dawn Pilz, Secretary of Corporation/Authorized To Accept

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Light Brown** ; Facial Hair
Approx. Age **45** ; Approx. Height **5'08"** ; Approx. Weight **145**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #15797

Subscribed and sworn to before me this ___ day of July, 2011
Notary Public     (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

TRACI A. DESALVO
APS File: 111412-0mm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

36616