Service of Process by

Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



APS International, Ltd.
1-800-328-7171

Law Firm Requesting Service:
**LEVIN, FISHBEIN, ET AL**
**Ms. Jennifer Lascio**
**510 Walnut St., Ste. 500**
**Philadelphia, PA  19106-3697**
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Adams Homes of Northwest Florida, Inc.
Court Case No. 11-1077 Section L

State of: **Florida** ) ss.
County of: **Escambia** )

| Name of Server: | **Gayle Meade** , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action: |
|---|---|
| Date/Time of Service: | that on  **12-Jul-2011 04:50 pm** |
| Place of Service: | at  **3000 Gulf Breeze Parkway** , city of  **Gulf Breeze** , state of  **FL** |
| Documents Served: | the undersigned served the documents described as: **Summons and Amended Omnibus Class Action Complaint IX;Exhibits** |
| Service of Process on, Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: **Adams Homes of Northwest Florida, Inc.** By delivering them into the hands of an officer or managing agent whose name and title is **Shelly Sepelvuda, Office Manager** |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex  **F** ; Skin Color  **white** ; Hair Color  **brown** ; Facial Hair  **N/A** Approx. Age  **30** ; Approx. Height  **5'03"** ; Approx. Weight  **120** ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Server | Subscribed and sworn to before me this **19** day of **July** , 20 **11** Notary Public          (Commission Expires) |

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

AMBER BROWNLEE
MY COMMISSION # EE 049158
EXPIRES: January 1, 2015
Bonded Thru Notary Public Underwriters