Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0199

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--AHJV, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VIRGINIA ) ss.
County of: City of Norfolk )
Name of Server: **William C. Sasser, Jr.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1st** day of **July**, 20 **11**, at **10:34** o'clock **A** M

Place of Service: at **109 Nat Turner Boulevard**, in **Newport News, VA 23606**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**AHJV, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kenneth Allen**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Gray** ; Facial Hair **No**
Approx. Age **55-65** ; Approx. Height **6'3"** ; Approx. Weight **200 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **3rd** day of **July**, 20 **11**

Notary Public      4-30-2014 (Commission Expires)

APS International, Ltd.

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. #268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA