Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0079

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Al Brothers, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ILLINOIS** ) ss.
County of: **Cook** )

**Name of Server:** **ROBERT W. BRINDAC JR**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **5** day of **July**, 20 **11**, at **4:00** o'clock **P** M

**Place of Service:** at **919 S. Charlotte Street**, in **Lombard, IL 60148**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Al Brothers, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **PAST OWNER - AL JUSTUS**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **WHITE** ; Hair Color **Salt+Pepper** ; Facial Hair **NONE**
Approx. Age **45** ; Approx. Height **6'10** ; Approx. Weight **175**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this day of **JUL 07 2011**, 20

Signature of Server

*Frances R Brindac*
Notary Public    (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13