Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0244

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Homes, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Orange )

Name of Server: **Jesse P. Williams, Jr**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28 day of June, 2011, at 9:45 o'clock A M

Place of Service: at 2611 Technology Drive, Ste 200, in Orlando, FL 32804

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**American Homes, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Katherine Campbell, Administrative Assistant**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair NA
Approx. Age 45 ; Approx. Height 5'6" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  6-29-11
Jesse P. Williams, Jr
APS International, Ltd.   #7176

Subscribed and sworn to before me this 29 day of June, 2011

Karen S. Hernandez
Notary Public   (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.