Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0243

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Homes, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Orange_ )
Name of Server: _Jesse P. Williams Jr_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28_ day of _June_, 20 _11_, at _9:45_ o'clock _A_ M

**Place of Service:** at _2611 Technology Drive, Ste 200_, in _Orlando, FL 32804_

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**American Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Katherine Campbell, Administrative Assistant_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Black_ ; Facial Hair _NA_
Approx. Age _45_ ; Approx. Height _5'6"_ ; Approx. Weight _130_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_6-29-11_

Signature of Server
_Jesse P. Williams, Jr_
**APS International, Ltd.** _#7176_

Subscribed and sworn to before me this _29_ day of _June_, 20 _11_

_Karen S. Hernandez_
Notary Public        (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires:  MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.