Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0348

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Amerisouth, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 14th day of July, 20 11, at 5:40 o'clock P M

Place of Service: at 3942 SE 9th Court, in Cape Coral, FL 33904

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Amerisouth, Inc**

Person Served, and Method of Service: By delivering them into the hands of spouse of Registered Agent whose name and title is: Barbara Intorcia, spouse of the Registered Agent Joseph Intorcia (residential address)

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Blonde ; Facial Hair ___
Approx. Age 70-75 ; Approx. Height 5'3" ; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray #15783
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 20th day of July, 20 11

Traci A. DeSalvo  10/22/11
Notary Public    (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3252