Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0221

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Angel Developments LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: St. Lucie )

**Name of Server:** Amy M Perron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14 day of July, 20 11, at 4:00 o'clock P M

**Place of Service:** at 216 SW Maclay Way, in Port St. Lucie, FL 34986

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Angel Developments LLC
By delivering them into the hands of an officer or managing agent whose name and title is: Gabriel Angel - Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M; Skin Color Spanish; Hair Color Grey; Facial Hair —
Approx. Age 60's; Approx. Height 5'8"; Approx. Weight 150lbs
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Amy M. Perron
Signature of Server

Subscribed and sworn to before me this 18 day of July, 20 11

BAP
Notary Public          7-14-12
                       (Commission Expires)

APS International, Ltd.

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services