Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0192

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Area Builders of Tidewater, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **VIRGINIA**  ) ss.
County of: **City of Norfolk** )
Name of Server: **William L. Sasser Jr.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **30th** day of **June**, 20 **11**, at **10:48** o'clock **A** M

Place of Service: at **3345 Bridge Road, Suite 916**, in **Suffolk, VA 23435**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Area Builders of Tidewater, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **James Backus, Registered agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Grey**; Facial Hair **No**
Approx. Age **56**; Approx. Height **6'**; Approx. Weight **200 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **30th** day of **June**, 20 **11**

Notary Public        **4-30-2014** (Commission Expires)

**APS International, Ltd.**