Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0127

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ashton Tampa Residential, LLC, dba Ashton Woods Homes
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

Name of Server: _James A Aloi_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _27_ day of _June_, 20_11_, at _10:40_ o'clock _A_ M

Place of Service: at _515 E. Park Avenue_, in _Tallahassee, FL  32301_

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Ashton Tampa Residential, LLC, dba Ashton Woods Homes**
By delivering them into the hands of an officer or managing agent whose name and title is: _Michelle Holden - process clerk_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _B/N_ ; Facial Hair ____
Approx. Age _35_ ; Approx. Height _5'8_ ; Approx. Weight _135_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

6-27-11
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _27_ day of _June_, 20_11_

Notary Public          (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019