Laura Haya, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0198

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Atlantic Homes, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: VIRGINIA

County of: City of Norfolk } ss.

**Name of Server:** William L. Sasser, Jr., undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 1st day of July, 20 11, at 10:34 o'clock A M

**Place of Service:** at 109 Nat Turner Boulevard , in Newport News, VA 23606

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Atlantic Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Kenneth Allen, Registered agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair No
Approx. Age 55-65 ; Approx. Height 6'3" ; Approx. Weight 200 lbs.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 1st day of July, 20 11

_____
Notary Public

4-30-2014
(Commission Expires)

**APS International, Ltd.**

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA