Laura Haya, et. al., Plaintiff(s)
    vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0277

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Avalon Building Corporation of Tampa Bay
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Lydia Velez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7th day of July, 20 __, at 10:00 o'clock A M

**Place of Service:** at 905 MLK Jr. Drive #250, in Tarpon Springs, FL 34689

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Avalon Building Corporation of Tampa Bay**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Peggy Sacgent, Accountant

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White   Hair Color Brown ; Facial Hair ____
Approx. Age 40 ; Approx. Height 5' 4" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server    7/12/11

Subscribed and sworn to before me this 12th day of July, 20 11

Notary Public    (Commission Expires) 3/2/13

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters