Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0498

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Company Tampa, LLC, c/o GY Corporate Services, Inc.
Court Case No. 11-1077 Section L

---

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

---

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __8th__ day of __July__, 20 __11__, at __10:35__ o'clock __A__ M

Place of Service: at __Two S. Biscayne Blvd., Ste. 3400__, in __Miami, FL  33131__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Company Tampa, LLC, c/o GY Corporate Services, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Raymond Miller V.P.__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __55__ ; Approx. Height __6'3__ ; Approx. Weight __200__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __8__ day of __July__, 20 __11__

_____
Notary Public     (Commission Expires)

## APS International, Ltd.



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013