Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0168

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bass Homes, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **ALABAMA** ) ss.
County of: **BALDWIN** )

**Name of Server:** **NORRIS ARMSTRONG**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **6** day of **JULY**, 20 **11**, at **10:25** o'clock **A** M

**Place of Service:** at  34661 Highway 59 South , in  Stapleton, AL 36578

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bass Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is:  **WILLIAM WILLIS — CONSULTANT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **BROWN/GRAY** ; Facial Hair **SOME**
Approx. Age **40+** ; Approx. Height **5'10"** ; Approx. Weight **190+**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **8th** day of **July**, 20 **11**

Notary Public     (Commission Expires)
06/24/2012

**APS International, Ltd.**