Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0548

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BBL-Florida, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: New York ) ss.
County of: Albany )

Name of Server: **Christopher Wosner**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 13th day of July, 20 11, at 11:00 o'clock A M

Place of Service: at 22 Century Hill Drive, Suite 201B, in Latham, NY 12110

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**BBL-Florida, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Michael Bette (Member)**

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair —
Approx. Age 70 ; Approx. Height 5'10" ; Approx. Weight 190

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 13th day of July, 20 11

Notary Public  (Commission Expires)
FAITH COZZY
Notary Public, State of New York
Qualified in Albany County
Reg. No. 01CO6158874
Commission Expire January 8, 2015