Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co.. Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0649

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BFS Townhomes, LLC, d/b/a HighPoint Development
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

Name of Server: **Christina Theurer**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **27** day of **September**, 20 **11**, at **8:30** o'clock **A** M

Place of Service: at **4515 Legacy Park Drive**, in **Tampa, FL 33611**

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
BFS Townhomes, LLC, d/b/a HighPoint Development

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kris Snow - Leasing Agent - Auth. to Accept**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc**; Hair Color **Brown**; Facial Hair ___
Approx. Age **30-35**; Approx. Height **5'10"**; Approx. Weight **180 lbs**

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **29** day of **Sept**, 20 **11**

Notary Public (Commission Expires)

APS International, Ltd.



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters