Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0084

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Builders Depot
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Texas ) ss.
County of: Bowie )

Name of Server: William Perry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 27th day of June, 20 11, at 10:15 o'clock A M

Place of Service: at 101 S. Robinson Road, in Texarkana, TX 75501

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Builders Depot**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Judy Beck, Clerk

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Gray ; Facial Hair N/A
Approx. Age 65 ; Approx. Height 5'8 ; Approx. Weight 185

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 27th day of June, 20 11

Vickie Cummings  8/20/13
Notary Public       (Commission Expires)

**APS International, Ltd.**



VICKIE CUMMINGS
Notary Public, State of Texas
My Commission Expires
August 20, 2013