Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0083

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Builders Depot
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Texas** ) ss.
County of: **Bowie** )

Name of Server: **William Perry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **27th** day of **June**, 20 **11**, at **10:15** o'clock **A** M

Place of Service: at **101 S. Robinson Road**, in **Texarkana, TX  75501**

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Builders Depot**
By delivering them into the hands of an officer or managing agent whose name and title is: **Judy Beck, Clerk**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Gray** ; Facial Hair **N/A**
Approx. Age **65** ; Approx. Height **5'8** ; Approx. Weight **185**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **27th** day of **June**, 20 **11**

Notary Public      **8/20/13**      (Commission Expires)

**APS International, Ltd.**



VICKIE CUMMINGS
Notary Public, State of Texas
My Commission Expires
August 20, 2013