Laura Haya, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0366

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Carew Construction, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Lee_ )

**Name of Server:** _Mark Hritz_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _6th_ day of _July_, 20 _11_, at _2:22_ o'clock _P_ M

**Place of Service:** at _15291 Briarcrest Circle_, in _Fort Myers, FL  33912_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Carew Construction, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _John Carew, Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Salt Pepper_ Facial Hair ___
Approx. Age _60's_ ; Approx. Height _6'0"_ ; Approx. Weight _200_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _13th_ day of _July_, 20 _11_

Signature of Server _#157600_

Notary Public _Traci DeSalvo_    (Commission Expires) _10/22/11_

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Notary Assn., Inc

3311