Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0504

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes Construction, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Broward__ )

**Name of Server:** __Felix Onate__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __13__ day of __July__, 20 __11__, at __11:35__ o'clock __A__ M

**Place of Service:** at __825 Coral Ridge Dr.__, in __Coral Springs, FL 33071__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Diane Jordan  Exec. Ast.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Blonde__; Facial Hair ____
Approx. Age __50__; Approx. Height __5'7__; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Felix Onate__
Signature of Server

Subscribed and sworn to before me this __15th__ day of __July__, 20 __11__

(Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Jason Roberts
My Commission DD949369
Expires 01/21/2014