Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0370

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Comfort Home Builders, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Donald Skipper II__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __6th__ day of __July__, 20 __11__, at __8:00__ o'clock __P__ M

Place of Service: at __1686 Lakeview Terrace__, in __North Fort Myers, FL 33903__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Comfort Home Builders, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __James Gordon, Registered Agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __Brown/Balding__; Facial Hair ____
Approx. Age __55__; Approx. Height __5'8"__; Approx. Weight __200__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Donald Skipper II__ #15797
Signature of Server

Subscribed and sworn to before me this __20th__ day of __July__, 20__11__
__Traci A. DeSalvo__  10/22/11
Notary Public    (Commission Expires)

APS International, Ltd.

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3269