Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0508

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Completed Communities II, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Broward__ )

Name of Server: __Felix Onate__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __13__ day of __July__, 20__11__, at __11:35__ o'clock __A__ M

Place of Service: at __825 Coral Ridge Dr.__, in __Coral Springs, FL  33071__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Completed Communities II, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Diane Jordan Exec. Ast.__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair _____
Approx. Age __50__ ; Approx. Height __5'7__ ; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.
__Felix Onate__
Signature of Server

Subscribed and sworn to before me this __15__ day of __July__, 20__11__
Notary Public           (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Jason Roberts
My Commission DD949369
Expires 01/21/2014