Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0203

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Core Construction Services Southeast, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Sarasota )

Name of Server: Lyle M. Robinson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28th day of June, 20 11, at 12:10 o'clock P M

Place of Service: at 6230 University Parkway, Ste. 204, in Sarasota, FL 34240

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Core Construction Services Southeast, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Kate Bloch, Secretary at Becker & Poliakoff, P.A. & Authorized

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Blonde ; Facial Hair —
Approx. Age 55 ; Approx. Height 5'6" ; Approx. Weight 170

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 28th day of June, 20 11

Shelly Huffman
Notary Public (Commission Expires)

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

**APS International, Ltd.**

63998