UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-MD-02047 |
| | * | JUDGE: FALLON |
| | * | |
| This document related to:   ALL CASES | * * | |
| | * | MAG: WILKINSON |
| | * | |

*****************************************************************************

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS, RIGHTWAY DRYWALL, INC. AND RIGHTWAY DRYWALL, INC.

Please take notice that Andrew D. Weinstock and Philip G. Watson of the law firm of DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK, in accordance with Pretrial Order Nos. 1F and 1G, are entering an appearance for Defendant, Rightway Drywall, Inc. in the above-numbered and entitled matter.  This filing does not constitute consent to jurisdiction or venue in the United States District Court for the Eastern District of Louisiana.  Further, this filing does not constitute a waiver of any rights and/or defenses, including, but not limited to, lack of personal jurisdiction, lack of subject matter jurisdiction and improper venue and all rights and/or defenses are expressly reserved.

00182074-1

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

*s/Andrew D. Weinstock*

_____
**ANDREW D. WEINSTOCK (#18495)**
**PHILIP G. WATSON (#31356)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
pwatson@duplass.com
**Counsel for Defendant, Rightway Drywall, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of December, 2011.

*s/Andrew D. Weinstock*
_____
ANDREW D. WEINSTOCK