UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA HAYA, DANIEL HAYA AND IRENE HAYA, individually and on behalf of all others similarly situated, et.al. | : : : : |
| Plaintiffs, | : CASE NO.: 11-1077 : SECT. L MAG 2 : |
| vs. | : : CLASS ACTION |
| TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QUINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD.; et.al. | : : : : : : : |
| Defendants. | : |

_____/

## NOTICE OF APPEARANCE

COMES NOW, PEREZ & RODRIGUEZ, P.A., and enters its appearance on behalf of the Defendant, MANCLAR BUILDERS, INC., and requests that all future pleadings be forwarded to Perez & Rodriguez, P.A., 95 Merrick Way, Suite 600, Miami, Florida 33134.

PEREZ & RODRIGUEZ, P.A.
*Attorneys for Defendant - MANCLAR BUILDERS, INC.*
95 Merrick Way, Suite 600
Coral Gables, Florida 33134
Tel:(305) 667-9878
Fax:(305) 667-9657

By:_____ FBN 58628
LUIS N. PEREZ
Florida Bar No.: 438685

cc: Simone Allen - Claim No. 00003243

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the above has been served upon all parties by electronically uploading the same to the LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System pursuant to the established procedures set forth within MDL Case No. 2047, on this _____ day of December, 2011.

PEREZ & RODRIGUEZ, P.A.
*Attorneys for Defendant - MANCLAR BUILDERS, INC.*
95 Merrick Way, Suite 600
Coral Gables, Florida 33134
Tel: (305) 667-9878
Fax:(305) 667-9657

By:_____
LUIS N. PEREZ
Florida Bar No.: 438685