UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH ABEL, individually, and on behalf of all others similarly situation, (ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A")<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD; QINHUANGDAO TAISHAN BUILDING MATERIASL CO., LTD. A/K/A QUIHUANG DAO TAISHAN BUILDING MATERIALS CO. LTD.; (ADDITIONAL DEFEDNANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"),<br><br>　　　　Defendant. | CASE NO.: 11-080<br>SECT. L MAG. 2 |

## NOTICE OF APPEARANCE

COMES NOW, PEREZ & RODRIGUEZ, P.A., and enters its appearance on behalf of the Defendant, ATCO INT., CORP., and requests that all future pleadings be forwarded to Perez & Rodriguez, P.A., 95 Merrick Way, Suite 600, Miami, Florida 33134.

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed to the Clerk of the Court and electronically filed with Lexis Nexis On Line File and Serve this 28 day of April, 2011.

　　　　　　　　　　　　　　　　　PEREZ & RODRIGUEZ, P.A.
　　　　　　　　　　　　　　　　　Attorneys for Defendant - ATCO Int. Corp.
　　　　　　　　　　　　　　　　　95 Merrick Way, Suite 600
　　　　　　　　　　　　　　　　　Coral Gables, Florida 33134
　　　　　　　　　　　　　　　　　(305) 667-9878

　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　LUIS N. PEREZ
　　　　　　　　　　　　　　　　　Florida Bar No.: 438685