UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT W. BLOCK, III, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | CASE NO.: 11-1363<br>SECT. L MAG 2 |
| Plaintiff, | CLASS ACTION COMPLAINT |
| v. | JURY TRIAL DEMAND |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GMBH: KNAUF AMF GMBH & CO. KG; KNAUF DO BRASIL LTD.; PT LNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD. [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"]. | |
| Defendants. | |
| _____/ | |

## NOTICE OF APPEARANCE

COMES NOW, PEREZ & RODRIGUEZ, P.A., and enters its appearance on behalf of the Defendant, ATCO INT. CORP., and requests that all future pleadings be forwarded to Perez & Rodriguez, P.A., 95 Merrick Way, Suite 600, Miami, Florida 33134.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was filed electronically with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _10th_ day of December, 2011.

                                PEREZ & RODRIGUEZ, P.A.
                                Attorneys for Defendants, ATCO Int. Corp.
                                95 Merrick Way, Suite 600
                                Coral Gables, Florida 33134
                                (305) 667-9878


By:_____/s/ Luis N. Perez_____
        LUIS N. PEREZ
        Florida Bar No.: 438685