IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY                          MDL. NO: 2047
LITIGATION

                                                      SECTION: L
(Relates to 2:09-cv-7628)

                                                   JUDGE FALLON
                                         MAG. JUDGE WILKINSON

## MOTION TO WITHDRAW AS COUNSEL

The law firm of Markow Walker, P.A., by and through the undersigned counsel, hereby moves this Court for permission to withdraw as counsel for the Defendant M.E. Gibbens, Inc., in this matter.  Counsel was retained pursuant to a policy of insurance.  The insurance carrier has withdrawn coverage and separate counsel representing the carrier notified the Defendant of the coverage decision via certified mail.  Counsel conferred with the following representative of the Defendant and was advised the Defendant was aware of the coverage decision by the insurance carrier:

> Michael Gibbens
> PO Box 2160
> Bay St. Louis, MS 39521
> (228) 493-7677

RESPECTFULLY SUBMITTED, this the 11th day of December, 2011.

                                   M. E. GIBBENS, INC.


                          By:    /s/ Jeff Moffett
                                 JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com


CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 11th day of December, 2011.


By:      /s/ Jeff Moffett
         JEFFREY S. MOFFETT