Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0224

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--D and A Construction Services, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Martin__ )

Name of Server: __Amy M. Perron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __14__ day of __July__, 20 __11__, at __6:15__ o'clock __P__ M

Place of Service: at __3341 Southwest Islesworth Circle__, in __Palm City, FL 34994__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**D and A Construction Services, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Ann Marie Hatcher- President__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Black__; Facial Hair __—__
Approx. Age __40__; Approx. Height __5'7"__; Approx. Weight __130 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Amy M. Perron__
Signature of Server

Subscribed and sworn to before me this __18__ day of __July__, 20 __11__

__BAP__    __7-14-12__
Notary Public    (Commission Expires)

**APS International, Ltd.**



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services