Laura Haya, et al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0223

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--D and A Construction Services, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

Name of Server: **Amy M. Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14** day of **July**, 20 **11**, at **6:15** o'clock **P** M

Place of Service: at **3341 Southwest Islesworth Circle**, in **Palm City, FL 34994**

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**D and A Construction Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Annmarie Hatcher - President**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black**; Facial Hair —
Approx. Age **40**; Approx. Height **5'7"**; Approx. Weight **130 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Amy M. Perron**
Signature of Server

Subscribed and sworn to before me this **18** day of **July**, 20 **11**

Notary Public          **7-14-12**
                       (Commission Expires)

**APS International, Ltd.**



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services