Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0061

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--D.R. Horton, Inc., c/o CT Corporation System
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

| | |
|---|---|
| **State of:** | Florida ) ss. |
| **County of:** | Broward ) |
| **Name of Server:** | Gne Deal , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the 24 day of June , 20 11 , at 1:20 o'clock P M |
| **Place of Service:** | at 1200 S. Pine Island Road , in Plantation, FL 33324 |
| **Documents Served:** | the undersigned served the documents described as: **Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **D.R. Horton, Inc., c/o CT Corporation System** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is CT Corp., RA for Contact - Donna Moch, Sr Ops Mgr. |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair No Approx. Age 45 ; Approx. Height 5'6" ; Approx. Weight 145 |
| | ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this 24 day of June , 20 11

_____
Signature of Server

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**