UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Abel v. Taishan Gypsum Co., Ltd; Case No. 11-080 | |

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT, STREAMLINE HOMES, INC.

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, Myriam Pinchinat hereby dismisses without prejudice all of the her claims against, DEFENDANT STREAMLINE HOMES, INC., in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and cost. Plaintiff, Myriam Pinchinat, shall continue to pursue her claims against the remaining Defendants no specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Scott George, counsel for Plaintiff, dater December 9, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

|  | Respectfully submitted, |
|---|---|
| Dated: December 12, 2011 | /s/ Russ M. Herman<br>RUSS M. HERMAN, ESQ. (#6819)<br>LEONARD A. DAVIS, ESQ. (#14190)<br>STEPHEN J. HERMAN, ESQ. (#23129)<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Tel: (504) 581-4892<br>Fax: (504) 561-6024<br>RHerman@hhkc.com<br>*Plaintiffs' Liaison Counsel MDL 2047* |

{00002097;v1}

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically file with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of December, 2011.

      */s/ Russ Herman*
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, LA 70113
      Tel: (504) 581-4892
      Fax: (504) 561-6024
      RHerman@hhkc.com
      *Plaintiffs' Liason Counsel, MDL 2047*

{00002097;v1}