

December 9, 2011

**Via Facsimile and US Mail**

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Fax #: (504) 561-6024

      **RE:**    In Re: Chinese Manufactured Drywall Products Liability Litigation
                   Abel v. Taishan Gypsum Co., Ltd; Case No. 11-080

Dear Russ and Lenny:

My client, Myriam Pinchinat, authorizes the attorners of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleading on her behalf to voluntarily dismiss, without prejudice, all of her claims against Streamline Homes, Inc. in the above matter.

                                                  Very truly yours,

                                                  Scott George

Enclosures