Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0142

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Dan Spires Floor Covering, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __GEORGIA__ ) ss.
County of: __WARE__ )

**Name of Server:** __J. Newton Bates, Sr.__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __28th__ day of __June__, __2011__, at __12:00__ o'clock __Noon__ M

**Place of Service:** at __1016 Waller Street__, in __Waycross, GA 31501__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dan Spires Floor Covering, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Dan Spires, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __48__ ; Approx. Height __5' 11"__ ; Approx. Weight __205__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __28th__ day of __June__, __2011__

*[Signature]*
Signature of Server
Registered Civil Process Server
APS International, Ltd.
U.S. District Court, Southern District of Georgia

*[Signature]* Notary Public (Commission Expires)
Notary Public, Ware County, Georgia
My Commission Expires Jan. 5, 2013