Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0514

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Design Drywall of South Florida, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__

Name of Server: __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __11__ day of __July__, 20 __11__, at __1:40__ o'clock __P__ M

Place of Service: at __8221 Coral Way__, in __Miami, FL 33155__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Design Drywall of South Florida, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Michael Garig Accountant__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Brown__; Facial Hair ____
Approx. Age __40__; Approx. Height __5'6__; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __11__ day of __July__, 20 __11__

Signature of Server        Notary Public        (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013