Laura Haya, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0516

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Dinstinctive Drywall Designs, Inc.
Court Case No. 11-1077 Section L

**LEVIN, FISHBEIN, ET AL**

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _BROWARD_ )

**Name of Server:** _Felix Onate_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _13_ day of _July_, 20 _11_, at _11:50_ o'clock _A_ M

**Place of Service:** at _11904 NW 47th Street_, in _Coral Springs, FL  33076_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dinstinctive Drywall Designs, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Scott Thoms OWNER_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _____ ; Skin Color _____ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Felix Onate_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _15_ day of _July_, 20 _11_

_(signature)_
(Commission Expires)

Notary Public
Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014

After speaking To Scott Thoms OWNER.
He instructed to leave documents in the Front door of his house.