Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0218

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Diversified General Contractors, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **INDIAN RIVER** )

Name of Server: **DAVID BONNER**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **6** day of **July**, 20 **11**, at **7:34** o'clock **A** M

Place of Service: at  5400 65th Street , in  Vero Beach, FL  32967

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Diversified General Contractors, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **KATHY OZARK - (WIFE)**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **WHITE** ; Hair Color **BROWN** ; Facial Hair **NONE**
Approx. Age **56** ; Approx. Height **5'8"** ; Approx. Weight **143**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **6** day of **July**, 20 **11**

Notary Public          (Commission Expires) 9-28-14

APS International, Ltd.

DAVID L. BRESSETT
MY COMMISSION # EE 029508
EXPIRES: September 28, 2014
Bonded Thru Budget Notary Services