Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0217

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Diversified General Contractors, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: INDIAN RIVER )
Name of Server: DAVID BONNER, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6 day of JULY, 20 11, at 7:34 o'clock A M

**Place of Service:** at 5400 65th Street, in Vero Beach, FL 32967

**Documents Served:** the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Diversified General Contractors, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: KATHY OZARK - (WIFE)

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair NONE
Approx. Age 56 ; Approx. Height 5'8" ; Approx. Weight 143

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 6 day of JULY, 20 11
Notary Public    9-28-14 (Commission Expires)

APS International, Ltd.



DAVID L. BRESSETT
MY COMMISSION # EE 029508
EXPIRES: September 28, 2014
Bonded Thru Budget Notary Services