Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by


**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 111412-0150

# AFFIDAVIT OF SERVICE -- Individual

**Service of Process on:**
--Donald Wayne Tindle
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **BALDWIN** )

**Name of Server:** _Norris Armstrong_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _13_ day of _July_, 20 _11_, at _11:25_ o'clock _A_ M

**Place of Service:** at ~~26692 Dean Court North~~ _43241 State Hwy_, in ~~Daphne, AL 36526~~ _Bay Minette_

Phone 937-1868

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Donald Wayne Tindle**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of _James Tindle (Brother)_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Donald Wayne Tindle** at the place of service, and whose relationship to the person is: ____

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _Black/Grey_; Facial Hair _Yes_
Approx. Age _40_; Approx. Height _5'11"_; Approx. Weight _185_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _15th_ day of _July_, 20 _11_

_____
Signature of Server

_____
Notary Public (Commission Expires)

**APS International, Ltd.**