Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0078

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Double D. Investments of Broward, LLC, c/o Frank, Weinberg & Black, PL
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

**Name of Server:** ___Fred Humphries___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __28th__ day of __June__, 20 __11__, at __10:49__ o'clock __A__.M

**Place of Service:** at __7805 SW Sixth Court__, in __Plantation, FL 33324__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Double D. Investments of Broward, LLC, c/o Frank, Weinberg & Black, PL**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Melissa DeLaRosa, Clerk authorized to accept on behalf of Frank, Weinberg & Black, PL, registered agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __Black__; Hair Color __Brown__; Facial Hair _____
Approx. Age __54__; Approx. Height __5'6"__; Approx. Weight __165__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __28th__ day of __June__, 20 __11__

Signature of Server

Notary Public        (Commission Expires)

**APS International, Ltd.**

MURRAY C. DEAL JR
Notary Public - State of Florida
My Commission Expires Sep 13, 2012
Commission # DD 789147
Bonded Through National Notary Assn.