Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0077

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Double D. Investments of Broward, LLC, c/o Frank, Weinberg & Black, PL
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Fred Humphries, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28th day of June, 20 11, at 10:49 o'clock A M

**Place of Service:** at 7805 SW Sixth Court, in Plantation, FL 33324

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Double D. Investments of Broward, LLC, c/o Frank, Weinberg & Black, PL**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Melissa DeLaRosa, Clerk authorized to accept on behalf of Frank, Weinberg & Black, PL, registered agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Brown ; Facial Hair
Approx. Age 54 ; Approx. Height 5'6" ; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 28th day of June, 20 11

Notary Public (Commission Expires)

MURRAY C. DEAL JR
Notary Public - State of Florida
My Commission Expires Sep 13, 2012
Commission # DD 789147
Bonded Through National Notary Assn.