Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0296

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--European Quality Builders, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** SEAN SEGEL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7 day of July, 20 11, at 2:00 o'clock P M

**Place of Service:** at 2018 E. 7th Avenue, in Tampa, FL 33605

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**European Quality Builders, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Thomas Martino Jr - Officer Auth. To Accept

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color Cauc; Hair Color Brown; Facial Hair ———
Approx. Age 35; Approx. Height 5'9"; Approx. Weight 200 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 11 day of July, 20 11

_____
Notary Public     (Commission Expires)

**APS International, Ltd.**



JAMIE SNYDER
Commission # DD0698515
Expires 7/24/2011
Bonded through
(800-432-4254) Florida Notary Assn., Inc.