# AMENDED EXHIBIT A

**Amended Exhibit "A"**

| *PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-07628 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** |||
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| Ace Drywall | 2/4/10 | |
| Adam Carpenter | 2/3/10 | |
| Alana Development Corporation | 2/23/10 | |
| Alternative Source, Inc. | 3/30/10 | |
| American Dream Builders, Inc. | 2/8/10 | |
| Anthony Raggs | 2/4/10 | |
| Anthony Skrmetti | 2/6/10 | |
| Arizen Homes, Inc. | 5/6/10 | |
| BDG Waterstone, LLC | 2/5/10 | |
| Belmont Lakes Investments, LLC | 2/3/10 | |
| Blackhawk Partners, LLC | 2/26/10 | |
| Bonita Beachwalk, LLC | 7/15/10 | |
| Bove Company | 2/5/10 | |
| Brian Papania | 2/9/10 | |
| Centurion Homes of Louisiana, LLC | 2/22/10 | |
| Chabot Enterprises, Inc. | 2/10/10 | |
| Chris Billot | 2/8/10 | |
| Craftsmen Builders, Inc. | 2/10/10 | |
| David Ray Gavins | 2/5/10 | |
| Design Contractors, LLC | 2/4/10 | |
| Drywall Service | 2/5/10 | |
| Drywall Service, Inc. | 2/4/10 | |
| E.B. Developers, Inc. | 2/3/10 | |
| Elite Construction Co. SW Inc. | 5/27/10 | |
| Enchanted Homes, Inc. | 2/5/10 | |
| Executive Home Builders, LLC | 2/8/10 | |
| First Choice Drywall Services, Inc. | 2/23/10 | |
| First Construction Corporation | 3/12/10 | |
| Fusion Building Concepts, Inc. | 10/8/10 | |

| \ | \ | \ |
|---|---|---|
| \ | *PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-07628 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | \ |
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| G. Drywalls Corporation | 2/3/10 | |
| Garram Homes, Inc. | 2/26/10 | |
| Gateway Drywall, Inc. | 2/4/10 | |
| Genesis Residential Group, Inc | 2/4/10 | |
| George Meza | 2/10/10 | |
| Gooden Homes, LLC | 7/12/10 | |
| Greystoke Homes at South Point II LLC | 2/4/10 | |
| Gwen Core | 2/23/10 | |
| H & H Custom Homebuilders | 6/16/10 | |
| Hutchinson Homes, Inc. | 2/10/10 | |
| J&H Distributers | 6/16/10 | |
| John Eschete | 2/4/10 | |
| Jon A. Wilder, Inc. | 2/5/10 | |
| JP Drywall, LLC | 2/5/10 | |
| JST Properties, LLC of Mississippi | 2/22/10 | |
| Just-Rite Supply | 2/4/10 | |
| Kemah Construction, Inc. | 2/3/10 | |
| Land Resources LLC | 10/4/10 | |
| Las Playas LLC | 2/5/10 | |
| Last Minute Properties, LLC | 2/4/10 | |
| Legend Custom Builders, Inc. | 2/4/10 | |
| Louran Gips KG | 2/6/10 | |
| Lucra Investments, Inc. | 3/30/10 | |
| Manuel Gonzales Terra Group, Intl. | 2/26/10 | |
| Master Builders of South Florida, Inc. | 9/26/11 | |
| Methodical Builders, Inc. | 2/10/10 | |
| Nathanial Crump | 2/6/10 | |
| Northeast Drywall | 2/3/10 | |
| Oak Avenue, LLC | 4/26/10 | |
| Paragon Homes Corporation | 4/21/10 | |
| Paul Hyde Homes | 2/9/10 | |

**PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.**
CASE NO. 2:09-CV-07628 (E.D.LA.)
**DEFENDANTS WHO ARE IN DEFAULT**

