# AMENDED EXHIBIT F

## Amended Exhibit "F"

| *ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG*<br>CASE NO. 2:11-CV-252 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** |||
|---|---|---|
| **DEFENDANT** | **SERVED** | **COMMENTS** |
| Barony Homes, Inc. | 5/25/11 | |
| BDG Waterstone, LLC | 5/26/11 | |
| Builder's Line, Inc. | 6/23/11 | |
| BV 6334, LLC | 5/24/11 | |
| Chase Drywall, Ltd. | 5/27/11 | |
| David E. Smith d/b/a Ruelas Drywall | 5/26/11 | |
| Deer Creek Estates II, LLC | 5/24/11 | |
| Estate Homes, Inc. | 5/23/11 | |
| GGG Edinburgh Estates, LLP | 5/26/11 | |
| Grande Valley Homes, LLC d/b/a Casa Linda Home | 5/25/11 | |
| Hampton Homes, LLC | 6/1/11 | |
| Hometown Concepts, Inc. a/k/a Hampton Homes | 6/1/11 | |
| Hutchinson Homes, Inc. | 5/25/11 | |
| J.M.G. Drywall, Inc. | 5/21/11 | |
| Lancer Enterprises, Inc. | 6/7/11 | |
| Larry A. Brooks Company, L.L.C. d/b/a Great American Homes | 6/17/11 | |
| Levitt and Sons of Manatee County, LLC | 5/23/11 | |
| Lifeway Homes, Inc. | 5/26/11 | |
| Lifeway Homes, LP | 5/26/11 | |
| Louran Builders, Inc. d/b/a Vincent Montalto Construction | 5/23/11 | |
| Meeks Drywall & Stucco, Inc. | 5/24/11 | |
| Mercedes Homes, LLC | 5/20/11 | |
| Pembroke Park, L.L.C. | 5/24/11 | |
| Renar Homes, Inc. | 6/3/11 | |
| Sheridan 87, LLC | 5/26/11 | |

*ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG*
CASE NO. 2:11-CV-252 (E.D.LA.)
**DEFENDANTS WHO ARE IN DEFAULT**

| DEFENDANT | SERVED | COMMENTS |
|---|---|---|
| Stuart South Group, L.C. d/b/a Treasure Coast Homes | 6/1/11 | |
| Supreme Builders, Ltd. | 5/26/11 | |
| Trafalgar Associates, Inc. | 5/26/11 | |
| Treasure Coast Communities, L.L.C. | 6/8/11 | |
| Universal Construction Company, Inc. a/k/a U/C Construction, Inc. | 5/25/11 | |
| Waterways Joint Venture IV, LLC | 5/26/11 | |

# AMENDED EXHIBIT G

## Amended Exhibit "G"

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)

### DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
|---|---|---|---|
| 704 N. Ocean Blvd. Associates, Ltd. | 8/31/11 | 8/31/11 | |
| Ability Construction, Inc. | 7/19/11 | 7/19/11 | |
| AL Brothers, Inc. | 7/5/11 | 7/5/11 | |
| American Gallery Development Group, LLC | 7/15/11 | 7/15/11 | |
| American Homes, LLC | 6/28/11 | 6/28/11 | |
| American Housing Corporation | 7/6/11 | 7/6/11 | |
| Angel Developments LLC | 7/14/11 | 7/14/11 | |
| B & B Stucco, Inc. | 7/6/11 | 7/6/11 | |
| Builder's Depot | 6/27/11 | 6/27/11 | |
| Cape Cement & Supply, Inc. | 7/6/11 | 7/6/11 | |
| Castillo Azul Developers, Inc. | 7/8/11 | 7/8/11 | |
| Central Drywall Contractors, Incorporated | 7/6/11 | 7/6/11 | |
| Chase Construction, Inc. | 7/6/11 | 7/6/11 | |
| Comfort Home Builders, Inc. | 7/6/11 | 7/6/11 | |
| Core Construction, LLC | 7/8/11 | 7/8/11 | |
| Custom Construction, Inc | 9/21/11 | 9/21/11 | |
| Cypress Corporation of Southwest Florida Inc. | 7/7/11 | 7/7/11 | |
| Dan Spires Floor Covering, Inc. | 6/28/11 | 6/28/11 | |
| Dollaway Drywall, Inc. | 7/15/11 | 7/15/11 | |
| Donald Wayne Tindle | 7/13/11 | 7/13/11 | |
| Double D. Investments of Broward LLC | 6/28/11 | 6/28/11 | |
| European Quality Builders, LLC | 7/7/11 | 7/7/11 | |
| F. Development, LLC | 7/11/11 | 7/11/11 | |
| Fly System, Inc. | 7/14/11 | 7/14/11 | |
| Hanover Homes, Inc. | 7/12/11 | 7/12/11 | |

