UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  * * * | MDL No. 2047 |
| * | SECTON "L" |
| THIS DOCUMENT RELATES TO:  * * | |
| Sean and Beth Payton, et al  * * | JUDGE FALLON |
| vs.  * * | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al  * * | |
| Case No. 2:09-cv-07628-EEF-JCW  * | |

******************************************

## ORDER

CONSIDERING THE FOREGOING Motion to Substitute Counsel for Lake Ashton Development Group II, LLC, and CRF Management Co., Inc.,

**IT IS HEREBY ORDERED** that J. Kemp Brinson, Joseph P. Mawhinney, and Ronald L. Clark of the law firm of Clark, Campbell, Mawhinney & Lancaster, P.A., are removed as counsel of record; and

**IT IS FURTHER ORDERED** that Christopher A. D'Amour, Megan Haggerty Guy, and David C. Coons of the law firm of Adams and Reese LLP are substitute as counsel of record for Lake Ashton Development Group II, LLC, and CRF Management Co., Inc., in the above-captioned proceeding.

New Orleans, Louisiana, this the _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1