Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0226

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Fly System, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: St. Lucie )

Name of Server: Amy M. Perron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 14 day of July, 20 11, at 5:45 o'clock P M

Place of Service: at 11481 SW Rossano Lane, in Port St. Lucie, FL 34987

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Fly System, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Maqbis Riley - Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Black; Facial Hair ___
Approx. Age 40; Approx. Height 5'3"; Approx. Weight 120 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Amy M. Perron
Signature of Server

Subscribed and sworn to before me this 18 day of July, 20 11

Notary Public       7-14-12
(Commission Expires)

**APS International, Ltd.**



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services