Laura Haya, et. al., Plaintiff(s)
 vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
# 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0160

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gibson & Anderson Construction, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** **DANIEL MOORE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **28** day of **JUNE**, 20 **11**, at **1:50** o'clock **P** M

**Place of Service:** at 2539 Rocky Ridge Road, in Birmingham, AL 35243

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gibson & Anderson Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **VALENCIA PAQUETTE, AUTHORIZED AGENT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **BRN**; Facial Hair ____
Approx. Age **40**; Approx. Height **5'8"**; Approx. Weight **120**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Daniel Moore*
Signature of Server

Subscribed and sworn to before me this **19** day of **JUNE**, 20 **11**

_____ 5/21/14
Notary Public     (Commission Expires)

**APS International, Ltd.**