UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 REF: 09-6690 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON |
| David Gross, et al. v. Knauf Gips, KG, et al. Case No. 2:09-cv-06690 | * * | MAG. JUDGE WILKINSON |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Marvin's, Inc. (incorrectly referred to in the Complaint in Intervention as "Marvin's Building Materials and Home Centers") and hereby requests that Lisa A. Easterling of the law firm Kean Miller LLP, 909 Poydras St., 14th Floor, New Orleans, LA  70112, 504-585-3050, lisa.easterling@ keanmiller.com, be withdrawn and substituted with Karen Shipman of the law firm Kean Miller LLP, 909 Poydras Street, 14th Floor, New Orleans, Louisiana 70112, 504-585-3050, karen.shipman@keanmiller.com, as counsel of record on behalf of defendant Marvin's, Inc.

Respectfully submitted,

**KEAN MILLER LLP**

/s/Lisa A. Easterling
**GLENN P. ORGERON (La. Bar #10235)**
**LISA A. EASTERLING (La. Bar #21577)**
909 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
**glenn.orgeron@keanmiller.com**
**lisa.easterling@keanmiller.com**

1

/s/Karen Waters Shipman
**KAREN WATERS SHIPMAN (La. Bar #27320)**
909 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
**karen.shipman@keanmiller.com**

**Attorneys for Defendant Marvin's, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record for Marvin's Inc. filed on December 12, 2011 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of December, 2011.

/s/ Lisa A. Easterling