UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * * | MAG. JUDGE WILKINSON |
| Robert Block et al. v. Knauf Gips, KG, et al. Case No. 11-cv-1363 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Substitute of Counsel of Record filed by Triangle Drywall Supply, Inc.;

**IT IS HEREBY ORDERED** that Karen Shipman of the law firm of Kean Miller LLP be and is hereby substituted as Counsel of Record for Triangle Drywall Supply, Inc. in place of Lisa A. Easterling who is relieved of all duties in this matter.

New Orleans, Louisiana this _____ day of December, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

1