

41183480

Dec 8 2011
11:24AM

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED** | * | **MDL 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE  ELDON E. FALLON** |
| **KENNETH ABEL, ET AL V. TAISHAN** | * | |
| **GYPSUM CO., LTD., f/k/a** | * | |
| **SHANDONG TAIHE DONGXIN CO.,** | * | |
| **LTD., ET AL** | * | |
| | * | **MAGISTRATE JUDGE** |
| **CASE NO: 2:11-cv-080 (E.D.LA.)** | * | **JOSEPH C. WILKINSON, JR.** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

**NOW COME** Jeremy D. Goux and Martha D. Bowden, of the law firm Wynne, Goux & Lobello, Attorneys At Law, L.L.C., 410 North Jefferson Street, Covington, Louisiana 70433, who hereby file this Notice of Appearance in the above captioned matter as counsel of record for **Laporte Family Properties, L.L.C**., sought to be made defendant herein.  Counsel respectfully request all pleadings, exceptions, motions, orders, discovery, and any and all other documents shall be served upon the following attorneys:

| | |
|---|---|
| Attorney Jeremy D. Goux | jgoux@wgllawfirm.com |
| Attorney Martha D. Bowden | mbowden@wgllawfirm.com |

RESPECTFULLY SUBMITTED:

WYNNE, GOUX & LOBELLO
Attorneys At Law, L.L.C.

By:     Original /s/ *Martha D. Bowden*
        JEREMY D. GOUX, LBRN 25065 - TA
        MARTHA D. BOWDEN, LBRN 28316

410 North Jefferson Street
Covington, Louisiana 70433
985-898-0504 – Telephone
985-898-0840 – Facsimile
jgoux@wgllawfirm.com
mbowden@wgllawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email OR by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2011.

Original /s/ *Martha D. Bowden*

_____

Martha D. Bowden