

## CONTRACT FOR SALE
## AND PURCHASE

<u>Coors, Cheryl</u>
Date:        8/30/2004 Expires:      10/30/2004            x _CC_

Hansen Homes shall construct the    **Morey**          Model       x _CC_
(As per preliminary drawing attached)

Any and all changes to this contract shall be made in separate addendums.   x _CC_

**HANSEN HOMES &      Cheryl Coors**
as buyer(s) hereby agree that the seller shall sell and the buyer(s) shall buy the above-refer-   x _CC_
enced model on the property described as follows:
**Realtor Rep:**  Dave Irwin/Terry Duffy  Commission:      3.774      Sellstate Acheivers Realty
**LEGAL DESCRIPTION** or real estate located in the County of Lee:
**BL:**       2426       **LOTS:**    3&4         **UNIT:**      34
**ADDRESS:**    1119 NE 4th Pl        Cape Coral FL 33909
**STRAP:**     01-44-23-c3-02426.0030

**MISCELLANEOUS DATA:**
| | | | | |
|---|---|---|---|---|
| **LOAN TYPE:** | Conventional | **Current Zoning:** | R1-B | |
| **MODEL:** | Morey | **Future Land use:** | Single multi | |
| **WELL** | X | **SEPTIC** X | **CITY H20** | **SEWER** |
| **STANDARD LOT:** | YES | X | NO | **SIZE:** |
| **FLOOD ZONE:** | C | | **NEED FLOOD CERT,/INS.** | N/A |
| **Seawall:** | NA | **Pool:** | NA | |

$ 116,674.00  Base
$   43,000.00  Lot Allowance
$    6,000.00  Fill Allowance
$      675.00  Culvert
$    9,000.00  Closing Cost Allowance
N/A            Clearing Allowance
$    3,000.00  Construction Interest Allowance
N/A            Lehigh Fee
N/A            Flood Insurance Policy Allowance
N/A            Seawall Allowance
N/A            Pool Package
N/C            Standard island
N/C            R-19 Insulation
N/C            Raised white panel cabinets & plant shelves in great room
$      875.00  Dimensional shingles
$      350.00  Garage door opener
$    1,500.00  Tile in wet areas

EXHIBIT "B"

BUILDER'S ASSISTANCE W/CLOSING COSTS................................. NA
LOT PAID IN FULL BY BUYER(S) AT............................................. NA
BUILDER TO PAY CONST. INTEREST NOT EXCEEDING..................... NA

**FINANCING**
If the purchase price, or any part thereof, is to be financed by a third party loan, this contract for sale and purchase is conditioned upon the buyer obtaining a firm commitment for said loan within 60 days from the date hereof. Buyer(s) agree(s) to make application for, and to use reasonable diligence to obtain said loan. Should buyer(s) fail to obtain same within said time, either party may cancel the contract.   Seller will have option to review /and or change prices if buyer(s) opt to extend contract.   x _CC_

The contract must specify "loan" or "cash". Buyers have 60 days in which to obtain loan, Cash buyers must prove they have the complete amount available before permitting will be applied for. If this offer is not executed by and delivered to all parties, or fact of execution not communicated in writing between the parties on or before:   10/30/2004
DEPOSITS ARE NON-REFUNDABLE   x _CC_

All title work will be requested from the below-referenced unless buyers advise differently at contract time.  YES____  NO _X__          Covenant Title Inc     x _CC_
**CAPE CORAL TITLE INSURANCE AGENCY**
1307 CAPE CORAL PARKWAY, CAPE CORAL FL
CONTACT:    DEBBIE PETRUZELLI        540-1555
*Should buyer choose another title company, please advise at contract time!*
*If not, buyer(s) will be charged for title work done by Cape Coral Title!!!!!*   x _CC_

**DISCLAIMER**
Buyer(s) take full responsibilitiy to obtain and/or confirm any information about zoning,schools possible public works, etc... in the area they have chosen to build.   x _CC_

**VARIABLES**
**Contract price does not include the following unless specifically added to contract.**
Rock removal              * Septic systems, pools, seawalls, & swales may cause extra expense
Tree removal              * Trees or shrubs in area of house slab must be removed
Extended service          * Lots larger than 80x125 &/or homes flipped by buyers or power co.
Specialty permits such as:  Owl nest removal, D.E.P., wetlands. etc.
Fill, other than the stemwall fill
Foundation or Final surveys for Cash buyers;  nor seawall surveys, if needed.
**Assessments of Betterment fees ***
**Increases by the Permitting Department for impact fees or any other building related fees.**
**Fees to the Utilitiy Company for hookups, meters, etc... outside of the City of Cape Coral**
**Costs due to changes in code made by local / state / federal that are not included in this contract.**
**( If changes are made between the contract date and the date permits are pulled)**
Pool retainer wall; seawall, dock, walkways to seawall & dock; electric to seawall and dock.
Costs for water tests, if required by Lender on a coventional loan.
Costs to improve the water quality as Hansen Homes will provide the equipment to get to your water source but will not and cannot warranty and/or guarantee the quality of the water found therein.
*Fill Dirt is not included unless otherwise specified in this contract, public utilites may need*
*fill dirt especially if in a flood zone, if the lot is low lying, had clearing or has uneven surface.*

