UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  | | |
|---|---|---|
| | * | **MDL NO. 2047** |
| | * | |
| **IN RE: CHINESE MANUFACTURED** | * | **SECTION L** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **JUDGE  FALLON** |
| | * | **MAGISTRATE WILKINSON** |
| | * | |
| | * | **APPLIES TO:** |
| | * | **10-361:***Wiltz v. Beijing New Building* |
| | * | **09-7628:** *Payton v. Knaup Gips* |
| | | **10-932:** *Amato v. Liberty Mutual* |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**


Comes now GRYPHON CONSTRUCTION LLC  by and through undersigned counsel

and respectfully requests that the following be added as counsel of record for Gryphon:

>           **FRANK J. SIOLI**
>           Florida Bar No. 009652
>           Admitted to the U.S. Southern District of Florida
>           **MARLIN K. GREEN**
>           Florida Bar No. 0419532
>           Admitted to the U.S. Southern District of Florida
>           **BROWN SIMS, P.C.**
>           Datran Two – Suite 1609
>           9130 South Dadeland Boulevard
>           Miami, Florida 33156
>           (305) 274-5507 – Office
>           (305) 274-5517 – Facsimile
>  **and**
>           **MARK L. CLARK**
>           LA BAR NO. 30875
>           Admitted to U.S. Eastern District of Louisiana
>           **MATTHEW L STEDMAN**
>           LA BAR NO. 31547
>           Admitted to U.S. Eastern District of Louisiana
>           **BROWN SIMS, P.C.**
>           650 Poydras, Suite 2200
>           New Orleans, LA 70130
>           504-569-1007
>           504-569-9255

WHEREFORE, Defendant, GRYPHON CONSTRUCTION LLC prays that this Motion

be granted and that Frank J. Sioli, Marlin K. Green, Mark L. Clark and Matthew L. Stedman, all

of the law firm of Brown Sims, P.C. be enrolled as additional counsel of record in this matter.

Respectfully submitted,

**BROWN SIMS, P.C.**

*s/Mark L. Clark*
**FRANK J. SIOLI**
Florida Bar No. 009652
fsioli@brownsims.com
**MARLIN K. GREEN**
Florida Bar No. 0419532
mgreen@brownsims.com
**BROWN SIMS, P.C.**
Datran Two – Suite 1609
9130 South Dadeland Boulevard
Miami, Florida 33156
(305) 274-5507 – Office
(305) 274-5517 – Facsimile


**MARK L. CLARK**
LA BAR NO. 30875
mclark@brownsims.com
**MATTHEW L. STEDMAN**
LA BAR NO. 31547
mstedman@brownsims.com
**BROWN SIMS, P.C.**
650 Poydras, Suite 2200
New Orleans, LA 70130
504-569-1007
504-569-9255


**ALEXANDER E. BARTHET**
Florida Bar no. 173126
**JOHN C. HANSON II**
Florida Bar no. 933767
**THE BARTHET FIRM**
200 South Biscayne Blvd. Suite 1800
Miami, Florida 33131
305-347-5290
alex@barthet.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Mark L. Clark*