UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | 2:09-MD-02047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES AND | : | |
| | : | JUDGE FALLON |
| Gross, et al. v. Knauf Gips KG, et al. | : | |
| Case No. 2:09-cv-6690 (E.D.La.) | : | MAG. JUDGE WILKINSON |

******************************************************************************

### SORRENTO LUMBER CO., INC.'S RESPONSE TO ERRATA TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

MAY IT PLEASE THE COURT:

SORRENTO LUMBER CO., INC. ("Sorrento"), through undersigned counsel, files the following response to plaintiffs' Errata to Plaintiffs' Omnibus Motion for Preliminary Default Judgment.

Plaintiffs' Steering Committee ("PSC") filed an Omnibus Motion for Preliminary Default Judgment on November 18, 2011seeking entry of preliminary default judgments against numerous defendants who they assert have failed to timely enter an appearance after service of the above captioned Omnibus Class Action Complaints (R.Doc. 11234). Recently,

plaintiffs' filed an Errate to that Motion (R.Doc. 11773). Sorrento has properly filed a Notice of Appearance and no default should be entered against it.

Sorrento has been named as a defendant in more than one of the Omnibus Class Actions and previously entered a timely appearance in another case.[1] Sorrento has now also filed its appearance in this case.[2] Accordingly, Sorrento requests that the Court not enter default against it as it has complied with the requirement to file an appearance in this case. Sorrento also requests that the PSC remove it from the list of defendants who have not appeared in this matter. In accordance with Pre-Trial Order IG (Doc. #3348) and Pre-Trial Order IH (Doc. #6083), responsive pleadings are not due in any Omnibus Class Action because the PSC has not filed its Notice of Completion of Amendments to Omni Complaints and Master Complaint.

---

[1] Sorrento's Notice of Appearance in the *Payton* case (Case No. 09-7628) was filed on September 3, 2010 (Doc. #5430), and is attached as Exhibit 1.

[2] See R.Doc. 11792 in *Gross* (Case No. 09-6690), attached as Exhibit 2.

RESPECTFULLY SUBMITTED,

BY: s/Christopher K. Jones
JOHN P. WOLFF, III, Bar #14504
NANCY B. GILBERT, Bar #23095
CHRISTOPHER K. JONES, Bar #28101
VIRGINIA M. MCLIN, Bar #31257
**KEOGH, COX & WILSON, LTD.**
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone:  (225) 383-3796
Facsimile: (225) 343-9612
jwolff@kcwlaw.com
ngilbert@kcwlaw.com
cjones@kcwlaw.com
jmclin@kcwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on Plaintiffs' Liason Counsel, Russ Herman, and on Defendants' Liason Counsel, Kerry Miller by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 13th day of December, 2011.

s/Christopher K. Jones
JOHN P. WOLFF, III
CHRISTOPHER K. JONES