UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION | : 2:09-MD-02047 |
| | : |
| | : SECTION: L |
| This Relates to Case: 2:09-cv-7626 | : |
| Payton, et al v. Knauf Gips KG, et al | : JUDGE FALLON |
| | : |
| | : MAG. JUDGE WILKINSON |

*************************************************************************

# NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert and Stephen M. Whitlow enter an appearance in this Court as counsel of record for SORRENTO LUMBER CO. INC.

John P. Wolff, III, Christopher K. Jones, Nancy B. Gilbert and Stephen M. Whitlow's address and firm affiliation are as follows:

>Keogh, Cox & Wilson, Ltd.
>701 Main Street
>Baton Rouge, LA 70802
>Post Office Box 1151
>Baton Rouge, Louisiana  70821
>Telephone: (225) 383-3796
>Facsimile: (225) 343-9612
>www.kcwlaw.com



Respectfully submitted by:

**KEOGH, COX & WILSON, LTD.**

BY: s/Christopher K. Jones
JOHN P. WOLFF, III, T.A., Bar #14504,
jwolff@kcwlaw.com
NANCY B. GILBERT, Bar #23095,
ngilbert@kcwlaw.com
CHRISTOPHER K. JONES, Bar #28101,
cjones@kcwlaw.com
STEPHEN M. WHITLOW, Bar #21945
swhitlow@kcwlaw.com
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Telecopier: (225) 343-9612
*Counsel for Sorrento Lumber Co., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 3rd day of September, 2010.

s/Christopher K. Jones
JOHN P. WOLFF, III
NANCY B. GILBERT
CHRISTOPHER K. JONES
STEPHEN M. WHITLOW