UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 09-2047 |
| | * |
| | * JUDGE: FALLON |
| THIS DOCUMENT RELATES TO | * |
| David Gross, et al. v. Knauf Gips, KG, et al. | * |
| Case No. 09-cv-6690 (L)(2) | * |

* * * * * * * * * * * * * * * * * *

**STEELER INC.'S MOTION AND INCORPORATED
MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM**

NOW INTO COURT, through undersigned counsel, comes Steeler Inc. ("Steeler"), and respectfully moves as follows:

1.

Steeler filed its Motion to Dismiss for Lack of Plaintiff(Doc. #10195) and thereafter the Plaintiffs' Steering Committee filed its Opposition (Doc. #11541) thereto setting forth arguments to which Steeler desires to reply.

2.

Accordingly, Steeler requests leave of Court to file the attached Reply Memorandum.

WHEREFORE, premises considered, Steeler Inc. prays for leave to file its Reply Memorandum.

[signature block next page]

-1-

Respectfully submitted,

_____
Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

Attorneys for Steeler, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Steeler Inc.'s Motion and Incorporated Memorandum for Leave to File Reply Memorandum to the Plaintiffs Steering Committee's Opposition to Steeler, Inc.'s Motion to Dismiss for Lack of Plaintiff has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of December, 2011.

_____
Betty F. Mullin

N:\DATA\N\44805001\pleadings\reply to opposition m&m.wpd