*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 1. | Cassidy, Jessica | 13096 Ivanpah Road Apple Valley, CA 92308 | 101 Nature's Way #1305 Rotonda West, FL 33947 | Allison Grant, P.A. | Canino Construction, Inc. **(19)** | Carmen P Pacinelli Drywall Inc. **(20)** | L&W Supply Corporation d/b/a Seacoast Supply Company **(68)** |
| 2. | Caccavale, Alex | 2610 S.E. 11st Pompano Beach, FL 33062 | 911 N.E. 12th Avenue Pompano Beach, FL 33062  913 N.E. 12th Avenue Pompano Beach, FL 33062 | Allison Grant, P.A. | | Distinctive Drywall, LLC **(42)** | |
| 3. | Kepouros, James and Delia | 1936 Four Mile Cove Cape Coral, FL 33990 | | Allison Grant, P.A. | | Caloosahatchee Construction, Inc. **(18)** | |
| 4. | Kisnemeth, Ana Maria and Von Maier, Eniko | Von Maier: 1068 Remington Avenue Eustis, FL 32762  Kisnemeth: 1821 Dora Avenue #333 Tavares, FL 32708 | 309 S.E. Whitemore Drive Port St. Lucie, FL 34984 | Allison Grant, P.A. | | | |
| 5. | Peaceful Gardens, LLC | 8301 Golden Valley Road, Suite 210 Golden Valley, MN 55427 | 3719 Yucatan Parkway Cape Coral, FL 33993 | Allison Grant, P.A. | Strauch Builders, LLC **(99)** | | |
| 6. | Rock, Melanie and James | 905 NE 2nd Street Pompano Beach, FL 33060 | | Allison Grant, P.A. | Blue Line Builders, Inc. **(12)** | | |
| 7. | Schatzberg Group, LLC | 10709 El Paraiso Place Delray, FL 33446 | 11901 West Sample Road Coral Springs, FL 33065 | Allison Grant, P.A. | Jacobus Builders of Florida, Inc. **(62)** | | |
| 8. | Bachaud, Gregory and Melissa | 1462 Mithra Street New Orleans, LA 70122 | | Barrios, Kingsdorf & Casteix, LLP | | | |
| 9. | Dorsey, Mark and Zoe | 39064 Bayou View Estates Gonzales, LA 70737 | | Barrios, Kingsdorf & Casteix, LLP | | | |
| 10. | Gagnon, Chad and Amy | 701 Summer Lane Mandeville, LA 70488 | | Barrios, Kingsdorf & Casteix, LLP | | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 11. | Ruello, Charles and Stephanie | 6225 Cartier Drive New Orleans, LA 70122 | | Barrios, Kingsdorf & Casteix, LLP | | | |
| 12. | Kaufmann, Mark and Pamela | 448 Cumberland Drive Slidell, LA 70458 | | Barrios, Kingsdorf & Casteix, LLP | | | |
| 13. | Thompson, Jennifer | 73659 Diamond Head Drive North Diamondhead, MS 39506 | | Becnel Law Firm | | | Bailey Lumber & Supply Company **(6)** |
| 14. | O'Neil, Gina and John | 9550 Hackberry Court Daphne, AL 36527 | | Becnel Law Firm | Bay Area Custom Homes, LLC **(8)** | | |
| 15. | Galarza, Samuel | 3157 N. Rainbow Blvd. #478 Las Vegas, NV 89108 | 4565 NW 48th Lane Ocala, FL 34482 | Becnel Law Firm | Triple Crown Homes, Inc. **(103)** | | |
| 16. | Senez, David and Viven | 823 Cole Court Covington, LA 70433 | | Becnel Law Firm | Southern Homes, LLC **(96)** | | |
| 17. | Baggett, Kay | 3126 Eagle Point Road Ocean Springs, MS 39564 | 3130 Eagle Point Road Ocean Springs, MS 39564 | Doyle Law Firm, PC | | | Bailey Lumber & Supply Company **(6)** |
| 18. | Barnhill, Eric | 621 Fairview Lane Shaumburg, IL 60193 | 125 Morningwalk Lane Huntsville, AL 35824 | Doyle Law Firm, PC | HPH Properties, LLC **(59)** | | |
| 19. | Baxter, Michelle | 6122 Whispering Pines Road Lucedale, MS 39452 | | Doyle Law Firm, PC | | | Home Town Lumber & Supply, Inc. **(58)** |
| 20. | Bradshaw, Sharon | 115 Crestview Circle Trussville, AL 35173 | | Doyle Law Firm, PC | | | |
| 21. | Davis, Larry | 6113 Whispering Pines Road Lucedale, MS 39542 | | Doyle Law Firm, PC | | | Home Town Lumber & Supply, Inc. **(58)** |
| 22. | Droman, Greg | 809 Aldwych Circle Franklin, TN 37069 | 3005 Shell Landing Blvd. Gautier, MS 39553 | Doyle Law Firm, PC | | | Bailey Lumber & Supply Company **(6)** |
| 23. | Edwards, Jeremiah | 113 Farmingdale Drive Harpersville, AL 35078 | | Doyle Law Firm, PC | Stonecrest Home Builders, LLC **(98)** | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 24. | Freeman, Roy | 3031 38th Street, SW Lehigh Acres, FL 33976 | | Doyle Law Firm, PC | | | |
| 25. | Giambelluca, Gianna | 2595 Somerset Court Biloxi, MS 39531 | 13542 Laurel Oaks Lane Gulfport, MS 39503 | Doyle Law Firm, PC | Home Team d/b/a Great Southern Homes (57) | | Bailey Lumber & Supply Company (6) |
| 26. | Hansen, Richard | 620 Sarazen Drive Gulfport, MS 39507 | | Doyle Law Firm, PC | | | Bailey Lumber & Supply Company (6) |
