*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Exhibit "B" – Additional Defendants Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV)**

| | Defendant | Type of Defendant | Principal Place of Business | State of Incorporation | Address for Service |
|---|---|---|---|---|---|
| 1. | A.B.F. Drywall, Inc. | Installer | 5788 Enterprise Parkway<br>Fort Myers, FL 33905 | Florida | Anthony Adelson<br>501 Golden Isles Drive<br>Ste. 203<br>Hallendale, FL 33009 |
| 2. | Antilles Vero Beach, LLC | Builder | 370 W. Cannery Row Circle<br>Delray Beach, FL 33444 | Florida | Gregg H. Glickstein, PA<br>54 SW Boca Raton Blvd.<br>Boca Raton, FL 33432 |
| 3. | ATCO Int. Corp. | Installer | 13870 SW 151 Lane<br>Miami, FL 33186 | Florida | 150 E. 1st Ave.<br>Hialeah, FL 33010 |
| 4. | Avatar Properties, Inc. | Builder | 395 Village Drive<br>Poinciana, FL 34759 US | Florida | 201 Alhambra Circle<br>12th Fl.<br>Coral Gables, FL 33134 |
| 5. | B & W Drywall, Inc. | Installer | 323 N. 12th Street<br>Haines City, FL 33845 | Florida | Ronald G. Brittle, Jr.<br>104 Bream Street<br>Haines City, FL 33844 |
| 6. | Bailey Lumber & Supply Company | Distributor | 813 East Pass Road<br>Gulfport, MS 39507 | Mississippi | John Howard Shows<br>2950 Layfair Drive<br>Suite 101<br>Flowood, MS 39232 |
| 7. | Barney Core | Builder | Smith & Core, Inc.<br>44 Park Lane<br>Folsom, LA 70452 | | |
| 8. | Bay Area Custom Homes, LLC | Builder | 3707 Cottage Hill Road<br>Mobile, AL 36609 | Alabama | Dwayne Smith<br>3707 Cottage Hill Road<br>Mobile, AL 36609 |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Exhibit "B" – Additional Defendants Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV)**

| | Defendant | Type of Defendant | Principal Place of Business | State of Incorporation | Address for Service |
|---|---|---|---|---|---|
| 9. | Baystate Drywall | Installer | 4851 SW 111 Terrace<br>Davie, FL 33328 | Florida | Claude Pare<br>4851 SW 111 Terrace<br>Davie, FL 33328 |
| 10. | Beta Credit Management, LLC | Developer | 5775 Blue Lagoon Drive<br>Suite 300<br>Miami, FL 33126 | Florida | Ocean Silver, LLC<br>5775 Blue Lagoon Drive<br>Suite 300<br>Miami, FL 33126 |
| 11. | Beta Drywall, LLC | Installer | 6586 Hypoluxo Road #306<br>Lake Worth, FL 33467 | Florida | Michael B. Watkins<br>6601 Lyons Road A-3<br>Coconut Creek, FL 33073 |
| 12. | Blue Line Builders, Inc. | Builder | 7050 West Palmetto Park Road<br>Suite 15-280<br>Boca Raton, FL 33433 | Florida | Cindy Schaeffer<br>7290 Panache Way<br>Boca Raton, FL 33433 |
| 13. | BMD, Inc. | Installer | 6163 Joe Jeff Street<br>North Port, FL 34286 | Florida | Gary A. Fracassi<br>218 S. Bumby Avenue<br>Orlando, FL 32803 |
| 14. | Brooks & Freund, LLC | Builder | 5661 Independence Circle - Ste. #1<br>Fort Myers, FL 33912 | Florida | Richard Freund<br>5661 Independence Circle - Ste. #1<br>Fort Myers, FL 33912 |
| 15. | Builtek Corp. | Builder | 16699 SW 117 Avenue<br>Miami, FL 33177 | Florida | Luis A. Roca<br>16699 SW 117 Avenue<br>Miami, FL 33177 |

*JESSICA CASSIDY, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.*

EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV)

