*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Exhibit "C"–Plaintiffs' Counsel and Plaintiffs' Contact
Information in Plaintiffs' Amended Omnibus Class Action Complaint (XIV)**

| PLAINTIFFS' COUNSEL |
| --- |
| Gerald E. Meunier  <br> Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC  <br> 2800 Energy Centre, 1100 Poydras Street  <br> New Orleans, LA 70163-2800  <br> Phone: (504) 522-2304  <br> Fax: (504) 528-9973  <br> gmeunier@gainsben.com |