003578.000601

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No.: 2047**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAG: JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*KENNETH ABEL, ET AL. v. TAISHAN GYPSUM CO., LTD., ET AL.*<br><br>**CASE NO. 2:11-CV-080 (E.D.LA.)** | |

_____/

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed jointly by Addison J. Meyers, Esquire and Brian A. Eves, Esquire of the law firm Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, as attorneys of record for Defendant, Ironwood Properties, Inc. The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pre-Trial Orders 11 and 12, and Defendant, Ironwood Properties, Inc. reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court. Defendant, Ironwood Properties, Inc. further avers that this Notice does not constitute as a waiver of service.

MDL 2047 (CASE NO. 2:11-CV-080 (E.D.LA.))
Page 2 of 3

                Respectfully submitted,

Dated: December 13, 2011

 /s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

 /s/ Brian Eves
Brian Eves, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

MDL 2047 (CASE NO. 2:11-CV-080 (E.D.LA.))  
Page 3 of 3

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of December, 2011.

/s/ Addison J. Meyers  
Addison J. Meyers