UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL       MDL No. 2047
PRODUCTS LIABILITY LITIGATION

                                          SECTION L

**This Document Relates to:**              JUDGE FALLON
***Block v. Gerbrueder Knauf Verwaltungsgesellschaft, et al.***
***No. 11-cv-1363***
***and all cases***                        MAG. JUDGE WILKINSON

## NOTICE OF APPEARANCE OF COUNSEL FOR
## BJ&K CONDO CONSTRUCTION, INC.

          Pursuant to Pre-Trial Orders 1(F) and 1(G), notice is hereby given that undersigned counsel

appears on behalf of BJ&K Condo Construction, Inc., defendant in the *Block v. Gerbrueder Knauf*

*Verwaltungsgesellschaft*, et al. civil action no. 11-cv-1363.  BJ&K Condo Construction, Inc. requests

that it be served via its counsel with all documents.

                              **Respectfully Submitted:**


                              **      /s/ Joshua G. Keller                      **
                              **Frederic Theodore "Ted" LeClercq (#23517)(TA)**
                              **Joshua G. Keller (#29288)**
                              **DEUTSCH, KERRIGAN & STILES, LLP**
                              755 Magazine Street
                              New Orleans, Louisiana 70130
                              Phone: (504) 581-5141
                              Fax: (504) 566-1201
                              Email: ted#dkslaw.com
                              *Attorneys for Defendant, BJ&K Condo Construction,*
                              *Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing filed on December 13th 2011, has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pretrial Order No. 6, and that they foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of December 2011.

/s/ Joshua G. Keller