

Dec 8 2011
11:24AM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO:<br>KENNETH ABEL, ET AL V. TAISHAN GYPSUM CO., LTD., f/k/a SHANDONG TAIHE DONGXIN CO., LTD., ET AL | * * * * | JUDGE ELDON E. FALLON |
| CASE NO: 2:11-cv-080 (E.D.LA.) | * * | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

**NOW COME** Jeremy D. Goux and Martha D. Bowden, of the law firm Wynne, Goux & Lobello, Attorneys At Law, L.L.C., 410 North Jefferson Street, Covington, Louisiana 70433, who hereby file this Notice of Appearance in the above captioned matter as counsel of record for **Laporte Family Properties, L.L.C.**, sought to be made defendant herein. Counsel respectfully request all pleadings, exceptions, motions, orders, discovery, and any and all other documents shall be served upon the following attorneys:

    Attorney Jeremy D. Goux        jgoux@wgllawfirm.com

    Attorney Martha D. Bowden     mbowden@wgllawfirm.com

                              RESPECTFULLY SUBMITTED:

                              WYNNE, GOUX & LOBELLO
                              Attorneys At Law, L.L.C.

        By:      Original /s/ *Martha D. Bowden*
                      JEREMY D. GOUX, LBRN 25065 - TA
                      MARTHA D. BOWDEN, LBRN 28316

410 North Jefferson Street  
Covington, Louisiana 70433  
985-898-0504 – Telephone  
985-898-0840 – Facsimile  
jgoux@wgllawfirm.com  
mbowden@wgllawfirm.com  

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email OR by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2011.

Original /s/ *Martha D. Bowden*
_____
Martha D. Bowden