UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: | CASE NO.: 11-2349 |
| DOROTHY ARNDT, individually, and on behalf of all others similarly situated, et al. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL. | |
| _____ / | |

## DEFENDANT, WILLIAMS-BROWN, INC.'S
## MOTION TO DISMISS

Defendant, WILLIAMS-BROWN, INC., (hereinafter "WILLIAMS-BROWN") by and through its undersigned counsel moves this Honorable Court for an Order dismissing Plaintiffs' Complaint and action against WILLIAMS BROWN for lack of personal jurisdiction pursuant to Federal Rules of Civil Procedure Rule 12(b)(2) for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6), or alternatively, to transfer venue to the Southern District of Florida pursuant to 288 U.S.C. § 1406(a), and 288 U.S.C. § 1401.

1. The Plaintiff, LORA CHAMBERS, who has sued WILLIAMS BROWN is a Florida resident and the house at issue is in Florida (see Complaint).

2. WILLIAMS BROWN is a Florida corporation that has never done business in the State of Louisiana.

3. WILLIAMS BROWN does not have minimum contacts with the State of Louisiana.

4. The entire transaction between WILLIAMS BROWN and the Plaintiff, LORA CHAMBERS, took place in the State of Florida.

5. WILLIAMS BROWN has not submitted to and is not subject to, jurisdiction in this Court.

6. In the absence of any contact between WILLIAMS BROWN and the State of Louisiana, this Court does not have personal jurisdiction over WILLIAMS BROWN on claims that arise from real property located in the State of Florida.

**WHEREFORE**, this Defendant, WILLIAMS-BROWN, INC., respectfully requests this Honorable Court to enter an Order dismissing Plaintiffs' cause of action against WILLIAMS-BROWN, INC. for the reasons cited above, and requests any further relief as this Honorable Court deems necessary and appropriate.

                                          FULMER LeROY ALBEE BAUMANN, P.L.C.
                                          Attorneys for Defendant,
                                          WILLIAMS-BROWN, INC.
                                          2866 East Oakland Park Boulevard
                                          Fort Lauderdale, FL  33306
                                          (954) 707-4430  phone
                                          (954) 707-4431  fax


BY: /s/ *Gary F. Baumann*
           GARY F. BAUMANN
           Fla. Bar. No.:  089052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2011, I filed the foregoing document and this certificate with the Clerk of the Court by U.S. Mail. I also certify that the foregoing document and certificate is being served this day on all counsel of record by electronically uploading and sending the same via LexisNexis File and Serve:

> FULMER LeROY ALBEE BAUMANN, P.L.C.
> Attorneys for Defendant,
> WILLIAMS-BROWN, INC.
> 2866 East Oakland Park Boulevard
> Fort Lauderdale, FL 33306
> (954) 707-4430  phone
> (954) 707-4431  fax
>
>
> BY: /s/ *Gary F. Baumann*
>     GARY F. BAUMANN
>     Fla. Bar. No.: 089052