UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSICA CASSIDY, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"],**<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GMBH; KNAUF AMF GMBH & CO. KG; KNAUF DO BRASIL LTD.; PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD.;[ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"],**<br><br>　　　　**Defendants.**<br>_____/ | CASE NO.: 2:11-cv-3023<br>SECT. L MAG 2 |

**ORDER**

Considering the Plaintiffs' Steering Committee's Motion to Substitute Amended Exhibit,

IT IS ORDERED BY THE COURT THAT Amended Exhibit "A," attached to the Motion to Substitute Amended Exhibit, be substituted in place of Exhibit "A" to Plaintiffs' Amended Omnibus Class Action Complaint (XIV). The Clerk is hereby directed to substitute Amended Exhibit "A" in place of Exhibit "A" to Plaintiffs' Amended Omnibus Class Action Complaint (XIV).

New Orleans, Louisiana, this _____ day of _____, 2011.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　United States District Court Judge