UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO:<br>KENNETH ABEL, ET AL V.<br>TAISHAN GYPSUM CO., LTD.,<br>f/k/a SHANDONG TAIHE<br>DONGXIN CO., LTD., ET AL | * * * * * | JUDGE ELDON E. FALLON<br><br><br><br>MAGISTRATE JUDGE |
| CASE NO: 2:11-cv-080 (E.D.LA.)<br>* * * * * * * * * * * * * | * * | JOSEPH C. WILKINSON, JR. |

**LAPORTE FAMILY PROPERTIES, L.L.C.'S OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT AND ERRATA TO PLAINTIFFS' OMNIBUS MOTION FOR PRELMINARY DEFAULT JUDGMENT**

**MAY IT PLEASE THE COURT:**

**LAPORTE FAMILY PROPERTIES, L.L.C.** ("LFP") through undersigned counsel, sought to be made Defendant herein, submits this *Response in Opposition* to Plaintiffs' Omnibus Motion for Preliminary Default Judgment and Errata to Plaintiffs' Omnibus Motion for Preliminary Default Judgment. Plaintiffs seek to have a "preliminary" default judgment entered against certain named Defendants in many of the MDL omnibus cases.

This Court's Pre-Trial Order 1G entered on May 28, 2010, suspended the deadline for filing responsive pleadings in the "Chinese Drywall" MDL until Plaintiffs made final amendments to all omnibus complaints and the PSC filed its Notice of Completion of Amendments to Omni Complaints. To date, the PSC has not filed said notice.

On November 18, 2011, Plaintiffs' Steering Committee ("PSC") filed an *Omnibus Motion for Preliminary Default Judgment* seeking entry of default judgments against certain named Defendants. (See Rec.Doc. 11234). On December 12, 2011, PSC filed its *Errata to Plaintiffs' Omnibus Motion for Preliminary Default Judgment* which served to remove Defendants from their original motion who have in fact made appearances. (See Rec.Doc. 11773).

In response to PSC's original motion for preliminary default LFP filed a *Notice of Appearance* on December 8, 2011, in the above captioned matter with this Court's CM/ECF system and LexisNexis File & Serve, Transaction No. 41183480. The filing of the notice with this Court's system failed and was re-filed December 13, 2011, bearing Document No: 11802. (Exhibit "A").

Additionally, the CM/ECF Docket Report for the Abel matter shows on page 212 of 241 Laporte Family Properties, L.L.C., is represented by the undersigned. (Exhibit "B").

LFP has properly filed its *Notice of Appearance* in the instant omnibus matter, as well as several other omnibus complaints, such that the PSC's motion for preliminary default should not be granted as to Laporte Family Properties, L.L.C.

Accordingly, Laporte Family Properties, L.L.C., respectfully requests this Honorable Court not enter default against it as it has complied with the requirement to file an appearance in this case. LFP further requests the PSC remove it from the list of defendants who have not appeared in the instant matter.

RESPECTFULLY SUBMITTED:

WYNNE, GOUX & LOBELLO
Attorneys At Law, L.L.C.

By: Original /s/ *Martha D. Bowden*
JEREMY D. GOUX, LBRN 25065 - TA
MARTHA D. BOWDEN, LBRN 28316
410 North Jefferson Street
Covington, Louisiana 70433
985-898-0504 – Telephone
985-898-0840 – Facsimile
jgoux@wgllawfirm.com
mbowden@wgllawfirm.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email OR by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of December, 2011.

Original /s/ *Martha D. Bowden*
_____
Martha D. Bowden