

Dec 8 2011
11:24AM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 <br><br> SECTION "L" |
| THIS DOCUMENT RELATES TO: KENNETH ABEL, ET AL V. TAISHAN GYPSUM CO., LTD., f/k/a SHANDONG TAIHE DONGXIN CO., LTD., ET AL | * * * * * | JUDGE ELDON E. FALLON |
| CASE NO: 2:11-cv-080 (E.D.LA.) | * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE

**NOW COME** Jeremy D. Goux and Martha D. Bowden, of the law firm Wynne, Goux & Lobello, Attorneys At Law, L.L.C., 410 North Jefferson Street, Covington, Louisiana 70433, who hereby file this Notice of Appearance in the above captioned matter as counsel of record for **Laporte Family Properties, L.L.C.**, sought to be made defendant herein. Counsel respectfully request all pleadings, exceptions, motions, orders, discovery, and any and all other documents shall be served upon the following attorneys:

| | |
|---|---|
| Attorney Jeremy D. Goux | jgoux@wgllawfirm.com |
| Attorney Martha D. Bowden | mbowden@wgllawfirm.com |

RESPECTFULLY SUBMITTED:

WYNNE, GOUX & LOBELLO
Attorneys At Law, L.L.C.

By:   Original /s/ *Martha D. Bowden*
      JEREMY D. GOUX, LBRN 25065 - TA
      MARTHA D. BOWDEN, LBRN 28316



> 410 North Jefferson Street
> Covington, Louisiana 70433
> 985-898-0504 – Telephone
> 985-898-0840 – Facsimile
> jgoux@wgllawfirm.com
> mbowden@wgllawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email OR by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2011.

Original /s/ *Martha D. Bowden*

---

Martha D. Bowden

## Martha D. Bowden

| | |
|---|---|
| **From:** | **LexisNexis File & Serve** [TransactionReceipt@fileandserve.lexisnexis.com] |
| **Sent:** | Thursday, December 08, 2011 11:24 AM |
| **To:** | mbowden@wgllawfirm.com |
| **Subject:** | Case: 2:11cv00080; Transaction: 41183480 Transaction Receipt |

```
To: Martha D Bowden
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option
you selected was "Serve Only - Public". The details for this transaction
are listed below.

Court:                    LA US District Court Eastern District E-Service-
Chinese Drywall
Case Name:                Abel vs Taishan Gypsum Co Ltd et al
Case Number:              2:11cv00080
Transaction ID:           41183480
Document Title(s):
    Notice of Appearance (2 pages)
Authorized Date/Time:     Dec  8 2011 11:24AM CST
Authorizer:               Martha D Bowden
Authorizer's Organization: Wynne Goux & Lobello LLC
Sending Parties:
    Laporte Family Properties LLC
Served Parties:
    1019 parties

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis
Customer Service by phone at 1-888-529-7587 (24/7).
```