APPEAL, CONSOL, DRYWALL

# U. S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:11-cv-00080-EEF-JCW

Abel v. Taishan Gypsum Co. Ltd. et al
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr
Lead case: 2:09-md-02047-EEF-JCW
Member case: (View Member Case)
Case in other court: USCA 5th Circuit, 11-30619
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/14/2011
Jury Demand: Both
Nature of Suit: 385 Prop. Damage Prod.
Liability
Jurisdiction: Diversity

## Plaintiff

**Kenneth Abel**
*individually, and on behalf of all others*
*similarly situated*

represented by **Russ M. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: rwestenfeld@hhkc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard A. Davis**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: ldavis@hhkc.com
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Eddie Adams**

represented by **Russ M. Herman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard A. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Rose Adams**

represented by **Russ M. Herman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



Greenville, SC 29601-2119
864-240-3226
Fax: 864-240-3300
Email: mgmcdonald@hsblawfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**LA Home Improvement of New
Orleans, LLC**

**Defendant**

**Laporte Family Properties LLC**                represented by **Jeremy D. Goux**
Wynne, Goux & Lobello, LLC
(Covington)
410 North Jefferson Street
Covington, LA 70433
985-898-0504
Email: jgoux@wgllawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha Dupree Bowden**
Wynne, Goux & Lobello, LLC
(Covington)
410 North Jefferson Street
Covington, LA 70433
985-898-0504
Fax: 985-898-0840
Email: mdbowden03@yahoo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lauris Boulanger, Inc.**                represented by **Joe L. Tabas**
Tabas, Freedman, Soloff, Miller &
Brown, P.A.
14 N.E. First Avenue, Penthouse
Miami, FL 33132
305-375-8171
Fax: 305-381-7708
Email: jtabas@tabasfreedman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lavish Holding Corp.**                represented by **Steven G Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**