APPEAL, CONSOL, DRYWALL

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:11-cv-00080-EEF-JCW

Abel v. Taishan Gypsum Co. Ltd. et al
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr
Lead case: 2:09-md-02047-EEF-JCW
Member case: (View Member Case)
Case in other court: USCA 5th Circuit, 11-30619
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/14/2011
Jury Demand: Both
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Kenneth Abel**
*individually, and on behalf of all others similarly situated*

represented by **Russ M. Herman**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: rwestenfeld@hhkc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard A. Davis**
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: ldavis@hhkc.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eddie Adams**

represented by **Russ M. Herman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard A. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rose Adams**

represented by **Russ M. Herman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


DEFENDANT'S EXHIBIT B

|  |  | *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Adam C King**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Jade Organization, Inc.**

**Defendant**

**Thompson Wood Products, Inc.**     represented by    **Jeremy D. Goux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha Dupree Bowden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Three Js Remodeling, Incorporated**

**Defendant**

**Timberline Builders, Inc.**

**Defendant**

**Tommy Hawk**
*also known as*
Tommy Hawk
*doing business as*
DKT Construction

**Defendant**

**Toula Properties, LLC**     represented by    **Kay Barnes Baxter**
Swetman Baxter Massenburg, LLC
(New Orleans)
650 Poydras St.
Suite 2400
New Orleans, LA 70130
504-799-0500
Fax: 504-799-0501
Email: Kbaxter@sbm-legal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandie Mendoza Thibodeaux**
Swetman Baxter Massenburg, LLC
(New Orleans)
650 Poydras St.
Suite 2400