UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED AGENDA
## FOR DECEMBER 15, 2011 STATUS CONFERENCE

I. PRE-TRIAL ORDERS

II. STATE COURT TRIAL SETTINGS

III. INSURANCE ISSUES

IV. HOME BUILDERS FEES AND COSTS

V. STATE/FEDERAL COORDINATION

VI. OMNIBUS CLASS ACTION COMPLAINTS

VII. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VIII. PILOT PROGRAM

IX. TERM SHEET AGREEMENT BETWEEN PSC AND THE KNAUF ENTITIES REGARDING SETTLEMENTS WITH HOMEBUILDERS

X. REMEDIATED HOMES

XI. KNAUF DEFENDANTS

XII. TAISHAN DEFENDANTS

XIII. INTERIOR EXTERIOR DEFENDANT

XIV. BANNER DEFENDANTS

XV. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XVI. PLAINTIFF AND DEFENDANT PROFILE FORMS

XVII. FREQUENTLY ASKED QUESTIONS

XVIII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIX. *PRO SE* CLAIMANTS

XX. LIAISON COUNSEL MEETING WITH MEDIATOR

XXI. PHYSICAL EVIDENCE PRESERVATION ORDER

XXII. NEXT STATUS CONFERENCE