## VERIFIED RETURN OF SERVICE

State of FLORIDA          County of          Southern Court

Case Number: 2:09-MD-02047-EEF-JCW EDLA   Court Date: 12/30/2011 1:30 pm

CPP2011007541

Plaintiff
IN RE: GERMANO, ET AL.
vs
Defendant
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

For: Ervin A. Gonzalez Esq
    COLSON HICKS EIDSON

Received by CIVIL PROCESS, LLC on the 30th day of November, 2011 at 2:00 pm to be served on KAMACH ENTERPRISES, LLC. (PREVIOUSLY EUP USA, LLC) THROUGH REGISTERED AGENT, ANA WELCH, 424 ELMHURST COURT, SLIDELL, LA 70458, I, Rudy Rodriguez, do hereby affirm that on the 6th day of December, 2011 at 7:24 m executed service by delivering a true copy of the SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R.CIV.P. 30(b)(6) in accordance with state statutes in the manner marked below.

( ) PUBLIC AGENCY By serving _____ as _____ of the within-named agency

(✓) SUBSTITUTE SERVICE By serving Mr. Welch as Ana Welch

( ) CORPORATE SERVICE By serving _____ as _____

( ) OTHER SERVICE As described in the Comments below by serving _____ as _____

( ) NON SERVICE For the reason detailed in the Comments below.

COMMENTS:

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # 355
Appointed in accordance with State Statutes

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: 2011007541