## VERIFIED RETURN OF SERVICE

State of FLORIDA        County of        Southern Court

Case Number: 2:09-MD-02047-EEF-JCW EDLA   Court Date: 12/30/2011 10:00 a

CPP2011007540

Plaintiff
IN RE: GERMANO, ET AL.
vs.
Defendant
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

For: Ervin A. Gonzalez Esq
    COLSON HICKS EIDSON

Received by CIVIL PROCESS, LLC on the 30th day of November, 2011 at 2:00 pm to be served on GD-DISTRIBUTORS, LLC, THROUGH REGISTERED AGENT, NATIONAL REGISTERED AGENTS, INC., 1011 N. CAUSEWAY BLVD, SUITE 3, MANDEVILLE, LA 70471  I, Rudy Rodriguez, do hereby affirm that on the 2ND day of December, 2011 at 12:56 pm, executed service by delivering a true copy of the SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R.C/V.P. 30(b)(6) in accordance with state statutes in the manner marked below.

(✓) PUBLIC AGENCY By serving __Amy Daniels__ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE By serving _____ as _____

( ) CORPORATE SERVICE By serving _____ as _____

( ) OTHER SERVICE As described in the Comments below by serving _____ as _____

( ) NON SERVICE For the reason detailed in the Comments below.

COMMENTS:

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # 2355
Appointed in accordance with State Statutes

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: 2011007540

