UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO:<br>Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.,<br>Case No. 2:10-cv-00361 (E.D.La.)<br><br>Rogers, et al. v. Knauf GIPS KG, et. al., Case No. 2:10-cv-00362 (E.D.La.)<br><br>Abel, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.<br>Case No. 2:11-cv-080 (E.D.La.)<br><br>Gross, et al. v. Knauf Gips KG, et. al.,<br>Case No. 2:09-cv-6690 (E.D.La.) | SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## **PALM ISLES HOLDINGS, LLC'S AMENDED NOTICE OF APPEARANCE**

COMES NOW, the undersigned law firm of Schwartz Law Group and hereby files its Notice of Appearance as counsel on behalf of the Defendant, Palm Isles Holdings, LLC, pursuant to Plaintiffs', Rogers', Gross', Wiltz' and Abel' Omnibus Classes Action Complaints. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

This Notice of Appearance is without waiver of Palm Isles' pending objection to default and motion for sanctions based on the prior settlement of all such claims.

Respectfully submitted,

PALM ISLES HOLDINGS, LLC.,
Defendant,

By: s/ Steven G. Schwartz
    Steven G. Schwartz, Esquire
    Schwartz Law Group
    6751 N. Federal Highway, #400
    Boca Raton, FL 33487

Ph: 561-395-4747<br>
Fx: 561-367-1550<br>
sgs@theschwartzlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, Jennifer Lascio by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of December, 2011.

By: s/ Steven G. Schwartz<br>
Steven G. Schwartz, Esquire

I:\open files\100491\pleadings\amended palm isles' notice of appearance.doc