UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

Plaintiff

V.                                                                              Civil Action No. 11-1077 Section L

Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe

Dongxin Co., Ltd., et al

Defendant: MALPHUS AND SON GENERAL CONTRACTORS, INC.

17705 CRYSTAL COVE PLACE

LUTZ, FLORIDA 33548

## CLASS ACTION COMPLAINT

Malphus and Son General Contractors Inc., in defending ourselves were not the manufacturers of the Chinese drywall, nor importers, nor distributors, nor deliverers, nor suppliers, nor marketers, nor inspectors, nor installers, nor sold to the plaintiffs.

Malphus and Son General Contractors Inc. should be excluded from this Class Action Complaint. Malphus and Son General Contractors Inc. only painted the problematic drywall.

## GENERAL CLASS ALEGATIONS AND EXCLUSIONS FROM THE CLASS DEFINITIONS

**Malphus and Son General Contractors, Inc. and all its employees and officers should be excluded from this class action.**

**Malphus and Son General Contractors, Inc. was not the Builder/Developer or the Contractor/Installer of the drywall.**

TENDERED FOR FILING

DEC - 7 2011

U.S. DISTRICT COURT
Eastern District of Louisiana

## Count I

## Negligence

Denied : Malphus and Son General Contractors Inc., denies all claims against its employees and officers. Malphus and Son General Contractors Inc. did not participate in the design, manufacturing, exporting, importing, delivering, supplying, installing, marketing, distributing, delivering, inspecting or sale of this drywall. Malphus and Son General Contractors Inc. had no knowledge of the problems of the drywall.

## COUNT II

## NEGLIGENCE PER SE

Denied : Malphus and Son General Contractors Inc., denies all claims against its employees and officers. Malphus and Son General Contractors Inc. did not participate in the design, manufacturing, exporting, importing, delivering, supplying, installing, marketing, distributing, delivering, inspecting or sale of this drywall. Malphus and Son General Contractors Inc. had no knowledge of the problems of the drywall.

## COUNT III

## STRICT LIABILABILITY

Denied : Malphus and Son General Contractors Inc., denies all claims against its employees and officers. Malphus and Son General Contractors Inc. did not participate in the design, manufacturing, exporting, importing, delivering,

supplying, installing, marketing, distributing, delivering, inspecting or sale of this drywall. Malphus and Son General Contractors Inc. had no knowledge of the problems of the drywall.

## COUNT IV

## BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES

Denied : Malphus and Son General Contractors Inc., denies all claims against its employees and officers. Malphus and Son General Contractors Inc. did not participate in the design, manufacturing, exporting, importing, delivering, supplying, installing, marketing, distributing, delivering, inspecting or sale of this drywall. Malphus and Son General Contractors Inc. had no knowledge of the problems of the drywall.

## COUNT V

## BREACH OF THE IMPLIED WARRANTY OF FITNESS AND MERCHANTABILITY

## PURSUANT TO FLORIDA STATUES SECTION 718.203

Denied : Malphus and Son General Contractors Inc., denies all claims against its employees and officers. Malphus and Son General Contractors Inc. did not participate in the design, manufacturing, exporting, importing, delivering, supplying, installing, marketing, distributing, delivering, inspecting or sale of this drywall. Malphus and Son General Contractors Inc. had no knowledge of the problems of the drywall.

## COUNT VI

## BREACH OF THE IMPLIED WARRANTY OF HABITABILITY

Denied : Malphus and Son General Contractors Inc., denies all claims against its employees and officers. Malphus and Son General Contractors Inc. did not participate in the design, manufacturing, exporting, importing, delivering, supplying, installing, marketing, distributing, delivering, inspecting or sale of this drywall. Malphus and Son General Contractors Inc. had no knowledge of the problems of the drywall.

## COUNT VII

## BREACH OF CONTRACT

Denied : Malphus and Son General Contractors Inc., denies all claims against its employees and officers. Malphus and Son General Contractors Inc. did not participate in the design, manufacturing, exporting, importing, delivering, supplying, installing, marketing, distributing, delivering, inspecting or sale of this drywall. Malphus and Son General Contractors Inc. had no knowledge of the problems of the drywall.

## COUNT XI

## PRIVATE NUISANCE

Denied : Malphus and Son General Contractors Inc., denies all claims against its employees and officers. Malphus and Son General Contractors Inc. did not participate in the design, manufacturing, exporting, importing, delivering, supplying, installing, marketing, distributing, delivering, inspecting or sale of this drywall. Malphus and Son General Contractors Inc. had no knowledge of the problems of the drywall.

## COUNT XII

## UNJUST ENRICHMENT

Denied : Malphus and Son General Contractors Inc., denies all claims against its employees and officers. Malphus and Son General Contractors Inc. did not participate in the design, manufacturing, exporting, importing, delivering, supplying, installing, marketing, distributing, delivering, inspecting or sale of this drywall. Malphus and Son General Contractors Inc. had no knowledge of the problems of the drywall.

## COUNT XIII

## VIOLATION OF CONSUMER PROTECTION ACTS

Denied : Malphus and Son General Contractors Inc., denies all claims against its employees and officers. Malphus and Son General Contractors Inc. did not participate in the design, manufacturing, exporting, importing, delivering, supplying, installing, marketing, distributing, delivering, inspecting or selling of this drywall. Malphus and Son General Contractors Inc. had no knowledge of the problems of the drywall.

## COUNT XIV

## EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING

Denied : Malphus and Son General Contractors Inc., denies all claims against its employees and officers. Malphus and Son General Contractors Inc. did not participate in the design, manufacturing, exporting, importing, delivering, supplying, installing, marketing, distributing, delivering, inspecting or selling of this drywall. Malphus and Son General Contractors Inc. had no knowledge of the problems of the drywall.

## PRAYER FOR RELIEF

Wherefore Defendant, on behalf of themselves and its officers and employees who are similarly situated demand upon Plaintiffs jointly and severally for:

    A. An order certifying Malphus and Son General Contractors Inc., to be excluded from the class action complaint.

    B. Any and all such further relief as this court deems just and proper.

Respectfully Submitted,

*/s/ Wilbert Malphus*

**Wilbert Malphus**
President
Malphus and Son General Contractors, Inc.
1465 Tampa Park Plaza
Tampa, FL 33605

Cc: Russ M. Herman, Esquire
    Leonard A. Davis, Esquire
    Stephen J. Herman, Esquire
    Herman, Herman, Katz & Cotlar, LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113

Case 2:09-md-02047-EEF-JCW

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Laura Haya, Daniel Haya and Irene Haya, individually and on behalf of all others similarly situated

**DEFENDANTS**
Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al

**(b)** County of Residence of First Listed Plaintiff  State of Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  d/b/a in numerous states
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Russ M. Herman, Herman, Herman, Katz & Cotlar, LLP.,
820 O'Keefe Ave., New Orleans, LA 70113 (504) 581-4892

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☒ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Sec. 1332(d)(2); CAFA; 28 USC Sec. 1711; 28 USC Sec. 1367; 28 USC Sec. 1391(b)(1)(2) and (c)
Brief description of cause:
Chinese Drywall

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $5,000,000.00
CHECK YES only if demanded in complaint.
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE Eldon E. Fallon  DOCKET NUMBER MDL 2047

DATE 12/6/2011
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____