IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| Block, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-1363, Sect. L MAG 2 | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## S3 ENTERPRISES, INC.'S RESPONSE TO MOTION FOR DEFAULT AND ERRATA TO PLAINTIFF'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

S3 ENTERPRISES, INC., through undersigned counsel, files the following response to Plaintiffs' Errata to Plaintiffs' Omnibus Motion for Preliminary Default Judgment.

Plaintiffs' Steering Committee ("PSC") filed an Omnibus Motion for Preliminary Default Judgment on November 18, 2011 seeking entry of preliminary default judgments against numerous Defendants who they assert have failed to timely enter an appearance after service of the above-captioned Omnibus Class Action Complaints (R.Doc. 11234). Recently, Plaintiffs' filed an Errate to that Motion (R.Doc. 11773). S3 Enterprises, Inc. has properly filed a Notice of Appearance and no default should entered against it.

S3 Enterprises, Inc. has been named as a Defendant in more than one of the Omnibus Class Actions and previously entered a timely appearance in other cases.[1] S3 Enterprises, Inc. has now

---

[1] S3 Enterprises, Inc.'s Notices of Appearance in the *Payton* case (Case No. 09-7628), filed on May 20, 2010, and in the *Wiltz* case (Case No. 10-0361), filed on May 7, 2010, are attached as Exhibit "A."

also filed its appearance in this case.[2] Accordingly, S3 Enterprises, Inc. requests that the Court not enter default against it as it has complied with the requirements to file an appearance in this case. S3 Enterprises, Inc. also requests that the PSC remove it from the list of Defendants who have not appeared in this matter. In accordance with Pre-Trial Order IG (Doc. #3348) and Pre-Trial Order IH (Doc. #6083), responsive pleadings are not due in any Omnibus Class Action because the PSC has not filed its Notice of Completion of Amendments to Omni Complaints and Master Complaint.

Respectfully submitted this 14th day of December, 2011.

        SELLARS, MARION & BACHI, P.A.
        Attorneys for S3 Enterprises, Inc.
        811 North Olive Avenue
        West Palm Beach, FL 33401
        Telephone: (561) 655-8111
        Facsimile: (561) 655-4994

        By:   /s/ Jeremy D. Bertsch
              Florida Bar No.: 0043308

---

[2] See S3 Enterprises, Inc.'s Notice of Appearance filed in this matter, attached as Exhibit "B."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing RESPONSE TO ERRATA TO PLAINTIFF'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 14th day of December, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for S3 Enterprises, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994


By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * | |
| | * | JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG 2 | * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR S3 ENTERPRISES, INC.'S (INAPPROPRIATELY NAMED "53 ENTERPRISES f/k/a A-I BROTHERS, C/O CHRISTOPHER J. CANZANO")

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for S3 Enterprises, Inc. (inappropriately named "53 Enterprises f/k/a A-I Brothers, c/o Christopher J. Canzano) in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 20th day of May, 2010.

SELLARS, MARION & BACHI, P.A.

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
Attorneys for S3 Enterprises, Inc. (inappropriately named "53 Enterprises f/k/a A-I Brothers, c/o



EXHIBIT "A"

Christopher J. Canzano)
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of May, 2010.

SELLARS, MARION & BACHI, P.A.

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
Attorneys for S3 Enterprises, Inc. (inappropriately named "53 Enterprises f/k/a A-I Brothers, c/o Christopher J. Canzano)
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Kenneth and Barbara Wiltz, et al | * * * | |
| | * | JUDGE FALLON |
| Case No. 10-361, Sect. L MAG 2 | * * * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LIMITED NOTICE OF APPEARANCE AS COUNSEL
## FOR S3 ENTERPRISES, INC.

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for S3 Enterprises, Inc. d/b/a Al Brothers Metal Framing and Drywall in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 7th day of May, 2010.

SELLARS, MARION & BACHI, P.A.
Attorneys for S3 Enterprises, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

By:     /s/ Jeremy D. Bertsch
        Florida Bar No.: 0043308

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 7th day of May, 2010.

SELLARS, MARION & BACHI, P.A.
Attorneys for S3 Enterprises, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

By:  /s/ Jeremy D. Bertsch
  Florida Bar No.: 0043308

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Block, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-1363, Sect. L MAG 2 | * * | |

*********************************************

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR S3 ENTERPRISES, INC.

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for S3 Enterprises, Inc. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 12th day of December, 2011.

                                        SELLARS, MARION & BACHI, P.A.
                                        Attorneys for S3 Enterprises, Inc.
                                        811 North Olive Avenue
                                        West Palm Beach, FL 33401
                                        Telephone: (561) 655-8111
                                        Facsimile: (561) 655-4994

                                By: /s/ Jeremy D. Bertsch
                                        Florida Bar No.: 0043308



EXHIBIT "B"

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 12th day of December, 2011.

        SELLARS, MARION & BACHI, P.A.
        Attorneys for S3 Enterprises, Inc.
        811 North Olive Avenue
        West Palm Beach, FL  33401
        Telephone:  (561) 655-8111
        Facsimile:  (561) 655-4994


By:    /s/ Jeremy D. Bertsch
        Florida Bar No.: 0043308