IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * | |
| Block, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al Case No. 11-1363, Sect. L MAG 2 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Haya, et al vs. Taishan Gypsum Co., Ltd., et al Case No. 11-1077, Sect. L MAG 2 | * * * | |

**************************************************

## AL BROTHERS, INC.'S RESPONSE TO MOTION FOR DEFAULT AND ERRATA TO PLAINTIFF'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

AL BROTHERS, INC., through undersigned counsel, files the following response to Plaintiffs' Errata to Plaintiffs' Omnibus Motion for Preliminary Default Judgment.

Plaintiffs' Steering Committee ("PSC") filed an Omnibus Motion for Preliminary Default Judgment on November 18, 2011 seeking entry of preliminary default judgments against numerous Defendants who they assert have failed to timely enter an appearance after service of the above-captioned Omnibus Class Action Complaints (R.Doc. 11234). Recently, Plaintiffs' filed an Errata to that Motion (R.Doc. 11773). Al Brothers, Inc. has properly filed a Notice of Appearance and no default should entered against it.

Al Brothers, Inc. has been named as a Defendant in more than one of the Omnibus Class Actions and previously entered a timely appearance in other cases.[1] Al Brothers, Inc. has now also

---

[1] Al Brothers, Inc.'s Notices of Appearance in the *Payton* case (Case No. 09-7628), filed on May 17, 2010, in the *Wiltz* case (Case No. 10-0361), filed on May 11, 2010, in the *Rogers* case (Case No. 10-0362), filed July 23, 2010, and in the *Abel* case (Case No. 11-0080), filed on

filed its appearance in this case.[2] Accordingly, Al Brothers, Inc. requests that the Court not enter default against it as it has complied with the requirements to file an appearance in this case. Al Brothers, Inc. also requests that the PSC remove it from the list of Defendants who have not appeared in this matter. In accordance with Pre-Trial Order IG (Doc. #3348) and Pre-Trial Order IH (Doc. #6083), responsive pleadings are not due in any Omnibus Class Action because the PSC has not filed its Notice of Completion of Amendments to Omni Complaints and Master Complaint.

Respectfully submitted this 14th day of December, 2011.

        SELLARS, MARION & BACHI, P.A.
        Attorneys for Al Brothers, Inc.
        811 North Olive Avenue
        West Palm Beach, FL 33401
        Telephone: (561) 655-8111
        Facsimile: (561) 655-4994

By:    /s/ Jeremy D. Bertsch
       Florida Bar No.: 0043308

---

February 9, 2011, are attached as Exhibit "A."

[2] See Al Brothers, Inc.'s Notices of Appearance filed in these matters, attached as Exhibit "B."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing RESPONSE TO ERRATA TO PLAINTIFF'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 14th day of December, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for Al Brothers, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * * | |
| Case No. 09-7628, Sect. L MAG 2 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR AL BROTHERS, INC.</u>

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for Al Brothers, Inc. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 17th day of May, 2010.

        SELLARS, MARION & BACHI, P.A.
        Attorneys for Al Brothers, Inc.
        811 North Olive Avenue
        West Palm Beach, FL 33401
        Telephone: (561) 655-8111
        Facsimile: (561) 655-4994

        By: /s/ Jeremy D. Bertsch
            Florida Bar No.: 0043308



EXHIBIT "A"

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U. S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2010.

SELLARS, MARION & BACHI, P.A.

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
Attorneys for Al Brothers, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * * | MDL NO. 2047 |
| | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Kenneth and Barbara Wiltz, et al | * * * | |
| Case No. 10-361, Sect. L MAG 2 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR AL BROTHERS, INC.

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for Al Brothers, Inc. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 11th day of May, 2010.

