

## MCKENRY, DANCIGERS, DAWSON & LAKE P.C.

ATTORNEYS & COUNSELORS AT LAW

*Excellence in the Law*

J. BRIAN SLAUGHTER
jbslaughter@va-law.org

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 DEC 12 PM 4: 55
LORETTA G. WHYTE
CLERK

December 7, 2011

Loretta G. Whyte, Clerk of Court
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C151
New Orleans, LA 70130

Re: *Laura Haya, et al., v. Taishan Gypsum Co., Ltd., et al.*
Case No.: 2:11-cv-01077
MDL 2047

Dear Ms. Whyte:

Enclosed for filing please find originals of the Motion to Dismiss, Memorandum in Support of Motion to Dismiss and Notice of Submission in the above-styled matter, on behalf of defendants Area Builders of Tidewater, Inc., and Next Level Group, LLC.

These documents were uploaded to the Lexis Nexis File & Serve system during the month of July, 2011, for the above defendants with the incorrect understanding that Lexis Nexis File & Serve would be sufficient for filing of court documents as well as service. The sole difference between the documents filed earlier in the year and this round is in the certificate of service and the date thereof.

Thanking you for your assistance with these filings, I remain,

Very truly yours,

J. Brian Slaughter

JBS/agb

cc: Russ Herman, Esq. (via U.S. Mail and e-mail, with enclosures)
    Kerry Miller, Esq. (via U.S. Mail and e-mail, with enclosures)

WWW.VA-LAW.ORG

ATTORNEYS & COUNSELORS AT LAW · EST 1975
192 BALLARD COURT, SUITE 400   VIRGINIA BEACH, VA 23462   TELEPHONE 757.461.2500   FAX 757.461.2341