IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| Block, et al vs. Gebrueder Knauf | * | JUDGE FALLON |
| Verwaltungsgesellschaft, KG, et al | * | MAG. JUDGE WILKINSON |
| | * | |
| Case No. 11-1363, Sect. L MAG 2 | * | |

*********************************************

## LIMITED NOTICE OF APPEARANCE AS COUNSEL
## FOR RESIDENTIAL DRYWALL, INC.

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for Residential Drywall, Inc. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 14th day of December, 2011.

               SELLARS, MARION & BACHI, P.A.
               Attorneys for Residential Drywall, Inc.
               811 North Olive Avenue
               West Palm Beach, FL  33401
               Telephone:  (561) 655-8111
               Facsimile:  (561) 655-4994


             By:  /s/ Jeremy D. Bertsch
               Florida Bar No.:  0043308

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 14th day of December, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL  33401
Telephone:  (561) 655-8111
Facsimile:  (561) 655-4994


By:       /s/ Jeremy D. Bertsch
             Florida Bar No.:  0043308