IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| Block, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al Case No. 11-1363, Sect. L MAG 2 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Haya, et al vs. Taishan Gypsum Co., Ltd., et al Case No. 11-1077, Sect. L MAG 2 | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RESIDENTIAL DRYWALL, INC.'S RESPONSE TO MOTION FOR DEFAULT AND ERRATA TO PLAINTIFF'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT**

RESIDENTIAL DRYWALL, INC., through undersigned counsel, files the following response to Plaintiffs' Errata to Plaintiffs' Omnibus Motion for Preliminary Default Judgment.

Plaintiffs' Steering Committee ("PSC") filed an Omnibus Motion for Preliminary Default Judgment on November 18, 2011 seeking entry of preliminary default judgments against numerous Defendants who they assert have failed to timely enter an appearance after service of the above-captioned Omnibus Class Action Complaints (R.Doc. 11234). Recently, Plaintiffs' filed an Errata to that Motion (R.Doc. 11773). Residential Drywall, Inc. has properly filed a Notice of Appearance and no default should entered against it.

Residential Drywall, Inc. has been named as a Defendant in more than one of the Omnibus

Class Actions and previously entered a timely appearance in other cases.[1] Residential Drywall, Inc. has now also filed its appearance in these cases.[2] Accordingly, Residential Drywall, Inc. requests that the Court not enter default against it as it has complied with the requirements to file an appearance in this case. Residential Drywall, Inc. also requests that the PSC remove it from the list of Defendants who have not appeared in this matter. In accordance with Pre-Trial Order IG (Doc. #3348) and Pre-Trial Order IH (Doc. #6083), responsive pleadings are not due in any Omnibus Class Action because the PSC has not filed its Notice of Completion of Amendments to Omni Complaints and Master Complaint.

Respectfully submitted this 14th day of December, 2011.

>SELLARS, MARION & BACHI, P.A.
>Attorneys for Residential Drywall, Inc.
>811 North Olive Avenue
>West Palm Beach, FL 33401
>Telephone: (561) 655-8111
>Facsimile: (561) 655-4994
>
>By: /s/ Jeremy D. Bertsch
>   Florida Bar No.: 0043308

---

[1] Residential Drywall, Inc.'s Notices of Appearance in the *Amato* case (Case No. 10-0932), filed on July 21, 2010, *Abel* case (Case No. 11-0080, filed on February 9, 2011, *Gross* case (Case No. 09-6690, filed on June 7, 2010, *Payton* case (Case No. 09-7628), filed on March 26, 2010, and in the *Wiltz* case (Case No. 10-0361), filed on May 11, 2010, are attached as Exhibit "A."

[2] See Residential Drywall, Inc.'s Notices of Appearance filed in these matters, attached as Exhibit "B."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing RESPONSE TO ERRATA TO PLAINTIFF'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 14th day of December, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994


By: /s/ Jeremy D. Bertsch
    Florida Bar No.: 0043308

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing RESPONSE TO ERRATA TO PLAINTIFF'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 14th day of December, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994


By:     /s/ Jeremy D. Bertsch
        Florida Bar No.: 0043308

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO:<br>Dean and Dawn Amato, et al vs.<br>Residential Drywall, Inc., et al | * * * * | |
| | * | JUDGE FALLON |
| Case No. 10-0932, Sect. L MAG 2 | * * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR RESIDENTIAL DRYWALL, INC.</u>

Jeremy D. Bertsch, Esquire, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for RESIDENTIAL DRYWALL, INC. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 21st day of July, 2010.

                                        SELLARS, MARION & BACHI, P.A.
                                        Attorneys for Residential Drywall, Inc.
                                        811 North Olive Avenue
                                        West Palm Beach, FL  33401
                                        Telephone:  (561) 655-8111
                                        Facsimile:  (561) 655-4994

By:       /s/ Jeremy D. Bertsch
              Florida Bar No.:  0043308



EXHIBIT "A"

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 21st day of July, 2010.

