

# MCKENRY, DANCIGERS, DAWSON & LAKE, P.C.

## ATTORNEYS & COUNSELORS AT LAW

*Excellence in the Law*



December 8, 2011

Loretta G. Whyte, Clerk of Court
U.S. District Court, Eastern District of Louisiana
500 Pydras Street
Room C151
New Orleans, LA 70130

> Re: *Laura Haya, et al., v. Taishan Gypsum Co., Ltd., et al.*
> Case No.: 2:11-cv-01077
> MDL 2047

Dear Ms. Whyte:

Enclosed for filing please find originals of the Motion to Dismiss, Memorandum in Support of Motion to Dismiss and Notice of Submission in the above-styled matter, on behalf of the following defendants:

1. Atlantic Homes, LLC; AHJV, LLC; HHJV, LLC;
2. Nicholas & Co. Construction, LLC (improperly named "Nicholas & Co. Construction");
3. DSG Construction, Inc.

Notices of Appearance were uploaded to the Lexis Nexis File & Serve system during the months of July and August, 2011, for the above defendants, with the incorrect understanding that Lexis Nexis File & Serve would be sufficient for filing of court documents as well as service. The sole difference between the documents filed earlier in the year and this round is in the certificate of service and the date thereof.

Thanking you for your assistance with these filings, I remain,

Very truly yours,

J. Brian Slaughter

JBS/agb

cc: Russ Herman, Esq. (via U.S. Mail and e-mail, with enclosures)
    Kerry Miller, Esq. (via U.S. Mail and e-mail, with enclosures)

WWW.VA-LAW.ORG

ATTORNEYS & COUNSELORS AT LAW · EST 1975
192 BALLARD COURT, SUITE 400    VIRGINIA BEACH, VA 23462    TELEPHONE 757.461.2500    FAX 757.461.2341