Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0554

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulfeagle Supply, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

Name of Server: _James A Alo_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _11_ day of _July_, 20 _11_, at _1050_ o'clock _A_ M

Place of Service: at _1961 Maryland Circle_, in _Tallahassee, FL 32303_

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Gulfeagle Supply, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Farley Maxwell - Manager_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _Gr_; Facial Hair ___
Approx. Age _55_; Approx. Height _5'10_; Approx. Weight _178_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_7-11-11_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _11_ day of _July_, 20 _11_

_____
Notary Public    (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019