UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO. 09-2047 |
| | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| Laura Haya, et al., v. Taishan Gypsum Co., Ltd | * | |
| f/k/a Shandong Taihe Dongxin Co., Ltd., et al. | * | |
| Case No. 11-1077 (E.D.La.) | * | |

*************************************************

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Defendant, Nicholas & Co. Construction, LLC, has filed

the attached Motion to Dismiss.

PLEASE TAKE FURTHER NOTICES that the Motion will be brought on for hearing on

February 15, 2012 at 9:00 am, before the Honorable Eldon E. Fallon.

NICHOLAS & CO. CONSTRUCTION, LLC

By: _____
                        Of Counsel

J. Brian Slaughter, Esquire
VSB #45011
Counsel for Defendant, Nicholas & Co. Construction, LLC
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
JBSlaughter@va-law.org

George J. Dancigers, Esquire
VSB #16077
Counsel for Defendant, Nicholas & Co. Construction, LLC
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
GJDancigers@va-law.org

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of December, 2011.