Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin., Ltd, et.
al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0555

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Gulfeagle Supply, Inc.
Court Case No. 11-1077 Section L

State of: _Florida_ ) ss.
County of: _Leon_ )

| | |
|---|---|
| Name of Server: | _James A Aloi_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the _11_ day of _July_ , 20 _11_ , at _1050_ o'clock _A_ M |
| Place of Service: | at _1961 Maryland Circle_ , in _Tallahassee, FL 32303_ |
| Documents Served: | the undersigned served the documents described as: **Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Gulfeagle Supply, Inc.** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: _Farley Maxwell - Manager_ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex _M_ ; Skin Color _W_ ; Hair Color _Gr_ ; Facial Hair Approx. Age _55_ ; Approx. Height _5110_ ; Approx. Weight _178_ ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. _7-11-11_ Signature of Server **APS International, Ltd.** |

Subscribed and sworn to before me this
_11_ day of _July_ , 20 _11_

_____
Notary Public            (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019