UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                              MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                               SECTION l

**Payton, et al vs. Knauf GIPS KG, et al**                              JUDGE FALLON
**Case No. 09-7628**
_____ /                                 MAGISTRATE JUDGE WILKINSON

## MOTION TO WITHDRAW AS COUNSEL

COME NOW, Robert B. Brown, Esquire at the firm of Baron & Budd, P.C., Shapiro, Blasi, Wasserman & Gora, P.A., and Alters Law Firm (f/k/a Alters, Boldt, Brown Rash & Culmo), counsel of record for Plaintiffs, DONALD AMBROISE, JUAN CARLOS CASTANEDA, and HEROLD AND GAUTY ATHOURISTE, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and pray for this Court to enter an Order granting leave to withdraw as counsel for the Plaintiff for the following reasons:

1.  Baron & Budd, P.C., Shapiro, Blasi, Wasserman & Gora, P.A., and Alters Law Firm (f/k/a Alters, Boldt, Brown Rash & Culmo) were retained to represent Donald Ambroise, whose home was allegedly constructed with Chinese Drywall.

2.  Baron & Budd, P.C., Shapiro, Blasi, Wasserman & Gora, P.A., and Alters Law Firm (f/k/a Alters, Boldt, Brown Rash & Culmo) were retained to represent Juan Carlos Castaneda, whose home was allegedly constructed with Chinese Drywall.

3.  Baron & Budd, P.C., Shapiro, Blasi, Wasserman & Gora, P.A., and Alters Law Firm (f/k/a Alters, Boldt, Brown Rash & Culmo) were retained to represent Herold and Gauty Athouriste, whose home was allegedly constructed with Chinese Drywall.

4. The undersigned counsel has been discharged by the Plaintiffs and undersigned counsel therefore seeks to withdraw as counsel for the Plaintiffs, Donald Ambroise, Juan Carlos Castaneda, and Herold and Gauty Athouriste. Plaintiffs have retained Victor Diaz, Esquire to represent them and Mr. Diaz has been made aware of our withdrawal.

5. Plaintiffs' new counsel has been appraised of our withdrawal, to wit: Victor Diaz, Esquire, VM Diaz & Partners, LLC, 119 Washington Avenue, 4th Floor, Miami Beach, Florida 33139.

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdraw as Counsel for Plaintiffs, Donald Ambroise, Juan Carlos Castaneda, and Herold and Gauty Athouriste, in the above case.

Dated: November 30, 2011                    Respectfully submitted,


By: /s/ Robert B. Brown
Robert B. Brown
Baron & Budd, P.C.
2665 South Bayshore Drive, Suite 220
Miami, Florida 33133
Phone: (786) 837-5444
Fax: (786) 837-5445
bbrown@baronbudd.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, Florida 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and mail to Victor Diaz, Esquire, VM Diaz & Partners, LLC, 119 Washington Avenue, 4th Floor, Miami Beach, Florida 33139 on the 30th day of November, 2011.

/s/ Robert B. Brown
Robert B. Brown
Baron & Budd, P.C.
2665 South Bayshore Drive, Suite 220
Miami, Florida 33133
Phone: (786) 837-5444
Fax: (786) 837-5445
bbrown@baronbudd.com