## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

**Payton, et al vs. Knauf GIPS KG, et al
Case No. 09-7628**

_____/

MDL Docket No. 2047

SECTION l

JUDGE FALLON

MAGISTRATE JUDGE WILKINSON

### AFFIDAVIT OF ROBERT B. BROWN, ESQUIRE

I, ROBERT B. BROWN, ESQUIRE, being duly sworn, deposes and says that:

1.     The law firms of Baron & Budd, P.C., Shapiro, Blasi, Wasserman & Gora, P.A., and Alters Law Firm (f/k/a Alters, Boldt, Brown, Rash & Culmo) have been discharged by the Plaintiffs, Donald Ambroise, Juan Carlos Castaneda, and Herold and Gauty Athouriste.

2.     Plaintiffs have retained Victor Diaz, Esquire, VM Diaz & Partners, LLC, 119 Washington Avenue, 4th Floor, Miami Beach, Florida 33139, to represent them in their claims.

3.     As the three law firms no longer represent the Plaintiffs, and Mr. Diaz does now represent them, it would be improper to contact them directly as called for by Local Rule 83.2.11.

4.     Mr. Diaz has been advised of our desire to withdraw, and, as a former member of the Plaintiffs' Steering Committee, is fully aware of the deadlines and other rules of this court.

_____
ROBERT B. BROWN, ESQUIRE

STATE OF FLORIDA            :
                           :
COUNTY OF MIAMI-DADE        :

SWORN TO and subscribed before me on this 18 day of November, 2011.
Personally known by me ✓ ; Produced Identification Type _____.

(SEAL)



_____
NOTARY PUBLIC