UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047  SECTION:   L  JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| Jessica Cassidy, et al. v. Knauf Gips KG, et al. Case No. 11-3023 (E.D.La.) | * * * | |

******************************************

## NOTICE OF ERRATA

NOTICE IS HEREBY given that the correct address of the property affected by Chinese Drywall for Plaintiff, R Two, L.L.C. are 211 Arpieka Avenue, Saint Augustine, Florida, 32080, Units: 1, 2, 3, 4, 5, 6, 7, and 8, and the correct current address for Plaintiff in the above captioned matter is 25 A Old Mission Avenue, Saint Augustine, Florida 32084.

Respectfully submitted,

**/s/ Leonard A. Davis**

_____
**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:    (504) 581-4892
Fax No.:        (504) 561-6024
*Attorneys for the Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Errata, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of December, 2011.

/s/ Leonard A. Davis
_____
LEONARD A. DAVIS