UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| Daniel Abreu, et al | * * | |
| v. | * * | |
| Gebrueder Knauf Verwaltungsgesellschaft, et al | * * * | |
| Civil Action No. 11-252 | | |

*************************************************************************

## OBJECTION TO PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT AND ERRATA

NOW INTO COURT, through undersigned counsel and reserving all rights concerning this Court's jurisdiction over it, comes defendant, Louran Builders, Inc. ("Louran") for the purpose of filing this objection to the Plaintiffs' Steering Committee's Omnibus Motion for Preliminary Default Judgment and subsequent Errata.

In their Omnibus Motion for Preliminary Default Judgment, the Plaintiffs' Steering Committee ("PSC") argues that several hundred defendants, including Louran, have failed to make an appearance in the pending multidistrict litigation. In particular, the PSC has alleged that Louran has failed to appear in the *Abreu* class action, which is civil action number 11-252.

The motion for preliminary judgment, as it pertains to Louran, should be denied as Louran was never served with the *Abreu* Complaint. Further, the record is devoid of any Affidavit of Service evidencing service of Louran in the *Abreu* class action.

1

303/323.0009

Undersigned counsel has appeared on behalf of Louran and is actively defending Louran in several other of the class actions contained in the Chinese Drywall Multidistrict Litigation. The PSC, therefore, has been aware for some time that undersigned counsel represents Louran.

In sum, no preliminary default judgment should be entered against Louran as there is no evidence of proper service of the *Abreu* Omnibus Class Action Complaint.

WHEREFORE, defendant Louran Builders, Inc., respectfully requests that Plaintiffs' Omnibus Motion for Preliminary Default Judgment and Errata be denied as to this defendant or in the alternative that this defendant be afforded thirty (30) days in which to file appropriate responsive pleadings and other and further relief as such justice requires.

Respectfully submitted,

s/ Glenn B. Adams
GLENN B. ADAMS (2316)
DENIA S. AIYEGBUSI (31549)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3838
Email: gadams@phjlaw.com
Email: daiyegbusi@phjlaw.com
*Attorneys for Louran Builders, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that Louran Builders, Inc.'s above and foregoing Objection to the Plaintiffs' Steering Committee's Omnibus Motion for Preliminary Default and Errata has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of December, 2011.

                                                s/ Glenn B. Adams
                                                GLENN B. ADAMS
                                                DENIA S. AIYEGBUSI

303/323.0009