UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Payton, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:09-cv-07628 (E.D.La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, Case No. 2:10-cv-00361 (E.D.La.)<br><br>*Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.)<br><br>*Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.)<br><br>*Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-080 (E.D.La.)<br><br>*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, Case No. 2:11-cv-252 (E.D.La.)<br><br>*Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D.La.)<br><br>*Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-cv-1363 (E.D.La.) | |

**AMENDED ERRATA TO PLAINTIFFS' OMNIBUS MOTION
FOR PRELIMINARY DEFAULT JUDGMENT**

On November 18, 2011, Plaintiffs filed their omnibus motion for preliminary default judgement.  *See* document # 11234.  As a result of this motion, certain defendants became aware of their default status and with plaintiffs' consent, have made appropriate efforts to cure their

defaults. As a result of these defendants' efforts to cure their defaults, plaintiffs filed an errata to the omnibus motion for preliminary default on December 12, 2011. *See* document # 11773. Plaintiffs filed this errata to the omnibus motion for preliminary default judgment in order to remove those defendants who attempted to cure their defaults from the omnibus motion for preliminary default judgment.

Since the filing of the errata to the omnibus motion for preliminary default, additional defendants have made efforts to cure their defaults. Accordingly, plaintiffs now wish to remove these defendants from the omnibus motion for preliminary default judgment. To address the changed circumstances of the previously deficient defendants, plaintiffs are providing amended exhibits to the omnibus motion for preliminary default judgment (attached hereto).[1] Plaintiffs are also appending hereto a revised proposed form of order. Should the court elect to grant the omnibus motion for preliminary default judgment, Plaintiffs respectfully request that the Court append copies of the revised exhibits to the order granting the motion.

For the convenience of the parties and the Court, Plaintiffs are also appending hereto an amended list of all defendants who have been removed from the omnibus motion for preliminary default judgment. *See* Amended Exhibit "I" hereto.

---

[1] The amended exhibits are appended hereto as Second Amended Exhibit "A" (*Payton*), Second Amended Exhibit "B" (*Wiltz*), Second Amended Exhibit "C" (*Gross*), Second Amended Exhibit "D" (*Rogers*), Second Amended Exhibit "E" (*Abel*), Second Amended Exhibit "F" (*Abreu*), Second Amended Exhibit "G" (*Haya*), and Second Amended Exhibit "H" (*Block*).

Respectfully submitted,

Dated: December 15, 2011               /s/ Russ M. Herman
                                                        Russ M. Herman, Esquire (Bar No. 6819)
                                                        Leonard A. Davis, Esquire (Bar No. 14190)
                                                        Stephen J. Herman, Esquire (Bar No. 23129)
                                                        HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                        820 O'Keefe Avenue
                                                        New Orleans, Louisiana 70113
                                                        Phone: (504) 581-4892
                                                        Fax: (504) 561-6024
                                                        LDavis@hhkc.com
                                                        *Plaintiffs' Liaison Counsel*
                                                        *MDL 2047*

                                                        Arnold Levin (On the Brief)
                                                        Fred S. Longer (On the Brief)
                                                        Matthew C. Gaughan (On the Brief)
                                                        Levin, Fishbein, Sedran & Berman
                                                        510 Walnut Street, Suite 500
                                                        Philadelphia, PA 19106
                                                        215-592-1500 (phone)
                                                        215-592-4663 (fax)
                                                        Alevin@lfsblaw.com
                                                        *Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios | Robert C. Josefsberg |
| Barrios, Kingsdorf & Casteix, LLP | Podhurst Orseck, P.A. |
| 701 Poydras Street, Suite 3650 | 25 Flagler Street, 8th Floor |
| New Orleans, LA 70139 | Miami, FL 33130 |
| Phone: (504) 524-3300 | Phone: (305) 358-2800 |
| Fax: (504) 524-3313 | Fax: (305) 358-2382 |
| Barrios@bkc-law.com | rjosefsberg@podhurst.com |
| | |
| Daniel E. Becnel, Jr. | |
| Becnel Law Firm. LLC | Bruce William Steckler |
| P.O. Drawer H | Baron & Budd, P.C. |
| 106 W. Seventh Street | 3102 Oak Lawn Ave., Suite 1100 |
| Reserve, LA 70084 | Dallas, TX 75219 |
| Phone: (985) 536-1186 | Phone: (214) 521-3605 |
| Fax: (985) 536-6445 | Fax: (214) 520-1181 |
| dbecnel@becnellaw.com | bsteckler@baronbudd.com |

| | |
|---|---|
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Alhambra Circle, Penthouse<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444 | Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |
| Ben W. Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell<br> Echsner & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Fax: (850) 435-7020<br>bgordon@levinlaw.com | James Robert Reeves<br>Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com |
| Hugh P. Lambert<br>Lambert and Nelson<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@lambertandnelson.com | Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br> & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com | Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com |
| Jerrold Seth Parker<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jerry@yourlawyer.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Amended Errata to Plaintiffs' Omnibus Motion for Preliminary Default Judgment was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this on this 15th day of December, 2011.

      I further certify that service on all Defaulting Defendants who are impacted by the Plaintiffs' Omnibus Motion for Preliminary Default Judgement was made by United States first class mail.

      /s/ Russ M. Herman  
      Russ M. Herman, Esquire (Bar No. 6819)  
      Leonard A. Davis, Esquire (Bar No. 14190)  
      Stephen J. Herman, Esquire (Bar No. 23129)  
      HERMAN, HERMAN, KATZ & COTLAR, LLP  
      820 O'Keefe Avenue  
      New Orleans, Louisiana 70113  
      Phone: (504) 581-4892  
      Fax: (504) 561-6024  
      LDavis@hhkc.com  
      *Plaintiffs' Liaison Counsel*  
      *MDL 2047*