# SECOND AMENDED EXHIBIT F

# Second Amended "F"

| ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG CASE NO. 2:11-CV-252 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| **DEFENDANT** | **SERVED** | **COMMENTS** |
| Barony Homes, Inc. | 5/25/11 | |
| BDG Waterstone, LLC | 5/26/11 | |
| Builder's Line, Inc. | 6/23/11 | |
| BV 6334, LLC | 5/24/11 | |
| Chase Drywall, Ltd. | 5/27/11 | |
| David E. Smith d/b/a Ruelas Drywall | 5/26/11 | |
| Deer Creek Estates II, LLC | 5/24/11 | |
| Estate Homes, Inc. | 5/23/11 | |
| GGG Edinburgh Estates, LLP | 5/26/11 | |
| Grande Valley Homes, LLC d/b/a Casa Linda Home | 5/25/11 | |
| Hampton Homes, LLC | 6/1/11 | |
| Hometown Concepts, Inc. a/k/a Hampton Homes | 6/1/11 | |
| Hutchinson Homes, Inc. | 5/25/11 | |
| Lancer Enterprises, Inc. | 6/7/11 | |
| Larry A. Brooks Company, L.L.C. d/b/a Great American Homes | 6/17/11 | |
| Levitt and Sons of Manatee County, LLC | 5/23/11 | |
| Lifeway Homes, Inc. | 5/26/11 | |
| Lifeway Homes, LP | 5/26/11 | |
| Louran Builders, Inc. d/b/a Vincent Montalto Construction | 5/23/11 | |
| Meeks Drywall & Stucco, Inc. | 5/24/11 | |
| Mercedes Homes, LLC | 5/20/11 | |
| Pembroke Park, L.L.C. | 5/24/11 | |
| Renar Homes, Inc. | 6/3/11 | |
| Sheridan 87, LLC | 5/26/11 | |
| Stuart South Group, L.C. d/b/a Treasure Coast Homes | 6/1/11 | |

| *ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG*<br>CASE NO. 2:11-CV-252 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT** | **SERVED** | **COMMENTS** |
| Supreme Builders, Ltd. | 5/26/11 | |
| Trafalgar Associates, Inc. | 5/26/11 | |
| Treasure Coast Communities, L.L.C. | 6/8/11 | |
| Universal Construction Company, Inc. a/k/a U/C Construction, Inc. | 5/25/11 | |
| Waterways Joint Venture IV, LLC | 5/26/11 | |

# SECOND AMENDED EXHIBIT G

## Second Amended "G"

| *HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,* CASE NO. 11-CV-1077 (E.D.LA.) **DEFENDANTS WHO ARE IN DEFAULT** | | | |
|---|---|---|---|
| **DEFENDANT** | **SERVICE (ORIGINAL)** | **SERVICE (AMENDED)** | **COMMENTS** |
| 704 N. Ocean Blvd. Associates, Ltd. | 8/31/11 | 8/31/11 | |
| Ability Construction, Inc. | 7/19/11 | 7/19/11 | |
| American Gallery Development Group, LLC | 7/15/11 | 7/15/11 | |
| American Homes, LLC | 6/28/11 | 6/28/11 | |
| American Housing Corporation | 7/6/11 | 7/6/11 | |
| Angel Developments LLC | 7/14/11 | 7/14/11 | |
| B & B Stucco, Inc. | 7/6/11 | 7/6/11 | |
| Builder's Depot | 6/27/11 | 6/27/11 | |
| Cape Cement & Supply, Inc. | 7/6/11 | 7/6/11 | |
| Castillo Azul Developers, Inc. | 7/8/11 | 7/8/11 | |
| Central Drywall Contractors, Incorporated | 7/6/11 | 7/6/11 | |
| Chase Construction, Inc. | 7/6/11 | 7/6/11 | |
| Comfort Home Builders, Inc. | 7/6/11 | 7/6/11 | |
| Core Construction, LLC | 7/8/11 | 7/8/11 | |
| Custom Construction, Inc | 9/21/11 | 9/21/11 | |
| Cypress Corporation of Southwest Florida Inc. | 7/7/11 | 7/7/11 | |
| Dan Spires Floor Covering, Inc. | 6/28/11 | 6/28/11 | |
| Dollaway Drywall, Inc. | 7/15/11 | 7/15/11 | |
| Donald Wayne Tindle | 7/13/11 | 7/13/11 | |
| Double D. Investments of Broward LLC | 6/28/11 | 6/28/11 | |
| European Quality Builders, LLC | 7/7/11 | 7/7/11 | |
| F. Development, LLC | 7/11/11 | 7/11/11 | |
| Fly System, Inc. | 7/14/11 | 7/14/11 | |
| Hanover Homes, Inc. | 7/12/11 | 7/12/11 | |
| Harrell's Drywall, Inc. | 7/7/11 | 7/7/11 | |

