# AMENDED EXHIBIT I

# AMENDED EXHIBIT "I"

*PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:09-CV-07628 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| B&W Complete Construction, Inc. |
| Elite Home Construction Inc. |
| GL Homes Limited Corporation a/k/a GL Homes Limited Corporation |
| Jim Walter Homes, Inc. |
| La Homes, Inc. |
| Louran Builders, Inc. |
| Millennium Homes and Development, Inc. |
| Ocean Springs Lumber Company, LLC |
| Parish Home Center |
| Sundown Development |
| Vicinity Drywall, Inc. |

*WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.*
CASE NO. 2:10-CV-00361 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Bush Construction Corp. |
| Gryphon Corporation |
| K&B Homes, Inc. |
| Millennium Builders, Inc. |
| Millennium Homes & Development, Inc. |
| Northstar Holdings at B & A, LLC |
| Palm Isles Holdings, LLC |
| Taylor Morrison of Florida, Inc. |

*GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:09-CV-6690 (E.D.LA.)

# DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Adams Homes Realty, Inc. |
| Avalon Building Corporation of Tampa Bay |
| Burmon Properties, LLC |
| Gant & Shivers |
| J.W. Allen & Company Incorporated |
| K&B Homes, Inc. |
| L & W Supply Corporation d/b/a Seacoast Supply Company |
| Leon Ramsey |
| Mitchell Homes, Inc. |
| Ocean Springs Lumber Company, L.L.C. |
| Paul England Construction |
| Renfrow Insulation & Supply |
| Renfrow Insulation I |
| Sorrento Lumber Co., Inc. |
| Steve Harrington Homes, Inc. |
| TMO Global Logistics, LLC |
| USG Corporation |

*ROGERS, ET AL. V. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:10-CV-00362 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Can-Am Drywall, Inc. (successor to Baystate Drywall, Inc.) |
| Jim Walter Homes, Inc. |
| KB Homes |
| L&W Supply Corporation d/b/a Seacoast Supply Company |
| Laporte Builders, Inc. |
| LifeScape Buildings, LLC |
| LPR Builders, Inc. |
| Palm Isles Holdings, LLC |
| Southern Homes, LLC |
| Summit Contractors, Inc. |
| USG Corporation |

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL., CASE NO. 2:11-CV-080 (E.D.LA.)*

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Adams Homes Realty, Inc. |
| American Building Materials, Inc. |
| Antilles Vero Beach, LLC |
| Ashton Woods, LLC |
| ATCO Int. Corp. |
| Avalon Building Corporation of Tampa Bay |
| Black Bear Gypsum, LLC |
| Bradford Lumber & Supply, Inc. |
| Coastal Living Homes, L.L.C. |
| Cornerstone Construction of SW Florida, Inc. |
| Dalbert J. Poree, Individually |
| Dalbert Poree' General Repairs & Renovations |
| Deangelis Diamond Construction, Inc. |
| Deangelis Diamond Homes, Inc. |
| Deerfield Court Townhomes, LLC |
| Design Drywall of South Florida, LLC |
| Florida Drywall, Inc. |
| G.L. Homes of Boynton Beach Associates IX, Ltd. |
| G.L. Homes of Davie Associates, III, Ltd. |
| HC Seals Drywall Partners |
| Heights Custom Homes, LLC |
| Ironwood Properties, Inc. |
| J&A Brothers, Inc. |
| James Drywall, LLC |
| Jim Walter Homes, Inc. |
| Johnson Lumber Co., Inc. |
| L&W Supply Corporation d/b/a Seacoast Supply Company |

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL., CASE NO. 2:11-CV-080 (E.D.LA.)*

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Laporte Family Properties, LLC |
| Lavish Holding Corp. |
| Lennar Corporation |
| Maronda Homes, Inc. of Florida |
| MC Contractors, Inc. |
| Millennium Builders, Inc. |
| Palm Isle Holdings, LLC |
| Richard Jones Construction Company, Inc. |
| Rinker Materials of Florida, Inc. |
| S.A.M. Drywall, Inc. |
| Shear, Corp. |
| Smith Family Homes Corporation |
| Smokey Mountain Materials, Inc. |
| Smokey Mountain Materials, Inc. |
| Southern Bay Homes, Inc. |
| Southern Homes of Broward XI, Inc. |
| Steve Harrington Homes, Inc. |
| Streamline Homes, Inc. |
| The Jade Organization, Inc. |
| Thompson Wood Products, Inc. |
| Timberline Builders, Inc. |
| US Home Corporation, a Delaware corporation |
| USG Corporation |

*ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG*
CASE NO. 2:11-CV-252 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
|---|
| 1st Drywall, LLC |
| Adams Homes, L.L.C. |
| Adams Homes of Northwest Florida, Inc. |
| Cornerstone Construction of S.W. Florida, Inc. |
| Darling Homes, LLC |
| Hovnanian Enterprises, LLC d/b/a Brighton Homes |
| J.M.G. Drywall, Inc. |
| K. Hovnanion Developments of New Jersey, Inc. |
| L&W Supply Corporation d/b/a Seacoast Supply |
| Lennar Corporation |
| M J F Construction Corp. |
| Meritage Homes of Texas, LLC a/k/a Meritage Homes of Texas II, LLC |
| Rosen Building Supplies, Inc. d/b/a On-Site Materials |
| Royal Homes, LLC |
| Southern Homes, LLC |
| Springhill, LLC |
| Sun Construction, LLC d/b/a Sunrise Homes |
| Timberline Builders, Inc. |
| USG Corporation |

