UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL * MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　* SECTION: L

THIS DOCUMENT RELATES TO: 　　　　　　　* JUDGE FALLON

*KENNETH AND BARBARA WILTZ, et al.*　　　 * MAG. JUDGE WILKINSON
*vs.*
*BEIJING NEW BUILDING MATERIALS*
*PUBLIC LIMITED CO., et al.*
*CASE NO.: 10-361*

**********************************************************************

## ORDER APPROVING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS CAUSE having come before the Court on stipulation of counsel and the court being otherwise fully appraised in the premises, it is hereby,

ORDERED AND ADJUDGED that JOHN B. DUNLAP III, JENNIFER A. FIORE, SUSAN N. ECCLES and the law firm of DUNLAP FIORE, L.L.C., are hereby withdrawn as attorneys of record for the Defendant(s), CORE Construction Services, Southeast, Inc. d/b/a CORE Construction, in this matter. ADDISON J. MEYERS, ESQ., BRIAN EVES, ESQ., and the law firm of MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP, are substituted as attorneys of record for Defendant, CORE Construction Services, Southeast, Inc. d/b/a CORE Construction. All further correspondence, pleadings, notices and communications are to be directed to: MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP, 1000 N.W. 57th Court, Suite 300, Miami, FL 33126, Ph. 305.774.9966, Fax 305.774.7743.

It is ORDERED this 13th day of December, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ELDON E. FALLON
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

1385428