UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*,<br>Case No. 2:11-cv-1363 (E.D.La.) | |

**JOINT MOTION FOR ENTRY OF STIPULATION CONCERNING DISMISSAL OF DEFENDANT AND SUBSTITUTION OF APPROPRIATE PARTY AS DEFENDANT**

NOW INTO COURT, through undersigned counsel, come the Plaintiff Steering Committee ("PSC") and Defendant, CastleRock Communities, LLP, who respectfully present the agreed stipulation attached hereto as Exhibit "A" to the Court for approval. The parties further represent to the Court that the attached stipulation is fair, adequate and reasonable to dismiss an improper party and to substitute the appropriate party as a defendant. For these reasons, the parties jointly move the Court for an Order approving the agreed stipulation attached hereto as Exhibit "A."

WHEREFORE, the PSC and Defendant, CastleRock Communities, LLP, request that this Court approve the agreed stipulation and enter same into the record.

1

Respectfully submitted,

Dated: December 15, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*
*MDL 2047*

/s/ David W. Medack
David W. Medack
Heard & Medack, P.C.
9494 SOUTHWEST FREEWAY, SUITE 700
Houston, Texas 77074
Ph: (713) 772-6400
Fax: (713) 772-6495
Dmedack@heardmedackpc.com

Counsel for CastleRock Communities, LLP

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing joint motion for entry of stipulation concerning dismissal of defendant and substitution of appropriate party as defendant has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of December, 2011.

      /s/  Leonard A. Davis  
      Leonard A. Davis, Esquire  
      Herman, Herman, Katz & Cotlar, LLP  
      820 O'Keefe Avenue  
      New Orleans, Louisiana 70113  
      Phone: (504) 581-4892  
      Fax: (504) 561-6024  
      LDavis@hhkc.com  
      Plaintiffs' Liaison Counsel  
      MDL 2047