UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 2:11-cv-1363 (E.D.La.) | |

**STIPULATION CONCERNING DISMISSAL OF DEFENDANT AND
SUBSTITUTION OF APPROPRIATE PARTY AS DEFENDANT**

The Plaintiff Steering Committee ("PSC") and Defendant, CastleRock Communities, LLP, through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs, Rogelio and Alicia Banos, have asserted claims against Castle Rock Builders, LLC (subclass 63) in *Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 2:11-cv-1363 (E.D.La.).

WHEREAS, Castle Rock Builders, LLC was improperly named as defendants in *Block*.

WHEREAS, the proper party that is aligned with Rogelio and Alicia Banos is Defendant, CastleRock Communities, LLP (subclass 64).

WHEREAS, Defendant, CastleRock Communities, LLP has been served with the *Block* complaint and its counsel has entered an appearance in the *Block* matter.

WHEREAS, Castle Rock Builders, LLC is presently a Defaulting Defendant with respect

1

to Plaintiffs' Omnibus Motion for Preliminary Default Judgment.  *See* document 11234.

BASED ON THE FORGOING, the PSC and Defendant, CastleRock Communities, LLP, hereby stipulate and agree as follows:

1. Castle Rock Builders, LLC is hereby dismissed, without prejudice, from *Block*.

2. CastleRock Communities, LLP, as the proper party in interest for the claims being asserted by Rogelio and Alicia Banos, is deemed to be substituted in place of Castle Rock Builders, LLC with respect to the Banos' claims.  Further, Rogelio and Alicia Banos are deemed to have properly asserted claims against Defendant, CastleRock Communities, LLP for purposes of the *Block* complaint.

3. The Banos' claims against CastleRock Communities, LLP shall be deemed perfected by virtue of the initial service of the *Block* complaint on CastleRock Communities, LLP.

4. Any default judgment that may be awarded to plaintiffs against Castle Rock Builders, LLC by virtue of the Plaintiffs' Omnibus Motion for Preliminary Default Judgment, *see* document 11234, or otherwise, shall not operate as a default judgment against CastleRock Communities, LLP.

Respectfully submitted,

Dated: December 15, 2011

/s/ Russ M. Herman  
Russ M. Herman, Esquire (Bar No. 6819)  
Leonard A. Davis, Esquire (Bar No. 14190)  
HERMAN, HERMAN, KATZ & COTLAR, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113  
Phone: (504) 581-4892  
Fax: (504) 561-6024  
Ldavis@hhkc.com  

*Plaintiffs' Liaison Counsel*  
*MDL 2047*

Arnold Levin (On the Brief)  
Fred S. Longer (On the Brief)  
Matthew C. Gaughan (On the Brief)  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street, Suite 500  
Philadelphia, PA 19106  
215-592-1500 (phone)  
215-592-4663 (fax)  
Alevin@lfsblaw.com  

*Plaintiffs' Lead Counsel*  
*MDL 2047*

/s/ David W. Medack  
David W. Medack  
Heard & Medack, P.C.  
9494 SOUTHWEST FREEWAY, SUITE 700  
Houston, Texas 77074  
Ph: (713) 772-6400  
Fax: (713) 772-6495  
Dmedack@heardmedackpc.com  

Counsel for CastleRock Communities, LLP

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing stipulation concerning dismissal of defendant and substitution of appropriate party as defendant has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of December, 2011.

/s/  Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047