UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | REF: 09-6690 |
| THIS DOCUMENT RELATES TO: | * * | SECTION "L" |
| | * | JUDGE FALLON |
| David Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 2:09-cv-06690 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Substitute of Counsel of Record filed by Marvin's, Inc.;

**IT IS HEREBY ORDERED** that Karen Shipman of the law firm of Kean Miller LLP be and is hereby substituted as Counsel of Record for Marvin's, Inc. in place of Lisa A. Easterling who is relieved of all duties in this matter.

New Orleans, Louisiana this ___13th___ day of December, 2011.

_Eldon E. Fallon_
**UNITED STATES DISTRICT JUDGE**

1

2745651_1.DOCX