UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO<br>David Gross, et al. v. Knauf Gips, KG, et al.<br>Case No. 09-cv-6690 (L)(2) | * * * * | |

* * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the foregoing Motion For Leave to File Reply Memorandum,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Steeler Inc. be and hereby is allowed to file its Reply Memorandum to Plaintiffs' Steering Committee's Opposition to Steeler's Motion to Dismiss for Lack of Plaintiff.

New Orleans, Louisiana, this 13th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

N:\DATA\N\44805001\pleadings\reply to opposition order.wpd

-1-