Laura Hay et. al., Plaintiff(s)

-vs-

Taishan Gym Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



CIVIL ACTION
APS INTERNATIONAL
GROUP

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0228

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

--Hanover Homes, Inc.
Court Case No. 11-1077 Section L

**LEVIN FISHBEIN, ET AL**
**Ms.** Jenifer Lascio
**510** Walnut St., Ste. 500
**Philadelphia**, PA 19106-3697

State of: ___Florida___ ) ss.
County of: ___St Lucie___ )

**Name of Server:** ___Bradley A Perron___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __12__ day of __July__, 20 __11__, at __10__ o'clock __A__ M

**Place of Service:** at __2407 SW Monterrey Lane__, in __Port St. Lucie, FL 34953__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hanover Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Philip Petruzzelli , PRES__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __YES__
Approx. Age __60-65__ ; Approx. Height __6'__ ; Approx. Weight __190__

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __12__ day of __July__, 20 __11__

__Amy M. Kreyling__  __9/25/14__
Notary Public   (Commission Expires)

**APS International, Ltd.**

AMY M. KREYLING
MY COMMISSION # EE8439
EXPIRES: September 25, 2014
Fl. Notary Discount Assoc. Co.