Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0382

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hansen Homes of South Florida, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Lee_ )

**Name of Server:** _Barbara Gray_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _6th_ day of _July_, 20 _11_, at _10:59_ o'clock _A_ M

**Place of Service:** at  1436 SE 16th Place, in  Cape Coral, FL  33990

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hansen Homes of South Florida, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an office _Manager_ whose name and title is: _Tracey Hansen, Office Manager_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Blonde_ ; Facial Hair ___
Approx. Age _25-30_ ; Approx. Height _5'0_ ; Approx. Weight _125_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barbara Gray_  #157153
Signature of Server

Subscribed and sworn to before me this _13th_ day of _July_, 20 _11_

_Traci A DeSalvo_  10/22/11
Notary Public        (Commission Expires)

TRACI A. DESALVO
Comm# DD727525
Expires 10/22/2011
Florida Notary Assn., Inc

**APS International, Ltd.**

3299