Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0140

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Haven Properties, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: GEORGIA ) ss.
County of: FORSYTH )

Name of Server: DENNIS NOWAK, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 29th day of JUNE, 20 11, at 9:45 o'clock A-M

Place of Service: at 6450 Westchester Place, in Cumming, GA 30040

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Haven Properties, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: MICHAEL BAPTIST  REGISTERED AGENT

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BRN ; Facial Hair N
Approx. Age 45 ; Approx. Height 5'7" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 30th day of June, 2011
Notary Public

**APS International, Ltd.**