Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0384

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Heights Properties, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

Name of Server: **Joseph R. Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **6th** day of **July**, 20 **11**, at **10:00** o'clock **A** M

Place of Service: at **2180 Immokalee Road, Ste 316**, in **Naples, FL 34110**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Heights Properties, LLC**

Person Served, and Method of Service: By delivering them into the hands of an **Paralegal** whose name and title is: **Virginia Divito, Paralegal for Kevin Denti, P.A.**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Red**; Facial Hair ____
Approx. Age **60**; Approx. Height **5'5"**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **#157299**

Subscribed and sworn to before me this **10th** day of **July**, 20 **11**
Traci A. DeSalvo  10/22/11
Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

2241