Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0196

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--HHJV, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk** )

Name of Server: **William L. Sasser, Jr.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1st** day of **July**, 20 **11**, at **10:34** o'clock **A** M

Place of Service: at **109 Nat Turner Boulevard**, in **Newport News, VA 23606**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**HHJV, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Kenneth Allen, Registered agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Gray**; Facial Hair **No**
Approx. Age **55-65**; Approx. Height **6'3"**; Approx. Weight **200 lbs.**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **1st** day of **July**, 20 **11**

**4-30-2014**

Signature of Server     Notary Public     (Commission Expires)

APS International, Ltd.

*[Notary seal: Teena Marie Driskell, Notary Public, Reg. #268501, My Commission Expires Apr. 30, 2014, Commonwealth of Virginia]*