## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ALL CASES | : : | MAG. JUDGE WILKINSON |

### NOTICE OF APPEARANCE

You are hereby notified that Harry W. Bassler, Jason D. Darneille, and Anne D. Gower of the law firm of Crim & Bassler, L.L.P., Suite 1510, 100 Galleria Parkway, Atlanta, Georgia 30339, 770-956-1813, hereby enter an appearance as counsel for Defendant Bill Gregory d/b/a Bill Gregory Drywall in the above-styled action.  The Clerk of Court is hereby requested to so mark the records so that all future notices are sent to the undersigned attorneys at the above address.  The attorneys for the parties are hereby notified so that all future filings, notices, letters, and other documents pertaining to this file are delivered to the undersigned at the above address.

**THIS** 15th day of December, 2011.

        CRIM & BASSLER, L.L.P.

        BY:  *s/ Harry W. Bassler*
            HARRY W. BASSLER
            Georgia Bar No. 041550
            JASON D. DARNEILLE
            Georgia Bar No. 224108
            ANNE D. GOWER
            Georgia Bar No. 303495
            Attorneys for Defendant Bill Gregory
            d/b/a Bill Gregory Drywall

Suite 1510
100 Galleria Parkway
Atlanta, GA 30339
770-956-1813

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL NO. 2047.

**THIS** 15th day of December, 2011.

       *s/ Harry W. Bassler*
       HARRY W. BASSLER
       Georgia Bar No. 041550
       JASON D. DARNEILLE
       Georgia Bar No. 224108
       ANNE D. GOWER
       Georgia Bar No. 303495
       Attorneys for Defendant Bill Gregory
       d/b/a Bill Gregory Drywall

Suite 1510
100 Galleria Parkway
Atlanta, GA 30339
770-956-1813