Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0246

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
                                     --Holiday Builders, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **BREVARD** )

**Name of Server:** **Joseph Carrano #017**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7th** day of **July**, 20 **11**, at **10:45** o'clock **A** M

**Place of Service:** at **2293 W. Eau Gallie Blvd.**, in **Melbourne, FL 32935**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Holiday Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Cynthia Hammer - Receptionist**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **BL** ; Facial Hair **—**
Approx. Age **50's** ; Approx. Height **5'6** ; Approx. Weight **110**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Joseph Carrano*
Signature of Server

Subscribed and sworn to before me this **7** day of **July**, 20 **11**

*Alfred S Pulaski*
Notary Public          (Commission Expires)

**APS International, Ltd.**



ALFRED S. PULASKI
MY COMMISSION # DD 978287
EXPIRES: April 4, 2014
Bonded Thru Budget Notary Services