Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0245

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Holiday Builders, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Brevard_ )

**Name of Server:** _Joseph Carrano #017_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _7_ day of _July_, 20 _11_, at _10:45_ o'clock _A_ M

**Place of Service:** at _2293 W. Eau Gallie Blvd._, in _Melbourne, FL 32935_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Holiday Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Cynthia Hammer - Receptionist_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _BL_ ; Facial Hair _—_
Approx. Age _50's_ ; Approx. Height _5'6_ ; Approx. Weight _110_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Joseph Carrano_
Signature of Server

Subscribed and sworn to before me this
_7_ day of _July_, 20 _11_

_/s/ Alfred S. Pulaski_
Notary Public          (Commission Expires)

**APS International, Ltd.**



ALFRED S. PULASKI
MY COMMISSION # DD 978287
EXPIRES: April 4, 2014
Bonded Thru Budget Notary Services