Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd., et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0088

**AFFIDAVIT OF SERVICE -- Corporate**

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Home Depot USA, Inc., c/o Corporation Service Company
Court Case No. 11-1077 Section L

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** WILLIAM COOPER, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24 day of JUNE, 20 11, at 11:00 o'clock A M

**Place of Service:** at 2711 Centerville Road, Ste. 400, in Wilmington, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Omnibus Class Action Complaint IX;Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Home Depot USA, Inc., c/o Corporation Service Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: DIONNE MILLS, AUTHORIZED TO ACCEPT SERVICE

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color BLK ; Hair Color BLK ; Facial Hair
Approx. Age 40 ; Approx. Height 5'6" ; Approx. Weight 120 LBS
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 24 day of June, 20 11

Notary Public (Commission Expires)

GIOVANNA MESSINA
MY COMMISSION EXPIRES JULY 9, 2012
NOTARY PUBLIC STATE OF DELAWARE