Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0438

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hovstone Properties Florida, LLC, dba K Hovnanian Homes

Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: PALM BEACH )

**Name of Server:** MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 8 TH day of JULY, 20 11, at 2:23 o'clock P. M

**Place of Service:** at 3601 Quantum Blvd., Ste. 100, in Boynton Beach, FL 33426

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Omnibus Class Action Complaint IX;Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Hovstone Properties Florida, LLC, dba K Hovnanian Homes

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: NINA TORRES, AUTHORIZED AGENT

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair ____
Approx. Age 65 ; Approx. Height 5'4" ; Approx. Weight 135

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

Subscribed and sworn to before me this
11 TH day of JULY, 20 11
JONATHAN LEVY
Notary Public               (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**