IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED        MDL NO.: 2047
DRYWALL PRODUCTS LIGITATION

        SECTION: L

_____

**THIS DOCUMENT RELATES TO:**
Abreu, et al v. Gebrueder Knauf      JUDGE FALLON
Verwaltungsgesellschaft, KG et al      MAG. JUDGE WILKINSON

Case No. 11-252-EEF-JCW
_____/

## NOTICE OF APPEARANCE

The law firm of Malka & Kravitz, P.A., by and through the undersigned counsel, hereby enters its appearance on behalf of Defendant J.M.G. Drywall, Inc., in this matter, and requests that counsel and the Court henceforth serve all pleadings and papers on the undersigned.

Dated: December 14, 2011

    Respectfully submitted,

    MALKA & KRAVITZ, P.A.
    1300 Sawgrass Corporate Pkwy, Suite 100
    Sunrise, Florida 33323

    Tel: 954-514-0984     Fax: 954-514-0985

    By:    /s/ *Robert S. Tanner*_____
          ROBERT S. TANNER, ESQ.
          Florida Bar No. 728284
          rob@mkpalaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing will be electronically filed with the Clerk of the Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 14th day of December, 2011.

      /s/ *Robert S. Tanner*_____
      ROBERT S. TANNER, ESQ.
      Florida Bar No. 728284