Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0063

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Iota Twenty-Four, LLC, c/o CT Corporation System
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Broward )

Name of Server: Eric Deal, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 24 day of June, 20 11, at 1:20 o'clock P M

Place of Service: at 1200 S. Pine Island Road, in Plantation, FL 33324

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Iota Twenty-Four, LLC, c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: RA CT Corp for contact - Donna Moch, Sr Ops Mgr

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 45 ; Approx. Height 5'6" ; Approx. Weight 145

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 24 day of _____, 20 11

Notary Public        (Commission Expires)

**APS International, Ltd.**