UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section L |
| This Document Relates to<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ORDER

This Court previously appointed a Mediator to facilitate global settlement negotiations in MDL-2047 (Rec. Doc. 11503). To assist the Mediator with these discussions, this Court makes the following Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that each installer, builder, or supplier in MDL-2047, except for Interior Exterior (and its Downstream Releasees as defined in the Interior Exterior settlements), Banner and L&W, provide the Mediator to the best of that party's knowledge, information and belief a confidential mediation affidavit, in the form attached, for each such party identifying under oath the number of unique addresses in the United States, other than Virginia, that party is aware of containing alleged Chinese drywall for which the party may have alleged responsibility. This affidavit will be kept in strict confidence by the Mediator; shall not be discoverable by any other parties; and will be used solely for the purpose of facilitating discussions regarding global settlement issues. The affidavit shall provide all of the information on the attached form. To the extent that any builder, supplier, or installer to which this Order would otherwise apply is no longer in business or cannot be found, each insurer for that installer, supplier, or builder shall provide this affidavit regarding its insured to the best of the insurance carrier's knowledge, information and belief.

- 2 -

Each party shall submit the affidavit by email (balhoff@pabmb.com) and facsimile (225/767-7967) to the Mediator by January 12, 2012.

New Orleans, Louisiana, this <u>15th</u> day of <u>December</u>, 2011.

*Eldon E. Fallon*
_____
UNITED STATES DISTRICT JUDGE