UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL      MDL No.    2047
PRODUCTS LIABILITY LITIGATION     Section L

This Document Relates to     JUDGE FALLON
ALL CASES     MAG. JUDGE WILKINSON

## CONFIDENTIAL MEDIATION AFFIDAVIT

Pursuant to this Court's Order, I provide this Affidavit verifying the following:

Name of Entity Providing Affidavit:_____

Address of Entity:_____

Person Providing Affidavit:_____

Position With Entity of Person Providing Affidavit:_____

Type of Entity (check one):

| | | | |
|---|---|---|---|
| _____ | Installer | _____ | Insurer for an Installer |
| _____ | Builder | _____ | Insurer for a Builder |
| _____ | Supplier | _____ | Insurer for a Supplier |

If the entity providing this Affidavit is an insurer, provide the name of the insured at issue:
_____

Total number of unique addresses (in a condominium or apartment complex, each unit is considered a unique address) of Chinese drywall-containing properties in the United States, other than Virginia, that this entity, or its insured if the entity is an insurer, is alleged to have or may have responsibility for, based upon this entity's best knowledge, information and belief is:
_____

Describe the basis on which you calculated this number (for example, in determining the total number of unique addresses, did you consider the number of units for which you have been sued, for which you have inspected and found CDW, or for which you have received complaints, etc):
_____
_____
_____

How many of these addresses have you either remediated or agreed to participate in the remediation of the property:_____

- 2 -

Provide the following information regarding all primary and excess CGL and Pollution Liability insurance policies held by this entity, or its insured if the entity is an insurer, for the period from installation of the alleged Chinese drywall, if known, or July 1, 2005, if not known, through December 31, 2009:

| Insurer | Policy No. | Dates |
|---------|------------|-------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Provide name, address, phone number and email address for point of contact for any communications with the Mediator:_____
_____

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Affidavit is true and correct to the best of my knowledge, and that I have supplied all of the information requested in this declaration, to the extent that such information is in this entity's business records or in its possession, custody or control.

Entity Submitted for:

_____

Date:_____

By:_____

Print Name:_____

Its:_____