UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

As announced by the Court at the December 15, 2011, monthly status conference, IT IS ORDERED that the hearing on the Plaintiffs' Omnibus Motion for Preliminary Default Judgment (R. Doc. 11234) and the Errata thereto (R. Doc. 11773), is CONTINUED to the next monthly status conference on January 26, 2012, at 9:00 a.m. central standard time.  Defendants who are remain subject to the Motion are to cure any deficiencies and/or submit responses in opposition by January 19, 2012, or risk the entry of preliminary default.

New Orleans, Louisiana this 15th day of December, 2011.

_____
U.S. District Judge