UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT W. BLOCK, III, ET AL. | ) | CIVIL ACTION NO. 11-cv-1363 |
| | ) | |
| VERSUS | ) | SECTION L |
| | ) | |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL. | ) ) ) | |

### ORDER

Considering the foregoing Motion for Extension of Time to Plead;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that defendant, M. Carbine Restorations, Ltd.'s Motion is DENIED as moot. Counsel is directed to consult the Court's pretrial orders for information on responsive deadlines in the MDL litigation.

New Orleans, Louisiana this 15th day of December 2011.

_____
JUDGE, UNITED STATES DISTRICT COURT