IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Block, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-1363, Sect. L MAG 2 | * * | |

*********************************************

### ORDER ON DEFENDANT, CHRISTOPHER DUET'S EX-PARTE MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS

Upon consideration of Defendant, CHRISTOPHER DUET's Ex-Parte Motion for Enlargement of Time to Submit Installer Profile Forms, it is hereby ORDERED that Defendant's Ex Parte Motion is GRANTED. Defendant shall have up to and including January 6, 2012, to submit his Installer Profile Forms.

New Orleans, Louisiana this  15th  day of   December  , 2011.

_____
HONORABLE ELDON E. FALLON
UNITED STATE DISTRICT JUDGE