Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0578

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--James Drywal LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Orleans )

Name of Server: Dwayne M. Jeanjacques, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 21 day of September, 20 11, at 2:40 o'clock P M

Place of Service: at 6817 Rugby Court, in New Orleans, LA 70126

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**James Drywal LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Laurel Spinner

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   ___, 20 11

Signature of Server   Notary Public   (Commission Expires)

**APS International, Ltd.**