UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

   Considering Star Homes, LLC's motions for extension of time to answer (R. Docs. 11296, 11812), IT IS ORDERED that these motions are DENIED AS MOOT. Counsel is directed to consult the Court's pretrial orders for information on deadlines for responsive pleadings.

   New Orleans, Louisiana this 15th day of December, 2011.

   _____
   U.S. District Judge