Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0126

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--K. Hovnanian Windward Homes, LLC, c/o NRAI Services, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

Name of Server: James A Blol, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 27 day of June, 20 11, at 10 40 o'clock AM

Place of Service: at 515 E. Park Avenue, in Tallahassee, FL 32301

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**K. Hovnanian Windward Homes, LLC, c/o NRAI Services, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Michelle Holden - process clerk

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color B/N ; Facial Hair ___
Approx. Age 35 ; Approx. Height 5'8 ; Approx. Weight 135

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

6-27-11
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 27 day of June, 20 11

Notary Public     (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019