Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0392

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Karr Drywall, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **5th** day of **July**, 20 **11**, at **12:15** o'clock **P** M

Place of Service: at **3550 Work Drive, Ste B-9**, in Fort Myers, FL  33916

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Karr Drywall, Inc**

Person Served, and Method of Service: By delivering them into the hands of an office **manager** whose name and title is: **Gloria Vasquez, Office Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **tan** ; Hair Color **Black** ; Facial Hair _____
Approx. Age **60** ; Approx. Height **5'0"** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **#157154**

Subscribed and sworn to before me this **13th** day of **July**, 20 **11**

Notary Public    **10/22/11** (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

**APS International, Ltd.**

3270