Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0090

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L&W Supply Corporation, d/b/a Seacoast Supply Company
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** ROBERT DELACY, JR, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24 day of JUNE, 20 11, at 2:00 o'clock P M

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Omnibus Class Action Complaint IX;Exhibits

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
L&W Supply Corporation, d/b/a Seacoast Supply Company
By delivering them into the hands of an officer or managing agent whose name and title is: SCOTT LASCALA, OPERATIONS MANAGER

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BR ; Facial Hair
Approx. Age 35 ; Approx. Height 6' ; Approx. Weight 230 LBS

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 24 day of June, 20 11

Notary Public (Commission Expires)

GIOVANNA MELLO
MY COMMISSION EXPIRES
JULY 9, 2012
NOTARY PUBLIC
STATE OF DELAWARE