Laura Haya, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0526

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--La Suprema Enterprises
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )

**Name of Server:** _Carlos Ayuirre_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8th_ day of _July_ , 20 _11_ , at _1:40_ o'clock _P_ M

**Place of Service:** at _20900 NE 30th Avenue, Ste. 600_ , in _Aventura, FL  33180_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**La Suprema Enterprises**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Steve Bimston R.A._

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Grey_ ; Facial Hair _____
Approx. Age _45_ ; Approx. Height _5'11_ ; Approx. Weight _175_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _8_ day of _July_ , 20 _11_

_____
Signature of Server

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013