IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED            MDL NO.: 2047
DRYWALL PRODUCTS LIGTATION

                                                     SECTION: L

_____

**THIS DOCUMENT RELATES TO:**
Abreu, et al v. Gebrueder Knauf                JUDGE FALLON
Verwaltungsgesellschaft, KG et al            MAG. JUDGE WILKINSON

Case No. 11-252-EEF-JCW
_____/

## NOTICE OF APPEARANCE

The law firm of Malka & Kravitz, P.A., by and through the undersigned counsel, hereby enters its appearance on behalf of Defendant J.M.G. Drywall, Inc., in this matter, and requests that counsel and the Court henceforth serve all pleadings and papers on the undersigned.

Dated: December 14, 2011

                                        Respectfully submitted,

                                        MALKA & KRAVITZ, P.A.
                                        1300 Sawgrass Corporate Pkwy, Suite 100
                                        Sunrise, Florida 33323

                                        Tel: 954-514-0984    Fax: 954-514-0985

                              By:     /s/ *Ian T. Kravitz*_____
                                                IAN T. KRAVITZ, ESQ.
                                                Florida Bar No. 628441
                                                ian@mkpalaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing will be electronically filed with the Clerk of the Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 14th day of December, 2011.

      By:    /s/ *Ian T. Kravitz*_____
                IAN T. KRAVITZ, ESQ.
                Florida Bar No. 628441