UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | MDL NO. 2047 |
| | * | |
| IN RE: CHINSESE MANUFACTURED | * | SECTION L |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE  FALLON |
| | * | MAGISTRATE WILKINSON |
| | * | |
| | * | APPLIES TO: |
| | * | 10-361:*Wiltz v. Beijing New Building* |
| | * | 09-7628: *Payton v. Knaup Gips* |
| | | 10-932: *Amato v. Liberty Mutual* |

ORDER TO ENROLL ADDITIONAL COUNSEL

**O R D E R**

Considering the foregoing Motion;

**IT IS ORDERED** that GRYPHON CONSTRUCTION, LLC's Motion to Enroll Additional counsel is granted and that Frank J. Sioli, Marlin K. Green, Mark L. Clark and Matthew L. Stedman of the law firm Brown Sims, P.C. be enrolled as additional counsel of record for Defendant, GRYPHON CONSTRUCTION, L.L.C.

Signed, this  15th , day of December  2011, New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**