UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| Robert W. Block, III, et al | * * | |
| v. | * * | |
| Gebrueder Knauf Verwaltungsgesellschaft, et al | * * * | |

Civil Action No. 11-1363
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OBJECTION TO PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT AND ERRATA**

NOW INTO COURT, through undersigned counsel and reserving all rights concerning this Court's jurisdiction over it, comes defendant, JSK Construction, Inc. ("JSK Construction") for the purpose of filing this objection to the Plaintiffs' Steering Committee's Omnibus Motion for Preliminary Default Judgment and subsequent Errata filed in connection with same.

In their Omnibus Motion for Preliminary Default Judgment, the Plaintiffs' Steering Committee ("PSC") argues that several hundred defendants, including JSK Construction, have failed to make an appearance in the pending multi district litigation. In particular, the PSC has alleged that JSK Construction has failed to appear in the *Block* class action, which is civil action number 11-1363.

The motion for preliminary judgment, as it pertains to JSK Construction, should be denied as JSK Construction was never served with the *Block* Complaint. Further, the record is

1

devoid of any Affidavit of Service evidencing service of JSK Construction in the *Block* class action.

In sum, no preliminary default judgment should be entered against JSK Construction as there is no evidence of proper service of the *Block* Omnibus Class Action Complaint.

WHEREFORE, defendant JSK Construction, respectfully requests that Plaintiffs' Omnibus Motion for Preliminary Default Judgment and Errata be denied as to this defendant or in the alternative that this defendant be afforded thirty (30) days in which to file appropriate responsive pleadings and other and further relief as such justice requires.

    Respectfully submitted,

    s/ Glenn B. Adams
    GLENN B. ADAMS (2316)
    DENIA S. AIYEGBUSI (31549)
    Porteous, Hainkel & Johnson, L.L.P.
    704 Carondelet Street
    New Orleans, LA  70130
    Telephone:  (504) 581-3838
    Email: gadams@phjlaw.com
    Email: daiyegbusi@phjlaw.com
    *Attorneys for JSK Construction*

**CERTIFICATE OF SERVICE**

I hereby certify that JSK Construction, Inc.'s above and foregoing Objection to the Plaintiffs' Steering Committee's Omnibus Motion for Preliminary Default and Errata has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of December, 2011.

                                  s/ Glenn B. Adams
                                  GLENN B. ADAMS
                                  DENIA S. AIYEGBUSI

303/323.0009