UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD AND CAROL BENOIT, ET AL )
                                                       ) Civil Action No: 11-1893 Section L
              Plaintiff. )
v. )
    )
LAFARGE S.A., ET AL )
    )
              Defendant. )
_____)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Barry G. Roderman, Esq., of the firm Barry G. Roderman & Associates, P.A. hereby enters his appearance for Defendant 5 Star Builders Inc. Of W.P.B.

Further pleadings should be served upon:

Barry G. Roderman, Esq.
Barry G. Roderman & Associates P.A.
One East Broward Blvd. Suite 700
Ft. Lauderdale, FL 33301
(954)761-8810 Phone
(954)761-9911 Fax
bgr@barryroderman.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided by US Mail on this 16th day of November, 2011 to: Russ M. Herman, Esq., Herman Herman Katz and Cotlar, 820 O'Keefe Avenue, New Orleans, LA 70113.

                                                       /s/_____
                                                       Barry G. Roderman, Esq.
                                                       Barry G. Roderman & Associates
                                                       One East Broward Blvd. Suite 700
                                                       Ft. Lauderdale, FL 33301
                                                       (954)761-8810 Phone
                                                       (954)761-9911 Fax
                                                       Florida Bar No: 105637