## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: ALL CASES AND | MDL No. 2047 |
| | SECTION: L |
| *Payton, et al. v. Knauf Gips, KG, et al.* Case No. 2:09-cv-07628 (E.D. La.) | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Case No. 2:10-cv-00361 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips, KG, et al.* Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et al. v. Knauf Gips, KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) | |
| *Amato, et al. v. Liberty Mutual Ins. Co., et al.* Case No. 2:10-cv-00932 (E.D. La.) | |
| *Hernandez, et al. v. AAA Insurance, et al.* Case No. 2:10-cv-03070 (E.D. La.) | |
| *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Case No. 2:11-cv-00080 (E.D. La.) | |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,, et al.* Case No. 2:11-cv-002528 (E.D. La.) | |
| *Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,, et al.* Case No. 2:11-cv-01077 (E.D. La.) | |
| *Vickers, et al. v. Knauf Gips, KG, et al.* Case No. 2:09-cv-04117 (E.D. La.) | |

## ORDER ADJOURNING THE FORMAL FAIRNESS HEARING
## AND EXTENDING THE OPT-OUT/OBJECTION PERIOD

It is hereby **ORDERED, ADJUDGED AND DECREED** that:

The Court's Preliminary Approval Order dated August 11, 2011 [Rec. Doc. 10064], preliminarily approving the Amended Stipulation and Agreement of Settlement dated August 8, 2011 (the "Banner Settlement"), is further amended in order to adjourn the formal Fairness Hearing and extend the Opt-Out/Objection Period as follows:

1. The last day of the Opt-Out/Objection Period is extended from January 18, 2012 until February 17, 2012. Any class member wishing to opt out of or object to the Banner Settlement must notify Plaintiffs' Lead Counsel, Arnold Levin (Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106), counsel for all Banner entities except Banner PSL, Michael A. Sexton (Weinberg Wheeler Hudgins Gunn & Dial, LLC, 3344 Peachtree Road, NE, Suite 2400, Atlanta, GA 30326), counsel for all Banner entities, Michael P. Peterson (Peterson & Espino, P.A., 10631 S.W. 88th Street, Suite 220, Miami, FL 33186), and Co-Class Counsel, Dorothy H. Wimberly (Stone, Pigman, Walther, Wittmann, LLC, 546 Carondelet Street, New Orleans, LA 70130), in writing, postmarked no later than February 17, 2012, in compliance with the relevant provisions of the Banner Settlement.

2. Any class member who has already objected to or opted out from the Banner Settlement may withdraw or modify said objection or opt-out notice prior to the end of the Opt-Out/Objection Period (*i.e.,* prior to February 17, 2012) by notifying in writing Plaintiffs' Lead Counsel, Arnold Levin (Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106), counsel for all Banner entities except Banner PSL, Michael A. Sexton (Weinberg Wheeler Hudgins Gunn & Dial, LLC, 3344 Peachtree Road, NE, Suite 2400, Atlanta,

GA 30326), counsel for all Banner entities, Michael P. Peterson (Peterson & Espino, P.A., 10631 S.W. 88th Street, Suite 220, Miami, FL 33186), and Co-Class Counsel, Dorothy H. Wimberly (Stone, Pigman, Walther, Wittmann, LLC, 546 Carondelet Street, New Orleans, LA 70130) of their intention to withdraw or modify their objection or opt-out notice.  Arnold Levin, Michael A. Sexton, Michael P. Peterson, and Dorothy H. Wimberly shall be obliged to file any opt-out notices or objections with the Court no later than February 28, 2012.

     3.     The Parties shall jointly move for final approval of the Settlement and final certification of the Class, in compliance with the relevant provisions of the Banner Settlement, no later than thirty (30) days before the formal Fairness Hearing.

     4.     The formal Fairness Hearing is adjourned until a date to be set forth in a later order of the Court.

     5.     In addition to setting the Opt-Out/Objection Period and scheduling the formal Fairness Hearing, the Preliminary Approval Order appointed an Allocation Committee to make a written recommendation to the Court as to: (i) a fair and equitable plan of allocation of the Settlement Funds; and (ii) the evidence that Class Members will need to provide as part of their Proof of Claim to submit a valid claim, and directed the Allocation Committee to publish their written recommendation on the Court's website by no later than November 17, 2011.  The deadline for the Allocation Committee to submit their written recommendation and publish it on the Court's website is further extended from December 16, 2011 until January 17, 2012 (thirty days before close of the opt-out period).

6. Notice of this Order, the adjournment of the formal Fairness Hearing, the extension of the Opt-Out/Objection Period, and the extension of the deadline for the Allocation Committee to publish their written recommendation on the Court's website shall be posted on the Court's Chinese Drywall MDL website. Additionally, Class Counsel shall request that Notice of this Order, the adjournment of the formal Fairness Hearing, the extension of the Opt-Out/Objection Period, and the extension of the deadline for the Allocation Committee to make a written recommendation to the Court be posted on the CPSC website and the Florida Department of Health website.

**NEW ORLEANS, LOUISIANA,** this  16th  day of      December   , 2011.

_____
ELDON E. FALLON
United States District Court Judge