UNITED STATES DISTRICT COURT
for
Eastern District of Louisiana

Dorothy Arndt, et al

        Plaintiff

v.

Bebrueder Knauf Verwalungsgesellschaft, KG, et al

        Defendant

Civil Action No. 11-2349 Section L

## AMENDED VERIFIED MOTION TO DISMISS BY DEFENDANT ARIF PARUPIA, AN INDIVIDUAL DEFENDANT, BASED UPON IMPROPER PARTY AND IMPROPER VENUE PURSUANT TO RULE 12(b)(1),(2),(3) AND (6)

COMES NOW, an Individual Defendant, ARIF PARUPIA, pro se, and in response to the Complaint for Class Action and would hereby file this Motion to Dismiss pursuant to Rule 12(b)(1),(2),(3) and (6) and would state as follows:

1. That the Defendant, ARIF PARUPIA, as an individual Defendant, is a resident of the State of Florida in St. Lucie County.

2. That the Defendant, ARIF PARUPIA hereby asserts this Motion to Dismiss pursuant to Rule 12(b) as a defense to the Plaintiff's complaint in that the Plaintiff lacks :

    a. subject matter jurisdiction

    b. personal jurisdiction

    c. improper venue

    d.    failure to state a claim on which relief can be granted.

3. That the alleged subject matter is a commercial plaza located at 1605 Port St. Lucie Blvd., Port St. Lucie, Florida 34952. (See attached page 1 of 30 Exhibit "A" reflecting the wrong address it is 1629 Port St. Lucie Blvd. of Plaintiff's Complaint)

4. That this plaza was owned by a corporation known as Adams Place, LLC (See copy of enclosed State of Florida Public Records reflecting an active corporation, Adams Place, LLC Exhibit "B") in which the Defendant, ARIF PARUPIA, is the managing member.

5. That Conway Center, LLC purchased this center from Adams Place, LLC. on or about July 31, 2008. (Said copy of the Deed is enclosed herewith as Exhibit "C.")

6. That the Defendant, ARIF PARUPIA, has no business connections, personal ties, and/or contacts whatsoever with the State of Louisiana.

7. That the Defendant, ARIF PARUPIA, has never resided during his entire life in the State of Louisiana.

8.. That the subject matter of these allegations against the Defendant, ARIF PARUPIA, is all located in Port St. Lucie, Florida.

9. That the Defendant, ARIF PARUPIA, has never had personal ownership interest in the subject property, nor was he the contractor who performed either the drywall subcontracting and/or building of the commercial building.

10. That the limited liability company, Adams Place, LLC contracted with Pat's Construction, LLC for the construction of the subject plaza and a final contractor's

final payment affidavit was signed by the contractor of record on August 24, 2007. (Attached herewith as Exhibit "D.")

11. That the subject property was built by Pat S. Construction, LLC, as shown by Exhibit "E1-E4."

12. That the Defendant, ARIF PARUPIA, has never been a builder or a licensed general contractor or subcontractor for any trade, including drywall; however, the Plaintiff's complaint page 1 of 15 lists me as a builder which is inaccurate (See Exhibit "F").

WHEREFORE, the Defendant, ARIF PARUPIA, based upon the foregoing facts and circumstances requests this Honorable Court to enter an Order hereby dismissing ARIF PARUPIA as an individual party defendant as there is a lack of subject matter jurisdiction, a lack of personal jurisdiction, improper venue, and failure to state a claim on which relief can be granted, pursuant to Rule 12(b)(1)(2)(3)and (6) as there is no factual basis whatsoever with which to personally obligate me as an individual given all of the allegations alleged in the class action complaint as pled.

## VERIFICATION

I, ARIF PARUPIA, being first duly sworn in accordance with law, do hereby depose and state that I have read the foregoing Verified Motion to Dismiss pursuant to Rule 12(b), and that it is true and correct to the best of my knowledge and information.

_____
ARIF PARUPIA

**STATE OF FLORIDA**

**COUNTY OF ST. LUCIE**

BEFORE ME, the undersigned authority, personally appeared ARIF PARUPIA, personally known to me or who produced _____ as identification, and who, after being duly sworn, stated under oath that he signed the foregoing document on behalf of Defendant, and it is true and correct to the best of his knowledge and information.

SWORN TO AND SUBSCRIBED before me this 14th day of December 2011.

_____
Notary Public, State of Florida

DANIELLE PERFETTO
Notary Public, State of Florida
Commission# DD773163
My comm. expires March 27, 2012

March 27, 2012
My Commission Expires:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was provided by United States Mail to Russ M. Hermann, Esquire, Leonard A. Davis, Esquire, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113 this 14th day of December 2011.

Respectfully submitted:

_____
ARIF PARUPIA, Defendant
10850 Kimberfyld Lane
Port St. Lucie, Florida 34986
772-370-7573