**UNITED STATES DISTRICT COURT**
for
**Eastern District of Louisiana**

Dorothy Arndt, et al

Plaintiff

Civil Action No. 11-2349 Section L

v.

Bebrueder Knauf Verwalungsgesellschaft, KG, et al

Defendant

## ORDER ON DEFENDANT ARIF PARUPIA'S AMENDED VERIFIED MOTION TO DISMISS PURSUANT TO RULE 12(b)

THIS MATTER coming on to be heard by this Court on Defendant, ARIF PARUPIA'S Motion to Dismiss Pursuant to Rule 12(b)(1)(2)(3) and (6), the Court finds and determines:

1. That such a forum would be an inconvenient forum for the Defendant.

2. That the Plaintiff's complaint lists on the Exhibit of Defendant's page 1 not as corporation or legal entity but as an individual, however the State of Corporation is listed as Florida and not as an individual which is not consistent with the pleadings as alleged and would fail to state a claim on which relief could be granted.

Page 1 of 2

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant's Motion is hereby granted.

_____
Federal Judge

cc: Arif Parupia
Russ M. Hermann, Esquire