*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 1. | Arndt, Dorothy | 118 N.W. Lawton Road Port St. Lucie, FL 34986 | | Allison Grant, P.A. | | | |
| 2. | Bill Daly Insurance Agency | 10235 W. Sample Road #203 Coral Springs, FL 33065 | 471 N.W. Prima Vista Blvd. Port St. Lucie, FL 34986 | Allison Grant, P.A. | Hawkeye Construction (61) | | |
| 3. | Bruno, Gerald, Jr. | 114 N.W. Lawton Road Port St. Lucie, FL 34986 | | Allison Grant, P.A. | | | |
| 4. | Conway Centre, LLC | c/o White Company 1600 S. Brentwood #770 St. Louis, MO 63144 | 1525 Port St. Lucie Blvd. Port St. Lucie, FL 34952 | Allison Grant, P.A. | Arif Parupia (9) | | |
| 5. | Errington, Nicole | 4553 Bradbury Port St. Lucie, FL 34953 | | Allison Grant, P.A. | Louran Builders, Inc. (78) | | |
| 6. | Goodman, Roy and Claudia | 9440 Eden Manor Parkland, FL 33076 | | Allison Grant, P.A. | | | |
| 7. | Hollander, Michael | 5697 S.W. 103 Avenue Cooper City, FL 33328 | | Allison Grant, P.A. | | F. Vicino and Company, Inc. (47) | |
| 8. | Mangiapane, Russ and Michelle | 32673 Lone Pine Drive Westland, MI 48185 | 2116 N. San Mateo Drive North Port, FL 34288 | Allison Grant, P.A. | Gulfstream Development Group, LLC (60) | | |
| 9. | Mardan 1 LLC | 3177 S.W. Solitare Palm Drive Palm City, FL 34990 | 905 Willoughby Trace Stuart, FL 34997 911 Willoughby Trace Stuart, FL 34997 | Allison Grant, P.A. | | TTT Enterprises, Inc. (115) | |
| 10. | Rodriguez, Duviel and Ingrid | 1949 SW Iadaho Lane Port St. Lucie, FL 34953 | 2182 S.W. Algiers Street Port St. Lucie, FL 34953 | Allison Grant, P.A. | | Farthing Motorsports Enterprises, Inc. d/b/a Star Drywall Inc. (48) | |
| 11. | Rothstein, Mark and Lillian | 116 N.W. Lawton Road Port St. Lucie, FL 34986 | | Allison Grant, P.A. | | | |

# Florida Department of State
## Division of Corporations



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

Entity Name Search    Submit

No Events    No Name History

## Detail by Entity Name

### Florida Limited Liability Company

ADAM'S PLACE, LLC

### Filing Information

Document Number L04000014755
FEI/EIN Number 300232174
Date Filed 02/13/2004
State FL
Status ACTIVE

### Principal Address

10850 KIMBERFYLD LANE
PORT ST LUCIE FL 34986

### Mailing Address

10850 KIMBERFYLD LANE
PORT ST LUCIE FL 34986

### Registered Agent Name & Address

PARUPIA, ARIF
10850 KIMBERFYLD LANE
PORT ST LUCIE FL 34986 US

### Manager/Member Detail

**Name & Address**

Title MGRM

PARUPIA, ARIF
10850 KIMBERFYLD LANE
PORT ST LUCIE FL 34986

### Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2009 | 04/10/2009 |
| 2010 | 04/09/2010 |
| 2011 | 03/25/2011 |

### Document Images

03/25/2011 -- ANNUAL REPORT    View image in PDF format
04/09/2010 -- ANNUAL REPORT    View image in PDF format
04/10/2009 -- ANNUAL REPORT    View image in PDF format



EDWIN M. FRY, Jr., CLERK OF THE CIRCUIT COURT - ST. LUCIE COUNTY
FILE # 3241168  OR BOOK 3002  PAGE 1570, Recorded 08/06/2008 at 01:23 PM
Doc Tax: $15750.00

Exhibit "A"

# Warranty Deed

**This Indenture,** made, July 31, 2008 A.D.
Between
Adam's Place, LLC, a Florida limited liability company whose post office address is: 10850 Kimberfyld Lane, Port St. Lucie, Florida 34986, Grantor and
Conway Centre, LLC, a Missouri limited liability company whose post office address is: 1600 S. Brentwood Blvd., Suite 770, St. Louis, MO 63144, Grantee,

**Witnesseth,** that the said Grantor, for and in consideration of the sum of Ten and No/100 Dollars ($10.00), to it in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee forever, the following described land, situate, lying and being in the County of St. Lucie, State of Florida, to wit:

Lots 19, 20, 21, 22, 23, 24 and 25, Block 80, SOUTH PORT ST. LUCIE UNIT FIVE, as per Plat thereof, recorded in Plat Book 14, Pages 12, 12A to 12G of the Public Records of ST. LUCIE COUNTY, Florida.

