Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XII) and their corresponding defendants

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant – Should not be the same as the builder defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 1. | Arndt, Dorothy | 118 N.W. Lawton Road, Port St. Lucie, FL 34986 | | Allison Grant, P.A. | | | |
| 2. | Bill Daly Insurance Agency | 10235 W. Sample Road #203, Coral Springs, FL 33065 | 471 N.W. Prima Vista Blvd. Port St. Lucie, FL 34986 | Allison Grant, P.A. | Hawkeye Construction (62) | | |
| 3. | Bruno, Gerald, Jr. | 114 N.W. Lawton Road, Port St. Lucie, FL 34986 | | Allison Grant, P.A. | | | |
| 4. | Conway Centre, LLC | c/o White Company, 1600 S. Brentwood #770, St. Louis, MO 63144 | 1526 Port St. Lucie Blvd. Port St. Lucie, FL 34952 | Allison Grant, P.A. | Arif Parupia (9) | | |
| 5. | Errington, Nicole | 4553 Bradbury, Port St. Lucie, FL 34953 | | Allison Grant, P.A. | Louran Builders, Inc. (78) | | |
| 6. | Goodman, Roy and Claudia | 9440 Eden Manor, Parkland, FL 33076 | | Allison Grant, P.A. | | | |
| 7. | Hollander, Michael | 5697 S.W. 103 Avenue, Cooper City, FL 33328 | | Allison Grant, P.A. | | F. Vicino and Company, Inc. (47) | |
| 8. | Mangiapane, Russ and Michelle | 32673 Lone Pine Drive, Westland, MI 48185 | 2116 N. San Mateo Drive, North Port, FL 34288 | Allison Grant, P.A. | Gulfstream Development Group, LLC (60) | | |
| 9. | Mardan 1 LLC | 3177 S.W. Solitare Palm Drive, Palm City, FL 34990 | 905 Willoughby Trace, Stuart, FL 34997; 911 Willoughby Trace, Stuart, FL 34997 | Allison Grant, P.A. | | TTT Enterprises, Inc. (115) | |
| 10. | Rodriguez, Duviel and Ingrid | 1949 SW Iadaho Lane, Port St. Lucie, FL 34953 | 2182 S.W. Algiers Street, Port St. Lucie, FL 34953 | Allison Grant, P.A. | | Farthing Motorsports Enterprises, Inc. d/b/a Star Drywall Inc. (48) | |
| 11. | Rohstein, Mark and Lillian | 116 N.W. Lawton Road, Port St. Lucie, FL 34986 | | Allison Grant, P.A. | | | |

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

Home | Contact Us | E-Filing Services | Document Searches | Forms | Help

Previous on List | Next on List | Return To List

Entity Name Search [Submit]

No Events | No Name History

## Detail by Entity Name

### Florida Limited Liability Company
ADAM'S PLACE, LLC

### Filing Information
Document Number L04000014755
FEI/EIN Number 300232174
Date Filed 02/13/2004
State FL
Status ACTIVE

### Principal Address
10850 KIMBERFYLD LANE
PORT ST LUCIE FL 34986

### Mailing Address
10850 KIMBERFYLD LANE
PORT ST LUCIE FL 34986

### Registered Agent Name & Address
PARUPIA, ARIF
10850 KIMBERFYLD LANE
PORT ST LUCIE FL 34986 US

### Manager/Member Detail
Name & Address

Title MGRM

PARUPIA, ARIF
10850 KIMBERFYLD LANE
PORT ST LUCIE FL 34986

### Annual Reports
Report Year  Filed Date
2009         04/10/2009
2010         04/09/2010
2011         03/25/2011

### Document Images

03/25/2011 -- ANNUAL REPORT    [View image in PDF format]
04/09/2010 -- ANNUAL REPORT    [View image in PDF format]
04/10/2009 -- ANNUAL REPORT    [View image in PDF format]



# Warranty Deed

**This Indenture,** made, July 31, 2008 A.D.
**Between**
**Adam's Place, LLC, a Florida limited liability company** whose post office address is: 10850 Kimberfyld Lane, Port St. Lucie, Florida 34986, Grantor and **Conway Centre, LLC, a Missouri limited liability company** whose post office address is: 1600 S. Brentwood Blvd., Suite 770, St. Louis, MO 63144, Grantee.

