UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL | * MDL No. 09-2047 |
| PRODUCTS LIABILITY LITIGATION | * |
| | * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * |
| | * MAGISTRATE WILKINSON |
| **Docket # 09-07628** | * |
| Payton, et al. v. Knauf Gips, KG, et al. | * |
| **Docket # 10-00932** | * |
| Amato, et al. v. Liberty Mutual, et al. | * |
| **Docket # 10-03070** | * |
| Hernandez, et al. v. AAA Insurance, et al. | * |
| **Docket # 10-00362** | * |
| Rogers, et al. v. Knauf Gips KG, et al. | * |
| **Docket # 11-01363** | * |
| Block, et al. v. Gebrueder Knauf | * |
| Verwaltungsgesellschaft, KG, et al. | * |

_____

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel filed by Acadian Builders & Contractors, L.L.C.,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for Acadian Builders & Contractors, L.L.C. in the above-referenced Complaint(s).

Signed in _____, Louisiana, this ____day of _____ 2011.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA