Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0394

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Legend Custom Builders, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 11th day of July, 20 11, at 11:30 o'clock A M

**Place of Service:** at Forrester, Hart Belisle & Whitaker, PL, in Fort Myers, FL 33907
1429 Colonial Blvd, Ste 201

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Legend Custom Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of a Receptionist whose name and title is: Dee Schullian, Receptionist at Forrester, Hart, Belisle & Whitaker PL

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Grey ; Facial Hair ___
Approx. Age 70 ; Approx. Height 5'8" ; Approx. Weight 110 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #157154

Subscribed and sworn to before me this 18th day of July, 20 11

Traci DeSalvo  10/22/11
Notary Public   (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc.

3278