Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0212

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Little's Construction of Central Florida, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Polk_ )
**Name of Server:** _Michael Mosely_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28th_ day of _June_, 20 _11_, at _10_ o'clock _A_ M

**Place of Service:** at _1316 Arrowhead Court_, in _Auburndale, FL  33823_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Little's Construction of Central Florida, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Michael Littles as Registered Agent_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Red_ ; Facial Hair ____
Approx. Age _43_ ; Approx. Height _6'_ ; Approx. Weight _220_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Michl E. Mosy_
Signature of Server
_Michael E. Mosely #608_
**APS International, Ltd.**

Subscribed and sworn to before me this _28th_ day of _June_, 20 _11_

_Becky S. Gaston_
Notary Public          (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Becky S. Gaston
Commission # DD775794
Expires:  MAY 31, 2012
BONDED THRU ATLANTIC BONDING CO., INC.