Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0211

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Little's Construction of Central Florida, Inc.
Court Case No. 11-1077 Section L

State of: Florida ) ss.
County of: Polk )

**Name of Server:** Michael Mosely, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28th day of June, 20 11, at 10 o'clock A M

**Place of Service:** at 1316 Arrowhead Court, in Auburndale, FL 33823

**Documents Served:** the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Little's Construction of Central Florida, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Michael Littles as Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Red; Facial Hair ______
Approx. Age 43; Approx. Height 6'; Approx. Weight 220

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Server
Michael E Mosely #608
APS International, Ltd.

Subscribed and sworn to before me this 28th day of June, 20 11
[signature]
Notary Public (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Becky S. Gaston
Commission # DD775794
Expires: MAY 31, 2012
BONDED THRU ATLANTIC BONDING CO., INC.