Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0091

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lowe's Home Centers, Inc., c/o Corporation Service Company
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **North Carolina** ) ss.
County of: **Johnston** )

**Name of Server:** **Jennifer McKenzie**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27** day of **June**, 20 **11**, at **10:15** o'clock **A** M

**Place of Service:** at **327 Hillsborough Street**, in **Raleigh, NC 27603**

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lowe's Home Centers, Inc., c/o Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Heather Hughes, Authorized Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **brown**; Facial Hair **no**
Approx. Age **39**; Approx. Height **5'6"**; Approx. Weight **250**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **28** day of **June**, 20 **11**
*[signature]* Edwin McCracken 10-22-2011
Notary Public        (Commission Expires)

*[Notary Seal: EDWIN McCRACKEN, NOTARY PUBLIC, WAKE COUNTY, N.C.]*