Laura Haya, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0309

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--LTL Construction, Inc.
Court Case No. 11-1077 Section L

---

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500

Philadelphia, PA 19106-3697

---

State of: **Florida** ) ss.

County of: **Hillsborough** )

**Name of Server:** **Lydia Velez**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **5th** day of **July**, 20 **11**, at **6:30** o'clock **P** M

**Place of Service:** at **4400 Helena Street NE**, in **Saint Petersburg, FL 33703**

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**LTL Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **William Pugh Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **m**; Skin Color **white**; Hair Color **Brown**; Facial Hair _____
Approx. Age **50**; Approx. Height **6' 0"**; Approx. Weight **200**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_ 7/12/11

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **12th** day of _____, 20 **11**

_signature_

Notary Public (Commission Expires) **3/2/13**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters