Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0312

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Malphus and Sons
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

**Name of Server:** **Sean Segel**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **5** day of **July**, 20 **11**, at **7:28** o'clock **P** M

**Place of Service:** at **17705 Crystal Cove Place**, in **Lutz, FL 33549**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Malphus and Sons**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Wilbert Malphus - President**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **Black** ; Hair Color **Black** ; ~~Facial Hair~~
Approx. Age **55** ; Approx. Height **5'8"** ; Approx. Weight **180 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **11** day of **July**, 20 **11**

Notary Public      (Commission Expires)

**APS International, Ltd.**

JAMIE SNYDER
Commission # DD069851?
Expires 7/24/2011
Bonded through