Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0174

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Manuel Development Corporation
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk** )

Name of Server: **Brian Nath**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **30th** day of **June**, 20 **11**, at **1:07** o'clock **P** M

Place of Service: at **412 Oakmears Crescent, Suite 101**, in **Virginia Beach, VA 23462**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Manuel Development Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Gary Arsenault, P.C., Registered agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **50-55** ; Approx. Height **5'10"** ; Approx. Weight **20 lbs.**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **30th** day of **June**, 20 **11**

Notary Public     4-30-2014
                  (Commission Expires)

APS International, Ltd.

