Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0205

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Medallion Homes Gulf Coast, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Manatee__ )
Name of Server: __Maryellen Janney__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __28th__ day of __June__, 20 __11__, at __12:55__ o'clock __P__ M

Place of Service: at __2212 58th Avenue E__, in __Bradenton, FL  34203__

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Medallion Homes Gulf Coast, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Margo Haleman, Office Manager & Authorized to Accept__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Brown__ ; Facial Hair __—__
Approx. Age __58__ ; Approx. Height __5'9"__ ; Approx. Weight __170__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Maryellen Janney #0099__
Signature of Server

Subscribed and sworn to before me this __28th__ day of __June__, 20 __11__

__Shelly Huffman__
Notary Public   (Commission Expires)

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

**APS International, Ltd.**

63985