Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0590

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Morales Carpentry
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Louisiana ) ss.
County of: St. Bernard )

Name of Server: Dwayne M. Jeanjacques, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 21 day of September, 20 11, at 3:45 o'clock P M

Place of Service: at 4925 Delacrouix Hwy., in St. Bernard, LA  70085

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Morales Carpentry**
By delivering them into the hands of an officer or managing agent whose name and title is: Daniel Morales

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 22 day of _____, 20 11

Notary Public   (Commission Expires)