Laura Haya, et. al., Plaintiff(s)
    vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0194

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
    --Next Level Group, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Virginia** ss.
County of: **City of Norfolk**
Name of Server: **William L. Sassee, Jr.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **30th** day of **June**, 20 **11**, at **10:48** o'clock **A** M

**Place of Service:** at **3345 Bridge Road, Suite 916**, in **Suffolk, VA 23435**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Next Level Group, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **James Backus, Registered agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Gray** ; Facial Hair **No**
Approx. Age **58** ; Approx. Height **6'** ; Approx. Weight **200 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **30th** day of **June**, 20 **11**

Notary Public    4-30-2014 (Commission Expires)

APS International, Ltd.

*[Notary Seal: Teena Marie Driskell, Notary Public, Reg. #268501, My Commission Expires Apr. 30, 2014, Commonwealth of Virginia]*