Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0193

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Next Level Group, LLC
Court Case No. 11-1077 Section L

State of: VIRGINIA ) ss.
County of: City of Norfolk )

**Name of Server:** William L. Sasse Jr., undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 30th day of June, 20 11, at 10:48 o'clock A M

**Place of Service:** at 3345 Bridge Road, Suite 916, in Suffolk, VA 23435

**Documents Served:** the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Next Level Group, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: James Backus, Registered agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Gray; Facial Hair No
Approx. Age 56; Approx. Height 6'; Approx. Weight 200 lbs.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Server

Subscribed and sworn to before me this 30th day of June, 20 11

[signature]
Notary Public

4-30-2014
(Commission Expires)

**APS International, Ltd.**