UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

THIS DOCUMENT RELATES TO: ROBERT W. BLOCK III, et al.
v.
GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, et al.

Case No. 11-1363

### AFFIDAVIT OF STEPHEN SPENCER IN SUPPORT OF DEFENDANT BGS & ASSOCIATES, INC.'s MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (X) FOR LACK OF PERSON JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)

BEFORE ME, the undersigned authority, on this day personally appeared **Stephen L. Spencer**, who being duly sworn, upon his oath deposed and stated as follows:

1. I am the President and founder of BGS & Associates, Inc. ("BGS"). I make this Affidavit of my own personal knowledge in support of BGS' Motion to Dismiss the Amended Class Action Complaint filed by Robert W. Block III as identified hereinabove as to defendant BGS for Lack of Personal Jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

2. I am over the age of 18 years. I am otherwise competent to testify as to the matters set forth below.

3. BGS is an S. Corporation organized and existing under the laws of the State of Alabama and has its principal, and only, place of business in Hoover, Alabama.

4.    BGS is a remodeler that contracts with third party vendors / subcontractors for the remodeling and renovating of single-family homes and light commercial buildings.

5.    BGS has never worked on a project or otherwise worked in the State of Louisiana, nor had any contracts or subcontracts to provide work, services, or goods with companies or persons located in Louisiana.

6.    BGS has never been licensed or registered to do business in Louisiana, nor has it ever sought to be licensed or registered to do business in Louisiana.

7.    BGS has never had any office or employees in Louisiana.

8.    BGS does not have an agent for service of process in Louisiana.

9.    BGS does not have and has never had any bank accounts in Louisiana.

10.   BGS does not own and has never owned any property in Louisiana.

11.   BGS does not solicit business in Louisiana and BGS has never transacted business in Louisiana.

12.   According to "Exhibit "B" (#40) of Plaintiffs' Omnibus Class Action Complaint (X), BGS was allegedly the contractor/installer for one (1) single-family residence at issue in this lawsuit.  The single-family residence at issue is located in Alabama.  Specifically, the residence is located in Hoover, Alabama.

13.   BGS never entered into any contracts or had any interaction with the Plaintiffs as to BGS, Delner Franklin Thomas and William Thomas, as indicated by "Exhibit A" (#621).

BGS built out a basement pursuant to a contract with the prior owners, Janice and Revish Windham. Such agreement was negotiated in Alabama and/or New York.

14. Additionally, BGS has never maintained a telephone line or number in Louisiana, never kept a business listing in Louisiana, and never kept a post office box or otherwise received mail in Louisiana.

15. BGS has never anticipated that it would be haled into court in Louisiana.

FURTHER AFFIANT SAYETH NOT.

Done this 7TH day of December, 2011.

Stephen L. Spencer

STATE OF ALABAMA      )
                      :
JEFFERSON COUNTY      )

Before me, a Notary Public in and for said County, in said State, personally appeared Stephen L. Spencer, whose name is signed to the foregoing Affidavit as President of BGS & Associates, Inc., and who is known to me and who, being by me first duly sworn and deposed, said that he/she has knowledge of the facts stated in the foregoing Affidavit, and that the said facts as therein stated are true and correct.

Sworn to and subscribed before me on this the 7 day of December, 2011.

NOTARY PUBLIC

My Commission Expires:

MY COMMISSION EXPIRES NOVEMBER 16, 2015