Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0190

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nicholas & Co. Construction
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __VIRGINIA__ ) ss.
County of: __City of Norfolk__

Name of Server: __Ryan Rodriguez__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __29th__ day of __June__, 20__11__, at __2:31__ o'clock __P__ M

Place of Service: at __1434 E. Oceanview Avenue, Unit 6__, in __Norfolk, VA 23503__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Nicholas & Co. Construction**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: __Nicholas Undergrift, Owner, Registered agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Gray__ ; Facial Hair __No__
Approx. Age __50-55__ ; Approx. Height __5'9"__ ; Approx. Weight __185 lbs.__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __29th__ day of __June__, 20__11__

_____   4-30-2014
Notary Public             (Commission Expires)

APS International, Ltd.

*TEENA MARIE DRISKELL*
NOTARY PUBLIC
REG. # 268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA