Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0189

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nicholas & Co. Construction
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **VIRGINIA**  ss.
County of: **City of Norfolk**
Name of Server: **Ryan Rodriguez**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29th** day of **June**, 20 **11**, at **2:31** o'clock **P** M

**Place of Service:** at **1434 E. Oceanview Avenue, Unit 6**, in **Norfolk, VA 23503**

**Documents Served:** the undersigned served the documents described as:
Summons and ~~Amended~~ Omnibus Class Action Complaint IX; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Nicholas & Co. Construction**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent, whose name and title is: **Nicholas Vandergrift, Registered agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Gray**; Facial Hair **No**
Approx. Age **50-55**; Approx. Height **5'9"**; Approx. Weight **185 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **29th** day of **June**, 20 **11**

4-30-2014

Notary Public     (Commission Expires)

APS International, Ltd.

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]