Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0138

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Northstar Homes, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Georgia ) ss.
County of: Gwinnett )

Name of Server: Tim Quinn, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5th day of July, 2011, at 2:15 o'clock P M

Place of Service: at 671 Main Street, Suite 200, in Suwannee, GA 30024

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Northstar Homes, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Beth Hilscher —Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BLD ; Facial Hair No
Approx. Age 40's ; Approx. Height 5-8 ; Approx. Weight 200

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

/s/ Timothy Quinn
Signature of Server

Subscribed and sworn to before me this 5th day of July, 2011

/s/ James F Estlund
Notary Public      (Commission Expires)

[Notary Seal: JAMES F ESTLUND, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, EXPIRES DEC. 30, 2011]

**APS International, Ltd.**