| | |
|---|---|
| Laura Haya, et. al., Plaintiff(s)<br>vs.<br>Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 111412-0137

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Northstar Homes, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Georgia__ ) ss.
County of: __Gwinnett__ )

**Name of Server:** __Tim Quinn__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __July__, 20__11__, at __2:15__ o'clock __P__ M

**Place of Service:** at  671 Main Street, Suite 200 , in  Suwannee, GA  30024

**Documents Served:** the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Northstar Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Beth Hilscher — Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __BLD__ ; Facial Hair __NO__
Approx. Age __40'__ ; Approx. Height __5-0__ ; Approx. Weight __200__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __5th__ day of __July__, 20__11__

_/s/ Timothy Quinn_
Signature of Server

_/s/_ Notary Public  (Commission Expires)

[Notary Seal: James F. Lund, Notary Public, Georgia, Gwinnett County, Expires Dec. 30, 2011]

**APS International, Ltd.**