Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0231

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--P.D.C. Drywall Contractors, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Martin__ )

Name of Server: __Amy M. Perron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __28__ day of __June__, 20 __11__, at __4:00__ o'clock __P__ M

Place of Service: at __601 Howard Creek Lane__, in __Stuart, FL 34994__

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**P.D.C. Drywall Contractors, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Peter Cuomo, Registered Agent & Director__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __—__
Approx. Age __45-50__ ; Approx. Height __5'10"__ ; Approx. Weight __250 lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Amy M. Perron__
Signature of Server

Subscribed and sworn to before me this __29__ day of __June__, 20 __11__

__BAP__   7-14-12
Notary Public   (Commission Expires)

APS International, Ltd.



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services