Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0182

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Porter-Blaine Corporation
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __VIRGINIA__ ) ss.
County of: __City of Norfolk__ )
Name of Server: __Brian Nath__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __1st__ day of __July__, 20 __11__, at __10:39__ o'clock __A__ M

Place of Service: at __301 Bendix Road, Suite 500, Convergence Center IV__, in __Virginia Beach, VA  23452__

Documents Served: the undersigned served the documents described as:
Summons;Plaintiffs' Amended Omnibus Class Action Complaint (IX);Exhibits.

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**The Porter-Blaine Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Richard E. Biemiller, RA__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __40-45__ ; Approx. Height __5'8"__ ; Approx. Weight __170 lbs__.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __1st__ day of __July__, 20__11__

4-30-2014

Notary Public    (Commission Expires)

APS International, Ltd.

