Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0181

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Porter-Blaine Corporation
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Virginia_ ) ss.
County of: _City of Norfolk_ )
Name of Server: _Brian Nath_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _1st_ day of _July_, 20 _11_, at _10:39_ o'clock _A_ M

Place of Service: at _301 Bendix Road, Suite 500, Convergence Center IV_, in _Virginia Beach, VA 23452_

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**The Porter-Blaine Corporation**
By delivering them into the hands of an officer or managing agent whose name and title is: _Richard E Biemiller, Registered agent_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _40-45_ ; Approx. Height _5'8"_ ; Approx. Weight _170 lbs._

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _1st_ day of _July_, 20 _11_
4-30-2014
Notary Public   (Commission Expires)

APS International, Ltd.

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]