Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0072

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
**--ProBuild Company, LLC, c/o CT Corporation System**
**Court Case No. 11-1077 Section L**

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Broward_ )

Name of Server: _Eric Deal_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _24_ day of _June_, 20 _11_, at _1:20_ o'clock _P_ M

Place of Service: at _1200 S. Pine Island Road_, in _Plantation, FL  33324_

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**ProBuild Company, LLC, c/o CT Corporation System**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _CT Corp, RA, for Contact - Donna Moch, Sr. Ops Mgr_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _45_ ; Approx. Height _5'6"_ ; Approx. Weight _145_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _24_ day of _____, 20 _11_

_____
Signature of Server

_____
Notary Public     (Commission Expires)

**APS International, Ltd.**