Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0484

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--ProBuild East, LLC
Court Case No. 11-1077 Section L

State of: **COLORADO** ) ss.
County of: **DENVER** )

Name of Server: **R T CANTRALL**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **1st** day of **July**, 20 **11**, at **2:08** o'clock **P** M

Place of Service: at **7595 Technology Way #500**, in **Denver, CO 80237**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**ProBuild East, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Jill Bedore, designee for ProBuild East LLC**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Blond** ; Facial Hair ___
Approx. Age **34** ; Approx. Height **5'9"** ; Approx. Weight **170**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_R T Cantrall_
Signature of Server

Subscribed and sworn to before me this **1st** day of **July**, 20 **11**

_Patsy Sherrick_
Notary Public       (Commission Expires)
**February 17th, 2014**

APS International, Ltd.

[Notary Seal: PATSY SHERRICK NOTARY PUBLIC STATE OF COLORADO]