Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0483

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --ProBuild East, LLC
Court Case No. 11-1077 Section L.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: COLORADO ) ss.
County of: DENVER )

**Name of Server:** R T CANTRALL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 1st day of July, 2011, at 2:08 o'clock PM

**Place of Service:** at 7595 Technology Way #500, in Denver, CO 80237

**Documents Served:** the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
ProBuild East, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Jill Bedore, designee for ProBuild East LLC

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blond ; Facial Hair ___
Approx. Age 30 ; Approx. Height 5'9" ; Approx. Weight 120

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

R T Cantrall
Signature of Server

Subscribed and sworn to before me this 1st day of July, 2011
Patsy Sherrick
Notary Public   (Commission Expires)
February 17th, 2014

APS International, Ltd.