La~~Haya~~, et al., Plaintiff(s)
vs.
Tai~~shan~~ Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al.,~~Defendant(s)~~



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0234

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Pukka Development, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Martin )

**Name of Server:** Amy M. Perron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 8 day of July, 20 11, at 10:30 o'clock A M

**Place of Service:** at 3003 SE St. Lucie Blvd., in Stuart, FL 34997

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Pukka Development, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: James Bryan - Vice President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black ; Facial Hair Little
Approx. Age 40-45 ; Approx. Height 5'8" ; Approx. Weight 140-150 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Amy M. Perron
Signature of Server

Subscribed and sworn to before me this 8 day of July, 2011

Notary Public
7-14-12
(Commission Expires)

APS International, Ltd.

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services