Laura Haya, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0270

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Quality Builders of North Florida, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Hamilton_ )

Name of Server: _James L. Silcox_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _8th_ day of _July_ , 20 _11_ , at _12:02_ o'clock _P_ M

Place of Service: at _3993_ ~~3595~~ NW 76 Lane , in **Jennings, FL 32053**

Documents Served: the undersigned served the documents described as:

**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Quality Builders of North Florida, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Lynette Wiser / Sister in Law to Paul Wiser / Pres._

Description of Person Receiving Documents: The person receiving documents is described as follows:

Sex _F_ ; Skin Color _Wht_ ; Hair Color _Grey_ ; Facial Hair _No_
Approx. Age _60_ ; Approx. Height _5'7_ ; Approx. Weight _160_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_James L. Silcox_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _11_ day of _July_ , 20 _11_

_Jo F. Anderson_
Notary Public     (Commission Expires)

NOTARY PUBLIC STATE OF FLORIDA
Jo F. Anderson
Commission #DD912570
Expires:  SEP. 18, 2013
BONDED THRU ATLANTIC BONDING CO., INC.