Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0404

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ramos Builders, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Lee_ )

Name of Server: _Barbara Gray_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _11th_ day of _July_ , 20 _11_ , at _7:42_ o'clock _P_ M

Place of Service: at _5358 Mayfair Court_ , in _Cape Coral, FL  33904_

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Ramos Builders, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Nancy F. Ramos, President/Registered Agent_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Blonde_ ; Facial Hair ___
Approx. Age _45-50_ ; Approx. Height _5'4"_ ; Approx. Weight _130_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barbara Gray_
Signature of Server  #15753

**APS International, Ltd.**

Subscribed and sworn to before me this _16th_ day of _July_ ,20 _11_
_Traci A. DeSalvo  10/22/11_
Notary Public      (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3292