Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0096

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Renola Equity Fund III, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: CALIFORNIA ) ss.
County of: SAN DIEGO )

**Name of Server:** JACK H. YOUNG, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25th day of June, 20 11, at 7:50 o'clock AM

**Place of Service:** at 2445 Alpine Blvd., in Alpine, CA 91901

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Omnibus Class Action Complaint IX;Exhibits

**Service of Process on:**
A true and correct copy of the aforesaid document(s) was served on:
Renola Equity Fund III, LLC

**Person Served, and Method of Service:**
By delivering them into the hands of an officer or managing agent whose name and title is: JEFF CASTELLAW, MANAGER, AUTHORIZED TO ACCEPT

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color Blk/Gray ; Facial Hair None
Approx. Age 58 ; Approx. Height 6' ; Approx. Weight 170 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 28th day of June, 20 11

Notary Public    (Commission Expires)

APS International, Ltd.

JAMES J. MAISANO
COMM. #1790050
NOTARY PUBLIC•CALIFORNIA
San Diego County
Comm. Expires Feb 13, 2012