Laura Haya, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin., Ltd, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0095

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Renola Equity Fund III, LLC
Court Case No. 11-1077 Section L

State of:   CALIFORNIA            ) ss.

County of:   SAN DIEGO            )

**Name of Server:**   JACK H. YOUNG            , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the  25th  day of  June            , 20 11 , at  7:50  o'clock   A M

**Place of Service:**   at   2445 Alpine Blvd.            , in   Alpine, CA 91901

**Documents Served:**   the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**Renola Equity Fund III, LLC**

**Person Served, and Method of Service:**   By delivering them into the hands of an officer or managing agent whose name and title is:   JEFF CASTELLAW, MANAGER, AUTHORIZED TO ACCEPT

**Description of Person Receiving Documents:**   The person receiving documents is described as follows:
Sex  M  ; Skin Color WHITE      ; Hair Color Blk/Gray  ; Facial Hair None
Approx. Age  58      ; Approx. Height  6'      ; Approx. Weight 170lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**   Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 28th day of JUNE            , 20  11

Notary Public            (Commission Expires)

JAMES J. MAISANO
COMM. #1790050
NOTARY PUBLIC•CALIFORNIA
San Diego County
Comm. Expires Feb 13, 2012