Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0184

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Residential Concepts, Ltd.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk** )
Name of Server: **BRIAN Noth**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8th** day of **July**, 20 **11**, at **4:25** o'clock **P** M

**Place of Service:** at 4525 South Boulevard, Suite 300, in Virginia Beach, VA 23452

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Residential Concepts, Ltd.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Robert E. Roloff, Registered agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Red**; Facial Hair **No**
Approx. Age **60**; Approx. Height **5'11"**; Approx. Weight **170 lbs.**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **8th** day of **July**, 20 **11**
**4-30-2014**
Notary Public      (Commission Expires)

APS International, Ltd.

