Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0645

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--RJL Drywall, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Donald Skipper II, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 12th day of October, 20 11, at 11:15 o'clock A M

Place of Service: at 8181 Bayshore Rd, in N. Fort Myers, FL 33917

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**RJL Drywall, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: Lawrence Fitch, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black/Gray; Facial Hair ___
Approx. Age 53 ; Approx. Height 6'0" ; Approx. Weight 205

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.
Signature of Server #57197

Subscribed and sworn to before me this 18th day of October, 20 11
Traci A. DeSalvo 10/22/11
Notary Public (Commission Expires)

**APS International, Ltd.**



TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

4695