Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0266

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Roche JR Construction, Inc., c/o All Florida Firm, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: VOLUSIA )

**Name of Server:** BILL PHELPS, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 1ST day of JULY, 2011, at 4:05 o'clock P M

**Place of Service:** at 557 NOREMAC DRIVE, in Deltona, FL 32738

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Roche JR Construction, Inc., c/o All Florida Firm, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: JAMISON JESSUP, JR. —SON OF REGISTERED AGENT, JAMISON JESSUP (*) MR. JESSUP NOW WORKS @ HIS RESIDENCE (*)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BLACK ; Facial Hair —
Approx. Age 17 ; Approx. Height 5'9" ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Bill Phelps
Signature of Server

Subscribed and sworn to before me this 5 day of July, 20 11

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**

CHRISTIN ERJAVEC
Commission # DD 933371
Expires October 15, 2013
Bonded Thru Troy Fain Insurance 800-385-7019