Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0241

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rogers Company, L.L.C.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Okaloosa )

**Name of Server:** Darrell Parrish, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28 day of June, 2011, at 3:30 o'clock P M

**Place of Service:** at 1201 Eglin Parkway, in Shalimar, FL 32579

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Rogers Company, L.L.C.
By delivering them into the hands of an officer or managing agent whose name and title is: Michael Chesser, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Gray ; Facial Hair No
Approx. Age 60's ; Approx. Height 5'8" ; Approx. Weight 170

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 29 day of June, 20 11

Notary Public   (Commission Expires)

**APS International, Ltd.**

BARBARA W. COVINGTON
State of Florida
My Comm. Exp. Mar. 15, 2013
Comm. # DD 869863