Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0326

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Schmidth Brothers Homes, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** JAMIE SNYDER, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15 day of July, 20 11, at 6:59 o'clock PM

**Place of Service:** at 1909 Symphony Isles Blvd., in Apollo Beach, FL 33572

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Schmidth Brothers Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: ANDREW H. SCHMIDT  PRESIDENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color Cauc ; Hair Color Gray ; Facial Hair
Approx. Age 59 ; Approx. Height 6'0" ; Approx. Weight 220lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 19 day of July, 20 11

Notary Public     (Commission Expires)

APS International, Ltd.

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters