Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0538

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Shoma Development Corp.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__  ) ss.
County of: __Dade__  )
Name of Server:  __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:  that on the __11th__ day of __July__, 20 __11__, at __2:15__ o'clock __P__ M

Place of Service:  at __3470 NW 82nd Ave., #988__, in __Doral, FL  33122__

Documents Served:  the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Shoma Development Corp.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Halima Belkhodja   Receptionist__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __27__ ; Approx. Height __5'8__ ; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:  Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __15__ day of _____, 20__

Signature of Server

Notary Public  (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014