**BARON B BUDD, P.C.®**  DALLAS  |  AUSTIN  |  LOS ANGELES  |  BATON ROUGE  |  MIAMI

800.222.2766  3102 Oak Lawn Avenue
tel 214.521.3605  Suite 1100
fax 214.520.1181  Dallas, TX 75219-4281

December 8, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> **Re:** **In re: Chinese Manufactured Drywall Products Liability Litigation**
> **Laura Haya, et al v. Taishan Gypsum Co., Ltd, fka Shandong Taihe Dongxin Co., Ltd., et al; Cause No. 11-1077**

Dear Russ and Lenny:

My clients, Cobblestone on the Lake Condominium Association, Nicolas Cocquerelle, Remi L. Victor, Jr., and Stephen Webster, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Lauris Boulanger, Inc. in the above matter.

Very truly yours,

Bruce Steckler

**BARON B BUDD, P.C.®**  DALLAS  |  AUSTIN  |  LOS ANGELES  |  BATON ROUGE  |  MIAMI