UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CASE NO. 2:09-MD-2047 SECTION "L" JUDGE FALLON |
| **This document relates to: 11-3023 (Cassidy)** | * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR NOTICE

The undersigned attorneys hereby give notice of their appearance as counsel on behalf of Beta Credit Management, LLC, named defendant in *Jessica Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al*, United States District Court for the Eastern District of Louisiana, Case No. 11-3023.

The undersigned additionally request that they be added to all mailing lists and matrices in this case and that copies of all notices, pleadings, judgments and orders in this case be sent to the undersigned at the following address:

>Christy C. Harowski, Esq.
>Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
>909 Poydras Street, 24th Floor
>New Orleans, Louisiana  70112
>Telephone:  (504) 589-9700
>charowski@barrassousdin.com

1

Respectfully submitted,

*/s/ Christy C. Harowski*
Steven W. Usdin, 12896 (TA)
susdin@barrassousdin.com
Christy C. Harowski, 30712
charowski@barrassousdin.com
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Beta Credit Management, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance and Request for Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of December, 2011.

*/s/ Christy C. Harowski*

*692534_1*