UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Block v. Gebrueder Knauf Verwaltungsgesellschaft, KG., et al.*<br>Case No. 11-1363-EEF-JCW | MAG. JUDGE WILKINSON |

---------------------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' RAMIRO AND EVELYN ACOSTA'S CLAIMS AGAINST HORIZON BUILDERS, INC. ONLY

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiffs, Ramiro and Evelyn Acosta, hereby voluntarily dismiss with prejudice their claims against Horizon Builders, Inc. only. The parties are to bear their own attorneys' fees and costs. Ramiro and Evelyn Acosta's claims against the other Defendants shall remain in full force and effect.

Attached hereto as Exhibit "A" is correspondence from Pete V. Albanis, counsel for Ramiro and Evelyn Acosta dated December 13, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

December 20, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esq. (LA Bar No. 6819)
Leonard A. Davis, Esq. (LA Bar No. 14190)
Stephen J. Herman, Esq. (LA Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of December, 2011.

                                                /s/ Leonard A. Davis_____