# MORGAN & MORGAN®

## Attorneys At Law

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

December 13, 2011

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

RE:   **Our Client: Ramiro and Evelyn Acosta**
      ***In re: Chinese Manufactured Drywall Product Liability Litig.***
      Case No. 11-1363
      Our File No.:  1315685

Dear Russ & Lenny:

We represent Ramiro and Evelyn Acosta.  We hereby authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to file the enclosed Rule 41 Notice of Voluntary Dismissal With Prejudice. Our clients are dismissing with prejudice their claims against Horizon Builders, Inc. only. They will continue to pursue their claims against the remaining defendants. Thank you for your attention to this matter.

Sincerely,

Pete V. Albanis
PVA/aam

www.forthepeople.com

ATLANTA, GA ◆ DAVIE, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL ◆ KISSIMMEE, FL ◆ MEMPHIS, TN
NAPLES, FL ◆ ORLANDO, FL ◆ ST. PETERSBURG, FL ◆ TAMPA, FL ◆ TAVARES, FL ◆ WINTER HAVEN, FL