Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0101

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Smokey Mountain Materials, Inc., c/o National Registered Agents, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Tennessee ) ss.
County of: Williamson )

Name of Server: **Lee A. Miller**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28th day of June, 2011, at 1:25 o'clock P M

Place of Service: at 2300 Hillsboro Road, Ste. 305, in Nashville, TN 37212

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Smokey Mountain Materials, Inc., c/o National Registered Agents, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: John Kitch, RA

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color brown ; Facial Hair beard
Approx. Age 60 ; Approx. Height 5'10 ; Approx. Weight 220

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 29th day of June, 2011

Notary Public (Commission Expires)

My Commission Expires JULY 2, 2011