Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0074

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Atlantic Supply Division Corp., dba Allied Building Products Corp., c/o CT Corporation System
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

Name of Server: Eric Deal, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 24 day of June, 20 11, at 12:20 o'clock P M

Place of Service: at 1200 S. Pine Island Road, in Plantation, FL 33324

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Southern Atlantic Supply Division Corp., dba Allied Building Products Corp., c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: CT Corp., R.A.; for Contact- Donna Moch, Sr Ops Mgr

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 45 ; Approx. Height 5'6" ; Approx. Weight 145

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 24 day of June, 20 11

Notary Public   (Commission Expires)

**APS International, Ltd.**