Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0220

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stadelman Drywall
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **Indian River** )

Name of Server: **William Bressett**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **29** day of **June**, 20**11**, at **8:00** o'clock **P** M

Place of Service: at ~~803 11th Court S.W.~~ /**1825 1st Place**, in **Vero Beach, FL 32962**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Stadelman Drywall**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Thomas Stadelman, Owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **m**; Skin Color **w**; Hair Color **red/brn**; Facial Hair **y**
Approx. Age **50**; Approx. Height **5'8"**; Approx. Weight **200**

[xx] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **30** day of **June**, 20 **11**

Notary Public    3/1/2014 (Commission Expires)

APS International, Ltd.

DAVID SHERMAN BONNER
Notary Public, State of Florida
My Commission Expires 3/1/2014
Comm. No. DD966537