Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0219

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stadelman Drywall
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Indian River** )

**Name of Server:** William Bressett, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29** day of **June**, 20**11**, at **8:00** o'clock **P** M

**Place of Service:** at ~~803 11th Court S.W.~~ / **1825 1st Place**, in Vero Beach, FL  32962

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Stadelman Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Thomas Stadelman, Owner**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **m** ; Skin Color **w** ; Hair Color **red/brn** ; Facial Hair **y**
Approx. Age **50** ; Approx. Height **5'8"** ; Approx. Weight **200**

xx To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
Signature of Server

Subscribed and sworn to before me this **30** day of **JUNE**, 20 **11**
Notary Public   3/1/2014 (Commission Expires)

APS International, Ltd.



DAVID SHERMAN BONNER
Notary Public, State of Florida
My Commission Expires 3/1/2014
Comm. No. DD966537