Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0332

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Steven R. Carter, Inc., c/o Thomas P. Fox, P.A.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _FLORIDA_ ) ss.
County of: _Hillsborough_ )

**Name of Server:** _Christina Therien_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _6_ day of _July_, 20_11_, at _9:45_ o'clock _A_ M

**Place of Service:** at _3825 Henderson Blvd., Ste. 604_, in _Tampa, FL 33602_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Steven R. Carter, Inc., c/o Thomas P. Fox, P.A.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Beverly Kennington Paralegal Auth. to Accept_,

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_.; Skin Color _Cauc_.; Hair Color _Blond_; ~~Facial Hair~~ _____
Approx. Age _45_; Approx. Height _5'3"_; Approx. Weight _180lbs_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature_ _____
Signature of Server

Subscribed and sworn to before me this _11_ day of _July_, 20 _11_

_____          _____
Notary Public          (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters