Laura Haya, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0237

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Stuart South Group, LLC
Court Case No. 11-1077 Section L

State of: **Florida** ) ss.
County of: **Martin** )

Name of Server: **Amy M. Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **7** day of **July**, 20 **11**, at **3:45** o'clock **PM**

Place of Service: at **4326 SW Brookside Dr.**, in **Palm City, FL 34990**

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Stuart South Group, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Joni Dougherty - Spouse of Registered Agent & President, Jeffrey Dougherty**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Blonde** ; Facial Hair ——
Approx. Age **45** ; Approx. Height **5'3"** ; Approx. Weight **120 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Amy M. Perron**
Signature of Server

Subscribed and sworn to before me this **8** day of **July**, 20 **11**

_____   **7-14-12**
Notary Public          (Commission Expires)

**APS International, Ltd.**



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services