Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0474

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Suntree Homes, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA  ) ss.
County of: PALM BEACH  )

**Name of Server:** MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14TH day of JULY, 20 11, at 9:15 o'clock A. M

**Place of Service:** at 2113 Greenview Cove Drive, in West Palm Beach, FL 33414

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Omnibus Class Action Complaint IX;Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Suntree Homes, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: GEORGE BARIN, PRESIDENT

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M  ; Skin Color WHITE  ; Hair Color GREY  ; Facial Hair _____
Approx. Age 60  ; Approx. Height 5'7"  ; Approx. Weight 220

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
MICHAEL ROCCO
Signature of Server

Subscribed and sworn to before me this 15TH day of JULY, 20 11
JONATHAN LEVY
Notary Public    (Commission Expires)

STATE OF FLORIDA
Jonathan Levy
DD789719
APR. 13, 2012

**APS International, Ltd.**