Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0338

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--TFH Corp.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 11-1077 Section L

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Edward Scott, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6th day of July, 20 11, at 8:30 o'clock P M

**Place of Service:** at 3634 Swans Landing Drive, in Land O Lakes, FL 34639

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Omnibus Class Action Complaint IX;Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
TFH Corp.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Zack Tripp Co-Resident to Douglas Tripp AS President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair ____
Approx. Age 16 ; Approx. Height 5'10" ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server   Date
7/25/11

APS International, Ltd.

Subscribed and sworn to before me this 25th day of July, 20 11

_____
Notary Public   (Commission Expires)
3/2/13



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters