Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0262

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Haskell Company
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _FLORIDA_ ) ss.
County of: _DUVAL_ )

Name of Server: _DENNIS BARTILUCCI_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _8_ day of _July_, 20_11_, at _11:50_ o'clock _A_ M

Place of Service: at _111 Riverside Avenue_, in _Jacksonville, FL  32231_

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**The Haskell Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _VANESSA McMILLAN (MANAGER) CORPORATE_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _BLONDE_ ; Facial Hair _O_
Approx. Age _51_ ; Approx. Height _5'6"_ ; Approx. Weight _150_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _9_ day of _July_, 20_11_

_April 11 2014_

Signature of Server          Notary Public          (Commission Expires)

**APS International, Ltd.**



JACQUELINE MCCARTY
MY COMMISSION #DD980577
EXPIRES: APR 11, 2014
Bonded through 1st State Insurance