Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0410

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Henning Group, LC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Collier__ )

**Name of Server:** __Joseph R. Cripe__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __7th__ day of __July__, 20 __11__, at __2:30__ o'clock __P__ M

**Place of Service:** at __247 North Collier Blvd, Ste 202__, in __Marco Island, FL  34145__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The Henning Group, LC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __William Morris, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __55__ ; Approx. Height __5'9"__ ; Approx. Weight __175__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157299

**APS International, Ltd.**

Subscribed and sworn to before me this __15th__ day of __July__, 20 __11__

__Traci A. DeSalvo__ 10/22/11
Notary Public       (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3255