Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



**Service of Process by**
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0108

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--The Home Team, d/b/a Great Southern Homes, Inc.
Court Case No. 11-1077 Section L

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

Name of Server: _Joe R Gill_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _6_ day of _July_, 20_11_, at _9:05_ o'clock _A_ M

Place of Service: at _17065 W. Wortham Road_, in _Gulfport, MS 39574_

Documents Served: the undersigned served the documents described as:
Summons and Amended Omnibus Class Action Complaint IX;Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
The Home Team, d/b/a Great Southern Homes, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _William C. Loveless - VP Great Southern Homes, Inc._

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _Yes_
Approx. Age _31-50_ ; Approx. Height _5/11_ ; Approx. Weight _180_

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

APS International, Ltd.

Subscribed and sworn to before me this _6th_ day of _July_, 20_11_

_Sharon M. McKinney_   _11-19-2014_
Notary Public   (Commission Expires)

STATE OF MISSISSIPPI
SHARON M. McKINNEY
ID No 54413
Comm Expires
Nov. 19, 2014
NOTARY PUBLIC
HARRISON COUNTY