UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: | CASE NO.: 11-1077 |

LAURA HAYA, DANIEL HAYA and IRENE HAYA, individually, and on behalf of all others similarly situated v. TAISHAN GYPSUM CO., LTD., ET AL.

_____/

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that Defendant, KARR DRYWALL, INC.'S, Motion to Dismiss will be submitted for consideration on January 4, 2012 at 9:00 a.m.

                                        Respectfully submitted,
                                        FULMER LeROY ALBEE BAUMANN, P.L.C.
                                        Attorneys for Defendant,
                                        KARR DRYWALL, INC.
                                        2866 East Oakland Park Boulevard
                                        Fort Lauderdale, FL  33306
                                        (954) 707-4430  phone
                                        (954) 707-4431  fax

                                BY: _/s/ *Gary F. Baumann*_
                                        GARY F. BAUMANN
                                        Fla. Bar. No.:  089052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2011, 2011, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN