Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0115

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--The Ryland Group, Inc., c/o Prentice Hall Corporation
System, Inc.
Court Case No. 11-1077 Section L

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Alos_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _27_ day of _June_, 20 _11_, at _1028_ o'clock _A_ M

**Place of Service:** at _1201 Hays Street_, in _Tallahassee, FL 32301_

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The Ryland Group, Inc., c/o Prentice Hall Corporation System, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Jayce Markely – prouse clerk_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Blk_ ; Facial Hair _____
Approx. Age _40_ ; Approx. Height _5'8_ ; Approx. Weight _151_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_6.27.11_

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_27_ day of _June_, 20 _11_

Notary Public          (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019