Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0412

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Sterling Collection, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **6th** day of **July**, 20 **11**, at **10:10** o'clock **A** M

Place of Service: at **4707 S.E. 9th Place**, in **Cape Coral, FL  33904**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**The Sterling Collection, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Cindy Cross, CFO/Treasurer**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Brown**; Facial Hair _____
Approx. Age **35-40**; Approx. Height **5'2"**; Approx. Weight **135**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Barbara Gray**
Signature of Server #15 71 53

Subscribed and sworn to before me this **13th** day of **July**, 20**11**

**Traci A DeSalvo**
Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD727925
Expires 10/22/2011
Florida Notary Assn.

3227