Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0148

## AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Tindle Homes
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __ALABAMA__ ) ss.
County of: __BALDWIN__ )
Name of Server: __NORRIS ARMSTRONG__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __13__ day of __July__, 20 __11__, at __11:25__ o'clock __A__ M
Place of Service: at __43241 State Hwy__, in __Bay Minnette__ ~~26692 Dean Court North~~ ~~Daphne, AL 36526~~

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Tindle Homes**
By delivering them into the hands of an officer or managing agent whose name and title is: __JAMES TINDLE__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __BLACK/GREY__; Facial Hair __YES__
Approx. Age __40__; Approx. Height __5' 11"__; Approx. Weight __185__
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __15th__ day of __July__, 20 __11__

Signature of Server

Notary Public        (Commission Expires)

**APS International, Ltd.**