Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0076

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Toll Estero Limited Partnership, c/o CT Corporation System
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Broward__ )

**Name of Server:** __Eric Deal__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __24th__ day of __June__, 20__11__, at __1:20__ o'clock __P__ M

**Place of Service:** at __1200 S. Pine Island Road__, in __Plantation, FL 33324__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Toll Estero Limited Partnership, c/o CT Corporation System**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __CT Corp., R.A., for contact Donna Moch, Sr Ops Mgr.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __no__
Approx. Age __45__ ; Approx. Height __5'6"__ ; Approx. Weight __145__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __24th__ day of __June__, 20__11__

Signature of Server                    Notary Public    (Commission Expires)

**APS International, Ltd.**