Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0075

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Toll Estero Limited Partnership, c/o CT Corporation System
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

**Name of Server:** **Eric Deal**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24th** day of **June**, 20 **11**, at **1:20** o'clock **P** M

**Place of Service:** at **1200 S. Pine Island Road**, in **Plantation, FL 33324**

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Toll Estero Limited Partnership, c/o CT Corporation System**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **CT Corp., R.A., For Contact, Donna Mochi, Sr. Ops. Mgr.**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **45** ; Approx. Height **5'6"** ; Approx. Weight **145**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **24th** day of **June**, 20 **11**

Notary Public   (Commission Expires)

**APS International, Ltd.**