Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0110

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--USG Corporation
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **ILLINOIS** ) ss.
County of: **COOK** )

Name of Server: **ROBERT W. BRINDAC JR**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **28** day of **JUNE**, 20 **11**, at **9:20** o'clock **A** M

Place of Service: at 550 West Adams Street, in Chicago, IL 60661

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**USG Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **TRESSA BEST, PARALEGAL**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **DARK**; Hair Color **DARK**; Facial Hair **NONE**
Approx. Age **40**; Approx. Height **5'10**; Approx. Weight **145**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                                  day of JUN 29 2011 , 20

*[Signature]*                                                             *Frances R Brindac*
Signature of Server                                                      Notary Public            (Commission Expires)

APS International, Ltd.

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13