Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0109

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --USG Corporation
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ILLINOIS ) ss.
County of: COOK )

Name of Server: ROBERT W. BRINDAC JR, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28 day of June, 20 11, at 9:20 o'clock A M

Place of Service: at 550 West Adams Street, in Chicago, IL 60661

Documents Served: the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**USG Corporation**
By delivering them into the hands of an officer or managing agent whose name and title is: TRESSA BEST, PARALEGAL

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color DARK ; Hair Color DARK ; Facial Hair NONE
Approx. Age 40 ; Approx. Height 5'10 ; Approx. Weight 145

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this day of JUN 29 2011, 20

Signature of Server

Notary Public   (Commission Expires)

APS International, Ltd.

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13