Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0179

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ventura Supply, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **VIRGINIA**  ) ss.
County of: **City of Norfolk**

Name of Server: **Brian Nath**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1st** day of **July**, 20 **11**, at **10:39** o'clock **A** M

Place of Service: at **301 Bendix Road, Suite 500, Convergence Center IV**, in **Virginia Beach, VA  23452**

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Ventura Supply, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Richard E. Biemiller, Registered agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **40-45**; Approx. Height **5'8"**; Approx. Weight **170 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Server

Subscribed and sworn to before me this **1st** day of **July**, 20 **11**

[signature]
Notary Public

**4-30-2014**
(Commission Expires)

APS International, Ltd.

