Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0420

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Villa Development, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 7th day of July, 20 11, at 11:00 o'clock A M

Place of Service: at 4414-6 Del Prado Blvd, in Cape Coral, FL 33904

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Villa Development, Inc**

Person Served, and Method of Service: By delivering them into the hands of an **Property Manager** whose name and title is: **Louise Zoller, Property Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 35-40 ; Approx. Height 5'3" ; Approx. Weight 145

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 15th day of July, 20 11

*Barbara Gray* #15153
Signature of Server

*Traci A. DeSalvo* 10/22/11
Notary Public            (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3143