Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0422

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Villa Homes of Southwest Florida
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7th day of July, 20 11, at 11:00 o'clock A M

**Place of Service:** at 4414-6 Del Prado Blvd., in Cape Coral, FL 33904

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Villa Homes of Southwest Florida**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Louise Zoller, Property Manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 35-40 ; Approx. Height 5'3" ; Approx. Weight 145

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray #157153
Signature of Server

Subscribed and sworn to before me this 15th day of July, 2011.

Notary Public     (Commission Expires) 10/22/11

APS International, Ltd.

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011

3247