Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0268

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --WB Howland Co., LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Suwannee_ )

**Name of Server:** _James L. Silcox_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8th_ day of _July_, 20 _11_, at _11:30_ o'clock _A_ M

**Place of Service:** at _610 11th St._, in _Live Oak, FL 32064_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**WB Howland Co., LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Bill Howland / Owner_.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _Wht_; Hair Color _Gry_; Facial Hair _No_
Approx. Age _60-65_; Approx. Height _5-10_; Approx. Weight _225_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_James L. Silcox_
Signature of Server

Subscribed and sworn to before me this _8_ day of _July_, 20 _11_

_Jo F Anderson_
Notary Public    (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jo F. Anderson
Commission #DD912570
Expires: SEP. 18, 2013
BONDED THRU ATLANTIC BONDING CO., INC.