Laura Haya, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0177

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Wermers Development, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: __ULRGWA__ ) ss.

County of: __City of Norfolk__ )

Name of Server: __BRIAN  North__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __30th__ day of __June__, 20 __11__, at __230__ o'clock __P__ M

Place of Service: at __213B 65th Street__, in __Virginia Beach, VA  23451__

Documents Served: the undersigned served the documents described as:

**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:

**Wermers Development, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Jeffery J. Wermers, Registered agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:

Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __No__

Approx. Age __40-45__ ; Approx. Height __6'2"__ ; Approx. Weight __180 lbs.__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __30t__ day of __June__, 20 __11__

4-30-2014

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

