Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0426

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--West Coast Drywall Constuction, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Collier )

Name of Server: Joseph R. Cripe, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 6th day of July, 20 11, at 10:45 o'clock A M

Place of Service: at 800 Harbour Drive, in Naples, FL 34103

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**West Coast Drywall Constuction, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Craig Blume Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 40 ; Approx. Height 5'9" ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 13th day of July, 2011

Traci Desalvo 10/22/11
Notary Public    (Commission Expires)

Signature of Server #157299
APS International, Ltd.

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3284