Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0112

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Will Davis, d/b/a D&W Home Restoration
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Texas_ ) ss.
County of: _Harris_ )

**Name of Server:** _Timothy Kelley_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _1ST_ day of _July_, 20 _11_, at _2:05_ o'clock _P_ M

**Place of Service:** at _6021 Fairmont Pkwy #120_, in _Pasadena, TX 77505_

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Omnibus Class Action Complaint IX;Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Will Davis, d/b/a D&W Home Restoration**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Black_ ; Hair Color _Salt+Pepper_ ; Facial Hair _____
Approx. Age _45_ ; Approx. Height _5'9"_ ; Approx. Weight _250_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Timothy Kelley_
Signature of Server  #SCH-2568

Subscribed and sworn to before me this _5th_ day of _July_, 20 _11_

_Carol Sanford_
Notary Public       (Commission Expires)

CAROL SANFORD
MY COMMISSION EXPIRES
November 12, 2014

APS International, Ltd.