Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0131

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Woodside Stoneybrook, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Leon** )

Name of Server: **James A Hol**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **30** day of **June**, 20 **11**, at **1005** o'clock **A** M

Place of Service: at **236 East 6th Avenue**, in **Tallahassee, FL 32303**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Woodside Stoneybrook, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Emily Gray - process clerk**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Br**; Facial Hair _____
Approx. Age **28**; Approx. Height **5'7**; Approx. Weight **131**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

6-30-11
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **30** day of **June**, 20 **11**
Notary Public     (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019