Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0187

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Zaccaria Construction, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Virginia ) ss.
County of: City of Norfolk )
Name of Server: Brun Nath, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 12th day of July, 20 11, at 11:19 o'clock A M

Place of Service: at 2234 A W. Great Neck Road, in Virginia Beach, VA 23451
Served at: 1305 Ewell Road, Virginia Beach, VA 23451

Documents Served: the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Zaccaria Construction, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Christopher Zaccaria

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 40-45 Approx. Height 5'8" ; Approx. Weight 250 lbs.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 18th day of July, 20 11
4-30-2014
Notary Public        (Commission Expires)

APS International, Ltd.

[Notary seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. #268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]