UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON

Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a
Shandong Taihe Dongxin Co., Ltd., et al.,  MAG. JUDGE WILKINSON
Case No. 11-cv-1077 (E.D.La.)
_____ /

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Ogden, Sullivan & O'Connor, P.A., and hereby files its Notice of Appearance as counsel on behalf of Defendant WILLIAM L. PERRY PLASTERING & DRYWALL, INC. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

By: /s/ Kieran F. O'Connor
KIERAN F. O'CONNOR, ESQUIRE
Florida Bar No. 896829
koconnor@ogdensullivan.com
DEREK J. ANGELL, ESQUIRE
Florida Bar No. 73449
dangell@ogdensullivan.com
OGDEN, SULLIVAN & O'CONNOR, P.A.
111 North Orange Avenue
Suite 850
Orlando, Florida 32801
Telephone: (407) 843-2100
Facsimile: (407) 843-2061
*Attorneys for Defendant William L. Perry Plastering & Drywall, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20h day of December, 2011.

/s/ Kieran F. O'Connor

Kieran F. O'Connor, Esquire