Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0546

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Zamora Homes Corporation
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

| | |
|---|---|
| Name of Server: | __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the __8th__ day of __July__, 20__11__, at __3:00__ o'clock __P__ M |
| Place of Service: | at __260 Palermo Avenue__, in __Coral Gables, FL  33134__ |
| Documents Served: | the undersigned served the documents described as:<br>**Summons and Amended Omnibus Class Action Complaint IX;Exhibits** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on:<br>**Zamora Homes Corporation** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: __Ani Mayoral   Secy.__ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows:<br>Sex __F__; Skin Color __White__; Hair Color __Brown__; Facial Hair ____<br>Approx. Age __24__; Approx. Height __5'6__; Approx. Weight __145__<br>☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br><br>_____<br>Signature of Server | Subscribed and sworn to before me this __8__ day of __July__, 20__11__<br><br>_____<br>Notary Public   (Commission Expires) |

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013