UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.)<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.)<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.)<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**JOINT MOTION OF PROPOSED SETTLEMENT CLASS COUNSEL, THE PSC, AND THE KNAUF DEFENDANTS FOR AN ORDER:  (1) PRELIMINARILY APPROVING THE KNAUF SETTLEMENT; (2) CONDITIONALLY CERTIFYING A SETTLEMENT CLASS; (3) ISSUING CLASS NOTICE; (4) SCHEDULING A FAIRNESS HEARING; AND (5) STAYING CLAIMS AS TO THE KNAUF DEFENDANTS**

Proposed Settlement Class Counsel, the Plaintiffs' Steering Committee (the "PSC"), and

Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd.,

Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda. and PT Knauf Gypsum Indonesia (collectively, the "Knauf Defendants") hereby jointly move[1] this Court for an Order:

1. Conditionally certifying a Class and three Subclasses for purposes of Settlement;

2. Granting preliminary approval to the proposed Knauf Settlement;

3. Appointing the following Subclass representatives, all of whom are Class Members:

    a. Dr. Stephen Roberts, Jennifer Roberts and Lawrence Sabesan for the Residential Owner Subclass;

    b. Villas at Oak Hammock, LLC and Promenade at Tradition Community Association, Inc. for the Commercial Owner Subclass; and

    c. Kristin Hagan for the Tenant Subclass;

4. Appointing Plaintiffs' Liaison Counsel Russ Herman and Plaintiffs' Lead Counsel Arnold Levin as Settlement Class Counsel;

5. Appointing Ervin A. Gonzalez as Subclass Counsel for the Residential Owner Subclass, appointing Gerald E. Meunier as Subclass Counsel for the Commercial Owner Subclass, and appointing Bruce William Steckler as Subclass Counsel for the Tenant Subclass;

6. Approving the form and manner of Notice to Class Members with deadlines for

---

[1] Capitalized terms used in this Joint Motion shall have the same meaning as those defined in the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047, dated December 20, 2011 (the "Knauf Settlement"), attached as Exhibit A to the accompanying Memorandum of Law, filed herewith.

Opt Outs and Objections;

      7.      Scheduling a Fairness Hearing; and

      8.      Staying and enjoining all claims against the Knauf Defendants in the Litigation, all Related Actions, and all Related Claims, pending the Settlement proceedings and further Orders of the Court.

This Joint Motion is supported by the accompanying Memorandum of Law and the Knauf Settlement (with exhibits) filed contemporaneously herewith.

WHEREFORE, Proposed Settlement Class Counsel, the PSC, and the Knauf Defendants respectfully request that, after due consideration, the Court grant this Motion for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Knauf Settlement Class; (3) Issuing Class Notice; (4) scheduling a Fairness Hearing; and (5) staying KPT Chinese Drywall claims against the Knauf Defendants and against any Defendant involving KPT Chinese Drywall.

                                    Respectfully submitted,

Dated: December 20, 2011            /s/ Russ M. Herman
                                                  Russ M. Herman, Esquire (Bar No. 6819)
                                                  Leonard A. Davis, Esquire (Bar No. 14190)
                                                  Stephen J. Herman, Esquire (Bar No. 23129)
                                                  HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                  820 O'Keefe Avenue
                                                  New Orleans, LA 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  LDavis@hhkc.com
                                                  *Plaintiffs' Liaison Counsel in MDL 2047*

        Arnold Levin (On the Brief)
        Fred S. Longer (On the Brief)
        Sandra L. Duggan (On the Brief)
        Matthew C. Gaughan (On the Brief)
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel in MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
COLSON, HICKS, EIDSON, COLSON
  MATTHEWS, MARTINEZ, GONZALES,
  KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL
  ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

4

| | |
|---|---|
| Hugh P. Lambert<br>LAMBERT AND NELSON<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@lambertandnelson.com | James Robert Reeves<br>LUMPKIN & REEVES<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com |
| Gerald E. Meunier<br>GAINSBURGH, BENJAMIN, DAVID, MEUNIER<br>  & WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com | Christopher Seeger<br>SEEGER WEISS, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |
| Jerrold Seth Parker<br>PARKER, WAICHMAN, ALONSO, LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jerry@yourlawyer.com | Daniel K. Bryson<br>WHITFIELD BRYSON & MASON LLP<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5000 |
| Scott Wm. Weinstein<br>MORGAN & MORGAN<br>12800 University Drive, Suite 600<br>Ft. Myers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com | Richard J. Serpe, Esquire<br>LAW OFFICES OF RICHARD J. SERPE<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com | Jeremy W. Alters<br>ALTERS LAW FIRM, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@alterslaw.com |

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## PROPOSED CLASS COUNSEL

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

Russ M. Herman, Esquire (Bar No. 6819)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Rherman@hhkc.com

## PROPOSED SUBCLASS COUNSEL

Ervin A. Gonzalez
COLSON, HICKS, EIDSON, COLSON
 MATTHEWS, MARTINEZ, GONZALES,
 KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com
*Proposed Subclass Counsel for the Residential Owner Subclass*

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Proposed Subclass Counsel for the Commercial Owner Subclass*

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com
*Proposed Subclass Counsel for the Tenant Subclass*

6

**THE KNAUF DEFENDANTS**

Kerry J. Miller (Bar No. 24562)
Kyle A. Spaulding (Bar No. 29000)
Paul C. Thibodeaux (Bar No. 29446)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone:  (504) 599-8194
Fax:  (504) 599-8145
kmiller@frilot.com

Steven Glickstein
Gregory J. Wallance
Jay P. Mayesh
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Phone:  (212) 836-8485
Fax:  (212) 836-6485
sglickstein@kayescholer.com