# EXHIBIT C-1

# Drywall

# Indicia

# Guide

## KPT CHINESE Drywall

| | | |
|---|---|---|
| # 1 | Knauf Plasterboard (Tianjin) Ltd. | page  3 - 4 |

## NON-KPT CHINESE DRYWALL

| | | |
|---|---|---|
| # 2 | Crescent City | page  5 |
| # 3 | Taihe | page  6 |
| # 4 | Taishan | page  7 - 8 |
| # 5 | Venture Supply | page  9 |
| # 6 | BNBM | page  10 |
| # 7 | C&K | page  11 |
| # 8 | Dragon Brand | page  12 |
| # 9 | IMG | page  13 |
| # 10 | Bedrock Gypsum | page  14 |
| # 11 | IMT | page  15 |
| # 12 | ProWall Inc. | page  16 |
| # 13 | KNAUF MADE IN GERMANY – Counterfeit Board | page  17 |
| # 14 | LAFARGE MADE IN GERMANY – Counterfeit Board | page  18 |
| # 15 | Unknown Chinese Manufacturer 1 | page  19 |
| # 16 | Unknown Chinese Manufacturer 2 | page  20 |
| # 17 | Unknown Chinese Manufacturer 3 | page  21 |

## NON-REACTIVE DRYWALL

| | | |
|---|---|---|
| # 18 | National Gypsum | page  22 |
| # 19 | American Gypsum | page  23 - 25 |
| # 20 | CertainTeed/ProRoc | page  26 - 27 |
| # 21 | Georgia Pacific | page  28 - 29 |
| # 22 | Lafarge | page  30 - 31 |
| # 23 | NORGIPS USA Inc. | page  32 |
| # 24 | Panel Rey | page  33 |
| # 25 | USG | page  34 - 35 |
| # 26 | PT Knauf Gypsum Indonesia Ltd. | page  36 |
| # 27 | Guangdong Knauf New Building Material Products Co. Ltd. | page  37 |
| # 28 | Knauf Plasterboard (Wuhu) Co. Ltd. | page  38 |
| # 29 | Knauf do Brasil Ltd. | page  39 |
| # 30 | Knauf Gips KG | page  40 |
| # 31 | James Hardie | page  41 |
| # 32 | Federal Gypsum Company | page  42 |
| # 33 | Temple Inland | page  43 |
| # 34 | Flintcote Company | page  44 |

**KPT CHINESE DRYWALL**

## Reactive KPT Chinese Drywall

**M1:**

Label:



Marking:        **KNAUF – TIANJIN CHINA – ASTM C36**

Printing Type:   BLUE – DOUBLE – DOT

Requirements:   Indicia photos must clearly indicate the presence of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TIANJIN CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

## Non - reactive KPT Chinese Drywall (subject to Section 4.9 of the Settlement   Agreement)

**M 2:**

Label:



Marking:        **KNAUF – TianJin, China – ASTM C36 -  [DATE]  [TIME]**

Printing Type:   BLUE – DOUBLE – DOT

Requirements:   Photo must allow unique identification of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TianJin, CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

## Insufficient Indicia for KPT

Edge Tape:    Blue – Yellow

Label:



Marking:    " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD "

Note:    The blue-yellow edge tape is also used by other Knauf companies, see Guangdong Knauf New Building Material Products Co. Ltd (# 27, p. 36), and therefore an insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 as stated above.

Front marking:    **" K "**

Label:



Note:    The label "K" on the front side of the drywall sheet is used by most Knauf companies and therefore insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 of the back side of the board as stated above.

**NON – KPT CHINESE DRYWALL**

# # 2    Crescent City

**Marking:**

Label:



Marking:        **Made in China Crescent City Gypsum**

Printing Type:  black letters

**NON – KPT CHINESE DRYWALL**

**# 3    Taihe**

**Marking:**

Label:





Marking:       **MADE IN CHINA, MEETS OR EXCEEDS ASTM C1396 04 STANDARD**

Printing Type:  black letters

Edge Tape:     White – Blue – Green

Label





Marking:       " Taihe "   +   white triangle in red circle   +   [chinese symbols]

**NON – KPT CHINESE DRYWALL**

**# 4   Taishan**

**M 1:**

Label:



Marking:      **4feetX12feetX1/2inch          DrYwall       [DATE] [TIME]**

Printing Type:   black letters

**M 2:**

Label:



Marking:      **TAIAN  TAISHAN**

Printing Type:   black letters

**M 3:**      **Drywall  4feetx12feetx1/2inch**

Label:



