# EXHIBIT C-2

# INSPECTION PROTOCOL

## Approved Inspectors

**Benchmark Remediation Group LLC**
1040 Bayview Drive suite 520
Ft. Lauderdale, FL 33304
Phone:  954-914-6993
www.benchmarkcustombuilders.com

Inspectors
- Brian Collins
- Shawn Dosh
- Joel Holton
- Victor Lawton
- Devin Locay
- Eric Purtic
- Bill Saunders
- Kane Schirmer
- Jeff Spruce
- David Taylor
- Luis Villas
- Jason Wade
- Jason Wyler

**Morse Zehnter Associates**
580 Village Blvd. Suite 110
West Palm Beach, FL 33409
Phone:  561-712-4777

Rensselaer Technology Park
165 Jordan Road
Troy, NY 12180
Phone:  (518) 283 7671
www.mzaconsulting.com

Inspectors
- Alex Bader
- Tim Buhl
- Dave Cowan
- Matt Divine
- Andrea Grdina
- Juan Hernandez

- Joe Hoffman
- Steve Lattanzio
- Roger Morse
- Brent Specht
- Robby Wyre
- Dean Zehnter