# EXHIBIT F-1-1

To Be Inserted By Contractor