# EXHIBIT F-1-3

To Be Inserted By Contractor