# EXHIBIT F-1-5

To Be Inserted By Contractor