# EXHIBIT F-1-6

## CONTRACTOR CERTIFICATION

I certify that all drywall, including all debris and visible dust, electrical wiring, fire safety and home security equipment, and copper gas lines have been removed in accordance with the Remediation Protocol, Exhibit F to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047.  Completion of removal work has been confirmed by a visual inspection of all surfaces in the work area and any adjacent areas (including but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue.  Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation.  Evaluation for odor was performed at first entry to the property after it had been vacant and with all windows and doors closed for a period of at least 8 hours.

Contractor Name:_____

By:
(Signature)_____ Date_____

(Print Name)_____

(Print Title)_____