# EXHIBIT G

Form of Security Agreement to be mutually agreed upon pursuant to Section 1.65