UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.)<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.)<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.)<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**E**XHIBIT H TO **S**ETTLEMENT **A**GREEMENT (**E**XHIBIT **A** TO **M**EMORANDUM OF **L**AW
 IN **S**UPPORT OF **J**OINT **M**OTION OF **P**ROPOSED **S**ETTLEMENT **C**LASS **C**OUNSEL,
**T**HE **PSC,** AND THE **K**NAUF **D**EFENDANTS FOR AN **O**RDER: (1) **P**RELIMINARILY **A**PPROVING
THE **K**NAUF **S**ETTLEMENT; (2) **C**ONDITIONALLY **C**ERTIFYING A **S**ETTLEMENT **C**LASS;
(3) **I**SSUING **C**LASS **N**OTICE; (4) **S**CHEDULING A **F**AIRNESS **H**EARING; AND
(5) **S**TAYING **C**LAIMS **A**GAINST THE **K**NAUF **D**EFENDANTS)

# FILED UNDER SEAL