# EXHIBIT I

**DECLARATION REGARDING RETURN OR DESTRUCTION OF DOCUMENTS**

_____, declares under penalty of perjury

    1.    I am a member of the Plaintiffs' Steering Committee ("PSC") appointed in *In re Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (E.D. La.). The PSC is a party to Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 ("Settlement Agreement").

    2.    Pursuant to paragraph 16.3.6, I certify that the Litigation as that term is used in the Settlement Agreement having concluded, on or about _____, I returned to the Knauf Defendants or destroyed all documents produced by the Knauf Defendants in discovery, including all such documents in the possession of me, my firm, clients, experts, consultants or any other persons within the control of me or my firm.

Dated: _____

 

_____
NAME
LAW FIRM