**MINUTE ENTRY**
**FALLON, J.**
**DECEMBER 20, 2011**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court conducted an *in camera* review of documents that the Questioners may use for impeachment purposes at the upcoming Taishan depositions in Hong Kong.  Leonard Davis was present on behalf of the Questioners.

JS10(00:20)