UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:09-cv-07628 (E.D.La.)<br><br>*Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.)<br><br>*Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.)<br><br>*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, Case No. 2:11-cv-252 (E.D.La.)<br><br>*Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-cv-1363 (E.D.La.)<br><br>*Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-cv-2349 (E.D.La.)<br><br>*Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-cv-3023 (E.D.La.)<br><br>*Vickers, et. al. v. Knauf Gips, KG, et. al.*, Case No. 2:09-cv-04117 (E.D.La.) | |

**PROPOSED ORDER**

Considering the Joint Motion of Proposed Settlement Class Counsel, the PSC, and the

1

Knauf defendants for an order: 1) preliminarily approving the Knauf settlement; 2) conditionally certifying a settlement class; 3) issuing class notice; 4) scheduling a fairness hearing; and 5) staying claims against the Knauf defendants, IT IS ORDERED that this motion is set for hearing on Wednesday, January 4, 2012 at 9:00 a.m.  Any Responses, to the joint motion shall be filed on or before Wednesday, December 28, 2011.   Any replies thereto shall be filed by Tuesday, January 3, 2012.

New Orleans, Louisiana this 21st day of December 2011.

_____
U.S. District Judge