UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSICA CASSIDY, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], <br><br>　　　　　　Plaintiffs, <br>v. <br><br>GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GMBH; KNAUF AMF GMBH & CO. KG; KNAUF DO BRASIL LTD.; PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD.;[ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], <br><br>　　　　　　Defendants. <br>_____/ | CASE NO.: 2:11-cv-3023 <br>SECT. L MAG 2 |

**MEMORANDUM IN SUPPORT OF THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO SUBSTITUTE (NUNC PRO TUNC) PLAINTIFFS' SUBSTITUTED AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV) IN PLACE OF PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV)**

**MAY IT PLEASE THE COURT:**

　　The Plaintiffs' Steering Committee ("PSC"), hereby submits this Memorandum in

Support of its Motion to Substitute (Nunc Pro Tunc) Plaintiffs' Substituted Amended Omnibus

Class Action Complaint (XIV) in Place of Plaintiffs' Amended Omnibus Class Action Complaint

1

(XIV).

On December 8, 2011, the PSC filed Plaintiffs' Omnibus Class Action Complaint (XIV). At the time the PSC made this filing it was unaware that it had inadvertently failed to include Christine Boyle Vinson as a plaintiff in the Omnibus XIV complaint notwithstanding that Mrs. Vinson's counsel had timely submitted her for inclusion in the complaint.  Nor did the PSC become aware of this inadvertent omission when it amended the Omnibus XIV complaint on December 13, 2011.

Since discovering the inadvertent omission of Mrs. Vinson from the Omnibus XIV complaint, the PSC has addressed this oversight with Knauf's counsel who has consented to the substitution (nunc pro tunc) of the Substituted Amended Omnibus Complaint (XIV) for the Amended Omnibus Complaint (XIV) for the purpose of allowing Mrs. Vinson to bring her claims against Knauf.  Accordingly, the PSC respectfully requests that the Court substitute (nun pro tunc) the Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV) for the Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and deem the substituted amended complaint to have been filed as of December 8, 2011.

                                              Respectfully submitted,

Dated:  December 21, 2011                /s/Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*

                      Arnold Levin
                      Fred S. Longer
                      Matthew C. Gaughan
                      Levin, Fishbein, Sedran & Berman
                      510 Walnut Street, Suite 500
                      Philadelphia, PA 19106
                      215-592-1500 (phone)
                      215-592-4663 (fax)
                      Alevin@lfsblaw.com
                      *Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
Daniel@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com