*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Exhibit "C"–Plaintiffs' Counsel and Plaintiffs' Contact
Information in Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV)**

| PLAINTIFFS' COUNSEL |
|---|
| Allison Grant, Esquire<br>Allison Grant, P.A.<br>950 Peninsula Corporate Circle<br>Suite 1022<br>Boca Raton, FL  33487<br>Phone:  (561) 994-9646<br>agrant@allisongrantpa.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |
| Daniel Becnel<br>Becnel Law Firm<br>P.O. Drawer H<br>Reserve, LA 70084<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>dbecnel@becnellaw.com |

| PLAINTIFFS' COUNSEL |
|---|
| W. Brian Collins<br>Collins & Horsley, PC<br>2021 Morris Avenue<br>Suite 200<br>Birmingham, AL 35203<br>Phone: (205) 324-1834<br>Fax: (205) 324-1846<br>brian@collinshorsley.com |
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |
| Jimmy Doyle, Esquire<br>Doyle Law Firm, PC<br>P.O. Box 36445<br>Birmingham, AL 35236<br>Phone: (205) 533-9500<br>Fax: (205) 332-1362<br>jvdoyle2@yahoo.com |
| Michael D. Hausfeld<br>Richard S. Lewis<br>Hausfeld LLP<br>1700 K Street, N.W.<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com |

| PLAINTIFFS' COUNSEL |
|---|
| Russ M. Herman<br>Leonard A. Davis<br>Stephen J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax. (504) 561-6024<br>rherman@hhkc.com |
| Michael J. Ryan<br>Krupnick Campbell Malone Buser Slama<br>Hancock Liberman & McKee, P.A.<br>12 SE 7th Street, Suite 801<br>Ft. Lauderdale, FL 33301-3434<br>Phone: (954) 763-8181<br>Fax: (954) 763-8292<br>ksolares@krupnicklaw.com |
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Arnold Levin<br>Fred S. Longer<br>Matthew Gaughan<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>alevin@lfsblaw.com |

| PLAINTIFFS' COUNSEL |
|---|
| Eric Hoaglund<br>McCallum, Hoaglund, Cook & Irby, LLP<br>905 Montgomery Highway, Suite 201<br>Vestavia Hills, AL 35216<br>Phone: (205) 824-7767<br>Fax: (205) 824-7768<br>ehoaglund@mhcilaw.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |
| Jerrold Parker<br>Jordan L. Chaikin<br>April S. Goodwin<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jchaikin@yourlawyer.com |
| Paul A. Lea, Jr.<br>Paul A. Lea, Jr., APLC<br>1978 N. Highway 190 Ste. B<br>Covington, LA 70433-5158<br>Phone: (985) 292-2300<br>Fax: (985) 292-3501<br>jean@paullea.com |
| Jordan Torry<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Phone: (713) 622-7271<br>Fax: (713) 623-8724<br>dacevedo@reichandbinstock.com |

| **PLAINTIFFS' COUNSEL** |
|---|
| Julia A. Cook<br>Schlanger Silver Barg & Paine, LLP<br>109 N. Post Oak Lane, Suite 300<br>Houston, TX  77024<br>Phone: (713) 735-8561<br>Fax: (713) 785-2091<br> jcook@ssbplaw.com |
| Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |
| Lauren Gulkus<br>Toxic Litigation Group, LLC<br>600 Carondelet Street, Ste. 602<br>New Orleans, LA 70130<br>Phone: (504) 529-1689<br>Fax: (504) 525-4121<br>lauren@law-tlg.com |
| Seth A. Kolton<br>Weiss, Handler, Angelos & Cornwell, P.A.<br>One Boca Place<br>2255 Glades Road, Suite 218A<br>Boca Raton, FL 33431<br>Phone: (561) 997-9995<br>Fax: (561) 997-5280<br>sak@weissandhandlerpa.com |
| Daniel K. Bryson<br>Whitfield, Bryson & Mason, LLP<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5035<br>Daniel@wbmllp.com |

| **PLAINTIFFS' COUNSEL** |
|---|
| Scott G. Wolfe, Jr.<br>Wolfe Law Group<br>4821 Prytania St<br>New Orleans, LA 70115<br>Phone: (504) 894-9653<br>Fax: (866) 761-8934<br>morgan@wolfelaw.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br> & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |
| Charles K. Chauvin<br>Boggs, Loehn & Rodrigue<br>3616 South I-10 Service Road W. #109<br>Metairie, LA 70001<br>Phone: (504) 828-1202<br>Fax: (504) 828-1208<br>cchauvin@boggsloehnrodrigue.com |