**BARON B BUDD, P.C.®**

| DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE |
|---|---|---|---|
| | | 800.222.2766<br>tel 214.521.3605<br>fax 214.520.1181 | 3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281 |

December 21, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    **Re: In re: Chinese Manufactured Drywall Products Liability Litigation**
       **OMNI COMPLAINT IV; Joyce W. Rogers, et al v. Knauf Gips KG, et al**
       **Cause No. 10-0362; MDL-2047, Eastern District of Louisiana**

Dear Russ and Lenny:

  My client, Barbara Turkell, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against defendant RCR Holdings, I and II, LLC (improperly identified as RCR Holdings I and II, LL in the complaint) in the above matter, reserving her rights and claims against any and all other defendants therein.

                Very truly yours,

                Bruce Steckler