UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| WILTZ, et al. v. Beijing New Building Materials Public Limited, Co., et al. Case No.: 10-361 | * * * | MAG. JUDGE WILKINSON |

**************************************

### BRAXTON AND KERRIE COLLINS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ACE HARDWARE CORPORATION

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Braxton and Kerrie Collins, hereby dismiss without prejudice all of their claims against Defendant, Ace Hardware Corporation, in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Braxton and Kerrie Collins shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Braxton and Kerrie Collins, dated December 21, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

            Respectfully Submitted,
            */s/ Leonard A. Davis*
            RUSS M. HERMAN, ESQ. (#6819)
            LEONARD A DAVIS, ESQ. (#14190)
            STEPHEN J. HERMAN, ESQ. (#23129)
            Herman, Herman, Katz & Cotlar, LLP
            820 O'Keefe Avenue
            New Orleans, LA 70113
            Tel: (504) 581-4892/Fax: (504) 561-6024
            LDavis@hhkc.com
            *Plaintiffs' Liaison Counsel, MDL 2047*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of December, 2011.

> */s/ Leonard A. Davis*
> Herman, Herman, Katz & Cotlar, LLP
> 820 O'Keefe Avenue
> New Orleans, LA 70113
> Tel: (504) 581-4892
> Fax: (504) 561-6024
> LDavis@hhkc.com
> *Plaintiffs' Liaison Counsel, MDL 2047*