# WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

John C. Whitfield †
Daniel K. Bryson † •
Gary E. Mason ◊ ∞ •
Thomas B. Spain (Of Counsel) †
Mark Cumalander (Of Counsel) •

Donna F. Solen • ◊
Nicholas A. Migliaccio ◊ ∞
Scott C. Harris •
Matthew E. Lee •
Jason Rathod • ◊
Karl Amelchenko •
James E. Adams II †
Monica Bansal ◊

State Bar Admissions:
† KY  ◊ DC  • FL  ⊂ MD
• NC  ∞ NY  * IL

900 W. Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

December 21, 2011

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

    In Re: Chinese Manufactured Drywall Products Liability Litigation
           *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
           Case No.: 10-361

Dear Lenny and Russ:

    My clients, Braxton and Kerrie Collins, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Ace Hardware Corporation, in the above referenced Omni Complaint. Braxton and Kerrie Collins shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein

                                    Very truly yours,

                                    Daniel K. Bryson

{00005832;v1}

MADISONVILLE, KENTUCKY  •  RALEIGH, NORTH CAROLINA  •  WASHINGTON, D.C.