## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED | * | MDL No.: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| WILTZ, et al. v. Beijing New Building | * | MAG. JUDGE WILKINSON |
| Materials Public Limited, Co., et al. | * | |
| Case No.: 10-361 | * | |

**************************************

### JASON AND CASSIE HERRINGTON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ACE HARDWARE CORPORATION

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Jason and Cassie Herrington, hereby dismiss without prejudice all of their claims against Defendant, Ace Hardware Corporation, in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Jason and Cassie Herrington shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Jason and Cassie Herrington, dated December 21, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

        Respectfully Submitted,
        */s/ Leonard A. Davis*
        RUSS M. HERMAN, ESQ. (#6819)
        LEONARD A DAVIS, ESQ. (#14190)
        STEPHEN J. HERMAN, ESQ. (#23129)
        Herman, Herman, Katz & Cotlar, LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Tel: (504) 581-4892/Fax: (504) 561-6024
        LDavis@hhkc.com
        *Plaintiffs' Liaison Counsel, MDL 2047*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of December, 2011.

> */s/ Leonard A. Davis*
> Herman, Herman, Katz & Cotlar, LLP
> 820 O'Keefe Avenue
> New Orleans, LA 70113
> Tel: (504) 581-4892
> Fax: (504) 561-6024
> LDavis@hhkc.com
> *Plaintiffs' Liaison Counsel, MDL 2047*