UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| HAYA, et al. v. Taishan Gypsum Co. Ltd, et al. Case No.: 11-1077 | * * * | |

**************************************

## BENJAMIN AND KANDICE HERSEY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DAN SPIRES FLOOR COVERING, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Benjamin and Kandice Hersey, hereby dismiss without prejudice all of their claims against Defendant, Dan Spires Floor Covering, Inc., in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Benajmain and Kandice Hersey shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Benjamin and Kandice Hersey, dated December 22, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,
*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892/Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of December, 2011.

                                      */s/ Leonard A. Davis*
                                      Herman, Herman, Katz & Cotlar, LLP
                                      820 O'Keefe Avenue
                                      New Orleans, LA 70113
                                      Tel: (504) 581-4892
                                      Fax: (504) 561-6024
                                      LDavis@hhkc.com
                                      *Plaintiffs' Liaison Counsel, MDL 2047*