UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| *Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* Case No. 11-3023 (E.D.La.) | * * * * * | |

******************************************

## NOTICE OF ERRATA

NOTICE IS HEREBY given that the correct spelling of the names of named Plaintiffs, Mark A. and Denise G. Audilbert, are Mark A. and Denise G. Audibert.

        Respectfully submitted,

        **/s/ Leonard A. Davis**

        _____
        **RUSS M. HERMAN, La. Bar No. 6819**
        **LEONARD A. DAVIS, La. Bar No. 14190**
        **STEPHEN J. HERMAN, La. Bar No. 23219**
        **JOSEPH E. "JED" CAIN, La. Bar No. 29785**
        **JEREMY S. EPSTEIN, La. Bar No. 32135**
        **HERMAN, HERMAN, KATZ & COTLAR, LLP**
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Telephone:   (504) 581-4892
        Fax No.:      (504) 561-6024
        *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Errata, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of December, 2011.

                                            /s/ Leonard A. Davis

                                            _____

                                            LEONARD A. DAVIS