# EXHIBIT E

Related Actions

| Case Name | Case Court Name | Docket |
|---|---|---|
| Allen, Patricia et al. v. Knauf Gips KG et al. | USDC - Eastern District of Louisiana | 2:11cv02946 |
| Godwin, Jack and Pamela v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06525 |
| Kokoszka, Jason and Heather v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06841 |
| Ledford, Samuel v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04292 |
| Loftis, Dell J. et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv00507 |
| McDuffie, Claude and Jimmie v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv00333 |
| Pampel, Terry L. and Nancy J et al v. Knauf GIPS KG et al | USDC - Eastern District of Louisiana | 2:10cv01109 |
| Panneton, Clyde and Ruth v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06526 |
| Rayfield, Sylvia et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04293 |
| Abiega, Elisa v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06845 |
| Aboulafia, Steven v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06844 |
| Allen, Shane M. and Nicole J. v. Knauf Plasterboard Tianjin Co., Ltd. et al | USDC - Eastern District of Louisiana | 2:09cv04112 |
| Alvarez, Emilio and Martha v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06539 |
| Ankney, Duane v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04113 |
| Badchkam, Annette v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04318 |
| Bagley, Jerald v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv01220 |
| Belfour, Ed and Ashli v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06532 |
| Berson, Gloria et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07133 |
| Bloom, Andrew and Ina v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06550 |
| Borges, Haroldo and Maria v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06843 |
| Bradford, Deborah v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04313 |
| Busbee, Clarence and Sheri et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv01217 |
| Byrne, Gertrude v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:11cv00338 |
| Campanelli, Larry and Karen v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06507 |
| Candela, Hilario et al v. Knauf Plasterboard Tianjin Co., Ltd | USDC - Eastern District of Louisiana | 2:10cv01111 |
| Caretti, Giovanni et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv00509 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Carey, Vernon and Latavia v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06534 |
| Catalano, Thomas and Faye v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04316 |
| Charles, Frantz et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06847 |
| Christian, Kevin v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06848 |
| Colman, Kevin and Maria v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06846 |
| Coombs, Donald Martin v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv01223 |
| Cronin, Wlliliam and Margaret v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06527 |
| Davis, Jesse W.  v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06863 |
| Davy, Christopher and Amy v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06533 |
| de Gamboa, Harnan and Ana Teixeira et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04659 |
| Debenedictis, Frank and Deborah v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04658 |
| Deutsch, Hunting F. and Mary v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06740 |
| Diaz, Fernando et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06742 |
| Difilippo, Steven and Kathleen v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06547 |
| Downs, Terel and Patricia v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04309 |
| Egan, Michelle L. et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06749 |
| Elzein, Hassib v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06748 |
| Eskenazi, Mark and Anna v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06549 |
| Feliciano, Felix and Annabelle v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04295 |
| Fernandez, Jorge and Michele v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04296 |
| Feuerberg, Bryan and Emily v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04321 |
| Flores, Julian and Nathalia v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04299 |
| Foster, Katherine L. v. Northstar Holdings, Inc. et al | USDC - Eastern District of Louisiana | 2:09cv04320 |
| Frais, Sherley v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04322 |
| Frenchman, Beth and Brian v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06548 |
| Fulks, Richard and Bonnie v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06737 |
| Galvin, Larry and Rene v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04294 |
| Garcia, Lorena et al v. Lennar Corporation et al | USDC - Eastern District of Louisiana | 2:09cv04118 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Ghafari, David v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07131 |
| Goldstein, Cindy A v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05869 |
| Gonzalez, Omar et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06747 |
| Gonzalez, Ronald et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv04337 |
| Grguric, Slavko v. Knauf Plasterboard Tianjin Co., Ltd. et al | USDC - Southern District of Florida | 0:11cv60206 |
| Guarneri, Corrado G. and Laura v. Knauf Plasterboard Tianjin Co., Ltd. et al | USDC - Eastern District of Louisiana | 2:10cv02754 |
| Guerrazzi, Diego et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv01221 |
| Harbison, Kirk and Angela v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv01224 |
| Harrell, Jason and Melissa v. Knauf Plasterboard Tianjin Co., Ltd. et al | USDC - Eastern District of Louisiana | 2:09cv06543 |
| Hay, Robert and Maria v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06851 |
| Heritage Homes of Northwest Florida, LLC v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06738 |
| Hoagland, Lawrence and Ann v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07132 |
| Jaramillo, Consuelo et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06745 |
| Jesus, Manuel and Liliane v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06739 |
| Jones, Gail v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06536 |
| Kelly, Francine v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04308 |
| Knapp, Russell et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04314 |
