# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of Louisiana

Case Number: 11-252 SECT. L. MAG. 2

Plaintiff:
**DANIEL ABREU, etc.**

vs.

Defendant:
**WOODLAND ENTERPRISES, INC.**

For:
Leslie Miller Tomczak, Esquire
AKERMAN SENTERFITT
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, FL  33301-2229

Received by SERVICE OF PROCESS, INC. on the 19th day of December, 2011 at 11:40 am to be served on **LA SUPREMA TRADING, INC. BY SERVING ITS REGISTERED AGENT: EDUARDO RASCO, ESQ., 20900 NE 30 AVENUE, SUITE 600, AVENTURA, FL 33180.**

I, RODOLFO PEREZ, do hereby affirm that on the **19th day of December, 2011 at 1:10 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS ON A THIRD-PARTY COMPLAINT AND DEFENDANT WOODLAND ENTERPRISES, INC. CROSS CLAIM AND THIRD PARTY COMPLAINT** with the date and hour of service endorsed thereon by me, to: **STEVE BIMSTON, ESQ.** as **ATTORNEY/ASSOCIATE TO THE REGISTERED AGENT** for **LA SUPREMA TRADING, INC.**, at the address of: **20900 NE 30 AVENUE, SUITE 600, AVENTURA, FL 33180**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, F.S. 92.525 Verification of documents.

RODOLFO PEREZ
Certified P.S. #365

SERVICE OF PROCESS, INC.
P.O. Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: SOP-2011002720

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

SERVED
Steve Bimston Esq
Attorney / Associate
to Reg Ag+

| | |
|---|---|
| DANIEL ABREU, etc. )<br>Plaintiff )<br>v. )<br>WOOLDLAND ENTERPRISES, INC. )<br>Defendant, Third-party plaintiff )<br>v. )<br>TRIPLE "E" CORPORATION )<br>Third-party defendant ) | Civil Action No. 11-252 SECT. L. MAG. 2 |

12-19-11
1:10 p-
House
365

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  LA SUPREMA TRADING, INC.
BY SERVING ITS REGISTERED AGENT
EDUARDO RASCO, ESQ.
20900 N.E. 30TH AVENUE, SUITE 600
AVENTURA, FL  33180

A lawsuit has been filed against defendant __Woodland Enterprises__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Daniel Abreu, etc.__

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Valerie E. Greenberg, Esq., Stacy Bercun Bohm, Esq. and Leslie Miller Tomczak, Esq.
AKERMAN SENTERFITT, 350 E. Las Olas Blvd., Suite 1600, Ft. Lauderdale, FL  33301

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Russ M. Herman, Esq. and Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP, 820 O'Kefe Ave., New Orleans, LA  70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: __Dec 15 2011__

Loretta G. Whyte
Name of clerk of court

_____
Deputy clerk's signature