

December 13, 2011

Leonard A. Davis
Herman, Herman, Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Dear Mr. Davis,

Esquire Bank is a full-service, federally chartered savings bank serving law professionals, professional service firms, small to mid-sized businesses and individuals. The bank was founded by lawyers who believe in supporting law professionals with high-tech banking solutions and unmatched client service across the United States. We understand the unique needs and financial pressures of the law community, providing banking and business solutions to the firms, their owners, employees and clients. Esquire Bank is proud to support the trial bar and its tireless advocacy for individual rights. Our goal is to become the "Bank of Choice" for the law profession by: (i) offering the highest quality relationship banking products and services for the industry; (ii) providing a "safe and sound" institution for our customers' deposits and; (iii) being a sponsor and business partner for local, regional, state and national associations that support attorneys.

All of us at Esquire Bank are committed to providing a safe and sound environment for our shareholders and clients as demonstrated by our strong capital position, high level of liquidity to meet client's demands, prudent underwriting standards and strong asset quality. Esquire Bank has one of the strongest balance sheets in the industry. We have remained measured and disciplined with our underwriting standards, our loan review process and the selection of investment securities, weathering the financial crisis and conserving shareholder value. Our asset quality remains excellent with zero charge-offs in our loan portfolio, since our inception in 2006.

Our professional, responsive and knowledgeable senior management team is readily available to offer customers a quicker response to any of their needs. This is in contrast to our competitors, whose decisions may be made at a distant headquarters. This combination of quick, responsive and personal service, combined with our advanced banking technology and our focus on attorney banking products provides our customers with a superior financial services arrangement.

Esquire Bank has become a unique provider of financial services and products to the trial bar, developing a strong brand and reputation as the "Bank of Choice" for attorneys and their firms.

Esquire Bank has numerous deposit options including, but not limited to, a 100% FDIC insured non-interest bearing account.

Additional information can be found at our website www.esquirebank.com and we are always available for a conference call anytime.

Sincerely,

Eric S. Bader
Executive Vice President
Chief Financial Officer