UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) |

**O R D E R**

Considering the Plaintiffs' Steering Committee ("PSC") Motion to Establish a Shared Costs Fund;

IT IS ORDERED BY THE COURT THAT Russ M. Herman, Plaintiffs' Liaison Counsel and/or Arnold Levin, Plaintiffs' Lead Counsel, is authorized to establish an MDL 2047 PSC Shared Costs Fund with Esquire Bank.

IT IS FURTHER ORDERED BY THE COURT that the Plaintiffs' Steering Committee shall provide a routine reports to the Court regarding the Fund.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge