UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION: "L" |
| **THIS DOCUMENT RELATES TO:** | ) ) | JUDGE FALLON |
| *Payton, et al. v. Knauf GIPS KG, et. al.,* Case No. 2:09-cv-07628 (E.D.La.) | ) ) ) ) | MAG. JUDGE WILKINSON |
| *Gross, et al. v. Knauf GIPS KG, et. al.,* Case No. 2:09-cv-6690 (E.D.La.) | ) ) ) ) | |
| *Rodgers, et al. v. Knauf GIPS KG, et. al.,* Case No. 2:10-cv-00362 (E.D.La.) | ) ) ) ) | |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,* Case No. 2:11-cv-252 (E.D.La.) | ) ) ) ) | |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,* Case No. 11-cv-1363 (E.D.La.) | ) ) ) ) | |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,* Case No. 11-cv-2349 (E.D.La.) | ) ) ) ) | |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,* Case No. 11-cv-3023 (E.D.La.) | ) ) ) ) | |
| *Vickers, et. al. v. Knauf Gips, et. al.,* Case No. 2:09-cv-04117 (E.D.La) | ) ) | |

**<u>84 LUMBER COMPANY'S RESPONSE TO THE JOINT MOTION OF PROPOSED SETTLEMENT CLASS COUNSEL, THE PSC, AND THE KNAUF DEFENDANTS FOR AN ORDER: (1) PRELIMINARILY APPROVING THE KNAUF SETTLEMENT; (2) CONDITIONALLY CERTIFYING A SETTLEMENT CLASS; (3) ISSUING CLASS NOTICE; (4) SCHEDULING FAIRNESS HEARING; AND (5) STAYING CLAIMS AS TO THE KNAUF DEFENDANTS</u>**

**NOW INTO COURT,** through undersigned counsel, comes 84 Lumber Company and files the within Response to the Joint Motion of Proposed Settlement Class Counsel, The PSC, and the Knauf Defendants for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) scheduling a Fairness Hearing; and (5) Staying Claims as to the Knauf Defendants, and in support thereof avers as follows:

## I.     Background

On or about December 20, 2011 the proposed Settlement Class Counsel, the Court-appointed Plaintiffs' Steering Committee (the "PSC") and Knauf Plasterboard (Tianjin) Co. Ltd. ("KPT"); Knauf Plasterboard (Wuhu) Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd.; Knauf Gips KG; Gebr. Knauf Verwaltungsgesellschaft KG; Knauf International GmbH; Knauf Insulation GmbH ("KI"); Knauf UK GmbH; Knauf AMF GmbH & Co. KG; Knauf do Brasil Ltda. and PT Knauf Gypsum Indonesia (collectively the "Knauf defendants") filed with the Court a Joint Motion of Proposed Settlement (the "Motion") and the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 (the "Agreement"). Thereafter, on or about, December 21, 2011 this Honorable Court ordered that the Motion would be set for hearing date on or about January 4, 2012 at 9:00am.

## II.     Argument

It is clear that the Agreement, at a minimum, is incomplete and fails to include information vital to this Defendant. As such, 84 Lumber is unable to determine whether it currently possesses any objection to the Agreement and eventual settlement.

According to the terms of the Agreement, 84 Lumber will be classified as a "Released Party" through the moniker "Other Releasee," or as an "Excluded Releasee." "Released Party" or "Released Parties" are defined in the Agreement as:

> the Knauf Defendants and the **Other Releasees** and their respective parents, subsidiaries, affiliates, divisions, predecessors, successors, heirs, legal representatives, legatees and/or assigns, together with past, present and future officers, directors, board members, shareholders, members, presidents, managers, partners, employees, distributors, retail dealers, agents, servants, representatives, consultants, in-house or outside attorneys, insurers, and reinsurers of each of the foregoing.

*See* Agreement at section 1.60. "Other Releasees" is defined in the Agreement as:

> any person or entity that supplied, installed or facilitated and/or assisted in such supply or installation of KPT Chinese Drywall, including but not limited to Banner, INEX, L & W, importers, suppliers, builders, developers, general contractors, installers, realtors, sub-contractors, and sub-suppliers which purchased or received KTP Chinese Drywall from a supplier, used Chinese Drywall, sold, marketed, distributed and/or supplied by a supplier in the construction of affected property, or sold or marketed affected property containing KTP Chinese Drywall, and all of their past, present and future owners, partners, shareholders, officers, directors, agents, attorneys, employees, parents, associates, subsidiaries, divisions, affiliates, insurers and all predecessors and successors, assigns, or legal representatives, except for **Excluded Releasees**.

*See* Agreement at section 1.48. Pursuant to the above cited sections, because 84 Lumber is an entity that allegedly supplied and/or installed KPT Chinese Drywall, 84 Lumber will be considered an Other Releasee and Released Party unless it can be classified as an Excluded Releasee.

The Agreement defines "Excluded Releasees" as "any person or entity eligible to be an Other Releasee that does not participate in the **Prospective Insurer Agreement** or otherwise settle with the PSC and the Knauf Defendants." *See* Agreement at section 1.54. However, the Prospective Insurer Agreement is not attached to the Agreement or the Motion. In fact, upon information and belief, the Prospective Insurer Agreement has yet to be drafted.

Consequently, it is impossible for this Defendant to formulate any potential objections to the Agreement and the proposed settlement without first being afforded an opportunity to thoroughly review the Prospective Insurer Agreement. As such, 84 Lumber files the within Response so as not to waive any future objections it may have to the complete Agreement and the materials referenced therein. In other words, 84 Lumber hereby expressly reserves its right to raise any and all objections that it may have upon the completion of the Agreement.

/s/ S. Manoj Jegasothy
S. Manoj Jegasothy, Esquire, PA ID #80084
Marc T. Thirkell, Esquire, PA ID #90995
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
Pittsburgh, Pennsylvania 15219
Phone: 412-562-8800
Fax:    412-562-1041
*Counsel for 84 Lumber Company*

**ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response to the Joint Motion of Proposed Settlement Class Counsel, The PSC, and the Knauf Defendants for an Order :  (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) scheduling a Fairness Hearing; and (5) Staying Claims as to the Knauf Defendants has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the  CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of December, 2011.

/s/ S. Manoj Jegasothy