UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *ALL CASES* | * * * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * | * | |

### MEMORANDUM IN OBJECTION
### TO MOTION FOR PRELIMINARY APPROVAL OF KNAUF/PSC SETTLEMENT[1]

Builder-Defendants, Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes"), object to the proposed Knauf/PSC Settlement Agreement. Preliminary approval of the Knauf/PSC Settlement Agreement should be denied to the extent it seeks to "stay" prosecution of Southern Homes' complaints against Knauf and other related entities (collectively "Knauf") and to "bar" Southern Homes from pursuing its statutory redhibition rights

---

[1] The undersigned parties reserve their rights to supplement this objection at a later date. The undersigned parties further reserve any and all challenges they have to this Court's subject matter and personal jurisdiction over them.

against Knauf.

In support of this Objection, Southern Homes adopts by reference pursuant to Federal Rule of Civil Procedure 10(c), the following pleadings it has previously filed: (1) its Memoranda in support of its objection to the INEX settlement, which objection is currently subject to appeal before the United States Court of Appeals for the Fifth Circuit; (2) its pending Motion to Set Security and supporting Memoranda as to the INEX settlement which is currently pending before this Court; and (3) Southern Homes' Response and Memoranda as to the Motion to Approve Settlement of the Knauf Entities with the Homebuilders.

As the manufacturers of a defective product, the Knauf entities are responsible under Louisiana law for all damages and attorney's fees incurred by Louisiana builders such as Southern Homes in connection with their defective product.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
COUNSEL FOR SOUTHERN HOMES, LLC; SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Objection to Motion for Preliminary Approval of Knauf/PSC Settlement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of December, 2011.

                                      /s/ James M. Garner
                                      JAMES M. GARNER