UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al. v. Knauf Gips KG, et al.<br>Case No. 2:09-cv-07628 (E.D.La) | |

### JOHN AND KATHERINE KALLAS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, OF DEFENDANT K. HOVNANIAN FIRST HOMES, LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs John and Katherine Kallas, hereby dismiss with prejudice all of their claims against K. Hovnanian First Homes, LLC in Plaintiffs' Omnibus Complaint, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs.  John and Katherine Kallas shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from C. David Durkee, counsel for John & Katherine Kallas, dated December 5, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: December 29, 2011        /s/ Russ M. Herman_____
                                Russ M. Herman, Esquire (Bar No. 6819)
                                Leonard A. Davis, Esquire (Bar No. 14190)
                                Stephen J. Herman, Esquire (Bar No. 23129)
                                HERMAN, HERMAN, KATZ & COTLAR, LLP
                                820 O'Keefe Avenue
                                New Orleans, Louisiana 70113
                                Phone: (504) 581-4892
                                Fax: (504) 561-6024
                                LDavis@hhkc.com
                                *Plaintiffs' Liaison Counsel*
                                *MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of December, 2011.

                                            /s/_Leonard A. Davis_____
                                            Leonard A. Davis, Esquire
                                            Herman, Herman, Katz & Cotlar, LLP
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            LDavis@hhkc.com
                                            Plaintiffs' Liaison Counsel
                                            MDL 2047