# ROBERTS & DURKEE, P.A.

## ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

December 5, 2011

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

**In re: Chinese Manufactured Drywall Products Liability Litigation**
***Payton, et al. vs. Knauf Gips KG, et al.*, Case No. 09-cv-07628 (E.D.La.)**

Dear Mr. Herman and Mr. Davis,

My clients, John and Katherine Kallas, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against defendant K. Hovnanian First Homes LLC, in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

C. David Durkee

CDD;cbs