UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

_____/

**RESPONSE TO JOINT MOTION OF PROPOSED SETTLEMENT CLASS COUNSEL, THE PSC, AND THE KNAUF DEFENDANTS FOR AN ORDER: (1) PRELIMINARILY APPROVING THE KNAUF SETTLEMENT; (2) CONDITIONALLY CERTIFYING A SETTLEMENT CLASS; (3) ISSUING CLASS NOTICE; (4) SCHEDULING A FAIRNESS HEARING; AND (5) STAYING CLAIMS AGAINST THE KNAUF DEFENDANTS**

Centerline Homes, Inc., Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, Centerline Homes at Delray, Inc., and Briella Townhomes, LLC (collectively "Centerline") and Cornerstone Group Construction, Inc., Boynton Village, LLC, and Hollywood Dixie Associates, LLC (collectively "Cornerstone") hereby submit their response to the Joint Motion of Proposed Settlement Class Counsel, The PSC, and the Knauf Defendants for an Order: (1) Preliminarily Approving the Knauf Settlement ("Proposed Knauf Settlement"); (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims Against the Knauf Defendants ("Motion to Approve Knauf Settlement") [D.E. 12080].

At this time, there are too many contingencies, ambiguities and uncertainties in the Proposed Knauf Settlement in order for Centerline and Cornerstone to make a reasonably informed decision about their position regarding the Motion to Approve Knauf Settlement. As currently presented, the Motion to Approve Knauf Settlement requests that Centerline and Cornerstone accept a pig in a poke. Centerline and Cornerstone hereby adopt and incorporate by

reference the Homebuilder Steering Committee's Response to the Motion to Approve Knauf Settlement, and expressly reserve all of their rights, including their to raise any and all objections that they may have to the final version of the Knauf Settlement.

Respectfully submitted,

By:__/s/ Vanessa M. Serrano_____
PETER R. GOLDMAN
Florida Bar No. 860565
VANESSA M. SERRANO
Florida Bar No. 51555
BROAD AND CASSEL
100 S.E. Third Ave., Suite. 2700
Fort Lauderdale, Florida  33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135
pgoldman@broadandcassel.com
vserrano@broadandcassel.com

*Counsel Centerline Homes, Inc., Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, Centerline Homes at Delray, Inc., and Briella Townhomes, LLC*

*and*

*Cornerstone Group Construction, Inc., Boynton Village, LLC and Hollywood Dixie Associates, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of December 2011.

          __/s/ Vanessa M. Serrano_____
          Vanessa M. Serrano