UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

On December 9, 2011, the Court issued an Order directing the counsel who will be in attendance at the Taishan depositions in Hong Kong to meet-and-confer regarding the cost of the Court's travel expenses. *See* (R. Doc. 11664). Counsel have since reported to the Court that they have reached an agreement on splitting these costs. The Court finds this agreement appropriate. Accordingly, IT IS ORDERED that the attending counsel are to split the costs of the Court's travel pro rata, that is 1/8 for each group in attendance (seven Questioner groups and one Taishan group).

New Orleans, Louisiana this 29th day of December 2011.

_____
U.S. District Judge