## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: "L" |
| ——————————————————— | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES AND CIVIL ACTION NUMBERS 09-7628, 09-6690, 10-362, 11-252, 11-1363, 11-2349, 11-3023, AND 09-4117 | MAG. JUDGE WILKINSON |
| | JURY TRIAL DEMAND |

### HOME DEPOT U.S.A., INC.'S RESPONSE TO THE JOINT MOTION OF PROPOSED SETTLEMENT CLASS COUNSEL, THE PSC, AND THE KNAUF DEFENDANTS

Subject to all reservation of rights and without waiver of any defenses and/or other objections, Home Depot U.S.A., Inc. ("Home Depot") files this Memorandum in Response to the Joint Motion of Proposed Settlement Class Counsel, the PSC, and the Knauf Defendants for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims as to the Knauf Defendants [Rec. Doc. 12061; hereinafter referred to as "Joint Motion"].

Home Depot responds and objects to the Joint Motion on the following non-exclusive grounds:

1.      Home Depot submits that, given that the Joint Motion was filed on December 20, 2011 and the Court has ordered that all responses to the Joint Motion be filed by December 28, 2011 (see Rec. Doc. 12065, providing less than a week to review the Joint Motion and respond given the Christmas holiday), Home Depot and other defendants potentially affected by the settlement have had insufficient time to review the settlement documents included in Rec. Doc. 12061 to either prepare a comprehensive response or objection to the Joint Motion.

- 1 -

1080158v.1

Further, the Court has set a hearing on the Joint Motion for January 4, 2011, giving the parties inadequate time to properly prepare for the hearing on the Joint Motion, particularly in light of the intervening holidays.

2.      Home Depot objects to the Joint Motion and Settlement Agreement because it refers to agreements that have yet to be negotiated and documents that have yet to be drafted and/or have not been provided.   E.g., the Settlement Agreement's reference to a "Prospective Insurer Agreement" (see Section 1.54 of the Settlement Agreement) and a "Prospective L&W Class Settlement" (see Section 1.55 of the Settlement Agreement).

3.      Home Depot objects to the Joint Motion to the extent that the Settlement Agreement purports to alter any terms or conditions of the Interior Exterior Settlement with respect to any Interior Exterior Settlement "Downstream Releasees," which settlement was preliminarily approved by the Court on May 13, 2011 [Rec. Doc. 8818].

4.      Home Depot objects to the Joint Motion to the extent it purports to extinguish, limit, curtail or otherwise prejudice any contractual, statutory, common law or other rights held by Home Depot, including but not limited to its rights to indemnity from the Other Releasees as defined in the Settlement Agreement.

5.      Home Depot objects to the Bar Order (see Section 12 of the Settlement Agreement) that the Joint Motion seeks to have entered to the extent that it prejudices any right of Home Depot.

6.      Home Depot hereby and does reserve all rights to object to the Joint Motion on other grounds and to supplement this Response.

Respectfully submitted,

*/s/ Jackie M. McCreary*

Carmelite S. Bertaut, 3054
   cbertaut@stonepigman.com
Jackie M. McCreary, 28676
   jmccreary@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

and

Dwight J. Davis, Georgia Bar No. 208055
   ddavis@kslaw.com
S. Stewart Haskins, Georgia Bar No. 336104
   shaskins@kslaw.com
Zachary A. McEntyre, Georgia Bar No. 653571
   zmcentyre@kslaw.com
Catherine G. Lucas, Georgia Bar No. 567369
   klucas@kslaw.com
Elizabeth D. Adler, Georgia Bar No. 558185
   eadler@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone: (404) 572-4600
Fax:    (404) 572-5139

*Counsel for Home Depot U.S.A., Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response to the Joint Motion of Proposed Settlement Class Counsel, the PSC, and the Knauf Defendants has been served on Liaison Counsel by hand delivery and e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 29th day of December, 2011.

I further certify that the above and foregoing Response to the Joint Motion of Proposed Settlement Class Counsel, the PSC, and the Knauf Defendants was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of December, 2011.

*/s/Jackie M. McCreary*

1080158v.1