# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 09-2047 <br> * <br> * SECTION: L <br> * <br> * JUDGE FALLON <br> * MAG. JUDGE WILKINSON <br> * |
| THIS DOCUMENT RELATES TO: <br><br> Laura Haya, et al., v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al. <br> Case No. 11-1077 (E.D.La.) | * <br> * <br> * <br> * <br> * |

****************************************************

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA

CITY OF VIRGINIA BEACH

BEFORE ME, the undersigned authority, personally came and appeared:

**ROBERT JOHNSON**

who, after being duly sworn did depose and state, as follows:

1. He is the Owner of **Residential Concepts, Ltd.**, a Virginia Limited Liability Company, with its principal place of business located in Virginia Beach, Virginia.

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of **Residential Concepts, Ltd**.

3. That he is of proper age, and of sound mind, and capable of providing this affidavit.

-1-

4. **Residential Concepts, Ltd.,** is not authorized to do, and has never done, any business in the State of Louisiana.

5. **Residential Concepts, Ltd.,** is a general contractor, licensed in the Commonwealth of Virginia, and is primarily in the business of constructing residential homes within the borders of the Commonwealth of Virginia.

6. **Residential Concepts, Ltd.,** does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction work.

7. **Robert Johnson** is not personally, nor in his capacity as owner of **Residential Concepts, Ltd.,** aware of **Residential Concepts, Ltd.** performing any contracting, building or construction-related work in the State of Louisiana.

8. **Residential Concepts, Ltd.** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. **Residential Concepts, Ltd.** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. **Residential Concepts, Ltd.** does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. **Residential Concepts, Ltd.** does not, and has never, solicited any business in

the State of Louisiana.

By: _____
Robert Johnson
Owner
Residential Concepts, Ltd.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS **27** DAY OF **December**, 2011.

_____
NOTARY PUBLIC

[Notary Seal: KATHERINE W. THOMPSON, COMMONWEALTH OF VIRGINIA, NOTARY PUBLIC, Reg. # 180614]