# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY<br>PLAINTIFF/PETITIONER<br><br>VS.<br><br>KNAUF INTERNATIONAL GmbH, KNAUF INSULATION GmbH a/k/a KNAUF USA, KNAUF GIPS KG, KNAUF PLASTERBOARD (WUHU) CO., LTD., and KNAUF PLASTERBOARD (Tianjin) CO., LTD.<br><br>DEFENDANT/RESPONDENT | CAUSE #: 11-1670<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 6734965

**ORIGINAL**
**PROOF OF SERVICE**

THOMPSON COE
ONE RIVERWAY SUITE 1600
HOUSTON, TX 77056
713 403 8372
Page 1 of 1

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| ✓ **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | PRASIDENTIN DES OBERLANDESGERICHTS<br>MUNICH<br>PRIELMAYERSTRASSE 5<br>80097 MUNCHEN |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

✓ **KNAUF GIPS, KG**
**AM BAHNHOF 10**
**D-97346 IPHOFEN**
**GERMANY**
DOB:          Phone:

> **Der Präsident**
> **des Oberlandesgerichts München**
> Eing. 1 3. SEP. 2011   ht
> ......Akt ......Heft ......Bell. ......Abdr.
> Nr. 9341 a E · 227/11

✓ ☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; PLAINTIFF'S ORIGINAL COMPLAINT (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)

Done at Seattle, Washington USA, on Aug 24 2011

Signature and/or stamp

*[signature]*

PFI | PROCESS FORWARDING INTERNATIONAL


TRACKING #: 6734965

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority: **Rick Hamilton**
**633 Yesler Way**
**Seattle, WA 98104**
**United States of America**

Particulars of the parties:

**THE NORTH RIVER INSURANCE COMPANY**  vs.  **KNAUF INTERNATIONAL GmbH, KNAUF INSULATION GmbH a/k/a KNAUF USA, KNAUF GIPS KG, KNAUF PLASTERBOARD (WUHU) CO., LTD., and KNAUF PLASTERBOARD (Tianjin) CO., LTD.**

## JUDICIAL DOCUMENT*

Nature of the document:

To give notice to the Defendant of the institution against them of a claim for civil damages, and summon them to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
  Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

6734965

## ZUSTELLUNGSZEUGNIS
## CERTIFICATE
## ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. daß der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   - am (Datum) **25.10..2011**
     the (date)
     le (date)

   - in (Ort, Straße, Nummer) **Iphofen, Am Bahnhof 7**
     at (place, street, number)
     à (localité, rue, numéro)

   - in einer der folgenden Formen nach Artikel 5:
     in one of the following methods autohorised by article 5:
     dans une des formes suivantes prévues à l'article 5:

     ☒ a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
        in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
        selon les formes légales (article 5, alinéa premier, lettre a) *).

     ~~b) in der folgenden besonderen Form *):~~
        ~~in accordance with the following particular method *):~~
        ~~selon la forme particulière suivante *):~~

     ~~c) durch einfache Übergabe *).~~
        ~~by delivery to the addressee, who accepted it voluntarily. *).~~
        ~~par remise simple. *).~~

   Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
   The documents referred to in the request have been delivered to:
   Les documents mentionnés dans la demande ont été remis à:

   - (Name und Stellung der Person) **Cornelia Stingl**
     (identity and description of person)
     (identité et qualité de la personne)

   - Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: **Bevollmächtigte in den Geschäftsräumen des Adressaten**
     relationship to the addressee (family, business or other):
     liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. ~~daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):~~
   ~~that the document has not been served, by reason of the following facts *):~~
   ~~que la demande n'a pas été exécutée, en raison des faits suivants *):~~

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke: **Das Schriftstück "Summary" wurde übergeben.**
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

**Summons in a Civil Action; Civil Cover Sheet und Plaintiff's Original Complaint in deutscher und englischer Sprache.**

Ausgefertigt in **Kitzingen**   am **02.11.2011**
Done at
Fait à

Unterschrift und/oder Stempel.
Signature and/or stamp.
Signature et/ou cachet.

Amtsgericht Kitzingen
Friedenstr. 3 a
97318 Kitzingen

*) Unzutreffendes streichen.
   Delete if inappropriate.
   Rayer les mentions inutiles.

