UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEAN AND BETH PAYTON, ET AL** | * | CIVIL ACTION |
| | * | |
| **PLAINTIFF** | * | NO.: 09-7628 |
| | * | MDL NO.: 09-2047 |
| **VS.** | * | |
| | * | JUDGE FALLON - SEC.: L |
| **KNAUF GIPS KG, ET AL** | * | |
| | * | MAG.: JUDGE WILKINSON |
| **DEFENDANT** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Guy D. Perrier and Jean E. Lavidalie, Jr. of Perrier & Lacoste, L.L.C., who move to withdraw as counsel of record for Total Contracting and Roofing, Inc., a defendant in the above-captioned matter, as it has been determined that Colony Insurance Company does not provide coverage to Total Contracting and Roofing, Inc. for the damages alleged in this litigation, and that Colony Insurance Company does not owe a duty to defend Total Contracting and Roofing, Inc.

Total Contracting and Roofing, Inc. may be contacted at:

    **Mr. Howard Fink - (954) 410-5906**
    **Mr. David Coil - (305) 345-6345**
    P.O. Box 8472
    Coral Springs, Florida 33075

Attorney of record for Plaintiffs, Mr. David and Mrs. Wendy Smith at:

**Patrick Montoya, Esq.**
255 Alhambra Circle Penthouse
Coral Gables, Florida 33134
Tel: (305) 476-7400

Former counsel for Total Contracting and Roofing, Inc. at:

**Gloria Pomerantz, Esq.**
Gloria Pomerantz PA
2881 East Oakland Park Blvd.
Crexent Business Center – Ste. 312
Fort Lauderdale, Florida 33306
Tel: (954) 463-1310

WHEREFORE, Guy D. Perrier and Jean E. Lavidalie, Jr. of Perrier & Lacoste, L.L.C., pray that their Motion to Withdraw as Counsel of Record be granted. This Motion is made *ex parte* and without a supporting memorandum pursuant to L.R. 83.2.11.

Respectfully submitted,

*S/ Guy D. Perrier*
_____
**GUY D. PERRIER, LA Bar #20323**
**JEAN E. LAVIDALIE, JR., LA Bar #27547**
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820
Fax:  (504) 212-8825
E-mail: gperrier@perrierlacoste.com
E-mail: jlavidalie@perrierlacoste.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to counsel of record, through the CM/ECF system, and by depositing a copy of same in the United States mail, via certified mail, return-receipt requested, postage prepaid, this 3rd day of January, 2012, at their last known address of record.

*s/ Guy D. Perrier*

_____

**GUY D. PERRIER**

F:\Client Files\Active Files P&L\50604 - GDP\PLEADINGS\Mtn2Withdraw.11.29.11.doc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEAN AND BETH PAYTON, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **PLAINTIFF** | * | **NO.:  09-7628** |
| | * | **MDL NO.:  09-2047** |
| **VS.** | * | |
| | * | **JUDGE FALLON - SEC.: L** |
| **KNAUF GIPS KG, ET AL** | * | |
| | * | **MAG.: JUDGE WILKINSON** |
| **DEFENDANT** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE OF DEADLINES SET BY THE COURT

Guy D. Perrier of Perrier & Lacoste, L.L.C. hereby certifies that they have provided copies of the Orders entered by the Court and the deadlines set by this Court to Total Contracting and Roofing, Inc. via certified mail, return receipt requested pursuant to Local Rule 83.2.11.  Mr. Patrick Montoya, counsel for the plaintiffs, Mr. and Mrs. Smith, has in his possession copies of all the Orders from this Court, so there was no need to provide him with copies of the upcoming deadlines. Perrier & Lacoste, L.L.C. has also provided a copy of the letter to Total Contracting and Roofing, Inc. to its former counsel in the State of Florida, Gloria Pomerantz, Esq.

*s/ Guy D. Perrier*
_____
**GUY D. PERRIER**