UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN AND BETH PAYTON, ET AL | * | CIVIL ACTION |
| | * | |
| PLAINTIFF | * | NO.: 09-7628 |
| | * | MDL NO.: 09-2047 |
| VS. | * | |
| | * | SECTION "L" (FALLON) |
| KNAUF GIPS KG, ET AL | * | |
| | * | MAG.: JUDGE WILKINSON |
| DEFENDANT | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record filed Guy D. Perrier and Jean E. Lavidalie, Jr. of Perrier & Lacoste, L.L.C.;

**IT IS HEREBY ORDERED** that Guy D. Perrier and Jean E. Lavidalie, Jr. of the law firm of Perrier & Lacoste, L.L.C., be withdrawn as counsel of record for Total Contracting and Roofing, Inc.

New Orleans, Louisiana, this _____day of January, 2012.

_____
**DISTRICT JUDGE**