

Wolters Kluwer | CT Corporation
Corporate Legal Services

111 Eighth Avenue
New York, NY 10011

212 894 8940 tel
212 590 9180 fax
www.ctcorporation.com

FILED
EASTERN DISTRICT OF LOUISIANA

2011 DEC 28  AM 11: 32

LORETTA G. WHYTE
CLERK

December 21, 2011

Office of the Clerk
U.S. District Court
Eastern District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

RE:   McCar Homes-Tampa, LLC   (GA)

Case No. 2:09-cv-6690

Sect L

Dear Sir:

We are returning documents served/received for the above referenced company.

All process sent to the last known address on our records was returned as undeliverable and attempts to locate a new address were unsuccessful.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

*A. Coleman*
SOP Support

Log # 519529310

Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA  19106-3697

AC/te