December 22, 2011

Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street,
Suite 500,
Philadelphia, PA 19106-3697

Re: Chinese-Manufactured Drywall Products Litigation (See document(s) for additional parties) // To: McCar Homes, Inc.

Case No. MDL No.247

Dear Sir:

We are returning the Letter, Motion, Attachment(s), Certificate of Service, Order, Amended Exhibit(s), Notice(s) which we received regarding the above captioned matter.

C T Corporation System has filed a resignation of agent with the State of FL on 07/06/2011. Service can no longer be taken for this entity.

Very truly yours,

Donna Moch
Service of Process Manager

Log# 519684873

FedEx Tracking# 7978-8423-3449

cc: United States District Court - Eastern District
    Clerk of Court,
    500 Poydras Street,
    Rm C-151,
    New Orleans, LA 70130