MINUTE ENTRY
FALLON, J.
JANUARY 4, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: All Cases | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances: Russ Herman, Esq. for Plaintiffs' Steering Committee
 Kerry Miller, Esq. for Knauf Defendants
 Hilarie Bass, Esq. for Homebuilders' Steering Committee
 Arnold Levin, Esq., for Proposed Class Counsel & Plaintiffs' Steering Committee
 Steve Glickstein, Esq. for Knauf Defendants
 Stuart Haskins, Esq. for Home Depot
 Diego Garcia, Esq. for North River Insurance Company
 Nick Panayotopoulos, Esq. for Certain Banner Entities
 Matthew Clark, Esq. for Southern Homes

Motion of Proposed Settlement Class Counsel, PSC, and Knauf Defendants for an Order Preliminarily Approving the Knauf Settlement, Conditionally Certifying a Settlement Class, Issuing Class Notice, Scheduling a Fairness Hearing, and Staying Claims as to the Knauf Defendants by Plaintiffs' Liaison Counsel   (12080)

Argument - TAKEN UNDER SUBMISSION

JS10:   :57