41228

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This Document Relates to: Block et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG et al.; Docket No. 2:11-cv-01363-EEF-JCW | MAGISTRATE JUDGE WILKINSON |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO COMPLETE DEFENDANT PROFILE FORM

Defendant, CALIBER PROPERTIES, L.L.C., by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with the Defendant Profile Forms in the above-captioned matter, and in support thereof, states as follows:

1.  On or about August 8, 2011, CALIBER PROPERTIES, L.L.C. was served with the Omnibus Class Action Complaint.

2.  On or about March 9, 2010, this Court entered Pretrial Order 1F, ordering that Defendant Profile Forms be filed forty (40) days after service of process.

3. Undersigned counsel has been diligently working to obtain the necessary information to complete the Defendant Profile Forms. However, additional time is needed to obtain the information requested therein and to verify its accuracy.

4. CALIBER PROPERTIES, L.L.C. therefore requests that the deadline for its Defendant Profile Forms be extended for thirty (30) days, or until February 4, 2012.

5. This extension will neither prejudice any of the parties nor delay this matter.

6. Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, CALIBER PROPERTIES, L.L.C., respectfully requests that this Court grant this Motion for Extension of Time to complete and serve the Defendant Profile Forms, through and including February 4, 2012.

Respectfully submitted,

**MUSGRAVE, McLACHLAN & PENN, L.L.C.**

/s/ Ethan N. Penn_____
Ethan N. Penn, Bar No. 24596
Amanda H. Aucoin, Bar No. 31197
1515 Poydras St., Suite 2380
New Orleans, LA  70112
Telephone: (504) 799-4300
Facsimile: (504) 799-4301
*Attorneys for Caliber Properties, L.L.C.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 4, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notice of Electronic Filing.

/s/ Ethan N. Penn
Ethan N. Penn