41228

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This Document Relates to: Block et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG et al.; Docket No. 2:11-cv-01363-EEF-JCW | MAGISTRATE JUDGE WILKINSON |

## **ORDER**

Given the foregoing Motion for Extension of Time to Complete Defendant Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, CALIBER PROPERTIES, L.L.C., is hereby granted a thirty (30) day extension of time, or until February 4, 2012, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this ___ day of _____, 2012.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE