UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL ABREU, et al

Plaintiffs,

v.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCGAFTM
KGM, et al.

Defendants.

Civil Action No. 11-252
Section L  Mag 2

**NOTICE OF APPEARANCE**

Without waiving any objections, including objections to jurisdiction and venue, undersigned counsel hereby enters a limited appearance on behalf of Defendants Renar Homes, Inc. and Renar Development Company, pending further orders of the court.

Certificate of Service. I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to all counsel of record via ECF and via telefax (215) 592-4663 to Arnold Levin, Esq., and Matthew C. Gaughan, Esq., 510 Walnut Street, Suite 500, Philadelphia, PA 19106-3697 this 4th day of January 2012.

Respectfully submitted,

Eric G. Olsen, Esq.
Florida Bar No. 0310956
Law Offices of Eric G. Olsen
1333 NE Jensen Beach Boulevard
Jensen Beach, Florida 34957
Tel:  (772) 225-3393
Fax: (877) 487-6213
Attorney for Defendants Renar Development
Company and Renar Homes, Inc.

Notice of Appearance