UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT W. BLOCK, III, et al

        Plaintiffs,

v.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCGAFTM
KGM, et al.

        Defendants.

Civil Action No. 11-1363
Section L  Mag 2

## NOTICE OF APPEARANCE

Without waiving any objections, including objections to jurisdiction and venue, undersigned counsel hereby enters a limited appearance on behalf of Defendants Renar Homes, Inc. and Renar Development Company, pending further orders of the court.

Certificate of Service. I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to all counsel of record via ECF and via telefax (215) 592-4663 to Arnold Levin, Esq., and Matthew C. Gaughan, Esq., 510 Walnut Street, Suite 500, Philadelphia, PA 19106-3697 this 4th day of January 2012.

Respectfully submitted,

_____
Eric G. Olsen, Esq.
Florida Bar No. 0310956
Law Offices of Eric G. Olsen
1333 NE Jensen Beach Boulevard
Jensen Beach, Florida 34957
Tel: (772) 225-3393
Fax: (877) 487-6213
Attorney for Defendants Renar Development
Company and Renar Homes, Inc.