# WHITFIELD BRYSON & MASON LLP
## ATTORNEYS AT LAW

John C. Whitfield +
Daniel K. Bryson + •
Gary E. Mason ◊ ∞ ⁎
Thomas B. Spain (Of Counsel) +
Mark Cumalander (Of Counsel)•

Donna F. Solen • ◊
Nicholas A. Migliaccio ◊ ∞
Scott C. Harris •
Matthew E. Lee •
Jason Rathod • ◊
Karl Amelchenko •
James E. Adams II +
Monica Bansal ◊

State Bar Admissions:
+ KY   ◊ DC   ⁎ FL   ◦ MD
• NC   ∞ NY   ⁎ IL

900 W. Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

December 30, 2011

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

In Re: Chinese Manufactured Drywall Products Liability Litigation
*Block, et al. v. Gebrueder Knauf et al.*
Case No.: 11-1363

Dear Lenny and Russ:

My clients, Jason and Jay Jay Henderson, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Triangle Drywall Supply, Inc., in the above referenced Omni Complaint. Jason and Jay Jay Hendersonshall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein

Very truly yours,

Daniel K. Bryson

{00006209;v1}