UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| Laura Haya, et al. v. Taishan Gypsum Co., LTD. f/k/a Shandong Taihe Dongxin Co., LTD., et al. Case No. 11-1077 (E.D.La.) | * * * * | |

******************************************

## NOTICE OF ERRATA

NOTICE OF IS HEREBY given that Plaintiff Ora Brock incorrectly named Total Community Action as a builder Defendant in Amended Omnibus Class Action Complaint IX ("*Haya*") (Document 8781). Take notice that Total Community Action should be listed only as an installer/contractor Defendant in "*Haya*" in accordance with Omnibus Complaint III.

Respectfully submitted,

/s/ Leonard A. Davis
_____
**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No.: (504) 561-6024
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Errata, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of January, 2012.

/s/ Leonard A. Davis
_____
LEONARD A. DAVIS