**BARON BUDD, P.C.®**

| DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE |
|---|---|---|---|
| | | 800.222.2766<br>tel 214.521.3605<br>fax 214.520.1181 | 3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281 |

December 22, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      Re: **In re: Chinese Manufactured Drywall Products Liability Litigation
OMNI COMPLAINT IV; Joyce W. Rogers, et al v. Knauf Gips KG, et al
Cause No. 10-0362; MDL-2047, Eastern District of Louisiana**

Dear Russ and Lenny:

    My client, Aria Properties, LLC, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on its behalf to voluntarily dismiss, without prejudice, all of its claims against defendant Grand Palazzo Hendricks, LLC in the above matter, reserving its rights and claims against any and all other defendants therein.

                        Very truly yours,

                        Bruce Steckler