UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Robert W. Block, III, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-1363 | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF DEFENDANTS MAC CONSTRUCTION, LLC
and MIRA CONSTRUCTION GROUP, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Aria Properties, LLC, hereby dismisses without prejudice all of its claims against DEFENDANTS MAC CONSTRUCTION, LLC and MIRA CONSTRUCTION GROUP, INC., in Plaintiffs' Omnibus Complaints, reserving its rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiff, Aria Properties, LLC, shall continue to pursue its claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A", is correspondence from Bruce Steckler, counsel for Plaintiff, dated December 22, 2011, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                                Respectfully submitted,

Dated: January 5, 2012                  /s/ Russ M. Herman
                                                Russ M. Herman, Esquire (Bar No. 6819)
                                                Leonard A. Davis, Esquire (Bar No. 14190)
                                                Stephen J. Herman, Esquire (Bar No. 23129)
                                                HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                LDavis@hhkc.com
                                                *Plaintiffs' Liaison Counsel*
                                                *MDL 2047*

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of January, 2012.

       /s/ Leonard A. Davis_____
       Leonard A. Davis, Esquire
       Herman, Herman, Katz & Cotlar, LLP
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       LDavis@hhkc.com
       Plaintiffs' Liaison Counsel
       MDL 2047