

**BARON BUDD, P.C.®**   DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE   |   MIAMI

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

December 22, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    **In re: Chinese Manufactured Drywall Products Liability Litigation**
             **Robert W. Block, III, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-1363**
             **Plaintiff:   Aria Properties, LLC**

Dear Russ and Lenny:

      My client, Aria Properties, LLC, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on its behalf to voluntarily dismiss, without prejudice, all of its claims against defendants, MAC Construction, LLC and MIRA Construction Group, Inc. in the above matter, reserving its rights and claims against any and all other defendants therein.

                                                                Very truly yours,

                                                                 Bruce Steckler