

**LEOPOLD-KUVIN** PA
CONSUMER JUSTICE ATTORNEYS

Tuesday, January 03, 2012

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      *Gross, et al., v. Knauf Gips KG, et al.*, Case No.: 09-6690

Dear Russ and Lenny:

My clients, Alan and Linda Lakind, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendant, Standard Pacific of Southwest Florida, GP, Inc., in the above matter, reserving their rights and claims against any and all other defendants therein.

Sincerely,

GREGORY S. WEISS
gweiss@leopoldkuvin.com

GSW:tw