

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctcorporation.com

December 30, 2011

Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697

Re: Chinese-Manufactured Drywall Products Litigation (See document(s) for additional parties) // To: McCar Homes, Inc.

Case No. MDL No.247

Dear Sir/Madam:

We are returning the Letter, Motion, Amended Errate, Certificate of Service, Order, Second Amended Exhibit(s) which we received regarding the above captioned matter.

C T Corporation System has filed a resignation of agent with the State of FL on 08/06/2011. Service can no longer be taken for this entity.

Very truly yours,

Donna Moch
Service of Process Manager

Log# 519717636

FedEx Tracking# 797899455669

cc: United States District Court - Eastern District
Clerk of Court
500 Poydras Street
Rm C-151
New Orleans, LA 70130