Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Bar No. 153762)
Jason S. Pomerantz (CA Bar No. 157216)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Email: jrichards@pszjlaw.com
lcantor@pszjlaw.com
jspomerantz@pszjlaw.com

Attorneys for Reorganized Woodside Group, LLC et al.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ROBERT W. BLOCK, III, individually, and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GMBH; KNAUF AMF GMBH & CO. KG; KNAUF DOBRASIL LTD.; PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., et al.,<br><br>Defendants. | Case No.: 11-1363<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON<br><br>**NOTICE OF CONFIRMATION AND IMPLEMENTATION OF SECOND AMENDED JOINT PLAN OF REORGANIZATION OF WOODSIDE GROUP, LLC AND AFFILIATED DEBTORS, AS MODIFIED, AND PLAN INJUNCTION**<br><br>**[No Hearing Required]** |

**PLEASE TAKE NOTICE** that on August 20, 2008, petitioning creditors John Hancock Life Insurance Company, AXA Equitable Life Insurance Company, Metropolitan Life Insurance Company, New York Life Insurance Company, and Security Life of Denver by ING Investment Management LLC, as agent (the "Petitioning Creditors"), filed an involuntary bankruptcy proceeding under Chapter 11 of the United States Bankruptcy Code 11 U.S.C. § 1101 et seq. (the

"Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Riverside Division (the "Bankruptcy Court") against Woodside Stoneybrook, LLC. A copy of the Notice of Case Filing is attached hereto as Exhibit "A". On September 16, 2008 the Debtor consented to the commencement of chapter 11 case with respect to the involuntary petition and on that date an Order for Relief was entered Woodside Stoneybrook, LLC The Debtor's chapter 11 case was consolidated for administrative purposes by the Bankruptcy Court with the cases of Woodside Group, LLC and its affiliated entities under lead case number 08-20682. Pachulski Stang Ziehl & Jones LLP is reorganization counsel to the Debtor and is filing this Notice for informational purposes only.

**PLEASE TAKE FURTHER NOTICE** that on November 25, 2009, the Bankruptcy Court entered an order confirming the second amended joint plan of reorganization of Woodside Group, LLP and affiliated debtors, as modified (the "Plan"). The Plan became effective as of the close of business on December 31, 2009 (the "Effective Date"). As a result, the Debtor is a Reorganized Debtor and claims against it are governed by the provisions of the Plan.

Paragraph 10.3 of the Plan states as follows:

> Except as otherwise set forth in the Plan, Confirmation of the Plan shall discharge the Reorganizing Debtors and the Reorganized Debtors from all Claims or other debts that arose at any time before the Effective Date, and all debts of the kind specified in Sections 502(g), 502(h) or 502(i) of the Bankruptcy Code, whether or not: (a) a proof of claim based on such debt is filed or deemed filed under Section 501 of the Bankruptcy Code; (b) a Claim based on such debt is Allowed under Section 502 of the Bankruptcy Code; or (c) the holder of a Claim has accepted the Plan. As of the Effective Date, all entities that have held, currently hold or may hold a Claim or other debt or liability that is discharged or any other right that is terminated under the Bankruptcy Code or the Plan are permanently enjoined, to the full extent provided under Section 524(a) of the Bankruptcy Code, from "the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability" of the Reorganizing Debtors, the Reorganized Debtors or the Liquidating Debtors, except as otherwise set forth in this Plan. Nothing contained in

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

the foregoing discharge shall, to the full extent provided under Section 524(e) of the Bankruptcy Code, affect the liability of any other entity on, or the property of any other entity for, any debt of the Debtors that is discharged under the Plan.

As a consequence of the Plan's implementation, claims against Woodside Stoneybrook, LLC are barred except as expressly provided under the provisions of the Plan and other applicable orders of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that contempt proceedings may be initiated against any party who participates in any violation of orders of the Bankruptcy Court, and pursuant to the provisions of the Bankruptcy Code, the Bankruptcy Court may award damages to compensate the Debtors for loss arising out of such violation.

