**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Civil Action No.: 2:11-cv-252 (E.D. La.) | |

**NORMAN AND JANICE PILLMAN'S NOTICE OF**
**VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,**
**OF DEFENDANT, LEVITT & SONS OF MANATEE COUNTRY, LLC**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Norman and Janice Pillman, hereby dismisses, without prejudice, all of their claims against DEFENDANT Levitt & Sons of Manatee County, LLC, in Plaintiffs' Omnibus Complaint VIII, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Norman and Janice Pillman shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Matthew C. Gaughan, counsel for Norman and Janice Pillman, dated January 4, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: January 5, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of January, 2012.

<div style="margin-left:40%">

/s/ Leonard A. Davis

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

</div>