# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of Louisiana

Case Number: 11-252 SECT. L. MAG. 2

Plaintiff:
**DANIEL ABREU**

vs.

Defendant:
**WOODLAND ENTERPRISES, INC.**

For:
Russ Herman
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Received by SERVICE OF PROCESS, INC. on the 21st day of December, 2011 at 4:13 pm to be served on **TRIPLE "E" CORPORATION BY SERVING ITS REGISTERED AGENT PAUL T. EAST, 2723 HORSE TRAIL, PALM CITY, FL 33490.**

I, Debra Forbes, being duly sworn, depose and say that on the **28th day of December, 2011 at 9:45 am, I:**

By Corporate Service at Residence Served the within named corporation by delivering a true copy of the **Summons On A Third-Party Complaint,Defendant Woodland Enterprises, Inc., Cross Claim And Third Party Complaint** the registered agent was not available as required under F.S. 48.091 Accordingly service was made on **MICEHLLE BROWN** as **HOUSEMATE** of the within named person's usual place of abode who resides therein who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes of the within named corporation pursuant to FS 48.081 3(b) in accordance with 48.031

**Additional Information pertaining to this Service:**
SUB-SERVICE TO CO-RESIDENT WAS EFFECTED AFTER FIRST ATTEMPTING DURING REGISTERED AGENT HOURS WITH NO RESPONSE.

**Description** of Person Served: Age: 36+, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 130, Hair: Blonde, Glasses: N

I hereby certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served or an otherwise duly authorized to have served process in the jurisdiction where process was served.

STATE OF FLORIDA
COUNTY OF ST. LUCIE
Subscribed and Sworn to before me on the 28th day
of December, 2011 by the affiant who is personally
known to me.

NOTARY PUBLIC

Notary Public State of Florida
BROOKE ZAMBUTO
My Commission DD761722
Expires 02/24/2012

Debra Forbes
PS 06-05

SERVICE OF PROCESS, INC.
Post Office Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: PDB-2011026083