UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER REGARDING AUTHENTICITY AND ADMISSIBILITY OF CERTAIN DOCUMENTS IDENTIFIED BY PARTIES FOR USE AT DEPOSITIONS IN HONG KONG THE WEEK OF JANUARY 9, 2012

WHEREAS, the parties have stipulated to this Order with regard to the documents identified in the attached schedules, referred to collectively herein as the "Examination Documents":

> <u>Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Gypsum Co., Ltd.'s Preliminary Designation of Documents for Possible Use at January 2012 Depositions</u>
> Schedule A, dated December 2, 2011
> Schedule B, dated December 8, 2011
>
> <u>The Questioners' Preliminary Designation of Documents For Use at January 2012 Depositions</u>
> Questioners' In Globo Exhibit: Revised 12.20.11
> Questioners' Schedule A: Revised 12.30.11
> Questioners' Schedule B: Revised 12.20.11
> Questioners' Schedule C: Revised 12.21.11
> Questioners' Schedule D: Revised 12.26.11
> Questioners' Schedule E: Revised 12.30.11
> Questioners' Schedule F: Revised 12.30.11

1.  Insofar as the Examination Documents reveal on their face their author, creator, or the Internet source or e-mail address from which they originated they and their attachments, if any, shall be deemed authenticated and/or identified as a condition precedent to admissibility within the meaning of Federal Rule of Evidence (FRE) 901(a).

2. Insofar as they were originally authored or created by Taishan, the Examination Documents shall not be deemed inadmissible as hearsay, pursuant to the applicability of FRE 803(3), 803(5), 803(6), 803(8), 803(14), 803(15) and/or 803(17), and/or the applicability of FRE 807.  Notwithstanding the foregoing sentence (1) a document containing multiple levels of hearsay shall not be fully admissible pursuant to this paragraph without a limiting instruction or the equivalent unless each level of hearsay within the document is also admissible and (2) a document comprised of a string of e-mails shall not be fully admissible pursuant to this paragraph without a limiting instruction or the equivalent unless each e-mail message within the string is also admissible.

3. The Parties reserve the right to challenge the admissibility of any of the Examination Documents on grounds not covered by this Order, including, but not limited to, grounds of relevance.

New Orleans, Louisiana, this 5th day of January, 2012.

*[signature]*

Eldon E. Fallon
United States District Court Judge