UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

### ORDER REGARDING USE OF DEPOSITIONS IN MDL AND STATE COURT PROCEEDINGS

WHEREAS, the parties have stipulated to this Order and contemplate taking depositions of various witnesses related to Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (collectively "Taishan"), including their corporate representatives, employees and former employees in this MDL proceeding;

AND WHEREAS, the parties contemplate that these depositions may also be used in state court actions, as well as federal court actions, relating to Chinese Drywall claims, and therefore it is hereby stipulated and agreed: depositions of Taishan, including their corporate representatives, employees and former employees in this MDL proceeding, in any state and/or federal action relating to Chinese Drywall claims in which Taishan is a party, may be used to the same extent and in the same manner as if the deposition were taken in that particular state or federal action  by or against any person (including parties later added and parties in cases subsequently filed in, removed to or transferred to this Court as part of this litigation):

   (1)  who is a party to this litigation;

   (2)  who was present or represented at the deposition;

   (3)  who is a member of any proposed class or subclass in any action in this MDL

     proceeding;

(4) who was served with prior notice of the deposition or otherwise had reasonable notice thereof; or

(5) who, within thirty (30) calendar days after the transcript of the deposition (or, if later, within sixty (60) calendar days after becoming a party in this Court or in any action that is apart of this MDL proceeding), fails to show just cause why such deposition should not be useable against such party.

  By agreeing to entry of this Order, Taishan does not waive any defense or objection in any proceeding in any court based on lack of personal jurisdiction, failure to serve process, insufficiency of process or improper service of process.

  New Orleans, Louisiana, this 5th day of January, 2012.

            _____
            Eldon E. Fallon
            United States District Court Judge