UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## ORDER

On November 23, 2011, the Plaintiffs' Steering Committee issued a Re-notice of Oral and Videotape Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) to Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd. (hereafter collectively "Taishan").  The noticed depositions have been the subject of numerous meet and confers and status conferences.  The Court has overseen these proceedings in order to coordinate these depositions in an efficient and productive manner given that prior depositions of Taishan witnesses proved to be unsatisfactory. To ensure that the depositions scheduled to take place beginning on Monday, January 9, 2012 at Executive Centre, Level 3, Pacific Place, 1 Queen's Road East, Hong Kong are conducted appropriately, the Court intends to appear in person to preside over these proceedings.

The Court directs that the following persons attend the depositions:  Arnold Levin, Christopher Seeger, Scott George, Leonard A. Davis, Gerald E. Meunier, Ervin A. Gonzalez, Patrick Montoya, Hillary Bass, David Black, Michael Sexton, Jane Byrne, Julia Beskin, Kenneth Hardt, Brian Slaughter, Theodore Brenner, Joe Cyr, Frank Spano, Eugene Chen and Jieni Ji.

The Court recommends that all of the participants directed to attend the depositions register with the United States Embassy through its Smart Traveler Enrollment Program (STEP), which allows them to provide their personal information (passport number, emergency contact info, etc.) and travel plans to the embassy in advance of when they plan to travel outside the US.

This serves to help the Department of State assist them more quickly in the event of an emergency and subscribes them to receive any important travel alerts relative to the country where they are traveling.  The following link (https://travelregistration.state.gov/ibrs/ui/) allows them to pre-register online for travel to China.  It is noted that choosing the country they are traveling to from the drop down list in the "Itinerary Destinations" section, China should not be selected.  Instead, "Hong Kong (SAR) China" should be selected as a separate embassy exists there.

     New Orleans, Louisiana this 5th day of January 2012.

                                                   U.S. DISTRICT JUDGE