**F Development LLC**
2189 West 60th Street
Suite #205
Hialeah, Florida 33016
(305) 556-4282 or (305) 821-3376



RECEIVED
DEC 29 2011
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

December 28, 2011

Federal Express Airbill
8390 4056 8418

Judge Fallon
MAG. Judge Wilkinson
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: Class Action Complaint MDL No. 2047 Case 11-1077

Dear Judge Fallon MAG. Judge Wilkinson:

We hereby request a time extension to be granted in order to secure legal counsel in the State of Louisiana. We are a small firm with limited financial resources to defend ourselves in the State of Louisiana. We have notified our insurance company and waiting for their reply regarding coverage and legal representation.

We appreciate your consideration and hope you honor our request.

Sincerely,

By: _____
Jose E. Fand
Manager Member
F Development LLC.

JEF: tf
Cc: file
    Levin, Fishbein, Sedran & Berman 510 Walnut Street Suite 500 Philadelphia, PA 19106-3697

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA HAYA, DANIEL HAYA AND IRENE HAYA, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON EXHIBITS "A" AND "A-1" WHICH ARE ATTACHED HERETO], <br><br> Plaintiffs, <br><br> v. <br><br> TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD.; [ADDITIONAL DEFENDANTS LISTED ON EXHIBITS "B" AND "B-1" WHICH ARE ATTACHED HERETO], <br><br> Defendants. | CASE NO.: 11-1077 <br> SECT. L MAG 2 <br><br><br> AMENDED CLASS ACTION COMPLAINT <br><br><br><br> JURY TRIAL DEMAND |

## PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (IX)

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real property containing problematic Chinese manufactured drywall that was designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants. In order to accomplish an effective class structure, each of the class representatives is pursuing a nationwide class action against the Taishan manufacturer of the drywall located in plaintiffs'

1