

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctcorporation.com

December 30, 2011

Loretta G. Whyte
C-151 U.S. Courthouse
500 Poydras St.
New Orleans, LA 70130-3367

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation, Gross, et al., Pltfs. vs. Knauf Gips KG, et al. including McCar Homes-Tampa, LLC, Dfts.

Case No. MDL No. 2047

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Donna Moch
Service of Process Manager

Log# 519717804

FedEx Tracking# 797899445337

cc: Matthew C. Gaughan
    Levin, Fishbein, Sedran & Berman
    510 Walnut Street
    Suite 500
    Philadelphia, PA 19106-3697