UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED　　　MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY　　　　SECTION: L
LITIGATION　　　　　　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　　MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:　　　　CASE NO.: 11-2349

DOROTHY ARNDT, individually, and on
behalf of all others similarly situated, et al. v. GEBRUEDER
KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL.

_____/

### ORDER

Upon consideration of the Motion to Dismiss filed herein by Defendant, MILTON CONSTRUCTION COMPANY;

IT IS HEREBY ORDERED that the Motion to Dismiss be and the same is hereby GRANTED. Plaintiffs have failed to establish jurisdiction over this Defendant.

New Orleans, Louisiana, this ____ day of _____, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Eldon E. Fallon
　　　　　　　　　　　　　　　　　　United States District Court Judge