UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY  SECTION: L
LITIGATION  JUDGE FALLON
  MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:  CASE NO.: 11-2349

DOROTHY ARNDT, individually, and on
behalf of all others similarly situated, et al. v. GEBRUEDER
KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL.

_____/

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that Defendant, MILTON CONSTRUCTION COMPANY'S, Motion to Dismiss will be submitted for consideration on February 1, 2012 at 9:00 a.m.

>Respectfully submitted,
>FULMER LeROY ALBEE BAUMANN, P.L.C.
>Attorneys for Defendant,
>MILTON CONSTRUCTION COMPANY
>2866 East Oakland Park Boulevard
>Fort Lauderdale, FL 33306
>(954) 707-4430  phone
>(954) 707-4431  fax
>
>BY: /s/ *Gary F. Baumann*
>       GARY F. BAUMANN
>       Fla. Bar. No.: 089052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN