UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED             ) | MDL NO. 2047 | |
| DRYWALL PRODUCTS                ) | | |
| LIABILITY LITIGATION              ) | SECTION:  L | |
|              ) | | |
| THIS DOCUMENT RELATES TO:         ) | JUDGE FALLON | |
|              ) | MAG. JUDGE WILKINSON | |
| Case No. 11-cv-252            ) | | |
| *Daniel Abreu, et al. v. Gebrueder Knauf*     ) | | |
| *Verwaltungsgesellschaft, KG, et al.*        ) | | |
| _____ ) | | |

### LANCER ENTERPRISES' NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Schwartz Law Group and hereby files its Notice of Appearance as counsel on behalf of the Defendant, Lancer Enterprises, Inc. pursuant to Plaintiffs' Daniel Abreu, *et al.*, Omnibus Class Action Complaint (VIII).  It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

LANCER ENTERPRISES, INC., Defendant

By:  s/ Steven G. Schwartz
    Steven G. Schwartz, Esquire
    Schwartz Law Group
    6751 N. Federal Highway, #400
    Boca Raton, FL 33487
    Ph:  561-395-4747
    Fx:  561-367-1550
    sgs@theschwartzlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, Jennifer Lascio by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of January, 2012.

            s/ Steven G. Schwartz
            Steven G. Schwartz, Esq.

L:\OPEN FILES\100540\Pleadings\Lancer's Not of Appearance.doc