IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION _____ / | : : : : : | MDL No. 2047 Section L |
| This Document Relates to: Abreu, 11-252 | : : : : | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**LIMITED NOTICE OF APPEARANCE OF
ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC AS COUNSEL FOR
LA SUPREMA ENTERPRISE, INC. AND LA SUPREMA TRADING, INC.**

PLEASE TAKE NOTICE that EDUARDO I. RASCO, ESQ. and the law firm of ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC, do hereby make a limited appearance as attorneys of record for the Third-Party Defendants, LA SUPREMA TRADING, INC. and LA SUPREMA ENTERPRISE, INC. in the above-referenced matter(s). This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to service of process, venue, and/or jurisdiction.

It is respectfully requested that all pleadings, motions, correspondence and any other filings made in the above-referenced cases be served upon the undersigned counsel.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of January, 2012.

        ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
        *Attorneys for Defendants* **LA SUPREMA ENTERPRISE, INC. AND LA SUPREMA TRADING, INC.**
        One Aventura, Suite 600
        20900 Northeast 30th Avenue
        Aventura, FL 33180
        Tel: (305) 937-0300   Fax: (305) 937-1311

By:    /s/ Steve M. Bimston
      EDUARDO I. RASCO, ESQUIRE
      eir@rrrklaw.com
      Florida Bar No. 646326
      STEVE M. BIMSTON, ESQUIRE
      smb@rrrklaw.com
      Florida Bar No. 179205