UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Benoit v. LaFarge, S.A., et al.* (Case No. 11-1893) | MAG. JUDGE WILKINSON |

### SHAMROCK BUILDING MATERIALS, INC. d/b/a SHAMROCK TRADING'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(1)

Defendant SHAMROCK BUILDING MATERIALS, INC. d/b/a SHAMROCK TRADING (hereinafter "Shamrock" or "Defendant"), by and through its undersigned counsel and without waiver of any defenses with respect to personal jurisdiction, hereby moves this Honorable Court to enter an Order dismissing Shamrock from the above-captioned case pursuant to Federal Rule of Civil Procedure 12(b)(1), and for the reasons articulated in Defendant's Memorandum of Law in Support of the instant Motion to Dismiss filed contemporaneously herewith.

WHEREFORE, Defendant, SHAMROCK BUILDING MATERIALS, INC. d/b/a SHAMROCK TRADING, respectfully requests that this Honorable Court grant its Motion to Dismiss in the case of *Benoit v. LaFarge, S.A., et al.*

Respectfully submitted,

*/s/ Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
Helaine S. Goodner
Fla. Bar No. 462111
Elizabeth J. Ferry
Fla. Bar No. 43823
FOWLER WHITE BURNETT, P.A.
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Telephone: (305) 789-9200
*Counsel for Shamrock Building Materials, Inc. d/b/a Shamrock Trading*

IN RE: CHINESE-MANUFACTURED<br>
DRYWALL PRODUCTS LIABILITY<br>
LITIGATION - MDL NO. 2047<br>
Page 2

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing has been served this 9th day of January, 2012, via email upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and upon all other parties by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047.

/s/ <i>Edward J. Briscoe</i><br>
Edward J. Briscoe