# EXHIBIT A

# Business Registry Business Name Search

## Business Entity Data

12-28-2011
12:05

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 117944-19 | DBC | ACT | OREGON | 11-08-1976 | 11-08-2012 | |
| **Entity Name** | SHAMROCK BUILDING MATERIALS INC. | | | | | |
| **Foreign Name** | | | | | | |

New Search

## Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| Addr 1 | 9115 SW OLESON RD STE 300 | | | |
| Addr 2 | | | | |
| CSZ | PORTLAND | OR | 97223 | Country UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT REGISTERED AGENT | | Start Date | 09-25-1997 | Resign Date | |
|---|---|---|---|---|---|---|
| Name | KIM | BUCKLEY | | | | |
| Addr 1 | 888 SW FIFTH AVE STE 700 | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97204 | | Country UNITED STATES OF AMERICA | |

| Type | MAL MAILING ADDRESS | | | |
|---|---|---|---|---|
| Addr 1 | PO BOX 23208 | | | |
| Addr 2 | | | | |
| CSZ | EUGENE | OR | 97402 | Country UNITED STATES OF AMERICA |

| Type | PRE PRESIDENT | | | Resign Date | |
|---|---|---|---|---|---|
| Name | MICHAEL | D | GAMBEE | | |
| Addr 1 | 9115 SW OLESON RD STE 300 | | | | |
| Addr 2 | | | | | |
| CSZ | PORTLAND | OR | 97223 | Country UNITED STATES OF AMERICA | |

| Type | SEC SECRETARY | | | Resign Date | |
|---|---|---|---|---|---|
| Name | GREGORY | J | GAMBEE | | |
| Addr 1 | 9115 SW OLESON RD STE 300 | | | | |
| Addr 2 | | | | | |
| CSZ | PORTLAND | OR | 97223 | Country UNITED STATES OF AMERICA | |

## Name History

| | Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|---|
| New Search | SHAMROCK BUILDING MATERIALS INC. | EN | CUR | 05-10-1999 | |
| | SHAMROCK LUMBER COMPANY | EN | PRE | 11-08-1976 | 05-10-1999 |

Please read before ordering Copies.

## Summary History

| | Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|---|
| New Search | | AMENDED ANNUAL REPORT | 11-04-2011 | | FI | | |
| | | ANNUAL REPORT PAYMENT | 09-29-2010 | 09-28-2010 | SYS | | |
| | | ANNUAL REPORT PAYMENT | 11-04-2009 | 11-03-2009 | SYS | | |
| | | ANNUAL REPORT PAYMENT | 11-10-2008 | 11-07-2008 | SYS | | |
| | | AMENDMENT TO ANNUAL REPORT | 08-05-2008 | | FI | | |
| | | ARTICLES OF AMENDMENT | 11-13-2007 | | FI | | |
| | | ANNUAL REPORT PAYMENT | 10-22-2007 | | SYS | | |
| | | ANNUAL REPORT PAYMENT | 11-06-2006 | | SYS | | |
| | | ANNUAL REPORT PAYMENT | 10-05-2005 | 10-04-2005 | SYS | | |
| | | ANNUAL REPORT PAYMENT | 10-26-2004 | 10-25-2004 | SYS | | |
| | | ANNUAL REPORT PAYMENT | 11-14-2003 | | SYS | | |
| | | ANNUAL REPORT PAYMENT | 10-01-2002 | | SYS | | |
| | | ANNUAL REPORT PAYMENT | 11-14-2001 | | SYS | | |
| | | NOTICE LATE ANNUAL | 11-09-2001 | | SYS | | |
| | | AGENT/AUTH REP CHNG | 11-28-2000 | | FI | | |
| | | STRAIGHT RENEWAL | 10-26-2000 | | FI | | |
| | | CHANGED | 11-19-1999 | | FI | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | RENEWAL | | | | | |
| | STRAIGHT RENEWAL | 11-05-1999 | | FI | | |
| | ENTITY NAME CHANGE | 05-10-1999 | | FI | | |
| | CHANGED RENEWAL | 12-03-1998 | | FI | | |
| | STRAIGHT RENEWAL | 11-27-1998 | | FI | | |
| | NOTICE | 11-16-1998 | | SYS | | |
| | AMENDED RENEWAL | 09-25-1997 | | FI | | |
| | AGENT/AUTH REP CHNG | 09-25-1997 | | FI | | |
| | NOTICE | 11-18-1996 | | SYS | | |
| | STRAIGHT RENEWAL | 11-08-1996 | | FI | | |
| | AGENT/AUTH REP CHNG | 11-21-1995 | | FI | | |
| | STRAIGHT RENEWAL | 10-11-1995 | | FI | | |
| | AMENDED RENEWAL | 11-08-1994 | | FI | | |
| | AMENDED RENEWAL | 10-08-1993 | | FI | | |
| | AMENDED RENEWAL | 12-03-1992 | | FI | | |
| | NOTICE | 11-17-1992 | | SYS | | |
| | STRAIGHT RENEWAL | 10-08-1991 | | FI | | |
| | STRAIGHT RENEWAL | 11-05-1990 | | FI | | |
| | AMENDED RENEWAL | 10-17-1989 | | FI | | |
| | ASSOCIATED NAME CHNG | 07-05-1989 | | FI | | |
| | ASSOCIATED NAME CHNG | 05-04-1989 | | FI | | |
| | STRAIGHT RENEWAL | 10-04-1988 | | FI | | |
| | STRAIGHT RENEWAL | 10-16-1987 | | FI | | |
| | AMENDED RENEWAL | 11-04-1986 | | FI | | |
| | STRAIGHT RENEWAL | 11-14-1985 | | FI | | |
| | STRAIGHT RENEWAL | 12-03-1984 | | FI | | |

