UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| *Benoit v. LaFarge, S.A., et al.* (Case No. 11-1893) | ) ) ) ) | MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant SHAMROCK BUILDING MATERIALS, INC.

d/b/a SHAMROCK TRADING's Motion to Dismiss will be submitted for consideration on February

3, 2012 at 9:00 a.m.

Respectfully submitted,

/s/ Edward J. Briscoe
Edward J. Briscoe
Fla. Bar No. 109691
ebriscoe@fowler-white.com
Helaine S. Goodner
Fla. Bar No. 462111
hgoodner@fowler-white.com
Elizabeth J. Ferry
Fla. Bar No. 43823
eferry@fowler-white.com
FOWLER WHITE BURNETT, P.A.
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201
*Counsel for Shamrock Building Materials, Inc.*
   *d/b/a Shamrock Trading*

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION - MDL NO. 2047
Page 2

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing has been served this 9th day of January, 2012,
via email upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry
Miller, and upon all other parties by electronically uploading same to LexisNexis File & Serve in
accordance with Pretrial Order 6, and that the foregoing was electronically filed with the Clerk of
Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF
system, which will send a notice of electronic filing in accordance with procedures established in
MDL 2047.

*/s/ Edward J. Briscoe*
Edward J. Briscoe