# EXHIBIT A

# Business Registry Business Name Search

**New Search**

## Business Entity Data

12-28-2011 12:05

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 117944-19 | DBC | ACT | OREGON | 11-08-1976 | 11-08-2012 | |
| **Entity Name** | SHAMROCK BUILDING MATERIALS INC. | | | | | |
| **Foreign Name** | | | | | | |

**New Search**

## Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | | |
|---|---|---|---|---|---|
| Addr 1 | 9115 SW OLESON RD STE 300 | | | | |
| Addr 2 | | | | | |
| CSZ | PORTLAND | OR | 97223 | Country | UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | | Start Date | 09-25-1997 | Resign Date | |
|---|---|---|---|---|---|---|---|
| Name | KIM | | BUCKLEY | | | | |
| Addr 1 | 888 SW FIFTH AVE STE 700 | | | | | | |
| Addr 2 | | | | | | | |
| CSZ | PORTLAND | OR | 97204 | | Country | UNITED STATES OF AMERICA | |

| Type | MAL | MAILING ADDRESS | | | |
|---|---|---|---|---|---|
| Addr 1 | PO BOX 23208 | | | | |
| Addr 2 | | | | | |
| CSZ | EUGENE | OR | 97402 | Country | UNITED STATES OF AMERICA |

| Type | PRE | PRESIDENT | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | MICHAEL | D | GAMBEE | | | |
| Addr 1 | 9115 SW OLESON RD STE 300 | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97223 | | Country | UNITED STATES OF AMERICA |

| Type | SEC | SECRETARY | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | GREGORY | J | GAMBEE | | | |
| Addr 1 | 9115 SW OLESON RD STE 300 | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97223 | | Country | UNITED STATES OF AMERICA |

New Search

# Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| SHAMROCK BUILDING MATERIALS INC. | EN | CUR | 05-10-1999 | |
| SHAMROCK LUMBER COMPANY | EN | PRE | 11-08-1976 | 05-10-1999 |

Please read before ordering Copies.

New Search

# Summary History

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| | AMENDED ANNUAL REPORT | 11-04-2011 | | FI | | |
| | ANNUAL REPORT PAYMENT | 09-29-2010 | 09-28-2010 | SYS | | |
| | ANNUAL REPORT PAYMENT | 11-04-2009 | 11-03-2009 | SYS | | |
| | ANNUAL REPORT PAYMENT | 11-10-2008 | 11-07-2008 | SYS | | |
| | AMENDMENT TO ANNUAL REPORT | 08-05-2008 | | FI | | |
| | ARTICLES OF AMENDMENT | 11-13-2007 | | FI | | |
| | ANNUAL REPORT PAYMENT | 10-22-2007 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 11-06-2006 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 10-05-2005 | 10-04-2005 | SYS | | |
| | ANNUAL REPORT PAYMENT | 10-26-2004 | 10-25-2004 | SYS | | |
| | ANNUAL REPORT PAYMENT | 11-14-2003 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 10-01-2002 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 11-14-2001 | | SYS | | |
| | NOTICE LATE ANNUAL | 11-09-2001 | | SYS | | |
| | AGENT/AUTH REP CHNG | 11-28-2000 | | FI | | |
| | STRAIGHT RENEWAL | 10-26-2000 | | FI | | |
| | CHANGED | 11-19-1999 | | FI | | |

Case 2:09-md-02047-EEF-MBN   Document 12136-1   Filed 01/09/12   Page 4 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| | RENEWAL | | | | | |
| | STRAIGHT RENEWAL | 11-05-1999 | | FI | | |
| | ENTITY NAME CHANGE | 05-10-1999 | | FI | | |
| | CHANGED RENEWAL | 12-03-1998 | | FI | | |
| | STRAIGHT RENEWAL | 11-27-1998 | | FI | | |
| | NOTICE | 11-16-1998 | | SYS | | |
| | AMENDED RENEWAL | 09-25-1997 | | FI | | |
| | AGENT/AUTH REP CHNG | 09-25-1997 | | FI | | |
| | NOTICE | 11-18-1996 | | SYS | | |
| | STRAIGHT RENEWAL | 11-08-1996 | | FI | | |
| | AGENT/AUTH REP CHNG | 11-21-1995 | | FI | | |
| | STRAIGHT RENEWAL | 10-11-1995 | | FI | | |
| | AMENDED RENEWAL | 11-08-1994 | | FI | | |
| | AMENDED RENEWAL | 10-08-1993 | | FI | | |
| | AMENDED RENEWAL | 12-03-1992 | | FI | | |
| | NOTICE | 11-17-1992 | | SYS | | |
| | STRAIGHT RENEWAL | 10-08-1991 | | FI | | |
| | STRAIGHT RENEWAL | 11-05-1990 | | FI | | |
| | AMENDED RENEWAL | 10-17-1989 | | FI | | |
| | ASSOCIATED NAME CHNG | 07-05-1989 | | FI | | |
| | ASSOCIATED NAME CHNG | 05-04-1989 | | FI | | |
| | STRAIGHT RENEWAL | 10-04-1988 | | FI | | |
| | STRAIGHT RENEWAL | 10-16-1987 | | FI | | |
| | AMENDED RENEWAL | 11-04-1986 | | FI | | |
| | STRAIGHT RENEWAL | 11-14-1985 | | FI | | |
| | STRAIGHT RENEWAL | 12-03-1984 | | FI | | |

© 2011  Oregon Secretary of State.  All Rights Reserved.