# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL No.  2047 |
| DRYWALL PRODUCTS LIABILITY | : | Section L |
| LITIGATION | : | |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| ALL CASES | : | |
| | : | |

## DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form.  Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL.  The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective.  If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  Please print legibly and type your responses in English.

### I.   IDENTIFICATION AND CONTACT INFORMATION

A.  Distributor's Name: Shamrock Building Materials, Inc.

B.  Distributor's Address: 90422 Highway 99 North, P.O. Box 23208, Eugene, OR 97402

C.  Website:  www.shamrockbm.com

D.  Headquarters if Foreign: Not applicable.

E.  Address of USA Headquarters: Same as above.

F.  Name of supervisor at USA Headquarters:  Mike Gambee

G.  Principal Place of Business in USA:  Same as above.

H.  Has Distributor operated under any other names from 2001 to 2009?  If so, please list and explain for each different locale.
Shamrock Trading, Shamrock Steel, Shamrock Lumber, Shamrock Steel II, Shamrock Trading Santa Rosa.  These are all fictitious names.

I.  Did Distributor also install Chinese drywall? If so, describe involvement as an installer.

No.

## II.  COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A.  Name: Edward J. Briscoe, Fowler White Burnett, P.A.

B.  Address: 1395 Brickell Avenue, Fourteenth Floor, Miami, FL 33131

C.  Phone Number: (305) 789-9200

D.  Fax Number: (305) 789-9201

E.  E-Mail: ebriscoe@fowler-white.com

## III.  DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL

A.  Source: Overseas Building Supply, L.C.

1.  Name of Chinese Drywall Manufacturer, if known: Unknown

2.  Address of Chinese Drywall Manufacturer, if known: Unknown

3.  Name of Chinese Drywall Product, if known: Unknown

4.  Dates of purchase(s): July 30, 2001

5.  Total Volume of Received Chinese Drywall Product: 100,000 pieces

6.  Identify any markings on the Chinese Drywall Product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.): Unknown

7.  List all trademarks of the product, if known: Unknown

8.  The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall: Overseas Building Supply, L.C.

9.  If known, prior to your receipt of or taking title to the Chinese Drywall, if any of Your Chinese Drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: Ambassador Services, Inc.

Address of entity providing storage: 245 Challenger Road, Cape Canaveral, FL 32920

Dates product was stored: 07/30/01 (Month/Day/Year) to unknown (Month/Day/Year)

Quantity of product stored: 100,000 pieces

Price paid for storage: None

Name of contact person at storage facility:  Randall May

Phone number:    Unknown

Email address:    Unknown

List any complaints made or received regarding storage of the product:    None.

## IV.   DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall.  If yes, provide names and/or entities of those to whom you supplied Chinese drywall.  If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

Shamrock has not retained complete records of sales from the time period when it sold Chinese drywall.  The information requested is currently under investigation.  To date, Shamrock is able to identify L&W Supply as a purchaser of Chinese drywall from Shamrock.

## V.   INSURANCE

A.  Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]

1.  For each policy, identify the following:

Insurer:  Unigard Insurance Company
Dates policy in effect:    01/01/01    to    03/01/03    (Month/Day/Year)
Policy Number: CM005286
Type of Policy: Commercial General Liability
Insurance Agent: KPD Insurance, Inc.
Policy Coverage Limits: $ 1 million per occurrence / $ 2 million aggregate

Insurer:  Unigard Insurance Company
Dates policy in effect:    01/01/01    to    03/01/03    (Month/Day/Year)
Policy Number: CU008688
Type of Policy: Commercial Umbrella Liability
Insurance Agent: KPD Insurance, Inc.
Policy Coverage Limits: $ 2 million per occurrence / $ 2 million aggregate

---

[1]   Listing policies does not purport to represent coverage status.

Insurer: American States Insurance Company
Dates policy in effect: 03/01/03 to 03/01/07 (Month/Day/Year)
Policy Number: 01-CG-304391
Type of Policy: Commercial General Liability
Insurance Agent: KPD Insurance, Inc.
Policy Coverage Limits: $ 1 million per occurrence / $ 2 million aggregate

Insurer: American States Insurance Company
Dates policy in effect: 03/01/03 to 03/01/07 (Month/Day/Year)
Policy Number: 01-SU-329970
Type of Policy: Commercial Umbrella Liability
Insurance Agent: KPD Insurance, Inc.
Policy Coverage Limits: $ 2 million per occurrence / $ 2 million aggregate

Insurer: Continental Insurance Company
Dates policy in effect: 03/01/07 to 03/01/08 (Month/Day/Year)
Policy Number: C 2092362179
Type of Policy: Commercial General Liability
Insurance Agent: KPD Insurance, Inc.
Policy Coverage Limits: $ 1 million per occurrence / $ 2 million aggregate

Insurer: Continental Insurance Company
Dates policy in effect: 03/01/08 to 03/01/11 (Month/Day/Year)
Policy Number: C 2088423807
Type of Policy: Commercial General Liability
Insurance Agent: KPD Insurance, Inc.
Policy Coverage Limits: $ 1 million per occurrence / $ 2 million aggregate

Insurer: Continental Insurance Company
Dates policy in effect: 03/01/07 to 03/01/11 (Month/Day/Year)
Policy Number: C 2092362151
Type of Policy: Commercial Umbrella Liability
Insurance Agent: KPD Insurance, Inc.
Policy Coverage Limits: $ 4 million per occurrence / $ 4 million aggregate

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Distributors' Profile Form is true and correct to the best of my knowledge.

Date: _NOVEMBER 14, 2011_

Shamrock Building Materials, Inc.
By Mike Gambee, President