# EXHIBIT C



Previous on List    Next on List    Return To List              Entity Name Search
Events              No Name History                             Submit

# Detail by Entity Name

## Florida Limited Liability Company

OVERSEAS BUILDING SUPPLY, L.C.

### Filing Information

| | |
|---|---|
| Document Number | L99000005965 |
| FEI/EIN Number | 593600127 |
| Date Filed | 09/23/1999 |
| State | FL |
| Status | INACTIVE |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 10/01/2004 |
| Event Effective Date | NONE |

### Principal Address

400 NORTH NEW YORK AVENUE
SUITE 103
WINTER PARK FL 32789

### Mailing Address

400 NORTH NEW YORK AVENUE
SUITE 103
WINTER PARK FL 32789

### Registered Agent Name & Address

OGILIVE, C.H. JR.
400 N. NEW YORK AVENUE, SUITE 103
SUITE 200
WINTER PARK FL 32789 US

Name Changed: 05/01/2000

Address Changed: 05/01/2000

### Manager/Member Detail

**Name & Address**

Title MGR

OGILVIE, C.H. JR
400 NORTH NEW YORK AVENUE SUITE 103
WINTER PARK FL 32789

Title MGRM

MAY, RANDALL L
245 CHALLENGER
CAPE CANAVERAL FL 32920

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2001 | 05/02/2001 |
| 2002 | 05/06/2002 |
| 2003 | 05/02/2003 |

## Document Images

| | |
|---|---|
| 05/02/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/06/2002 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2001 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2000 -- ANNUAL REPORT | View image in PDF format |
| 09/23/1999 -- Florida Limited Liabilites | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List Next on List Return To List Entity Name Search

Events **No Name History** Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

