# EXHIBIT D



Espirito Santo Plaza
Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131

www.fowler-white.com

Edward J. Briscoe
(305) 789-9252 direct
(305) 789-9201 fax
ebriscoe@fowler-white.com

August 22, 2011

*Via U.S. Mail and Facsimile (504-561-6024)*
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: Chinese Drywall Multi-District Litigation
Benoit v. Lafarge, S.A., et al.
E.D. Louisiana Case No. 11-1893

Dear Mr. Herman:

We are counsel for Shamrock Building Materials, Inc. ("Shamrock"). Shamrock has been included as a Defendant in the Plaintiffs' Omnibus Class Action Complaint recently filed by the Benoit Plaintiffs. We note, however, that on Exhibit "B" to the Benoit Complaint, Shamrock (listed as defendant number 30 on the exhibit) is referenced as Shamrock Building Materials, Inc. d/b/a Shamrock Trading and Overseas Building Supply, L.C. Please be advised that this is incorrect. Shamrock is not now nor has it ever been related in any way to Overseas Building Supply, L.C., and has certainly not done business in any capacity under the name of Overseas Building Supply, L.C. Overseas Building Supply, L.C. is an inactive Florida limited liability company that was owned and operated by C.H. (Charles) Ogilvie, Jr. and Randall May (see attached document from the Florida Secretary of State's website), neither of whom have ever been affiliated with Shamrock Building Materials, Inc. Since Overseas Building Supply, L.C. was involved in the chain of distribution for Chinese-manufactured drywall, that entity should be included as a separate Defendant in the Benoit action.

Accordingly, we ask that you please correct your records to reflect the foregoing information and amend the Benoit exhibit of Defendants to reflect the proper entity name for Shamrock Building Materials, Inc. and to include Overseas Building Supply, L.C. as a separate Defendant in that action. Thank you for your attention to this matter. Please do not hesitate to contact my office should you have any questions or require additional information.

Sincerely,

Edward J. Briscoe

Encl.

Miami • Fort Lauderdale • West Palm Beach