Attorney Forwarding Receipt — ✂ Cut Here

*If documents are forwarded to another person, complete this shaded section portion and return it to the District Court Clerk's office.*

MDL ✓ / CA

09-2047 / 11-30619

No. _____ Short Title **CHINESE MANUFACTURED**

To: Clerk, U.S. District Court

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 16 2011
LORETTA G. WHYTE

☑ Record Vols. 22
☐ Supp. Record Vols. ___
☐ Exhibits ___

Records in above case forwarded to
Attorney Name: MS. CARLINA _____
Address: GALLOWAY JOHNSON, 701 POYDRAS ST.,
City, State, Zip: 40TH FL., NOLA 70112
Signed: _____ Date: 11/22/11