## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | |

### PLAINTIFF ROBERT C. PATE'S MOTION TO LIFT STAY

NOW INTO COURT comes Plaintiff Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust (the "Trust"), who moves this Court to lift the stay in this matter pertaining to the pending summary judgment motions as more fully outlined in the attached Memorandum in Support.

WHEREFORE, the Trust prays that this Court lift the stay in this matter as to the pending motions more fully outlined in the Memorandum in Support attached hereto.

Respectfully submitted,

Dated: January 10, 2012

/s/ Anna M. Piazza
Robert M. Horkovich
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 278-1000
Fax: (212) 278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

**Counsel to the WCI Chinese Drywall Trust**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Thirteenth Motion to Lift Stay and Memorandum of Law in support there has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of January, 2012.

/s/ Anna M. Piazza
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 278-1000
Fax: (212) 278-1733