UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | |

## O R D E R

Considering Plaintiff Robert C. Pate's Motion to Lift Stay,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to the following pending motions:

1. Plaintiff Robert C. Pate's and the Plaintiffs' Steering Committee's Motion for Partial Summary Judgment on the Pollution Exclusion [Document #7343].

2. Plaintiff Robert C. Pate's and the Plaintiffs' Steering Committee's Motion for Partial Summary Judgment Concerning Insurance Coverage Trigger Theory [Document #7710].

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the above motions following the monthly status conference on January 26, 2012, or at a time set by the Court.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge

nydocs1-980950.1