UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| ALL CASES | * * * | MAGISTRATE WILKINSON |

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

C. CLEGG WELLBORN

who, being duly sworn, upon his oath deposed and stated as follows:

1. He was the President of MACC CONSTRUCTION, INC. ("MACC"), and as such, has personal knowledge of the following based on his review of records that were maintained by MACC in the regular course of business.

2. MACC was a corporation organized and existing under the laws of the State of Florida and had its principal place of business in Broward County, Florida.

3. MACC was administratively dissolved on or about September 24, 2010, as shown in the records of the Florida Secretary of State.

4. MACC was a home builder that contracted with third party vendors for the construction of single-family homes and/or sold completed single-family homes.

5. MACC never built a residence in the State of Louisiana or had any contracts or

EXHIBIT "A"

subcontracts with companies located in Louisiana.

6. MACC was never licensed or registered to do business in Louisiana and never had any offices or employees in Louisiana.

7. MACC never had an agent for service of process in Louisiana.

8. MACC never had any bank accounts in Louisiana or owned any property in Louisiana.

9. MACC did not solicit business in Louisiana and never transacted business in Louisiana.

10. MACC never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

11. MACC never maintained an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

12. MACC never received any business from any contacts in Louisiana, whether individual customers, or business customers.

13. Consequently, MACC never anticipated it would be haled into court in Louisiana.

_____
C. CLEGG WELLBORN

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 17 DAY OF November, 2011.

_____
NOTARY PUBLIC

RODOLFO RODRIGUEZ-CHOMAT
MY COMMISSION # DD 793422
EXPIRES: June 18, 2012
Bonded Thru Budget Notary Services

2