UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENTS RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D.La.) | |
| *Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09cv07628 (E.D.La.) | |
| *David Gross, et al. v. Knauf Gips KG, et al* Case No. 2:09-cv-06690 (E.D.La.) | |

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COME NOW, Regen J. Shanzer, Esq., of the firm of The Rosenthal Law Firm, P.A., formerly of the firm of Tew Cardenas, LLP, counsel of record for Defendant LPR Builders, Inc. pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and pray for this Court to enter an Order grating leave to withdraw as counsel for the Defendant for the following reasons:

1. The Rosenthal Law Firm, P.A. was retained to represent Defendant, LPR Builders, Inc.

2. The undersigned counsel has since been discharged by the Defendant.

3. A letter with a copy of this Motion has been provided to the last known good address for the Defendant, LPR Builders, Inc., by certified mail. The letter advises the Defendant:

   a.  The Rosenthal Law Firm, P.A. is withdrawing as counsel;

   b.  Substitution counsel will need to be retained; and

      c.      Notifies the Defendant of all upcoming hearings and deadlines including, but not limited to, the Mediation Order and Confidential Mediation Affidavit.

          i. Enclosed with the letter are copies of the Mediation Order and Confidential Mediation Affidavit.

4. The Defendant, LPR Builders, Inc.'s, last known address, email address, and phone number are:

- Address: LPR Builders, Inc.,
  P.O. Box 430740,
  South Miami, Florida 33243
- Email: luisrabell@att.net
- Telephone: 305-332-1006

WHEREFORE, the undersigned respectfully request that the Court grant the Motion to Withdraw as Counsel for Defendant in the above cases.

    Respectfully submitted,

    THE ROSENTHAL LAW FIRM, P.A.
    200 S. Biscayne Blvd.
    Ste. 2790
    Miami, Florida 33131
    Telephone: (305) 755-9300
    Facsimile: (305) 755-9590
    rshanzer@therosenthallaw.com

    /s/ Regen J. Shanzer
    Regen J. Shanzer, Esq.
    Florida Bar No.: 0051558
    **Attorneys for LPR Builders, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel Without Substitution has been served by certified and regular mail upon LPR Builders, Inc., c/o Luis Rabell, P.O. Box 430740, South Miami, Florida, 33243, and via email to luisrabell@att.net, and on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of January, 2012.

/s/ Regen J. Shanzer
Regen J. Shanzer