UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENTS RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D.La.) | |
| *Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09cv07628 (E.D.La.) | |
| *David Gross, et al. v. Knauf Gips KG, et al* Case No. 2:09-cv-06690 (E.D.La.) | |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION**

COME NOW, Regen J. Shanzer, Esq., of the firm of The Rosenthal Law Firm, P.A., formerly of the firm of Tew Cardenas, LLP, counsel of record for Defendant LPR Builders, Inc. and files this Memorandum of Law in Support of the Motion to Withdraw as counsel for the Defendant.

1. Local Civil Rule 83.2.11 of the United States District Court for the Eastern

    District of Louisiana states:

    The original counsel of record must represent the party for whom he or she appears unless the court permits him or her to withdraw from the case. Counsel of record may obtain permission only upon joint motion (of current counsel of record and new counsel of record) to substitute counsel or upon a written motion served on opposing counsel and the client. <u>If other counsel is not thereby substituted, the motion to withdraw must contain the present address of the client and the client's telephone number if the client can be reached by telephone. The motion must be accompanied by a certificate of service, including a statement that the client has been notified of all deadlines and pending court appearances, served on both the</u>

<u>client by certified mail and opposing counsel, or an affidavit stating why service has not been made.</u>
(emphasis added).

2. The Motion to Withdraw filed by the undersigned complies with all of the requirements of the Local Rule and should be granted. *See Bryson v. State Farm and Casualty Insurance Company*, 2011 WL 15579494 (2011 E.D. La.).

3. In considering a Motion to Withdraw, the Court should consider the prejudice withdrawal could cause to other litigants and the administration of justice, and the degree to which withdrawal would delay the resolution of the case. *See Zurich American Insurance Company v. Harken*, 1999 WL 307612 (1999 E.D.La.); *see also American Economy Insurance Company v. Herrera*, 2007 WL 3276326 (2007 S.D.Cal.).

4. In the present cases, the litigation is still in the initial stages, and the rights of all homebuilders are represented by the Homebuilders' Liaison Counsel. Therefore, the effect of counsel's withdrawal would be minimal, and should not prevent the granting of counsel's Motion to Withdraw.

(space intentionally left blank)

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdraw as Counsel for Defendant in the above cases.

Respectfully submitted,

THE ROSENTHAL LAW FIRM, P.A.
200 S. Biscayne Blvd.
Ste. 2790
Miami, Florida 33131
Telephone: (305) 755-9300
Facsimile: (305) 755-9590
rshanzer@therosenthallaw.com

/s/ Regen J. Shanzer
Regen J. Shanzer, Esq.
Florida Bar No.: 0051558
**Attorneys for LPR Builders, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Memorandum of Law in Support of Motion to Withdraw as Counsel Without Substitution has been served by certified and regular mail upon LPR Builders, Inc., c/o Luis Rabell, P.O. Box 430740, South Miami, Florida, 33243, and via email to luisrabell@att.net, and on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of January, 2012.

/s/ Regen J. Shanzer
Regen J. Shanzer