UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 2047 ) ) ) SECTION: L |
| THIS DOCUMENTS RELATES TO: | ) JUDGE FALLON ) MAG. JUDGE WILKINSON |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D.La.) | ) ) |
| *Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09cv07628 (E.D.La.) | ) ) |
| *David Gross, et al. v. Knauf Gips KG, et al* Case No. 2:09-cv-06690 (E.D.La.) | ) ) ) |

**ORDER GRANTING WITHDRAWAL AS**
**COUNSEL OF RECORD WITHOUT SUBSTITUTION**

This matter came before the Court on the Motion to Withdraw as Counsel of Record Without Substitution for Defendant, LPR Builders, Inc., in the above civil actions. The Court, having considered the Motion and Supporting Memorandum, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record Without Substitution on behalf of Defendant, LPR Builders, Inc., is hereby granted and that Regen J. Shanzer, Esq., of the firm The Rosenthal Law Firm, P.A., formerly of the firm Tew Cardenas, LLP, are hereby discharged of their obligations of representation in these cases and relieved of any further appearance in these cases on behalf of Defendant, LPR Builders, Inc.

2

Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendant, LPR Builders, Inc., P.O. Box 430740, South Miami, Florida, 33243.

New Orleans, Louisiana, this _____ day of _____, 2012.

                                                HONORABLE ELDON E. FALLON

                                                _____

                                                U.S. DISTRICT COURT JUDGE