UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
DANIEL ABREU, et al. v. GEBRUEDER
KNAUFVERWALTUNGSGESELLSSCHAFT, KG, et al.
CASE NO.: 11-252

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby gives notice that he will be on vacation and, therefore, unavailable from April 5, 2012 through April 13, 2012. Counsel respectfully requests that no hearings or depositions be scheduled during this time; and no motions, notices to produce, interrogatories or other pleadings be filed, which require a timely response during this period of time.

                     Respectfully submitted,

                     PETERSON & ESPINO, P.A.
                     Attorneys for Banner Supply Company Port St. Lucie, LLC
                     10631 Southwest 88th Street, Suite 220
                     Miami, Florida 33176
                     Telephone: (305) 270-3773
                     Facsimile: (305) 275-7410
                     mpeterson@petersonespino.com

               By: /s/ Michael P. Peterson
                        Florida Bar No. 982040

CASE NO.: 11-252
SECT. L MAG. 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Liason Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6 on this  11th  day of January, 2012.  I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  11th  day of January, 2012.

By:    /s/ Michael P. Peterson