# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA HAYA, DANIEL HAYA AND IRENE HAYA, individually, and on behalf of all other similarly situated, | CASE NO. 11-1107<br>SECT. L MAG. 2 |
| Plaintiffs, | |
| v. | |
| TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD., et al. | |
| Defendants. | |
| _____/ | |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby gives notice that he will be on vacation and, therefore, unavailable from April 5, 2012 through April 13, 2012.  Counsel respectfully requests that no hearings or depositions be scheduled during this time; and no motions, notices to produce, interrogatories or other pleadings be filed, which require a timely response during this period of time.

Respectfully submitted,

PETERSON & ESPINO, P.A.
Attorneys for Defendant, Banner Supply Co.
Port St. Lucie, LLC
10631 Southwest 88th Street, Suite 220
Miami, Florida  33176
Telephone:   (305) 270-3773
Facsimile:     (305) 275-7410

By:   _____/s/_____
Michael P. Peterson, Esq.
Florida Bar No. 982040

CASE NO.: 11-1077<br>
SECT. L MAG 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date set forth below, Defendant, Banner Supply Co. Port St. Lucie, LLC's, Notice of Unavailability has been electronically uploaded and successfully transmitted the foregoing document to LexisNexis File & Serve, which will generate and transmit Notices of Electronic Filing for service on all parties in the manner authorized for each registered user in accordance with the Electronic Service Order entered in this action. I further certify that on the date set forth below, the original signed document was mailed to the Court this 11th day of January, 2012.

/s/<br>
Michael P. Peterson