**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte
Clerk

500 Camp St., Room C-151
New Orleans, LA 70130

January 11, 2012

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
600 South Maestri Street
New Orleans, LA 70130

APPEAL NO. 11-30619

IN RE: In Re: Chinese Drywall          09-md-2047

Dear Sir:

In connection with this appeal, the following documents are transmitted and/or information is furnished. Please acknowledge receipt on the enclosed copy of this letter.

☐  1) Certified copy of the notice of appeal and docket entries.

☐  2) Certified copy of notice of a cross-appeal and docket entries.

☐  3) The Court of Appeals docket fee ☐ HAS ☐ HAS NOT been paid.

☐  4) This case is proceeding ☐ In forma pauperis ☐ Seaman

☐  5) Order Appointing Counsel ☐ CJA-20 ☐ FPD

☐  6) District Judge entering the final judgment is Eldon Fallon

☐  7) Court Reporter assigned to the case

☐  8) If criminal case, number and names of other defendants on appeal_____

☐  9) This case was decided without a hearing; there will be no transcript.

☐  10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

☒  1) Record on appeal consisting of:

   6
   _11_ Volume(s) of record  ___ Volume(s) of transcript

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits _8_ Box ___ Envelope _1_ Folder

☐  2) Supplemental record, including updated docket entries _____

☐  3) SEALED Doc._____

☐  4) Other: _____

Very truly yours,

By___JDH_____
Deputy Clerk