UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| VERSUS | JUDGE FALLON |
| This Document Relates to:<br>Sean and Beth Payton, et al<br>v. Knauf GIPS KG, et al,<br>Case No. 2:09-cv-07628 | MAGISTRATE JUDGE WILKINSON |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, Adras Paul LaBorde, III, of the Rowe Law Firm and hereby files his appearance on behalf of the defendant, Nathanial Crump. It is respectfully requested that all future pleadings, orders, notices, motions, documents and correspondence in connection with this action be served upon him in accordance with the address and contact information below.

Respectfully Submitted By:

**ROWE LAW FIRM**
(A Limited Liability Company)
5157 Bluebonnet Blvd.
Baton Rouge, LA 70809
Telephone: (225) 293-8787
Facsimile: (225) 293-7668
pendom@rowelaw.net


By:   s/ Adras Paul LaBorde,III
      Adras Paul LaBorde, III #21580

Attorney for the defendant, Nathanial Crump

## CERTIFICATE

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on the Plaintiffs' Liason Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, Suite 100, New Orleans, 70113, rherman@hhke.com, and the Defendants' Liason Counsel, Kery Miller, Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th of January, 2012.

　　　　　　　　　　　　　　　　　　　　　　s/ Adras Paul LaBorde,III
　　　　　　　　　　　　　　　　　　　　　　Adras Paul LaBorde, III #21580