UNIUTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTIONS LIABILITY
LITIGATION

MDL NO.: 2047
SECTION: L
JUDGE FALLON
MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:

CASE NO.: 11-2349

DOROTHY ARNDT, Individually, and on
Behalf of all others similarly situated, et al., v.
GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT
KG, ET AL.,
_____/

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, BMD, INC.

COMES NOW, the undersigned law firm of Yeslow & Koeppel, P.A., which hereby files its Notice of Appearance as counsel on behalf of Defendant, BMD, INC. It is respectfully requested that all pleadings, documents and correspondence be served upon the undersigned counsel in connection with these actions.

Respectfully submitted,

YESLOW & KOEPPEL, P.A.
Attorneys for Defendant,
BMD, INC.
1617 Hendry St., Suite 200
P. O. Box 9226
Fort Myers, Florida 33902-9226
(239) 337-4343 phone
(239) 337-5762 fax


By: /s/ Mark B. Yeslow
         MARK B. YESLOW
         Fla. Bar. No.: 614701

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2012, this document has been served on Plaintiff's Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Jerry Miller and Gary F. Baumann by e-mail and e-mail upon all parties by electronically uploading same to Leis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

By: /s/ Mark B. Yeslow------------
MARK B. YESLOW