## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------ | x | -------------------------------------------------- |
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| | | |
| DRYWALL PRODUCTS LIABILITY | x | |
| LITIGATION | x | SECTION: L |
| | x | |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO: | x | |
| ALL CASES | x | |
| ------------------------------------------------------ | x | -------------------------------------------------- |

## INSTALLER DEFENDANTS' OMNIBUS MOTION FOR EXTENSION OF TIME TO PRODUCE THE CONFIDENTIAL MEDIATION AFFIDAVITS

COMES NOW, Installer Defendants by and through its liaison counsel and file this, its Omnibus Motion for Extension of Time to Produce the Confidential Mediation Affidavits and files this Memorandum in support thereof.

### MEMORANDUM

Pursuant to the order entered December 15, 2011 (Document No. 11881), Installer Defendants have been diligently working on distilling the information required by the order to be provide to the mediator, John Perry. However, due to the amount of information, document review and intervening holidays, Installer Defendants have been unable to finalize numerous affidavits and request a fifteen day extension in which to attempt completion of the affidavits.

Installer Defendants would hereby request an extension up to and including January 25, 2012 to complete the Confidential Mediation Affidavits for the aforementioned reasons.

WHEREFORE, Installer Defendants hereby requests this Honorable Court to grant an extension up to and including January 25, 2012 in which to comply with the Court's order and grant such other relief as the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to *E.D. La. L.R. 7.9*, undersigned counsel certifies that undersigned counsel has conferred with the representatives of the mediator and the Insurance committee, who do not oppose the brief extension.

Dated: January 12, 2012

Respectfully Submitted,

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Installer Defendants' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _12th_ day of January, 2012.

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Installer Defendants' Liaison Counsel.*