IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | x | SECTION: L |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | x | |

## ORDER ON INSTALLER DEFENDANTS' OMNIBUS MOTION FOR EXTENSION OF TIME TO PRODUCE THE CONFIDENTIAL MEDIATION AFFIDAVITS

Upon consideration of the Installer Defendants' Omnibus Motion for Extension of Time to Produce the Confidential Mediation Affidavits,

IT IS HEREBY ORDERED that the Motion for Extension of Time to Produce the Confidential Mediation Affidavits be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Installer Defendants shall have an extension of time until January 25, 2012 within which to Produce the Confidential Mediation Affidavits to the mediator.

New Orleans, Louisiana, this _____ day of January, 2012.

                                             _____
                                             Honorable Eldon E. Fallon
                                             United States District Judge

Copies furnished to:
Counsel of Record

4641643v1