UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.   2047<br>Section L |
| This documents relates to<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### NOTICE OF SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT

Defendant, Mavied Corp., hereby files this Notice of Submission of Confidential Mediation Affidavit in compliance with Order MDL-2047 (Rec. Doc. 11881).

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 12th day of January, 2012.

PEREZ & RODRIGUEZ, P.A.
*Attorneys for Defendant- Mavied Corp.*
95 Merrick Way, Suite 600
Coral Gables, Florida 33134
Tel.: (305) 667-9878
Fax: (305) 667-9657

By: _____  FBN 58628 FOR
LUIS N. PEREZ
Florida Bar No.: 438685