UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO.: 2:09-MD-02047 SECTION L |
| | * | JUDGE FALLON |
| **This document relates to:** | * | MAG. JUDGE WILKINSON |
| *ALL CASES* | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT

Defendant, Boardwalk Drywall, Inc., hereby files this Notice of Submission of Confidential Mediation Affidavit in compliance with Order in MDL-2047 (Rec. Doc. 11881).

Respectfully submitted,

DERREVERE, HAWKES, BLACK & COZAD

*/s/ Bryan W. Black*
[ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT]

---

BRYAN W. BLACK (#573868)
JON D. DERREVERE (#330132)
2005 Vista Parkway, Suite #210
West Palm Beach, FL  33411
Telephone:  561/684-3222
Facsimile:   561/640-3050
bwb@derreverelaw.com
fminchew@derreverelaw.com
**Counsel for BOARDWALK DRYWALL**

## CERTIFICATE OF SERVICE

I hereby certify that that above and foregoing Notice of Submission of Confidential Mediation Affidavit has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **13th day of January, 2012.**

/s/ *Bryan W. Black*
_____
BRYAN W. BLACK (#573868)
DERREVERE, HAWKES, BLACK & COZAD