**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| Hobbie, et al. v. RCR Holdings II, LLC, et al., No. 10-1113 | ) ) ) ) ) ) | JUDGE FALLON   MAG. JUDGE WILKINSON |

   NOW COMES Gary E. Mason and Donna F. Solen, formerly with the law firm of Mason LLP and counsel of record for Plaintiff Wendy Hobbie, et al., and hereby gives notice to this Court of the change of the above attorney's firm name to Whitfield Bryson & Mason LLP. Counsel's address and telephone numbers have not changed. Counsel's email addresses will change as of January 23, 2012 to: gmason@wbmllp.com and dsolen@wbmllp.com.

Dated: January 13, 2012        /s/ Gary E. Mason
                 Gary E. Mason
                 Whitfield Bryson & Mason LLP
                 1625 Massachusetts Ave., NW
                 Suite 605
                 Washington, DC  20036
                 Telephone: 202-429-2290
                 Email: gmason@masonlawdc.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 17th day of January, 2012.

                                        /s/ Gary E. Mason
                                        Gary E. Mason