UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANFACTURED DRYWALL * MDL No. 09-2047
PRODUCTS LIABILITY LITIGATION      *
                                   * JUDGE FALLON
THIS DOCUMENT RELATES TO:          *
                                   * MAGISTRATE WILKINSON
**Docket # 09-07628**              *
Payton, et al. v. Knauf Gips, KG, et al.   *
**Docket # 10-00932**              *
Amato, et al. v. Liberty Mutual, et al.    *
**Docket # 09-06690**              *
Gross, et al. v. Knauf Gips, KG, et al.    *
**Docket # 10-00362**              *
Rogers, et al. v. Knauf Gips KG, et al.    *

_____

**ORDER**

Considering the foregoing Joint Motion to Substitute Counsel filed by Hilliard Butler Construction Company, Inc.,

**IT IS ORDERED** by the Court that Kerry J. Miller, Peter Sperling, Louis Colletta, Kyle Spaulding, and the law firm of Frilot, LLC be and are hereby substituted in place of Sharon B. Kyle, Steven K. Schilling, Nancy A. Richeaux, and the law firm of Sharon B. Kyle, A.P.L.C. as counsel of record for Hilliard Butler Construction Company, Inc. in the above-referenced Complaint(s).

New Orleans, Louisiana this 12th day of January 2012.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA