41228

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047 <br><br> SECTION L <br><br> DISTRICT JUDGE FALLON |
| This Document Relates to: Block et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG et al.; <br> Docket No. 2:11-cv-01363-EEF-JCW | MAGISTRATE JUDGE WILKINSON |

## ORDER

Given the foregoing Motion for Extension of Time to Complete Defendant Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, CALIBER PROPERTIES, L.L.C., is hereby granted an extension until January 24, 2012, in which to complete and submit its profile form.

New Orleans, Louisiana this 12th day of January, 2012.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE