UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Robert W. Block, III | * * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| v. | * * | |
| Gebrueder Knauf Verwaltungsgesellschaft, et al Civil Action No. 11-1363 | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT CONFIDENTIAL MEDIATION AFFIDAVIT FILED ON BEHALF OF DEFENDANT, JSK CONSTRUCTION**

Defendant, JSK Construction, Inc. ("JSK"), by and through undersigned counsel and fully reserving any and all defenses, respectfully moves this Honorable Court for additional time in which to submit its Confidential Mediation Affidavit, and in support thereof states as follows:

1. On December 15, 2011, the Court entered an Order requiring Defendant to submit a Confidential Mediation Affidavit.

2. The undersigned has been working diligently to obtain all information necessary to complete the appropriate Confidential Mediation Affidavit; however, additional time is needed.

3. An extension will neither prejudice any of the parties, nor delay this matter.

4. This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

1

303/323.0021

WHEREFORE, Defendant, JSK Construction, prays for an extension of time through and including January 31, 2012 to submit its Confidential Mediation Affidavit as required by the Court.

Respectfully submitted,

s/ Glenn B. Adams
GLENN B. ADAMS (2316)
DENIA S. AIYEGBUSI (31549)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3838
Email: gadams@phjlaw.com
Email: daiyegbusi@phjlaw.com

*Attorneys JSK Construction, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that JSK Construction, Inc.'s above and foregoing Ex Parte Motion for Extension of Time to Submit Confidential Mediation Affidavit has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of January, 2012.

s/ Glenn B. Adams
GLENN B. ADAMS
DENIA S. AIYEGBUSI

303/323.0021