UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: <br><br> 09-MDL-2047 <br><br> SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: <br> Robert W. Block, III <br><br> v. <br><br> Gebrueder Knauf Verwaltungsgesellschaft, et al <br> Civil Action No. 11-1363 | * * * * * * * * | MAGISTRATE: "2" - JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*

**ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT CONFIDENTIAL MEDIATION AFFIDAVIT**

Given the foregoing:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for Defendant, JSK Construction, Inc., to submit its Confidential Mediation Affidavit to the court appointed mediator is extended through and including January 31, 2012.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2012.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

3

303/323.0021