UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.
Case No. 2:09-cv-07628-EEF-JCW

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

**DEFENDANTS STANDARD PACIFIC OF SOUTH FLORIDA GP, INC. AND STANDARD PACIFIC OF SOUTH FLORIDA, A FLORIDA GENERAL PARTNERSHIP'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO EXCEED PAGE LIMITATION**

Defendants Standard Pacific of South Florida GP, Inc. and Standard Pacific of South Florida, a Florida General Partnership (collectively, "Defendants"), by and through undersigned counsel, and appearing without waiver of defenses, pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.7, hereby file this Memorandum of Law in Support of their Motion to Exceed Page Limitation. Defendants respectfully request that this Court enter an Order allowing them to exceed the twenty-five (25) page limitation for their Memorandum of Law in Support of their Motion to Dismiss, and as grounds therefore state as follows:

1. Local Rule 7.7 provides that "[e]xcept with prior leave of court, a trial brief or memorandum supporting or opposing a motion must not exceed 25 pages …". L.R. 7.7.

2. Due to the complex nature of this action, the Defendants' Memorandum of Law in support of their Motion to Dismiss exceeds the twenty-five (25) page limitation. Defendants have made efforts to edit their Motion to comply with the page limitation, but found that

eliminating the extensive arguments and case law cited therein would have compromised its substance.

**WHEREFORE**, Defendants Standard Pacific of South Florida GP, Inc. and Standard Pacific of South Florida, a Florida General Partnership, respectfully request that this Motion be granted and that an Order be entered permitting Defendants' Memorandum of Law in support of their Motion to Dismiss to exceed the twenty-five (25) page limitation, together with such additional relief as the Court deems just and proper.

Respectfully submitted,

s/Rocco Cafaro
Lara J. Tibbals, Florida Bar No. 129054
Rocco Cafaro, Florida Bar No. 507121

HILL, WARD & HENDERSON, PA
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida  33602-2231
Tel: (813) 221-3900
Fax: (813) 221-2900

*Counsel for Defendants Standard Pacific of South Florida GP, Inc. and Standard Pacific of South Florida, a Florida General Partnership*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of January, 2012.

s/Rocco Cafaro
Attorney

2464472v1