UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.
Case No. 2:09-cv-07628-EEF-JCW

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

## ORDER GRANTING DEFENDANTS STANDARD PACIFIC OF SOUTH FLORIDA GP, INC. AND STANDARD PACIFIC OF SOUTH FLORIDA, A FLORIDA GENERAL PARTNERSHIP'S MOTION TO EXCEED PAGE LIMITATION

Considering the Motion to Exceed Page Limitation and Memorandum of Law in support filed by Defendants Standard Pacific of South Florida GP, Inc. and Standard Pacific of South Florida, a Florida General Partnership,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2012.

ELDON E. FALLON
United States District Judge

2464686v1