UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Laura Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a
Shandong Taihe Dongxin Co., Ltd., et al.
Civil Action No. 11-1077

MDL NO. 2:09-md-2047

SECTION: L MAG 2

JUDGE FALLON
MAG. JUDGE WILKINSON

## DEFENDANT STANDARD PACIFIC OF SOUTH FLORIDA GP, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO EXCEED PAGE LIMITATION

Defendant Standard Pacific of South Florida GP, Inc. ("Standard Pacific"), by and through undersigned counsel, and appearing without waiver of defenses, pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.7, hereby files this Memorandum of Law in Support of its Motion to Exceed Page Limitation. Standard Pacific respectfully requests that this Court enter an Order allowing it to exceed the twenty-five (25) page limitation for its Memorandum of Law in Support of its Motion to Dismiss, and as grounds therefore states as follows:

1. Local Rule 7.7 provides that "[e]xcept with prior leave of court, a trial brief or memorandum supporting or opposing a motion must not exceed 25 pages …". L.R. 7.7.

2. Due to the complex nature of this action, Standard Pacific's Memorandum of Law in Support of its Motion to Dismiss exceeds the twenty-five (25) page limitation. Standard Pacific has made efforts to edit its Motion to comply with the page limitation, but found that eliminating the extensive arguments and case law cited therein would have compromised its substance.

**WHEREFORE**, Defendant Standard Pacific of South Florida GP, Inc. respectfully requests that this Motion be granted and that an Order be entered permitting its Memorandum of Law in Support of its Motion to Dismiss to exceed the twenty-five (25) page limitation, together with such additional relief as the Court deems just and proper.

Respectfully submitted,

/s/ Rocco Cafaro
Rocco Cafaro, Florida Bar No. 507121
Lara J. Tibbals, Florida Bar No. 129054
HILL, WARD & HENDERSON, PA
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida 33602-2231
Tel: (813) 221-3900
Fax: (813) 221-2900

Counsel for Standard Pacific of South Florida GP, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of January, 2012.

/s/ Rocco Cafaro
Rocco Cafaro
Counsel for Standard Pacific of South Florida GP, Inc.

2648880v1