UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2:09-md-2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| ROBERT W. BLOCK, III, et al. vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., et al. Civil Action No. 11-01363 | MAG. JUDGE |

## DEFENDANT STANDARD PACIFIC OF SOUTH FLORIDA GP, INC.'S MOTION TO EXCEED PAGE LIMITATION

Defendant Standard Pacific of South Florida GP, Inc. ("Standard Pacific"), by and through undersigned counsel, without waiver of any and all defenses, pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.7, hereby files this Motion to Exceed Page Limitation for the memorandum of law supporting its Motion to Dismiss. Standard Pacific respectfully requests that this Court enter an Order allowing it to exceed the twenty-five (25) page limitation for its Motion for the reasons set forth in the attached memorandum of law filed in support of this Motion.

**WHEREFORE**, Defendant Standard Pacific of South Florida GP, Inc., respectfully requests that this Motion be granted and that an Order be entered permitting it to file a memorandum of law supporting its Motion to Dismiss that exceeds twenty-five (25) pages in length, together with such additional relief as the Court deems just and proper.

Respectfully submitted,

/s/ Rocco Cafaro
Rocco Cafaro, Florida Bar No. 507121
Lara J. Tibbals, Florida Bar No. 129054
HILL, WARD & HENDERSON, PA
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida 33602-2231
Tel: (813) 221-3900
Fax: (813) 221-2900

Counsel for Standard Pacific of South Florida GP, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of January, 2012.

/s/ Rocco Cafaro
Counsel for Standard Pacific of South Florida GP, Inc.

2648925v1