UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2:09-md-2047

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON

ROBERT W. BLOCK, III, et al. vs.
GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT, K.G., et al.
Civil Action No. 11-01363

MAG. JUDGE

## DEFENDANT STANDARD PACIFIC OF SOUTH FLORIDA GP, INC.'S MOTION TO DISMISS

Defendant Standard Pacific of South Florida GP, Inc. ("Standard Pacific"), by and through undersigned counsel, appearing solely for purposes of this Motion to Dismiss, respectfully moves this Court for an Order dismissing the Omnibus Class Action Complaint against Standard Pacific for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), and for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6).

**WHEREFORE**, Defendant Standard Pacific of South Florida GP, Inc. respectfully requests that its Motion to Dismiss be granted and this Court dismiss all claims against Standard Pacific, together with such additional relief as the Court deems just and proper.

Respectfully submitted,

/s/ Rocco Cafaro
Rocco Cafaro, Florida Bar No. 507121
Lara J. Tibbals, Florida Bar No. 129054
HILL, WARD & HENDERSON, PA
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida 33602-2231
Tel: (813) 221-3900
Fax: (813) 221-2900

Counsel for Standard Pacific of South Florida GP, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of January, 2012.

/s/ Rocco Cafaro
Counsel for Standard Pacific of South Florida GP, Inc.

2648952v1