UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL          MLD No.  2047
PRODUCTS LIABILITY LITIGATION                           Section L

This document relates to                                          JUDGE FALLON
ALL CASES                                                               MAG. JUDGE WILKINSON

_____

### NOTICE OF SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT

Defendant, 84 Lumber Company, L.P., hereby files this Notice of Submission of Confidential Mediation Affidavit in compliance with Order MDL-2047 (Rec. Doc. 11881).

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2047, this 13th day of January, 2012.

> BUCHANAN INGERSOLL & ROONEY PC
> Attorneys for Defendant-84 Lumber Company, LP
> One Oxford Centre, 20th Floor
> Pittsburgh, PA  15219
> Tel.:  (412) 562-8800
> Fax:  (412) 562-1041
>
> By:_____
> MARC T. THIRKELL
> Pennsylvania Bar No. 90995