UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO:

Donald Gross, et al. v. Knauf Gips, KG, et al.
Case No. 09-6690

JUDGE FALLON

MAG. JUDGE WILKINSON

## DEFENDANTS STANDARD PACIFIC OF SOUTH FLORIDA GP, INC. AND STANDARD PACIFIC OF SOUTHWEST FLORIDA GP, INC.'S MOTION TO EXCEED PAGE LIMITATION

Defendants Standard Pacific of South Florida GP, Inc. and Standard Pacific of Southwest Florida GP, Inc. (collectively, "Defendants"), by and through undersigned counsel, without waiver of any and all defenses, pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.7, hereby file this Motion to Exceed Page Limitation for the Memorandum of Law supporting their Motion to Dismiss. Defendants respectfully request that this Court enter an Order allowing them to exceed the twenty-five (25) page limitation for the reasons set forth in the attached Memorandum of Law filed in support of this Motion.

**WHEREFORE**, Defendants Standard Pacific of South Florida GP, Inc. and Standard Pacific of Southwest Florida GP, Inc., respectfully request that this Motion be granted and that an Order be entered permitting Defendants to file a Memorandum of Law supporting their Motion to Dismiss that exceeds twenty-five (25) pages in length, together with such additional relief as the Court deems just and proper.

Respectfully submitted,

s/Rocco Cafaro
Lara J. Tibbals, Florida Bar No. 129054
Rocco Cafaro, Florida Bar No. 507121
HILL, WARD & HENDERSON, PA
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida 33602-2231
Tel: (813) 221-3900
Fax: (813) 221-2900

*Counsel for Defendants Standard Pacific of South Florida GP, Inc. and Standard Pacific of Southwest Florida GP, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of January, 2012.

s/Rocco Cafaro
Attorney

2648652v1