UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON

Joyce W. Rogers, et al. v. Knauf Gips, KG, et al.
Case No. 10-362-L

MAG. JUDGE WILKINSON

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants Standard Pacific of South Florida, Standard Pacific of South Florida GP, Inc. and Standard Pacific of Tampa GP, Inc., have filed a Motion to Exceed Page Limitations and Motion to Dismiss. Defendants' Motions will be submitted for consideration by the Court on February 1, 2012 at 9:00 a.m. (C.S.T.) before the Honorable Eldon E. Fallon.

Dated: January 13, 2012

Respectfully submitted,

s/RoccoCafaro
Lara J. Tibbals, Florida Bar No. 129054
Rocco Cafaro, Florida Bar No. 507121
HILL, WARD & HENDERSON, PA
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida 33602-2231
Tel: (813) 221-3900
Fax: (813) 221-2900

*Counsel for Defendants,*
*Standard Pacific of South Florida,*
*Standard Pacific of South Florida GP, Inc. and*
*Standard Pacific of Tampa GP, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of January, 2012.

                                                  s/Rocco Cafaro
                                                  Attorney