UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Kenneth and Barbara Wiltz v. Beijing New Building Materials Public Limited Co., et al.  
Case No. 2:10-CV-00361

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

## ORDER GRANTING STANDARD PACIFIC OF SOUTH FLORIDA GP, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering the Motion to Exceed Page Limitation and memorandum of law in support filed by Defendant Standard Pacific of South Florida GP, Inc.,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2012.

ELDON E. FALLON  
United States District Judge

2648779v1