UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON

Kenneth and Barbara Wiltz v. Beijing New Building Materials Public Limited Co., et al.
Case No. 2:10-CV-00361

MAG. JUDGE WILKINSON

# NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant Standard Pacific of South Florida GP, Inc. has filed a Motion to Exceed Page Limitations and Motion to Dismiss. Standard Pacific's Motions will be submitted for consideration by the Court on February 1, 2012 at 9:00 a.m. (C.S.T.) before the Honorable Eldon E. Fallon.

Respectfully submitted,

s/Rocco Cafaro
Rocco Cafaro, Florida Bar No. 507121
Lara J. Tibbals, Florida Bar No. 129054
HILL, WARD & HENDERSON, PA
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida 33602-2231
Tel: (813) 221-3900
Fax: (813) 221-2900

Counsel for Standard Pacific of South Florida GP, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of January, 2012.

s/Rocco Cafaro
Counsel for Standard Pacific of South Florida GP, Inc.