UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL         MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO
ALL CASES                                   JUDGE FALLON

MAG. JUDGE WILKINSON

_____/

## NOTICE OF CHANGE OF ADDRESS AND FIRM NAME

TO:  Clerk of Court
     USDC, Eastern District of Louisiana
     500 Poydras Street, Room C-151
     New Orleans, LA 70130

Please take notice that undersigned counsel for defendants, R.J.L. DRYWALL, INC.; WILLIAM PERRY PLASTERING & DRYWALL, INC.; PRECISION DRYWALL, INC.; and C&D PLASTERING & STUCCO, INC., request that their change of address and firm name be noted in the record of this matter and their new address and firm name be recorded as O'Connor & O'Connor, LLC, 111 N. Orange Avenue, Suite 850, Orlando, Florida 32801; Telephone (407) 843-2100; Facsimile (407) 843-2061.

Respectfully submitted,

/s/Kieran F. O'Connor, Esq.
KIERAN F. O'CONNOR, ESQ.
Florida Bar No. 896829
koconnor@oconlaw.com
DEREK J. ANGELL, ESQ.
Florida Bar No. 73449
dangell@oconlaw.com
111 N. Orange Avenue, Suite 850
Orlando, Florida 32801
Telephone: (407) 843-2100
Facsimile: (407) 843-2061

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and by e-mail upon all parties by electronically uploading the same to Lexis/Nexis File and Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of January, 2012.

/s/Kieran F. O'Connor
Kieran F. O'Connor, Esq.