UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Pate, et al. v. American International Specialty Lines Insurance Company, et al.*<br>Case No. 09-7791 (E.D. La.) | |

### PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO PLAINTIFF ROBERT C. PATE'S MOTION TO LIFT STAY

The Trustee for the WCI Chinese Drywall Trust, Robert C. Pate, has filed a motion to lift the stay imposed by Pretrial Order No. 1, as amended.  Mr. Pate seeks to have this court rule on motions for partial summary judgment that he filed jointly with the PSC.  These motions for partial summary judgement address substantive determinations of pollution exclusion and insurance coverage trigger theories.  The PSC submits that in light of existing circumstances regarding the pendency of the Prospective Insurance Agreement, now is not an appropriate time to address the pending motions for partial summary judgment.  Accordingly, the PSC opposes Mr. Pate's motion to lift stay.

Since the inception of MDL 2047, this Court has overseen the methodical and deliberate efforts of the PSC to resolve this litigation.  Commencing with the court-approved pilot program for remediation of homes; then the preliminarily approved settlement agreement with Interior/Exterior Building Supply, LP and its insurers; then the preliminarily approved settlement agreement with the Banner Supply Company and its insurers; and, most recently, the

preliminarily approved settlement agreement with the Knauf defendants, the PSC has block-by-block been building the structure by which it intends to conclude the litigation.

This Court is aware and has been apprised of the PSC's efforts to settle the litigation throughout these proceedings. One of the significant contingencies of the KPT settlement is the resolution of the Prospective Insurer Agreement. To assist the PSC's efforts to obtain the Prospective Insurer Agreement, this Court on December 2, 2011 issued an order directing certain lead and liaison counsel to meet with the mediator, John Perry, to discuss the possibility of global resolution regarding insurance. To assist the mediator with those discussions of global settlement, on December 15, 2011, the Court Ordered certain installers, builders or suppliers to provide Mr. Perry with an affidavit providing the mediator with critical information necessary for him to evaluate the insurers' exposure. Those affidavits were due on January 12, 2012. The Court, being aware of these circumstances, noted only 3 days ago that, "progress on the Prospective Insurer Agreement is already under way." *In re Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, Order Preliminarily Approving Knauf Settlement at 23 (E.D.La. Jan. 10, 2012) [Dec. 12138].

Contrary to the Court's finding of progress underway, Mr. Pate demurs. The PSC, however, agrees with the Court that progress is being made in connection with the Prospective Insurance Agreement. While prospective in nature, Mr. Perry is gathering information with the assistance of this Court's direction to enable him to proceed with a mediation process that will hopefully lead to the Prospective Insurance Agreement. To allow the motions for partial summary judgment to proceed at this time could only serve to confuse class members of the KPT settlement and participants in the Prospective Insurance Agreement unnecessarily. Further,

2

adjudications on the substantive matters of the motions could interfere with the ongoing negotiations necessary to resolve the Prospective Insurance Agreement and could be deleterious to the efforts of the PSC to conclude this litigation.

Accordingly, the PSC can not agree with Mr. Pate that the stay should be lifted to determine the substantive motions underlying Mr. Pate's motion at this time.  Rather, the PSC submits that the stay should remain in place so that the settlement process can continue uninterrupted by any distracting motions practice.  The motion should therefore be denied without prejudice to refiling in the event circumstances warrant.

                                      Respectfully submitted,

Dated:  January 13, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
Daniel@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Plaintiffs' Steering Committee's Response to Plaintiff Robert C. Pate's Motion to Lift Stay was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this on this 13th day of January, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*