UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     MDL No. 2047
PRODUCES LIABILITY LITIGATION     Section L

This document relates to
ALL CASES

## NOTICE OF SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT

Defendant, Adams Homes of Northwest Florida, Inc.; Adams Homes Realty, Inc.; and Adams Homes Office, L.L.C., hereby files this Notice of Submission of Confidential Mediation Affidavit which was sent to the Mediator on January 12, 2012, in compliance with Order MDL-2047 (Rec.Doc,11881).

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of January, 2012.

/s/ Matthew M. Villmer
Matthew M. Villmer
Florida Bar No.71016
Emmanuel, Sheppard & Condon
30 South Spring Street
Post Office Drawer 1271
Pensacola, Florida  32591-1271
Telephone (850) 433-6581
Facsimile  (850) 429-0492
Email: mmv@esclaw.com