UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.:<br><br>09-MDL-2047<br><br>SECTION:  L |
| THIS DOCUMENT RELATES TO:<br>David Gross, Cheryl Gross and Louis Velez, individually on an behalf of all others similarly situated | * * * * * | MAG.  WILKINSON |
| v. | * * | |
| Knauf Gips KG, et al<br>Civil Action No. 09-06690 | * * * | |

*******************************************************************************

### ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT CONFIDENTIAL MEDIATION AFFIDAVIT

Given the foregoing:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for Defendant, Kelley Drywall, Inc., to submit its Confidential Mediation Affidavit to the court appointed mediator is extended through and including January 31, 2012.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2012.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

3