UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: <br><br> 09-MDL-2047 <br><br> SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| Dean and Dawn Amato, et al | * * | |
| v. | * * | |
| Liberty Mutual Ins. Co., et al | * * | |
| Civil Action No. 10-932 | * * | |
| AND | * * | |
| Sean and Beth Payton, individually on an behalf of all others similarly situated | * * * * | |
| v. | * * | |
| Knauf Gips KG, et al | * * | |
| Civil Action No. 09-07628 | * | |

**************************************************************************

### ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT CONFIDENTIAL MEDIATION AFFIDAVIT

Given the foregoing:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for Defendant, Louran Builders, Inc., to submit its Confidential Mediation Affidavit to the court appointed mediator is extended through and including January 31, 2012.

4

NEW ORLEANS, LOUISIANA this \_\_\_\_\_ day of _____, 2012.

        HONORABLE ELDON E. FALLON
        UNITED STATES DISTRICT COURT JUDGE