UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047<br>*<br>* JUDGE ELDON E. FALLON<br>* |
| This Document Relates to: | * SECTION L<br>* |
| ROBERT W. BLOCK, III, et al., | * MAGISTRATE JUDGE<br>* WILKINSON |
| Plaintiffs, | * |
| V. | * |
| Gebrueder Knauf Verwaltungsgesellschaft, KG, et al., | * |
| Defendants. | * |
| Civil Action No. 11-cv.1363. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF LIMITED APPEARANCE

Jack Smalley III, counsel for Defendant Lennicx Builders, Inc. files this Notice of Limited Appearance in this case, and requests that copies of all pleadings served in this case be served upon him in connection with this action. This appearance is for the sole purpose of complying with Pre-Trial Order No. 1F, and all rights and defenses, including without limitation lack of personal jurisdiction and improper venue are expressly reserved.

_____
Jack Smalley III      (SMALJ5352)
2607 Dauphin Street, Suite C
Mobile, Alabama 36606
T: (251) 610-8744
F: (251) 472-1081
TripSmalley@gmail.com

## CERTIFICATE OF SERVICE

I certify that on January 13, 2012 I served a copy of the above Notice of Limited Appearance on Plaintiff and Defendant's Liaison counsel via U.S. and E-mail and upon all parties by electronically uploading the document to Lexis Nexis File & Serve as well as e-filing the same through the Court's CM/ECF System as set forth in the Court's pre-trial orders.

_____
Jack Smalley III