

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT CONFIDENTIAL MEDIATION AFFIDAVIT FILED ON BEHALF OF DEFENDANT, JOHN KORN BUILDERS, LLC

**NOW INTO COURT** comes Defendant, John Korn Builders, LLC ("Movant"), by and through its attorneys, and fully reserving any and all defenses, respectfully moves this Honorable Court for additional time in which to submit its Confidential Mediation Affidavit, and in support thereof states as follows:

1. On December 15, 2011, the Court entered an Order requiring Defendant to submit a Confidential Mediation Affidavit.

2. The undersigned has been working to obtain all information necessary to complete the appropriate Confidential Mediation Affidavit; however, additional time is needed.

3. An extension will neither prejudice any of the parties, nor delay this matter.

4. This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, Defendant, John Korn Builders, LLC, prays for an extension of time through and including January 31, 2012 to submit its Confidential Mediation Affidavit as required by the Court.

Respectfully submitted, this 13th day of January, 2012.

JOHN KORN BUILDERS, LLC

By: /s/ Kathryn Platt
KATHRYN BREARD PLATT, La. Bar No. 29776

**LARRY CANADA, LA Bar No. 17894**
Email: lcanada@gjtbs.com
**KATHRYN BREARD PLATT, LA Bar No. 29776**
Email: kplatt@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Phone: (504) 525-6802
Facsimile: (504) 525-2456
*Attorneys for John Korn Builders, LLC*

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, rherman@hhkc.com and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 13th day of January, 2012.

/s/ Kathryn Platt
KATHRYN BREARD PLATT, La. Bar No. 29776