UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| ALL CASES | |

### VARIOUS STATE COURT PLAINTIFFS' OBJECTION TO STAY OF CLAIMS INVOLVING KPT DRYWALL

COME NOW, the Plaintiffs represented by the law firm of VM DIAZ & PARTNERS, LLC., and file this Objection to the Stay of claims involving KPT Chinese Drywall as outlined in this Court's January 10, 2012 Order. Objection is made to the extent the Order Preliminarily Approving Knauf Settlement, Conditionally Certifying a Knauf Settlement Class, Issuing Class Notice, Scheduling a Settlement Fairness Hearing, and Staying Claims as to the Knauf Defendants ("Order") stays claims against State Court defendants who are not participants in the settlement and in matters in which Knauf is not named as a party. Furthermore, Objection is made to the extent the Order would potentially impact, in any matter, rights of state court plaintiffs who have not yet had the opportunity, but may choose to opt-out of the settlement. *Carlough v. Amchem Products, Inc.*, 10 F.3d 189 (3rd Cir. 1993). This Objection is made solely for the limited purposes stated herein and should not be construed as a waiver of any jurisdictional issues, all of which are expressly reserved by Objecting plaintiffs.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that this document has been served upon Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., by US Mail and upon all parties by electronically uploading the same to Lexis Nexis *File & Serve* in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of January, 2012.

Respectfully submitted,

_____
Victor M. Diaz, Jr., Esq.
VM DIAZ AND PARTNERS, LLC
119 Washington Avenue, Suite 402
Miami Beach, FL 33139
Tel: (305) 704-3200
victor@diazpartners.com
*Counsel for Individual Plaintiffs*