UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | SECTION: L |
| LITIGATION | * | |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | MAGISTRATE JUDGE |
| *ALL CASES* | * | WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * * | * | |

**MEMORANDUM IN OBJECTION
TO STAY ORDER ISSUED IN CONNECTION WITH PRELIMINARY APPROVAL OF
KNAUF/PSC SETTLEMENT**[1]

Builder-Defendants, Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes"), object to the proposed injunctive relief described on page 28 of this Court's Order preliminarily approving the Knauf/PSC Settlement Agreement and object in

---

[1] The undersigned parties reserve their rights to supplement this objection at a later date. The undersigned parties further reserve any and all challenges they have to this Court's subject matter and personal jurisdiction over them. Finally, the undersigned parties note that they intend to file a related Motion to Set Security in connection with the injunctive relief this Court issued in connection with preliminary approval of the Knauf/PSC Settlement Agreement.

accordance with that Order.  [R. Doc. 12138]

Southern Homes objects to that stay order for the same reasons it objected to the stay orders issued by this Court in connection with preliminary approval of the INEX Settlement Agreement. To that end, Southern Homes adopts by reference the arguments it made in the following Record Documents:

- Memorandum in objection to preliminary approval of the INEX settlement [ R. Doc. 8699] (on appeal to the United States Fifth Circuit);

- Motion for New Trial regarding the injunctive orders issued in connection with preliminary approval of the INEX Settlement Agreement [R. Doc. 8848] (on appeal to the United States Fifth Circuit);

- Motion to Set Evidentiary Hearing to Determine Security in connection with the injunctive orders issued in connection with preliminary approval of the INEX Settlement Agreement [R. Doc. 9501] (oral argument heard and motion still pending in this Court); and

- Memorandum in objection to preliminary approval of the Knauf/PSC Settlement Agreement.

As the manufacturers of a defective product, the Knauf entities are responsible under Louisiana law for all damages and attorney's fees incurred by Louisiana builders such as Southern Homes in connection with their defective product.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
COUNSEL FOR SOUTHERN HOMES, LLC; SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of January, 2012.

/s/ James M. Garner
JAMES M. GARNER