## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: Rogers, et al v. Knauf Gips, Kg, et al; Cause No. 10-0362 | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT SOVEREIGN HOMES, LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Michael Hill, hereby dismisses without prejudice all of his claims against **DEFENDANT SOVEREIGN HOMES, LLC,** in Plaintiffs' Omnibus Complaints, reserving his rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.  Plaintiff, Michael Hill, shall continue to pursue his claims against the remaining Defendants not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Bruce Steckler, counsel for Plaintiff, Michael Hill, dated January 4, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted:

Dated: January 17, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liason Counsel*
*MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liason Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of January, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liason Counsel*
*MDL 2047*