# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSICA CASSIDY, individually, and on behalf of all others similarly situated,** [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"],         **Plaintiffs,** v. **GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GMBH; KNAUF AMF GMBH & CO. KG; KNAUF DO BRASIL LTD.; PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD.;**[ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"],         **Defendants.** _____/ | CASE NO.: 2:11-cv-3023 SECT. L MAG 2 |

## ORDER

Considering the Plaintiffs' Steering Committee's Motion to Substitute (Nunc Pro Tunc) Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV) in Place of Plaintiffs' Amended Omnibus Class Action Complaint (XIV),

IT IS ORDERED BY THE COURT THAT Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV), attached to the Motion to Substitute, be substituted (nunc pro tunc) in place of Plaintiffs' Amended Omnibus Class Action Complaint (XIV).  It is further ordered that the Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV) shall

be deemed filed as of December 8, 2011.  The Clerk is hereby directed to substitute Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV) in place of Plaintiffs' Amended Omnibus Class Action Complaint (XIV).

New Orleans, Louisiana, this  12th   day of _____ January _____, 2012.

                                             Eldon E. Fallon
                                             United States District Court Judge