

BARON ⓑ BUDD, P.C.®   DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE   |   MIAMI

800.222.2766  
tel 214.521.3605  
fax 214.520.1181

3102 Oak Lawn Avenue  
Suite 1100  
Dallas, TX 75219-4281

January 4, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire  
Leonard A. Davis, Esquire  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113

> **Re:** **In re: Chinese Manufactured Drywall Products Liability Litigation**
> **Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al**
> **Cause No. 10-0361, MDL-2047, Eastern District of Louisiana**

Dear Russ and Lenny:

My client, Mindy Sitaras, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendants, Panel Rey and Standard Pacific of South Florida GP, Inc. in the above matter.

Very truly yours,

Bruce Steckler