UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund For Posting Appeal Bond filed by Russ M. Herman, Plaintiffs' Liaison Counsel, and Arnold Levin, Plaintiffs' Lead Counsel;

IT IS ORDERED BY THE COURT that Russ M. Herman, Plaintiffs' Liaison Counsel, and Arnold Levin, Plaintiffs' Lead Counsel, be and they are hereby authorized to disburse from the Shared Costs Fund the amount required for the posting of a bond in connection with the matter entitled *Cataphora, Inc. v. Jerrold Seth Parker, et al*, Case No. CV09-5749-BZ, pending in the United States District Court for the Northern District of California.

IT IS FURTHER ORDERED BY THE COURT that funds shall be used solely for the purpose for posting the necessary security pursuant to the Federal Rules of Civil Procedure/Appellate Procedure for the appeal.

New Orleans, Louisiana, this 12th day of January, 2012.

Eldon E. Fallon
United States District Court Judge