UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Vickers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-04117 (E.D. La.)<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-07628 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-6690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Ins. Co.*<br>Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:11-080 (E.D. La)<br><br>*Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-252 (E.D. La.) | |

**ORDER**

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that: The Order adjourning the formal Fairness Hearing and extending the opt-out/objection period [Rec.Doc. 11910] is further amended as follows:

Paragraph 5 of the Order shall be amended. The deadline for the Allocation Committee to submit their written recommendation and publish it on Court's website shall be postponed until after the status conference currently scheduled for January 26, 2012. At the status conference the Court shall set a firm date for the submission of the Allocation Committee's proposed plan of allocation.

This 12th day of January, 2012, at New Orleans, Louisiana.

_____
ELDON E. FALLON
United States District Court Judge