# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE |
| *ALL CASES* | * * | WILKINSON |
| * * * * * * * * * * * * * * * * * * * | * | |

## MEMORANDUM IN SUPPORT OF EMERGENCY MOTION TO SET EVIDENTIARY HEARING TO DETERMINE SECURITY[1]

Builder-Defendants, Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC (collectively "Southern Homes") move this Court to set a hearing to determine the proper security for the stay orders issued by this Court in connection with the Knauf/PSC Settlement Agreement and relating to Southern Homes' parallel, *in personam*, state-court proceedings against the Knauf entities, including without limitation: *Southern Homes, LLC v. Interior/Exterior Building Supply, LP, et al.*, Civil District Court, Parish of Orleans, State of Louisiana, Division M, Case No. 09-6564.

---

[1] This Motion has been filed in connection with Southern Homes' Objection to the stay order issued by this Court in connection with preliminary approval of the Knauf/PSC Settlement Agreement. [R. Doc. 12185]

## I. INTRODUCTION

### A. Timeline of Proceedings

On June 15, 2009, or thereabout, the Judicial Panel on Multi-District Litigation transferred all federal actions alleging damages from Chinese-manufactured drywall to this Court. On June 25, 2009, mere days later, Southern Homes filed its own first-party suit against INEX, which it amended to add Gerbruder Knauf Verwaltungsgesellschaft KG ("KVG"); Knauf Plasterboard Wuhu Co., Ltd. ("Knauf Wuhu"); Knauf Plasterboard Tianjin Co., Ltd. ("KPT"); Knauf Gips, KG ("Knauf Gips"); Knauf International GmbH ("Knauf International"); and Knauf Insulation GmbH a/k/a Knauf USA ("Knauf USA") (collectively the "Knauf Entities"). *See* Southern Homes' Petition, as amended, attached as Exhibit A. Service has been requested through the Hague Convention on all of the foregoing foreign entities.

On December 20, 2011, the Knauf Entities and the PSC submitted the "Settlement Agreement Regarding the Claims Against the Knauf Defendants in MDL No. 2047" for preliminary approval. [R. Doc. 12061-5] On January 4, 2012, this Court heard oral argument on that submission. Numerous parties objected to preliminary approval of the Knauf/PSC Settlement Agreement and the stay orders requested by the Knauf Entities and the PSC therewith, including, but not limited to, Southern Homes and the Homebuilders' Steering Committee. [*See, e.g.,* R. Docs. 12090 and 12095]

On January 10, 2012, this Court issued the Order preliminarily approving the Knauf/PSC Settlement Agreement and in that Order provided an additional opportunity for parties objecting to the stay order issued with preliminary approval to object again. [R. Doc. 12138 at p. 28] On January 16, 2012, Southern Homes filed its objection pursuant to that Order and specifically noted

that it would file this related request for security. [R. Doc. 12185]

### B. Potential Costs and Damages to Southern Homes

Due to the Chinese-manufactured drywall manufactured by the Knauf Entities and sold to Southern Homes, several of Southern Homes' customers have made Chinese-drywall related claims against Southern Homes, in this Court and in the state courts of Louisiana. Southern Homes has had to file its own first-party petition against the Knauf Entities: *Southern Homes, LLC v. Interior/Exterior Building Supply, LP, et al.*, Civil District Court, Parish of Orleans, State of Louisiana, Division M, Case No. 09-6564 ("Southern Homes Suit").

Southern Homes has vested claims for indemnity, damages and defense against the Knauf Entities that it has asserted in the Southern Homes Suit. Should Southern Homes be unable to prosecute those vested claims, it would be left with the substantial defense expense it has incurred to date (because of the Knauf Entities) as well as related expenses (also due to the Knauf Entities) and without its vested right to prosecute its claims against the Knauf Entities.

### II. ARGUMENT & LAW

Rule 65(c) requires this Court to determine the proper amount to secure Southern Homes against its costs and damages should Southern Homes be found to have been wrongfully enjoined. Rule 65(c) reads, in pertinent part:

> **Security.** The court may issue a preliminary injunction or a temporary restraining order only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained.

FED. R. CIV. P. 65(c); *see also Lyric Studios, Inc. v. Big Idea Prod., Inc.*, 420 F.3d 388, 396 (5th Cir. 2005) (holding that "Federal Rule of Civil Procedure 65(c) requires an applicant seeking a preliminary injunction to give security"). Accordingly, this Court must determine the proper

amount of security for the injunctive orders issued in connection with the Preliminary Approval Order.

### III. CONCLUSION

For the reasons above, this Court should set an evidentiary hearing to determine the amount of security to pay the costs and damages sustained by Southern Homes should it be found to have been wrongfully enjoined.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

COUNSEL FOR SOUTHERN HOMES, LLC; SPRINGHILL, LLC; TALLOW CREEK, LLC; AND ADRIAN KORNMAN

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of January, 2012.

/s/ James M. Garner
JAMES M. GARNER