| | |
|---|---|
| SOUTHERN HOMES, LLC, ET AL. | NO. 2009-6564   DIVISION "M" |
| Plaintiff | |
| versus | CIVIL DISTRICT COURT |
| INTERIOR/EXTERIOR BUILDING SUPPLY, LP; INTERIOR/EXTERIOR ENTERPRISES, LLC; SOUTH CORTEZ, LLC | PARISH OF ORLEANS STATE OF LOUISIANA |
| Defendant | |

FILED: _____    _____
                                                         DEPUTY CLERK

## THIRD SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

Plaintiffs, Southern Homes, LLC; Southern Homes Renovations, LLC; Southern Homes AL, Inc.; Tallow Creek, LLC; Gray's Creek of Louisiana, LLC; and Springhill, LLC (collectively "Southern Homes"), hereby amend and supplement their original petition pursuant to Louisiana Civil Code article 1151 to include the following paragraphs:

Gerbruder Knauf Verwaltungsgesellschaft KG ("KVG"); Knauf Plasterboard Wuhu Co., Ltd. ("Knauf Wuhu"); Knauf Plasterboard Tianjin Co., Ltd. ("KPT"); Knauf Gips, KG ("Knauf Gips"); Knauf International GmbH ("Knauf International"); and Knauf Insulation GmbH a/k/a Knauf USA ("Knauf USA") (collectively the "Knauf Group" or "Chinese Drywall Manufacturer Defendants") are hereby made Defendants.

### INTRODUCTION

#### The Defendants

7a.

The Knauf Group is a multi-national collection of entities serving as the alter ego/agent of the Knauf family, which is personally headed by Baldwin Knauf.

7b.

KVG is a German corporation that, upon information and belief, is the alter ego/agent of Knauf International, KPT, KPW, Knauf USA, and Knauf Gips, all of which were doing business in

1

EXHIBIT A

Louisiana from approximately October 2005 through July 2006. Upon information and belief, GVK owns and controls the Knauf Group.

7c.

Knauf Gips is also a German corporation that, upon information and belief, is the alter ego/agent of KVG, Knauf International, KPT, KPW, and Knauf USA, all of which were doing business in Louisiana from approximately October 2005 through July 2006. Upon information and belief, Knauf Gips is the management arm of KVG and the Knauf family over the Knauf Group.

7d.

Knauf International is also a German corporation that, upon information and belief, is the parent company of KPT and KPW; it is, upon information and belief, the alter ego/agent of KVG, Knauf Gips, Knauf USA, KPT and KPW all of which were doing business in Louisiana from approximately October 2005 through July 2006.

7e.

Knauf USA is German Corporation domiciled in the state of Indiana that, upon information and belief, is the alter ego/agent of KPT, KPW, KVG, Knauf International, and Knauf Gips all of which were doing business in Louisiana from approximately October 2005 through July 2006.

7f.

KPT is a Chinese company that, upon information and belief, is the alter ego/agent of KPW, KVG, Knauf International, Knauf Gips, and Knauf USA, all of which were doing business in Louisiana from approximately October 2005 through July 2006.

7g.

KPW is a Chinese company that, upon information and belief, is the alter ego/agent of KPT, KVG, Knauf International, Knauf Gips, and Knauf USA, all of which were doing business in Louisiana from approximately October 2005 through July 2006.

## JURISDICTION AND VENUE

15a.

Pursuant to the Constitution of Louisiana, Louisiana Revised Statute section 13:3201, and

2

Louisiana Code of Civil Procedure article 6, this Court has personal jurisdiction over the Knauf Group because they are engaged in substantial drywall sales and a related and conspiratorial failure-to-warn tort in Louisiana. Southern Homes' causes of action arise directly from these activities and omissions, which have caused and continue to cause injury to Southern Homes and to property within Louisiana.

## GENERAL ALLEGATIONS

17a.

Upon information and belief, Interior/Exterior Building Supply, LP ("INEX") purchased Chinese-manufactured drywall from KPT and KPW from approximately October 2005 through July 2006.

17b.

Upon information and belief, Knauf USA promoted and marketed that drywall to INEX in Louisiana and at the direction and control of KVG and Knauf Gips.

17c.

Upon information and belief, Knauf USA informed INEX that the Knauf Group was manufacturing drywall in China, which drywall it could make available for purchase by INEX. In connection with the same, Knauf USA provided INEX with price quotes for its various Chinese-manufactured drywall products.

17d.

Upon information and belief, Knauf USA continued to act as the alter ego/agent of the Knauf Group following INEX's initial purchase of Chinese-manufactured drywall from KPT. Knauf USA engaged in continued sales and marketing dialogue with INEX regarding the purchase of additional Chinese-manufactured drywall.

