UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE |
| *ALL CASES* | * * | WILKINSON |
| * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the Emergency Motion for Expedited Hearing of Southern Homes, LLC; Tallow Creek, LLC; and Springhill, LLC;

**IT IS HEARBY ORDERED** that the hearing on the Emergency Motion to Set Evidentiary Hearing to Determine Security [R. Doc. 12197] will be held on the **26th day of January, 2012**, following the Status Conference in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON