January 5, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      **Re:**    In re: Chinese Manufactured Drywall Products Liability Litigation
             *Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al., Case No. 2:11-cv-080 (E.D.La.)*

Dear Russ and Lenny:

      My client, Audrey Johnson, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Broadmoor Development Corp. in the above matter, reserving her rights and claims against any and all other defendants therein.

                                                  Yours truly,

                                                  MARTZELL & BICKFORD

                                                /s/ Lawerence J Centola, III

                                                LAWRENCE J. CENTOLA, III

LJC/act
W:\! DRYWALL\27687 MDL\Pld\Dismissals\Audrey Johnson's Notice of Voluntary Dismissal (Abel 11-080)\Exhibit A to MTD Broadmoor.wpd