UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
PRODUCTS LIABILITY LITIGATION

This Relates to Case: 11-CV-1363 (EDLA)
Block, et al v. Knauf KG, et al

MDL NO.: 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

*************************************************************************

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Edward P. Sutherland enters an appearance in this Court as

counsel of record for STATE LUMBER & SUPPLY COMPANY, INC.

Edward P. Sutherland's address and firm affiliation is as follows:

Law Offices of Edward P. Sutherland
144 Napoleon Street
Baton Rouge, LA 70802
Telephone: (225) 343.8024
Facsimile: (225) 343.8075
esutlaw@aol.com

Respectfully submitted by:

**Law Offices of Edward P. Sutherland**

BY: s/Edward P. Sutherland
144 Napoleon Street
Baton Rouge, LA 70802
Telephone: (225) 343.8024
Facsimile: (225) 343.8075

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, Jennifer Lascio by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of January, 2012. 2012.

___ s/Edward P. Sutherland____
EDWARD P. SUTHERLAND