UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Hobbie et al*
*v.*
*RCR Holdings II LLC, et al.;*

Case No. 10-1113

## DEFENDANT'S, RCR HOLDINGS II LLC'S, MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT

Defendant, RCR Holdings II LLC, by and through its undersigned counsel, and pursuant to the Court's Scheduling Order issued on July 18, 2011, [DE 9847], submits its Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, and for the reasons set forth in its accompanying Memoranda of Law in Support of same, respectfully moves this Court to dismiss Plaintiffs' Second Amended Class Action pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state claims upon which relief can be granted.

WHEREFORE, RCR Holdings II LLC, respectfully request that the Court grant its Motion to Dismiss, award Defendant its attorneys' fees and costs for defending this cause, and grant such other and further relief as is just and proper.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of January, 2012.

        LUKS SANTANIELLO PETRILLO & JONES
        Attorneys for Defendant, RCR HOLDINGS II, LLC
        301 Yamato Road, Suite 1234
        Boca Raton, Florida 33431
        Tele:  (561) 893-9088
        Fax:   (561) 893-9048

By: _/s/ Lysa M. Friedlieb_
        Lysa M. Friedlieb
        Florida Bar No. 898538
        lfriedlieb@ls-law.com