## VILLA LAGO, A CONDOMINIUM
### AGREEMENT FOR SALE

**ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, REFERENCE SHOULD BE MADE TO THIS CONTRACT AND THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY A DEVELOPER TO A BUYER OR LESSEE.**

**THIS AGREEMENT IS VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN FIFTEEN (15) DAYS AFTER THE DATE OF EXECUTION OF THE AGREEMENT BY THE BUYER AND RECEIPT BY THE BUYER OF ALL OF THE DOCUMENTS REQUIRED TO BE DELIVERED TO HIM OR HER BY THE DEVELOPER UNDER SECTION 718.503, FLORIDA STATUTES. THIS AGREEMENT IS ALSO VOIDABLE BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN FIFTEEN (15) DAYS AFTER THE DATE OF RECEIPT FROM THE DEVELOPER OF ANY AMENDMENT WHICH MATERIALLY ALTERS OR MODIFIES THE OFFERING IN A MANNER THAT IS ADVERSE TO THE BUYER. ANY PURPORTED WAIVER OF THESE VOIDABILITY RIGHTS SHALL BE OF NO EFFECT. BUYER MAY EXTEND THE TIME FOR CLOSING FOR A PERIOD OF NOT MORE THAN FIFTEEN (15) DAYS AFTER THE BUYER HAS RECEIVED ALL OF THE DOCUMENTS REQUIRED. BUYER'S RIGHT TO VOID THE PURCHASE SHALL TERMINATE AT CLOSING.**

**ANY PAYMENT IN EXCESS OF TEN (10%) PERCENT OF THE PURCHASE PRICE MADE TO THE DEVELOPER PRIOR TO THE CLOSING PURSUANT TO THIS CONTRACT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE DEVELOPER.**

In this Agreement, the term "Buyer" means or refers to the buyer or buyers listed below who have signed this Agreement. The word "Seller" or "Developer" means or refers to RCR Holdings II, LLC a Florida limited liability company.

If the first letter of a word is capitalized in this Agreement, that word will have the meaning given to it in this Agreement or in the Declaration (as defined in paragraph 1 of this Agreement).

Buyer(s): _WENDY LEE HOBBIE +William Richert_ Unit No.: _1411 A_

Residence Address: _____

City: _— REDACTED —_                          _REDACTED_

Home _____

Mobile Telephone.: _____ Social Security No(s).: _____

Broker Name & Firm: _____ Broker Phone No.: _____

- 1 -

**EXHIBIT B**

Buyers Initials _WH_ _[initials]_

Sellers Initials _[initials]_

1.   **Purchase and Sale**.   Buyer agrees to buy and Seller agrees to sell (on the terms and conditions contained in this Agreement) Residence Number _____1411_____ (the "Residence") in VILLA LAGO, A CONDOMINIUM (the "Condominium"). The Residence and the Condominium are described in greater detail in the Declaration of Condominium (the "Declaration") included in the Prospectus and attached exhibits as amended from time to time, the ("Condominium Documents"). Buyer acknowledges receipt of the Condominium Documents on or before the date of this Agreement.

Residence purchase price                    $ 189,900.00

Construction Cost Increase (3%)             $ 5,697.00

**Total Purchase Cost**                     $ 195,597.00

Buyer agrees to make the following payments towards the total purchase price:

| Payment | Due date | Amount |
|---|---|---|
| Deposit 10% | Upon execution of Agreement for Sale | $ 19,559.70 |
| At closing 90% | At closing of Residence | $ 176,037.30 |
| Total Purchase Cost | | $ 195,597.00 |

If the Buyer has previously made a reservation deposit and elects to apply such amount towards the required 10% Contract Deposit, Buyer needs to execute the escrow letter of instruction, attached hereto, and remit to Developer the balance of the 10% Contract Deposit of $ _____.

Buyer also agrees to pay all closing costs and other sums required to be paid by Buyer under this Agreement. At the present time, the closing costs for which dollar amounts can be computed are:

a.    2.0% Closing Charge                    $ 3,911.94

b     Working Capital Contribution          $ 460.00
      (Two months maintenance fee)

These charges are subject to adjustment as provided in paragraph 10 of this Agreement, and are explained in more detail in that paragraph, as are other closing costs which cannot be computed at this time.

Deposit and Balance of Funds

Deposits may be made by personal check (subject to clearance). **The balance due at closing must be paid by bank cashier's check (issued by a bank located in Palm Beach or Broward Counties, Florida) or by wire transfer of federal funds.** All payments must be made in United

Buyers Initials   W H   *[signature]*

Sellers Initials   *[signature]*

States funds. If Buyer fails to pay any deposit within ten (10) days after receipt of written notice that such deposit is due, and Seller agrees to accept it on a later date (which Seller is not obligated to do), Buyer will pay a late funding charge equal to interest on such deposit at the Default Rate from the date due until the date received and cleared by Seller. Default Rate shall mean a rate of interest per annum an all amounts due equal to eighteen percent (18%).

2.    **How Buyer Pays**. **Buyer understands and agrees that Buyer will be obligated to pay "all cash" at closing. This Agreement and Buyer's obligations under this Agreement to purchase the Residence will not depend on whether or not Buyer qualifies for or obtains a mortgage from any lender.** Buyer will be solely responsible for making Buyer's own financial arrangements. Seller agrees, however, to cooperate with any lender Buyer chooses and to coordinate closing with such lender, if, but only if, such lender meets the Seller's closing schedule and pays Seller the proceeds of its mortgage at closing. In the event that lender does not pay Seller these proceeds at closing, Buyer will not be allowed to take possession of the Residence until Seller actually receives the funds and they have cleared.

If Buyer requests in writing more than seven (7) days prior to the scheduled closing date and presents reasonable justification for postponing the closing, Buyer may postpone closing for up to fifteen (15) days provided that Buyer agrees to pay Seller a late funding charge equal to interest, at the Default Rate, on all funds due Seller which have not then been paid to Seller from the originally scheduled closing to the date of actual payment. This late funding charge shall be calculated and charged by Seller at closing.

3.    **Deposits**. Except as permitted by the provisions of the Florida Condominium Act, as set forth herein, all of Buyer's deposits will be held in escrow by, Dickenson, Rex & Sloan, PA, 980 North Federal Highway, Suite 410, Boca Raton, Fl., 33432 in accordance with the escrow agreement contained in the Condominium Documents. The escrow agreement is incorporated into this Agreement as if repeated at length here, and Buyer agrees that the deposits may be held in any depository which meets the requirements of the Act.

Buyer shall receive written confirmation of receipt of Buyer's deposits from the escrow agent within ten (10) days after receipt by the escrow agent. Provided Seller gives Buyer prior written notice, Seller may change escrow agents (so long as the new escrow agent is authorized to be an escrow agent under applicable Florida law), in which case Buyer's deposits may be transferred to the new escrow agent at Seller's direction.

**Except where expressly provided herein to the contrary or otherwise required by law, all interest earned on the deposits shall accrue solely to the benefit of Seller. ANY PAYMENT IN EXCESS OF TEN (10%) PERCENT OF THE PURCHASE PRICE MADE TO THE DEVELOPER PRIOR TO THE CLOSING PURSUANT TO THIS CONTRACT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE DEVELOPER.**

4.    **Seller's Financing**.  Seller may borrow money from lenders for the acquisition, development and/or construction of the Condominium. Buyer agrees that any lender advancing funds for Seller's use in connection with the Condominium will have a prior mortgage on the Residence and the Condominium until closing. At that time, Seller shall cause the then applicable mortgages to be released and may use Buyer's closing proceeds for such purpose. Neither this

Buyers Initials _W H_

Sellers Initials _____

Agreement, nor Buyer's payment of deposits, will give Buyer any lien or claim against the Residence or the Condominium. Without limiting the generality of the foregoing, Buyer's rights under this Agreement will be subordinate to all mortgages (and all modifications made to those mortgages) affecting the Residence or the Condominium even if those mortgages (or modifications) are made or recorded after the date of this Agreement. Title to the Residence shall be conveyed to Buyer unencumbered by any mortgage created by any party other than Buyer.

5.  **Insulation; Energy Efficiency**.  Seller has advised Buyer, as required by the rules of the Federal Trade Commission, that it intends, currently, to install in connection with the Residence, the following insulation: a) Fiberglass insulation on the exterior walls, having an R-Value of R-3; and b) Rigid Board insulation on the flat portion of the roof only, having an average R-Value of R-10 and of a varying thickness. This R-value information is based solely on the information given by the appropriate manufacturers and Purchaser agrees that Seller is not responsible for the manufacturers' errors.

To the extent required by applicable law, each Buyer may have the Condominium building's energy efficiency rating determined. Buyer acknowledges receipt of the Department of Community Affairs' brochure regarding energy efficiency ratings.

6.  **Inspection prior to Closing**.  Buyer or Buyer's agent designated by Buyer in writing will be given an opportunity prior to closing, on the date and at the time reasonably and mutually acceptable to Buyer and Seller, to inspect the Residence with Seller's representative. At that time, Buyer will sign an Inspection Statement (attached as Exhibit "B" hereto) listing any defects in workmanship or materials (only within the boundaries of the Residence, itself) which Buyer discovers. If any item listed is actually defective in workmanship or materials or has not been built, constructed, improved, fitted, installed or otherwise provided in substantial accordance with the Seller's Plans and Specification, as hereinafter defined, in Buyer's reasonable opinion (keeping in mind the construction standards applicable in Palm Beach County, Florida for similar property, Seller's right to substitute materials of equal or greater quality and to make "infield" changes to the plans and specifications which do not materially affect the layout or value of the Residence), Seller will be obligated to correct those defects at its cost within forty-five (45) days after closing or such longer period as is required to complete such corrections provided Seller is exerting due diligence in completing such corrections, but Seller's obligation to correct will not be grounds for deferring the closing, nor for imposing any condition on closing. **No escrows or hold backs of closing funds will be permitted.** If Buyer fails to schedule a pre-closing inspection within ten (10) days after receipt of written notice from Seller or Buyer fails to conduct the preclosing inspection on the date and time scheduled, Seller will not be obligated to conduct or reschedule an inspection prior to closing.

