UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL　　MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Hobbie et al*
*v.*
*RCR Holdings II LLC, et al.;*

Case No. 10-1113
_____/

## DEFENDANT'S, RCR HOLDINGS II LLC'S, NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, RCR Holdings II LLC, by and through its undersigned counsel submits its Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, with accompanying Memoranda of Law in Support of same, and states same will be submitted for consideration on March 28, 2012 at 9:00 am.

Respectfully Submitted,

LUKS SANTANIELLO PETRILLO & JONES
Attorneys for Defendant, RCR HOLDINGS II, LLC
301 Yamato Road, Suite 1234
Boca Raton, Florida 33431
Tele: (561) 893-9088
Fax: (561) 893-9048

By: /s/ *Lysa M. Friedlieb*
　　　Lysa M. Friedlieb
　　　Florida Bar No. 898538
　　　lfriedlieb@ls-law.com

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of January, 2012.

                           LUKS SANTANIELLO PETRILLO & JONES
                           Attorneys for Defendant, RCR HOLDINGS II, LLC
                           301 Yamato Road, Suite 1234
                           Boca Raton, Florida 33431
                           Tele:  (561) 893-9088
                           Fax:   (561) 893-9048

                           By:  */s/ Lysa M. Friedlieb*
                                  Lysa M. Friedlieb
                                  Florida Bar No. 898538
                                  lfriedlieb@ls-law.com