UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 09-2047 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION:  L |
|  | * |  |
|  | * | JUDGE FALLON |
|  | * |  |
|  | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

*GROSS, et al. v. KNAUF GIPS KG, et al.*
**CASE NO.:  2:09-cv-6690**

and

**INTERVENTATION COMPLAINT FILED BY MARY ANNE BENES
IN *GROSS, et al. v. KNAUF GIPS KG, et al.* (Omnibus III)
CASE NO.:  2:09-cv-6690**

and

**INTERVENTION COMPLAINT FILED BY RUBEN JAEN, et al.
IN *GROSS, et al. v. KNAUF GIPS KG, et al.* (Omnibus III(A))
CASE NO.:  2:09-cv-6690**

---

**TMO GLOBAL LOGISTICS, L.L.C.'S
NOTICE OF SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT**

---

Defendant, TMO GLOBAL LOGISTICS, L.L.C., files this Notice of Submission certifying that on January 12, 2012, a Confidential Mediation Affidavit was submitted to the court-appointed mediator in compliance with this Court's Order (Rec. Doc. 11881).

1

Respectfully submitted,

**LABORDE & NEUNER**

/s/ Ben L. Mayeaux
**BEN L. MAYEAUX (#19042)**
**ROBERT E. TORIAN (#18468)**
**WILL MONTZ (#29355)**
**SARA RODRIGUE (#32660)**
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000
Fax: (337) 233-9450
Email:  bmayeaux@LN-Law.com
             rtorian@LN-Law.com
             wmontz@LN-Law.com
             srodrigue@LN-Law.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of January, 2012.

/s/Ben L. Mayeaux
COUNSEL

2