UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED  ) | |
|      DRYWALL PRODUCTS  ) | MDL NO. 2047 |
|      LIABILITY LITIGATION  ) | |
| ) | |
| THIS DOCUMENT RELATES TO:  ) | SECTION: L |
| ) | |
| Hobbie, et al. v.  ) | JUDGE FALLON |
| RCR Holdings II, LLC, et al.,  ) | |
| ) | |
| No. 10-1113  ) | |
| ) | MAG. JUDGE WILKINSON |
| _____) | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT AGAINST DEFENDANT
COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC.**

Plaintiff Wendy Lee Hobbie, on behalf of herself and the 181 named plaintiffs on the Complaint styled *Hobbie, et al. v. RCR Holdings II, LLC, et al.*, No. 10-1113 (E.D.LA.) (collectively, "Plaintiffs"), representing a total of 131 condominium units, hereby move the Court for Partial Summary Judgment on Plaintiffs' claim for violation of the Florida Building Code.  In support of their motion, Plaintiffs submit a Memorandum of Law filed concurrently.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' motion.

DATED: January 17, 2012              Respectfully submitted,

                                                  /s/ Gary E. Mason
                                                Gary E. Mason
                                                WHITFIELD BRYSON & MASON LLP
                                                1625 Massachusetts Ave., NW, Suite 605
                                                Washington, D.C.  20036
                                                Telephone:  (202) 429-2290
                                                Facsimile:  (202) 429-2294

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Email:  acl@floridahardhatlaw.com
Telephone:   561.626.8880  / 954.776.5990
Facsimile:  561.626.8885

Joel R. Rhine
RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington  NC  28401
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062

Daniel K. Bryson
LEWIS & ROBERTS
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
Telephone: (888) 981-0939
Facsimile: (919) 981-0199

Chris Coffin
PENDLEY BAUDIN & COFFIN, LP
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Telephone:  (225) 687-6396

 Stephen Mullins
LUCKEY & MULLINS
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Telephone:  (228) 875-3175
Facsimile:   (228) 872-4719

Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 17th day of January, 2012.

/s/ Gary E. Mason
Gary E. Mason