# EXHIBIT B

City of Boynton Beach

Browse    Search

Help | Logout | My WebLink

Page  41  of 73  Go

24.01%    Page 41  to  73

Development > BUILDING > Building Records > RENAISSANCE COMMONS BLVD > 1690 RENAISSANCE COMMONS BLVD > 05-1002 > PERMIT DOCUMENTS

Template: Building
Req Doc Type
Permit
Permit No
05-1002
PCN
08-43-45-17-15-004-1690
Address
1690 RENAISSANCE COMMONS
Bldg Name
COMMERCIAL BUILDING
Submittal Date
2/22/2005
Completion Date
1/26/2007
Destruc Date
Q2 2022

## CITY OF BOYNTON BEACH
### DEPARTMENT OF DEVELOPMENT
### BUILDING DIVISION

PO Box 310
100 E. Boynton Beach Blvd.
Boynton Beach FL 33425-0310
(561) 742-6350
(561) 742-6357 FAX
www.boynton-beach.org

## PERMIT APPLICATION

*Please print. All lines MUST be completed. If not applicable, write N/A*

Permit # **05-1002** Master Permit # _____ Date: _____

PCN **08-43-45-17-02-000-3110** (Palm Beach County Property Control Number)

Lot **0010** Block **001** Subdivision **02** Zoning _____

Type of work: New ☒ Addition ☐ Alteration ☐ Repair ☐ Demolition ☐

Work Includes: Structural ✓ Electrical ✓ Plumbing ✓ Mechanical ✓ Fire ✓ Other _____

Work description: **Villa Lago Bldg. 2 (East + Garage)**
**167 units with 636 parking spaces**

Estimated job value: $ **17,000,000.** $ **17 Million** x .02 = $ **340,000** or $35 minimum

**RECEIVED**
FEB 22 2005

★ FILE COPY ★
BUILDING DIVISION

Permit Fees
**340,000**

Job Name: **Villa Lago East**
Address: **1800 Renaissance Commons Blvd N** Bay/Suite #
City/State: **Boynton Beach FL** Zip Code _____

Property Owner's Name: **Compson Associates of Boynton** Phone # **(561) 391-6570**
Address: **980 N. Federal Highway, Suite 200**
City/State: **Boca Raton, FL** Zip Code **33432**

Contractor: **C1 Construction Inc.** Phone # **(561) 441-1403**
Address: **480 SE 17th Ave** ★ contract + new Address
**561-436-8934**
City/State: **Deerfield Beach, FL** Zip Code **33441** **561-441-9015 FAX**

Architect/Engineer: **Mauris Salazar** Phone # ( )
Address: **2695 South West 104th St**
City/State: **Miami, FL** Zip Code **33156**

Present use: _____ Proposed use: _____ Occupant Load: _____

Number of: Stories **6** Bays _____ Units **167** Bedrooms _____ Bathrooms _____

Type of construction: **II** (I,II,III,IV,V,VI) Occupancy type: _____ Area _____ (Square Feet-Gross)

Will you use, handle, store or display hazardous materials or generate hazardous waste? **NO**

(1 of 4)

City of Boynton Beach

Browse    Search

Help | Logout | My WebLink

Page 42   of 73   Go

24.01%   Pages 42   to 73

Development > BUILDING > Building Records > RENAISSANCE COMMONS BLVD > 1690 RENAISSANCE COMMONS BLVD > 05-1002 > PERMIT DOCUMENTS

Template: Building
Req Doc Type
Permit
Permit No
05-1002
PCN
08-43-45-17-15-004-1690
Address
1690 RENAISSANCE COMMONS
Bldg/Name
COMMERCIAL BUILDING
Submittal Date
2/22/2005
Completion Date
1/26/2007
Destruc Date
Q2 2022

Bonding Company:                          Phone # (    )
Address
City/State                                     Zip Code
Mortgage Lender:                           Phone # (    )
Address
City/State                                     Zip Code
Fee Simple Titleholder:                    Phone # (    )
(If Other Than Owner)
Address
City/State                                     Zip Code

Application is hereby made to obtain a permit to do the work and installations as indicated. I certify
that no work or installation has commenced prior to the issuance of a permit and that all work will be
performed to meet the standards of all laws regulating construction in this jurisdiction. I understand
that a separate permit must be secured for ELECTRICAL WORK, PLUMBING, SIGNS, WELLS,
POOLS, FURNACES, BOILERS, HEATERS, TANKS, AND AIR CONDITIONERS, etc.

