**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 2/5/2010 | Sampler Name/Company: Aguilar, Delsa | Photo Range: | 1 thru 15 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ✓ Check | Description of Odor: | Heavy sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | black lettering | Location Stamp Found: | south living room wall | Photo #: | 12 to 15 |
| End Tape Found: | No | Color of End Tape: | | |
| Comments: | also found stamping in cavity where medicine cabinet belongs | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 4 |
| Circuit Breaker | | | Yes | Light on jumper bar | Dark | #5 |
| Refrigerator coils | | | N/A | N/A refrigerator removed | by owner | |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | All appliances have been removed | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location:  Medicine cabinet has been removed | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  2 bath faucets , 2 sink stoppers, and bath tub drain are corroded | Photo Number(s)  6 to 10 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location:  Cabinet door and drawer pulls have been removed by owner | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Heavy corrosion on wires at receptacle | Photo Number(s)  11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Aguilar, Delsa |
| Location: | 1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Aguilar, Delsa |
| Location: | 1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo  #2 corrosion on HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name:    Aguilar, Delsa
Location:    1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Aguilar, Delsa |
| Location: | 1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Aguilar, Delsa |
| Location: | 1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit breaker light discoloration on jumper bar**



## Photo Mounting Sheet

Homeowner Name:   Aguilar, Delsa
Location:   1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #6 corrosion on bath faucet**



### Photo Mounting Sheet

Homeowner Name:  Aguilar, Delsa
Location:  1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #7 corrosion on sink stopper**



Photo Mounting Sheet

Homeowner Name: Aguilar, Delsa
Location: 1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426
Claim Number: 30325.002



**Caption Photo #8 corrosion on bath faucet (2)**



# Photo Mounting Sheet

Homeowner Name:   Aguilar, Delsa
Location:   1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #9 corrosion on sink stopper (2)**



# Photo Mounting Sheet

Homeowner Name:   Aguilar, Delsa
Location:   1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #10 corrosion on bath tub drain**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Aguilar, Delsa |
| Location: | 1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 corrosion on wires at receptacle**



# Photo Mounting Sheet

Homeowner Name:    Aguilar, Delsa
Location:          1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #12 drywall stamp in medicine cabinet cavity**



# Photo Mounting Sheet

| Homeowner Name: | Aguilar, Delsa |
| Location: | 1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #13 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Aguilar, Delsa |
| Location: | 1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #14 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Aguilar, Delsa |
| Location: | 1690 Renaissance Commons Blvd #1209 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #15 drywall stamp**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons # 2519 Boynton Beach, Fl 33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company: Patrick Toohey /Brghtclaim | Camera Serial: |
| Visit Date: | 11/23/2009 | Sampler Name/Company: | Photo Range:  1 thru 17 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Heavy sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | east wall 2nd bedroom | Photo #: | 11 thru 17 |
| End Tape Found: | Yes | Color of End Tape: | blue and yellow |
| Comments: | end tape found  behind sample hole and in explored wall |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | | |
|---|---|---|
| HVAC | No | Refrigerator switch replaced 14 months ago |
| Plumbing | No | |
| Light Fixtures | No | Microwave replaced 6 months ago |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | yes | yes | Heavy | Black | 2,3 |
| Electro-mechanical portion of HVAC | | | yes | Light | | 4 |
| Circuit Breaker | | | yes | jumper bar ends | Black | 5 |
| Refrigerator coils | | | | | | 6,7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | yes | 1 drain | gray | 8 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  9 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  moderate,  black | Photo Number(s)  10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
|  | Yes |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leonard and Rivka Axelrod |
| Location: | 1660 Renaissance Commons Blvd #2519 |
| Claim Number: | 30325.002 |



**Address**

Photo #1



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leonard and Rivka Axelrod |
| Location: | 1660 Renaissance Commons Blvd #2519 |
| Claim Number: | 30325.002 |



Photo #2 HVAC copper lines



Photo Mounting Sheet

Homeowner Name:    Leonard and Rivka Axelrod
Location:                      1660 Renaissance Commons Blvd #2519
Claim Number:            30325.002



**Photo #3 HVAC**



# Photo Mounting Sheet

Homeowner Name: Leonard and Rivka Axelrod
Location: 1660 Renaissance Commons Blvd #2519
Claim Number: 30325.002



