## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 RENAISSANCE COMMONS BLVD.  UNIT # 2508  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | FRANCESCO CAMASTRO | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/29/2009 | Sampler Name/Company: | Photo Range:  1 thru 27 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | SULFUR |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | BLUE DOT LETTERING | Location Stamp Found: | BEDROOM CLOSET WALL | Photo #: 20 thru 27 |
| End Tape Found: | NO | Color of End Tape: | | |
| Comments: | BLUE DOT LETTERING- CHINA  KNAUF | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 7,8 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 6 |
| Circuit Breaker | | | ☑ Check | MODERATE | BLACK | 9 thru 12 |
| Refrigerator coils | | | ☑ Check | SEVERE | BLACK | 15 thru 19 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  YES | BATHROOM FAUCETS- BLACK SPOTTING AND DISCOLORATION | 2,3,4 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | 5 |
| Electrical Receptacles and Switches | Discoloration/Residue?  YES | BLACK DISCOLORATION OF EXPOSED COPPER WIRE | 13,14 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



Photo Mounting Sheet

Homeowner Name:  FRANCESCO CAMASTRO
Location:  BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 1  UNIT NUMBER**



# Photo Mounting Sheet

Homeowner Name:   FRANCESCO CAMASTRO
Location:   BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 2 BATHROOM FAUCETS- BLACK SPOTTING**



Photo Mounting Sheet

Homeowner Name:    FRANCESCO CAMASTRO
Location:              BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 3 BATHROOM FAUCETS- BLACK SPOTTING**



Photo Mounting Sheet

Homeowner Name:     FRANCESCO CAMASTRO
Location:                     BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 4 BATHROOM FAUCETS- BLACK SPOTTING**



Photo Mounting Sheet

Homeowner Name:   FRANCESCO CAMASTRO
Location:   BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 5 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:   FRANCESCO CAMASTRO
Location:                   BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 6 HVAC- BLACK DISCOLORATION OF DISCONNECT PLUG**



## Photo Mounting Sheet

Homeowner Name:  FRANCESCO CAMASTRO
Location:  BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 7 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     FRANCESCO CAMASTRO
Location:                      BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 8 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   FRANCESCO CAMASTRO
Location:              BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 9 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | FRANCESCO CAMASTRO |
| Location: | BLDG # 1660  UNIT # 2508 |
| Claim Number: | |



**Photo # 10 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**

 **Photo Mounting Sheet**

| | |
|---|---|
| Homeowner Name: | FRANCESCO CAMASTRO |
| Location: | BLDG # 1660  UNIT # 2508 |
| Claim Number: | |



**Photo # 11 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



Photo Mounting Sheet

Homeowner Name:  FRANCESCO CAMASTRO
Location:  BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 12 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

| Homeowner Name: | FRANCESCO CAMASTRO |
| Location: | BLDG # 1660  UNIT # 2508 |
| Claim Number: | |



**Photo # 13 RECEPTACLE- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name:     FRANCESCO CAMASTRO
Location:                        BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 14 SWITCH- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



Photo Mounting Sheet

Homeowner Name:     FRANCESCO CAMASTRO
Location:                     BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 15 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     FRANCESCO CAMASTRO
Location:                     BLDG # 1660  UNIT # 2508
Claim Number:



Photo # 16 **REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:  FRANCESCO CAMASTRO
Location:  BLDG # 1660  UNIT # 2508
Claim Number:



Photo # 17 **REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:  FRANCESCO CAMASTRO
Location:  BLDG # 1660  UNIT # 2508
Claim Number:



Photo # 18 **REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     FRANCESCO CAMASTRO
Location:           BLDG # 1660  UNIT # 2508
Claim Number:



**Photo # 19 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:  FRANCESCO CAMASTRO
Location:  BLDG # 1660  UNIT # 2508
Claim Number:



2009/11/29 12:22:15

**Photo # 20 BLUE DOT STAMP – CHINA  KNAUF**



## Photo Mounting Sheet

Homeowner Name:     FRANCESCO CAMASTRO
Location:                      BLDG # 1660  UNIT # 2508
Claim Number:



