**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 RENAISSANCE COMMONS BLVD.  UNIT # 1405  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | JAY COHEN | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/24/2009 | Sampler Name/Company: | Photo Range:  1-25 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | SULFUR |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | BLACK LETTERING | Location Stamp Found: | BEDROOM WALL | Photo #: | 17-25 |
| End Tape Found: | NO | Color of End Tape: | | | |
| Comments: | BLACK LETTERING-4FEETX12FEETX1/2INCH DRYWALL   093165  17:33 | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | MINOR | BLACK | 3 thru 6 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | MINOR | BLACK | 2 |
| Circuit Breaker | | | ☐ Check | | | 10,11,12 |
| Refrigerator coils | | | ☑ Check | MODERATE | BLACK | 13 thru 16 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Yes | Mirrors black around edges in bathroom. | 7 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? <br> No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue? <br> No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? <br> No | Describe, discoloration, color and location: | Photo Number(s) <br> 8,9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:      JAY COHEN

Location:      1690 RENAISSANCE COMMONS BLVD. # 1405

Claim Number:



**Photo # 1 FRONT OF HOUSE**



# Photo Mounting Sheet

Homeowner Name:     JAY COHEN
Location:                       1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 2 HVAC -DISCONNECT PLUG**



# Photo Mounting Sheet

Homeowner Name: **JAY COHEN**
Location: 1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 3 HVAC -COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:   JAY COHEN
Location:                    1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 4 HVAC-BLACK DISCOLORATION OF EXPOSED COPPER PIPE AND TUBING**



## Photo Mounting Sheet

Homeowner Name:     JAY COHEN
Location:                      1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 5 HVAC-BLACK DISCOLORATION OF EXPOSED COPPER U-BENDS**



# Photo Mounting Sheet

Homeowner Name:     JAY COHEN
Location:                    1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 6 HVAC-BLACK DISCOLORATION OF EXPOSED COPPER U-BENDS**



# Photo Mounting Sheet

Homeowner Name:     JAY COHEN
Location:           1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 7 BATHROOM MIRROR- BLACK SPOTS AT EDGES**



## Photo Mounting Sheet

Homeowner Name:     JAY COHEN
Location:                      1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 8 ELECTRICAL RECEPTACLE- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:   JAY COHEN
Location:   1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 9 ELECTRICAL RECEPTACLE- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:     JAY COHEN
Location:                        1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 10 CIRCUIT BREAKER PANEL- NO DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name:   JAY COHEN
Location:   1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 11 CIRCUIT BREAKER PANEL- NO DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

Homeowner Name:   JAY COHEN
Location:              1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 12 CIRCUIT BREAKER PANEL- NO DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

Homeowner Name:     JAY COHEN
Location:                    1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 13 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:   JAY COHEN
Location:   1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 14 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:    JAY COHEN
Location:          1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 15 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     JAY COHEN
Location:                      1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



Photo # 16 **REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:  JAY COHEN

Location:  1690 RENAISSANCE COMMONS BLVD. # 1405

Claim Number:



2009/11/24  12:25:28

Photo # 17  BLACK LETTERING OR STAMP



## Photo Mounting Sheet

Homeowner Name:     JAY COHEN
Location:     1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



Photo # 18 BLACK LETTERING OR STAMP



# Photo Mounting Sheet

Homeowner Name:   JAY COHEN
Location:                  1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



2009/11/24  12:29:11

**Photo # 19** BLACK LETTERING OR STAMP



## Photo Mounting Sheet

Homeowner Name:     JAY COHEN
Location:           1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



2009/11/24  12:31:48

**Photo # 20** BLACK LETTERING OR STAMP



## Photo Mounting Sheet

Homeowner Name:   JAY COHEN

Location:   1690 RENAISSANCE COMMONS BLVD. # 1405

Claim Number:



2009/11/24  12:32:02

**Photo # 21** BLACK LETTERING OR STAMP



## Photo Mounting Sheet

Homeowner Name:   JAY COHEN
Location:   1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



2009/11/24  12:32:25

**Photo # 22** BLACK LETTERING OR STAMP



## Photo Mounting Sheet

Homeowner Name:    JAY COHEN
Location:          1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



