# VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd #1401 Boynton Beach , Fl 33426 | | Front of House Photo #: |
| Address ID: | 2 | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 11/21/2009 | Sampler Name/Company: | Photo Range: 1 thru 16 |

## ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: ☑ Check | Description of Odor: | Heavy sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: | west wall living room | Photo #: | 13 thru 16 |
| End Tape Found: | No | Color of End Tape: | | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | No |
| **Plumbing** | No refrigerator was replaced in 2008 |
| **Light Fixtures** | No Track light doesn't work |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| **Heat exchange coil of HVAC** | Yes | Yes | Yes | Heavy | Black | 2,3 |
| **Electro-mechanical portion of HVAC** | | | Yes | Light | Dark | 4 |
| **Circuit Breaker** | | | Yes | Jumper bar ends | Black | 5 |
| **Refrigerator coils** | | | Yes | Copper Heavy | Black | 6,7 |
| **Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater)** | | | Yes | copper under sink | Dark | 8 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| **Medicine Cabinets/Mirrors affixed to walls** | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
| **Bathroom Light Fixtures and Plumbing (chrome finished)** | Discoloration/Residue? Yes | Describe, discoloration, color and location: 2 Bath Faucets light corrosion | Photo Number(s) 9,10,11 |
| **Other metallic fixtures or hardware** | Discoloration/Residue? Yes | Describe, discoloration, color and location: vanity hinge corrosion | Photo Number(s) |
| **Electrical Receptacles and Switches** | Discoloration/Residue? Yes | Describe, discoloration, color and location: Electrical wires Black | Photo Number(s) 12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name: Peter and Alpa Dalal

Location: 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426

Claim Number: 30325.002

**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter and Alpa Dalal |
| Location: | 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |

**#2 HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name: Peter and Alpa Dalal
Location: 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426
Claim Number: 30325.002

**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter and Alpa Dalal |
| Location: | 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |

**#4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter and Alpa Dalal |
| Location: | 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |

**Photo #5 Circuit Breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter and Alpa Dalal |
| Location: | 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |

**Photo #6 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter and Alpa Dalal |
| Location: | 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |

**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter and Alpa Dalal |
| Location: | 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |

**Photo #8 copper under kitchen sink**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter and Alpa Dalal |
| Location: | 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #9 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter and Alpa Dalal |
| Location: | 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #10 bath faucet (2)**

**Enter**



# Photo Mounting Sheet

Homeowner Name: Peter and Alpa Dalal

Location: 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426

Claim Number: 30325.002

**Photo #11 corroded hinge**



# Photo Mounting Sheet

Homeowner Name: Peter and Alpa Dalal

Location: 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426

Claim Number: 30325.002

**Photo #12 Electrical wires**



# Photo Mounting Sheet

Homeowner Name: Peter and Alpa Dalal

Location: 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426

Claim Number: 30325.002

Caption

**Photo#13 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Peter and Alpa Dalal

Location: 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426

Claim Number: 30325.002

Caption

**Photo #14 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter and Alpa Dalal |
| Location: | 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |

**Caption**

**Photo #15 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter and Alpa Dalal |
| Location: | 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #16 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Peter and Alpa Dalal
Location: 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426
Claim Number: 30325.002

Photo #17 Drywall stamp



# Photo Mounting Sheet

Homeowner Name: Peter and Alpa Dalal

Location: 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426

Claim Number: 30325.002

**Photo #18 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Peter and Alpa Dalal
Location: 1690 Renaissance Commons Blvd. #1401, Boynton Beach, Fl.33426
Claim Number: 30325.002

Enter

**Photo #19 Drywall stamp**

**Enter Caption**

**Enter Caption**

**Enter Caption**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Rennaissance Commons Blvd. Unit 2305 Boynton Beach, FL 33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company: Angelo & Deborah D'Ambrosio | Camera Serial: |
| Visit Date: | 11/18/2009 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range: 1 thru 26 |

### ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: ☑ Check | Description of Odor: | Light |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | G/4/17/8/3 then fou | Location Stamp Found: | on Bedroom side of wall w/ living room w | Photo #: | 2 thru 13 |
| End Tape Found: | Yes | Color of End Tape: | white | | |
| Comments: | | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | none |
| **Plumbing** | none |
| **Light Fixtures** | none |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| **Heat exchange coil of HVAC** | x | x | yes | light | green and black | 14 & 15 |
| **Electro-mechanical portion of HVAC** | | | no | | | 16 |
| **Circuit Breaker** | | | no | | | #17 |
| **Refrigerator coils** | | | yes | light | black | 18 & 19 |
| **Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater)** | | | no | | | 25 |

### OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| **Medicine Cabinets/Mirrors affixed to walls** | Discoloration/Residue? (do not include areas where routine hand contract occurs) Yes | Describe, discoloration, color and location: Hall bath mirror - black at bottom edge | Photo Number(s) 20 |
| **Bathroom Light Fixtures and Plumbing (chrome finished)** | Discoloration/Residue? Yes | Describe, discoloration, color and location: shower head is brown in master bath, and shower caddy is rusted in this bath | Photo Number(s) 21 & 22 |
| **Other metallic fixtures or hardware** | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| **Electrical Receptacles and Switches** | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 23 & 24 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Wall Art | Yes | finshed has tarnished quickly per tenant | 26 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



Photo Mounting Sheet

Homeowner Name: Angelo & Deborah D'Ambrosio

Location: 1660 Rennaissance Commons Blvd. Unit 2305 Boynton Beach, FL 33426

Claim Number:

**1 – Address Bldg 1660 Unit 2305**

**2 – drywall marking – end tape**



# Photo Mounting Sheet

Homeowner Name: Angelo & Deborah D'Ambrosio

Location: 1660 Rennaissance Commons Blvd. Unit 2305 Boynton Beach, FL 33426

Claim Number:

**3 – drywall marking 2006**

**4 – drywall marking 6 (6/4/17/8/3)**



# Photo Mounting Sheet

Homeowner Name: Angelo & Deborah D'Ambrosio

Location: 1660 Rennaissance Commons Blvd. Unit 2305 Boynton Beach, FL 33426

Claim Number:

5 – drywall marking 4 / (6/4/17/8/3)

6 – drywall marking 1 (6/4/17/8/3)



# Photo Mounting Sheet

Homeowner Name:   Angelo & Deborah D'Ambrosio

Location:   1660 Rennaissance Commons Blvd.  Unit 2305  Boynton Beach, FL  33426

Claim Number:



7 – drywall marking 7 (6/4/17/8/3)

8 – drywall marking 7 (6/4/17/8/3)



# Photo Mounting Sheet

Homeowner Name: Angelo & Deborah D'Ambrosio

Location: 1660 Rennaissance Commons Blvd.  Unit 2305  Boynton Beach, FL  33426

Claim Number:



9 – drywall marking : 8 (6/4/17/8/3)

10 –  drywall marking /3 (6/4/17/8/3)



# Photo Mounting Sheet

Homeowner Name: Angelo & Deborah D'Ambrosio

Location: 1660 Rennaissance Commons Blvd. Unit 2305 Boynton Beach, FL 33426

Claim Number:

11 – drywall marking 17 (17:33 CB)

12 – drywall marking :33 (17:33 CB)



# Photo Mounting Sheet

Homeowner Name: Angelo & Deborah D'Ambrosio

Location: 1660 Rennaissance Commons Blvd. Unit 2305 Boynton Beach, FL 33426

Claim Number:

13 –drywall marking CB (17:33 CB)

14 – HVAC coil



# Photo Mounting Sheet

Homeowner Name: Angelo & Deborah D'Ambrosio

Location: 1660 Rennaissance Commons Blvd. Unit 2305 Boynton Beach, FL 33426

Claim Number:

15 – HVAC coil

16 HVAC coil and electro-mechanical



# Photo Mounting Sheet

Homeowner Name: Angelo & Deborah D'Ambrosio

Location: 1660 Rennaissance Commons Blvd. Unit 2305 Boynton Beach, FL 33426

Claim Number:

**17 – circuit breaker**

**18 – refrigerator coil**



# Photo Mounting Sheet

Homeowner Name: Angelo & Deborah D'Ambrosio

Location: 1660 Rennaissance Commons Blvd. Unit 2305 Boynton Beach, FL 33426

Claim Number:

**19 – refrigerator coil**

**20 - mirror**



# Photo Mounting Sheet

Homeowner Name: Angelo & Deborah D'Ambrosio

Location: 1660 Rennaissance Commons Blvd. Unit 2305 Boynton Beach, FL 33426

Claim Number:

