**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Camera Serial: | |
| Visit Date: | 11/30/2009 | Sampler Name/Company: Patrick Toohey / Brightclaim | |
| | | Sampler Name/Company: | Photo Range: 1 thru 15 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | blue lettering | Location Stamp Found: east wall living room | Photo #: 11 to 15 |
| End Tape Found: | No | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | heavy | black | 4 |
| Circuit Breaker | | | yes | heavy | black | #5 |
| Refrigerator coils | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? <br> Yes | 1 bath faucet | 8 |
| Other metallic fixtures or hardware | Discoloration/Residue? <br> No | | 9 |
| Electrical Receptacles and Switches | Discoloration/Residue? <br> Yes | moderate discoloration on electrical wires at outlet | 10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Trenice Edwards |
| Location: | 1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

Homeowner Name:  Trenice Edwards
Location:  1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Trenice Edwards |
| Location: | 1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Trenice Edwards |
| Location: | 1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Trenice Edwards |
| Location: | 1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit breaker jumper bar ends are black**



## Photo Mounting Sheet

Homeowner Name:    Trenice Edwards
Location:          1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #6 Refrigerator copper lines**



## Photo Mounting Sheet

Homeowner Name:    Trenice Edwards
Location:          1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #7 Refrigerator**



# Photo Mounting Sheet

Homeowner Name:   Trenice Edwards
Location:         1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #8 corroded bath faucet**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Trenice Edwards |
| Location: | 1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 discolored bath drain**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Trenice Edwards |
| Location: | 1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 electrical wires at outlet**



## Photo Mounting Sheet

Homeowner Name:   Trenice Edwards
Location:         1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426
Claim Number:     30325.002



Caption

**Photo #11 drywall stamp**

 **Photo Mounting Sheet**

Homeowner Name:    Trenice Edwards
Location:    1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426
Claim Number:    30325.002



**Caption**

**Photo #12 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:   Trenice Edwards
Location:   1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426
Claim Number:   30325.002



**Caption**

**Photo #13 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Trenice Edwards
Location:   1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426
Claim Number:   30325.002



**Caption**

**Photo #14 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Trenice Edwards |
| Location: | 1660 Renaissance Commons Blvd #2329 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #15 drywall stamp**

**Enter Caption**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 RENAISSANCE COMMONS BLVD.  UNIT # 1508  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | MARK ENGLANDER | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/30/2009 | Sampler Name/Company: | Photo Range:   1 thru 19 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | No odors evident |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | BLACK LETTERS | Location Stamp Found:  BEDROOM WALL | Photo #:  12 thru 19 |
| End Tape Found: | NO | Color of End Tape: | |
| Comments: | BLACK LETTERS-  12 * 1/2   MADE IN CHINA | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | AC REPAIR 8/09 |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 4,5,6 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 3 |
| Circuit Breaker | | | ☐ Check | | | 7,8 |
| Refrigerator coils | | | ☑ Check | MODERATE | BLACK | 9,10,11 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

### OTHER DISCOLORATION INSPECCTIONS

| Part | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | | |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  YES | BLACK DISCOLORATION OF EXPOSED COPPER WIRE | 2 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name:  MARK ENGLANDER
Location:        BLDG# 1690  UNIT # 1508
Claim Number:



**Photo # 1 UNIT NUMBER**



Photo Mounting Sheet

Homeowner Name:   MARK ENGLANDER
Location:   BLDG# 1690  UNIT # 1508
Claim Number:



**Photo # 2 RECEPTACLE- BLACK DISCOLORATON OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | MARK ENGLANDER |
| Location: | BLDG# 1690  UNIT # 1508 |
| Claim Number: | |



**Photo # 3 HVAC- BLACK DISCOLORATION OF DISCONNECT PLUG**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | MARK ENGLANDER |
| Location: | BLDG# 1690  UNIT # 1508 |
| Claim Number: | |



**Photo # 4 HVAC- BLACK DISCOLORATION OF COPPER PIPES AND TUBING**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | MARK ENGLANDER |
| Location: | BLDG# 1690  UNIT # 1508 |
| Claim Number: | |



**Photo # 5 HVAC- BLACK DISCOLORATION OF COPPER PIPES AND TUBING**



### Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | MARK ENGLANDER |
| Location: | BLDG# 1690  UNIT # 1508 |
| Claim Number: | |



