**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| Address: | 1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
|---|---|---|---|---|
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 1/12/2010 | Sampler Name/Company: Gani, Jacques and Rose | Photo Range: | 1 thru 15 |

## ODOR OBSERVATIONS

| Odor Present: | ✓ Check | Description of Odor: | Light sulfur odor |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | Black lettering | Location Stamp Found: | West wall living room | Photo #: | 11 to 15 |
|---|---|---|---|---|---|
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | Unknown |
|---|---|
| Plumbing | Unknown |
| Light Fixtures | Unknown |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Light | Dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | Yes | Light on jumper bar | Dark | #5 |
| Refrigerator coils | | | Yes | Light | Dark | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | Yes | | | 8 |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 9 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Gani, Jacques and Rose |
| Location: | 1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Gani, Jacques and Rose |
| Location: | 1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**

 **Photo Mounting Sheet**

| | |
|---|---|
| Homeowner Name: | Gani, Jacques and Rose |
| Location: | 1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



## Photo Mounting Sheet

Homeowner Name:    Gani, Jacques and Rose
Location:          1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Gani, Jacques and Rose |
| Location: | 1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Gani, Jacques and Rose |
| Location: | 1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 refrigerator copper lines**



Photo Mounting Sheet

Homeowner Name:   Gani, Jacques and Rose
Location:   1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #7 refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Gani, Jacques and Rose |
| Location: | 1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 sink drain master bathroom**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Gani, Jacques and Rose |
| Location: | 1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 bath faucet - typical**



## Photo Mounting Sheet

Homeowner Name:     Gani, Jacques and Rose
Location:                   1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426
Claim Number:         30325.002



**Photo #10 electrical wires at outlet**



### Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Gani, Jacques and Rose |
| Location: | 1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #11 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Gani, Jacques and Rose |
| Location: | 1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #12 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:  Gani, Jacques and Rose
Location:  1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426
Claim Number:  30325.002



Caption

**Photo #13 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Gani, Jacques and Rose |
| Location: | 1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #14 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Gani, Jacques and Rose |
| Location: | 1660 Renaissance Commons Blvd #2525 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #15 drywall stamp**

**Enter Caption**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons #2224, Boynton Beach, Fl. 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 11/20/2009 | Sampler Name/Company: | Photo Range: | 1 thru 16 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: ☐ Check | Description of Odor: | No odor noted | |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | Blue lettering | Location Stamp Found: | Easst wall Living Room | Photo #: |
| End Tape Found: | Yes | Color of End Tape: | Blue and white Photo #12 |
| Comments: | Photos 13 thru 16 | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | Plumbing No      Refrigerator component was replaced |
| Light Fixtures | No |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 &3 |
| Electro-mechanical portion of HVAC | | | Yes | Disconnect  moderate | Black | 4 |
| Circuit Breaker | | | Yes | Jumper Bar moderate | Black | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? Yes | Bath Faucets | 8 |
| Other metallic fixtures or hardware | Discoloration/Residue? Yes | Vanity Knobs | 9 |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | Moderate  Black on outlet wires | 10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Joseph Gazzal |
| Location: | 1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo#1**



# Photo Mounting Sheet

Homeowner Name:     Joseph Gazzal

Location:     1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426

Claim Number:



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Joseph Gazzal |
| Location: | 1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #3 HVAC**



# Photo Mounting Sheet

Homeowner Name:    Joseph Gazzal

Location:    1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426

Claim Number:



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Joseph Gazzal |
| Location: | 1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426 |
| Claim Number: | |



**CaptionPhoto #5 Jumper bar ends- black**



Photo Mounting Sheet

Homeowner Name:   Joseph Gazzal
Location:   1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426
Claim Number:



**CaptionPhoto #6 Refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Joseph Gazzal |
| Location: | 1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426 |
| Claim Number: | |



**CaptionPhoto #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Joseph Gazzal |
| Location: | 1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #8 Bath Faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Joseph Gazzal |
| Location: | 1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #9 Vanity Knobs**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Joseph Gazzal |
| Location: | 1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426 |
| Claim Number: | |



**CaptionPhoto #10 outlet wires**

 **Photo Mounting Sheet**

| | |
|---|---|
| Homeowner Name: | Joseph Gazzal |
| Location: | 1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #11 Replaced component**



## Photo Mounting Sheet

Homeowner Name: Joseph Gazzal

Location: 1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426

Claim Number:



**CaptionPhoto #12 End tape**



## Photo Mounting Sheet

Homeowner Name:    Joseph Gazzal

Location:    1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426

Claim Number:



**Caption**

**Photo #13 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Joseph Gazzal

Location: 1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426

Claim Number:



Caption

**Photo #14 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Joseph Gazzal |
| Location: | 1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Caption**

