**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1221 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company:  Patrick / Brightclaim | Camera Serial: |
| Visit Date: | 11/29/2009 | Sampler Name/Company: | Photo Range: | 1 thru 11 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | no odor noted |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | none | Location Stamp Found: | not found | Photo #: | |
| End Tape Found: | No | Color of End Tape: | | |
| Comments: | tenant allowed 7 Lf of wall space would not cover or move computer | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 &3 |
| Electro-mechanical portion of HVAC | | | no | | | 4 |
| Circuit Breaker | | | | | | #5 |
| Refrigerator coils | | | | | | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  2 bath faucets light corrosion | Photo Number(s)  8 & 9 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  rusted cornerbead in bathroom | Photo Number(s)  10 |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Letitia Hahn |
| Location: | 1690 Renaissance Commons Blvd #1221 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

Homeowner Name: Letitia Hahn
Location: 1690 Renaissance Commons Blvd #1221 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name:     Letitia Hahn
Location:                  1690 Renaissance Commons Blvd #1221 Boynton Beach Fl 33426
Claim Number:          30325.002



**Photo #3 HVAC**



# Photo Mounting Sheet

Homeowner Name:  Letitia Hahn
Location:  1690 Renaissance Commons Blvd #1221 Boynton Beach Fl 33426
Claim Number:  30325.002



**CaptionPhoto #4 HVAC disconncet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Letitia Hahn |
| Location: | 1690 Renaissance Commons Blvd #1221 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker black jumper bar ends**



# Photo Mounting Sheet

Homeowner Name:  Letitia Hahn
Location:        1690 Renaissance Commons Blvd #1221 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #6 Refrigerator copper lines**



Photo Mounting Sheet

Homeowner Name:     Letitia Hahn
Location:                    1690 Renaissance Commons Blvd #1221 Boynton Beach Fl 33426
Claim Number:          30325.002



**Photo #7 Refrigerator**

**Caption**



# Photo Mounting Sheet

Homeowner Name: Letitia Hahn
Location: 1690 Renaissance Commons Blvd #1221 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #8 bath faucet light corrosion**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Letitia Hahn |
| Location: | 1690 Renaissance Commons Blvd #1221 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 bath faucet (2) light corrosion**



# Photo Mounting Sheet

Homeowner Name:   Letitia Hahn
Location:               1690 Renaissance Commons Blvd #1221 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo #10 rusted cornerbead**



## Photo Mounting Sheet

Homeowner Name:  Letitia Hahn
Location:        1690 Renaissance Commons Blvd #1221 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #11 electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl. 32426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 1/12/2011 | Sampler Name/Company: Hahn, Letitia | Photo Range: | 1 thru 17 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Heavy |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: | South wall of master bedroom | Photo #: | 13 to 17 |
| End Tape Found: | No | | Color of End Tape: | |
| Comments: | Sample harvested on south wall of master bedroom | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | N/A |
| Plumbing | N/A |
| Light Fixtures | N/A |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 3 |
| Circuit Breaker | | | Yes | Jumper bar and wires | Black | 4 & 5 |
| Refrigerator coils | | | ?? | Refrigerator removed | | 6 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>Hall bath vanity faucet, sink stopper and shower head, master bath vanity faucet and showerhead | Photo Number(s)<br>7, 8, 9, 10, 11 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>Electrical wires at kitchen switch | Photo Number(s)<br>12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hahn, Letitia |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hahn, Letitia |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hahn, Letitia |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hahn, Letitia |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #4 Circuit breaker**



# Photo Mounting Sheet

| Homeowner Name: | Hahn, Letitia |
| --- | --- |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit breaker wires**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hahn, Letitia |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #6 Missing refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hahn, Letitia |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #7 Hall bath vanity faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hahn, Letitia |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #8 Hall bath showerhead**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hahn, Letitia |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #9 Hall bath sink stopper**



