**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 RENAISSANCE COMMONS BLVD.  UNIT # 2215  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | ROBERT MORENSTEIN | Camera Serial: | |
| Visit Date: | 11/24/2009 | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | |
| | | Sampler Name/Company: | Photo Range: | 1-30 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | SULFUR |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | BLUE DOT LETTERING | Location Stamp Found: | BEDROOM WALL | Photo #: | 23-30 |
|---|---|---|---|---|---|
| End Tape Found: | NO | | Color of End Tape: | | |
| Comments: | BLUE DOT LETTERING- IN CHINA, MISC. NUMBERS | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | REPLACED COIL |
|---|---|
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 3 thru 7 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 2 |
| Circuit Breaker | | | ☐ Check | | | 13-16 |
| Refrigerator coils | | | ☑ Check | SEVERE | BLACK | 17-22 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☑ Check | MODERATE | BLACK | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? YES | BATHROOM FAUCETS HAVE VISIBLE DISCOLORATION AND BLACK SPOTS | 8 thru 11 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | | |
| Electrical Receptacles and Switches | Discoloration/Residue? YES | BLACK DISCOLORATION OF EXPOSED COPPER WIRE | 12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:     ROBERT MORENSTEIN
Location:                     1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 1 FRONT OF HOUSE**



## Photo Mounting Sheet

Homeowner Name:     ROBERT MORENSTEIN
Location:           1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 2 HVAC- SEVERE BLACK DISCOLORATION OF  HVAC DISCONNECT PLUG**



## Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:   1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 3 HVAC- SEVERE BLACK DISCOLORATION OF  EXPOSED COPPER PIPES AND TUBING**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | ROBERT MORENSTEIN |
| Location: | 1660 RENAISSANCE COMMONS BLVD. # 2215 |
| Claim Number: | |



**Photo # 4 HVAC- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**



## Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:   1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 5 HVAC- SEVERE BLACK DISCOLORATION OF  COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:     ROBERT MORENSTEIN
Location:           1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 6 HVAC- SEVERE BLACK DISCOLORATION OF  COPPER U-BENDS**



Photo Mounting Sheet

Homeowner Name:     ROBERT MORENSTEIN
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 7 HVAC- SEVERE BLACK DISCOLORATION OF  COPPER U0BENDS**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | ROBERT MORENSTEIN |
| Location: | 1660 RENAISSANCE COMMONS BLVD. # 2215 |
| Claim Number: | |



**Photo # 8  BATHROOM- BLACK DISCOLORATION AND SPOTTING OF FAUCET**



# Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:   1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:

**Photo # 9 BATHROOM- BLACK DISCOLORATION AND SPOTTING OF FAUCET**



# Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:         1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 10 BATHROOM- BLACK DISCOLORATION AND SPOTTING OF FAUCET**



# Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:               1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 11 BATHROOM- BLACK DISCOLORATION AND SPOTTING OF FAUCET**



Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:              1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 12 RECPTACLE- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name: ROBERT MORENSTEIN
Location: 1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 13 CIRCUIT BREAKER PANEL**



# Photo Mounting Sheet

Homeowner Name:  ROBERT MORENSTEIN
Location:  1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 14 CIRCUIT BREAKER PANEL- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:   1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 15 CIRCUIT BREAKER PANEL- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:   1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



Photo # 16 **CIRCUIT BREAKER PANEL- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:               1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



Photo # 17 REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING



## Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:   1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:

Photo # 18 REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING



Photo Mounting Sheet

Homeowner Name:  ROBERT MORENSTEIN
Location:  1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 19** REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING



## Photo Mounting Sheet

Homeowner Name:  ROBERT MORENSTEIN
Location:  1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 20** REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING



## Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:              1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 21** REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING



## Photo Mounting Sheet

Homeowner Name:     ROBERT MORENSTEIN
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



**Photo # 22** REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING



# Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:   1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



2009/11/24  13:50:08

**Photo # 23 BLUE DOT LETTERING- MISC. NUMBERS**



# Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:          1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



2009/11/24  13:50:32

**Photo # 24 BLUE DOT LETTERING MISC. NUMBERS -**



# Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:             1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



