**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1315 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Camera Serial: | |
| Visit Date: | 01/05/2010 | Sampler Name/Company: Patrick Toohey / Brightclaim | |
| | | Sampler Name/Company: Kallfelz, Marita | Photo Range: 1 thru 9 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | light |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | |
|---|---|---|
| Stamp Description: | Location Stamp Found: | Photo #: |
| End Tape Found: | Color of End Tape: | |
| Comments: | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Unknown |
| Plumbing | Unknown |
| Light Fixtures | Unknown |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 4 |
| Circuit Breaker | | | Yes | moderate on jumper and wires | Black | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  only 1 bathroom accessed due to sick resident | Photo Number(s)  8 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  heavy on electrical wires at outlet | Photo Number(s)  9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name:    Kallfelz, Marita
Location:    1690 Renaissance Commons Blvd #1315 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kallfelz, Marita |
| Location: | 1690 Renaissance Commons Blvd #1315 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kallfelz, Marita |
| Location: | 1690 Renaissance Commons Blvd #1315 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kallfelz, Marita |
| Location: | 1690 Renaissance Commons Blvd #1315 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

Homeowner Name:   Kallfelz, Marita
Location:   1690 Renaissance Commons Blvd #1315 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #5 circuit breaker**



# Photo Mounting Sheet

Homeowner Name:     Kallfelz, Marita
Location:                     1690 Renaissance Commons Blvd #1315 Boynton Beach Fl 33426
Claim Number:           30325.002



**Photo #6 refrigerator copper lines**



## Photo Mounting Sheet

Homeowner Name:   Kallfelz, Marita
Location:   1690 Renaissance Commons Blvd #1315 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #7 refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kallfelz, Marita |
| Location: | 1690 Renaissance Commons Blvd #1315 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 bath faucet - light corrosion**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kallfelz, Marita |
| Location: | 1690 Renaissance Commons Blvd #1315 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 electrical wire at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 | | Front of House Photo #:  1 |
| Address ID: | | Sampler Name/Company:  Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 1/12/2011 | Sampler Name/Company:  Kallfelz, Marita | Photo Range:  1 thru 22 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Mild |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: | East wall of master bedroom at closet    Photo #: 17 to 22 |
| End Tape Found: | No | Color of End Tape: | |
| Comments: | Sample harvested from east wall of master bedroom at closet | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 3 |
| Circuit Breaker | | | Yes | Jumper bar and wires | Black | 4 & 5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) <br><br> No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? <br><br> Yes | Describe, discoloration, color and location: <br><br> Hall bath vanity faucet and shower drain, master bath vanity faucet, showerhead and sink stopper | Photo Number(s) <br><br> 10 to 14 |
| Other metallic fixtures or hardware | Discoloration/Residue? <br><br> Yes | Describe, discoloration, color and location: <br><br> Drywaal bead in hall and master bath | Photo Number(s) <br><br> 8,9 |
| Electrical Receptacles and Switches | Discoloration/Residue? <br><br> Yes | Describe, discoloration, color and location: <br><br> Hall switch at kitchen | Photo Number(s) <br><br> 15, 16 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Caption Photo #3 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #4 Circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #8 Drywall bead in hall bath-corroded**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #9 Drywall bead in master bath-corroded**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #10 Hall bath vanity faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #11 Hall bath shower drain**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #12 Master bath vanity faucet**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #13 Master bath sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #14 Master bath showerhead**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #15 Electrical wires at hall switch**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #16 Electrical wires at hall switch**



# Photo Mounting Sheet

Homeowner Name:    Marita Kallfelz

Location:    1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426

Claim Number:    30325.002



**Photo #17 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #18 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #19 Drywall stamp in wall**



# Photo Mounting Sheet

Homeowner Name:    Marita Kallfelz

Location:    1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426

Claim Number:    30325.002



**Photo #20 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #21 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marita Kallfelz |
| Location: | 1690 Renaissance Commons Blvd. #1315, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #22 Drywall stamp in wall**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd  #1307 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 11/19/2009 | Sampler Name/Company: | Photo Range: | 1 thru 9 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Heavy sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | No stamp was found | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 &3 |
| Electro-mechanical portion of HVAC | | | yes | disconnect | black | 4 |
| Circuit Breaker | | | yes | moderate on jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location: Washer vavle box  copper correde per owner | Photo Number(s) 8 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location: light dark color | Photo Number(s) 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

Ms. Kaufman called her attorney "Gary" and told him that
after 11 holes in 3 walls her home looked like swiss cheese
and kept insisting that she knew the stamp was in wall
along with the Breaker Panel and I should drill there
I declined and left. It wiil take furniture movers to clear
the available walls  for exploration .

