**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2527 | | Front of House Photo #: |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 11/20/2009 | Sampler Name/Company: | Photo Range:   1 thru 15 |

## ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: ☐ Check | Description of Odor: | No odor noted |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | Black numbering | Location Stamp Found: | East wall Living Room | Photo #:  15-Nov |
| End Tape Found: | No | Color of End Tape: | | |
| Comments: | Ownrer particular about hol drilling location | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Light | Black | 2 &3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | No | | | #5 |
| Refrigerator coils | | | Yes | Light | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? No | | 8 & 9 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | | |
| Electrical Receptacles and Switches | Discoloration/Residue? No | | 10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Martha Kovens |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1**

**Structure Photo**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Martha Kovens |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Martha Kovens |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Martha Kovens |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



2009.11.20 08:57

**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Martha Kovens |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Martha Kovens |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Martha Kovens |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Martha Kovens |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



2009.11.20 08:59

**Photo #8 Bath Faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Martha Kovens |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



2009.11.20 09:01

**Photo #9 Bath Faucet #2**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Martha Kovens |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #10 electrical outlet wires**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Arthur and Martha Kovens** |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #11 Drywall stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Martha Kovens |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #12 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name: **Arthur and Martha Kovens**

Location: 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426

Claim Number: 30325.002



Caption

**Photo #13 Drywall stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Arthur and Martha Kovens |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo # 14 Drywall stamp**



# Photo Mounting Sheet

| Homeowner Name: | Arthur and Martha Kovens |
| --- | --- |
| Location: | 1660 Renaissance Commons Blvd. #2527, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #15 Drywall stamp**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| Address: | 1660 Renaissance Commons Blvd #2310, Boynton Beach, Fl. 33426 | | Front of House Photo #: | 1 |
|---|---|---|---|---|
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | 1 thru 15 |
| Visit Date: | 11/20/2009 | Sampler Name/Company: | Photo Range: | |

## ODOR OBSERVATIONS

| Odor Present: | ☐ Check | Description of Odor: | No odor noted |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | | Location Stamp Found: | North wall Living room | Photo #: | 15-Nov |
|---|---|---|---|---|---|
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | No |
|---|---|
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | moderate | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | No | | | #5 |
| Refrigerator coils | | | Yes | Moderate | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 8 & 9 |
| Other metallic fixtures or hardware | Discoloration/Residue? Yes | Describe, discoloration, color and location: Vanity Knobs light corrosion | Photo Number(s) 10 |
| Electrical Receptacles and Switches | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ronald and Anita Kramer |
| Location: | 1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ronald and Anita Kramer |
| Location: | 1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ronald and Anita Kramer |
| Location: | 1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ronald and Anita Kramer |
| Location: | 1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ronald and Anita Kramer |
| Location: | 1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #5 Circuit Breaker**



Photo Mounting Sheet

Homeowner Name: Ronald and Anita Kramer
Location: 1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426
Claim Number:



**Photo # 6 Refrigerator**



### Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ronald and Anita Kramer |
| Location: | 1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #7 Refrigerator**



## Photo Mounting Sheet

Homeowner Name: Ronald and Anita Kramer

Location: 1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426

Claim Number:



**Photo #8 Bath Faucet**



## Photo Mounting Sheet

Homeowner Name:   Ronald and Anita Kramer

Location:   1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426

Claim Number:



**Photo #9 Bath Faucet (2)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ronald and Anita Kramer |
| Location: | 1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426 |
| Claim Number: | |



**CaptionPhoto #10 Bath vanity knobs**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ronald and Anita Kramer |
| Location: | 1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426 |
| Claim Number: | |



**CaptionPhoto #11 Electrical outlet wires**



## Photo Mounting Sheet

Homeowner Name:  **Ronald and Anita Kramer**

Location:  1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426

Claim Number:



Caption

**Photo #11 Drywall stamp**



## Photo Mounting Sheet

Homeowner Name:   **Ronald and Anita Kramer**

Location:   1660 Renaissance Commons Blvd. #2310, Boynton Beach,
Fl.33426

Claim Number:



**Caption**

**Photo #12 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name: **Ronald and Anita Kramer**

Location: 1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426

Claim Number:



Caption

**Photo #13 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name:  **Ronald and Anita Kramer**

Location:  1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426

Claim Number:



**Caption**

**Photo #14 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name: **Ronald and Anita Kramer**

Location: 1660 Renaissance Commons Blvd. #2310, Boynton Beach, Fl.33426

Claim Number:



