**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd. #2512, Boynton Beach, Fl 32426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 1/26/2011 | Sampler Name/Company: L &L South Florida Realty | Photo Range: | 1 thru 16 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | Light |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | Black lettering | Location Stamp Found: | West wall of bedroom walk-in closet | Photo #: | 10 to 16 |
|---|---|---|---|---|---|
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | Owners Representative suggested that the living room wall not be explored | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | No per tenant |
|---|---|
| Plumbing | No per tenant |
| Light Fixtures | No per tenant |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 |
| Electro-mechanical portion of HVAC | | | No | | | 3 |
| Circuit Breaker | | | No | | | #4 |
| Refrigerator coils | | | Yes | Heavy | Black | 5 & 6 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>2 sink stoppers | Photo Number(s)<br><br>7 & 8 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location:<br><br>Hall switch | Photo Number(s)<br><br>9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

Homeowner Name:    L& L South Florida Realty LLC
Location:          1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426
Claim Number:      30325.002



**Photo #1**



# Photo Mounting Sheet

Homeowner Name:   L& L South Florida Realty LLC
Location:   1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426
Claim Number:   30325.002



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name:    L& L South Florida Realty LLC
Location:    1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426
Claim Number:    30325.002



**Photo #3 HVAC disconnect**



## Photo Mounting Sheet

Homeowner Name:    L& L South Florida Realty LLC
Location:    1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426
Claim Number:    30325.002



**Photo #4 Circuit breaker**



# Photo Mounting Sheet

Homeowner Name:     L& L South Florida Realty LLC
Location:           1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426
Claim Number:       30325.002



**Photo #5 Refrigerator copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | L& L South Florida Realty LLC |
| Location: | 1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator copper lines**



## Photo Mounting Sheet

Homeowner Name:   L& L South Florida Realty LLC
Location:   1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426
Claim Number:   30325.002



**Photo #7 Sink stopper (1)**



Photo Mounting Sheet

Homeowner Name:  L& L South Florida Realty LLC
Location:  1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426
Claim Number:  30325.002



**Photo #8 Sink stopper (2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | L& L South Florida Realty LLC |
| Location: | 1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #9 Hall electrical switch**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | L& L South Florida Realty LLC |
| Location: | 1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #10 Harvested drywall sample**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | L& L South Florida Realty LLC |
| Location: | 1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #11 Drywall stamp in wall**



# Photo Mounting Sheet

Homeowner Name:    L& L South Florida Realty LLC
Location:    1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426
Claim Number:    30325.002



**Photo #12 Drywall stamp in wall**



## Photo Mounting Sheet

Homeowner Name:    L& L South Florida Realty LLC
Location:    1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426
Claim Number:    30325.002



**Photo #13 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | L& L South Florida Realty LLC |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo # 14 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | L& L South Florida Realty LLC |
| Location: | 1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #15 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | L& L South Florida Realty LLC |
| Location: | 1660 Renaissance Commons Blvd. Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #16 Drywall stamp in wall**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Rennaissance Commons Blvd.  Unit 2421  Boynton Beach, FL  33426 | | Front of House Photo #: | |
| Address ID: | 1 | Sampler Name/Company:  Anthony & Brian LaSala | Camera Serial: | |
| Visit Date: | 11/30/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range: | 1 thru 20 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | strong sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | KNAUF | Location Stamp Found: | second bedoom wall looking from living rc | Photo #: | 2 thru 4 |
| End Tape Found: | no | | Color of End Tape: | | |
| Comments: | Visual of K & UF - T  of KNAUF  - blue dot marking 2 feet off edge of board | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | NONe |
| **Plumbing** | none |
| **Light Fixtures** | none - microwave has had two panels fail |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper bend | U- | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | | yes | heavy | black | 5 & 6 |
| Electro-mechanical portion of HVAC | | | | yes | moderate | black | 7 |
| Circuit Breaker | | | | yes | heavy | black | #18 |
| Refrigerator coils | | | | yes | heavy | black | 9 thru 11 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | no | | | 12 |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | 13 |
| **Bathroom Light Fixtures and Plumbing (chrome finished)** | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | Yes | master bath vanities and hall bath shower head - pitting | 14 - 16 |
| **Other metallic fixtures or hardware** | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | Yes | corner bead on fur down in master bath and hall bath -rust | 17 & 18 |
| **Electrical Receptacles and Switches** | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | Yes | dining room outlet under kitchen bar - moderate black | 19 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue?    No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:   Anthony & Brian LaSala

Location:   1660 Rennaissance Commons Blvd.  Unit 2421  Boynton Beach,
FL  33426

Claim Number:



