## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd.  Unit 1409  Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  Hannah & Melvin Litwin | Camera Serial: |
| Visit Date: | 11/18/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range:          1 thru 16 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate sulfur |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | 4feet x 12feetx1/2inch  D | Location Stamp Found: | living room wall next to exterior sliding do | Photo #: | 2 thur 7 |
| End Tape Found: | no | | Color of End Tape: | |
| Comments: | markings found approx 12 inches from end of board  Drilled hles in living room, bedroom, closet and | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | none |
| Plumbing | none |
| Light Fixtures | none |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper bend | U- | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | | yes | heavy | black | 8 & 9 |
| Electro-mechanical portion of HVAC | | | | yes | heavy | black | 10 |
| Circuit Breaker | | | | yes | heavy | black | #11 |
| Refrigerator coils | | | | yes | heavy | black | 12 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | no | motor in washing machine stoppe | | 13 & 14 |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?   No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?   No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?   Yes | Describe, discoloration, color and location:   living room outlet at bar - moderate black | Photo Number(s)   15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



Photo Mounting Sheet

Homeowner Name:  Hannah & Melvin Litwin
Location:  1690 Rennaissance Commons Blvd Unit 1409  Boynton Beach, FL
33426
Claim Number:



**1 – Address bldg 1690 unit 1409**



**2 –drywall marking (see photo 16 for tape photo)**



# Photo Mounting Sheet

**Homeowner Name:** Hannah & Melvin Litwin
**Location:** 1690 Rennaissance Commons Blvd Unit 1409  Boynton Beach, FL 33426
**Claim Number:**



**3 – drywall marking  4 feet x 12 feet**

**4 – drywall marking  x 12 feet x**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hannah & Melvin Litwin |
| Location: | 1690 Rennaissance Commons Blvd Unit 1409  Boynton Beach, FL 33426 |
| Claim Number: | |



5 – drywall marking  x ½ inch

6 – drywall marking above other markings



# Photo Mounting Sheet

Homeowner Name: **Hannah & Melvin Litwin**
Location: 1690 Rennaissance Commons Blvd Unit 1409  Boynton Beach, FL 33426
Claim Number:



7 – drywall marking above main marking



8 – HVAC coil



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hannah & Melvin Litwin |
| Location: | 1690 Rennaissance Commons Blvd Unit 1409  Boynton Beach, FL 33426 |
| Claim Number: | |



9 – HVAC Coil



10 – HVAC electro - mechanical



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Hannah & Melvin Litwin |
| Location: | 1690 Rennaissance Commons Blvd Unit 1409  Boynton Beach, FL 33426 |
| Claim Number: | |



11 – circuit breaker



12 – refrigerator coil



Photo Mounting Sheet

Homeowner Name:   Hannah & Melvin Litwin
Location:                1690 Rennaissance Commons Blvd Unit 1409  Boynton Beach, FL
                             33426
Claim Number:



13 – bathroom fixture



14 – water heater



### Photo Mounting Sheet

| Homeowner Name: | Hannah & Melvin Litwin |
| Location: | 1690 Rennaissance Commons Blvd Unit 1409  Boynton Beach, FL 33426 |
| Claim Number: | |



11/18/2009

15 – electrical outlet



16 – drywall end tape photo

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2611 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 01/13/2010 | Sampler Name/Company: LLG Investment Properties, LLC | Photo Range: | 1 thru 16 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Heavy sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Blue lettering | Location Stamp Found: | East wall master bedroom closet | Photo #: | 13 to 16 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None |
| Plumbing | None |
| Light Fixtures | None |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 4 |
| Circuit Breaker | | | Yes | Heavy on jumper bar & wires | Black | #5 & 6 |
| Refrigerator coils | | | Yes | Heavy | | 7 & 8 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>1 bath faucet and 2 sink stoppers | Photo Number(s)<br>9, 10 ,11 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>Light on electrical wires at outlet | Photo Number(s)<br>12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 black wires at circuit breaker**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #12 electrical wires at outlet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #13 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #14 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #15 drywall stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | LLG Investment Properties, LLC |
| Location: | 1660 Renaissance Commons Blvd #2611  Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #16 drywall stamp**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Rennaissance Commons Blvd.  Unit 2424  Boynton Beach, FL  33426 | | Front of House Photo #: | |
| Address ID: | 1 | Sampler Name/Company:  Tarek Loutfy | Camera Serial: | |
| Visit Date: | 11/20/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range: | 1 thru 21 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Candles burning at time of inspection so there was no odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | KNAUF | Location Stamp Found: | behind refrigerator | Photo #: | 2 thru 6 |
| End Tape Found: | no | Color of End Tape: | | | |
| Comments: | Found AUF and NI writing in blue dot approx 2 feet above floor level. | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 7 & 8 |
| Electro-mechanical portion of HVAC | | | yes | heavy | black | 9 |
| Circuit Breaker | | | yes | moderate | black | #10 |
| Refrigerator coils | | | yes | heavy | black | 11 & 12 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | 13 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  Yes | Describe, discoloration, color and location:  hall bath mirror at bottom - black | Photo Number(s)  16 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  hall bath vanity faucet and master bath shower head - pitting | Photo Number(s)  14 & 15 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  master bath and hall bath corner bead - rust | Photo Number(s)  17 thru 19 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  light black at outlet in dining room under kitchen bar | Photo Number(s)  20 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name:   Tarek Loufty

