**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2119 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/28/2009 | Sampler Name/Company: Madigan, Murphy | Photo Range: | 1 thru 9 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | light sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Unknown |
| Plumbing | Unknown |
| Light Fixtures | Unknown  one outlet in living room doesn't work |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | light | dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | No | | | #5 |
| Refrigerator coils | | | Yes | light | dark | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | 1 bath faucet  light corrosion | 8 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | | 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| Homeowner Name: | Murphy Madigan |
| --- | --- |
| Location: | 1660 Renaissance Commons Blvd # 2119 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: **Murphy Madigan**

Location: 1660 Renaissance Commons Blvd # 2119 Boynton Beach Fl 33426

Claim Number: 30325.002



**Photo #2 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Murphy Madigan |
| Location: | 1660 Renaissance Commons Blvd # 2119 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 Drywall stamp**



## Photo Mounting Sheet

Homeowner Name:   **Murphy Madigan**

Location:   1660 Renaissance Commons Blvd # 2119 Boynton Beach Fl 33426

Claim Number:   30325.002



Caption

**Photo #4 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Murphy Madigan |
| Location: | 1660 Renaissance Commons Blvd # 2119 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #5 drywall stamp**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Madigan, Murphy |
| Location: | 1660 Renaissance Commons Blvd #2119 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



Photo Mounting Sheet

Homeowner Name: Madigan, Murphy
Location: 1660 Renaissance Commons Blvd #2119 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Madigan, Murphy |
| Location: | 1660 Renaissance Commons Blvd #2119 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**

 **Photo Mounting Sheet**

Homeowner Name:   Madigan, Murphy
Location:   1660 Renaissance Commons Blvd #2119 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

Homeowner Name:   Madigan, Murphy
Location:         1660 Renaissance Commons Blvd #2119 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #5 circuit breaker**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Madigan, Murphy |
| Location: | 1660 Renaissance Commons Blvd #2119 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

**Photo #6 refrigerator lines**



Photo Mounting Sheet

Homeowner Name: Madigan, Murphy
Location: 1660 Renaissance Commons Blvd #2119 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #7 refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Madigan, Murphy |
| Location: | 1660 Renaissance Commons Blvd #2119 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo # 8 light corrosion on bath faucet**



## Photo Mounting Sheet

Homeowner Name: Madigan, Murphy
Location: 1660 Renaissance Commons Blvd #2119 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #9 electrical wires at outlet**

| |
|---|
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2417 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/30/2009 | Sampler Name/Company: Maesel, Shawn | Photo Range: | 1 thru 9 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | No |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Light | Dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | Yes | Light on jumper bar | Dark | #5 |
| Refrigerator coils | | | Yes | | | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) <br> No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? <br> No | Describe, discoloration, color and location: | Photo Number(s) <br> 8 |
| Other metallic fixtures or hardware | Discoloration/Residue? <br> No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? <br> No | Describe, discoloration, color and location: | Photo Number(s) <br> 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

Homeowner Name:   Maesel, Shawn
Location:   1660 Renaissance Commons #2417 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #1**



## Photo Mounting Sheet

Homeowner Name:   Maesel, Shawn
Location:   1660 Renaissance Commons #2417 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| Homeowner Name: | Maesel, Shawn |
|---|---|
| Location: | 1660 Renaissance Commons #2417 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



Photo Mounting Sheet

Homeowner Name:    Maesel, Shawn
Location:          1660 Renaissance Commons #2417 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

Homeowner Name:    Maesel, Shawn
Location:                   1660 Renaissance Commons #2417 Boynton Beach Fl 33426
Claim Number:          30325.002



**Photo #5 circuit breaker**



# Photo Mounting Sheet

Homeowner Name:   Maesel, Shawn
Location:   1660 Renaissance Commons #2417 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #6 refrigerator lines**



## Photo Mounting Sheet

Homeowner Name: Maesel, Shawn
Location: 1660 Renaissance Commons #2417 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #7 refrigerator**



