## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 RENAISSANCE COMMONS BLVD.  UNIT # 1502  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | CLAUDE MICHAUD | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/29/2009 | Sampler Name/Company: | Photo Range: 1-18 |

### ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | SULFUR |
|---|---|---|---|

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | BLUE LETTERS | Location Stamp Found: | BEDROOM WALL | Photo #: | 16-18 |
|---|---|---|---|---|---|
| End Tape Found: | NO | | Color of End Tape: | | |
| Comments: | BLUE LETTERS - KNAUF | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | None noted by homeowner |
|---|---|
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 4,5,6 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 3 |
| Circuit Breaker | | | ☐ Check | | | 9,10 |
| Refrigerator coils | | | ☑ Check | MODERATE | BLACK | 11 thru 15 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  YES | Describe, discoloration, color and location:  RECEPTACLE AND SWITCH- BLACK DISCOLORATION OF EXPOSED COPPER WIRE | Photo Number(s)  2,7,8 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



# Photo Mounting Sheet

Homeowner Name:   CLAUDE MICHAUD
Location:   BLDG. # 1690   UNIT # 1502
Claim Number:



**Photo # 1 FRONT OF HOUSE**



Photo Mounting Sheet

Homeowner Name:   CLAUDE MICHAUD
Location:   BLDG. # 1690   UNIT # 1502
Claim Number:



**Photo # 2 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:     CLAUDE MICHAUD
Location:                     BLDG. # 1690   UNIT # 1502
Claim Number:



**Photo # 3 HVAC- BLACK DISCOLORATION OF DISCONNECT PLUG**



Photo Mounting Sheet

Homeowner Name:   CLAUDE MICHAUD
Location:   BLDG. # 1690   UNIT # 1502
Claim Number:



**Photo # 4 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     CLAUDE MICHAUD
Location:           BLDG. # 1690   UNIT # 1502
Claim Number:



**Photo # 5 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:   CLAUDE MICHAUD
Location:               BLDG. # 1690   UNIT # 1502
Claim Number:



**Photo # 6 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:    CLAUDE MICHAUD
Location:          BLDG. # 1690   UNIT # 1502
Claim Number:



**Photo # 7 RECEPTACLE- DISCOLORATION OF EXPOSED COPPER WIRE**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | CLAUDE MICHAUD |
| Location: | BLDG. # 1690   UNIT # 1502 |
| Claim Number: | |



**Photo # 8 SWITCH- DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

Homeowner Name:     CLAUDE MICHAUD
Location:                      BLDG. # 1690   UNIT # 1502
Claim Number:



**Photo # 9 CIRCUIT BREAKER PANEL- NO DISCOLORATION**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | CLAUDE MICHAUD |
| Location: | BLDG. # 1690   UNIT # 1502 |
| Claim Number: | |

**Photo # 10 CIRCUIT BREAKER PANEL- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:   CLAUDE MICHAUD
Location:         BLDG. # 1690   UNIT # 1502
Claim Number:



**Photo # 11 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name: CLAUDE MICHAUD
Location: BLDG. # 1690   UNIT # 1502
Claim Number:



**Photo # 12 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



### Photo Mounting Sheet

Homeowner Name: CLAUDE MICHAUD
Location: BLDG. # 1690   UNIT # 1502
Claim Number:



**Photo # 13 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:   CLAUDE MICHAUD
Location:          BLDG. # 1690   UNIT # 1502
Claim Number:



**Photo # 14 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | CLAUDE MICHAUD |
| Location: | BLDG. # 1690   UNIT # 1502 |
| Claim Number: | |



**Photo # 15 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



### Photo Mounting Sheet

Homeowner Name:   CLAUDE MICHAUD
Location:   BLDG. # 1690   UNIT # 1502
Claim Number:



2009/11/29  09:46:23

Photo # 16 BLUE STAMP-  KNAUF



## Photo Mounting Sheet

Homeowner Name:   CLAUDE MICHAUD
Location:   BLDG. # 1690   UNIT # 1502
Claim Number:



2009/11/29  09:46:55

Photo # 17 BLUE STAMP-  KNAUF



# Photo Mounting Sheet

Homeowner Name:    CLAUDE MICHAUD
Location:    BLDG. # 1690   UNIT # 1502
Claim Number:



2009/11/29  09:47:11

Photo # 18 BLUE STAMP-  KNAUF

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Reanissance Commons Blvd #2205 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 12/29/2009 | Sampler Name/Company: Miller, Robert | Photo Range: | 1 thru 9 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | light sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | no stamp found | Photo #: | |
| End Tape Found: | No | | Color of End Tape: | |
| Comments: | 5 holes behind pictures stopped at owners request, furniture layout would not allow more holes |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | light | dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | No | | | #5 |
| Refrigerator coils | | | Yes | light | dark | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | | 8 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | light  discoloration on electrical wires | 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, Robert |
| Location: | 1660 Renaissance Commons Blvd #2205 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



