**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

| GENERAL PROPERTY INFORMATION | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd., Unit 2420, Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company: Melissa Mogor | Camera Serial: |
| Visit Date: | 5/17/2010 | Sampler Name/Company: Joanie Lassiter, Bright Claim | Photo Range:    1-23 |

| ODOR OBSERVATIONS | | | | |
|---|---|---|---|---|
| Odor Present:    Check | Description of Odor: | None | | Time of Day |
| | | | | |

**Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product**

| Stamp Description: | Knauf Tian | Location Stamp Found: | Living Room | Photo #: | 4 and 5 |
|---|---|---|---|---|---|
| End Tape Found: | | | Color of End Tape: | | |
| Comments: | Photos 2 & 3 of drywall cut from walls | | | | |

| HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY | |
|---|---|
| HVAC | Unknown |
| Plumbing | Unknown |
| Light Fixtures | Unknown |

**DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY**

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | | Yes | Rust, Green Corrosion | Rust, Green | 9,10,11 |
| Electro-mechanical portion of HVAC | | | Yes | Rust, Green Corrosion | Rust, Green | 12 |
| Circuit Breaker | | | Yes | Whit Corrosion | White | 11,14,15,16 |
| Refrigerator coils | | | None | | | 6,7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | Yes | Kitchen sink, corrosion | Rust, black | 17-23 |

| OTHER DISCOLORATION INSPECCTIONS | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location:  None | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location:  None | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location:  Yes, Kitchen faucet, rust black corrosion | Photo Number(s)  19 |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location:  None | Photo Number(s)  8 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

Homeowner Name:  Melissa Mogor

Location:  1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426

Claim Number:



**1.  Address Photograph**

PDF created with pdfFactory trial version www.pdffactory.com.au



Photo Mounting Sheet

| Homeowner Name: | Melissa Mogor |
| Location: | 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426 |
| Claim Number: | |



**2.  Drywall torn down**

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Melissa Mogor |
| Location: | 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426 |
| Claim Number: | |



**3.  Drywall torn down**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

| Homeowner Name: | Melissa Mogor |
| --- | --- |
| Location: | 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426 |
| Claim Number: | |



**4.  Stamp in wall still in tact**

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

Homeowner Name: Melissa Mogor

Location: 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426

Claim Number:



**5.  Stamp in wall still in tact**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Melissa Mogor |
| Location: | 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426 |
| Claim Number: | |



**6.  Refrigerator Coils**

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Melissa Mogor |
| Location: | 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426 |
| Claim Number: | |



**7.  Refrigerator Compressor**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

Homeowner Name: Melissa Mogor

Location: 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426

Claim Number:



**8.  Electrical Wires at Outlet**



## Photo Mounting Sheet

Homeowner Name: Melissa Mogor

Location: 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426

Claim Number:



**9.  HVAC**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Melissa Mogor |
| Location: | 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426 |
| Claim Number: | |



**10. HVAC**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Melissa Mogor |
| Location: | 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426 |
| Claim Number: | |



**11. HVAC**

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Melissa Mogor |
| Location: | 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426 |
| Claim Number: | |



PDF created with pdfFactory trial version www.pdffactory.com.au



Photo Mounting Sheet

Homeowner Name: Melissa Mogor
Location: 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426

Claim Number:



**12. HVAC**

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

Homeowner Name: Melissa Mogor

Location: 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426

Claim Number:



**13. HVAC**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

Homeowner Name: Melissa Mogor

Location: 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426

Claim Number:



**14. Breaker Panel**

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

Homeowner Name: Melissa Mogor

Location: 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426

Claim Number:



**15. Breaker Panel**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Melissa Mogor |
| Location: | 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426 |
| Claim Number: | |



**16. Breaker Panel**

PDF created with pdfFactory trial version www.pdffactory.com.au



Photo Mounting Sheet

Homeowner Name:    Melissa Mogor
Location:          1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL
                   33426
Claim Number:



