**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1215, Boynton Beach, Fl. 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company:  Patrick Toohey / Brightclaim | Camera Serial: | 1 to 17 |
| Visit Date: | 7/30/2010 | Sampler Name/Company:  A.M. and Lois Okailly | Photo Range: | |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ✓ Check | Description of Odor: | Heavy sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Black Lettering | Location Stamp Found: | North M. Bedroom Wall | Photo #: | 14 to 17 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | Not cooling |
| **Plumbing** | No |
| **Light Fixtures** | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 |
| Electro-mechanical portion of HVAC | Yes | Yes | Yes | Heavy | Black | 3 |
| Circuit Breaker | | | Yes | Heavy on Jumper Bar | Black | #4 |
| Refrigerator coils | | | Yes | Heavy | Black | 5 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Yes | Hall bath Faucet and sink stopper , M. Bath 2 faucets and stoppers, and shower head | 6 to 12 |
| Other metallic fixtures or hardware | No | | |
| Electrical Receptacles and Switches | Yes | Heavy black on electrical wires kitchen outlet | 13 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo**

**#1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo**

**#2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo**

**#3 HVAC Disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #4 Circuit Breaker Jumper bar ends corroded**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #5 Refrigerator Copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #6 Hall bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo**

**#7 Hall Bath sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #8 Master bath faucet (1 of 2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #9 Master bath faucet (2of2)**



# Photo Mounting Sheet

Homeowner Name: A.M. and Lois Okailly
Location: 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426
Claim Number: 30325.002



**Photo #10 Master bath sink stopper (1of2)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #11 Master bath sink stopper (2of2)**



# Photo Mounting Sheet

| Homeowner Name: | A.M. and Lois Okailly |
|---|---|
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #12 Master bath shower head**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #13 Electrical wires at outlet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #14 Drywall stamp**



# Photo Mounting Sheet

| Homeowner Name: | A.M. and Lois Okailly |
|---|---|
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



**Photo #15 Drywall stamp**



## Photo Mounting Sheet

Homeowner Name: A.M. and Lois Okailly

Location: 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426

Claim Number: 30325.002



**Photo # 16 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | A.M. and Lois Okailly |
| Location: | 1690 Renaissance Commons Blvd. #1215, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |



Enter

**Photo # 17 Drywall stamp**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/28/2009 | Sampler Name/Company: Okaily, Rhoda and Aly | Photo Range: | 1 thru 14 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | heavy sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Thermostat replaced   January 2009 |
| Plumbing | Garbage disposal replaced  May 2009 |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper bend | U-Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 4 |
| Circuit Breaker | | | Yes | Light on jumper bar | Dark | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>2 Bath Faucets, 3 Sink drains | Photo Number(s)<br>8 thru 12 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>Rusted cornerbead | Photo Number(s)<br>13 |
| Electrical Receptacles and Switches | Discoloration/Residue?<br>Yes | Describe, discoloration, color and location:<br>Heavy , on electrical wires  Black | Photo Number(s)<br>14 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Okaily, Rhoda and Aly |
| Location: | 1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Okaily, Rhoda and Aly |
| Location: | 1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Okaily, Rhoda and Aly |
| Location: | 1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Okaily, Rhoda and Aly |
| Location: | 1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Okaily, Rhoda and Aly |
| Location: | 1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Okaily, Rhoda and Aly |
| Location: | 1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Okaily, Rhoda and Aly |
| Location: | 1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Okaily, Rhoda and Aly |
| Location: | 1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 bath faucet**



# Photo Mounting Sheet

Homeowner Name:    Okaily, Rhoda and Aly
Location:    1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #9 bath faucet**



Photo Mounting Sheet

Homeowner Name:   Okaily, Rhoda and Aly
Location:              1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo #10 sink stopper corroded**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Okaily, Rhoda and Aly |
| Location: | 1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 sink stopper corroded**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Okaily, Rhoda and Aly |
| Location: | 1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #12 sink stopper corroded**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Okaily, Rhoda and Aly |
| Location: | 1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #13 rusted cornerbead**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Okaily, Rhoda and Aly |
| Location: | 1412 Renaissance Commons Blvd #1412 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #14 electrical wires at outlet**

**Enter Caption**

**Enter Caption**



Photo Mounting Sheet

Homeowner Name:   Rhoda & Aly Okaily
Location:              1690 Rennaissance Commons Blvd.  Unit 1412  Boynton Beach,
                         FL  33426
Claim Number:



**1 - Address**



**2 – drywall marking – 4feetx12fe (of 4feetx12feetx1/2inch)**



## Photo Mounting Sheet

Homeowner Name:   Rhoda & Aly Okaily
Location:         1690 Rennaissance Commons Blvd.  Unit 1412  Boynton Beach,
                  FL  33426
Claim Number:



