## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 RENAISSANCE COMMONS BLVD.  UNIT # 2528  BOYNTON BEACH  FL  33426 | | Front of House Photo #: | 1 |
| Address ID: | Frank Panico | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/23/2009 | Sampler Name/Company: | Photo Range: |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | No odors evident |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | blue dot lettering | Location Stamp Found: | bedroom wall | Photo #: | 18 - 22 |
| End Tape Found: | no | Color of End Tape: | | |
| Comments: | blue dot lettering - CHINA | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 3,4,5,6,7 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 2 |
| Circuit Breaker | | | ☑ Check | MODERATE | BLACK | 12,13 |
| Refrigerator coils | | | ☑ Check | SEVERE | BLACK | 14 - 17 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  YES | Visible black spotting and discoloration of bathroom faucets and towel bar | 8,9,10 |
| Other metallic fixtures or hardware | Discoloration/Residue?  NO | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Receptacles found to have noticable black discoloration of exposed copper wire. | 11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



## Photo Mounting Sheet

Homeowner Name:     FRANK PANICO
Location:           1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 1 FRONT OF HOUSE**



# Photo Mounting Sheet

Homeowner Name:     FRANK PANICO
Location:           1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 2 HVAC- BLACK DISCOLORATION OF HVAC DISCONNECT PLUG**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | FRANK PANICO |
| Location: | 1660 RENAISSANCE COMMONS BLVD. # 2528 |
| Claim Number: | |



**Photo # 3 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**



# Photo Mounting Sheet

Homeowner Name:     FRANK PANICO
Location:                       1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 4 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER U-BENDS**



Photo Mounting Sheet

Homeowner Name:    FRANK PANICO
Location:                   1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 5 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER U-BENDS**



# Photo Mounting Sheet

Homeowner Name:   FRANK PANICO
Location:   1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 6 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**



# Photo Mounting Sheet

Homeowner Name:  FRANK PANICO
Location:  1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 7 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:     FRANK PANICO
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 8 BATHROOM FAUCET-BLACK DISCOLORATION AND SPOTTING**



# Photo Mounting Sheet

Homeowner Name:   FRANK PANICO

Location:   1660 RENAISSANCE COMMONS BLVD. # 2528

Claim Number:



**Photo # 9 BATHROOM FAUCET-BLACK DISCOLORATION AND SPOTTING**



# Photo Mounting Sheet

Homeowner Name:    FRANK PANICO
Location:                    1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 10 TOWEL BAR- BLACK DISCOLORATION AND SPOTTING**



## Photo Mounting Sheet

Homeowner Name:     FRANK PANICO
Location:     1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 11ELECTRICAL RECEPTACLE- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



Photo Mounting Sheet

Homeowner Name:     FRANK PANICO
Location:                    1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 12 CIRCUIT BREAKER**



## Photo Mounting Sheet

Homeowner Name:     FRANK PANICO
Location:                     1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 13 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name:   FRANK PANICO

Location:   1660 RENAISSANCE COMMONS BLVD. # 2528

Claim Number:



**Photo # 14 REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:    FRANK PANICO
Location:    1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 15 REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     FRANK PANICO
Location:           1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



Photo # 16 **REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   FRANK PANICO
Location:   1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



Photo # 17 **REFRIGERATOR- SEVERE BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:     FRANK PANICO
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 18 BLUE DOT MARKING-  C**



# Photo Mounting Sheet

Homeowner Name:   FRANK PANICO
Location:   1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



2009/11/22  22:15:08

**Photo # 19 BLUE DOT MARKING-  H**



## Photo Mounting Sheet

Homeowner Name:   FRANK PANICO
Location:         1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



**Photo # 20 BLUE DOT MARKING-  I**



## Photo Mounting Sheet

Homeowner Name:   FRANK PANICO
Location:   1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



2009/11/22  22:16:03

**Photo # 21 BLUE DOT MARKING-  N**



# Photo Mounting Sheet

Homeowner Name: FRANK PANICO
Location: 1660 RENAISSANCE COMMONS BLVD. # 2528
Claim Number:



2009/11/22  23:34:30

**Photo # 22 BLUE DOT MARKING-  A**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1420 Boynton Beach, Fl. 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company:  Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 8/24/2010 | Sampler Name/Company:  Penzimer, Marilyn | Photo Range: | 1 thru 19 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ✓ Check | Description of Odor: | moderate sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: | North wall master bedroom | Photo #: | 16 to 19 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 3 |
| Circuit Breaker | | | Yes | Heavy on jumper bar | Black | #4 |
| Refrigerator coils | | | Yes | Heavy | Black | 5 & 6 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPPECCTIONS

| | | | | |
|---|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Master bath faucets and stoppers, M. bath light bar, hall bath faucet and shower valve- corroded | | Photo Number(s)  7 to 13 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Drywall bead in master bath | | Photo Number(s)  14 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Master bath outlet electrical wires | | Photo Number(s)  15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marilyn Penzimer |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| Homeowner Name: | Marilyn Penzimer |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Marilyn Penzimer** |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marilyn Penzimer |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #4 Circuit breaker jumper bar ends discolored**



