**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | |
|---|---|---|
| Address: | 1660 Rennaissance Commons Blvd  Unit 2210  Boynton Beach, FL  33426 | Front of House Photo #:        1 |
| Address ID: | Sampler Name/Company:    George Polychronopoulos | Camera Serial: |
| Visit Date: | Sampler Name/Company:    Guy Sumlin 10/29/09 | Photo Range:    1 thru 13 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | mild odor |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | had  coils and filter cleaned along with duct work and diffusers |
| Plumbing | fan in bathroom was replaced along with drywall ceiling around the fan |
| Light Fixtures | none |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | X | Yes | moderate  as the coils had been cl | black | 3 & 4 |
| Electro-mechanical portion of HVAC | | | None | | | 5 |
| Circuit Breaker | | | Yes | light | black | 6 |
| Refrigerator coils | | | Yes | light | black | 7 & 8 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | None | bathroom fan was replaced | | 9 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>lite discloration on ground wire | Photo Number(s)<br><br>10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | | Drywall stamping | 12 & 13 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:   George Polychronopoulos
Location:          1660 Rennaissance Commons Blvd  Unit 2210  Boynton Beach, FL
Claim Number:



**Address Photograph – Photo #1**



**Structure Photo – Photo #2**



# Photo Mounting Sheet

Homeowner Name:   George Polychronopoulos
Location:                  1660 Rennaissance Commons Blvd  Unit 2210  Boynton Beach, FL
Claim Number:



**HVAC copper u bend and tubing – Photo #3**



## Photo Mounting Sheet

Homeowner Name:  George Polychronopoulos
Location:  1660 Rennaissance Commons Blvd  Unit 2210  Boynton Beach, FL
Claim Number:



**HVAC coil – Photo #4**



## Photo Mounting Sheet

Homeowner Name:   George Polychronopoulos
Location:              1660 Rennaissance Commons Blvd  Unit 2210  Boynton Beach, FL
Claim Number:



**Electro-mechanical portion of HVAC – Photo #5**





# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | George Polychronopoulos |
| Location: | 1660 Rennaissance Commons Blvd  Unit 2210  Boynton Beach, FL |
| Claim Number: | |

**Circuit breaker – Photo #6**



**Refrigerator coil – Photo #7**



**Refrigerator coil – Photo #8**



# Photo Mounting Sheet

Homeowner Name:  George Polychronopoulos
Location:  1660 Rennaissance Commons Blvd  Unit 2210  Boynton Beach, FL
Claim Number:



**This bathroom fan and drywall around this area was replaced along with ac diffuser in bath – Photo #9**



**Receptacle at kitchen cabinet from living room  - Photo #10**



# Photo Mounting Sheet

Homeowner Name:   George Polychronopoulos
Location:              1660 Rennaissance Commons Blvd  Unit 2210  Boynton Beach, FL
Claim Number:



**Sample location behind refrigerator – Photo #11**



**Location of boroscope entry on left wall of living room  - Photo #12**



# Photo Mounting Sheet

Homeowner Name:   George Polychronopoulos
Location:              1660 Rennaissance Commons Blvd  Unit 2210  Boynton Beach, FL
Claim Number:

**Drywall marking  CHI – Photo #13**



# Photo Mounting Sheet

Homeowner Name:   George Polychronopoulos
Location:            1660 Rennaissance Commons Blvd  Unit 2210  Boynton Beach, FL
Claim Number:

Drywall marking of n next to CHI from prior photo – Photo #14

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 RENAISSANCE COMMONS BLVD.  UNIT # 1529  BOYNTON BEACH  FL  33426 | | Front of House Photo #: | 1 |
| Address ID: | MAURICE POPLAUSKY | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/25/2009 | Sampler Name/Company: | Photo Range: |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | No odors evident |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | NO STAMP FOUND | Location Stamp Found: | Photo #: |
| End Tape Found: | NO | Color of End Tape: | |
| Comments: | OWNER ASKED ME TO STOP DRILLING BEFORE STAMP WAS LOCATED ( 21 HOLES DRILLED) | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | MODERATE | BLACK | 4 thru 7 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | MODERATE | BLACK | 2 |
| Circuit Breaker | | | ☐ Check | | | 9,10 |
| Refrigerator coils | | | ☑ Check | MINOR | BLACK | 11 thru 15 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  NO | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  3 |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  8 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



