

Rimkus Consulting Group, Inc.
Eight Greenway Plaza, Suite 500
Houston, Texas 77046
(713) 621-3550 Telephone
(713) 623-4357 Facsimile

# Report of Findings

**Investigation of Chinese Drywall**
**Rayman Condominium at**
**1660 Renaissance Commons Blvd., No. 2109**
**Boynton Beach, FL 33426**

Claim No:  00509634584
File No:  4145176

Prepared For:
Fireman's Fund Insurance
11475 Great Oaks Way, Ste. 200
Alpharetta, GA 30022

Attention:
Mr. Scott Klaben

Daniel W. Bridge, Ph.D., CIH, CEP
*Principal Consultant*

Philip R. Watters, P.E., M.B.A.
*Senior Vice President*

August 19, 2009
Rimkus Consulting Group, Inc.
F 1545

# TABLE OF CONTENTS

  I. Introduction .......................................................... 1

 II. Conclusions......................................................... 3

III. Discussion........................................................... 6

IV. Basis of Report.................................................... 17

 V. Appendices ......................................................18

    A. Photographs

    B. Laboratory Test Results and Chain-of-Custody

    C. CV's of Principal Investigators

## Section I
## INTRODUCTION

Rimkus Consulting Group, Inc. (Rimkus) was retained by Mr. Scott Klaben of Fireman's Fund Insurance Company on July 9, 2009, to determine the cause and origin of sulfur-like odors and damage to metal components, including copper tubing associated with the air conditioning unit, at the Rayman Condominium at 1660 Renaissance Commons Blvd., No. 2109, Boynton Beach, Florida.

On July 22, 2009, Dr. Daniel Bridge, CIH, CEP and Mr. Ben Teague, P.E., conducted an inspection at the Rayman Condominium.  Mr. Scott Klaben of Fireman's Fund Insurance and Paul, an employee of Mr. Rayman, were also present during the inspection.  Bulk samples were collected from suspect drywall and a wipe sample was collected from observed black discoloration that had formed on the air conditioner evaporator coils.  The collected samples were submitted to an independent laboratory accredited by the American Industrial Hygiene Association's NVLAP Laboratory Accreditation Program (EMSL Analytical, Inc., in Westmont, New Jersey), for identification and quantification of excess sulfur compounds in the drywall, and for components of the observed discoloration.  Drywall samples from the residence and exemplar samples were also analyzed for off-gassing of sulfide gases by Dixie Services, Inc. (Dixie).  Air samples were also collected indoors and outdoors.  The collected air samples were submitted to an NVLAP accredited laboratory (ALS Laboratory Group, Salt Lake City, Utah) for identification and quantification of sulfide gases which may cause the observed discoloration.  A direct read field instrument, the Jerome 631-X, was used to record indoor and outdoor levels of hydrogen sulfide. Dr. Bridge evaluated the laboratory results.

This report was prepared for the exclusive use of Fireman's Fund Insurance Company and is not intended for any other purpose.  Our report is based on the

information available to us at this time, as described in **Section IV, BASIS OF REPORT.** Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions, and to revise our opinions and conclusions if necessary as warranted by the discovery of additional information.

Any opinions expressed in this report are held to a reasonable degree of engineering and/or scientific certainty.

## Section II
## CONCLUSIONS

The conclusions below are followed with supporting documentation:

1. A portion of the drywall used to construct the condominium appears to have been manufactured in China.

   - Although no drywall labeling could be photographed, laboratory results indicated that a bulk sample of drywall had an elemental composition representative of Chinese drywall.

   - Laboratory results also indicated that a wetted bulk sample of drywall exhibited hydrogen sulfide off-gassing, which is typical for Chinese drywall.

2. There were no observable alternate potential sources of sulfurous gas odors in the residence on the day of our inspection.

   - There was no evidence of any indoor fires or homeowners' report of any outdoor industrial releases on the day of our inspection.

   - Kitchen faucet water had no detectable odors or off-flavors.  However, if the hot water faucet were allowed the run for several minutes, the water had a stale odor, since the condominium is rarely occupied.

   - There was no evidence of any significant building moisture sources such as plumbing or roof leaks.

   - There was no evidence of any problems associated with the sewage system.  The owner did not report any sewer back-ups or toilet overflows.

3. The reported damages in the condominium are most likely caused by off-gassing of sulfide compounds from imported Chinese drywall.

- Laboratory testing by X-ray fluorescence, X-ray diffraction, and light microscopy of a bulk sample of suspect drywall from the Rayman residence demonstrated elevated iron, magnesium, and strontium metal content in comparison to samples of drywall made in the United States. These metals may be present as metal sulfides or metal chlorides. Refer to the **Drywall Elemental Analysis Results** on page 8.

- The associated release of sulfide gases from iron disulfide and strontium sulfide content drywall has been described in the publications listed in **Section IV,** Basis of Report.

- Independent laboratory testing of drywall samples from the Rayman residence confirms off-gassing of hydrogen sulfide in contrast to the absence of any detectable hydrogen sulfide off-gassing from an exemplar non-Chinese drywall sample. Refer to the **Environmental Chamber Results** for Dixie Services, Inc. on page 10.

4. The observed discoloration of the copper tubing, copper wire, and other metal objects at the Rayman condominium is caused by sulfide gases released in the residence from imported Chinese drywall.

- Laboratory testing by Scanning Electron Microscopy/Energy Dispersive X-Ray (SEM/EDX) of the black discoloration on a wipe sample from air conditioning refrigerant copper tubing identified copper and sulfur content, indicating reaction with sulfide gases. Refer to the **Copper Discoloration Components Analysis Results** on page 9.

5. Laboratory results from the air samples collected indoors at the Rayman condominium were either: a) below analytical detection limits (hydrogen sulfide), b) approximately 10% of the lowest published exposure limit (carbon disulfide), or, c) reported in the low parts per billion level for compounds which have no reported exposure limits (carbonyl sulfide). Refer to the **Rayman Sampling Results** on page 10.

6.  Direct readings with the Jerome 631-X hydrogen sulfide detection instrument indicated below detection (1 ppb) levels for air readings in two wall cavities, two indoor locations, and one outdoor air location.  Refer to the **Real-Time On-Site Hydrogen Sulfide Recordings** on page 11.

## Section III
## DISCUSSION

**Background**

The Rayman condominium is a single story unit on the first floor of a five-story building on a concrete slab foundation. The exterior walls were concrete masonry units finished on the outside with painted cementitius stucco. The condominium has a central air conditioning system with one air handling unit. Photographs of the building exterior are provided (**Appendix A**, Photograph 1). For the purposes of this report, the front of the condominium unit is assumed to face east.

**Homeowner Interview**

The following information was reported by telephone by Mr. Rayman on July 22, 2009:

- Mr. Rayman did not know when construction began on the building or ended. He said that he purchased the condominium on May 16, 2005. (Our search of the Palm Beach County property appraiser records indicated that the building was completed for occupancy in 2007).
- The condominium has never received any storm damage.
- Mr. Rayman has not spent much time in the condominium, because he purchased the condominium as an investment property. However, he noticed a "water-sulfur smell" when he first entered the unit. Mr. Rayman said the odor is the same throughout the single-story unit; and, during the few times he has entered the unit, the odor has been the same.

**Site Observations**

During our site inspection we were allowed entrance to the condominium by Paul, an employee of Mr. Rayman.  When we entered the condominium, a slight acrid, sulfur-like odor was smelled.

The air conditioning system was running.  The outside weather was clear. Ambient temperature and humidity measurements were recorded and are provided below.

### Summary of Temperature and Relative Humidity Data
### July 22, 2009 [a]

| Location | Temp °F | Relative Humidity (%) | Time |
|---|---|---|---|
| Dining Room | 81 | 61 | 10:10 a.m. |
| Outside | 83 | 70 | 10:37 a.m. |

[a] Measured with Kestrel 4000

The information below provides observations of damages made during our site inspection with corresponding photographs.

| Material | Damage Observation | Photograph Number |
|---|---|---|
| Air Conditioner Unit | The copper evaporator coils and associated copper tubing had a dark discoloration in the air handling unit. | 3-5 |
| Copper Electric Wiring at Outlet | A copper ground wire had black discoloration in the Dining Room. | 6-8 |
| Electrical Panel | There was a black discoloration on the exposed copper wires in the electrical panel in the Master Bedroom | 9-11 |

There were no previous cut-outs of the interior drywall when we inspected the Rayman condominium.  We removed a small section of drywall (approximately 8 inches by 4 inches) in the Master Bedroom Closet, and no labeling was observed on the exposed drywall.

**Drywall Elemental Analysis Results**

A bulk wallboard sample was submitted for elemental analysis by X-ray fluorescence (XRF), X-ray diffraction (XRD), and light microscopy (LM). Sample results are compared to three laboratory-supplied references of non-Chinese drywall. Results of the tests are summarized below.

**Elemental Analysis of Gypsum Wallboard by XRF**
**Concentration (wt%)**

| Element | B-1-R | Reference 1 | Reference 2 | Reference 3 | LOD (wt%) |
|---|---|---|---|---|---|
| | Concentration (wt%) | | | | |
| Calcium (Ca) | 29.5 | 23.0 | 23.3 | 23.2 | 0.0070 |
| Sulfur (S) | 21.3 | 18.4 | 18.5 | 18.5 | 0.0140 |
| Silicon (Si) | 0.991 | 0.264 | 0.909 | 0.113 | 0.0037 |
| **Magnesium (Mg)** | **1.01** | - | – | - | **0.0095** |
| Aluminum (Al) | 0.448 | 0.120 | 0.0387 | 0.0504 | 0.0031 |
| **Iron (Fe)** | **0.199** | 0.0743 | 0.0791 | 0.0462 | **0.0022** |
| **Strontium (Sr)** | **0.338** | 0.0718 | 0.0174 | 0.0203 | **0.0013** |
| Potassium (K) | 0.0788 | 0.0628 | 0.0131 | 0.0237 | 0.0038 |
| Phosphorus (P) | 0.0245 | - | 0.0146 | - | 0.0077 |
| Copper (Cu) | 0.0131 | 0.0096 | - | 0.0089 | 0.0017 |
| Titanium (Ti) | 0.0166 | 0.0084 | - | - | 0.0043 |
| Chromium (Cr | 0.0131 | 0.0072 | - | 0.0063 | 0.0027 |
| **Manganese (Mn)** | **0.00836** | – | - | - | **0.0039** |
| **Zirconium (Zr)** | **0.00351** | – | - | - | **0.0015** |
| Carbon+hydrogen+oxygen | Balance | Balance | Balance | Balance | N/A |
| **CaSO$_4$.2H$_2$O (Gypsum)** | **94.2** | 98.8 | 99.5 | 99.5 | **N/A** |
| **Impurities** | **5.8** | 1.2 | 0.5 | 0.5 | |

Both elemental iron (Fe) and elemental strontium (Sr) concentrations in the Rayman residence bulk sample were considerably higher than any of the three laboratory reference samples of non-Chinese drywall. Elemental magnesium (Mg), manganese (Mn), and zirconium (Zr) were detected in the Rayman residence bulk sample but not in the three laboratory reference samples. Total impurity percentage in the Rayman residence bulk sample was approximately 4.8 times higher than the highest laboratory reference sample, and approximately 11.6 times higher than the other two laboratory reference samples.

