**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Rennaissance Commons Blvd.  Unit 2227  Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  Marianne & Joseph Remos | Camera Serial: |
| Visit Date: | 11/30/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range:           1 thru 19 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ✓ Check | Description of Odor: | moderate sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | KNAUF | Location Stamp Found: | second bedoom wall looking from living r( Photo #: | 2 thru 7 |
| End Tape Found: | no | Color of End Tape: | |
| Comments: | Visual on KNAUF | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None |
| Plumbing | none |
| Light Fixtures | none - Mircrowave and refrigerator panels replaced and TV replaced under warrenty |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 8 & 9 |
| Electro-mechanical portion of HVAC | | | yes | moderate | black | 10 |
| Circuit Breaker | | | yes | moderate | black | #11 |
| Refrigerator coils | | | yes | heavy | black | 12 thru 1`4 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | 15 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s)  16 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  master bath vanities - pitting | Photo Number(s)  17 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  outlet under kitchen bar -  very light black | Photo Number(s)  18 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

Homeowner Name: Marianne & Joseph Ramos
Location: 1660 Rennaissance Commons Blvd.  Unit 2227  Boynton Beach, FL  33426
Claim Number:



**17 -  master bath vanity - pitting**



**18 – outlet under kitchen bar**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marianne & Joseph Ramos |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2227  Boynton Beach, FL  33426 |
| Claim Number: | |



11/30/2009

**19 -  sample area behind refrigerator**



## Photo Mounting Sheet

Homeowner Name:  Marianne & Joseph Ramos
Location:  1660 Rennaissance Commons Blvd.  Unit 2227  Boynton Beach,
FL  33426
Claim Number:



**1 - Address**



**2 – drywall marking TI (of TIANJIN)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marianne & Joseph Ramos |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2227  Boynton Beach, FL  33426 |
| Claim Number: | |



**3 – drywall marking AN (of TIANJIN)**



**4 - drywall marking ANJI (of TIANJIN)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marianne & Joseph Ramos |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2227  Boynton Beach, FL  33426 |
| Claim Number: | |



**5 – drywall marking KN (of KNAUF)**



6 drywall marking AUF (of KNAUF)



## Photo Mounting Sheet

Homeowner Name:  Marianne & Joseph Ramos

Location:  1660 Rennaissance Commons Blvd.  Unit 2227  Boynton Beach, FL  33426

Claim Number:



7 – drywall marking  UF (of KNAUF)



8 – HVAC coil



Photo Mounting Sheet

Homeowner Name:   Marianne & Joseph Ramos
Location:   1660 Rennaissance Commons Blvd.  Unit 2227  Boynton Beach, FL  33426
Claim Number:



9 – HVAC coil



10 – HVAC electromechanical



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marianne & Joseph Ramos |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2227  Boynton Beach, FL  33426 |
| Claim Number: | |



11 – circuit panel



12 – refrigerator coil



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Marianne & Joseph Ramos |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2227  Boynton Beach, FL  33426 |
| Claim Number: | |



13 –refrigerator coil



14 – refrigerator coil



## Photo Mounting Sheet

Homeowner Name: Marianne & Joseph Ramos
Location: 1660 Rennaissance Commons Blvd.  Unit 2227  Boynton Beach, FL  33426
Claim Number:



15 – water heater



16 – mirror

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2606 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 11/23/2009 | Sampler Name/Company: | Photo Range: |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Heavy sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | blue lettering | Location Stamp Found: | south wall living room | Photo #: | 12 thru 18 |
| End Tape Found: | Yes | Color of End Tape: | blue and yellow | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | |
| Plumbing | |
| Light Fixtures | |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | Heavy | black | 2 &3 |
| Electro-mechanical portion of HVAC | | | | heavy on disconnect | black | 4 |
| Circuit Breaker | | | | heavy on jumper bar ends | black | #5 |
| Refrigerator coils | | | | heavy on copper lines | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | yes | kitchen plumbing discolored | gray | 8 |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? Yes | 1 bath faucet  corrosion | 9 |
| Other metallic fixtures or hardware | Discoloration/Residue? Yes | rusted cornerbead  in bathroom | 10 |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | electrical outlet wires  black | 11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?  Yes | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



Photo Mounting Sheet

Homeowner Name: **Manuel and Lavinia Ramos**

Location: 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426

Claim Number: 30325.002



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



### Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #8 kitchen plumbing discolored**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #9 bath faucet -light corrosion**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #10 rusted cornerbead**



## Photo Mounting Sheet

Homeowner Name:     Manuel and Lavinia Ramos

Location:     1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426

Claim Number:     30325.002



**Photo #11 electrical wires at outlet**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #12 end tape**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #13 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #14 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Manuel and Lavinia Ramos** |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #15 drywall stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Manuel and Lavinia Ramos** |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #16 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. # 2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #17 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Manuel and Lavinia Ramos |
| Location: | 1660 Renaissance Commons Blvd. #2606, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #18 drywall stamp**

**Structure Photo**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| Address: | 1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
|---|---|---|---|---|
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 11/30/2009 | Sampler Name/Company: | Photo Range: | |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | moderate sulfur |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | blue lettering | Location Stamp Found: | south wall master bedroom closet | Photo #: | |
|---|---|---|---|---|---|
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | also found in south wall of 2nd bedroom hallway | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | no  right after closing A/C was repaired and 4 to 6 weeks ago A/C was serviced |
|---|---|
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper bend | U- | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | | yes | heavy | black | 4 |
| Circuit Breaker | | | | yes | heavy on jumper bar ends | black | #5 |
| Refrigerator coils | | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | yes | copper lines under kitchen sink  da | | 8 |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  bath faucets , kitchen faucet, and bath vanity  sink stoppers - corroded | Photo Number(s)  9 thru 13 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  ice dispenser grill on refrigerator discolored | Photo Number(s)  14 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  discolored electrical wires at outlet heavy black | Photo Number(s)  15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Birgitta Rayman |
| Location: | 1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Birgitta Rayman |
| Location: | 1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name:  Birgitta Rayman
Location:  1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #3 HVAC**



