**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| Address: | 1690 Renaissance Commons Blvd  #1212, Boynton Beach, fl33426 | | Front of House Photo #: | 1 |
|---|---|---|---|---|
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 11/25/2009 | Sampler Name/Company: | Photo Range: | 1 thru 10 |

## ODOR OBSERVATIONS

| Odor Present: | ☐ Check | Description of Odor: | No |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | black lettering | Location Stamp Found: | south wall 2nd bedroom | Photo #: | 10 |
|---|---|---|---|---|---|
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | No |
|---|---|
| Plumbing | No |
| Light Fixtures | No |

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | no | | | 4 |
| Circuit Breaker | | | no | | | #5 |
| Refrigerator coils | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 8 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | Describe, discoloration, color and location: moderate   black | Photo Number(s) 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?

No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1212, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1212, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1212, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1212, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1212, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1212, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1212, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1212, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #8 Typical bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1212, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #9 electrical wires at outlet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1212, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



| Caption |
|---|
| **Photo #10 drywall stamp** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1410  Boynton Beach fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company:  Patrick Toohey | Camera Serial: | |
| Visit Date: | 11/25/2009 | Sampler Name/Company: | Photo Range: | 1 thru 16 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | light sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | black lettering | Location Stamp Found: | south wall 2nd bedroom | Photo #: | 11 to 16 |
| End Tape Found: | No | Color of End Tape: | | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | |
| Plumbing | |
| Light Fixtures | |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | light | | 4 |
| Circuit Breaker | | | yes | heavy - jumper bar ends | | #5 |
| Refrigerator coils | | | | moderate | | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | no | | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  light corrosion on 2 bath faucets | Photo Number(s)  8 & 9 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  heavy on electrical wires at outlet | Photo Number(s)  10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo#2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**PHoto #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker black ends on jumper bar**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #8 bath faucet - corroded**



# Photo Mounting Sheet

Homeowner Name: **Martin Riback**

Location: 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426

Claim Number: 30325.002



**Photo #9 bath faucet #2**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #10 electrical wires at outlet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #11 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: **Martin Riback**

Location: 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426

Claim Number: 30325.002



Caption

**Photo #12 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: **Martin Riback**

Location: 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426

Claim Number: 30325.002



**Caption**

**Photo #13 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #14 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #15 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martin Riback |
| Location: | 1690 Renaissance Commons Blvd. #1410, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #16 drywall stamp**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd.  Unit 1422  Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  Martha Richman | Camera Serial: |
| Visit Date: | 11/21/09 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range:          1 thru 19 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Moderate sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | 4feetx12feetx1/2inch | Location Stamp Found: | left living room wall at second bedroom   Photo #: | 2 thu 6 |
| End Tape Found: | Yes | Color of End Tape: | white |
| Comments: | stamp is in black approx 8 inches from top of board.  Found 2 sets of numbers  also approx 8 inches from | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | replaced coils twice in the three years per tenant Krista. |
| Plumbing | no |
| Light Fixtures | replaced vanity light |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 7 & 8 |
| Electro-mechanical portion of HVAC | | x | yes | heavy | black | 9 |
| Circuit Breaker | | | yes | moderate | black | #10 |
| Refrigerator coils | | | yes | heavy | black | 11 & 12 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Hall bath - vanity faucet and light fixture  master bath faucet - pitting | 13, 15 thru 17 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Hall and master bath corner bead at fur down - rust | 14 & 17 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | outlet in dining room at kitchen bar | 18 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martha Richman |
| Location: | 1690 Rennaissance Commons Blvd.  Unit 1422  Boynton Beach, FL  33426 |
| Claim Number: | |



**1 - Address**



**2 – drywall marking 4 feet (approx 8 inches from top of board)**



# Photo Mounting Sheet

Homeowner Name:   Martha Richman

Location:   1690 Rennaissance Commons Blvd.  Unit 1422  Boynton Beach,
FL  33426

Claim Number:



**3 – drywall marking ( part of 4feetx12x1/2inch)**



**4 drywall marking approx 8 inches from top of board**



## Photo Mounting Sheet

Homeowner Name:   Martha Richman
Location:   1690 Rennaissance Commons Blvd.  Unit 1422  Boynton Beach, FL  33426
Claim Number:



**5 – drywall marking approx 8 inches from top of board**



**6 – drywall end tape – appears to be white**



# Photo Mounting Sheet

Homeowner Name:    Martha Richman

Location:    1690 Rennaissance Commons Blvd. Unit 1422 Boynton Beach, FL 33426

Claim Number:



7 – HVAC coil



8 – HVAC coil



# Photo Mounting Sheet

Homeowner Name:   Martha Richman

Location:   1690 Rennaissance Commons Blvd.  Unit 1422  Boynton Beach, FL  33426

Claim Number:



