**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd  #2518 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company:  Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/07/2009 | Sampler Name/Company:  Sabatino, Dominic & Hiskey, Richard | Photo Range: | 1 thru 13 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | moderate | dark | 4 |
| Circuit Breaker | | | yes | heavy on jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | 2 sink stoppers, 2 bath faucets, and shower valve | 8 thru 12 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>Yes | heavy black on electrical wires at outlet | 13 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dominic and Hiskey, Richard Sabatino |
| Location: | 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| Homeowner Name: | Dominic and Hiskey, Richard Sabatino |
| Location: | 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dominic and Hiskey, Richard Sabatino |
| Location: | 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dominic and Hiskey, Richard Sabatino |
| Location: | 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dominic and Hiskey, Richard Sabatino |
| Location: | 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dominic and Hiskey, Richard Sabatino |
| Location: | 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 refrigerator**



## Photo Mounting Sheet

Homeowner Name: Dominic and Hiskey, Richard Sabatino
Location: 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #7 refrigerator**



# Photo Mounting Sheet

| Homeowner Name: | Dominic and Hiskey, Richard Sabatino |
|---|---|
| Location: | 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 corroded bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dominic and Hiskey, Richard Sabatino |
| Location: | 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 corroded bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dominic and Hiskey, Richard Sabatino |
| Location: | 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 corroded sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Dominic and Hiskey, Richard Sabatino |
| Location: | 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 corroded sink stopper**



# Photo Mounting Sheet

| Homeowner Name: | Dominic and Hiskey, Richard Sabatino |
|---|---|
| Location: | 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #12 corroded shower valve**



# Photo Mounting Sheet

| Homeowner Name: | Dominic and Hiskey, Richard Sabatino |
|---|---|
| Location: | 1660 Renaissance Commons Blvd # 2518 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #13 electrical wires at outlet ( black )**

**Enter Caption**

**Enter Caption**

**Enter Caption**



## Photo Mounting Sheet

Homeowner Name:  DOMINIC SABATINO
Location:  BLDG#1660  UNIT # 2518
Claim Number:



2009 / 12 / 01  15 : 44 : 50

**Photo # 1 DRYWALL STAMP-  C**



# Photo Mounting Sheet

Homeowner Name:    DOMINIC SABATINO
Location:    BLDG#1660  UNIT # 2518
Claim Number:



2009/12/01  15:45:00

**Photo # 2 DRYWALL STAMP-  H**



## Photo Mounting Sheet

Homeowner Name:  DOMINIC SABATINO
Location:  BLDG#1660  UNIT # 2518
Claim Number:



2009/12/01  15:45:18

**Photo # 3 DRYWALL STAMP-  I**



## Photo Mounting Sheet

Homeowner Name:   DOMINIC SABATINO
Location:   BLDG#1660  UNIT # 2518
Claim Number:



2009/12/01  15:45:26

**Photo # 4 DRYWALL STAMP-  N**



# Photo Mounting Sheet

Homeowner Name:   DOMINIC SABATINO
Location:               BLDG#1660  UNIT # 2518
Claim Number:



2009 / 12 / 01   15 : 48 : 43

**Photo # 5 DRYWALL STAMP-  A**



## Photo Mounting Sheet

Homeowner Name:  DOMINIC SABATINO
Location:  BLDG#1660  UNIT # 2518
Claim Number:



2 0 0 9 / 1 2 / 0 1   1 5 : 5 0 : 4 2

**Photo # 6 DRYWALL STAMP-  K**



# Photo Mounting Sheet

Homeowner Name:   DOMINIC SABATINO
Location:          BLDG#1660  UNIT # 2518
Claim Number:



2009/12/01 15:51:31

**Photo # 7 DRYWALL STAMP-  N**



# Photo Mounting Sheet

Homeowner Name:   DOMINIC SABATINO
Location:              BLDG#1660  UNIT # 2518
Claim Number:



2009/12/01  15:51:38

**Photo # 8 DRYWALL STAMP-  A**



# Photo Mounting Sheet

Homeowner Name:   DOMINIC SABATINO
Location:   BLDG#1660  UNIT # 2518
Claim Number:



2009/12/01  15:53:05

**Photo # 9 DRYWALL STAMP-  U**



## Photo Mounting Sheet

Homeowner Name:   DOMINIC SABATINO
Location:                  BLDG#1660  UNIT # 2518
Claim Number:



