## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 RENAISSANCE COMMONS BLVD.  UNIT # 1603  BOYNTON BEACH  FL  33426 | | Front of House Photo #: |  1 |
| Address ID: | WESLEY SHEPERD | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/23/2009 | Sampler Name/Company: | Photo Range:  1-23 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | No odors evident |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | SOLID BLUE LETTERS | Location Stamp Found: | BEDROOM WALL | Photo #: | 18 - 23 |
| End Tape Found: | NO | | Color of End Tape: | | |
| Comments: | SOLID BLUE LETTERS- KNAUF PLASTERBOARD NATURAL GYPSUM | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | MINOR | BLACK | 3,4,5 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | MINOR | BLACK | 2 |
| Circuit Breaker | | | ☐ Check | | | 9,10,11 |
| Refrigerator coils | | | ☑ Check | MODERATE | BLACK | 12 - 17 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Yes | Mirrors black around edges in bathroom. | 6,7 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | | Photo Number(s)  8 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | WESLEY SHEPERD |
| Location: | 1690 RENAISSANCE COMMONS BLVD. # 1603 |
| Claim Number: | |



**Photo # 1 FRONT OF HOUSE**



# Photo Mounting Sheet

Homeowner Name:    WESLEY SHEPERD

Location:    1690 RENAISSANCE COMMONS BLVD. # 1603

Claim Number:



**Photo # 2 HVAC- MINOR DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**



## Photo Mounting Sheet

Homeowner Name:     WESLEY SHEPERD
Location:                      1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 3 HVAC- MINOR DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD
Location:          1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 4 HVAC- MINOR DISCOLORATION OF EXPOSED COPPER  U-BENDS**



# Photo Mounting Sheet

Homeowner Name:     WESLEY SHEPERD
Location:           1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 5 HVAC- MINOR DISCOLORATION OF EXPOSED COPPER U-BENDS**



# Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD
Location:   1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 6 BATHROOM MIRROR- BLACK DISCOLORATION AT EDGES**



# Photo Mounting Sheet

Homeowner Name:     WESLEY SHEPERD
Location:                        1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 7 BATHROOM MIRROR- BLACK DISCOLORATION AT EDGES**



# Photo Mounting Sheet

Homeowner Name:  WESLEY SHEPERD
Location:  1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 8 ELECTRICAL RECEPTACLE- NO DISCOLORATION**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | WESLEY SHEPERD |
| Location: | 1690 RENAISSANCE COMMONS BLVD. # 1603 |
| Claim Number: | |



**Photo # 9 CIRCUIT BREAKER- NO DISCOLORATION**



# Photo Mounting Sheet

Homeowner Name:    WESLEY SHEPERD
Location:                    1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 10 CIRCUIT BREAKER- NO DISCOLORATION**



# Photo Mounting Sheet

Homeowner Name:      WESLEY SHEPERD
Location:                      1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 11 CIRCUIT BREAKER- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name: WESLEY SHEPERD
Location: 1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 12 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD
Location:   1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 13 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     WESLEY SHEPERD
Location:                      1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 14 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:  WESLEY SHEPERD
Location:  1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 15 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:  WESLEY SHEPERD
Location:  1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



Photo # 16 **REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     WESLEY SHEPERD
Location:                       1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



Photo # 17 **REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:    WESLEY SHEPERD
Location:                    1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



**Photo # 18 SOLID BLUE LETTERING-  K**



# Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD
Location:                1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



2009/11/23 02:35:08

**Photo # 19 SOLID BLUE LETTERING-  N A**



## Photo Mounting Sheet

Homeowner Name: WESLEY SHEPERD
Location: 1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



2009/11/23 02:35:56

**Photo # 20 SOLID BLUE LETTERING-  A U**



# Photo Mounting Sheet

Homeowner Name: **WESLEY SHEPERD**
Location: 1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



