**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2603 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/6/2009 | Sampler Name/Company: | Photo Range: | 1 thru 8 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | |
|---|---|---|
| Stamp Description: | Location Stamp Found: | Photo #: |
| End Tape Found: | Color of End Tape: | |
| Comments: | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | light | dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | no | | | 4 |
| Circuit Breaker | | | no | | | #5 |
| Refrigerator coils | | | yes | light | | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | | |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | | |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lloyd Tailor and Scott Hoxter |
| Location: | 1660 Renaissance Commons Blvd #2603 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lloyd Tailor and Scott Hoxter |
| Location: | 1660 Renaissance Commons Blvd #2603 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| Homeowner Name: | Lloyd Tailor and Scott Hoxter |
| --- | --- |
| Location: | 1660 Renaissance Commons Blvd #2603 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lloyd Tailor and Scott Hoxter |
| Location: | 1660 Renaissance Commons Blvd #2603 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lloyd Tailor and Scott Hoxter |
| Location: | 1660 Renaissance Commons Blvd #2603 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



# Photo Mounting Sheet

Homeowner Name:  Lloyd Tailor and Scott Hoxter
Location:  1660 Renaissance Commons Blvd #2603 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #6 Refrigerator**



# Photo Mounting Sheet

| Homeowner Name: | Lloyd Tailor and Scott Hoxter |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2603 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Lloyd Tailor and Scott Hoxter |
| Location: | 1660 Renaissance Commons Blvd #2603 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 electrical wire at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd. #2603 Boynton Beach, Fl. 32426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 1/12/2011 | Sampler Name/Company: Taylor, Lloyd and Hoxter, Scott | Photo Range: | 1 thru 13 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | Light |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | Black lettering | Location Stamp Found: | South wall of bedroom at closet | Photo #: | 8 to 13 |
|---|---|---|---|---|---|
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | Sample harvested at south wall of bedroom at closet | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | No |
|---|---|
| Plumbing | No |
| Light Fixtures | Microwave not working correctly- doesn't heat correctly |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Moderate | Dark | 2 |
| Electro-mechanical portion of HVAC | | | Yes | Light | Dark | 3 |
| Circuit Breaker | | | No | | | #4 |
| Refrigerator coils | | | Yes | Moderate | Dark | 5 & 6 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? No | Describe, discoloration, color and location: Bedroom switch | Photo Number(s) 7 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Taylor, Lloyd and Hoxter, Scott |
| Location: | 1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Taylor, Lloyd and Hoxter, Scott |
| Location: | 1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Taylor, Lloyd and Hoxter, Scott |
| Location: | 1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Taylor, Lloyd and Hoxter, Scott |
| Location: | 1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #4 Circuit breaker**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Taylor, Lloyd and Hoxter, Scott |
| Location: | 1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #5 Refrigerator copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Taylor, Lloyd and Hoxter, Scott |
| Location: | 1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Taylor, Lloyd and Hoxter, Scott |
| Location: | 1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #7 Bedroom electrical switch**



Photo Mounting Sheet

| Homeowner Name: | Taylor, Lloyd and Hoxter, Scott |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #8 Harvested drywall sample**



## Photo Mounting Sheet

| Homeowner Name: | Taylor, Lloyd and Hoxter, Scott |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #9 Drywall stamp in wall**



## Photo Mounting Sheet

Homeowner Name:  Taylor, Lloyd and Hoxter, Scott
Location:        1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426
Claim Number:    30325.002



**Photo #10 Drywall stamp in wall**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Taylor, Lloyd and Hoxter, Scott |
| Location: | 1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #11 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | Taylor, Lloyd and Hoxter, Scott |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #12 Drywall stamp in wall**



# Photo Mounting Sheet

| Homeowner Name: | Taylor, Lloyd and Hoxter, Scott |
|---|---|
| Location: | 1660 Renaissance Commons Blvd #2603, Boynton Beach, Fl.32426 |
| Claim Number: | 30325.002 |



**Photo #13 Drywall stamp in wall**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Camera Serial: | |
| Visit Date: | 12/28/2009 | Sampler Name/Company: Patrick Toohey / Brightclaim | |
| | | Sampler Name/Company: Temple, Harvey | Photo Range:  1 thru 9 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | unknown |
| Plumbing | unknown |
| Light Fixtures | unknown |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Light | Dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | No | | | #5 |
| Refrigerator coils | | | Yes | moderate | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | | 8 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | | 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? <br><br> No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Temple, Harvey |
| Location: | 1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



Photo Mounting Sheet

Homeowner Name: Temple, Harvey
Location: 1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

Homeowner Name:     Temple, Harvey
Location:           1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Temple, Harvey |
| Location: | 1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Temple, Harvey |
| Location: | 1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



Photo Mounting Sheet

Homeowner Name:     Temple, Harvey
Location:               1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426
Claim Number:         30325.002



