**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 12/06/2009 | Sampler Name/Company: | Photo Range: | 1 thru 15 |

## ODOR OBSERVATIONS

| Odor Present: | ☐ Check | Description of Odor: | |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | | Location Stamp Found: | | Photo #: | |
|---|---|---|---|---|---|
| End Tape Found: | | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | no |
|---|---|
| Plumbing | no |
| Light Fixtures | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | h eavy on disconnect | black | 4 |
| Circuit Breaker | | | yes | jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>bath faucets | Photo Number(s)<br><br>8 to 10 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>sink stoppers | Photo Number(s)<br><br>11 to 14 |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>electrical wires at outlet | Photo Number(s)<br><br>15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo

**Photo #2 drywall stamp**



## Photo Mounting Sheet

| Homeowner Name: | Venesia Thompson and Susan Logan |
| --- | --- |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #3 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #4 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #5 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #6 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:  Venesia Thompson and Susan Logan
Location:  1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426
Claim Number:  30325.002



**Caption**

**Photo #7 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #8 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Enter

**Photo #9 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #9 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #10 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

| |
|---|
| **Photo #11 drywall stamp** |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| |



# Photo Mounting Sheet

Homeowner Name:     Venesia Thompson and Susan Logan

Location:     1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426

Claim Number:     30325.002



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



Photo Mounting Sheet

Homeowner Name:   Venesia Thompson and Susan Logan
Location:   1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



Photo Mounting Sheet

Homeowner Name:   Venesia Thompson and Susan Logan
Location:   1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 bath faucet corroded**



# Photo Mounting Sheet

Homeowner Name:   Venesia Thompson and Susan Logan
Location:   1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #9 bath faucet corroded**



# Photo Mounting Sheet

| Homeowner Name: | Venesia Thompson and Susan Logan |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 corroded sink stopper**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 corroded sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #12 sink stopper corroded**



# Photo Mounting Sheet

Homeowner Name:  Venesia Thompson and Susan Logan
Location:  1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #13 corroded sink stopper**



# Photo Mounting Sheet

Homeowner Name:   Venesia Thompson and Susan Logan
Location:              1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #14 corroded sink stopper**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Venesia Thompson and Susan Logan |
| Location: | 1690 Renaissance Commons Blvd #1226 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #15 electrical wires at outlet**

**Enter Caption**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 11/30/2009 | Sampler Name/Company: | Photo Range: | 1 trhu 14 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | no odor noted |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | black lettering | Location Stamp Found: | west wall of living room | Photo #: | 10 to 14 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | light | dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | no | | | 4 |
| Circuit Breaker | | | no | | | #5 |
| Refrigerator coils | | | yes | light | dark | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s)<br><br>8 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s)<br><br>9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Stacey Ann and Noah, Kimberly Tillman |
| Location: | 1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Stacey Ann and Noah, Kimberly Tillman |
| Location: | 1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Stacey Ann and Noah, Kimberly Tillman |
| Location: | 1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**#3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Stacey Ann and Noah, Kimberly Tillman |
| Location: | 1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



Photo Mounting Sheet

Homeowner Name: Stacey Ann and Noah, Kimberly Tillman
Location: 1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #5 Circuit Breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Stacey Ann and Noah, Kimberly Tillman |
| Location: | 1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator copperlines**



Photo Mounting Sheet

| Homeowner Name: | Stacey Ann and Noah, Kimberly Tillman |
| Location: | 1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



Photo Mounting Sheet

Homeowner Name:    Stacey Ann and Noah, Kimberly Tillman
Location:                    1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426
Claim Number:          30325.002



**Photo #8 bath faucet (typical)**



Photo Mounting Sheet

Homeowner Name:   Stacey Ann and Noah, Kimberly Tillman
Location:          1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #9 electrical wires at outlet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Stacey Ann and Noah, Kimberly Tillman |
| Location: | 1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #10 drywall stamp**



## Photo Mounting Sheet

Homeowner Name: Stacey Ann and Noah, Kimberly Tillman
Location: 1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426
Claim Number: 30325.002



**Caption**

**Photo #11 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Stacey Ann and Noah, Kimberly Tillman
Location:   1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #12 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Stacey Ann and Noah, Kimberly Tillman
Location:          1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426
Claim Number:      30325.002



