**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/28/2009 | Sampler Name/Company: Vargas, Odilio | Photo Range: | 1 thru 21 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Heavy sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | black lettering | Location Stamp Found: | east wall living room | Photo #: |
| End Tape Found: | No | | Color of End Tape: | |
| Comments: | drywall stamp photos are on photo sheet #2 | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | Unknown |
| Plumbing | Unknown |
| Light Fixtures | Unknown |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | yes | Yes | Heavy | Black | 2 &3 |
| Electro-mechanical portion of HVAC | | | Yes | Heavy | Black | 4 |
| Circuit Breaker | | | Yes | moderate on jumper bar | Black | #5 |
| Refrigerator coils | | | Yes | Heavy | Black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | | |
|---|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | Describe, discoloration, color and location: | | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>2 bath faucets, 3 sink stoppers, 1 shower head | | Photo Number(s)<br><br>8 Thru 13 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>rusted cornerbead in hall bath | | Photo Number(s)<br><br>14 |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>heavy  black on electrical wires | | Photo Number(s)<br><br>15 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

### ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Vargas, Odilio |
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

PHOTO SHEET #1



**Photo #1**



# Photo Mounting Sheet

Homeowner Name: Vargas, Odilio
Location: 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #2 HVAC copper lines**



Photo Mounting Sheet

Homeowner Name:  Vargas, Odilio
Location:  1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #3 HVAC**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Vargas, Odilio |
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

Homeowner Name:   Vargas, Odilio
Location:   1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #5 circuit breaker**



Photo Mounting Sheet

Homeowner Name:   Vargas, Odilio
Location:          1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #6 refrigerator lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Vargas, Odilio |
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Vargas, Odilio |
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 bath faucet**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Vargas, Odilio |
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 bath faucet**



# Photo Mounting Sheet

Homeowner Name: Vargas, Odilio
Location: 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #10 sink stopper**



## Photo Mounting Sheet

| Homeowner Name: | Vargas, Odilio |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo # 11 sink stopper**

**Caption**



# Photo Mounting Sheet

Homeowner Name:   Vargas, Odilio
Location:   1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #12 sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Vargas, Odilio |
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #13 shower head**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Vargas, Odilio |
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #14 rusted cornerbead**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Vargas, Odilio |
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #15 electrical wires at outlet**

**Enter Caption**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Vargas, Odilio |
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |

PHOTO SHEET #2



**Photo #16 stamp**



# Photo Mounting Sheet

Homeowner Name:    Vargas, Odilio
Location:    1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426
Claim Number:    30325.002



Photo

**Photo #17 drywall stamp**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Vargas, Odilio |
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #18 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:   Vargas, Odilio
Location:         1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426
Claim Number:     30325.002



**Caption**
**Photo #19 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Vargas, Odilio |
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #20 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Vargas, Odilio |
| Location: | 1690 Renaissance Commons Blvd #1424 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

| |
|---|
| **Photo #21 drywall stamp** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |
| **Enter Caption** |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1219 Boynton Beach, Fl 33426 | | Front of House Photo #: | 1 thru 14 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 11/21/2009 | Sampler Name/Company: | Photo Range: | |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Heavy sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Black lettering | Location Stamp Found: | East wall Living room | Photo #: | 11 thru 14 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No    Tenant had to replace his television 2 weeks ago after living in unit for 6 months |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | YES | Yes | Yes | Heavy | Black | 2,3 |
| Electro-mechanical portion of HVAC | | | Yes | disconnect  moderate | Black | 4 |
| Circuit Breaker | | | Yes | jumper bar ends  Heavy | Black | 5 |
| Refrigerator coils | | | Yes | copper lines  Heavy | Black | 6,7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>2 Bath Faucets  corroded | Photo Number(s)<br><br>8,9 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>electrical wires  Heavy  Black | Photo Number(s)<br><br>10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption Photo #3 HVAC copper lines (2)**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Caption Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #6 Refrigerator**



## Photo Mounting Sheet

| Homeowner Name: | Frances Verderame |
|---|---|
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



### Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #8 Bath Faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #9 Bath Faucet (2)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #10 Electrical wires**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #11 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #12 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #13 Drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Frances Verderame |
| Location: | 1690 Renaissance Commons Blvd. #1219, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #14 Drywall stamp**

**Enter Caption**

**Enter Caption**