**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2111 Boynton Beach fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 12/28/2009 | Sampler Name/Company: Wiley, Thad | Photo Range: | 1 thru  9 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | light sulfur |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | | Location Stamp Found: | | Photo #: | |
|---|---|---|---|---|---|
| End Tape Found: | | | Color of End Tape: | | |
| Comments: | | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | No per tenant |
|---|---|
| Plumbing | No per tenant |
| Light Fixtures | No per tenant |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper bend | U-Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Light | Dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | No | | | #5 |
| Refrigerator coils | | | Yes | Light | Dark | 6 &7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) 8 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | Describe, discoloration, color and location: Dark wires at electrical outlet | Photo Number(s) 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

Homeowner Name:    Thad Wiley

Location:    1660 Rennaissance Commons Blvd.  Unit 2111  Boynton Beach, FL  33426

Claim Number:



**1 - Address**



**2 – drywall marking**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2111  Boynton Beach, FL  33426 |
| Claim Number: | |



**3 – drywall marking Made (of Made in China)**



**4 drywall marking China (of Made in China)**



## Photo Mounting Sheet

Homeowner Name:  Thad Wiley
Location:        1660 Rennaissance Commons Blvd.  Unit 2111  Boynton Beach,
                 FL  33426
Claim Number:



5 –  drywall marking na 2006 (of China 2006)

6 drywall marking 2006/04



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Rennaissance Commons Blvd.  Unit 2111  Boynton Beach, FL  33426 |
| Claim Number: | |



7 – drywall marking

8 – drywall tape at joint



## Photo Mounting Sheet

Homeowner Name:   Thad Wiley
Location:              1660 Rennaissance Commons Blvd.  Unit 2111  Boynton Beach, FL  33426
Claim Number:



9 – drywall marking

10 –

11 –

12 –

13 –

14 -

15 -

16 –



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Wiley, Thad |
| Location: | 1660 Renaissance Commons Blvd #2111 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

Homeowner Name: Wiley, Thad
Location: 1660 Renaissance Commons Blvd #2111 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Wiley, Thad |
| Location: | 1660 Renaissance Commons Blvd #2111 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Wiley, Thad |
| Location: | 1660 Renaissance Commons Blvd #2111 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Wiley, Thad |
| Location: | 1660 Renaissance Commons Blvd #2111 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker**



## Photo Mounting Sheet

Homeowner Name:   Wiley, Thad
Location:             1660 Renaissance Commons Blvd #2111 Boynton Beach Fl 33426
Claim Number:       30325.002



**Photo #6 Refrigerator lines**



## Photo Mounting Sheet

Homeowner Name:   Wiley, Thad
Location:   1660 Renaissance Commons Blvd #2111 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #7 Refrigerator**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Wiley, Thad |
| Location: | 1660 Renaissance Commons Blvd #2111 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 bath faucet (typical) no corrosion**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Wiley, Thad |
| Location: | 1660 Renaissance Commons Blvd #2111 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2124  Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company:  Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/07/2009 | Sampler Name/Company:  Wiley, Thad | Photo Range: | 1 thru 17 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | unknown owner not present |
| Plumbing | unknown owner not present |
| Light Fixtures | unknown owner not present |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper bend | U- Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | heavy on disconnect | black | 4 |
| Circuit Breaker | | | yes | jumper bar and  wires | black | #5 & 6 |
| Refrigerator coils | | | yes | heavy | black | 7 & 8 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | yes | sink drain in bath | dark | 9 |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  No | Describe, discoloration, color and location:  | Photo Number(s)  |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  3 bath faucets, 3 sink stoppers | Photo Number(s)  10 thru 15 |
| Other metallic fixtures or hardware | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  vanity knobs | Photo Number(s)  16 |
| Electrical Receptacles and Switches | Discoloration/Residue?  Yes | Describe, discoloration, color and location:  black electrical wires at outlet | Photo Number(s)  17 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

Homeowner Name:    Thad Wiley

Location:    1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426

Claim Number:    30325.002



**Photo#2 HVAC copper lines**



## Photo Mounting Sheet

Homeowner Name:    Thad Wiley

Location:    1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426

Claim Number:    30325.002



**Photo #3 HVAC**



# Photo Mounting Sheet

| Homeowner Name: | Thad Wiley |
|---|---|
| Location: | 1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



