## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 1/12/2010 | Sampler Name/Company: Yasinski, Joseph and Barbara | Photo Range: | 1 thru 14 |

### ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ✓ Check | Description of Odor: | Light Sulfur odor |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Black Lettering | Location Stamp Found: | East wall 2nd Bedroom | Photo #: | 11 to 14 |
| End Tape Found: | No | | Color of End Tape: | | |
| Comments: | | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | Yes | Yes | Yes | Light | Dark | 2 & 3 |
| Electro-mechanical portion of HVAC | | | Yes | Light | Dark | 4 |
| Circuit Breaker | | | No | | | #5 |
| Refrigerator coils | | | Yes | Light | Dark | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

### OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs) No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? Yes | Describe, discoloration, color and location: 1 sink stopper | Photo Number(s) 8 & 9 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
| Electrical Receptacles and Switches | Discoloration/Residue? Yes | Describe, discoloration, color and location: Light on electrical wires at outlet | Photo Number(s) 10 |

**(USE ADDITIONAL PAGES AS NECESSARY)**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yasinski, Joseph and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yasinski, Joseph and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

Homeowner Name: Yasinski, Joseph and Barbara
Location: 1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yasinski, Joseph and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yasinski, Joseph and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yasinski, Joseph and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #6 refrigerator copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yasinski, Joseph and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name:   Yasinski, Joseph and Barbara
Location:   1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #8 sink stopper-corroded**



# Photo Mounting Sheet

Homeowner Name:    Yasinski, Joseph and Barbara
Location:    1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426
Claim Number:    30325.002



**Photo #9 bath faucet - typical**



# Photo Mounting Sheet

Homeowner Name:     Yasinski, Joseph and Barbara
Location:     1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426
Claim Number:     30325.002



**Photo #10 electrical wires at outlet**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yasinski, Joseph and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #11 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yasinski, Joseph and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #12 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yasinski, Joseph and Barbara |
| Location: | 1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #13 drywall stamp**



## Photo Mounting Sheet

Homeowner Name:  Yasinski, Joseph and Barbara
Location:        1660 Renaissance Commons Blvd #2302 Boynton Beach Fl 33426
Claim Number:    30325.002



**Caption**

| |
|---|
| **Photo #14 drywall stamp** |
| **Enter Caption** |
| |
| **Enter Caption** |
| |
| |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 12/06/2009 | Sampler Name/Company: Young Suluki | Photo Range: | 1 thru 16 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☐ Check | Description of Odor: | |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | Photo #: |
| End Tape Found: | | Color of End Tape: | |
| Comments: | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| **HVAC** | no    HVAC is not working correctly not cooling |
| **Plumbing** | no |
| **Light Fixtures** | no |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper bend | U-Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | heavy | black | 4 |
| Circuit Breaker | | | yes | heavy on jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | | | |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>bath faucets, shower head, and sink stoppers | Photo Number(s)<br><br>8 thru 14 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>rusted cornerbead | Photo Number(s)<br><br>15 |
| Electrical Receptacles and Switches | Discoloration/Residue?<br><br>Yes | Describe, discoloration, color and location:<br><br>heavy on electrical wires at outlet | Photo Number(s)<br><br>16 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue?<br><br>No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ramona Young and Id-Deen Suluki |
| Location: | 1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ramona Young and Id-Deen Suluki |
| Location: | 1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ramona Young and Id-Deen Suluki |
| Location: | 1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ramona Young and Id-Deen Suluki |
| Location: | 1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ramona Young and Id-Deen Suluki |
| Location: | 1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 circuit breaker**



# Photo Mounting Sheet

Homeowner Name:     Ramona Young and Id-Deen Suluki
Location:                    1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426
Claim Number:           30325.002



**Photo #6 refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ramona Young and Id-Deen Suluki |
| Location: | 1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 refrigerator**



# Photo Mounting Sheet

Homeowner Name:       Ramona Young and Id-Deen Suluki

Location:       1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426

Claim Number:       30325.002



**Photo #8 bath faucet**



Photo Mounting Sheet

Homeowner Name:  Ramona Young and Id-Deen Suluki
Location:  1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426
Claim Number:  30325.002



