011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt

1

```
 1
 2             UNCERTIFIED ROUGH DRAFT ONLY
 3                      * * *
 4           THIS DRAFT CANNOT BE QUOTED
    IN ANY PLEADINGS OR FOR ANY OTHER PURPOSE AND MAY
 5           NOT BE FILED WITH ANY COURT.
 6   USE AT DEPOSITION OR ORDER OF THIS DRAFT CONSTITUTES
                   A TRANSCRIPT SALE.
 7
       This transcript draft is uncertified and may
 8   contain untranslated stenographic symbols, an
     occasional reporter's note, a misspelled proper
 9   name, and/or nonsensical word combinations.  All
     such entries will be corrected on the final
10   certified transcript.
       Due to the need to correct entries prior to
11   certification, you agree to use this draft only for
     the purpose of augmenting counsel's notes and not to
12   use or cite it in any court proceeding.
       Please keep in mind that the final certified
13   transcript's page and line numbers will not match
     the rough draft, due to the addition of title pages,
14   indices, appearances of counsel, paragraphing and
     other changes.
15
16            Michele M. Moons, RPR, CMR, CRR
                       Planet Depos
17
18
19
20
21
22
23
24
25
```

2

```
 1   Thereupon:
 2                   SALVATORE REALE
 3       A witness named in the notice heretofore filed,
 4   being of lawful age and having been first duly
 5   sworn, testified on his oath as follows:
 6                   DIRECT EXAMINATION
 7   BY MR. RHINE:
 8       Q.   Will you please state your name for the
 9   record?
10       A.   Salvatore Reale.
11       Q.   I am sorry?
12       A.   Salvatore Reale.
13       Q.   Can you spell that for me?
14       A.   R-e-a-l-e.
```

Page 1

```
                011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt
    15     Q.   Mr. Reale, as I understand it you were the
    16   general supervisor on the Villa Lago at Renaissance
    17   Commons project.
    18            (Whereupon, a discussion was held off
    19       the record, after which the following
    20       proceedings were held:)
    21   BY MR. RHINE:
    22       Q.   Mr. Reale, am I pronouncing it correctly?
    23       A.   Good enough.
    24       Q.   Try again?
    25       A.   It's fine.
                                                                3

     1       Q.   Mr. Reale, do you understand that you are
     2   here today as a corporate representative of Coastal
     3   Construction of South Florida doing business as
     4   Coatal Condominiums?
     5       A.   Yes.
     6       Q.   Let me give you a little bit of
     7   background.  Since the Defendant is a corporation I
     8   can't depose the corporation, I can't go out and
     9   talk to the building.  I have to talk to a person
    10   and so we send out what is called a 30(b)(6) notice
    11   and we ask the Defendant to identify a corporate
    12   representative to speak on behalf of the
    13   corporation.
    14            Is that consistent with your understanding
    15   of why you are here today?
    16            MR. EVES:  Object.
    17   BY MR. RHINE:
    18       Q.   Do you understand why, how you are here
    19   today to speak on behalf of the corporation?
    20       A.   Yes.
    21       Q.   Okay.  Now, we provided -- have you ever
    22   had your deposition taken before?
    23       A.   Once.
    24       Q.   And in what case was that?
    25       A.   I don't remember the name of it.
                                                                4

     1       Q.   Was it the + Rolle matter?
     2       A.   No.  Oh, maybe, I don't know.  I don't
     3   remember if it was that one or not.
     4       Q.   How long ago was it?
                                Page 2
```

011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt

6  Q.  Is a $600,000 payment advance unusual.
7  A.  I wouldn't say that. I mean, when we tile
8  and we buy it from China we have to pay for it up
9  front before it gets on the boat, so I would say it
10 happens.
11 Q.  That makes sense.
12 A.  It depends.
13 Q.  Especially if you are dealing with an
14 imported product you might have to put up an
15 advance, especially a large advance. That makes
16 sense. Is that right?
17 A.  If it's tile, you know, whatever,
18 whatever -- usually tile though like when we are
19 buying tile.
20 Q.  What about drywall?
21 A.  Maybe in those times we might have helped
22 got money for them, draw wise.
23 Q.  What type of record keeping would we have
24 regarding the payments for drywall at Villa Lago?
25 A.  The checks that we gave to Precision.

