# RENAISSANCE COMMONS

## Exhibit B - Response to Interrogatory No. 5

| Name | Affected Property Address | Damages: Lost Rental Income | Damages: Appliances | Damages: HVAC | Damages: Personal Property | Damages: Upgrades and Other Expenses | Mitigation of Damages |
|---|---|---|---|---|---|---|---|
| Aguilar, Delsa | Building 1690 Unit 1209 | $28,080.00 | | HVAC Repairs x 3: $90.00, $45.00, $90.00 | | | |
| Leonard Axelrod and Rivka Axelrod, Co-Trustees of The Leonard and Rivka Axelrod 2007 Revocable Trust | Building 1660 Unit 2519 | $23,780.00 | Washing Machine Motor; Microwave; Thermostat Pad; Garbage Disposal; Washing Machine Switch (all covered under service contract) | HVAC Repairs x 3: (all covered under service contract) | | | Leonard Axelrod purchased a system/appliance Service Contract from Service America Enterprise, Inc., 2755 NW 63rd Court, Fort Lauderdale, Florida 33309 to be effective from 4/30/11 to 5/29/12 for $363.37. |
| Baez, Dava | Building 1690 Unit 1528 | $7,920.00 | Microwave Replaced: ($223.63) | | | Foreclosure Attorney Fees: ($24,818.00) | |
| Balassone, Arthur and Barbara (Unit 1611) | Building 1690 Unit 1611 | $27,100.00 | | | | | |
| Balassone, Arthur and Barbara (Unit 2404) | Building 1660 Unit 2404 | $26,075.00 | | | | | |
| Baron, Allen | Building 1660 Unit 2407 | $18,550.00 | | HVAC Repairs: (Cost Unknown) | | | |
| Bashein, Joyce | Building 1660 Unit 2630 | $30,800.00 | | | Damaged Carpet and Padding - Not Replaced Yet | | On or about 7/2009 and 12/2009, Joyce Bashein hired Nationwide Carpet to clean the carpets and upholstery. This work was performed/completed on 7/16/09 and 12/11/09 and cost $503.50 and $450.50 respectively. On 12/30/08, 10/2009 and 8/31/10, Joyce Bashein hired Frank's Handyman and Cleaning Service to paint, caulk trim and clean. This work was completed and cost $1200.00, $640.00 and $1250.00 respectively. On or about 7/2009 and 12/2009, Joyce Bashein hired a Maid Service to perform 2 complete cleanings. This work was completed and cost $150.00 each. |
| Bast, Peter and Robin | Building 1690 Unit 1428 | $20,700.00 | | | | | |
| Bragoli, Frank and Carolyn | Building 1690 Unit 1314 | $35,000.00 | | HVAC Repaired: ($200.00) | | | |
| Brice, Philip | Building 1690 Unit 1227 | | Refrigerator Computer Replaced: ($287.71) | | Tarnished Picture Frames Replaced: ($65.95) | | |
| Camastro, Francesco and Georgina | Building 1660 Unit 2508 | $24,000.00 | | | Black Spots on Carpet (Not Replaced yet) | | Francesco and Georgina Camastro hired a company to paint the interior walls of their unit. Details currently unknown. |
| Cammarata, Louis and Michele | Building 1660 Unit 2503 | $22,050.00 | | | | | |
| Janet Olive Campbell, as Trustee of the Bryan Olive Trust U/W July 12, 2006 | Building 1660 Unit 2208 | | Ice Maker Replaced: (Cost Unknown) | HVAC Repairs x 5: ($740.00, $185.00, $260.00, $250.00, and once under warranty) | Smoke Detectors Replaced: (Cost Unknown) | | On 9/19/10, Janet Campbell purchased 3 QuietClean Air Purifiers from The Home Depot, 1500 S.W. 8th Street, Boynton Beach, Florida 33426, for $504.81. |
| Carbone, David and Rachael | Building 1660 Unit 2316 | $17,600.00 | Dishwasher Broken (Not Repaired Yet) | | | | |
| Casalengo, Roger and Kramer, Betty Ann | Building 1690 Unit 1324 | $31,700.00 | | HVAC Broken (Not Repaired/Replaced yet) | | | |