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Philip Latapie | 3/12/10 | |
| Pioneer Construction, LLC | 5/27/10 | |
| Ponce Siding & Remodeling | 2/23/10 | |
| Premier Communities, Inc. | 2/3/10 | |
| Premier Plastering of Naples | 2/3/10 | |
| Punta Gorda Partners, LLC | 4/15/10 | |
| Reed Builders, LLC | 2/3/10 | |
| Richardson Drywall | 2/5/10 | |
| Right Way Finishing, Inc. | 10/6/10 | |
| RJM Builders North, Inc. | 3/9/10 | |
| Rookery Park Estates, LLC | 2/3/10 | |
| Sampson Drywall | 2/9/10 | |
| Saturno Construction AB Inc. | 2/6/10 | |
| Scott Colson | 10/4/10 | |
| Sea Coast Construction, LLC | 2/2/10 | |
| Signature Series Homes, Inc. | 12/16/10 | |
| Southwell Homes, LLC | 2/9/10 | |
| Stephen Steiner d/b/a Steiner Drywall | 3/9/10 | |
| Stonebrook Homes LLC | 3/1/10 | |
| Supreme Builders | 10/12/10 | |
| Tad Brown | 10/6/10 | |
| Tepeyac, LLC | 2/5/10 | |
| The New Morning, LLC | 2/5/10 | |
| Tikal Construction Co. | 4/16/10 | |
| United Home Builders, Inc. | 3/20/10 | |
| Velvet Pines Construction, LLC | 3/13/10 | |
| Waterways Joint Venture IV, LLC | 10/5/10 | |
| Wellington Drywall, Inc. | 4/30/10 | |

# AMENDED EXHIBIT B

# Amended Exhibit "B"

| *WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.* CASE NO. 2:10-CV-00361 (E.D.LA.) **DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Aces Towing Enterprises, L.L.C. | 4/16/10 | |
| American Gallery Development Group, LLC | 8/23/10 | |
| Arizen Homes, Inc. | 5/6/10 | |
| Barony Homes, Inc. | 4/27/10 | |
| BDG Waterstone, LLC | 4/13/10 | |
| BE Wholesale | 4/15/10 | |
| Beijing New Building Materials Public Limited Co. | 8/25/10 | Previously held in default. See Doc. No. 7735. |
| Cajun Construction & Design, Inc. | 4/19/10 | |
| CB Creek, Inc. | 4/15/10 | |
| Chase Construction, Inc. | 4/20/10 | |
| Country Walk Sales, LLC | 4/14/10 | |
| Qinhuangdao Taishan Building Material Co. Ltd. a/k/a Qinhuang Dao Taishan Building Material Co., Ltd | 7/28/10 | |
| Crossroad Homes, Inc. | 4/13/10 | |
| Curb Appeal Home Builders, Inc. | 4/16/10 | |
| Delgado's Painting | 4/15/10 | |
| DELTA-EDEN, INC. | 4/20/10 | |
| Development Co. of Boca, Inc. d/b/a Boca Developers | 4/14/10 | |
| Drive Enterprises, Inc. | 1/26/11 | |
| E.B. Developers, Inc. | 4/15/10 | |
| Enchanted Homes, Inc. | 4/17/10 | |
| Five Star Drywall, inc. | 4/19/10 | |
| G. Drywalls Corporation | 4/15/10 | |
| G&B Roofing & Construction, Inc. | 4/15/10 | |
| Harrell's Drywall, Inc. | 4/14/10 | |

| ***WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.***<br>**CASE NO. 2:10-CV-00361 (E.D.LA.)**<br>**DEFENDANTS WHO ARE IN DEFAULT** |

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Inman Construction Services, Inc. | 5/13/10 | |
| J. Galloway Construction, Inc. | 4/23/10 | |
| Kevin Burton | 4/24/10 | |
| Lopez Drywall, Inc. | 4/22/10 | |
| MacGlen Builders, Inc. | 4/23/10 | |
| McCar Homes, Inc. | 4/16/10 | |
| MW Johnson Construction of Florida, Inc. | 6/28/10 | |
| Oscar Jiles d.b.a. JJ Construction | 4/16/10 | |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 10/15/10 | |
| Ray Turner Drywall, LLC | 4/17/10 | |
| Safeway Contractors, L.L.C. | 4/19/10 | |
| Stone Development, LLC | 4/15/10 | |
| Touchstone At Rapallo, Inc. | 4/16/10 | |
| United Homes, Inc. | 4/13/10 | |
| Vizcaya Custom Homes, Inc. | 4/23/10 | |