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)
### DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
|---|---|---|---|
| Harrell's Drywall, Inc. | 7/7/11 | 7/7/11 | |
| Haven Properties, Inc. | 6/29/11 | 6/29/11 | |
| Island Coast Drywall and Stucco, LLC | 7/6/11 | 7/6/11 | |
| J.B.C. Builders, Inc. | 7/27/11 | 7/27/11 | |
| J.K. Lassitter Construction, LLC | 7/7/11 | 7/7/11 | |
| Legend Custom Builders, Inc. | 7/11/11 | 7/11/11 | |
| Malphus and Sons | 7/5/11 | 7/5/11 | |
| Manclar Builders, Inc. | 7/23/11 | 7/23/11 | |
| Marr Development of Central Florida, Inc. | 7/20/11 | 7/20/11 | |
| Master Builders of South Florida, Inc. | 7/15/11 | 7/15/11 | |
| McCar Homes, Inc. | 6/24/11 | 6/24/11 | |
| Morales Carpentry | 9/21/11 | 9/21/11 | |
| Paramount Quality Homes Corp. | 7/9/11 | 7/9/11 | |
| Parkview Homes Realty, Inc. | 7/7/11 | 7/7/11 | |
| Prime Homes at Portofino Falls, Ltd. | 7/27/11 | 7/27/11 | |
| Quality Builders of North Florida, Inc. | 7/8/11 | 7/8/11 | |
| Regency Homes Group, LLC | 7/8/11 | 7/8/11 | |
| Residential Drywall, Inc. | 8/17/11 | 8/17/11 | |
| Reve Development Corporation | 7/9/11 | 7/9/11 | |
| Roy Harris Drywall, Inc. | 7/6/11 | 7/6/11 | |
| Schmidth Brothers Homes, Inc. | 7/15/11 | 7/15/11 | |
| Sheridan 87, LLC | 7/11/11 | 7/11/11 | |
| South Bay Development Corporation | 8/4/11 | 8/4/11 | |
| Stadelman Drywall | 6/29/11 | 6/29/11 | |
| Starlifter Homes, Inc. | 7/9/11 | 7/9/11 | |
| Sterling Communities at Talavera, LLC | 7/8/11 | 7/8/11 | |
| Sterling Communities, Inc. | 7/8/11 | 7/8/11 | |
| Stuart South Group, LLC | 7/7/11 | 7/7/11 | |

2

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
|---|---|---|---|
| TFH Corp. | 7/6/11 | 7/6/11 | |
| Tindle Homes | 7/13/11 | 7/13/11 | |
| Trafalgar Associates, Inc. | 7/11/11 | 7/11/11 | |
| Treasure Coast Communities, LLC | 6/29/11 | 6/29/11 | |
| United Homes, Inc. | 7/11/11 | 7/11/11 | |
| Vision Homes of SW, FL, Inc. | 7/5/11 | 7/5/11 | |
| Waterways Joint Venture IV, LLC | 7/11/11 | 7/11/11 | |
| Will Davis d/b/a D&W Home Restoration | 7/1/11 | 7/1/11 | |
| William L. Perry Plastering & Drywall, Inc. | 7/28/11 | 7/28/11 | |
| Woodside Stoneybrook, LLC | 6/30/11 | 6/30/11 | |
| Zaccaria Construction, LLC | 7/12/11 | 7/12/11 | |
| Zamora Homes Corporation | 7/8/11 | 7/8/11 | |