**CANCELLATION**
*In the event contract is cancelled by either party any work performed to date on behalf of the buyer(s) shall be reimbursed to Hansen Homes or taken out of the deposit monies. A fee of $1,000 per month from date of contract to date of cancellation will be due for time and effort put forth by Hansen Homes and staff.*

**Contract price does include the following:**         (If they are needed on your property per code)
Impact fees              Surveys               Blueprints            Complete well system
Permit fees              Septic permit fees    Engineering           Complete septic system

or otherwise common to the subdivision (restricted deed), and public utility easements of record. Also, taxes for year of closing & subsequent years, assumed mortgages and purchase money mortgages; provided, however, that none of the foregoing shall prevent the use of the property for the purpose of constructing a single family residence thereonto.
(Neither Hansen Homes nor Title Company can **guarantee** acceptance by the permitting Department that lot in question is a "buildable lot").    X __CC__

### GARAGE LOCATION
If the electric pole is located on the left side of the property, facing the site, the garage door will be located on the same side. If it is on the right, the garage will be on the right side. This is the shortest distance from your power pole to your breaker box. Extended service may be requested but must be **specifically** added and paid for within the context of the contract. If the power company sets pole opposite the garage there will be an additional charge of $365 to the buyer(s). Your blueprints will not necessarily be correct with regard to the above information. DO NOT ASSUME THAT IS HOW IT WILL BE BUILT.!!    X __CC__

### *HOUSE LOCATION:*
The location of the proposed house on your lot will be set at minimum set backs as required by the codes relevant in your area and centered if at all possible. It is the buyer(s) responsibility to inform Hansen Homes if he/she desires to review the site plan and/or change it. Some changes may result in additional costs to you.    X __CC__

### INTEREST PAYMENTS AND CASH CONTRACTS
All draw requests for cash contracts are due upon requests. Delay in payment can and will hold up the construction schedule. Interest payment to your lender must be current before funds will be released to us. this can and will hold up the construction schedule.    X __CC__

Draws are due as items on disbursement schedule are completed. The correction of red tags or completion of inspections by permitting office is not in any way shape or form relevant to the disbursement of draws. Corrections/repairs, etc... are done at random and can be different for each home but will be done by final draw.    X __CC__

All investors will be charged $200 to process FHA/VA paperwork if their buyers choose to obtain that type of loan. All investors will be charged for anything else that may be required for their end buyers' loan, such as water tests, r.o. systems, specific inspections, etc...
The payment of these monies to the builder will initiate the work being done. No work will be done unless payment has been received. There will be no exceptions!!!    X __CC__

### COMPLETION TIME
On average we can complete your home 3-5 months from the day your permit was issued. Exceptions can be, non payment on construction interest bill by the buyer, weather conditions, inspection backlogs, and scheduling delays.
Also, changes on plans after permitting will hold up the construction of the home.

It is the responsibility of the buyer to make arrangements for moving, furniture delivery, and storage. Hansen Homes is not responsible for any of the above and will not be responsible for incorrect planning of these items on the part of the buyer.    X __CC__
**MAJOR BACKLOGS ARE BEING EXPERIENCED AT PERMITTING AND HEALTH DEPARTMENTS IN CAPE CORAL AND LEE COUNTY. FROM TIME OF DEPOSIT TO TIME WE CAN BREAK GROUND IS APPROXIMATELY 5 MONTHS. WE CANNOT AND WILL NOT BE HELD RESPONSIBLE FOR THIS DELAY. PLEASE MAKE APPROPRIATE ADJUSTMENTS IN YOUR PLANS FOR HOUSING, CONSTRUCTION INTEREST, SCHOOLING ETC....**

### ASSESSMENTS
Assessments and payment thereof are assumed by the buyer if lot in question benefits from public utilities, unless other arrangements have been made.    X __CC__

### SUBSTITUTION OF MATERIALS
Hansen Homes reserves the right to substitute materials without any prior notice providing the    X __CC__

GIVEN OR A FINAL CLOSING HAS TAKEN PLACE.  ALL OVERAGES MUST BE PAID BEFORE MOVING IN AND PROOF OF INSURANCE MUST BE PRESENTED.   x __CC__

CASH BUYERS MUST MAKE FINAL PAYMENT (LESS 5%) IF PUNCH-OUT ITEMS ARE NOT COMPLETED AT TIME OF C.O. BALANCE TO BE PAID BEFORE RELEASE OF HOME TO THE BUYER(S).   x __CC__