| 27. | Henderson, Jim | 124 Youngswood Loop Pass Christian, MS 39571 | | Doyle Law Firm, PC | | | Bailey Lumber & Supply Company (6) |
| 28. | Newbold, John | 11020 Jordan Drive Bay Saint Louis, MS 39520 | | Doyle Law Firm, PC | | | Bailey Lumber & Supply Company (6) |
| 29. | Ray, George | 2800 Sawgrass Point Gautier, MS 39553 | | Doyle Law Firm, PC | | | Bailey Lumber & Supply Company (6) |
| 30. | Schaeffer, Lawrence | 102 Ashwood Dive Pass Christian, MS 39571 | 1107 Waveland Avenue Waveland, MS 39576 | Doyle Law Firm, PC | | | Bailey Lumber & Supply Company (6) |
| 31. | Scofield, Robb | 104 Courtyard Drive Chelsea, AL 35043 | | Doyle Law Firm, PC | The David Group, Inc. (102) | | |
| 32. | Snyder, Wendy | 776 Ivy Hill Drive Biloxi, MS 39532 | 13474 McLeod Court Gulfport, MS 39503 | Doyle Law Firm, PC | Home Team d/b/a Great Southern Homes (57) | | Bailey Lumber & Supply Company (6) |
| 33. | Thompson, Daryl | 11421 Paige Bayou Road Vancleave, MS 39565 | | Doyle Law Firm, PC | | | Bailey Lumber & Supply Company (6) |
| 34. | Thunelius, Stacy | 745 Clover Place Biloxi, MS 39532 | | Doyle Law Firm, PC | | | Bailey Lumber & Supply Company (6) |
| 35. | Satchfield, Kurt | 1831 Popps Ferry Road Biloxi, MS 39532 | 13354 Laurel Oaks Drive Gulfport, MS 39503 | Doyle Law Firm, PC | Home Team d/b/a Great Southern Homes (57) | | Bailey Lumber & Supply Company (6) |
| 36. | Haney, Byron | 1630 Trail Oaks Court Humble, TX 77339 | | Collins & Horsley, PC | Grande Valley Homes, L.L.C. (50) | U/C Universal Construction (104) | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 37. | Mehrtens, Henry J. (Jr.) and Peggy J. | 3912 James Drive Metairie, LA 70003 | | Herman, Herman, Katz & Cotlar, LLP | | | |
| 38. | R Two, L.L.C. | 211 Arpieka Avenue Saint Augustine, FL 32080 | 25 A. Old Mission Avenue Saint Augustine, LA 32084 | Herman, Herman, Katz & Cotlar, LLP  Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe | | Jim's Drywall, Inc. **(64)** | Sea Coast Supply, L.L.C. **(92)** |
| 39. | Scariano, Bruce A. | 318 E. Genie Street Chalmette, LA 70043 | 316 and 318 E. Genie Street Chalmette, LA 70043 | Herman, Herman, Katz & Cotlar, LLP | | Faith Built Homes, L.L.C. **(45)** | |
| 40. | Audilbert, Mark A. and Denise G. | 493 Olive Drive Slidell, LA 70458 | | Herman, Herman, Katz & Cotlar, LLP | | | |
| 41. | Audibert, Ricky J. and Jo Ann C. | 3832 Croydon Street Slidell, LA 70458 | | Herman, Herman, Katz & Cotlar, LLP | | | |
| 42. | Schulze, Gertrude | 9215 East Lakeside Drive Magnolia, TX 77345 | | Herman, Herman, Katz & Cotlar, LLP  Schlanger, Silver, Barg & Paine, LLP | Supreme Builders, Ltd. **(101)** | | |
| 43. | Luwisch, Robert W. and Anna M. | 4205 Lucerne Street Metairie, LA 70006 | | Herman, Herman, Katz & Cotlar, LLP | | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 44. | Mariner Village Investments, LLC (owned by Mariner Village Townhomes, Inc. and Mazal 13 LLC) | 7975 W 25 Avenue, Bay 5 Hialeah, FL 33016 | SE Mariner Garden Circle Stuart, FL<br><br>34 Units: 4956 A-1; 5008 B-10; 5016 B-12; 5024 C-13; 5040 C-17; 5048 C-19; 5064 D-22; 5068 D-23; 5072 D-24; 5087 E-29; 5083 E-30 5071 E-33; 5063 E-35; 5043 F-39; 5031 F-42; 5027 F-43; 5015 G-45; 5011 G-46; 4999 G-49; 4991 G-51; 4987 G-52; 5192 H-53; 5184 H-55; 5180 H-56; 5176 H-57; 5172 H-58; 5164 H-60; 5152 I-62; 5148 I-63; 5136 I-66; 5112 J-71; 5108 J-72; 5187 M-99; 5199 N-101 | Krupnick, Campbell & Malone | | | |
| 45. | Ali, Zafar and Azra | 5020 Melrose Way Birmingham, AL 35226 | | McCallum, Hoaglund, Cook & Irby, LLP | | | |
| 46. | Rupnow, David and Beth | 2173 Mountain View Road Birmingham, AL 35210 | | McCallum, Hoaglund, Cook & Irby, LLP | | | |
| 47. | Witherspoon, Taajah | 5012 Melrose Way Birmingham, AL 35226 | | McCallum, Hoaglund, Cook & Irby, LLP | | | |
| 48. | Beeler, John and Marcy | 462 Botanical Place Mountain Brook AL 35223 | | McCallum, Hoaglund, Cook & Irby, LLP | | | |
| 49. | Alvarez, John and Donna | | 622 SW 1st Avenue Pompano Beach, FL 33060 | Morgan & Morgan | Coscan Home Builders, LLC **(32)** | | |
| 50. | Buchanan, Michael | | 4822 Cromey Road North Port, FL 34288 | Morgan & Morgan | Gulfstream Development Group **(52)** | | |