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 16. | C.A. Steelman, Inc. | Builder | 2271 Bruner Lane, Suite 5 Fort Myers, FL 33912 | Florida | Christopher Adam Steelman 2271 Bruner Lane, Suite 5 Fort Myers, FL 33912 |
| 17. | C.A.L. Investments, LLC | Builder | Gulfport, MS | Mississippi | 19618 Champion Circle Gulfport, MS 39503 |
| 18. | Caloosahatchee Construction, Inc. | Installer | 18680 Old Bayshore Road N. Ft. Myers, FL 33917 | Florida | Patrick H. Zurcher 18680 Old Bayshore Road N. Ft. Myers, FL 33917 |
| 19. | Canino Construction, Inc. | Builder | 160 Pond Cypress Road Venice, FL 34292 | Florida | LPS Corporate Services, Inc. 46 N. Washington Blvd. #1 Sarasota, FL 34236 |
| 20. | Carmen P Pacinelli Drywall Inc. | Installer | 12 Marker Road Rotonda West, FL 33947 | Florida | Carmen P Pacinelli 12 Marker Road Rotonda West, FL 33947 |
| 21. | CastleRock Communities, LP | Builder | 7670 Woodway Drive, Suite 300 Houston, TX 77063-1520 | Texas | Edith Avila Vilma 7670 Woodway Drive, Suite 300 Houston, TX 77063-1520 |
| 22. | Cemex Construction Materials Florida LLC f/k/a Rinker Materials of Florida, Inc. | Supplier | 920 Memorial Way, Suite 100 Houston, TX 77024 | Texas | Corporate Creations Network, Inc. 11380 Prosperity Farms Road #221E Palm Beach Gardens, FL 33410 |
| 23. | Centerline Homes at Georgetown, LLC | Builder | 825 Coral Ridge Drive Coral Springs, FL 33071 | Florida | Jeffrey L. Kronengold, Esquire 825 Coral Ridge Drive Coral Springs, FL 33071 |

*JESSICA CASSIDY, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.*

EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV)

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 24. | Centerline Homes Construction, Inc. | Builder | 825 Coral Ridge Drive<br>Coral Springs, FL 33071 | Florida | Leopold, Korn, Leopold & Snyder<br>20801 Biscayne Blvd., Ste. 501<br>Aventura, FL 33180 |
| 25. | Centerline Homes, Inc. | Builder | 825 Coral Ridge Drive<br>Coral Springs, FL 33071 | Florida | Leopold, Korn, Leopold & Snyder<br>20801 Biscayne Blvd., Ste. 501<br>Aventura, FL 33180 |
| 26. | Certified Building Contractors, Inc. | Contractor | 747 S.W. South Macedo Blvd.<br>Port St. Lucie, FL 34983 | Florida | 747 S.W. South Macedo Blvd.<br>Port St. Lucie, FL 34983 |
| 27. | Certified Building Systems, Inc. | Builder | 9701 NW 39th Court<br>Coral Springs, FL 33065 | Florida | Vincent Enea<br>9701 NW 39th Court<br>Coral Springs, FL 33065 |
| 28. | CGF Construction Corp. | Builder | 12300 SW 130 Street, Unit #8<br>Miami, FL 33816 | Florida | Carlos G. Fernandez, Sr.<br>12780 S.W. 105 Avenue<br>Miami, FL 33176 |
| 29. | Chicas Construction, Inc. | Installer | 4131 Lakeside Drive<br>Tamarac, FL 33319 | Florida | Enrique Guevara<br>630 S State Road 7<br>Margate, FL 33068 |
| 30. | Coastal Construction of South Florida, Inc. | Contractor | 5959 Blue Lagoon Drive, Ste. 200<br>Miami, FL 33126 | Florida | Corpco, Inc.<br>2699 South Bayshore Drive<br>7th Floor<br>Miami, FL 33133 |
| 31. | Cornerstone Construction, Inc. | Builder | 8233-18 Gator Lane<br>West Palm Beach, FL 33411 | Florida | Frederick J. Schmidt<br>8233-18 Gator Lane<br>West Palm Beach, FL 33411 |