>  SELLARS, MARION & BACHI, P.A.
>  Attorneys for Al Brothers, Inc.
>  811 North Olive Avenue
>  West Palm Beach, FL 33401
>  Telephone: (561) 655-8111
>  Facsimile: (561) 655-4994
>
>  By: /s/ Jeremy D. Bertsch
>  Florida Bar No.: 0043308

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 11th day of May, 2010.

> SELLARS, MARION & BACHI, P.A.
> Attorneys for Al Brothers, Inc.
> 811 North Olive Avenue
> West Palm Beach, FL 33401
> Telephone: (561) 655-8111
> Facsimile: (561) 655-4994
>
> By:     /s/ Jeremy D. Bertsch
> Florida Bar No.: 0043308

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Joyce W. Rogers, et al vs. Knauf Gips KG, et al | * * * | |
| | * | JUDGE FALLON |
| Case No. 10-0362, Sect. L MAG 2 | * * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR AL BROTHERS, INC.**

Jeremy D. Bertsch, Esquire, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for AL BROTHERS, INC. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 23rd day of July, 2010.

                                      SELLARS, MARION & BACHI, P.A.
                                      Attorneys for Al Brothers, Inc.
                                      811 North Olive Avenue
                                      West Palm Beach, FL 33401
                                      Telephone: (561) 655-8111
                                      Facsimile: (561) 655-4994

                 By:      /s/ Jeremy D. Bertsch
                          Florida Bar No.: 0043308

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 21st day of July, 2010.

                                        SELLARS, MARION & BACHI, P.A.
                                        Attorneys for Al Brothers, Inc.
                                        811 North Olive Avenue
                                        West Palm Beach, FL 33401
                                        Telephone: (561) 655-8111
                                        Facsimile: (561) 655-4994

        By:        /s/ Jeremy D. Bertsch
                    Florida Bar No.: 0043308

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Abel, et al. v. Taishan Gypsum Co., Ltd. et al | * * * | |
| | * | JUDGE FALLON |
| Case No. 11-080, Sect. L MAG 2 | * * | MAG. JUDGE WILKINSON |

**************************************************

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR AL BROTHERS, INC.

Jeremy D. Bertsch, Esquire, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for AL BROTHERS, INC. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 9th day of February, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for Al Brothers, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U. S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDl 2047, on this 9th day of February, 2011.

>SELLARS, MARION & BACHI, P.A.
>Attorneys for Al Brothers, Inc.
>811 North Olive Avenue
>West Palm Beach, FL  33401
>Telephone:  (561) 655-8111
>Facsimile:  (561) 655-4994


By:     /s/ Jeremy D. Bertsch
            Florida Bar No.:  0043308

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| | * | |
| THIS DOCUMENT RELATES TO: Block, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-1363, Sect. L MAG 2 | * * | |

*********************************************

### LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR AL BROTHERS, INC.

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for Al Brothers, Inc. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 13th day of December, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for Al Brothers, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308


EXHIBIT "B"

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 12th day of December, 2011.

                                    SELLARS, MARION & BACHI, P.A.
                                    Attorneys for Al Brothers, Inc.
                                    811 North Olive Avenue
                                    West Palm Beach, FL 33401
                                    Telephone: (561) 655-8111
                                    Facsimile: (561) 655-4994


                              By:    /s/ Jeremy D. Bertsch
                                    Florida Bar No.: 0043308

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| Haya, et al vs. Taishan Gypsum Coo., Ltd., et al | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-1077, Sect. L MAG 2 | * * | |

*********************************************

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR AL BROTHERS, INC.

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for Al Brothers, Inc. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 13th day of December, 2011.

                                                SELLARS, MARION & BACHI, P.A.
                                                Attorneys for Al Brothers, Inc.
                                                811 North Olive Avenue
                                                West Palm Beach, FL 33401
                                                Telephone: (561) 655-8111
                                                Facsimile: (561) 655-4994

                                                By:    /s/ Jeremy D. Bertsch
                                                             Florida Bar No.: 0043308

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 12th day of December, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for Al Brothers, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994


By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308