> SELLARS, MARION & BACHI, P.A.
> Attorneys for Residential Drywall, Inc.
> 811 North Olive Avenue
> West Palm Beach, FL 33401
> Telephone: (561) 655-8111
> Facsimile: (561) 655-4994
>
> By: _____/s/ Jeremy D. Bertsch_____
> Florida Bar No.: 0043308

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Abel, et al. v. Taishan Gypsum Co., Ltd. et al | * * * | |
| Case No. 11-080, Sect. L MAG 2 | * * | JUDGE FALLON MAG. JUDGE WILKINSON |

*********************************************

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR RESIDENTIAL DRYWALL, INC.

Jeremy D. Bertsch, Esquire, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for RESIDENTIAL DRYWALL, INC. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 9th day of February, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U. S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDl 2047, on this 9th day of February, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL  33401
Telephone:  (561) 655-8111
Facsimile:  (561) 655-4994

By:  /s/ Jeremy D. Bertsch
Florida Bar No.:  0043308

2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: David Gross, et al vs. Knauf Gips KG, et al | * * * | |
| Case No. 09-6690, Sect. L MAG 2 | * * | JUDGE FALLON MAG. JUDGE WILKINSON |

*********************************************

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR RESIDENTIAL DRYWALL, INC.

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for Residential Drywall, Inc. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 7th day of June, 2010.

                                        SELLARS, MARION & BACHI, P.A.
                                        Attorneys for Residential Drywall, Inc.
                                        811 North Olive Avenue
                                        West Palm Beach, FL 33401
                                        Telephone: (561) 655-8111
                                        Facsimile: (561) 655-4994

                                        By:     /s/ Jeremy D. Bertsch
                                                  Florida Bar No.: 0043308

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 7th day of June, 2010.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * MDL NO. 2047 |
| | * SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * |
| | * JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG 2 | * MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR RESIDENTIAL DRYWALL, INC.

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for Residential Drywall, Inc. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 26th day of March, 2010.

> SELLARS, MARION & BACHI, P.A.
> Attorneys for Residential Drywall, Inc.
> 811 North Olive Avenue
> West Palm Beach, FL 33401
> Telephone: (561) 655-8111
> Facsimile: (561) 655-4994
>
> By:       /s/ Jeremy D. Bertsch
>           Florida Bar No.: 0043308

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U. S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDl 2047, on this 26th day of March, 2010.

SELLARS, MARION & BACHI, P.A.

By:      /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
Attorneys for Defendant, Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * MDL NO. 2047 |
| | * |
| | * SECTION: "L" |
| THIS DOCUMENT RELATES TO: Kenneth and Barbara Wiltz, et al | * |
| | * JUDGE FALLON |
| Case No. 10-361, Sect. L MAG 2 | * MAG. JUDGE WILKINSON |

*********************************************

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR RESIDENTIAL DRYWALL, INC.

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for Residential Drywall, Inc. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 11th day of May, 2010.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

By:      /s/ Jeremy D. Bertsch
         Florida Bar No.: 0043308

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 11th day of May, 2010.

        SELLARS, MARION & BACHI, P.A.
        Attorneys for Residential Drywall, Inc.
        811 North Olive Avenue
        West Palm Beach, FL 33401
        Telephone: (561) 655-8111
        Facsimile: (561) 655-4994

By:    /s/ Jeremy D. Bertsch
        Florida Bar No.: 0043308

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Block, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-1363, Sect. L MAG 2 | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR RESIDENTIAL DRYWALL, INC.

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for Residential Drywall, Inc. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 14th day of December, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308


EXHIBIT "B"

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 14th day of December, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994


By:  /s/ Jeremy D. Bertsch
     Florida Bar No.: 0043308

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * MDL NO. 2047 |
| | * |
| | * SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * |
| Haya, et al vs. Taishan Gypsum Co., Ltd., et al | * JUDGE FALLON |
| | * MAG. JUDGE WILKINSON |
| Case No. 11-1077, Sect. L MAG 2 | * |

*********************************************

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR RESIDENTIAL DRYWALL, INC.

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for Residential Drywall, Inc. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 14th day of December, 2011.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994


By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 14th day of December, 2011.

                              SELLARS, MARION & BACHI, P.A.
                              Attorneys for Residential Drywall, Inc.
                              811 North Olive Avenue
                              West Palm Beach, FL  33401
                              Telephone:  (561) 655-8111
                              Facsimile:  (561) 655-4994


                              By:____/s/ Jeremy D. Bertsch_____
                                    Florida Bar No.:  0043308