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)
**DEFENDANTS WHO ARE IN DEFAULT**

| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
|---|---|---|---|
| Haven Properties, Inc. | 6/29/11 | 6/29/11 | |
| Island Coast Drywall and Stucco, LLC | 7/6/11 | 7/6/11 | |
| J.B.C. Builders, Inc. | 7/27/11 | 7/27/11 | |
| J.K. Lassitter Construction, LLC | 7/7/11 | 7/7/11 | |
| Legend Custom Builders, Inc. | 7/11/11 | 7/11/11 | |
| Malphus and Sons | 7/5/11 | 7/5/11 | |
| Marr Development of Central Florida, Inc. | 7/20/11 | 7/20/11 | |
| Master Builders of South Florida, Inc. | 7/15/11 | 7/15/11 | |
| McCar Homes, Inc. | 6/24/11 | 6/24/11 | |
| Morales Carpentry | 9/21/11 | 9/21/11 | |
| Paramount Quality Homes Corp. | 7/9/11 | 7/9/11 | |
| Parkview Homes Realty, Inc. | 7/7/11 | 7/7/11 | |
| Prime Homes at Portofino Falls, Ltd. | 7/27/11 | 7/27/11 | |
| Quality Builders of North Florida, Inc. | 7/8/11 | 7/8/11 | |
| Regency Homes Group, LLC | 7/8/11 | 7/8/11 | |
| Reve Development Corporation | 7/9/11 | 7/9/11 | |
| Roy Harris Drywall, Inc. | 7/6/11 | 7/6/11 | |
| Schmidth Brothers Homes, Inc. | 7/15/11 | 7/15/11 | |
| Sheridan 87, LLC | 7/11/11 | 7/11/11 | |
| South Bay Development Corporation | 8/4/11 | 8/4/11 | |
| Stadelman Drywall | 6/29/11 | 6/29/11 | |
| Starlifter Homes, Inc. | 7/9/11 | 7/9/11 | |
| Sterling Communities at Talavera, LLC | 7/8/11 | 7/8/11 | |
| Sterling Communities, Inc. | 7/8/11 | 7/8/11 | |
| Stuart South Group, LLC | 7/7/11 | 7/7/11 | |
| TFH Corp. | 7/6/11 | 7/6/11 | |
| Tindle Homes | 7/13/11 | 7/13/11 | |
| Trafalgar Associates, Inc. | 7/11/11 | 7/11/11 | |

| *HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,* CASE NO. 11-CV-1077 (E.D.LA.) **DEFENDANTS WHO ARE IN DEFAULT** |

| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
|---|---|---|---|
| Treasure Coast Communities, LLC | 6/29/11 | 6/29/11 | |
| United Homes, Inc. | 7/11/11 | 7/11/11 | |
| Vision Homes of SW, FL, Inc. | 7/5/11 | 7/5/11 | |
| Waterways Joint Venture IV, LLC | 7/11/11 | 7/11/11 | |
| Will Davis d/b/a D&W Home Restoration | 7/1/11 | 7/1/11 | |
| William L. Perry Plastering & Drywall, Inc. | 7/28/11 | 7/28/11 | |
| Woodside Stoneybrook, LLC | 6/30/11 | 6/30/11 | |
| Zaccaria Construction, LLC | 7/12/11 | 7/12/11 | |
| Zamora Homes Corporation | 7/8/11 | 7/8/11 | |