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Adams Homes of Northwest Florida, Inc. |
| AHJV, LLC |
| AL Brothers, Inc. |
| All Florida Drywall Supplies, Inc. |
| Area Builders of Tidewater, Inc. |
| Atlantic Homes, LLC |
| Aubuchon Homes, Inc. |
| Avalon Building Corporation of Tampa Bay |
| Bass Homes, Inc. |
| Black Bear Gypsum, LLC |
| Black Bear Gypsum Supply, Inc. |
| Boardwalk Drywall, Inc. |
| Bradford Lumber & Supply, Inc. |
| Brooks & Freund, LLC |
| Brownstone Builders, Inc. |
| Cemex, Inc. |
| Coral Plastering & Wall Systems, Inc. |
| Core Construction Services Southeast, Inc. |
| Deerfield Court Townhomes, LLC |
| DSG Construction, Inc. |
| Everglades Lumber and Building Supplies, LLC |
| Excel Construction of S.W. Florida, Inc. |
| F. Vicino Drywall II, Inc. |
| Gulfeagle Supply, Inc. |
| HHJV, LLC |
| Ray Horvath Drywall, Inc. |

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Hovstone Properties Florida, LLC d/b/a K Hovnanian Homes |
| HPH Properties, LLC |
| J & A Brothers Drywall & Stucco, Inc. |
| James Drywall LLC |
| K Hovnanian of Palm Beach XIII, Inc. |
| KB Homes, Inc. |
| L&W Supply Corporation d/b/a Seacoast Supply Company |
| La Suprema Enterprises |
| Lavish Holding Corp. |
| Lennar Corporation |
| Manclar Builders, Inc. |
| MC Contractors, Inc. |
| Meritage Homes of Florida, Inc. |
| Next Level Group, LLC |
| Nicholas & Co. Construction |
| ProBuild Company, LLC |
| Residential Concepts, Ltd. |
| Residential Drywall, Inc. |
| RJL Drywall Inc. |
| Smokey Mountain Materials, Inc. |
| Standard Pacific of South Florida GP, Inc. |
| Steven R. Carter, Inc. |
| Stock Building Supply |
| Stock Building Supply of Florida, LLC |
| Sumaj Builders Corporation |

*HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*
*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*
CASE NO. 11-CV-1077 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| The Porter-Blaine Corp. |
| Timberline Builders, Inc. |
| USG Corporation |
| Venture Supply, Inc. |
| Villa Homes of Southwest Florida |
| WB Howland Co., LLC |

*BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*
CASE NO. 11-CV-1363 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| 1st Drywall, LLC |
| Acadian Builders and Contractors, LLC |
| Adams Homes of Northwest Florida, Inc. |
| AI Brothers, Inc. |
| Alvin R. Savoie & Associates, Inc. dba Savoie Construction & Development, L.L.C. |
| Anthony F. Marino General Contractor, LLC |
| Aranda Homes, Inc. |
| ATCO Int. Corp. |
| Barnett Drywall |
| BJ&K Condo Construction, Inc. |
| Building Materials Wholesale, Inc. |
| C&D Plastering & Stucco, Inc. |
| Caribe Central LLC |
| Caribe Homes Corp. |
| Castlerock Communities, LLP |
| Christopher Duet |
| Coastal Construction of South Florida, Inc. |
| Coastal Living Homes, L.L.C. |
| Cornerstone Construction of S.W. Florida, Inc. |
| Courtside Development, Inc. |
| Creola Ace Hardware, Inc. |
| Daelen of Tangipahoa, L.L.C. |
| Ed Price Building Materials |
| Eddleman Homes, LLC |
| F. Vicino and Company, Inc. |
| F. Vicino Drywall, Inc. |
| Gant & Shivers Homes, LLC |

*BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*
CASE NO. 11-CV-1363 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
| --- |
| Highland Lakes Homes, LLC d/b/a Eddleman Homes, LLC |
| Home Town Lumber & Supply, Inc. |
| HPH Properties, LLC |
| Hubert Seals and Sarah Seals dba Seals Drywall |
| Ironwood Properties, Inc. |
| Kaye Homes, Inc. |
| L&W Supply Corporation d/b/a Seacoast Supply Company |
| La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc. |
| Lennar Corporation |
| M. Carbine Restorations, Ltd. |
| Mandy Drywall, Inc. |
| Maronda Homes, Inc. of Florida |
| Matmo Construction, L.L.C. |
| Milton Construction Company |
| Ocean Springs Lumber Company, LLC |
| Precision Drywall, Inc. |
| Ray Horvath Drywall, Inc. |
| RCR Holdings II, LLC |
| Residential Drywall, Inc. |
| Richard Jones Construction Company, Inc. |
| RJL Drywall, Inc. |
| Rosen Building Supplies, Inc. d/b/a On-Site Materials |
| Royal Homes, L.L.C. |
| S3 Enterprises, Inc. d/b/a A1 Brothers Metal Framing and Drywall |
| Streamline Homes, Inc. |
| Tallow Creek, LLC |

*BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*
CASE NO. 11-CV-1363 (E.D.LA.)

## DEFENDANTS WHO ARE BEING REMOVED FROM THE MOTION FOR PRELIMINARY DEFAULT JUDGMENT

| DEFENDANT |
|---|
| The St. Joe Company |
| Timberline Builders, Inc. |
| Timberline Homes, Inc. |
| Toll Estero Limited Partnership d/b/a Toll Brothers |
| USG Corporation |
| Ybarzabal Contractors, LLC |