Subject to taxes for the current year, covenants, restrictions and easements of record, if any.

Parcel Identification Number: 3422-525-0793-000/2

**And** the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**In Witness Whereof,** the said Grantor has caused this instrument to be executed in its name by its duly authorized officer and caused its corporate seal to be affixed the day and year first above written.

Adam's Place, LLC, a Florida limited liability company

**Signed and Sealed in Our Presence:**

By: _____
Arif Parupia
Its Managing Member

Witness: Cindy Lou Wilhoite
Witness Print Name: Cindy Lou Wilhoite

Witness: Roxanne M. Huldeen
Witness Print Name: Roxanne M. Huldeen

State of   Florida
County of  St. Lucie

The foregoing instrument was acknowledged before me this 31st day of July, 2008, by Arif Parupia, the Managing Member of Adam's Place, LLC, a Florida limited liability company who is personally known to me or has produced _____ as identification.

_____ (Seal)
Notary Public
Notary Printed Name: _____
My Commission Expires::


CINDY LOU WILHOITE
MY COMMISSION # DD432071
EXPIRES: July 02, 2009
FL Notary Discount Assoc. Co.

Prepared by and Return to:
Cindy Lou Wilhoite, an employee of
Landtech Title Services, Inc.,
1609 SE Port St. Lucie Blvd.
Port St. Lucie, Florida 34952

File Number: LT0806-012

```
11/04/11                 Building Department of Port St. Lucie, FL                    Page    2
12:33:21           Inspection History for Permit: 0523462     Permit Type: MS
                Location: 1605-SH SE PORT ST LUCIE BLVD
                Contractor: PAT'S CONSTRUCTION LLC
        Result
Type    I/R Ordered  Inspector Inspected Fee Due Notes
```