**Witnesseth,** that the said Grantor, for and in consideration of the sum of Ten and No/100 Dollars ($10.00), to it in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee forever, the following described land, situate, lying and being in the County of St. Lucie, State of Florida, to wit:

Lots 19, 20, 21, 22, 23, 24 and 25, Block 80, SOUTH PORT ST. LUCIE UNIT FIVE, as per Plat thereof, recorded in Plat Book 14, Pages 12, 12A to 12G of the Public Records of ST. LUCIE COUNTY, Florida.

Subject to taxes for the current year, covenants, restrictions and easements of record, if any.

Parcel Identification Number: 3422-525-0793-000/2

**And** the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**In Witness Whereof,** the said Grantor has caused this instrument to be executed in its name by its duly authorized officer and caused its corporate seal to be affixed the day and year first above written.

Adam's Place, LLC, a Florida limited liability company

*Signed and Sealed in Our Presence:*

By: _____
Arif Parupia
Its Managing Member

Witness Print Name: Cindy Lou Wilhoite

Witness Print Name: Roxanne M. Huldeen

State of Florida
County of St. Lucie

The foregoing instrument was acknowledged before me this 31st day of July, 2008, by Arif Parupia, the Managing Member of Adam's Place, LLC, a Florida limited liability company who is personally known to me or has produced _____ as identification.

_____ (Seal)
Notary Public
Notary Printed Name: _____
My Commission Expires::

CINDY LOU WILHOITE
MY COMMISSION # DD432071
EXPIRES: July 02, 2009
FL Notary Discount Assoc. Co.

Prepared by and Return to:
Cindy Lou Wilhoite, an employee of
Landtech Title Services, Inc.,
1609 SE Port St. Lucie Blvd.
Port St. Lucie, Florida 34952

File Number: LT0806-012

# CONTRACTOR'S FINAL PAYMENT AFFIDAVIT

STATE OF FLORIDA
COUNTY OF MARTIN

Before me, the undersigned authority, personally appeared Joyce Rogolino, who, after being first duly sworn, deposes and says of her own personal knowledge, the following:

1. She is the Managing Member of Pat's Construction, LLC., which does business in the State of Florida, hereinafter referred to as the "Contractor."

2. Contractor, pursuant to a contract with Adam's Place, LLC, hereinafter referred to as the "Owner," has furnished or caused to be furnished labor, materials, and services for the construction of certain improvements to real property as more particularly set forth in said contract.

3. This affidavit is executed by the Contractor in accordance with section 713.06 of the Florida Statutes for the purposes of obtaining final payment from the Owner in the amount of $10,000.00.

4. All work to be performed under the contract has been fully completed, and all lienors under the direct contract have been paid in full.

Signed, sealed, and delivered on this 21 day of August, 2007.

Pat's Construction, LLC.

By Joyce Rogolino
Managing Member

Sworn to before me on this 21 day of August, 2007, by Joyce Rogolino, who is personally known to me or has produced FL OLR245 734 28620 as identification.



Notary Public - State of Florida

_____
[Print, type or stamp commissioned name of notary]


___  Personally known
 ✓   Produced identification
     Type of identification produced _____



EDWIN M. FRY, Jr., CLERK OF THE CIRCUIT COURT - SAINT LUCIE COUNTY
FILE # 2604986  OR BOOK 2218  PAGE 646, Recorded 04/19/2005 at 10:01 AM

Exhibit "B"

# NOTICE OF COMMENCEMENT

Parcel ID No._____

Loan Number: 5224533512

This Notice of Commencement is filed in connection with mortgage filed in O.R. Book_____, page_____, Public Records of_____ County, Florida.

STATE OF FLORIDA
COUNTY OF ST. LUCIE

RETURN TO:
LANDTECH TITLE COURTHOUSE
BOX ___12___

The undersigned hereby give notice that improvements will be made to certain real property, and in accordance with Chapter 713, Florida Statutes, the following information is stated in this Notice of Commencement.

1. Description of Property:

   LOTS 19 20, 21, 22, 23, 24, AND 25, BLOCK 80, SOUTH PORT ST LUCIE UNIT 5, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 14, PAGE 12, 12A THROUGH 12G OF THE PUBLIC RECORDS OF ST LUCIE COUNTY, FLORIDA.