Marking:      **Drywall  4feetx12feetx1/2inch**

Printing Type:   black letters

**M 4:**

Label:



Marking:         **DRYWALL  4feet*12feet*1/2inch**

Printing Type:   black letters

Edge Tape:       White – Glossy  (<u>Material:</u> plastic)

Label:



Marking:         no marking on edge tape

**NON – KPT CHINESE DRYWALL**

# # 5    Venture Supply

**M 1:**

Label:



Marking:        **VENTURE SUPPLY INC.**   MFG TAJHE CHINA

Printing Type:   black letters

**M 2:**

Label:



Marking:        **VENTURE SUPPLY INC.**   MFG TAIHE CHINA

Printing Type:   black letters

**NON – KPT CHINESE DRYWALL**

**# 6    BNBM**

**M 1:**

Label:



Marking:        **BEIJING NEW BUILDING MATERIALS CO LTD.**

Printing Type:   Blue letters,  framed

**M 2:**

Label:



Marking:        **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY Beijing, China ASTM 1396-04  [DATE]  [TIME]**

Printing Type:   black letters

**NON – KPT CHINESE DRYWALL**

**# 7    C & K**

**Marking:**

Label



Marking:        **C&K GYPSUM BOARD ASTM C 1396 MADE IN CHINA**

Printing Type:  black letters

Edge Tape:      Blue – Grey – White

Label:





Marking:        " C&K"   +   [Chinese symbol]

**NON – KPT CHINESE DRYWALL**

## # 8   Dragon Brand

**Marking:**

Label:



Marking:   **DRAGON BRAND DRYWALL PER ½" 4`X12`ASTM C 1396  MADE IN CHINA    [TIME] [DATE]**

Printing Type:   black letters

Edge Tape:   Light – Dark Blue – White

Label:



Marking:   " DRYWALL "

**NON – KPT CHINESE DRYWALL**

**# 9    IMG**

**Marking:**

Label:



Marking:        **IMG ASTM C 1396** **Made in CHINA [DATE]**

Printing Type:   black letters

Edge Tape:     Blue – White

Label:



Marking:        n/a

**NON – KPT CHINESE DRYWALL**

## # 10  Bedrock Gypsum

| | |
|---|---|
| Edge Tape: | Yellow – Black – White |
| Label: |  |
| Marking: | Bedrock Gypsum$^{TM}$ Manufactured to ASTM C 1396 388 Market Street 4th Floor, San Francisco CA 94111 Made in China |



**# 11   IMT**

**Marking:**

Label:

IMTGYPSUM.COM ASTM

Marking:         **MADE IN CHINA IMTGYPSUM.COM ASTM C 1396**

Printing Type:  black letters

**NON – KPT CHINESE DRYWALL**

**# 12   Pro Wall Inc.**

Marking:

Label:



Marking:        **MADE IN CHINA MEETS ASTM C36/C1396 STANDARD**

Printing Type:   black letters

Edge Tape:      White – Blue – Yellow

Label:



Marking:        " ½" x 12`TE     ProWall "

**NON – KPT CHINESE DRYWALL**

**# 13   KNAUF MADE IN GERMANY**

**COUNTERFEIT BOARD**

**M 1:**

Label:



Marking: GYPSUM WALLBOARD [DATE] [TIME] -96-  MADE IN   GERMANY BY   **KNAUF**
MADE TO ASTM C36            ½"  THICK       FDG GYPSUM

Printing Type: blue – single – dot   **and**   blue – double – dot

Note: This marking is apparently a counterfeit board and has not been produced by any Knauf company

" FDG " is the wrong shortcut of flue gas desulflurization

**Correct:  FGD**

**M 2:**

Label:



Marking: **[DATE]    MADE IN GERMANY**

Printing Type: black letters

Note: Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company

p. 17

**NON – KPT CHINESE DRYWALL**

# # 14   LAFARGE MADE IN GERMANY

**Marking:**

Label:



| Marking: | **LAFARGE** | **[DATE]  [TIME]** | **GER 1** | **ASTM C36** |
|---|---|---|---|---|

**MADE IN GERMANY**

Printing Type:   black letters

Note:            This is assumingly a counterfeit board produced in China

Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company

**NON – KPT CHINESE DRYWALL**

# # 15   Unknown Chinese Manufacturer 1

**Marking:**

Label:



Marking:        **[DATE]  J  [TIME]  1  MEETS ASTM C36**

Printing Type:   black letters

Note:            Unknown Chinese Manufacturer

p. 19

**NON – KPT CHINESE DRYWALL**

### # 16   Unknown Chinese Manufacturer 2

**Marking:**

Label:





Marking:          **Manufactured to Conform to ASTM Standard C36**

●          **4 x 12 x 1/2**          ●          **MADE IN CHINA**

Printing Type:   black letters

Note:          Unknown Chinese Manufacturer

NON – KPT CHINESE DRYWALL

# # 17   Unknown Chinese Manufacturer 3

**Marking:**

Label:



Marking: **MADE IN CHINA ASTM C 1396**

Printing Type: black letters

Note:            Unknown Chinese Manufacturer

**NON REACTIVE DRYWALL**

# # 18   National Gypsum

**M 1:**

Label:



Marking:        **National Gypsum company**

Printing Type:   black letters

**M 2:**

Label:



Marking:        **GridMarX** **TM** **Patent Product**
                **National Gypsum Properties**
                **PRODUCT  INFO  @  www.gridmarx.com**

Printing Type:   black letters

Edge Tape:      White – Black – Yellow

Label:



Marking:        (12,7 x 3658mm)        National Gypsum Company  Charlotte, NC 28211

**NON REACTIVE DRYWALL**

**# 19   American Gypsum**

**M 1:**

Label:



Marking:        **ARMENDARTZ  [TIME]**

Printing Type:   black letters

**M 2:**

Label:



Marking:        **UNDERWRITER LABORATORIES INC.  [DATE]**
**[NAME, eg. C. Stone]**

Printing Type:   black letters

Note:        There are different varieties of the marking behind [DATE]

**M 3:**

Label:



Marking: **Gypsum Board F-3724 FIRE RESISTANCE CLASSIFICATION SEE UL FIRE RESISTANCE DIRECTORY R14169**

Printing Type: blue – single – dot

Edge Tape: Blue – White – Red

Label:



**M 1:** AMERICAN GYPSUM, ALBUQUERQUE, NM

Label:



**M 2:** MANUFACTURED TO MEET ASTM C1396 AND C36

**NON REACTIVE DRYWALL**

**# 19   American Gypsum**

Edge Tape:     White – Purple

Label:



**M 1:**     AMERICAN GYPSUM, INTERIOR CEILING BOARD  Panel de techo para interiors

Label:



**M 2:**     MANUFACTURED BY AMERICAN GYPSUM, DALLAS, TX

**NON REACTIVE DRYWALL**

# 20   CertainTeed / ProRoc

**Marking:**

Label:





Marking:   **GYPSUM BOARD ISSUE NO. F-3600 FIRE RESISTANCE CLASSIFICATION SEE UL PRODUCTS CERTIFIED FOR CANADA DIRECTORY AND FIRE RESISTANCE DIRECTORY R3660**

**MADE IN USA ASTM 1396 & C36  CAN/CSA**

Printing Type:   black letters

Edge Tape:   Black – Blue

Label:



Marking:      CertainTeed      ProRoc        REGULAR GYPSUM BOARD

**NON REACTIVE DRYWALL**

### # 20   CertainTeed / ProRoc

Edge Tape:      White with Red letters

Label:



Marking:        ProRoc    PANEL DE YESO TIPO X

**NON REACTIVE DRYWALL**

**# 21   Georgia Pacific**

**M 1:**

Label:



Marking:        **GP DENSGLASS ULTRA**

Printing Type:  black letters

**M 2:**

Label:



Marking:        **[DATE]   IN1B   [TIME]   GP TR: CERTIFIED 96% RECYCLED**

Printing Type:  black letters

**M 3:**

Label:



Marking:        **DENS SHIELD TILE BACKER   [DATE]**

Printing Type:  black letters

**M 4:**

Label:

Marking:       **[DATE]  /  TX1   08**

Printing Type:   black letters

Edge Tape:     Black – White – Red

Label:



Marking:        TOUGHROCK

**NON REACTIVE DRYWALL**

**# 22   Lafarge**

**M 1:**

Label:



Marking:         LABORATORIES INC. GYPSUM BOARD FIRE RESISTANCE
DIRECTORY IN WIDE TYPE LGC6A

Printing Type:   black letters

**M 2:**

Label:



Marking:         [DATE]        PALATKA, FL          [TIME]

Printing Type:   black letters

**NON REACTIVE DRYWALL**

**# 22   Lafarge**

**M 3:**

Label:



Marking:        [TIME]   [COLOUR]   TEAM

Printing Type:  black letters

Note:           [Colour] could be WHITE, YELLOW, BLUE or RED

Edge Tape:      white

Label:



Marking:        LAFARGE    Manufactured by Lafarge North America Inc.