| Kottkamp, Jeffrey and Cynthia v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06528 |
| Lamaa, Husein v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06850 |
| Leben, Roger and Janet v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04302 |
| Lebron, Lisa et al v. Breezes At Galloway, Inc. et al | USDC - Eastern District of Louisiana | 2:09cv06741 |
| Lukaszewski, Lynn and Thomas E. v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06750 |
| Malkki, Donna and Sppo v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04311 |
| Mardeni, Marirose and Roberto v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06541 |
| Martinez, Tania v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06542 |
| Meister, Robert P., III v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv00860 |
| Metzl, Justin v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06538 |
| Miller, Daniel Scott et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06849 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Mitchell Company Inc v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04115 |
| Morris-Chin, Janet et al v. Knauf Plasterboard Tianjin Co., Ltd. et al | USDC - Eastern District of Louisiana | 2:09cv04119 |
| Navarro, Ronnie and Marivic v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05868 |
| Novello, Robin v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv01225 |
| O'Hear, Anne v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04312 |
| Olschewski, Krzysztof et al v. Centerline Homes, Inc. et al | USDC - Eastern District of Louisiana | 2:09cv06751 |
| Oves, Jose Francisco v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04301 |
| Pelligra, Anna v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04297 |
| Peterson, Derrick and Robin v. Treasure Coast Homes, LLC et al | USDC - Eastern District of Louisiana | 2:09cv04319 |
| Plaza, Ana Maria v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05871 |
| Ramsarran, Lloyd v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06544 |
| Riesz, Lawrence et al v. Knauf Plasterboard Tianjin Co., Ltd. et al | USDC - Eastern District of Louisiana | 2:09cv04116 |
| Rinaldi, Joseph J. v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06540 |
| Rizzo, Ricardo et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04298 |
| Roberts, Steven and Jennifer et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05870 |
| Rosen, Michael and Robyn v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:11cv00337 |
| Rosen, Richard et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06537 |
| Rossi, Richard and Joanna v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv01012 |
| Sardina, Raymond and Jennifer v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04304 |
| Sarkar, Immanuel v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06743 |
| Schatzle, Ralph and Judith v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04656 |
| Schurer, John v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04315 |
| Scritchfield, Ronald et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04306 |
| Sirota, Alli and Paul et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv01218 |
| Skora, Gregory and Danielle v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04317 |
| Smith, Nancy v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04655 |
| Solabella Company Limited et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv01219 |
| Souza, Juliana v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06842 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Starkman, Jeffrey and Sharlene v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06535 |
| Teefy, Thomas and Susan v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04310 |
| Trepkowski, Carrie and David v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04305 |
| Valdes, Enrique and Ivy v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04300 |
| Vickers, Karin et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04117 |
| Victores, Didio and Monica et al v. Lennar Homes, LLC et al | USDC - Eastern District of Louisiana | 2:09cv05872 |
| Villalta, Daniel and Yesenia v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04303 |
| Wisdom, Gloria C. and Katori and Patrick v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06744 |
| Zervos, Angelo and Gregoria v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06746 |
| Abreu, Daniel v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al (Omnibus Class Action Complaint VIII) | USDC - Eastern District of Louisiana | 2:11cv00252 * |
| Alexander, Penny and Henry v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03135 |
| Allen, Darius et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05844 |
| Alonzo, Lana v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03959 |
| Amato, Dean and Dawn v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06805 |
| Ambrose, Rosalie v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06096 |
| Amerson, Amy et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04275 |
| Ancira, Chris and Lilah v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03156 |
| Antoine, Gary V. and Patrice et al  v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03932 |
| Arndt, Dorothy et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al (Omnibus Class Action Complaint XII) | USDC - Eastern District of Louisiana | 2:11cv02349 * |
| Ashford, Otis et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07042 |
| Bailey, Deloris J. v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06086 |
| Barone, John Joseph, III v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03243 |
| Bartholomew, Alexandra and Craig v. Knauf Plasterboard Tianjin Co., et al | USDC - Eastern District of Louisiana | 2:09cv07495 |
| Berthaut, Colin v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03840 |
| Berthelotte, Anna et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04351 |
| Block, Robert W., III v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al (Omnibus Class Action Complaint X) | USDC - Eastern District of Louisiana | 2:11cv01363 * |
| Bourg, Junius et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03426 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Broesder, Stan v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04381 |
| Brumfield, Ollie and Adrianne v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03535 |
| Bryant, Debra v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03634 |
| Carter, Daniel v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06087 |