Dated: January 5, 2012

PACHULSKI STANG ZIEHL & JONES LLP

By *⁄Linda F. Cantor*
Jeremy V. Richards
Linda F. Cantor
Jason S. Pomerantz
Attorneys for Woodside Stoneybrook LLC

# EXHIBIT A



United States Bankruptcy Court
Central District Of California

## Notice of Involuntary Bankruptcy Case Filing

FILED
08/22/2008
07:01 AM

An involuntary bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 08/22/2008 at 07:01 AM and filed on 08/22/2008.

**Woodside Stoneybrook, LLC**
39 East Eagleridge Dr.
Suite 102
North Salt Lake, UT 84054

The case was filed by the following petitioning creditor(s):

**Metropolitan Life Insurance Company**
c/o Bingham McCutchen LLP
Attn: Mark W. Deveno
One State Street
Hartford, CT 06103-3178

**Susy Li**
Bingham
355 S Grand Ave Ste 4400
Los Angeles, CA 90071-3106

213-680-6400

**Security Life of Denver Insurance Company**

c/o Bingham McCutchen LLP
Attn: Mark W. Deveno
One State Street
Hartford, CT 06103-3178

**Susy Li**
Bingham
355 S Grand Ave Ste 4400
Los Angeles, CA 90071-3106

213-680-6400

**AXA Equitable Life Insurance Company**
c/o Bingham McCutchen LLP
Attn: Mark W. Deveno
One State Street
Hartford, CT 06103-3178

**Susy Li**
Bingham
355 S Grand Ave Ste 4400
Los Angeles, CA 90071-3106

213-680-6400

**John Hancock Life Insurance Company**
c/o Bingham McCutchen LLP
Attn: Mark W. Deveno
One State Street
Hartford, CT 06103-3178

**Susy Li**
Bingham
355 S Grand Ave Ste 4400
Los Angeles, CA 90071-3106

213-680-6400

**New York Life Insurance Company**
c/o Bingham McCutchen LLP

**Susy Li**
Bingham

Attn: Mark W. Deveno
One State Street
Hartford, CT 06103-3178

355 S Grand Ave Ste 4400
Los Angeles, CA 90071-3106

213-680-6400

The case was assigned case number 6:08-bk-20951-PC to Judge Peter Carroll.

If you would like to view the bankruptcy petition and other documents filed by the petitioning creditor (s) and the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 3420 Twelfth Street,, Riverside, CA 92501-3819.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kathleen J. Campbell**
**Clerk, U.S. Bankruptcy Court**

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/04/2012 13:56:53 | | | |
| **PACER Login:** | ps0038 | **Client Code:** | 94851.007 |
| **Description:** | Notice of Filing | **Search Criteria:** | 6:08-bk-20951-PC |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., #1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***NOTICE OF CONFIRMATION AND IMPLEMENTATION OF SECOND AMENDED JOINT PLAN OF REORGANIZATION OF WOODSIDE GROUP, LLC AND AFFILIATED DEBTORS, AS MODIFIED, AND PLAN INJUNCTION*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 5, 2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 5, 2012,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 5, 2012** | Diane H. Hinojosa | */s/ Diane H. Hinojosa* |
|---|---|---|
| *Date* | *Type Name:* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*August 2010* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:249191.1 94851-007

## ADDITIONAL SERVICE INFORMATION (if needed):

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

Russ M. Herman rwestenfeld@hhkc.com
Leonard A. Davis ldavis@hhkc.com, acatalanotto@hhkc.com, hlaborde@hhkc.com, lflemming@hhkc.com

**II. SERVED BY U.S. MAIL**

Russ M. Herman/Leonard A. Davis
Stephen J. Herman
HERMAN, HERMAN, KATZ 8L COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave Suite 1100
Dallas, TX 75219

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzales, Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612

Richard J. Serpe
Law Offices of Richard J. Serve
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE:**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W, Suite 650
Washington, DC 20006

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137

Andrew A. Lemmon
Lemmon Law Finn, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*August 2010* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:249191.1 94851-007

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*August 2010*
**F 9013-3.1.PROOF.SERVICE**
DOCS_LA:249191.1 94851-007