© 2011  Oregon Secretary of State.  All Rights Reserved.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047 Section L |
| | : | JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : : | |
| ALL CASES | : : | |

## DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly and type your responses in English.

### I. IDENTIFICATION AND CONTACT INFORMATION

A. Distributor's Name: Shamrock Building Materials, Inc.

B. Distributor's Address: 90422 Highway 99 North, P.O. Box 23208, Eugene, OR 97402

C. Website: www.shamrockbm.com

D. Headquarters if Foreign: Not applicable.

E. Address of USA Headquarters: Same as above.

F. Name of supervisor at USA Headquarters: Mike Gambee

G. Principal Place of Business in USA: Same as above.

H. Has Distributor operated under any other names from 2001 to 2009? If so, please list and explain for each different locale.
Shamrock Trading, Shamrock Steel, Shamrock Lumber, Shamrock Steel II, Shamrock Trading Santa Rosa. These are all fictitious names.

I. Did Distributor also install Chinese drywall? If so, describe involvement as an installer.
No.

## II. COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A. Name: Edward J. Briscoe, Fowler White Burnett, P.A.
B. Address: 1395 Brickell Avenue, Fourteenth Floor, Miami, FL 33131
C. Phone Number: (305) 789-9200
D. Fax Number: (305) 789-9201
E. E-Mail: ebriscoe@fowler-white.com

## III. DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL

A. Source: Overseas Building Supply, L.C.

1. Name of Chinese Drywall Manufacturer, if known: Unknown
2. Address of Chinese Drywall Manufacturer, if known: Unknown
3. Name of Chinese Drywall Product, if known: Unknown
4. Dates of purchase(s): July 30, 2001
5. Total Volume of Received Chinese Drywall Product: 100,000 pieces
6. Identify any markings on the Chinese Drywall Product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.): Unknown
7. List all trademarks of the product, if known: Unknown
8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall: Overseas Building Supply, L.C.
9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of Your Chinese Drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: Ambassador Services, Inc.
Address of entity providing storage: 245 Challenger Road, Cape Canaveral, FL 32920
Dates product was stored: 07/30/01 (Month/Day/Year) to unknown (Month/Day/Year)
Quantity of product stored: 100,000 pieces
Price paid for storage: None

Name of contact person at storage facility: Randall May

Phone number: Unknown

Email address: Unknown

List any complaints made or received regarding storage of the product: None.

### IV.  DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall. If yes, provide names and/or entities of those to whom you supplied Chinese drywall. If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

Shamrock has not retained complete records of sales from the time period when it sold Chinese drywall. The information requested is currently under investigation. To date, Shamrock is able to identify L&W Supply as a purchaser of Chinese drywall from Shamrock.

### V.  INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]

1. For each policy, identify the following:

   Insurer: Unigard Insurance Company
   Dates policy in effect: 01/01/01 to 03/01/03 (Month/Day/Year)
   Policy Number: CM005286
   Type of Policy: Commercial General Liability
   Insurance Agent: KPD Insurance, Inc.
   Policy Coverage Limits: $ 1 million per occurrence / $ 2 million aggregate

   Insurer: Unigard Insurance Company
   Dates policy in effect: 01/01/01 to 03/01/03 (Month/Day/Year)
   Policy Number: CU008688
   Type of Policy: Commercial Umbrella Liability
   Insurance Agent: KPD Insurance, Inc.
   Policy Coverage Limits: $ 2 million per occurrence / $ 2 million aggregate

---

[1] Listing policies does not purport to represent coverage status.

Insurer: American States Insurance Company
Dates policy in effect: 03/01/03 to 03/01/07 (Month/Day/Year)
Policy Number: 01-CG-304391
Type of Policy: Commercial General Liability
Insurance Agent: KPD Insurance, Inc.
Policy Coverage Limits: $ 1 million per occurrence / $ 2 million aggregate

Insurer: American States Insurance Company
Dates policy in effect: 03/01/03 to 03/01/07 (Month/Day/Year)
Policy Number: 01-SU-329970
Type of Policy: Commercial Umbrella Liability
Insurance Agent: KPD Insurance, Inc.
Policy Coverage Limits: $ 2 million per occurrence / $ 2 million aggregate