17e.

Upon information and belief, Knauf USA never distinguished itself from above-listed members of the Knauf Group. To the contrary, it presented itself as the mouthpiece or alter ego/agent for the

3

Knauf Group.

22a.

Upon information and belief, the Knauf Group knew by no later than the last quarter of 2006 that its Chinese-manufactured drywall was defective and contained sulfur emitting compounds.

22b.

Upon information and belief, the Knauf Group had prior experience with the corrosive effects of sulfur-emitting drywall products.

22c.

Upon information and belief, rather than notifying INEX or any other purchasers of its Chinese-manufactured drywall in Louisiana of these defects, the Knauf Group failed to warn Louisiana purchasers of its Chinese-manufactured drywall and, moreover, conspired to keep those defects secret from them so that it could continue to sell its products without impediment.

22d.

Upon information and belief, the architect of the conspiracy was KVG through its agent/alter ego Knauf Gips.

### CAUSE OF ACTION XIII
### CONSPIRACY
### (The Knauf Group)

118.

Southern Homes incorporates by reference each of the preceding allegations as though fully set forth herein.

119.

The entities of the Knauf Group agreed to and withheld from the Louisiana purchasers of its Chinese-manufactured drywall, including Southern Homes, the defects of which the Knauf Group knew from at least the final quarter of 2006.

120.

As a result of the Knauf Group's conspiratorial conduct, Southern Homes has suffered and will continue to suffer damages.

4

117.

As a result of the Knauf Group's conspiratorial conduct, Southern Homes may be required to perform extensive reconstruction and repairs and may incur repair and replacement costs, including but not limited to appliances, incidental and other related expenses. Southern Homes further alleges that it may in the future be required to pay for additional repairs or replacement costs, and other items.

**PRAYER FOR RELIEF**

WHEREFORE, Southern Homes demands judgment against the Defendants, jointly and severally, as follows:

a. Equitable, injunctive, and declaratory relief;

b. Damages in an amount to be determined at trial;

c. Pre-judgment and post-judgment interest at the maximum rate allowable at law;

d. The costs and disbursements incurred by Southern Homes in connection with this action, including reasonable attorneys' fees;

e. All damages and statutory damages, foreseeable or not;

f. Disgorgement of Defendants' profits from the sale of drywall;

g. Reimbursement for all costs and expenses incurred in repair and any purchase price paid, including, but not limited to, interest on these amounts from the date of purchase, attorneys' fees and costs, non-pecuniary damages, as well as any other legal or equitable relief to which Plaintiffs may be entitled;

h. Its attorney fees; and

i. Such other and further relief under all applicable state and federal law and any other relief the Court deems just and appropriate.

5

Respectfully submitted,

/s/ *[signature]*

JAMES M. GARNER #19589
MARTHA Y. CURTIS #20446
MATTHEW C. CLARK #31102
SHER GARNER CAHILL RICHTER KLEIN
& HILBERT, L.L.C.
909 Poydras Street, Twenty-Eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
ATTORNEYS FOR SOUTHERN HOMES, LLC; SOUTHERN HOMES RESTORATIONS, LLC; SOUTHERN HOMES AL, INC.; TALLOW CREEK, LLC; GRAY'S CREEK OF LOUISIANA, LLC; AND SPRINGHILL, LLC.

## PLEASE WITHHOLD SERVICE UNTIL DIRECTED OTHERWISE BY COUNSEL OF RECORD FOR PLAINTIFFS

**SERVICE INSTRUCTIONS:**

Please serve Petition, as amended and supplemented, and Citation on the following:

**Gerbruder Knauf Verwaltungsgesellschaft KG ("KVG");**
Via Louisiana Long-arm Statute
Postfach 10
D-97343 Iphofen, Germany

**Knauf Gips, KG ("Knauf Gips");**
Via Louisiana Long-arm Statute
Am Bahnhof 10
D-97346 Iphofen, Germany

**Knauf International GmbH ("Knauf International");**
Via Louisiana Long-arm Statute
Postfach 10
D-97343 Iphofen, Germany

**Knauf Insulation GmbH a/k/a Knauf USA ("Knauf USA")**
Via Louisiana Long-arm Statute and through its agent for service:
Candace A. Bankovich
One Knauf Drive
Shelbyville, IN 46176

Knauf Plasterboard Wuhu Co., Ltd. ("Knauf Wuhu");
Via Louisiana Long-arm Statute
No. 2 Gang Wan Road
RC-241009 Wuhu Anhui, China

Knauf Plasterboard Tianjin Co., Ltd. ("KPT")
Via Louisiana Long-arm Statute
North Yinhe bridge, East Jingjin Road
RC-300400 Tianjin, China