Buyer acknowledges that all matters pertaining to the initial construction of the Residence will be handled by Seller and Seller's representatives. Buyer agrees not to interfere with or interrupt any workmen at the site of the Residence. No personal inspections (other than the one pre-closing inspection) will be permitted without prior notice and a representative of the Developer being present, and shall be subject to all safety requirements of the development. Buyer may not order any work, or begin any work on the Residence, other than prepaid options or extras that Seller agrees in writing to provide, until after closing. **Buyer recognizes that Seller is not obligated to agree to provide extras or options.**

- 4 -

Buyers Initials _WH_ _____

Sellers Initials _____

Upon execution of an Inspection Statement and delivery of the title to Residence at closing, Buyer hereby agrees that the Seller shall have satisfied all its obligations to deliver the Residence to the Buyer in compliance with the statutory and implied warranties of fitness for its intended purpose, merchantability and habitability as described by the Condominium Act and the laws of Florida (the "Developer's Warranty Obligations") except as to the completion of the items recited on the Inspection Statement, whereupon the Developer's Warranty Obligations to the structural, fixture or finish components recited on the Inspection Statement shall have been satisfied.

Buyer can examine Seller's last amended "as built building Plans and Specifications at Seller's business office, located on site during regular business hours by making an appointment to do so in advance. Such Building Plans and Specifications shall be the only set of such documents with which Buyer can inspect and compare the design and workmanship of the improvements in and to his Residence.

7.  **Estimated Completion & Closing Date**. The estimated completion date of the Unit is September 1, 2006. Buyer acknowledges that the completion date is only an estimate and is subject to and may be extended by Seller. In no event, however, shall such completion date be later than two (2) years from the date Buyer executes this Agreement. The date for completion may be extended by reason of delays incurred by circumstances beyond Seller's control, such as acts of God, war, civil unrest, imposition by a governmental authority of a moratorium upon construction of the Unit or the providing of utilities or services which are essential to such construction, casualty losses or material shortages or any other grounds cognizable in Florida contract law as impossibility or frustration of performance, including, without limitation, delays occasioned by wind, rain, lighting and storms. It is the intention of the parties that this sale and purchase shall qualify for the exemption provided by 15 U.S.C. Section 1702(a)(2), and nothing contained in this Agreement shall be construed or operate, as to any obligations of Seller or Buyer, in a manner which would render the exemption inapplicable.

Buyer understands that Seller has the right to schedule the date, time and place for closing. Before Seller can require Buyer to close, however, two things must be done.

a.  Seller must record the Declaration and related documents in the Palm Beach County public records; and

b.  The Residence shall be substantially completed as set forth in Paragraph 33 hereunder.

Buyer will be given at least fourteen (14) days' notice of the date, time and place of closing, except if in the event that Buyer's lender, if any, requires closing to be held on less than fourteen (14) days' notice, in which event, Buyer shall close upon demand of Buyer's lender. Seller is authorized to postpone the closing and Buyer will close on the new date, time and place specified in a notice of postponement (as long as at least ten (10) days' written notice of the new date, time and place is given). A change of time or place of closing only (one not involving a change of date) will not require any additional notice period. Any formal notice of closing, postponement or rescheduling must be given in writing, by overnight delivery, or registered mail return receipt requested at Seller's option. All of these notices will be sent or directed to the address, or given by

Buyers Initials ___

Sellers Initials ___

use of the information specified on Page 1 of this Agreement unless Seller has received written notice from Buyer of any change prior to the date the notice is given.

These notices will be effective on the date received or the date on which delivery is attempted and refused or returned as undeliverable.

Seller will send a written confirmation of the closing, together with a draft closing statement and other pertinent information and instructions within five (5) days' prior to closing. This written confirmation is given as a courtesy and is not the formal notice to close. Buyer agrees to follow all reasonable and customary instructions given in any formal notice and written confirmation so as not to delay closing.

If Buyer fails to receive any of these written notices or the confirmation because Buyer failed to advise Seller of any change of address because Buyer has failed to pick up a letter when he has been advised of an attempted delivery or because of Buyer's refusal to accept delivery of such notice, Buyer will not be relieved of his obligation to close on the scheduled date unless Seller agrees in writing to postpone the scheduled date.

If Seller agrees in writing to reschedule closing at Buyer's request, or if Buyer is a corporation *and* Buyer fails to produce the necessary corporate papers Seller requests and as a result, closing is delayed, or if closing is delayed for any other reason (except for a delay desired, requested or caused by Seller), Buyer agrees to pay at closing a late funding charge equal to interest at the Default Rate, on that portion of the purchase price not then paid to Seller (and cleared), from the date Seller originally scheduled closing to the date of actual closing. All prorations will be made as of the originally scheduled date. **Buyer understands that Seller is not required to reschedule or to permit a delay in closing except as provided herein.**

8.     <u>Closing</u>. The term "closing" refers to the time when Seller delivers the deed to the Residence to Buyer and ownership changes hands. Buyer's ownership is referred to as "title". Seller promises that the title Buyer will receive at closing will be good, marketable and insurable (subject to the permitted exceptions listed or referred to below). Marketability shall be determined by the laws of the State of Florida and the standards established by the Florida Bar. In the event any item appears against title which may affect the marketability of title, title shall conclusively be deemed marketable if Seller is able to procure title insurance which insures that such matter is not violated by the Condominium as constructed. Buyer will receive two (2) documents at closing which Buyer agrees to accept as proof that Buyer's title is as represented above:

a.     A written commitment from a title insurance company licensed in Florida agreeing to issue a policy insuring title (American Land Title Association Owner's Policy, Standard Form B) or the policy itself. This commitment (or policy) will list any exceptions to title. Permitted exceptions (exceptions which Buyer agrees to take title subject to) are:

i.     Liability for all taxes or assessments affecting the Residence starting the year Buyer receives title and continuing thereafter;

ii.     All laws and the matters described on Exhibit "A" attached hereto and made a part hereof;

- 6 -

Buyers Initials _WH_  _WCR_

Sellers Initials _PJ_

    iii.    The restrictions, covenants, conditions, easements, terms and other provisions imposed by the documents contained or referred to in the Condominium Documents and Master Association documents(and any other documents which Seller, in its reasonable discretion, believes to be necessary or appropriate to establish or service the Condominium or to comply with the requirements of any governmental entity having jurisdiction over the Condominium) which are recorded, now or at any time after the date of this Agreement, in the public records;

    iv.    Pending governmental liens and/or special assessment liens as of closing (Seller will be responsible, however, for certified governmental liens and/or special assessment liens as of closing, provided, however, that to the extent that any such certified liens and/or special assessment liens are payable in installments, Seller shall only be responsible for those installments due prior to closing, and Buyer hereby assumes all installments coming due after closing);

    v.    Standard exceptions for waterfront property and artificially filled-in property which once was in navigable waters and all other standard exceptions for similar property;

    vi.    Inclusion of the property within the Renaissance Commons Community Development District; and

    vii.    All standard printed exceptions contained in an ALTA Owner's title insurance policy issued in Palm Beach County, Florida, provided that the standard exceptions for survey matters, mechanic's liens and parties in possession will be deleted based on Seller's affidavit and an acceptable survey delivered at closing.

    Buyer understands, however, that no limitation on Buyer's title prohibits construction of the Residence, nor the use of it as a residence, subject to the Condominium Documents.

    b.    A Special Warranty Deed. At closing, Seller promises to give Buyer a special warranty deed to the Residence.

    Buyer will also receive at closing an Assignment of Use of Parking Space (a sample form of which is attached hereto as Exhibit "D"), a bill of sale for any appliances included in the Residence, and Seller's owner's ("no lien") affidavit in the form required by the title insurer and FIRPTA (nonforeign) affidavit. When Buyer receives the special warranty deed at closing, Buyer will sign all papers that Seller deems necessary or appropriate.

    If the Seller cannot provide the quality of title described above, Seller will have a reasonable period of time (at least sixty (60) days) to correct any defects in title, but Seller is not obligated to do so. If Seller cannot or elects not to correct the title defects, Buyer will have two options:

    i.    Buyer can accept title in the condition Seller offers it (with defects) and pay the full purchase price for the Residence. Buyer will not make any claims against Seller because of the defects.

    ii.    Buyer can cancel this Agreement and receive a full refund of Buyer's

- 7 -

Buyers Initials _WH_ _[signatures]_

Sellers Initials _[signature]_

deposits. Seller will be relieved of all obligations under this Agreement when Seller refunds the deposits to Buyer.

At the same time Buyer receives the special warranty deed, Buyer agrees to pay the balance of the purchase price and any additional amounts owed under this Agreement. Until all sums have been received and cleared, Seller will be entitled to a vendor's lien on the Residence (which Buyer will grant to Seller in writing at closing or thereafter at Seller's request). The foregoing sentence shall survive (continue to be effective) after closing.

9. **Closing Costs**. Buyer understands that, in addition to the purchase price for the Residence, Buyer must pay certain other fees or "closing costs" when Buyer accepts title at closing. These include:

a. A "closing charge" equal to two percent (2.0%) of the Purchase Price (and of any charges for options or extras now or hereafter contracted for which are not included in the Purchase Price). This charge will be used, in part, to pay for the costs of officially recording the deed, for documentary stamp taxes, for the premium on the owner's title insurance policy and in reimbursement for certain of Seller's closing administration expenses and Seller's attorneys fees in connection with closing (all of which costs will be paid for by Seller). The foregoing two percent (2.0%) closing charge is based on the assumption that documentary stamp taxes on the special warranty deed will be, at closing, at the rate of $.70 for each $100.00 of Purchase Price, and that the cost of title insurance will be based, at closing, on the minimum rates promulgated by the Florida Insurance Commissioner as of July 1, 1999. In the event of changes in either or both of the foregoing, appropriate additional charges (in the case of increases) or credits (in the case of decreases) will be paid by or credited to Buyer at closing.

b. Loan fees, closing costs, escrows, appraisals, credit fees, lender's title insurance premiums and endorsements, prepayments and all other expenses charged by any lender giving Buyer a mortgage, if applicable. The amount of these charges is now unknown. Seller's title agent will provide simultaneous mortgage title services for $475.00 plus endorsements required by lender.

c. An initial contribution to the Association equal to two (2) times the regular monthly assessment for the Residence shall be due at closing of the Condominium. This contribution is in addition to the regular monthly assessment for the Residence and is non-refundable to the Buyer. This charge will be in the amount shown in paragraph 1 of this Agreement.

d. A charge of $150.00 for a computer update and re-certification of title to the Residence.

e. The late funding charges specified in paragraphs 1, 3 and 10, if applicable. The amount of this charge is now unknown.