OWNER'S AFFIDAVIT: I certify that all the foregoing information is accurate and that all work will be
done in compliance with all applicable codes, laws, rules and regulating governing construction and
zoning.

WARNING TO OWNER: YOUR FAILURE TO RECORD A NOTICE OF COMMENCEMENT MAY
RESULT IN YOUR PAYING TWICE FOR IMPROVEMENTS TO YOUR PROPERTY. IF YOU
INTEND TO OBTAIN FINANCING, CONSULT WITH YOUR LENDER OR AN ATTORNEY BEFORE
RECORDING YOUR NOTICE OF COMMENCEMENT.

"NOTICE": In addition to the requirements of this permit, there may be additional restrictions
applicable to this property that may be found in the public records of the county, and there may be
additional permits required from other governmental entities such as water management districts,
state agencies, or federal agencies.

A certified copy of the recorded Notice of Commencement, signed by the Owner, shall be filed with
the permitting authority if the value is $2,500 or more, except heating or air conditioning change outs
less than $5,000.

Any change in building plans or specifications must be recorded with this office. Any work not
covered above must have a valid permit prior to starting. In consideration of grants, this permit, the
owner, and the building contractor agree to erect this structure in full compliance with the building and
zoning codes of the City of Boynton Beach.

NOTE: This permit application is VOID after 180 days UNLESS the work, which it covers, has
commenced. All contractors MUST have a valid State Certification, State Registration, or County
Competency plus a County-wide License prior to obtaining permit.

ISSUANCE OF THIS PERMIT DOES NOT AUTHORIZE VIOLATION OF DEED RESTRICTIONS

FEES ARE NOT REFUNDABLE

(2 of 4)

City of Boynton Beach

Help | Logout | My WebLink

Browse      Search

Page 43      of 73  Go

24.01%      Pages 43   to 73

Development > BUILDING > Building Records > RENAISSANCE COMMONS BLVD > 1690 RENAISSANCE COMMONS BLVD > 05-1002 > PERMIT DOCUMENTS

Template: Building
Req Doc Type
Permit
Permit No
05-1002
PCN
08-43-45-17-15-004-1690
Address
1690 RENAISSANCE COMMONS
Bldg Name
COMMERCIAL BUILDING
Submittal Date
2/22/2005
Completion Date
1/26/2007
Destruc Date
Q2 2022

---

W. David Post Sr.                              2-16-05
Property Owner's or Agent's signature                   Date

STATE OF FLORIDA, COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me this 16th day of February 2005 (date)
by W. David Post Sr.            who is personally known to me or who has produced
_____ as identification and who did (did not) take an oath.

Denise Laymon
Signature of person taking acknowledgement

Denise Laymon
Name of officer taking acknowledgement
typed, printed or stamped.

Title or rank   Notary Public        Serial number, if any   DD 384104
My commission expires   1-5-09                         (SEAL)

---

Steven M. Mac                                 2/16/05
Contractor or Authorized Agent's signature              Date

STATE OF FLORIDA, COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me this 16th day of February 2005 (date)
by Steven M. Mac          who is personally known to me or who has produced
_____ as identification and who did (did not) take an oath.

Carmelita Shaw
Signature of person taking acknowledgement

Carmelita Shaw
Name of officer taking acknowledgement
typed, printed or stamped.