Photo #4 HVAC disconnect



## Photo Mounting Sheet

Homeowner Name:      Leonard and Rivka Axelrod
Location:                     1660 Renaissance Commons Blvd #2519
Claim Number:            30325.002



Photo #5 Circuit Breaker



### Photo Mounting Sheet

Homeowner Name:   Leonard and Rivka Axelrod
Location:   1660 Renaissance Commons Blvd #2519
Claim Number:   30325.002



Photo #6 Refrigerator



## Photo Mounting Sheet

Homeowner Name:   Leonard and Rivka Axelrod
Location:   1660 Renaissance Commons Blvd #2519
Claim Number:   30325.002



of

Photo #7 Refrigerator



# Photo Mounting Sheet

Homeowner Name:    Leonard and Rivka Axelrod
Location:    1660 Renaissance Commons Blvd #2519
Claim Number:    30325.002



of

Photo #8 discolored drain line



# Photo Mounting Sheet

| Homeowner Name: | Leonard and Rivka Axelrod |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2519 |
| Claim Number: | 30325.002 |



view of

Photo #9 bath faucet (typical)



# Photo Mounting Sheet

Homeowner Name: Leonard and Rivka Axelrod
Location: 1660 Renaissance Commons Blvd #2519
Claim Number: 30325.002



Photographs

Photo #10 electrical wires at outlet



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leonard and Rivka Axelrod |
| Location: | 1660 Renaissance Commons Blvd #2519 |
| Claim Number: | 30325.002 |



Photographs

Photo #11 end tape at sample hole



# Photo Mounting Sheet

Homeowner Name:   Leonard and Rivka Axelrod

Location:   1660 Renaissance Commons Blvd #2519

Claim Number:   30325.002



Photographs

Photo #12 Drywall stamp



### Photo Mounting Sheet

Homeowner Name:    Leonard and Rivka Axelrod
Location:    1660 Renaissance Commons Blvd #2519
Claim Number:    30325.002



Photographs

Photo #13 Drywall stamp



# Photo Mounting Sheet

Homeowner Name: Leonard and Rivka Axelrod
Location: 1660 Renaissance Commons Blvd #2519
Claim Number: 30325.002



Photographs

Photo #14 Drywall stamp



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leonard and Rivka Axelrod |
| Location: | 1660 Renaissance Commons Blvd #2519 |
| Claim Number: | 30325.002 |



Photographs

Photo #15 Drywall stamp



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leonard and Rivka Axelrod |
| Location: | 1660 Renaissance Commons Blvd. #2519, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #16 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leonard and Rivka Axelrod |
| Location: | 1660 Renaissance Commons Blvd. #2519, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo**

**Photo #16 Drywall stamp**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



# Photo Mounting Sheet

| Homeowner Name: | Leonard and Rivka Axelrod |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2519, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |

| **Enter Caption** |
|---|
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd. Unit 1528  Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  Dava Baez | Camera Serial: |
| Visit Date: | 11/18/2009 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range:       1 thru 20 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | CHINA - ASTM C36 (blue | Location stamp found | bedroom from living room wall | Photo #:  2 thur 11 |
| End Tape Found: | Yes | | Color of End Tape: | white |
| Comments: | The CHINA stamp was found horizontally on the wall   A second location was found vertically | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | none |
| Plumbing | none |
| Light Fixtures | none |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper bend | U- | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | | yes | heavy | black | 12 & 13 |
| Electro-mechanical portion of HVAC | | | | no | | | 14 |
| Circuit Breaker | | | | yes | moderate | black | #15 |
| Refrigerator coils | | | | yes | heavy | black | 16 & 17 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | pitting on shower head | 18 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | heavy black on outlet to lerf of kitchen sink | 19 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name:     Dava Baez

Location:     1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426

Claim Number:



**16 = refrigerator coil**



**17-refrigerator coil**



# Photo Mounting Sheet

Homeowner Name:   Dava Baez

Location:   1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426

Claim Number:



**18 -Bath fixture**



**19 – electrical outlet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dava Baez |
| Location: | 1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426 |
| Claim Number: | |



11/18/2009

20 – sample repair



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dava Baez |
| Location: | 1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426 |
| Claim Number: | |