2009/11/29  12:22:35

**Photo # 21 BLUE DOT STAMP – CHINA  KNAUF**



# Photo Mounting Sheet

Homeowner Name:  FRANCESCO CAMASTRO
Location:  BLDG # 1660  UNIT # 2508
Claim Number:



2 0 0 9 / 1 1 / 2 9   1 2 : 2 3 : 2 9

**Photo # 22 BLUE DOT STAMP – CHINA  KNAUF**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | FRANCESCO CAMASTRO |
| Location: | BLDG # 1660  UNIT # 2508 |
| Claim Number: | |



2009/11/29  12:23:37

**Photo # 23 BLUE DOT STAMP – CHINA  KNAUF**



Photo Mounting Sheet

Homeowner Name:   FRANCESCO CAMASTRO
Location:   BLDG # 1660  UNIT # 2508
Claim Number:



2009/11/29 12:24:59

**Photo # 24 BLUE DOT STAMP – CHINA  KNAUF**



Photo Mounting Sheet

Homeowner Name:     FRANCESCO CAMASTRO
Location:                      BLDG # 1660  UNIT # 2508
Claim Number:



2009/11/29 12:25:12

**Photo # 25 BLUE DOT STAMP – CHINA  KNAUF**



# Photo Mounting Sheet

Homeowner Name:    FRANCESCO CAMASTRO
Location:             BLDG # 1660  UNIT # 2508
Claim Number:



2009/11/29 12:25:40

**Photo # 26 BLUE DOT STAMP – CHINA  KNAUF**



Photo Mounting Sheet

Homeowner Name:   FRANCESCO CAMASTRO
Location:   BLDG # 1660  UNIT # 2508
Claim Number:



2009/11/29 12:25:53

**Photo # 27 BLUE DOT STAMP – CHINA  KNAUF**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | |
|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 | Front of House Photo #: 1 |
| Address ID: | | Camera Serial: |
| Visit Date: 12/6/2009 | Sampler Name/Company: Patrick Toohey / Brightclaim | Photo Range: 1 thru 9 |
| | Sampler Name/Company: | |

## ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: ☐ Check | Description of Odor: | |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | |
|---|---|---|
| Stamp Description: | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: |
| Comments: | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | light | dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | no | | | 4 |
| Circuit Breaker | | | no | | | #5 |
| Refrigerator coils | | | yes | light | dark | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  8 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Louis and Michele Cammarata |
| Location: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Louis and Michele Cammarata |
| Location: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Louis and Michele Cammarata |
| Location: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



## Photo Mounting Sheet

Homeowner Name:   Louis and Michele Cammarata
Location:          1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Louis and Michele Cammarata |
| Location: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



## Photo Mounting Sheet

Homeowner Name: Louis and Michele Cammarata
Location: 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #6 refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Louis and Michele Cammarata |
| Location: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



Photo Mounting Sheet

| Homeowner Name: | Louis and Michele Cammarata |
| Location: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 bath faucet (typical)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Louis and Michele Cammarata |
| Location: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michele and Louis Cammarata |
| Location: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michele and Louis Cammarata |
| Location: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo**

**Photo #2 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Michele and Louis Cammarata
Location:   1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426
Claim Number:   30325.002



Enter

**Photo #3 drywall stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michele and Louis Cammarata |
| Location: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #4 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:     Michele and Louis Cammarata
Location:     1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426
Claim Number:     30325.002



**Caption**

**Photo #5 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:    Michele and Louis Cammarata
Location:    1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426
Claim Number:    30325.002