2009/11/24  12:32:43

**Photo # 23** BLACK LETTERING OR STAMP



# Photo Mounting Sheet

Homeowner Name:     JAY COHEN
Location:           1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



2009/11/24  12:34:06

**Photo # 24** BLACK LETTERING OR STAMP



# Photo Mounting Sheet

Homeowner Name:  JAY COHEN
Location:  1690 RENAISSANCE COMMONS BLVD. # 1405
Claim Number:



**Photo # 25** BLACK LETTERING OR STAMP

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 RENAISSANCE COMMONS BLVD.  UNIT # 2624  BOYNTON BEACH  FL  33426 | | Front of House Photo #: | 1 |
| Address ID: | RICHARD COHEN | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: | |
| Visit Date: | 11/29/2009 | Sampler Name/Company: | Photo Range: | 1-25 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | SULFUR |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | BLUE DOT LETTERS | Location Stamp Found: | BEDROOM WALL | Photo #: | 15 thru 25 |
| End Tape Found: | NO | | Color of End Tape: | | |
| Comments: | BLUE DOT LETTERS -  IN CHINA  KNAUF | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 3,5 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 2 |
| Circuit Breaker | | | ☐ Check | | | 8,9 |
| Refrigerator coils | | | ☑ Check | MODERATE | BLACK | 10 thru 14 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | | |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | | 6,7 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name:   RICHARD COHEN
Location:         BLDG # 1660  UNIT # 2624
Claim Number:



**Photo # 1 UNIT NUMER**



## Photo Mounting Sheet

Homeowner Name:     RICHARD COHEN
Location:           BLDG # 1660  UNIT # 2624
Claim Number:



**Photo # 2 HVAC- BLACK DISCOLORATION OF DISCONNECT PLUG**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RICHARD COHEN |
| Location: | BLDG # 1660  UNIT # 2624 |
| Claim Number: | |



**Photo # 3 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**

**Photo # 4**



Photo Mounting Sheet

Homeowner Name:   RICHARD COHEN
Location:                    BLDG # 1660  UNIT # 2624
Claim Number:



**Photo # 5 HVAC- BLACK DISCOLORATION OF COPPER U-BENDS**



Photo Mounting Sheet

Homeowner Name:   RICHARD COHEN
Location:   BLDG # 1660  UNIT # 2624
Claim Number:



**Photo # 6 RECEPTACLE- NO DISCOLORATION**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RICHARD COHEN |
| Location: | BLDG # 1660  UNIT # 2624 |
| Claim Number: | |



**Photo # 7 SWITCH- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:    RICHARD COHEN
Location:                   BLDG # 1660  UNIT # 2624
Claim Number:



**Photo # 8 CIRCUIT BREAKER-NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:    RICHARD COHEN
Location:    BLDG # 1660  UNIT # 2624
Claim Number:



**Photo # 9 CIRCUIT BREAKER-NO DISCOLORATION**



# Photo Mounting Sheet

Homeowner Name:   RICHARD COHEN
Location:          BLDG # 1660  UNIT # 2624
Claim Number:



**Photo # 10 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   RICHARD COHEN

Location:   BLDG # 1660  UNIT # 2624

Claim Number:



**Photo # 11 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RICHARD COHEN |
| Location: | BLDG # 1660  UNIT # 2624 |
| Claim Number: | |



**Photo # 12 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:     RICHARD COHEN
Location:                      BLDG # 1660  UNIT # 2624
Claim Number:



**Photo # 13 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:   RICHARD COHEN
Location:   BLDG # 1660  UNIT # 2624
Claim Number:



**Photo # 14 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:     RICHARD COHEN
Location:                        BLDG # 1660  UNIT # 2624
Claim Number:



2009/11/29 10:50:07

**Photo # 15 BLUE DOT STAMP-  IN CHINA   KNAUF**



# Photo Mounting Sheet

Homeowner Name:     RICHARD COHEN
Location:           BLDG # 1660  UNIT # 2624
Claim Number:



2009/11/29 10:50:23

Photo # 16 **BLUE DOT STAMP-  IN CHINA   KNAUF**



# Photo Mounting Sheet

Homeowner Name:   RICHARD COHEN
Location:            BLDG # 1660  UNIT # 2624
Claim Number:



2009/11/29 10:52:26

Photo # 17 **BLUE DOT STAMP-  IN CHINA   KNAUF**



# Photo Mounting Sheet

Homeowner Name:  RICHARD COHEN
Location:  BLDG # 1660  UNIT # 2624
Claim Number:



2009/11/29  10:52:34

Photo # 18 **BLUE DOT STAMP-  IN CHINA   KNAUF**



Photo Mounting Sheet

Homeowner Name:    RICHARD COHEN
Location:          BLDG # 1660  UNIT # 2624
Claim Number:



2009/11/29 10:55:46

**Photo # 19 BLUE DOT STAMP-  IN CHINA   KNAUF**



## Photo Mounting Sheet

Homeowner Name:   RICHARD COHEN
Location:   BLDG # 1660  UNIT # 2624
Claim Number:



2009/11/29  10:56:35

**Photo # 20 BLUE DOT STAMP-  IN CHINA   KNAUF**



## Photo Mounting Sheet

Homeowner Name:   RICHARD COHEN
Location:                   BLDG # 1660  UNIT # 2624
Claim Number:



2009/11/29  10:56:52

**Photo # 21 BLUE DOT STAMP-  IN CHINA   KNAUF**



# Photo Mounting Sheet

Homeowner Name:    RICHARD COHEN
Location:    BLDG # 1660  UNIT # 2624
Claim Number:



2009/11/29  10:57:46

**Photo # 22 BLUE DOT STAMP-  IN CHINA   KNAUF**



# Photo Mounting Sheet

Homeowner Name:   RICHARD COHEN
Location:   BLDG # 1660  UNIT # 2624
Claim Number:



2009/11/29 10:57:54

**Photo # 23 BLUE DOT STAMP- IN CHINA KNAUF**



# Photo Mounting Sheet

Homeowner Name: RICHARD COHEN
Location: BLDG # 1660  UNIT # 2624
Claim Number:



2009/11/29 10:58:53

**Photo # 24 BLUE DOT STAMP-  IN CHINA   KNAUF**

 **Photo Mounting Sheet**

Homeowner Name:   RICHARD COHEN
Location:   BLDG # 1660  UNIT # 2624
Claim Number:

2009/11/29  10:59:02

**Photo # 25 BLUE DOT STAMP-  IN CHINA   KNAUF**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 12/28/2009 | Sampler Name/Company: Conlin, Patrick | Photo Range: 1 thru 15 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Heavy sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | |
|---|---|---|
| Stamp Description: | Location Stamp Found: | Photo #: |
| End Tape Found: | Color of End Tape: | |
| Comments: | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | Unknown |
| **Plumbing** | Unknown |
| **Light Fixtures** | Unknown |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 4 |
| Circuit Breaker | | | Yes | Heavy on jumper bar | Black | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? <br> Yes | Describe, discoloration, color and location: <br> 2 bath faucets , 4 sink stoppers, 1 shower valve | Photo Number(s) <br> 8 thru 14 |
| Other metallic fixtures or hardware | Discoloration/Residue? <br> No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? <br> Yes | Describe, discoloration, color and location: <br> Heavy  black on electrical wires at outlet | Photo Number(s) <br> 15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Conlin, Patrick |
| Location: | 1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Conlin, Patrick |
| Location: | 1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Conlin, Patrick |
| Location: | 1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Conlin, Patrick |
| Location: | 1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Conlin, Patrick |
| Location: | 1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**Photo #5 circuit breaker**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Conlin, Patrick |
| Location: | 1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**Photo #6 refrigerator lines**



### Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Conlin, Patrick |
| Location: | 1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name:  Conlin, Patrick
Location:  1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426
Claim Number:  30325.002

**Photo #8 bath faucet**



# Photo Mounting Sheet

Homeowner Name:  Conlin, Patrick
Location:  1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426
Claim Number:  30325.002

**Photo #9 sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Conlin, Patrick |
| Location: | 1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**Photo #10 sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Conlin, Patrick |
| Location: | 1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**Photo #11 sink stopper**



Photo Mounting Sheet

Homeowner Name:    Conlin, Patrick
Location:          1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426
Claim Number:      30325.002