21 – rust on shower caddy

22 – shower head – brown rust on head



# Photo Mounting Sheet

Homeowner Name:   Angelo & Deborah D'Ambrosio

Location:   1660 Rennaissance Commons Blvd.  Unit 2305  Boynton Beach, FL  33426

Claim Number:



23 – light switch



24 – electrical outlet



# Photo Mounting Sheet

Homeowner Name:  Angelo & Deborah D'Ambrosio

Location:  1660 Rennaissance Commons Blvd.  Unit 2305  Boynton Beach,
FL  33426

Claim Number:



25 – water heater



26 – wall art  - has tarnished according to tenant

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

| GENERAL PROPERTY INFORMATION | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426 | | Front of House Photo #: 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 12/30/2009 | Sampler Name/Company: D'Ambrosio, Angelo and Deborah | Photo Range: 1 thru 14 |

| ODOR OBSERVATIONS | | |
|---|---|---|
| Odor Present: ✓ Check | Description of Odor: | moderate with windows and sliding glass door open |

| Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | | Photo #: | |
| End Tape Found: | | Color of End Tape: | | | |
| Comments: | | | | | |

| HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | moderate | dark to black | 2, 3, 4 |
| Electro-mechanical portion of HVAC | | | No | | | 5 |
| Circuit Breaker | | | No | | | #6 |
| Refrigerator coils | | | Yes | | | 7& 8 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | Yes | 1 discolored drain line in MB | dark | 9 |

| OTHER DISCOLORATION INSPECCTIONS | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) Yes | Describe, discoloration, color and location: hall bath mirror finish delaminating | Photo Number(s) 10 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? Yes | Describe, discoloration, color and location: 1 sink stopper corroded master bathroom | Photo Number(s) 11 |
| Other metallic fixtures or hardware | Discoloration/Residue? Yes | Describe, discoloration, color and location: silver wall hangings discolored | Photo Number(s) 12 & 13 |
| Electrical Receptacles and Switches | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 14 |

(USE ADDITIONAL PAGES AS NECESSARY)



# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #1**



# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #2 HVAC copper line bottom line discolored**



# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #3 HVAC copper lines discolored**



# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #4 HVAC**



# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #5 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | D'Ambrosio, Angelo and Deborah |
| Location: | 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**Photo #6 circuit breaker**



# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #7 refrigerator copper lines**



# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #8 refrigerator**



# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #9 discolored drain line**



# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #10 mirror silver delaminating**



# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #11 sink stopper corroded**

# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #12 discolored silver wall hangings**



# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #13 discolored silver wall hanging**



# Photo Mounting Sheet

Homeowner Name: D'Ambrosio, Angelo and Deborah
Location: 1660 Renaissance Commons Blvd #2305 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #14 electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426 | | Front of House Photo #: 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 3/8/2010 | Sampler Name/Company: DeMaio, Edward, Ann Marie, Johnathan | Photo Range: 1 Thru 17 |

## ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: ✓ Check | Description of Odor: | Mild Sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: | West wall Living Room | Photo #: | 13 thru17 |
| End Tape Found: | No | Color of End Tape: | | | |
| Comments: | End tape found is on Dura- Rock in wall between Shower and Refrigerator | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | None |
| **Plumbing** | None |
| **Light Fixtures** | None |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| **Heat exchange coil of HVAC** | Yes | Yes | Yes | Moderate | Black | 2, 3 |
| **Electro-mechanical portion of HVAC** | No | | No | | | 4 |
| **Circuit Breaker** | | | No | | | #5 |
| **Refrigerator coils** | | | Yes | Moderate | Dark | 6 , 7 |
| **Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater)** | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| **Medicine Cabinets/Mirrors affixed to walls** | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
| **Bathroom Light Fixtures and Plumbing (chrome finished)** | Discoloration/Residue? Yes | Describe, discoloration, color and location: 1 Sink Stopper Light Discoloration Master Bath | Photo Number(s) 8, 9 |
| **Other metallic fixtures or hardware** | Discoloration/Residue? Yes | Describe, discoloration, color and location: Rusted cornerbead in Master Bathroom | Photo Number(s) 10 , 11 |
| **Electrical Receptacles and Switches** | Discoloration/Residue? No | Describe, discoloration, color and location: None | Photo Number(s) 12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #1**



# Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

**Caption Photo #3 HVAC**



# Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

**Caption Photo #4 HVAC Electro-Mech**



# Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #5 Circuit Breaker**



# Photo Mounting Sheet

Homeowner Name:  DeMaio, Edward, Ann Marie, Jonathan
Location:  1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #6 Refrigerator copper lines**



Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #7 Refrigerator**



# Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #8 Sink stopper**



Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #9 Bath Faucet (typical)**



# Photo Mounting Sheet

Homeowner Name:   DeMaio, Edward, Ann Marie, Jonathan
Location:              1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo # 10 Rusted cornerbead Master Bath**



# Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #11 Rusted cornerbead Master Bath**



# Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #12 Electrical wires at outlet**



# Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #13 USG end tape on Dura-rock in wall behind Refrigerator**



# Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #14 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name:    DeMaio, Edward, Ann Marie, Jonathan
Location:    1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #15 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #16 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: DeMaio, Edward, Ann Marie, Jonathan
Location: 1660 Renaissance Commons Blvd #2127 Boynton Beach Fl 33426
Claim Number: 30325.002

#17

Photo #17 Drywall stamp

# VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance ommons Blvd. #1224 Boynton Beach, Fl. 33426 | | Front of House Photo #: 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey/Brightclaim | Camera Serial: |
| Visit Date: | 11/18/2009 | Sampler Name/Company: | Photo Range: 1-13 |

## ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: ☑ Check | Description of Odor: | Moderate sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | west wall 2nd bedroom | Photo #: | |
| End Tape Found: | No | Color of End Tape: | | | |
| Comments: | PHOTOS 10 thru 13 | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | no |
| **Plumbing** | no |
| **Light Fixtures** | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| **Heat exchange coil of HVAC** | yes | yes | yes | | Black | 2 &3 |
| **Electro-mechanical portion of HVAC** | | | yes | Discolored disconnect | Black | 4 |
| **Circuit Breaker** | | | yes | slight discoloration on jumper | Black | #5 |
| **Refrigerator coils** | | | | | | 6&7 |
| **Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater)** | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| **Medicine Cabinets/Mirrors affixed to walls** | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
| **Bathroom Light Fixtures and Plumbing (chrome finished)** | Discoloration/Residue? Yes | Describe, discoloration, color and location: Slight Corrosion on 1 Bath Faucet | Photo Number(s) 8 |
| **Other metallic fixtures or hardware** | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| **Electrical Receptacles and Switches** | Discoloration/Residue? Yes | Describe, discoloration, color and location: Electrical wires black on outlet | Photo Number(s) 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:     Marta Denavea

Location:           1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426

Claim Number:



**Photo #1**



# Photo Mounting Sheet

Homeowner Name: Marta Denavea

Location: 1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426

Claim Number:

**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name: Marta Denavea

Location: 1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426

Claim Number:

**Photo #3**
**HVAC**



# Photo Mounting Sheet

Homeowner Name: Marta Denavea
Location: 1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426
Claim Number:

**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

Homeowner Name: Marta Denavea

Location: 1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426

Claim Number:

**Photo #5**



# Photo Mounting Sheet

Homeowner Name: Marta Denavea

Location: 1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426

Claim Number:

**Photo #6 Refrigerator**



# Photo Mounting Sheet

Homeowner Name:  Marta Denavea

Location:  1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426

Claim Number:



**Photo #7 Refrigerator**



# Photo Mounting Sheet

Homeowner Name: Marta Denavea

Location: 1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426

Claim Number:

**Photo # 8**



Photo Mounting Sheet

Homeowner Name: Marta Denavea
Location: 1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426
Claim Number:

**Photo #9 Electrical wires**



# Photo Mounting Sheet

Homeowner Name: Marta Denavea

Location: 1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426

Claim Number:

**Photo #10**



# Photo Mounting Sheet

Homeowner Name: Marta Denavea

Location: 1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426

Claim Number:

Caption

**Photo #11**



# Photo Mounting Sheet

Homeowner Name: Marta Denavea

Location: 1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426

Claim Number:

Caption

**Photo #12**



# Photo Mounting Sheet

Homeowner Name: Marta Denavea

Location: 1690 Renaissance Commons Blvd. #1224, Boynton Beach, Fl.33426

Claim Number:

Caption

**Photo # 13**

**Enter Caption**

**Enter Caption**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd. #1429 Boynton Beach, Fl. 33426 | | Front of House Photo #: 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 11/18/2009 | Sampler Name/Company: | Photo Range: 1 thru 15 |

### ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: ☑ Check | Description of Odor: | Heavy Sulfur odor |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | none | Location Stamp Found: | east wall 2nd bedroom | Photo #: | 15-Dec |
| End Tape Found: | No | Color of End Tape: | | | |
| Comments: | Photo # cell doesn't work !!! Stamp photos 12 thru 15 | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | No |
| **Plumbing** | No |
| **Light Fixtures** | No |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | **Copper U-bend** | **Straight Copper Tubing** | **Discoloration** | **Describe Discoloration** | **Color** | Photo Number(s) |
|---|---|---|---|---|---|---|
| **Heat exchange coil of HVAC** | Yes | Yes | Yes | Heavy | Black | 2 |
| **Electro-mechanical portion of HVAC** | | | Yes | Disconnect - Moderate | Black | 3 |
| **Circuit Breaker** | | | Yes | Jumper bar ends | Black | #4 |
| **Refrigerator coils** | | | Yes | copper lines | Black | 5 & 6 |
| **Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater)** | | | No | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| **Medicine Cabinets/Mirrors affixed to walls** | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
| **Bathroom Light Fixtures and Plumbing (chrome finished)** | Discoloration/Residue? Yes | Describe, discoloration, color and location: Bath Faucets 4@ Corroded | Photo Number(s) 7 thru 10 |
| **Other metallic fixtures or hardware** | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| **Electrical Receptacles and Switches** | Discoloration/Residue? Yes | Describe, discoloration, color and location: Black electrical device wires | Photo Number(s) 11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:   Martha Lisa Denavea

Location:   1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl. 33426

Claim Number:



**AddressPhoto #1**



# Photo Mounting Sheet

Homeowner Name: Martha Lisa Denavea

Location: 1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl. 33426

Claim Number:

Photo #2 HVAC copper lines



# Photo Mounting Sheet

Homeowner Name: Martha Lisa Denavea

Location: 1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl. 33426

Claim Number:

Photo #3

**HVAC disconnect**



# Photo Mounting Sheet

Homeowner Name: Martha Lisa Denavea

Location: 1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl. 33426

Claim Number:



Photo #4 Electrical Panel



# Photo Mounting Sheet

Homeowner Name: Martha Lisa Denavea

Location: 1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl. 33426

Claim Number:

Refrigerator

Photo #5



# Photo Mounting Sheet

Homeowner Name: Martha Lisa Denavea

Location: 1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl. 33426

Claim Number:

2009.11.18 16:07

Photo #6

Refrigerator



# Photo Mounting Sheet

Homeowner Name:    Martha Lisa Denavea

Location:    1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl. 33426

Claim Number:



2009.11.18 15:53

Photo #7  Bath Faucet



# Photo Mounting Sheet

Homeowner Name: Martha Lisa Denavea

Location: 1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl. 33426

Claim Number:

Photo #8

**Bath Faucet**



# Photo Mounting Sheet

Homeowner Name:     Martha Lisa Denavea

Location:                      1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl.
                                      33426

Claim Number:



2009.11.18 15:55

Photo #9

Bath Faucet



# Photo Mounting Sheet

Homeowner Name: Martha Lisa Denavea
Location: 1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl. 33426
Claim Number:

Photo #10

Bath Faucet



# Photo Mounting Sheet

Homeowner Name: Martha Lisa Denavea

Location: 1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl. 33426

Claim Number:

Other

Photo #11



# Photo Mounting Sheet

Homeowner Name: Martha Lisa Denavea

Location: 1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl. 33426

Claim Number:

Photographs

Photo # 12



# Photo Mounting Sheet

Homeowner Name: Martha Lisa Denavea

Location: 1690 Renaissance Commons Blvd. #1429, Boynton Beach, Fl. 33426

Claim Number:

Photo #13



# Photo Mounting Sheet

Homeowner Name: Martha Lisa Denavea

Location: 1690 Renaissance Commons Blvd #1429, Boynton Beach, Fl. 33426

Claim Number: PHOTO SHEET #2

Photo #14



# Photo Mounting Sheet

Homeowner Name: Martha Lisa Denavea

Location: 1690 Renaissance Commons Blvd #1429, Boynton Beach, Fl. 33426

Claim Number: PHOTO SHEET #2

Photo #15

Other Photographs

Other Photographs

Other Photographs

Other Photographs

Other Photographs

Other Photographs

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

| GENERAL PROPERTY INFORMATION | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl33426 | | Front of House Photo #: 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 12/29/2009 | Sampler Name/Company: Dileo, Carl | Photo Range: 1 thru 17 |

| ODOR OBSERVATIONS | | |
|---|---|---|
| Odor Present: Check | Description of Odor: | No |

| Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | blue lettering | Location Stamp Found: | north wall living room | Photo #: | |
| End Tape Found: | No | Color of End Tape: | | | |
| Comments: | stamp also found in sample hole Photo #8 and #9 and 12 thru 17 | | | | |

| HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | light | dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | No | | | #5 |
| Refrigerator coils | | | Yes | light | dark | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

| OTHER DISCOLORATION INSPECCTIONS | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 10 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 11 |

(USE ADDITIONAL PAGES AS NECESSARY)



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #1**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #3 HVAC**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #5 circuit breaker**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #6 refrigerator lines**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name:     Dileo, Carl
Location:     1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #8 drywall stamp (sample hole)**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #9 drywall stamp (sample hole)**



# Photo Mounting Sheet

Homeowner Name:  Dileo, Carl
Location:  1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #10 bath faucet (typical)**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

**Photo #11 electrical wires at outlet**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

**Caption**

**Photo #12 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

Caption

**Photo #13 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

Caption

**Photo #14 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl

Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426

Claim Number: 30325.002

Caption

**Photo #15 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl

Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426

Claim Number: 30325.002

**Caption**

**Photo #16 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Dileo, Carl
Location: 1690 Renaissance Commons Blvd #1610 Boynton Beach Fl 33426
Claim Number: 30325.002

Photo #17 drywall stamp

# VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd. Unit 1309 Boynton Beach, FL 33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company: Marlon Ditianquin | Camera Serial: |
| Visit Date: | 11/19/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range: 1 thru 16 |

## ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: ☑ Check | Description of Odor: | moderate smell |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | 4feetx12feetx1/2inch Dr | Location Stamp Found: | | Photo #: | 2 thru 7 |
| End Tape Found: | Yes | Color of End Tape: | white | | |
| Comments: | stamp marked in black approx 8 inches from top of board 2 sets of number found away from wording | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | freon leak |
| **Plumbing** | no |
| **Light Fixtures** | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| **Heat exchange coil of HVAC** | x | x | yes | heavy | black | 8 & 9 |
| **Electro-mechanical portion of HVAC** | | | yes | heavy | black | 10 |
| **Circuit Breaker** | | | yes | moderate | black | #11 |
| **Refrigerator coils** | | | yes | heavy | black | 12 |
| **Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater)** | | | no | | | 13 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| **Medicine Cabinets/Mirrors affixed to walls** | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
| **Bathroom Light Fixtures and Plumbing (chrome finished)** | Discoloration/Residue? Yes | Describe, discoloration, color and location: pitting on vanity light in bathroom | Photo Number(s) 14 |
| **Other metallic fixtures or hardware** | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| **Electrical Receptacles and Switches** | Discoloration/Residue? Yes | Describe, discoloration, color and location: moderate rust on living room outlet under kitchen bar | Photo Number(s) 15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



Photo Mounting Sheet

Homeowner Name: Marlon Ditianquin
Location: 1690 Renniassance Commons Blvd. Unit 1309 Boynton Beach, FL 33426
Claim Number:

**1 - Address**

**2 – drywall end tap**



# Photo Mounting Sheet

Homeowner Name: Marlon Ditianquin

Location: 1690 Renniassance Commons Blvd. Unit 1309 Boynton Beach, FL 33426

Claim Number:

**3 – drywall marking**

**4 - drywall marking**



# Photo Mounting Sheet

Homeowner Name: Marlon Ditianquin

Location: 1690 Renniassance Commons Blvd. Unit 1309 Boynton Beach, FL 33426

Claim Number:

5 – drywall marking

6 – drywall marking



# Photo Mounting Sheet

Homeowner Name: Marlon Ditianquin

Location: 1690 Renniassance Commons Blvd. Unit 1309 Boynton Beach, FL 33426

Claim Number:

7 – drywall marking

8 – HVAC coil



# Photo Mounting Sheet

Homeowner Name: Marlon Ditianquin

Location: 1690 Renniassance Commons Blvd. Unit 1309 Boynton Beach, FL 33426

Claim Number:

9 – HVAC coil

10 – HVAC electromechanical



# Photo Mounting Sheet

Homeowner Name: Marlon Ditianquin

Location: 1690 Renniassance Commons Blvd. Unit 1309 Boynton Beach, FL 33426

Claim Number:

11 – circuit breaker

12 – refrigerator coil



# Photo Mounting Sheet

Homeowner Name: Marlon Ditianquin

Location: 1690 Renniassance Commons Blvd. Unit 1309 Boynton Beach, FL 33426

Claim Number:

13 – water heater area

14 – bath vanity light



# Photo Mounting Sheet

Homeowner Name: Marlon Ditianquin
Location: 1690 Renniassance Commons Blvd. Unit 1309 Boynton Beach, FL 33426
Claim Number:

15 – Electrical outlet under kitchen bar

16 - Bathroom vanity fixture

# VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426 | | Front of House Photo #: 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 8/6/2010 | Sampler Name/Company: Dobric, Mario | Photo Range: 1 thru 18 |

## ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: ✓ Check | Description of Odor: | Heavy Sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Black Lettering | Location Stamp Found: | East Living Room wall | Photo #: | 13 to 18 |
| End Tape Found: | No | Color of End Tape: | | | |
| Comments: | 5 Holes | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | No |
| **Plumbing** | No |
| **Light Fixtures** | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| **Heat exchange coil of HVAC** | Yes | Yes | Yes | Heavy | Black | 2 |
| **Electro-mechanical portion of HVAC** | | | Yes | Heavy | Black | 3 |
| **Circuit Breaker** | | | Yes | Heavy on Jumper bar & wires | Black | #4, 5, & 6 |
| **Refrigerator coils** | | | Yes | Heavy | Black | 7 & 8 |
| **Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater)** | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| **Medicine Cabinets/Mirrors affixed to walls** | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | | |
| **Bathroom Light Fixtures and Plumbing (chrome finished)** | Yes | 1 Vanity faucet and 1 sink stopper | 9 & 10 |
| **Other metallic fixtures or hardware** | Yes | Drywall bead in Bathroom - rusted, corroded | 11 |
| **Electrical Receptacles and Switches** | Yes | Moderate Black on electrical wires at outlet | 12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric
Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426
Claim Number: 30325.002

**Photo #1**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric
Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426
Claim Number: 30325.002

Photo #2

**HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric
Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426
Claim Number: 30325.002

**Caption**

**Photo #3 HVAC disconnect**



Photo Mounting Sheet

Homeowner Name: Mario Dobric
Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426
Claim Number: 30325.002

Photo #4

**Circuit breaker discolored Jumper bar**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric

Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426

Claim Number: 30325.002

**Photo #5**

**Circuit breaker Discolored wires**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric

Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426

Claim Number: 30325.002

Photo #6

**Circuit breaker discolored wires**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Mario Dobric |
| Location: | 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #7**

**Refrigerator copper lines**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric

Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426

Claim Number: 30325.002

**Photo #8**

**Refrigerator copper lines**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric
Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426
Claim Number: 30325.002

**Photo #9**

**Vanity faucet**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric
Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426
Claim Number: 30325.002

Photo

**#10 sink stopper**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric
Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426
Claim Number: 30325.002

**Photo #11 Corroded drywall bead in Bathroom**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric

Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426

Claim Number: 30325.002

Photo

**#12 Electrical wires at outlet**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric

Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426

Claim Number: 30325.002

**Caption**

**Photo #13 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Mario Dobric |
| Location: | 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #14 Drywall Stamp**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric
Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426
Claim Number: 30325.002

**Photo #15 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric
Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426
Claim Number: 30325.002

**Photo #16 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Mario Dobric |
| Location: | 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #17 Drywall Stamp**



# Photo Mounting Sheet

Homeowner Name: Mario Dobric

Location: 1690 Renaissance Commons Blvd. #1228 Boynton Beach, Fl. 33426

Claim Number: 30325.002

**Photo #18 Drywall stamp**