**Photo # 6 HVAC- BLACK DISCOLORATION OF COPPER PIPES AND TUBING**



Photo Mounting Sheet

Homeowner Name:    MARK ENGLANDER
Location:                   BLDG# 1690  UNIT # 1508
Claim Number:



**Photo # 7 CIRCUIT BREAKER- NO DISCOLORATION**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | MARK ENGLANDER |
| Location: | BLDG# 1690  UNIT # 1508 |
| Claim Number: | |



**Photo # 8 CIRCUIT BREAKER- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name: MARK ENGLANDER
Location: BLDG# 1690  UNIT # 1508
Claim Number:



**Photo # 9 REFRIGERATOR-BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:   MARK ENGLANDER
Location:             BLDG# 1690  UNIT # 1508
Claim Number:



**Photo # 10 REFRIGERATOR-BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name: MARK ENGLANDER
Location: BLDG# 1690  UNIT # 1508
Claim Number:



**Photo # 11 REFRIGERATOR-BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:  MARK ENGLANDER
Location:  BLDG# 1690  UNIT # 1508
Claim Number:



2009/11/30 16:10:30

**Photo # 12 BLACK STAMP- 12 * ½  MADE IN CHINA**

 Photo Mounting Sheet

Homeowner Name:   MARK ENGLANDER
Location:   BLDG# 1690  UNIT # 1508
Claim Number:



2009/11/30  16:10:46

**Photo # 13 BLACK STAMP- 12 * ½  MADE IN CHINA**



# Photo Mounting Sheet

Homeowner Name:  MARK ENGLANDER

Location:  BLDG# 1690  UNIT # 1508

Claim Number:



2009/11/30  16:12:50

**Photo # 14 BLACK STAMP- 12 * ½  MADE IN CHINA**



# Photo Mounting Sheet

Homeowner Name:    MARK ENGLANDER

Location:    BLDG# 1690  UNIT # 1508

Claim Number:



2 0 0 9 / 1 1 / 3 0   1 6 : 1 3 : 0 3

**Photo # 15 BLACK STAMP- 12 * ½  MADE IN CHINA**



# Photo Mounting Sheet

Homeowner Name:   MARK ENGLANDER
Location:              BLDG# 1690  UNIT # 1508
Claim Number:



2009/11/30  16:15:43

Photo # 16 **BLACK STAMP- 12 * ½   MADE IN CHINA**



## Photo Mounting Sheet

Homeowner Name:     MARK ENGLANDER
Location:                      BLDG# 1690  UNIT # 1508
Claim Number:



2009/11/30  16:15:53

Photo # 17 **BLACK STAMP- 12  \*  ½   MADE IN CHINA**



## Photo Mounting Sheet

Homeowner Name:  MARK ENGLANDER
Location:  BLDG# 1690  UNIT # 1508
Claim Number:



2009/11/30  16:16:05

Photo # 18 **BLACK STAMP- 12 * ½  MADE IN CHINA**



# Photo Mounting Sheet

Homeowner Name:     MARK ENGLANDER
Location:     BLDG# 1690   UNIT # 1508
Claim Number:



2009/11/30  16:16:17

**Photo # 19 BLACK STAMP- 12  *  ½   MADE IN CHINA**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 01/05/2010 | Sampler Name/Company: Ercolino, Vincent | Photo Range: | 1 thru 20 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | black lettering | Location Stamp Found: | north wall of living room | Photo #: | 17 to 20 |
| End Tape Found: | | Color of End Tape: | | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Unknown |
| Plumbing | Unknown |
| Light Fixtures | Unknown |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 &3 |
| Electro-mechanical portion of HVAC | | | Yes | Light | Black | 4 |
| Circuit Breaker | | | Yes | Heavy on jumper and wires | Black | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>3 bath faucets and 4 sink stoppers | Photo Number(s)<br>8 thru 14 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>residents fruit basket | Photo Number(s)<br>15 |
| Electrical Receptacles and Switches | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>Heavy black on electrical wires | Photo Number(s)<br>16 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ercolino, Vincent |
| Location: | 1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

PHOTO SHEET #1



**Photo #1**



## Photo Mounting Sheet

Homeowner Name:    Ercolino, Vincent
Location:    1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

Homeowner Name:   Ercolino, Vincent
Location:   1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ercolino, Vincent |
| Location: | 1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

Homeowner Name:   Ercolino, Vincent
Location:   1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #5 circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ercolino, Vincent |
| Location: | 1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 refrigerator copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ercolino, Vincent |
| Location: | 1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name:  Ercolino, Vincent
Location:  1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #8 bath faucet #1**