**Photo #15 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Joseph Gazzal |
| Location: | 1660 Renaissance Commons Blvd. #2224, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Caption**

**Photo #16 Drywall stamp**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2307 Boynton Beach, Fl 33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 11/21/2009 | Sampler Name/Company: | Photo Range:  1-19 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Heavy sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Blue lettering | Location Stamp Found: | North wall 2nd bedroom | Photo #: | 14-19 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Yes coil was replaced 1 year ago |
| Plumbing | yes  shower head was replaced |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 03-Feb |
| Electro-mechanical portion of HVAC | | | Yes | disconnect | Black | 4 |
| Circuit Breaker | | | Yes | | Black | 5 |
| Refrigerator coils | | | Yes | | | 6,7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | Yes | 1 bath drain | | 8,9,10,11 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Bath faucets and Kitchen Faucet | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Metal corner bead of drywall rusting | Photo Number(s)  12 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Electrical wires black | Photo Number(s)  13 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



Photo Mounting Sheet

| Homeowner Name: | Toni and Alan Gottlob |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| Homeowner Name: | Toni and Alan Gottlob |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #8 Bath drain**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #9 Bath Faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #10 Bath Faucet (2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #11 Kitchen Faucet**



# Photo Mounting Sheet

| Homeowner Name: | Toni and Alan Gottlob |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #12 cornerbead in bathroom**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #13 Electrical wires at outlet**



# Photo Mounting Sheet

| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #14 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name: **Toni and Alan Gottlob**

Location: 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426

Claim Number: 30325.002



**Caption**

**Photo #15 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #16 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #17 Drywall stamp**



## Photo Mounting Sheet

| Homeowner Name: | Toni and Alan Gottlob |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Photo

**Photo # 18 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo # 19 Drywall stamp**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Toni and Alan Gottlob |
| Location: | 1660 Renaissance Commons Blvd. #2307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |

| |
|---|
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| Address: | Building 1660, Unit 2209, Renaissance Commons, Boynton Beach, Fl. 33426 | | Front of House Photo #: | 1 |
|---|---|---|---|---|
| Address ID: | | Sampler Name/Company:  Patrick Toohey/Brightclaim | Camera Serial: | |
| Visit Date: | 11/17/2009 | Sampler Name/Company: | Photo Range: | 1 Thru 16 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | Noticable strong sulfur odor |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | Knauf | Location Stamp Found: | | Photo #: | 13thru15 |
|---|---|---|---|---|---|
| End Tape Found: | Yes | | Color of End Tape: | Blue and Yellow Photo #16 | |
| Comments: | Knauf stamp not easy to photograph due to electrical box and studs | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | None |
|---|---|
| Plumbing | None |
| Light Fixtures | None |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Discoloration on copper lines | Black | 3 |
| Electro-mechanical portion of HVAC | | | | Discoloration on disconnect | Black | 2 &4 |
| Circuit Breaker | | | Yes | Discoloration on jumper bar | Black | #5 |
| Refrigerator coils | | | Yes | Discoloration on copper lines | Black | 6 &7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | YES | Discoloration on drain | Green and Grey | 8 |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Bath faucets are corroded | Photo Number(s)  9 & 10 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Bath vanity knobs are corroded | Photo Number(s)  11 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  eklectrical outlet wires are discolored , black | Photo Number(s)  12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Circuit Breaker | Yes | Electrical Feeds are discolored as is Jumper Bar | 5 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Khadejah Grace |
| Location: | 1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #1 Address**

**Structure Photo**



## Photo Mounting Sheet

Homeowner Name:     Khadejah Grace

Location:     1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426

Claim Number:



**Photo #2 Electro-Mechanical HVAC**



# Photo Mounting Sheet

Homeowner Name: Khadejah Grace

Location: 1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426

Claim Number:



**Photo#3 Copper Lines HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Khadejah Grace |
| Location: | 1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #4 HVAC Disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Khadejah Grace |
| Location: | 1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #5 Elec. Feeds are also discolored**



Photo Mounting Sheet

| Homeowner Name: | Khadejah Grace |
| Location: | 1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #6 Refrigerator**



## Photo Mounting Sheet

Homeowner Name: Khadejah Grace

Location: 1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426

Claim Number:



**Photo #7 Refrigerator**



## Photo Mounting Sheet

Homeowner Name:        Khadejah Grace

Location:        1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426

Claim Number:



**Photo #8 Discolored drain line**



# Photo Mounting Sheet

Homeowner Name:                   Khadejah Grace

Location:                1660 Renaissance Commons Blvd. #2209, Boynton Beach,
                         Fl.33426

Claim Number:



**Photo #9 Bath faucet (1 0f 2)**



# Photo Mounting Sheet

Homeowner Name:              Khadejah Grace

Location:                    1660 Renaissance Commons Blvd. #2209, Boynton Beach,
                             Fl.33426