# Photo Mounting Sheet

| Homeowner Name: | Hahn, Letitia |
| --- | --- |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #10 Master bath vanity faucet**



# Photo Mounting Sheet

| Homeowner Name: | Hahn, Letitia |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #11 Master bath showerhead**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hahn, Letitia |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #12 Electrical wires at hall switch**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hahn, Letitia |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #13 Harvested drywall sample**



# Photo Mounting Sheet

| Homeowner Name: | Hahn, Letitia |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #14 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | Hahn, Letitia |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #15 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hahn, Letitia |
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #16 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | Hahn, Letitia |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1221, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #17 Drywall stamp in wall**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaisannce Commons Blvd. #2226, Boynton Beach, FL 33426 | | Front of House Photo #: | 1 |
| Address ID: | 1 | Sampler Name/Company:  Michael & Eileen Hill | Camera Serial: | |
| Visit Date: | 10/28/2009 | Sampler Name/Company:  Patrick Toohey/Brightclaim | Photo Range: | 1-13 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | No odors evident |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | none noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Discolored Copper Lines | Black | 2 |
| Electro-mechanical portion of HVAC | No | | | | | 2 |
| Circuit Breaker | | | Yes | Discoloration on jumper bar | Black | 6 & 7 |
| Refrigerator coils | | | Yes | copper lines are discolored | Black | 8 & 9 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | Yes | corroded sink stopper | | 10 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Corroded faucets | Photo Number(s)  3 & 4 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  wires at electrical devices are blackened | Photo Number(s)  5 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Drywall stamp | Yes | Drywall stamp taken inside wall | 11,12 &13 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| Homeowner Name: | Michael and Eileen Hill |
| --- | --- |
| Location: | 1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



2008.10.28 15:29

|  |
| --- |
| **Photo #1 Address Photograph** |
|  |
| **Structure Photo** |
|  |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael and Eileen Hill |
| Location: | 1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**photo#2 blackened air handler copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael and Eileen Hill |
| Location: | 1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**photo #3 corroded bath faucet**



# Photo Mounting Sheet

Homeowner Name: Michael and Eileen Hill
Location: 1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426
Claim Number: 30325.002



2008.10.28 15:39

**photo #4  2nd corroded bath faucet**



## Photo Mounting Sheet

Homeowner Name:    Michael and Eileen Hill
Location:    1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426
Claim Number:    30325.002



**photo #5  discolored electrical wires**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael and Eileen Hill |
| Location: | 1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**photo #6  overview of electric panel**



# Photo Mounting Sheet

Homeowner Name:    Michael and Eileen Hill
Location:    1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426
Claim Number:    30325.002



**photo #7  blackened copper jumper bar**



# Photo Mounting Sheet

| Homeowner Name: | Michael and Eileen Hill |
| --- | --- |
| Location: | 1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**photo #8  blackened copper refrigerator lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael and Eileen Hill |
| Location: | 1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**photo #9  refrigerator copper lines and coil**



# Photo Mounting Sheet

| Homeowner Name: | Michael and Eileen Hill |
| --- | --- |
| Location: | 1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**photo #10  corroded sink stopper**



Photo Mounting Sheet

Homeowner Name: Michael and Eileen Hill
Location: 1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426
Claim Number: 30325.002



partial

**drywall logo**



## Photo Mounting Sheet

Homeowner Name: Michael and Eileen Hill
Location: 1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426
Claim Number: 30325.002



**partial drywall logo**



## Photo Mounting Sheet

| Homeowner Name: | Michael and Eileen Hill |
| --- | --- |
| Location: | 1660 Renaissance Commons #2226, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**partial drywall logo**

Enter Caption

Enter Caption

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | Manisha Haywood, 1690 Renaissance Commons, Unit 1127, Boynton Beach, FL  33426 | Front of House Photo #: | 7 |
| Address ID: | | Sampler Name/Company:  Manisha Haywood | Camera Serial: | |
| Visit Date: | 5/19/2010 | Sampler Name/Company:  Joanie Lassiter, Bright Claim | Photo Range: | 1 - 20 |