2009/11/24  14:00:28

**Photo # 25 BLUE DOT LETTERING-  IN**



# Photo Mounting Sheet

Homeowner Name:    ROBERT MORENSTEIN
Location:    1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



2009/11/24  14:01:49

**Photo # 26 BLUE DOT LETTERING-  C**



## Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:   1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



2009/11/24  14:02:06

**Photo # 27 BLUE DOT LETTERING-  H**



## Photo Mounting Sheet

Homeowner Name:  ROBERT MORENSTEIN
Location:         1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



2009/11/24  14:03:14

**Photo # 28 BLUE DOT LETTERING-  I**



# Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:                1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



2009/11/24 14:03:41

**Photo # 29 BLUE DOT LETTERING-  N**



## Photo Mounting Sheet

Homeowner Name:   ROBERT MORENSTEIN
Location:   1660 RENAISSANCE COMMONS BLVD. # 2215
Claim Number:



2009/11/24  14:04:19

**Photo # 30 BLUE DOT LETTERING-  A**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 01/05/2010 | Sampler Name/Company: Irvin, Timothy and Karen | Photo Range: | 1 thru 12 |

### ODOR OBSERVATIONS

| Odor Present: | ☐ Check | Description of Odor: | No odor noted |
|---|---|---|---|

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | No per tenant |
|---|---|
| Plumbing | No per tenant |
| Light Fixtures | No per tenant |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | Yes | Heavy on jumper bar | Black | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

### OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? Yes | Describe, discoloration, color and location: corrosion on 2 bath faucets and 2 sink stoppers | Photo Number(s) 8 thru 11 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | Describe, discoloration, color and location: Heavy black on electrical wires at outlet | Photo Number(s) 12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Irvin, Timothy and Karen |
| Location: | 1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Irvin, Timothy and Karen |
| Location: | 1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



Photo Mounting Sheet

Homeowner Name:  Irvin, Timothy and Karen
Location:  1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #3 HVAC**



# Photo Mounting Sheet

Homeowner Name:  Irvin, Timothy and Karen
Location:        1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Irvin, Timothy and Karen |
| Location: | 1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



## Photo Mounting Sheet

Homeowner Name: Irvin, Timothy and Karen
Location: 1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #6 refrigerator copper lines**



Photo Mounting Sheet

| Homeowner Name: | Irvin, Timothy and Karen |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name: **Irvin, Timothy and Karen**
Location: 1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #8 bath faucet**



## Photo Mounting Sheet

Homeowner Name:   Irvin, Timothy and Karen
Location:   1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #9 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Irvin, Timothy and Karen |
| Location: | 1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 sink stopper- corroded**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Irvin, Timothy and Karen |
| Location: | 1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption Photo #11 sink stopper- corroded**



# Photo Mounting Sheet

Homeowner Name: Irvin, Timothy and Karen
Location: 1690 Renaissance Commons Blvd #1216 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #12 electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



## Photo Mounting Sheet

Homeowner Name:   TIMOTHY IRVINE
Location:          BLDG# 1690  UNIT # 1216
Claim Number:



2009/12/01 10:07:39

**Photo # 1 DRYWALL STAMP**



# Photo Mounting Sheet

Homeowner Name:  TIMOTHY IRVINE
Location:  BLDG# 1690  UNIT # 1216
Claim Number:



2009/12/01 10:17:43

**Photo # 2 DRYWALL STAMP**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd.  Unit 1327  Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  Perry & Allice Jioia | Camera Serial: |
| Visit Date: | 11/18/2009 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range:          1 thru 16 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | strong sulfur |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | 4inch x 4feet x 12feet   W | Location Stamp Found: | living room/bedroom wall | 2 thru 6 |
| End Tape Found: | yes | Color of End Tape: | white | |
| Comments: | drilled 13 holes in living room, bedroom, 2 bedroom closets and bathroom / Wall stamp found left of | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | none |
| Plumbing | none |
| Light Fixtures | none |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | Yes | Heavy | black | 7 & 8 |
| Electro-mechanical portion of HVAC | | | yes | light | black | 9 |
| Circuit Breaker | | | yes | heavy | black | #10 |
| Refrigerator coils | | | yes | heavy | black | 11 & 12 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | 14 |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | 13 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | No | | |
| Other metallic fixtures or hardware | No | | |
| Electrical Receptacles and Switches | Yes | light black | 15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | No | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Perry & Alice Jioia |
| Location: | 1690 Rennaissance Commons Blvd. unit 1327  Boynton Beach, FL 33426 |
| Claim Number: | |