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leslie Kaufman |
| Location: | 1690 Renaissance Commons Blvd. #1307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1**

**Structure Photo**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leslie Kaufman |
| Location: | 1690 Renaissance Commons Blvd. #1307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leslie Kaufman |
| Location: | 1690 Renaissance Commons Blvd. #1307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC coils**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leslie Kaufman |
| Location: | 1690 Renaissance Commons Blvd. #1307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect & elect.**



Photo Mounting Sheet

Homeowner Name: Leslie Kaufman
Location: 1690 Renaissance Commons Blvd. #1307, Boynton Beach, Fl.33426
Claim Number: 30325.002



**CaptionPhoto #5 Electrical panel**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leslie Kaufman |
| Location: | 1690 Renaissance Commons Blvd. #1307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



2009.11.19 16:20

**Photo #6 Refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leslie Kaufman |
| Location: | 1690 Renaissance Commons Blvd. #1307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



2009.11.19 16:21

**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leslie Kaufman |
| Location: | 1690 Renaissance Commons Blvd. #1307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #8 Washing machine box**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leslie Kaufman |
| Location: | 1690 Renaissance Commons Blvd. #1307, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #9 Electrical wires**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl.32426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 1/14/2011 | Sampler Name/Company: Kaufman, Leslie | Photo Range: | 1 thru 22 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | No |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: | South wall of A/C closet | Photo #: | 16 to 22 |
| End Tape Found: | No | | Color of End Tape: | |
| Comments: | Sample harvested from South wall of A/C closet | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | HVAC- No   Smoke detectors replaced twice |
| Plumbing | No |
| Light Fixtures | Refrigerator computer boards replaced 4 times, microwave repaired 11/10 |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 3 |
| Circuit Breaker | | | Yes | Jumper bar, bare wires | Black | 4 & 5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>Yes | Describe, discoloration, color and location:<br><br>Entertainment mirror has corrosion | Photo Number(s)<br><br>8 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>Master bath vanity sink stopper | Photo Number(s)<br><br>9 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>Clown needlepoint has an odor, sprinkler heads discolored | Photo Number(s)<br><br>10 to 14 |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>Kitchen switch electrical ground wire corroded | Photo Number(s)<br><br>15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #4 Circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #8 Entertainment center mirror**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #9 Master bath vanity sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #10 Needlepoint that has an odor according to homeowner**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #11  Discolored sprinkler head**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #12 Discolored sprinkler head**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #13 Discolored sprinkler head**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #14 Discolored sprinkler head**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #15 Kitchen switch electrical wire**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #16 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #17 Drywall stamp in wall**



# Photo Mounting Sheet

Homeowner Name:   Kaufman, Leslie

Location:   1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426

Claim Number:   30325.002



**Photo #18 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #19 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #20 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #21 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kaufman, Leslie |
| Location: | 1690 Renaissance Commons Blvd. #1307 Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #22 Drywall stamp in wall**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd.  Unit 1310  Boynton Beach, FL  33426 | | Front of House Photo #: | |
| Address ID: | 1 | Sampler Name/Company:  Llana & Alan Kellner | Camera Serial: | |
| Visit Date: | 11/21/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range: | 1 thru 15 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | strong sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | 4feetx12feetx1/2inch | Location Stamp Found: | second bedroom wall looking from living r | Photo #: | 2 thru 6 |
| End Tape Found: | Yes | | Color of End Tape: | white | |
| Comments: | also found 2 sets of numbers in wall behind refrigerator.   Writing in black approx 8 inches from top of | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 7 & 8 |
| Electro-mechanical portion of HVAC | | | yes | heavy | black | 9 |
| Circuit Breaker | | | yes | heavy | black | #10 |
| Refrigerator coils | | | yes | heavy | black | 11 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | 12 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  master bath vanity faucet -pitting | Photo Number(s)  13 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  master bath corner bead - rust | Photo Number(s)  14 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  dining room outlet under kitchen bar - rust | Photo Number(s)  15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name: Llana & Alan Kellner