**Caption**

**Photo #15 Drywall stamp**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1109, Boynton Beach, Fl. 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 1/26/2010 | Sampler Name/Company: Krause, Naomi  Krause, Howard | Photo Range: 1 thru 15 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Moderate |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: | Souith wall Bedroom waiik-in closet  Photo #: 13 to 15 |
| End Tape Found: | No | Color of End Tape: | |
| Comments: | This inspector was allowed to investigate in one closet only | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Coils replaced 7/2010 |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 3 |
| Circuit Breaker | | | Yes | Heavy on jumper bar | Black | #4 |
| Refrigerator coils | | | Yes | Heavy | Black | 5 & 6 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | 2 vanity faucets and 2 sink stoppers | 7 to 10 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Hall switch corroded | 11 & 12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #3 HVAC disconnect**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #4 Circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #5 Refrigerator copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #6 Refrigerator copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #7 Vanity faucet (1)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #8 Vanity faucet (2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #9 sink stopper (1)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #10 sink stopper (2)**



# Photo Mounting Sheet

| Homeowner Name: | Naomi Krause |
| --- | --- |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #11 Electrical switch- corroded wire**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #12 Electrical switch- corroded terminals**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #13 Drywall stamp in wall**



# Photo Mounting Sheet

Homeowner Name:  Naomi Krause
Location:  1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426
Claim Number:  **30325.002**



**Photo #14 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Naomi Krause |
| Location: | 1690 Renaissance Commons Blvd, #1109, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #15 Drywall stamp in wall**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd.  Unit 1109  Boynton Beach, FL  33426 | | Front of House Photo #: | |
| Address ID: | 1 | Sampler Name/Company:  Howard Krause | Camera Serial: | |
| Visit Date: | 11/20/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range: | 1 thru 14 |

### ODOR OBSERVATIONS

| Odor Present: | ✓ Check | Description of Odor: | moderate sulfur |
|---|---|---|---|

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | NONE | Location Stamp Found: | Photo #: 2 |
| End Tape Found: | Yes | Color of End Tape: | white |
| Comments: | Drilled and inspected 6 holes in living room wall and 2 in bedroom closet and found no markings. | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | Hole in coil 3 to 4 month ago per Howard Krause |
|---|---|
| Plumbing | no |
| Light Fixtures | no |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper bend | U- Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 3 & 4 |
| Electro-mechanical portion of HVAC | | | yes | moderate | black | 5 |
| Circuit Breaker | | | yes | heavy | black | #6 |
| Refrigerator coils | | | yes | moderate | black | 7 thru 9 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  two vanity faucets - pitting | Photo Number(s)  10 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  bathroom corner bead at fir down - rust | Photo Number(s)  11 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  heavy black at living room outlet under kitchen bar | Photo Number(s)  12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Howard Krause |
| Location: | 1690 Rennaissane Commons Blvd. Unit 1109  Boynton Beach, FL 33426 |
| Claim Number: | |



**1 - Address**



**2 –drywall – end tape is white**



## Photo Mounting Sheet

Homeowner Name:   Howard Krause
Location:         1690 Rennaissane Commons Blvd. Unit 1109  Boynton Beach, FL
                  33426
Claim Number:



**3 –HVAC coil**



**4- HVAC coil**



# Photo Mounting Sheet

Homeowner Name: Howard Krause

Location: 1690 Rennaissane Commons Blvd. Unit 1109  Boynton Beach, FL 33426

Claim Number:



5 – HVAC electromechanical



6 – circuit breaker



## Photo Mounting Sheet

Homeowner Name:   Howard Krause

Location:   1690 Rennaissane Commons Blvd. Unit 1109  Boynton Beach, FL 33426

Claim Number:



7 –refrigerator coil



# Photo Mounting Sheet

Homeowner Name:   Howard Krause
Location:   1690 Rennaissane Commons Blvd. Unit 1109  Boynton Beach, FL 33426
Claim Number:



8 – refrigerator coil



9 – refrigerator coil



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Howard Krause |
| Location: | 1690 Rennaissane Commons Blvd. Unit 1109  Boynton Beach, FL 33426 |
| Claim Number: | |



10 – bath vanity faucets



11 – bathroom fur down – corner bead



## Photo Mounting Sheet

Homeowner Name:   Howard Krause
Location:                    1690 Rennaissane Commons Blvd. Unit 1109  Boynton Beach, FL
                                    33426
Claim Number:



12 – outlet living room under kitchen bar



13 – sample area and repair



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Howard Krause |
| Location: | 1690 Rennaissane Commons Blvd. Unit 1109  Boynton Beach, FL 33426 |
| Claim Number: | |



11/20/2009

14 – living room wall – 6 holes for boroscope along wall.  Howard Krause told me to stop drilling along this wall

Other Photographs

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 RENAISSANCE COMMONS BLVD.  UNIT # 2107  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | KROLL, BRIAN & NAIDA | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/24/2009 | Sampler Name/Company: | Photo Range:  1-26 |