**1 - Address**



**2 – drywall marking K (of KNAUF)**



# Photo Mounting Sheet

Homeowner Name:   Anthony & Brian LaSala
Location:   1660 Rennaissance Commons Blvd.  Unit 2421  Boynton Beach, FL  33426
Claim Number:



**3 – drywall marking UF ( of KNAUF-TIANJIN)**



**4 drywall marking -T ( of KNAUF-TIANJIN)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Anthony & Brian LaSala |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2421  Boynton Beach, FL  33426 |
| Claim Number: | |



5 – HVAC coil



6 – HVAC coil



## Photo Mounting Sheet

Homeowner Name:   Anthony & Brian LaSala

Location:   1660 Rennaissance Commons Blvd.  Unit 2421  Boynton Beach, FL  33426

Claim Number:



7 – HVAC electromechanical



8 – circuit breaker



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Anthony & Brian LaSala |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2421  Boynton Beach, FL  33426 |
| Claim Number: | |



9 – refrigerator coil



10 – refrigerator coil



## Photo Mounting Sheet

Homeowner Name:  **Anthony & Brian LaSala**
Location:  1660 Rennaissance Commons Blvd.  Unit 2421  Boynton Beach, FL  33426
Claim Number:



11 – refrigerator coil



12 – water heater



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Anthony & Brian LaSala |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2421  Boynton Beach, FL  33426 |
| Claim Number: | |



13 – mirror



14 – master bath vanity pitting



## Photo Mounting Sheet

Homeowner Name:   Anthony & Brian LaSala

Location:   1660 Rennaissance Commons Blvd.  Unit 2421  Boynton Beach, FL  33426

Claim Number:



15 – master bath vanity - pitting



16 – hall bath shower head - pitting



## Photo Mounting Sheet

Homeowner Name:   Anthony & Brian LaSala

Location:   1660 Rennaissance Commons Blvd.  Unit 2421  Boynton Beach, FL  33426

Claim Number:



**17 =  hall  bath corner bead rust**



**18 – master bath corner bead rust**



### Photo Mounting Sheet

Homeowner Name:    Anthony & Brian LaSala

Location:    1660 Rennaissance Commons Blvd.  Unit 2421  Boynton Beach, FL  33426

Claim Number:



**19 – outlet in dining room under kitchen bar**



**20 – sample area behind refrigerator**



# Photo Mounting Sheet

Homeowner Name: **Anthony & Brian LaSala**

Location: 1660 Rennaissance Commons Blvd.  Unit 2421  Boynton Beach,
FL  33426

Claim Number:

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd  #2510  Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company:  Patrick Toohey / Brightcalim | Camera Serial: |
| Visit Date: | 11/29/2009 | Sampler Name/Company: | Photo Range:  1 thru 17 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | light sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | blue lettering | Location Stamp Found: | south east wall bedroom closet | Photo #: | 11 to 17 |
| End Tape Found: | No | Color of End Tape: | | |
| Comments: | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | | | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | | | 4 |
| Circuit Breaker | | | yes | | | #5 |
| Refrigerator coils | | | | | | |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | 6 & 7 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  8 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  rusted cornerbead in bathroom | Photo Number(s)  9 |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



## Photo Mounting Sheet

Homeowner Name: Frank Lattanzio

Location: 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426

Claim Number: 30325.002



**Photo #6 Refrigerator copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



Photo Mounting Sheet

Homeowner Name: Frank Lattanzio
Location: 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #8 no corrosion**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 rusted cornerbead**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 electrical wires at outlet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #11 drywall stamp**



## Photo Mounting Sheet

Homeowner Name: Frank Lattanzio

Location: 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426

Claim Number: 30325.002



**Caption**

**Photo #12 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:    Frank Lattanzio

Location:    1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426

Claim Number:    30325.002



**Photo #13 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #14 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #15 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #16 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frank Lattanzio |
| Location: | 1660 Renaissance Commons Blvd  #2510 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo #17 drywall stamp

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company:  Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 01/12/2010 | Sampler Name/Company: Lemberg, Mark and Diana | Photo Range: | 1 thru 20 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Heavy sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: | East wall living room | Photo #: | 17 to 20 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Unknown |
| Plumbing | Unknown |
| Light Fixtures | Unknown |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 4 |
| Circuit Breaker | | | Yes | Moderate on jumper bar | Black | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? Yes | shower head, valve, and drain , 2 bath faucets  and 2 sink stoppers | Photo Number(s) 8 thru 14 |
| Other metallic fixtures or hardware | Discoloration/Residue? Yes | rusted cornerbead on bathroom ceiling | Photo Number(s) 15 |
| Electrical Receptacles and Switches | Discoloration/Residue? No | | Photo Number(s) 16 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name:     Lemberg, Mark and Diana
Location:           1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426
Claim Number:       30325.002