Location:   1660 Rennaissane Commons Blvd. Unit 2424  Boynton Beach, FL 33426

Claim Number:



**1 - Address**



**2 –drywall marking  AUF (Blue dot located 2 feet above floor)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tarek Loufty |
| Location: | 1660 Rennaissane Commons Blvd. Unit 2424  Boynton Beach, FL 33426 |
| Claim Number: | |



**3 – drywall marking – T (seen after AUF) end of this drywall so could not inspect other side of stud**



# Photo Mounting Sheet

| Homeowner Name: | Tarek Loufty |
| --- | --- |
| Location: | 1660 Rennaissane Commons Blvd. Unit 2424  Boynton Beach, FL 33426 |
| Claim Number: | |



**4 drywall marking – close up of UF**



**5 – drywall marking – AUF on right of photo and I on left of photo**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tarek Loufty |
| Location: | 1660 Rennaissane Commons Blvd. Unit 2424  Boynton Beach, FL 33426 |
| Claim Number: | |



6 – drywall marking – I N (in blue dot approx 2 feet from bottom of board



7 – HVAC coil



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tarek Loufty |
| Location: | 1660 Rennaissane Commons Blvd. Unit 2424  Boynton Beach, FL 33426 |
| Claim Number: | |



8 – HVAC coil



9 – HVAC electromechanical



## Photo Mounting Sheet

Homeowner Name:    Tarek Loufty
Location:          1660 Rennaissane Commons Blvd. Unit 2424  Boynton Beach, FL
                   33426
Claim Number:



10 – circuit breaker



11 – refrigerator coil



# Photo Mounting Sheet

Homeowner Name:    Tarek Loufty

Location:    1660 Rennaissane Commons Blvd. Unit 2424  Boynton Beach, FL 33426

Claim Number:



12 – refrigerator coil



13 –water heater



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tarek Loufty |
| Location: | 1660 Rennaissane Commons Blvd. Unit 2424  Boynton Beach, FL 33426 |
| Claim Number: | |



14 – hall bath vanity



15 – master bath shower head



Photo Mounting Sheet

| Homeowner Name: | Tarek Loufty |
| Location: | 1660 Rennaissane Commons Blvd. Unit 2424  Boynton Beach, FL 33426 |
| Claim Number: | |



16 - Hall bath mirror



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tarek Loufty |
| Location: | 1660 Rennaissane Commons Blvd. Unit 2424  Boynton Beach, FL 33426 |
| Claim Number: | |



**17 – hall bath fur down – corner bead**



**18 –foyer – corner bead**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tarek Loufty |
| Location: | 1660 Rennaissane Commons Blvd. Unit 2424  Boynton Beach, FL 33426 |
| Claim Number: | |



19 – master bath fur down – corner bead



**20 = outlet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tarek Loufty |
| Location: | 1660 Rennaissane Commons Blvd. Unit 2424  Boynton Beach, FL 33426 |
| Claim Number: | |



11/20/2009

21 – sample area behind refrigerator

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 RENAISSANCE COMMONS BLVD.  UNIT # 2501  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | GEORGE LUNTZ | Sampler Name/Company: ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/30/2009 | Sampler Name/Company: | Photo Range: 1-20 |

## ODOR OBSERVATIONS

| Odor Present: | ☐ Check | Description of Odor: | No odors evident |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | BLACK LETTERS | Location Stamp Found: | BEDROOM WALL | Photo #: | 11 thru 20 |
| End Tape Found: | NO | Color of End Tape: | | | |
| Comments: | BLACK LETTERS- made in china | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | None noted by homeowner |
|---|---|
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | MINOR | BLACK | 3 thru 5 |
| Electro-mechanical portion of HVAC | ☐ Check | ☐ Check | ☐ Check | | | 2 |
| Circuit Breaker | | | ☐ Check | | | 6,7 |
| Refrigerator coils | | | ☐ Check | | | 8 thru 10 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  NO | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |

**(USE ADDITIONAL PAGES AS NECESSARY)**



Photo Mounting Sheet

Homeowner Name:   GEORGE LUNTZ
Location:   BLDG# 1660  UNIT # 2501
Claim Number:



**Photo # 1 UNIT NUMBER**



## Photo Mounting Sheet

Homeowner Name:    GEORGE LUNTZ
Location:                    BLDG# 1660  UNIT # 2501
Claim Number:



**Photo # 2 HVAC DISCONNECT- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name: GEORGE LUNTZ
Location: BLDG# 1660  UNIT # 2501
Claim Number:



**Photo # 3 HVAC- MINOR BLACK AND GREEN DISCOLORATION OF COPPER TUBING AND U-BENDS**



## Photo Mounting Sheet

Homeowner Name:   GEORGE LUNTZ

Location:   BLDG# 1660  UNIT # 2501

Claim Number:



**Photo # 4 HVAC- MINOR BLACK AND GREEN DISCOLORATION OF COPPER TUBING AND U-BENDS**



## Photo Mounting Sheet

Homeowner Name:   GEORGE LUNTZ
Location:   BLDG# 1660  UNIT # 2501
Claim Number:



**Photo # 5 HVAC- MINOR BLACK AND GREEN DISCOLORATION OF COPPER TUBING AND U-BENDS**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | GEORGE LUNTZ |
| Location: | BLDG# 1660  UNIT # 2501 |
| Claim Number: | |



**Photo # 6 CIRCUIT BREAKER- NO DISCOLORATION**



Photo Mounting Sheet

| Homeowner Name: | GEORGE LUNTZ |
|---|---|
| Location: | BLDG# 1660  UNIT # 2501 |
| Claim Number: | |



**Photo # 7 CIRCUIT BREAKER- NO DISCOLORATION**



Photo Mounting Sheet

Homeowner Name:     GEORGE LUNTZ
Location:                       BLDG# 1660  UNIT # 2501
Claim Number:



**Photo # 8 REFRIGERATOR- NO DISCOLORATION**



Photo Mounting Sheet

Homeowner Name:   GEORGE LUNTZ
Location:   BLDG# 1660  UNIT # 2501
Claim Number:



**Photo # 9 REFRIGERATOR- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:   GEORGE LUNTZ
Location:                   BLDG# 1660  UNIT # 2501
Claim Number:



**Photo # 10 REFRIGERATOR- NO DISCOLORATION**



# Photo Mounting Sheet

Homeowner Name:    GEORGE LUNTZ
Location:    BLDG# 1660  UNIT # 2501
Claim Number:



2009/11/30 18:33:40

**Photo # 11 BLACK STAMP  -  made in china**



# Photo Mounting Sheet

Homeowner Name:     GEORGE LUNTZ
Location:                      BLDG# 1660  UNIT # 2501
Claim Number:



2009/11/30  18:33:45

**Photo # 12 BLACK STAMP  -  made in china**



# Photo Mounting Sheet

Homeowner Name:   GEORGE LUNTZ
Location:                    BLDG# 1660  UNIT # 2501
Claim Number:



2009/11/30 18:33:50

**Photo # 13 BLACK STAMP  -  made in china**



# Photo Mounting Sheet

Homeowner Name:   GEORGE LUNTZ
Location:   BLDG# 1660  UNIT # 2501
Claim Number:



2009/11/30  18:33:50

**Photo # 14 BLACK STAMP  -  made in china**

 **Photo Mounting Sheet**

Homeowner Name: GEORGE LUNTZ
Location: BLDG# 1660  UNIT # 2501
Claim Number:



2009/11/30 18:34:08

**Photo # 15 BLACK STAMP  -  made in china**



# Photo Mounting Sheet

Homeowner Name:    GEORGE LUNTZ
Location:    BLDG# 1660  UNIT # 2501
Claim Number:



2009/11/30  18:34:19

Photo # 16 **BLACK STAMP  -  made in china**



# Photo Mounting Sheet

Homeowner Name:    GEORGE LUNTZ

Location:    BLDG# 1660  UNIT # 2501

Claim Number:



2009/11/30 18:35:26

Photo # 17 **BLACK STAMP  -  made in china**



# Photo Mounting Sheet

Homeowner Name:     GEORGE LUNTZ

Location:                     BLDG# 1660  UNIT # 2501

Claim Number:



2009/11/30  18:35:30

Photo # 18 **BLACK STAMP  -  made in china**



# Photo Mounting Sheet

Homeowner Name:  GEORGE LUNTZ
Location:  BLDG# 1660  UNIT # 2501
Claim Number:



2009/11/30  18:35:36

**Photo # 19 BLACK STAMP  -  made in china**



# Photo Mounting Sheet

Homeowner Name:     GEORGE LUNTZ
Location:     BLDG# 1660  UNIT # 2501
Claim Number:



2009/11/30 18:36:13

**Photo # 20 BLACK STAMP  -  made in china**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 RENAISSANCE COMMONS BLVD.  UNIT # 2516  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | GEORGE LUNTZ | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/24/2009 | Sampler Name/Company: | Photo Range: | 1-20 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | No odors evident |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | BLACK NUMBERS | Location Stamp Found: | BEDROOM WALL | Photo #: | 13-20 |
| End Tape Found: | NO | Color of End Tape: | | |
| Comments: | BLACK NUMBERS - 2006   04/29 | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☐ Check | ☐ Check | ☐ Check | | | 3 thru 6 |
| Electro-mechanical portion of HVAC | ☐ Check | ☐ Check | ☐ Check | | | 2 |
| Circuit Breaker | | | ☐ Check | | | 8,9 |
| Refrigerator coils | | | ☑ Check | MINOR | BLACK | 10,11,12 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | NO | | |

| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |

| Other metallic fixtures or hardware | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |

| Electrical Receptacles and Switches | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | 7 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:  GEORGE LUNTZ
Location:          1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



**Photo # 1 FRONT OF HOUSE**



Photo Mounting Sheet

Homeowner Name:   GEORGE LUNTZ
Location:   1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



**Photo # 2 HVAC- NO VISIBLE DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:  GEORGE LUNTZ
Location:  1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



**Photo # 3 HVAC- NO VISIBLE DISCOLORATION**



# Photo Mounting Sheet

Homeowner Name:    GEORGE LUNTZ
Location:          1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



**Photo # 4 HVAC- NO VISIBLE DISCOLORATION**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | GEORGE LUNTZ |
| Location: | 1660 RENAISSANCE COMMONS BLVD. # 2516 |
| Claim Number: | |



**Photo # 5 HVAC- NO VISIBLE DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:　　GEORGE LUNTZ
Location:　　1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



**Photo # 6 HVAC- NO VISIBLE DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:     GEORGE LUNTZ
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



**Photo # 7 RECEPTACLE- NO VISIBLE DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:     GEORGE LUNTZ
Location:                     1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



**Photo # 8 CIRCUIT BREAKER PANEL- NO VISIBLE DISCOLORATION**



# Photo Mounting Sheet

Homeowner Name:    GEORGE LUNTZ

Location:    1660 RENAISSANCE COMMONS BLVD. # 2516

Claim Number:



**Photo # 9 CIRCUIT BREAKER PANEL- NO VISIBLE DISCOLORATION**



Photo Mounting Sheet

Homeowner Name:     GEORGE LUNTZ
Location:                    1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



**Photo # 10 REFRIGERATOR- MINOR BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:    GEORGE LUNTZ
Location:                     1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



**Photo # 11 REFRIGERATOR- MINOR BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name: GEORGE LUNTZ
Location: 1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



**Photo # 12 REFRIGERATOR- MINOR BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:   GEORGE LUNTZ
Location:   1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



2009/11/24  17:15:18

**Photo # 13 BLACK NUMBERS**



# Photo Mounting Sheet

Homeowner Name:   GEORGE LUNTZ
Location:         1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



2009/11/24  17:15:53

**Photo # 14 BLACK NUMBERS**



# Photo Mounting Sheet

Homeowner Name:   GEORGE LUNTZ
Location:   1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



2009/11/24 17:16:05

**Photo # 15 BLACK NUMBERS**



# Photo Mounting Sheet

Homeowner Name:   GEORGE LUNTZ
Location:   1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:

2009/11/24 17:16:11

Photo # 16 **BLACK NUMBERS**



# Photo Mounting Sheet

Homeowner Name:     GEORGE LUNTZ
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



Photo # 17 **BLACK NUMBERS**



# Photo Mounting Sheet

Homeowner Name: GEORGE LUNTZ
Location: 1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



2009/11/24 17:22:22

Photo # 18 **BLACK NUMBERS**



# Photo Mounting Sheet

Homeowner Name:     GEORGE LUNTZ
Location:           1660 RENAISSANCE COMMONS BLVD. # 2516
Claim Number:



2009/11/24  17:22:44

**Photo # 19 BLACK NUMBERS**



# Photo Mounting Sheet

Homeowner Name:  GEORGE LUNTZ

Location:  1660 RENAISSANCE COMMONS BLVD. # 2516

Claim Number:



2009/11/24 17:23:38

**Photo # 20 BLACK NUMBERS**