Photo Mounting Sheet

Homeowner Name: Maesel, Shawn
Location: 1660 Renaissance Commons #2417 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #8 bath faucet (typical)**



# Photo Mounting Sheet

Homeowner Name: Maesel, Shawn
Location: 1660 Renaissance Commons #2417 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #9 electrical wire at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



### Photo Mounting Sheet

Homeowner Name: Shawn Maesel

Location: 1660 Rennaissance Commons Blvd.  Unit 2417  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall marking MAD (of MADE IN CHINA)**



# Photo Mounting Sheet

Homeowner Name:  Shawn Maesel

Location:  1660 Rennaissance Commons Blvd.  Unit 2417  Boynton Beach, FL  33426

Claim Number:



**3 – drywall marking DE (of MADE IN CHINA)**



**4 drywall marking – CH (of MADE IN CHINA)**



# Photo Mounting Sheet

Homeowner Name:   Shawn Maesel

Location:   1660 Rennaissance Commons Blvd.  Unit 2417  Boynton Beach, FL  33426

Claim Number:



5 – drywall marking INA (of MADE IN CHINA)



6 drywall marking -



# Photo Mounting Sheet

Homeowner Name:   Shawn Maesel

Location:   1660 Rennaissance Commons Blvd.  Unit 2417  Boynton Beach, FL  33426

Claim Number:



7 –drywall marking

8 – drywall marking



# Photo Mounting Sheet

Homeowner Name:   Shawn Maesel

Location:   1660 Rennaissance Commons Blvd.  Unit 2417  Boynton Beach, FL  33426

Claim Number:



| 9 – drywall joint |
| 10 – |
| 11 – |
| 12 – |
| 13 – |
| 14 - |
| 15 - |

16 –

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd.  Unit 1128  Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  Danielle Maness | Camera Serial: |
| Visit Date: | 11/21/09 | Sampler Name/Company:  Guy Sumlin/Brightclaim, Inc. | Photo Range:          1 thru 20 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Air freshner smell at time of inspection - Danille Maness stated there is an odor at times |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | 4feetx12feetx1/2inch  Dr | Location Stamp Found: | living room/bedroom wall | Photo #: | 2 thru 8 |
| End Tape Found: | Yes | | Color of End Tape: | white |
| Comments: | stamp in black approx 8 inches from top of board | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 9 & 10 |
| Electro-mechanical portion of HVAC | | | yes | moderate | black | 11 |
| Circuit Breaker | | | yes | light | black | #12 |
| Refrigerator coils | | | yes | heavy | black | 13 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | 15 |

### OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>2 vanity faucets and vanity light -pitting | Photo Number(s)<br><br>16 & 17 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>corner bead in bath - rust | Photo Number(s)<br><br>18 |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>outlet in living room at kitchen bar - moderate black | Photo Number(s)<br><br>19 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

Homeowner Name:   Danielle Maness

Location:   1690 Rennaissance Commons Blvd.  Unit 1128  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall end tape appears to be white**



# Photo Mounting Sheet

Homeowner Name: Danielle Maness

Location: 1690 Rennaissance Commons Blvd.  Unit 1128  Boynton Beach, FL  33426

Claim Number:



**3 – drywall marking- part of 4feetx12feetx1/2inch approx 8 inches from top of board**



**4- drywall marking- part of 4feetx12feetx1/2inch approx 8 inches from top of board**



# Photo Mounting Sheet

Homeowner Name: **Danielle Maness**

Location: 1690 Rennaissance Commons Blvd.  Unit 1128  Boynton Beach, FL  33426

Claim Number:



**5 – drywall marking- part of 4feetx12feetx1/2inch approx 8 inches from top of board**



6 – drywall marking



# Photo Mounting Sheet

Homeowner Name: **Danielle Maness**

Location: 1690 Rennaissance Commons Blvd.  Unit 1128  Boynton Beach, FL  33426

Claim Number:



7 – drywall marking

8 – drywall marking



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Danielle Maness |
| Location: | 1690 Rennaissance Commons Blvd. Unit 1128 Boynton Beach, FL 33426 |
| Claim Number: | |



9 – HVAC coil



10 – HVAC coil



# Photo Mounting Sheet

Homeowner Name: Danielle Maness

Location: 1690 Rennaissance Commons Blvd.  Unit 1128  Boynton Beach, FL  33426

Claim Number:



11 – HVAC electromechanical



12 – circuit breaker



**Photo Mounting Sheet**

Homeowner Name: Danielle Maness
Location: 1690 Rennaissance Commons Blvd. Unit 1128 Boynton Beach, FL 33426
Claim Number:



13 –refrigerator coil



14 –refrigerator coil



## Photo Mounting Sheet

Homeowner Name:   Danielle Maness
Location:             1690 Rennaissance Commons Blvd.  Unit 1128  Boynton Beach,
                     FL  33426
Claim Number:



15 -Water heater



16 – vanity light pitting



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Danielle Maness |
| Location: | 1690 Rennaissance Commons Blvd.  Unit 1128  Boynton Beach, FL  33426 |
| Claim Number: | |



**17 -  vanity faucet pitting**



**18 – bathroom fur down – rust at corner bead**



## Photo Mounting Sheet

Homeowner Name:   Danielle Maness
Location:   1690 Rennaissance Commons Blvd.  Unit 1128  Boynton Beach, FL  33426
Claim Number:



**19 – electrical outlet**



**20 drywall sample area**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/29/2009 | Sampler Name/Company: Marks, Edward | Photo Range: | 1 thru 20 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | moderate sulfur |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | blue lettering | Location Stamp Found: | west wall 2nd bedroom | Photo #: | 15 to 20 |
| End Tape Found: | Yes | Color of End Tape: | blue and yellow | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | No |
|---|---|
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 &3 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 4 |
| Circuit Breaker | | | Yes | Heavy on jumper bar | Black | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? Yes | 3 bath faucets, 1 drain line , 1 sink stopper | 8 thru 12 |
| Other metallic fixtures or hardware | Discoloration/Residue? Yes | vanity knobs | 13 |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | black on electrical wires at outlet | 14 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

Homeowner Name:   Marks, Edward
Location:   1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name:   Marks, Edward
Location:   1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



# Photo Mounting Sheet

Homeowner Name:    Marks, Edward
Location:    1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #6 Refrigerator lines**



# Photo Mounting Sheet

Homeowner Name:   Marks, Edward
Location:                1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:        30325.002



**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name:   Marks, Edward
Location:   1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #8 bath faucet**



# Photo Mounting Sheet

Homeowner Name:   Marks, Edward
Location:   1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #9 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 bath faucet**



## Photo Mounting Sheet

Homeowner Name:   Marks, Edward
Location:   1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #11 discolored drain line**



# Photo Mounting Sheet

Homeowner Name:     Marks, Edward
Location:                      1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:           30325.002



**Photo # 12 sink stopper**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #13 vanity knobs**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #14 wires at electrical outlet**

**Enter Caption**

**Enter Caption**



## Photo Mounting Sheet

Homeowner Name:   Marks, Edward
Location:   1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:   30325.002

PHOTO SHEET #2



**Photo #15 drywall stamp**



### Photo Mounting Sheet

Homeowner Name:   Marks, Edward
Location:         1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:     30325.002



Photo

**Photo #16 end tape**



# Photo Mounting Sheet

Homeowner Name:    Marks, Edward
Location:    1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:    30325.002



**Caption**
**Photo #17 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Marks, Edward
Location:         1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:     30325.002



Enter

**Photo #18 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:    Marks, Edward
Location:          1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number:      30325.002



**Caption**

**Photo #19 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Marks, Edward
Location: 1660 Renaissance Commons Blvd #2118 Boynton Beach Fl 33426
Claim Number: 30325.002