### Photo Mounting Sheet

Homeowner Name:  Miller, Robert
Location:  1660 Renaissance Commons Blvd #2205 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, Robert |
| Location: | 1660 Renaissance Commons Blvd #2205 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, Robert |
| Location: | 1660 Renaissance Commons Blvd #2205 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

Homeowner Name:   Miller, Robert
Location:   1660 Renaissance Commons Blvd #2205 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #5 circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, Robert |
| Location: | 1660 Renaissance Commons Blvd #2205 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 refrigerator copper lines**



## Photo Mounting Sheet

Homeowner Name:   Miller, Robert
Location:   1660 Renaissance Commons Blvd #2205 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name: Miller, Robert
Location: 1660 Renaissance Commons Blvd #2205 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #8 bath faucet (typical)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, Robert |
| Location: | 1660 Renaissance Commons Blvd #2205 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 | | Front of House Photo #: 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 1/13/2011 | Sampler Name/Company: Miller, Robert | Photo Range: 1 thru 15 |

### ODOR OBSERVATIONS

| Odor Present: ☐ Check | Description of Odor: | No |
|---|---|---|

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: North  wall -master bedroom closet | Photo #: 10 to 15 |
| End Tape Found: | No | Color of End Tape: | |
| Comments: | Sample harvested from north wall of master bedroom closet | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | No |
|---|---|
| Plumbing | No |
| Light Fixtures | No |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Light | Dark | 2 |
| Electro-mechanical portion of HVAC | | | No | | | 3 |
| Circuit Breaker | | | No | | | #4 |
| Refrigerator coils | | | Yes | Light | Dark | 5 & 6 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Yes | Master bath one sink stopper and shower caddy | 7 & 8 |
| Other metallic fixtures or hardware | No | | |
| Electrical Receptacles and Switches | Yes | Kitchen switch ground wire has light discoloration | 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert Miller |
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert Miller |
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert Miller |
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert Miller |
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #4 Circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert Miller |
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #5 Refrigerator copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert Miller |
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert Miller |
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #7 Master bath sink stopper**



## Photo Mounting Sheet

Homeowner Name:     Robert Miller

Location:           1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426

Claim Number:       30325.002



**Photo #8 Master bath shower caddy**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert Miller |
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #9 Kitchen switch electrical wires**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert Miller |
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #10 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert Miller |
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #11 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert Miller |
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #12 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | Robert Miller |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #13 Drywall stamp in wall**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Robert Miller |
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #14 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | Robert Miller |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2205, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #15 Drywall stamp in wall**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2608 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey | Camera Serial: |
| Visit Date: | 11/24/2009 | Sampler Name/Company: | Photo Range: |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | light sulfur |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | Stamp not located  15 holes in wall, unable to continue due to furniture | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | unknown |
| Plumbing | unknown        Owner not present    Tenant not present |
| Light Fixtures | unknown |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | moderate | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | disconnect  heavy | black | 4 |
| Circuit Breaker | | | yes | jumper bar ends  heavy | black | #5 |
| Refrigerator coils | | | yes | copper lines  heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  bath sink drains  light corrosion | Photo Number(s)  8 & 9 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  moderate black on eletrical wires at outlet | Photo Number(s)  10 |

### (USE ADDITIONAL PAGES AS NECESSARY)



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | William and Teresa Miller |
| Location: | 1660 Renaissance Commons Blvd. #2608, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | William and Teresa Miller |
| Location: | 1660 Renaissance Commons Blvd. #2608, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

Homeowner Name: William and Teresa Miller

Location: 1660 Renaissance Commons Blvd. #2608, Boynton Beach, Fl.33426

Claim Number: 30325.002



**Photo #3 HVAC**



## Photo Mounting Sheet

| Homeowner Name: | William and Teresa Miller |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2608, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



Photo Mounting Sheet

| Homeowner Name: | William and Teresa Miller |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2608, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | William and Teresa Miller |
| Location: | 1660 Renaissance Commons Blvd. #2608, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