**17. Hot Water Heater**

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

Homeowner Name: Melissa Mogor
Location: 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426

Claim Number:



18. Kitchen Sink

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

Homeowner Name: Melissa Mogor
Location: 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426

Claim Number:



19. Kitchen Sink

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

Homeowner Name: Melissa Mogor
Location: 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426

Claim Number:



20. Under Kitchen Sink

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

Homeowner Name: Melissa Mogor
Location: 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426

Claim Number:



21. Bathroom Sink

PDF created with pdfFactory trial version www.pdffactory.com.au



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Melissa Mogor |
| Location: | 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426 |
| Claim Number: | |



22.  Bathroom Fixture

PDF created with pdfFactory trial version www.pdffactory.com.au



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Melissa Mogor |
| Location: | 1660 Renaissance Commons Blvd., Unit 1127, Boynton Beach, FL 33426 |
| Claim Number: | |



23. Bathroom

PDF created with pdfFactory trial version www.pdffactory.com.au

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

| GENERAL PROPERTY INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd. #1308, Boynton Beach, FL 33426 | | | | Front of House Photo #: | 1 |
| Address ID: | | | Sampler Name/Company:  Carlos And Margarita Molina | | Camera Serial: | |
| Visit Date: | 10/28/2009 | | Sampler Name/Company: Patrick Toohey/BrightClaim | | Photo Range: | 1-14 |

| ODOR OBSERVATIONS | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Pungent sulfuric odor. Attempted to get stamp but was unsuccessful after 6 attempts. Can return to further attempt to find stamp. |

| HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

**DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY**

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Black | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | |
| Circuit Breaker | | | Yes | Discoloration on Jumper Bar | Black | 11 & 12 |
| Refrigerator coils | | | Yes | Black | Black | 13 & 14 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | Yes | Black | Black | 9 |

**OTHER DISCOLORATION INSPECCTIONS**

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Faucets in both bathrooms and kitchen are showing corrosion. | Photo Number(s)  4, 6, 7 & 8 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Vanity door knob corroded | Photo Number(s)  5 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Wiring at electrical devises has blackened. | Photo Number(s)  10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



# Photo Mounting Sheet

Homeowner Name:     Carlos and Margarita Molina
Location:                      1690 Renaissance Commons #1308, Boynton Beach, Fl 33426
Claim Number:



**Photo #1 Address Photograph**

**Structure Photo**



## Photo Mounting Sheet

Homeowner Name:   Carlos and Margarita Molina
Location:         1690 Renaissance Commons #1308, Boynton Beach, Fl 33426
Claim Number:



**photo #2 Air handler copper lines**



## Photo Mounting Sheet

Homeowner Name:    Carlos and Margarita Molina
Location:    1690 Renaissance Commons #1308, Boynton Beach, Fl 33426
Claim Number:



**photo#3 Air handler coils**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Carlos and Margarita Molina |
| Location: | 1690 Renaissance Commons #1308, Boynton Beach, Fl 33426 |
| Claim Number: | |



**photo #4 corroded
faucet**



### Photo Mounting Sheet

Homeowner Name:   Carlos and Margarita Molina
Location:              1690 Renaissance Commons #1308, Boynton Beach, Fl 33426
Claim Number:



**Photo #5 Corroded vanity
knob**



# Photo Mounting Sheet

Homeowner Name:  Carlos and Margarita Molina
Location:  1690 Renaissance Commons #1308, Boynton Beach, Fl 33426
Claim Number:



**Photo #6 2ⁿᵈ corroded
faucet**



# Photo Mounting Sheet

Homeowner Name:  Carlos and Margarita Molina
Location:              1690 Renaissance Commons #1308, Boynton Beach, Fl 33426
Claim Number:



**Photo #7 Corroded shower valve**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Carlos and Margarita Molina |
| Location: | 1690 Renaissance Commons #1308, Boynton Beach, Fl 33426 |
| Claim Number: | |