**3 – drywall marking tx1/2inch (of 4feetx12feetx1/2inch)**



**4 drywall marking -**



# Photo Mounting Sheet

Homeowner Name:   Rhoda & Aly Okaily

Location:   1690 Rennaissance Commons Blvd.  Unit 1412  Boynton Beach, FL  33426

Claim Number:



5 – drywall joint and tape

6

7 –

8 –

9 –

10 –

11 –

12 –

13 –

14 -

15 -

16 –

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 RENAISSANCE COMMONS BLVD.  UNIT # 1417  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | OVICHER, JOSEPH & CELINE | Sampler Name/Company:  ALLEN COTTON-BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/22/2009 | Sampler Name/Company: | Photo Range: |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | No odors evident |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | BLUE DOT LETTERS | Location Stamp Found: | BEDROOM WALL | Photo #: | 11,12,13,14 |
| End Tape Found: | NO | | Color of End Tape: | | |
| Comments: | BLUE DOT LETTERS FOUND - N A U F | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | √ | √ | √ | SEVERE | BLACK | 2,3,5 |
| Electro-mechanical portion of HVAC | √ | √ | √ | SEVERE | BLACK | 4 |
| Circuit Breaker | | | | | | 6 |
| Refrigerator coils | | | √ | SEVERE | BLACK | 7,8,9,10 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  NO | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  NO | Describe, discoloration, color and location: | Photo Number(s) |

**(USE ADDITIONAL PAGES AS NECESSARY)**

### ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



## Photo Mounting Sheet

Homeowner Name:    OVICHER, JOSEPH & CELINE
Location:    1690 RENAISSANCE COMMONS BLVD. UNIT # 1417
Claim Number:



**Photo # 1 FRONT OF UNIT**



## Photo Mounting Sheet

Homeowner Name:   OVICHER, JOSEPH & CELINE
Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1417
Claim Number:

**Photo # 2 HVAC- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**



# Photo Mounting Sheet

Homeowner Name:    OVICHER, JOSEPH & CELINE
Location:    1690 RENAISSANCE COMMONS BLVD. UNIT # 1417
Claim Number:



**Photo # 3 HVAC- BLACK DISCOLORATION OF COPPER U-BENDS**



# Photo Mounting Sheet

Homeowner Name:    OVICHER, JOSEPH & CELINE

Location:    1690 RENAISSANCE COMMONS BLVD. UNIT # 1417

Claim Number:



**Photo # 4 HVAC- BLACK DISCOLORATION OF DISCONNECT PLUG**



# Photo Mounting Sheet

Homeowner Name:  OVICHER, JOSEPH & CELINE
Location:  1690 RENAISSANCE COMMONS BLVD. UNIT # 1417
Claim Number:



**Photo # 5 HVAC-SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   OVICHER, JOSEPH & CELINE
Location:                  1690 RENAISSANCE COMMONS BLVD. UNIT # 1417
Claim Number:



**Photo # 6 CIRCUIT BREAKER- NO DISCOLORATION VISIBLE**



# Photo Mounting Sheet

Homeowner Name: OVICHER, JOSEPH & CELINE

Location: 1690 RENAISSANCE COMMONS BLVD. UNIT # 1417

Claim Number:



**Photo # 7 REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name: OVICHER, JOSEPH & CELINE
Location: 1690 RENAISSANCE COMMONS BLVD. UNIT # 1417
Claim Number:



**Photo # 8 REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:  OVICHER, JOSEPH & CELINE
Location:  1690 RENAISSANCE COMMONS BLVD. UNIT # 1417
Claim Number:



**Photo # 9 REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name: OVICHER, JOSEPH & CELINE
Location: 1690 RENAISSANCE COMMONS BLVD. UNIT # 1417
Claim Number:



**Photo # 10 REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:   OVICHER, JOSEPH & CELINE
Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1417
Claim Number:



2009/11/22 00:17:06

**Photo # 11 BLUE DOT LETTERING -  N**



## Photo Mounting Sheet

Homeowner Name: OVICHER, JOSEPH & CELINE
Location: 1690 RENAISSANCE COMMONS BLVD. UNIT # 1417
Claim Number:



2009/11/22  00:17:14

**Photo # 12 BLUE DOT LETTERING - A**



## Photo Mounting Sheet

Homeowner Name: OVICHER, JOSEPH & CELINE
Location: 1690 RENAISSANCE COMMONS BLVD. UNIT # 1417
Claim Number:



2009/11/22 00:18:29

**Photo # 13 BLUE DOT LETTERING - U**



# Photo Mounting Sheet

Homeowner Name:   OVICHER, JOSEPH & CELINE
Location:   1690 RENAISSANCE COMMONS BLVD. UNIT # 1417
Claim Number:



2009/11/22 00:18:49

**Photo # 14 BLUE DOT LETTERING -  F**