# Photo Mounting Sheet

| Homeowner Name: | Marilyn Penzimer |
|---|---|
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #5 refrigerator copper lines**



Photo Mounting Sheet

| Homeowner Name: | Marilyn Penzimer |
|---|---|
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 refrigerator copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Marilyn Penzimer** |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #7 Master bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marilyn Penzimer |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #8 Master bath faucet #2**



# Photo Mounting Sheet

| Homeowner Name: | Marilyn Penzimer |
| --- | --- |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #9 sink stopper master bath**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marilyn Penzimer |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #10 sink stopper #2 master bath**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marilyn Penzimer |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #11 Master bath light bar**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Marilyn Penzimer** |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #12 hall bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marilyn Penzimer |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #13 hall bath shower valve**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marilyn Penzimer |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #14 master bath drywall corner bead**



Photo Mounting Sheet

Homeowner Name:     Marilyn Penzimer
Location:           1690 Renaissance Commons Blvd. #1420 Boynton Beach,
                    Fl.33426
Claim Number:       30325.002



**Caption Photo #15 electrical outlet wires in master bath**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marilyn Penzimer |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #16 drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marilyn Penzimer |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #17 drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marilyn Penzimer |
| Location: | 1690 Renaissance Commons Blvd. #1420 Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #18 drywall stamp in wall**



# Photo Mounting Sheet

Homeowner Name:   **Marilyn Penzimer**

Location:   1690 Renaissance Commons Blvd. #1420 Boynton Beach,
Fl.33426

Claim Number:   30325.002



**Caption**

**Photo #19 drywall stamp in wall**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

| GENERAL PROPERTY INFORMATION | | | | |
|---|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd  Unit 1211  Boynton Beach, FL  33426 | | Front of House Photo #: | 1 |
| Address ID: | Sampler Name/Company:     Joel Pereco | | Camera Serial: | |
| Visit Date: | Sampler Name/Company:     Guy Sumlin/ Briteclaims  10/28/09 | | Photo Range:     1 thru 10 | |

| ODOR OBSERVATIONS | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Lite musty odor |

| HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY | |
|---|---|
| **HVAC** | Not Available |
| **Plumbing** | Not Available |
| **Light Fixtures** | Not Available |

**DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY**

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | X | X | Yes | heavy | black | 3 & 4 |
| Electro-mechanical portion of HVAC | | | No | | | 5 |
| Circuit Breaker | | | Yes | Lite | black | 6 |
| Refrigerator coils | | | yes | Lite | black | 7 & 8 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

**OTHER DISCOLORATION INSPECTIONS**

| Part | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | spotty black on hollywood lite fixture in bathroom | 10 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | lite rust color on ground and screws | 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

Homeowner Name:  Joel Pereca
Location:  1690 Rennaissance Commons Blvd  Unit 1211  Boynton Beach, FL
Claim Number:



**Address Photograph – Photo #1**



**Structure Photo – Photo #2**



**HVAC coils – Photo #3**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Joel Pereca |
| Location: | 1690 Rennaissance Commons Blvd  Unit 1211  Boynton Beach, FL |
| Claim Number: | |



**HVAC coils – Photo #4**



**HVAC electro mechanical – Photo #5**



**Circuit breaker – Photo #6**



## Photo Mounting Sheet

Homeowner Name:   Joel Pereca
Location:         1690 Rennaissance Commons Blvd  Unit 1211  Boynton Beach, FL
Claim Number:



**Refrigerator coil – Photo #7**



**Refrigerator coil – Photo #8**



**Receptacle – under kitchen bar in living room – Photo #9**



# Photo Mounting Sheet

Homeowner Name:  Joel Pereca
Location:               1690 Rennaissance Commons Blvd  Unit 1211  Boynton Beach, FL
Claim Number:



10/28/2009

**Hollywood lights in bathroom – Photo #10**



# Photo Mounting Sheet

Homeowner Name:  Joel Pereca

Location:  1690 Rennaissance Commons Blvd.  Unit 1211  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall marking -  Drywall approx 8 inches from edge of board**



# Photo Mounting Sheet

Homeowner Name:     Joel Pereca

Location:     1690 Rennaissance Commons Blvd.  Unit 1211  Boynton Beach, FL  33426

Claim Number:



**3 – drywall marking – black numbers approx 8 inches from edge of board**



**4 – drywall marking – this set if to right of prior photo numbers**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Rennaissance Commons Blvd.  Unit 2308  Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  Ann & John Piccolo | Camera Serial: |
| Visit Date: | 11/19/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range:      1 thru 20 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | CHINA - ASTM 36 | Location Stamp Found: | living room wall against second bedroom  Photo #: | 2 thru 9 |
| End Tape Found: | Yes | | Color of End Tape: | blue |
| Comments: | Blue dot writing at appears to match KNAUF.  Also found a series of numbers  - see photo | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 10 & 11 |
| Electro-mechanical portion of HVAC | | | yes | moderate | black | 12 |
| Circuit Breaker | | | yes | heavy | black | #13 |
| Refrigerator coils | | | yes | heavy | black | 14 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | 16 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | | |
|---|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  Yes | Describe, discoloration, color and location:  hall bath at top of mirror | | Photo Number(s)  15 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  master shower head - pitting | | Photo Number(s)  18 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  master bath corner bead at fur down - rust | | Photo Number(s)  17 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  heavy black - dining room outlet under kitchen bar | | Photo Number(s)  19 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name: Ann & John Piccolo

Location: 1660 Rennaissance Commons Blvd.  Unit 2308  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall marking CH  (in CHINA –ASTM 36)**



## Photo Mounting Sheet

Homeowner Name:  Ann & John Piccolo
Location:  1660 Rennaissance Commons Blvd.  Unit 2308  Boynton Beach, FL  33426
Claim Number:



**3 – drywall marking IN  (in CHINA –ASTM 36)**



**4 drywall marking A- (in CHINA –ASTM 36)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ann & John Piccolo |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2308  Boynton Beach, FL  33426 |
| Claim Number: | |



5 – drywall marking – AS (**in CHINA –ASTM 36**)



6 drywall marking – STM (**in CHINA –ASTM 36**)



Photo Mounting Sheet

Homeowner Name: Ann & John Piccolo
Location: 1660 Rennaissance Commons Blvd.  Unit 2308  Boynton Beach, FL  33426
Claim Number:



7 – drywall marking 36 in (**in CHINA –ASTM 36**)

8 – drywall marking



## Photo Mounting Sheet

Homeowner Name:    Ann & John Piccolo

Location:    1660 Rennaissance Commons Blvd.  Unit 2308  Boynton Beach, FL  33426

Claim Number:



9 – end tape – appears to be blue



10 – HVAC coil



## Photo Mounting Sheet

Homeowner Name:    Ann & John Piccolo
Location:          1660 Rennaissance Commons Blvd.  Unit 2308  Boynton Beach,
                   FL  33426
Claim Number:



11 – HVAC coil



12 – HVAC electromechanical



# Photo Mounting Sheet

Homeowner Name: Ann & John Piccolo
Location: 1660 Rennaissance Commons Blvd.  Unit 2308  Boynton Beach, FL  33426
Claim Number:



13 –circuit breaker



14 – refrigerator coil



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ann & John Piccolo |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2308  Boynton Beach, FL  33426 |
| Claim Number: | |



15 – Hall bath top of mirror



16 – water heater



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ann & John Piccolo |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2308  Boynton Beach, FL  33426 |
| Claim Number: | |



**17 – corner bead at fur down in master bath**



**18 – master shower head**



# Photo Mounting Sheet

Homeowner Name:   Ann & John Piccolo
Location:               1660 Rennaissance Commons Blvd.  Unit 2308  Boynton Beach,
                            FL  33426
Claim Number:



**19 – outlet at dining room under kitchen bar**



**19 – sample area patch**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1512 Boynto Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 11/24/2009 | Sampler Name/Company: | Photo Range: 1 thru 18 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | blue lettering | Location Stamp Found: south wall living room | Photo #: 10 to 18 |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | light | | 2 & 3 |
| Electro-mechanical portion of HVAC | | | no | | | 4 |
| Circuit Breaker | | | no | | | #5 |
| Refrigerator coils | | | | | | 6 # 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | yes | 1 dark drain  1st bathroom | | 8 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| Homeowner Name: | Annette Polovin |
|---|---|
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| Homeowner Name: | Annette Polovin |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

Homeowner Name:   Annette Polovin
Location:         1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426
Claim Number:     30325.002



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Annette Polovin |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Annette Polovin |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



Photo Mounting Sheet

| Homeowner Name: | Annette Polovin |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Annette Polovin |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Annette Polovin |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #8 dark copper drain line**



# Photo Mounting Sheet

| Homeowner Name: | Annette Polovin |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #9 electrical wires at outlet**



# Photo Mounting Sheet

| Homeowner Name: | Annette Polovin |
| --- | --- |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #10 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Annette Polovin |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #11 drywall stamp**



Photo Mounting Sheet

| Homeowner Name: | Annette Polovin |
| --- | --- |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #12 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Annette Polovin |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #13 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Annette Polovin
Location: 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426
Claim Number: 30325.002



Caption

**Photo #14 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Annette Polovin |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #15 drywall stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Annette Polovin |
| Location: | 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #16 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:     Annette Polovin

Location:     1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426

Claim Number:



**Photo #17 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Annette Polovin

Location: 1690 Renaissance Commons Blvd. #1512, Boynton Beach, Fl.33426

Claim Number:



Photo

**Photo #18 drywall stamp**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**