Photo Mounting Sheet

Homeowner Name: POPLAUSKY, MAURICE & HANNA
Location: BLDG. # 1690  UNIT # 1529
Claim Number:



**Photo # 1 FRONT OF HOUSE**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | POPLAUSKY, MAURICE & HANNA |
| Location: | BLDG. # 1690  UNIT # 1529 |
| Claim Number: | |



**Photo # 2 HVAC DISCONNECT PLUG**



# Photo Mounting Sheet

Homeowner Name:   POPLAUSKY, MAURICE & HANNA
Location:   BLDG. # 1690  UNIT # 1529
Claim Number:



**Photo # 3 HVAC- COPPER TUBING**



Photo Mounting Sheet

Homeowner Name: POPLAUSKY, MAURICE & HANNA
Location: BLDG. # 1690  UNIT # 1529
Claim Number:



**Photo # 4 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**



# Photo Mounting Sheet

Homeowner Name:  POPLAUSKY, MAURICE & HANNA
Location:  BLDG. # 1690  UNIT # 1529
Claim Number:



**Photo # 5 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER U-BENDS**



**Photo Mounting Sheet**

Homeowner Name:   POPLAUSKY, MAURICE & HANNA
Location:   BLDG. # 1690  UNIT # 1529
Claim Number:



**Photo # 6 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER U-BENDS**



## Photo Mounting Sheet

Homeowner Name:   POPLAUSKY, MAURICE & HANNA
Location:   BLDG. # 1690  UNIT # 1529
Claim Number:



**Photo # 7 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**



## Photo Mounting Sheet

Homeowner Name:   POPLAUSKY, MAURICE & HANNA
Location:                    BLDG. # 1690  UNIT # 1529
Claim Number:



**Photo # 8 RECEPTACLE- NO VISIBLE DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:   POPLAUSKY, MAURICE & HANNA

Location:   BLDG. # 1690  UNIT # 1529

Claim Number:



**Photo # 9 CIRCUIT BREAKER PANEL- NO VISIBLE DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:   POPLAUSKY, MAURICE & HANNA
Location:   BLDG. # 1690  UNIT # 1529
Claim Number:



**Photo # 10 CIRCUIT BREAKER PANEL- NO VISIBLE DISCOLORATION**



Photo Mounting Sheet

Homeowner Name:   POPLAUSKY, MAURICE & HANNA
Location:   BLDG. # 1690  UNIT # 1529
Claim Number:



**Photo # 11 REFRIGERATOR- MINOR DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   POPLAUSKY, MAURICE & HANNA
Location:                   BLDG. # 1690  UNIT # 1529
Claim Number:



**Photo # 12 REFRIGERATOR- MINOR DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   POPLAUSKY, MAURICE & HANNA
Location:          BLDG. # 1690  UNIT # 1529
Claim Number:



**Photo # 13 REFRIGERATOR- MINOR DISCOLORATION OF EXPOSED COPPER TUBING**



### Photo Mounting Sheet

Homeowner Name: POPLAUSKY, MAURICE & HANNA
Location: BLDG. # 1690  UNIT # 1529
Claim Number:



**Photo # 14 REFRIGERATOR- MINOR DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:  POPLAUSKY, MAURICE & HANNA

Location:  BLDG. # 1690  UNIT # 1529

Claim Number:



**Photo # 15 REFRIGERATOR- MINOR DISCOLORATION OF EXPOSED COPPER TUBING**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| Address: | 1690 Renaissance Commons Blvd #1529 Boynton Beach, Fl. 33426 | | Front of House Photo #: | 1 |
|---|---|---|---|---|
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/10/2010 | Sampler Name/Company: Poplausky, Maurice and Hanna | Photo Range: | 1 thru 19 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | Light |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | Black lettering | Location Stamp Found: | West wall of living room | Photo #: | 13 to 19 |
|---|---|---|---|---|---|
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | 15 holes stamp located and samples taken in same area | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | N/A |
|---|---|
| Plumbing | N/A |
| Light Fixtures | N/A |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Moderate | Dark | 2 |
| Electro-mechanical portion of HVAC | | | No | | | 3 |
| Circuit Breaker | | | No | | | 4 & 5 |
| Refrigerator coils | | | Yes | Moderate | Dark | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | 8 |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)     No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?     No | Describe, discoloration, color and location:     Typical conditions recorded | Photo Number(s)     9, 10, 11 |
| Other metallic fixtures or hardware | Discoloration/Residue?     No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?     No | Describe, discoloration, color and location:     Dining room outlet wires | Photo Number(s)     12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #3 HVAC Disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #4 Circuit breaker**



Photo Mounting Sheet

| Homeowner Name: | Maurice and Hanna Poplausky        P1 |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #5 Circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #6 Refrigerator copper lines**



Photo Mounting Sheet

Homeowner Name: Maurice and Hanna Poplausky        P1
Location:        1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426
Claim Number:    **30325.002**



**Photo #7 Refrigerator copper lines**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #8 Typical plumbing connection**



# Photo Mounting Sheet

| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| --- | --- |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #9 Typical Faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |

**Photo #10 Typical sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky        P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #11 Typical shower head**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |



**Photo #12 Electrical outlet wiring at dining room**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky        P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |

**Photo #13 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | Maurice and Hanna Poplausky            P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |

**Photo #14 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |

**Photo #15 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky        P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |

**Photo #16 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| --- | --- |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |

**Photo #17 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |

**Photo # 18 Drywall stamp in wall**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Maurice and Hanna Poplausky          P1 |
| Location: | 1690 Renaissance Commons Blvd #1529, Boynton Beach, Fl. 33426 |
| Claim Number: | **30325.002** |

**Photo #19 Drywall stamp in wall**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2309, Boynton Beach, Fl. 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company:  Patrick Toohey / Brightclaim | Camera Serial: | 1 thru 22 |
| Visit Date: | 7/30/2010 | Sampler Name/Company:  Edward and Karen Posner | Photo Range: | |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ✓ Check | Description of Odor: | Moderate sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Blue lettering | Location Stamp Found: | South wall of living room | Photo #: | 18 to 22 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Yes owner estimates coils were replaced in July, 2009 |
| Plumbing | Yes owner estimates plumbing fixtures in showers were replaced in July, 2009 |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 3 |
| Circuit Breaker | | | Yes | Moderate on Jumper bar | Black | #4 |
| Refrigerator coils | | | Yes | Heavy | Black | 5 &6 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Hall bath 2faucets, shower head and valve,Master bath 2 faucets,2stoppers, shower head and toilet paper holder holder | Photo Number(s)  7 thru 16 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | black wires at electrical outlet in master bath | Photo Number(s)  17 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| Homeowner Name: | Edward and Karen Posner |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #3 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #4 Circuit breaker discolored Jumper bar ends**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #5 Refrigerator copper lines**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #6 Refrigerator copper lines**



# Photo Mounting Sheet

Homeowner Name: **Edward and Karen Posner**

Location: 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426

Claim Number: 30325.002

**Caption Photo #7 hall bath faucet (1of2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Caption Photo #8 hall bath faucet (2of2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #9 hall bath shower head**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #10 shower valve hall bath**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Caption Photo #11 master bath faucet (1of2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #12 Master bath faucet (2of2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #13 master bath sink stopper (1of2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #14 master bath sink stopper (2of2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #15 master bath shower valve**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #16 master bath toilet paper holder**



Photo Mounting Sheet

| Homeowner Name: | Edward and Karen Posner |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo # 17 wires at electrical outlet master bath**