Laboratory sample results are included in **Section V, Appendix B**.

**Copper Discoloration Components Analysis Results (A/C evaporator coils)**

A wipe sample from the air conditioner air handling unit was submitted for analysis by XRD and Scanning Electron Microscopy/Energy-dispersive X-Ray Spectrometry (SEM/EDX).

Analysis of the wipe sample primarily indicated deposits of copper, sulfur, and/or sulfur-based components, presumptive copper sulfide (by SEM/EDX).

Copper oxides are typically blue or green in color and are usually associated with moisture-related oxidation of copper often observed at plumbing fittings or plumbing leaks. The presence of copper sulfide on the wipe sample supports the conclusion that the black discoloration of the copper evaporator coils was caused by sulfide gases reacting with the copper surface.

XRD analysis for sulfides was not performed because of the material's non-cystallinity or their presence was below the XRD detection limit, which is approximately 5 percent.

Laboratory sample results are included in **Section V, Appendix B**.

**Air Sample Analysis Results**

Air samples were collected in Tedlar® bags (SKC 232-03) using a Vac-u-Chamber (SKC 231-940) and low-flow pump. Samples were shipped priority overnight and analyzed for organosulfur compounds by gas chromatograph with a sulfur chemiluminesence detector.

Sample results are presented in the following table.

### Air Sample Analysis Results
### (ppb)

|  | Carbonyl Sulfide | Carbon Disulfide | Hydrogen Sulfide |
|---|---|---|---|
| Outside |  |  |  |
| A-3 – Outside Back | 23.0 | 10.0 | ND* |
| Dining Room |  |  |  |
| A-1 DR | 32.0 | 16.0 | ND* |
| Master Bedroom |  |  |  |
| A-2 MBR | 26.0 | 13.0 | ND* |
|  |  |  |  |
| Reporting Limit | 10.0 | 5.0 | 10.0 |

*ND = Non-detect   (Hydrogen Sulfide is highly unstable and dissipates rapidly under natural conditions.  Non-detect values are not uncommon.)

Only carbonyl sulfide and carbon disulfide were identified above reporting limit (detection limits).   Both sulfide gases were found in the outside background sample at similar levels found in the inside samples.   Hydrogen sulfide was below detection limits for all samples.

The laboratory test reports and chains of custody are provided in **Appendix B**.

**Environmental Chamber Results**

Dixie Laboratory Environmental Chamber Results

A bulk sample of suspect drywall at the Rayman condominium was collected and analyzed for off-gassing sulfur-containing compounds.  The analytical procedure is documented in **Section V**, **Appendix B**, along with the laboratory sample results.  The laboratory testing involves wetting a bulk sample of suspect drywall with deionized water and testing for sulfide off-gases using a gas chromatograph (GC) with a sulfur chemiluminescence detector (SCD) referenced to as testing by GC/SCD.  A second laboratory testing method is specifically for hydrogen sulfide off-gassing using the Jerome 631-X hydrogen gas detector.   Results are provided below.

**Off-Gassing From the
Dixie Environmental Control Testing
(ppb)**

| Analyte | Concentration of Off-Gasses | |
|---|---|---|
| | Rayman Sample | Exemplar Drywall |
| Carbon Disulfide [1] | <50 ppb | <50 ppb |
| Carbonyl Sulfide [1] | <50 ppb | <50 ppb |
| Hydrogen Sulfide [1] | <50 ppb | <50 ppb |
| Hydrogen Sulfide [2] | 140 ppb | <1 ppb |

[1]Testing results from GC/SCD method (see above)
[2]Testing by Jerome® 631-X

The reported off-gassing of hydrogen sulfide from the suspect Rayman condominium drywall sample was at a higher concentration than the background level reported for an exemplar sample of U.S. made drywall supplied by the laboratory. Carbon disulfide and carbonyl sulfide off-gassing values were non-detectable for both the Rayman condominium drywall and the exemplar U.S. drywall.

**Real-Time On-Site Hydrogen Sulfide Recordings**

A direct reading instrument (Jerome 631-X), Arizona Instrument Company, Phoenix, Arizona) for hydrogen sulfide detection as low as 1 part per billion (1 ppb) was used to test indoor and outdoor locations at the Rayman condominium. Photographs of air sample levels from the instrument digital display are included in **Appendix A** with associated data below. Two air samples were collected for each location.

**Airborne Hydrogen Sulfide Readings**

| Location | Time | $H_2S$ (ppb) | Comments | Photos |
|---|---|---|---|---|
| Dining Room | 10:10 a.m. | 0/0 | On table | 12-14 |
| Dining Room | 10:25 a.m. | 0/0 | Electric outlet | 15-17 |
| Outside | 10:37 a.m. | 0/0 | At back porch | 18-20 |
| Kitchen | 10:48 a.m. | 0/0 | Electric outlet above stove | 21-23 |
| Master Bedroom | 10:57 a.m. | 0/0 | On top of bed | 24-26 |

Hydrogen sulfide was not detected in the outside or indoor air, nor in the two wall cavities (electric outlets) tested.  Although there was a slight sulfide gas odor in the residence, the Jerome meter did not record hydrogen sulfides.  The hydrogen sulfide odor detection limit of less than 1 ppb is lower than the Jerome detection limit of 1 ppb.

**Discussion of Chinese Drywall Issues to Date**

Certain imported drywall is reported to off-gas sulfur compounds.  The ultimate cause of this reported phenomenon is under investigation by the Florida Department of Health, the United States Consumer Product Safety Commission and several private entities.

The general working theory is that the off-gassing sulfur compounds are related to one or all of the following factors:

- Excess sulfide containing minerals in the gypsum material, specifically iron disulfide (pyrite) and strontium sulfide.
- Exposure of the drywall to elevated moisture conditions during shipment and storage, or to elevated relative humidity after installation in coastal and southern regions.
- Exposure of the drywall to elevated ambient temperatures in coastal and southern regions.
- A change in the paper used as facing on both sides of drywall.
- Currently, all of the drywall under investigation is thought to have been imported from China and to have been installed after 2003.  Rimkus is aware of one case where the claimant reports that the subject wallboard was installed in 2001.

Off-gassed sulfur compounds are thought to react with metals, notably copper and silver, potentially leading to deposits of sulfides on metal surfaces and potential pitting of some metal surfaces.

A study of Chinese drywall off-gassing was conducted for Lennar Corporation by ENVIRON International (ENVIRON), and described in a memorandum dated December 22, 2008, which stated that selected drywall made in China was emitting sulfur (sulfide) gases potentially reacting with HVAC copper coils, particularly in residences in Southwest Florida.

ENVIRON used 1 liter Tedlar bags with a personal air sampling pump to collect multiple indoor air samples from 79 residences with reported problems. At least one sulfur compound (carbon disulfide, carbonyl sulfide, and/or dimethyl sulfide) were detected in 20 of the 79 residences. Hydrogen sulfide was not detected in samples of room air from any of the affected residences. However, this does not necessarily rule out the presence of hydrogen sulfide, because hydrogen sulfide is extremely unstable, and this may result in false negatives by existing collection and laboratory analytical methods. Sample results from the study are provided below, in parts per billion by volume (ppb).

**ENVIRON Air Sample Results for**
**20 Residences in parts per billion (ppb)**

| Sulfide Gas | Method Detection Limit | Average Value | Maximum Value |
|---|---|---|---|
| Carbon Disulfide ($CS_2$) | 5 | 7.1 | 13 |
| Carbonyl Sulfide (COS) | 4 | 8.6 | 23 |
| Dimethyl Sulfide ($(CH_3)_2S$) | 4 | 18.7 | 18.7 |
| Hydrogen Sulfide ($H_2S$) | 4 | 0 | 0 |

A smaller study was conducted for Knauf Plasterboard (Tianjin) Co. by the Center for Toxicology and Environmental Health (CTEH), and described in a Summary of Sampling Results dated November 29, 2006. This was in response to odor complaints and did not address damage or discoloration to metals. The report identifies iron disulfide as the "likely source" of sulfur compounds. CTEH also concludes that measured concentrations of certain naturally occurring sulfur-containing compounds "are not at levels that should be considered a public

health concern."  Sample results for the CTEH report is summarized below.

**Center for Toxicology & Environmental Health**
**(CTEH) Air Sample Results**
**In parts per billion (ppb)**

| Sulfide Gas | Maximum Value |
|---|---|
| Carbon Disulfide ($CS_2$) | 14 |
| Carbonyl Sulfide (COS) | 16 |
| Dimethyl Sulfide ($(CH_3)_2S$) | N/A |
| Hydrogen Sulfide ($H_2S$) | 3.5 [a] |
| Sulfur Dioxide ($SO_2$) | N/A |

[a] Outdoor air sample reported at 3.2 ppb

Carbon Disulfide

$CS_2$ may derive from man-made and natural sources.  The Agency for Toxic Substances and Disease Registry (ATSDR) indicates that $CS_2$ has been detected at background levels in outdoor air in a range from 0.04 to 0.07 ppb in rural, suburban, and urban areas, and has been detected at 0.1 to 0.4 ppb in the air above marshes.  Air in the Philadelphia, Pennsylvania, area, which included some man-made $CS_2$ sources, indicated .07 to .33 ppb, and air in the vicinity of solid waste composting facilities, has been measured as high as 50 ppb.  Carbon disulfide levels found in the Rayman residence averaged 14.5 ppb, slightly above the outside sample result of 10.0 ppb.