# Photo Mounting Sheet

Homeowner Name:        Birgitta Rayman
Location:        1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:        30325.002



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

Homeowner Name:     Birgitta Rayman
Location:          1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #5 circuit breaker jumper bar ends black**



## Photo Mounting Sheet

Homeowner Name:     Birgitta Rayman
Location:     1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #6 Refrigerator copper lines**



# Photo Mounting Sheet

Homeowner Name:      Birgitta Rayman
Location:      1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #7 Refrigerator**



# Photo Mounting Sheet

Homeowner Name:     Birgitta Rayman
Location:     1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #8 discolored copper lines under kitchen sink**



# Photo Mounting Sheet

Homeowner Name:     Birgitta Rayman
Location:            1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:        30325.002



**Photo #9 bath faucet corroded**



# Photo Mounting Sheet

Homeowner Name:  Birgitta Rayman
Location:  1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #10 bath faucet corroded**



# Photo Mounting Sheet

Homeowner Name:       Birgitta Rayman
Location:       1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo #11 corroded sink stopper**



# Photo Mounting Sheet

Homeowner Name:     Birgitta Rayman
Location:     1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #12 corroded sink stopper**



Photo Mounting Sheet

Homeowner Name:          Birgitta Rayman
Location:              1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:          30325.002



**Photo #13 corroded kitchen sink**



## Photo Mounting Sheet

Homeowner Name:          Birgitta Rayman
Location:              1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:          30325.002



**Photo #14 ice dispenser grill discolored**



# Photo Mounting Sheet

Homeowner Name: Birgitta Rayman
Location: 1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #15 electrical wires at outlet**

**Enter Caption**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Birgitta Rayman |
| Location: | 1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #16 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Birgitta Rayman |
| Location: | 1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo**

**Photo #17 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Birgitta Rayman |
| Location: | 1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #22 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:        **Birgitta Rayman**
Location:              1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:          30325.002



**Caption**

**Photo #19 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:      **Birgitta Rayman**
Location:      1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:      30325.002



**Caption**

**Photo #20 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:    Birgitta Rayman
Location:    1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:    30325.002



**Caption**

**Photo #21 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:     Birgitta Rayman
Location:           1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426
Claim Number:       30325.002



**Caption**

**Photo #22 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Birgitta Rayman |
| Location: | 1690 Renaissance Commons Blvd #2109 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

| |
|---|
| **Photo #23 drywall stamp** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company:  Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/30/2009 | Sampler Name/Company:  Renzetti, Nicholas and Adrienne | Photo Range: | 1 thru 14 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | heavy sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | moderate | Black | 4 |
| Circuit Breaker | | | Yes | Heavy on jumper bar and wires | Black | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | | 8 Thru 12 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Rusted cornerbead in master bathroom | 13 |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | | 14 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renzetti, Nicholas and Adrienne |
| Location: | 1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

Homeowner Name:   Renzetti, Nicholas and Adrienne
Location:          1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo  #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renzetti, Nicholas and Adrienne |
| Location: | 1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



Photo Mounting Sheet

Homeowner Name: Renzetti, Nicholas and Adrienne
Location: 1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #4 HVAC disconnect**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renzetti, Nicholas and Adrienne |
| Location: | 1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



## Photo Mounting Sheet

Homeowner Name:   Renzetti, Nicholas and Adrienne
Location:   1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #6 refrigerator lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renzetti, Nicholas and Adrienne |
| Location: | 1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name:   Renzetti, Nicholas and Adrienne
Location:   1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #8 bath faucet**



# Photo Mounting Sheet

Homeowner Name:   Renzetti, Nicholas and Adrienne
Location:   1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #9 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renzetti, Nicholas and Adrienne |
| Location: | 1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renzetti, Nicholas and Adrienne |
| Location: | 1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 sink stopper**



Photo Mounting Sheet

Homeowner Name:   Renzetti, Nicholas and Adrienne
Location:         1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #12 sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renzetti, Nicholas and Adrienne |
| Location: | 1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #13 rusted cornerbead master bathroom**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Renzetti, Nicholas and Adrienne |
| Location: | 1690 Renaissance Commons Blvd #1321 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #14 electrical wires at outlet**

**Enter Caption**

**Enter Caption**



# Photo Mounting Sheet

Homeowner Name: NICHOLAS RENZETTI
Location: BLDG# 1690  UNIT # 1321
Claim Number:



2009 / 12 / 01   18 : 24 : 51

**Photo # 1 DRYWALL STAMP**



## Photo Mounting Sheet

Homeowner Name:   NICHOLAS RENZETTI
Location:             BLDG# 1690  UNIT # 1321
Claim Number:



2009/12/01  18:25:07

**Photo # 2 DRYWALL STAMP**



## Photo Mounting Sheet

Homeowner Name:   NICHOLAS RENZETTI
Location:   BLDG# 1690  UNIT # 1321
Claim Number:



2009/12/01  18:25:36

**Photo # 3 DRYWALL STAMP**



# Photo Mounting Sheet

Homeowner Name:   NICHOLAS RENZETTI

Location:   BLDG# 1690  UNIT # 1321

Claim Number:



2009/12/01  18:26:55

**Photo # 4 DRYWALL STAMP**



## Photo Mounting Sheet

Homeowner Name:  NICHOLAS RENZETTI
Location:  BLDG# 1690  UNIT # 1321
Claim Number:



2009/12/01  18:27:26

**Photo # 5 DRYWALL STAMP**