9 – HVAC electromechanical



10 – circuit breaker



## Photo Mounting Sheet

Homeowner Name:    Martha Richman

Location:    1690 Rennaissance Commons Blvd.  Unit 1422  Boynton Beach, FL  33426

Claim Number:



11 – refrigerator coil



12 – refrigerator coil



# Photo Mounting Sheet

Homeowner Name:   Martha Richman
Location:              1690 Rennaissance Commons Blvd.  Unit 1422  Boynton Beach,
                         FL  33426
Claim Number:



13 –master bath vanity faucet - pitting



14 – master bath corner bead at fur down - rust



**Photo Mounting Sheet**

Homeowner Name:   Martha Richman

Location:   1690 Rennaissance Commons Blvd.  Unit 1422  Boynton Beach, FL  33426

Claim Number:



15 – hall vanity light - pitting



16 – hall vanity faucet – pitting



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Martha Richman |
| Location: | 1690 Rennaissance Commons Blvd.  Unit 1422  Boynton Beach, FL  33426 |
| Claim Number: | |



**17 –Hall bath corner bead - rust**



**18- electrical outlet – under kitchen bar area**



## Photo Mounting Sheet

Homeowner Name:   Martha Richman

Location:   1690 Rennaissance Commons Blvd.  Unit 1422  Boynton Beach, FL  33426

Claim Number:



11/21/2009

**19 – sample area behind refrigerator**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | | Sampler Name/Company: RMM Investments LLC | Photo Range:    1 thru 16 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | heavy sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | |
|---|---|---|
| Stamp Description: | Location Stamp Found: | Photo #: |
| End Tape Found: | Color of End Tape: | |
| Comments: | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 4 |
| Circuit Breaker | | | Yes | moderate | Black | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6& 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location: | Photo Number(s)  8 thru 14 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  cornerbead in master bath room | Photo Number(s)  15 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  moderate   black | Photo Number(s)  16 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

Homeowner Name:  RMM Investments LLC
Location:  1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



Photo Mounting Sheet

Homeowner Name:   RMM Investments LLC
Location:          1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #6 refrigerator lines**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 light in master bathroom**



# Photo Mounting Sheet

Homeowner Name: **RMM Investments LLC**
Location: 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #9 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo # 10 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 bath faucet**



# Photo Mounting Sheet

Homeowner Name: **RMM Investments LLC**
Location: 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #12 corroded shower head**



# Photo Mounting Sheet

Homeowner Name:     RMM Investments LLC
Location:     1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #13 sink stopper**



## Photo Mounting Sheet

Homeowner Name:   RMM Investments LLC
Location:              1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #14 sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #15 rusted cornerbead master bathroom**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1690 Renaissance Commons Blvd #1103 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #16 electrical wires at outlet**



## Photo Mounting Sheet

Homeowner Name:   Dr. Ijac

Location:   1690 Rennaissance Commons Blvd.  Unit 1103  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall marking –feetx1/2inch (of 4feetx12feetx1/2inch)**



## Photo Mounting Sheet

Homeowner Name: Dr. Ijac

Location: 1690 Rennaissance Commons Blvd. Unit 1103 Boynton Beach, FL 33426

Claim Number:



**3 – drywall marking - feetx1/2inch (of 4feetx12feetx1/2inch)**



## Photo Mounting Sheet

Homeowner Name:   Dr. Ijac

Location:   1690 Rennaissance Commons Blvd.  Unit 1103  Boynton Beach, FL  33426

Claim Number:



**4 – drywall marking**

5 – drywall marking



# Photo Mounting Sheet

Homeowner Name:     Dr. Ijac
Location:     1690 Rennaissance Commons Blvd.  Unit 1103  Boynton Beach, FL  33426
Claim Number:



6 drywall marking

7 –

8 –

9 –

10 –

11 –

12 –

13 –

14 -

15 -

16 –

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2112 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 01/05/2010 | Sampler Name/Company: RMM Investments LLC | Photo Range: | 1 thru 10 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | None noted |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Unknown |
| Plumbing | Unknown |
| Light Fixtures | Unknown |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Heavy | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Moderate | Black | 4 |
| Circuit Breaker | | | Yes | Light on jumper bar | Dark | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | Yes | Light discoloration on copper lines | | 8 |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | | 9 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | | 10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1660 Renaissance Commons Blvd #2112 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

Homeowner Name: RMM Investments LLC
Location: 1660 Renaissance Commons Blvd #2112 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name:     RMM Investments LLC
Location:                    1660 Renaissance Commons Blvd #2112 Boynton Beach Fl 33426
Claim Number:           30325.002