2009/12/01  15:53:58

**Photo # 10 DRYWALL STAMP-  F**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Rennaissance Commons Blvd.  Unit 1323  Boynton Beach, FL  33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company:  Keith Sautillo | Camera Serial: |
| Visit Date: | 11/19/2009 | Sampler Name/Company: Guy Sumlin/Brightclaim, Inc. | Photo Range:      1 thru 16 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | strong sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | 1/2inch  Drywall  020657 | Location Stamp Found: | living room wall from master bedroom      Photo #: | 2 thru 7 |
| End Tape Found: | Yes | Color of End Tape: | white |
| Comments: | second set of markings on 2nd bedroom wall - 060327  0946 and 062236 | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | none |
| Plumbing | none |
| Light Fixtures | none |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 8 & 9 |
| Electro-mechanical portion of HVAC | | | no | | | 10 |
| Circuit Breaker | | | yes | heavy | black | #11 |
| Refrigerator coils | | | yes | heavy | black | 12 & 13 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)

No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?

Yes | Describe, discoloration, color and location:

hall vanity light and master vanity faucet, light fixture  and shower head - pitting | Photo Number(s)

14 & 15 |
| Other metallic fixtures or hardware | Discoloration/Residue?

No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?

Yes | Describe, discoloration, color and location:

master bath outlet - moderate black | Photo Number(s)

16 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



### Photo Mounting Sheet

Homeowner Name:  **Kieth Sautillo**

Location:  1690 Rennaissance Commons Blvd  Unit 1323  Boynton Beach, Fl 33426

Claim Number:



**1 - Address**



**2 – drywall marking – t x ½ (living room wall from master br)**



## Photo Mounting Sheet

Homeowner Name: **Kieth Sautillo**

Location: 1690 Rennaissance Commons Blvd  Unit 1323  Boynton Beach, Fl 33426

Claim Number:



**3 – drywall marking – drywall (living room wall from master br)**



**4 - drywall marking – drywall (living room wall from master br)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kieth Sautillo |
| Location: | 1690 Rennaissance Commons Blvd  Unit 1323  Boynton Beach, Fl 33426 |
| Claim Number: | |



5 – drywall marking – close up of script

6 – drywall marking (2nd bedroom wall from living room)



**Photo Mounting Sheet**

Homeowner Name:    Kieth Sautillo

Location:    1690 Rennaissance Commons Blvd  Unit 1323  Boynton Beach, Fl
33426

Claim Number:



7 – drywall marking (2nd bedroom wall from living room)



8 – HVAC Coil



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kieth Sautillo |
| Location: | 1690 Rennaissance Commons Blvd  Unit 1323  Boynton Beach, Fl 33426 |
| Claim Number: | |



9 – HVAC Coil



10 – HVAC electromechanical



Photo Mounting Sheet

Homeowner Name:   Kieth Sautillo
Location:               1690 Rennaissance Commons Blvd  Unit 1323  Boynton Beach, Fl 33426
Claim Number:



11 Circuit breaker



12 – refrigerator coil



## Photo Mounting Sheet

Homeowner Name:   Kieth Sautillo

Location:   1690 Rennaissance Commons Blvd  Unit 1323  Boynton Beach, Fl 33426

Claim Number:



13 – refrigerator coil



14 –hall vanity light - pitting



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kieth Sautillo |
| Location: | 1690 Rennaissance Commons Blvd  Unit 1323  Boynton Beach, Fl 33426 |
| Claim Number: | |



15 – shower head master bath- pitting



16 – electrical outlet masterbath

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 RENAISSANCE COMMONS BLVD.  UNIT # 1615  BOYNTON BEACH  FL  33426 | | Front of House Photo #: | 1 |
| Address ID: | DAVID SCHMIDT | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/30/2009 | Sampler Name/Company: | Photo Range: | 1-20 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | SULFUR |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | BLUE DOT LETTERS | Location Stamp Found: | LIVINGROOM  WALL | Photo #: | 11 thru 20 |
| End Tape Found: | NO | | Color of End Tape: | | |
| Comments: | BLUE DOT LETTERS - IN CHINA | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 4,56 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 3 |
| Circuit Breaker | | | ☑ Check | MODERATE | BLACK | 8,9 |
| Refrigerator coils | | | ☑ Check | SEVERE | BLACK | 10 thru 13 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) <br><br> NO | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? <br><br> YES | Describe, discoloration, color and location: <br><br> BATHROOM SINK FAUCETS- BLACK SPOTTING | Photo Number(s) <br><br> 2 |
| Other metallic fixtures or hardware | Discoloration/Residue? <br><br> No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? <br><br> YES | Describe, discoloration, color and location: <br><br> RECEPTACLE AND SWITCH- BLACK DISCOLORATION OF EXPOSED COPPER WIRE | Photo Number(s) <br><br> 6,7 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