2009/11/23  02:36:38

**Photo # 21 SOLID BLUE LETTERING-  U F**



# Photo Mounting Sheet

**Homeowner Name:** WESLEY SHEPERD
**Location:** 1690 RENAISSANCE COMMONS BLVD. # 1603
**Claim Number:**



2009/11/23 02:36:54

**Photo # 22 SOLID BLUE LETTERING-**



# Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD
Location:         1690 RENAISSANCE COMMONS BLVD. # 1603
Claim Number:



2009/11/23  02:37:57

**Photo # 23 SOLID BLUE LETTERING-**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 RENAISSANCE COMMONS BLVD.  UNIT # 2614  BOYNTON BEACH  FL  33426 | | Front of House Photo #: | 1 |
| Address ID: | WESLEY SHEPERD | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/23/2009 | Sampler Name/Company: | Photo Range: | 1-24 |

## ODOR OBSERVATIONS

| Odor Present: | ☐ Check | Description of Odor: | No odors evident |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | SOLID BLUE LETTERS | Location Stamp Found: | BEDROOM WALL | Photo #: | 13 - 24 |
| End Tape Found: | NO | Color of End Tape: | | |
| Comments: | SOLID BLUE LETTERS- KNAUF PLASTERBOARD NATURAL GYPSUM | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | None noted by homeowner |
|---|---|
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | MODERATE | BLACK | 3,4,5 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | MODERATE | BLACK | 2 |
| Circuit Breaker | | | ☐ Check | | | 7,8,9 |
| Refrigerator coils | | | ☑ Check | MODERATE | BLACK | 10,11,12 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  NO | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  6 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



# Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD
Location:            1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



**Photo # 1 FRONT OF HOUSE**



# Photo Mounting Sheet

Homeowner Name:     WESLEY SHEPERD
Location:           1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



**Photo # 2 HVAC- MODERATE BLACK DISCOLORATION OF HVAC DISCONNECT PLUG**



# Photo Mounting Sheet

Homeowner Name: WESLEY SHEPERD
Location: 1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



**Photo # 3 HVAC- MODERATE BLACK DISCOLORATION OF EXPOSED COPPER PIPES AND TUBING**



### Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD
Location:   1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



**Photo # 4 HVAC- MODERATE BLACK DISCOLORATION OF EXPOSED COPPER U-BENDS**



## Photo Mounting Sheet

Homeowner Name:  WESLEY SHEPERD
Location:  1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



**Photo # 5 HVAC- MODERATE BLACK DISCOLORATION OF EXPOSED COPPER U-BENDS**



## Photo Mounting Sheet

Homeowner Name:    WESLEY SHEPERD
Location:               1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



**Photo # 6 ELECTRICAL RECEPTACLE- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:  WESLEY SHEPERD
Location:  1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



**Photo # 7 CIRCUIT BREAKER- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD
Location:   1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



**Photo # 8 CIRCUIT BREAKER- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:  WESLEY SHEPERD
Location:  1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



**Photo # 9 CIRCUIT BREAKER- NO DISCOLORATION**



Photo Mounting Sheet

Homeowner Name:  WESLEY SHEPERD
Location:  1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



**Photo # 10 REFRIGERATOR- MINOR BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD

Location:   1660 RENAISSANCE COMMONS BLVD. # 2614

Claim Number:



**Photo # 11 REFRIGERATOR- MINOR BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     WESLEY SHEPERD
Location:     1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



**Photo # 12 REFRIGERATOR- MINOR BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:  WESLEY SHEPERD
Location:  1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



2009/11/23  04:33:45

**Photo # 13 BLUE LETTERING-  K**



# Photo Mounting Sheet

Homeowner Name:     WESLEY SHEPERD
Location:                     1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



2009/11/23  04:34:08

**Photo # 14 BLUE LETTERING-  A**



# Photo Mounting Sheet

Homeowner Name:    WESLEY SHEPERD

Location:    1660 RENAISSANCE COMMONS BLVD. # 2614

Claim Number:



2009/11/23 04:34:22

**Photo # 15 BLUE LETTERING-  U F**



# Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD
Location:   1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



2009/11/23 04:34:34

Photo # 16 **BLUE LETTERING-  F**



# Photo Mounting Sheet

Homeowner Name:  WESLEY SHEPERD
Location:  1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