**Photo #6 refrigerator copper lines**



# Photo Mounting Sheet

Homeowner Name:     Temple, Harvey
Location:                    1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426
Claim Number:          30325.002



**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name:    Temple, Harvey
Location:    1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #8 bath faucet (typical) no corrosion**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Temple, Harvey |
| Location: | 1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Harvey Temple |
| Location: | 1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Harvey Temple |
| Location: | 1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo

**Photo #2 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:     Harvey Temple
Location:                 1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426
Claim Number:         30325.002



**Caption**
**Photo #3 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Harvey Temple |
| Location: | 1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #4 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:    Harvey Temple
Location:    1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426
Claim Number:    30325.002



**Caption**

**Photo #5 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:     Harvey Temple
Location:     1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426
Claim Number:     30325.002



**Caption**

**Photo #6 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Harvey Temple |
| Location: | 1660 Renaissance Commons Blvd #2312 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

| |
|---|
| **Photo #7 drywall stamp** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Rennaissance Commons Blvd.  Unit 2323  Boynton Beach, FL  33426 | | Front of House Photo #: | |
| Address ID: | 1 | Sampler Name/Company:  Harvey Temple | Camera Serial: | |
| Visit Date: | 11/30/09 | Sampler Name/Company:  Guy Sumlin/Brightclaim, Inc. | Photo Range: | 1 thru 21 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Mild odor |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | KNAUF | Location Stamp Found: | second bedoom wall looking from living ro | Photo #: | 2 thru 8 |
| End Tape Found: | no | Color of End Tape: | | |
| Comments: | Visual on N  CHINA  36  - Blue dot markings 2 feet up on board | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None |
| Plumbing | none |
| Light Fixtures | none |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | x | yes | heavy | black | 9 & 10 |
| Electro-mechanical portion of HVAC | | | yes | light | black | 11 |
| Circuit Breaker | | | yes | heavy | black | #12 |
| Refrigerator coils | | | yes | heavy | black | 13 & 14 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | 15 |

### OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  Yes | Describe, discoloration, color and location:  hall bath mirror - bottom is disclored black | Photo Number(s)  16 |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  hall bath right vanity faucet - pitting | Photo Number(s)  17 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  hall bath corner bead - rust | Photo Number(s)  18 |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location:  outlet under kitchen bar and light switch in kitchen | Photo Number(s)  19 & 20 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name:   Harvey Temple
Location:   1660 Rennaissance Commons Blvd.  Unit 2323  Boynton Beach,
FL  33426
Claim Number:



**1 - Address**



**2 – drywall marking last N (of Tianjin)**



# Photo Mounting Sheet

Homeowner Name: Harvey Temple
Location: 1660 Rennaissance Commons Blvd.  Unit 2323  Boynton Beach, FL  33426
Claim Number:



**3 – drywall marking C (of CHINA)**



**4 – drywall marking HIN (of CHINA)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Harvey Temple |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2323  Boynton Beach, FL  33426 |
| Claim Number: | |



5 – drywall marking IN (of CHINA)



6 – drywall marking A -(of CHINA)



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Harvey Temple |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2323  Boynton Beach, FL  33426 |
| Claim Number: | |



7 – 36 (of ASTM 36)



8 – drywall marking – numbers between studs

 Photo Mounting Sheet

Homeowner Name: Harvey Temple
Location: 1660 Rennaissance Commons Blvd.  Unit 2323  Boynton Beach, FL  33426
Claim Number:


9 – HVAC coil


10 – HVAC coil



# Photo Mounting Sheet

Homeowner Name:  Harvey Temple

Location:  1660 Rennaissance Commons Blvd.  Unit 2323  Boynton Beach, FL  33426

Claim Number:



11 – HVAC electromechanical



12 – circuit breaker



## Photo Mounting Sheet

Homeowner Name:   Harvey Temple
Location:              1660 Rennaissance Commons Blvd.  Unit 2323  Boynton Beach,
                      FL  33426
Claim Number:



13 –refrigerator coil



14 – refrigerator coil



## Photo Mounting Sheet

Homeowner Name:    Harvey Temple
Location:    1660 Rennaissance Commons Blvd.  Unit 2323  Boynton Beach,
             FL  33426
Claim Number:



15 – water heater



16 – mirror – discoloration at bottom



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Harvey Temple |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2323  Boynton Beach, FL  33426 |
| Claim Number: | |



**17 – hall bath faucet - pitting**



**18 – hall bath corner bead - rust**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Harvey Temple |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2323  Boynton Beach, FL  33426 |
| Claim Number: | |



**19 – outlet under kitchen bar**



**20 – kitchen light switch**



# Photo Mounting Sheet

Homeowner Name:   Harvey Temple

Location:   1660 Rennaissance Commons Blvd.  Unit 2323  Boynton Beach, FL  33426

Claim Number:



21 – sample area behind refrigerator