Caption

**Photo #13 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Stacey Ann and Noah, Kimberly Tillman |
| Location: | 1660 Renaissance Commons Blvd #2502 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #14 drywall stamp**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| Address: | 1690 Renaissance Commons Blvd #1419 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
|---|---|---|---|---|
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 11/24/2009 | Sampler Name/Company: | Photo Range: | 1 thru 16 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | moderate  sulfur |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | balck lettering | Location Stamp Found: | south east wall living room | Photo #: | 12 to 16 |
|---|---|---|---|---|---|
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | no | |
|---|---|---|
| Plumbing | No | |
| Light Fixtures | no | Electrical panel " BUZZES" occasionally |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | no | | | 4 |
| Circuit Breaker | | | yes | heavy on jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | heavy on copper lines | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  light corrosion on 3 faucets | Photo Number(s)  8 thru 10 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  heavy on electrical wires at outlet | Photo Number(s)  11 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



### Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



**Photo Mounting Sheet**

| | |
|---|---|
| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



### Photo Mounting Sheet

Homeowner Name:    Tuller Investments LLC
Location:          1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426
Claim Number:      30325.002



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #8 corroded bath faucet**



# Photo Mounting Sheet

| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #9 corroded bath faucet**



## Photo Mounting Sheet

| Homeowner Name: | Tuller Investments LLC |
|---|---|
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #10 corroded bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #11 electrical wires at outlet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #12 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #13 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #14 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Tuller Investments LLC |
| Location: | 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #15 drywall stamp**



# Photo Mounting Sheet

Homeowner Name: Tuller Investments LLC

Location: 1690 Renaissance Commons Blvd. #1419 , Boynton Beach, Fl.33426

Claim Number: 30325.002



**Caption**

**Photo #16 drywall stamp**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd  #2212 Boynton Beach, Fl. 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 11/21/2009 | Sampler Name/Company: | Photo Range:  1 thru 13 |

### ODOR OBSERVATIONS

| Odor Present: | ☐ Check | Description of Odor: | No odor |
|---|---|---|---|

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | Black lettering | Location Stamp Found: | North East Living room wall | Photo #: | 10 to 13 |
|---|---|---|---|---|---|
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | stamp adjacent to A/C closet and Bedroom closet | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | No |
|---|---|
| Plumbing | No    Refrigerator does not dispense ice or water |
| Light Fixtures | No |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Moderate | Black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | No | | | # 8 |
| Refrigerator coils | | | Yes | Light | Dark | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

### OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  1  Bath faucet    light corrosion | Photo Number(s)  9 |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  5 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter Livaich |
| Location: | 1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo#1**



## Photo Mounting Sheet

Homeowner Name:   Peter Livaich

Location:   1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426

Claim Number:



**Photo #2**
**HVAC**



## Photo Mounting Sheet

Homeowner Name:   Peter Livaich

Location:   1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426

Claim Number:



**Photo #3 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter Livaich |
| Location: | 1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426 |
| Claim Number: | |



**#4 HVAC disconnect**



## Photo Mounting Sheet

Homeowner Name:     Peter Livaich
Location:           1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426
Claim Number:



**CaptionPhoto #5**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter Livaich |
| Location: | 1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #6 Refrigerator**



Photo Mounting Sheet

Homeowner Name:     Peter Livaich
Location:           1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426

Claim Number:



**Photo #7 Refrigerator**



# Photo Mounting Sheet

Homeowner Name:   Peter Livaich

Location:   1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426

Claim Number:



**Photo #8 Circuit Breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter Livaich |
| Location: | 1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426 |
| Claim Number: | |



**Photo #9 Bath Faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter Livaich |
| Location: | 1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426 |
| Claim Number: | |



Caption

**Photo #10 Drywall stamp**



Photo Mounting Sheet

Homeowner Name:   Peter Livaich
Location:   1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426

Claim Number:



**Caption**
**Photo #11 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Peter Livaich |
| Location: | 1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426 |
| Claim Number: | |



Caption

**Photo #12 Drywall stamp**



## Photo Mounting Sheet

Homeowner Name: Peter Livaich
Location: 1660 Renaissance Commons Blvd. #2212, Boynton Beach, Fl.33426
Claim Number:



Caption

**Photo #13 Drywall stamp**

**Enter Caption**

**Enter Caption**

**Enter Caption**