Photo Mounting Sheet

Homeowner Name:  Thad Wiley
Location:            1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl
                     33426
Claim Number:        30325.002



**Photo #6 black wires in electrical panel**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #8 refrigerator**



Photo Mounting Sheet

Homeowner Name:     Thad Wiley
Location:           1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl
                    33426
Claim Number:       30325.002



**Photo #9 bath sink drain  dark discolored**



# Photo Mounting Sheet

| Homeowner Name: | Thad Wiley |
|---|---|
| Location: | 1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #10 bath sink stopper**



Photo Mounting Sheet

| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #11 bath sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #12 bath sink stopper**



# Photo Mounting Sheet

Homeowner Name:     Thad Wiley

Location:     1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426

Claim Number:     30325.002



**Photo #13 bath faucet**



# Photo Mounting Sheet

Homeowner Name:   Thad Wiley

Location:   1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl
33426

Claim Number:   30325.002



**Photo #14 bath faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #15 bath sink faucet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #16 corroded vanity knob**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd  #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Photo #17 electrical wires at outlet



# Photo Mounting Sheet

Homeowner Name:   Thad Wiley
Location:   1660 Renaissance Commons Blvd #2124 Boynton Beach Fl 33426
Claim Number:   30325.002



Photo

**Photo #1 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:     Thad Wiley
Location:                      1660 Renaissance Commons Blvd #2124 Boynton Beach Fl 33426
Claim Number:            30325.002



Photo

**Photo #2 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:  Thad Wiley
Location:  1660 Renaissance Commons Blvd #2124 Boynton Beach Fl 33426
Claim Number:  30325.002



**Caption**

**Photo #4 drywall stamp**



Photo Mounting Sheet

Homeowner Name:   Thad Wiley
Location:   1660 Renaissance Commons Blvd #2124 Boynton Beach Fl 33426
Claim Number:   30325.002



**Caption**
**Photo #5 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:   Thad Wiley
Location:   1660 Renaissance Commons Blvd #2124 Boynton Beach Fl 33426
Claim Number:   30325.002



**Caption**
**Photo #6 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:  Thad Wiley
Location:  1660 Renaissance Commons Blvd #2124 Boynton Beach Fl 33426
Claim Number:  30325.002



Caption

**Photo #7 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #8 drywall stamp**



# Photo Mounting Sheet

Homeowner Name:     Thad Wiley

Location:     1660 Renaissance Commons Blvd #2124 Boynton Beach Fl 33426

Claim Number:     30325.002



**Caption**

**Photo #9 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #10 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #11 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd #2124 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #12 drywall stamp**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2218 Boynton Beach Fl 33426 | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 12/07/2009 | Sampler Name/Company: Wiley , Thad | Photo Range: 1 thru 9 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | unknown owner not present |
| Plumbing | unknown owner not present |
| Light Fixtures | unknown owner not present |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | heavy on disconnect | black | 4 |
| Circuit Breaker | | | yes | light on jumper bar ends | dark | #5 |
| Refrigerator coils | | | yes | moderate | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue? Yes | Describe, discoloration, color and location: vanity knob corroded | Photo Number(s) 8 |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | Describe, discoloration, color and location: electrical wires at outlet discolored | Photo Number(s) 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

### ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd #2218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

Homeowner Name:   Thad Wiley
Location:              1660 Renaissance Commons Blvd #2218 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd #2218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



Photo Mounting Sheet

Homeowner Name:   Thad Wiley
Location:   1660 Renaissance Commons Blvd #2218 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd #2218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



## Photo Mounting Sheet

Homeowner Name:    Thad Wiley
Location:              1660 Renaissance Commons Blvd #2218 Boynton Beach Fl 33426
Claim Number:        30325.002



**Photo #6 refrigerator**



Photo Mounting Sheet

Homeowner Name:   Thad Wiley
Location:   1660 Renaissance Commons Blvd #2218 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name:    Thad Wiley

Location:    1660 Renaissance Commons Blvd #2218 Boynton Beach Fl 33426

Claim Number:    30325.002



**Photo #8 vanity knob corroded**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Thad Wiley |
| Location: | 1660 Renaissance Commons Blvd #2218 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #9 discolored electrical wires at outlet**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**

**Enter Caption**



# Photo Mounting Sheet

Homeowner Name:   THAD WILEY

Location:   BLDG# 1660  UNIT # 2218

Claim Number:



2009/12/01  13:39:59

**Photo # 1 DRYWALL STAMP**



# Photo Mounting Sheet

Homeowner Name:     THAD WILEY

Location:     BLDG# 1660  UNIT # 2218

Claim Number:



2009/12/01 13:40:04

**Photo # 2 DRYWALL STAMP**



## Photo Mounting Sheet

Homeowner Name:   THAD WILEY
Location:   BLDG# 1660  UNIT # 2218
Claim Number:



2009/12/01  13:40:48

**Photo # 3 DRYWALL STAMP**



# Photo Mounting Sheet

Homeowner Name:     THAD WILEY
Location:                      BLDG# 1660  UNIT # 2218
Claim Number:



2 0 0 9 / 1 2 / 0 1   1 3 : 4 1 : 1 1

**Photo # 4 DRYWALL STAMP**



# Photo Mounting Sheet

Homeowner Name:     THAD WILEY

Location:     BLDG# 1660  UNIT # 2218

Claim Number:



2009/12/01  13:41:18

**Photo # 5 DRYWALL STAMP**



Photo Mounting Sheet

Homeowner Name:  THAD WILEY
Location:              BLDG# 1660  UNIT # 2218
Claim Number:



2009/12/01 13:42:15

**Photo # 6 DRYWALL STAMP**



# Photo Mounting Sheet

Homeowner Name:  THAD WILEY
Location:  BLDG# 1660  UNIT # 2218
Claim Number:



2009/12/01 13:42:29

**Photo # 7 DRYWALL STAMP**



# Photo Mounting Sheet

Homeowner Name:     THAD WILEY
Location:                      BLDG# 1660  UNIT # 2218
Claim Number:



2009/12/01  13:42:51

**Photo # 8 DRYWALL STAMP**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 RENAISSANCE COMMONS BLVD.  UNIT # 2626 BOYNTON BEACH  FL  33426 | | Front of House Photo #: | 1 |
| Address ID: | WALTER WOJCIK | Sampler Name/Company: ALLEN COTTON - BRIGHTCLAIM | Camera Serial: | |
| Visit Date: | 11/25/2009 | Sampler Name/Company: | Photo Range: | 1-22 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | SULFUR |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | BLUE DOT LETTERS | Location Stamp Found: | BEDROOM WALL | Photo #: | 19 - 22 |
| End Tape Found: | NO | | Color of End Tape: | | |
| Comments: | BLUE DOT LETTERS- KNAUF | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | REPLACED WASHER AND DRYER 5/09 |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 4,5,6 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | SEVERE | BLACK | 2 |
| Circuit Breaker | | | ☑ Check | SEVERE | BLACK | 10 thru 13 |
| Refrigerator coils | | | ☑ Check | SEVERE | BLACK | 14 thru 18 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | NO | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? YES | BLACK SPOTTING OF BATHROOM FAUCETS | 7,8 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | | 3 |
| Electrical Receptacles and Switches | Discoloration/Residue? YES | BLACK DISCOLORATION OF EXPOSED COPPER WIRE | 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

## ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



Photo Mounting Sheet

Homeowner Name:  WOJCIK, WALTER & LYDIA
Location:  BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 1 FRONT OF HOUSE**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | WOJCIK, WALTER & LYDIA |
| Location: | BLDG. # 1660  UNIT # 2626 |
| Claim Number: | |



**Photo # 2 HVAC- BLACK DISCOLORATION – HVAC DISCONNECT PLUG**



Photo Mounting Sheet

Homeowner Name:   WOJCIK, WALTER & LYDIA
Location:   BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 3  HVAC-BLACK DISCOLORATION OF COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:   WOJCIK, WALTER & LYDIA
Location:               BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 4 HVAC-BLACK DISCOLORATION OF COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:  WOJCIK, WALTER & LYDIA
Location:  BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 5 HVAC-BLACK DISCOLORATION OF COPPER U-BENDS**



Photo Mounting Sheet

Homeowner Name:   WOJCIK, WALTER & LYDIA
Location:   BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 6 HVAC-BLACK DISCOLORATION OF COPPER U-BENDS**



## Photo Mounting Sheet

Homeowner Name:   WOJCIK, WALTER & LYDIA
Location:   BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 7 BATHROOM FAUCETS- BLACK SPOTTING**



# Photo Mounting Sheet

Homeowner Name:   WOJCIK, WALTER & LYDIA
Location:   BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 8 BATHROOM FAUCETS- BLACK SPOTTING**