**Photo #9 bath faucet**



# Photo Mounting Sheet

Homeowner Name:      Ramona Young and Id-Deen Suluki
Location:      1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #10 corroded shower head**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ramona Young and Id-Deen Suluki |
| Location: | 1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo # 11 corroded bath faucet**



# Photo Mounting Sheet

Homeowner Name: Ramona Young and Id-Deen Suluki
Location: 1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #12 corroded sink stopper**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ramona Young and Id-Deen Suluki |
| Location: | 1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #13 corroded sink stopper**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ramona Young and Id-Deen Suluki |
| Location: | 1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #14 corroded sink stopper**



# Photo Mounting Sheet

Homeowner Name:        Ramona Young and Id-Deen Suluki

Location:        1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426

Claim Number:        30325.002



**Photo #15 rusted cornerbead**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Ramona Young and Id-Deen Suluki |
| Location: | 1660 Renaissance Commons Blvd #2106 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #16 electrical wires at outlet**



# Photo Mounting Sheet

Homeowner Name: | Ramona Young & id-Deen Suluki
Location: | 1660 Rennaissance Commons Blvd.  Unit 2106  Boynton Beach, FL  33426
Claim Number: |



**1 - Address**



**2 – drywall marking NAU (of KNAUF-TIANJIN)**



# Photo Mounting Sheet

Homeowner Name: Ramona Young & id-Deen Suluki

Location: 1660 Rennaissance Commons Blvd.  Unit 2106  Boynton Beach, FL  33426

Claim Number:



**3 –  drywall marking UF (of KNAUF-TIANJIN)**

**4-  drywall marking -T (of KNAUF-TIANJIN)**



# Photo Mounting Sheet

Homeowner Name:   Ramona Young & id-Deen Suluki
Location:         1660 Rennaissance Commons Blvd.  Unit 2106  Boynton Beach,
                  FL  33426
Claim Number:



| 5 – drywall marking  TI  (of KNAUF-TIANJIN) |
| :---: |
| |
| 6 |
| |
| 7 – |
| |
| 8 – |
| |
| 9 – |
| |
| 10 – |
| |
| 11 – |
| |
| 12 – |
| |
| 13 – |
| |
| 14 - |
| |
| 15 - |
| |

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd  #1418 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 11/30/2009 | Sampler Name/Company: | Photo Range: | 1 thru 15 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | moderate sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | |
|---|---|---|---|---|
| Stamp Description: | black lettering | Location Stamp Found: | west wall master bedroom | Photo #: | 13 to 15 |
| End Tape Found: | No | | Color of End Tape: | |
| Comments: | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | no    refrigerator stopped working In August |
| Plumbing | No |
| Light Fixtures | No    copper on television cable (satellite dish) connector turned black and had to be replaced |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | black | 2 & 3 |
| Electro-mechanical portion of HVAC | | | yes | heavy | black | 4 |
| Circuit Breaker | | | yes | moderate on jumper bar ends | black | #5 |
| Refrigerator coils | | | yes | heavy | black | 6 & 7 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | yes | 1 dark copper line under vanity si | | 8 |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?<br>Yes | 3 bath faucets | 9 , 10 , 11 |
| Other metallic fixtures or hardware | Discoloration/Residue?<br>No | | |
| Electrical Receptacles and Switches | Discoloration/Residue?<br>Yes | heavy  black on electrical wires at outlet | 12 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? No | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yefin Zagalsky |
| Location: | 1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #1**



# Photo Mounting Sheet

Homeowner Name:   Yefin Zagalsky
Location:   1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426
Claim Number:   30325.002



**Photo #2 HVAC copper lines**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yefin Zagalsky |
| Location: | 1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #3 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yefin Zagalsky |
| Location: | 1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #4 HVAC disconnect**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yefin Zagalsky |
| Location: | 1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #5 Circuit Breaker jumper bar ends are discolored**