64

1  Q.  Okay. Who has those?
2  A.  I would imagine that they would be in the
3  files or somewhere.
4  Q.  All right. There would also be banking
5  records, correct?
6  A.  I would imagine.
7  Q.  So this would be something that Coastal
8  could obtain?
9  A.  Maybe.
10 Q.  Who does your bank reconciliations --
11 strike that.
12     Who did your bank reconciliations for the
13 Villa Lago job and in particular the drywall
14 purchases?
15 A.  I would not know that.
16 Q.  Do you know when the permit application to
17 the city of Boynton Beach building department was
18 made for the Villa Lago project?
19 A.  No.
20 Q.  Does February 22nd, 2005 sound about
21 correct.

Page 40

011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt

```
22      A.   Could be.
23           MR. SMITH:
24           (Thereupon, a recess was taken, after
25      which the following proceedings were held:)
                                                    65

 1  BY MR. RHINE:
 2      Q.   Mr. Reale, I have handed to you Deposition
 3  Exhibit No. No. 7, and before I ask you some
 4  questions about this I need to speak with your
 5  Counsel on the record here.
 6           Brian, this looks to be like a much better
 7  copy of the contract.  Can you verify for me that
 8  Exhibit No. 7 which was supplied by you to me this
 9  morning is the contract between Coastal and RCR at
10  least your best determination?
11           MR. EVES:  To the best of my knowledge
12      that's the contract between cost stall and RCR
13      that was in Coastal's records from the project.
14           MR. RHINE:  Okay, terrific.  Because the
15      documents, I tried to compile it all and had to
16      come up with a Composite Exhibit No. .  Is
17      there any difference, Brian, between this and
18      the contract Composite Exhibit No. that I
19      provided to you on disk back in December.
20           MR. EVES:  There is no difference in the
21      language of the contract or the writing.  Some
22      of the signatures from whomever signed from CK
23      are circled in this one which were not circled
24      in yours, but all substantive language and you
25      signatures are all matching.
                                                    66

 1           MR. RHINE:  Thank you.
 2  BY MR. RHINE:
 3      Q.   All right.  So showing you Exhibit No. 7,
 4  Mr. Reale, do you recognize that document?
 5      A.   Yes.
 6      Q.   What is it?
 7      A.   It's the contract from RCR to Coastal (I
 8  could say RCR).
 9      Q.   When did this project start, sir?
10      A.   I don't remember the date.

                     Page 41
```

011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt

```
 5      A.    Yes.
 6      Q.    And then the west building was second?
 7      A.    Yes.
 8      Q.    And the east building is 1690. Is that
 9  correct? Does that help?
10      A.    What, the address?
11      Q.    Yes. Look at property address.
12      A.    Oh, I don't know.
13      Q.    Look at the property address on Exhibit
14  No. 14.
15      A.    Yeah.
16      Q.    1690, right?
17      A.    Uh-huh. On 14, yeah.
18      Q.    What I am trying to make a determination,
19  I have spoken with your Counsel about this, is which
20  is the east building and which building is the west
21  building?
22            We have got a 1690 and a 1660 building. I
23  am just trying to find a determination and this is
24  the only document I could find that had any
25  indication of which was the east building or the
                                                      80

 1  west building, other than me going out to the
 2  project with a compass.
 3            Do you know?
 4      A.    I don't know off the top of my head.
 5      Q.    Have you ever been involved in any
 6  bonding?
 7      A.    No.
 8      Q.    Okay. You weren't involved in the bonding
 9  issues at Villa Lago, you weren't involved in the
10  contract issues at Villa Lago.
11      A.    No.
12      Q.    Can you tell me when the project started
13  and when it ended in general terms, in general
14  years? Like what year did it start, what year did
15  Villa Lago stop?
16      A.    It looks like 2007 and 2006 probably.
17      Q.    So you are saying that -- okay. I will
18  let you answer.
19            Were you involved in any way with the
20  Precision Drywall contract?
```