| Chandra, Shalini | Building 1660 Unit 2102 | $40,000.00 | | HVAC Repaired 3 - 4 Times (Cost Unknown) | | | |

| Name | Affected Property Address | Damages: Lost Rental Income | Damages: Appliances | Damages: HVAC | Damages: Personal Property | Damages: Upgrades and Other Expenses | Mitigation of Damages |
|---|---|---|---|---|---|---|---|
| Cherry Blossom, LLC (Liem, Angeline & Lucille) | Building 1690 Unit 1304 | $29,900.00 | | HVAC Repaired and Replaced: ($150.00, $560.00) | Plumbing Repairs: ($169.00) Electrical Repairs: ($60.00) | | On 4/20/10, Angeline Liem hired Lori Uccello to clean the condo. This work was completed and cost $252.00.  On 5/2/10 and 5/24/10, Angeline Liem hired Sam Socharjo to clean the carpet and porch. This work was completed and cost $250.00 and $50.00, respectively. |
| Cohen, Jay and Shari | Building 1690 Unit 1405 | | Refrigerator Repaired ($350.00) | HVAC Repaired (Under Warranty) | Mirrors Tarnished (Not Replaced) | Upgrades (Painting): $2000.00 | |
| Cohen, Richard | Building 1660 Unit 2624 | $28,800.00 | | HVAC Repaired: ($284.00) | | | |
| Conlin, Patrick | Building 1690 Unit 1218 | | | HVAC Serviced x 2: ($305.20, $345.00) | | Upgrades: $6,672.15 Travel for Inspection: $874.90 | |
| Copello, Victor and Pamela | Building 1660 Unit 2204 | | | | | | |
| Csakanyos, Renata and Antal, Gyorgy | Building 1660 Unit 2126 | | Refrigerator and Microwave Repaired (Under Warranty). Washing Machine Broken (Not Repaired Yet). | | Television Repaired: ($165.16). Computer Broken (Not Repaired Yet) | Upgrades: $3,420.00 | |
| Dalal, Arish Peter and Alpa | Building 1690 Unit 1401 | $17,200.00 | | HVAC Serviced x 2: ($300.00, $45.00) | | | |
| D'Ambrosio, Angelo and Deborah | Building 1660 Unit 2305 | | | | | | |
| DeMaio, Edward, Ann Marie, and Jonathan | Building 1660 Unit 2127 | | | | | | |
| Denavea, Marta | Building 1690 Unit 1224 | | | HVAC Serviced (Cost Unknown) | Television and Phone Repaired (Costs Unknown). Laptop Replaced: ($1452.18). Desktop Processor Replaced:($543.14) | Upgrades: $1,190.99 | |
| Denavea, Martha Lisa | Building 1690 Unit 1429 | $39,000.00 | Dishwasher Replaced: ($450.00). Washing Machine Replaced: ($881.44). Refrigerator Repaired: ($223.81) | HVAC Repaired: (Cost Unknown) | | | |
| Dileo, Carl | Building 1690 Unit 1610 | $35,100.00 | Refrigerator Repaired (Under Warranty) | | | | |
| Ditianquin, Marlon | Building 1690 Unit 1309 | | | HVAC Repaired x 8: ($383.40, $170.00, $94.00, $130.00, $416.00, $750.00, Cost Unknown for 2 Repairs). | | | On 2/28/11, Marlon Ditianquin purchased a Portable Air Conditioning Unit and Electric Fan from The Home Depot, 1500 S.W. 8th Street, Boynton Beach, Florida 33426 for $380.50. |
| Dobric, Mario | Building 1690 Unit 1228 | | | | | | |
| Edwards, Trenice | Building 1660 Unit 2329 | $37,600.00 | | HVAC Repaired x 2: ($562.00, $80.00) | | | |
| Englander, Mark | Building 1690 Unit 1508 | $22,700.00 | | | | | |
| Ercolino, Vincent | Building 1690 Unit 1206 | $27,300.00 | Washing Machine Replaced: ($440.00) | HVAC Broken (Not Repaired/Replaced yet ) | All Fixtures and Jewlery Tarnished (Not Replaced Yet) | | |

| Name | Affected Property Address | Damages: Lost Rental Income | Damages: Appliances | Damages: HVAC | Damages: Personal Property | Damages: Upgrades and Other Expenses | Mitigation of Damages |