# AMENDED EXHIBIT C

# Amended Exhibit "C"

| *GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.* CASE NO. 2:09-CV-6690 (E.D.LA.) **DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Aarco, LLC | 5/20/10 | |
| Albert Howard, Jr. | 5/27/10 | |
| All County Drywall Service, Inc. | 5/22/10 | |
| American Gallery Development Group, LLC | 6/21/10 | |
| Angel Developments, LLC | 5/25/10 | |
| Bailey Lumber & Supply Company of Biloxi | 5/25/10 | |
| Beijing New Building Materials Public Limited Company (BNBM) | 4/23/10 (IDC) | Previously held in default. See Doc. No. 7302 and 7736. |
| Beijing New Building Materials Group Co., Ltd. (BNBM Group) | 2/25/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Bell Construction | 4/5/10 | |
| Building Supply House, LLC | 5/24/10 | |
| Changzhou Yinhe Wood Industry Co., Ltd. | 6/27/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Chase Construction, Inc. | 5/20/10 | |
| China National Building Material Group Corporation (CNBM Group) | 2/25/10 (IDC)<br><br>6/27/11 (III) | Previously held in default. See Doc. No. 7302. |
| China National Building Materials Co., Ltd. (CNBM) | 2/25/10 (IDC)<br><br>6/27/11 (III) | Previously held in default. See Doc. No. 7302. |
| Cornerstone Builders, LLC | 5/21/10 | |
| David W. Stewart, Inc. | 5/20/10 | |
| Done-Rite Construction | 5/26/10 | |
| Dynamic Contractors | 5/21/10 | |
| First Choice Drywall Services, Inc. | 6/2/10 | |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. | 3/4/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Garraway's Stores, Inc. | 6/1/10 | |
| George Meza | 5/25/10 | |
| Gulf South Drywall | 3/10/11 | |
| Hanover Homes, Inc | 5/25/10 | |

1

*GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:09-CV-6690 (E.D.LA.)

# DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Homes of Merit, Inc. | 6/14/10 | |
| Hubei Taishan Building Material Co., Ltd. | 2/8/10 (IDC) <br><br> 2/24/11 (III) | Previously held in default. See Doc. No. 7302. |
| Inman Construction Services, Inc. | 5/25/10 | |
| International Materials Trading, Incorporated | 11/13/09 (IDC) <br><br> 8/26/10 (III) | |
| J & S Drywall | 5/22/10 | |
| Jeff Laporte | 5/20/10 | |
| Jinan Run & Fly New Materials Co., Ltd. | 2/8/10 (IDC) <br><br> 3/7/11 (III) | Previously held in default. See Doc. No. 7302. |
| John P. Gregg | 5/20/10 | |
| Johnny Weary | 5/20/10 | |
| KC2 Investments, LLC | 5/28/10 | |
| Kenneth Campo | 6/3/10 | |
| L & J Builders, Inc. | 6/9/10 | |
| Lawrence McCorvey | 5/25/10 | |
| Legend Custom Builders, Inc. | 5/20/10 | |
| MacGlen Builders, Inc. | 5/27/10 | |
| Martinez Drywall & Painting, LLC | 5/24/10 | |
| Master Builders of South Florida, Inc. | 8/17/10 | |
| MATSA Construction | 5/20/10 | |
| McCar Homes - Tampa, LLC | 5/19/10 | |
| McLean Drywall | 7/1/10 | |
| Metro Resources Corp. | 11/12/09 (IDC) <br><br> 8/23/10 (III) | |
| MGB Construction | 5/21/10 | |
| MW Johnson Construction of Florida, Inc. | 6/28/10 | |
| Nanhai Silk Imp. & Exp. Corporation | 3/12/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Negotiable Remodeling | 6/1/10 | |
| Norman Gannon | 5/25/10 | |

2

*GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:09-CV-6690 (E.D.LA.)

# DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc | 11/3/10 (IDC) | |
| Palm Isles Holdings, LLC | 5/19/10 | |
| Parkview Homes Realty, Inc. | 5/24/10 | |
| Picayune Discount Building Supply | 6/1/10 | |
| Pine Ridge Real Estate Enterprises, L.L.C. | 5/27/10 | |
| Pingyi Baier Building Materials Co., Ltd. | 2/25/10 (IDC)<br><br>2/15/11 (III) | Previously held in default. See Doc. No. 7302. |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd (Chexiang) | 2/25/10 (IDC)<br><br>3/16/11 (III) | Previously held in default. See Doc. No. 7302. |
| POD Homes, LLC | 6/16/10 | |
| Qingdao Yilie International Trade Co., Ltd | 2/22/10 (IDC)<br><br>1/30/11 (III) | Previously held in default. See Doc. No. 7736 |
| Qinhuangdao Taishan Building Material Co., Ltd | 2/9/10 (IDC)<br><br>6/27/11 (III) | Previously held in default. See Doc. No. 7302. |
| R & B Housing, LLC | 5/20/10 | |
| Rocky Ruckman | 5/28/10 | |
| Roman Gonzalez | 5/25/10 | |
| Sands Construction Group, LLC | 5/20/10 | |
| Sedgwick Developers, Inc. | 5/21/10 | |
| Shaanxi Taishan Gypsum Co., Ltd. | 12/17/10 | Previously held in default. See Doc. No. 7302. |
| Shandong Oriental International Trading Co., Ltd. | 2/25/10 (IDC)<br><br>1/31/11 (III) | |
| Shanghai East Best Arts & Crafts Co., Ltd. | 3/8/10 (IDC)<br><br>1/26/11 (III) | Previously held in default. See Doc. No. 7736. |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd | 2/26/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| SIIC Shanghai International Trade (Group) Co., Ltd. | 3/10/10 (IDC)<br><br>1/27/11 (III) | Previously held in default. See Doc. No. 7736. |
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd | 4/30/10 (IDC)<br><br>2/15/11 (III) | Previously held in default. See Doc. No. 7302. |

| *Gross, et al. v. Knauf Gips KG, et. al.* |
|---|
| Case No. 2:09-cv-6690 (E.D.La.) |
| **Defendants Who Are In Default** |

| Defendant (List Full Legal Name) | Service was Made | Comments |
|---|---|---|
| Sorrento Lumber Co., Inc. | 5/22/10 | |
| Sunrise Building Materials Ltd. | 12/7/09 (IDC) | Previously held in default. See Doc. No. 7302. |
| Tai'an Jindun Building Material Co., Ltd. | 2/4/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Tai'an Kangyijia Building Materials Co., Ltd. | 3/1/10 (IDC) | |
| Tai'an Taishan Gypsum Board Co., Ltd. | 2/4/10 (IDC) | |
| Taishan Gypsum (Baotou) Co., Ltd. | 3/3/10 (IDC)<br><br>8/23/11 (III) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Chongqing) Co., Ltd. | 2/9/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Henan) Co., Ltd. | 3/25/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Hengshui) Co., Ltd. | 6/27/11 | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Jiangyin) Co., Ltd. | 7/29/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Pingshan) Co., Ltd. | 3/11/10 (IDC)<br><br>6/27/11 (III) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Pizhou) Co., Ltd. | 3/3/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Tongling) Co., Ltd. | 2/20/10 (IDC)<br><br>4/18/11 (III) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Wenzhou) Co., Ltd. | 5/14/10 (IDC) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum (Xiangtan) Co., Ltd. | 3/24/10 (IDC)<br><br>2/22/11 (III) | Previously held in default. See Doc. No. 7302. |
| Taishan Gypsum Co., Ltd. Lucheng Branch | 3/26/10 (IDC) | Previously held in default. See Doc. No. 7736. |
| The China Corporation, LTD | 7/15/11 | |
| Tianjin Tianbao Century Development Co., Ltd. | 2/8/10 (IDC)<br><br>1/21/11 (III) | |
| Tov Trading Inc. | 11/18/09 (IDC) | |