# AMENDED
# EXHIBIT H

## Amended Exhibit "H"

*BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*
CASE NO. 11-CV-1363 (E.D.LA.)
**DEFENDANTS WHO ARE IN DEFAULT**

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| 616, LLC | 8/18/11 | |
| AI Brothers, Inc. | 8/17/11 | |
| American Homes, LLC | 8/9/11 | |
| Amerimex Construction of Palm Beach Inc. | 8/27/11 | |
| Angel Developments, LLC | 8/17/11 | |
| B & B Stucco, Inc. | 8/23/11 | |
| B & E Construction of Miami Corp. | 8/27/11 | |
| Barnett Drywall | 9/1/11 | |
| Bellew Plastering | 9/28/11 | |
| BJ&K Condo Construction, Inc. | 8/19/11 | |
| Bo Builders, LLC | 10/15/11 | |
| Boynton Village Associates, Ltd. | 8/22/11 | |
| Caceres Drywall Corp | 8/27/11 | |
| Caliber Properties, LLC | 8/8/11 | |
| Caribbean Custom Homes, Inc. | 8/24/11 | |
| Castle Rock Builders, LLC | 8/12/11 | |
| Centurion Homes of Louisiana, LLC | 10/13/11 | |
| Chris P. Roberts | 8/9/11 | |
| Core Construction, LLC | 8/22/11 | |
| Coscan Homes, LLC | 8/22/11 | |
| Dima Homes, Inc. | 8/5/11 | |
| Dove Enterprises Contractor & Design, Inc. | 8/10/11 | |
| Drywall Services | 8/21/11 | |
| Foster Coatings & Contracting | 9/1/11 | |
| Fountain Homes | 8/9/11 | |
| Galloway Home Builders, Inc. | 9/28/11 | |
| GEM Builders, Inc. | 9/1/11 | |
| Grove Hammocks Investments LLC | 8/18/11 | |
| Gulf Breeze Construction, Inc. | 8/9/11 | |

*BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*
### CASE NO. 11-CV-1363 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Hanover Homes, Inc. | 8/18/11 | |
| Hessen Construction, Corp. | 8/20/11 | |
| Holder Construction Co., Inc. | 8/8/11 | |
| Horizon Builders, Inc. | 8/20/11 | |
| Horvath & Horvath Drywall, Inc. | 8/9/11 | |
| Innovative Custom Builders Inc | 8/16/11 | |
| Ironwood Properties, Inc. | 8/18/11 | |
| J-Bec Homes of Diamondhead, LLC | 9/7/11 | |
| J&E Developers, Inc. | 9/19/11 | |
| John's Drywall Service | 9/1/11 | |
| JSK Construction, Inc. | 8/17/11 | |
| Just-Rite Supply, Inc. | 8/9/11 | |
| Kemah Construction, Inc. | 9/14/11 | |
| Lennicx Builders, Inc. | 9/7/11 | |
| Likness Construction Corp. of Southwest Florida | 8/27/11 | |
| M. Carbine Restorations, Ltd. | 9/28/11 | |
| MAC Construction, LLC | 8/30/11 | |
| Mark Drake | 8/9/11 | |
| Marriott Development, LLC | 8/18/11 | |
| Mastercraft Homes, LLC | 8/12/11 | |
| Meeks Drywall & Stucco, Inc. | 8/31/11 | |
| Morgan Homes, Inc. | 8/30/11 | |
| Renar Development Co. | 8/18/11 | |
| Renar Homes, Inc. | 8/1811 | |
| Residential Drywall, Inc. | 8/12/11 | |
| Residential Drywall of Ft. Myers, Inc. | 8/12/11 | |
| River Oaks I, LLC | 8/19/11 | |
| S3 Enterprises, Inc. d/b/a A1 Brothers Metal Framing and Drywall | 9/6/11 | |
| Santa Barbara Estates, Inc. | 8/18/11 | |
| Schenley Park Homes,  LLC | 8/27/11 | |

*BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*
### CASE NO. 11-CV-1363 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| SGS Construction, Inc. | 10/13/11 | |
| Shane Heitzman | 8/8/11 | |
| State Lumber & Supply Company, Inc. | 8/17/11 | |
| Stephen Steiner d/b/a Steiner Drywall | 8/9/11 | |
| Steve Corbett, Inc. | 8/8/11 | |
| Stonelake Ranch, LLC | 8/12/11 | |
| Stuart South Group, LLC | 8/18/11 | |
| Summit Homes Of LA, Inc. | 10/13/11 | |
| Supreme Builders | 8/11/11 | |
| Supreme Builders, Ltd. | 8/11/11 | |
| T&T Enterprises of SWFL, Inc. | 8/19/11 | |
| The Villas of San Marino at Carrollwood (Emerald Greens at Carrollwood, LLC) | 8/17/11 | |
| United Homes, Inc. | 8/18/11 | |
| United Homes International, Inc. | 8/18/11 | |
| Velvet Pines Construction, LLC | 10/14/11 | |
| Waterways Joint Venture IV, LLC | 8/23/11 | |
| W.S. Keel Lumber Co., Inc. | 8/9/11 | |
| Windship Homes of Florida Inc | 8/19/11 | |
| Woodside Stoneybrook, LLC | 8/10/11 | |

# EXHIBIT I

# EXHIBIT "I"

*PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:09-CV-07628 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| B&W Complete Construction, Inc. |
| Elite Home Construction Inc. |
| GL Homes Limited Corporation a/k/a GL Homes Limited Corporation |
| Jim Walter Homes, Inc. |
| La Homes, Inc. |
| Louran Builders, Inc. |
| Millennium Homes and Development, Inc. |
| Ocean Springs Lumber Company, LLC |
| Parish Home Center |
| Sundown Development |
| Vicinity Drywall, Inc. |

*WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.*
CASE NO. 2:10-CV-00361 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Bush Construction Corp. |
| Gryphon Corporation |
| K&B Homes, Inc. |
| Millennium Builders, Inc. |
| Millennium Homes & Development, Inc. |
| Northstar Holdings at B & A, LLC |
| Palm Isles Holdings, LLC |
| Taylor Morrison of Florida, Inc. |

*GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:09-CV-6690 (E.D.LA.)

# DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
|---|
| Adams Homes Realty, Inc. |
| Avalon Building Corporation of Tampa Bay |
| Burmon Properties, LLC |
| Gant & Shivers |
| J.W. Allen & Company Incorporated |
| K&B Homes, Inc. |
| L & W Supply Corporation d/b/a Seacoast Supply Company |
| Leon Ramsey |
| Mitchell Homes, Inc. |
| Ocean Springs Lumber Company, L.L.C. |
| Paul England Construction |
| Renfrow Insulation & Supply |
| Renfrow Insulation I |
| Steve Harrington Homes, Inc. |
| TMO Global Logistics, LLC |
| USG Corporation |

*ROGERS, ET AL. V. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:10-CV-00362 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Can-Am Drywall, Inc. (successor to Baystate Drywall, Inc.) |
| Jim Walter Homes, Inc. |
| KB Homes |
| L&W Supply Corporation d/b/a Seacoast Supply Company |
| Laporte Builders, Inc. |
| LifeScape Buildings, LLC |
| LPR Builders, Inc. |
| Palm Isles Holdings, LLC |
| Southern Homes, LLC |
| Summit Contractors, Inc. |
| USG Corporation |