**NOT WARRANTEED**
Materials and labor not provided by Hansen Homes or any of its subcontractors. Sod, trees, shrubs, mulch, grading after house is c.o.'d and final payment has been made. The investor / homeowner is responsible to water and maintain the afore-mentioned items as well as maintain any fill washed out to due heavy rains

**CHANGES**
$200 charge will be made for each change made after the blueprints are signed plus the cost of the actual change that is being requested. Charges are not limited to just structural changes but colors, add-ons; switchouts, etc...
**NO BUYER NOR ANY PERSONS OR COMPANIES KNOWN TO THE BUYER(S) MAY DO ANY WORK IN THE HOME OR AT THE JOB SITE UNTIL AFTER C.O. IS ISSUED AND FINAL PAYMENT HAS BEEN RECEIVED.**   x __CC__
Any and all changes must be noted on the blueprints. A copy must be signed by the buyer(s) and will be kept on file. Hansen Homes will make an effort to accommodate any changes made after the prints are drawn up and signed but *will not and cannot guarantee* those changes will be implemented. There will be additional charges for changes made *after* the prints have been completed.The construction schedule will be set back up to a week for each change. made.   **THERE WILL BE NO EXCEPTIONS!!!**   x __CC__

**ACCESS & INTERFERENCE**
Owner grants possession of the premises to the builder, said premises to be delivered to owner upon completion of the construction after payment of all moneys due builder have been made by owner. Owner agrees to remain off the job site, while construction is in progress, and during the hours of 7 AM to 5 PM or later if any workers are still on the premises.
In addition, owner will not construct, nor cause to be built, anything on the job site, nor contract with other parties for any construction on the job site without written consent of the builder. Upon receiving the builder's written consent, owner may cause to have work done on the job site, but hereby expressly accepts direct responsibility to builder for any damage, delays, and costs resulting therefrom as determined exclusively by builder. The owner agrees to use ony licensed persons, and must supply the builder with a valid certificate of Liability and Worker's Compensation insurance, prior to commencement. Owner agrees to hold builder harmless and indemnify builder for any delays, damage, or injuries which may result.(Scheduling of afore-mentioned work must be cleared with the Supervisor assigned to the construction of this residence and must be adhered to.   x __CC__

**EXTRA COSTS:**
Buyers who are permitted to do some of their own work (sweat equity, for example) may incur extra expenses for Hansen Homes and will be billed for same. Example: work not done on time and failing inspection; reinspection fee of $50 or more will be charged to the buyer. Any unforeseen additional expense borne by Hansen Homes related to any work done by buyer(s) due to negligence, misunderstanding, assumptions, code requirements, lack of knowledge, etc.... *WILL BE CHARGED TO THE BUYER(S)*   x __CC__

**FIELD LOCATE ITEMS**
Some items are not accurately represented on blueprints. They are "field located" at the time of installation. Especially applicable to this are changes made.   x __CC__

Buyer(s) responsible for additional costs with regard to power lines or any other improvements needed to build, not specifically covered in this contract.   x __CC__

Any agreements made prior to the date of this contract are now rendered null and void   x __CC__

given herewith. Fill washout due to rain or movement of the ground to be maintained by buyers.
Water - The well equipment is provided if your lot is in area without public water; however, Hansen Homes cannot and will not warranty the quality of said water; only provide you with well equipment that can have you access said water. Other equipment may be available at buyer(s) expense to improve the quality fo said water providing any problems do exist. X *CC*
Hansen Homes is not responsible for Mold in your home.
This is a legally binding contract, if not fully understood, seek the advice of an attorney.
Al firmar este contrato, certifico que lo e leedo y aprovado. X *CC*

**CUSTOM HOMES**
Buyer(s) herewith testify that they have not copied another builder's pattented floor plan. X *CC*

**INVESTOR CLAUSE**
Hansen Homes is not responsible for the sale of your home. Investors that are selling, renting, or leasing the Hansen Home constructed for them are soley responsible for the sale, renting, or leasing of the property. Hansen Homes does not sell investments, ideas, or opportunities.
Hansen Homes sole responsibility is the construction of the home. X_____

X *Cheryl Coors*
**Cheryl Coors**

Executed by buyer:
Social Sec. Number
Present Address         2920 Turpin Woods Ct
Home ph:   513-233-0443      Work ph:              Cell:

X_____

Executed by buyer:
Social Security No.:
Present Address         Same
Home ph:                Work ph:              Other ph:

EXECUTED BY HANSEN HOMES REP. _____
                              Tracey Hansen
**NOTARY PUBLIC**_____

_____ who is/are personally known to me _____ who has/have produced
_____ as identification and who _____ did_____ did not take an oath.
**DIRECTIONS TO LOT:**   North on Del Prado
                         Turn left onto NE Pine Island Rd
                         Turn right onto Andalusia Blvd
                         Turn left onto NE 9th St
                         Turn right onto NE 7th Pl
                         Turn left onto NE 10th St
                         Turn right onto NE 5th Pl