| 51. | Coolidge, Sheila | 906 12th Avenue Two Harbors, MN 55616 | 3055 Royal Palm Drive North Port, FL 34288 | Morgan & Morgan | Medallion Homes Gulf Coast, Inc. **(74)** | BMD, Inc. **(13)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 52. | Garcia, August and Melinda | 17624 Lake Key Drive Odessa, FL 33556 | 13950 Clubhouse Drive Tampa, FL 33618 | Morgan & Morgan | LTL Construction, Inc. **(69)** | Residential Drywall, Inc. **(86)** | |
| 53. | Living Trust of Roklyn Meserve | 28332 Paseo Michelle San Juan Capistrano, CA 92675 | 619 NW 1st Terrace Cape Coral, FL 33993 | Morgan & Morgan | K. Hovnanian First Homes, LLC **(67)** | | |
| 54. | Rouskey, Bradley and Jennifer | P.O. Box 7201 Ft. Myers, FL 33911 | 317 SE 1st Terrace Cape Coral, FL 33990 | Morgan & Morgan | | | |
| 55. | Wilkie, Robert and Dolores | 730 Arlington Circle Marysville, MI 48040 | 1742 Bobcat Trail North Port, FL 34288 | Morgan & Morgan | Medallion Homes Gulf Coast, Inc. **(74)** | BMD, Inc. **(13)** | |
| 56. | Barrios, Orlando and Escalona, Amarilis | 1282 SW Crost Avenue Port Saint Lucie, FL 34953 | | Parker, Waichman, Alonso, LLP | | Vicinity Drywall, Inc. **(108)** | |
| 57. | Caba, Rudy | 236 NW 24th Place Cape Coral, FL 33993 | | Parker, Waichman, Alonso, LLP | Signature Series Homes, Inc. **(95)** | | Cox Lumber Co. n/k/a ProBuild Company LLC **(34)** |
| 58. | Casazza, Peter | c/o Audrey Casazza 708 Pinetree Drive Virginia Beach, VA 23452 | 2219 NW 6th Place Cape Coral, FL 33993 | Parker, Waichman, Alonso, LLP | K. Hovnanian First Homes, LLC **(67)** | | |
| 59. | Cullen, Kevin and Anna | 1044 Raymond Street Rockville Centre, NY 11570 | 7618 Bristol Circle Naples, FL 34120 | Parker, Waichman, Alonso, LLP | Waterways Joint Venture IV, LLC **(109)** | | |
| 60. | Daly, Patricia and Schrank, Kimberly | 1063 Silverstrand Drive Naples, FL 34110 | 21597 Baccarat Lane, Unit 102 Estero, FL 33928 | Parker, Waichman, Alonso, LLP | | Design Stucco, Inc. **(38)** | L&W Supply Corporation d/b/a Seacoast Supply Company **(68)** |
| 61. | Davis, Gordon and Estela | 201 Medici Terrace North Venice, FL 34276 | | Parker, Waichman, Alonso, LLP | | | |
| 62. | Dodge, Beverly | 3632 101st Avenue East Parrish, FL 34219 | | Parker, Waichman, Alonso, LLP | | NuWay Drywall, LLC **(79)** | |
| 63. | Fernandez, Joseph | 1249 Sequoia Avenue Lindsay, CA 93247 | 16638 Sperry Gardens Drive Houston, TX 77095 | Parker, Waichman, Alonso, LLP | CastleRock Communities, LP **(21)** | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 64. | Garcia, Alexander | 8049 West 36th Avenue Unit #1 Hialeah, FL 33018 | | Parker, Waichman, Alonso, LLP | Luke & Son Construction, Inc. **(71)** | Mercado Enterprises, Inc. **(76)** | R&R Supplies, Inc. f/k/a R&R Building Materials, Inc. **(85)** |
| 65. | George, Faith | 4029 SW 2nd Court Cape Coral, FL 33914 | 391/93 Bell Blvd. Lehigh Acres, FL 33974 | Parker, Waichman, Alonso, LLP | | | Cemex Construction Materials Florida, LLC f/k/a Rinker Materials of Florida, Inc. **(22)** |
| 66. | Indovina, Philip and Kathryn | 8405 45th Street West University Park, WI 98466 | 624 SW 11th Terrace Cape Coral, FL 33991 | Parker, Waichman, Alonso, LLP | | James Drywall, LLC **(63)** | |
| 67. | Kaleal, Daniel | 3500 Cherry Blossom Court Unit #102 Estero, FL 33928 | | Parker, Waichman, Alonso, LLP | Shelby Building Corp. **(93)** | | |
| 68. | Mathurin, Misoule and Franciois, Ricot | 18652 Holly Road Fort Myers, FL 33967 | 1118 NW 21st Terrace Cape Coral, FL 33993 | Parker, Waichman, Alonso, LLP | Hansen Homes of South Florida, Inc. **(55)** | | |
| 69. | Ostner, Derrick and Diefenbacher, Jeffrey | 29 Piper Street Ayr Ontario NOB 1EO Canada | 8690 Pegasus Drive Lehigh Acres, FL 33971 | Parker, Waichman, Alonso, LLP | | G. Drywalls Corporation **(47)** | |
| 70. | Panariello, Agostino and Johanna | 62 Willow Drive Jackson, NJ 08527 | 1318 NW 41st Place Cape Coral, FL 33993 | Parker, Waichman, Alonso, LLP | Deco Paver Bricks, Inc. **(36)** | | |
| 71. | Vo, Hiep | 8686 Pegasus Drive Lehigh Acres, FL 33971 | | Parker, Waichman, Alonso, LLP | | G. Drywalls Corporation **(47)** | |
| 72. | Vo, Hiep Nguyen, Dong | 8686 Pegasus Drive Lehigh Acres, FL 33971 | 11505 Centaur Way Lehigh Acres, FL 33971 | Parker, Waichman, Alonso, LLP | | G. Drywalls Corporation **(47)** | |
| 73. | Equity Trust/Paul Lea | 724 E. Boston Street Covington, LA 70433 | 337 Brighton Lane Slidell, LA 70458 | Paul A. Lea, Jr. APLC | | | |