*JESSICA CASSIDY, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.*

EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV)

|  | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 32. | Coscan Home Builders, LLC | Builder | 5555 Anglers Avenue, Ste. 1A<br>Ft. Lauderdale, FL 33312 | Florida | Registered Agents of Florida, LLC<br>100 SE 2nd Street, Ste. 2900<br>Miami, FL 33131 |
| 33. | Cothern Construction Company, Inc. | Contractor | 4376 Harbor Blvd.<br>Port Charlotte, FL 33952 | Florida | Volney Cothern<br>4376 Harbor Blvd.<br>Port Charlotte, FL 33952 |
| 34. | Cox Lumber Co. n/k/a ProBuild Company LLC | Supplier | 7959 Technology Way, Suite 500<br>Denver, CO 80237 | Colorado | CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| 35. | DCT Investment Group, Inc. | Builder | 1900 S.W. 126th Court<br>Miami, FL 33175 | Florida | Juan Zas<br>1900 S.W. 126th Court<br>Miami, FL 33175 |
| 36. | Deco Paver Bricks, Inc. | Builder | 2104 SW 15th Avenue<br>Cape Coral, FL 33991 | Florida | Cheryl H. East<br>2104 SW 15th Avenue<br>Cape Coral, FL 33991 |
| 37. | Design Drywall of South Florida, LLC | Installer | 4444 S.W. 71st Avenue 107<br>Miami, FL 33155 | Florida | Federico Garcia<br>8221 Coral Way<br>Miami, FL 33155 |
| 38. | Design Stucco, Inc. | Installer | 3231 13th Avenue SW<br>Naples, FL 34117 | Florida | Joshua Norris<br>3231 13th Avenue SW<br>Naples, FL 34117 |
| 39. | Diamond Corp. Construction Company | Builder | 2112 SE Bersell Road<br>Port Saint Lucie, FL 34952 | FL | Lance W. Collins<br>2112 SE Bersell Road<br>Port Saint Lucie, FL 34952 |

*JESSICA CASSIDY, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.*

EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV)

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 40. | Diamond Court Homes, Inc. | Builder | 2112 SE Bersell Road<br>Port Saint Lucie, FL 34952 | Florida | Lance W. Collins<br>2112 SE Bersell Road<br>Port Saint Lucie, FL 34952 |
| 41. | Distinctive Drywall Design | Installer | 12132 Wiles Road<br>Coral Springs, FL 33076 | Florida | Sherri L. Thoms<br>12132 Wiles Road<br>Coral Springs, FL 33076 |
| 42. | Distinctive Drywall, LLC | Installer | 12132 Wiles Road<br>Coral Springs, FL 33076 | Florida | Scott Thoms<br>12132 Wiles Road<br>Coral Springs, FL 33076 |
| 43. | Dorado Homes Development, Ltd. | Builder | 1421 SW 107th Avenue, Suite 306<br>Miami, FL 33174 | Florida | Ariel E. Gutierrez MGR<br>1421 SW 107th Avenue, Suite 306<br>Miami, FL 33174 |
| 44. | F. Vicino & Company | Installer | 200 SW 172 Avenue, Ste. 4A<br>Pembroke Pines, FL 33029 | Florida | 15 NE 2nd Avenue<br>Deerfield Beach, FL 33441 |
| 45. | Faith Built Homes, L.L.C. | Contractor | 408 Bill Drive<br>Mandeville, LA 70448 | Louisiana | Chad M. Brignac<br>408 Bill Drive<br>Mandeville, LA 70448 |
| 46. | Florida Style Services, Inc. | Installer | 12410 Tamiami Trail, Unit 106<br>Punta Gorda, FL 33955 | Florida | 2422 SE 28th St.<br>Cape Coral, FL 33904 |
| 47. | G. Drywalls Corporation | Installer | 12951 SW 124th Street<br>Miami, FL 33186 | Florida | Antonio I. Alonso<br>12951 SW 124th Street<br>Miami, FL 33186 |