3

# SECOND AMENDED EXHIBIT H

## Second Amended "H"

| *BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.* CASE NO. 11-CV-1363 (E.D.LA.) **DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| 616, LLC | 8/18/11 | |
| American Homes, LLC | 8/9/11 | |
| Amerimex Construction of Palm Beach Inc. | 8/27/11 | |
| Angel Developments, LLC | 8/17/11 | |
| B & B Stucco, Inc. | 8/23/11 | |
| B & E Construction of Miami Corp. | 8/27/11 | |
| Bellew Plastering | 9/28/11 | |
| Bo Builders, LLC | 10/15/11 | |
| Boynton Village Associates, Ltd. | 8/22/11 | |
| Caceres Drywall Corp | 8/27/11 | |
| Caliber Properties, LLC | 8/8/11 | |
| Caribbean Custom Homes, Inc. | 8/24/11 | |
| Castle Rock Builders, LLC | 8/12/11 | |
| Centurion Homes of Louisiana, LLC | 10/13/11 | |
| Chris P. Roberts | 8/9/11 | |
| Core Construction, LLC | 8/22/11 | |
| Coscan Homes, LLC | 8/22/11 | |
| Dima Homes, Inc. | 8/5/11 | |
| Dove Enterprises Contractor & Design, Inc. | 8/10/11 | |
| Drywall Services | 8/21/11 | |
| Foster Coatings & Contracting | 9/1/11 | |
| Fountain Homes | 8/9/11 | |
| Galloway Home Builders, Inc. | 9/28/11 | |
| GEM Builders, Inc. | 9/1/11 | |
| Grove Hammocks Investments LLC | 8/18/11 | |
| Gulf Breeze Construction, Inc. | 8/9/11 | |
| Hanover Homes, Inc. | 8/18/11 | |
| Hessen Construction, Corp. | 8/20/11 | |
| Holder Construction Co., Inc. | 8/8/11 | |

***BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.***
CASE NO. 11-CV-1363 (E.D.LA.)
**DEFENDANTS WHO ARE IN DEFAULT**

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Horizon Builders, Inc. | 8/20/11 | |
| Horvath & Horvath Drywall, Inc. | 8/9/11 | |
| Innovative Custom Builders Inc | 8/16/11 | |
| J-Bec Homes of Diamondhead, LLC | 9/7/11 | |
| J&E Developers, Inc. | 9/19/11 | |
| John's Drywall Service | 9/1/11 | |
| JSK Construction, Inc. | 8/17/11 | |
| Just-Rite Supply, Inc. | 8/9/11 | |
| Kemah Construction, Inc. | 9/14/11 | |
| Lennicx Builders, Inc. | 9/7/11 | |
| Likness Construction Corp. of Southwest Florida | 8/27/11 | |
| MAC Construction, LLC | 8/30/11 | |
| Mark Drake | 8/9/11 | |
| Marriott Development, LLC | 8/18/11 | |
| Mastercraft Homes, LLC | 8/12/11 | |
| Meeks Drywall & Stucco, Inc. | 8/31/11 | |
| Morgan Homes, Inc. | 8/30/11 | |
| Renar Development Co. | 8/18/11 | |
| Renar Homes, Inc. | 8/1811 | |
| Residential Drywall of Ft. Myers, Inc. | 8/12/11 | |
| River Oaks I, LLC | 8/19/11 | |
| Santa Barbara Estates, Inc. | 8/18/11 | |
| Schenley Park Homes, LLC | 8/27/11 | |
| SGS Construction, Inc. | 10/13/11 | |
| Shane Heitzman | 8/8/11 | |
| State Lumber & Supply Company, Inc. | 8/17/11 | |
| Stephen Steiner d/b/a Steiner Drywall | 8/9/11 | |
| Steve Corbett, Inc. | 8/8/11 | |
| Stonelake Ranch, LLC | 8/12/11 | |
| Stuart South Group, LLC | 8/18/11 | |
| Summit Homes Of LA, Inc. | 10/13/11 | |

| *BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*<br>CASE NO. 11-CV-1363 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| Supreme Builders | 8/11/11 | |
| Supreme Builders, Ltd. | 8/11/11 | |
| T&T Enterprises of SWFL, Inc. | 8/19/11 | |
| The Villas of San Marino at Carrollwood (Emerald Greens at Carrollwood, LLC) | 8/17/11 | |
| United Homes, Inc. | 8/18/11 | |
| United Homes International, Inc. | 8/18/11 | |
| Velvet Pines Construction, LLC | 10/14/11 | |
| Waterways Joint Venture IV, LLC | 8/23/11 | |
| W.S. Keel Lumber Co., Inc. | 8/9/11 | |
| Windship Homes of Florida Inc | 8/19/11 | |
| Woodside Stoneybrook, LLC | 8/10/11 | |