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | PARTIAL ELES PASSED ON 9/15/05 BY 217, HAND TICKET. |
|  |  |  |  |  |  |  | 09/15/2005 08:21:27  Added By: Mmoore  Notes: PARTIAL ELES, ISSUED HAND TICKET. |
|  |  |  |  |  |  |  | 09/14/2005 10:23:02  Added By: Mmoore  Notes: partial elect slab |
|  |  |  |  |  |  |  | Insp. Note: |
| ELES | S | I | 03/26/06 | 217 | 03/27/06 | 0.00 | Insp. Note: |
| ELES | P | I | 03/26/06 | 217 | 03/27/06 | 0.00 | Insp. Note: |
| FINL | C | I | 07/27/06 | Kmendo | 07/27/06 | 0.00 | Insp. Note: |
| FINL | P | I | 07/27/06 | 241 | 07/27/06 | 0.00 | 07/27/2006 09:11:10  Added By: Kmendoza Notes: hand ticket given out for AM inspection per Chuck T Insp. Note: |
| FIRA | V | I | 04/13/06 | Ddavis | 04/13/06 | 0.00 | Insp. Note: |
| FIRE | P | I | 03/23/06 | 251 | 03/28/06 | 0.00 | Insp. Note: |
| FIRM | P | I | 07/24/06 | 911 | 07/24/06 | 0.00 | Insp. Note: |
| FIRP | P | I | 06/25/06 | 251 | 06/26/06 | 0.00 | Insp. Note: |
| FOOT | F | I | 10/13/05 | 221 | 10/14/05 | 0.00 | Insp. Note: |
| FOOT | S | R | 10/27/05 | 245 | 10/28/05 | 0.00 | Insp. Note: |
| FOOT | P | R | 01/16/06 | 245 | 01/17/06 | 0.00 | 11/04/2005 11:14:10  Added By: Mmoore  Notes: FOOTER PASSED ON 11/3/05 BY 208, UNABLE TO PUT IN RESULTS BECAUSE PLUR IS NOT FINALIZED. 11/02/2005 15:58:42  Added By: Cwilliams Notes: HANDTICKET ISSUED FOR FOOTER INSPECTION FOR 11/3/05 Insp. Note: |
| FRAM | P | I | 03/23/06 | 251 | 03/28/06 | 0.00 | Insp. Note: |
| LATH | F | I | 01/20/06 | 245 | 01/23/06 | 0.00 | partial  only Insp. Note: |
| LATH | P | R | 01/30/06 | 245 | 01/30/06 | 0.00 | Insp. Note: |
| METR | P | I | 06/15/06 | 257 | 06/16/06 | 0.00 | 06/26/2006 11:46:38  Added By: Mmoore  Notes: Emailed FPL for meter. 06/23/2006 08:25:56  Added By: Mmoore  Notes: Emailed FPL for meter. Insp. Note: |
| OPRO | P | I | 07/05/06 | 200 | 07/05/06 | 0.00 | Insp. Note: |

```
11/04/11                Building Department of Port St. Lucie, FL                        Page    3
12:33:21         Inspection History for Permit: 0523462      Permit Type: MS
              Location: 1605-SH SE PORT ST LUCIE BLVD
              Contractor: PAT'S CONSTRUCTION LLC
        Result
Type      I/R  Ordered    Inspector  Inspected   Fee Due  Notes
------------------------------------------------------------------------------------------------
PFRA   P  I    06/25/06   251        06/26/06    0.00  Insp. Note:
PLUF   F  I    06/29/06   249        06/30/06    0.00  not ready
                                                       Insp. Note:
PLUF   P  R    07/05/06   249        07/06/06    0.00  UNIT 12 NEEDS H C BOWL
                                                       Insp. Note:
PLUR   S  I    09/15/05   238        09/16/05    0.00  partial 9/16/05; see plans as marked

                                                       retest pvc water test as marked on plans
                                                       need correct asbuilts for shell drawings
                                                       Insp. Note:
PLUR   S  I    09/26/05   238        09/27/05    0.00  see prints
                                                       Insp. Note:
PLUR   F  I    09/28/05   238        09/29/05    0.00  still low pvc water tenant #8
                                                       Insp. Note:
PLUR   F  R    09/29/05   238        09/30/05    0.00  tenant #8 low pvc water test
                                                       Insp. Note:
PLUR   F  R    10/02/05   238        10/03/05    0.00  still low pvc water level on tenant #8 R-3
                                                       fee
                                                       Insp. Note:
PLUR   S  R    10/03/05   238        10/04/05    0.00  tenant #8 pvc water test
                                                       Insp. Note:
PLUR   F  I    01/20/06   238        01/23/06    0.00  use directional fittings in vacuum lines,
                                                       sweeps and 45's.
                                                       Insp. Note:
PLUR   F  R    01/24/06   238        01/25/06    0.00  not ready
                                                       Insp. Note:
PLUR   C  R    01/30/06   238        01/31/06    0.00  signed off 10/28/05 #245
                                                       Insp. Note:
PLUR   P  I    02/01/06   238        02/01/06    0.00  Insp. Note:
PLUT   F  I    03/23/06   238        03/24/06    0.00  not ready
                                                       installation and plans at rough don't match
                                                       plans and installation at rough.
                                                       Insp. Note:
PLUT   S  R    03/24/06   238        03/27/06    0.00  need corrected as-builts for #1 tenant space
                                                       for water cooler, #12 tenant grease lines.
                                                       MSK-1 sinks not all installed per plans,
                                                       fixture detail calls for 3" waste line and
                                                       traps not 2". as-builts pending since rough.
                                                       Insp. Note:
```

G3

```
11/04/11              Building Department of Port St. Lucie, FL                    Page    4
12:33:21         Inspection History for Permit: 0523462      Permit Type: MS
                Location: 1605-SH SE PORT ST LUCIE BLVD
              Contractor: PAT'S CONSTRUCTION LLC
        Result
Type    I/R  Ordered   Inspector  Inspected  Fee Due  Notes
```