2. General description of improvements:    Subject property and all improvements

3. Owner:    Name:    ADAM'S PLACE, LLC
             Address: 439 SE Port St Lucie Blvd #109
                      PORT ST LUCIE, FL 34987

             Fee Simple Ownership

4. Contractor:  Name:            PAT'S CONSTRUCTION
                Phone Number:
                Address:

5. Surety:      N/A

6. Lender:      HARBOR FEDERAL SAVINGS BANK
                P.O. Box 249
                Fort Pierce, FL 34954
                Phone Number: 772-460-7207 or 1-800-226-4375, ext 1624

7. Persons within the State of Florida designated by Owner upon whom notices or other documents may be served as provided by Section 713.13(1)(a)7, Florida Statutes: N/

8. In addition to himself, Owner designates, HARBOR FEDERAL SAVINGS BANK, Attn: Construction Department, P.O. Box 249, Fort Pierce, Florida 34954, to receive a copy of the Lienor's Notice as provided in Section 713.13(1)(b), Florida statutes.

9. Expiration date of Notice of Commencement: 1 year from the date of recording of this instrument.

Owner _____ ARIF PARUPIA, MANAGING MEMBER

Owner _____

STATE OF FLORIDA
COUNTY OF Parupia

SWORN TO AND SUBSCRIBED before me this 23rd day of March 2005 by Arif Parupia who is personally known to me or who has produced _____ as identification and did/did not take an oath.

Notary Public - State OF Florida
My Commission Expires:

CYNTHIA BUNTEN
MY COMMISSION # DD 305641
EXPIRES: May 7, 2008
Bonded Thru Notary Public Underwriters

3/2/04 - XD1309

LT 0303-092    E1

```
11/04/11              Building Department of Port St. Lucie, FL              Page    2
12:33:21         Inspection History for Permit: 0523462    Permit Type: MS
              Location: 1605-SH SE PORT ST LUCIE BLVD
              Contractor: PAT'S CONSTRUCTION LLC
         Result
Type     I/R  Ordered   Inspector Inspected  Fee Due  Notes
```