Fabricado por Lafarge North America Inc.

**NON REACTIVE DRYWALL**

# # 23   NORGIPS Inc.

**M 1:**

Label:





Marking:        NORGIPS USA INC. GYPSUM WALLBOARD THICKNESS ½"

Printing Type:  blue letters

**M 2:**

Label:



Marking:        MADE IN POLAND OPOLEN

Printing Type:  blue letters

**NON REACTIVE DRYWALL**

**# 24   Panel Rey**

**M 1:**

Label:



Marking:        PANEL REY 2

Printing Type:  black letters

**M 2:**

Label:



Marking:        ½"X12´ REG   [TIME]   [DATE]

Printing Type:  black letters

Edge Tape:      White - Blue

Label:



Marking:        Hecho en Mèxico por PANEL REY S.A., Hidalgo

**NON REACTIVE DRYWALL**

**# 25   USG**

**M 1:**

Label:





Marking:        100 % RECYCLED PAPER SINCE 1967

Printing Type:   black letters

**M 2:**

Label:



Marking:        GYPSUM BOARD

Printing Type:   black letters,  framed

**NON REACTIVE DRYWALL**

# 25   USG

| | |
|---|---|
| Edge Tape: | White – Blue |

Label:



**M 1:**   USG SHEETROCK  Brand    Interior Ceiling Panel  Sag-Resistant

Label:



**M 2:**   United States Gypsum Company
125 South Franklin Street, Chicago, IL 60606
A Subsidiary of USG Corporation

| | |
|---|---|
| Edge Tape: | White – Yellow – Green |

Label:



**Marking:**   United States Gypsum Company
125 South Franklin Street, Chicago, IL 60606
A Subsidiary of USG Corporation

**NON REACTIVE DRYWALL**

# # 26   PT Knauf Gypsum Indonesia Ltd.

**M 1:**

Label:





Marking:　**KNAUF –**　PLASTERBOARD 48  STD  12,5x1220x3660 mm TE
NATURAL  GYPSUM　　[DATE]  ASTM C36

Printing Type:　blue letters

Note:　plant number:  48

Edge Tape:　Grey – Blue

Label:



Marking:　STANDARD BOARD　　KNAUF

**NON REACTIVE DRYWALL**

# # 27   Guangdong Knauf New Building Material Products Co. Ltd.

**M 1:**

Label:



Marking:        Dongguan China ASTM C 36

Printing Type:   blue – single – dot

**M 2:**

Label:



Marking:        plant number:  38

Printing Type:   blue – single – dot

Edge Tape:      Blue – Yellow

Label:



Marking:        " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD "

**NON REACTIVE DRYWALL**

**# 28   Knauf Plasterboard (Wuhu) Co. Ltd.**

**M 1:**

Label:



Marking:        KNAUF – WuHu,   China – ASTM C36 – [DATE]  [TIME]

Printing Type:   blue letters

**M 2:**

Label:



Marking:        KNAUF  [Chinese symbols]  18  (plant number)

Printing Type:   blue letters

Edge Tape:    Blue – Yellow - White

Label:



Marking:        " KNAUF "

**NON REACTIVE DRYWALL**

**# 29   Knauf do Brasil Ltd.**

**Marking:**

Label:







Marking:          KNAUF ST – 12,5mm – ARMAZENAR EM LOCAL SECO - OO

Printing Type:   blue – double – dot              blue – single – dot

Edge Tape:   Blue - Yellow

Label:



Marking:          " KNAUF "

**NON REACTIVE DRYWALL**

## # 30  Knauf Gips KG

**Marking:**

Label:





Marking:        CE KNAUF                    AUSBAUPLATTE

Printing Type:  blue – or – red – double dot    blue – single - dot

**NON REACTIVE DRYWALL**

**# 31   James Hardie**

**Marking:**

Label:



Marking:          HARDIEBACKER

**NON REACTIVE DRYWALL**

# # 32   Federal Gypsum Company

Edge Tape:      White - Green

Label:



Marking:        Federal Gypsum Company

**NON REACTIVE DRYWALL**

# # 33   Temple Inland

**Marking:**

Label:



Marking:        A071806 01144

Printing Type:  black letters

Edge Tape:      White – Blue – Pink

Label:







Marking:        Temple Inland     ½" X 12              54



**NON REACTIVE DRYWALL**

**# 34   Flintcote Company**

**Marking:**

Label:



Marking:          THE FLINTCOTE COMPANY