| Carter, James and Alexis et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04147 |
| Cassagne, Jordan and Brande v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03637 |
| Cassidy, Jessica et al v. Gebrueder Knauf Verwaltungsgesellschaft KG et al. (Omnibus Class Action Complaint XIV) | USDC - Eastern District of Louisiana | 2:11cv03023 * |
| Ceruti, Ronald P. and Sharon L. v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03526 |
| Chiappetta, Kevin David and Karen Ann  v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03923 |
| Clark, Carolyn v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06097 |
| Conrad, Ariane v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03309 |
| Cresson, Robert Anthony et al. v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03427 |
| D'Amico, Daniel and Michelle v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04367 |
| D.R. Horton, Inc. - Gulf Coast v. Interior/Exterior Builing Supply et al | USDC - Eastern District of Louisiana | 2:10cv00804 |
| Dakin, Kim et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04274 |
| Davis, Lolita et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03525 |
| Defalco, John et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al | USDC - Eastern District of Louisiana | 2:10cv04538 |
| Donaldson, Jill et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv02981 |
| Donnelly, Jerome and Daphine v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03635 |
| Dufrene, Rosetta and Ernest v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07358 |
| Dunn, Dianne et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04345 |
| Enclarde, Mary et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04513 |
| Eugene, Adrian v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06090 |
| Evans, Ronald et al v. Knauf Gips KG et al (1) | USDC - Eastern District of Louisiana | 2:09cv04102 |
| Evans, Ronald v. Knauf Gips KG et al (2) | USDC - Eastern District of Louisiana | 2:09cv04538 |
| Fazande, Dwayne and Latanja T. et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03479 |
| Fisher, Donald and Nadja v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03927 |
| Foret, Kimber and Ryan v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:10cv01553 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Francis, Timothy and Ashley v. Colony Insurance Company et al | USDC - Eastern District of Louisiana | 2:10cv00720 |
| Gardette, Michael and Nicole v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06094 |
| Gilberti, Jeff et al v. Knauf Gips KG | USDC - Eastern District of Louisiana | 2:09cv03136 |
| Greco, Vincent J. v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03812 |
| Green, William and Jamie v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05874 |
| Gritter, Joseph V. and Catherine et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04273 |
| Gross, David/Benes, Mary Anne et al v. Knauf Gips KG et al (Omnibus Class Action Complaint III, III.A) | USDC - Eastern District of Louisiana | 2:09cv06690 * |
| Guidry, Richard and Amy v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04122 |
| Haindel, Mary v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03157 |
| Hakenjos, Candace and Todd v. Tallow Creek LLC et al | USDC - Eastern District of Louisiana | 2:10cv02579 |
| Harding, Matthew and Kristin v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03836 |
| Hernandez, Diane and John v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06103 |
| Hopper, Dena and Dean v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05830 |
| Hubbell, Wendy et al v. Tallow Creek, LLC, et al | USDC - Eastern District of Louisiana | 2:10cv02064 |
| Jarrell, Chad and Darlene v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05828 |
| Jaruzel, Karin and John v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03636 |
| Jones, Daphne v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06085 |
| Jordan, Richard et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07550 |
| Joseph, Louise  v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06088 |
| Kuykendall, Beverly v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06089 |
| LeBlanc, Steven and Dana v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05946 |
| Ledet, Darryl P. and Trisha A. v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04323 |
| Leverette, Donna and Gillette et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05845 |
| Lewis, Jared and Emily v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07549 |
| Lewis, Willie et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04101 |
| Macombrer, Shawn et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03837 |
| Maggiore, Peter and Frankie and Justin v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03926 |
| Mai, Lien et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03422 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Mai, Long et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03536 |
| Martin, Michael et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03425 |
| Maykut, Kent and Donna v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05944 |
| Mays, Gina et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03638 |
| McCrary, Rose et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04154 |
| Methvin, William and Deborah v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03930 |
| Meyer, Lawrence and Elizabeth et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03960 |
| Mills, Jeanette v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06752 |
| Mitchell, Crystal v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05337 |
| Mitchell, Kelsey and James G v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03192 |
| Moore, Evelyn et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04145 |
| Moreau, Patrick and Catherine v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04368 |
| Morlas, Ralph and Paula v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03265 |
| Myers, Christopher et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04146 |
| Myles, Jessie v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06092 |
| North River Insurance Company v. Knauf International Gmbh et al. | USDC - Eastern District of Louisiana | 2:11cv01670 |
| Orduna, Judith and Albert v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06052 |
| Pastentine, Judith Ellen  v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06051 |