Insurer: Continental Insurance Company
Dates policy in effect: 03/01/07 to 03/01/08 (Month/Day/Year)
Policy Number: C 2092362179
Type of Policy: Commercial General Liability
Insurance Agent: KPD Insurance, Inc.
Policy Coverage Limits: $ 1 million per occurrence / $ 2 million aggregate

Insurer: Continental Insurance Company
Dates policy in effect: 03/01/08 to 03/01/11 (Month/Day/Year)
Policy Number: C 2088423807
Type of Policy: Commercial General Liability
Insurance Agent: KPD Insurance, Inc.
Policy Coverage Limits: $ 1 million per occurrence / $ 2 million aggregate

Insurer: Continental Insurance Company
Dates policy in effect: 03/01/07 to 03/01/11 (Month/Day/Year)
Policy Number: C 2092362151
Type of Policy: Commercial Umbrella Liability
Insurance Agent: KPD Insurance, Inc.
Policy Coverage Limits: $ 4 million per occurrence / $ 4 million aggregate

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Distributors' Profile Form is true and correct to the best of my knowledge.

Date: _NOVEMBER 14, 2011_

_[signature]_

Shamrock Building Materials, Inc.
By Mike Gambee, President

# EXHIBIT C


| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List            Entity Name Search

Events    No Name History                                    Submit

# Detail by Entity Name

## Florida Limited Liability Company

OVERSEAS BUILDING SUPPLY, L.C.

### Filing Information

**Document Number** L99000005965
**FEI/EIN Number** 593600127
**Date Filed** 09/23/1999
**State** FL
**Status** INACTIVE
**Last Event** ADMIN DISSOLUTION FOR ANNUAL REPORT
**Event Date Filed** 10/01/2004
**Event Effective Date** NONE

### Principal Address

400 NORTH NEW YORK AVENUE
SUITE 103
WINTER PARK FL 32789

### Mailing Address

400 NORTH NEW YORK AVENUE
SUITE 103
WINTER PARK FL 32789

### Registered Agent Name & Address

OGILIVE, C.H. JR.
400 N. NEW YORK AVENUE, SUITE 103
SUITE 200
WINTER PARK FL 32789 US

Name Changed: 05/01/2000

Address Changed: 05/01/2000

### Manager/Member Detail

**Name & Address**

Title MGR

OGILVIE, C.H. JR
400 NORTH NEW YORK AVENUE SUITE 103
WINTER PARK FL 32789

Title MGRM

MAY, RANDALL L
245 CHALLENGER
CAPE CANAVERAL FL 32920

## Annual Reports

**Report Year  Filed Date**
2001        05/02/2001
2002        05/06/2002
2003        05/02/2003

## Document Images

| Date | Document | |
|---|---|---|
| 05/02/2003 -- ANNUAL REPORT | View image in PDF format | |
| 05/06/2002 -- ANNUAL REPORT | View image in PDF format | |
| 05/02/2001 -- ANNUAL REPORT | View image in PDF format | |
| 04/30/2000 -- ANNUAL REPORT | View image in PDF format | |
| 09/23/1999 -- Florida Limited Liabilites | View image in PDF format | |

**Note:** This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List    Entity Name Search

Events    **No Name History**    Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

# EXHIBIT D



Espirito Santo Plaza
Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131

www.fowler-white.com

Edward J. Briscoe
(305) 789-9252 direct
(305) 789-9201 fax
ebriscoe@fowler-white.com

August 22, 2011

*Via U.S. Mail and Facsimile (504-561-6024)*
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: Chinese Drywall Multi-District Litigation
Benoit v. Lafarge, S.A., et al.
E.D. Louisiana Case No. 11-1893

Dear Mr. Herman:

We are counsel for Shamrock Building Materials, Inc. ("Shamrock"). Shamrock has been included as a Defendant in the Plaintiffs' Omnibus Class Action Complaint recently filed by the Benoit Plaintiffs. We note, however, that on Exhibit "B" to the Benoit Complaint, Shamrock (listed as defendant number 30 on the exhibit) is referenced as Shamrock Building Materials, Inc. d/b/a Shamrock Trading and Overseas Building Supply, L.C. Please be advised that this is incorrect. Shamrock is not now nor has it ever been related in any way to Overseas Building Supply, L.C., and has certainly not done business in any capacity under the name of Overseas Building Supply, L.C. Overseas Building Supply, L.C. is an inactive Florida limited liability company that was owned and operated by C.H. (Charles) Ogilvie, Jr. and Randall May (see attached document from the Florida Secretary of State's website), neither of whom have ever been affiliated with Shamrock Building Materials, Inc. Since Overseas Building Supply, L.C. was involved in the chain of distribution for Chinese-manufactured drywall, that entity should be included as a separate Defendant in the Benoit action.

Accordingly, we ask that you please correct your records to reflect the foregoing information and amend the Benoit exhibit of Defendants to reflect the proper entity name for Shamrock Building Materials, Inc. and to include Overseas Building Supply, L.C. as a separate Defendant in that action. Thank you for your attention to this matter. Please do not hesitate to contact my office should you have any questions or require additional information.

Sincerely,

Edward J. Briscoe

Encl.

Miami • Fort Lauderdale • West Palm Beach