Current expenses of the Residence (for example, taxes, rentals and governmental assessments and current monthly assessments of the Association) will be adjusted between Buyer and Seller at closing as described in the closing statement. If taxes for the year of closing are

- 8 -

Buyers Initials _W H_

Sellers Initials _____

assessed on the Condominium as a whole, Buyer shall pay Seller in the form of an addition to the purchase price, at closing, the Residence's allocable share of those taxes (as estimated by Seller and subject to reproration when the actual tax bill is available) for the Residence from the date of closing through the end of the applicable calendar year of closing. If taxes for the year of closing are assessed on a Residence-by-Residence basis, Buyer and Seller shall prorate taxes as of the closing date based upon the actual tax bill, if available, or a reasonable estimate by Seller, if not available, with Buyer responsible for paying the amount of the tax bill and Seller granting Buyer a credit against the purchase price for Seller's prorated share of those taxes. Buyer agrees that any proration based on an estimate of the current year's taxes shall be subject to proration upon request of either party after receipt of the actual tax bill. This subparagraph shall survive (continue to be effective after) closing.

10.   **Adjustments with the Association**.  Buyer understands that Seller will have to advance money to the Association to permit it to pay for certain of its initial expenses (for example, but without limitation, insurance premiums, Common Element utility charges and deposits, permit and license fees, charges for elevator and other service contracts, salaries of Association employees, and other similar expenses).  Seller is entitled to be reimbursed by the Association for all of these sums advanced by it.  The Association may reimburse Seller out of assessments paid by Buyer and other Residence owners as those assessments are collected at a later date, or by way of a credit against any obligation Seller may have to pay to the Association, at Seller's election.

11.   **Default**:  If Buyer fails to perform any of Buyer's obligations under this Agreement (including making scheduled deposits and other payments) Buyer will be in "default".  If Buyer is still in default ten (10) days after Seller sends Buyer written notice thereof, Seller shall be entitled to the remedies provided herein.  **If, however,  Buyer's default is in failing to close on the scheduled date, after receipt of written notice as provided herein, then Seller, at its option, can cancel this Agreement without giving Buyer any prior (or subsequent) notification or opportunity to close at a later date.**

Upon Buyer's default (and the expiration of any grace period to cure said default, if applicable), all Buyer's rights under this Agreement will end and Seller can resell the Residence without any accounting to Buyer. Buyer understands that because Seller has taken the Residence off the market for Buyer, has spent money on sales, advertising, promotion and construction and has incurred other costs incident to this sale, Buyer's default will damage Seller. As compensation for this damage, in the event Seller cancels this Agreement because of Buyer's default, Buyer authorizes Seller to keep (or if not then paid by Buyer, Buyer will pay to Seller) all deposits and other pre-closing advance payments (including, without limitation, those on options, extras, upgrades and the like) Buyer has then made (and which would have been required to have been made had Buyer not defaulted) and all interest which was, or would have been, earned on them, all as liquidated damages (and not as a penalty).  Buyer and Seller agree to this because there is no other precise method of determining Seller's damages.  Alternatively, Seller will have the right to specifically enforce this Agreement, but will not sue Buyer for any other damages. If Buyer defaults, Buyer promises not to sue for the return of any part of his deposits or other payments. Any damage or loss that occurs to the Property while Buyer is in default will not affect Seller's right to liquidated damages. The remedies afforded Seller in this paragraph as a result of a default by Buyer constitute Seller's sole and exclusive remedies.

Buyers Initials _WH_     _Wm CR_

Sellers Initials _____

If Seller defaults under this Agreement, Buyer will give Seller ten (10) days written notice of such default and if Seller has not remedied the default within such period, Buyer will have the right to terminate this Agreement and receive a refund of the Deposit plus accrued interest or, at Buyer's option, Buyer shall have the right to proceed in an action for specific performance or damages based upon such default. Notwithstanding the foregoing, if the default alleged by Buyer is Seller's breach of the two (2) year construction obligation set forth in Paragraph 7 above, Seller shall not be entitled to the curative period described herein to the extent that same would be deemed to extend Seller's completion obligation in a manner which would not be permitted if the exemption of this transaction from the Interstate Land Sales Full Disclosure Act pursuant to 15 U.S.C. Section 1702(a)(2) applies to this transaction.

This paragraph will survive (continue to be effective after) closing.

12.   **Construction.**   Specifications.   The Residence and the Condominium are constructed in substantial accordance with the plans and specifications therefor kept in Seller's construction office, as such plans and specifications are amended from time to time.  Seller made such changes in the plans and specifications that it reasonably deemed appropriate at any time, to accommodate in the field construction needs in response to recommendations or requirements of local, state or federal governmental or quasi-governmental agencies or applicable utility and/or insurance providers, and Buyer agrees that any changes made in accordance with the foregoing shall not be deemed material in any manner which is adverse to the offering of the Residence so long as such changes do not materially affect the layout or value of the Residence).  Such plans and specifications, as they are so amended, are referred to in this Agreement as "Seller's Plans and Specifications".  Without limiting Seller's general right to make changes, Buyer specifically agrees that the changes described above and changes in the dimensions of rooms, columns, patios and balconies, in the location of windows, doors, walls, partitions, utility (including, but not limited to, television and telephone) lead-ins and outlets, air-conditioning equipment, ducts and components, lighting fixtures and electric panel boxes, and in the general layout of the Residence and Condominium, may be made by Seller in its reasonable discretion and that such changes shall not be deemed materially adverse to Buyer (so long as such changes do not materially affect the layout or value of the Residence).  Seller agrees to give Buyer written notice of such changes and, if such changes are not mandated by governmental authority and materially affect the layout or value of the Residence (in Buyer's reasonable judgment), Buyer shall have the right to approve such changes. Buyer agrees to provide Buyer's written approval or disapproval within five (5) days after receipt of written notice of such change or such change shall be deemed to be irrevocably approved by Buyer. Buyer acknowledges and agrees that Seller shall have the right to substitute construction items of equal or greater value and quality for those shown in Seller's Plans and Specifications if Seller reasonably deems such substitution to be necessary or advisable.   In furtherance of the understanding and agreement stated above, Buyer acknowledges and agrees that it is a widely observed construction industry practice for pre-construction plans and specifications for any Residence or building to be changed and adjusted from time to time in order to accommodate ongoing, "in the field" construction needs.  These changes and adjustments are essential in order to permit all components of the Residence and the building to be integrated into a well-functioning and aesthetically pleasing product in an expeditious manner.   Because of the foregoing, Buyer acknowledges and agrees that it is to Buyer's benefit to allow Seller the flexibility to make such changes in the Residence and the Condominium.  Buyer further acknowledges and agrees that (i) the plans and specifications for the Residence and the Condominium on file with the applicable

Buyers Initials _WH_   _JnCR_

Sellers Initials _____

governmental authorities may not, initially, be identical in detail to Seller's Plans and Specifications, and (ii) because of the day-to-day nature of the changes described in this paragraph 13, the plans and specifications on file with applicable governmental authorities may not include some or any of these changes (there being no legal requirement to file all changes with such authorities). As a result of the foregoing, Buyer and Seller both acknowledge and agree: **The Residence and the Condominium may not be constructed in strict accordance with the plans and specifications on file with applicable governmental authorities.   Without limiting the generality of paragraph 29, Seller disclaims and Buyer waives any and all express or implied warranties that construction will be accomplished in strict compliance with such plans and specifications. Seller has not given and Buyer has not relied on or bargained for any such warranties.**

Buyer hereby acknowledges and agrees that sound transmission in a mid-rise building such as the Condominium is very difficult to control, and that noises from adjoining or nearby Residences and or mechanical equipment can often be heard in other Residences.  Without limiting the generality of paragraph 29, Seller does not make any representation or warranty as to the level of sound transmission between and among Residences and the other portions of the Condominium Property, and Buyer hereby waives and expressly releases any such warranty and claim for loss or damages resulting from sound transmission.

Buyer further agrees and understands that trees and landscaping which are located on portions of the Condominium Property may be removed or relocated to accommodate construction. Seller does not guarantee the survival of any trees and landscaping which are left or planted on any portion of the Condominium Property.

In addition to the foregoing, Buyer acknowledges and agrees that construction of any additional buildings (and/or improvements on neighboring properties) may affect views from portions of the Improvements and that Seller does not guarantee, warrant or otherwise assure, and expressly disclaims, any right to view and/or natural light.

In consideration for Buyer's execution of this Agreement, Seller warrants and represents to Buyer that the Condominium and Residence will be constructed in substantial compliance with all applicable governmental laws, rules, regulations or ordinances of governmental entities having jurisdiction over  the Condominium and Residence so that the Condominium and Residence can be used and occupied as intended.

The agreements and waivers of Buyer contained in this paragraph will survive (continue to be effective after) closing.

13.     **Certain Items and Materials**.  Buyer understands and agrees that certain items such as the following, which may be seen in models (if any) or in illustrations, are not included with the sale of the Residence: wall coverings (including paint other than base primer), accent light fixtures, wall ornaments, drapes, blinds, furniture, knickknacks and other decorator accessories, lamps, mirrors, graphics, pictures, plants, wall-hung shelves, wet bars, intercoms, kitchen accessories, linens, window shades, certain built-in fixtures, fans, high hats, wood floors, chair rails, carpets or other floor coverings and colors, wood trim, other upgraded items, balcony treatments (except for the tile flooring which is provided), barbecues, planters, window screens, landscaping and any other items of this nature.  This list of items (which is not all-inclusive) is provided as an illustration of

- 11 -

Buyers Initials _WH_  _Van CR_

Sellers Initials _____

the type of items built-in or placed upon the models (if any) or shown in illustrations strictly for the purpose of decoration and example only. Items such as these will not be included in the Residence unless specifically provided for in a Rider or Schedule to this Agreement signed by both Buyer and Seller. Certain of these items may not even be available. There is no obligation for Seller to provide models or sales displays, but if so provided, the foregoing disclaimers will apply.

Buyer further understands and agrees that certain items such as tile, cabinets, wood, grout, wall and ceiling textures, marble and mica are subject to size and color variations, grain and quality variations, and may vary in accordance with availability and changes by manufacturer from those shown in the models or in illustrations or included in Seller's Plans and Specifications or in the Residence Finish Schedule Exhibit "E". If circumstances arise which, in Seller's opinion, warrant changes of suppliers, manufacturers, brand names or items, Seller may substitute equipment, material, appliances, etc., with items which in Seller's reasonable opinion are of equal or better quality (regardless of cost). Buyer recognizes that certain colors as shown in sales displays or in the models, including, but not limited to, paint and wood stain, will weather and fade and may not be duplicated precisely. Should Seller elect to make substitutions as provided herein, Seller shall notify Buyer in writing of such substitutions and Buyer shall have the right, exercised in writing delivered to Seller, to receive a credit against the purchase price for the value of the substituted material at closing. If Buyer does not elect to receive a credit for the change within five (5) days after receipt of notice of the change from Seller, Buyer shall be deemed to have irrevocably agreed to such change.