Title or rank   Notary Public        Serial number, if any   DD 313886
My commission expires   03/30/08                        (SEAL)

---

Certificate of Competency Holder:
County-wide Occupational License #  _____
State Certificate or Registration #  _____
Certificate of Competency #  _____
Liability Insurance Expiration Date  _____
Workers' Compensation Expiration Date  _____

Approved by  _____    Date   8-11-05
              Permit Officer

(3 of 4)

City of Boynton Beach

Browse    Search

Development > BUILDING > Building Records > RENAISSANCE COMMONS BLVD > 1690 RENAISSANCE COMMONS BLVD > 05-1003 > PERMIT DOCUMENTS

Template: Building
Req Doc Type
Permit
Permit No
05-1003
PCN
08-43-45-17-15-004-1690
Address
1690 RENAISSANCE COMMONS
Bldg Name
COMMERCIAL BUILDING
Submittal Date
2/22/2005
Completion Date
3/13/2007
Destruc Date
Q2 2022

CITY OF BOYNTON BEACH
DEPARTMENT OF DEVELOPMENT
BUILDING DIVISION

100 E. Boynton Beach Blvd.
PO Box 310
Boynton Beach FL 33425-0310
(561) 742-6350
(561) 742-6357 FAX
www.boynton-beach.org

## PERMIT APPLICATION

Please print. All lines MUST be completed. If not applicable, write N/A.

Permit # 05-1003   Master Permit # _____   Date: _____

PCN 08-43-45-17-02-001-0010   (Palm Beach County Property Control Number)

Lot 0010   Block 001   Subdivision 02   Zoning _____

Type of work:  New  X Addition ___ Alteration ___ Repair ___ Demolition ___

Work Includes: Structural X Electrical X Plumbing X Mechanical X Fire X Other ___

Work description: Villa Lago  Bldg 1 West
161 Units

RECEIVED
FEB 2 2 2005

Estimated job value: $12,500,000 $12.5 Mil x .02 = $ 20,000   Permit Fees
FILE COPY
or $50 minimum
BUILDING DIVISION

Job Name: Villa Lago West
Address: 1690 Renaissance Commons Blvd N.   Bay/Suite # ___
City/State: Boynton Beach, FL   Zip Code _____

Property Owner's Name: Compson Associates of Boynton II, LLC   Phone # (561)391-6570
Address: 980 N. Federal Highway
City/State: Boca Raton, FL   Zip Code 33432

Contractor: C 1 Construction Inc.   Phone # (561) 441-1402
Address: 480 SE 17th Ave   (X Contractor Printed Name)
City/State: Deerfield Beach, FL 33441   Zip Code 954-480-6600

Architect/Engineer: Mouriz Salazar   Phone # (305) 273-9911
Address: 7625 Southwest 104th St.
City/State: Miami, FL   Zip Code 33156

Present use: _____   Proposed use: _____   Occupant Load: _____
Number of: Stories 0   Bays ___   Units 161   Bedrooms ___   Bathrooms ___
Type of construction: II   Occupancy type: R   Area 376,348
(I,II,III,IV,V,VI)                                    (Square Feet Gross)
Will you use, handle, store or display hazardous materials or generate hazardous waste?

(1 of 4)

City of Boynton Beach

Help | Logout | My WebLink

Browse    Search

Page 50    of 91    Go

24.63%    Pages 50    to 91

Development > BUILDING > Building Records > RENAISSANCE COMMONS BLVD > 1690 RENAISSANCE COMMONS BLVD > 05-1003 > PERMIT DOCUMENTS

Template: Building
Req Doc Type
Permit
Permit No
05-1003
PCN
08-43-45-17-15-004-1690
Address
1690 RENAISSANCE COMMONS
Bldg Name
COMMERCIAL BUILDING
Submital Date
2/22/2005
Completion Date
3/13/2007
Destruc Date
Q2 2022

Bonding Company:

Address

Phone # (    )

City/State

Zip Code

Mortgage Lender:

Phone # (    )

Address

City/State

Zip Code

Fee Simple Titleholder:
(if Other Than Owner)

Phone # (    )

Address

City/State

Zip Code

Application is hereby made to obtain a permit to do the work and installations as indicated. I certify that no work or installation has commenced prior to the issuance of a permit and that all work will be performed to meet the standards of all laws regulating construction in this jurisdiction. I understand that a separate permit must be secured for ELECTRICAL WORK, PLUMBING, SIGNS, WELLS, POOLS, FURNACES, BOILERS, HEATERS, TANKS, AND AIR CONDITIONERS, etc.