**1 - Address**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dava Baez |
| Location: | 1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426 |
| Claim Number: | |



**2 – drywall marking   CH (CHINA)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dava Baez |
| Location: | 1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426 |
| Claim Number: | |



**3 – drywall marking IN (CHINA)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dava Baez |
| Location: | 1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426 |
| Claim Number: | |



**4 – drywall marking NA (CHINA)**



# Photo Mounting Sheet

Homeowner Name:    Dava Baez

Location:    1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426

Claim Number:



5 – drywall marking  A (CHINA ASTM-C36)



6 drywall marking S (CHINA ASTM-C36)



Photo Mounting Sheet

Homeowner Name: Dava Baez
Location: 1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426
Claim Number:



7 – drywall marking TM (CHINA ASTM- C36)



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dava Baez |
| Location: | 1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426 |
| Claim Number: | |



8 – drywall marking C (CHINA ASTM-C36)



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dava Baez |
| Location: | 1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426 |
| Claim Number: | |



9 – drywall marking 36 (CHINA ASTM C36)



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dava Baez |
| Location: | 1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426 |
| Claim Number: | |



10 – drywall marking 06-03



# Photo Mounting Sheet

Homeowner Name:    Dava Baez

Location:    1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426

Claim Number:



11 – drywall marking -03



12 – HVAC Coil



# Photo Mounting Sheet

Homeowner Name:   Dava Baez

Location:   1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl
33426

Claim Number:



13 – HVAC coil



14 – HVAC electro-mechanical



### Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dava Baez |
| Location: | 1690 Rennaissance Commons Blvd Unit 1528 Boynton Beach, Fl 33426 |
| Claim Number: | |



11/18/2009

15 – circuit breaker

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1611  Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | 12/6/2009 | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | | Sampler Name/Company: | Photo Range: | 1 thru 9 |

### ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | light | dark | 2 &3 |
| Electro-mechanical portion of HVAC | | | no | | | 4 |
| Circuit Breaker | | | no | | | #5 |
| Refrigerator coils | | | no | | | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | | | | |
|---|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | | Photo Number(s)  8 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | | Photo Number(s)  9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassome |
| Location: | 1690 Renaissance Commons Blvd #1611 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

Homeowner Name: Arthur and Barbara Balassome
Location: 1690 Renaissance Commons Blvd #1611 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassome |
| Location: | 1690 Renaissance Commons Blvd #1611 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassome |
| Location: | 1690 Renaissance Commons Blvd #1611 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassome |
| Location: | 1690 Renaissance Commons Blvd #1611 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassome |
| Location: | 1690 Renaissance Commons Blvd #1611 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 refrigerator**



# Photo Mounting Sheet

Homeowner Name:   Arthur and Barbara Balassome
Location:                1690 Renaissance Commons Blvd #1611 Boynton Beach Fl 33426
Claim Number:        30325.002



**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name: Arthur and Barbara Balassome
Location: 1690 Renaissance Commons Blvd #1611 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #8 bath faucet (typical)**



## Photo Mounting Sheet

Homeowner Name: Arthur and Barbara Balassome
Location: 1690 Renaissance Commons Blvd #1611 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #9 electrical wire at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



# Photo Mounting Sheet

Homeowner Name:  Arthur Balassone
Location:                  BLDG# 1690  UNIT 1611
Claim Number:



**Photo # 1**



## Photo Mounting Sheet

Homeowner Name:   Arthur Balassone

Location:   BLDG# 1690  UNIT 1611

Claim Number:



2009/12/01 09:47:28

**Photo # 2**



# Photo Mounting Sheet

Homeowner Name: Arthur Balassone
Location: BLDG# 1690  UNIT 1611
Claim Number:



2009/12/01  09:52:33

**Photo # 3**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2404, Boynton Beach, Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 1/26/2011 | Sampler Name/Company: Balassone, Arthur and Barbara | Photo Range: | 1 thru 17 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | No |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: | West living room wall at SGD | Photo #: | 12 to17 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | SGD = Sliding Glass Door | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Moderate | Dark | 2 |
| Electro-mechanical portion of HVAC | | | No | | | 3 |
| Circuit Breaker | | | No | | | #4 |
| Refrigerator coils | | | Yes | Moderate | Dark | 5 & 6 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 7 to 10 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassone |
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #1**