Caption

**Photo #6 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michele and Louis Cammarata |
| Location: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #7 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michele and Louis Cammarata |
| Location: | 1660 Renaissance Commons Blvd #2503 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

| |
|---|
| **Photo #8 drywall stamp** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 RENAISSANCE COMMONS BLVD.  UNIT # 2208  BOYNTON BEACH  FL  33426 | | Front of House Photo #: | 1 |
| Address ID: | JANET CAMPBELL | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/23/2009 | Sampler Name/Company: | Photo Range: |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | SULFUR |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | BLUE DOT LETTERING | Location Stamp Found: | BEDROOM WALL | Photo #: | 21 - 28 |
| End Tape Found: | NO | Color of End Tape: | | |
| Comments: | BLUE DOT LETTERING- MISC. NUMBERS AND THE LETTER "C" | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | REPLACED COIL SUMMER 2008 |
| Plumbing | None noted by homeowner |
| Light Fixtures | REPLACED DIMMER SWITCH AND TWO (2) SMOKE DETECTORS |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 3,4,5,6 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 2 |
| Circuit Breaker | | | ☑ Check | SEVERE | BLACK | 12 - 16 |
| Refrigerator coils | | | ☑ Check | SEVERE | BLACK | 17 - 20 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  YES | Black discoloration and spotting of bathroom faucets | 7,8,9 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | black discoloration and spotting of picture frame found in bedroom | 10 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Electrical receptacles have noticable black discoloration  of exposed copper wire. | 11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name:     JANET CAMPBELL
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 1 FRONT OF HOUSE**



Photo Mounting Sheet

Homeowner Name:    JANET CAMPBELL
Location:          1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 2 HVAC- SEVERE BLACK DISCOLORATION OF HVAC DISCONNECT PLUG**



## Photo Mounting Sheet

Homeowner Name:    JANET CAMPBELL
Location:    1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 3 HVAC- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**



Photo Mounting Sheet

Homeowner Name:     JANET CAMPBELL
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 4   HVAC- SEVERE  BLACK  DISCOLORATION  OF  EXPOSED COPPER
U-BENDS**



## Photo Mounting Sheet

Homeowner Name:     JANET CAMPBELL
Location:               1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 5 HVAC- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:  JANET CAMPBELL
Location:  1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 6 HVAC- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | JANET CAMPBELL |
| Location: | 1660 RENAISSANCE COMMONS BLVD. # 2208 |
| Claim Number: | |



**Photo # 7 BATH ROOM FAUCETS- BLACK DISCOLORATION AND SPOTTING**



# Photo Mounting Sheet

Homeowner Name:  JANET CAMPBELL
Location:  1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 8 BATH ROOM FAUCETS- BLACK DISCOLORATION AND SPOTTING**



# Photo Mounting Sheet

Homeowner Name:     JANET CAMPBELL
Location:                     1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**S Photo # 9 BATH ROOM FAUCETS- BLACK DISCOLORATION AND POTTING**



Photo Mounting Sheet

Homeowner Name:    JANET CAMPBELL
Location:          1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 10 PICTURE FRAME- BLACK DISCOLORATION AND SPOTTING**



Photo Mounting Sheet

Homeowner Name:     JANET CAMPBELL
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 11 ELECTRICAL RECEPTACLE- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name:   JANET CAMPBELL
Location:   1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 12 CIRCUIT BREAKER**



# Photo Mounting Sheet

Homeowner Name:     JANET CAMPBELL
Location:           1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 13 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



### Photo Mounting Sheet

Homeowner Name:    JANET CAMPBELL
Location:    1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 14 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

Homeowner Name:   JANET CAMPBELL
Location:   1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 15 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



### Photo Mounting Sheet

Homeowner Name:     JANET CAMPBELL
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



Photo # 16 **CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name:  JANET CAMPBELL
Location:  1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 17 REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:   JANET CAMPBELL
Location:         1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 18 REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     JANET CAMPBELL
Location:            1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 19 REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:  JANET CAMPBELL
Location:  1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 20 REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:   JANET CAMPBELL

Location:   1660 RENAISSANCE COMMONS BLVD. # 2208

Claim Number:



**Photo # 21 BLUE DOT MARKINGS**



# Photo Mounting Sheet

Homeowner Name:    JANET CAMPBELL

Location:    1660 RENAISSANCE COMMONS BLVD. # 2208

Claim Number:



**Photo # 22 BLUE DOT MARKINGS**



# Photo Mounting Sheet

Homeowner Name:     JANET CAMPBELL
Location:                    1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 23 BLUE DOT MARKINGS**