**Photo #12 sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Conlin, Patrick |
| Location: | 1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**Photo #13 shower valve**

**#**



# Photo Mounting Sheet

Homeowner Name:  Conlin, Patrick
Location:  1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426
Claim Number:  30325.002

**Photo #14 bath faucet**



# Photo Mounting Sheet

Homeowner Name:    Conlin, Patrick

Location:    1690 Renaissance Commons Blvd #1218 Boynton Beach Fl 33426

Claim Number:    30325.002

**Photo #15 electrical wires at outlet**

**Enter Caption**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Patrick Conlin |
| Location: | 1690 Rennaissance Commons Blvd.  Unit 1218  Boynton Beach, FL  33426 |
| Claim Number: | |



**1 - Address**



**2 – drywall marking on 2 boards Drywall on left and 12feetx1/2inch on right**



Photo Mounting Sheet

Homeowner Name:   Patrick Conlin
Location:   1690 Rennaissance Commons Blvd.  Unit 1218  Boynton Beach,
FL  33426
Claim Number:



**3 – drywall marking sets of numbers approx 8inches from top of board tape joint**



**4 drywall marking – wall (of Drywall)**



# Photo Mounting Sheet

Homeowner Name:   Patrick Conlin

Location:   1690 Rennaissance Commons Blvd.  Unit 1218  Boynton Beach, FL  33426

Claim Number:

| |
|---|
| 5 – |
| 6 |
| 7 – |
| 8 – |
| 9 – |
| 10 – |
| 11 – |
| 12 – |
| 13 – |
| 14 - |
| 15 - |

16 –

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | Victor & Pamela Copello, 1660 Renaissance Blvd., Unit 2204, Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 2 | Sampler Name/Company: Victor & Pamela Copello | Camera Serial: |
| Visit Date: | 5/17/2010 | Sampler Name/Company: Joanie Lassiter, Bright Claim | Photo Range:   Stamp 1 - 3 |

### ODOR OBSERVATIONS

| | | | | |
|---|---|---|---|---|
| Odor Present: | Check | Description of Odor: | None | Time of Day |
| | | | | |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | K N | Location Stamp Found:   Closet | Photo #:  1 thru 3 |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Unknown |
| Plumbing | Unknown |
| Light Fixtures | Unknown |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | | Yes | Rust, some corrosion black | rust, black | 7,8,9 |
| Electro-mechanical portion of HVAC | | | Yes | Rust, some corrosion black | rust, black | |
| Circuit Breaker | | | Yes | White corrosion on screws | White | 2,3 |
| Refrigerator coils | | | Yes | Blue-Green corrosion | | 4,5,6 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | None | | | 11,14 |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | None | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | None | Photo Number(s)  10,12,13 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | None | Photo Number(s)  15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

Homeowner Name:   Victor & Pamela Copello
Location:   1660 Renaissance Commons Blvd., Boynton Beach, FL  33426
Claim Number:

2010/05/17 11:20:00

**1.  Stamp, found in bedroom closet**



# Photo Mounting Sheet

Homeowner Name:  Victor & Pamela Copello
Location:  1660 Renaissance Commons Blvd., Boynton Beach, FL  33426
Claim Number:

2010/05/17  11:20:00

**2.  Stamp, found in bedroom closet**



# Photo Mounting Sheet

Homeowner Name:   Victor & Pamela Copello
Location:   1660 Renaissance Commons Blvd., Boynton Beach, FL  33426
Claim Number:

2010/05/17  11:20:35

**3.  Stamp, found in bedroom closet**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Victor & Pamela Copello |
| Location: | 1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426 |
| Claim Number: | |



**1.  Address Photograph**



## Photo Mounting Sheet

Homeowner Name:   Victor & Pamela Copello
Location:         1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426
Claim Number:



**2.  Breaker Panel**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

Homeowner Name:   Victor & Pamela Copello

Location:   1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426

Claim Number:

**3.  Breaker Panel**

PDF created with pdfFactory trial version www.pdffactory.com.au



Photo Mounting Sheet

Homeowner Name:    Victor & Pamela Copello
Location:                   1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426

Claim Number:

**4.  Refrigerator**

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

Homeowner Name:   Victor & Pamela Copello
Location:          1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426
Claim Number:



**5.  Refrigerator Fan**



Photo Mounting Sheet

Homeowner Name:  Victor & Pamela Copello

Location: 1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426

Claim Number:

**6.  Refrigerator**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

Homeowner Name:   Victor & Pamela Copello
Location:               1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL
                            33426
Claim Number:



**7.  HVAC**

PDF created with pdfFactory trial version www.pdffactory.com.au



Photo Mounting Sheet

Homeowner Name:   Victor & Pamela Copello
Location:          1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL
                   33426
Claim Number:

**8.  HVAC**



Photo Mounting Sheet

Homeowner Name: Victor & Pamela Copello
Location: 1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426
Claim Number:

**9.  HVAC**

PDF created with pdfFactory trial version www.pdffactory.com.au



Photo Mounting Sheet

Homeowner Name:   Victor & Pamela Copello
Location:            1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL
                    33426
Claim Number:

**10. Kitchen**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Victor & Pamela Copello |
| Location: | 1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426 |
| Claim Number: | |

**11. Under Kitchen Sink**

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

Homeowner Name:   Victor & Pamela Copello

Location:   1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426

Claim Number:

**12. Bathroom Sink**



Photo Mounting Sheet

Homeowner Name:   Victor & Pamela Copello

Location:   1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426

Claim Number:

**13. Bathroom Fixture**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Victor & Pamela Copello |
| Location: | 1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426 |
| Claim Number: | |

**14. Hot Water Heater**

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

Homeowner Name:  Victor & Pamela Copello

Location:  1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426

Claim Number:



**15. Electrical Wires at Outlet**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

Homeowner Name: Victor & Pamela Copello

Location: 1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426

Claim Number:

PDF created with pdfFactory trial version www.pdffactory.com.au

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| Address: | 1660 Renaissance Commons Blvd #2126 Boynton Beach fl 33426 | | Front of House Photo #: | 1 |
|---|---|---|---|---|
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/06/2009 | Sampler Name/Company: | Photo Range: | 1 thru 13 |

## ODOR OBSERVATIONS

| Odor Present: | ☐ Check | Description of Odor: | |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | | Location Stamp Found: | | Photo #: | |
|---|---|---|---|---|---|
| End Tape Found: | | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | no |
|---|---|
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | disconnect  heavy | black | 4 |
| Circuit Breaker | | | yes | heavy  on jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  bath faucet corroded  light | Photo Number(s)  8 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  shower haeds and drain stops  moderate | Photo Number(s)  9 to 12 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  electrical wires dark at outlet | Photo Number(s)  13 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo #3 HVAC**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
| --- | --- |
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo #5 Circuit Breaker**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo #6 Refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo #7 Refrigerator**



# Photo Mounting Sheet

| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
| --- | --- |
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo #8 bath faucet  corroded**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo #9 shower head corroded**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo # 10 corroded sink stop**



# Photo Mounting Sheet

| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo #11 corroded shower head**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo #12 corroded sink stop**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renata and Antal, Gyorgy Csakanyos |
| Location: | 1660 Renaissance Commons Blvd #2126 **Boynton Beach Fl 33426** |
| Claim Number: | 30325.002 |

**Photo #13 electrical wires at outlet**

Enter Caption

Enter Caption

Enter Caption



## Photo Mounting Sheet

Homeowner Name:  **Renata Csakanyos & Antal Gyorgy**

Location:  1660 Rennaissance Commons Blvd.  Unit 2126  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall marking F – (of KNAUF-TIANJIN)**



Photo Mounting Sheet

Homeowner Name:   Renata Csakanyos & Antal Gyorgy
Location:   1660 Rennaissance Commons Blvd.  Unit 2126  Boynton Beach,
FL  33426
Claim Number:



**3 – drywall marking –T (of KNAUF-TIANJIN)**



**4 drywall marking –I ANJ (of KNAUF-TIANJIN)**



# Photo Mounting Sheet

Homeowner Name: Renata Csakanyos & Antal Gyorgy
Location: 1660 Rennaissance Commons Blvd.  Unit 2126  Boynton Beach, FL  33426
Claim Number:

5 – drywall markings

6

7 –

8 –

9 –

10 –

11 –

12 –

13 –

14 -