## Photo Mounting Sheet

Homeowner Name:  Ercolino, Vincent
Location:  1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #9 bath faucet #2**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ercolino, Vincent |
| Location: | 1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 bath faucet #3**



# Photo Mounting Sheet

Homeowner Name:  Ercolino, Vincent
Location:  1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #11 sink stopper #1**



## Photo Mounting Sheet

Homeowner Name:    Ercolino, Vincent
Location:    1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #12 sink stopper #2**



## Photo Mounting Sheet

Homeowner Name:  Ercolino, Vincent
Location:  1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #13 sink stopper #3**



## Photo Mounting Sheet

Homeowner Name:   Ercolino, Vincent
Location:          1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #14 sink stopper #4**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ercolino, Vincent |
| Location: | 1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #15 corroded fruit basket**



# Photo Mounting Sheet

Homeowner Name:   Ercolino, Vincent
Location:         1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #16 electrical wires at outlet**



# Photo Mounting Sheet

Homeowner Name:   Ercolino, Vincent
Location:   1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:   30325.002

PHOTO SHEET # 2



**Photo #17 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:     Ercolino, Vincent
Location:           1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo**

**Photo #18 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:  Ercolino, Vincent
Location:  1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426
Claim Number:  30325.002



**Caption**

**Photo #19 drywall stamp**



# Photo Mounting Sheet

| Homeowner Name: | Ercolino, Vincent |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1206 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

| Photo #20 drywall stamp |
|---|
| Enter Caption |
| Enter Caption |
| Enter Caption |
| Enter Caption |
| Enter Caption |
| Enter Caption |
| Enter Caption |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissannce Commons Blvd. #2619, Boynton Beach, FL 33426 | Front of House Photo #: | 1 |
| Address ID: | 1 | Camera Serial: | |
| Visit Date: | Sampler Name/Company:  Richard Eubank | Photo Range: | 1-13 |
| | Sampler Name/Company:  Patrick Toohey | | |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | No odors evident. |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | yes | yes | Discolored copper lines | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | no | no | No | N/A | N/A | 12 |
| Circuit Breaker | | | Yes | Discoloration on Jumper Bar | Black | 4 & 5 |
| Refrigerator coils | | | yes | Discoloration | Black | 10 & 11 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | yes | Plumbing connection | Gray & green | 13 |

## OTHER DISCOLORATION INSPECCTIONS

| | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Faucet is corroded | 6 & 7 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Wires at electircal devices are discolored | 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



# Photo Mounting Sheet

| Homeowner Name: | Richard Eubank |
|---|---|
| Location: | 1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #1 Address Photograph**

**Structure Photo**



# Photo Mounting Sheet

Homeowner Name:  Richard Eubank
Location:  1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426
Claim Number:  30325.002



**photo #2 discolored air handler copper lines**

 Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Richard Eubank |
| Location: | 1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426 |
| Claim Number: | 30325.002 |



**photo #3 2nd photo air handler copper line**



## Photo Mounting Sheet

Homeowner Name:   Richard Eubank
Location:              1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426
Claim Number:      30325.002

**Z**
1



**photo #4 overview of electrical panel**

1



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Richard Eubank |
| Location: | 1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426 |
| Claim Number: | 30325.002 |



**photo #5 blackened copper jumper bar**

**photo**



## Photo Mounting Sheet

Homeowner Name:     Richard Eubank
Location:                      1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426
Claim Number:          30325.002



**photo #6 corroded faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Richard Eubank |
| Location: | 1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426 |
| Claim Number: | 30325.002 |



2008.10.28 13:10

**photo #7 corroded faucet**



# Photo Mounting Sheet

Homeowner Name:     Richard Eubank
Location:           1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426
Claim Number:       30325.002



**photo # 8 drywall sample with logo**



# Photo Mounting Sheet

Homeowner Name:   Richard Eubank
Location:   1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426
Claim Number:   30325.002



**photo #9 discolored electrical wires**



## Photo Mounting Sheet

| Homeowner Name: | Richard Eubank |
|---|---|
| Location: | 1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426 |
| Claim Number: | 30325.002 |



**photo # 10 blackened refrigerator copper lines**



# Photo Mounting Sheet

| Homeowner Name: | Richard Eubank |
|---|---|
| Location: | 1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426 |
| Claim Number: | 30325.002 |