Claim Number:



**Photo #10 Bath faucet (2 of 2)**



## Photo Mounting Sheet

Homeowner Name:           Khadejah Grace

Location:                 1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426

Claim Number:

**Photo #11 Vanity Knobs**



## Photo Mounting Sheet

Homeowner Name:           Khadejah Grace

Location:                1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426

Claim Number:



**Photo #12 Electrical outlet- Discolored wires**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Khadejah Grace |
| Location: | 1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426 |
| Claim Number: | |

PHOTO SHEET #2

| |
|---|
| **Address Photograph** |
| |
| **Structure Photo** |
| |



| **Photo #13 Partial Knauf stamp** |
|---|



# Photo Mounting Sheet

Homeowner Name:  Khadejah Grace

Location:  1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426

Claim Number:



**Photo #14**

**Partial Knauf stamp**



# Photo Mounting Sheet

Homeowner Name:       Khadejah Grace

Location:      1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426

Claim Number:



**Photo #15 Partial Knauf stamp**



# Photo Mounting Sheet

Homeowner Name:     Khadejah Grace

Location:     1660 Renaissance Commons Blvd. #2209, Boynton Beach, Fl.33426

Claim Number:



**Caption**

| |
|---|
| **Photo #16 End tape** |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd.  Unit 1623  Boynton Beach, FL  33426 | | Front of House Photo #: | |
| Address ID: | 1 | Sampler Name/Company:  Glenn Dayton & Michael Graham | Camera Serial: | |
| Visit Date: | 11/20/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range: | 1 thru 19 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | Candle burning during inspection so no odor.  Valerie Graham stated moderate odor at times. |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | KNAUF | Location Stamp Found: | second bedroom wall looking from living r | Photo #: | 2 thru 9 |
| End Tape Found: | no | | Color of End Tape: | | |
| Comments: | Visual evidence of KNAUF Natural Plasterboard | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | moderate | black | 10 & 11 |
| Electro-mechanical portion of HVAC | | | no | | | 12 |
| Circuit Breaker | | | yes | light | black | #13 |
| Refrigerator coils | | | yes | light | black | 14 & 15 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | 16 |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | 17 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  light black  at dining room under kitchen bar | Photo Number(s)  18 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

Homeowner Name:   Michael Graham & Glenn Dayton

Location:   1690 Rennaissane Commons Blvd. Unit 1623  Boynton Beach, FL 33426

Claim Number:



**1 - Address**



**2 –drywall marking**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Graham & Glenn Dayton |
| Location: | 1690 Rennaissane Commons Blvd. Unit 1623  Boynton Beach, FL 33426 |
| Claim Number: | |



**3 – drywall marking - UF**

**4 – drywall marking – F-**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Graham & Glenn Dayton |
| Location: | 1690 Rennaissane Commons Blvd. Unit 1623  Boynton Beach, FL 33426 |
| Claim Number: | |



5 – drywall marking

6 – drywall marking



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Graham & Glenn Dayton |
| Location: | 1690 Rennaissane Commons Blvd. Unit 1623  Boynton Beach, FL 33426 |
| Claim Number: | |



7 – drywall marking

8 – drywall marking



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Graham & Glenn Dayton |
| Location: | 1690 Rennaissane Commons Blvd. Unit 1623  Boynton Beach, FL 33426 |
| Claim Number: | |



9 – drywall marking



10 – HVAC coil



## Photo Mounting Sheet

Homeowner Name: Michael Graham & Glenn Dayton

Location: 1690 Rennaissane Commons Blvd. Unit 1623  Boynton Beach, FL 33426

Claim Number:



11 – HVAC coil



12 – HVAC electromechanical



## Photo Mounting Sheet

Homeowner Name:    Michael Graham & Glenn Dayton

Location:    1690 Rennaissane Commons Blvd. Unit 1623  Boynton Beach, FL 33426

Claim Number:



13 – circuit breaker



14- refrigerator coil



## Photo Mounting Sheet

Homeowner Name:   Michael Graham & Glenn Dayton

Location:   1690 Rennaissane Commons Blvd. Unit 1623  Boynton Beach, FL 33426

Claim Number:



15- refrigerator coil



16 – water heater



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Graham & Glenn Dayton |
| Location: | 1690 Rennaissane Commons Blvd. Unit 1623  Boynton Beach, FL 33426 |
| Claim Number: | |



**17 – faucet and mirror master bath**



**18 – outlet under kitchen bar in dining room**



# Photo Mounting Sheet

Homeowner Name:   Michael Graham & Glenn Dayton

Location:   1690 Rennaissane Commons Blvd. Unit 1623  Boynton Beach, FL 33426

Claim Number:



**19 – location of sample and repair**