## ODOR OBSERVATIONS

| | | | | |
|---|---|---|---|---|
| Odor Present: | ✓ Check | Description of Odor: | Mold smell, mold located behind refrigerator, photo 8 | Time of Day |
| | | | | 10:00 AM |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | Drywall 4 feet | Location Stamp Found: | Master Bedroom | Photo #: | 1 thru 6 |
| End Tape Found: | | Color of End Tape: | | |
| Comments: | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Unknown |
| Plumbing | Unknown |
| Light Fixtures | Unknown |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | | | Yes | None | | |
| Electro-mechanical portion of HVAC | | | Yes | Rust, Mold | Rust, Black | 13,14 |
| Circuit Breaker | | | None | | | 11,12 |
| Refrigerator coils | | | Yes | | | 9,10 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | Yes | Refrigerator, water & ice disp. | Black corrosion | 19,20 |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | None | |
| | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | No | None, photo 15 Kit.  sink, photo 16 under kit.  Sink, photo 17 hot water heater | 15,16,17 |
| | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | No | None, with the exception of the refrigerator | 13,14 |
| | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | No | None, photo 18 | 18 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manisha Haywood |
| Location: | 1690 Renaissance Commons Blvd., Boynton Beach, FL  33426 |
| Claim Number: | |



**1.  Stamp, found in master bedroom**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manisha Haywood |
| Location: | 1690 Renaissance Commons Blvd., Boynton Beach, FL  33426 |
| Claim Number: | |



2010/05/19 10:57:53

**2.  Stamp, found in master bedroom**



## Photo Mounting Sheet

Homeowner Name:   Manisha Haywood
Location:   1690 Renaissance Commons Blvd., Boynton Beach, FL  33426
Claim Number:



2010/05/19  10:58:01

**3.  Stamp, found in master bedroom**



## Photo Mounting Sheet

Homeowner Name: Manisha Haywood
Location: 1690 Renaissance Commons Blvd., Boynton Beach, FL  33426
Claim Number:

2010/05/19 11:01:03

**4.  Stamp, found in master bedroom**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manisha Haywood |
| Location: | 1690 Renaissance Commons Blvd., Boynton Beach, FL  33426 |
| Claim Number: | |



**5.  Stamp, found in master bedroom**



# Photo Mounting Sheet

Homeowner Name:   Manisha Haywood
Location:   1690 Renaissance Commons Blvd., Boynton Beach, FL  33426
Claim Number:



2010/05/19  11:02:35

**6.  Stamp, found in master bedroom**



# Photo Mounting Sheet

| Homeowner Name: | Manisha Haywood |
| --- | --- |
| Location: | 1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926 |
| Claim Number: | |



**7.  Address Photograph**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manisha Haywood |
| Location: | 1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926 |
| Claim Number: | |



**8.  Mold found on wall behind refrigerator**

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manisha Haywood |
| Location: | 1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926 |
| Claim Number: | |



**9.  Refrigerator Coils**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manisha Haywood |
| Location: | 1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926 |
| Claim Number: | |



**10. Refrigerator Compressor**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manisha Haywood |
| Location: | 1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926 |
| Claim Number: | |



**11. Breaker Panel**

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

Homeowner Name: Manisha Haywood
Location: 1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926

Claim Number:



**12. Breaker Panel**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manisha Haywood |
| Location: | 1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926 |
| Claim Number: | |



**13. HVAC**

PDF created with pdfFactory trial version www.pdffactory.com.au



Photo Mounting Sheet

Homeowner Name:   Manisha Haywood
Location:   1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926
Claim Number:



**14. HVAC**

PDF created with pdfFactory trial version www.pdffactory.com.au



Photo Mounting Sheet

Homeowner Name:   Manisha Haywood
Location:          1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926
Claim Number:



**15. Kitchen Sink**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

Homeowner Name: Manisha Haywood

Location: 1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926

Claim Number:



**16. Under Kitchen Sink**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manisha Haywood |
| Location: | 1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926 |
| Claim Number: | |



**17. Hot Water Heater**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

Homeowner Name: Manisha Haywood
Location: 1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926

Claim Number:



**18.  Electrical Wires at Outlet**

PDF created with pdfFactory trial version www.pdffactory.com.au



Photo Mounting Sheet

Homeowner Name:   Manisha Haywood
Location:   1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926
Claim Number:



**19. Refrigerator, water & ice dispenser**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

Homeowner Name: Manisha Haywood

Location: 1690 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 34926

Claim Number:



**20.  Refrigerator water & ice dispenser**

PDF created with pdfFactory trial version www.pdffactory.com.au

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1411, Boynton Beach, Fl. 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey/ Brightclaim | Camera Serial: |
| Visit Date: | 11/18/2009 | Sampler Name/Company: | Photo Range: 1 Thru 13 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Moderate sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | |
|---|---|---|
| Stamp Description: | Location Stamp Found: North wall of Living Room | Photo #: |
| End Tape Found: | Color of End Tape: | |
| Comments: | Photos 9 Thru 13 | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper bend | U-Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | slight | Black | 2 |
| Electro-mechanical portion of HVAC | | | yes | slight | Black | 3 |
| Circuit Breaker | | | yes | slight on jumper bar | Black | #4 |
| Refrigerator coils | | | yes | copper lines | Black | 5 & 6 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Bath Faucet | Photo Number(s)  7 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  8 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?   No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Wendy Hobbie |
| Location: | 1690 Renaissance Commons Blvd. #1411, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #1**

**Structure Photo**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Wendy Hobbie |
| Location: | 1690 Renaissance Commons Blvd. #1411, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #2 HVAC**



## Photo Mounting Sheet

Homeowner Name:     Wendy Hobbie

Location:           1690 Renaissance Commons Blvd. #1411, Boynton Beach,
                    Fl.33426

Claim Number:



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Wendy Hobbie |
| Location: | 1690 Renaissance Commons Blvd. #1411, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #4 Electrical Panel**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Wendy Hobbie |
| Location: | 1690 Renaissance Commons Blvd. #1411, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #5 Refrigerator**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Wendy Hobbie |
| Location: | 1690 Renaissance Commons Blvd. #1411, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #6 Refrigerator**



# Photo Mounting Sheet

Homeowner Name:    Wendy Hobbie

Location:    1690 Renaissance Commons Blvd. #1411, Boynton Beach, Fl.33426

Claim Number:



**Photo #7**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Wendy Hobbie |
| Location: | 1690 Renaissance Commons Blvd. #1411, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #8**



## Photo Mounting Sheet

Homeowner Name:    Wendy Hobbie

Location:    1690 Renaissance Commons Blvd. #1411, Boynton Beach, Fl.33426

Claim Number:



Caption

**Photo #9**



# Photo Mounting Sheet

Homeowner Name:  Wendy Hobbie

Location:  1690 Renaissance Commons Blvd. #1411, Boynton Beach, Fl.33426

Claim Number:



**Photo #10**



# Photo Mounting Sheet

Homeowner Name:    Wendy Hobbie

Location:    1690 Renaissance Commons Blvd. #1411, Boynton Beach, Fl.33426

Claim Number:



**Photo #11**



## Photo Mounting Sheet

Homeowner Name: **Wendy Hobbie**

Location: 1690 Renaissance Commons Blvd. #1411, Boynton Beach, Fl.33426

Claim Number:



Caption

**Photo #12**



# Photo Mounting Sheet

Homeowner Name:     Wendy Hobbie

Location:     1690 Renaissance Commons Blvd. #1411, Boynton Beach,
Fl.33426

Claim Number:



Caption

| Photo #13 |
|---|
| Enter Caption |
| |
| Enter Caption |
| |
| |