**1 - Address**



**2 – drywall tape at joint**



Photo Mounting Sheet

Homeowner Name:   Perry & Alice Jioia
Location:               1690 Rennaissance Commons Blvd. unit 1327  Boynton Beach, FL
                            33426
Claim Number:



**3 – drywall marking 4 f (f is same marking for feet)**



**4 – drywall marking x 12 feet x 1/2**



## Photo Mounting Sheet

Homeowner Name:   Perry & Alice Jioia

Location:   1690 Rennaissance Commons Blvd. unit 1327  Boynton Beach, FL
33426

Claim Number:



5 –  drywall marking feet x 1/2 inch



6  - drywall marking wall (drywall – part is hidden behind studs)



# Photo Mounting Sheet

Homeowner Name: Perry & Alice Jioia

Location: 1690 Rennaissance Commons Blvd. unit 1327 Boynton Beach, FL 33426

Claim Number:



7 – HVAC coil



8 – HVAC coil



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Perry & Alice Jioia |
| Location: | 1690 Rennaissance Commons Blvd. unit 1327  Boynton Beach, FL 33426 |
| Claim Number: | |



9 – HVAC electro-mechanical portion



10 –  circuit breaker



# Photo Mounting Sheet

Homeowner Name:    Perry & Alice Jioia

Location:    1690 Rennaissance Commons Blvd. unit 1327  Boynton Beach, FL 33426

Claim Number:



11 – refrigerator coil



12 – refrigerator coil



# Photo Mounting Sheet

Homeowner Name:   Perry & Alice Jioia

Location:   1690 Rennaissance Commons Blvd. unit 1327  Boynton Beach, FL 33426

Claim Number:



13 – mirror and bath faucet



14 – water heater



## Photo Mounting Sheet

Homeowner Name:    Perry & Alice Jioia

Location:    1690 Rennaissance Commons Blvd. unit 1327  Boynton Beach, FL 33426

Claim Number:



15 – electrical outlet

16 – sample repair behind refrigerator

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd  #2521, Boynton Beach, Fl.33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company:  Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 11/19/2009 | Sampler Name/Company: | Photo Range:  1 thru 16 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | Moderate sulfur Odor |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | Blue lettering | Location Stamp Found: North wall 2nd bedroom | Photo #: |
| End Tape Found: | Yes | Color of End Tape: | blue and yellow |
| Comments: | PHOTO S 12 THRU 16 | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | Unknown owners not present |
|---|---|
| Plumbing | Unknown owners not present |
| Light Fixtures | Unknown owners not present |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | Heavy | Black | 2 &3 |
| Electro-mechanical portion of HVAC | | | yes | Moderate | Black | 4 |
| Circuit Breaker | | | yes | Heavy on jumper bar ends | Black | #5 |
| Refrigerator coils | | | yes | Heavy | Black | 6 &7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>Corroded bath faucets | Photo Number(s)<br>8 thru 10 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>Electrical wires at outlet are black | Photo Number(s)<br>11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert and Lori Jioia |
| Location: | 1660 Renaissance Commons Blvd. #2521 Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



**Photograph**

**Structure Photo**



# Photo Mounting Sheet

| Homeowner Name: | Robert and Lori Jioia |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2521 Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert and Lori Jioia |
| Location: | 1660 Renaissance Commons Blvd. #2521 Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC coil**



# Photo Mounting Sheet

| Homeowner Name: | Robert and Lori Jioia |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2521 Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect and electro-mech.**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert and Lori Jioia |
| Location: | 1660 Renaissance Commons Blvd. #2521 Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5  Electric panel Jumper bar ends are black**



# Photo Mounting Sheet

| Homeowner Name: | Robert and Lori Jioia |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2521 Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



**#6 Refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert and Lori Jioia |
| Location: | 1660 Renaissance Commons Blvd. #2521 Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



**#7 Refrigerator**



# Photo Mounting Sheet

| Homeowner Name: | Robert and Lori Jioia |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2521 Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