Location: 1690 Rennaissance Commons Blvd.  Unit 1310  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall end tape appears to be white**



# Photo Mounting Sheet

Homeowner Name: Llana & Alan Kellner
Location: 1690 Rennaissance Commons Blvd. Unit 1310 Boynton Beach, FL 33426
Claim Number:



**3 – drywall marking 4 feet (approx 8 inches from top of board) found in living room wall**



**4 drywall marking x 12 feet**



## Photo Mounting Sheet

Homeowner Name:   Llana & Alan Kellner
Location:             1690 Rennaissance Commons Blvd.  Unit 1310  Boynton Beach,
                      FL  33426
Claim Number:



5 – drywall marking  053999 – found behind refrigerator

6 – drywall marking 05:34 – found behind refrigerator



## Photo Mounting Sheet

Homeowner Name: Llana & Alan Kellner
Location: 1690 Rennaissance Commons Blvd.  Unit 1310  Boynton Beach, FL  33426
Claim Number:



7 –HVAC coil



8 – HVAC coil



## Photo Mounting Sheet

Homeowner Name:   Llana & Alan Kellner
Location:   1690 Rennaissance Commons Blvd.  Unit 1310  Boynton Beach, FL  33426
Claim Number:



9 – HVAC electromechanical



10 – circuit breaker



## Photo Mounting Sheet

Homeowner Name:   Llana & Alan Kellner
Location:               1690 Rennaissance Commons Blvd.  Unit 1310  Boynton Beach,
                            FL  33426
Claim Number:



11 – refrigerator coil



12 – water heater



# Photo Mounting Sheet

Homeowner Name:   Llana & Alan Kellner
Location:   1690 Rennaissance Commons Blvd.  Unit 1310  Boynton Beach, FL  33426
Claim Number:



13 –master bath vanity - pitting



14 – master bath corner bead - rust



# Photo Mounting Sheet

Homeowner Name: Llana & Alan Kellner
Location: 1690 Rennaissance Commons Blvd.  Unit 1310  Boynton Beach, FL  33426
Claim Number:



11/21/2009

15 – electrical outlet in dining room under kitchen bar

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd.  Unit 1519  Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  John & Susanna Kolich | Camera Serial: |
| Visit Date: | 11/19/09 | Sampler Name/Company:  Guy Sumlin/Brightclaim, Inc. | Photo Range:     1 thru 16 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate odor |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | Drywall  06.4.16   096116 | Location Stamp Found: | master bedroom wall at living room | Photo #: | 2 thru 5 |
| End Tape Found: | Yes | | Color of End Tape: | white |
| Comments: | found black writing on middle sheet in wall   drilled 9 holes to find the stamp | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | | yes | heavy | black | 6 & 7 |
| Electro-mechanical portion of HVAC | | | no | | | 8 |
| Circuit Breaker | | | yes | heavy | black | #9 |
| Refrigerator coils | | | yes | heavy | black | 10 & 11 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | np | | | 16 |

### OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  master vanity and kitchen faucet - pitting | Photo Number(s)  12 & 13 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Master bath and hall bath corner bead at fur down - rust | Photo Number(s)  14 & 15 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  moderate black on outlet in hall outside second bedroom | Photo Number(s)  16 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?<br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:     John and Susanna Kolich

Location:                      1690 Rennaissance Commons Blvd.  Unit 1519  Boynton Beach,
                                      FL  33426

Claim Number:



**1 - Address**



**2 – drywall end tape**



Photo Mounting Sheet

Homeowner Name:   John and Susanna Kolich
Location:              1690 Rennaissance Commons Blvd.  Unit 1519  Boynton Beach,
                       FL  33426
Claim Number:



**3 – drywall marking – 06.04.16  05:04    096116**

**4 – drywall marking**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Susanna Kolich |
| Location: | 1690 Rennaissance Commons Blvd.  Unit 1519  Boynton Beach, FL  33426 |
| Claim Number: | |



5 – drywall marking close up



6 – HVAC - coil



## Photo Mounting Sheet

Homeowner Name:   John and Susanna Kolich

Location:            1690 Rennaissance Commons Blvd.  Unit 1519  Boynton Beach,
                     FL  33426