## ODOR OBSERVATIONS

| Odor Present: | ☐ Check | Description of Odor: | SULFUR |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | BLUE DOT LETTERING | Location Stamp Found: | BEDROOM WALL | Photo #: | 21-26 |
|---|---|---|---|---|---|
| End Tape Found: | NO | | Color of End Tape: | | |
| Comments: | BLUE DOT LETTERING- KNAUF | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | HVAC COILS REPLACED AND REPAIRED |
|---|---|
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 3 thru 6 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 2 |
| Circuit Breaker | | | ☑ Check | SEVERE | BLACK | 7,8,9 |
| Refrigerator coils | | | ☑ Check | MODERATE | BLACK | 16-20 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☑ Check | MODERATE | BLACK | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  YES | BLACK DISCOLORATION AND SPOTTING TO BATHROOM FAUCETS, TOWEL BAR, SILVER SOAP DISH, MIRROR | 10 thru 15 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | | |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



Photo Mounting Sheet

Homeowner Name:  KROLL, BRIAN& NAIDA
Location:  1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 1 FRONT OF HOUSE**



# Photo Mounting Sheet

Homeowner Name:   KROLL, BRIAN& NAIDA
Location:   1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 2 HVAC- SEVERE BLACK DISCOLORATION OF HVAC DISCONNECT PUG**



Photo Mounting Sheet

Homeowner Name:   KROLL, BRIAN& NAIDA
Location:   1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 3 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:    KROLL, BRIAN& NAIDA
Location:    1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 4 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     KROLL, BRIAN& NAIDA
Location:                        1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 5 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER U-BENDS**



## Photo Mounting Sheet

Homeowner Name:   KROLL, BRIAN& NAIDA
Location:          1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 6 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER U-BENDS**



Photo Mounting Sheet

Homeowner Name: KROLL, BRIAN& NAIDA
Location: 1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 7 CIRCUIT BREAKER PANEL**



## Photo Mounting Sheet

Homeowner Name:   KROLL, BRIAN& NAIDA
Location:   1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 8 CIRCUIT BREAKER PANEL- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

Homeowner Name:   KROLL, BRIAN& NAIDA
Location:              1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 9 CIRCUIT BREAKER PANEL- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

Homeowner Name:    KROLL, BRIAN& NAIDA
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 10 BATHROOM- BLACK DISCOLORATION AND SPOTTING -FAUCET**



## Photo Mounting Sheet

Homeowner Name:    KROLL, BRIAN& NAIDA
Location:          1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 11 BATHROOM- BLACK DISCOLORATION AND SPOTTING -FAUCET**



# Photo Mounting Sheet

Homeowner Name:     KROLL, BRIAN& NAIDA
Location:     1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 12 BATHROOM- BLACK DISCOLORATION AND SPOTTING- TOILET PAPER HOLDER**



# Photo Mounting Sheet

Homeowner Name: KROLL, BRIAN& NAIDA
Location: 1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 13 BATHROOM- BLACK DISCOLORATION AND SPOTTING-TOWEL BAR**



## Photo Mounting Sheet

Homeowner Name:   KROLL, BRIAN& NAIDA
Location:   1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 14 BATHROOM- BLACK DISCOLORATION AND SPOTTING-SILVER SOAP DISH**



# Photo Mounting Sheet

Homeowner Name:     KROLL, BRIAN& NAIDA
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 15 BATHROOM- BLACK DISCOLORATION AND SPOTTING-MIRROR STAND**



## Photo Mounting Sheet

Homeowner Name: **KROLL, BRIAN& NAIDA**
Location: 1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



Photo # 16 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING



# Photo Mounting Sheet

Homeowner Name:   KROLL, BRIAN& NAIDA
Location:                   1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



Photo # 17 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING



# Photo Mounting Sheet

Homeowner Name:  KROLL, BRIAN& NAIDA
Location:  1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



Photo # 18 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING



Photo Mounting Sheet

Homeowner Name:   KROLL, BRIAN& NAIDA
Location:   1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 19** REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING



# Photo Mounting Sheet

Homeowner Name: KROLL, BRIAN& NAIDA
Location: 1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 20** REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING



## Photo Mounting Sheet

Homeowner Name: **KROLL, BRIAN& NAIDA**
Location: 1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



2009/11/24 10:03:29

**Photo # 21 BLUE DOT LETTERING-  K**



# Photo Mounting Sheet

Homeowner Name: **KROLL, BRIAN& NAIDA**
Location: 1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



2009/11/24  10:03:53

**Photo # 22 BLUE DOT LETTERING-  N**



## Photo Mounting Sheet

Homeowner Name:  **KROLL, BRIAN& NAIDA**
Location:  1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