PHOTO SHEET #1



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 refrigerator copper lines**



Photo Mounting Sheet

Homeowner Name: Lemberg, Mark and Diana
Location: 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #7 refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 bath faucet**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 sink stopper**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo # 11 sink stopper**



Photo Mounting Sheet

| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #12 shower drain**



# Photo Mounting Sheet

Homeowner Name: Lemberg, Mark and Diana
Location: 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #13 shower valve**



## Photo Mounting Sheet

Homeowner Name: Lemberg, Mark and Diana
Location: 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #14 shower head**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption Photo #15 rusted cornerbead -  bathroom**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #16 electrical wires at outlet**



# Photo Mounting Sheet

| Homeowner Name: | Lemberg, Mark and Diana |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

PHOTO SHEET #2



**Photo #17 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Lemberg, Mark and Diana
Location: 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo**

**Photo #18 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Lemberg, Mark and Diana
Location:               1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426
Claim Number:      30325.002



**Caption**

**Photo #19 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lemberg, Mark and Diana |
| Location: | 1690 Renaissance Commons Blvd #1328 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

| |
|---|
| **Photo #20 drywall stamp** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance ommons Blvd. #1202, Boynton Beach, Fl. 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey/Brightclaim | Camera Serial: |
| Visit Date: | 11/18/2009 | Sampler Name/Company: | Photo Range:   1 Thru 21 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Sulfur |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | See Photos | Location Stamp Found: | Eastwall @nd Bedroom | Photo #: | 13-21 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | None | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Yes Coil was replaced in April 2009 due to corrosion |
| Plumbing | No |
| Light Fixtures | No |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | **Black** | 2 |
| Electro-mechanical portion of HVAC | | | Yes | Moderate | Black | 3&4 |
| Circuit Breaker | | | Yes | Moderate Jumper Bar | **Black** | #10 |
| Refrigerator coils | | | Yes | Heavy | Black | 11 &12 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?   Yes | Vanity Faucet and Light Fixture are corroded | 5,6, &8 |
| Other metallic fixtures or hardware | Discoloration/Residue?   Yes | Vanity Cabinet Knobs are corroded | 7 |
| Electrical Receptacles and Switches | Discoloration/Residue?   Yes | Black ground wire | 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? <br> No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



Photo Mounting Sheet

| Homeowner Name: | Michael Leone |
| Location: | 1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #1**

**Structure Photo**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Leone |
| Location: | 1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #2 HVAC Copper Lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Leone |
| Location: | 1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #3 HVAC electro-mech**



# Photo Mounting Sheet

Homeowner Name:   Michael Leone

Location:   1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426

Claim Number:



**Photo # 4 HVAC Disconnect**



## Photo Mounting Sheet

Homeowner Name:   Michael Leone

Location:   1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426

Claim Number:



**CaptionPhoto #5 Bath faucet**



## Photo Mounting Sheet

Homeowner Name:    Michael Leone

Location:    1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426

Claim Number:



**Photo #6 Bath Faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Leone |
| Location: | 1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426 |
| Claim Number: | |



2009.11.18 09:23

**CaptionPhoto #7 Vanity Knobs**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Leone |
| Location: | 1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #8 Bath Light Fixture**

**Enter**



# Photo Mounting Sheet

Homeowner Name:   Michael Leone

Location:   1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426

Claim Number:



**Photo #9 Electrical Wire**



## Photo Mounting Sheet

Homeowner Name: Michael Leone

Location: 1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426

Claim Number:



**Photo # 10 Breaker Panel**



Photo Mounting Sheet

Homeowner Name:   Michael Leone
Location:   1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426
Claim Number:



**CaPhoto #11 Refrigerator Copper Lines**



### Photo Mounting Sheet

Homeowner Name: Michael Leone
Location: 1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426
Claim Number:



**Photo # 12 Refrigerator**



## Photo Mounting Sheet

Homeowner Name: Michael Leone

Location: 1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426

Claim Number:

PHOTO SHEET #2

| |
|---|
| **Address Photograph** |
| |
| **Structure Photo** |
| |



| **Photo # 13** |
|---|



# Photo Mounting Sheet

Homeowner Name:   Michael Leone

Location:   1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426

Claim Number:



**Photo #14**



## Photo Mounting Sheet

Homeowner Name:   Michael Leone

Location:   1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426

Claim Number:



**Photo #15**



# Photo Mounting Sheet

Homeowner Name:   Michael Leone

Location:   1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426

Claim Number:



**Photo #16**



### Photo Mounting Sheet

Homeowner Name: Michael Leone
Location: 1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426
Claim Number:



**Photo #17**



## Photo Mounting Sheet

Homeowner Name:  Michael Leone
Location:  1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426
Claim Number:



Enter

**Photo # 18**



# Photo Mounting Sheet

Homeowner Name:   Michael Leone

Location:   1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426

Claim Number:



**Photo #19**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Leone |
| Location: | 1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #20**



# Photo Mounting Sheet

Homeowner Name: Michael Leone

Location: 1690 Renaissance Commons Blvd. #1202, Boynton Beach, Fl.33426

Claim Number:



**Photo #21**

| | |
|---|---|
| **Enter Caption** | |
| **Enter Caption** | |
| **Enter Caption** | |
| **Enter Caption** | |
| | |
| | |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, FL 33426 | | Front of House Photo #: | 1 |
| Address ID: | 1 | Sampler Name/Company:  Lesley Lewis | Camera Serial: | |
| Visit Date: | 10/28/2009 | Sampler Name/Company:  Patrick Toohey | Photo Range: | 1-5 |

## ODOR OBSERVATIONS

| Odor Present: | ☐ Check | Description of Odor: | No odors evident. No photos taken on refrigerator coil or Curcuit Breaker panel. Will return to take photos if required. |
|---|---|---|---|

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | none noted by homeowner |
|---|---|
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Discoloration on Copper lines | Black | 2, 4 & 5 |
| Electro-mechanical portion of HVAC | | | Yes | Corroded fins | Gray | 3 |
| Circuit Breaker | | | | | | |
| Refrigerator coils | | | | | | |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | | | |

## OTHER DISCOLORATION INSPECCIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leslie Lewis |
| Location: | 1690 Renaissance Commons #1223, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1  Address Photograph**

**Structure Photo**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Leslie Lewis |
| Location: | 1690 Renaissance Commons #1223, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo#2  Darkish discoloration on copper line**



## Photo Mounting Sheet

Homeowner Name:    Leslie Lewis
Location:    1690 Renaissance Commons #1223, Boynton Beach, Fl.33426
Claim Number:    30325.002



**photo #3  air handler coil fins**



# Photo Mounting Sheet

Homeowner Name:    Leslie Lewis
Location:    1690 Renaissance Commons #1223, Boynton Beach, Fl.33426
Claim Number:    30325.002



**photo #4 Discolored HVAC copper lines**



## Photo Mounting Sheet

Homeowner Name:   Leslie Lewis
Location:   1690 Renaissance Commons #1223, Boynton Beach, Fl.33426
Claim Number:   30325.002



**Photo #5  Discolored HVAC copper lines**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvde. #1223, Boynton Beach, Fl.32426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 1/13/2011 | Sampler Name/Company: Lewis, Lesley | Photo Range: | 1 thru 20 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Moderate |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: | 20 |
| End Tape Found: | | Color of End Tape: | | |
| Comments: | This inspector was allowed 5 holes in master bedroom and 1 sample, no stamp located | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Has had maintenance |
| Plumbing | No |
| Light Fixtures | Hall switch at kitchen was replaced 7/2010 |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 3 |
| Circuit Breaker | | | Yes | jumper bar and wires | Black | 4 & 5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) <br> Yes | Describe, discoloration, color and location: <br><br> Mirror in Hall bath | Photo Number(s) <br><br> 8 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? <br><br> Yes | Describe, discoloration, color and location: <br><br> Hall bath sink stopper and showerhead, Master bath vanity faucet, sink stoppers and showerhead | Photo Number(s) <br><br><br> 9 to 14 |
| Other metallic fixtures or hardware | Discoloration/Residue? <br><br> Yes | Describe, discoloration, color and location: <br><br> Chandelier in master bath, drywaal bead in both baths | Photo Number(s) <br><br><br> 16 to 18 |
| Electrical Receptacles and Switches | Discoloration/Residue? <br><br> Yes | Describe, discoloration, color and location: <br><br> Electrical wires at hall switch | Photo Number(s) <br><br><br> 19 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #4 Circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator copper lines**



## Photo Mounting Sheet

Homeowner Name:   Lesley Lewis

Location:   1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426

Claim Number:   30325.002



**Photo #7 Refrigerator copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #8 Hall bath mirror**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #9 Hall bath sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #10 Hall bath showerhead**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #11 Master bath showerhead**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #12 Master bath vanity faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #13 Master bath sink stopper(1)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #14 Master bath sink stopper(2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #15 Master bath chandelier**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #16 Master bath chandelier**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #17 Hall bath drywall bead-corroded**



# Photo Mounting Sheet

| Homeowner Name: | Lesley Lewis |
|---|---|
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #18 Master bath drywall bead-corroded**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #19 Electrical wires hall switch**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lesley Lewis |
| Location: | 1690 Renaissance Commons Blvd. #1223, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #20 Master bedroom area Inspector was allowed to explore for Drywall stamp**