**Caption**

**Photo #20 drywall stamp**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



# Photo Mounting Sheet

| Homeowner Name: | Marks, Edward |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach FL 33426 |
| Claim Number: | 30325.002 |

Photos taken 1-13-2010



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach FL 33426 |
| Claim Number: | 30325.002 |



**Photo #2 Drywall stamp in wall**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach FL 33426 |
| Claim Number: | 30325.002 |



**Caption Photo #3 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach FL 33426 |
| Claim Number: | 30325.002 |



**Caption  Photo #4 overview of drywall stamp in wall**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach FL 33426 |
| Claim Number: | 30325.002 |



**#5 open wall as seen from living room**



# Photo Mounting Sheet

| Homeowner Name: | Marks, Edward |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach FL 33426 |
| Claim Number: | 30325.002 |



**Caption Photo #6 open wall as seen from 2nd bedroom**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach FL 33426 |
| Claim Number: | 30325.002 |



**Caption  Photo #7 drywall stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach FL 33426 |
| Claim Number: | 30325.002 |



**Caption Photo #8 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach FL 33426 |
| Claim Number: | 30325.002 |



**Caption Photo #9 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach FL 33426 |
| Claim Number: | 30325.002 |

**Photo #10 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach FL 33426 |
| Claim Number: | 30325.002 |



**Photo #11 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marks, Edward |
| Location: | 1660 Renaissance Commons Blvd #2118 Boynton Beach FL 33426 |
| Claim Number: | 30325.002 |



**Caption Photo #12 drywall stamp**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

| GENERAL PROPERTY INFORMATION | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2211 | | Front of House Photo #: | 1 |
| Address ID: | | | Camera Serial: | |
| Visit Date: | 11/19/2009 | Sampler Name/Company:  Patrick Toohey / Brightclaim | | |
| | | Sampler Name/Company: | Photo Range: | 1 thru 11 |

| ODOR OBSERVATIONS | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Light sulfur odor |

**Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product**

| | | | | |
|---|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | North east living room wall | Photo #: |
| End Tape Found: | No | | Color of End Tape: | |
| Comments: | PHOTOS 8 thru 10 | | | |

| HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

**DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY**

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | | | No | | | 2 &3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | No | | | #5 |
| Refrigerator coils | | | Yes | Light | Dark | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

| OTHER DISCOLORATION INSPECCTIONS | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)   No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?   No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?   No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?   No | Describe, discoloration, color and location: | Photo Number(s)   11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



# Photo Mounting Sheet

| Homeowner Name: | Nancy Meinholz |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2211, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



2009.11.19 14:03

**Photo #1 Address Photograph**

**Structure Photo**



# Photo Mounting Sheet

| Homeowner Name: | Nancy Meinholz |
| Location: | 1660 Renaissance Commons Blvd. #2211, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC Copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Nancy Meinholz |
| Location: | 1660 Renaissance Commons Blvd. #2211, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Nancy Meinholz |
| Location: | 1660 Renaissance Commons Blvd. #2211, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC Disconnect**



# Photo Mounting Sheet

Homeowner Name:  Nancy Meinholz
Location:        1660 Renaissance Commons Blvd. #2211, Boynton Beach, Fl.33426
Claim Number:    30325.002



**CaptionPhoto #5 Electrical Panel**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Nancy Meinholz |
| Location: | 1660 Renaissance Commons Blvd. #2211, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Nancy Meinholz |
| Location: | 1660 Renaissance Commons Blvd. #2211, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Nancy Meinholz |
| Location: | 1660 Renaissance Commons Blvd. #2211, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #8**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Nancy Meinholz |
| Location: | 1660 Renaissance Commons Blvd. #2211, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #9**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Nancy Meinholz |
| Location: | 1660 Renaissance Commons Blvd. #2211, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #10**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Nancy Meinholz |
| Location: | 1660 Renaissance Commons Blvd. #2211, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #11 electrical wires**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**