**Photo Mounting Sheet**

| | |
|---|---|
| Homeowner Name: | William and Teresa Miller |
| Location: | 1660 Renaissance Commons Blvd. #2608, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | William and Teresa Miller |
| Location: | 1660 Renaissance Commons Blvd. #2608, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #8 corroded sink drain**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | William and Teresa Miller |
| Location: | 1660 Renaissance Commons Blvd. #2608, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #9 corroded sink drain**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | William and Teresa Miller |
| Location: | 1660 Renaissance Commons Blvd. #2608, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #18 electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd. #2608, Boynton Beach, Fl. 32426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 1/12/2011 | Sampler Name/Company: Miller, Willaim and Teresa | Photo Range: | 1 thru 19 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Moderate |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Blue Lettering | Location Stamp Found: | North wall Master bedroom | Photo #: | 14 to 19 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | Sample harvested from opposing wall- south living room | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | coil leaks, unit freezes up coiled replaced 8/2010 |
| Plumbing | No |
| Light Fixtures | Microwave stopped working Replaced 12/10, TV quit working 7/2010 |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 3 |
| Circuit Breaker | | | Yes | Heavy on jumper bar, wires | Black | 4 & 5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>Master bath vanity faucets and sink stoppers | Photo Number(s)<br><br>8, 9, 10, 11 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>Drywall bead in Master bath | Photo Number(s)<br><br>12 |
| Electrical Receptacles and Switches | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>Hall switch wires has black corrosion | Photo Number(s)<br><br>13 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC Disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #4 Circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator copper lines**



Photo Mounting Sheet

| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #8 Master bath vanity faucet (1)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #9 Master bath vanity faucet (2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #10 Master bath sink stopper(1)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #11 Master bath sink stopper(2)**



# Photo Mounting Sheet

| Homeowner Name: | Miller, William and Teresa |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #12 Corroded drywall bead in Master bath**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #13 Hall switch electrical wires -corroded**



# Photo Mounting Sheet

| Homeowner Name: | Miller, William and Teresa |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #14 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | Miller, William and Teresa |
| --- | --- |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #15 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #16 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #17 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #18 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Miller, William and Teresa |
| Location: | 1660 Renaissance Commons Blvd #2608, Boynton Beach, Fl. 32426 |
| Claim Number: | 30325.002 |



**Photo #19 Drywall stamp in wall**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Rennaissance Commons Blvd.  Unit 2629  Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  Michael Minuto | Camera Serial: |
| Visit Date: | 11/30/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range:          1 thru 17 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | KNAUF | Location Stamp Found: | bedroom wall looking from living room     Photo #: | 2 thru 6 |
| End Tape Found: | no | Color of End Tape: | | |
| Comments: | Visual of IANJI  CHIN - blue dot marking approx 2 feet from bottom of board - Also found blue dot on back | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None |
| Plumbing | none |
| Light Fixtures | none |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 7 & 8 |
| Electro-mechanical portion of HVAC | | | yes | moderate | black | 9 |
| Circuit Breaker | | | yes | light | black | #10 |
| Refrigerator coils | | | yes | heavy | black | 11 & 12 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | 13 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s)  14 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  kitchen faucet - pitting | Photo Number(s)  15 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  outlet under kitchen bar - light black | Photo Number(s)  16 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Minuto |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2629  Boynton Beach, FL  33426 |
| Claim Number: | |



**1 - Address**



**2 – drywall marking = IAN ( of IANJI - CHIN**



## Photo Mounting Sheet

Homeowner Name:   Michael Minuto
Location:   1660 Rennaissance Commons Blvd.  Unit 2629  Boynton Beach,
FL  33426
Claim Number:



**3 – drywall marking =ANJ ( of IANJI – CHIN)**



**4 drywall marking =JI ( of IANJI – CHIN)**



# Photo Mounting Sheet

Homeowner Name:   Michael Minuto

Location:   1660 Rennaissance Commons Blvd.  Unit 2629  Boynton Beach, FL  33426

Claim Number:



**5 – drywall marking =CH  (of CHINA)**

**6 drywall marking =IN  ( of CHINA)**



## Photo Mounting Sheet

Homeowner Name:   Michael Minuto

Location:   1660 Rennaissance Commons Blvd.  Unit 2629  Boynton Beach, FL  33426

Claim Number:



7 – HVAC Coil



8 – HVAC Coil



**Photo Mounting Sheet**

| | |
|---|---|
| Homeowner Name: | Michael Minuto |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2629  Boynton Beach, FL  33426 |
| Claim Number: | |



9 – HVAC - Electromechanical



10 – circuit breaker panel



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Minuto |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2629  Boynton Beach, FL  33426 |
| Claim Number: | |



11 – refrigerator coil



12 – refrigerator coil



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Michael Minuto |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2629  Boynton Beach, FL  33426 |
| Claim Number: | |



13 – water heater



14 – bathroom mirror



## Photo Mounting Sheet

Homeowner Name:    Michael Minuto

Location:    1660 Rennaissance Commons Blvd.  Unit 2629  Boynton Beach, FL  33426

Claim Number:



15 – kitchen Faucet - pitting



16 – electrical outlet



Photo Mounting Sheet

Homeowner Name:   Michael Minuto
Location:   1660 Rennaissance Commons Blvd.  Unit 2629  Boynton Beach,
FL  33426
Claim Number:



17 – sample area behind refrigerator