**Photo #8 Corroded kitchen faucet**



# Photo Mounting Sheet

Homeowner Name:  Carlos and Margarita Molina
Location:        1690 Renaissance Commons #1308, Boynton Beach, Fl 33426
Claim Number:



**photo #9 discoloration on kitchen sink plumbing connections**



Photo Mounting Sheet

Homeowner Name:   Carlos and Margarita Molina
Location:              1690 Renaissance Commons #1308, Boynton Beach, Fl 33426
Claim Number:



**photo #10 blackened electrical wires**



# Photo Mounting Sheet

Homeowner Name:  Carlos and Margarita Molina
Location:        1690 Renaissance Commons #1308, Boynton Beach, Fl 33426
Claim Number:



**Photo #11 Copper jumper bar is blackened**



# Photo Mounting Sheet

Homeowner Name:   Carlos and Margarita Molina
Location:                  1690 Renaissance Commons #1308, Boynton Beach, Fl 33426
Claim Number:



**overview of electrical panel**



# Photo Mounting Sheet

Homeowner Name:    Carlos and Margarita Molina
Location:               1690 Renaissance Commons #1308, Boynton Beach, Fl 33426
Claim Number:



**photo #13 copper refrigerator lines are blackened**



# Photo Mounting Sheet

Homeowner Name:     Carlos and Margarita Molina
Location:                    1690 Renaissance Commons #1308, Boynton Beach, Fl 33426
Claim Number:



**Photo #14 Refrigerator copper lines and coil**

**Enter Caption**



# Photo Mounting Sheet

Homeowner Name: **Carlos and Margarita Molina**

Location: 1690 Renaissance Commons Blvd. #1308, Boynton Beach, Fl.33426

Claim Number:



**Photo #1**



# Photo Mounting Sheet

Homeowner Name:    Carlos and Margarita Molina

Location:    1690 Renaissance Commons Blvd. #1308, Boynton Beach, Fl.33426

Claim Number:



Photo

**Photo #2 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Carlos and Margarita Molina

Location:   1690 Renaissance Commons Blvd. #1308, Boynton Beach, Fl.33426

Claim Number:



**Caption**

**Photo #3 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Carlos and Margarita Molina

Location:   1690 Renaissance Commons Blvd. #1308, Boynton Beach, Fl.33426

Claim Number:



**Caption**

**Photo #4 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   **Carlos and Margarita Molina**

Location:   1690 Renaissance Commons Blvd. #1308, Boynton Beach, Fl.33426

Claim Number:



**Caption**

**Photo #5 Drywall stamp**



## Photo Mounting Sheet

Homeowner Name:     Carlos and Margarita Molina

Location:                      1690 Renaissance Commons Blvd. #1308, Boynton Beach,
                                     Fl.33426

Claim Number:



**Caption**

**Photo #6 Drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Carlos and Margarita Molina

Location: 1690 Renaissance Commons Blvd. #1308, Boynton Beach, Fl.33426

Claim Number:



**Caption**

**Photo #7 Drywall stamp**



# Photo Mounting Sheet

| Homeowner Name: | Carlos and Margarita Molina |
|---|---|
| Location: | 1690 Renaissance Commons Blvd. #1308, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Caption**

| Photo #8 Drywall stamp |
|---|
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Rennaissance Commons Blvd.  Unit 2623  Boynton Beach, FL  33426 | | Front of House Photo #: | |
| Address ID: | 1 | Sampler Name/Company:  Brian Murray | Camera Serial: | |
| Visit Date: | 11/21/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range: | 1 thru 18 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | strong sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | KNAUF | Location Stamp Found: | second bedoom wall looking from living ro | Photo #: | 2 thru 6 |
| End Tape Found: | no | | Color of End Tape: | |
| Comments: | blue dot KNAUF found apprx 2 feet from floor | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | NO - currently broken at time of inspection |
| **Plumbing** | none |
| **Light Fixtures** | none - microwave has had two panels fail |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 7 & 8 |
| Electro-mechanical portion of HVAC | | | yes | moderate | black | 9 |
| Circuit Breaker | | | yes | heavy | black | #10 |
| Refrigerator coils | | | yes | heavy | black | 11 & 12 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | no | | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Yes | hall bath bottom of mirror is black | 14 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? Yes | hall bath has 2 faucets and master bath faucet has pitting | 13 & 15 |
| Other metallic fixtures or hardware | Discoloration/Residue? Yes | corner bead on fur down in master bath has rust | 16 |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | master bedroom entry - moderate black | 17 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:   Brian Murray