# Photo Mounting Sheet

Homeowner Name:    Edward and Karen Posner

Location:    1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426

Claim Number:    30325.002

**Photo #18 Drywall stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #19 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #20 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #21 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Edward and Karen Posner |
| Location: | 1660 Renaissance Commons Blvd. #2309, Boynton Beach, Fl. 33426 |
| Claim Number: | 30325.002 |

**Photo #22 Drywall stamp**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons #2523 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey | Camera Serial: | |
| Visit Date: | 11/22/2009 | Sampler Name/Company: | Photo Range: | 1 thru 16 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | Moderate  sulfur |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Blue lettering | Location Stamp Found: | West wall 2nd Bedroom | Photo #: | 12 thru 15 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | No |
|---|---|
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Moderate  disconnect | Black | 4 |
| Circuit Breaker | | | Yes | Moderate  jumper bar ends | Black | #16 |
| Refrigerator coils | | | Yes | Heavy | Black | 5 & 6 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  Bath Faucets | Photo Number(s)  7 thru 10 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  electrical wires  Heavy  Black | Photo Number(s)  11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Allan and Rebecca Proske |
| Location: | 1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl 33426 |
| Claim Number: | |

Photo #1



## Photo Mounting Sheet

Homeowner Name:   Allan and Rebecca Proske

Location:   1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl 33426

Claim Number:



Photo #2 HVAC copper lines



## Photo Mounting Sheet

Homeowner Name:   Allan and Rebecca Proske

Location:   1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl 33426

Claim Number:



**Photo # 3 HVAC**



**Photo Mounting Sheet**

| | |
|---|---|
| Homeowner Name: | Allan and Rebecca Proske |
| Location: | 1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl 33426 |
| Claim Number: | |



Level

Photo #4 Circuit Breaker



# Photo Mounting Sheet

Homeowner Name: Allan and Rebecca Proske

Location: 1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl 33426

Claim Number:

Photo # 5 Refrigerator



## Photo Mounting Sheet

Homeowner Name: Allan and Rebecca Proske

Location: 1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl 33426

Claim Number:



Photo #6 Refrigerator



# Photo Mounting Sheet

Homeowner Name:  Allan and Rebecca Proske

Location:  1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl
33426

Claim Number:



Photo #7

Bath Faucet  #1



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Allan and Rebecca Proske |
| Location: | 1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl 33426 |
| Claim Number: | |



Photo #8 Bath Faucet #2



# Photo Mounting Sheet

Homeowner Name:    Allan and Rebecca Proske

Location:    1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl 33426

Claim Number:



Photo #9 Bath Faucet #3



# Photo Mounting Sheet

Homeowner Name:    Allan and Rebecca Proske

Location:    1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl 33426

Claim Number:



Photo  #10 Faucet # 4



# Photo Mounting Sheet

Homeowner Name:   Allan and Rebecca Proske

Location:   1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl
33426

Claim Number:

Photographs

Photo #11 Electrical wires at outlet



# Photo Mounting Sheet

Homeowner Name:   Allan and Rebecca Proske

Location:   1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl 33426

Claim Number:



Photographs

Photo #12 Drywall stamp



# Photo Mounting Sheet

Homeowner Name:   Allan and Rebecca Proske

Location:   1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl
33426

Claim Number:

Photographs

Photo #13 Drywall stamp



# Photo Mounting Sheet

**Homeowner Name:** Allan and Rebecca Proske

**Location:** 1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl 33426

**Claim Number:**

Photographs

Photo #14 Drywall stamp



# Photo Mounting Sheet

Homeowner Name:   Allan and Rebecca Proske

Location:   1660 Renaissance Commons Blvd #2523 Boynton Beach, Fl 33426

Claim Number:

Photographs

Photo #15 Drywall stamp



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Allan and Rebecca Proske |
| Location: | 1660 Renaissance Commons Blvd. #2523, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #16 HVAC disconnect**

**Structure Photo**