Carbonyl Sulfide

COS may also derive from natural and man-made sources and is a byproduct of $CS_2$ production.  The U.S. Environmental Protection Agency (EPA) reports air concentrations values in marshy areas as high as 73 ppb and near oceans as high as 7.7 ppb.  Rural areas are reported in a range from 0.1 to 0.3 ppb and samples collected in Philadelphia, Pennsylvania, indicated 0.5 ppb.  The Rimkus outdoor sample was 23.0 ppb at the Rayman residence.

There are no published peer-reviewed exposure limits for carbonyl sulfide.  The

average air sample results collected in the Rayman residence (29.0 ppb) was slightly above the outdoor value.

## Dimethyl Sulfide

$(CH_3)_2S$ is a naturally occurring biological emission from ocean phytoplankton and is a common source of odors in foods like corn, cabbage, brussel sprouts, and seafood, but may also be produced by sulfur reducing bacteria in sewage. The EPA does not list any naturally occurring background levels. No dimethyl sulfide was found at the Rayman residence.

## Hydrogen Sulfide

$H_2S$ is a highly reactive gas with a strong rotten-egg odor. ATSDR reports that $H_2S$ concentrations in urban areas are generally less than 1 ppb, but that concentrations can vary widely depending on wind and weather. It is commonly detected in association with rotting vegetation, manure pits, sewage treatment plants, natural gas production, and waste oil. No hydrogen sulfide was detected by air sampling of the Rayman residence.

$H_2S$ was not detected in the ENVIRON samples, but it was detected by CTEH in one residence at 0.2 ppb above the outdoor level. Unpublished data from an environmental laboratory has indicated that $H_2S$ has been detected in the "head space" above sealed bulk samples, but may be so reactive that it is difficult to detect in air samples in a laboratory setting.

The maximum values of carbon disulfide, dimethyl sulfide, and hydrogen sulfide from ENVIRON and CTEH investigations exceed the respective odor thresholds provided below.

### Published Odor Thresholds (ppb)[a]

| | |
|---|---|
| Carbon Disulfide ($CS_2$) | 16[b], 9[c] |
| Carbonyl Sulfide (COS) | N/A |
| Dimethyl Sulfide ($CH_3S_2$) | 0.5[c] |
| Hydrogen Sulfide ($H_2S$) | 0.4[b] |

[a]Lowest approximate odor threshold taken from listed source.
[b]Source:  AIHA 1989. Only "Critiqued" sources were used.
[c]Source:  Handbook of Environmental Data on Organic Chemicals.  1983.

The maximum laboratory reported values for sulfide gases at the Rayman residence were below the published odor thresholds and the current published exposure limits in the following table:

### Rayman Sampling Results Versus

### Published Exposure Limits for Selected Sulfides in Air
### (ppb)

| Sulfur Gas | Rayman Residence Max. Conc. (ppb) | OSHA PEL (ppb) | NIOSH REL (ppb) | ACGIH TLV (ppb) | ATSDR MRL[a] (ppb) | EPA RBC[b] (ppb) |
|---|---|---|---|---|---|---|
| Carbonyl Sulfide (COS) | 32.0 | N/A | N/A | N/A | N/A | N/A |
| Carbon Disulfide ($CS_2$) | 16.0 | 20,000 | 1,000 | 1,000 | 300 | 220 |
| Dimethyl Sulfide ($(CH_3)_2S$) | <5.0 | N/A | N/A | N/A | 500 | N/A |
| Hydrogen Sulfide ($H_2S$) | <5.0 | 10,000 | 10,000 | 10,000 | 20 | 3 |

[a]  Agency for Toxic Substances and Disease Registry, Minimal Risk Levels
[b]  EPA Risk-Based Concentration

The highest value of carbon disulfide for Rimkus air samples collected indoors at the Rayman condominium (16 ppb) was at approximately 7% of the lowest published exposure limits.  Neither dimethyl sulfide nor hydrogen sulfide was detected airborne by the laboratory sampling results.  Carbonyl sulfide, while detected within Rayman condominium air samples, does not have a published exposure limit.

## Section IV
## BASIS OF REPORT

1. Dr. Daniel Bridge, CIH, CEP inspected the residence on July 15, 2009.
2. Dr. Bridge collected samples from the residence and evaluated the laboratory test results.
3. Photographs, measurements, and indoor/outdoor ambient air data were collected during our inspection on July 15, 2009.
4. American Industrial Hygiene Association, Odor Thresholds for Chemicals with Established Occupational Health Standards. 1989.
5. Handbook of Environmental Data on Organic Chemicals, 2nd Ed. 1983.
6. ENVIRON International memorandum to Florida Department of Health. December 22, 2008.
7. Center for Toxicology & Environmental Health, L.L.C., Summary of Air Sampling Results. November 29, 2006.
8. Toxicological Profile for Carbon Disulfide, pp. 136-137. USDHHS – ATSDR, Atlanta, GA. 1996.
9. Chemical Summary for Carbonyl Sulfide. Environmental Protection Agency, Washington, DC. 1994.
10. World Wide Web Page http://en.wikipedia.org/wiki/Dimethyl_sulfide accessed April 6, 2009.
11. Toxicological Profile for Hydrogen Sulfide, p. 124. USDHHS – ATSDR, Atlanta, GA. 2006.
12. Palm Beach County appraiser records:
    https://www.pbcgov.com/papa/a3px/web/detail_info.aspx

# Section V
# APPENDICES

**Section V**

**APPENDIX A**

# Photographs

Photographs taken during our inspection that are not included in this report are retained in our files and are available to you upon request.

**Photograph 1**
*Rayman condominium occupied the first floor of the building at unit number 2109.*



**Photograph 2**
*Rayman unit number 2109 at front door.*



**Photograph 3**
*Air conditioner unit at east end of Hallway.*



**Photograph 4**
*Air conditioner unit coils with black deposits.*



**Photograph 5**
*Air conditioner unit coils and other copper tubing with black deposits.*



**Photograph 6**
*Dining Room – plug outlet on north wall.*



**Photograph 7**
*Dining Room – close-up of blackened ground wire of plug outlet.*



**Photograph 8**
*Dining Room – plug outlet screw is loosened from ground wire, showing shiny copper color of unexposed copper ground wire.*



**Photograph 9**
*Master Bedroom – electrical panel on south wall.*



**Photograph 10**
*Master Bedroom – close-up of electrical panel showing blackened copper wires.*
*Notice exposed copper wires at top.*



**Photograph 11**
*Master Bedroom – close-up of blackened copper wire ends in electrical panel.*



**Photograph 12**
*Dining Room – Jerome sample location.*



**Photograph 13**
*Dining Room – first Jerome reading = 0.*



**Photograph 14**
*Dining Room – second Jerome reading = 0.*



**Photograph 15**
*Dining Room – Jerome sample at plug outlet.*



**Photograph 16**
*Dining Room – first Jerome sample reading = 0.*



**Photograph 17**
*Dining Room – second Jerome sample reading = 0.*



**Photograph 18**
*Outside – Jerome sample location.*



August 19, 2009

**Photograph 19**
*Outside – Jerome sample location.*



**Photograph 20**
*Outside – second Jerome sample reading = 0.*



**Photograph 21**
*Kitchen – Jerome sample location.*



**Photograph 22**
*Kitchen – first Jerome sample reading = 0.*



**Photograph 23**
*Kitchen – second Jerome sample reading = 0.*



**Photograph 24**
*Master Bedroom – Jerome sample location.*



**Photograph 25**
*Master Bedroom – first Jerome sample reading = 0.*



**Photograph 26**
*Master Bedroom – second Jerome sample reading = 0.*



**Section V**
**APPENDIX B**

---

# Laboratory Test Results and
# Sample Chain of Custody

---

August 19, 2009

**ALS Laboratory Group**
ANALYTICAL CHEMISTRY & TESTING SERVICES

## ANALYTICAL REPORT



Report Date: July 30, 2009

Dr. Dan Bridge
Rimkus Consulting Group
8 Greenway Plaza, Ste 500
Houston, TX 77046

Phone: (713) 621-3550

E-mail: dwb@rimkus.com

Workorder: **9204078**
Project ID: **Rimkus Consulting 072309**
Purchase Order: NA

| Client Sample ID | Lab ID | Collect Date | Receive Date | Sampling Site |
|---|---|---|---|---|
| A-1 DR | 9204078001 | 07/22/09 | 07/23/09 | Rayman |
| A-2MBR | 9204078002 | 07/22/09 | 07/23/09 | Rayman |
| A-3 Out | 9204078003 | 07/22/09 | 07/23/09 | Rayman |
| A-B Blank | 9204078004 | 07/22/09 | 07/23/09 | Rayman |

Thu, 07/30/09 3:05 PM
Page 1 of 5

ALS USA, Corp.
Part of the ALS Laboratory Group
A Campbell Brothers Limited Company

ENVREP-V1.1

**ALS Laboratory Group**
ANALYTICAL CHEMISTRY & TESTING SERVICES

**ANALYTICAL REPORT**



**Client:** Rimkus Consulting Group
**Project Manager:** Rand Potter

| **Analytical Results** | | | Workorder: **9204078** |
|---|---|---|---|
| Sample ID: **A-1 DR** | Matrix: Air | | Collected: 7/22/2009 |
| Lab ID: 9204078001 | Media: SKC 232-01, Tedlar Bag 1L | | Received: 7/23/2009 |
| Sampling Site: Rayman | Sampling Parameter: Air Volume 500 mL | | |