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1660 Renaissance Commons Blvd #2112 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | RMM Investments LLC |
| Location: | 1660 Renaissance Commons Blvd #2112 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



## Photo Mounting Sheet

Homeowner Name:    RMM Investments LLC
Location:    1660 Renaissance Commons Blvd #2112 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #6 refrigerator copper lines**



## Photo Mounting Sheet

Homeowner Name:    RMM Investments LLC
Location:    1660 Renaissance Commons Blvd #2112 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name:     RMM Investments LLC
Location:           1660 Renaissance Commons Blvd #2112 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo #8 kitchen sink copper supply lines**



# Photo Mounting Sheet

Homeowner Name:     RMM Investments LLC
Location:     1660 Renaissance Commons Blvd #2112 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #9 bath faucet  (no corrosion)**



## Photo Mounting Sheet

Homeowner Name:  RMM Investments LLC
Location:  1660 Renaissance Commons Blvd #2112 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #10 electrical wire at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



## Photo Mounting Sheet

Homeowner Name:   Dr. Ijac

Location:   1660 Rennaissance Commons Blvd.  Unit 2112  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall marking  de i (of Made in China) black marking approx 8 inches from edge**



## Photo Mounting Sheet

Homeowner Name:     Dr. Ijac

Location:     1660 Rennaissance Commons Blvd.  Unit 2112  Boynton Beach, FL  33426

Claim Number:



**3 – drywall marking - in (of Made in China)**

**4 – drywall marking – c (in (of Made in China)**



### Photo Mounting Sheet

Homeowner Name:   Dr. Ijac

Location:   1660 Rennaissance Commons Blvd.  Unit 2112  Boynton Beach,
FL  33426

Claim Number:



5 – drywall marking – h (of China)

6 drywall marking – ina (of China)



# Photo Mounting Sheet

Homeowner Name:   Dr. Ijac

Location:   1660 Rennaissance Commons Blvd.  Unit 2112  Boynton Beach, FL  33426

Claim Number:



7 – drywall marking – ASTM (of ASTMC1396)



8 – drywall marking MC1 (of ASTMC1396)



# Photo Mounting Sheet

Homeowner Name:   Dr. Ijac

Location:   1660 Rennaissance Commons Blvd.  Unit 2112  Boynton Beach, FL  33426

Claim Number:



9 – drywall marking 1396 (of ASTMC1396)



10 –  drywall marking  2006



# Photo Mounting Sheet

Homeowner Name:   Dr. Ijac

Location:   1660 Rennaissance Commons Blvd.  Unit 2112  Boynton Beach, FL  33426

Claim Number:



11 – drywall marking

12 – drywall marking



**Photo Mounting Sheet**

Homeowner Name:    Dr. Ijac
Location:                   1660 Rennaissance Commons Blvd.  Unit 2112  Boynton Beach,
                               FL  33426
Claim Number:



13 – drywall marking



14 – drywall tape joint

15 -

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/07/2009 | Sampler Name/Company: Rovezzi, James | Photo Range: | 1 thru 11 |

### ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | |
|---|---|---|
| Stamp Description: | Location Stamp Found: | Photo #: |
| End Tape Found: | Color of End Tape: | |
| Comments: | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | moderate | black | 4 |
| Circuit Breaker | | | yes | heavy on jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | no | | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? Yes | 2 bath faucets  1 sink stopper corroded | 8 to 10 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | | |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | electrical wires at outlet    black | 11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | James Rovezzi |
| Location: | 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

Homeowner Name: James Rovezzi
Location: 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | James Rovezzi |
| Location: | 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

Homeowner Name: James Rovezzi
Location: 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

Homeowner Name:  James Rovezzi
Location:  1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #5 circuit breaker**



Photo Mounting Sheet

Homeowner Name: James Rovezzi
Location: 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #6 refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | James Rovezzi |
| Location: | 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | James Rovezzi |
| Location: | 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 corroded bath faucet**



# Photo Mounting Sheet

Homeowner Name:   James Rovezzi
Location:              1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo #9 corroded bath faucet**



# Photo Mounting Sheet

Homeowner Name:   James Rovezzi
Location:         1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #10 corroded sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | James Rovezzi |
| Location: | 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



# Photo Mounting Sheet

| Homeowner Name: | James Rovezzi |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   James Rovezzi
Location:   1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426
Claim Number:   30325.002



Photo

**Photo #2 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | James Rovezzi |
| Location: | 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #3 Drywall Stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | James Rovezzi |
| Location: | 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #4 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | James Rovezzi |
| Location: | 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #5 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | James Rovezzi |
| Location: | 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo # 6 drywall stamp**



# Photo Mounting Sheet

| Homeowner Name: | James Rovezzi |
| Location: | 1660 Renaissance Commons Blvd #2418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #7 drywall stamp**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**