## Photo Mounting Sheet

Homeowner Name: DAVID SCHMIDT
Location: BLDG# 1690  UNIT # 1615
Claim Number:



**Photo # 1 UNIT NUMBER**



## Photo Mounting Sheet

Homeowner Name:  DAVID SCHMIDT

Location:  BLDG# 1690  UNIT # 1615

Claim Number:



**Photo # 2 BATHROOM FAUCET- BLACK SPOTTING**



Photo Mounting Sheet

Homeowner Name:   DAVID SCHMIDT
Location:                    BLDG# 1690  UNIT # 1615
Claim Number:



**Photo # 3 HVAC- DISCOLORATION OF DISCONNECT PLUG**



## Photo Mounting Sheet

Homeowner Name: DAVID SCHMIDT
Location: BLDG# 1690  UNIT # 1615
Claim Number:



**Photo # 4  HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:    DAVID SCHMIDT
Location:    BLDG# 1690  UNIT # 1615
Claim Number:



**Photo # 5 HVAC- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:　　DAVID SCHMIDT
Location:　　　　　　BLDG# 1690  UNIT # 1615
Claim Number:



**Photo # 6 RECEPTACLE- BLACK DISCOLORATIO OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | DAVID SCHMIDT |
| Location: | BLDG# 1690  UNIT # 1615 |
| Claim Number: | |



**Photo # 7 SWITCH- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



Photo Mounting Sheet

Homeowner Name:   DAVID SCHMIDT
Location:   BLDG# 1690  UNIT # 1615
Claim Number:



**Photo # 8 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name:    DAVID SCHMIDT

Location:    BLDG# 1690  UNIT # 1615

Claim Number:



**Photo # 9 CIRCUIT BREAKER- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



Photo Mounting Sheet

Homeowner Name: DAVID SCHMIDT
Location: BLDG# 1690  UNIT # 1615
Claim Number:



**Photo # 10 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name: DAVID SCHMIDT
Location: BLDG# 1690  UNIT # 1615
Claim Number:



**Photo # 11 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name: DAVID SCHMIDT
Location: BLDG# 1690  UNIT # 1615
Claim Number:



**Photo # 12 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | DAVID SCHMIDT |
| Location: | BLDG# 1690  UNIT # 1615 |
| Claim Number: | |



**Photo # 13 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**

   Photo Mounting Sheet

Homeowner Name:   DAVID SCHMIDT
Location:               BLDG# 1690  UNIT # 1615
Claim Number:



2009/11/30  11:26:18

**Photo # 14 BLUE DOT LETTERING-  IN CHINA**



Photo Mounting Sheet

Homeowner Name:     DAVID SCHMIDT
Location:                    BLDG# 1690  UNIT # 1615
Claim Number:



2009/11/30 11:26:07

**Photo # 15 BLUE DOT LETTERING-  IN CHINA**



# Photo Mounting Sheet

Homeowner Name:   DAVID SCHMIDT
Location:                    BLDG# 1690  UNIT # 1615
Claim Number:



2009/11/30 11:27:39

Photo # 16 **BLUE DOT LETTERING-  IN CHINA**



# Photo Mounting Sheet

Homeowner Name:     DAVID SCHMIDT
Location:            BLDG# 1690  UNIT # 1615
Claim Number:



2009/11/30 11:27:58

Photo # 17 **BLUE DOT LETTERING-  IN CHINA**



# Photo Mounting Sheet

Homeowner Name:     DAVID SCHMIDT
Location:     BLDG# 1690  UNIT # 1615
Claim Number:



2009/11/30 11:27:20

Photo # 18 **BLUE DOT LETTERING-  IN CHINA**



## Photo Mounting Sheet

Homeowner Name:   DAVID SCHMIDT
Location:   BLDG# 1690  UNIT # 1615
Claim Number:



2009/11/30  11:27:26

**Photo # 19 BLUE DOT LETTERING-  IN CHINA**



# Photo Mounting Sheet

Homeowner Name:   DAVID SCHMIDT
Location:               BLDG# 1690  UNIT # 1615
Claim Number:



2009/11/30 11:27:51

**Photo # 20 BLUE DOT LETTERING-  IN CHINA**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd  #1106  Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | | Camera Serial: | |
| Visit Date: | 11/29/2009 | Sampler Name/Company: Patrick Toohey / Brightclaim | | |
| | | Sampler Name/Company: | Photo Range: | 1 thru 21 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | black lettering | Location Stamp Found: | south wall living room | Photo #: | 16 to 21 |
| End Tape Found: | No | Color of End Tape: | | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | heavy on disconnect | black | 4 |
| Circuit Breaker | | | yes | heavy  on jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | heavy on copper lines | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | yes | kitchen copper lines | dark | 8 |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | bath faucets  and kitchen faucet corrosion | 9 thru 13 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | rusted cornerbead | 14 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | black electrical wires at outlet | 15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

### ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name:  Steve , Mitchell , Susan Schour
Location:  1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Steve , Mitchell , Susan Schour |
| Location: | 1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Steve , Mitchell , Susan Schour |
| Location: | 1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Steve , Mitchell , Susan Schour |
| Location: | 1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Steve , Mitchell , Susan Schour |
| Location: | 1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker black jumper bar ends**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Steve , Mitchell , Susan Schour |
| Location: | 1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



## Photo Mounting Sheet

Homeowner Name: Steve , Mitchell , Susan Schour
Location: 1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #7 Refrigerator**



Photo Mounting Sheet

Homeowner Name:    Steve , Mitchell , Susan Schour
Location:    1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #8 dark kitchen sink copper lines**



# Photo Mounting Sheet

Homeowner Name:  Steve , Mitchell , Susan Schour
Location:  1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #9 corrosion**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Steve , Mitchell , Susan Schour |
| Location: | 1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 corrosion**



# Photo Mounting Sheet

Homeowner Name:    Steve , Mitchell , Susan Schour
Location:    1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #11 corrosion**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Steve , Mitchell , Susan Schour |
| Location: | 1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #12 corrosion**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Steve , Mitchell , Susan Schour |
| Location: | 1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #13 Kitchen faucet corroded**



# Photo Mounting Sheet

Homeowner Name:   Steve , Mitchell , Susan Schour
Location:   1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #14 rusted cornerbead**



# Photo Mounting Sheet

Homeowner Name:   Steve , Mitchell , Susan Schour
Location:              1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo #15 electrical wires at outlet**

**Enter Caption**



# Photo Mounting Sheet

Homeowner Name:  Steve , Mitchell , Susan Schour
Location:  1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number:  30325.002
PHOTO SHEET #2



Photo

**Photo #16 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Steve , Mitchell , Susan Schour
Location:   1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number:   30325.002

PHOTO SHEET #2



Caption

**Photo #17 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Steve , Mitchell , Susan Schour
Location: 1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number: 30325.002

PHOTO SHEET #2



**Caption**

**Photo #18 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Steve , Mitchell , Susan Schour
Location: 1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number: 30325.002

PHOTO SHEET #2



Caption

**Photo #19 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:  Steve , Mitchell , Susan Schour
Location:  1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number:  30325.002
PHOTO SHEET #2



**Caption**

**Photo #20 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Steve , Mitchell , Susan Schour
Location: 1690 Renaissance Commons Blvd #1106 Boynton Beach Fl 33426
Claim Number: 30325.002
PHOTO SHEET #2



**Caption**

| |
|---|
| **Photo #21 drywall stamp** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 RENAISSANCE COMMONS BLVD.  UNIT # 1628  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | SAMUEL SHAYA | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/25/2009 | Sampler Name/Company: | Photo Range: 1-21 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: ☐ Check | Description of Odor: | No odors evident | |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | SOLID BLUE LETTERS | Location Stamp Found: BEDROOM  CLOSET WALL | Photo #: 18 - 21 |
| End Tape Found: | NO | Color of End Tape: | |
| Comments: | SOLID BLUE LETTERS- KNAUF | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | MODERATE | BLACK/GREEN | 4 thru 7 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | MODERATE | BLACK/GREEN | 2 |
| Circuit Breaker | | | ☐ Check | | | 11,12 |
| Refrigerator coils | | | ☑ Check | MINOR | BLACK | 13 thru 17 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  YES | Describe, discoloration, color and location:  BLACK DISCOLORATION OF PICTURE FRAMES FOUND IN KITCHEN | Photo Number(s)  3,8,9 |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