2009/11/23  04:34:41

Photo # 17 **BLUE LETTERING-**



# Photo Mounting Sheet

**Homeowner Name:** WESLEY SHEPERD
**Location:** 1660 RENAISSANCE COMMONS BLVD. # 2614
**Claim Number:**



2009/11/23  04:34:51

Photo # 18 **BLUE LETTERING-**



# Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD
Location:   1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



**Photo # 19 BLUE LETTERING-**



# Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD
Location:              1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



2009/11/23 04:35:13

**Photo # 20 BLUE LETTERING-**



# Photo Mounting Sheet

Homeowner Name:   WESLEY SHEPERD
Location:                   1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



2009/11/23 04:35:17

**Photo # 21 BLUE LETTERING-**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | WESLEY SHEPERD |
| Location: | 1660 RENAISSANCE COMMONS BLVD. # 2614 |
| Claim Number: | |



2009/11/23 04:35:22

**Photo # 22 BLUE LETTERING**



# Photo Mounting Sheet

Homeowner Name:  WESLEY SHEPERD
Location:        1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



2009/11/23 04:35:27

**Photo # 23 BLUE LETTERING**



# Photo Mounting Sheet

Homeowner Name:     WESLEY SHEPERD
Location:                      1660 RENAISSANCE COMMONS BLVD. # 2614
Claim Number:



2009/11/23 04:35:33

**Photo # 24 BLUE LETTERING**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | |
|---|---|---|
| Address: | 1690 Renaissance Commons Blvd. Unit 1427, Boynton Beach, FL 33426 | Front of House Photo #:        1 |
| Address ID: | | Camera Serial: |
| Visit Date:         10/28/2009 | Sampler Name/Company: Sandy Seigel | Photo Range:        1-10 |
| | Sampler Name/Company: Patrick Toohey/ Brightclaim | |

## ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: ☐ Check | Description of Odor: | No odors evident, No photo taken of refrigerator coil. Can re-take on subsequent visit. |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | None noted by homeowner |
| **Plumbing** | None noted by homeowner |
| **Light Fixtures** | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Discolored copper lines | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Discolored Disconnect | Black | 6 |
| Circuit Breaker | | | Yes | Jump Bar is Discolored | Black | 7 & 8 |
| Refrigerator coils | | | | | | |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | Yes | Black discoloration under faucet b | | 10 |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| **Medicine Cabinets/Mirrors affixed to walls** | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| **Bathroom Light Fixtures and Plumbing (chrome finished)** | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| **Other metallic fixtures or hardware** | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| **Electrical Receptacles and Switches** | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Drywll Stamp | No | Drywall stamp inside wall | 10 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sandy Siegal |
| Location: | 1690 Renaissance Commons Blvd. #1427, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #1 Refrigerator**

**Structure Photo**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sandy Siegal |
| Location: | 1690 Renaissance Commons Blvd. #1427, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #2 Refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sandy Siegal |
| Location: | 1690 Renaissance Commons Blvd. #1427, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #3 Refrigerator**



# Photo Mounting Sheet

Homeowner Name:   Sandy Siegal

Location:   1690 Renaissance Commons Blvd. #1427, Boynton Beach, Fl.33426

Claim Number:



Caption

**Photo #4 Stamp wall (1)**



## Photo Mounting Sheet

Homeowner Name:     Sandy Siegal

Location:     1690 Renaissance Commons Blvd. #1427, Boynton Beach, Fl.33426

Claim Number:



Caption

**Photo #5 Stamp in wall (2)**



# Photo Mounting Sheet

Homeowner Name: Sandy Siegal
Location: 1690 Renaissance Commons Blvd. #1427, Boynton Beach, Fl.33426
Claim Number:



Caption

**Photo #6 Stamp in wall (3)**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| Address: | 1660 Renaissance Commons Blvd #2427 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
|---|---|---|---|---|
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/06/2009 | Sampler Name/Company: | Photo Range: | 1 thru 10 |