Photo Mounting Sheet

Homeowner Name:   WOJCIK, WALTER & LYDIA
Location:          BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 9 RECEPTACLE- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



Photo Mounting Sheet

Homeowner Name:  WOJCIK, WALTER & LYDIA
Location:  BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 10 CIRCUIT BREAKER PANEL- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | WOJCIK, WALTER & LYDIA |
| Location: | BLDG. # 1660  UNIT # 2626 |
| Claim Number: | |



**Photo # 11 CIRCUIT BREAKER PANEL- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



Photo Mounting Sheet

Homeowner Name:  WOJCIK, WALTER & LYDIA
Location:  BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 12 CIRCUIT BREAKER PANEL- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



## Photo Mounting Sheet

Homeowner Name: WOJCIK, WALTER & LYDIA
Location: BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 13 CIRCUIT BREAKER PANEL- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



Photo Mounting Sheet

Homeowner Name:   WOJCIK, WALTER & LYDIA
Location:                     BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 14 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name: WOJCIK, WALTER & LYDIA
Location: BLDG. # 1660  UNIT # 2626
Claim Number:



**Photo # 15 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:   WOJCIK, WALTER & LYDIA
Location:          BLDG. # 1660  UNIT # 2626
Claim Number:



Photo # 16 **REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name: WOJCIK, WALTER & LYDIA
Location: BLDG. # 1660  UNIT # 2626
Claim Number:



Photo # 17 **REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | WOJCIK, WALTER & LYDIA |
| Location: | BLDG. # 1660  UNIT # 2626 |
| Claim Number: | |



Photo # 18 **REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:     WOJCIK, WALTER & LYDIA
Location:                     BLDG. # 1660  UNIT # 2626
Claim Number:



2009/11/25  13:48:04

**Photo # 19 BLUE DOT LETTERING - KNAUF**



# Photo Mounting Sheet

Homeowner Name:  WOJCIK, WALTER & LYDIA
Location:  BLDG. # 1660  UNIT # 2626
Claim Number:



2009/11/25  13:48:45

**Photo # 20 BLUE DOT LETTERING - KNAUF**



# Photo Mounting Sheet

Homeowner Name:   WOJCIK, WALTER & LYDIA
Location:   BLDG. # 1660  UNIT # 2626
Claim Number:



2009/11/25 13:49:05

**Photo # 21 BLUE DOT LETTERING - KNAUF**



## Photo Mounting Sheet

Homeowner Name:  WOJCIK, WALTER & LYDIA

Location:  BLDG. # 1660  UNIT # 2626

Claim Number:



2009/11/25 13:49:32

**Photo # 22 BLUE DOT LETTERING - KNAUF**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 Rennaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 | | Front of House Photo #: |
| Address ID: | 1 | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: |
| Visit Date: | 11/23/2009 | Sampler Name/Company: | Photo Range:   1 thru 14 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Light sulfur |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | balck lettering | Location Stamp Found: | North east wall living room | Photo #: | 10 thru 14 |
| End Tape Found: | No | | Color of End Tape: | |
| Comments: | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None |
| Plumbing | None |
| Light Fixtures | None |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Moderate | Dark | 2 &3 |
| Electro-mechanical portion of HVAC | | | No | | | 4 |
| Circuit Breaker | | | No | | | #5 |
| Refrigerator coils | | | Yes | Moderate | Black | 6&7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>No | | 8 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>No | | 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



Photo #1



# Photo Mounting Sheet

| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



Photo #2 HVAC copper lines



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



Photo #4 HVAC disconnect



Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



Photo #5 Circuit Breaker



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



Photo #6 Refrigerator



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



Photo #7 Refrigerator



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



Photo #8 Typical Bath Faucet



Photo Mounting Sheet

| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



Photographs

Photo #9 electrical wires



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



Photo #10 Drywall stamp



# Photo Mounting Sheet

Homeowner Name: John and Beatrice Wood
Location: 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426
Claim Number: 30325.002



Photo #11 Drywall stamp



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



Photo #12 Drywall stamp



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



Photo #13 Drywall stamp



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | John and Beatrice Wood |
| Location: | 1660 Renaissance Commons Blvd  #2214, Boynton Beach, Fl 33426 |
| Claim Number: | 30325.002 |



Photo # 14 Drywall