Photo Mounting Sheet

Homeowner Name:     Yefin Zagalsky
Location:                    1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426
Claim Number:          30325.002



**Photo #6 Refrigerator copper lines**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yefin Zagalsky |
| Location: | 1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #7 Refrigerator**



Photo Mounting Sheet

Homeowner Name:   Yefin Zagalsky
Location:          1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426
Claim Number:      30325.002



**Photo #8 discolored sink drain**



# Photo Mounting Sheet

| Homeowner Name: | Yefin Zagalsky |
| --- | --- |
| Location: | 1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #9 corroded bath faucet (1)**



## Photo Mounting Sheet

Homeowner Name: Yefin Zagalsky
Location: 1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426
Claim Number: 30325.002



**CaptionPhoto #10 corroded bath faucet (2)**



Photo Mounting Sheet

Homeowner Name: Yefin Zagalsky
Location: 1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426
Claim Number: 30325.002



**Photo #11 corroded bath faucet (3)**



# Photo Mounting Sheet

| Homeowner Name: | Yefin Zagalsky |
|---|---|
| Location: | 1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Photo #12 electrical wires at outlet**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yefin Zagalsky |
| Location: | 1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #13 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yefin Zagalsky |
| Location: | 1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #14 drywall stamp**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Yefin Zagalsky |
| Location: | 1690 Renaissance Commons Blvd #1418 Boynton Beach Fl 33426 |
| Claim Number: | 30325.002 |



**Caption**

**Photo #15 drywall stamp**

**Enter Caption**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| Address: | 1660 RENAISSANCE COMMONS BLVD.  UNIT # 2416  BOYNTON BEACH  FL  33426 | Front of House Photo #: | 1 |
| Address ID: | ZHONGMIN ZHOU | Sampler Name/Company:  ALLEN COTTON - BRIGHTCLAIM | Camera Serial: |
| Visit Date: | 11/29/2009 | Sampler Name/Company: | Photo Range: | 1-23 |

## ODOR OBSERVATIONS

| Odor Present: | ☑ Check | Description of Odor: | SULFUR |
|---|---|---|---|

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| Stamp Description: | BLACK NUMBERS | Location Stamp Found: | BEDROOM WALL | Photo #: | 14 thru 23 |
|---|---|---|---|---|---|
| End Tape Found: | NO | | Color of End Tape: | | |
| Comments: | MISC. BLACK NUMBERS | | | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| HVAC | None noted by homeowner |
|---|---|
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | ☑ Check | ☑ Check | ☑ Check | MODERATE | BLACK | 4,5 |
| Electro-mechanical portion of HVAC | ☑ Check | ☑ Check | ☑ Check | MODERATE | BLACK | 2 |
| Circuit Breaker | | | ☐ Check | | | 6 |
| Refrigerator coils | | | ☑ Check | MODERATE | BLACK | 9 thru 13 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | ☐ Check | | | |

## OTHER DISCOLORATION INSPECCTIONS

| Medicine Cabinets/Mirrors affixed to walls | Discoloration/Residue? (do not include areas where routine hand contract occurs)  NO | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s) |
| Other metallic fixtures or hardware | Discoloration/Residue?  No | Describe, discoloration, color and location: | Photo Number(s)  3 |
| Electrical Receptacles and Switches | Discoloration/Residue?  YES | Describe, discoloration, color and location:  RECEPTACLE AND SWITCH- DISCOLORATION OF EXPOSED COPPER WIRE | Photo Number(s)  7,8 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| HVAC | Yes | HVAC ground wire solid black, copper u-bends deep black | 5,6 |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| | | | |



# Photo Mounting Sheet

Homeowner Name: ZHONGMIN ZHOU
Location: BLDG# 1660   UNIT # 2416
Claim Number:



**Photo # 1 UNIT NUMBER**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | ZHONGMIN ZHOU |
| Location: | BLDG# 1660   UNIT # 2416 |
| Claim Number: | |