011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt

```
21    A.   No.
22    Q.   Who was?
23    A.   I would say probably Debbie.
24    Q.   And would she have negotiated that?
25    A.   Could have been her or Steve, one or the
                                                            81
 1  other.
 2    Q.   Okay T would have been those two persons?
 3    A.   Yes.
 4    Q.   So to your knowledge there is nobody at
 5  Coastal today that was involved with the contracting
 6  with Precision Drywall for the Villa Lago project.
 7    A.   Nobody that I am aware of, no.
 8    Q.   I am sorry.
 9    A.   Nobody that I am aware of.
10    Q.   Thank you.  I am sorry.
11    A.   It's okay.
12    Q.   I must have listened to too much rock and
13  roll as a child and can't hear.  My mother warned
14  me.
15          (Whereupon, a discussion was held off
16      the record, after which the following
17      proceedings were held:)
18          (Thereupon, the referred-to document was
19      marked as Deposition Exhibit 15.)
20  BY MR. RHINE:
21    Q.   I am going to show you what has been
22  marked as Exhibit No. 15 and I am going to hand it
23  to your lawyer first and see whether or not
24  Mr. Eves, this is the documents I provided earlier.
25  Have we been able to make a determination if this
                                                            82
 1  composite document is an accurate contract between
 2  Coastal and Precision Drywall?
 3          MR. EVES:  Yes, to the best of my
 4      knowledge it is the copy of the contract
 5      between Precision Drywall and for the Villa
 6      Lago project.
 7  BY MR. RHINE:
 8    Q.   Mr. Reale, have you seen that document
 9  before?
```

```
         011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt
10    A.   I usually read the scope of work.
11    Q.   Oh, so did you read the scope of work for
12  the Villa Lago project?
13    A.   Yeah.
14    Q.   Okay., good.  Is the scope of work that is
15  contained in Exhibit No. 15 accurate as to the scope
16  that was performed by Precision Drywall for the
17  Villa Lago project?
18         MR. EVES:  Objection.
19         THE WITNESS:  I am looking for it.
20         THE WITNESS:  To the best of my
21     knowledge a.
22  BY MR. RHINE:
23    Q.   Mr. Reale, is there anybody at Coastal
24  that can inform me or speak intelligently because
25  they were personally involved in the bidding process
                                                   83

 1  with Precision Drywall?  I have got documents
 2  regarding the bidding process with Precision
 3  Drywall.  who is the person at Coastal that can
 4  speak about that?
 5    A.   Neither party would probably be here.
 6    Q.   who would they be?
 7    A.   Maybe Steve May or Debbie.
 8    Q.   Okay.
 9    A.   would be the two people who negotiated.
10         (Whereupon, a discussion was held off
11     the record, after which the following
12     proceedings were held:)
13  BY MR. RHINE:
14    Q.   Mr. Reale, Precision Drywall's work,
15  before I get to some of the other documents, perhaps
16  you can answer this.  How was the work sequenced?  I
17  believe we have established that the east building
18  started first and I believe that was the 1690
19  building, and then the west building was the second
20  one.
21         Please describe for me, sir, where
22  Precision Drywall started and then how, where did
23  they go next?  For example, did they start at the
24  bottom of the east building, work all the way up to
25  the top floor on the east building and then moved to
                          Page 52
```

```
               011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt
     25       it says it was manufactured or made or made in
                                                                 100
      1   America.
      2   BY MR. RHINE:
      3       Q.   Does it call for National Gypsum and
      4   Georgia Pacific for the one-half inch regular
      5   drywall?
      6            MR. O'CONNOR:  Object to the form.
      7   BY MR. RHINE:
      8       Q.   I am going to clear this up because it's a
      9   very important question.  Were all the submittals
     10   that referenced one-half inch regular drywall to be
     11   delivered and installed at Villa Lago going to be
     12   National Gypsum and Georgia Pacific products?
     13            MR. EVES:  Objection.
     14            MR. O'CONNOR:  Object to the form.
     15            THE WITNESS:  I don't see no Georgia
     16      Pacific.  I see Gold Bond.
     17   BY MR. RHINE:
     18       Q.   Which is National Gypsum?
     19       A.   Which is National Gypsum.
     20       Q.   Made in Charlotte.