|---|---|---|---|---|---|---|---|
| Eubank, Richard | Building 1660 Unit 2619 | | Refrigerator Broken (Not Repaired Yet) | | | | |
| Figueroa, Kathryn | Building 1660 Unit 2621 | $19,500.00 | | HVAC Serviced (Cost Unknown) | | | |
| Flaherty, Sean (Unit 2514) | Building 1660 Unit 2514 | $45,000.00 | Microwave Replaced: ($900.00). Dishwasher Repaired: ($300.00) | | | | |
| Flaherty, Sean (Unit 1402) | Building 1690 Unit 1402 | $950.00 | | | | | |
| Gani, Jacques and Rose | Building 1660 Unit 2525 | $17,300.00 | Refrigerator Repaired (Under Warranty) | HVAC Repaired (Under Warranty) | | | |
| Gazzal, Joseph and Candace | Building 1660 Unit 2224 | $2,250.00 | Refrigerator Computer Replaced: ($287.71). Dishwasher Broken (Not Repaired Yet) | HVAC Repaired x 2: ($395.00, $270.00) | | Realtor's Commission: $625.00 | |
| Gottlob, Alan and Toni Ann and Melchiorre, John and Barbara | Building 1660 Unit 2307 | | | HVAC Coil Replaced: ($425.00) | Travel Charge for TV Repair Estimate: ($84.14) Television Replaced: ($1131.84). | | |
| Grace, Khadijeh | Building 1660 Unit 2209 | | Refrigerator Replaced: ($1112.59) | HVAC Repaired: ($135.00). HVAC Serviced on Numerous Occasions: ($550.00) | | | |
| Graham, Michael and Dayton, Glenn | Building 1690 Unit 1623 | $46,200.00 | | | | Market Value Petition: ($15.00) | |
| Hahn, Letitia | Building 1690 Unit 1221 | | | | | Alternative Living: ($27,590.00) | |
| Haworth Holdings, LLC (Hill, Michael and Eileen) | Building 1660 Unit 2226 | $2,250.00 | | HVAC Repaired x 5: ($171.00, $110.00, $475.00, $142.00, $145.00) | | | |
| Haywood, Manisha Adwani | Building 1690 Unit 1127 | $26,250.00 | | | | | |
| Hobbie, Wendy Lee | Building 1690 Unit 1411 | $4,200.00 | | | Desktop Computer and Laptop Broken (Not Repaired Yet). Vacuum Replaced (Cost Unknown). | Moving Expense: $375.90 | Between on or about 2009 and 2011, Wendy Hobbie purchased 3 annual system/appliance Service Contracts from Service America Enterprise, Inc., 2755 NW 63rd Court, Fort Lauderdale, Florida 33309 to be effective from 6/26/09 to 6/25/12 for $283.67, $296.62 and $308.87, respectively. |
| Investment Leaders, LLC (Morenstein, Robert) | Building 1660 Unit 2215 | | Stove and refrigerator broken - Not Repaired. | HVAC Repaired: ($250.00) | Television Replaced (Cost Unknown). Both Toilets broken - not repaired. | | |
| Irvin, Timothy and Karen | Building 1690 Unit 1216 | $6,400.00 | | HVAC Repaired: ($210.00) | | | |
| Jioia, Perry and Alice | Building 1690 Unit 1327 | $25,300.00 | | | | | Perry Jioia hired Countrywide Chem-Dry, 314 3rd Terrace, Palm Beach Gardens, Florida 33418, to clean the carpet. This work was completed and cost $110.00.  Subsequently, he hired East Coast Flooring, Inc. to furnish and install new carpet and pads. This work was completed and cost $835.00. |
| Jioia, Robert and Lori | Building 1660 Unit 2521 | $33,600.00 | | | | Rental Fees: $1,500.00 | |

| Name | Affected Property Address | Damages: Lost Rental Income | Damages: Appliances | Damages: HVAC | Damages: Personal Property | Damages: Upgrades and Other Expenses | Mitigation of Damages |
|---|---|---|---|---|---|---|---|
| Johnson, Steve and Knoth, Mark | Building 1690 Unit 1622 | $24,400.00 | | | | | |
| Jolly, Charles and Barbara | Building 1690 Unit 1626 | $32,400.00 | Refrigerator Repaired (Cost Unknown) | | | | |