4

| *Gross, et al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-6690 (E.D.La.) ||| 
|---|---|---|
| **Defendants Who Are In Default** ||| 
| **Defendant (List Full Legal Name)** | **Service was Made** | **Comments** |
| Triorient Trading, Inc. | 11/13/09 (IDC)<br><br>8/25/10 (III) | |
| Trust America Homes, Inc. | 5/27/10 | |
| United Home Builders, Inc. | 5/20/10 | |
| Veal Enterprises, Inc. | 5/28/10 | |
| Venture Homes | 5/27/10 | |
| Waterways Joint Venture IV | 6/22/10 | |
| Waterways Joint Venture IV, LLC | 6/22/10 | |
| WB Construction Company, Inc. | 5/21/10 | |
| Yunan Taishan Gypsum And Building Material Co., Ltd. | 4/7/10 (IDC)<br><br>3/10/11 (III) | Previously filed Motion for Default against them |

5

# AMENDED EXHIBIT D

# Amended Exhibit "D"

| ROGERS, ET AL. V. KNAUF GIPS KG, ET. AL. CASE NO. 2:10-CV-00362 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| 3180 Lamb Court Acquisition, LLC | 4/29/10 | |
| Angel Developments, LLC | 6/8/10 | |
| B & E Construction of Miami Corp. | 4/30/10 | |
| Cajun Construction & Development, LLC | 5/6/10 | |
| Comfort Home Builders, Inc. | 4/30/10 | |
| Davis General Contractors | 4/30/10 | |
| Enchanted Homes, Inc. | 5/4/10 | |
| Freemar Homes, Inc. | 4/29/10 | |
| Gomez Interiors, Inc. | 8/9/10 | |
| Grand Palazzo Hendricks, LLC | 4/28/10 | |
| Hanover Homes | 4/29/10 | |
| J. Cherry and Sons, Inc. | 7/29/10 | |
| Joseph E. Clouse, Inc. | 5/7/10 | |
| Liberty Home Builders, Inc. | 4/29/10 | |
| Linel Consulting, LLC | 4/29/10 | |
| P N K Builders, LLC | 8/25/10 | |
| Pine Ridge Real Estate Enterprises, LLC | 4/29/10 | |
| RCR Holdings I and II, LLC | 4/28/10 | |
| Sovereign Homes, LLC | 5/4/10 | |
| Symphony Builders, Inc. | 4/29/10 | |
| The Kabar Group, LLC | 5/18/10 | |
| Treasure Coast | 5/4/10 | |
| Venus Street, LLC | 4/29/10 | |
| Waterways Joint Venture IV, LLC | 6/22/10 | |
| Waterways Joint Venture IV | 6/22/10 | |
| Woodside f/k/a GHO Properties | 5/3/10 | |