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.,* CASE NO. 2:11-CV-080 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
|---|
| Adams Homes Realty, Inc. |
| American Building Materials, Inc. |
| Ashton Woods, LLC |
| ATCO Int. Corp. |
| Avalon Building Corporation of Tampa Bay |
| Black Bear Gypsum, LLC |
| Bradford Lumber & Supply, Inc. |
| Coastal Living Homes, L.L.C. |
| Cornerstone Construction of SW Florida, Inc. |
| Dalbert J. Poree, Individually |
| Dalbert Poree' General Repairs & Renovations |
| Deangelis Diamond Construction, Inc. |
| Deangelis Diamond Homes, Inc. |
| Deerfield Court Townhomes, LLC |
| Design Drywall of South Florida, LLC |
| Florida Drywall, Inc. |
| G.L. Homes of Boynton Beach Associates IX, Ltd. |
| G.L. Homes of Davie Associates, III, Ltd. |
| HC Seals Drywall Partners |
| Heights Custom Homes, LLC |
| J&A Brothers, Inc. |
| James Drywall, LLC |
| Jim Walter Homes, Inc. |
| Johnson Lumber Co., Inc. |
| L&W Supply Corporation d/b/a Seacoast Supply Company |
| Lavish Holding Corp. |
| Lennar Corporation |

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.*, CASE NO. 2:11-CV-080 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Maronda Homes, Inc. of Florida |
| MC Contractors, Inc. |
| Palm Isle Holdings, LLC |
| Richard Jones Construction Company, Inc. |
| Rinker Materials of Florida, Inc. |
| S.A.M. Drywall, Inc. |
| Shear, Corp. |
| Smith Family Homes Corporation |
| Smokey Mountain Materials, Inc. |
| Smokey Mountain Materials, Inc. |
| Southern Bay Homes, Inc. |
| Southern Homes of Broward XI, Inc. |
| Steve Harrington Homes, Inc. |
| Streamline Homes, Inc. |
| The Jade Organization, Inc. |
| Timberline Builders, Inc. |
| US Home Corporation, a Delaware corporation |
| USG Corporation |

*ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG*
CASE NO. 2:11-CV-252 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| 1st Drywall, LLC |
| Adams Homes, L.L.C. |
| Adams Homes of Northwest Florida, Inc. |
| Cornerstone Construction of S.W. Florida, Inc. |
| Darling Homes, LLC |
| Hovnanian Enterprises, LLC d/b/a Brighton Homes |
| K. Hovnanion Developments of New Jersey, Inc. |
| L&W Supply Corporation d/b/a Seacoast Supply |
| Lennar Corporation |
| M J F Construction Corp. |
| Meritage Homes of Texas, LLC a/k/a Meritage Homes of Texas II, LLC |
| Rosen Building Supplies, Inc. d/b/a On-Site Materials |
| Royal Homes, LLC |
| Southern Homes, LLC |
| Springhill, LLC |
| Sun Construction, LLC d/b/a Sunrise Homes |
| Timberline Builders, Inc. |
| USG Corporation |

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE No. 11-CV-1077 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Adams Homes of Northwest Florida, Inc. |
| AHJV, LLC |
| All Florida Drywall Supplies, Inc. |
| Area Builders of Tidewater, Inc. |
| Atlantic Homes, LLC |
| Aubuchon Homes, Inc. |
| Avalon Building Corporation of Tampa Bay |
| Bass Homes, Inc. |
| Black Bear Gypsum, LLC |
| Black Bear Gypsum Supply, Inc. |
| Boardwalk Drywall, Inc. |
| Bradford Lumber & Supply, Inc. |
| Brooks & Freund, LLC |
| Brownstone Builders, Inc. |
| Cemex, Inc. |
| Coral Plastering & Wall Systems, Inc. |
| Core Construction Services Southeast, Inc. |
| Deerfield Court Townhomes, LLC |
| DSG Construction, Inc. |
| Everglades Lumber and Building Supplies, LLC |
| Excel Construction of S.W. Florida, Inc. |
| F. Vicino Drywall II, Inc. |
| Gulfeagle Supply, Inc. |
| HHJV, LLC |
| Ray Horvath Drywall, Inc. |
| Hovstone Properties Florida, LLC d/b/a K Hovnanian Homes |