| 74. | Mendow, Stephen and Gina | 613 Woodburne Loop Covington, LA 70433 | 112 Timberwood Drive Madisonville, LA 70447 | Paul A. Lea, Jr. APLC | | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 75. | Nixon, Eduardo and Margan | 435 Sandstone Creek Lane Dickinson, TX 77539 | | Reich & Binstock, LLP | Richmond American Homes of Texas, Inc. **(87)** | | |
| 76. | Isaza, Octavio and Niyeret | 93 Randolph Avenue Randolph, NJ 07869 | 19015 Telford Way Tomball, TX 77375 | Reich & Binstock, LLP | CastleRock Communities, LP **(21)** | | |
| 77. | Canales, Jose M. | 236 South West Marathon Avenue Port St. Lucie, FL 34953 | 5933 NW Dowell Ct. Port St. Lucie, FL 34986 | Seeger Weiss, LLP | Diamond Court Homes, Inc. **(40)**  Diamond Corp. Construction Company **(39)** | | |
| 78. | Lemley, William and Margie | 918 NW Leonardo Circle Port St. Lucie, FL 34986 | | Weiss, Handler, Angelos & Cornwell, PA | Centerline Homes, Inc. **(25)** | | |
| 79. | Bruni, Ronald and Mary Lee | 5700 Quincy Avenue Gulfport, MS 39507 | | Whitfield, Bryson & Mason, LLP | | | Bailey Lumber & Supply Company **(6)** |
| 80. | Canale, Joseph and Robin | 5820 Chicopee Trace Ocean Springs, MS 39564 | | Whitfield, Bryson & Mason, LLP | | | Bailey Lumber & Supply Company **(6)** |
| 81. | Meyers, Andrew | 6185 Three Notch Road Mobile, AL 36619 | 15106 Deer Creek, Unit A D'Ilberville, MS 39540  15106 Deer Creek, Unit B D'Ilberville, MS 39540 | Whitfield, Bryson & Mason, LLP | C.A.L. Investments, LLC **(17)** | | |
| 82. | Nieto, Pete | 42773 Snapperway Franklinton, LA 70438 | | Wolfe Law Group | Barney Core **(7)** | | |
| 83. | Caminita, Jennifer | 21484 Harrison Avenue Abita Springs, LA 70420 | 42787 Snapper Way Franklinton, LA 70438 | Wolfe Law Group | Barney Core **(7)** | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 84. | Akers, Christine and Robert | 11019 Carrara Court #201 Bonita Springs, FL 34135 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Cothern Construction Company, Inc. **(33)** | |
| 85. | Alegria, Robert and Rafaela | 8127 NW 114 Path Doral, FL 33178 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Design Drywall South Florida, LLC **(37)** | |
| 86. | Anum, Ollie | 17526 SW 48 Street Miramar, FL 33029 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | GL Homes Limited Corporation **(48)** | Beta Drywall, LLC **(11)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 87. | Ayme, Alfredo and Martha | 15313 SW 188th Terrace Miami, FL 33196 | 8095 SW 187th Street Cutler Bay, FL 33157 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | DCT Investment Group, Inc. **(35)** | | |
| 88. | Blanchard Peter and Sally | 2866 St. Barts Square Vero Beach, FL 32967 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Ironwood Properties, Inc. **(61)** | P.D.C. Drywall Contractors, Inc. **(80)** | |
| 89. | Bloom, Andrew and Ina | 17847 Monte Vista Drive Boca Raton, FL 33496 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Mesa Construction Group, Inc. **(77)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 90. | Brady, John and Joann | P.O. Box 1708 Shavertown, PA 18708 | 6585 Martinque Way Vero Beach, FL 32967 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | P.D.C. Drywall Contractors, Inc **(80)** | |
| 91. | Byrne, Gertrude | 17926 Monte Vista Drive Boca Raton, FL 33496 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Mesa Construction Group, Inc. **(77)** | |
| 92. | Cespedes, Carlos | 3404 SW 147th Place Miami, FL 33185 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Dorado Homes Development, Ltd. **(43)** | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 93. | Christian, Kevin | 20351 SW 87 Place Miami, FL 33189 | | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe | Santa Barbara Estates, Inc. **(91)** | ATCO Int. Corp. **(3)** | |
| 94. | Coleman, Jessidra | 15121 SW 106th Avenue Miami, FL 33176 | | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe | Richmond Heights Community Development Center Corporation, Inc. **(88)**  Platinum Property Management, Inc. **(82)**  Builtek Corp. **(15)** | | |