| | *Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | | | | |
|---|---|---|---|---|---|
| | **Exhibit "B" – Additional Defendants Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV)** | | | | |
| | **Defendant** | **Type of Defendant** | **Principal Place of Business** | **State of Incorporation** | **Address for Service** |
| 48. | GL Homes Limited Corporation | Builder | 1600 Sawgrass Corp. Pkwy, Ste. 400<br>Sunrise, FL 33323 | Florida | Steven M. Helfman, Esquire<br>1600 Sawgrass Corp. Pkwy, Ste. 400<br>Sunrise, FL 33323 |
| 49. | Gomez Interiors Inc. | Installer | 15530 SW 300 St.<br>Homestead, FL 33033 | Florida | 15745 SW 297th Terrace<br>Homestead, FL 33033 |
| 50. | Grande Valley Homes, L.L.C. | Builder | 1409 N. Main Street<br>Mcallen, TX 78501 | Texas | Mark Dizdar<br>1409 N. Main Street<br>Mcallen, TX 78501 |
| 51. | Gregg Nieberg, Inc. | Installer | 8264 Martingale Lane<br>Port St. Lucie, FL 34986 | Florida | Richard J. Dungey<br>Florida |
| 52. | Gulfstream Development Group | Builder | 416 Commerce Way Suite 140<br>Longwood, FL 32750 | Florida | James A. Bessinger, III<br>531 Queensbridge Drive<br>Lake Mary, FL 32746 |
| 53. | Gulfstream Development Group, LLC | Builder | 114 Del Prado Blvd.<br>Cape Coral, FL 33990 | Florida | Brian Haag<br>114 Del Prado Blvd.<br>Cape Coral, FL 33990 |
| 54. | H & S Drywall, Inc. | Installer | 5383 NW Almond Avenue<br>Port St. Lucie, FL 34986 | Florida | Harry Schmidt, Jr.<br>5383 NW Almond Avenue<br>Port St. Lucie, FL 34986 |
| 55. | Hansen Homes of South Florida, Inc. | Builder | 1436 SE 16th Place<br>Cape Coral, FL 33990 | Florida | Duane M. Davis<br>1436 SE 16th Place<br>Cape Coral, FL 33990 |

*JESSICA CASSIDY, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.*

**EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV)**

|  | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 56. | Holiday Builders Construction of Florida, Inc. | Builder | 2293 W Eau Gallie Blvd. Melbourne, FL 32935 | Florida | R&R Agents, Inc. Attn: Michael Yashko 2320 First Street Fort Myers, FL 33901 |
| 57. | Home Team d/b/a Great Southern Homes | Builder | 13645 Lawton Lane Gulfport, MS 39503 | Mississippi | 17065 W. Wortham Rd. Gulfport, MS 39574 |
| 58. | Home Town Lumber & Supply, Inc. | Distributor | 7812 Lama Poole Road Ocean Springs, MS 39566 | Mississippi | John T. Cameron 7812 Lamar Poole Road, P.O. Box 642 Ocean Springs, MS 39566 |
| 59. | HPH Properties, LLC | Builder | Birmingham, AL | Alabama | Alan Howard 2236 Cahaba Valley Drive, Suite 100 Birmingham, AL 35242 |
| 60. | Inovawalls, Inc. | Contractor | 4873 Regal Drive Bonita Springs, FL 34134 | Florida | Ismael Castro 4873 Regal Drive Bonita Springs, FL 34134 |
| 61. | Ironwood Properties, Inc. | Builder | 5505 W. Gray Street Tampa, FL 33609 | Florida | 54 SW Boca Raton Blvd. Boca Raton, FL 33432 |
| 62. | Jacobus Builders of Florida, Inc. | Builder | 4101 NW 10th Street Coconut Creek, FL 33066 | Florida | Michael P. Jacobus 4101 NW 10th Street Coconut Creek, FL 33066 |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Exhibit "B" – Additional Defendants Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV)**