| Type | Result | I/R | Ordered | Inspector | Inspected | Fee Due | Notes |
|---|---|---|---|---|---|---|---|
| PLUT | P | I | 04/14/06 | 238 | 04/17/06 | 0.00 | Insp. Note: |
| ROOF | C | I | 03/22/06 | WEB | 03/22/06 | 0.00 | Insp. Note: |
| ROOF | P | I | 03/22/06 | 251 | 03/23/06 | 0.00 | Insp. Note: |
| ROSH | F | I | 11/25/05 | 208 | 11/28/05 | 0.00 | Insp. Note: |
| ROSH | P | R | 12/01/05 | 208 | 12/02/05 | 0.00 | Insp. Note: |
| SEWR | P | I | 07/20/06 | 200 | 07/20/06 | 0.00 | 07/20/2006 15:55:40  Added By: Mmoore  Notes: Approved per Revised Engr Ltr dated 7/14/06 for SEWR from Joseph T. Friscia Lic #31443. 07/10/2006 14:00:30  Added By: Mmoore  Notes: Rejected Engr Ltr from Joseph T. Friscia per Doug. Needs correct address, type in permit #, correct description of work performed, field report attached is in correct). Contacted Pete 370-7573 with info. 07/10/2006 07:32:00  Added By: Mmoore  Notes: Received Engr Ltr dated 7/6/06 for SEWR from Joseph T. Friscia Lic #31443. Gave letter to Doug for approval. Insp. Note: |
| SLAB | C | I | 03/23/06 | 252 | 03/24/06 | 0.00 | Insp. Note: |
| SLAB | P | I | 03/23/06 | 251 | 03/24/06 | 0.00 | Insp. Note: |
| TERM | P | I | 06/22/06 | 200 | 06/22/06 | 0.00 | Insp. Note: |
| TIEB | S | I | 11/08/05 | 221 | 11/09/05 | 0.00 | 01/24/2006 08:23:46  Added By: Mmoore  Notes: TIEB passed on 11/9/05 by 221. Insp. Note: |
| TIEB | P | I | 01/24/06 | 245 | 01/24/06 | 0.00 | 01/24/2006 08:24:10  Added By: Mmoore  Notes: TIEB passed on 11/9/05 by 221. Issued hand ticket for TIEB on PRIV WALL. Insp. Note: |
| UTIL | P | I | 08/05/06 | 600 | 08/05/06 | 0.00 | Insp. Note: |
| WNDR | F | I | 02/27/06 | 208 | 02/28/06 | 0.00 | Insp. Note: |
| WNDR | C | R | 03/23/06 | 252 | 03/24/06 | 0.00 | Insp. Note: |
| WNDR | P | I | 03/23/06 | 251 | 03/24/06 | 0.00 | Insp. Note: |

G4

DOROTHY ARNDT, ET AL. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.

EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII)

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 1. | 616, L.L.C. | Builder | 508 S.W. 6th Avenue<br>Fort Lauderdale, FL 33315 | Florida | Mitch Taylor, CPA<br>1251 South Federal Highway, Suite 110<br>Boca Raton, FL 33432 |
| 2. | 84 Lumber Company | Distributor | c/o Corporate Tax Office<br>1019 Route 519<br>Eighty Four, PA 15330-2813 | Pennsylvania | David J. Morgan, Attorney<br>BUCHANAN INGERSOLL & ROONEY PC<br>One Oxford Centre, 20th Floor<br>Pittsburgh, PA 15219 |
| 3. | Aced Interior Drywall, Inc. | Installer | 2204 NE 25 Terrace<br>Cape Coral, FL 33909 | Florida | Larry Harrington<br>2204 NE 25 Terrace<br>Cape Coral, FL 33909 |
| 4. | Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. | Builder | 11796 - C Metro Parkway<br>Ft. Myers, FL 33966 | Florida | Steven Magner<br>11796 - C Metro Parkway<br>Ft. Myers, FL 33966 |
| 5. | A1 Brothers, Inc. | Installer | 2512 SW 22nd Place<br>Cape Coral, FL 33914 | Florida | Alan R. Jostes<br>919 S. Charlotte St.<br>Lombard, IL 60148 |
| 6. | Ameritek Homes Co. f/k/a Dulcie and Company, Inc. | Builder | 1880 SW Millikin Avenue<br>Port Saint Lucie, FL 34953 | Florida | Andrew Dulcie<br>1880 SW Millikin Avenue<br>Port Saint Lucie, FL 34953 |
| 7. | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware | Distributor/Supplier | 19750 North 3rd Street<br>Citronelle, AL 36522 | Alabama | Bruce S. Andrews<br>19750 North 3rd Street<br>Citronelle, AL 36522 |
| 8. | Aranda Homes, Inc. | Builder | 1310 SW 4th Terrace<br>Cape Coral, FL 33991 | Florida | 3201 SW 4th Lane<br>Cape Coral, FL 33991 |
| 9. | Arif Parupia | Builder | 10850 Kimberfyld Ln.<br>Port St. Lucie, FL 34986 | Florida | 10850 Kimberfyld Ln.<br>Port St. Lucie, FL 34986 |