| Type | Result I/R | Ordered | Inspector | Inspected | Fee Due | Notes |
|---|---|---|---|---|---|---|
| | | | | | | PARTIAL ELES PASSED ON 9/15/05 BY 217, HAND TICKET. |
| | | | | | | 09/15/2005 08:21:27  Added By: Mmoore  Notes: PARTIAL ELES, ISSUED HAND TICKET. |
| | | | | | | 09/14/2005 10:23:02  Added By: Mmoore  Notes: partial elect slab |
| | | | | | | Insp. Note: |
| ELES | S I | 03/26/06 | 217 | 03/27/06 | 0.00 | Insp. Note: |
| ELES | P I | 03/26/06 | 217 | 03/27/06 | 0.00 | Insp. Note: |
| FINL | C I | 07/27/06 | Kmendo | 07/27/06 | 0.00 | Insp. Note: |
| FINL | P I | 07/27/06 | 241 | 07/27/06 | 0.00 | 07/27/2006 09:11:10  Added By: Kmendoza  Notes: hand ticket given out for AM inspection per Chuck T |
| | | | | | | Insp. Note: |
| FIRA | V I | 04/13/06 | Ddavis | 04/13/06 | 0.00 | Insp. Note: |
| FIRE | P I | 03/23/06 | 251 | 03/28/06 | 0.00 | Insp. Note: |
| FIRM | P I | 07/24/06 | 911 | 07/24/06 | 0.00 | Insp. Note: |
| FIRP | P I | 06/25/06 | 251 | 06/26/06 | 0.00 | Insp. Note: |
| FOOT | F I | 10/13/05 | 221 | 10/14/05 | 0.00 | Insp. Note: |
| FOOT | S R | 10/27/05 | 245 | 10/28/05 | 0.00 | Insp. Note: |
| FOOT | P R | 01/16/06 | 245 | 01/17/06 | 0.00 | 11/04/2005 11:14:10  Added By: Mmoore  Notes: FOOTER PASSED ON 11/3/05 BY 208, UNABLE TO PUT IN RESULTS BECAUSE PLUR IS NOT FINALIZED. 11/02/2005 15:58:42  Added By: Cwilliams  Notes: HANDTICKET ISSUED FOR FOOTER INSPECTION FOR 11/3/05 |
| | | | | | | Insp. Note: |
| FRAM | P I | 03/23/06 | 251 | 03/28/06 | 0.00 | Insp. Note: |
| LATH | F I | 01/20/06 | 245 | 01/23/06 | 0.00 | partial only |
| | | | | | | Insp. Note: |
| LATH | P R | 01/30/06 | 245 | 01/30/06 | 0.00 | Insp. Note: |
| METR | P I | 06/15/06 | 257 | 06/16/06 | 0.00 | 06/26/2006 11:46:38  Added By: Mmoore  Notes: Emailed FPL for meter. 06/23/2006 08:25:56  Added By: Mmoore  Notes: Emailed FPL for meter. |
| | | | | | | Insp. Note: |
| OPRO | P I | 07/05/06 | 200 | 07/05/06 | 0.00 | Insp. Note: |

```
11/04/11                  Building Department of Port St. Lucie, FL                    Page     3
12:33:21            Inspection History for Permit: 0523462      Permit Type: MS
              Location: 1605-SH SE PORT ST LUCIE BLVD
              Contractor: PAT'S CONSTRUCTION LLC
         Result
Type     I/R  Ordered   Inspector Inspected Fee Due Notes
---------------------------------------------------------------------------------------------
PFRA  P  I   06/25/06   251       06/26/06       0.00 Insp. Note:

PLUF  F  I   06/29/06   249       06/30/06       0.00 not ready
                                                      Insp. Note:

PLUF  P  R   07/05/06   249       07/06/06       0.00 UNIT 12 NEEDS H C BOWL
                                                      Insp. Note:

PLUR  S  I   09/15/05   238       09/16/05       0.00 partial 9/16/05; see plans as marked

                                                      retest pvc water test as marked on plans
                                                      need correct asbuilts for shell drawings
                                                      Insp. Note:

PLUR  S  I   09/26/05   238       09/27/05       0.00 see prints
                                                      Insp. Note:

PLUR  F  I   09/28/05   238       09/29/05       0.00 still low pvc water tenant #8
                                                      Insp. Note:

PLUR  F  R   09/29/05   238       09/30/05       0.00 tenant #8 low pvc water test
                                                      Insp. Note:

PLUR  F  R   10/02/05   238       10/03/05       0.00 still low pvc water level on tenant #8 R-3
                                                      fee
                                                      Insp. Note:

PLUR  S  R   10/03/05   238       10/04/05       0.00 tenant #8 pvc water test
                                                      Insp. Note:

PLUR  F  I   01/20/06   238       01/23/06       0.00 use directional fittings in vacuum lines,
                                                      sweeps and 45's.
                                                      Insp. Note:

PLUR  F  R   01/24/06   238       01/25/06       0.00 not ready
                                                      Insp. Note:

PLUR  C  R   01/30/06   238       01/31/06       0.00 signed off 10/28/05 #245
                                                      Insp. Note:

PLUR  P  I   02/01/06   238       02/01/06       0.00 Insp. Note:

PLUT  F  I   03/23/06   238       03/24/06       0.00 not ready
                                                      installation and plans at rough don't match
                                                      plans and installation at rough.
                                                      Insp. Note:

PLUT  S  R   03/24/06   238       03/27/06       0.00 need corrected as-builts for #1 tenant space
                                                      for water cooler, #12 tenant grease lines.
                                                      MSK-1 sinks not all installed per plans,
                                                      fixture detail calls for 3" waste line and
                                                      traps not 2". as-builts pending since rough.
                                                      Insp. Note:
```