| Payton, Sean and Beth, et al v. Knauf Gips KG (Omnibus Class Action Complaint I, I.A, I.B, I.C) | USDC - Eastern District of Louisiana | 2:09cv07628 * |
| Pennington, Dorothy v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03838 |
| Peres, Tony and Kathy v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03961 |
| Perez, Sandra E. and Pedro v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03384 |
| Peters, Ronald v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06081 |
| Peyton, Sean and Beth v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03424 |
| Pierson, Neil and Jan v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06658 |
| Pizani, Calvin and Lindsey v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04287 |
| Price, Joshua and Kimberlea v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07170 |
| Roberts, Jeffrey D. v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06082 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Roberts, Mona et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03127 |
| Robins, Kelvin Hayes et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07551 |
| Robinson, Jerome and Ellen v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03282 |
| Rogers, Joyce W., et al v. Knauf Gips KG (Omnibus Class Action Complaint IV, IV.A, IV.B, IV.C) | USDC - Eastern District of Louisiana | 2:10cv00362  * |
| Ruesch, Kevin and Dorothy et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04660 |
| Schields, Larry and Randall v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04344 |
| Shelton, Michael and Leslie v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05943 |
| Simmons, Melinda and Andre et al  v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03639 |
| Slidell Property Management, L.L.C v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06068 |
| Smith, Gerry and Carlette v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06083 |
| Smith, Tanika v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06091 |
| St. Martin, Janeau v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06084 |
| Staub, Marc and Dana et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04100 |
| Stayton, Laurie v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03193 |
| Tabor, Edward and Emmilou v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03929 |
| Theard, Avery and Tjaynell v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03931 |
| Tromatore, Ronald and Peggy et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06093 |
| Vu, Jessie et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv03423 |
| Young, Raymond and Linda v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05945 |
| Zubrowski, Linda and Michael v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06095 |
| Adkins, Lynard v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05501 |
| Alldredge, Rufus and Emily v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06553 |
| Coats, Charles and Angela v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06511 |
| Gagnard, Gary and Ann v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06551 |
| Hillier, Billie and Carl v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06552 |
| Huckabee, Harold v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06510 |
| Langdale, James H. and Norman G. v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07137 |
| Legendre, Paul and Jaunet Carol v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06753 |

*Omnibus Complaint

Related Actions

| Lowry Developments, LLC et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07552 |
|---|---|---|
| Mahner, John and Cynthia v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07135 |
| Oliver, Patches and Richard v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06509 |
| Palmer, Edith v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07136 |
| Perry, Timothy and Tracey v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv05500 |
| Pitre, David and Laurie v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06330 |
| Tenorio, Eric P. v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv06754 |
| Vinh, Le Van et al v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv07134 |
| Whitfield, Christopher v. Knauf Gips KG et al | USDC - Eastern District of Louisiana | 2:09cv04324 |
| Minafri, Steven v. M/I Homes, Inc. et al | USDC - Eastern District of Louisiana | 2:09cv04120 |
| Adams, Candace v. HPH Properties LLC | Alabama - Circuit Court of Shelby County | 2010cv977 |
| Adams, David et al v. HPH Properties et al | Alabama - Circuit Court of St. Clair County | 2011cv25 |
| Adamson, Mike and Beverly v. Capstone Partners LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv901753 |
| Bakane, John v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv26 |
| Bales, Dennis and Linda v. Capstone Partners, LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv900906 |
| Ballard, Monty and Suzanne v. Eddleman Homes LLC et al | Alabama - Circuit Court of Shelby County | 2010cv958 |
| Ballentine, Lester v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv37 |
| Bolle, Jonathan and Raeanne v. HPH Properties et al | Alabama - Circuit Court of St. Clair County | 2010cv140 |
| Bond, Arthur and Marilyn v. HPH Properties, LLC et al | Alabama - Circuit Court of Shelby County | 2010cv955 |
| Buckley, Brenda v. HPH Properties, LLC et al | Alabama - Circuit Court of Shelby County | 2010cv978 |
| Burns, Chris v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv35 |
| Burson, Glenda et al v. Vintage Home LLC et al | Alabama - Circuit Court of Jefferson County | 2008cv000317 |
| Burton, Lydell and Jenise v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv27 |
| Carlin, Charles and Yvonne v. HPH Properties, LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000979 |
| Cash, Charles and Barbara v. HPH Properties LLC | Alabama - Circuit Court of St. Clair County | 2011cv28 |
| Chandler, John Eric and Jessica v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv40 |
| Chavous, George and Lorine et al v. Holman Building Co., LLC et al | Alabama - Circuit Court of Jefferson County | 2010-901890 |
| Conner, Cynthia v. Holman Building Co. et al | Alabama - Circuit Court of Jefferson County | 2010cv2944 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Cook, William and Wendy v. HPH Properties, LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv903410 |
| Cowart, Patricia and Jerry v. Capstone Partners, LLC et al | Alabama - Circuit Court of Jefferson County | 2009cv900456 |
| Cox, Donnis and Thomas v. Eddleman Homes, LLC et al | Alabama - Circuit Court of Shelby County | 2010cv900771 |