The agreements and waivers of Buyer contained in this paragraph will survive (continue to be effective after) closing.

Buyer understands and agrees that, except as provided herein, the Residence is constructed in substantial compliance with the floor plans attached hereto ("Buyer's Floor Plans") subject to Seller's obligation for work required by the Residence Finish Schedule; Exhibit "E" not yet completed.

It is understood that the Seller shall provide and be obligated to complete only the items set forth on the Residence Finish Schedule as set forth on Exhibit "E" hereto. All other construction will be at the sole cost and expense of the Buyer and such work shall be completed subsequent to closing of the Residence.

All work will require a building permit to be issued by the City of Boynton Beach and all contractors or subcontractors must be licensed to do business in Palm Beach County, Florida and the City of Boynton Beach. In addition, all contractors must provide certificates of Insurance with coverage acceptable to the Association.

Upon substantial completion of the Residence as provided in Exhibit "C", Seller will obtain a temporary Certificate of Occupancy, which will be issued by the City of Boynton Beach, Florida. Buyer will be obligated to close upon substantial completion of the Residence.

14. **Litigation**. The prevailing party in any suit or other proceeding brought by either of Buyer or Seller with respect to this Agreement, will be entitled to recovery of its reasonable attorneys' fees and costs incurred in such suit or proceeding or in any appeal thereof. Without

- 12 -

Buyers Initials _WH_  _Don Ch_
Sellers Initials _____

limiting the generality of paragraph 32 of this Agreement, this paragraph 14 will survive (continue to be effective after) any termination or cancellation of this Agreement prior to closing.

15. **Condominium Association and Community Development District Fees and Assessments.** Buyer understands that the Estimated Operating Budget of the Condominium Association (the "Budget") provides only an estimate of what it will cost to run the Association during the period of time stated in the Budget. The Budget is not guaranteed to be an accurate prediction of the expenditures required of the Association, and, as such, is subject to change at any time and from time to time to reflect actual and projected expenditures or changes in assumptions. These changes may occur before or after closing, but will not affect any of Buyer's obligations under this Agreement.

The Buyers understands that the Master Association is responsible for maintaining certain portions the Common Areas of Renaissance Commons but the Master Association will have no responsibility for maintaining any of the Condominium Property, which responsibility shall be solely that of the Association. Villa Lago, A condominium will be required to be a member of the Master Association. Villa Lago Condominium Association, Inc. will be responsible for paying assessments to the Master Association pursuant to the terms of the Master Declaration and each Unit is subject to restrictions and lien rights as set forth in the Master Declaration. The current assessment due the Master Association is estimated to be $124 per Unit per year and will be included in the monthly maintenance for the Condominium. The assessment is subject to change as provided in the Master Declaration. All such assessments due the Master Association are included in the Estimated Operating Budget of the Association which is included in schedule "3" of the Prospectus.

Each Unit within Villa Lago, A Condominium, is located within a Community Development District, the Renaissance Commons Community Development District. The Community Development District is responsible for debt service and the expense of operation and maintenance of certain public facilities within Renaissance Commons, including, but not limited to, public roadways, sewers, lakes, and drainage facilities. It is presently estimated that the annual debt service charge for a one bedroom unit will be approximately $660, for a two bedroom unit will be approximately $720, and for a three bedroom unit will be approximately $840. The debt service charge will appear on a Unit owner's property tax bill. It is presently estimated that the annual operations and maintenance charge for the Community Development District for a one bedroom unit will be approximately $208, for a two bedroom unit will be approximately $315, and for a three bedroom unit will be approximately $371. The operations and maintenance charge is part of your monthly condominium fee and will be forwarded to the Renaissance Commons Community Development District by the Association. It is anticipated that the operations and maintenance portions will increase over time.

It is intended that the Seller, as the sole Residence Owner upon the formation of the Condominium, will elect not to provide any reserves for the initial year of the Association. Thereafter, on an annual basis, a majority of the Association's members may vote to continue not to provide any reserves. If an election is in fact made to waive reserves, the assessments per Residence will be as set forth in the Estimated Operating Budget as "Maintenance Fee per Residence - Without Reserves". If no such election is made, the assessments per Residence will be as set forth in the Estimated Operating Budget as "Maintenance Fee per Residence", With Reserves". The provisions

- 13 -

Buyers Initials _WH_

Sellers Initials _____

of this paragraph 15 will survive (continue to be effective after) closing. **Buyer acknowledges that the Budget and estimate of reserves are based upon future costs and events and Seller makes no representation as to the accuracy and completeness thereof. Seller warrants and represents to Buyer that during the time Seller is in control of the Association, the Association will be operated in substantial compliance with all material governmental laws, rules and regulations governing the Association.**

16. **Condominium Association.** This Agreement is also Buyer's application for membership in the Condominium Association. Buyer understands that his membership will take effect at closing. At that time, Buyer agrees to accept the liabilities and obligations of membership. In the event Buyer is not approved for membership in the Association, Buyer may terminate this Agreement by written notice to Seller and receive a refund of all Deposits, interest earned thereon and amounts prepaid for construction of the Residence.

17. **Use of the Remaining Property.** As long as Seller owns at least one Residence in the Condominium, it may keep construction, management and sales offices and model Residences within the Condominium Property (including on the common elements). Seller's salespeople may show Residences, erect advertising signs and do whatever else is necessary and helpful for sales, leasing or management. In addition to the foregoing, Seller, other builders and their affiliates, contractors, subcontractors, licensees and designees may conduct such construction and other activities in or around the Condominium as are deemed necessary or appropriate in the sole discretion of the party conducting such activities. Without limiting the generality of the foregoing, and as a material inducement to Seller to enter into this Agreement, **Buyer acknowledges and agrees that Seller and/or the other parties described above will be conducting construction and other activities within or around the Condominium, both before and after Buyer closes under this agreement. Buyer recognizes Seller's rights and their rights to do so and will not (i) deem any of these activities to be nuisances or noxious or offensive activities, and (ii) enter or allow any others under Buyer's control to enter any areas where such activities are being conducted (even when they have temporarily ceased, such as during non-working hours).** The provisions of this paragraph 17 will survive (continue to be effective after) closing.

18. **Sales Commissions.** Seller will pay all sales commissions due any in-house sales personnel Seller has employed. By signing this Agreement, Buyer is representing and warranting to Seller that Buyer has not consulted or dealt with any broker, salesperson, agent or finder other than Seller's sales personnel, nor has the sale been procured by any real estate broker, salesperson, agent or finder other than Seller's sales personnel except _____ of _____ who will be paid a real estate commission by Seller pursuant to a separate agreement. Buyer will indemnify and hold Seller harmless for and from any such person or company claiming otherwise. Buyer's indemnity and agreement to hold Seller harmless includes, without limitation, Buyer's obligation to pay or reimburse Seller for all commissions, damages and other sums for which Seller may be held liable and all attorneys' fees and court costs actually incurred by Seller (including those for appeals), regardless of whether a lawsuit(s) is actually brought or whether Seller ultimately wins or loses.

Buyer understands and agrees that Seller's in-house sales personnel are agents of Seller only (and are not Buyer's agents and/or dual agents). As Seller's agents, they owe the following duties: (i) to Seller, a fiduciary duty to represent the interests of, and use utmost care, integrity, honesty and

Buyers Initials _WH_

Sellers Initials

loyalty to, Seller, and (ii) to both Buyer and Seller, the duty to diligently exercise reasonable skill and care in performance of the agent's duties, a duty of honesty and fair dealing and good faith, and a duty to disclose all facts known to the agent materially affecting the value or desirability of property that are not known to, or within the diligent attention and observation of the parties. Seller's agents are not obligated to reveal to either party any confidential information obtained from the other party which does not involve the affirmative duties of the agent(s) set forth in this paragraph.

This paragraph will survive (continue to be effective after) closing.

19.   **Notices**.  Whenever Buyer is required or desires to give notice to Seller, the notice must be in writing and it must be sent certified mail, postage prepaid, with a return receipt requested to Seller at 980 North Federal Highway, Suite 200, Boca Raton, FL  33432, Attn: Mr. James Comparato.

Unless this Agreement states other methods of giving notices, whenever Seller is required or to notify Buyer, the notice must be given in writing either by certified mail return receipt requested, messenger, hand delivery or by a national overnight delivery (i.e., Federal Express, Express Mail, Purolator, etc.) to the address for Buyer given on Page 1 with return receipt.

A change of address notice is effective when it is received. All other written notices are effective on the day they are received, unless receipt is refused or returned as undeliverable.

20.   **Assignment of Agreement**.  Notwithstanding anything to the contrary contained herein, Buyer may assign this Agreement to a third party prior to closing subject to the following conditions.

a.      The Assignee agrees to assume all of the obligations of Buyer and agrees to execute a counterpart of the Agreement For Sale and deliver same to Seller.

b.      Assignor agrees to remain liable for all obligations under the Agreement for Sale, including the obligation to close on the Unit.

c.      Assignor Agrees to pay Seller a non-refundable assignment fee of Five Thousand Dollars ($5,000) upon execution of the assignment agreement.

*BUYER MAY ADD FATHER, WILLIAM RICHOUT TO CONTRACT WITHOUT INCURRING 5,000 FEE.*

d.      Seller will refund to the original Buyer/Assignor the Buyer's Deposit only upon the execution by the new Buyer/Assignee of a new Agreement for Sale and the clearance of any rescission period applicable to the new Agreement for Sale under Florida Law and the clearance of any check provided to Seller as Assignee's Deposit.

**BUYER SHALL NOT, PRIOR TO CLOSING ON TITLE TO THE RESIDENCE, LIST THE RESIDENCE FOR RESALE WITH A BROKER, ALLOW THE RESIDENCE TO BE LISTED ON THE MULTIPLE LISTING SERVICE FOR RESALE, OR ADVERTISE THE RESIDENCE IN ANY PUBLICATION, MAILING, ELECTRONIC TRANSMISSION, WEBSITE, OR OTHER MEDIUM.  SUCH CONDUCT SHALL CONSTITUTE A DEFAULT BY BUYER.**

21.   **Others Bound by this Agreement**.  If Buyer dies or in any way loses legal control

- 15 -

Buyers Initials _WH_

Sellers Initials _____

of his affairs, this Agreement will bind his heirs and personal representatives. If Buyer has received permission to assign or transfer his interest in this Agreement, this Agreement will bind anyone receiving his interest. If Buyer is a corporation or other business entity, this Agreement will bind any successor corporation or entity. If more than one person signs this Agreement as buyer, each will be jointly and severally liable for full performance of all Buyer's duties and obligations under it and Seller can enforce this Agreement against each or either Buyer as individuals or together.