OWNER'S AFFIDAVIT: I certify that all the foregoing information is accurate and that all work will be done in compliance with all applicable codes, laws, rules and regulating governing construction and zoning.

"NOTICE": In addition to the requirements of this permit, there may be additional restrictions applicable to this property that may be found in the public records of the county, and there may be additional permits required from other governmental entities such as water management districts, state agencies, or federal agencies.

A certified copy of the recorded Notice of Commencement, signed by the Owner, shall be filed with the permitting authority if the value is $2,500 or more, except heating or air conditioning change outs less than $5,000.

Any change in building plans or specifications must be recorded with this office. Any work not covered above must have a valid permit prior to starting. In consideration of grants, this permit, the owner, and the building contractor agree to erect this structure in full compliance with the building and zoning codes of the City of Boynton Beach.

NOTE: This permit application is VOID after 180 days UNLESS the work, which it covers, has commenced. All contractors MUST have a valid State Certification, State Registration, or County Competency plus a County-wide License prior to obtaining permit.

ISSUANCE OF THIS PERMIT DOES NOT AUTHORIZE VIOLATION OF DEED RESTRICTIONS

FEES ARE NOT REFUNDABLE

(2 of 4)

City of Boynton Beach

Help | Logout | My WebLink

Browse   Search

Page 52  of 91  Go

24.63%   Pages 52  to 91

Development > BUILDING > Building Records > RENAISSANCE COMMONS BLVD > 1690 RENAISSANCE COMMONS BLVD > 05-1003 > PERMIT DOCUMENTS

Template: Building
Req Doc Type
Permit
Permit No
05-1003
PCN
08-43-45-17-15-004-1690
Address
1690 RENAISSANCE COMMONS
Bldg Name
COMMERCIAL BUILDING
Submittal Date
2/22/2005
Completion Date
3/13/2007
Destruc Date
Q2 2022

Application accepted by:

Application #

Additional Fee(s):
BCAIF
Fire Dept Review   $ 10,914.06
Overtime
Parks
Penalty
Public Building
Radon Trust
School
Sewer
Water
Flood Zone
Sub-Total (1)
Remarks:

Single Fee:
Building
Clearing & Grubbing
Drainage
Electrical
Excavation
Fill
Fire Sprinkler
Irrigation
Landscaping
Mechanical
Paving
Plumbing
Roofing
Sign
Site Lighting

Value   Fee
12,500,000

Sub-Total (2)
Sub-Total (1)
TOTAL

Less Plan Filing Fee
Receipt #   90,000

BALANCE DUE
Receipt #

IF THIS BOX IS NOT COMPLETED,
THIS PERMIT IS SUBJECT TO A
FINAL INSPECTION ONLY

AUTHORIZED for CERTIFICATE OF OCCUPANCY:

_William C. Bielke_  Date: _3/13/07_

AUTHORIZED for CERTIFICATE OF COMPLETION:

Date:

(4 of 4)

City of Boynton Beach

Browse    Search

Help | Logout | My WebLink

Page 1    of 1625    Go...

24.01%     Pages 1    to 75

Development > BUILDING > Building Records > RENAISSANCE COMMONS BLVD > 1690 RENAISSANCE COMMONS BLVD > 05-1002 > CERT OF OCCU

Template: Building
Req Doc Type
Cert of Occu
Permit No
05-1002
PCN
08-43-45-17-15-004-1690
Address
1690 RENAISSANCE COMMONS
Bld/Name
COMMERCIAL BUILDING
Submittal Date
2/22/2005
Completion Date
1/26/2007
Destruc Date
Q2 2022

CITY OF BOYNTON BEACH
P.O. BOX 310
BOYNTON BEACH FL 33425

C E R T I F I C A T E   O F   O C C U P A N C Y

Issue Date . . . . . . .    1/26/07

Parcel Number . . . . .    08-43-45-17-15-004-1660
Property Address . . . .    1660 RENAISSANCE COMMONS BLVD
                            BOYNTON BEACH FL 33426