Photo Mounting Sheet

Homeowner Name: **Arthur and Barbara Balassone**
Location: 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426
Claim Number: **30325.002**



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassone |
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #3 HVAC disconnect**



# Photo Mounting Sheet

Homeowner Name: Arthur and Barbara Balassone

Location: 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426

Claim Number: **30325.002**



**Photo #4 Circuit breaker**



Photo Mounting Sheet

| Homeowner Name: | Arthur and Barbara Balassone |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #5 Refrigerator copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassone |
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #6 Refrigerator copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Arthur and Barbara Balassone** |
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #7 Vanity faucet (1)**



# Photo Mounting Sheet

| Homeowner Name: | **Arthur and Barbara Balassone** |
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #8 Vanity faucet (2)**



## Photo Mounting Sheet

Homeowner Name: **Arthur and Barbara Balassone**

Location: 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426

Claim Number: **30325.002**



**Photo #9 Sink stopper (1)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassone |
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #10 Sink stopper (2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassone |
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #11 Electrical switch**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassone |
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #12 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassone |
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #13 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | Arthur and Barbara Balassone |
| --- | --- |
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #14 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Arthur and Barbara Balassone** |
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #15 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | Arthur and Barbara Balassone |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #16 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Barbara Balassone |
| Location: | 1660 Renaissance Commons Blvd. #2404, Boynton Beach, Fl.33426 |
| Claim Number: | **30325.002** |



**Photo #17 Drywall stamp in wall**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| Address: | 1660 Renaissance Commons Blvd #2404 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
|---|---|---|---|---|
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/28/2009 | Sampler Name/Company: Balassone, Arthur and Barbara | Photo Range: | 1 thru 9 |

## ODOR OBSERVATIONS

| Odor Present: | ✓ Check | Description of Odor: | light |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | | Location Stamp Found: | | Photo #: | |
|---|---|---|---|---|---|
| End Tape Found: | | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | Unknown |
|---|---|
| Plumbing | Unknown |
| Light Fixtures | Unknown |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | light | dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | Yes | light on jumper bar | dark | #5 |
| Refrigerator coils | | | Yes | moderate | dark | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 8 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Balassone, Arthur and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2404 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Balassone, Arthur and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2404 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Balassone, Arthur and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2404 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



Photo Mounting Sheet

| Homeowner Name: | Balassone, Arthur and Barbara |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2404 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

Homeowner Name:   Balassone, Arthur and Barbara
Location:          1660 Renaissance Commons Blvd #2404 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #5 circuit breaker**



## Photo Mounting Sheet

Homeowner Name:   Balassone, Arthur and Barbara
Location:   1660 Renaissance Commons Blvd #2404 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #6 refrigerator lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Balassone, Arthur and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2404 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Balassone, Arthur and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2404 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 bath faucet (typical) no corrosion**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Balassone, Arthur and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2404 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



# Photo Mounting Sheet

Homeowner Name: Balassone, Arthur and Barbara
Location: 1660 Renaissance Commons Blvd #2404 Boynton Beach Fl 33426
Claim Number: 30325.002

| |
|---|
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renauissance Commons Blvd #2407 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Camera Serial: | |
| Visit Date: | 11/29/2009 | Sampler Name/Company: Patrick Toohey / Brightclaim | |
| | | Sampler Name/Company: | Photo Range: 1 thru 16 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | light |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | black lettering | Location Stamp Found: | north wall 2nd bedroom | Photo #: 10 to 16 |
| End Tape Found: | No | Color of End Tape: | | |
| Comments: | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | light | dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | moderate on disconnect | black | 4 |
| Circuit Breaker | | | no | | | #5 |
| Refrigerator coils | | | yes | light | daerk | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | 1 bath faucet light corrosion | 8 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>No | | 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | Yes | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Allen Baron |
| Location: | 1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



Photo Mounting Sheet

Homeowner Name:     Allen Baron
Location:                    1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426
Claim Number:           30325.002



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

Homeowner Name:   Allen Baron
Location:              1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo #3 HVAC**



# Photo Mounting Sheet

| Homeowner Name: | Allen Baron |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

Homeowner Name:   Allen Baron
Location:   1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #5 Circuit Breaker**