# Photo Mounting Sheet

Homeowner Name:  JANET CAMPBELL
Location:  1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 24 BLUE DOT MARKINGS**



# Photo Mounting Sheet

Homeowner Name:  JANET CAMPBELL
Location:  1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 25 BLUE DOT MARKINGS**



## Photo Mounting Sheet

Homeowner Name:   JANET CAMPBELL

Location:   1660 RENAISSANCE COMMONS BLVD. # 2208

Claim Number:



**Photo # 26 BLUE DOT MARKINGS**



# Photo Mounting Sheet

Homeowner Name:   JANET CAMPBELL
Location:   1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 27 BLUE DOT MARKINGS**



## Photo Mounting Sheet

Homeowner Name:     JANET CAMPBELL
Location:           1660 RENAISSANCE COMMONS BLVD. # 2208
Claim Number:



**Photo # 28 BLUE DOT MARKINGS**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd # 2316 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/07/2009 | Sampler Name/Company: Carbone, David and Rachael | Photo Range: | 1 thru 10 |

## ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | heavy on disconnect | black | 4 |
| Circuit Breaker | | | yes | light on jumper bar ends | dark | #5 |
| Refrigerator coils | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? Yes | 2 bath faucets | 8 & 9 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | | |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | electrical wires at outlet are black | 10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | David and Rachael Carbone |
| Location: | 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

Homeowner Name: David and Rachael Carbone
Location: 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | David and Rachael Carbone |
| Location: | 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | David and Rachael Carbone |
| Location: | 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | David and Rachael Carbone |
| Location: | 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | David and Rachael Carbone |
| Location: | 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | David and Rachael Carbone |
| Location: | 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | David and Rachael Carbone |
| Location: | 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 corroded bath faucet**



# Photo Mounting Sheet

Homeowner Name:     David and Rachael Carbone
Location:     1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #9 corroded bath faucet**



# Photo Mounting Sheet

Homeowner Name: David and Rachael Carbone
Location: 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #10 electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



## Photo Mounting Sheet

Homeowner Name:   David and Rachael Carbone
Location:               1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo #1 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:    David and Rachael Carbone
Location:          1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426
Claim Number:      30325.002



Photo

**Photo #2 drywall stamp**



## Photo Mounting Sheet

Homeowner Name: David and Rachael Carbone
Location: 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426
Claim Number: 30325.002



**Caption**

**Photo #3 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:   David and Rachael Carbone
Location:   1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426
Claim Number:   30325.002



**Caption**
**Photo #4 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | David and Rachael Carbone |
| Location: | 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #5 drywall stamp**



# Photo Mounting Sheet

| Homeowner Name: | David and Rachael Carbone |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #6 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:   David and Rachael Carbone
Location:          1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426
Claim Number:      30325.002



**Caption**

**Photo #7 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: David and Rachael Carbone
Location: 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426
Claim Number: 30325.002



Caption
**Photo #8 drywall stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | David and Rachael Carbone |
| Location: | 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #9 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | David and Rachael Carbone |
| Location: | 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #10 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | David and Rachael Carbone |
| Location: | 1660 Renaissance Commons Blvd #2316 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

| |
|---|
| **Photo #11 drywall stamp** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690  Renaisssance Commons blvd #1324, Boynton  Beach, Fl 33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 11/20/2009 | Sampler Name/Company: | Photo Range:    1 thru 11 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Faint odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: | North wall 2nd bedroom | Photo #: | 10 &11 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 &3 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 4 |
| Circuit Breaker | | | Yes | Light | Dark | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>Bath Faucet | Photo Number(s)<br><br>8 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>Heavy   Black | Photo Number(s)<br><br>9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Roger and Kramer Casalengo |
| Location: | 1690 Renaissance Commons Blvd. #1324, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Roger and Kramer Casalengo |
| Location: | 1690 Renaissance Commons Blvd. #1324, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name:     Roger and Kramer Casalengo

Location:           1690 Renaissance Commons Blvd. #1324, Boynton Beach,
                    Fl.33426

Claim Number:



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Roger and Kramer Casalengo |
| Location: | 1690 Renaissance Commons Blvd. #1324, Boynton Beach, Fl.33426 |
| Claim Number: | |