**photo #11 blackened refrigerator copper line and coil**



# Photo Mounting Sheet

| Homeowner Name: | Richard Eubank |
| --- | --- |
| Location: | 1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426 |
| Claim Number: | 30325.002 |



**photo # 12 Electro-mechanical portion of HVAC**

i



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Richard Eubank |
| Location: | 1660 Renaissance Commons, #2619, Boynton Beach Fl. 33426 |
| Claim Number: | 30325.002 |



**photo #13 discolored plumbing connection**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renniassance Commons Blvd # 2619 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 2/5/2010 | Sampler Name/Company:  Eubank, Richard | Photo Range: | 1 thru 9 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Moderate sulfur |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 |
| Electro-mechanical portion of HVAC | | | | | | |
| Circuit Breaker | | | Yes | moderate on wires and jumper bar | | 3 &4 |
| Refrigerator coils | | | | | | |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location:<br><br>According to owner drywall is breaking down and creating dust | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished)<br>Yes | Discoloration/Residue? | Describe, discoloration, color and location:<br><br>corrosion on 2 bath faucets | Photo Number(s)<br><br>5 & 6 |
| Other metallic fixtures or hardware<br>Yes | Discoloration/Residue? | Describe, discoloration, color and location:<br><br>refrigerator stops and starts on its own - 6X's since March  2007 | Photo Number(s) |
| Electrical Receptacles and Switches<br>Yes | Discoloration/Residue? | Describe, discoloration, color and location:<br><br>3 out of 4 receptacles show  heavy corrosion on wires | Photo Number(s)<br><br>7, 8, 9 |

### (USE ADDITIONAL PAGES AS NECESSARY)



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Eubank, Richard |
| Location: | 1660 Renaissance Commons Blvd #2619 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo  #1**



# Photo Mounting Sheet

Homeowner Name:    Eubank, Richard
Location:    1660 Renaissance Commons Blvd #2619 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #2 HVAC copper lines (corrosion)**



# Photo Mounting Sheet

Homeowner Name:      Eubank, Richard
Location:            1660 Renaissance Commons Blvd #2619 Boynton Beach Fl 33426
Claim Number:        30325.002



**Photo #3 corrosion on wires in electrical panel**



Photo Mounting Sheet

Homeowner Name:    Eubank, Richard
Location:               1660 Renaissance Commons Blvd #2619 Boynton Beach Fl 33426
Claim Number:        30325.002



**Photo #4 corrosion on wires and discolored jumper bar**



## Photo Mounting Sheet

Homeowner Name:   Eubank, Richard
Location:   1660 Renaissance Commons Blvd #2619 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #5 corrosion on bath faucet**



## Photo Mounting Sheet

Homeowner Name:     Eubank, Richard
Location:                    1660 Renaissance Commons Blvd #2619 Boynton Beach Fl 33426
Claim Number:          30325.002



**Caption  Photo #6 corrosion on bath faucet (2)**



## Photo Mounting Sheet

Homeowner Name:   Eubank, Richard
Location:   1660 Renaissance Commons Blvd #2619 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #7 Corrosion on electrical wires at receptacle (white wire)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Eubank, Richard |
| Location: | 1660 Renaissance Commons Blvd #2619 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 Corrosion on electrical wires at receptacle (black wire)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Eubank, Richard |
| Location: | 1660 Renaissance Commons Blvd #2619 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 Corrosion on electrical wires at receptacle (black wires)**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Rennaissance Commons Blvd.  Unit 2621 Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  Kathryn Figueroa | Camera Serial: |
| Visit Date: | 11/20/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range:           1 thru 16 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | strong sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | KNAUF | Location Stamp Found: | living room wall looking from second bedr | Photo #: | 2 thru 8 |
| End Tape Found: | no | | Color of End Tape: | |
| Comments: | found K  and TAINJ  and ASTM in blue dot letters | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 9 & 10 |
| Electro-mechanical portion of HVAC | | | no | | | 11 |
| Circuit Breaker | | | yes | heavy | black | # 12 |
| Refrigerator coils | | | yes | heavy | black | 13 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>hall vanity faucet - pitting | Photo Number(s)<br><br>15 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>heavy black at living room outlet at second bedroom | Photo Number(s)<br><br>16 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name: Kathryn Figueroa

Location: 1660 Rennaissane Commons Blvd. Unit 2621  Boynton Beach, FL 33426

Claim Number:



**1 - Address**



**2 –drywall marking  K (blue dot K found at stud t and drywall sheet ended here)**



Photo Mounting Sheet

Homeowner Name:   Kathryn Figueroa
Location:          1660 Rennaissane Commons Blvd. Unit 2621  Boynton Beach, FL
                   33426
Claim Number:



**3 – drywall marking T (blue dot begins visible TIAN)**



**4- drywall marking TIA (beginning of T to left of I and A behind stud)**



# Photo Mounting Sheet

Homeowner Name:    Kathryn Figueroa

Location:    1660 Rennaissane Commons Blvd. Unit 2621  Boynton Beach, FL 33426

Claim Number:



5 – drywall marking AN (in TAINJIN)

6 – drywall marking J (in TAINJIN)



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kathryn Figueroa |
| Location: | 1660 Rennaissane Commons Blvd. Unit 2621  Boynton Beach, FL 33426 |
| Claim Number: | |



7 – - A (in ASTM)

8 – drywall marking TM (in ASTM)



### Photo Mounting Sheet

Homeowner Name: Kathryn Figueroa
Location: 1660 Rennaissane Commons Blvd. Unit 2621  Boynton Beach, FL 33426
Claim Number:



9 – HVAC coil



10 – HVAC coil



## Photo Mounting Sheet

Homeowner Name:   Kathryn Figueroa
Location:               1660 Rennaissane Commons Blvd. Unit 2621  Boynton Beach, FL 33426
Claim Number:



11 – HVAC electromechanical



12 – circuit breaker



# Photo Mounting Sheet

Homeowner Name:  Kathryn Figueroa

Location:  1660 Rennaissane Commons Blvd. Unit 2621  Boynton Beach, FL 33426

Claim Number:



13 –refrigerator coil



14 - Water heater



### Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kathryn Figueroa |
| Location: | 1660 Rennaissane Commons Blvd. Unit 2621  Boynton Beach, FL 33426 |
| Claim Number: | |



15 – hall vanity faucet - pitting



16 - Electrical outlet

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 RENAISSANCE COMMONS BLVD.  UNIT # 1402  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | SEAN FLAHERTY | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/30/2009 | Sampler Name/Company: | Photo Range:  1-21 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | SULFUR |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | BLACK LETTERS | Location Stamp Found: | BEDROOM WALL | Photo #: | 17 thru 21 |
| End Tape Found: | NO | Color of End Tape: | | | |
| Comments: | BLACK LETTERS-  4FEETX12FEETX1/2INCH  DRYWALL | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 7 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 4 |
| Circuit Breaker | | | ☑ Check | SEVERE | BLACK | 9,10,11 |
| Refrigerator coils | | | ☑ Check | SEVERE | BLACK | 12 thru 16 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  YES | FAUCET- BLACK SPOTTING | 2,3,5, 6 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  YES | BLACK DISCOLORATION OF EXPOSED COPPER WIRE | 8 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|  |  |  |  |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:   SEAN FLAHERTY
Location:              BLDG# 1690  UNIT # 1402
Claim Number:



**Photo # 1 UNIT NUMBER**



## Photo Mounting Sheet

Homeowner Name:   SEAN FLAHERTY

Location:   BLDG# 1690  UNIT # 1402

Claim Number:



**Photo # 2 BATHROOM FAUCETS- BLACK SPOTTING**



Photo Mounting Sheet

Homeowner Name:   SEAN FLAHERTY
Location:   BLDG# 1690  UNIT # 1402
Claim Number:



**Photo # 3 BATHROOM FAUCETS- BLACK SPOTTING**



Photo Mounting Sheet

Homeowner Name:   SEAN FLAHERTY
Location:   BLDG# 1690  UNIT # 1402
Claim Number:



**Photo # 4 HVAC- BLACK DISCOLORATION OF DISCONNECT PLUG**



Photo Mounting Sheet

Homeowner Name:     SEAN FLAHERTY
Location:            BLDG# 1690  UNIT # 1402
Claim Number:



**Photo # 5 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     SEAN FLAHERTY
Location:           BLDG# 1690  UNIT # 1402
Claim Number:



**Photo # 6 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   SEAN FLAHERTY
Location:          BLDG# 1690  UNIT # 1402
Claim Number:



**Photo # 7 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:     SEAN FLAHERTY
Location:           BLDG# 1690  UNIT # 1402
Claim Number:



**Photo # 8 RECEPTACLE- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

Homeowner Name:     SEAN FLAHERTY
Location:                    BLDG# 1690  UNIT # 1402
Claim Number:



**Photo # 9 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | SEAN FLAHERTY |
| Location: | BLDG# 1690  UNIT # 1402 |
| Claim Number: | |



**Photo # 10 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name: SEAN FLAHERTY

Location: BLDG# 1690  UNIT # 1402

Claim Number:



**Photo # 11 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

Homeowner Name:   SEAN FLAHERTY
Location:   BLDG# 1690  UNIT # 1402
Claim Number:



**Photo # 12 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name: SEAN FLAHERTY
Location: BLDG# 1690 UNIT # 1402
Claim Number:



**Photo # 13 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   SEAN FLAHERTY

Location:   BLDG# 1690  UNIT # 1402

Claim Number:



**Photo # 14 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name: SEAN FLAHERTY
Location: BLDG# 1690  UNIT # 1402
Claim Number:



**Photo # 15 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:     SEAN FLAHERTY
Location:                    BLDG# 1690  UNIT # 1402
Claim Number:



Photo # 16 **REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:    SEAN FLAHERTY
Location:    BLDG# 1690  UNIT # 1402
Claim Number:



2009/11/30  17:17:40

Photo # 17 BLACK STAMP- 4FEETX12FEETX1/2INCH  DRYWALL



# Photo Mounting Sheet

Homeowner Name:   SEAN FLAHERTY
Location:   BLDG# 1690  UNIT # 1402
Claim Number:



2009/11/30  17:17:50

Photo # 18 BLACK STAMP- 4FEETX12FEETX1/2INCH  DRYWALL



# Photo Mounting Sheet

Homeowner Name:   SEAN FLAHERTY
Location:   BLDG# 1690  UNIT # 1402
Claim Number:



2009/11/30  17:18:01

**Photo # 19** BLACK STAMP- 4FEETX12FEETX1/2INCH  DRYWALL



## Photo Mounting Sheet

Homeowner Name:   SEAN FLAHERTY
Location:   BLDG# 1690  UNIT # 1402
Claim Number:



2009/11/30  17:21:05

**Photo # 20** BLACK STAMP- 4FEETX12FEETX1/2INCH  DRYWALL



# Photo Mounting Sheet

Homeowner Name:  SEAN FLAHERTY
Location:  BLDG# 1690  UNIT # 1402
Claim Number:



2009/11/30  17:21:35

**Photo # 21** BLACK STAMP- 4FEETX12FEETX1/2INCH  DRYWALL

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2514  Boynton beach, Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 11/25/2009 | Sampler Name/Company: | Photo Range: | 1 thru 14 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | no odor noted |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | blue lettering | Location Stamp Found: | north wall living room | Photo #: | 10 to 14 |
| End Tape Found: | No | Color of End Tape: | | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | not to tenants knowledge |
| Plumbing | not to tenants knowledge |
| Light Fixtures | not to tenants knowledge |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | light | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | light | black | 4 |
| Circuit Breaker | | | yes | heavy on jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | heavy on copper lines | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | | |
|---|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | | Describe, discoloration, color and location:  I bath faucet light corrosion | Photo Number(s)  8 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | | Describe, discoloration, color and location: | Photo Number(s)  9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sean Flaherty |
| Location: | 1660  Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sean Flaherty |
| Location: | 1660 Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sean Flaherty |
| Location: | 1660 Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| Homeowner Name: | Sean Flaherty |
| Location: | 1660  Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sean Flaherty |
| Location: | 1660  Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #5 Circuit Breaker- black jumper bar ends**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sean Flaherty |
| Location: | 1660  Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



Photo Mounting Sheet

Homeowner Name: Sean Flaherty
Location: 1660  Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426
Claim Number: 30325.002



**Photo #7 Refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sean Flaherty |
| Location: | 1660  Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #8 corroded bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sean Flaherty |
| Location: | 1660  Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #9 Electrical wires at outlet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sean Flaherty |
| Location: | 1660  Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #10 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sean Flaherty |
| Location: | 1660  Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #11 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sean Flaherty |
| Location: | 1660  Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #12 drywall stamp**



## Photo Mounting Sheet

| Homeowner Name: | Sean Flaherty |
| Location: | 1660  Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #13 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sean Flaherty |
| Location: | 1660  Renaissance Commons Blvd. #2514, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #14 drywall stamp**

**Enter Caption**

**Enter Caption**