2009.11.19 12:05

**#8 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert and Lori Jioia |
| Location: | 1660 Renaissance Commons Blvd. #2521 Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



**#9 Bath faucet (2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert and Lori Jioia |
| Location: | 1660 Renaissance Commons Blvd. #2521 Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



2009.11.19 12:07

**Photo # 10 Bath Faucet (3)**

**E**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert and Lori Jioia |
| Location: | 1660 Renaissance Commons Blvd. #2521 Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



**Photo # 11 Electrical wires**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert and Lori Jioia |
| Location: | 1660 Renaissance Commons Blvd. #2521 Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



**Caption Photo #12 End Tape**

**Enter Caption**



# Photo Mounting Sheet

Homeowner Name: **Robert and Lori Jioia**

Location: 1660 Renaissance Commons Blvd. #2521, Boynton Beach, Fl.33426

Claim Number:

PHOTO SHEET #2

|  |
| --- |
| **Address Photograph** |
| **Structure Photo** |



**Caption**

**Photo #13 End Tape #2**



## Photo Mounting Sheet

Homeowner Name:  **Robert and Lori Jioia**

Location:   1660 Renaissance Commons Blvd. #2521, Boynton Beach,
Fl.33426

Claim Number:



Caption

**Photo #14**



## Photo Mounting Sheet

Homeowner Name:     Robert and Lori Jioia

Location:           1660 Renaissance Commons Blvd. #2521, Boynton Beach,
                    Fl.33426

Claim Number:



Caption

**Photo #15**



## Photo Mounting Sheet

Homeowner Name: __Robert and Lori Jioia__

Location: 1660 Renaissance Commons Blvd. #2521, Boynton Beach, Fl.33426

Claim Number: _____



**Caption**

**Photo #16**



# Photo Mounting Sheet

| Homeowner Name: | Robert and Lori Jioia |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2521, Boynton Beach, Fl.33426 |
| Claim Number: | |



Caption

| Photo #17 |
|---|
| Enter Caption |
| |
| Enter Caption |
| |
| Enter Caption |
| |
| Enter Caption |
| |
| Enter Caption |
| |
| Enter Caption |
| |
| Enter Caption |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd., Unit 1622,  Boynton Beach, FL 33426 | Front of House Photo #: | 2 |
| Address ID: | Photo 1 | Sampler Name/Company:  Steve Johnson | Camera Serial: | |
| Visit Date: | 10/28/2009 | Sampler Name/Company: Guy Sumlin/Brightclaim | Photo Range: | 1-11 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Heavy air feshener scent. |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | None noted by homeowner |
| **Plumbing** | None noted by homeowner |
| **Light Fixtures** | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 3 & 4 |
| Electro-mechanical portion of HVAC | | | yes | light | black | 5 |
| Circuit Breaker | | | yes | moderate | black | 6 |
| Refrigerator coils | | | yes | heavy | black | 7 & 8 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Moderate black on screws & copper ground wire at outlet | Photo Number(s)  9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | Drywall stamp inside wall taken with borescope | 11 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:     Steve Johnson
Location:                    1690 Rennaissance Commons Blvd  Unit 1622 Boyton Beach,FL
Claim Number:



**Address Photograph  - Photo 1**



**Structure Photo – Photo #2**



## Photo Mounting Sheet

Homeowner Name:   Steve Johnson
Location:   1690 Rennaissance Commons Blvd  Unit 1622 Boyton Beach,FL
Claim Number:



**HVAC copper u bend and straight tubing – Photo #3**



**HVAC Copper U bend – Photo #4**



## Photo Mounting Sheet

Homeowner Name:   Steve Johnson
Location:                  1690 Rennaissance Commons Blvd  Unit 1622 Boyton Beach,FL
Claim Number:



**Electro-mechanical portion of HVAC – Photo #5**



**Circuit Breaker – Photo #6**



# Photo Mounting Sheet

Homeowner Name:    Steve Johnson
Location:          1690 Rennaissance Commons Blvd  Unit 1622 Boyton Beach,FL
Claim Number:



**Refrigerator coils – Photo #7**



## Photo Mounting Sheet

Homeowner Name:     Steve Johnson
Location:                      1690 Rennaissance Commons Blvd  Unit 1622 Boyton Beach,FL
Claim Number:



**Refrigerator coils – Photo #8**



# Photo Mounting Sheet

Homeowner Name:   Steve Johnson
Location:   1690 Rennaissance Commons Blvd  Unit 1622 Boyton Beach,FL
Claim Number:



**Receptacle – Photo #9**



# Photo Mounting Sheet

Homeowner Name:   Steve Johnson
Location:   1690 Rennaissance Commons Blvd  Unit 1622 Boyton Beach,FL
Claim Number:



**Sample location behind refrigerator – Photo #10**



## Photo Mounting Sheet

Homeowner Name:   Steve Johnson
Location:   1690 Rennaissance Commons Blvd  Unit 1622 Boyton Beach,FL
Claim Number:



**KN marking on drywall found behind refrigerator inside wall – Photo #11**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| Address: | 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
|---|---|---|---|---|
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 01/05/2010 | Sampler Name/Company: Jolly, Charles and Barbara | Photo Range: | 1 thru 16 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | Light |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | Blue lettering | Location Stamp Found: | west wall 2nd bedroom | Photo #: | 16-Dec |
|---|---|---|---|---|---|
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | Unknown  original fixtures per tenant |
|---|---|
| Plumbing | Unknown  original fixtures per tenant |
| Light Fixtures | Unknown  original fixtures per tenant |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | Yes | | | #5 |
| Refrigerator coils | | | Yes | | | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  1 bath faucet | Photo Number(s)  8 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  corner bead ceiling of masterbath and wall of hall bath | Photo Number(s)  9 & 10 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  moderate on electrical wires at outlet | Photo Number(s)  11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | Discoloration/Residue?<br><br>No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Jolly, Charles and Barbara |
| Location: | 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Jolly, Charles and Barbara |
| Location: | 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Jolly, Charles and Barbara |
| Location: | 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Jolly, Charles and Barbara |
| Location: | 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Jolly, Charles and Barbara |
| Location: | 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



Photo Mounting Sheet

Homeowner Name: Jolly, Charles and Barbara
Location: 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #6 refrigerator copper lines**



## Photo Mounting Sheet

Homeowner Name: Jolly, Charles and Barbara
Location: 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name: Jolly, Charles and Barbara
Location: 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #8 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Jolly, Charles and Barbara |
| Location: | 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 rusted cornerbead master bath**



Photo Mounting Sheet

Homeowner Name:   Jolly, Charles and Barbara
Location:   1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #10 rusted cornerbead hall bath**



# Photo Mounting Sheet

Homeowner Name: Jolly, Charles and Barbara
Location: 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #11 electrical wires at outlet**



Photo Mounting Sheet

Homeowner Name: Jolly, Charles and Barbara
Location: 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426
Claim Number: 30325.002



**Caption**

**Photo #12 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Jolly, Charles and Barbara |
| Location: | 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #13 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:    Jolly, Charles and Barbara
Location:    1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426
Claim Number:    30325.002



**Caption**

**Photo #14 drywall stamp**



Photo Mounting Sheet

Homeowner Name: Jolly, Charles and Barbara
Location: 1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426
Claim Number: 30325.002



**Caption**

**Photo #15 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:    Jolly, Charles and Barbara
Location:    1690 Renaissance Commons Blvd #1626 Boynton Beach Fl 33426
Claim Number:    30325.002



**Caption**

**Photo #16 drywall stamp**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

| GENERAL PROPERTY INFORMATION | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/06/2009 | Sampler Name/Company: | Photo Range: | 1 thru 12 |

| ODOR OBSERVATIONS | | |
|---|---|---|
| Odor Present: ☐ Check | Description of Odor: | |

**Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product**

| Stamp Description: | | Location Stamp Found: | | Photo #: | |
|---|---|---|---|---|---|
| End Tape Found: | | | Color of End Tape: | | |
| Comments: | | | | | |

| HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

**DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY**

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 &3 |
| Electro-mechanical portion of HVAC | | | yes | heavy | black | 4 |
| Circuit Breaker | | | yes | moderate on jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | yes | under bath sink | dark | 8 |

| OTHER DISCOLORATION INSPECCTIONS | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discolovration/Residue?  Yes | Describe, discoloration, color and location:  corroded bath faucets | Photo Number(s)  9 & 10 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  rusted cornerbead | Photo Number(s)  11 |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bill Jordan |
| Location: | 1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