Claim Number:



7 – HVAC coil



8 – HVAC electromechanical



# Photo Mounting Sheet

Homeowner Name:     John and Susanna Kolich

Location:     1690 Rennaissance Commons Blvd.  Unit 1519  Boynton Beach, FL  33426

Claim Number:



9 – circuit panel



10 – refrigerator coil



## Photo Mounting Sheet

Homeowner Name:    John and Susanna Kolich
Location:    1690 Rennaissance Commons Blvd.  Unit 1519  Boynton Beach, FL  33426
Claim Number:



11 – refrigerator coil



12 – kitchen faucet



## Photo Mounting Sheet

Homeowner Name:   John and Susanna Kolich
Location:   1690 Rennaissance Commons Blvd.  Unit 1519  Boynton Beach, FL  33426
Claim Number:



13 – master bath light fixture



14 – master bath corner bead



# Photo Mounting Sheet

Homeowner Name: John and Susanna Kolich

Location: 1690 Rennaissance Commons Blvd.  Unit 1519  Boynton Beach, FL  33426

Claim Number:



15 – hall bath corner bead

16 – electrical outlet

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd.  Unit 1614  Boynton Beach, FL  33426 | | Front of House Photo #: | |
| Address ID: | 1 | Sampler Name/Company:  John & Susanna Kolich | Camera Serial: | |
| Visit Date: | 11/19/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range: | 1 thru 16 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | KNAUF | Location Stamp Found: | second bedroom wall from living room at  Photo #: | 2 thru 7 |
| End Tape Found: | no | Color of End Tape: | | |
| Comments: | Visual of KNAUF Natural plasterboard | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 8 & 9 |
| Electro-mechanical portion of HVAC | | | no | | | 10 |
| Circuit Breaker | | | yes | heavy | black | #11 |
| Refrigerator coils | | | yes | heavy | black | 12& 13 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | No | | 14 |
| Other metallic fixtures or hardware | Yes | master bath - corner bead at fur down - rust | 15 |
| Electrical Receptacles and Switches | Yes | moderate black at kitchen light switch | 16 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:   John and Susanna Kolich

Location:   1690 Rennaissance Commons Blvd.  Unit 1614  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall marking – KNA (in KNAUF)**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Susanna Kolich |
| Location: | 1690 Rennaissance Commons Blvd.  Unit 1614  Boynton Beach, FL  33426 |
| Claim Number: | |



**3 – drywall marking AUF (in KNAUF)**



Photo Mounting Sheet

Homeowner Name:   John and Susanna Kolich
Location:               1690 Rennaissance Commons Blvd.  Unit 1614  Boynton Beach,
                           FL  33426
Claim Number:



**4 – drywall marking – Plaster (in Plasterboard)**



Photo Mounting Sheet

Homeowner Name:  John and Susanna Kolich
Location:  1690 Rennaissance Commons Blvd.  Unit 1614  Boynton Beach, FL  33426
Claim Number:



5 – drywall marking

6 – drywall marking



## Photo Mounting Sheet

Homeowner Name: **John and Susanna Kolich**

Location: 1690 Rennaissance Commons Blvd.  Unit 1614  Boynton Beach, FL  33426

Claim Number:



7 –drywall marking



8 – HVAC coil



## Photo Mounting Sheet

Homeowner Name: John and Susanna Kolich
Location: 1690 Rennaissance Commons Blvd.  Unit 1614  Boynton Beach, FL  33426
Claim Number:



9 – HVAC coil



10 – HVAC electromechanical



## Photo Mounting Sheet

Homeowner Name: John and Susanna Kolich
Location: 1690 Rennaissance Commons Blvd.  Unit 1614  Boynton Beach, FL  33426
Claim Number:



11 – circuit breaker



12 – refrigerator coil



### Photo Mounting Sheet

Homeowner Name:   John and Susanna Kolich
Location:   1690 Rennaissance Commons Blvd.  Unit 1614  Boynton Beach,
FL  33426
Claim Number:



13 – refrigerator coil



14 – bath vanity and mirror



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Susanna Kolich |
| Location: | 1690 Rennaissance Commons Blvd.  Unit 1614  Boynton Beach, FL  33426 |
| Claim Number: | |



15 – fur down corner bead at drywall in bath

16 – kitchen light switch Electrical outlet