2009/11/24 10:04:07

**Photo # 23 BLUE DOT LETTERING-  A**



# Photo Mounting Sheet

Homeowner Name:   **KROLL, BRIAN& NAIDA**
Location:   1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



**Photo # 24 BLUE DOT LETTERING-  A**



# Photo Mounting Sheet

Homeowner Name:      **KROLL, BRIAN& NAIDA**
Location:                       1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



2009/11/24  10:06:40

**Photo # 25 BLUE DOT LETTERING-  U**

 **Photo Mounting Sheet**

Homeowner Name:　KROLL, BRIAN& NAIDA
Location:　1660 RENAISSANCE COMMONS BLVD. # 2107
Claim Number:



2009/11/24  10:08:30

**Photo # 26 BLUE DOT LETTERING-  F**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd.  Unit 1205  Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  Leneva Kropf | Camera Serial: |
| Visit Date: | 11/30/09 | Sampler Name/Company:  Guy Sumlin/Brightclaim, Inc. | Photo Range:  1 thru 19 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Moderate sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | 1/2inch  DRYWALL w/ 2 s | Location Stamp Found: | second bedoom wall looking from living rc  Photo #: 2 thru 7 |
| End Tape Found: | yes | Color of End Tape: | white |
| Comments: | small black markings appox 8 inches from edge of board .  Could not located 4feetx12x but did find | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None |
| Plumbing | none |
| Light Fixtures | none |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 8 & 9 |
| Electro-mechanical portion of HVAC | | | yes | moderate | black | 10 |
| Circuit Breaker | | | yes | moderate | black | #11 |
| Refrigerator coils | | | yes | heavy | black | 12 thru 14 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | yes | water heater - moderate on top co | black | 15 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s)  16 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  hall bath faucet | Photo Number(s)  17 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  bedroom #2 closet light switch - moderate black on screws | Photo Number(s)  18 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name:  Leneva Kropf

Location:  1690 Rennaissance Commons Blvd.  Unit 1205  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall marking**



## Photo Mounting Sheet

Homeowner Name:  Leneva Kropf

Location:  1690 Rennaissance Commons Blvd.  Unit 1205  Boynton Beach, FL  33426

Claim Number:



**3 – drywall marking located to right of prior photo numbers**



**4 – drywall marking - DRYWALL**



# Photo Mounting Sheet

Homeowner Name:  Leneva Kropf

Location:  1690 Rennaissance Commons Blvd.  Unit 1205  Boynton Beach, FL  33426

Claim Number:



5 – drywall marking – DRYWALL on another sheet



6 drywall marking – 1/2inch



# Photo Mounting Sheet

Homeowner Name:   Leneva Kropf

Location:   1690 Rennaissance Commons Blvd.  Unit 1205  Boynton Beach, FL  33426

Claim Number:



7 – drywall joint – white tape



8 – HVAC - coil



## Photo Mounting Sheet

Homeowner Name:   Leneva Kropf

Location:   1690 Rennaissance Commons Blvd.  Unit 1205  Boynton Beach, FL  33426

Claim Number:



9 – HVAC - coil



10 – HVAC - electromechanical



## Photo Mounting Sheet

Homeowner Name:   Leneva Kropf

Location:   1690 Rennaissance Commons Blvd.  Unit 1205  Boynton Beach,
FL  33426

Claim Number:



11 – circuit breaker



12 – refrigerator coil



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leneva Kropf |
| Location: | 1690 Rennaissance Commons Blvd.  Unit 1205  Boynton Beach, FL  33426 |
| Claim Number: | |



13 –refrigerator coil



14 - refrigerator



## Photo Mounting Sheet

Homeowner Name:   Leneva Kropf

Location:         1690 Rennaissance Commons Blvd.  Unit 1205  Boynton Beach,
                  FL  33426

Claim Number:



15 – water heater



16 –  mirror



# Photo Mounting Sheet

Homeowner Name:   Leneva Kropf

Location:   1690 Rennaissance Commons Blvd.  Unit 1205  Boynton Beach,
FL  33426

Claim Number:



Photo Mounting Sheet

Homeowner Name:   Leneva Kropf
Location:              1690 Rennaissance Commons Blvd.  Unit 1205  Boynton Beach,
                          FL  33426
Claim Number:



**17 – hall bath faucet - pitting**



**18 – bedroom #2 closet light swith**



## Photo Mounting Sheet

Homeowner Name:   Leneva Kropf
Location:                   1690 Rennaissance Commons Blvd.  Unit 1205  Boynton Beach,
                                  FL  33426
Claim Number:



**19 – sample area behind refrigerator**