Location:   1660 Rennaissance Commons Blvd.  Unit 2623  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall marking – K (of KNAUF)**



## Photo Mounting Sheet

Homeowner Name: Brian Murray
Location: 1660 Rennaissance Commons Blvd. Unit 2623 Boynton Beach, FL 33426
Claim Number:



**3 – drywall marking N (of KNAUF)**



**4 – drywall stamp – AU (of KNAUF)**



# Photo Mounting Sheet

Homeowner Name: **Brian Murray**
Location: 1660 Rennaissance Commons Blvd.  Unit 2623  Boynton Beach, FL  33426
Claim Number:



5 –  AUF (of KNAUF)



6  -drywall marking



### Photo Mounting Sheet

Homeowner Name:   Brian Murray

Location:   1660 Rennaissance Commons Blvd.  Unit 2623  Boynton Beach, FL  33426

Claim Number:



7 – HVAC coil



8 – HVAC coil

 **Photo Mounting Sheet**

Homeowner Name:   Brian Murray
Location:   1660 Rennaissance Commons Blvd.  Unit 2623  Boynton Beach, FL  33426
Claim Number:



9 – HVAC electromechanical



10 – circuit breaker



## Photo Mounting Sheet

Homeowner Name:   Brian Murray
Location:   1660 Rennaissance Commons Blvd.  Unit 2623  Boynton Beach, FL  33426
Claim Number:



11 – refrigerator coil



12 – refrigerator coil



## Photo Mounting Sheet

Homeowner Name:   Brian Murray

Location:   1660 Rennaissance Commons Blvd.  Unit 2623  Boynton Beach, FL  33426

Claim Number:



13 – master bath vanity faucet - pitting



14 – hall bath mirror – bottom



Photo Mounting Sheet

Homeowner Name:   Brian Murray
Location:              1660 Rennaissance Commons Blvd.  Unit 2623  Boynton Beach,
                          FL  33426
Claim Number:



15 – master bath vanity faucet - pitting

16 – master bath corner bead at fur down- rust



# Photo Mounting Sheet

Homeowner Name:    Brian Murray
Location:    1660 Rennaissance Commons Blvd.  Unit 2623  Boynton Beach, FL  33426
Claim Number:



**17 = electrical outlet – master bedroom entry**



**18 – sample area behind refrigerator**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd # 2415 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 11/22/2009 | Sampler Name/Company: | Photo Range: 1 thru 14 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Light sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: North wall 2nd bedroom | Photo #: 14 |
| End Tape Found: | No | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Repaired 3 weeks ago - not cooling  Not replaced |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | | Light | Dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | No | | | #5 |
| Refrigerator coils | | | Yes | moderate  copper | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>1 bath faucet  light corrosion | Photo Number(s)<br>8 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?<br>No | Describe, discoloration, color and location: | Photo Number(s)<br>9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Paul and Lois Murray |
| Location: | 1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo #1



# Photo Mounting Sheet

Homeowner Name: Paul and Lois Murray
Location: 1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426
Claim Number: 30325.002



Photo #2 HVAC copper lines



# Photo Mounting Sheet

Homeowner Name:    Paul and Lois Murray
Location:    1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426
Claim Number:    30325.002



of Photo #3

**HVAC**



# Photo Mounting Sheet

Homeowner Name:   Paul and Lois Murray
Location:   1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426
Claim Number:   30325.002