### Analysis Method - Sulfur Gases Scan

| Preparation: Not Applicable | | Analysis: Sulfur Gases Scan, Air | | Instr ID: GCE27 | |
|---|---|---|---|---|---|
| | | Batch: ISCD/1129 (HBN: 32116) | | Percent Solids: NA | |
| | | Analyzed: 7/30/2009 12:16:00 AM | | Report Basis: Wet | |

| Analyte | ppm | RL | Dilution | Qual. |
|---|---|---|---|---|
| Hydrogen sulfide | <0.010 | 0.010 | 1 | |
| Carbonyl sulfide | 0.032 | 0.010 | 1 | |
| Methyl mercaptan | <0.010 | 0.010 | 1 | |
| Ethyl mercaptan | <0.010 | 0.010 | 1 | |
| Dimethyl sulfide | <0.010 | 0.010 | 1 | |
| Carbon disulfide | 0.016 | 0.0050 | 1 | |
| Isopropyl mercaptan | <0.010 | 0.010 | 1 | |
| t-Butyl mercaptan | <0.010 | 0.010 | 1 | |
| n-Propyl mercaptan | <0.010 | 0.010 | 1 | |
| Thiophene | <0.010 | 0.010 | 1 | |
| Diethyl sulfide | <0.010 | 0.010 | 1 | |
| n-Butyl mercaptan | <0.010 | 0.010 | 1 | |
| Dimethyl disulfide | <0.0050 | 0.0050 | 1 | |
| Tetrahydrothiophene | <0.010 | 0.010 | 1 | |

| Sample ID: **A-2MBR** | Matrix: Air | | Collected: 7/22/2009 |
|---|---|---|---|
| Lab ID: 9204078002 | Media: SKC 232-01, Tedlar Bag 1L | | Received: 7/23/2009 |
| Sampling Site: Rayman | Sampling Parameter: Air Volume 500 mL | | |

### Analysis Method - Sulfur Gases Scan

| Preparation: Not Applicable | | Analysis: Sulfur Gases Scan, Air | | Instr ID: GCE27 | |
|---|---|---|---|---|---|
| | | Batch: ISCD/1129 (HBN: 32116) | | Percent Solids: NA | |
| | | Analyzed: 7/30/2009 12:26:42 AM | | Report Basis: Wet | |

| Analyte | ppm | RL | Dilution | Qual. |
|---|---|---|---|---|
| Hydrogen sulfide | <0.010 | 0.010 | 1 | |
| Carbonyl sulfide | 0.026 | 0.010 | 1 | |
| Methyl mercaptan | <0.010 | 0.010 | 1 | |
| Ethyl mercaptan | <0.010 | 0.010 | 1 | |
| Dimethyl sulfide | <0.010 | 0.010 | 1 | |
| Carbon disulfide | 0.013 | 0.0050 | 1 | |
| Isopropyl mercaptan | <0.010 | 0.010 | 1 | |
| t-Butyl mercaptan | <0.010 | 0.010 | 1 | |
| n-Propyl mercaptan | <0.010 | 0.010 | 1 | |
| Thiophene | <0.010 | 0.010 | 1 | |

Results Continued on Next Page

Thu, 07/30/09 3:05 PM
Page 2 of 5

ALS USA, Corp.
Part of the ALS Laboratory Group
A Campbell Brothers Limited Company

ENVREP-V1.1

# ALS Laboratory Group
ANALYTICAL CHEMISTRY & TESTING SERVICES

## ANALYTICAL REPORT



**Client:** Rimkus Consulting Group
**Project Manager:** Rand Potter

### Analytical Results

**Workorder: 9204078**

| | | |
|---|---|---|
| Sample ID: **A-2MBR** | Matrix: Air | Collected: 7/22/2009 |
| Lab ID: 9204078002 | Media: SKC 232-01, Tedlar Bag 1L | Received: 7/23/2009 |
| Sampling Site: Rayman | Sampling Parameter: Air Volume 500 mL | |

#### Analysis Method - Sulfur Gases Scan

**Preparation:** Not Applicable

**Analysis:** Sulfur Gases Scan, Air
**Batch:** ISCD/1129 (HBN: 32116)
**Analyzed:** 7/30/2009 12:26:42 AM

**Instr ID:** GCE27
**Percent Solids:** NA
**Report Basis:** Wet

| Analyte | ppm | RL | Dilution | Qual. |
|---|---|---|---|---|
| Diethyl sulfide | <0.010 | 0.010 | 1 | |
| n-Butyl mercaptan | <0.010 | 0.010 | 1 | |
| Dimethyl disulfide | <0.0050 | 0.0050 | 1 | |
| Tetrahydrothiophene | <0.010 | 0.010 | 1 | |

| | | |
|---|---|---|
| Sample ID: **A-3 Out** | Matrix: Air | Collected: 7/22/2009 |
| Lab ID: 9204078003 | Media: SKC 232-01, Tedlar Bag 1L | Received: 7/23/2009 |
| Sampling Site: Rayman | Sampling Parameter: Air Volume 500 mL | |

#### Analysis Method - Sulfur Gases Scan

**Preparation:** Not Applicable

**Analysis:** Sulfur Gases Scan, Air
**Batch:** ISCD/1129 (HBN: 32116)
**Analyzed:** 7/30/2009 12:37:46 AM

**Instr ID:** GCE27
**Percent Solids:** NA
**Report Basis:** Wet

| Analyte | ppm | RL | Dilution | Qual. |
|---|---|---|---|---|
| Hydrogen sulfide | <0.010 | 0.010 | 1 | |
| Carbonyl sulfide | 0.023 | 0.010 | 1 | |
| Methyl mercaptan | <0.010 | 0.010 | 1 | |
| Ethyl mercaptan | <0.010 | 0.010 | 1 | |
| Dimethyl sulfide | <0.010 | 0.010 | 1 | |
| Carbon disulfide | 0.010 | 0.0050 | 1 | |
| Isopropyl mercaptan | <0.010 | 0.010 | 1 | |
| t-Butyl mercaptan | <0.010 | 0.010 | 1 | |
| n-Propyl mercaptan | <0.010 | 0.010 | 1 | |
| Thiophene | <0.010 | 0.010 | 1 | |
| Diethyl sulfide | <0.010 | 0.010 | 1 | |
| n-Butyl mercaptan | <0.010 | 0.010 | 1 | |
| Dimethyl disulfide | <0.0050 | 0.0050 | 1 | |
| Tetrahydrothiophene | <0.010 | 0.010 | 1 | |

ALS USA, Corp.
Part of the ALS Laboratory Group
A Campbell Brothers Limited Company

ENVREP-V1.1

**ALS Laboratory Group**
ANALYTICAL CHEMISTRY & TESTING SERVICES

## ANALYTICAL REPORT



**Client:** Rimkus Consulting Group
**Project Manager:** Rand Potter

| Analytical Results | | Workorder: **9204078** |
|---|---|---|

| | | |
|---|---|---|
| Sample ID: **A-B Blank** | Matrix: Air | Collected: 7/22/2009 |
| Lab ID: 9204078004 | Media: SKC 232-01, Tedlar Bag 1L | Received: 7/23/2009 |
| Sampling Site: Rayman | Sampling Parameter: Air Volume 500 mL | |

### Analysis Method - Sulfur Gases Scan

| Preparation: Not Applicable | | **Analysis:** Sulfur Gases Scan, Air<br>**Batch:** ISCD/1129 (HBN: 32116)<br>**Analyzed:** 7/30/2009 12:49:24 AM | | **Instr ID:** GCE27<br>**Percent Solids:** NA<br>**Report Basis:** Wet |
|---|---|---|---|---|

| Analyte | ppm | RL | Dilution | Qual. |
|---|---|---|---|---|
| Hydrogen sulfide | <0.010 | 0.010 | 1 | |
| Carbonyl sulfide | <0.010 | 0.010 | 1 | |
| Methyl mercaptan | <0.010 | 0.010 | 1 | |
| Ethyl mercaptan | <0.010 | 0.010 | 1 | |
| Dimethyl sulfide | <0.010 | 0.010 | 1 | |
| Carbon disulfide | <0.0050 | 0.0050 | 1 | |
| Isopropyl mercaptan | <0.010 | 0.010 | 1 | |
| t-Butyl mercaptan | <0.010 | 0.010 | 1 | |
| n-Propyl mercaptan | <0.010 | 0.010 | 1 | |
| Thiophene | <0.010 | 0.010 | 1 | |
| Diethyl sulfide | <0.010 | 0.010 | 1 | |
| n-Butyl mercaptan | <0.010 | 0.010 | 1 | |
| Dimethyl disulfide | <0.0050 | 0.0050 | 1 | |
| Tetrahydrothiophene | <0.010 | 0.010 | 1 | |

### Report Authorization

| Analysis Method - Sulfur Gases Scan | |
|---|---|
| Steven J. Sagers | Mila V. Potekhin |
| **Analyst** | **Peer Review** |

Thu, 07/30/09 3:05 PM
Page 4 of 5

**ALS USA, Corp.**
Part of the **ALS Laboratory Group**
A Campbell Brothers Limited Company

ENVREP-V1.1

**ALS Laboratory Group**
ANALYTICAL CHEMISTRY & TESTING SERVICES

**ANALYTICAL REPORT**



**Client:** Rimkus Consulting Group
**Project Manager:** Rand Potter

## General Lab Comments

The results provided in this report relate only to the items tested.
Samples were received in acceptable condition unless otherwise noted.
Samples have not been blank corrected unless otherwise noted.
This test report shall not be reproduced, except in full, without written approval of ALS DataChem.

ALS Laboratory Group is accredited by the State of Utah, Bureau of Laboratory Improvement under NELAP for specific fields of testing as documented in its current scope of accreditation (ID# DATA1) which is available by request or on the internet at http://health.utah.gov/lab/labimp/labcert/envlabcert.html. The quality systems implemented in the laboratory apply to all methods performed by ALS Laboratory Group regardless of this current scope of accreditation which does not include performance based methods, modified methods and methods applied to matrices not listed in the methods.

ALS Laboratory Group provides professional analytical services for all samples submitted. ALS Laboratory Group is not in a position to interpret the data and assumes no responsibility for the quality of the samples submitted.