## Photo Mounting Sheet

Homeowner Name:  SAMUEL SHAYA
Location:  1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



**Photo # 1 FRONT OF HOUSE**



Photo Mounting Sheet

Homeowner Name:     SAMUEL SHAYA
Location:                        1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



**Photo # 2 HVAC DISCONNECT PLUG**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | SAMUEL SHAYA |
| Location: | 1690 RENAISSANCE COMMONS BLVD. # 1628 |
| Claim Number: | |



**Photo # 3 HVAC- COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:    SAMUEL SHAYA
Location:    1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



**Photo # 4 HVAC- BLACK DISCOLORATION OF COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   SAMUEL SHAYA
Location:   1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



**Photo # 5 HVAC- BLACK DISCOLORATION OF COPPER U-BENDS**



Photo Mounting Sheet

Homeowner Name:   SAMUEL SHAYA
Location:          1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



**Photo # 6 HVAC- BLACK DISCOLORATION OF COPPER U-BENDS**



Photo Mounting Sheet

Homeowner Name: SAMUEL SHAYA
Location: 1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



**Photo # 7 HVAC- BLACK DISCOLORATION OF COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     SAMUEL SHAYA
Location:                     1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



**Photo # 8 PICTURE FRAME- BLACK DISCOLORATION AND SPOTTING**



# Photo Mounting Sheet

Homeowner Name:     SAMUEL SHAYA

Location:     1690 RENAISSANCE COMMONS BLVD. # 1628

Claim Number:



**Photo # 9 PICTURE FRAME- BLACK DISCOLORATION AND SPOTTING**



# Photo Mounting Sheet

Homeowner Name:   SAMUEL SHAYA
Location:   1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



**Photo # 10 RECEPTACLE- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:     SAMUEL SHAYA
Location:     1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



**Photo # 11 CIRCIUT BREAKER PANEL- NO DISCOLORATION**



Photo Mounting Sheet

Homeowner Name:      SAMUEL SHAYA
Location:                      1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



**Photo # 12 CIRCIUT BREAKER PANEL- NO DISCOLORATION**



### Photo Mounting Sheet

Homeowner Name:   SAMUEL SHAYA

Location:   1690 RENAISSANCE COMMONS BLVD. # 1628

Claim Number:



**Photo # 13 REFRIGERATOR- MINOR BLACK DISCOLORATION OF COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:   SAMUEL SHAYA
Location:   1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



**Photo # 14 REFRIGERATOR- MINOR BLACK DISCOLORATION OF COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   SAMUEL SHAYA
Location:   1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



**Photo # 15 REFRIGERATOR-MINOR BLACK DISCOLORATION OF COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   SAMUEL SHAYA
Location:         1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



Photo # 16 **REFRIGERATOR- MINOR BLACK DISCOLORATION OF COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     SAMUEL SHAYA
Location:                      1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



Photo # 17 **REFRIGERATOR- MINOR BLACK DISCOLORATION OF COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:     SAMUEL SHAYA
Location:                       1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



2009/11/25 10:00:44

Photo # 18 SOLID BLUE STAMP- KNAUF



# Photo Mounting Sheet

Homeowner Name:   SAMUEL SHAYA
Location:   1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



2009/11/25 10:00:54

**Photo # 19** SOLID BLUE STAMP- KNAUF



## Photo Mounting Sheet

Homeowner Name:   SAMUEL SHAYA
Location:   1690 RENAISSANCE COMMONS BLVD. # 1628
Claim Number:



2009 / 11 / 25   10 : 01 : 01

**Photo # 20** SOLID BLUE STAMP- KNAUF



# Photo Mounting Sheet

Homeowner Name:     SAMUEL SHAYA

Location:     1690 RENAISSANCE COMMONS BLVD. # 1628

Claim Number:



**Photo # 21** SOLID BLUE STAMP- KNAUF