## ODOR OBSERVATIONS

| Odor Present: | ☐ Check | Description of Odor: | |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | | Location Stamp Found: | | Photo #: | |
|---|---|---|---|---|---|
| End Tape Found: | | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | no |
|---|---|
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U- bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | heavy | black | 4 |
| Circuit Breaker | | | yes | h eavy on jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  faucets -no  sink stoppers -yes | Photo Number(s)  8 & 9 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  moderate black on electrical wires at outlet | Photo Number(s)  10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

Homeowner Name: Kelly Smith
Location: 1660 Renaissance Commons Blvd #2427 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kelly Smith |
| Location: | 1660 Renaissance Commons Blvd #2427 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kelly Smith |
| Location: | 1660 Renaissance Commons Blvd #2427 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kelly Smith |
| Location: | 1660 Renaissance Commons Blvd #2427 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



Photo Mounting Sheet

| Homeowner Name: | Kelly Smith |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2427 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



# Photo Mounting Sheet

Homeowner Name:    Kelly Smith
Location:    1660 Renaissance Commons Blvd #2427 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #6 refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kelly Smith |
| Location: | 1660 Renaissance Commons Blvd #2427 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kelly Smith |
| Location: | 1660 Renaissance Commons Blvd #2427 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 corroded sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kelly Smith |
| Location: | 1660 Renaissance Commons Blvd #2427 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 corroded sink stopper**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Kelly Smith |
| Location: | 1660 Renaissance Commons Blvd #2427 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

 **Photo Mounting Sheet**

Homeowner Name: Kelly Smith
Location: 1660 Rennaissance Commons Blvd.  Unit 2427  Boynton Beach, FL  33426
Claim Number:



**1 - Address**



**2 – drywall marking CH (of CHINA)**



# Photo Mounting Sheet

Homeowner Name:   Kelly Smith

Location:   1660 Rennaissance Commons Blvd.  Unit 2427  Boynton Beach, FL  33426

Claim Number:



**3 – drywall marking IN (of CHINA)**



**4 – drywall marking – NA (of CHINA)**

5 –

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons  Blvd #2130  Boynton Beach, Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Camera Serial: | |
| Visit Date: | 11/24/2009 | Sampler Name/Company: Patrick Toohey / Brightclaim | |
| | | Sampler Name/Company: | Photo Range: 1 thru 16 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | black lettering | Location Stamp Found: | west living room wall | Photo #: 11 to 16 |
| End Tape Found: | | Color of End Tape: | | |
| Comments: | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no |
| Plumbing | no |
| Light Fixtures | no |

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | light | dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | light | dark | 4 |
| Circuit Breaker | | | yes | light on jumper bar ends | dark | #5 |
| Refrigerator coils | | | yes | moderate | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  8 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  rusted cornerbead in bathroom | Photo Number(s)  9 |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | Discoloration/Residue?  No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Amir and Bella Stock |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Amir and Bella Stock** |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copperlines**



# Photo Mounting Sheet

| Homeowner Name: | Amir and Bella Stock |
| --- | --- |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Amir and Bella Stock** |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Amir and Bella Stock |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Amir and Bella Stock |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



Photo Mounting Sheet

| Homeowner Name: | Amir and Bella Stock |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Amir and Bella Stock** |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #8 bath faucet (typical)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Amir and Bella Stock |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #9 rusted cornerbead bathroom**



# Photo Mounting Sheet

| Homeowner Name: | Amir and Bella Stock |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #10 electrical wires at outlet**



## Photo Mounting Sheet

| Homeowner Name: | Amir and Bella Stock |
|---|---|
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #11 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Amir and Bella Stock |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #12 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Amir and Bella Stock** |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #13 drywall stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Amir and Bella Stock |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #14 drywall stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | **Amir and Bella Stock** |
| Location: | 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #15 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: **Amir and Bella Stock**

Location: 1660 Renaissance Commons Blvd. #2130, Boynton Beach, Fl.33426

Claim Number: 30325.002



**Caption**

**Photo #16 drywall stamp**