**Photo # 2 HVAC- BLACK DISCOLORATION OF DISCONNECT PLUG**



# Photo Mounting Sheet

Homeowner Name: ZHONGMIN ZHOU
Location: BLDG# 1660   UNIT # 2416
Claim Number:



**Photo # 3 HVAC- BLACK DISCOLORATION OF COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:    ZHONGMIN ZHOU
Location:    BLDG# 1660   UNIT # 2416
Claim Number:



**Photo # 4 HVAC- BLACK DISCOLORATION OF COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:     ZHONGMIN ZHOU
Location:            BLDG# 1660   UNIT # 2416
Claim Number:



**Photo # 5 HVAC- BLACK DISCOLORATION OF COPPER TUBING**



# Photo Mounting Sheet

Homeowner Name:     ZHONGMIN ZHOU
Location:                      BLDG# 1660   UNIT # 2416
Claim Number:



**Photo # 6 CIRCUIT BREAKER- NO DISCOLORATION**



## Photo Mounting Sheet

Homeowner Name:   ZHONGMIN ZHOU
Location:   BLDG# 1660   UNIT # 2416
Claim Number:



**Photo # 7 RECEPTACLE- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



# Photo Mounting Sheet

Homeowner Name:   ZHONGMIN ZHOU
Location:   BLDG# 1660   UNIT # 2416
Claim Number:



**Photo # 8 SWITCH- BLACK DISCOLORATION OF EXPOSED COPPER WIRE**



Photo Mounting Sheet

Homeowner Name:   ZHONGMIN ZHOU
Location:   BLDG# 1660   UNIT # 2416
Claim Number:



**Photo # 9 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:    ZHONGMIN ZHOU
Location:          BLDG# 1660   UNIT # 2416
Claim Number:



**Photo # 10 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name: ZHONGMIN ZHOU
Location: BLDG# 1660   UNIT # 2416
Claim Number:



**Photo # 11 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



Photo Mounting Sheet

Homeowner Name:   ZHONGMIN ZHOU
Location:                   BLDG# 1660   UNIT # 2416
Claim Number:



**Photo # 12 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:  ZHONGMIN ZHOU
Location:  BLDG# 1660   UNIT # 2416
Claim Number:



**Photo # 13 REFRIGERATOR- BLACK DISCOLORATION OF EXPOSED COPPER TUBING**



## Photo Mounting Sheet

Homeowner Name:   ZHONGMIN ZHOU
Location:   BLDG# 1660   UNIT # 2416
Claim Number:



2009/11/29  16:25:28

**Photo # 14 BLACK DOT MARKINGS-  MISC. NUMBERS**



# Photo Mounting Sheet

Homeowner Name:     ZHONGMIN ZHOU
Location:     BLDG# 1660   UNIT # 2416
Claim Number:



2009/11/29  16:27:56

**Photo # 15 BLACK DOT MARKINGS-  MISC. NUMBERS**



**Photo Mounting Sheet**

Homeowner Name:    ZHONGMIN ZHOU
Location:    BLDG# 1660   UNIT # 2416
Claim Number:



2009/11/29  16:28:23

Photo # 16 **BLACK DOT MARKINGS-  MISC. NUMBERS**



# Photo Mounting Sheet

Homeowner Name:    ZHONGMIN ZHOU
Location:    BLDG# 1660   UNIT # 2416
Claim Number:



2009/11/29 16:31:14

Photo # 17 **BLACK DOT MARKINGS-  MISC. NUMBERS**



Photo Mounting Sheet

Homeowner Name: ZHONGMIN ZHOU
Location: BLDG# 1660   UNIT # 2416
Claim Number:



2009/11/29  16:31:34

Photo # 18 **BLACK DOT MARKINGS-  MISC. NUMBERS**



## Photo Mounting Sheet

Homeowner Name:   ZHONGMIN ZHOU
Location:   BLDG# 1660   UNIT # 2416
Claim Number:



2009/11/29  16:33:11

**Photo # 19 BLACK DOT MARKINGS-  MISC. NUMBERS**



# Photo Mounting Sheet

Homeowner Name:   ZHONGMIN ZHOU
Location:                   BLDG# 1660   UNIT # 2416
Claim Number:



2009/11/29  16:37:24

**Photo # 20 BLACK DOT MARKINGS-  MISC. NUMBERS**



# Photo Mounting Sheet

Homeowner Name:     ZHONGMIN ZHOU
Location:     BLDG# 1660   UNIT # 2416
Claim Number:

2009/11/29  16:38:31

**Photo # 21 BLACK DOT MARKINGS-  MISC. NUMBERS**



# Photo Mounting Sheet

Homeowner Name:  ZHONGMIN ZHOU
Location:  BLDG# 1660   UNIT # 2416
Claim Number:



2009/11/29  16:40:10

**Photo # 22 BLACK DOT MARKINGS-  MISC. NUMBERS**



## Photo Mounting Sheet

Homeowner Name:    ZHONGMIN ZHOU
Location:    BLDG# 1660   UNIT # 2416
Claim Number:



2009/11/29 16:41:44

**Photo # 23 BLACK DOT MARKINGS- MISC. NUMBERS**

**VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP**

## GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1690 Renaissance Commons Blvd #1311, Boynton Beach, Fl. 33426 | | Front of House Photo #: | 1 |
| Address ID: | | Sampler Name/Company: Patrick Toohey / Brightclaim | Camera Serial: | |
| Visit Date: | 11/19/2009 | Sampler Name/Company: | Photo Range: | 1 thru 14 |

## ODOR OBSERVATIONS

| | | | |
|---|---|---|---|
| Odor Present: | ☑ Check | Description of Odor: | Moderate sulfur odor |

## Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | |
|---|---|---|---|
| Stamp Description: | | Location Stamp Found: | North wall living room | Photo #: | |
| End Tape Found: | | Color of End Tape: | |
| Comments: | PHOTOS   10 thru 14 | | |

## HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | No |
| Plumbing | No |
| Light Fixtures | No      Has replaced washing machine and tewlevision |

## DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | yes | yes | yes | heavy | Black | 2 |
| Electro-mechanical portion of HVAC | | | yes | disconnect - light | Black | 3 |
| Circuit Breaker | | | yes | jumper bar- light | Black | #4 |
| Refrigerator coils | | | yes | heavy | Black | 5 & 6 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | No | | | |

## OTHER DISCOLORATION INSPECCTIONS

| | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Yes | Bath Faucet corrosion | 7 & 8 |
| Other metallic fixtures or hardware | No | | |
| Electrical Receptacles and Switches | Yes | electrical wires at outlet    light  black | 9 |

**(USE ADDITIONAL PAGES AS NECESSARY)**

**ADDITIONAL PAGES FOR DISCOLORATION INSPECTIONS**

| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| | No | | |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |
| Item Inspected: | Discoloration/Residue? | Describe, discoloration, color and location: | Photo Number(s) |



# Photo Mounting Sheet

| Homeowner Name: | Sheldon Zitner |
|---|---|
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo # 1**

**Structure Photo**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sheldon Zitner |
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #2 HVAC**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sheldon Zitner |
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #3**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sheldon Zitner |
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #4**



### Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sheldon Zitner |
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #5 Refrigerator**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sheldon Zitner |
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**CaptionPhoto #6 Refrigerator**



# Photo Mounting Sheet

| Homeowner Name: | Sheldon Zitner |
|---|---|
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo #7**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sheldon Zitner |
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



2009.11.19 08:34

**Photo #8**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sheldon Zitner |
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo # 9 outlet wires**



## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sheldon Zitner |
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #10**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sheldon Zitner |
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #11**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sheldon Zitner |
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



**Photo # 12**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sheldon Zitner |
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #13**



# Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Sheldon Zitner |
| Location: | 1690 Renaissance Commons Blvd. #1311, Boynton Beach, Fl.33426 |
| Claim Number: | 30325.002 |



Caption

**Photo #14**

**Enter Caption**