     21            MR. EVES:  Objection.
     22            MR. RHINE:  Strike my comment.
     23            THE WITNESS:  Okay.
     24   BY MR. RHINE:
     25       Q.   So you are saying that the specifications
                                                                 101
      1   were National Gypsum.  Is that correct?
      2            MR. EVES:  Object to the form.
      3            THE WITNESS:  That's what it looks like.
      4            MR. MEYERS:  When you specifications do
      5       you mean submittal?
      6            MR. RHINE:  Submittals.
      7   BY MR. RHINE:
      8       Q.   What is the difference between a submittal
      9   and a specification?
     10       A.   Submittal?
     11       Q.   Do you know?
     12       A.   I don't know.  I would say no.
     13       Q.   Okay, you don't know.  But you know
                                Page 63
```

```
            011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt
14    whatever was to be, which was approved by the
15    architect, the submittal that was approved by the
16    architect that's what was, what was supposed to be
17    delivered to the job site, correct?
18           MR. EVES:  Object to the form.
19           THE WITNESS:  Yes.
20    BY MR. RHINE:
21       Q.   And what did Coastal do to ensure that the
22    National Gypsum that was approved by the architect
23    was delivered to Villa Lago?
24           MR. EVES:  Objection.
25           THE WITNESS:  I am sure some of the guys
                                                        102

1         reviewed it and if there was units with the
2         right board I am sure we didn't keep on
3         reviewing it.  I mean, we looked at it, I am
4         sure, it could have been jumbled up, they could
5         have removed the tabs.  I don't know.
6            MR. WEISS:  Can you mark that response,
7         please? ++.
8     BY MR. RHINE:
9        Q.   Looking at Exhibit No. 19 and 20, do you
10    recognize those documents because it says 9200-002
11    and 9200-003?
12       A.   I don't know if I have seen these or not.
13       Q.   Okay.  Were you ready to say something?
14           MR. EVES:  Objection.
15    BY MR. RHINE:
16       Q.   No, you looked like you were gooing to
17    tell me something.
18       A.   Oh, gosh.
19       Q.   Do you need a --
20           MR. EVES:  I don't believe the response
21        was going to be to a question.
22           MR. RHINE:  He didn't get a
23        conscience to a question.
24       A.   Oh, wait a minute. Conscience?  I would
25    like to -- I am not going to say.  I will talk to my
                                                        103

1     Counsel first.
2        Q.   Okay.
3        A.   As a matter of fact, I would like to talk
                          Page 64
```

```
            011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt
     4    to him for a second.
     5           MR. EVES:  Off the record for a second.
     6           MR. LINKHORST:  Is there a question on
     7    the record?
     8           MR. EVES:  There is no question on the
     9    table.
    10           (Thereupon, a recess was taken, after
    11    which the following proceedings were held:)
    12 BY MR. RHINE:
    13    Q.  I am going back to the record.  Mr. Reale,
    14 we have taken a quick break.  What I would like for
    15 you to do is take us through the process from the
    16 way that the product was delivered to the site and
    17 what Precision Drywall did in order to hang it.  So
    18 start at the beginning and describe that for us.  I
    19 mean, this is what you know, right?
    20           MR. EVES:  Objection.
    21           THE WITNESS:  I know that they delivered
    22    drywall.
    23 BY MR. RHINE:
    24    Q.  Who did?
    25    A.  Precision Drywall.
                                                              104

     1    Q.  Precision delivered o ++.
     2           MR. O'CONNOR:  Object to the form.
     3           MR. WEISS:  Object to the form.
     4 BY MR. RHINE:
     5    Q.  Or did Banner deliver it?
     6    A.  Banner night have delivered it for
     7 Precision Drywall.
     8    Q.  So who provided the drywall to Precision?
     9    A.  Banner, it looks like.
    10    Q.  Banner who?
    11    A.  Banner.  I don't know of it any other way.
    12    Q.  Did you ever have any communications with
    13 Banner?
    14    A.  Not about that kind of stuff but more
    15 safety or stuff like that.
    16    Q.  Did you ever have any conversations with
    17 Mickey + co blitz?
    18    A.  I have talked to him.

                            Page 65
```