| Jordan, William | Building 1690 Unit 1317 | $26,600.00 | | HVAC Repaired: ($213.00) | Electrical Repairs: ($130.60). Ceiling Fans Replaced and Furniture Removed: ($600.00) | | |
| Julia, Juan Carlos and Martha | Building 1690 Unit 1521 | | | | | | |
| Kallfelz, Marita | Building 1690 Unit 1315 | $7,350.00 | | | | | |
| Kaufman, Leslie | Building 1690 Unit 1307 | | Refrigerator and Microwave Repaired (Under Service Contract). Washing Machine Repaired: ($83.07) | | Television Repaired: ($304.00). Smoke Detector Repaired: ($159.52). Circuit Breaker Repaired: ($3.68). Computer Replaced: ($1065.00). GFI Switch Replaced: ($125.00). Light Switch Replaced: ($45.00) | Upgrades: $46,228.27 | On or about 3/28/07, Leslie Kaufman purchased an appliance service contract from General Electric Company, P.O. Box 100, Rapid City, SD, 57709, to be effective from 3/28/08 to 3/28/13 for $785.49. Subsequently, Leslie Kaufman purchased a system/appliance Service Contract from Service America Enterprise, Inc., 2755 NW 63rd Court, Fort Lauderdale, Florida 33309 to be effective from 3/1/10 to 2/28/12 for $731.58. Kaufman hired David Marcus, Master Electrician, 2802 W. Oakland Park Blvd., Lot 353, Oakland Park, Florida 33311 to install a surge protector in the Circuit Breaker Box. This work was completed and cost $185.00. On 4/16/10, Leslie Kaufman purchased an Air Purifier for $695.00. |
| Kellner, Alan and Ilana | Building 1690 Unit 1310 | $23,940.00 | | HVAC Repaired: ($99.00) HVAC Broken (Not Repaired Yet) | | | On 9/22/11, Alan and Ilana Kellner purchased a Dehumidifier from The Home Depot, 1400 Waterford Place, Delray Beach, Florida 33444 for $419.76. |
| Klemm, Timothy | Building 1660 Unit 2104 | $29,700.00 | | | | CDW Inspection: ($1,050.00) | |
| Kolich, John and Susanna (Unit 1519) | Building 1690 Unit 1519 | $37,500.00 | Washing Machine and Dryer Serviced: ($216.60, $142.27) | | | | |
| Kolich, John and Susanna (Unit 1614) | Building 1690 Unit 1614 | $30,000.00 | | | | | |
| Kovens, Arthur and Martha | Building 1660 Unit 2527 | | | | | Atty Fees for Closing: ($1,651.51) Travel for Inspection: ($441.87) Upgrades: $6,456.29 | |
| Kramer, Ronald and Anita | Building 1660 Unit 2310 | $24,500.00 | Dishwasher Repaired x 2 (Under Warranty) | | | | |
| Howard Krause as Trustee of the Naomi Krause Revocable Trust, dated March 26, 2001 | Building 1690 Unit 1109 | $28,800.00 | Washing Machine Replaced: ($419.71) | HVAC Coil Replaced: (No Charge) | | | |
| Kroll, Brian and Naida | Building 1660 Unit 2107 | | | HVAC Repaired x 4: ($200.00, $160.00, $545.00, $265.00) | Electrical Repairs (Cost Unknown). | | On 8/2/11, Brian Kroll hired Stanley Steemer of South Florida, Inc., 2085 South Congress Ave., Delray Beach, Florida 33445 to extract water from the carpet. This work was completed and cost $404.24. On 11/25/09, Brian Kroll purchased an appliance service contract from General Electric Company, P.O. Box 100, Rapid City, SD, 57709, to be effective from 12/25/09 to 12/25/14 for $2394.09. |

| Name | Affected Property Address | Damages: Lost Rental Income | Damages: Appliances | Damages: HVAC | Damages: Personal Property | Damages: Upgrades and Other Expenses | Mitigation of Damages |
|---|---|---|---|---|---|---|---|
| Kropf, Leneva Jean | Building 1690 Unit 1205 | | | | | | |