# AMENDED EXHIBIT E

# Amended Exhibit "E"

| ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL., CASE NO. 2:11-CV-080 (E.D.LA.) |||
|---|---|---|
| **DEFENDANTS WHO ARE IN DEFAULT** |||
| DEFENDANT | SERVICE WAS MADE | COMMENTS/COUNSEL |
| Advantage Builders of America, Inc. | 3/3/11 | |
| Albanese-Popkin The Oaks Development Group, Inc. | 3/8/11 | |
| Albert Howard, Jr. | 3/11/11 | |
| American Homes, LLC | 3/4/11 | |
| Antilles Vero Beach, LLC | 3/8/11 | |
| Bayou Contracting, LLC | 3/11/11 | |
| BE Wholesale | 3/10/11 | |
| Brandhurst Construction & Maintenance Co., Inc. | 3/11/11 | |
| Broadmoor Development Corp. | 3/14/11 | |
| Building Supply House, L.L.C. | 3/11/11 | |
| C&G Development Group, LLC | 3/11/11 | |
| Cali-Florida Investments, Inc. | 3/16/11 | |
| Citrus Park Development Group, LLC | 3/9/11 | |
| Custom Drywall | 3/11/11 | |
| Darius Henry | 3/12/11 | |
| David W. Stewart, Inc. | 3/14/11 | |
| Delgado's Painting | 3/12/11 | |
| Drive Enterprises, Inc. | 4/2/11 | |
| Enchanted Homes, Inc. | 3/8/11 | |
| Eric Manuel | 3/12/11 | |
| Florida Walls, Inc. | 3/8/11 | |
| G. Drywalls Corporation | 3/11/11 | |
| G&B Roofing | 3/12/11 | |
| Hanover Homes, Inc. | 3/4/11 | |
| Harrell's Drywall, Inc. | 3/8/11 | |
| Ironwood Properties, Inc. | 3/8/11 | |
| Jade Organization General Contractor, LLC | 3/10/11 | |
| James & Vita, L.L.C. | 3/12/11 | |

| *Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-080 (E.D.La.) |||
|---|---|---|
| **Defendants Who Are In Default** |||
| **Defendant** | **Service Was Made** | **Comments/Counsel** |
| Joseph E. Bellande | 3/12/11 | |
| Joseph Scott | 3/12/11 | |
| Kenneth Campo | 3/12/11 | |
| Kevin McCusker | 3/12/11 | |
| Kimball Hill Homes Florida, Inc. | 2/28/11 | |
| L&J Builders, Inc. | 3/5/11 | |
| Laporte Family Properties, LLC | 3/14/11 | |
| Legend Custom Builders, Inc. | 3/7/11 | |
| Lonnie Vollentine | 3/14/11 | |
| MacGlen Builders, Inc. | 3/4/11 | |
| Madussa, LLC | 3/23/11 | |
| Maranatha Construction, Inc. | 3/14/11 | |
| Meeks Drywall & Stucco, Inc. | 3/9/11 | |
| Millennium Builders, Inc. | 3/11/11 | |
| MW Johnson Construction of Florida, Inc. | 3/12/11 | |
| Preferred Homes | 3/14/11 | |
| R.D.S. Construction | 3/10/11 | |
| Rightway Drywall, LLC | 3/8/11 | |
| Robertsdale Ace Home Center | 3/14/11 | |
| Roman Gonzalez | 3/11/11 | |
| Safeway Contractors, L.L.C. | 3/11/11 | |
| Solid Construction of the Gulf Coast d/b/a Westerheim Homes | 3/14/11 | |
| Southern Community Homes, Inc. | 3/16/11 | |
| Sterling Communities at Talavera, LLC | 4/15/11 | |
| Sterling Communities, Inc. | 4/15/11 | |
| Struggler Drywall, LLC | 3/19/11 | |
| Stuart South Group, L.C. | 3/19/11 | |
| Supreme Builders, Inc. | 6/13/11 | |
| Taurus Homes, Inc. | 3/2/11 | |
| Thompson Wood Products, Inc. | 3/12/11 | |

| *ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.*, CASE NO. 2:11-CV-080 (E.D.LA.) <br> **DEFENDANTS WHO ARE IN DEFAULT** |||
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS/COUNSEL** |
| Tommy Hawk aka Tommy Hawk d/b/a DKT Construction | 3/12/11 | |
| Treasure Coast Communities, LLC | 3/3/11 | |
| Troy Patterson Drywall, LLC | 3/2/11 | |
| United Home Builders, Inc. | 3/3/11 | |
| Venus Street, LLC | 3/7/11 | |
| Wolf & Bear Distributors d/b/a Wolf & Bear Holdings Corp. | 3/17/11 | |