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| HPH Properties, LLC |
| J & A Brothers Drywall & Stucco, Inc. |
| James Drywall LLC |
| K Hovnanian of Palm Beach XIII, Inc. |
| KB Homes, Inc. |
| L&W Supply Corporation d/b/a Seacoast Supply Company |
| La Suprema Enterprises |
| Lavish Holding Corp. |
| Lennar Corporation |
| MC Contractors, Inc. |
| Meritage Homes of Florida, Inc. |
| Next Level Group, LLC |
| Nicholas & Co. Construction |
| ProBuild Company, LLC |
| Residential Concepts, Ltd. |
| RJL Drywall Inc. |
| Smokey Mountain Materials, Inc. |
| Standard Pacific of South Florida GP, Inc. |
| Steven R. Carter, Inc. |
| Stock Building Supply |
| Stock Building Supply of Florida, LLC |
| Sumaj Builders Corporation |
| The Porter-Blaine Corp. |
| Timberline Builders, Inc. |
| USG Corporation |

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Venture Supply, Inc. |
| Villa Homes of Southwest Florida |
| WB Howland Co., LLC |

*BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*
CASE NO. 11-CV-1363 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| 1st Drywall, LLC |
| Acadian Builders and Contractors, LLC |
| Adams Homes of Northwest Florida, Inc. |
| Alvin R. Savoie & Associates, Inc. dba Savoie Construction & Development, L.L.C. |
| Anthony F. Marino General Contractor, LLC |
| Aranda Homes, Inc. |
| ATCO Int. Corp. |
| Building Materials Wholesale, Inc. |
| C&D Plastering & Stucco, Inc. |
| Caribe Central LLC |
| Caribe Homes Corp. |
| Castlerock Communities, LLP |
| Christopher Duet |
| Coastal Construction of South Florida, Inc. |
| Coastal Living Homes, L.L.C. |
| Cornerstone Construction of S.W. Florida, Inc. |
| Courtside Development, Inc. |
| Creola Ace Hardware, Inc. |
| Daelen of Tangipahoa, L.L.C. |
| Ed Price Building Materials |
| Eddleman Homes, LLC |
| F. Vicino and Company, Inc. |
| F. Vicino Drywall, Inc. |
| Gant & Shivers Homes, LLC |
| Highland Lakes Homes, LLC d/b/a Eddleman Homes, LLC |
| Home Town Lumber & Supply, Inc. |
| HPH Properties, LLC |

*BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*
CASE NO. 11-CV-1363 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Hubert Seals and Sarah Seals dba Seals Drywall |
| Kaye Homes, Inc. |
| L&W Supply Corporation d/b/a Seacoast Supply Company |
| La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc. |
| Lennar Corporation |
| Mandy Drywall, Inc. |
| Maronda Homes, Inc. of Florida |
| Matmo Construction, L.L.C. |
| Milton Construction Company |
| Ocean Springs Lumber Company, LLC |
| Precision Drywall, Inc. |
| Ray Horvath Drywall, Inc. |
| RCR Holdings II, LLC |
| Richard Jones Construction Company, Inc. |
| RJL Drywall, Inc. |
| Rosen Building Supplies, Inc. d/b/a On-Site Materials |
| Royal Homes, L.L.C. |
| Streamline Homes, Inc. |
| Tallow Creek, LLC |
| The St. Joe Company |
| Timberline Builders, Inc. |
| Timberline Homes, Inc. |
| Toll Estero Limited Partnership d/b/a Toll Brothers |
| USG Corporation |
| Ybarzabal Contractors, LLC |