| 95. | Crane, Raymond A. | 112 West Germantown Avenue Maple Shade, NJ 08052 | 4134 NE 9 PL Cape Coral, FL 33909 | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe | Avatar Properties, Inc. **(4)** | | L&W  Supply Corporation d/b/a Seacoast Supply Company **(68)** |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 96. | Dacosta, George | 6859 Julia Gardens Drive Coconut Creek, FL 33073 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | F. Vicino & Company **(44)** | |
| 97. | Darlington, Ruth | 7 Hegeman Avenue #14G Brooklyn, NY 11212 | 3599 NW 14th Court Lauderhill, FL 33311 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Centerline Homes Construction, Inc. **(24)** | United Framers, Inc. **(105)** | |
| 98. | Diaz, Felix | 20318 SW 87 Ct. Miami, FL 33189 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | United Homes International, Inc. **(107)** | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 99. | Diaz, Fernando | 20338 SW 88 Court Cutler Bay, FL 33189 | | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | | ATCO Int. Corp. **(3)** | |
| 100. | Diaz, Hilario | 1501 SW Nervia Avenue Port St. Lucie, FL 34953 | | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | | | |
| 101. | Egan, Michelle and Giancarlo Leo | 10860 SW 136 Street Miami, FL 33176 | | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | | S.D. & Associates, Inc. **(90)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 102. | Eisenberg, Brian and Lauren | 9957 Cobblestone Creek Drive Boynton Beach, FL 33472 | 12923 SW 135 Terrace Miami, FL 33186 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Precision Drywall, Inc. **(83)** | |
| 103. | Elliot, Dezman | 9845 Cobblestone Creek Drive Boynton Beach, FL 33437 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Precision Drywall, Inc. **(83)** | |
| 104. | Eskenazi, Anna and Mark | 17878 Monte Vista Drive Boca Raton, FL 33496 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Mesa Construction Group, Inc. **(77)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 105. | Estevez, Sergio and Aurora | 3310 Crayton Road Naples, FL 34103 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Westpoints Investment Partners III, LLC **(111)**<br><br>Cornerstone Construction, Inc. **(31)** | | |
| 106. | Fergusson, Monica | 14393 SW 19 Terrace Miami, FL 33175 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Medimart Investment, Inc. **(75)** | | |
| 107. | Fernandez, Damian | 14881 SW 161 Street Miami, FL 33187 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | CGF Construction Corp. **(28)** | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 108. | Frenchman, Beth | 10133 Cobblestone Creek Drive Boynton Beach, FL 33437 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Precision Drywall, Inc. **(83)** | |
| 109. | Fulgueira, Maria E. and Gonzalez, Oscar J. | 8711 SW 203 St. Cutler Bay, FL 33189 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Santa Barbara Estates, Inc. **(91)** | ATCO Int. Corp. **(3)** | |
| 110. | Galvin, Larry and Rene | 203 Buring Street Blvd. Absecon, NJ 08201 | 11019 Carrara Court #202 Bonita Springs, FL 34135 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Cothern Construction Company, Inc. **(33)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 111. | Gamboa, Hernan | 523 Cascading Creek Lane Winter Gardens, FL 34787 | 12991 SW 134 Terrace Miami, FL 33186 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | S.D. & Associates, Inc. **(90)** | |
| 112. | Georgescu, Bogdan and Narcisa | 1140 Hatteras Avenue Hollywood, FL 33019 | 318 Holiday Drive Hallandale, FL 33009 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Certified Building Systems, Inc. **(27)** | | |
| 113. | Glasgow, David and Carol | 7972 NW 125 Terrace Parkland, FL 33076 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 114. | Glenz, David | 2810 Saint Bart's Square Vero Beach, FL 32967 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | P.D.C. Drywall Contractors, Inc. **(80)** | |
| 115. | Glover, Bonnie J. and Craig | 1402 SW 150th Terrace Davie, FL 33362 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Baystate Drywall **(9)** | |
| 116. | Groom, Richard and Pamela | 3138 Ohio Street Coconut Grove, FL 33133 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Gomez Interiors, Inc. **(49)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 117. | Jesus, Manuel and Liliane | 6857 Julia Gardens Drive Coconut Creek, FL 33073 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | F. Vicino & Company **(44)** | |