| | Defendant | Type of Defendant | Principal Place of Business | State of Incorporation | Address for Service |
|---|---|---|---|---|---|
| 63. | James Drywall, LLC | Installer | 431 NW 36th Place<br>Cape Coral, FL 33993 | Florida | Michael Patterson, MGRM<br>431 NW 36th Place<br>Cape Coral, FL 33993 |
| 64. | Jim's Drywall, Inc. | Installer | 68 Dixie Highway<br>St. Augustine, Florida 32084 | Florida | Sherwood Joseph Smith<br>68 Dixie Highway<br>St. Augustine, Florida 32084 |
| 65. | JQ Construction Group, Inc. | Contractor | 5103 Island Club Drive<br>Tamarac, FL 33319 | Florida | Jose O. Quintero<br>5103 Island Club Drive<br>Tamarac, FL 33319 |
| 66. | JVP Drywall & Finish, Inc. | Installer | 2475 NW 16th Street Road #506<br>Miami, FL 33125 | Florida | Jose V. Perez<br>2475 NW 16th Street Road #506<br>Miami, FL 33125 |
| 67. | K. Hovnanian First Homes, LLC | Builder | 110 West Front Street<br>Red Bank, NJ 07701 | Florida | NRAI Services, Inc.<br>2731 Executive Park Drive, Ste. 4<br>Weston, FL 33331 |
| 68. | L&W Supply Corporation d/b/a Seacoast Supply Company | Supplier | 550 W. Adams Street, Dept. 714<br>Chicago, IL 60661 | Illinois | 1209 Orange St.<br>Wilmington, DE 19801 |
| 69. | LTL Construction, Inc. | Builder | 2601 East 4th Avenue<br>Tampa, FL 33629 | Florida | 4400 Helena Street, NE<br>St. Petersburg, FL 33703 |
| 70. | Lucky Strike, M.K., Inc. | Builder | 5103 Island Club Drive<br>Tamarac, FL 33319 | Florida | Jose O. Quintero<br>5103 Island Club Drive<br>Tamarac, FL 33319 |

*JESSICA CASSIDY, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.*

EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV)

|  | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 71. | Luke & Son Construction, Inc. | Builder | 5895 SW 32nd Street<br>Miami, FL 33155 | Florida | Orestes L. Lopez-Recio<br>5895 SW 32nd Street<br>Miami, FL 33155 |
| 72. | Mariner Village Townhomes, Inc. | Developer | 7975 W 25th Avenue Bay #5<br>Hialeah, FL 33016 | Florida | Peter M. Hodkin, P.A.<br>3389 Sheridan Street #560<br>Hollywood, FL 33021 |
| 73. | Master Builders of South Florida, Inc. | Builder | 100 N. State Road 7<br>Suite 300<br>Margate, FL 33063 | Florida | James M. Beeson, Jr.<br>100 N. State Road 7<br>Suite 300<br>Margate, FL 33063 |
| 74. | Medallion Homes Gulf Coast, Inc. | Builder | 2212 58th Avenue E<br>Bradenton, FL 34203 | Florida | Carlos M. Beruff<br>2212 58th Avenue E<br>Bradenton, FL 34203 |
| 75. | Medimart Investment, Inc. | Builder | 9500 SW 37th Street<br>Miami, FL 33165 | Florida | Edenia I. Medina<br>9500 SW 37th Street<br>Miami, FL 33165 |
| 76. | Mercado Enterprises, Inc. | Installer | 12690 NW South River Drive<br>Medley, FL 33178 | Florida | Axel R. Mercado<br>12690 NW South River Drive<br>Medley, FL 33178 |
| 77. | Mesa Construction Group, Inc. | Installer | 131 Madeira Avenue - Penthouse<br>Coral Gables, FL 33134 | Florida | Joseph A. Mesa, III<br>131 Madeira Avenue - Penthouse<br>Coral Gables, FL 33134 |
| 78. | Milton Construction Company | Contractor | 3711 SW 27th Street<br>Miami, FL 33134 | Florida | Robert I Weissler<br>150 W. Flagler Street #2200<br>Miami, FL 33130 |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Exhibit "B" – Additional Defendants Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV)