T3

```
11/04/11              Building Department of Port St. Lucie, FL              Page    4
12:33:21        Inspection History for Permit: 0523462    Permit Type: MS
           Location: 1605-SH SE PORT ST LUCIE BLVD
           Contractor: PAT'S CONSTRUCTION LLC
        Result
Type    I/R  Ordered   Inspector  Inspected  Fee Due  Notes
─────────────────────────────────────────────────────────────────────────────────
PLUT    P  I  04/14/06   238      04/17/06    0.00  Insp. Note:
ROOF    C  I  03/22/06   WEB      03/22/06    0.00  Insp. Note:
ROOF    P  I  03/22/06   251      03/23/06    0.00  Insp. Note:
ROSH    F  I  11/25/05   208      11/28/05    0.00  Insp. Note:
ROSH    P  R  12/01/05   208      12/02/05    0.00  Insp. Note:
SEWR    P  I  07/20/06   200      07/20/06    0.00  07/20/2006 15:55:40  Added By: Mmoore  Notes:
                                                      Approved per Revised Engr Ltr dated 7/14/06
                                                      for SEWR from Joseph T. Friscia Lic #31443.
                                                      07/10/2006 14:00:30  Added By: Mmoore  Notes:
                                                      Rejected Engr Ltr from Joseph T. Friscia per
                                                      Doug.  Needs correct address, type in permit
                                                      #, correct description of work performed,
                                                      field report attached is in correct).
                                                      Contacted Pete 370-7573 with info.
                                                      07/10/2006 07:32:00  Added By: Mmoore  Notes:
                                                      Received Engr Ltr dated 7/6/06 for SEWR from
                                                      Joseph T. Friscia Lic #31443.  Gave letter to
                                                      Doug for approval.
                                                      Insp. Note:
SLAB    C  I  03/23/06   252      03/24/06    0.00  Insp. Note:
SLAB    P  I  03/23/06   251      03/24/06    0.00  Insp. Note:
TERM    P  I  06/22/06   200      06/22/06    0.00  Insp. Note:
TIEB    S  I  11/08/05   221      11/09/05    0.00  01/24/2006 08:23:46  Added By: Mmoore  Notes:
                                                      TIEB passed on 11/9/05 by 221.
                                                      Insp. Note:
TIEB    P  I  01/24/06   245      01/24/06    0.00  01/24/2006 08:24:10  Added By: Mmoore  Notes:
                                                      TIEB passed on 11/9/05 by 221.  Issued hand
                                                      ticket for TIEB on PRIV WALL.
                                                      Insp. Note:
UTIL    P  I  08/05/06   600      08/05/06    0.00  Insp. Note:
WNDR    F  I  02/27/06   208      02/28/06    0.00  Insp. Note:
WNDR    C  R  03/23/06   252      03/24/06    0.00  Insp. Note:
WNDR    P  I  03/23/06   251      03/24/06    0.00  Insp. Note:
```

DOROTHY ARNDT, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.

EXHIBIT "B" – ADDITIONAL DEFENDANTS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XII)

| | DEFENDANT | TYPE OF DEFENDANT | PRINCIPAL PLACE OF BUSINESS | STATE OF INCORPORATION | ADDRESS FOR SERVICE |
|---|---|---|---|---|---|
| 1. | 616, L.L.C. | Builder | 508 S.W. 6th Avenue Fort Lauderdale, FL 33315 | Florida | Mitch Taylor, CPA 1251 South Federal Highway, Suite 110 Boca Raton, FL 33432 |
| 2. | 84 Lumber Company | Distributor | c/o Corporate Tax Office 1019 Route 519 Eighty Four, PA 15330-2813 | Pennsylvania | David J. Morgan, Attorney BUCHANAN INGERSOLL & ROONEY PC One Oxford Centre, 20th Floor Pittsburgh, PA 15219 |
| 3. | Aced Interior Drywall, Inc. | Installer | 2204 NE 25 Terrace Cape Coral, FL 33909 | Florida | Larry Harrington 2204 NE 25 Terrace Cape Coral, FL 33909 |
| 4. | Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. | Builder | 11796 - C Metro Parkway Ft. Myers, FL 33966 | Florida | Steven Magner 11796 - C Metro Parkway Ft. Myers, FL 33966 |
| 5. | Al Brothers, Inc. | Installer | 2512 SW 22nd Place Cape Coral, FL 33914 | Florida | Alan R. Jostes 919 S. Charlotte St. Lombard, IL 60148 |
| 6. | Ameritek Homes Co. f/k/a Dulcie and Company, Inc. | Builder | 1880 SW Millikin Avenue Port Saint Lucie, FL 34953 | Florida | Andrew Dulcie 1880 SW Millikin Avenue Port Saint Lucie, FL 34953 |
| 7. | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware | Distributor/ Supplier | 19750 North 3rd Street Citronelle, AL 36522 | Alabama | Bruce S. Andrews 19750 North 3rd Street Citronelle, AL 36522 |
| 8. | Aranda Homes, Inc. | Builder | 1310 SW 4th Terrace Cape Coral, FL 33991 | Florida | 3201 SW 4th Lane Cape Coral, FL 33991 |
| 9. | Arif Parupia | Builder | 10850 Kimberfyld Ln. Port St. Lucie, FL 34986 | Florida | 10850 Kimberfyld Ln. Port St. Lucie, FL 34986 |