| Crawford, Daniel and Sarah v. Continental Construction, LLC et al | Alabama - Circuit Court of St. Clair County | 2010cv900073 cons. with 2010cv900099 |
| Daniel, Michael and Monica v. Liberty Park Join Venture LLP et al | Alabama - Circuit Court of Jefferson County | 2010cv904442 |
| Daniel, William E, Jr. and Grace v. Brantley Homes, Inc. et al | Alabama - Circuit Court of Shelby County | 2010cv900717 |
| Davidson, T. Blake and Devon v. HPH Properties, LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000956 |
| Davis, William and Lucinda v. Interior Exterior Supply L.P. et al. | Alabama - Circuit Court of Jefferson County | 2010-903185 |
| Davis, William Jr. and Nancy v. Eddleman Homes LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000959 |
| Donnelly, Paul et al v. Eddleman Properties, Inc. et al | Alabama - Circuit Court of Shelby County | 2010cv900495 |
| Eddleman Homes LLC et al. v. Knauf USA et al | Alabama - Circuit Court of Jefferson County | 2010cv904507 |
| Edmonds, Lee and Susan v. Lifescape Builders LLC et al. | Alabama - Circuit Court of Jefferson County | 2010cv003112 |
| Felton, Kenturah v. Holman Building Co. LLC | Alabama - Circuit Court of Jefferson County | 2010cv3199 |
| Forbes, William and Mary v. Eddleman Homes LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000960 |
| Ford, Summer and Jason v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv42 |
| Foster, Daniel J. and Brenda B. v. Capstone Partners LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv901754 |
| Fowler, David and Nan v. Eddleman Homes LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000961 |
| Freeland, Andrew and Emily v. HPH Properties et al. | Alabama - Circuit Court of Shelby County | 2010cv000980 |
| Gibbs, Michael and Eileen v. Eddleman Homes LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000964 |
| Gordon, Russell and Judy v. HPH Properties, LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000976 |
| Griffiths, Lilly Gaye v. HPH Properties, LLC et al | Alabama - Circuit Court of St. Clair County | 2010cv141 |
| Grosfeld, Radolph and Donna v. Lifescape Builders LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv003110 |
| Haralson, Tommy and Sandra et al v. Eddleman Homes, LLC et al | Alabama - Circuit Court of Shelby County | 2010cv900700 |
| Harbour, James and Jennifer v. Lifescape Builders LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv003109 |
| Headley, Art and Mary v. HPH Properties, LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000957 |
| Helm, Melina and Gary v. Hendrickson Construction, LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv902864 |
| Henderson, Robert et al vs. The Mitchell Company, Inc. et al | Alabama - Circuit Court of Mobile County | 2009-901381 Cons. with CV-09-901118 + CV-09-901153 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Hensley, Donna v. The Houston Company and Phillip Houston | Alabama - Circuit Court of Jefferson County | 2008cv000316 |
| Hill, Chris v. Holman Building Co., LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv002945 |
| Hoit, Charles and Leta v. Eddleman Homes LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000963 |
| Hontzas, Betty v. HPH Properties et al. | Alabama - Circuit Court of Shelby County | 2010cv000981 |
| Hopkins, Terrell and Raeshonda v. Holman Building Co., LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv002942 |
| Hutson, April v. HPH Properties, LLC et al | Alabama - Circuit Court of St. Clair County | 2010cv144 |
| Jackson, Valerie v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv29 |
| Jones, Roy and Carol v. Jimmie Parker Custom Homes, Inc. et al | Alabama - Circuit Court of Shelby County | 2010cv9000936 |
| Jones, Starla v. Stonecrest Builders LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000973 |
| Jones, Steven and Jessica v. HPH Properties LLC et al | Alabama - Circuit Court of Shelby County | 2010cv900237 |
| King, Gregory and Wendy v. HPH Properties LLC | Alabama - Circuit Court of St. Clair County | 2011cv30 |
| Kramer, Eric and Lori v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv38 |
| Lay, Stephen and Kristen v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv39 |
| Lifescape Builders LLC and Liberty Park Joint Venture LLP vs. Knauf Insulation GmbH a/k/a Knauf USA; et al. | Alabama - Circuit Court of Jefferson County | 2010cv001165 |
| Little, Diges E. et al. v. The Mitchell Company, Inc. et al | Alabama - Circuit Court of Mobile County | CV-09-901153 Cons. with CV-09-901118 + 2009-901381 |
| Lybarger, Rayman and Chong Suk v. HPH Properties LLC | Alabama - Circuit Court of St. Clair County | 2011cv41 |
| McClure, Paul and Tamla v. Interior Exterior Building Supply LP et al | Alabama - Circuit Court of Jefferson County | 2010cv002343 |
| Metheny, Bryance and Julie v. Lifescape Builders LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv003113 |
| Moulin, William and JoAnn v. Eddleman Homes LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000965 |
| Nearing, Wayne and Virginia v. Eddleman Homes LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000968 |
| Nguyen, Katie and Knanh Duc Luong v. Eddleman Homes LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000971 |
| Nguyen, Thach and Minthu Lee v. HPH Properties et al. | Alabama - Circuit Court of Shelby County | 2010cv000982 |
| Nichols, John and Pamela v. Eddleman Homes LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000966 |
| Nichols, W. Barrett and Linda v. HPH Properties et al. | Alabama - Circuit Court of Shelby County | 2010cv000983 |
| Patel, Mayur v. HPH Properties et al. | Alabama - Circuit Court of Shelby County | 2010cv000984 |
| Peace, Dan and Sharon v. Eddleman Homes LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000962 |
| Penala, Sadanandam et al. v. HPH Properties, LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv903404 |

*Omnibus Complaint

| | | |
|---|---|---|
| Perez, Edgar v. HPH Properties, LLC et al | Alabama - Circuit Court of St. Clair County | 2010cv139 |
| Prichard Housing Authority v. The Mitchell Company et al. | Alabama - Circuit Court of Mobile County | CV-09-901118 Cons. with 2009-901381 + CV-09-901153 |
| Prickett, Javis B. et al v. HPH Properties LLC | Alabama - Circuit Court of St. Clair County | 2011cv31 |
| Ramsey, Keith v. Holman Building Co. LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv904465 |
| Ranelli, Frank and Rosalind v. HPH Properties et al. | Alabama - Circuit Court of Shelby County | 2010cv000986 |