22.  **Public Records**.  Buyer authorizes Seller to record the documents needed to establish, service and operate the Condominium and to comply with the requirements of governmental entities having jurisdiction over the Condominium in the Public Records of Palm Beach County, Florida.

23.  **Resale of Unit**.  For a period of five years after the Buyer takes ownership of the Unit, if the Buyer desires to resell the Unit during that five-year period, the Buyer is required to use Renaissance Commons Realty, Inc. if the Buyer uses the services of a real estate brokerage firm in the sale of the Unit.  Buyer's obligation to use Renaissance Commons Realty, Inc. is conditioned on Renaissance Commons Realty Inc.'s providing terms and conditions of brokerage on terms at least as favorable as those that are generally available from real estate brokerage firms within the City of Boynton Beach.

24.  **Buyer's Right to Cancel**.  THIS AGREEMENT IS VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 15 DAYS AFTER THE DATE OF EXECUTION OF THIS AGREEMENT BY THE BUYER, AND RECEIPT BY BUYER OF ALL OF THE ITEMS REQUIRED TO BE DELIVERED TO HIM BY THE DEVELOPER UNDER SECTION 718.503, FLORIDA STATUTES. THIS AGREEMENT IS ALSO VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 15 DAYS AFTER THE DATE OF RECEIPT FROM THE DEVELOPER OF ANY AMENDMENT WHICH MATERIALLY ALTERS OR MODIFIES THE OFFERING IN A MANNER THAT IS ADVERSE TO THE BUYER. ANY PURPORTED WAIVER OF THESE VOIDABILITY RIGHTS SHALL BE OF NO EFFECT. BUYER MAY EXTEND THE TIME FOR CLOSING FOR A PERIOD OF NOT MORE THAN 15 DAYS AFTER THE BUYER HAS RECEIVED ALL OF THE ITEMS REQUIRED. BUYER'S RIGHT TO VOID THIS AGREEMENT SHALL TERMINATE AT CLOSING.

If Buyer does not cancel this Agreement during this 15-day period it means that Buyer ratifies this Agreement and the Condominium Documents and Buyer agrees that their provisions are fair and reasonable in Buyer's opinion.

25.  **Florida Law; Severability; Interstate Land Sales Exemption**.  Any disputes that develop under this Agreement will be settled according to Florida law. If any part of this Agreement violates a provision of applicable law, the applicable law will control.  In such case, however, the rest of the Agreement (not in violation) will remain in force.

Without limiting the generality of the foregoing, it is Buyer's and Seller's mutual desire and intention that all provisions of this Agreement be given full effect and be enforceable strictly in accordance with its terms. If, however, any part of this Agreement is not enforceable in accordance

- 16 -

Buyers Initials
Sellers Initials

with its terms or would render other parts of this Agreement or this Agreement in its entirety, unenforceable, the unenforceable part or parts are to be judicially modified, if at all possible, to come as close as possible to the expressed intent of such part or parts (and still be enforceable without jeopardy to other parts of this Agreement, or this Agreement in its entirely), and then are to be enforced as so modified. If the unenforceable part or parts cannot be so modified, such part or parts will be unenforceable and considered null and void in order that the mutual paramount goal (that this Agreement is to be enforced to the maximum extent possible strictly in accordance with its terms) can be achieved.

Seller's obligation to perform pursuant to this Agreement may be nullified without penalty or modified without consideration by circumstances beyond Seller's control, such as acts of God, war, civil unrest, imposition by a governmental authority of a moratorium upon construction of the Unit or the providing of utilities or services which are essential to such construction, casualty losses or material shortages or any other grounds cognizable in Florida contract law as impossibility or frustration of performance, including, without limitation, delays or destruction of the property occasioned by wind, rain, lighting and storms. It is the intention of the parties that this sale and purchase shall qualify for the exemption provided by 15 U.S.C. Section 1702(a)(2), and nothing contained in this Agreement shall be construed or operate, as to any obligations of Seller or Buyer, in a manner which would render the exemption inapplicable.

Without limiting the generality of the foregoing, if the mere inclusion in this Agreement of language granting to Seller certain rights and powers, or waiving or limiting any of Buyer's rights or powers or Seller's obligations (which otherwise would be applicable in the absence of such language), results in a final conclusion (after giving effect to the above judicial modification, if possible) that Buyer has the right to cancel this Agreement and receive a refund of his deposits, such offending rights, powers, limitations and/or waivers shall be struck, canceled, rendered unenforceable, ineffective and null and void. Under no circumstances shall either Buyer or Seller have the right to cancel this Agreement solely by reason of the inclusion of certain language in this Agreement (other than language which is intended specifically to create such a cancellation right).

26.   **Changes**.  Seller may make changes in the Condominium Documents in its sole discretion by providing Buyer with all such amendments that are made, provided that, as to these changes, Buyer will have fifteen (15) days from the date of receipt of such changes from Seller which materially alter or modify the offering of the Condominium in a manner adverse to Buyer in which to cancel this Agreement (by delivering written notice to Seller of such cancellation) and receive a refund of any deposits with applicable interest. Seller will be relieved of all obligations under this Agreement when Seller refunds the deposits and interest. Buyer will not be permitted to prevent Seller from making any change it wishes in its sole discretion, nor to pursue any remedy other than the 15-day cancellation remedy described above (and then only for the kind of changes that materially alter or modify the offering in a manner that is adverse to Buyer).

If Buyer has the right to cancel this Agreement by reason of a change which materially alters or modifies the offering of the Condominium in a manner adverse to Buyer, Buyer's failure to request cancellation in writing within the 15-day period will mean that Buyer accepts the change and waives irrevocably his right so to cancel. All rights of cancellation will terminate, if not sooner, then absolutely at closing.  After closing, Buyer will have no remedy for any changes Seller may make or have made.

Buyers Initials

Sellers Initials

Without limiting the generality of the foregoing and other provisions of this Agreement. Seller is specifically authorized to: (a) substitute the final legal descriptions and as-built surveys for the proposed legal descriptions and plot plans contained in the Condominium Documents even though changes occur in the permitting stage and during construction, and/or (b) combine and/or subdivide Residences prior to the recordation of the Declaration (and incorporate divider wall common elements in any such combination of Residences or add common element divider walls in any such subdivision), provided that the percentage share of ownership of common elements of any Residence not affected in the combination or subdivision is not affected. Such substitution, combination, subdivision, addition and/or determination shall not be deemed to be either material or adverse.

The provisions of this paragraph 26 will survive (continue to be effective after) closing.

27.   **Time of Essence**.  The performance of all obligations on the precise times stated in this Agreement is of absolute importance and failure to so perform on time is a default, time being of the essence.

28.   **Disclaimer of Implied Warranties**.  All manufacturers' warranties will be passed through to Buyer at closing and all items covered by manufacturers' warranties are expressly not warranted by Seller.  At closing, Buyer will receive the statutory warranties imposed by the Florida Condominium Act.

**To the maximum extent lawful, all implied warranties of fitness for a particular purpose, merchantability and habitability, all warranties imposed by statute (except only those imposed by the Florida Condominium Act to the extent they cannot be disclaimed and to the extent they have not expired by their terms) and all other implied or express warranties of any kind or character are specifically disclaimed.  Seller has not given and Buyer has not relied on or bargained for any such warranties, either with respect to any portion of the Condominium Property and/or Villa Lago Project.**

**As to any implied warranty which cannot be disclaimed entirely, all secondary, incidental and consequential damages are specifically excluded and disclaimed (claims for such secondary, incidental and consequential damages being clearly unavailable in the case of Implied warranties which are disclaimed entirely above).**

**If the Buyer undertakes structural alteration or replacement of components of the Residence, even with consent of the Seller and/or Condominium Association, then the Buyer hereby agrees that he has waived and relinquished any claim for breech of an implied or statutory warranty for fitness for a particular purpose, merchantability and habitability pertaining to the component of the Residence or Limited Common element altered or replaced by the Buyer.**

This paragraph will survive (continue to be effective after) closing and shall not be merged with the delivery of the title at closing.

29.   **Return of Condominium Documents**.  If this Agreement is canceled for any

- 18 -

Buyers Initials   W H

Sellers Initials

reason, Buyer will return to Seller all of the Condominium Documents delivered to him in the same condition received, reasonable wear and tear excepted.

30. **Waiver; Recording**. Seller's waiver of any of its rights or remedies (which can only occur if Seller waives any right or remedy in writing) will not waive any other of Seller's rights or remedies or prevent Seller from later enforcing all of Seller's rights and remedies under other circumstances. Neither this Agreement, nor any notice or memorandum hereof (nor any lis pendens), may be recorded.

31. **Survival**. Only those provisions and disclaimers in this Agreement which specifically state that they are intended to have effect after closing will continue to be effective after (survive) closing and delivery of the deed. All other provisions of the Agreement shall be deemed either performed or waived at closing, and shall be deemed to have merged into the deed.

32. **Inducement**. Buyer acknowledges that the primary inducement for him to purchase under this Agreement is the Residence itself, and not the recreational amenities and other Common Elements.

33. **Substantial Completion**. Whenever this Agreement requires Seller to complete or substantially complete an item of construction, that item will be understood to be complete or substantially complete when so complete or substantially completed in accordance with the schedule of completion attached hereto as Exhibit "C". Other Residences (and other portions of the building) may not necessarily be so complete and useable.

34. **State and County Disclosures**. Under the laws of the State of Florida, Buyer is hereby advised that **radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit. The foregoing notice is provided in order to comply with state law and is for informational purposes only.** Seller does not conduct radon testing with respect to the Residences or the Condominium, and specifically disclaims any and all representations or warranties as to the absence of radon gas or radon producing conditions in connection with the Condominium.

35. **Incorporation; Definitions**. The explanations, definitions, disclaimers and other provisions set forth in the Condominium Documents are incorporated into this Agreement as if repeated at length here. When the words "this Agreement" are used, they shall include in their meaning all modifications, riders and addenda to it signed by Buyer and Seller.