Subdivision Name . . . .
Legal Description . . . .   VILLA LAGO WEST
Property Zoning . . . . .   PLANNED ZONED DISTRICT

Owner . . . . . . . . .     COMPSON ASSOC OF BOYNTON BEACH
                            980 N FEDERAL HWY STE 200
                            BOCA RATON FL 33432

Contractor . . . . . .      COASTAL CONDOMINIUMS

Application Number. . . .   05-00001002 000 000
Description of Work . . .   COMMERCIAL BUILDING
Construction Type . . . .   TYPE II CONSTRUCTION
Occupancy Type . . . . .    RESIDENTIAL
Flood Zone . . . . . . .    C FLOOD ZONE/MIN FLOODING
OCCUPANCY LOAD . . . . .        200.00
AUTOMATIC SPRINKLER SYSTE   YES
EDITION OF CODE . . . . .   2001

SPECIAL CONDITIONS  . . .
    A-5 FLOOD ZONE BFE 11'  120196  0005C 9/30/82  FFE 14.5'
    NEXT HI FLOOR 24.0' GARAGE SLAB   13.70' LAG 12.9 HAG
    14.0' A/C ON ROOF
    RENAISSANCE COMMONS EAST BLDG (BLDG 2) &  GARAGE

Approved . . . . . . .     *William C Buehler*
                           Building Official

VOID UNLESS SIGNED BY BUILDING OFFICIAL

The described portion of the structure has been inspected for
compliance with the requirements of the code for the occupancy
and division of occupancy and the use for which the proposed
occupancy is classified.

City of Boynton Beach

Browse    Search

Help | Logout | My WebLink

Page 1    of 1168    Go

24.63%    Pages 1    to 75

Development > BUILDING > Building Records > RENAISSANCE COMMONS BLVD > 1690 RENAISSANCE COMMONS BLVD > 05-1003 > CERT OF OCCU

Template: Building
Req Doc Type
Cert of Occu
Permit No
05-1003
PCN
08-43-45-17-15-004-1690
Address
1690 RENAISSANCE COMMONS
Bldg Name
COMMERCIAL BUILDING
Submittal Date
2/22/2005
Completion Date
3/13/2007
Destruc Date
Q2 2022

CITY OF BOYNTON BEACH
P.O. BOX 310
BOYNTON BEACH FL 33425

CERTIFICATE OF OCCUPANCY

Issue Date . . . . . . .    3/13/07

Parcel Number . . . . .    08-43-45-17-15-004-1690
Property Address . . . .    1690 RENAISSANCE COMMONS BLVD
                            BOYNTON BEACH FL 33426
Subdivision Name . . . .
Legal Description . . . .   VILLA LAGO EAST
Property Zoning . . . . .   PLANNED ZONED DISTRICT

Owner . . . . . . . . . .   COMPSON ASSOC OF BOYNTON BEACH
                            980 N FEDERAL HWY STE 200
                            BOCA RATON FL 33432

Contractor . . . . . .     COASTAL CONDOMINIUMS

Application Number. . .     05-00001003 000 000
Description of Work . . .   COMMERCIAL BUILDING
Construction Type . . . .   TYPE II CONSTRUCTION
Occupancy Type . . . . .    RESIDENTIAL
Flood Zone . . . . . . .    C FLOOD ZONE/MIN FLOODING

SPECIAL CONDITIONS . . .
        FLOOD ZONE A5 120196 005C FIRM INDEX 9/30/82 MAP 9/30/82
        BFE 11' FFE 14.5' NEXT HI FLOOR 24' GARAGE 13.7' LAG 12.9'
        HAG 14.0'

Approved . . . . . . .     _William C. Buchler_
                           Building Official

VOID UNLESS SIGNED BY BUILDING OFFICIAL

The described portion of the structure has been inspected for
compliance with the requirements of the code for the occupancy
and division of occupancy and the use for which the proposed
occupancy is classified.