Photo Mounting Sheet

Homeowner Name: Allen Baron
Location: 1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #6 Refrigerator**



# Photo Mounting Sheet

Homeowner Name:   Allen Baron
Location:   1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #7 Refrigerator**



## Photo Mounting Sheet

Homeowner Name:   Allen Baron
Location:   1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #8 bath faucet light corrosion**



# Photo Mounting Sheet

Homeowner Name:    Allen Baron
Location:    1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #9 electrical wires at outlet**



# Photo Mounting Sheet

Homeowner Name:     Allen Baron
Location:     1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426
Claim Number:     30325.002



**Caption**

**Photo #10 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Allen Baron
Location: 1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426
Claim Number: 30325.002

**Caption**

**Photo #11 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Allen Baron
Location:   1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426
Claim Number:   30325.002



**Caption**

**Photo #12 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Allen Baron
Location:   1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426
Claim Number:   30325.002



**Caption**

**Photo #13 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Allen Baron |
| Location: | 1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #14 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Allen Baron
Location:   1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426
Claim Number:   30325.002



**Caption**

**Photo #15 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Allen Baron |
| Location: | 1660 Renaissance Commons Blvd #2407 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo # 16 drywall stamp**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 RENAISSANCE COMMONS BLVD.  UNIT # 2630  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | JOYCE BASHEIN | Sampler Name/Company: ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/22/2009 | Sampler Name/Company: | Photo Range: |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | SULFUR |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | BLUE DOT LETTERS | Location Stamp Found: | LIVING ROOM WALL | Photo #: | 16 - 23 |
| End Tape Found: | YES | Color of End Tape: | BLUE , YELLOW | |
| Comments: | BLUE DOT LETTERS - IN CHI | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 2,3,4 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 5 |
| Circuit Breaker | | | ☑ Check | MODERATE | BLACK | 7,8,9 |
| Refrigerator coils | | | ☑ Check | SEVERE | BLACK | 10, - 15 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | | |
| Other metallic fixtures or hardware | Discoloration/Residue?  NO | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | BLACK DISCOLORATION OF EXPOSED COPPER WIRE | 6 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:     JOYCE BASHEIN
Location:            1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



**Photo # 1 FRONT OF UNIT**



### Photo Mounting Sheet

Homeowner Name:     JOYCE BASHEIN
Location:                      1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



**Photo # 2 HVAC- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**



Photo Mounting Sheet

Homeowner Name:  JOYCE BASHEIN
Location:  1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



**Photo # 3 HVAC -  SEVERE  BLACK  DISCOLORATION  OF  EXPOSED COPPER U-BENDS**



## Photo Mounting Sheet

Homeowner Name:    JOYCE BASHEIN

Location:    1660 RENAISSANCE COMMONS BLVD. UNIT # 2630

Claim Number:



**Photo # 4 HVAC -  SEVERE  BLACK  DISCOLORATION  OF  EXPOSED COPPER U-BENDS**



# Photo Mounting Sheet

Homeowner Name:   JOYCE BASHEIN
Location:          1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



**Photo # 5 HVAC- SEVERE BLACK DISCOLORATION OF HVAC DISCONNECT PLUG**



## Photo Mounting Sheet

Homeowner Name:      JOYCE BASHEIN
Location:                       1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



**Photo # 6 ELECTRICAL RECEPTACLE – BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name:  JOYCE BASHEIN
Location:  1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



**Photo # 7 CIRCUIT BREAKER**



## Photo Mounting Sheet

Homeowner Name:   JOYCE BASHEIN
Location:                1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



**Photo # 8 CIRCUIT BREAKER -  BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | JOYCE BASHEIN |
| Location: | 1660 RENAISSANCE COMMONS BLVD. UNIT # 2630 |
| Claim Number: | |



**Photo # 9 CIRCUIT BREAKER -  BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name:   JOYCE BASHEIN
Location:   1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



**Photo # 10 REFRIGERATOR – SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name: JOYCE BASHEIN
Location: 1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



**Photo # 11 REFRIGERATOR – SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name: JOYCE BASHEIN
Location: 1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



**Photo # 12 REFRIGERATOR – SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:    JOYCE BASHEIN
Location:    1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