**CaptionPhoto #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Roger and Kramer Casalengo |
| Location: | 1690 Renaissance Commons Blvd. #1324, Boynton Beach, Fl.33426 |
| Claim Number: | |



**CaptionPhoto #5 Circuit Breaker**



Photo Mounting Sheet

Homeowner Name:  Roger and Kramer Casalengo
Location:  1690 Renaissance Commons Blvd. #1324, Boynton Beach, Fl.33426
Claim Number:



**Photo #6 Refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Roger and Kramer Casalengo |
| Location: | 1690 Renaissance Commons Blvd. #1324, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| Homeowner Name: | Roger and Kramer Casalengo |
|---|---|
| Location: | 1690 Renaissance Commons Blvd. #1324, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #8 Bath Faucet**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Roger and Kramer Casalengo |
| Location: | 1690 Renaissance Commons Blvd. #1324, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #9 outlet wires- black**



# Photo Mounting Sheet

Homeowner Name: **Roger and Kramer Casalengo**

Location: 1690 Renaissance Commons Blvd. #1324, Boynton Beach, Fl.33426

Claim Number:



Enter

**CaptionPhoto #10 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Roger and Kramer Casalengo |
| Location: | 1690 Renaissance Commons Blvd. #1324, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Caption**

| |
|---|
| **Photo #11 Drywall stamp** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Rennaissance Commons Blvd.  Unit 2102  Boynton Beach, FL  33426 | | Front of House Photo #: | |
| Address ID: | 1 | Sampler Name/Company:  Shalini Chandra | Camera Serial: | |
| Visit Date: | 11/30/09 | Sampler Name/Company:  Guy Sumlin/Brightclaim, Inc. | Photo Range: | 1 thru 20 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Strong odor - Power has been shut off to this unit.  Inpsected w/ Keith Santillo |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | KNAUF | Location Stamp Found: | second bedoom wall looking from living r | Photo #: | 2 thru 7 |
| End Tape Found: | no | | Color of End Tape: | |
| Comments: | Visual of CHINA ASTM - Blue dot marking 2 feet of edge of board | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None |
| Plumbing | none |
| Light Fixtures | none |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper bend | U- Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 8 & 9 |
| Electro-mechanical portion of HVAC | | | yes | moderate | black | 10 |
| Circuit Breaker | | | yes | heavy | black | #11 |
| Refrigerator coils | | | yes | heavy | black | 12 thru 14 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | yes | moderate rust at hall bath toilet v | rust | 15 |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | 16 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? Yes | hall and master bath vanities | Photo Number(s) 17 & 18 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | master bath outlet- 0 light black | Photo Number(s) 19 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



Photo Mounting Sheet

Homeowner Name:   Shalini Chandra
Location:   1660 Rennaissance Commons Blvd.  Unit 2102  Boynton Beach, FL  33426
Claim Number:



**1 - Address**



**2 – drywall marking CH (of CHINA – ASTM)**



## Photo Mounting Sheet

Homeowner Name:   Shalini Chandra

Location:   1660 Rennaissance Commons Blvd.  Unit 2102  Boynton Beach, FL  33426

Claim Number:



**3 – drywall marking –IN (of CHINA- ASTM)**



**4- drywall marking -  (of CHINA-ASTM)**



# Photo Mounting Sheet

Homeowner Name:   Shalini Chandra

Location:   1660 Rennaissance Commons Blvd.  Unit 2102  Boynton Beach, FL  33426

Claim Number:



5 – drywall marking  AS(of CHINA-ASTM)



6 - drywall marking ST  (of CHINA-ASTM)



## Photo Mounting Sheet

Homeowner Name:   Shalini Chandra

Location:   1660 Rennaissance Commons Blvd.  Unit 2102  Boynton Beach, FL  33426

Claim Number:



7 – drywall marking  TM (of CHINA ASTM)



8 – HVAC coil



# Photo Mounting Sheet

Homeowner Name:  Shalini Chandra

Location:  1660 Rennaissance Commons Blvd.  Unit 2102  Boynton Beach, FL  33426

Claim Number:



9 – HVAC coil



10 – HVAC electromechanical



## Photo Mounting Sheet

Homeowner Name: Shalini Chandra

Location: 1660 Rennaissance Commons Blvd.  Unit 2102  Boynton Beach, FL  33426

Claim Number:



11 – circuit breaker panel



12 – refrigerator coil



## Photo Mounting Sheet

Homeowner Name:  Shalini Chandra

Location:  1660 Rennaissance Commons Blvd.  Unit 2102  Boynton Beach, FL  33426

Claim Number:



13 –refrigerator coil



14 – refrigerator coil



# Photo Mounting Sheet

Homeowner Name:   Shalini Chandra

Location:   1660 Rennaissance Commons Blvd.  Unit 2102  Boynton Beach, FL  33426

Claim Number:



15 – Hall bath toilet



16 – mirror



## Photo Mounting Sheet

Homeowner Name:   Shalini Chandra

Location:   1660 Rennaissance Commons Blvd.  Unit 2102  Boynton Beach, FL  33426

Claim Number:



**17 – hall bath vanity - pitting**



**18 – master bath vanity - pitting**



Photo Mounting Sheet

Homeowner Name: Shalini Chandra
Location: 1660 Rennaissance Commons Blvd.  Unit 2102  Boynton Beach, FL  33426
Claim Number:



**19 -  master bath outlet**



**20 – sample area behind refrigerator**



# Photo Mounting Sheet

Homeowner Name:   Shalini Chandra

Location:   1660 Rennaissance Commons Blvd.  Unit 2102  Boynton Beach,
            FL  33426

Claim Number:

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 | | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | | Camera Serial: | |
| Visit Date: | 3/8/2010 | Sampler Name/Company: Cherry Blossom LLC | | Photo Range: | 1 thru 16 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ✓ Check | Description of Odor: | Heavy Sulfur odor |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Blue lettering | Location Stamp Found: | East wall of living room | Photo #: | 14 to 16 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No fixtures but outlet at living side of Bartop does not work |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2, 3 |
| Electro-mechanical portion of HVAC | | | Yes | Discolored, rusted capacitator | Dark | 4 |
| Circuit Breaker | | | Yes | Discolored wires in Elec. Panel | Dark | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6, 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?   Yes | Describe, discoloration, color and location:  Hall bath showerhead, toilet valve and faucet, Masterbath- toilet valve and sink faucet | Photo Number(s)  8 thru 12 |
| Other metallic fixtures or hardware | Discoloration/Residue?   No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?   Yes | Describe, discoloration, color and location:  Moderate discoloration on electrical wires at outlet | Photo Number(s)  13 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Cherry Blossom LLC |
| Location: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



Photo Mounting Sheet

Homeowner Name:   Cherry Blossom LLC
Location:              1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

Homeowner Name:   Cherry Blossom LLC
Location:   1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Cherry Blossom LLC |
| Location: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption Photo #4 HVAC (note capacitator)**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Cherry Blossom LLC |
| Location: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker (note discolored wires)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Cherry Blossom LLC |
| Location: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator copper lines**



## Photo Mounting Sheet

Homeowner Name:    Cherry Blossom LLC
Location:    1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Cherry Blossom LLC |
| Location: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 Toilet valve hall bath**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Cherry Blossom LLC |
| Location: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 Hall bath shower head corroded**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Cherry Blossom LLC |
| Location: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 Hall bath faucet**



# Photo Mounting Sheet

| Homeowner Name: | Cherry Blossom LLC |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 Master bath toilet valve**



# Photo Mounting Sheet

| Homeowner Name: | Cherry Blossom LLC |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #12 Master bath faucet**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Cherry Blossom LLC |
| Location: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #13 electrical wires at outlet**



# Photo Mounting Sheet

Homeowner Name:   Cherry Blossom LLC
Location:   1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426
Claim Number:   30325.002



**Caption**

**Photo #14 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Cherry Blossom LLC |
| Location: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #15 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Cherry Blossom LLC |
| Location: | 1690 Renaissance Commons Blvd #1304 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #16 Drywall stamp**