Photo Mounting Sheet

Homeowner Name: Bill Jordan
Location: 1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name:   Bill Jordan
Location:   1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bill Jordan |
| Location: | 1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

Homeowner Name:    Bill Jordan
Location:    1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #5 circuit breaker**



# Photo Mounting Sheet

Homeowner Name:  Bill Jordan
Location:  1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #6 refrigerator**



# Photo Mounting Sheet

Homeowner Name:     Bill Jordan
Location:     1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #7 refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bill Jordan |
| Location: | 1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**#8 discolored sink drain line**



## Photo Mounting Sheet

Homeowner Name:    Bill Jordan
Location:    1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #9 corroded bath faucet**



# Photo Mounting Sheet

Homeowner Name:    Bill Jordan
Location:          1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #10 corroded bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bill Jordan |
| Location: | 1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 rusted cornerbead**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bill Jordan |
| Location: | 1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #12 electrical wire at outlet**

Enter Caption

Enter Caption

Enter Caption

Enter Caption



## Photo Mounting Sheet

Homeowner Name: Bill Jordan
Location: 1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number: 30325.002



Photo

**Photo #1 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:     Bill Jordan
Location:           1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo #2 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Bill Jordan
Location:   1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number:   30325.002



**Caption**

**Photo #3 drywall stamp**



# Photo Mounting Sheet

| Homeowner Name: | Bill Jordan |
| Location: | 1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #4 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:   Bill Jordan
Location:   1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number:   30325.002



**Caption**

**Photo #5 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Bill Jordan
Location:   1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number:   30325.002



**Caption**

**Photo #6 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:    Bill Jordan
Location:    1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426
Claim Number:    30325.002



Caption

**Photo #7 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Bill Jordan |
| Location: | 1690 Renaissance Commons Blvd #1317 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #8 drywall stamp**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 1/5/2010 | Sampler Name/Company: Julia, Martha and Carlos, Juan | Photo Range: | 1 thru 15 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: ☐ Check | Description of Odor: | No odor noted | |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | No stamp found | Location Stamp Found: | | Photo #: |
| End Tape Found: | | Color of End Tape: | | |
| Comments: | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Moderate | Black | 4 |
| Circuit Breaker | | | Yes | Heavy on jumper bar | Black | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>3 bath faucets and 2 sink stoppers corroded | Photo Number(s)<br><br>8 thru 12 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>small vanity mirror and talcum powder bottle and cornerbead rusted | Photo Number(s)<br><br>13 & 14 |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>Heavy black on electrical wires at outlet | Photo Number(s)<br><br>15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Juan Carlos and Martha Julia |
| Location: | 1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

| Homeowner Name: | Juan Carlos and Martha Julia |
| Location: | 1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Juan Carlos and Martha Julia |
| Location: | 1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Juan Carlos and Martha Julia |
| Location: | 1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

Homeowner Name:   Juan Carlos and Martha Julia
Location:   1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #5 circuit breaker**



## Photo Mounting Sheet

Homeowner Name:   Juan Carlos and Martha Julia
Location:              1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #6 refrigerator copper lines**



Photo Mounting Sheet

| Homeowner Name: | Juan Carlos and Martha Julia |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Juan Carlos and Martha Julia |
| Location: | 1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 bath faucet #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Juan Carlos and Martha Julia |
| Location: | 1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 bath faucet #2**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Juan Carlos and Martha Julia |
| Location: | 1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 bath faucet #3**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Juan Carlos and Martha Julia |
| Location: | 1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 sink stopper**



# Photo Mounting Sheet

Homeowner Name:   Juan Carlos and Martha Julia
Location:          1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #12 sink stopper**



# Photo Mounting Sheet

Homeowner Name:    Juan Carlos and Martha Julia
Location:    1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #13 mirror base and talcum can**



# Photo Mounting Sheet

Homeowner Name:   Juan Carlos and Martha Julia
Location:                 1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426
Claim Number:        30325.002



**Photo #14 rusted cornerbead master bathroom**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Juan Carlos and Martha Julia |
| Location: | 1690 Renaissance Commons Blvd #1521 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #15 wires at electrical outlet**

**Enter Caption**