Photo #4 HVAC disconnect



# Photo Mounting Sheet

Homeowner Name:    Paul and Lois Murray
Location:                   1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426
Claim Number:          30325.002



Photo # 5 Circuit Breaker



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Paul and Lois Murray |
| Location: | 1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo # 6 Refrigerator



## Photo Mounting Sheet

Homeowner Name:    Paul and Lois Murray

Location:    1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426

Claim Number:    30325.002



of Photo #7

Refrigerator



## Photo Mounting Sheet

Homeowner Name:   Paul and Lois Murray
Location:              1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426
Claim Number:       30325.002



of

DeteriorationPhoto #8 Bath Faucet



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Paul and Lois Murray |
| Location: | 1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo #9 Electrical wires at outlet



### Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Paul and Lois Murray |
| Location: | 1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photographs

Photo #10 Drywall stamp



## Photo Mounting Sheet

Homeowner Name: Paul and Lois Murray
Location: 1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426
Claim Number: 30325.002



Photographs

Photo #11 Drywall stamp



# Photo Mounting Sheet

| Homeowner Name: | Paul and Lois Murray |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photographs

Photo #12 Drywall stamp



# Photo Mounting Sheet

Homeowner Name:    Paul and Lois Murray
Location:    1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426
Claim Number:    30325.002



Photographs

Photo #13 Drywall stamp



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Paul and Lois Murray |
| Location: | 1660 Renaissance Commons Blvd #2415 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photographs

Photo #14 Drywall stamp

Other Photographs

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| Address: | 1690 renaissance Commons Blvd #1522 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
|---|---|---|---|---|
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 11/22/2009 | Sampler Name/Company: | Photo Range: | 1 thru 15 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | Moderate  sulfur |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | Blue lettering | Location Stamp Found: | west wall living room | Photo #: | 10 to 15 |
|---|---|---|---|---|---|
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | No |
|---|---|
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | disconnect | black | 4 |
| Circuit Breaker | | | yes | heavy  jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  cornerbead is rusted in masterbath | Photo Number(s)  8 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  electrical wres at outlet   heavy | Photo Number(s)  9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Paul Murray |
| Location: | 1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo #1



# Photo Mounting Sheet

Homeowner Name:    Paul Murray
Location:    1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426
Claim Number:    30325.002



PHOTO #2 HVAC copper lines



# Photo Mounting Sheet

Homeowner Name:   Paul Murray
Location:   1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Paul Murray |
| Location: | 1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo #4 HVAC disconnect



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Paul Murray |
| Location: | 1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo # 5 Circuit Breaker



## Photo Mounting Sheet

Homeowner Name:     Paul Murray
Location:                     1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426
Claim Number:             30325.002



– Photo #6

Refrigerator



## Photo Mounting Sheet

Homeowner Name:   Paul Murray
Location:   1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426
Claim Number:   30325.002



Photo #7 Refrigerator



## Photo Mounting Sheet

Homeowner Name:     Paul Murray
Location:                    1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426
Claim Number:          30325.002



Photo #8 rusted cornerbead



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Paul Murray |
| Location: | 1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo #9 electrical wires at outlet



# Photo Mounting Sheet

Homeowner Name:  Paul Murray
Location:  1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426
Claim Number:  30325.002



Photograph
s

Photo #10 Drywall stamp



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Paul Murray |
| Location: | 1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo #11 Drywall stamp



# Photo Mounting Sheet

Homeowner Name:   Paul Murray
Location:          1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426
Claim Number:      30325.002



Photo #12 Drywall stamp



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Paul Murray |
| Location: | 1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo #13 Drywall stamp



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Paul Murray |
| Location: | 1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



hotographsPhoto #14 Drywall stamp



# Photo Mounting Sheet

Homeowner Name:   Paul Murray
Location:   1690 Renaissance Commons Blvd #1522 Boynton Beach Fl 33426
Claim Number:   30325.002



Photo #15 Drywall stamp