## Laboratory Contact Information

Phone: (801) 266-7700
Email: lab@datachem.com
Web: www.datachem.com

ALS Laboratory Group (formerly DataChem Laboratories, Inc.)
960 W Levoy Drive
Salt Lake City, Utah 84123

## Result Symbol Definitions

MDL = Method Detection Limit, a statistical estimate of method/media/instrument sensitivity.
RL = Reporting Limit, a verified value of method/media/instrument sensitivity.
Reg. Limit = Regulatory Limit.
ND = Not Detected, testing result not detected above the MDL or RL.
< This testing result is less than the numerical value.
** No result could be reported, see sample comments for details.

## Qualifier Symbol Definitions

U = Qualifier indicates that the analyte was not detected above the MDL.
J = Qualifier indicates that the analyte value is between the MDL and the RL. It is also used to indicate an estimated value for tentatively identified compounds in mass spectrometry where a 1:1 response is assumed.
B = Qualifier indicates that the analyte was detected in the blank.
E = Qualifier indicates that the analyte result exceeds calibration range.
P = Qualifier indicates that the RPD between the two columns is greater than 40%.

Thu, 07/30/09 3:05 PM
Page 5 of 5

**ALS USA, Corp.**
Part of the **ALS Laboratory Group**
A Campbell Brothers Limited Company

ENVREP-V1.1

2009-07-23-9204078-01

# ANALYTICAL REQUEST FORM

**9204078**

**LABORATORIES, INC.**

1. ☒ REGULAR Status    9204078

☐ RUSH Status Requested - ADDITIONAL CHARGE
RESULTS REQUIRED BY _____
DATE
CONTACT DATACHEM LABS PRIOR TO SENDING SAMPLES

2. Date (7-22-09)  Purchase Order No. *Verbal*    4. Quote No. _____

3. Company Name *Rimkus Consulting*    DCL Project Manager _____

Address *8 Greenway Plaza, Ste 500*    5. Sample Collection

*Houston, TX 77046*    Sampling Site *Rayman*

Person to Contact *DAN BRIDGE*    Industrial Process _____

Telephone (713) 301 1179    Date of Collection *7-22-09*

Fax Telephone ( 713 ) 623 4357    Time Collected _____

E-mail Address *dwb @ rimkus.com*    Date of Shipment _____

Billing Address (if different from above)    Chain of Custody No. *File No. 4145176*

_____    6. How did you first learn about DataChem?

7. REQUEST FOR ANALYSES

| Laboratory Use Only | Client Sample Number | Matrix* | Sample Volume | ANALYSES REQUESTED - Use method number if known | Units** |
|---|---|---|---|---|---|
| | A-1   DR | Air | 500 ml | Sulfide gases  GC/Chmilm. | PPB |
| | A-2   MBR | | | | |
| | A-3   OUT | | | | |
| | A-B   Blank | ↓ | ↓ | ↓ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Specify: Solid sorbent tube, e.g. Charcoal; Filter type; Impinger solution; Bulk sample; Blood; Urine; Tissue; Soil; Water; Other

\*\* 1. μg/sample   2. mg/m³   3. ppm   4. %   5. μg/m³   6. _____ (other)   Please indicate one or more units in the column entitled Units**

Comments _____

Possible Contamination and/or Chemical Hazards _____

7. Chain of Custody (Optional)

| | | Date/Time | |
|---|---|---|---|
| Relinquished by | *Dan Bushy* | 1:10 pm | 7-22-09 |
| Received by | *Fed X* | 1:10 pm | 7-22-09 |
| Relinquished by | *Fed Ex* | | |
| Received by | *Julia Narcott* | 7/23/09 | 1000 |

960 West LeVoy Drive / Salt Lake City, UT 84123    800-356-9135 or 801-266-7700 / FAX: 801-268-9992
DATACHEM LABORATORIES, INC.



# DIXIE SERVICES INCORPORATED

POST OFFICE BOX 451
1706 FIRST STREET

GALENA PARK, TEXAS 77547
www.dixieservices.com

VOICE 713 672 1619
FACSIMILE 713 672 1634

## CERTIFICATE OF ANALYSIS

Number: 132272

Client: Rimkus Consulting Group, Inc.
8 Greenway Plaza, Suite 500
Houston, Texas 77046

Date: July 31, 2009

Attention: Daniel Bridges

Sample: Drywall, submitted 7/24/09
Marks: B-2-R
Size: 4" x 4"
Date: 7/22/09
Project No. 4145176

|         |                                           |        | Reference * |
|---------|-------------------------------------------|--------|-------------|
| P 483   | Hydrogen sulfide by Jerome® 631-X, ppm    | 0.14   | < 0.001     |
| P 480   | Carbonyl sulfide, v-ppm                   | < 0.05 | < 0.05      |
|         | Hydrogen sulfide, v-ppm                   | < 0.05 | < 0.05      |
|         | Carbon disulfide, v-ppm                   | < 0.05 | < 0.05      |

\* Drywall ex on site structure aged +20 years

Dixie Services Incorporated,

*Zachary Holland*

Zachary Holland

ZBH/cb

Email Recipients: dwb@rimkus.com; prw@rimkus.com

The information contained herein is based on laboratory observations and tests performed on samples submitted and identified by the above-named client (which may be any company, organization or individual) and conducted in accordance with methodology which may be specified by the client. No representations or warranties either expressed or implied, of merchantability, fitness for any particular use, or of any other nature are made hereunder with respect to the information herein provided. Dixie Services disclaims any and all liability for damage or injury which results from the use of the information contained herein, and nothing contained herein shall constitute a guarantee, warranty or representation by Dixie Services with respect to the accuracy of the information, the sample, products or items described, or their suitability for use for any specific purpose. This document is intended for the sole use of the client and may not be reproduced except in full without the written approval of Dixie Services.

# Dixie Services Chain of Custody

1706 First Street, P.O. Box 451, Galena Park, TX 77547   Phone: 713 672 1619 Fax: 713 672 1634   Email: ZHolland@dixieservices.com

Client: ATTN: DAN BRIDGE
Rimkus Consulting
8. Greenway Plaza Ste 500
Houston, Tx 77046

Date: 7-22-09

Vessel: File No. 4145176

| SEAL NO. | SAMPLE | QTY | DESCRIPTION |
|----------|--------|-----|-------------|
|          | B-2-R  | 1   | 4"x4" drywall for Sulfur gang |
|          |        |     |             |
|          |        |     |             |
|          |        |     |             |
|          |        |     |             |
|          |        |     |             |
|          |        |     |             |
|          |        |     |             |
|          |        |     |             |
|          |        |     |             |

1. Relinquished By:

Signature  Dan Bridge

Company  Rimkus

Date/Time  7-22-69   1:10 p.

Received By:

Signature

Company

Date/Time

2. Relinquished By:

Signature

Company

Date/Time

Received By:

Signature

Company

Date/Time



**EMSL Analytical, Inc.**

107 Haddon Avenue, Westmont, NJ 08108
Phone: (856) 858-4800

*Attn.:* Dan Bridge
**Rimkus Consulting Group**
8 Greenway Plaza
Suite 500
Houston, TX 77046
Phone:   713-621-3550   Fax:   713-623-4357

EMSL Case No.:   360901456
Sample(s) Received:   7/23/09
Date of Analysis:   8/6/09
Date Printed:   8/19/09
Reported By:   E. Mirica

*Materials Science Division*

# - Laboratory Report -
## -Preliminary Results-

# X-ray Fluorescence analysis/X-ray Diffraction

# Analysis of material (suspected corrosion product)

# For

# Project: File No. 4145176

Analyzed by:

*Eugenia Mirica, Ph.D.*
*Senior Materials Scientist*

August 6, 2009

*Date*

QA/QC :

*John Newton*
*Laboratory Manager*

August 7, 2009

*Date*



**EMSL Analytical, Inc.**

107 Haddon Avenue, Westmont, NJ 08108
Phone: (856) 858-4800

*Attn.:*   Dan Bridge
**Rimkus Consulting Group**
8 Greenway Plaza
Suite 500
Houston, TX 77046
Phone:   713-621-3550   Fax:   713-623-4357

EMSL Case No.:   360901456
Sample(s) Received:   7/23/09
Date of Analysis:   8/6/09
Date Printed:   8/19/09
Reported By:   E. Mirica

*Conclusions:*

- The XRF analysis of the drywall sample is pending.

- The material on sample W-1-R was found to contain [Cu+S]-based particles in the form of copper sulfides.

*Procurement of Samples and Analytical Overview:*

The samples for analysis (2 samples, drywall-bulk, wipe) arrived at EMSL Analytical's corporate laboratory in Westmont, NJ on July 23, 2009. The package arrived in satisfactory condition with no evidence of damage to the contents. The samples were submitted for the purpose of determining the elemental composition of the materials. The samples reported herein have been analyzed using the following equipment and methodologies.

Methods & Equipment:

Light Stereomicroscope (LM)
epi-Reflected Light Microscopy (RLM)
Polarized Light Microscopy (PLM)
Scanning Electron Microscopy (SEM)
Energy-dispersive X-Ray Spectrometry (EDX)
X-ray Fluorescence (XRF)
X-Ray Diffraction (XRD)

Reference: Drywall commercially available that does not display any odor or tendency to corrode metals.