011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt
```
19      Q.   Who is Mickey?
20      A.   He worked at Banner.
21      Q.   Did you ever talk to him about Villa Lago?
22      A.   Probably.
23      Q.   Did you ever talk to him about the type of
24   board that was installed at Villa Lago?
25      A.   Never.
                                                           105

 1      Q.   Do you know what type of one-half inch
 2   drywall was installed at Villa Lago?
 3            MR. EVES:  Objection.
 4            THE WITNESS:  No.  I mean, I saw a
 5        couple pictures yesterday but no.
 6   BY MR. RHINE:
 7      Q.   Does Coastal know what type of one-half
 8   inch regular drywall was installed at Villa Lago?
 9            MR. EVES:  Objection.
10            THE WITNESS:  I didn't check it so I
11        don't know.  I know we were expecting the
12        product that was submitted and approved by
13        Precision Drywall.
14   BY MR. RHINE:
15      Q.   Submitted by Precision Drywall and
16   approved by who.
17      A.   By the architect.
18      Q.   Okay.  And that's because that was
19   Coastal's obligation to supply that product to the
20   project, correct?
21            MR. EVES:  Objection.
22            MR. MEYERS:  Objection.
23            MR. RHINE:  That's all right, Sonny, you
24        can have two of them.  I like you, Sonny.
25            THE WITNESS:  If it was submitted it
                                                           106

 1        should be supplied.
 2   BY MR. RHINE:
 3      Q.   In fact, if it wasn't properly supplied
 4   then you had contractual rights to pursue Precision
 5   Drywall or someone else?
 6      A.
 7            MR. EVES:  Objection.
 8            MR. O'CONNOR:  Objection.
                          Page 66
```

```
              011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt
    14    purchased through Banner Supply?
    15             MR. EVES:  Objection.
    16    BY MR. RHINE:
    17         Q.  Is that correct?
    18         A.  I don't know that.  I don't know where
    19    they got the drywall.
    20         Q.  Oh, you know where --
    21         A.  I mean, it came in --
    22             MR. EVES:  Objection.
    23             THE WITNESS:  -- and there was Banner
    24        trucks on the job.
    25
                                                                110

     1    BY MR. RHINE:
     2         Q.  And you have looked at the records, have
     3    you not?
     4         A.  I looked at like three things yesterday.
     5             MR. RHINE:  All right.  Give me the
     6        whole invoices.
     7             (Whereupon, a discussion was held off
     8        the record, after which the following
     9        proceedings were held:)
    10    BY MR. RHINE:
    11         Q.  Did anybody at Coastal look at the product
    12    between the time that it was delivered and it was
    13    installed?  When I am talking about the product, I
    14    am talking about one-half inch regular drywall.
    15         A.  What do you mean look at it?  When you
    16    walk into the units it's there, you see it.
    17         Q.  And by look at it for the tabs, look at it
    18    for the markings.
    19             MR. EVES:  Objection.
    20             THE WITNESS:  I would normally if I was
    21        walking the job every single day, you know.  At
    22        that time I also hurt my foot so I was out of
    23        commission for a while, I had a cracked my
    24        heel, took my Achilles tendon off so I would
    25        not exactly walk the job like I would normally
                                                                111

     1        do.
     2    BY MR. RHINE:

                              Page 69
```

```
              011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt
     3      Q.   Right, but it was your responsibility to
     4   do that, if anybody was going to going to, it would
     5   have been Mr. Reale to do that.
     6      A.   No, it would be anybody.
     7      Q.   Anybody?
     8      A.   Well, the three people I named beforehand.
     9      Q.   Who was?
    10      A.   I don't remember what I said, the ones I
    11   gave you before the finish people, the ones from the
    12   framing to the drywall guys.
    13      Q.   And do you know whether or not those three
    14   people actually looked and verified that the product
    15   was --
    16      A.   Tha did we have the conversation?  No.
    17           MR. EVES:  Objection.
    18   BY MR. RHINE:
    19      Q.   I am sorry.
    20      A.   Did we have the conversation, no, I don't
    21   know exactly if they went and specifically, but I
    22   don't know that.
    23   BY MR. RHINE:
    24      Q.   Did you direct -- you were their
    25   supervisor, correct?
                                                           112

     1      A.   Yes.
     2      Q.   Did you direct them to make a
     3   determination whether or not the product that was
     4   delivered and installed was in compliance with the
     5   submittals?
     6           MR. EVES:  Objection.
     7           THE WITNESS:  I did not specifically
     8      tell them to check it.  I don't remember if I
     9      did.  I could have.  I know that we have done
    10      previous projects with Precision and one other
    11      time they delivered something they weren't
    12      supposed to and they removed it from the job
    13      that I was responsible for.  So either it's
    14      Banner or Precision, you know, who knows what
    15      they were doing.  Normally Precision is a good
    16      contractor.
    17   BY MR. RHINE:
    18      Q.   Okay.  I am going to show you Exhibit
                              Page 70
```