| LaSala, Anthony and Brian | Building 1660 Unit 2421 | $10,400.00 | Repaired Refrigerator Electric Harness and dishwasher (Cost Unknown) | HVAC Repairs x 2: ($191.00, $594.00) | Replaced Light Fixtures in Bathroom. | | On 6/2009, Anthony LaSala hired a cleaning company to clean the unit. Details currently unknown. |
| Lattanzio, Frank | Building 1660 Unit 2510 | $7,700.00 | | HVAC Serviced - Freon Added (Cost Unknown) | | | |
| Lemberg, Mark and Diana | Building 1690 Unit 1328 | $27,950.00 | Microwave Masterboard Repaired (Cost Unknown) | | | | On 8/20/11, Diana Lemberg purchased an extended appliance/service contract from East Coast Mechanical, Inc., 1500 N. High Ridge Road, Boynton Beach, Florida 33426, to be effective from 9/10/09 to 9/10/10 for $250.28. |
| Leone, Michael | Building 1690 Unit 1202 | | | HVAC Replaced (Cost Unknown) | | | |
| Lewis, Lesley | Building 1690 Unit 1223 | | Electric Range Replaced ($79.95). Cook Top replaced ($291.99) | HVAC Serviced x 3: ($219.00 and $110.00. 1 repair No charge) | | | |
| Barry Litwin and Mel Litwin (A/K/A Melvin Litwin) as Trustee of the Mel Litwin (A/K/A Melvin Litwin) Declaration of Trust, u/a/d 2/28/06 | Building 1690 Unit 1409 | | Refrigerator Electric Board Replaced: ($287.71). Washing Machine Repaired: ($229.13). Service Call for Washing Machine: ($79.95). Washing Machine Replaced: ($285.18) | | | | |
| LLG Investment Properties, LLC (Joseph Lanza) | Building 1660 Unit 2611 | $16,400.00 | | HVAC Repaired x 2: ($308.00, $305.00) | | | |
| L & L South Florida Realty, LLC (Joseph Lanza) | Building 1660 Unit 2512 | $8,200.00 | | | | | |
| Loutfy, Tarek and Andrea | Building 1660 Unit 2424 | $30,000.00 | | | | | |
| Luntz, George and Adrienne (Unit 2501) | Building 1660 and 2501 | | | | | | |
| Luntz, George and Adrienne (Unit 2516) | Building 1660 Unit 2516 | | | | | | |
| Madigan, Murphy | Building 1660 Unit 2119 | | | | | | |
| Maesel, Shawn | Building 1660 Unit 2417 | | | | | | |
| Maness, Danielle Lee | Building 1690 Unit 1128 | | | | | | |
| Marks, Edward | Building 1660 Unit 2118 | | Microwave Repaired: ($289.27). Refrigerator Repaired: ($350.00) | HVAC Repaired x 2: ($225.00, $200.00) | | | |
| Meinholz, Nancy | Building 1660 Unit 2211 | $2,400.00 | Refrigerator Electric Panel Repaired (Cost Unknown). | HVAC Repaired: ($149.00) | Kitchen Light Repaired (Cost Unknown) | | |
| Michaud, Claude and Laidlaw, Melissa | Building 1690 Unit 1502 | | Refrigerator Repaired: ($100.00) | | | | |

| Name | Affected Property Address | Damages: Lost Rental Income | Damages: Appliances | Damages: HVAC | Damages: Personal Property | Damages: Upgrades and Other Expenses | Mitigation of Damages |
|---|---|---|---|---|---|---|---|
| Miller, Robert | Building 1660 Unit 2205 | | | | | | |
| Miller, William and Teresa | Building 1660 Unit 2608 | $1,500.00 | Refrigerator Repaired: ($81.20). Stove Repaired: ($29.10). Dishwasher Repaired: ($68.21) | HVAC Repaired (Cost Unknown) | | | |
| Minuto, Michael | Building 1660 Unit 2629 | $24,150.00 | | | | | |
| Mogor, Melissa | Building 1660 Unit 2420 | $8,000.00 | | | | | |
| Molina, Carlos and Margarita | Building 1690 Unit 1308 | $23,750.00 | | | | | |