| 118. | Johnson, Charles and Molly | 10125 Cobblestone Creek Drive Boynton Beach, FL 33472 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Precision Drywall, Inc. **(83)** | |
| 119. | Johnson, Paul and Caron | 12708 Equestrian Trail Davie, FL 33330 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Baystate Drywall **(9)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 120. | Jones, Gail | 7281 Lemon Grass Drive Parkland, FL 33076 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Beta Drywall, LLC **(11)** | |
| 121. | Kenney, Thomas E. | 5262 Slash Pine Terrace Ft. Pierce, FL 34951 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | H & S Drywall, Inc. **(54)**<br><br>Gregg Nieberg, Inc. **(51)** | |
| 122. | Lahey, Patrick | 2817 St. Barts Square Vero Beach, FL 32967 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | P.D.C. Drywall Contractors, Inc. **(80)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 123. | Llaca, Francisco G. and Zenia | 20381 SW 87 Court Cutler Bay, FL 33189 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | ATCO Int. Corp. **(3)** | |
| 124. | Machado, Cleber and Sandra | 6875 Julia Gardens Drive Coconut Creek, FL 30073 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | F. Vicino & Company **(44)** | |
| 125. | Maness, Ronald | 15235 SW 14th Avenue Road Ocala, FL 34473 | 5305 Nicklaus Drive Winter Haven, FL 33884 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | B & W Drywall, Inc. **(5)** | L&W Supply Corporation d/b/a Seacoast Supply Company **(68)** |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 126. | Matos, Sergio and Gladys | 8519 SW 122 Street Miami, FL 33156 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Sunshine Drywall **(100)** | |
| 127. | Mendoza, Maritza | 20320 SW 87 Place Cutler Bay, FL 33189 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | ATCO Int. Corp. **(3)** | |
| 128. | Mikita, Michael | 3125 N.E. 7th Drive Boca Raton, FL 33431 | 2866 St. Barts Square Vero Beach, FL 32967 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Antilles Vero Beach, LLC **(2)** | P.D.C. Drywall Contractors, Inc. **(80)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 129. | Molnar, William and Jennifer | 8056 106th Avenue Vero Beach, FL 32967 | | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | | | |
| 130. | Novello, Robin | 9407 Bridgebrook Drive Boca Raton, FL 33496 | | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | | Mesa Construction Group, Inc. **(77)** | |
| 131. | Onsott, Margaret | 1948 Cocco Palm Place (SE 16th Street ) Lauderdale by the Sea, FL 33062 | | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Prestigious Homes, LLC **(84)** | Patrick Drywall, Inc. **(81)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 132. | Perkins, John and Azzarello, Jo-Anne | 8951 Bonita Beach Road, Suite 525 PMB 309 Bonita Springs, FL 34135 | 28548 Chianti Terrace Bonita Springs, FL 34135 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | | A.B.F. Drywall, Inc. **(1)** | |
| 133. | Perez, Gerardo and Sara Vinas | 20382 SW 87th Court Miami, FL 33189 | | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | | ATCO Int. Corp. **(3)** | |
| 134. | Prego, Clara | 15358 SW 32 Terrace Miami, FL 33185 | 2551 SE 18 Street Unit 363 Homestead, FL 33035 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Shoma Homes at Keys Cove Phase II **(94)** | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 135. | Prynada, Christine | 2068 Zuyder Terrace North Port, FL 34286 | 16613 S. Weshand Drive Gaithersburg, MD 20877 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Holiday Builders Construction of Florida, Inc. **(56)** | NuWay Drywall, LLC **(79)** | |
| 136. | Quach, Liem | 20304 SW 87th Place Miami, FL 33189 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | United Homes International, Inc. **(107)** | | |
| 137. | Requejado, Osvaldo and Norka | 3504 SW 147 Place Miami, FL 33185 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Dorado Homes Development, Ltd. **(43)** | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 138. | Riccardi, Peter and Rose | 99 Ogden Parma Town Line Road Spencerport, NY 14559 | 1660 Renaissance Com. #2324 Boynton Beach, FL 33462 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Coastal Construction of South Florida, Inc. (30)<br><br>Precision Drywall, Inc. (83) | |