| | Defendant | Type of Defendant | Principal Place of Business | State of Incorporation | Address for Service |
|---|---|---|---|---|---|
| 79. | NuWay Drywall, LLC | Installer | 384 Snapdragon Loop<br>Bradenton, FL 34121 | Florida | Alex I. Rivera<br>384 Snapdragon Loop<br>Bradenton, FL 34121 |
| 80. | P.D.C. Drywall Contractors, Inc. | Installer | 601 Howard Creek Lane<br>Stuart, FL 34994 | Florida | 601 Howard Creek Lane<br>Stuart, FL 34994 |
| 81. | Patrick Drywall, Inc. | Installer | 6351 Michael Street<br>Jupiter, FL 33458 | Florida | Patrick Rivard<br>6351 Michael Street<br>Jupiter, FL 33458 |
| 82. | Platinum Property Management, Inc. | Builder | 11098 Biscayne Blvd., Suite 103<br>Miami, FL 33161 | Florida | Debra Sinkle Kolsky<br>11098 Biscayne Blvd., Suite 103<br>Miami, FL 33161 |
| 83. | Precision Drywall, Inc. | Installer | 352 Tall Pines Road, Unit E<br>West Palm Beach, FL 33413 | Florida | Jose J. Barajas<br>352 Tall Pines Road, Unit E<br>West Palm Beach, FL 33413 |
| 84. | Prestigious Homes, LLC | Builder | 250 Lombardy Ave<br>Fort Lauderdale, FL 33308 | Florida | Scott A. Weiss<br>2550 NE 15th Avenue<br>Fort Lauderdale, FL 33305 |
| 85. | R&R Supplies, Inc. f/k/a R&R Building Materials, Inc. | Supplier | 2650 NW 7th Avenue<br>Miami, FL 33122 | Florida | Rene Enrique Bueno<br>85 West 55th Street<br>Hialeah, FL 33012 |
| 86. | Residential Drywall, Inc. | Installer | 9237 Lazy Lane<br>Tampa, FL 33614 | Florida | 16009 Northlake Village Dr.<br>Odessa, FL 33556 |
| 87. | Richmond American Homes of Texas, Inc. | Builder | 4350 S. Monaco Street, Suite 500<br>Denver, CO 80237 | Colorado | CT Corporation System<br>350 North St. Paul Street<br>Dallas, TX 75201 |

*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Exhibit "B" – Additional Defendants Named in Plaintiffs' Amended Omnibus Class Action Complaint (XIV)**

| | Defendant | Type of Defendant | Principal Place of Business | State of Incorporation | Address for Service |
|---|---|---|---|---|---|
| 88. | Richmond Heights Community Development Center Corporation, Inc. | Builder | | Florida | 4700 Booker T. Washington Blvd.<br>Miami, FL 33116 |
| 89. | RJM Builders North, Inc. | Builder | 15340 Meadow Wood Drive<br>Wellington, FL 33414 | Florida | Ronald J. Maggio<br>15340 Meadow Wood Drive<br>Wellington, FL 33414 |
| 90. | S.D. & Associates, Inc. | Installer | 1208 N. Ocean Blvd. #910<br>Pompano Beach, FL 33062 | Florida | August Swoboda<br>1208 N. Ocean Blvd. #910<br>Pompano Beach, FL 33062 |
| 91. | Santa Barbara Estates, Inc. | Builder | 7975 NW 154 Street<br>Suite 400<br>Miami Lakes, FL 33016 | Florida | Robert T. Briele<br>7975 NW 154 Street<br>Suite 400<br>Miami Lakes, FL 33016 |
| 92. | Sea Coast Supply, L.L.C. | Distributor | 21478 S.W. 88 Avenue<br>Miami, FL 33189 | Florida | Bertrand Villard<br>21478 S.W. 88 Avenue<br>Miami, FL 33189 |
| 93. | Shelby Building Corp. | Builder | 2750 NE 185th Street, 2nd Floor<br>Aventura, FL 33180 | Florida | Robert Shelley<br>2750 NE 185th Street, 2nd Floor<br>Aventura, FL 33180 |
| 94. | Shoma Homes at Keys Cove Phase II | Builder | 5835 Blue Lagoon Drive<br>4th Floor<br>Miami, FL 33126 | Florida | American Information Services, Inc.<br>One SE 3 Ave 28 Floor<br>Miami, FL 33131 |
| 95. | Signature Series Homes, Inc. | Builder | 4344 Chiquita Blvd. So.<br>Cape Coral, FL 33914 | Florida | Robert J. Long<br>4302 Pecos River Drive<br>Spring, TX 77386 |