| Reeser, Darrell v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv34 |
| Rice, James and Leigh et al v. Lifescape Builders, LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv901053 |
| Robinson, Linda v. HPH Properties, LLC et al | Alabama - Circuit Court of St. Clair County | 2010cv142 |
| Rogers, Vanessa Van Giessen v. Stonecrest Builders LLC | Alabama - Circuit Court of Shelby County | 2010cv000972 |
| Sargent, Judith et al v. HPH Properties et al. | Alabama - Circuit Court of Shelby County | 2010cv900261 |
| Scott, Brenda v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv36 |
| Scott, Gregory and Joan v. Interior Exterior Building Supply LP et al | Alabama - Circuit Court of Jefferson County | 2010cv902555 |
| Seifert, Charles and Lois v. Stonecrest Home Builders, LLC et al | Alabama - Circuit Court of Shelby County | 2010cv900684 |
| Sharit, Juanita v. HPH Properties, LLC et al | Alabama - Circuit Court of St. Clair County | 2010cv143 |
| Simon, David and Andrea  v. HPH Properties et al. | Alabama - Circuit Court of Shelby County | 2010cv000985 |
| Spivey, Sharon v. Holman Building Co., LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv002943 |
| Stastny, Steven and Lauren v. Lifescape Builders LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv003111 |
| Stephenson, Randy Lynn v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv32 |
| Sumner, David and Amy v. Eddleman Homes LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000967 |
| Supernaugh, John and Deborah v. HPH Properties LLC et al | Alabama - Circuit Court of St. Clair County | 2011cv33 |
| Velazquez, Andrew and Romney v. Lifescape Builders LLC et al | Alabama - Circuit Court of Jefferson County | 2010cv003114 |
| Wallace, Stephen and Jeanie v. HPH Properties, LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000974 |
| Wallace, Stephen and Walter (Trustees of Katherine Dutton) v. HPH Properties, LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000975 |
| Walters, Charles and Suzanne v. HPH Properties, LLC et al | Alabama - Circuit Court of Shelby County | 2010cv000954 |
| Zortorres, Tracey v. Holman Building Co., LLC | Alabama - Circuit Court of Jefferson County | 2010cv003201 |
| Alvarez, Emilio and Martha I. vs. Eastern Construction Group Inc. et al | Florida - Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County | 09-071623-CA-42 |
| Banner Supply, LLC v. Hinkle Drywall, LLC et al | Florida - Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County | 10-006882 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Bullock, Craig v. Knauf Plasterboard Tianjin Co. Ltd. et al | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 11-0078 CA 08 |
| Camposano, Francisco and Maria Del Pilar v. Knauf Gips KG et al | Florida - Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County | 10-45796 CA 42 |
| Carroll, Gary and April v. J.S.D. Builders, Inc. | Florida - Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County | 50 2010CA015432XXXX |
| Crawford, Scott and Dawn vs. Master Builders of South Florida Inc. et al | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 10015295 |
| Echevarria, Joel and Moraima v. Knauf Plasterboard (Tianjin) Co., Ltd. et al | Florida - Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County | 10-64471 CA 08 |
| Falke, Kenneth and Maureen vs. Masters Builders of South Florida Inc. et al | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 9047546 |
| Foster, Katherine vs. Northstar Holdings Inc et al | Florida - Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County | 2009CA014594 |
| Fulks vs Paul Homes, Inc., et al | Florida - Circuit Court of the Twentieth Judicial Circuit in and for Charlotte, Collier, Glades, Hendry and Lee Counties | 09-CA-001747 |
| Garcia, Jose and Elizabeth v. Knauf Plasterboard (Tianjin) Co. Ltd. et al | Florida - Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County | 11-06615 CA 42 |
| Gesualdo, Domenic and Darlene vs. Master Builders of South Florida Inc. et al | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 9054664 |
| Glickman, David and Joan vs. Master Builders of South Florida | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 9042551 |
| Harrell, Jason and Melissa v. South Kendall Construction et al | Florida - Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County | 09-08401CA(42) |
| Hershoff, Jay and Nancy v. Knauf Gips et al | Florida - Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County | 10-61008 CA 42 |
| HWB Construction, Inc. et al v. Knauf Gips KG et al | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 10-30149 |
| KB Home Orlando LLC v. Central Florida Finishers, Inc. | Florida - Circuit Court of the Tenth Judicial Circuit in and for Polk County | 53-2010CA-004265, Sec 4 |
| Lennar Homes LLC v. Knauf Gips KG et al. | Florida - Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County | 09-07901 CA 23 |
| Levy, Jeffrey T. and Karen B. v. Emerald Greens at Carrollwood LLC et al | Florida - Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County | 10012855 Div. 1 |
| Mackle, Frank et al vs. CDC Builders et al | Florida - Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County | 056362-CA-13 |
| Metzl, Justin M. v. Lennar Corporation, et al. | Florida - Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County | 09-31980 CA (42) |
| Mollano, Ida v. Knauf Plasterboard Tianjin Co. Ltd. et al | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 11cv13147 |
| Raio, Joseph vs. Master Builders of South Florida, Inc. et al | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 9052483 |

*Omnibus Complaint

| | | |
|---|---|---|
| Robin, Jeffrey and Elisa v. Knauf Plasterboard (Tianjin) Co. et al | Florida - Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County | 2010-059323-CA-01 |
| Rodriguez, Frank and Jeanette v. Knauf Plasterboard Tianjin Co. Ltd. et al | Florida - Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County | 10-64481 CA 30 |
| Russo, Charles and Melinda v. Knauf Plasterboard (Tianjin) Co. Ltd. et al | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 11005012 |
| San Filippo, Keith and Linda vs. Master Builders of South Florida, Inc. et al | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 9042256 |
| Seifart, Armin G. and Lisa M. Gore vs. Knauf Gips KG et al. | Florida - Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County | CV09-38887 CA (42) |
| Siegel, William and Sandra vs. Master Builders of S. Florida | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 9049418 |
| Synalovski, Manuel and Lisa v. Knauf Plasterboard Tianjin Co. Ltd. et al | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 10-41716 CA 12 |