36. **Construction**. This Agreement shall be governed by, and construed and enforced in accordance with the laws of the State of Florida. All of the parties to this Agreement have participated fully in the negotiation and preparation hereof, and, accordingly, the Agreement shall not be more strictly construed against any one of the parties hereto. In construing this Agreement, the singular shall be held to include the plural, the plural shall be held to include the singular and the use of any gender shall be held to include every other gender.

- 19 -

Buyers Initials

Sellers Initials

37.    **Seller's Opinion/Discretion**.  Except as specifically provided to the contrary in this Agreement, wherever this Agreement requires or permits Seller's opinion or discretion (or words of similar import) to govern any matter, Seller will not be permitted, for purposes of this Agreement, to form an opinion which is entirely unreasonable, nor to exercise its discretion in an entirely unreasonable manner.    However, if any such opinion or exercise of discretion is not entirely unreasonable, it will control for purposes of this Agreement.  Without limiting the generality of the foregoing, wherever this Agreement specifically permits Seller to act in its <u>sole</u> discretion or to make a decision which may be unreasonable (or words of similar import), Seller's actions or decisions with respect to such matters will control for purposes of this Agreement even if unreasonable.

38.    **Negotiation**.  Buyer acknowledges that the negotiation of this Agreement and all discussions with Seller and its agents regarding the sale of the Residence were conducted in the English language. Buyer also acknowledges that (a) Seller has clearly disclosed to Buyer his right to cancel this Agreement for any reason whatsoever (including any dissatisfaction with the provisions of this Agreement or the Condominium Documents) within fifteen (15) days following the execution of this agreement and the delivery of the documents, (b) that although Seller's sales agents are not authorized to change the form of this Agreement, they have strict instructions from Seller to communicate any of Buyer's requests for changes to Seller's management, which has given Buyer the opportunity to discuss and negotiate such changes.  In light of the foregoing, subject to Buyer's right to reconsider and cancel this Agreement within the fifteen (15) day period described elsewhere in this Agreement,  Buyer's decision to sign this agreement now is totally free and voluntary and if Buyer fails to exercise his right to cancel as stated above, that will mean that he acknowledges and accepts all of the provisions of the Agreement and the Condominium Documents as fair, reasonable, negotiated, discussed and explained to his satisfaction. This Agreement for Sale supersedes all prior negotiations and agreements with respect to the Unit, whether verbal or written, including but not limited to, any Reservation Agreement and any sales or marketing materials. Each party agrees that any prior agreements are hereby canceled and each party hereby waives all claims against the other with respect to any such prior agreements. Furthermore, notwithstanding the fact that the form of this Agreement has been drafted, initially, by Seller, because this Agreement is a negotiated at arm's length agreement, the principle of contract interpretation which would result in any ambiguity being construed against the draftsman shall not, and is not intended, to apply.

39.    **Entire Agreement**.  This Agreement is the entire contract for sale and purchase of the Residence and once it is signed, it can only be amended by a written instrument signed by both Buyer and Seller which specifically states that it is amending this Agreement.  **Any current or prior agreements, representations, understandings or oral statements of sales representatives or others, if not expressed in this Agreement, the Condominium Documents or in brochures for the Condominium, are void and have no effect, and Buyer acknowledges and agrees that he has not relied on them.**

40.    **Additional Disclosures**.

**Notice of Consumer Rights Under the Construction Industries Recovery Fund Pursuant to Section 489.1425, Florida Statutes.  PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A**

Buyers Initials

Sellers Initials

PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE TELEPHONE NUMBER AND ADDRESS: 7690 ARLINGTON EXPRESSWAY, SUITE 300, JACKSONVILLE, FLORIDA 32211, PHONE (904) 359-6310.

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE THE CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW, AND FAILURE TO FOLLOW THEM MAY AFFECT YOUR ABILITY TO FILE A LAWSUIT.

   41.   **Note.** Before buyer signs this Agreement, buyer should read it and the Condominium documents carefully. Buyer is advised that this Agreement contains references to certain closing cost (paragraphs 8 & 9) information regarding selling agents (paragraph 18) strict limitations on Buyer's rights upon Seller's default (paragraph 11) disclaimers of warranty liability (paragraph 28) and the right of Seller to make changes in the offer made to Buyer (paragraph 26). Buyer is further advised that the Condominium Documents contain other important information, including, but not limited to, information regarding the schedule and other details for the turnover of control of the condominium association to unit owners other than the developer and the right to cancel certain contracts effecting the condominium association before control is transferred to unit owners other than the developer. Seek professional advice.

Buyers Initials
Sellers Initials

**SELLER**

RCR Holdings II, LLC,
a Florida Limited Liability Company

By: _(signature)_

Print Name: _(handwritten)_

Title:  Manager or Authorized Agent

Date: _1/26/05_

**ANY PAYMENT IN EXCESS OF TEN (10%) PERCENT OF THE PURCHASE PRICE MADE  TO THE DEVELOPER PRIOR TO CLOSING PURSUANT TO THIS CONTRACT MAY BE USED FOR CONSTRUCTION PURPOSES BY THE DEVELOPER.**

**THE RENAISSANCE COMMONS COMMUNITY DEVELOPMENT DISTRICT MAY IMPOSE AND LEVY TAXES OR ASSESSMENTS, OR BOTH TAXES AND ASSESSMENTS, ON THIS PROPERTY. THESE TAXES AND ASSESSMENTS PAY THE CONSTRUCTION, OPERATION, AND MAINTENANCE COSTS OF CERTAIN PUBLIC FACILITIES AND SERVICES OF THE DISTRICT AND ARE SET ANNUALLY BY THE GOVERNING BOARD OF THE DISTRICT. THESE TAXES AND ASSESSMENTS ARE IN ADDITION TO COUNTY AND OTHER LOCAL GOVERNMENTAL TAXES AND ASSESSMENTS AND ALL OTHER TAXES AND ASSESSMENTS PROVIDED FOR BY LAW.**

**BUYER**

Signature: _Wendy Hobbie_

Print Name: _Wendy Hobbie_

Date: _1-20-05_

Signature: _Wm. C. Richert_

Print Name: _Wm C. Richert_

Date: _1-26-05_

- 22 -

Buyers Initials _WH_ _WmCR_

Sellers Initials _(initials)_

<u>EXHIBIT "A"</u>
<u>EXCEPTIONS</u>

1.     Restrictions, conditions, reservations, easements, and other matters contained on the Plat of Motorola, as recorded in Plat Book 43, Pages 139, of the Public Records of Palm Beach County, Florida.   As affected by that certain Greenbelt Termination recorded in Official Records Book 15482, Page 601, of the Public Records of Palm Beach County, Florida.

2.     Easement to Florida Power and Light Company recorded in Official Records Book 3819, Page 1724, of the Public Records of Palm Beach County, Florida.

3.     Easement in favor of Mark L. Mendel and Joan D. Mendel, contained in instrument recorded June 4, 1993, in Official Records Book 7738, Page 1865, of the Public Records of Palm Beach County, Florida.

4.     Memorandum of Agreement between Motorola, Inc. And Nextel South Corp., as recorded in Official Records Book 10876, Page 816; refiled in Official Records Book 11099, Page 1789, of the Public Records of Palm Beach County, Florida.

5.     Easement in favor of Compson Associates of Boynton II, LLC, a Florida limited liability company, contained in instrument recorded July 7, 2003, in Official Records Book 15482, Page 627, of the Public Records of Palm Beach County, Florida.

6.     Drainage Easement in favor of Compson Associates of Boynton II, LLC, a Florida limited liability company, contained in instrument recorded July 7, 2003, in Official Records Book 15482, Page 614, of the Public Records of Palm Beach County, Florida.

7.     Easement in favor of Lake Worth Drainage District contained in instrument recorded July 8, 2002, in Official Records Book 13883, Page 396, of the Public Records of Palm Beach County, Florida.

9.     Permit Notice recorded in Official Records Book 16615, Page 1535 and 17669, Page 209, both of the Public Records of Palm Beach County, Florida.

10.     Master Declaration of Covenants, Conditions, Restrictions and Easements for Renaissance Commons,  recorded May 11, 2004, in Official Records Book 16940, Page 94, of the Public Records of Palm Beach County, Florida.

11.     Conditions contained in Instrument recorded in Official Records Book 7770, Page 598, of the Public Records of Palm Beach County, Florida.   As affected by

EXHIBIT "A" (continued
EXCEPTIONS

Assignment of First Right of Refusal recorded in Official Records Book 15931, Page 1612, of the Public Records of Palm Beach County, Florida.

12. Terms, provisions, covenants, liens, conditions and options contained and rights and easements established by the Declaration of Condominium of VILLA LAGO, a Condominium, and all exhibits attached thereto and recorded _____ _____, in Official Records Book _____, Page _____.   Such Declaration and/or Amendment(s) establishes and provides for easements, liens, charges, assessments, and option to purchase, a right of first refusal, and the prior approval of a future purchaser of occupant. (to be recorded).

13. Inclusion in the Renaissance Commons Community Development District.

14. Riparian and Littoral rights.

Buyer Initials _____
Seller Initials _____

## EXHIBIT "B"

**PURCHASER'S WALK-THROUGH**

_____                    _____
RESIDENCE NUMBER                              TELEPHONE NUMBER


_____
PURCHASER'S NAME

I/We hereby declare that in the company of
_____, the Seller's accredited
representative, I/We accept the property as to condition of the
Residence, other improvements, fixtures, and further we have
inspected the walls, electrical outlets and switches, TV outlets,
paint, tile, woodwork, countertops, and marble floors, and find
all to be in good condition, also the tub, vanity tops,
commodes(s), and shower stalls are in good order, decoration,
suitability and readiness for use as my (our) home; which I am
purchasing or intend to purchase, except for the following listed
items which will be corrected by Seller within a reasonable time
after settlement.

ALL ITEMS OF COMPLAINT HAVE BEEN LISTED BELOW, AND EXCEPT AS
LISTED BELOW, THE UNDERSIGNED FIND THESE PREMISES COMPLETED AND
SATISFACTORY AND HEREBY ACCEPT THE PROPERTY IN "AS IS" CONDITION.
PURSUANT TO THE TERMS AND CONDITIONS OF THE AGREEMENT OF SALE. NO
OFFSET DEDUCTION, OR ESCROW WILL BE TAKEN AT CLOSING BY THE
BUYER(S).


_____
DATE                        BUYERS SIGNATURE

1. _____

2. _____

3. _____

4. _____


Buyer's Initials _____

Seller's Initials _____

## EXHIBIT "C'

**SCHEDULE OF SUBSTANTIAL COMPLETION**

The Buyer (s) will be required to close upon substantial completion of the residence. The Seller will have achieved substantial completion of a residence when the following items are completed except for customary "punch-out" items:

1. Walls within the residence are constructed, drywall is finished, and walls are painted with one prime coat and one finished coat of Latex paint.