**Photo # 13 REFRIGERATOR – SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | JOYCE BASHEIN |
| Location: | 1660 RENAISSANCE COMMONS BLVD. UNIT # 2630 |
| Claim Number: | |



**Photo # 14 REFRIGERATOR – SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:  JOYCE BASHEIN
Location:  1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



**Photo # 15 REFRIGERATOR – SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:      JOYCE BASHEIN
Location:            1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



Photo # 16 LIVING ROOM WALL – STAMP LOCATION



# Photo Mounting Sheet

Homeowner Name:  JOYCE BASHEIN
Location:  1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



2009/11/22 04:52:19

Photo # 17 BLUE AND YELLOW END TAPE



# Photo Mounting Sheet

Homeowner Name:   JOYCE BASHEIN
Location:               1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



2009/11/22  04:52:29

Photo # 18 BLUE AND YELLOW END TAPE



Photo Mounting Sheet

Homeowner Name:     JOYCE BASHEIN
Location:                      1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



2009/11/22  23:32:23

**Photo # 19  BLUE DOT LETTERING - I**



# Photo Mounting Sheet

Homeowner Name: **JOYCE BASHEIN**
Location: 1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



2009/11/22  23:32:41

**Photo # 20 BLUE DOT LETTERING -  N**



## Photo Mounting Sheet

Homeowner Name:    JOYCE BASHEIN
Location:    1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



2009/11/22  23:33:21

**Photo # 21 BLUE DOT LETTERING -  C**



Photo Mounting Sheet

Homeowner Name: JOYCE BASHEIN
Location: 1660 RENAISSANCE COMMONS BLVD. UNIT # 2630
Claim Number:



2009/11/22 23:33:34

**Photo # 22 BLUE DOT LETTERING -  H**



## Photo Mounting Sheet

Homeowner Name: **JOYCE BASHEIN**

Location: 1660 RENAISSANCE COMMONS BLVD. UNIT # 2630

Claim Number:



2009/11/22  23:33:57

**Photo # 23 BLUE DOT LETTERING -  I**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd, Unit 1428, Boynton Beach, FL 33426 | Front of House Photo #: | 2 |
| Address ID: | 1 | Sampler Name/Company: Peter & Robin Bast | Camera Serial: | |
| Visit Date: | 10/28/2009 | Sampler Name/Company: Guy Sumlin/BrightClaim | Photo Range: | 1-11 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Strong musty odor |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | none to fixtures. Damage reported to DVD player, TiVO, and flat panel TV. |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 3 & 4 |
| Electro-mechanical portion of HVAC | | | no | | | 5 |
| Circuit Breaker | | | yes | lite | black | 6 & 7 |
| Refrigerator coils | | | yes | heavy | black | 8 & 9 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | Describe, discoloration, color and location: Moderate discoloration on ground wire | Photo Number(s) 10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Drywall stamp | Yes | Drywall stamp inside wall | 11 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:      Peter & Robin Bast

Location:      1690 Rennaissance Commons Blvd  Unit 1428  Boynton Beach, FL

Claim Number:



**Address Photograph**



**Structure Photo**



# Photo Mounting Sheet

Homeowner Name:     Peter & Robin Bast
Location:     1690 Rennaissance Commons Blvd  Unit 1428  Boynton Beach, FL
Claim Number:



**HVAC coils – Photo #3**



## Photo Mounting Sheet

Homeowner Name:     Peter & Robin Bast
Location:               1690 Rennaissance Commons Blvd  Unit 1428  Boynton Beach, FL
Claim Number:



**HVAC Coils – Photo #4**



## Photo Mounting Sheet

Homeowner Name: _____ Peter & Robin Bast _____

Location: _____ 1690 Rennaissance Commons Blvd  Unit 1428  Boynton Beach, FL _____

Claim Number: _____



**Electro-mechanical of HVAC – Photo #5**



**Circuit breaker – Photo #6**



# Photo Mounting Sheet

Homeowner Name:       Peter & Robin Bast
Location:       1690 Rennaissance Commons Blvd  Unit 1428  Boynton Beach, FL
Claim Number:



**Circuit Breaker – Photo #7**



**Refrigerator coil – Photo #8**



# Photo Mounting Sheet

Homeowner Name: Peter & Robin Bast
Location: 1690 Rennaissance Commons Blvd  Unit 1428  Boynton Beach, FL
Claim Number:



**Refrigerator coil – Photo #9**



**Receptacle –right wall of living room – Photo #10**



# Photo Mounting Sheet

Homeowner Name:      Peter & Robin Bast

Location:      1690 Rennaissance Commons Blvd  Unit 1428  Boynton Beach, FL

Claim Number:



**Drywall marking – on inside left wall of living room – Photo #11**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 01/12/2010 | Sampler Name/Company: Bragoli, Frank and Carolyn | Photo Range: | 1 thru 16 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Heavy sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Unknown |
| Plumbing | Unknown |
| Light Fixtures | Unknown |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 4 |
| Circuit Breaker | | | Yes | Heavy on jumper bar | Black | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br>No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br>Yes | 4 bath faucets and 4 sink stoppers | 8 Thru 15 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br>No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?<br>Yes | Heavy on electrical wires at outlet | 16 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:   Bragoli, Frank and Carolyn
Location:         1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bragoli, Frank and Carolyn |
| Location: | 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

Homeowner Name:   Bragoli, Frank and Carolyn
Location:   1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bragoli, Frank and Carolyn |
| Location: | 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bragoli, Frank and Carolyn |
| Location: | 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bragoli, Frank and Carolyn |
| Location: | 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 refrigerator copper lines**



## Photo Mounting Sheet

Homeowner Name:   Bragoli, Frank and Carolyn
Location:   1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #7 refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bragoli, Frank and Carolyn |
| Location: | 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bragoli, Frank and Carolyn |
| Location: | 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 bath faucet**



Photo Mounting Sheet

Homeowner Name: **Bragoli, Frank and Carolyn**
Location: 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #10 bath faucet**



# Photo Mounting Sheet

| Homeowner Name: | Bragoli, Frank and Carolyn |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 bath faucet**



# Photo Mounting Sheet

Homeowner Name: **Bragoli, Frank and Carolyn**
Location: 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #12 sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bragoli, Frank and Carolyn |
| Location: | 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #13 sink stopper**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bragoli, Frank and Carolyn |
| Location: | 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption Photo #14 sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bragoli, Frank and Carolyn |
| Location: | 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption Photo #15 sink stopper**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bragoli, Frank and Carolyn |
| Location: | 1690 Renaissance Commons Blvd #1314 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #16 electrical wires at outlet**



## Photo Mounting Sheet

Homeowner Name: Frank & Carolyn Bragoli

Location: 1690 Rennaissance Commons Blvd.  Unit 1314  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall marking 4feetx (of 4feetx12feetx1/2inch)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank & Carolyn Bragoli |
| Location: | 1690 Rennaissance Commons Blvd.  Unit 1314  Boynton Beach, FL  33426 |
| Claim Number: | |



**3 – drywall marking eetx12feetx1/2i  (of 4feetx12feetx1/2inch)**



**4 drywall marking**



# Photo Mounting Sheet

Homeowner Name:    Frank & Carolyn Bragoli

Location:    1690 Rennaissance Commons Blvd.  Unit 1314  Boynton Beach, FL  33426

Claim Number:



5 – drywall tape joint

6

7 –

8 –

9 –

10 –

11 –

12 –

13 –

14 -

15 -

16 –

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 RENAISSANCE COMMONS BLVD.  UNIT # 1227  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | PHILIP BRICE | Sampler Name/Company: ALLEN COTTON-BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/22/2009 | Sampler Name/Company: | Photo Range: |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | [✓] Check | Description of Odor: | SULFUR |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | BLACK DOT LETTERING | Location Stamp Found: | BEDROOM WALL | Photo #: | 25 - 31 |
| End Tape Found: | NO | Color of End Tape: | | | |
| Comments: | BLACK DOT LETTERING- 4FEETX12FEET | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | [✓] | [✓] | [✓] | SEVERE | BLACK | 3,4,5,6,7 |
| Electro-mechanical portion of HVAC | [✓] | [✓] | [✓] | SEVERE | BLACK | 2 |
| Circuit Breaker | | | [✓] | MODERATE | BLACK | 8,9 |
| Refrigerator coils | | | [✓] | SEVERE | BLACK | 20 - 24 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | [ ] | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | YES | BATHROOM FAUCETS HAVE BLACK DISCOLORATION AND SPOTTING | 10 |
| Other metallic fixtures or hardware | Yes | PICTURE FRAMES HAVE BLACK DISCOLORATION.  LAMP IN BEDROOM HAS BLACK DISCOLORATION. FURNITURE KNOBS HAVE BLACK DISCOLORATION AND SPOTTING. | 11,12,13,14,15,16,17 |
| Electrical Receptacles and Switches | Yes | RECEPTACLES HAVE BLACK DISCOLORATION TO EXPOSED COPPER WIRE | 18,19 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 1 FRONT OF UNIT**