**EMSL Analytical, Inc.**

107 Haddon Avenue, Westmont, NJ 08108
Phone: (856) 858-4800

*Attn.:   Dan Bridge*
**Rimkus Consulting Group**
8 Greenway Plaza
Suite 500
Houston, TX 77046
Phone:     713-621-3550     Fax:     713-623-4357

EMSL Case No.:   360901456
Sample(s) Received:   7/23/09
Date of Analysis:   8/6/09
Date Printed:   8/19/09
Reported By:   E. Mirica

*Results and Discussion:*

Table 1. Elemental analysis of the sample as derived by XRF.

| Element | B-1-R | Reference 1 | Reference 2 | Reference 3 | LOD (wt%) |
|---|---|---|---|---|---|
| | | Concentration (wt%) | | | |
| Calcium (Ca) | 29.5 | 23.0 | 23.3 | 23.2 | 0.0070 |
| Sulfur (S) | 21.3 | 18.4 | 18.5 | 18.5 | 0.0140 |
| Silicon (Si) | 0.991 | 0.264 | 0.909 | 0.113 | 0.0037 |
| **Magnesium (Mg)** | **1.01** | - | - | - | **0.0095** |
| Aluminum (Al) | **0.448** | 0.120 | 0.0387 | 0.0504 | 0.0031 |
| **Iron (Fe)** | **0.199** | **0.0743** | **0.0791** | **0.0462** | **0.0022** |
| **Strontium (Sr)** | **0.338** | **0.0718** | **0.0174** | **0.0203** | **0.0013** |
| Potassium (K) | 0.0788 | 0.0628 | 0.0131 | 0.0237 | 0.0038 |
| Phosphorus (P) | 0.0245 | - | 0.0146 | - | 0.0077 |
| Copper (Cu) | 0.0131 | 0.0096 | - | 0.0089 | 0.0017 |
| **Chlorine (Cl)** | - | - | - | - | |
| Titanium (Ti) | 0.0166 | 0.0084 | - | - | 0.0043 |
| Chromium (Cr) | 0.0131 | 0.0072 | - | 0.0063 | 0.0027 |
| Manganese (Mn) | 0.00836 | - | - | - | 0.0039 |
| Zirconium (Zr) | 0.00351 | - | - | - | 0.0015 |
| Carbon+hydrogen +oxygen | Balance | Balance | Balance | Balance | N/A |
| $CaSO_4.2H_2O$ (gypsum) | 94.2 | 98.8 | 99.5 | 99.5 | N/A |
| **Impurities** | **5.8** | **1.2** | **0.5** | **0.5** | **N/A** |

The most notable differences between the samples and the reference are in bold. Due to concentrations of Fe, Mg, and Sr in the samples below the detection limits for the method, the presence of sulfides of these elements (such as $FeS_2$/pyrite or SrS by x-ray diffraction could not be determined) However, it is suspected that these compounds could be present in trace concentrations and they could decompose in hot and humid environments. SrS, for example, slowly releases $H_2S$ in moist air.

A distinct sulfur-containing gas odor was detected in the sample during the sample preparation by drilling and milling for the XRD and XRF analysis.

 **EMSL Analytical, Inc.**

107 Haddon Avenue, Westmont, NJ 08108
Phone: (856) 858-4800

*Attn.:*   Dan Bridge
**Rimkus Consulting Group**
8 Greenway Plaza
Suite 500
Houston, TX 77046
Phone:   713-621-3550   Fax:   713-623-4357

EMSL Case No.:   360901456
Sample(s) Received:   7/23/09
Date of Analysis:   8/6/09
Date Printed:   8/19/09
Reported By:   E. Mirica

Table 2. Components found in the sample by SEM/EDX and XRD

| Sample Identification | Components | Comments |
|---|---|---|
| W-1-R<br><br>HVAC Tubing | Copper Sulfide<br>[Cu+S]-based compounds<br>Copper Oxides<br>[Cu+O]-based compounds | Confirmed  (Cu+S determined by EDX)<br><br>Confirmed  (Cu+O determined by EDX) |

XRD analysis for confirmation of presence of copper sulfides and/or oxides in the sample was not performed because not enough material was extracted from the wipe sent for analysis.

Copper sulfides were not determined by XRD as crystalline components (see Figure 2). The possible reasons for not being detected by XRD (although [Cu+S]-based particles were detected by EDX-see Figure1) are either non-crystallinity or their presence below the detection limit for the XRD method (~5% for the amount of material extracted from the wipe).



**EMSL Analytical, Inc.**

107 Haddon Avenue, Westmont, NJ 08108
Phone: (856) 858-4800

*Attn.:* Dan Bridge
**Rimkus Consulting Group**
8 Greenway Plaza
Suite 500
Houston, TX 77046
Phone: 713-621-3550    Fax: 713-623-4357

EMSL Case No.: 360901456
Sample(s) Received: 7/23/09
Date of Analysis: 8/6/09
Date Printed: 8/19/09
Reported By: E. Mirica



Figure 1. EDX elemental spectrum of particles found on the wipe sample "W-1-T HVAC Tubing" showing the presence of copper (Cu) and sulfur (S) as the main components. Calcium (Ca) is also present, possibly as gypsum ($CaSO_4.2H_2O$), or calcite $CaCO_3$, or both. However, considering the ratio between the concentrations of sulfur and calcium in the spectrum, sulfur is present mostly as copper sulfide. Copper oxides are also present.



**EMSL Analytical, Inc.**

107 Haddon Avenue, Westmont, NJ 08108
Phone: (856) 858-4800

*Attn.:   Dan Bridge*
**Rimkus Consulting Group**
8 Greenway Plaza
Suite 500
Houston, TX 77046
Phone:   713-621-3550      Fax:   713-623-4357

EMSL Case No.:   360901456
Sample(s) Received:   7/23/09
Date of Analysis:   8/6/09
Date Printed:   8/19/09
Reported By:   E. Mirica



Figure 2. XRD spectrum of particles extracted from the wipe sample W-1-R A/C HVAC Tubing showing the presence of crystalline [(Cu)+(S)]-based compounds.



**EMSL Analytical, Inc.**

107 Haddon Avenue, Westmont, NJ 08108
Phone: (856) 858-4800

*Attn.:* Dan Bridge
**Rimkus Consulting Group**
8 Greenway Plaza
Suite 500
Houston, TX 77046
Phone:   713-621-3550     Fax:    713-623-4357

EMSL Case No.:   360901456
Sample(s) Received:   7/23/09
Date of Analysis:   8/6/09
Date Printed:   8/19/09
Reported By:   E. Mirica



EMSL Analytical Inc

Figure 3. XRD spectrum of the bulk material in sample B-1-R showing the presence of gypsum as the main component, with low concentration of anhydrite.

The results are obtained using the methods and sampling procedures as described in the report or as stated in the published standard methods, and are only guaranteed to the accuracy and precision consistent with the used methods and sampling procedures. Any change in methods and sampling procedure may generate substantially different results. EMSL Analytical, Inc. assumes no responsibility or liability for the manner in which the results are used or interpreted. Legally defensible reports require hand signatures. Reports with digital signatures are for email and other digital distribution only.



# EMSL ANALYTICAL, INC.

107 Haddon Avenue, Westmont, NJ 08108
800-220-3675   856-858-4800   Fax: 856-858-9551
www.emsl.com

7/22/09

## Chain of Custody

**Materials Science Division**

Contact Name: _DAN BRIDGE_
Company Name: _Rim West Consulting_
_8 Greenway Plaza, Sta 500_
_Houston, Tx 77046_

Phone: _713-301-1179_
Fax: _713-623-4357_
Email: _dwb @ rimlew · com_
Project: _File No. 41451776_

Bill To: _____
_____
_____

Phone: _____
Fax: _____
Report via: _____ Email _____ Fax
P.O. # _____

**Test Type:**
___ Optical Particle ID (large particles only)
___ Full Particle ID (dust particles only)
___ Enhanced Particle ID
___ Unknown Material ID
___ Carbon Black Quantitation
___ Fibrous Glass & MMVFs
___ Particle Size Analysis by:
    Sieve / Microscopy / Laser
___ Forensic/Failure Analysis
___ Other (Please explain):

___ Optical Microscopy (OM/PLM/RLM)
___ Electron Microscopy (SEM/TEM/EDX)
___ X-Ray Diffractometry (XRD)
___ Infrared Spectrometry (FTIR/NIR)
___ X-Ray Fluorescence Spectrometry (XRF)
___ Calorimetry/Thermogravimetry (DSC/TGA)
___ Scanning Auger Microscopy (SAM/AES)
___ Petrographic Analysis
___ Physical Testing (Tension, Compression, etc.)

**Turn Around Time:**
___ 10 business days      ___ Other (requires lab approval):
                          *Additional charges may apply. Please contact us.*

| Sample ID/Location | Comments |
|---|---|
| W-1-R Hvac Tubing | SEM/EDX |
| B-1-R | XRD, XRF |

| Released By | Date | Received By | Comments |
|---|---|---|---|
| Dan Bridge | 7-22-09 1:00 pm | | |

Rev. 11Jan2006

**Section V**
**APPENDIX C**

# Curriculum Vitaes of
# Principal Investigators

## Daniel W. Bridge, Ph.D., CIH, CEP
## Philip R. Watters, P.E., M.B.A.





**DANIEL W. BRIDGE, PhD, CIH, LEED® AP, CRMI, CEP**
**PRINCIPAL CONSULTANT**

Dr. Bridge holds B.S., M.A., and Ph.D. degrees in the environmental and earth science field and is a certified industrial hygienist (CIH).  Since graduating from Southern Illinois University in 1975, he has served as a senior consultant, focusing on industrial hygiene exposure issues and indoor air quality issues.  He has provided expert testimony and written many reports related to industrial hygiene and environmental investigations.

Dr. Bridge specializes in mold and bacteria sampling and assessment, indoor air pollution, chemical exposure, cause and origin of site pollution, contaminants in soil, air, and water, and related remediation issues.  He has completed many investigations of mold contamination to commercial and residential buildings, indoor and outdoor air pollution, worker exposure, and contaminated waste sites.  Dr. Bridge has designed and conducted exposure assessment experiments.  He has published articles on indoor air quality issues.  He holds a patent on the design of a hazardous waste storage vault and has published papers on hazardous waste remediation.

In addition, Dr. Bridge is a LEED® Accredited Professional, which demonstrates knowledge and understanding of the "green building" certification process for building design, materials, construction, operation, and indoor air quality issues by the US Green Building Council.