| Murray, Brian | Building 1660 Unit 2623 | $15,000.00 | Microwave Repaired x 2: ($400.00, $186.53). Refrigerator Repaired (Cost Unknown). Refrigerator Broken (Not Repaired Yet). | HVAC Repaired x 3: ($149.23, $108.76, $187.00) | Hot Water Faucet in Bathroom Broken (Not Repaired Yet) | | Brian Murray hired Slocum Home Maintenance, 1414 Gallinule Circle, Delray Beach, Florida 33444, to remove mold, prime/paint walls, and calk trim. This work was completed and cost $1700.00. |
| Murray, Paul | Building 1690 Unit 1522 | $4,400.00 | Washing Machine Repaired x 3: ($135.98, $303.68, $200.00) | HVAC Repaired x 6: ($175.00, $120.00, $385.00, $400.00, $350.00, $325.00) | | | |
| Murray, Paul and Lois | Building 1660 Unit 2415 | $7,920.00 | | HVAC Serviced x 2: ($397.00, Cost Unknown for Second Service) | | | Paul and Los Murray hired Slocum Home Maintenance, 1414 Gallinule Circle, Delray Beach, Florida 33444, to prime/paint walls, and calk trim. This work was completed and cost $1550.00. |
| Okaily, Aly and Rhoda | Building 1690 Unit 1412 | $57,200.00 | Garbage Disposal and Thermostat Replaced (Under Warranty) | HVAC Repairs (Under Warranty). HVAC Replaced: ($2936.00) | | | |
| Okaily, Okaily A.M. and Lois | Building 1690 Unit 1215 | $23,750.00 | Dishwasher, Dryer and Refrigerator Repaired: ($35.00, $35.00, $35.00) | | | | |
| Ovicher, Joseph and Celine | Building 1690 Unit 1417 | $24,150.00 | | | | | |
| Panico, Frank and Fay Teller | Building 1660 Unit 2528 | $26,125.00 | | HVAC Repaired: ($227.00) | | | |
| Penzimer, Marilyn | Building 1690 Unit 1420 | $19,125.00 | Refrigerator Corroded (Not Replaced Yet) | HVAC Corroded (Not Replaced Yet) | | | |
| Pereca, Joel | Building 1690 Unit 1211 | | Refrigerator Repaired: ($291.66). Washing Machine Repaired: ($395.32) | | | | |
| Piccolo, John and Ann | Building 1660 Unit 2308 | $29,325.00 | | HVAC Repaired x 2 (Under Warranty) | Plumbing Repairs (Under Warranty) | | |
| Polovin, Annette | Building 1690 Unit 1512 | $9,800.00 | | | | | |
| Polychronopoulos, Nathalie and George | Building 1660 Unit 2210 | | | | | | |

| Name | Affected Property Address | Damages: Lost Rental Income | Damages: Appliances | Damages: HVAC | Damages: Personal Property | Damages: Upgrades and Other Expenses | Mitigation of Damages |
|---|---|---|---|---|---|---|---|
| Poplausky, Maurice and Hanna | Building 1690 Unit 1529 | $25,825.00 | | | | Repaired Holes in Wall from CDW Inspection ($200.00) | |
| Posner, Edward and Karen | Building 1660 Unit 2309 | $31,050.00 | | HVAC Repaired x 2 (Cost Unknown) | Plumbing Repaired x 2 (Cost Unknown) | | |
| Proske, Allan and Rebecca | Building 1660 Unit 2523 | $20,700.00 | | HVAC Repaired: ($400.00) | | | |
| Ramos, Joseph and Mariann | Building 1660 Unit 2227 | | Refrigerator Repaired: ($287.71) | | Television Repaired (Under Warranty) | | |
| Ramos, Manuel and Lavinia | Building 1660 Unit 2606 | $13,500.00 | | | | | |
| Rayman, Birgitta | Building 1660 Unit 2109 | $39,200.00 | Refrigerator Broken (Not Repaired Yet) | HVAC Repaired: ($300.00) | Bathroom Toilets, Faucets, Showers, Bath Faucets, Plumbing and Sinks Damaged (Not Repaired Yet). Kitchen Sink and Faucet Damaged (Not Repaired Yet). Furniture Damaged: ($4000.00) | | |
| Renzetti, Nicholas and Adrienne | Building 1690 Unit 1321 | $26,250.00 | | | | | |
| Martin Riback, as Trustee of the Martin Riback Revocable Trust Agreement dated April 4, 1997 (Unit 1212) | Building 1690 Unit 1212 | $34,200.00 | | | | | |