| 139. | Rinaldi, Jr., Joseph J. | 31423 Ohio Street Miami, FL 33133 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Gomez Interiors, Inc. (49) | |
| 140. | Roberts, Steven and Jennifer | 10013 Cobblestone Creek Drive Boynton Beach, FL 33472 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Precision Drywall, Inc. (83) | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 141. | Robinston Industries, Inc. | 100 NE 21st Street Miami, FL 33137 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Master Builders of South Florida, Inc. **(73)** | | |
| 142. | Rodriguez, Jeryl and Jose | 9725 Cobblestone Creek Drive Boynton Beach, FL 33472 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Precision Drywall, Inc. **(83)** | |
| 143. | Rosen, Michael | 17538 Middlebrook Way Boca Raton, FL 33496 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Chicas Construction, Inc. **(29)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 144. | Rossi, Richard and Joanna | 21218 St. Andrews Blvd. #225 Boca Raton, FL 33433 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | | |
| 145. | Santilles 2830, LLC | 2830 St. Barts Square Vero Beach, FL 32967 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Ironwood Properties, Inc. **(61)** | | |
| 146. | Santilles 2837, LLC | 2837 St. Barts Square Vero Beach, FL 32967 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Ironwood Properties, Inc. **(61)** | | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 147. | The Sanctuary at Blue Heron, Inc. | 7899 Sanctuary Cir #1 Naples, FL 34104 | 8217 Sanctuary Dr. #1 Naples, FL 34104<br><br>8217 Sanctuary Dr. #2 Naples, 34104<br><br>8220 Sanctuary Dr. #1 Naples, FL 34104<br><br>8221 Sanctuary Dr. #1 Naples, FL 34104<br><br>8221 Sanctuary Dr. #2 Naples, FL 34104<br><br>8224 Sanctuary Dr. #1 Naples, FL 34104<br><br>8224 Sanctuary Dr. #2 Naples, FL 34104 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Lucky Strike, M.K., Inc. **(70)** | West Coast Drywall Construction Co. **(110)** | |
| 148. | Sardina, Raymond | 8812 SW 203 Terrace Cutler Bay, FL 33189 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Santa Barbara Estates, Inc. **(91)** | ATCO Int. Corp. **(3)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 149. | Sarkar, Immanuel and Robinson, Catherin | 8821 SW 203 Terrace Cutler Bay, FL 33189 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | ATCO Int. Corp. **(3)** | |
| 150. | Souza, Juliana | 6865 Julia Gardens Drive Coconut Creek, FL 33073 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | F. Vicino & Company **(44)** | |
| 151. | Starkman, Jeffrey and Sharlene | 11224 NW 77th Place Parkland, FL 33076 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Distinctive Drywall Design **(41)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 152. | Stephens, Ricardo | 16923 SW 87 Avenue Miami, FL 33157 | 8771 SW 203 Terrace Miami, FL 33189 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | Santa Barbara Estates, Inc. **(91)** | ATCO Int. Corp. **(3)** | |
| 153. | Trepkowski, Carrie and David | 3027 Lake Manatee Court Cape Coral, FL 33909 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | Florida Style Services, Inc. **(46)**<br><br>Inovawalls, Inc. **(60)**<br><br>Southwest Innovations, Inc. **(97)**<br><br>JQ Construction Group, Inc. **(65)** | |
| 154. | Villalta, Daniel | 8782 SW 203 Terrace Miami, FL 33189 | | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | ATCO Int. Corp. **(3)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 155. | Zervos, Angelos and Gregoria | 20451 SW 87 Court Miami, FL 33189 | 8801 SW 203 Terrace Miami, FL 33189 | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | | ATCO Int. Corp. **(3)** | |
| 156. | Staves, Darryl, Sr., Janice and Darryl, Jr. | 6827 Rugby Court New Orleans, LA 70126 | | Toxic Litigation Group | | | |
| 157. | Solari, Rodolfo Bruno | 105 Stone Hill Drive Maitland, FL 32751 | 381 NW Sheffield Circle Port St. Lucie, FL 34983 | Toxic Litigation Group | | Certified Building Contractors, Inc. **(26)** | |