*JESSICA CASSIDY, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.*

EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV)

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 96. | Southern Homes, LLC | Builder | 1209 Orange Street<br>Wilmington, DE 19801 | Delaware | Christopher Kornman<br>59101 Amber Street<br>Slidell, LA 70461 |
| 97. | Southwest Innovations, Inc. | Installer | 416 SW 38th Place<br>Cape Coral, FL 33991 | Florida | Rick Warren<br>416 SW 38th Place<br>Cape Coral, FL 33991 |
| 98. | Stonecrest Home Builders, LLC | Builder | Birmingham, AL | Alabama | Joe D. Vines<br>1747 Russet Woods Lane<br>Hoover, AL 35244 |
| 99. | Strauch Builders, LLC | Builder | 15880 Summerlin Road<br>Suite 300, P.M.B. 206<br>Ft. Myers, FL 33908 | Florida | Eric Strauch<br>7985 Sandlewood Circle West<br>Ft. Myers, FL 33908 |
| 100. | Sunshine Drywall | Installer | 2281 Walnut Court<br>Pembroke Pines, FL 33026 | Florida | Anthony Indiviglia<br>2281 Walnut Court<br>Pembroke Pines, FL 33026 |
| 101. | Supreme Builders, Ltd. | Builder | 521 N. Sam Houston Parkway East<br>Suite 510<br>Houston, TX 77060 | Texas | Greg Hawk<br>28453 Eagle Ridge Drive<br>Magnolia, TX 77355 |
| 102. | The David Group, Inc. | Builder | Birmingham, AL | Alabama | 1100 Lee Branch Lane, Ste. A<br>Birmingham, AL 35242 |
| 103. | Triple Crown Homes, Inc. | Builder | 1740 E. Silver Springs Blvd.<br>Ocala, FL 34470 | Florida | John Plunkett<br>1740 E. Silver Springs Blvd.<br>Ocala, FL 34470 |

*JESSICA CASSIDY, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.*

EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV)

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 104. | U/C Universal Construction | Installer | Victor Sinedo 16911 Pickering Road Conroe, TX 77302 | Texas | 3102 Candle Cabin Ln Spring, TX 77388 |
| 105. | United Framers, Inc. | Installer | 11900 Loxahatchee Road Parkland, Fl 33076 | Florida | William J. Willard 11900 Loxahatchee Road Parkland, Fl 33076 |
| 106. | United Homes, Inc. | Builder | 7975 W 25th Avenue Bay #5 Hialeah, FL 33016 | Florida | Peter M. Hodkin, P.A. 3389 Sheridan Street #560 Hollywood, FL 33021 |
| 107. | United Homes International, Inc. | Builder | 7975 W 25th Avenue, Bay #5 Hialeah, FL 33016 | Florida | Peter M. Hodkin, PA 3389 Sheridan Street #560 Hollywood, FL 33021 |
| 108. | Vicinity Drywall, Inc. | Installer | 5257 NW Gamma Street Port St. Lucie, FL 34986 | Florida | Brian P. White 5257 NW Gamma Street Port St. Lucie, FL 34986 |
| 109. | Waterways Joint Ventures IV, LLC | Builder | 15489 Summit Place Circle Naples, FL 34119 | Florida | Richard Davenport 15489 Summit Place Circle Naples, FL 34119 |
| 110. | West Coast Drywall Construction Co. | Installer | 1495 Rail Head Blvd., Unit 8 Naples, FL 34110 | Florida | 800 Harbour Drive Naples, FL 34103 |
| 111. | Westpoints Investment Partners III, LLC | Builder | 1381 Park Lake Drive Naples, FL 34110 | Florida | James A. Boatman, Esq. 1415 Panther Lane, Suite 340 Naples, FL 34109 |

*JESSICA CASSIDY, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.*

EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV)

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 112. | M. Slayton Construction, Inc. | Builder | Louisiana | Louisiana | Michael Slayton<br>2608 North Atlanta Street<br>Metairie, LA 70003 |