| Westchester Surplus Lines Insurance Company Westchester Surplus Lines Insurance Company (a/s/o Nunno Builders, Inc.) v. Knauf Gips KG et al | Florida - Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County | 10 46310 |
| Alexander, Derrick v. General Fidelity Insurance Company et al | Louisiana - Civil District Court, Orleans Parish | 2010-8237 |
| Back, Charles and Mary v. Interior Exterior Building Supply, L.P. et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2009-15030 I |
| Barlow, John and Regine v. L.A. Homes, Inc. | Louisiana - 24th Judicial District Court for the Parish of Jefferson, Louisiana | 676-194F |
| Barrow, Clarence and Marion v. Hilliard Butler Construction Co., Inc. et al. | Louisiana - Civil District Court, Orleans Parish | 2010-9182 Div. K-5 |
| Barry, John T. and Sandra v. Interior Exterior Building Supply LP | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-17564 |
| Blue, John B. and Rachelle vs. Interior/Exterior Building Supply L.P. et al | Louisiana - Civil District Court, Orleans Parish | 2009-09641 |
| Borne, Barry and Mary v. Interior Exterior Building Supply L.P. et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2009-15104-I |
| Boudreaux, Virginia Richard v. Big Bear Construction Co., Inc. et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2009-14915 H |
| Braselman, Holly and Ryan v. Interior Exterior Building Supply L.P. et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2009-15310A (Replaces 2009-15102 G) H |
| Bronaugh, David and Heather vs. Savoie Construction, Inc. et al. | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | |
| Butler, James and Joycelyn et al v. Interior Exterior Building Supply L.P. et al | Louisiana - Civil District Court, Orleans Parish | 2009-11702 13 |
| Cambre, David C. and Jessica H. v. M. Carbine Restorations Ltd. et al. | Louisiana - Civil District Court, Orleans Parish | 2010-11192 |
| Caminita, Jennifer and Frank v. Regina wife of/ and Barney Core, Smith and Core, Inc. et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 100,021 F |
| Caminita, Michael R. Jr. and Johanna F. v. Levet Homes LLC et al | Louisiana - Civil District Court, Orleans Parish | 2010-07867 |
| Campos, Carlos A. v. Interior Exterior Building Supply LP et al | Louisiana - Civil District Court, Orleans Parish | 2010-9920 Sec. G-11 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Carey, Charles E. and Catherine A. v. Interior Exterior Building Supply LP | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-17231 |
| Carroll, Cynthia et al. v. Interior Exterior Building Supply, LP et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010 - 11897 H |
| Cathcart, Jeff and Robin and Amber v. v. Interior Exterior Building Supply, LP et al | Louisiana - Civil District Court, Orleans Parish | 2010-06013 |
| Cheramie III, Bertoul J. and Joan B. v. Oak Tree Homes, Inc. et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-14992 |
| Copeland, Robert M. and Nancy A. v. Interior Exterior Building Supply LP et al | Louisiana - Civil District Court, Orleans Parish | 2010-13004 E-7 |
| Crosby, Patrick and Jennifer v. Knauf Gips KG et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-12795 A |
| Crovetto, Barbara v. Interior Exterior Building Supply LP | Louisiana - 21st Judicial District Court for the Parish of Tangipahoa, Livingston and St. Helena | 2010-0004498 |
| Cunningham, Dennis and Susan v. Sun Construction, LLC et al | Louisiana - Civil District Court, Orleans Parish | 2010-4203 |
| d'Hemecourt, Thomas and Marcelle v. Gremillion Homes, Inc. | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2009-16743 I |
| Daigle, Theresa and Rodney v. Tallow Creek LLC et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2009-17466 |
| Darensbourg, Mark and Barbara v. Cretin Homes, Inc. et al. | Louisiana - Civil District Court, Orleans Parish | 2010-9358 Div. C-10 |
| Dauterive, Val J. Jr. and Margaret et al. v. Interior Exterior Building Supply LP | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-17219 |
| Dennis, Patrick and Kathleen v. Interior Exterior Building Supply, L.P. et al | Louisiana - Civil District Court, Orleans Parish | 2009-8144 |
| Donaldson, III, Malcolm and Kelli v. Interior/Exterior Building Supply, Limited Partnership et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-12370 D |
| Dorsey, Mark and Shalanda Zoe v. Interior Exterior Building Supply LP et al | Louisiana - Civil District Court, Orleans Parish | 2010-1770 |
| Dupree, Melissa v. Interior Exterior Building Supply LP et al | Louisiana - Civil District Court, Orleans Parish | 2010-13005 M-13 |
| Fernandez, Vernon and Joann v. Knauf Gips et al | Louisiana - 21st Judicial District Court for the Parish of Tangipahoa, Livingston and St. Helena | 10-0002195 C |
| Finger, Simon and Rebecca v. Interior Exterior Building Supply, L.P. et al | Louisiana - Civil District Court, Orleans Parish | 2009-07004 |
| Flattmann, Grady J. and Laura L. v. Tallow Creek LLC et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2009-14914 |
| Francis, Carrol A. v. PHL Construction, LLC et al | Louisiana - 19th Judicial District Court for the Parish of East Baton Rouge | 595110 |
| Gagnon, Chad and Amy v. Interior Exterior Building Supply, LP et al | Louisiana - Civil District Court, Orleans Parish | 09-13031 |
| Galatas, Bernadette v. Oak Tree Homes Inc. et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-15545 |
| Galloway, James and Cynthia v. Interior Exterior Building Supply L.P. | Louisiana - Civil District Court, Orleans Parish | 2010-1260 I/14 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Gammage, Daniel D. v. Interior Exterior Building Supply LP et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-10674 D |
| Gardette, Michael and Rhonda v. Sun Construction, LLC et al | Louisiana - Civil District Court, Orleans Parish | 2010-4380 |
| Genovese, Karen F. v. Resource Rental and Renovation LLC et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-14616 |
| Gleason, Herman and Deborah v. Summit Contractors, Inc. et al | Louisiana - Civil District Court, Orleans Parish | 2010-04292 |
| Gorman, Thomas M. et al. v. Knauf Gips KG et al | Louisiana - Civil District Court, Orleans Parish | 2011-7737 K-5 |
| Harbison, Paula v. Interior Exterior Building Supply LP | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-17223 |
| Harding, Matthew and Kristin et al. v. LA Homes Inc. et al | Louisiana - 24th Judicial District Court for the Parish of Jefferson, Louisiana | 679-634 A |