2. Casings and doors are hung and in place, painted, and hardware is installed.

3. Kitchen cabinets are installed and appliances are in place and operational.

4. Bathroom and kitchen floors are completed and plumbing fixtures installed and operational.

5. Terrace railings shall be installed.

6. Washer and dryer shall be installed.

7. Seller shall have received a temporary Certificate of Occupancy on the Residence.

8. Seller is <u>not</u> required to have all common elements completed in the building at the time of substantial completion of a residence.

Once the foregoing items are completed, except for customary punch-list items, the Buyer will be obligated to close on the residence. Should the purchaser elect to receive a credit for any of the above items, completion of deleted items will be excluded from the schedule of substantial completion as a responsibility of the Seller prior to closing.

Buyer's Initials _WH_

Seller's Initials _____

**EXHIBIT "D"**

## ASSIGNMENT OF USE OF PARKING SPACE

The undersigned has acquired Residence No. _1411_ in VILLA LAGO, A CONDOMINIUM, ("Residence") and has been assigned the use of the parking space(s) ("Parking Space(s)") described below in accordance with the Declaration of Condominium of VILLA LAGO, A CONDOMINIUM, recorded in Official Records Book _____, at Page _____, of the Public Records of Palm Beach County, Florida, ("Declaration").

NOW, THEREFORE, it is agreed as follows:

1. There is hereby assigned to the undersigned the use of Parking Space(s) Numbers _417_ and _____ effective herewith.

2. This Assignment of Use of Parking Spaces ("Assignment") is for the exclusive use of the Residence. The Parking Spaces shall be maintained, used and transferred solely in accordance with the provisions of the Declaration.

3. This Agreement shall be noted in the records maintained by VILLA LAGO CONDOMINIUM ASSOCIATION, for such purpose.

THIS ASSIGNMENT dated this _20th_ day of _JANUARY_, _2015_.

**Seller:**

RCR Holdings II, LLC

_____
Member or Authorized Agent

**BUYER**

Signature: _Wendy Hobbie_          Signature: _Wm. C. Richert_

Print Name: _Wendy Hobbie_         Print Name: _Wm C Richert_

Date: _1-20-05_                     Date: _1-26-05_

# Villa Lago
## at Renaissance Commons

### Color Selection Addendum EXHIBIT "F"

The following is a list of standard items provided as part of each residence at Villa Lago.  All Items are standard in the Residence.  NO CREDITS WILL BE GIVEN ON INTERIOR FINISHES.  Any work in excess of standard finish shall be done after closing of the residence as provided in the Agreement for Sale.  All Selections are FINAL 30 Days after contract signing.  NO EXCEPTIONS.

Residence # **1411**

| | Cherry Color | Maple Color | White | |
|---|---|---|---|---|
| Kitchen Cabinets | | ✓ | | |

| | Gold Himalaya | Golden Topaz | Gold Labrador | ITU Brown |
|---|---|---|---|---|
| Kitchen Granite | | | | ✓ |

| | Citron | Dijon | |
|---|---|---|---|
| Tile Selection (Kitchen, Baths, Foyer) | ✓ | | |

| | Suede Berber | White Oak Berber | Vanilla Pile | Suede Pile |
|---|---|---|---|---|
| Carpet (Throughout Residence) | | | | ✓ |

Approved and Accepted
Buyer(s)   *Wendy Hobbin*
*Wm. C. Reichert*

Date   *1-20-05*

The Buyer understands that the samples of Granite, tile and Kitchen Cabinets Color  may vary slightly and developer has no control over color variation.  The Buyer understand and accepts that the finishes He/she has chosen above were displayed in the sales center and has had an opportunity to review the basic colors to making these selections.

# .illa Lago

*Residence Finish Schedule*

## Exhibit "E"

The following is a list of standard items provided as part of each residence at Villa Lago. All items are standard in the Residence. NO CREDITS WILL BE GIVEN ON INTERIOR FINISHES.   Any work in excess of standard finish shall be done after closing of the residence as provided in the Agreement for Sale.

Purchaser shall be allowed to use a contractor (only after closing) of their choice subject to the rules and regulations of the Condominium and proper governmental permitting and inspection of said work.

| Items | Description | Specifications |
|---|---|---|
| **Floors** | | |
| Kitchen | Ceramic Tile | Choice of 2 colors offered by Developer |
| Bathrooms | Ceramic Tile | Choice of 2 colors offered by Developer |
| Terraces | Concrete Floors | Color choice by Developer |

*\* All hard surface floors must be installed with approved sound proofing material which specifications will be provided by separate letter.*

| | | |
|---|---|---|
| **Ceiling** | Light textured knockdown finish | Approximately 9' High |
| **Walls** | 1/2" Drywall with Light textured knockdown except Kitchens, Baths, Utility & Closets) | Textured Knockdown |
| **Paint** | Finished walls, ceiling, millwork | Latex ( 1 Coat of Primer & 1 Coat of Paint) |
| **Millwork** | Door casings - 3 1/2" | Paint grade |
| **Interior Doors** | **Entry**-(If applicable) 1 5/8" doors (paint grade) | Paint Grade |
| | **Interior**-1 5/8"  doors (paint grade) | Paint Grade |
| **Hardware** | | |
| Residence | Kwickset or Equal | Brushed Nickel |
| Entry | Kwickset or Equal | Brushed Nickel |
| Interior | Kwickset or Equal | Brushed Nickel |
| Trash, Storage & Stairwell | Schlage or Equal | Brushed Nickel |
| Mechanical & Electrical | Schlage or Equal | Brushed Nickel |
| **Windows/ Glass** | Impact resistant | Aluminum Frame System |
| **Exterior Doors** | Sliding Glass Doors | |
| Hardware | Product Approved & Tested With Above | Brushed Nickel |
| **Kitchen** | | |
| Cabinetry | Wood Doors | Choice of 3 colors Offered by Developer |
| Countertops | Granite with 4" Backsplash (where cabinets are above) | Choice of 4 colors Offered by Developer |
| Sink | (2) Compartment | Stainless |
| Disposal | Badger 5 or Equal | 1/2 Hp |
| Faucet | Single handle with pullout spray | Chrome |
| **Appliances** | | |
| Refrigerator / Freezer | PSC23SG or Equal | Stainless |
| Dishwasher | GSD3660 w/ GPF425B Cabinet Panel Kit  or Equal | Stainless |
| Oven | JTP20S or Equal | Stainless |
| Cook top | JP340B or Equal | Black |
| Microwave | JVM 1871S or Equal | Stainless / Black |
| **Master Bathroom only)** | | |
| Vanities | Cabinets | White |
| Countertops | Marble | Beige |
| Flooring | 18" x 18" Ceramic tile/ base | Choice of 2 colors offered by Developer |
| Sinks | Under mount | White |
| Faucets | New Millenium or Equal | Chrome |
| Shower Enclosure | Glass Enclosure (Where Applicable) | Clear |
| Shower Head | New Millenium or Equal | Chrome |
| Shower Volume Control | New Millenium or Equal | Chrome |
| Tub | 42" Tub (Danelli & Amalfi Only) 36" tub (Cipriani & Bellini) | White |
| Tub Faucet | New Millenium or Equal | Chrome |
| Toilet | New Millenium or Equal | White |
| Toilet Paper Holder (1) | Single Roll | Chrome |
| Towel bar (1) | 24" | Chrome |

Buyers Initials   

# Villa Lago
*Residence Finish Schedule*
## Exhibit "E"

*Page 2*

**Secondary Baths( If Applicable)**

| | | |
|---|---|---|
| Vanity | Cabinets | White |
| Countertops | Marble | Beige |
| Flooring | 18" x 18" Ceramic tile w/ base | Choice of 2 colors offered by Developer |
| Faucets | New Millenium or Equal | Chrome |

**Shower Enclosure** — Glass Enclosure — Clear
Shower Head — New Millenium or Equal — Chrome

*or*

**Tub/ Shower** — 36 " tub — White
Tub/ Shower Set-up — New Millenium or Equal — Chrome

Toilet — New Millenium or  Equal — White
Towel bar (1) — 24" — Chrome
Toilet Paper Holder (1) — Single Roll — Chrome

**Mirrors** — Full width above all bathroom vanities — Tempered Non Beveled

**Laundry**
Washer — GE WCSE4160B or Equal — White
Dryer — GE DBXR463GB or Equal — White

**Plumbing** — Quick recovery Electric water heater or Equal — Sized for 1,2 or 3 Bedrooms

**HVAC** — 10 Seer or Equal Air cooled split direct expansion system Electric A/C/ Heat Individual to each unit. — TBD

**Electrical**
Lighting — Surface mounted fixtures to be provided throughout residence (Foyer, Kitchen, Laundry, Baths,  & Walk in Closets)

Receptacles — Per Code — White
Switches — Per Code — White

Panel size — Electric Panel sized per Architects/Engineer's Specifications

Sized Respectfully for 1,2 or 3 Bedrooms

**Security** — Pre-Wired for Optional Security System — As per electrical Drawings

**Sprinklers** — Throughout each residence per Code — As per Building Code

**Cable /Multimedia**
Cable television — Pre-wired In Residence — As per electrical Drawings
Phone Lines — Pre-wired In Residence — As per electrical Drawings

**Buyers Initials** 

## RECEIPT FOR CONDOMINIUM DOCUMENTS

The undersigned acknowledges that the documents checked below have been received or, as to plans and specifications, made available for inspection:

**Name of Condominium:**   **VILLA LAGO, A CONDOMINIUM**

Place a check in the column by each document received or, for the plans and specifications, made available for inspection. If an item does not apply, place "N/A" in the column.