# Photo Mounting Sheet

Homeowner Name:     PHILIP BRICE
Location:           1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 2 HVAC-BLACK DISCOLORATION OF HVAC DISCONNECT PLUG**



Photo Mounting Sheet

Homeowner Name:    PHILIP BRICE
Location:          1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 3 HVAC- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**



# Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 4 HVAC -    SEVERE BLACK DISCOLORATION OF EXPOSED COPPER U-BENDS**



### Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 5 HVAC -      SEVERE BLACK DISCOLORATION OF EXPOSED COPPER U-BENDS**



# Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 6 HVAC- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**



Photo Mounting Sheet

Homeowner Name:  PHILIP BRICE
Location:  1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 7 HVAC- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name: PHILIP BRICE
Location: 1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 8 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 9 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 10 BATHROOM FAUCET – BLACK SPOTTING AND CORROSION**



Photo Mounting Sheet

Homeowner Name: PHILIP BRICE
Location: 1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 11 FURNITURE DOOR KNOBS - BLACK SPOTTING AND CORROSION**



Photo Mounting Sheet

Homeowner Name:  PHILIP BRICE
Location:  1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 12 FURNITURE DOOR KNOBS - BLACK SPOTTING AND CORROSION**



# Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 13 SILVER PICTURE FRAME- BLACK DISCOLORATION AND SPOTTING**



## Photo Mounting Sheet

Homeowner Name:     PHILIP BRICE
Location:           1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 14 SILVER PICTURE FRAME- BLACK DISCOLORATION AND SPOTTING**



## Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:              1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 15 SILVER PICTURE FRAME- BLACK DISCOLORATION AND SPOTTING**



## Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



Photo # 16 BEDROOM LAMP- BLACK DISCOLORATION



## Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:                   1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



Photo # 17 BEDROOM LAMP- BLACK DISCOLORATION



## Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:          1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 18 ELECTRICAL RECEPTACLE- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:          1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 19 ELECTRICAL RECEPTACLE- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:              1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 20 REFRIGERATOR – SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name: PHILIP BRICE
Location: 1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 21 REFRIGERATOR – SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:  PHILIP BRICE

Location:  1690 RENAISSANCE COMMONS BLVD. UNIT # 1227

Claim Number:



**Photo # 22 REFRIGERATOR – SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name: PHILIP BRICE
Location: 1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 23 REFRIGERATOR – SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:    PHILIP BRICE
Location:    1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



**Photo # 24 REFRIGERATOR – SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE

Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1227

Claim Number:



2009/11/22 02:17:44

**Photo # 25 BLACK DOT LETTERING - 4**



# Photo Mounting Sheet

Homeowner Name:     PHILIP BRICE
Location:           1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



2009/11/22 02:17:53

**Photo # 26 BLACK DOT LETTERING- FEE**



## Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



2009/11/22 02:18:02

**Photo # 27 BLACK DOT LETTERING- EET**



# Photo Mounting Sheet

Homeowner Name:　PHILIP BRICE
Location:　1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



2009/11/22 02:18:07

**Photo # 28 BLACK DOT LETTERING- TX**



## Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:               1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



2009/11/22 02:18:14

**Photo # 29 BLACK DOT LETTERING – X12**



Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE
Location:          1690 RENAISSANCE COMMONS BLVD. UNIT # 1227
Claim Number:



2009/11/22 02:18:49

**Photo # 30 BLACK DOT LETTERING - FE**



# Photo Mounting Sheet

Homeowner Name:   PHILIP BRICE

Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1227

Claim Number:



2009/11/22 02:18:56

**Photo # 31 BLACK DOT LETTERING - ET**