## EDUCATION AND PROFESSIONAL ASSOCIATIONS

Ph.D. - Geography (Environmental and Earth Science) - Southern Illinois University, Carbondale, Illinois
M.A. - Geography (Environmental and Earth Science) - Miami University, Ohio
B.S. - Geography (Environmental and Earth Science) - State University of New York, Oneonta
Certified Industrial Hygienist – (Cert. No. 11718) (American Board of Industrial Hygiene)
Certified Environmental Professional (Cert. No. 04766) (National Association of Environmental Professionals)
Licensed Mold Assessment Consultant (Texas License No. MAC0171)
OSHA 40-Hour HAZWOPER Training (in-house coordinator for Rimkus Consulting Group, Inc.)
Accredited Asbestos Inspector (AHERA/EPA), 1990
Member U.S. Green Building Council

Recent Professional Courses:

2008   Solving Water Damage Problems (8 hours) (American Industrial Hygiene Association)
2008   Tools of the Trade—Water Vapor Investigation for an Industrial Hygienist (8 Hours) (American Industrial Hygiene Association).
2007   Particles and Health:  Environmental Forensic Analysis (8 hours) (American Industrial Hygiene Association)
2007   The FUN of Aerosols:  Fine, Ultrafine, and Nano Particles in Workplace Atmospheres (8 hours) (American Industrial Hygiene Association)
2006   Moisture Control, Mold, and the Science Within the Building Envelope (8 hours) (American Industrial Hygiene Association)
2006   Conducting Mold Investigations as Exposure Assessments (8 hours) (American Industrial Hygiene Association)

DANIEL W. BRIDGE, Ph.D., C.I.H., C.R.M.I., C.E.P.

| | |
|---|---|
| 2006 | How to Conduct a Legionella Risk Assessment. (8 Hours) Mid-Atlantic Environmental Hygiene Resource Center |
| 2005 | Statistical Methods for Mold Air Sampling Data (8 hours) (American Industrial Hygiene Association) |
| 2005 | Air Sampling for Mold - A Legal Perspective (8 hours) (American Industrial Hygiene Association) |
| 2005 | Moisture, Insulation & Heat Flow and Energy – The Whole House Principle (4 hrs) American Indoor Air Quality Council |
| 2004 | Introductory Mycology for Industrial Hygienists (16 hours) American Industrial Hygiene Association |
| 2003 | Microorganisms in Indoor Air: Health Complaints, Sampling Strategies, and Interpretation (8 hours) American Industrial Hygiene Association |
| 2002 | What Industrial Hygienists Need to Know About Building & Construction to Identify And Resolve IEQ Problems ( 8 hrs) American Industrial Hygiene Association |
| 2000 | Assessment, Remediation and Prevention of Mold Growth in Buildings (20 hrs) USEPA Region 3 |
| 2000 | Developing Remediation Strategy and Writing Specifications for a Building Mold Remediation Project (16 hrs) US EPA Region 3 |
| 2000 | Investigating, Sampling, Identifying, and Assessing Biological and Microbiological Contamination in the Indoor Environment (16 hrs) US EPA Region 3 |
| 2000 | Strategies for Conducting Meaningful Microbial Investigations (16 hrs) (American Indoor Air Quality Council) |
| 1999 | Indoor Air Quality (8 hrs) (American Industrial Hygiene Association) |
| 1999 | Indoor Air Quality Solutions (4 hrs) (American Industrial Hygiene Association) |
| 1999 | Asthma and Allergen Control (16 hrs) (University of Tulsa) |
| 1998 | Guidelines for the Determination, Remediation, and Prevention of biological contamination in Indoor Environments (16 hrs) (American Industrial Hygiene Association) |
| 1997 | Indoor Air Quality (8hrs) (University of Texas – Houston) |
| Diplomate: | American Board of Industrial Hygiene |
| Member: | American Industrial Hygiene Association |
| | American Indoor Air Quality Council |
| | National Association of Environmental Professionals |
| | Texas Association of Environmental Professionals (Board Member, 1993) |
| | Indoor Environmental Standards Organization, Certified Mold Instructor, Advisory Board (2003), |
| | Standards Development Sub-Committee (2003) |

## EMPLOYMENT HISTORY

| | |
|---|---|
| 1989 - Present | Rimkus Consulting Group, Inc. |
| 1988-1989 | Jacobs Engineering Group, Inc. |
| 1986-1988 | Hazco International (Chemical Waste Management) |
| 1985-1986 | S & B Engineers, Inc. |
| 1980-1985 | Rollins Environmental Services, Inc. |
| 1977-1979 | U.S. Department of Agriculture |
| 1976-1977 | University of Louisville |
| 1975-1976 | Columbia University |

DANIEL W. BRIDGE, PH.D., C.I.H., C.R.M.I., C.E.P.

## DETAILED PROFESSIONAL EXPERIENCE:

### RIMKUS CONSULTING GROUP, INC.                                  1989-Present

#### Principal Consultant

Project manager for over 100 investigations.   Provides litigation support for industrial hygiene cases, worker exposure cases and cases involving microbial, hazardous, and toxic substances.     Develops extensive cost estimates for a wide range of environmental remediation projects.  Performs sampling investigations and laboratory testing to reconstruct pollution events, such as underground storage tank leaks, industrial chemical exposures, leaks during oil and gas exploration/production, contaminated drinking water, and air contaminants (i.e., hydrocarbons, airborne mold, formaldehyde, smoke gases and particulates, etc.).    Projects have involved investigation of mold, bacteria ( including Legionella), air pollution exposures, contaminated warehouses, indoor air pollution, hazardous waste landfills, underground storage tanks (UST's), PCB's, asbestos, groundwater contamination, surface water contamination and soil contamination.

### JACOBS ENGINEERING GROUP, INC.                                  1988-1989

#### Manager of Environmental Division

Manager of environmental projects. Directly responsible for managing activities of environmental scientists/engineers in environmental design, permitting, and site assessments.  Served as project manager for design of pollution prevention programs, risk assessment, remediation planning and cost estimates for superfund remediations.

### HAZCO INTERNATIONAL (CHEMICAL WASTE MANAGEMENT)               1986-1988

#### Regional Director

Director of environmental activities in four-state region.  Responsible for managing technical group that performed tightness testing on underground storage tanks (UST's) and environmental group providing regulatory consulting services to clients. Supervised programs investigating asbestos exposure and employee Hazardous Communications (Right-To-Know) Training.

### S & B ENGINEERS, INC.                                          1985-1986

#### Manager of Business Development, Environmental Department

Responsible for writing and presenting environmental project proposals to private clients and government agencies.   Worked with environmental professionals in summarizing project work and communicating company capabilities to potential clients.  Projects were primarily groundwater investigations and environmental site assessments.  Coordinated joint-venture proposals with other environmental companies.  Participated in completing environment permit applications for clients.

### ROLLINS ENVIRONMENTAL SERVICES, INC.                           1980-1985

DANIEL W. BRIDGE, PH.D., C.I.H., C.R.M.I., C.E.P.

### Senior Project Manager

Participated in developing standard operating procedures for one of the nation's first private hazardous waste remediation divisions.  Responsible for planning and managing hazardous waste site remediation projects.  The projects included PCB contaminated soil, buried drums, surface impoundments, asbestos removal, underground storage tanks, superfund assessments, site closures, and emergency response remediation.  Responsible for performing initial site inspections, writing proposals, managing projects with field supervisors, completing final paperwork and communicating  with client and agencies to ensure all concerns were addressed.

## U.S. DEPARTMENT OF AGRICULTURE                                    1977-1979

### Group Leader at L.B.J. Space Center (LACIE Project)

The Large Area Crop Inventory Experiment (LACIE) Project involved the use of LANDSAT satellite data and ground meteorological data to estimate Soviet Crop Production.  This was a joint effort between NASA, USDA, and NOAA.    Projects involved design and implementation of soil moisture prediction models and crop production models.

## UNIVERSITY OF LOUISVILLE                                           1976-1977

### Assistant Professor

Graduate student advisor.  Taught undergraduate courses in Air Photo Interpretation; Physical Geography; and Climatology/Regional Hydrology.

## COLUMBIA UNIVERSITY (NEW YORK)                                     1975-1976

### Assistant Professor

Graduate student advisor.  Taught undergraduate and graduate courses in Environmental Science I; Environmental Science II, General Climatology, and Biogeography.

## PUBLICATIONS

2009    Evaluation of Wildfire Particulate: Comparison of Two Methods – PLM and PLM with SEM/EDX (co-authors M. Krotenberg, M.W. Wiseman, M.S. Wiseman).  Peer-reviewed paper presented at AIHce June 4, 2009, in Toronto, Canada.

2008    Differentiating Between Clean and Moldy Indoor Environments Based on Air-Borne ASP/PEN Spore Concentrations (co-authors M. Krotenberg and J. Spurgeon). Peer-reviewed paper presented at AIHce June 3, 2008, in Minneapolis, MN.

2008   Use of Wilcoxin Signed Rank Sum Test to Compare DIS-1 v.Air-O-Cell Spore Trap Results (co-authors L. Lauver and M. Wiseman). Peer- reviewed paper presented at AIHce June 3, 2008, in Minneapolis, MN.

2008  Evaluation of Fungal Spores Versus CFU Concentrations in Carpet Dust Samples (co-authors M. Krotenberg and M. Wiseman). Peer-reviewed paper presented at AIHce June 4, 2008, in Minneapolis, MN.

DANIEL W. BRIDGE, PH.D., C.I.H., C.R.M.I., C.E.P.

2007   Comparison of CFU/g and CFU/cm$^2$ as a Measure of Fungal Load in Collected Carpet Dust Samples (co-authors M. Krotenberg and M. Wiseman).   Peer-reviewed paper presented at AIHce June 5, 2007, in Philadelphia, PA.

2006   Comparison of Indoor and Outdoor Spore Concentrations in Residential Properties (co-authors J. Spurgeon and M. Krotenberg) Paper presented at ASTM Conference, Boulder, CO, July 28, 2006.

2006   An Alternative Method for Interpreting Airborne Spore Concentrations (co-authors J. Spurgeon and M. Krotenberg). Micro-Examiner. AEMTEK Laboratories Newsletter, April Issue.

2005   Numerical Guidelines for Total Fungi in Carpet Dust for IICRC Conditions 1-3 (co-authors P. Whitman, M. Krotenberg, D. Drysdale, and J. Shepherd). Peer-reviewed paper presented at AIHce, May 24, 2005, in Anaheim, CA.

2004   Sampling Carpet Dust for Microbials.  Indoor Environmental Connections. 5(9):28-30. (co-authors M. Krotenberg, CIH and D. Drysdale, CIH)

2004   Timelines Seen As Crucial for IAQ Investigations.   Indoor Environmental Connections.  5(8):40-42 (co-author, J. Peters, P.E.)