| Martin Riback, as Trustee of the Martin Riback Revocable Trust Agreement dated April 4, 1997 (Unit 1410) | Building 1690 Unit 1410 | $41,250.00 | | | | | |
| Richman, Steven and Marsha | Building 1690 Unit 1422 | $27,000.00 | | HVAC Repaired x 2: ($684.00, $233.00) | Plumbing Fixtures and Bathroom Light Replaced (Cost Unknown). Furniture/Bedding Disposed Of (Cost Unknown) | Upgrades: $588.64 | |
| RMM Investments, LLC (Ijac, David and Jodie) (Unit 1103) | Building 1690 Unit 1103 | | | | | | |
| RMM Investments, LLC (Ijac, David and Jodie) (Unit 2112) | Building 1660 Unit 2112 | | | | | | |
| Rovezzi, James and Narcissa | Building 1660 Unit 2418 | | | | | Upgrades: $400.00 | |
| Sabatino, Dominic and Hiskey, Richard | Building 1660 Unit 2518 | $10,200.00 | Dishwasher Replaced: ($369.47). Garbage Disposal Repaired x 3: ($380.00, $343.96, $105.96) | HVAC Repaired x 3: ($314.00, $197.00, $479.00) | Miscellaneous purchases from the Home Depot for condo repaires: (Total: $362.81) | | On 12/1/11, Dominic Sabatino hired The Home Repair Specialist (Tel: 561-577-9815) to perform repairs and cleaning throughout the condo.  This work was completed and cost $879.96. |

| Name | Affected Property Address | Damages: Lost Rental Income | Damages: Appliances | Damages: HVAC | Damages: Personal Property | Damages: Upgrades and Other Expenses | Mitigation of Damages |
|---|---|---|---|---|---|---|---|
| Santillo, Keith | Building 1690 Unit 1323 | | Ice Maker Repaired (Cost Unknown). Refrigerator Broken (Not Repaired Yet) | HVAC Repaired x 2: (Total Cost: $300.00) | Laptop Repaired (Cost Unknown). Bedding Damaged (Not Replaced Yet) | | |
| Schmidt, David and Karen | Building 1690 Unit 1615 | $800.00 | Washing Machine Broken (Not Repaired/Replaced Yet) | | | | |
| Schour, Stephen and Mitchell, Susan | Building 1690 Unit 1106 | $30,600.00 | | | | | |
| Shaya, Samuel | Building 1690 Unit 1628 | $19,800.00 | | | | | |
| Sheperd, Wesley (Unit 1603) | Building 1690 Unit 1603 | | | | | | |
| Sheperd, Wesley (Unit 2614) | Building 1660 Unit 2614 | | | | | | |
| Siegel, Sandra | Building 1690 Unit 1427 | $30,800.00 | Microwave Repaired: ($242.98) | | TV Broken (Not Repaired or Replaced) | Alternative Living and Storage: ($20,997.00) | |
| Smith, Kelly | Building 1660 Unit 2427 | | | HVAC Repaired x 2: (Total Cost: $1000.00) | | | |
| Stock, Amir and Bella | Building 1660 Unit 2130 | $28,800.00 | | HVAC Replaced (Under Warranty) | | | |
| Taylor, Lloyd and Hoxter, Scott | Building 1660 Unit 2603 | | | | | | |
| Tempel, Harvey and Lisa (Unit 2312) | Building 1660 Unit 2312 | $15,400.00 | Appliance Repair: ($250.00) | | | | |
| Tempel, Harvey and Lisa (Unit 2323) | Building 1660 Unit 2323 | $12,600.00 | | | | | |
| Thompson, Venesia and Logan, Susan | Building 1690 Unit 1226 | $18,750.00 | | HVAC Repaired (Under Warranty) | Plumbing Repaired (Under Warranty). | Mold Inspections: ($600.00, $650.00) Upgrades: ($4,137.30) | Venesia Thompson hired a company to clean the carpet. Details are currently unknown. On or about 6/6/08, Venesia Thompson hired Duraclean Restoration and Remediation, 3725 Investment Lane, Riviera Beach, Florida 33404, to restore and remediate the condo for Mold damage. This work was completed on or about 8/13/11 and cost $3736.09. |
| Tilmann, Stacy Ann and Noah, Kimberly | Building 1660 Unit 2502 | $26,500.00 | | HVAC Serviced (Cost Unknown) | Kitchen Sink and Shower Plumbing Repaired: (Total Cost: $300.00) | | |