| 158. | Zaitsev, Yuri and Sviridvo, Serguey | 1570 Shaughnessy Street Port Coquitlam, BC V3C6M4 | 219 N.W. 12th Avenue Unit 907 Miami, FL 33128 | Baron & Budd, P.C.<br><br>Allison Grant, P.A. | Milton Construction Company **(78)**<br><br>Beta Credit Management, LLC **(10)** | JVP Drywall & Finish, Inc. **(66)** | |
| 159. | Brittain Family LLC | 225 Bushwhack Road Kerrville, TX 78028 | 19827 Cannon Fire Drive Houston, TX 77449 | Baron & Budd, P.C.<br><br>Allison Grant, P.A. | CastleRock Communities, LP **(21)** | | |
| 160. | Cuellar, Juan M. and Johnny | 325 S. Biscayne Blvd. #1223 Miami, FL 33131 | 219 N.W. 12th Avenue Units C1, C2, C3, C4 and C5 Miami, FL 33128 | Baron & Budd, P.C.<br><br>Allison Grant, P.A. | Milton Construction Company **(78)**<br><br>Beta Credit Management, LLC **(10)** | JVP Drywall & Finish, Inc. **(66)** | |
| 161. | Dwyer, Stacy Ann | 3597 N.W. 14th Court Lauderhill, FL 33311 | | Baron & Budd, P.C.<br><br>Allison Grant, P.A. | Centerline Home at Georgetown, LLC **(23)** | United Framers, Inc. **(105)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 162. | Esmail, Sulta | 219 N.W. 12th Avenue Unit 401 Miami, FL 33128 | | Baron & Budd, P.C.<br><br>Allison Grant, P.A. | Milton Construction Company **(78)**<br><br>Beta Credit Management, LLC **(10)** | JVP Drywall & Finish, Inc. **(66)** | |
| 163. | Gomez, Isaac and Carmen Feliciano | 2000 N. Bayshore Drive #1010 Miami, FL 33137 | 219 N.W. 12th Avenue Unit 614 Miami, FL 33128 | Baron & Budd, P.C.<br><br>Allison Grant, P.A. | Milton Construction Company **(78)**<br><br>Beta Credit Management, LLC **(10)** | JVP Drywall & Finish, Inc. **(66)** | |
| 164. | Habitat for Humanity of Greater Miami | 3800 NW 22nd Avenue Miami, FL 33142 | | Baron & Budd, P.C.<br><br>Allison Grant, P.A. | | | |
| 165. | Honone, Frumence and Erzulie | 3617 N.W. 14th Court Lauderhill, FL 33311 | | Baron & Budd, P.C.<br><br>Allison Grant, P.A. | Centerline Home at Georgetown, LLC **(23)**<br><br>United Framers, Inc. **(105)** | | |
| 166. | Irsula, Belinda | 2000 North Bayshore Drive Unit 1010 Miami, FL 33137 | 219 N.W. 12th Avenue Suite 802 Miami, FL 33128 | Baron & Budd, P.C.<br><br>Allison Grant, P.A. | Milton Construction Company **(78)**<br><br>Beta Credit Management, LLC **(10)** | JVP Drywall & Finish, Inc. **(66)** | |
| 167. | Kelly, Robert and Elizabeth | 10901 Homes Place Lane Potomac, MD 20854 | 5088 Mariner Village Drive Stuart, FL 34997 | Baron & Budd, P.C.<br><br>Allison Grant, P.A. | United Homes, Inc. **(106)**<br><br>Mariner Village Townhomes, Inc. **(72)** | | |
| 168. | Lyons, Desmond | 219 N.W. 12th Avenue Unit 904 Miami, FL 33128 | | Baron & Budd, P.C.<br><br>Allison Grant, P.A. | Milton Construction Company **(78)**<br><br>Beta Credit Management, LLC **(10)** | JVP Drywall & Finish, Inc. **(66)** | |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants**

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 169. | Ortigoza, Brent | 1091 S. San Mateo Drive North Port, FL 34288 | | Baron & Budd, P.C. Allison Grant, P.A. | Gulfstream Development Group, LLC **(53)** | | |
| 170. | Perez-Moreno, Anabel | 240 West End Drive, 1213 Punta Gorda, FL 33950 | | Baron & Budd, P.C. Allison Grant, P.A. | Brooks & Freund, LLC **(14)** | C.A. Steelman, Inc. **(16)** | |
| 171. | Riviezzo, Lilly and Darva | 2085 S.W. Hampshire Lane Port St. Lucie, FL 34953 | | Baron & Budd, P.C. Allison Grant, P.A. | RJM Builders North, Inc. **(89)** | | |
| 172. | San Lorenzo Condominium Association | 219 N.W. 12th Avenue; Units 403, 406, 407, 409, 410, 411, 412, 604, 606, 607, 706, 906, C1, C2, C3, C4 and C5 Miami, FL 33128 | | Baron & Budd, P.C. Allison Grant, P.A. | Milton Construction Company **(78)** Beta Credit Management, LLC **(10)** | JVP Drywall & Finish, Inc. **(66)** | |
| 173. | Smalling, Alyssa Chin and Kieko | 3543 N.W. 14th Court Lauderhill, FL 33311 | | Baron & Budd, P.C. Allison Grant, P.A. | Centerline Home at Georgetown, LLC **(23)** | United Framers, Inc. **(105)** | |
| 174. | Zikorus, Fred | 219 N.W. 12th Avenue Units 604 and 715 Miami, FL 33128 | | Baron & Budd, P.C. Allison Grant, P.A. | Milton Construction Company **(78)** Beta Credit Management, LLC **(10)** | JVP Drywall & Finish, Inc. **(66)** | |
| 175. | Bourne, Cindy, William, Linsey and Jill | 829 Holiday Court Kenner, LA 70065 | | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | M. Slayton Construction, Inc. **(112)** | | |