| Harris, Norman and Corliss v. JandH Drywall Supplies, LLC et al (2) | Louisiana - Civil District Court, Orleans Parish | 2010-5564 |
| Henderson, Linda v. J and J Builders Northshore Inc. et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-13605 |
| Jefferson, Trenace and James v. Pro Builders and Restoration of Louisiana LLC | Louisiana - 21st Judicial District Court for the Parish of Tangipahoa, Livingston and St. Helena | 2009-0003300 |
| Kee, Michael A. and Pamela H. v. Holmes Building Materials, LLC et al | Louisiana - 19th Judicial District Court for the Parish of East Baton Rouge | C593592, Sec. 24 |
| Kehoe, Molly v. Interior Exterior Building Supply L.P. et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2009-15458 I |
| King, David and Mary vs. Interior/Exterior Supply, LP et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-12378 |
| Lartigue, Clement W. and Margaret C. v. Team Work Construction LLC et al | Louisiana - 24th Judicial District Court for the Parish of Jefferson, Louisiana | 690-973 Div. K |
| Lee, Max and Blakeley v. Interior Exterior Building Supply LP et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2011-11791 A |
| Marrero, Charlene Green v. Interior Exterior Building Supply et. al. | Louisiana - Civil District Court, Orleans Parish | 2009-05916 |
| Mason Jr., Hiram L. v. Springhill LLC et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-14872 |
| McAvoy, Michael and Atara v. Interior Exterior Building Supply LP et al | Louisiana - Civil District Court, Orleans Parish | 2010-07442 |
| Mills, Jeanette F. v. E. Jacob Construction, Inc. et al | Louisiana - 19th Judicial District Court for the Parish of East Baton Rouge | C581172-25 |
| Monte, Frank J. and Marti S. v. Interior Exterior Building Supply LP et al | Louisiana - Civil District Court, Orleans Parish | 2010-12675 N-8 |
| Naden, Craig and Roberta v. Acadian Builders and Contractors LLC et al | Louisiana - 23rd Judicial District Court for the Parish of Ascension | 97417 |
| Nieto, Peter v. Regina wife of/ and Barney Core, Smith and Core, Inc. et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 100,020 D |
| Nunez, Frederick D. and Lisa v. Arthur Homes LLC et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-14805 |
| Oster, Donald and Betty v. v. Southern Homes, LLC et al | Louisiana - Civil District Court, Orleans Parish | 2010-05481 N-8 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Piwetz, Randy L. and Jeanne v. Interior Exterior Building Supply LP | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-17214 |
| Pizani, Lindsey and Calvin v. Ciara Homes LLC et al | Louisiana - 24th Judicial District Court for the Parish of Jefferson, Louisiana | 677080 |
| Poole, Sam III and Valerie v. John L. Crosby LLC et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2009-14897 D |
| Quilo, Sandra v. Lee Roy Jenkins | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-14073 |
| Reece, Ryan and Ashlin v. Interior Exterior Building Supply LP et al | Louisiana - Civil District Court, Orleans Parish | 2010-08131 |
| Roberson, Sandra v. E. Jacob Construction, Inc. et al | Louisiana - Civil District Court, Orleans Parish | 2010-06716 - I-14 |
| Rogers, Joyce W. v. Interior Exterior Building Supply LP | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-17226 |
| Rome, Erwin J. III and Karen G.v. Interior Exterior Building Supply LP et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-14410 |
| Ross, Terrence M. and Rhonda B. v. C. Adams Construction and Design LLC et al | Louisiana - 24th Judicial District Court for the Parish of Jefferson, Louisiana | CV-676-185 |
| Savoie and Savoie, III LLC v. HC Seals Drywall Partners et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-17607 |
| Segreto, Mark R. and Victoria v. Interior Exterior Building Supply LP | Louisiana - Civil District Court, Orleans Parish | 2010-11600 |
| Southern Homes, LLC et al v. Interior Exterior Building Supply, Inerior Exterior Enterprises, South Cortez, L.L.C. | Louisiana - Civil District Court, Orleans Parish | 2009-06564 |
| Stanfield, Sidney S. Jr. v. Interior Exterior Building Supply LP | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-17567 |
| Temperato, Cynthia and John v. Interior Exterior Building Supply LP | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2011-10268 J |
| Thompson, Melanie L. v. David E. Diggs et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-16137 |
| Verrett, Chavis M. and Catherine M. v. Interior Exterior Building Supply LP et al | Louisiana - Civil District Court, Orleans Parish | 2010-11404 G |
| Waguespack, Jacques v. Knauf Gips KG et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2009-14371 A |
| Ward, Truman L. and Amy G. v. Acadian Builders and Contractors LLC et al | Louisiana - 23rd Judicial District Court for the Parish of Ascension | 97,352 |
| Wayne, William and Kelly v. Knauf Gips KG et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2009-13466 A |
| Wheeler, Alicia v. Ming K. Wong et al. | Louisiana - Civil District Court, Orleans Parish | 2010-2773 |
| White, John K. and Harriet B. v. Alvin R. Savoie and Associates, Inc. et al | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-14756 |
| White, Taeneia v. E. Jacob Construction, Inc. et al | Louisiana - Civil District Court, Orleans Parish | 2010-06622 E |
| Whittington, Thomas and Karen v. Interior Exterior Exterior Building Supply LP et al | Louisiana - Civil District Court, Orleans Parish | 2010-06699 I-14 |

*Omnibus Complaint

Related Actions

| | | |
|---|---|---|
| Wood, Pamela Ann v. Interior Exterior Building Supply LP | Louisiana - 22nd Judicial District Court for the Parish of St. Tammany | 2010-17215 |
| Zeber, Michele D. and Neal A. v. SEC Enterprises LLC et al | Louisiana - 19th Judicial District Court for the Parish of East Baton Rouge | C582192 Section 23 |
| Clark, Marilyn et al. v. Knauf Gips et al | Mississippi - Circuit Court of the 1st Judicial District of Harrison County | A2401-2010-418 |
| Ladner, Shea Michael et al. v. Knauf Gips KG et al. | Mississippi - Circuit Court of the 1st Judicial District of Harrison County | A2401-11-128 |
| Newman, Kyle E. and Denise v. Knauf Gips et al | Mississippi - Circuit Court of the 1st Judicial District of Harrison County | A2401-2010-419 |
| Sand, David and Jacqueline et al. v. Knauf Gips et al. | Mississippi - Circuit Court of the 1st Judicial District of Harrison County | A2401-11-127 |
| Sanderford, Anita and James and Wes v. Knauf Gips et al | Mississippi - Circuit Court of the 1st Judicial District of Harrison County | A2401-11-225 |

*Omnibus Complaint