| DOCUMENT | RECEIVED |
|---|---|
| Prospectus Text | ✓ |
| Declaration of Condominium | ✓ |
| Articles of Incorporation | ✓ |
| By-Laws | ✓ |
| Estimated Operating Budget | ✓ |
| Form of Agreement of Sale | ✓ |
| Covenants and Restrictions | ✓ |
| Ground Lease | N/A |
| Management and Maintenance Contract for More Than One Year | N/A |
| Renewable Management Contracts | N/A |
| Lease of Recreational Facilities and Other Facilities to be Used Exclusively by Residence Owners of Subject Condominium | N/A |
| Form of Residence Lease if Leasehold | N/A |
| Declaration of Servitude | N/A |
| Sales Brochure | ✓ |
| Lease of Recreational and Other Facilities to be Used by Residence Owners with Other Condominiums (See Fl. St. 718.503(1)(b)(8)) | N/A |
| Description of Management for Single Management of Multiple Condominiums (See Fl. St. 718.503(1)(b)(11)) | N/A |
| Plot Plan | ✓ |
| Floor Plan | ✓ |
| Survey of Land and Graphic Description of Improvements | ✓ |
| Executed Escrow Agreement | ✓ |
| Frequently Asked Questions and Answers | ✓ |
| Evidence of Ownership | ✓ |
| Development Plan Approval | ✓ |

| DOCUMENT | MADE AVAILABLE |
|---|---|
| Plans and Specifications | ☑ |

THE PURCHASE AGREEMENT IS VOIDABLE BY BUYER BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 15 DAYS AFTER THE DATE OF EXECUTION OF THE PURCHASE AGREEMENT BY THE BUYER AND RECEIPT BY THE BUYER OF ALL OF THE DOCUMENTS REQUIRED TO BE DELIVERED TO HIM BY THE DEVELOPER. THIS AGREEMENT IS ALSO VOIDABLE BY DELIVERING WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN FIFTEEN (15) DAYS AFTER THE DATE OF RECEIPT FROM THE DEVELOPER OF ANY AMENDMENT WHICH MATERIALLY ALTERS OR MODIFIES THE OFFERING IN A MANNER THAT IS ADVERSE TO THE BUYER. ANY PURPORTED WAIVER OF THESE VOIDABILITY RIGHTS SHALL BE OF NO EFFECT. BUYER MAY EXTEND THE TIME FOR CLOSING FOR A PERIOD OF NOT MORE THAN 15 DAYS AFTER THE BUYER HAS RECEIVED ALL OF THE DOCUMENTS REQUIRED. BUYER'S RIGHT TO VOID THE PURCHASE AGREEMENT SHALL TERMINATE AT CLOSING.

Executed this 1-20 day of 2004. CE

BUYER

Signature: _Wendy Hobbie_

Print Name: _Wendy Hobbie_

Date: _1-20-05_

Signature: _Wm. C Richert_

Print Name: _Wm C RICHERT_

Date: _1-26-01_

# MOLD AND MILDEW ADDENDUM

Mold is a type of fungus. It occurs naturally in the environment and is necessary for the natural decomposition of plant and other organic material. It spreads by means of microscopic spores borne on the wind, and is found everywhere life can be supported. Residential home construction is not, and cannot be, designed to exclude mold spores. If the growing conditions are right, mold can grow in your home. Most homeowners are familiar wild mold growth in the form of bread mold, and the mold that may grow in your bathroom tile. All molds are not necessarily harmful, but certain strains of mold have been shown to have adverse health effects in susceptible persons. The most common effects are allergic reactions, including skin irritation, watery eyes, runny nose, coughing, sneezing, congestion, sore throat and headache. Individuals with supressed immune systems may risk infections. Some experts contend that mold causes serious symptoms and diseases which may even be life threatening. However, experts disagree about the level of mold exposure that may cause health problems, and about the exact nature and extent of the health problems that may be caused by mold. The Center for Disease Control states that a casual link between the presence of toxic mold and serious health conditions has not been proven.

## DISCLAIMER

THE HOME YOU ARE PURCHASING MAY CONTAIN MATERIALS WHICH CONTAIN OR ARE AFFECTED BY MOLD, MILDEW, FUNGUS, SPORES AND CHEMICALS WHICH MAY CAUSE ALLERGIC OR OTHER BODILY REACTIONS. THE CONSTRUCTION PRODUCTS USED IN BUILDING YOUR HOME MAY CONTAIN, AMONG OTHERS, SOME OF THE FOLLOWING CHEMICALS:

WATER
FORMALDEHYDE (found in carpeting and pressed wood products)
ARSENIC (found in treated wood products)
FIBERGLASS (found in insulation products)
PETROLEUM AND PETROLEUM PRODUCTS (found in vinyl and plastic products)
METHYELENE CHLORIDE (found in paint thinners)

**WHAT PURCHASERS CAN DO:** Purchasers can take positive steps to reduce or eliminate the occurrence of mold and mildew growth in the Home, and thereby minimize any possible adverse effects that may be caused by mold and mildew. These steps include, without limitation, the following:

- 1 -

Buyers Initials _WH_
Sellers Initials _ACC_

1. Before bringing items into the Home, check for signs of mold and mildew. Potted plants (roots and soil), furnishings, or stored clothing and bedding material, as well as many other household goods, could already contain mold or mildew growth.

2. Regular vacuuming and cleaning will help reduce mold and mildew levels. Mild bleach solutions and most tile cleaners are effective in eliminating or preventing mold and mildew growth.

3. Keep the humidity in the Home low. Vent clothes dryers to the outdoors. Ventilate kitchens and bathrooms by opening the windows, by using exhaust fans, or by running the air conditioning to remove excess moisture in the air, and to facilitate evaporation of water from wet surfaces.

4. Promptly clean up spills, condensation and other sources of moisture. Thoroughly dry any wet surfaces or materials. Do not let water pool or stand in the Home. Promptly replace any materials that cannot be thoroughly dried, such as drywall or insulation.

5. Inspect for leaks on a regular basis. Look of discoloration or wet spots. Repair any leaks promptly. Inspect condensation pans (refrigerators and air conditioners) for mold and mildew growth. Take notice of musty odors, and any visible sign of mold or mildew.

6. Should mold or mildew develop, thoroughly clean the affected area with a mild solution of bleach. First, test to see if the affected material or surface is color safe. Porous materials, such as fabric, upholstery, or carpet should be discarded. Should the mold or mildew growth be severe call on the services of a qualified professional cleaner.

**WAIVER** Whether Purchaser experiences mold or mildew growth depends largely on how Purchaser manages and maintains the Home. Seller's responsibility must be limited to things that Seller can control. As explained in the limited Warranty for Homes, provided by separate instrument, Seller shall not be responsible for any damages caused by mold or mildew. Further, as provided in the Limited Warranty, Seller ( I ) disclaims any liability for incidental or consequential damages including, without limitation, the liability to possess the Home, inconvenience, moving costs, hotel costs, storage costs, loss of time, lost wages, lost opportunities, personal injury, and ( II ) to the extent provided in the Limited Warranty, disclaims any and all implied warranties.

Buyers Initials _WH_ _____

Sellers Initials _____

LEAKS, WET FLOORING AND MOISTURE WILL CONTRIBUTE TO THE GROWTH OF MOLD, MILDEW, FUNGUS OR SPORES. PURCHASER UNDER STANDS AND AGREES THAT SELLER IS NOT RESPONSIBLE, AND HEREBY DISCLAIMS ANY RESPONSIBILITY FOR ANY ILLNESS OR ALLERGIC REACTIONS WHICH THE PURCHASER MAY EXPERIENCE AS A RESULT OF MOLD, MILDEW, FUNGUS OR SPORES. IT IS THE PURCHASER'S RESPONSIBILTY TO KEEP THE HOME CLEAN, DRY, WELL-VENTILATED AND FREE OF CONTAMINATION.

THIS MOLD AND MILDEW ADDENDUM IS EXECUTED AS O F THE SAME DATE AS THE PURCHASE AND SALE AGREEMENT BETWEEN THE PARTIES HERETO, AND IS HEREBY INCORPORATED INTO AND IS A PART OF SUCH AGREEMENT.

The undersigned acknowledges receipt of this mold and Mildew Addendum. The undersigned has carefully read and reviewed its terms, and the undersigned agrees to its provisions.

**PURCHASER:**

By: _Wendy Hobbie_

Print Name: _Wendy Hobbie_

Date: _1-20-05_

By: _Wm C Richert_

Print Name: _Wm C. RICHERT_

Date: _1 - 26 - 0 5_

**SELLER:**

By: _____
Manager/Member or Authorized Agent
Print Name: _INTERIOR/EXTERIOR BUILDING_

Date: _1/26/05_

- 3 -

Buyers Initials _W H_

Sellers Initials _____

Form **W-9**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
## Identification Number and Certification

Give form to the
requester. Do not
send to the IRS.

Print or type
See Specific Instructions on page 2.

Name  *Wendy Hobbie*

Business name, if different from above

Check appropriate box:  [X] Individual/ Sole proprietor   [ ] Corporation   [ ] Partnership   [ ] Other ▶ _____   Requester's name and address (optional)

[ ] Exempt from backup withholding

REDACTED

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN).
**However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3.** For other entities, it is your employer identification number (EIN). If you do not have a number, see **How to get a TIN** on page 3.

REDACTED

**Note:** *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

**or**

Employer identification number

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**

2. I am not subject to backup withholding because: **(a)** I am exempt from backup withholding, or **(b)** I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or **(c)** the IRS has notified me that I am no longer subject to backup withholding, **and**

3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign
Here   Signature of
U.S. person ▶  *Wendy Hobbie*   Date ▶ *1-20-05*

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note:** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see **Pub. 515,** Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.**
Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X                    Form **W-9** (Rev. 1-2003)

# Villa Lago

## at Renaissance Commons

### Color Selection Addendum EXHIBIT "F"

*The following is a list of standard items provided as part of each residence at Villa Lago. All items are standard in the Residence. NO CREDITS WILL BE GIVEN ON INTERIOR FINISHES. Any work in excess of standard finish shall be done after closing of the residence as provided in the Agreement for Sale. All Selections are FINAL 30 Days after contract signing. NO EXCEPTIONS.*

*smdfu*                                    *Dobbie*

Residence # _1411_

**Kitchen Cabinets**

| Cherry Color | Maple Color | White |
|:---:|:---:|:---:|
| X | | |

**Kitchen Granite**

| Gold Himalaya | Golden Topaz | Gold Labrador | ITU Brown |
|:---:|:---:|:---:|:---:|
| | | | X |

**Tile Selection (Kitchen, Baths, Foyer)**

| Citron | Dijon |
|:---:|:---:|
| | X |

**Carpet (Throughout Residence)**

| Suede Berber | White Oak Berber | Vanilla Pile | Suede Pile |
|:---:|:---:|:---:|:---:|
| | | | X |

Approved and Accepted Buyer(s) _Wenul Hobbin_
_Glynn C. Richart_

Date _2/21/05_

*The Buyer understands that the samples of Granite, tile and Kitchen Cabinets Color may vary slightly and developer has no control over color variation. The Buyer understand and accepts that the finishes He/she has chosen above were displayed in the sales center and has had an opportunity to review the basic colors to making these selections.*