2004   Carpet Dust Sampling for Mold Contamination. The Standard, 3rd Quarter. Indoor Environmental Standards Organization, Rockville, MD.

2004   Understanding the Link Between Moisture and Mold.  Indoor Environmental Connections.  5(7):32-34.  (co-author, J. Peters, P.E)

2001   Going Beyond Mold: Analysis of Bacteria.  Mealey's Texas Mold Litigation Conference proceedings. Mealey Publications, King Of Prussia, PA., October 1-2, 2001.

1999   Indoor Mold:  Causes, Costs and Cures.  The MECA MAILER.  Midwest Environmental Claims Association Newsletter. 3(3):1-2.

1992   The Psychology of Pollution Cleanup., with co-authors Frank Culberson, P.E., and Thomas Vormbrock, P.E.. Claims, 40(7): 56-60.

1984   Remedial Response Model:  Ranking Remedial Actions with Regard to Hazard and Cost.   Proceedings of Conference on Management of Hazardous Wastes and Environmental Emergencies, with co-author R. Smith, M.A. sponsored by the U.S. E.P.A. Institute.  Houston, March 12-14.

1983   Aboveground Encapsulation:  Remedial Action for Regional Superfund Sites. Environmental Analyst.  4 (5): 7-9.

1982   Aboveground Cells:  An Alternative to Traditional Remedial Strategies for Hazardous Waste.  Environmental Analyst:.  3 (12): 7-12.

1982   Traditional On-site Remedial Strategies for Economically Non-Disposal, Non-Treatable Hazardous Wastes.  Environmental Analyst. 3(11): 3-6.

1982   On-site Remedial Strategies for Economically Non-Disposal Wastes, with Emphasis on Above Ground Cells.  Paper presented at the Tenth Water

DANIEL W. BRIDGE, PH.D., C.I.H., C.R.M.I., C.E.P.

Resources Symposium on Toxic Materials-Methods of Control.  University of Texas at Austin, May, 1982.

## LEGAL PRESENTATIONS

2002    Bacteria:  The Next Frontier.  A one-hour legal education seminar sponsored by the State Bar of Texas under the program entitled "Trying the Black Mold Case." April-May 2002.  Presentations in Austin, Corpus Christi, and Dallas.

## PATENTS

| Date | Patent No. | Title | Authors |
|------|-----------|-------|---------|
| 8/7/84 | 4,464,081 | Process and Structure for storing and isolating hazardous waste. | Dr. D. Bridge<br>Dr. E. Hiller<br>Dr. J. Dauchy |



**RIMKUS**
CONSULTING GROUP, INC.
713-621-3550



### PHILIP R. WATTERS, M.B.A., P.E., LEED® AP
### SENIOR VICE PRESIDENT

Mr. Watters is a 1969 engineering graduate of Michigan Technological University and 1972 graduate of the University of Houston Business School. His professional experience has been in the petrochemicals, refining, oil and gas exploration, and natural gas processing industries as well as the engineering and management consulting profession. He is knowledgeable in environmental assessments, indoor air quality and industrial hygiene investigations, economics, market research, supply/demand and price forecasting, process and mechanical engineering design, process economics and optimization, and technology evaluations. He has owned and managed engineering and management consulting firms. He has prepared and delivered numerous papers, expert reports, and depositions during litigation proceedings. In addition, Mr. Watters is a LEED® Accredited Professional, which demonstrates knowledge and understanding of the "green building" certification process for building design, materials, construction, operation, and indoor air quality issues by the US Green Building Council.

Mr. Watters' principal areas of expertise include environmental remediation cost analysis, indoor air quality evaluations, business interruption and economic evaluations, process technology audits, manufacturing cost analysis, process design, project evaluations, product contract negotiations, and acquisition studies. Mr. Watters has performed investigations of pipeline economic losses, industrial accidents, fires, explosions, wrongful death economic losses, toxic/hazardous waste evaluations, including determination of cause, origin, extent, and severity of environmental contamination, product contamination assessments, subrogation evaluations, and product liability determinations.

### EDUCATION AND PROFESSIONAL ASSOCIATIONS

M.B.A. - University of Houston
B.S. - Chemical Engineering – Michigan Technological University
Registered Professional Engineer - Texas
Completed 40-Hour OSHA Hazardous Waste Operations and Emergency Response Course
Licensed Mold Assessment Consultant (Texas License No. MAC0180)
Leadership in Energy and Environmental Design Accredited Professional (LEED® AP) - USGBC
Member:  American Institute of Chemical Engineers
      Commercial Development and Marketing Association
      National Groundwater Association
      Southwest Chemical Association

### EMPLOYMENT HISTORY

| | |
|---|---|
| 1989 - Present | Rimkus Consulting Group, Inc. |
| 1986 - 1989 | Resource Planning Consultants, A Bonner & Moore Company |
| 1981 - 1986 | Resource Planning Consultants, Inc. |
| 1975 - 1981 | Pace Consultants, Inc. |
| 1973 - 1975 | Advanced Management Systems, Inc. |
| 1969 - 1973 | Exxon Chemical Company |

## PHILIP R. WATTERS, M.B.A., P.E.

**DETAILED PROFESSIONAL EXPERIENCE:**

**RIMKUS CONSULTING GROUP, INC.**                    **1989 - PRESENT**

Senior Vice President

Provide litigation support for attorneys and corporate counsels; claims investigations and evaluations for insurance companies; assistance in negotiation and settling contract disputes; courtroom demonstrative evidence, including computer animations and simulations; and forecasting the supply/demand and pricing of energy related products.

Consulting projects have included economic evaluations of business interruption and property damage claims, indoor air quality investigations, mold remediation oversight of commercial buildings and residences, industrial hygiene investigations, environmental remediation cost analysis, linear programming optimization models and pro forma economic models of refineries and petrochemical plants, determination of cause, origin, extent, and severity of environmental contamination, employee theft and dishonesty claims, wrongful death economic determination, fire/explosion and accident reconstructions, heat and material balances of refineries and petrochemical plants, historical margin audits, assisting attorneys in data requests and deposition preparation for opposing technical experts, forecasting environmental regulations impact on automobile fuels demand, and auditing hazardous chemical process operations and environmental clean-up plans.

**RESOURCE PLANNING CONSULTANTS, A BONNER & MOORE CO.**          **1986 - 1989**

President (1988 - 1989)

Responsible for marketing, planning, and project coordination of multi-client consulting services for domestic and international clients in natural gas, natural gas liquids, and petrochemical feedstocks.

Conducted market research studies to identify joint venture opportunities, linear programming simulations of olefin plant operations, regional natural gas and natural gas liquids supply/demand and pricing, and expert testimony regarding gas processing contract litigation.

Vice President (1986 - 1988)

Responsible for new business development in single client consulting area and coordination of merger with the Bonner & Moore Associates, Inc. organization.

Project activities included studies of helium contracting practices, screening study for a MTBE project, competitive helium manufacturing cost analysis, start-up of a West Coast natural gas and natural gas liquids multi-client study, and ongoing participation in natural gas liquids multi-client consulting practice.

## PHILIP R. WATTERS, M.B.A., P.E.

**RESOURCE PLANNING CONSULTANTS, INC.**                                    **1981 - 1986**

Vice President/Director

Director and co-founder of energy consulting firm specializing in single client and multi-client services to the petrochemical, natural gas, natural gas liquids and refining industries. Responsible for marketing, new business development, employee hiring and administration.

Consulting project work encompassed analysis of fuel switching impact on natural gas pipelines, evaluating alkylate feedstock stream values, propane pipeline acquisition analysis, NGL raw mix pipeline expansion analysis, market forecasts for methyl ethyl ketone and isopropyl alcohol, evaluation of vacuum gas oil streams, marketing of gas plant condensate, worldwide helium supply/demand and pricing studies, survey of ethane contracting practices, market research of database requirements in exploration/production industries, business entry strategic analysis, methanol feasibility study for plant relocation to the Middle East, and analyzing impacts of government natural gas pricing decontrol on petrochemicals.

**PACE CONSULTANTS, INC.**                                               **1975 - 1981**

Manager of Market Analysis (1979 - 1981)

Responsibilities included the supervision of market analysis studies and the development of price forecasting services in petrochemicals, natural gas, and refined products. Developed a consulting practice in the oil and gas exploration/production industry focusing on offshore drilling activity forecasts.

Consulting activities included industrial market research, supply/demand and price forecasting model development for petrochemicals and refined products, and utility fuels purchasing strategy development.

Consultant/Senior Consultant (1975 - 1979)

Participated in and managed consulting assignments encompassing supply, demand and pricing analysis.

Project work included: gasohol feasibility study, propylene purchasing study, expert testimony preparation for refined products contract lawsuit, analysis of gasoline lead phase-down on premium gasoline, government studies of California crude oil transportation alternatives, heavy crude oil upgrading studies, competitive technology/manufacturing costs of plastic resins, refinery acquisition studies, retail gasoline marketing acquisition studies, siting of diesel truck stops, and olefins manufacturing cost evaluations.

## PHILIP R. WATTERS, M.B.A., P.E.

**ADVANCED MANAGEMENT SYSTEMS, INC.**                    **1973 - 1975**

### Consultant/Senior Consultant

Supervised staff of natural gas and crude oil piping designers; designed offshore natural gas gathering pipeline system and compressor installations; acquisition studies and management of office buildings and apartments; market research of retail gasoline marketing trends; profit improvement studies for retail gasoline marketing; and, development of computerized corporate planning models.

**EXXON CHEMICAL COMPANY**                    **1969 - 1973**

### Technical Service Engineer

In-charge of providing technical service and project engineering in polypropylene, isobutylene extraction and butyl rubber manufacture. Engineering responsibilities included wastewater treating facilities and minimization of liquid wastes and air-borne emissions.

Project responsible for coordinating plant test runs of new resins, start-up of new production technologies, design/construction/start-up of waste water recovery unit, screening studies for new technologies, preparing operating standards; participated in quality improvement teams and environmental audits.