| Tuller Investments LLC (Tuller, Elaine) | Building 1690 Unit 1419 | $4,650.00 | Washing Machine and Refrigerator Replaced (Costs Unknown) | | | | |
| Twin Crest Associates, LLC (Livaich, Peter) | Building 1660 Unit 2212 | $12,500.00 | | | | | |
| Vargas, Odilio | Building 1690 Unit 1424 | | | | | | |
| Verderame, Frances | Building 1690 Unit 1219 | $40,800.00 | | | Water Damage Repair: ($1740.17) | | |
| Wiley, Thad (Unit 2111) | Building 1660 Unit 2111 | | | | | | |

| Name | Affected Property Address | Damages: Lost Rental Income | Damages: Appliances | Damages: HVAC | Damages: Personal Property | Damages: Upgrades and Other Expenses | Mitigation of Damages |
|---|---|---|---|---|---|---|---|
| Wiley, Thad (Unit 2124) | Building 1660 Unit 2124 | | | | | | |
| Wiley, Thad (Unit 2218) | Building 1660 Unit 2218 | | | | | | |
| Wojcik, Walter Jr. and Lydia | Building 1660 Unit 2626 | $5,625.00 | Refrigerator Repaired x 2: ($275.50, $52.00). Washing Machine Replaced: ($660.73). Microwave Repaired ($48.09). Range Repaired: ($161.08). Dishwasher Repaired ($148.09) | HVAC Repaired: ($290.00) HVAC Coil Replaced: ($1,650.00) | Electrical Outlet Repaired: ($55.00). Master Bath Repairs: ($175.00). Reimbursed Tenants for Damaged Electronics: ($850.00) | | |
| Wood, John and Beatrice | Building 1660 Unit 2214 | $17,900.00 | Garbage Disposal Replaced: ($140.00) | | | | |
| Yasinski, Joseph and Barbara | Building 1660 Unit 2302 | $1,600.00 | | | Circuit Breaker Repaired (Cost Unknown) | | |
| Young, Ramona and Id-Deen, Suluki | Building 1660 Unit 2106 | $30,000.00 | | | | | |
| Zagalsky, Yefim and Alekseyeva, Yelena | Building 1690 Unit 1418 | $18,000.00 | Washing Machine Replaced x 2: ($537.62, $435.33). Refrigerator Repaired: ($287.71) | HVAC Repaired x 6: ($400.00, $150.00, $69.95, $160.00, $90.00, $75.00) | Plumbing Repaired (Cost Unknown) | | |
| Zhou, Zhongmin and Huang, Qinxi | Building 1660 Unit 2416 | $30,000.00 | | | | CDW Inspections x 2: ($375.00, $275.00) Short Sale Costs: ($415.00) | |
| Zitner, Sheldon | Building 1690 Unit 1311 | | Washing Machine Replaced: ($446.34) | | Television Replaced: ($1304.45). Hot Water Heater Switch Replaced: ($100.00) | | |
| Cohen, Laurence | Building 1690 Unit 1426 | | | | | | |
| Karp, Herbert and Lillian | Building 1660 Unit 2419 | | | | | | |
| Ronald Reckseit and Jacqueline Reckseit, Trustees, as members of the Ronald Reckseit and Jacqueline Reckseit Revocable Trust Agreement, dated January 15, 2003 (Unit 2125) | Building 1660 Unit 2125 | | | | | | |

| Name | Affected Property Address | Damages: Lost Rental Income | Damages: Appliances | Damages: HVAC | Damages: Personal Property | Damages: Upgrades and Other Expenses | Mitigation of Damages |
|---|---|---|---|---|---|---|---|
| Ronald Reckseit and Jacqueline Reckseit, Trustees, as members of the Ronald Reckseit and Jacqueline Reckseit Revocable Trust Agreement, dated January 15, 2003 (Unit 1225) | Building 1690 Unit 1225 | | | | | | |
| Ronald Reckseit and Jacqueline Reckseit, Trustees, as members of the Ronald Reckseit and Jacqueline Reckseit Revocable Trust Agreement, dated January 15, 2003 (Unit 1111) | Building 1690 Unit 1111 | | | | | | |
| Wegweiser, Rebecca and Wanda | Building 1690 Unit 1312 | | | | | | |