# CONTRACT AGREEMENT AND GENERAL CONDITIONS BETWEEN
# GENERAL CONTRACTOR AND SUBCONTRACTOR
## CONTRACT NO: 04-5581-19

| Contractor: | Coastal Construction of South Florida, Inc<br>d/b/a/ Coastal Condominiums | Contract Date: | February 1, 2006 Revised March 11, 2006 |
|---|---|---|---|
| | 5959 Blue Lagoon Drive, Ste 200<br>Miami, FL 33126 | Subcontractor: | Precision Drywall, Inc.<br>601 N. Congress Ave, Ste 501<br>Delray Beach, FL 33445 |
| GC License #: | CG-CA08060 | | |
| | | Contact:<br>Phone No: | Jesus J. Barajas<br>561-278-7770 |
| Project No: | 04-5581 | Fax No:<br>E-Mail: | 561-278-7950 |
| Project: | Villa Lago at Renaissance Commons | Cost Code: | 09-200 / Drywall & Framing |
| | | Bond Required: | [X] Yes [ ] No |

Contract Price: $2,475,000.00      (Two Million Four Hundred Seventy Five Thousand and 00/100 dollars)
· (Includes all applicable sales and use tax)

## ARTICLE 1 - SCOPE

1.1    Subject to the terms and conditions contained herein, Subcontractor agrees to furnish all material, equipment, labor and supervision as required to complete the following described work in connection with the construction of the above referenced project, including but not limited to all work as indicated per attached Exhibits:

    1.11 EXHIBIT "A" – Scope of Work Revised March 11, 2006
    1.12 EXHIBIT "B" – List of Drawings
    1.13 EXHIBIT "C" – Schedule
    1.14 EXHIBIT "D" – General Jobsite Conditions Revised March 11, 2006
    1.15 EXHIBIT "E" – Coastal Qualifications to Contract
    1.16 EXHIBIT "F" – Residence Finish Schedule
    1.17 EXHIBIT "G" – Attachment No: 1 re Insurance
    1.18 EXHIBIT "H" –Health and Safety Manual

1.2    Notwithstanding the above mentioned scope of work, terms and conditions, this subcontract is lump sum and includes any and all LABOR AND MATERIAL FOR ALL WORK as required by the plans and specifications and all contract documents inclusive; work will be performed in a workmanlike manner in complete accordance with these plans and specifications and with all applicable codes and regulations, ordinances, rules and orders of any public authority bearing on the performance of the work (and manufacturers suggested installation standards, where applicable). Subcontractor hereby acknowledges that he has received, read and is thoroughly familiar with said plans and specifications and that the methods, sequences and procedures described therein for said work are agreed upon and correct.

1.3    Subcontractor will furnish and pay for all labor, materials, permits, scaffolding, equipment, machinery, tools, apparatus, transportation, all required shop drawings and samples, as part of this contract.

1.4    Subcontractor shall comply with all Federal, State and Local tax laws, Social Security Acts, Unemployment Compensation Acts and Workers Compensation Acts to the extent that they apply to the performance of Subcontractor's work under this contract.

## ARTICLE 2 – COMPLIANCE

2.1.    . The Subcontractor maintains that it is an entity duly organized, validly existing and in good standing under the laws of both the state of its formation and the State of Florida. Subcontractor further affirms that there are no actions, suits or proceedings pending or threatened against it which could, directly or indirectly, adversely affect Subcontractor's performance under the contract.

2.2.    The Subcontractor has carefully examined the Contract Documents, including but not limited to all drawings and specifications, and agrees that the Contract Documents are adequate and sufficient for the performance of the work to be done under this contract. .

2.3    Subcontractor acknowledges that he has visited the job site and has become familiar with all existing conditions or conditions affecting and governing the construction of the project and shall furnish all labor, materials, equipment or other items, facilities and services for the proper execution and completion of the Work under this contract.

2.4    Subcontractor can and will perform all work required herein, in a timely fashion, in accordance with the project construction schedule as provided by Coastal Condominiums, and so as not to delay the overall progress of the job or the work of any other subcontractor.

2.5.    The Subcontractor has and will maintain adequate skilled employees, workforces, materials, machinery and tools necessary and adequate to accomplish the Work in accordance with Contractor's progress schedule.

## ARTICLE 3 - INSURANCE

3.1    Subcontractors shall secure and pay for insurance coverage as enumerated below. All coverages shall be written on an occurrence based form. An original certificate of insurance in a form acceptable to Contractor shall be delivered to Contractor within ten (10) days from the full execution hereof, or prior to commencement of any Subcontract Work hereunder by Subcontractor, whichever occurs first. The certificate of insurance shall evidence insurance coverage at least in the minimum limits as follows, or as may be further increased in connection with the requirements of the Contract Documents:

    Workman's Compensation Insurance Certificate - Florida Statutory limits under all circumstances.
    Commercial Automobile Liability - $500,000 combined single limit.
    Commercial Liability - $1,000,000 per occurrence, $2,000,000 aggregate amount, $2,000,000 for products and completed operations.
    Umbrella Excess Liability $2,000,000 per occurrence, $2,000,000 aggregate.

Subcontractor's Commercial General Liability, Comprehensive Automobile Liability, and Umbrella/Excess Liability policies shall be endorsed to add Contractor and Owner as additional insured with respect to the performance of Subcontractor's operations under this Subcontract Agreement and the

Page 1 of 5

PD000190

Contract Documents. Such insurance afforded to Contractor and Owner as additional insured under Subcontractor's policies shall be written on a per project aggregate basis, primary insurance and not excess over, or contributing with, any insurance purchased or maintained by Contractor or Owner. The completed operations coverage shall be maintained by Subcontractor for two (2) years after the Project completion date. The certificate of insurance must contain the provision that: "The coverages afforded shall not be cancelled or materially changed until after at least thirty (30) days written notice, by certified mail, return receipt requested, has been given to Contractor".

## ARTICLE 4 - PAYMENTS

4.1     Payment requests for completed work must be submitted on Coastal Condominium's Subcontractor's Application for Payment, along with Subcontractor's Affidavit on or before 20th of the month to be paid by or around the 15th of the following month as further conditioned in other provisions of this contract. (Sample of Coastal Condominium's Subcontractor's Application for Payment and Subcontractor's Affidavit are attached hereto). The Contractor shall retain _TEN_ percent ( _10_ %) retainage from every draw request from Subcontractor. Retainage must be billed separately at the end of the project.

4.2     Subcontractor shall submit, prior to its first payment request, a detailed Schedule of Values, a detailed schedule of suppliers, material men and sub-subcontractors to be used in the performance of this contract.

4.3     Subcontractor agrees and warrants that it has paid for all material , equipment and labor used in, or in connection with, the performance of its work under this contract through the period covered by payments received from the Contractor and that it shall furnish satisfactory evidence to Contractor of such payments as further provided for herein.

4.4     Subcontractor shall provide releases of lien for materials and work performed under this contract in accordance with the requirements of Chapter 713, Florida Statutes. Further, should any mechanic's lien be filed by any supplier, materialman or sub-subcontractor of Subcontractor, Subcontractor shall immediately cause such lien to be discharged or transferred to bond and Subcontractor shall protect, defend, indemnify and hold both Contractor and Owner harmless in respect of such lien.

4.5.    Subcontractor's right to final payment is subject to the following provisions:

a) Subcontractor having given evidence satisfactory to Contractor that the project is free from lien and other claims arising by reason of the Work performed by Subcontractor.

b) Subcontractor having satisfactorily completed any repairs to the Work required under this contract including but not limited to any and all contract related items regarding Contractor or Owner/Architect punchlists.

c) Delivery to Contractor at the time of final payment, final releases of lien, affidavits and acknowledgements of payments for material, labor and equipment under this contract.

d) Delivery to and acceptance by Contractor of all required close-out documents including but not limited to as-built drawings, guaranties, operation and maintenance manuals and the signed off completed punch list.

## ARTICLE 5 - GENERAL CONDITIONS

5.1     There will be no change orders to this contract unless the Owner or Contractor specifically adds to or changes the scope of work, as described herein. All Subcontractor change orders must be in writing and approved and signed by Contractor. Change orders that are not approved and signed by Contractor shall not be valid.

5.2     Jobsite is to be kept clean at all times. At the end of each work day, subcontractor must pick up all trash and scrap material he has created at interior and exterior of jobsite, and dispose in dumpster provided by Coastal Condominiums. Additionally, all interior floors must be broom swept.

5.3     All slab, ceiling, wall penetrations, etc., must be patched in accordance with all applicable codes, including fire codes, as work progresses, so as not to hold up completion of any work.

5.4     All work performed and materials supplied under this subcontract will be warranted by this Subcontractor for a period of one year (or longer as required by the Specifications and Contract Documents) from the Contractor's receipt of the latest of the following; 1) All Final Inspections, 2) Certificate of Occupancy or 3) Final Acceptance of Owner, Architect and Contractor. Subcontractor warrants that all material used shall be new and that all work performed under this contract shall be of the highest quality, free from faults and defects and in conformance with the Contract Documents. Subcontractor shall insure that all manufacturers warranties for equipment shall remain in effect for the length of time as warranted by Manufacturer, or as required by the Contract Documents, whichever is longer.

5.5     Subcontractor shall submit shop drawings, submittal data, brochures and samples to Contractor in as many duplicate copies as Contractor may require and no later than ten (10) days after notification therefore from Contractor.

5.6     Subcontractor agrees to immediately prepare for performance of the Work hereunder and to be prepared to begin such work as soon as instructed by Contractor and shall commence work upon receipt by Contractor of a notice to commence from Owner or other specifically written direction by Contractor.

5.7     If, in the opinion of the Contractor, the Subcontractor falls behind in the progress of the Work to be performed hereunder, the Contractor may direct the Subcontractor to take such steps as the Contractor deems necessary to improve the rate of progress, including requiring Subcontractor to increase the number of shifts, overtime operations, days of work, amount of workmen and/or amount of equipment and to submit for approval a schedule demonstrating the manner in which the required rate of progress may be regained, all without any additional costs whatsoever to Contractor. Failure of Subcontractor to immediately comply with Contractor's scheduling requests provided herein shall be considered to be an event of material default hereunder and Contractor may assert any and all remedies as provided herein. Should Subcontractor in any way cause delay to the Contractor, any other subcontractor on the project or to any portion of the work described in the prime contract, Subcontractor shall be liable to Contractor for any and all damages sustained by Contractor as a result thereof, including, but not limited to, all consequential damages and costs of continued supervision, job overhead, insurance, project facilities and other ongoing fixed costs. In addition, in the event Owner shall assess any delay damages against Contractor, either pursuant to a valid liquidated damage provision in the prime contract or otherwise. Contractor shall have the right and option to deduct any and all such assessments that are directly attributable to delays caused by Subcontractor from any amounts that may be owing to Subcontractor under this agreement.  Permitting Subcontractor to continue after the time to complete the work has expired shall not be construed as a waiver of damages from noncompliance with time requirements provided herein.

5.8     Contractor shall not be liable to the Subcontractor for delay to Subcontractor's work by act, neglect or default of the Owner or the Architect or the Engineer, or other Subcontractor's or by reason of fire or other casualty, or on account of riots, or strikes, or other combined action of the workmen or others, or on account of any acts of God, or any other cause, beyond Contractor's control, or on account of any circumstances caused or contributed to by the Subcontractor.  In any event, Contractor's liability for delays shall expressly exclude consequential or incidental damages sustained by Subcontractor for any other party.

5.9     Subcontractor shall maintain a competent and experienced superintendent or foreman on the project at all times, with authority to carry out directives of the Contractor relating to the Subcontractor's work and responsibility.  Subcontractor must at all times maintain, keep and supply adequate tools, appliances, equipment and material and employ a sufficient number of properly skilled workmen to efficiently and promptly execute all work required hereunder as requested by Contractor.

5.10    It is specifically agreed by Subcontractor that a material matter of inducement and consideration for the award of this subcontract by Contractor, is the Subcontractor's agreement that it will not look to the Contractor, or its surety, for payments hereunder unless and until the Contractor

Page 2 of 5

Initial ⌐ᗷ

PD000191

has received payment for Subcontractor's work from the Owner and, further, that said payment by the Owner is a specific condition precedent to Subcontractor's right to payment by the Contractor or its surety.

5.11    Subcontractor agrees not to post signs anywhere on the jobsite premises.

5.12    Subcontractor agrees that they shall not look to Contractor for additional financial compensation should subsurface or otherwise concealed or unknown physical conditions which differ materially from the contract documents or conditions of an unusual nature be uncovered or encountered. Subcontractor agrees to proceed as directed by Contractor without delay to the project schedule to correct, remove, alter and remedy such concealed physical conditions or unknown physical conditions in a manner in which Subcontractor provides a complete scope of work acceptable to Owner, Architect and Contractor.

5.13    Subcontractor agrees to comply with all municipal, state and federal laws and ordinances, all federal OSHA and US or international trade or patent agreements and such other laws as may be applicable, and to comply with all other laws and ordinances and to reimburse and save Coastal Condominiums harmless from any annoyances and fines having reference to the work and to give proper authorities all requisite notices relating to the work and to procure and pay for all necessary official licenses, fees, royalties, or permits for carrying on the work described herein. Subcontractor shall defend all suits or claims for infringement of any patent rights arising out of the work. Subcontractor shall correct, at its own cost and expense, any violations thereof resulting from performance of the work. Subcontractor shall furnish such proof as Coastal Condominiums may request showing compliance and correction of violations.

5.14    Subcontractor shall take all reasonable safety precautions with respect to its Work and to comply with all applicable laws, ordinance, rules, regulations, etc. relating to the safety of persons or property. Further, Subcontractor shall report any injury on the job site to the Contractor immediately upon the occurrence of said injury. In addition, the Subcontractor shall promptly properly complete, duly execute and deliver to the Contractor a written report of the accident on a form furnished by or acceptable to Contractor. Subcontractor shall simultaneously deliver to the Contractor a true, correct and complete copy of any and all reports and other documents prepared by or on behalf of Subcontractor in connection with the accident or occurrence at the time of delivery of such report or other document to any of Subcontractor's insurance companies or their agents or representatives. Failure to comply with Contractor's directives regarding safety shall be cause for the Contractor, at his discretion, to cause Sub-Contractor's forces to vacate the project site until compliance is accomplished. In the event such action becomes necessary, any delays to the project as a result shall become the responsibility of the Sub-Contractor under the terms and conditions of this agreement.

5.15    General Contractor, at its sole discretion, may prepare a monthly punchlist of unacceptable work items and require all items to be corrected as a strict condition to the Subcontractor submitting and General Contractor processing Subcontractor's monthly Application for Payment. General Contractor's monthly punchlist may include items of work that, in the General Contractor's opinion, have not been completed in a timely manner and/or are behind the construction schedule as determined by the General Contractor. Subcontractor shall remain responsible for the correction of any defective or nonconforming work whether or not specifically noted on General Contractor's monthly punchlist.

5.16    In consideration of the specific sum of One Thousand ($1,000.00) Dollars and other specific consideration, all of which is included in the Contract Price and the receipt and sufficiency of which the Subcontractor, hereby acknowledges, Subcontractor shall, on behalf of itself, and its respective agents and employees, to the fullest extent permitted by law, protect, defend, indemnify and hold Contractor and Owner, and their respective agents, partners, officers, directors, attorneys, employees and representatives harmless from and against all liabilities, claims, damages, losses and expenses (including but not limited to, court costs and attorneys' fees incurred through all levels of proceedings and in bankruptcy) of every kind and nature, arising out of, in connection with or resulting from the failure of Subcontractor to perform, abide by or comply with any of the provisions of this Agreement, or arising out of, in connection with or resulting from the intentional wrongful act or negligent act or omission of Subcontractor, its sub-contractors, vendors or anyone directly or indirectly employed by any of them while performing the Subcontractor's work hereunder or delivering materials to the Project site. The indemnification obligations of Subcontractor shall not be limited in any way by any limitations on the amount or type of damages, compensation or benefits payable by or for Subcontractor under worker's compensation acts, disability benefit acts or other employee benefit acts, except as otherwise provided by the laws of the State of Florida or any other laws having jurisdiction. The obligations expressed in this paragraph shall also be the obligations of the subcontractor's surety under and bond(s) provided herein. The provisions of this Section shall survive the expiration or sooner termination of this Agreement.

5.17    Subcontractor shall be fully responsible, financially and otherwise, for any loss incurred by Owner, Architect, Contractor, or any and all other parties in the event of theft, accidental damage, vandalism or by any means whatsoever by any employee, representative, contracted labor delivery personnel or their agents, suppliers, or sub-subcontractor of Subcontractor. Further, Subcontractor shall provide compensation for any such loss within 72 hours of written notification from Contractor of loss, regardless of subcontractor's method of compensation to the damaged party available to Subcontractor, whether insurance or otherwise. In the event Subcontractor fails to compensate the Owner, Architect, Contractor or other parties, Contractor, at its sole discretion, shall have the right to deduct the dollar amount of the loss from any monies or other compensations due or forthcoming to the Subcontractor under the terms of this Agreement.

5.18    Subcontractor is responsible for providing a secure storage area for his own materials. Contractor will not be responsible for any theft, vandalism or damages of any kind to Subcontractor's tools, equipment or materials.

5.19    Subcontractor shall be bound to Contractor by the terms of this Agreement and, to the extent that the provisions of the Contract Documents between the Owner and Contractor apply to the Work of the Subcontractor, the Subcontractor shall assume toward the Contractor all the obligations and responsibilities which the Contractor, by said Contract Documents, assumes towards the Owner and the Architect; provided, however that where any provision of the Contract Documents between Owner and Contractor is inconsistent with any provision of this Agreement, this Agreement shall govern as between Contractor and Subcontractor. At the Subcontractor's request, Contractor shall make available, copies of the Contract Documents to which Subcontractor shall be bound.

5.20    Subcontractor's Project Superintendent shall attend all weekly project meetings and any and all other project related meetings as required by Contractor. In addition, at Contractor's request, Subcontractor's principals (Owner(s), President, Vice President and all other persons) as required by Contractor shall attend all project related meetings as scheduled by Contractor.

5.21    Contractor and Sub-Contractor for themselves, their heirs, successors, executors, administrators and assigns, do hereby agree to full performance of the covenants of this agreement and agree that the provisions of this agreement and all rights and remedies provided herein shall be construed under and governed by the laws of the State of Florida. In the event of suit by the Contractor or its surety against the Sub-Contractor or its surety or those with whom he deals on behalf of this agreement, or suit by the Sub-Contractor or its surety or those with whom he deals on behalf of this agreement against the Contractor or its surety, then the venue of such suit shall be in Dade County, Florida and the Sub-Contractor hereby waives for itself, its surety or those with whom he deals on behalf of this agreement whatever rights it may have in the selection of venue. Sub-Contractor and its surety do hereby further agree that the provisions concerning venue as contained herein shall be specifically binding upon them, notwithstanding the existence of any contrary venue provision which may be contained in any surety bond delivered to the owner by Contractor and/or its surety.

## ARTICLE 6 - CHANGES

6.1    Coastal Condominiums may, without invalidating the agreement or any bond given hereunder, order extra and/or additional work, deletions, or other modifications to the work, such changes to be effective only upon written order of Coastal Condominiums. Any adjustment to the subcontract sum or to the time for completion of the work shall be made in accordance with the Contract Documents. In the event that the Subcontractor fails to submit a quotation within the time limit required Coastal Condominiums, subcontractor shall accept the decision of Coastal Condominiums for the value of the

Page 3 of 5

Initial

PD000192

work. Notwithstanding any inability to agree upon any adjustment or the basis for a n adjustment, Subcontractor shall, if directed by Coastal Condominiums nevertheless proceed in accordance with the order and the subcontract sum shall be adjusted as reasonably determined by Coastal Condominiums with any dispute to be resolved after the completion of the work. If requested, by Coastal Condominiums, the Subcontractor shall perform extra work on a time and material basis. The Subcontractor shall not receive payment for additional work or work that deviates from the Contract Documents performed without a written authorization from Coastal Condominiums executed prior to commencement of any such work.

6.2     The value of the work to be changed, added or deleted shall be determined by the Contract Documents or by one or more of the following methods or combinations thereof as Coastal Condominiums may elect: (1) mutual acceptance of a lump sum with properly itemized costs; (2) unit prices stated in the Contract Documents or subsequently agreed upon (unit price shall be deemed to include an allowance for all of Subcontractor's direct and indirect costs, including without limitation, office or shop expense, overhead, profit and bond); or (3) actual field costs incurred in performance of the changed work, plus allowance for overhead, supervision and profit defined as follows:

6.2.1     Actual field cost shall mean costs necessarily incurred in the proper performance of the work and paid by Subcontractor at rates not higher than the standard paid in the locality of the project (except with prior consent of Coastal Condominiums) defined as follows:

6.2.2     Wages paid for labor in the direct employ of Subcontractor in performance of the work plus a payroll mark-up, acceptable to Coastal Condominiums, to cover all overhead items applicable to payroll, such as insurance, taxes, FICA, workers compensation, unemployment taxes and fringe benefits.

6.2.3     Net cost of all materials, supplies and equipment used in or incorporated in the work.

6.2.4     Third party rental charges of all necessary machinery and equipment, exclusive of hand tools, used in performing the changed work, including installation, minor repairs and replacements, dismantling, removal, transportation and delivery costs thereof at rental charges consistent with those prevailing in the locality of the project.

6.3     No additive change orders will be requested by Subcontractor unless the Owner or Architect request changes, in writing, which add to the scope of work defined herein. Subcontractor's combined overhead and profit for changes will be computed on the following basis for all revisions to the subcontract sum:

6.3.1     Architect/Owner initiated changes: The maximum allowance for combined overhead and profit added to itemized costs under a lump sum proposal or to actual field costs shall be the lesser of (1) 15% or (2) the maximum percentage allowance permitted in the Contract Documents for changed or extra work less an allowance to COASTAL CONDOMINIUMS for overhead and profit on such work, or (3) the maximum allowed by the Architect/Owner, less an allowance to COASTAL CONDOMINIUMS for overhead and profit on such work.

6.3.2     Subcontractor initiated change order/backcharge related to other subcontractors: Zero percent (0%) of the actual cost of the charge.

6.3.3     Contractor initiated changes: Zero percent (0%) of the cost of the changes.

6.4     Coastal Condominiums shall have the right to inspect, copy and audit the books and records of Subcontractor or any sub-subcontractor making claim for reimbursement for actual costs in order to verify the accuracy and allowability of all cost claimed.

6.5     All changes, additions or deletions to work ordered in writing by Coastal Condominiums shall be deemed part of the work hereunder and shall be performed in compliance with all provisions of the Contract Documents.

## ARTICLE 7 - ASSIGNMENT

7.1     Neither any payment herein provided to be paid to Subcontractor, nor any other right or interest of Subcontractor hereunder shall be assigned or transferred without Subcontractor first having received the expressed, written consent of Contractor. In the event Contractor shall agree to any such transfer or assignment, Contractor specifically reserves the right to renegotiate or to add any additional provisions as may be necessary under the circumstances and under no circumstances shall any such transfer or assignment relieve Subcontractor of any of its obligations under this agreement.

## ARTICLE 8 - FAILURE TO PERFORM

8.1     Should the Subcontractor fail to do or perform work required hereunder or in any other manner breach or fail to perform any of its obligations and undertakings herein, thereby in the opinion of the Contractor causing or threatening to cause delay in general progress of the building, structure or project, Contractor shall have the right to any or all of the following remedies or courses of action:
    a.  Investigate the cause of such breach  or failure and expedite same in any way or manner whatsoever, or
    b.  Take charge of and complete the performance of this agreement and the work provided for herein, or
    c.  Declare this contract to be breached by Subcontractor by twenty-four (24) hours notice to him as provided herein  and renegotiate and re-execute contract or contracts for the completion of the work required to be done under this agreement with such persons, firms or corporation as shall be necessary in the opinion of Contractor. All losses, damages, and expenses, including interest, attorneys fees, court costs, appellate attorneys fees and appellate court costs in the prosecution of defense of any action or suit incurred by or resulting to Contractor in the above account, or by reason of any other breach or failure by Subcontractor hereunder, shall be borne by and charged against Subcontractor and its surety, including a ten (10%) percent overhead and a ten (10%) percent profit, and shall be the damages for breach of this agreement, and Contractor may recover on the bond(s) previously described, if any, and both Subcontractor and its surety, if any, agree to pay Contractor such losses, damages, expenses, interest, attorney fees, court costs, appellate attorneys fees, and appellate court costs, and including a ten (10%) percent overhead and a ten (10%) percent profit. Subcontractor further agrees that a breach of any other agreement between Contractor and Subcontractor pertaining to this or any other construction project shall be and constitute a material breach under this agreement, thereby enabling Contractor to assert all its rights and remedies hereunder.

8.2     For any and all work performed by Subcontractor, Subcontractor shall supply Contractor with submittals, shop drawings, etc. and receive written approval from Contractor prior to the purchasing of materials, fabrication or production and the performance of any work whatsoever. Should the Subcontractor commence with the purchasing of materials, fabrication or production or performance of any type of work, incurring any costs prior to Contractor written approval of required submittals, shop drawings, etc., then it shall be considered that Subcontractor has done so at its own risk and shall not look to the Contractor or its surety for any compensation, financial or otherwise.

8.3     Should it become necessary for Contractor or anyone on Contractor's behalf, to incur any costs and/or expenses, whether directly or indirectly, including, but not limited to attorney's fees, collection fees, court costs, mediation or arbitration expenses, or appellate attorney's fees, in connection with any claim or demand asserted by Subcontractor, or as a result of Subcontractor's action or omission, Subcontractor and its surety, if any, agrees to pay all such costs and/or expenses.

## ARTICLE 9 - TERMINATION

9.1     The Contractor reserves the right to terminate this agreement and all rights and obligations hereunder, with or without cause and at Contractor's sole discretion, at any time up to seven (7) days prior to the scheduled actual commencement of the work by Subcontractor.  The Contractor further reserves the right, at any time after actual commencement of the Work by Subcontractor, to terminate this Agreement upon three (3) days' written notice to the Subcontractor.  Upon the giving of any such notice to terminate to Subcontractor, Contractor shall have the right to take possession of any materials, equipment or other items related to the Work on the job site.  In the event Contractor terminates this agreement without cause prior to commencement of work as further conditioned in other provisions of this agreement, then Contractor shall reimburse Subcontractor for any reasonable out of pocket costs incurred by Subcontractor for the actual preparation of performance of work under this agreement.  In the event Contractor shall terminate this agreement after commencement of the work and whether with or without justifiable cause, damages recoverable by

Page 4 of 5

Initial JB

PD000193

Subcontractor, if any, shall be strictly limited to compensation to Subcontractor for services performed through the date of such termination, subject to off set for damages, delays and costs to Contractor and other monetary loss to Contractor caused by said termination.

## ARTICLE 10 - APPROVAL OF WORK

10.1    All work is to be performed subject to the final approval of the Owner, Architect/Engineer (other design professionals if applicable) and Contractor at their sole discretion as to the performance of the work in accordance with the plans and specifications and the true construction and meaning of the plans and specifications shall be final. Subcontractor shall conform to and abide by any additional specifications, drawings or explanations furnished by Architect or Engineer to illustrate the work to be performed.

10.2    All work and/or materials which are determined by the Owner, Architect/Engineer (other design professionals if applicable) or Contractor to be defective or deficient in any manner shall be repaired, remedied, removed and/or replaced by the Subcontractor in the manner specified by the Owner, Architect/Engineer (other design professionals if applicable) or Contractor, at the sole cost and expense of the Subcontractor. If Subcontractor fails to so repair defective work within a time specified by the Contractor, then Contractor may cause the defective work or materials to be repaired at the expense of the Subcontractor.

## ARTICLE 11 - PRIOR COMMENCEMENT

11.1    In the event any work described herein shall be commenced or in any part undertaken by Subcontractor without its having first executed this agreement, and said Subcontractor shall have received a copy of this Subcontract Agreement, then Subcontractor and Contractor until the full execution hereof, shall be deemed to have entered into an oral agreement, fully binding upon said parties and containing the identical provisions as are contained herein.

## ARTICLE 12 - THE AGREEMENT

12.1    Subcontractor hereby acknowledges and agrees that upon execution of this Contract any agreements which may be required by any construction lender for the project including, without limitation, (a) the Subcontractor's agreement to continue the Work, (b) the subordination of Subcontractor's lien rights to the lien of the construction mortgage, (c) the escrowing of releases of lien, (d) the issuance of joint checks and (e) such other requirements as are generally required by construction lenders.
12.2    This subcontract is contingent upon Contractor's receipt of a fully executed Agreement between Owner and Contractor and all conditions and provisions of said Agreement having been met.
12.3    This contract, including the terms and conditions contained herein, embodies the entire agreement between the parties and no other agreement, instructions or papers, oral or otherwise except those set forth in this agreement shall be deemed to exist or bind any of the parties hereto relating to the subject matter hereof.
12.4    It is understood by Subcontractor that time is of the essence in the performance of the Work under this contract.

## ARTICLE 13 - LICENSING

13.1    It is specifically agreed by the Subcontractor that upon execution of this Contract Agreement, he must submit a copy of his appropriate County Occupational License along with a State of Florida Specialty Contractors License or Certificate of Competency (as may be applicable), to Coastal Condominiums. Subcontractor further agrees to keep all licenses current throughout the duration of the project. Failure to do so releases Coastal Condominiums and the Owner from all liability or responsibility for any payment whatsoever that may be due or become due hereunder.

## ARTICLE 14 - SPECIAL PROVISIONS

14.1    Subcontractor shall provide Coastal a Payment and Performance bond(s) payable to Coastal, in an amount equal to the contract amount as specified above or as subsequently changed, on a form and executed by a surety satisfactory to Coastal undertaking to insure to Coastal the full and faithful performance of all obligations and undertakings contained herein, and the payment of all labor and materials supplied by or through Subcontractor hereunder. The original bond(s) shall be delivered to Coastal within ten (10) days from the full execution hereof, but in any event, prior to commencement of any work hereunder by Subcontractor. All terms, conditions and obligations herein defined are specifically incorporated by reference into the said bond(s) as though fully set forth therein. Should the surety, at any future date become insolvent or otherwise in the opinion of Coastal to be unable to financially support the bond, Subcontractor will within ten (10) days from the receipt of request of Coastal, deliver a replacement bond to Coastal in full conformance with this agreement. The cost of the bond is included in the subcontract amount.
14.2    Subcontractor agrees that it will not, under any circumstances, allow any person to perform any work on the project, either on or off site, on behalf of subcontractor who is not covered by subcontractor's worker's compensation insurance, in compliance with Sections 440.10 and 440.38, Florida Statutes, which are expressly incorporated herein by reference. Failure to comply with this requirement shall constitute a material breach of the Subcontract Agreement by subcontractor.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the day and year first above written.

SUBCONTRACTOR: PRECISION DRYWALL, INC.

By: _____

Print Name:  JOSE J. BARAJAS

Title:  PRESIDENT

Date:  2 - 6 - 06

COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC
d/b/a COASTAL CONDOMINIUMS

By: _____

Print Name:  Steven M. May

Title:  Vice President

Date:  4/7/06

CONTRACT AGREEMENT BETWEEN GENERAL CONTRACTOR AND SUBCONTRACTOR – May 30, 2003

Initial ___

PD000194

| Contract Date: | February 1, 2006 Rev March 11, 2006 | Project: Villa Lago at Renaissance Commons |
|---|---|---|
| Subcontractor: | Precision Drywall, Inc. | Project No: 04-5581 Cost Code: 09-200 |

The "Subcontractor's Work" includes all labor, supervision, materials, equipment, scaffold, services, supplies, tools, facilities, transportation, storage, receiving, taxes, licenses, inspections, certifications, overhead, profit, insurance, and other items required or reasonably inferable to properly and timely perform and complete all **DRYWALL & FRAMING** Work as per the Agreement including the Plans and Specifications

**SUBCONTRACT INCLUSIONS**. The "Subcontractor's Work" specifically includes, but is not limited to the following:

**GENERAL:**

~~2.~~1. Subcontractor shall provide a payment bond and a performance bond in amounts equal to the Subcontract Sum.

2. ~~Subcontractor Schedule of Values will include 1% of contract amount for punch out and 1% of contract amount for clean up to be held until activities are completed.~~

~~3.~~2. Area of work includes

        Phase I   East Building
        Phase II  West Building
        Phase III Garage
        Phase IV Clubhouse

~~4.~~3. Full time superintendent for the duration of your work. Subcontractor recognizes multiple mobilizations may be required to complete scope of work referenced herein.

~~5.~~4. Subcontractor includes any hoisting and scaffold costs for his work. All stocking the responsibility of this subcontractor.

~~6.~~5. The City of Boynton Beach has strict working regulations, working hours and code requirements, as well as strict working requirements with regards to OSHA safety. If at any time the City of Boynton Beach, Palm Beach County or OSHA requires Coastal to stop work due to the fault of this subcontractor, in addition to any other rights and remedies Coastal may have under the contract documents, this subcontractor agrees to pay all fines and cost of remobilization incurred by Coastal and any and all remobilization cost of any other subcontractors working at the site at the time of the violation and/or stop work order. Furthermore, the subcontractor expressly agrees and understands that Coastal has relied upon this subcontractor's local knowledge and expertise of the City of Boynton Beach. The County of Palm Beach and OSHA code requirements, working requirements and licensing requirements and has relied upon this subcontractor incorporating the cost of all such working requirements, licensing requirements and code requirements in the contract price and in entering into this contract for the work described herein. Subcontractor shall not b entitled to any additional compensation for any such working requirements, licensing requirements, code and/or OSHA requirements. As part of the working requirements of the City of Boynton Beach and/or the County of Palm Beach Florida , subcontractor acknowledges that it must register with these local authorities and agrees to provide Coastal with a copy of its registration prior to beginning work.

~~7.~~6. This subcontract is aware and agrees that one (1) of each unit type will be roughed along with the other trades. There will be an approval walk through with the Owner prior to proceeding with roughing any additional units. All relocations required by the Owner because of aesthetics, alignment or centering with other trades work would be performed at no additional cost for these units or the balance of the units in the project.

**SCOPE OF WORK**

1. Provide all metal framing for walls, ceilings, chases, plenums and soffits as may be required and necessary, as indicated on Architectural, MEP and Fire Sprinkler drawings.
2. All clubhouse work is included.

Sub Initial
GC Initial

PD000195

| Contract Date: | February 1, 2006 Rev March 11, 2006 | Project: Villa Lago at Renaissance Commons |
| --- | --- | --- |
| Subcontractor: | Precision Drywall, Inc. | Project No: 04-5581 Cost Code: 09-200 |

3. Provide ~~four~~ two full time supervisors to insure correct installation and supervise work. Supervisors can be phased in as work increases.

4. Provide for all blocking as 20 gage metal backing in drywall that may be required and necessary to fasten other items i.e.. kitchen cabinets, vanities, laundry cabinets, toilet accessories, handicap accessories, toilet partitions, etc, and as indicated on plans.

5. All lay out is included, based upon the previously established control lines.

6. Arches to outside corridors at elevator lobbies are included.

7. ~~Provide and install shower curbs at all bathrooms.~~

8. All metal stud system and framing work including, but not necessarily limited to the following:
   1. All required hot dip galvanized or factory pre-painted standard punched steel studs as required by the contract documents.
   2. All required accessories including tracks, clips, anchors, fastening devices, sound attenuation pencil rods and resilient clips.
   3. Typical interior partitions (gauge per plans) in stud width as required by field conditions or as shown on the drawings. Furring/framing width as required by field conditions for bathroom plumbing wet walls rough-in.
   4. Metal stud spacing shall be 16" on center in lieu of 24" on center, and shall be 20 guage.
   5. 1-5/8" metal stud framing is included at both sides of the unit separation walls and at the exterior walls in lieu of 1" x 4" fire treated wood which is unacceptable to the City of Boynton Beach.
   6. Framing of soffits, drop ceilings, knee walls.
   7. Install hollow metal door frames in drywall partitions.
   8. Pressure treated wood buck framing both sides and top of all windows and sliding glass doors. Caulk where attach wood bucks to substrate. Perimeter caulking of wood bucks to substrate.
   9. Blocking per details on plans and as required for door openings. Drywall return at interior side of hollow metal unit entry doors as required.

9. Included is all Gypsum Wallboard work including, but not limited to:
   Gypsum drywall construction, taping and finishing. Returns to window and door frames are included.

10. Metal framing for drywall is included.

11. Provide and install joint and square corner reinforcing, adhesive, tape, and finishing.

12. Drywall accessories are included.

13. Suspension systems for drop ceilings and interior soffits are included as shown.

14. Subcontractor shall tape, float and finish all drywall partitions as outlined within the contract Documents. Upon completion of the Work, the floors shall be scraped clean of all "drywall mud". All surfaces will be cleaned of taping compound after completion of that operation.

15. Condo unit high ceilings knock down texture applied to underside of concrete, prepped with joint compound, grinding if required by others. Drop ceilings receive knockdown texture finish.

16. Condo walls receive medium knockdown texture finish, except Kitchen and Bath Walls that shall have a smooth finish. Ceilings shall have a light texture knockdown finish.

17. Fire rated partitions and chases shall be in accordance with the drawings and meet the appropriate UL listed ratings required for each installation whether or not it is properly shown on the drawings.

18. All rain leader chase locations, as indicated on drawings.

19. All rated chases for refrigerant lines as indicated on drawings.

20. Moisture resistant gypsum board at all bath walls, bath ceilings shall be installed as standard gypsum board.

21. Bi-fold doors have a drywall wrap jamb condition.

22. Drywall wrap jamb and sill return condition, no marble or granite sills.

23. Any areas where plumbing stacks, hangers, electrical boxes, etc. are extending out past the face of the wall, must be identified to Contractor in writing prior to the installation of the drywall.

24. Subcontractor shall install access doors occurring in drywall, including any required backing. Access doors shall be furnished by others.

25. Clubhouse and public restroom finishes as follows. Wall finishes: Interior drywall units shall be full height to deck ~~and primed~~. Exterior block walls shall receive furring, ~~insulation~~ and drywall per the same detail as

Sub Initial
GC Initial

PD000196

| Contract Date: | February 1, 2006 Rev March 11, 2006 | Project: Villa Lago at Renaissance Commons |
|---|---|---|
| Subcontractor: | Precision Drywall, Inc. | Project No: 04-5581 Cost Code: 09-200 |

the condo unit exterior walls and shall be primed. Ceiling finishes: Suspended drywall ceilings or drop down areas with a knockdown textured finish and concrete ceilings with a direct applied knockdown textured finish in all areas except office areas, foyer, gallery and club room which shall have a flat-furred-drywall ceiling, level IV finish. Domed or coffered ceilings in the gallery area are not included. Window head, jamb and sill conditions shall include a drywall return. Wall finish shall be type IV smooth finish in clubhouse.

26. Supply and install caulking of trash room tracks, all four sides.
27. It shall be the responsibility of the Subcontractor to insure that each Finisher on this Project has adequate lighting in each room to do a "first class" job of finishing drywall. Extension cords for lighting will be the responsibility of the Subcontractor. Contractor shall supply electrical service for small tools and lighting on each floor. Pointing of drywall finish between coats of paint.
28. Subcontractor shall provide a minimum 25 man-hours per unit to punch out.
29. All fire rated and non-rated drywall walls where ducts, pipes, conduit, or mechanical items penetrate, the walls must be sealed tight as per governing code requirements and as shown on the Contract documents. Party that makes penetration is responsible for code compliance.
30. Subcontractor shall shim all furring as reasonably required to obtain straight, level, plumb and true walls and columns. All framed walls and corner bead shall be straight, level, plumb and true.
31. Install column drywall after framing inspection or use moisture resistant board on column wraps.

**SUBCONTRACT TIME.** The "Subcontractor's Work" shall be completed as follows:
1. Subcontractor is aware that the Owner will occupy and/or utilize the buildings from date of notice to proceed as follows:

   Phase I East Building in 310 calendar days
   Phase II West Building in 388 calendar days
   Phase III Clubhouse in 430 calendar days

   and will schedule work crews and materials accordingly. Subcontractor will notify Contractor immediately, in writing, of any material deliveries or other problems that might cause delay to the project.
   
   i. Within ten (10) days of the award of the Contract, Subcontractor shall provide a detailed itemized schedule of all equipment and material to be provided by this Subcontractor and a detailed schedule of activities of work to be performed by this Subcontractor. The schedule shall reflect the overall time frame required to complete the work in this agreement. This information will be incorporated into the schedule as much as possible and still maintain the required finish date required by the Owner.
   
   ii. Delays due to clarifications from Subcontractor's foreman will not be allowed. Subcontractor shall plan ahead and ask necessary clarifications in writing prior to the start of the work in order to avoid delays to the established durations.

2. Subcontractor understands that work is performed simultaneously in each building and they are to have adequate crew size, materials and equipment for each building to achieve the schedule.

3. The Subcontractor shall meet or better the durations established in the Contractor's schedule and conform to the Superintendent's two – week production schedules. Any construction schedules used at the site or distributed in any way by Coastal Condominiums to the subcontractor are diagrammatic only and are used as a guide only. Notwithstanding anything contained in any of such schedules which may be distributed from time to time, the subcontractor expressly agrees to perform it's scope of work within the durations described below for each phase of it's work in each building. The commencement date of part or all of the scope of work shall be determined by Coastal in its sole discretion. Failure to perform part or all of its scope of work within the applicable duration(s) set forth below will constitute a material breach of contract by this subcontractor.

   Framing Activity 8 Units per Day
   Hanging Activity 8 Units per Day
   Finishing Activity 8 Units per Day

4. Subcontractor agrees to mobilize within one week of notice that the work area will be ready.

Sub Initial
GC Initial

PD000197

| Contract Date: | February 1, 2006 Rev March 11, 2006 | Project: Villa Lago at Renaissance Commons |
|---|---|---|
| Subcontractor: | Precision Drywall, Inc. | Project No: 04-5581 Cost Code: 09-200 |

**SUBMITTALS**. The Subcontractor shall submit Ten (10) copies of shop drawings, product data, and four samples at this time. The Architects or Engineers rejection of submittals does not relieve this Subcontractor of the responsibility for maintaining the completion its work activities per the project construction schedule. Submittals required include:
1. Product Data
2. MSDS sheets
3. Safety Plan
4. Fall Protection, scaffolding and ladder training program and certification
5. Letter of Competent person on jobsite
6. OSHA and First Aid training certificates for personnel on jobsite

**SUBCONTRACT EXCLUSIONS** The "Subcontractor's Work" specifically excludes the following:
1. Furnishing of trash dumpster.
2. Foil backed gypsum board.
3. Attic draft stops.
4. Insulation

**UNIT/ALTERNATE PRICES**. The following unit/alternate prices will apply to any Modifications to this Agreement. These unit/alternate prices include all costs, including delivery, hoisting, storage, labor, material, equipment usage, supervision, overhead, profit, bonds, insurance, sales/use taxes and all other items required for incorporation into the Project:
1. Add including wood buck framing if use adjusta-fit hollow metal frames at the 242 unit entry doors.                                        Add $1,935
2. Add including wood buck framing if use adjusta-fit hollow metal frames at exterior passage doors per door.                                    Add $15/door opening
3. Material adds        $16 $25 per sheet of drywall including corner bead, compound, tape & screws
4. Common Labor     $25 per hour
5. Trades men        $32 $38 per hour
6. Supervision       $36 $42.50 per hour

**MATERIAL ESCALATION**. Subcontractor has included all costs of material based on prices as of April 1, 2005. Any increases required during the duration of this construction project will be based on material cost increases between April 1, 2005, and the date the materials are delivered to the site. Increases must be verifiable and subject to complete and proper documentation. No overhead or profit shall be added to the Charge Order Request.

**CONDOMINIUM**. Subcontractor acknowledges that this project is a condominium project and as such is required to comply with Florida statutes governing condominiums including chapter 718. Subcontractor agrees to increase or extend all warranties as per the requirements of the condominium law. Subcontractor hereby expressly agrees that in the event the owner or any successor condominium association makes any demands on the contractor or initiates any legal action or proceedings, including without limitation, any arbitration, or mediation proceedings against contractor and/or its principals, officers, directors, employees or agents with respect to any portion of the work under the subcontract documents, subcontractor shall cooperate fully with contractor and provide such information / documentation with respect to any such demands, actions or proceedings and hold harmless the contractor from any action with regards to subcontractors work. This provision shall survive the completion of the work under the subcontract and any warranties of subcontractor described herein, under the subcontract documents and/or under the law.

**WORKING REQUIREMENTS** The City of Boynton Beach has strict working regulations, working hours and code requirements, as well as strict working requirements with regards to OSHA safety. If at any time the City of

Sub Initial
GC Initial

PD000198

## EXHIBIT "A" SCOPE OF WORK ATTACHMENT TO
## CONTRACT AGREEMENT AND GENERAL CONDITIONS BETWEEN
## GENERAL CONTRACTOR AND SUBCONTRACTOR

| Contract Date: | February 1, 2006 Rev March 11, 2006 | Project: Villa Lago at Renaissance Commons |
|---|---|---|
| Subcontractor: | Precision Drywall, Inc. | Project No: 04-5581 Cost Code: 09-200 |

Boynton Beach, Palm Beach County or OSHA requires Coastal Condominiums to stop work due to the fault of this Subcontractor, in addition to any other rights and remedies Coastal Condominiums may have under the contract documents, this Subcontractor agrees to pay for all fines, fees and cost of remobilization incurred by Coastal Condominiums and any and all remobilization cost of any other Subcontractor(s) working at the site at the time of the violation and/or stop work order. Furthermore, this Subcontractor expressly agrees and understands that Coastal Condominiums has relied upon this Subcontractor's local knowledge and expertise of the City of Boynton Beach Florida, The County of Palm Beach Florida and OSHA code requirements, working requirements and licensing requirements and has relied upon this Subcontractor incorporating the cost of all such working requirements, licensing requirements and code requirements in the contract price and in entering into this contract for the work described herein. Subcontractor shall not be entitled to any additional compensation for any such working requirements, licensing requirements, code and/or OSHA requirements. As part of the working requirements of the City of Boynton Beach Florida and/or The County of Palm Beach Florida, Subcontractor acknowledges that it must register with these local authorities and agrees to provide Coastal Condominiums with a copy of its registration prior to beginning work.

### SCHEDULES
Any construction schedules used at the site or distributed in any way by Coastal Condominiums to the subcontractor are diagrammatic only and are to be used as a guide only. Notwithstanding anything contained in any of such schedules which may be distributed from time to time, the Subcontractor expressly agrees to perform it's scope of work within the durations described below for each phase of it's work in each building. The commencement date of part or all of the scope of work shall be determined by Coastal Condominiums in its sole discretion. Failure to perform part or all of its scope of work within the applicable duration(s) set forth below will constitute a material breach of the contract documents by this Subcontractor.

> Framing Activity 8 Units per Day
> Hanging Activity 8 Units per Day
> Finishing Activity 8 Units per Day

**CHANGES TO THE WORK** Notwithstanding anything contained within the subcontract documents to the contrary, only Steven M. May Vice President or Sean M. Murphy Vice President of Operations and/or Debbi LaPenta, Project Manager are authorized to sign change orders or construction change directives on behalf of Coastal Condominiums. No other employees or representatives of Coastal Condominiums, including, without limitation, project managers, superintendents and/or project engineers are authorized to sign change orders, construction change directives and time and material tickets. Any changes in the work which are performed by this subcontractor without a written change order signed by Steven M. May Vice President or Sean M. Murphy Vice President of Operations, shall not be deemed to be an authorized change to the work and this subcontractor hereby waives its entitlement to any and all payment/compensation for such work, including, without limitation, compensation for labor, materials, supplies, equipment, removal of unauthorized work and any other costs incurred by subcontractor in connection herewith.

Precision Drywall, Inc.

Coastal Condominiums

Sub Initial
GC Initial

PD000199

EXHIBIT "A" SCOPE OF WORK ATTACHMENT TO
CONTRACT AGREEMENT AND GENERAL CONDITIONS BETWEEN
GENERAL CONTRACTOR AND SUBCONTRACTOR

| | | | |
|---|---|---|---|
| Contract Date: | **August 26, 2003** | Project: Villa Lago at Renaissance Commons | |
| Subcontractor: | **Precision Drywall, Inc.** | Project No: 04-5581 | Cost Code: 09-200 |

The "Subcontractor's Work" includes all labor, supervision, materials, equipment, scaffold, services, supplies, tools, facilities, transportation, storage, receiving, taxes, licenses, inspections, certifications, overhead, profit, insurance, and other items required or reasonably inferable to properly and timely perform and complete all **DRYWALL & FRAMING** Work as per the Agreement including the Plans and Specifications

**SUBCONTRACT INCLUSIONS.** The "Subcontractor's Work" specifically includes, but is not limited to the following:

**GENERAL:**

1. Subcontractor shall provide a payment bond and a performance bond in amounts equal to the Subcontract Sum.
2. Area of work includes
   Phase I  East Building
   Phase II  West Building
   Phase III Garage
   Phase IV Clubhouse
   Full time superintendent for the duration of your work. Subcontractor recognizes multiple mobilizations may be required to complete scope of work referenced herein.
3. Subcontractor includes any hoisting and scaffold costs for his work. All stocking the responsibility of this subcontractor.
4. The City of Boynton Beach has strict working regulations, working hours and code requirements, as well as strict working requirements with regards to OSHA safety. If at any time the City of Boynton Beach, Palm Beach County or OSHA requires Coastal to stop work due to the fault of this subcontractor, in addition to any other rights and remedies Coastal may have under the contract documents, this subcontractor agrees to pay all fines and cost of remobilization incurred by Coastal and any and all remobilization cost of any other subcontractors working at the site at the time of the violation and/or stop work order. Furthermore, the subcontractor expressly agrees and understands that Coastal has relied upon this subcontractor's local knowledge and expertise of the City of Boynton Beach. The County of Palm Beach and OSHA code requirements, working requirements and licensing requirements and has relied upon this subcontractor incorporating the cost of all such working requirements, licensing requirements and code requirements in the contract price and in entering into this contract for the work described herein. Subcontractor shall not b entitled to any additional compensation for any such working requirements, licensing requirements, code and/or OSHA requirements. As part of the working requirements of the City of Boynton Beach and/or the County of Palm Beach Florida , subcontractor acknowledges that it must register with these local authorities and agrees to provide Coastal with a copy of its registration prior to beginning work.
5. This subcontract is aware and agrees that one (1) of each unit type will be roughed along with the other trades. There will be an approval walk through with the Owner prior to proceeding with roughing any additional units. All relocations required by the Owner because of aesthetics, alignment or centering with other trades work would be performed at no additional cost for these units or the balance of the units in the project.

**SCOPE OF WORK**

1. Provide all metal framing for walls, ceilings, chases, plenums and soffits as may be required and necessary, as indicated on Architectural and Mechanical drawings.
2. All clubhouse work is included. TO DATE

$ 2,475,000

2640 41200
Jason NUMBER
COASTAL A.C. 2005

Sub Initial _____
GC Initial _____

1561739939390        09:13  PD000200

# Coastal

**Villa Lago**
Boynton Beach, Florida
Exhibit "B" Plan Log for Condo Units West Building
March 28, 2006

| | Sheet # | Architectural: Mouriz Salazar Architects | Plan or Revision Date | Coastal Received Date |
|---|---|---|---|---|
| 1 | A-0.1.3 | Index of Drawings - Cover Sheet | 1/12/05 | 1/21/05 |
| 2 | A-0.2 | Unit mix, Abbreviations & Symbols | 1/12/05 | 1/21/05 |
| 3 | SP-1 | Overall Site Plan | 1/12/05 | 1/21/05 |
| 4 | SP-2 | Site Plan | 1/12/05 | 1/21/05 |
| 5 | SP-3 | Entry Wall Signage | 1/12/05 | 1/21/05 |
| 6 | SP-4 | Blow up of Main Entrance | 1/12/05 | 1/21/05 |
| 7 | A-2.1 | Ground Floor Plan | 1/12/05 | 1/21/05 |
| 8 | A-2.2 | Second Floor Plan | 1/12/05 | 1/21/05 |
| 9 | A-2.2LS | Second Floor Life Safety Plan | 1/12/05 | 1/21/05 |
| 10 | A-2.3 | Third Floor Plan | 1/12/05 | 1/21/05 |
| 11 | A-2.3LS | Third Floor Life Safety Plan | 1/12/05 | 1/21/05 |
| 12 | A-2.4 | Fourth Floor Plan | 1/12/05 | 1/21/05 |
| 13 | A-2.4LS | Fourth Floor Life Safety Plan | 1/12/05 | 1/21/05 |
| 14 | A-2.5 | Fifth Floor Plan | 1/12/05 | 1/21/05 |
| 15 | A-2.5LS | Fifth Floor Life Safety Plan | 1/12/05 | 1/21/05 |
| 16 | A-2.6 | Sixth Floor Plan | 1/12/05 | 1/21/05 |
| 17 | A-2.6LS | Sixth Floor Life Safety Plan | 1/12/05 | 1/21/05 |
| 18 | A-2.7 | Roof Plan | 1/12/05 | 1/21/05 |
| 19 | A-2.1.1D | Ground Floor Walkway Drainage Plan | 1/12/05 | 1/21/05 |
| 20 | A-2.1.1N | Ground Floor Plan - North | 1/12/05 | 1/21/05 |
| 21 | A-2.1.1R | Ground Floor Reflected Ceiling Plan | 1/12/05 | 1/21/05 |
| 22 | A-2.1.1S | Ground Floor Plan - South | 1/12/05 | 1/21/05 |
| 23 | A-2.1.2D | Typical Floor Walkway Drainage Plan | 1/12/05 | 1/21/05 |
| 24 | A-2.1.2N | Typical Floor Plan - North | 1/12/05 | 1/21/05 |
| 25 | A-2.1.2R | Typical Floor Reflected Ceiling Plan | 1/12/05 | 1/21/05 |
| 26 | A-2.1.2S | Typical Floor Plan - South | 1/12/05 | 1/21/05 |
| 27 | A-2.1.3N | Third Floor Plan - North | 1/12/05 | 1/21/05 |
| 28 | A-2.1.3S | Third Floor Plan - South | 1/12/05 | 1/21/05 |
| 29 | A-2.1.7N | Roof Plan - North | 1/12/05 | 1/21/05 |
| 30 | A-2.1.7S | Roof Plan - South | 1/12/05 | 1/21/05 |
| 31 | A-3.1.1 | Elevations | 1/12/05 | 1/21/05 |
| 32 | A-3.1.2 | Elevations | 1/12/05 | 1/21/05 |
| 33 | A-3.1.3 | Elevations | 1/12/05 | 1/21/05 |
| 34 | A-3.1.4 | Elevations | 1/12/05 | 1/21/05 |
| 35 | A-3.2.1 | Sections | 1/12/05 | 1/21/05 |
| 36 | A-3.2.2 | Sections | 1/12/05 | 1/21/05 |
| 37 | A-4.1 | Units A & B Layout | 1/12/05 | 1/21/05 |
| 38 | A-4.1R | Units A & B Layout (Reverse) | 1/12/05 | 1/21/05 |
| 39 | A-4.2 | Units C & D Layout | 1/12/05 | 1/21/05 |
| 40 | A-4.2R | Units C & D Layout ( Reverse) | 1/12/05 | 1/21/05 |
| 41 | A-5.1 | Door, Window & Unit Finish Schedules | 1/12/05 | 1/21/05 |

PD000622

Initial

# ⌐Coastal

| 42 | A-5.2 | Unit Plan Blow Ups | | |
|----|-------|--------------------|--------|---------|
| 43 | A-5.3 | Interior Elevations - Bathrooms | 1/12/05 | 1/21/05 |
| 44 | A-5.4 | Interior Elevations - Kitchens | 1/12/05 | 1/21/05 |
| 45 | A-5.5 | Interior Elevations - Public Bathrooms | 1/12/05 | 1/21/05 |
| 46 | A-6.1 | Typical Wall Sections | 1/12/05 | 1/21/05 |
| 47 | A-6.2 | Typical Wall Sections | 1/12/05 | 1/21/05 |
| 48 | A-6.3 | Typical Wall Sections | 1/12/05 | 1/21/05 |
| 49 | A-7.1.1 | North & South Trash Rooms | 1/12/05 | 1/21/05 |
| 50 | A-7.1.2.1 | Elevator #1 | 1/12/05 | 1/21/05 |
| 51 | A-7.1.2.2 | Elevator #2 | 1/12/05 | 1/21/05 |
| 52 | A-7.1.2.3 | Elevator #3 | 1/12/05 | 1/21/05 |
| 53 | A-7.1.3 | Stair #1 | 1/12/05 | 1/21/05 |
| 54 | A-7.1.4 | Stair #2 | 1/12/05 | 1/21/05 |
| 55 | A-7.1.5 | Stair #3 | 1/12/05 | 1/21/05 |
| 56 | A-8.1 | Details | 1/12/05 | 1/21/05 |
| 57 | A-8.2 | Details | 1/12/05 | 1/21/05 |
| 58 | A-8.3 | Details | 1/12/05 | 1/21/05 |
| 59 | A-8.4 | Details | 1/12/05 | 1/21/05 |
| 60 | A-8.5 | Details | 1/12/05 | 1/21/05 |
| 61 | A-9.1 | Accessability Notes | 1/12/05 | 1/21/05 |
| | | | | |
| | | **Structural: J. Eduardo GonZalez P.E.** | | |
| | | | | |
| 62 | S-2.1.1.1 | Foundation & Ground Floor Framing Plan | 12/1/04 | 1/21/05 |
| 63 | S-2.1.1.2 | Foundation & Ground Floor Framing Plan | 12/1/04 | 1/21/05 |
| 64 | S-2.1.1.3 | Foundation & Ground Floor Framing Plan | 12/1/04 | 1/21/05 |
| 65 | S-2.1.1.4 | Foundation & Ground Floor Framing Plan | 12/1/04 | 1/21/05 |
| 66 | S-2.1.1.5 | Foundation & Ground Floor Framing Plan | 12/1/04 | 1/21/05 |
| 67 | S-2.1.2.1 | Second Floor Framing Plan | 12/1/04 | 1/21/05 |
| 68 | S-2.1.2.2 | Second Floor Framing Plan | 12/1/04 | 1/21/05 |
| 69 | S-2.1.2.3 | Second Floor Framing Plan | 12/1/04 | 1/21/05 |
| 70 | S-2.1.2.4 | Second Floor Framing Plan | 12/1/04 | 1/21/05 |
| 71 | S-2.1.2.5 | Second Floor Framing Plan | 12/1/04 | 1/21/05 |
| 72 | S-2.1.3.1 | Third Floor Framing Plan | 12/1/04 | 1/21/05 |
| 73 | S-2.1.3.2 | Third Floor Framing Plan | 12/1/04 | 1/21/05 |
| 74 | S-2.1.3.3 | Third Floor Framing Plan | 12/1/04 | 1/21/05 |
| 75 | S-2.1.3.4 | Third Floor Framing Plan | 12/1/04 | 1/21/05 |
| 76 | S-2.1.3.5 | Third Floor Framing Plan | 12/1/04 | 1/21/05 |
| 77 | S-2.1.4.1 | Fourth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 78 | S-2.1.4.2 | Fourth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 79 | S-2.1.4.3 | Fourth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 80 | S-2.1.4.4 | Fourth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 81 | S-2.1.4.5 | Fourth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 82 | S-2.1.5.1 | Fifth Floor Framing Plan | 12/1/04 | 1/21/05 |

PD000623
Initial

Exhibit "B"

# ᴄCoastal

| 83 | S-2.1.5.2 | Fifth Floor Framing Plan | 12/1/04 | 1/21/05 |
|---|---|---|---|---|
| 84 | S-2.1.5.3 | Fifth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 85 | S-2.1.5.4 | Fifth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 86 | S-2.1.5.5 | Fifth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 87 | S-2.1.6.1 | Sixth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 88 | S-2.1.6.2 | Sixth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 89 | S-2.1.6.3 | Sixth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 90 | S-2.1.6.4 | Sixth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 91 | S-2.1.6.5 | Sixth Floor Framing Plan | 12/1/04 | 1/21/05 |
| 92 | S-2.1.7.1 | Roof Slab Framing Plan | 12/1/04 | 1/21/05 |
| 93 | S-2.1.7.2 | Roof Slab Framing Plan | 12/1/04 | 1/21/05 |
| 94 | S-2.1.7.3 | Roof Slab Framing Plan | 12/1/04 | 1/21/05 |
| 95 | S-2.1.7.4 | Roof Slab Framing Plan | 12/1/04 | 1/21/05 |
| 96 | S-2.1.7.5 | Roof Slab Framing Plan | 12/1/04 | 1/21/05 |
| 97 | S-2.1.8.1 | Roof Trusses Layout Plan | 12/1/04 | 1/21/05 |
| 98 | S-2.1.8.2 | Roof Trusses Layout Plan | 12/1/04 | 1/21/05 |
| 99 | S-2.1.8.3 | Roof Trusses Layout Plan | 12/1/04 | 1/21/05 |
| 100 | S-2.1.8.4 | Roof Trusses Layout Plan | 12/1/04 | 1/21/05 |
| 101 | S-2.1.8.5 | Roof Trusses Layout Plan | 12/1/04 | 1/21/05 |
| 102 | S-3.1 | Footing, Column & Beam Schedules | 12/1/04 | 1/21/05 |
| 103 | S-3.2 | General Structural Notes | 12/1/04 | 1/21/05 |
| 104 | S-4.1 | Sections | 12/1/04 | 1/21/05 |
| 105 | S-4.2 | Sections | 12/1/04 | 1/21/05 |
| 106 | S-4.3 | Sections | 12/1/04 | 1/21/05 |

| | | **HVAC: Florida Engineering Services** | | |
|---|---|---|---|---|
| 107 | AC-1.1 | General Notes & Schedules | 1/12/05 | 1/21/05 |
| 108 | AC-1.2 | Details | 1/12/05 | 1/21/05 |
| 109 | AC-1.3 | Details | 1/12/05 | 1/21/05 |
| 110 | AC-2.1.1N | Ground Floor Plan - North Partial | 1/12/05 | 1/21/05 |
| 111 | AC-2.1.1S | Ground Floor Plan - South Partial | 1/12/05 | 1/21/05 |
| 112 | AC-2.1.2N | Typical 2nd thru 5th Floor Plans - North Partial | 1/12/05 | 1/21/05 |
| 113 | AC-2.1.2S | Typical 2nd thru 5th Floor Plans - South Partial | 1/12/05 | 1/21/05 |
| 114 | AC-2.1.6N | Sixth Floor Plan - North Partial | 1/12/05 | 1/21/05 |
| 115 | AC-2.1.6S | Sixth Floor Plan - South Partial | 1/12/05 | 1/21/05 |
| 116 | AC-2.1.7N | Roof Plan - North Partial | 1/12/05 | 1/21/05 |
| 117 | AC-2.1.7S | Roof Plan - South Partial | 1/12/05 | 1/21/05 |
| 118 | AC-2.3.1 | 1st Level Parking | 1/12/05 | 1/21/05 |
| 119 | AC-3.1 | Typical Trash Chutes Ventilation Detail | 1/12/05 | 1/21/05 |
| 120 | AC-4.1 | All Units Duct Layout | 1/12/05 | 1/21/05 |

3

Initial ___
Initial ___

PD000624



# ⌒ Coastal

### Plumbing: Florida Engineering Services

| 121 | P-1.1 | Site Plan | 1/12/05 | 1/21/05 |
|-----|-------|-----------|---------|---------|
| 122 | P-2.1.0N | Underground Floor Plan - North | 1/12/05 | 1/21/05 |
| 123 | P-2.1.0S | Underground Floor Plan - South | 1/12/05 | 1/21/05 |
| 124 | P-2.1.1N | Ground Floor Plan - North | 1/12/05 | 1/21/05 |
| 125 | P-2.1.1S | Ground Floor Plan - South | 1/12/05 | 1/21/05 |
| 126 | P-2.1.2N | Typical 2nd thru 5th Floor Plans - North | 1/12/05 | 1/21/05 |
| 127 | P-2.1.2S | Typical 2nd thru 5th Floor Plans - South | 1/12/05 | 1/21/05 |
| 128 | P-2.1.6N | 6th Floor Plan - North | 1/12/05 | 1/21/05 |
| 129 | P-2.1.6S | 6th Floor Plan - South | 1/12/05 | 1/21/05 |
| 130 | P-2.1.7N | Roof Plan - North | 1/12/05 | 1/21/05 |
| 131 | P-2.1.7S | Roof Plan - South | 1/12/05 | 1/21/05 |
| 132 | P-3.1.1 | Riser Diagrams | 1/12/05 | 1/21/05 |
| 133 | P-3.1.2N | Sanitary Riser Diagram - North | 1/12/05 | 1/21/05 |
| 134 | P-3.1.2S | Sanitary Riser Diagram - South | 1/12/05 | 1/21/05 |
| 135 | P-3.1.3 | Water Riser Diagram | 1/12/05 | 1/21/05 |
| 136 | P-3.1.4 | Storm Riser Diagram - West Bldg | 1/12/05 | 1/21/05 |
| 137 | P-3.2.4 | Storm Riser Diagram - East Bldg | 1/12/05 | 1/21/05 |
| 138 | P-5.1 | General Plumbing Notes | 1/12/05 | 1/21/05 |

### Fire Protection: Florida Engineering Services

| 139 | SP-0.1 | Fire Protection System Notes, Specs & Details | 1/12/05 | 1/21/05 |
|-----|--------|-----------------------------------------------|---------|---------|
| 140 | SP-1.1 | Site Plan | 1/12/05 | 1/21/05 |
| 141 | SP-2.1.1.N | Ground Floor Plan - Bldg. 1 | 1/12/05 | 1/21/05 |
| 142 | SP-2.1.1.S | Ground Floor Plan - Bldg. 1 | 1/12/05 | 1/21/05 |
| 143 | SP-2.1.2.N | Typical 2nd thru 5th Floor Plans - Bldg.1 | 1/12/05 | 1/21/05 |
| 144 | SP-2.1.2.S | Typical 2nd thru 5th Floor Plans - Bldg.1 | 1/12/05 | 1/21/05 |
| 145 | SP-2.1.6N | 6th Floor Plan - Bldg. 1 | 1/12/05 | 1/21/05 |
| 146 | SP-2.1.6S | 6th Floor Plan - Bldg. 1 | 1/12/05 | 1/21/05 |
| 147 | SP-2.1.7N | Roof Plan - Bldg.1 | 1/12/05 | 1/21/05 |
| 148 | SP-2.1.7S | Roof Plan - Bldg.1 | 1/12/05 | 1/21/05 |
| 149 | SP-2.2.1N | Ground Floor Plan - Bldg. 2 | 1/12/05 | 1/21/05 |
| 150 | SP-2.3.1 | 1st Level Parking | 1/12/05 | 1/21/05 |
| 151 | SP-3.1 | Standpipe Riser Diagram | 1/12/05 | 1/21/05 |
| 152 | SP-4.1 | All Units Sprinkler Layout Plan | 1/12/05 | 1/21/05 |

Initial

Initial

PD000625

Exhibit "B"

# ~ Coastal

Villa Lago
Boyton Beach, Florida
Exhibit "B" - Plan Log for Condo Units West Building
March 28, 2005

|  |  | Electrical: Florida Engineering Services |  |  |
|---|---|---|---|---|
| 153 | E-1.1 | General Electrical Notes | 1/12/05 | 1/21/05 |
| 154 | E-1.2 | Site Plan | 1/12/05 | 1/21/05 |
| 155 | E-1.3 | Site Plan | 1/12/05 | 1/21/05 |
| 156 | E-1.4 | Site Plan | 1/12/05 | 1/21/05 |
| 157 | E-1.5.1 | Ground Floor Security Plan | 1/12/05 | 1/21/05 |
| 158 | E-2.1.1N | Ground Floor Plan - North Partial | 1/12/05 | 1/21/05 |
| 159 | E-2.1.1S | Ground Floor Plan - South Partial | 1/12/05 | 1/21/05 |
| 160 | E-2.1.2N | Typical 2nd, 4thu & 5th Floor Plans - North Partial | 1/12/05 | 1/21/05 |
| 161 | E-2.1.2S | Typical 2nd thru 5th Floor Plans - South Partial | 1/12/05 | 1/21/05 |
| 162 | E-2.1.6N | 6th Floor Plan - North Partial | 1/12/05 | 1/21/05 |
| 163 | E-2.1.6S | 6th Floor Plan - South Partial | 1/12/05 | 1/21/05 |
| 164 | E-2.1.7N | Roof Plan - North Partial | 1/12/05 | 1/21/05 |
| 165 | E-2.1.7S | Roof Plan - South Partial | 1/12/05 | 1/21/05 |
| 166 | E-3.1.1 | Electrical Riser Diagrams | 1/12/05 | 1/21/05 |
| 167 | E-3.1.2 | Fire Alarm Riser Diagram | 1/12/05 | 1/21/05 |
| 168 | E-4R | All Units (Reversed) Electrical Floor Layouts | 1/12/05 | 1/21/05 |
| 169 | E-4 | All Units Electrical Floor Layouts | 1/12/05 | 1/21/05 |

It is intended that a revised Plan, Sheets, and Details be issued on or about July 7, 2005. Contractor shall immediately evaluate, discuss, and price all changes by August 5, 2005. Additionally, Contractor shall make its best effort to minimize cost impact.

CIC   Initial

Initial

5

PD000626

Exhibit "C"

PD000627

| Act ID | Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|---|
| 10000 | RESIDENTIAL EAST | 455d | 455d | | 18JUL05 | 07MAY07 | | |
| 10020 | Notice to proceed | 1d | 1d | | 18JUL05 | 18JUL05 | | |
| 10040 | Shop drawing review footing steel | 1d | 1d | | 18JUL05 | 18JUL05 | | |
| 10060 | Redraw and shop approvals | 1d | 1d | | 18JUL05 | 18JUL05 | | |
| 10080 | Layout building footings | 3d | 3d | | 19JUL05 | 21JUL05 | | |
| 10100 | Dig Footings | 10d | 10d | | 25JUL05 | 05AUG05 | | |
| 10120 | Install form Boards | 7d | 7d | | 26JUL05 | 03AUG05 | | |
| 10140 | Install Rebar | 10d | 10d | | 27JUL05 | 09AUG05 | | |
| 10160 | Footing Inspections | 2d | 2d | | 10AUG05 | 11AUG05 | | |
| 10180 | Pour footings | 6d | 6d | | 12AUG05 | 19AUG05 | | |
| 10200 | layout exterior walls | 6d | 6d | | 12AUG05 | 19AUG05 | | |
| 10220 | Install stemwall block/Backfill | 13d | 15d | | 22AUG05 | 09SEP05 | | |
| 10240 | Install underground utilities in bldg | 15d | 15d | | 01SEP05 | 21SEP05 | | |
| 10260 | Inspect utilities | 8d | 8d | | 22SEP05 | 26SEP05 | | |
| 10280 | Backfill utilities | 5d | 5d | | 27SEP05 | 03OCT05 | | |
| 10300 | Prep ground floor slab | 7d | 7d | | 27SEP05 | 03OCT05 | | |
| 10320 | Slab Inspection | 2d | 2d | | 28SEP05 | 29SEP05 | | |
| 10340 | Pour ground floor slab/elevator pits | 1d | 1d | | 11OCT05 | 18OCT05 | | |
| 10360 | Form Board Survey | 2d | 2d | | 11OCT05 | 12OCT05 | | |
| 10380 | First floor block 8" walls/include any tie | 20d | 20d | | 12OCT05 | 09NOV05 | | |
| 10400 | Second floor 5/12' concrete slab | 25d | 25d | | 26OCT05 | 29NOV05 | | |
| 10420 | Second floor 8" load bearing masonry | 20d | 20d | | 20NOV05 | 09DEC05 | | |
| 10440 | Form/pour first floor stairs | 6d | 6d | | 09NOV05 | 16NOV05 | | |
| 10460 | Third floor 5/12' concrete slab | 30d | 30d | | 11NOV05 | 22DEC05 | | |
| 10480 | Form / Pour second floor stairs | 12d | 12d | | 11NOV05 | 28NOV05 | | |
| 10500 | Third floor 8" Load bearing masonry walls | 30d | 30d | | 28NOV05 | 20DEC05 | | |
| 10520 | Fourth Floor 5/12' concrete slab | 12d | 13d | | 28NOV05 | 12DEC05 | | |
| 10540 | Form/Pour third floor stairs | 28d | 25d | | 29NOV05 | 02JAN06 | | |
| 10560 | Fourth Floor 8" load bearing masonry | 30d | 30d | | 01DEC05 | 11JAN06 | | |
| 10580 | Fifth deck 5/12' slab | 12d | 12d | | 07DEC05 | 16DEC05 | | |
| 10600 | Form/pour fourth floor stairs | 25d | 25d | | 19DEC05 | 20JAN06 | | |
| 10620 | Sixth Floor Block | 30d | 30d | | 05JAN06 | 15FEB06 | | |
| 10640 | Sixth Floor slab Pours | 15d | 15d | | 29JAN06 | 15FEB06 | | |
| 10660 | Sixth Floor block | 80d | 80d | | 16FEB06 | 29MAR06 | | |
| 10700 | Set wiremesh roof trusses | 15d | 18d | | 20MAR06 | 07APR06 | | |
| 10720 | Install the roof | 24d | 21d | | 10APR06 | 09MAY06 | | |
| 10740 | Frame/pour roof deck slabs | 10d | 10d | | 24APR06 | 21APR06 | | |
| 10760 | Caulk all exterior windows and door frames | 15d | 13d | | 08MAY06 | 03MAY06 | | |
| 10780 | Install all exterior trim | 16d | 16d | | 28MAY06 | 18JUN06 | | |
| 10800 | Brown Coat stucco | 15d | 15d | | 19JUN06 | 10JUL06 | | |
| 10820 | Final stucco | 10d | 10d | | 11JUL06 | 24JUL06 | | |
| 10840 | Prime Paint exterior of building | 5d | 5d | | 11JUL06 | 17JUL06 | | |
| 10860 | Tie in exterior site utilities | | | | | | | |

Start date: 18JUL05
Finish date: 07MAY07
Data date: 18JUL05
Run date: 24JUN05
Page number: 1A
Project name: Pelamena Systems, Inc.

Legend:
- Early bar
- Progress bar
- Critical bar
- Summary bar
- ◆ Start milestone point
- ◆ Finish milestone point

Coastal Condominiums
VILLA LAGO CONTRACT EXHIBIT "K"

Initial _____
Initial _____

PD000628

| ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 10850 | Rough in fire sprinklers | 10d | 10d | 17JUL06 | 31JUL06 | | |
| 90000 | Install all exterior concrete pads | 5d | 5d | 01AUG06 | 07AUG06 | | |
| 10820 | Install window bucks, first floor | 5d | 5d | 11MAY06 | 17MAY06 | | |
| 10840 | Caulk first floor buck, both sides | 5d | 5d | 12MAY06 | 18MAY06 | | |
| 10860 | Install windows on first floor | 9d | 9d | 19MAY06 | 23MAY06 | | |
| 10880 | Install interior wall framing on first floor | 10d | 10d | 18MAY06 | 30MAY06 | | |
| 11000 | Rough wall and ceiling electric,first floor | 10d | 10d | 17MAY06 | 30MAY06 | | |
| 11020 | Rough in HVAC, first floor | 10d | 10d | 17MAY06 | 30MAY06 | | |
| 11040 | Rough wall plumbing first floor | 15d | 15d | 17MAY06 | 05JUN06 | | |
| 11060 | Wall close in inspections, first floor | 5d | 5d | 29MAY06 | 31MAY06 | | |
| 11080 | Hang all drywall, first floor | 10d | 10d | 01JUN06 | 14JUN06 | | |
| 11100 | Tape block, finish, sand first floor | 10d | 10d | 02JUN06 | 15JUN06 | | |
| 11120 | Install all doors/frames/trim/ first floor | 10d | 10d | 08JUN06 | 21JUN06 | | |
| 11140 | Prime paint first floor | 10d | 10d | 12JUN06 | 23JUN06 | | |
| 11160 | Point up first floor | 10d | 10d | 14JUN06 | 27JUN06 | | |
| 11180 | Final Paint first floor | 10d | 10d | 16JUN06 | 29JUN06 | | |
| 11200 | Install Ceramic flooring/ bathrooms/first floor | 10d | 10d | 22JUN06 | 06JUL06 | | |
| 11220 | Install kitchen cabinets/vanities/first floor | 15d | 15d | 28JUN06 | 19JUL06 | | |
| 11240 | Install Kitchen counter tops/Bath vanities | 10d | 10d | 30JUN06 | 21JUL06 | | |
| 11260 | Final trim on Plumbing first floor | 10d | 10d | 05JUL06 | 18JUL06 | | |
| 11280 | Final first floor electrical trim/first floor | 10d | 10d | 06JUL06 | 19JUL06 | | |
| 11300 | Final First floor plumbing/ perimeter trim | 10d | 10d | 07JUL06 | 20JUL06 | | |
| 11320 | Appliance Installation/first floor | 5d | 5d | 17JUL06 | 21JUL06 | | |
| 11340 | Install all door hardware | 10d | 10d | 19JUL06 | 01AUG06 | | |
| 11360 | Final touch up/steam up/first floor | 10d | 10d | 24JUL06 | 04AUG06 | | |
| 11380 | Final inspections/first floor | 5d | 5d | 07AUG06 | 11AUG06 | | |
| 11400 | Carpet/ final touch up | 10d | 10d | 28JUL06 | 10AUG06 | | |
| 11420 | Install window bucks, 2nd floor | 9d | 9d | 23MAY06 | 02JUN06 | | |
| 11440 | Caulk 2nd floor buck both sides | 8d | 8d | 24MAY06 | 05JUN06 | | |
| 11460 | Install windows on 2nd floor | 8d | 8d | 26MAY06 | 06JUN06 | | |
| 11480 | Install interior wall framing on 2nd floor | 10d | 10d | 26MAY06 | 08JUN06 | | |
| 11500 | Rough wall and ceiling electric,2nd floor | 15d | 15d | 31MAY06 | 20JUN06 | | |
| 11520 | Rough in HVAC, 2nd floor | 15d | 15d | 31MAY06 | 20JUN06 | | |
| 11540 | Rough wall plumbing 2nd floor | 15d | 15d | 31MAY06 | 20JUN06 | | |
| 11560 | Wall close in inspections, 2nd floor | 5d | 5d | 21JUN06 | 27JUN06 | | |
| 11580 | Hang all drywall, 2nd floor | 10d | 10d | 28JUN06 | 12JUL06 | | |
| 11600 | Tape block, finish, sand 2nd floor | 10d | 10d | 29JUN06 | 13JUL06 | | |
| 11620 | Install all doors/frames/trim/ 2nd floor | 15d | 15d | 06JUL06 | 26JUL06 | | |
| 11640 | Prime paint 2nd floor | 10d | 10d | 13JUL06 | 27JUL06 | | |
| 11660 | Point up 2ndfloor | 10d | 10d | 18JUL06 | 31JUL06 | | |
| 11680 | Final Paint 2nd floor | 10d | 10d | 20JUL06 | 01AUG06 | | |
| 11700 | Install Ceramic flooring/ bathrooms/2nd floor | 10d | 10d | 20JUL06 | 02AUG06 | | |
| 11720 | Install kitchen cabinets/vanities/2nd floor | 15d | 15d | 24JUL06 | 11AUG06 | | |
| 11740 | Install Kitchen counter tops/vanities, 2nd | 15d | 15d | 25JUL06 | 14AUG06 | | |

| | |
|---|---|
| Start date | 18JUL05 |
| Finish date | 07MAY07 |
| Data date | 18JUL05 |
| Run date | 24JUN05 |
| Page number | 2A |

© Primavera Systems, Inc.

Initial _____  (B)
Initial _____

Coastal Condominiums
VILLA LAGO CONTRACT EXHIBIT "K"

Legend:
- Early bar
- Progress bar
- Critical bar
- Summary bar
- ◆ Start milestone point
- ◆ Finish milestone point

| Act ID | Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Actual Start | Actual Finish | |
|---|---|---|---|---|---|---|---|---|---|
| 11760 | Final trim on Plumbing 2nd floor | 10d | 10d | | 01AUG06 | 14AUG06 | | | |
| 11770 | Final first floor electrical trim/2nd floor | 10d | 10d | | 01AUG06 | 14AUG06 | | | |
| 11800 | Final 2nd floor plumbing/ sprinkler trim | 10d | 10d | | 02AUG06 | 15AUG06 | | | |
| 11820 | Appliance Installation/2nd floor | 5d | 5d | | 04AUG06 | 10AUG06 | | | |
| 11840 | Install all Door Hardware | 10d | 10d | | 07AUG06 | 18AUG06 | | | |
| 11860 | Final touch up/clean up/2nd floor | 10d | 10d | | 09AUG06 | 21AUG06 | | | |
| 11880 | Install all Carpet/ Touch up paint | 10d | 10d | | 09AUG06 | 22AUG06 | | | |
| 11900 | Final Inspections/2nd floor | 5d | 5d | | 25AUG06 | 31AUG06 | | | |
| 11920 | Install window bucks, 3rd floor | 9d | 9d | | 26MAY06 | 07JUN06 | | | |
| 11940 | Caulk 3rd floor buck both sides | 9d | 9d | | 26MAY06 | 08JUN06 | | | |
| 11950 | Install windows on 3rd floor | 8d | 8d | | 30MAY06 | 09JUN06 | | | |
| 11980 | Install interior wall framing on 3rd floor | 10d | 10d | | 31MAY06 | 13JUN06 | | | |
| 12000 | Rough wall and ceiling electric/3rd floor | 16d | 16d | | 02JUN06 | 22JUN06 | | | |
| 12020 | Rough In HVAC, 3rd floor | 15d | 15d | | 01JUN06 | 21JUN06 | | | |
| 12040 | Rough wall plumbing 3rd floor | 15d | 15d | | 07JUN06 | 21JUN06 | | | |
| 12060 | Wall close in inspections, 3rd floor | 5d | 5d | | 23JUN06 | 29JUN06 | | | |
| 12080 | Hang all drywall, 3rd floor | 10d | 10d | | 30JUN06 | 14JUL06 | | | |
| 12100 | Tape block, finish, sand 3rd floor | 10d | 10d | | 03JUL06 | 17JUL06 | | | |
| 12120 | Install all doors/frames/trim/ 3rd floor | 10d | 10d | | 17JUL06 | 28JUL06 | | | |
| 12140 | Prime paint 3rd floor | 10d | 10d | | 18JUL06 | 31JUL06 | | | |
| 12160 | Point up 3rd floor | 10d | 10d | | 19JUL06 | 01AUG06 | | | |
| 12180 | Final Paint, 3rd floor | 10d | 10d | | 21JUL06 | 03AUG06 | | | |
| 12200 | Install Ceramic flooring/ bathrooms/3rd floor | 10d | 10d | | 25JUL06 | 07AUG06 | | | |
| 12220 | Install Kitchen cabinets/vanities/3rd floor | 15d | 15d | | 22JUL06 | 15AUG06 | | | |
| 12240 | Install Kitchen counter top/vanities, 3rd | 15d | 15d | | 31JUL06 | 15AUG06 | | | |
| 12260 | Final trim on Plumbing 3rd floor | 10d | 10d | | 01AUG06 | 14AUG06 | | | |
| 12280 | Final first floor electrical trim/3rd floor | 10d | 10d | | 02AUG06 | 15AUG06 | | | |
| 12300 | Final 3rd floor plumbing/ sprinkler trim | 10d | 10d | | 03AUG06 | 15AUG06 | | | |
| 12320 | Appliance Installation/3rd floor | 5d | 5d | | 07AUG06 | 11AUG06 | | | |
| 12340 | Install all Door Hardware 3Rd floor | 10d | 10d | | 08AUG06 | 21AUG06 | | | |
| 12360 | Final touch up/clean up/3rd floor | 10d | 10d | | 09AUG06 | 22AUG06 | | | |
| 12380 | Install all Carpet/ Touch up paint 3rd floor | 10d | 10d | | 09AUG06 | 22AUG06 | | | |
| 12420 | Final Inspections/3rd floor | 5d | 5d | | 23AUG06 | 29AUG06 | | | |
| 12430 | Install window bucks, 4th floor | 9d | 9d | | 26MAY06 | 08JUN06 | | | |
| 12440 | Caulk 4th floor buck both sides | 9d | 9d | | 01JUN06 | 07JUN06 | | | |
| 12460 | Install windows on 4th floor | 8d | 8d | | 02JUN06 | 14JUN06 | | | |
| 12480 | Install interior wall framing on 4th floor | 10d | 10d | | 05JUN06 | 19JUN06 | | | |
| 12500 | Rough wall and ceiling electric/4th floor | 16d | 16d | | 05JUN06 | 26JUN06 | | | |
| 12520 | Rough In HVAC, 4th floor | 16d | 16d | | 07JUN06 | 27JUN06 | | | |
| 12540 | Rough wall plumbing 4th floor | 15d | 15d | | 07JUN06 | 27JUN06 | | | |
| 12550 | Wall close in inspections, 4th floor | 5d | 5d | | 28JUN06 | 05JUL06 | | | |
| 12560 | Hang all drywall, 4th floor | 10d | 10d | | 06JUL06 | 19JUL06 | | | |
| 12580 | Tape block, finish, sand 4th floor | 10d | 10d | | 20JUL06 | 21JUL06 | | | |
| 12600 | Install all doors/frames/trim/ 4th floor | 10d | 10d | | 25JUL06 | 07AUG06 | | | |

| | | | |
|---|---|---|---|
| Start date | 18JUL05 | | |
| Finish date | 07MAY07 | | |
| Data date | 18JUL05 | | |
| Run date | 24JUN05 | | |
| Page number | 3A | | |

© Primavera Systems, Inc.

Initial
Initial

**Coastal Condominiums**
**VILLA LAGO CONTRACT EXHIBIT " K"**

Legend:
- ▬▬ Early bar
- ▬▬ Progress bar
- ▬▬ Critical bar
- ▬▬ Summary bar
- ◆ Start milestone point
- ◆ Finish milestone point

PD000629.

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 12040 | Install elevator cabs | 30d | 30d | 10JUL06 | 16AUG06 | | |
| 12050 | Final Elevator Inspections | 6d | 6d | 21AUG06 | 28AUG06 | | |
| 12700 | Prime paint 4th floor | 10d | 10d | 27JUL06 | 09AUG06 | | |
| 12720 | Point up 4th floor | 10d | 10d | 31JUL06 | 11AUG06 | | |
| 12720 | Final Paint 4th floor | 10d | 10d | 02AUG06 | 15AUG06 | | |
| 12740 | Install Ceramic flooring/ bathrooms/4th floor | 15d | 15d | 04AUG06 | 25AUG06 | | |
| 12760 | Install Kitchen cabinets/vanities/4th floor | 9d | 9d | 09AUG06 | 29AUG06 | | |
| 12780 | Install Kitchen counter tops/vanities, 4th floor | 9d | 9d | 10AUG06 | 30AUG06 | | |
| 12800 | Final trim on Plumbing 4th floor | 9d | 9d | 17AUG06 | 30AUG06 | | |
| 12820 | Final first floor electrical trim/4th floor | 10d | 10d | 21AUG06 | 01SEP06 | | |
| 12840 | Final 4th floor plumbing/ sprinkler trim | 10d | 10d | 22AUG06 | 05SEP06 | | |
| 12860 | Appliance Installation/4th floor | 6d | 6d | 29AUG06 | 05SEP06 | | |
| 12880 | Install all Door Hardware/4th floor | 6d | 6d | 30AUG06 | 06SEP06 | | |
| 12900 | Final touch up/clean up/4th floor | 10d | 10d | 01SEP06 | 14SEP06 | | |
| 12920 | Install all Carpet/ Touch up paint 4th floor | 6d | 6d | 11SEP06 | 22SEP06 | | |
| 12940 | Final Inspections 4th floor | 6d | 6d | 07AUG06 | 15JUN06 | | |
| 12960 | Install window bucks, 5th floor | 6d | 6d | 08JUN06 | 14JUN06 | | |
| 12980 | Caulk 5th floor buck sides | 6d | 6d | 09JUN06 | 05JUL06 | | |
| 13000 | Install windows on 5th floor | 6d | 6d | 09JUN06 | 21JUN06 | | |
| 13020 | Install interior wall framing on 5th floor | 10d | 10d | 12JUN06 | 23JUN06 | | |
| 13040 | Rough wall and ceiling electric/5th floor | 15d | 15d | 23JUN06 | 05JUL06 | | |
| 13060 | Rough in HVAC, 5th floor | 10d | 10d | 14JUN06 | 06JUL06 | | |
| 13080 | Rough/wall plumbing 5th floor | 15d | 15d | 14JUN06 | 05JUL06 | | |
| 13100 | Wall close in inspections, 5th floor | 6d | 5d | 06JUL06 | 12JUL06 | | |
| 13120 | Hang all drywall, 5th floor | 10d | 10d | 13JUL06 | 26JUL06 | | |
| 13140 | Tape block, finish, sand 5th floor | 10d | 10d | 07JUL06 | 18JUL06 | | |
| 13160 | Install all closet/frames/trim/ 5th floor | 10d | 10d | 07JUL06 | 14JUL06 | | |
| 13180 | Install elevator cabs | 30d | 30d | 24JUL06 | 01SEP06 | | |
| 13200 | Final Elevator Inspections | 6d | 6d | 04SEP06 | 08SEP06 | | |
| 13220 | Prime paint 5th floor | 10d | 10d | 03AUG06 | 16AUG06 | | |
| 13240 | Point up 5th floor | 10d | 10d | 07AUG06 | 08SEP06 | | |
| 13260 | Final Paint 5th floor | 10d | 10d | 09AUG06 | 22AUG06 | | |
| 13280 | Install Ceramic flooring/ bathrooms/5th floor | 15d | 15d | 11AUG06 | 31AUG06 | | |
| 13300 | Install Kitchen cabinets/vanities/5th floor | 9d | 9d | 16AUG06 | 04SEP06 | | |
| 13320 | Install Kitchen counter tops/vanities, 5th floor | 9d | 9d | 17AUG06 | 05SEP06 | | |
| 13340 | Final trim on Plumbing 5th floor | 9d | 9d | 24AUG06 | 05SEP06 | | |
| 13360 | Final first floor electrical trim/5th floor | 10d | 10d | 28AUG06 | 08SEP06 | | |
| 13380 | Final 5th floor plumbing/ sprinkler trim | 10d | 10d | 30AUG06 | 12SEP06 | | |
| 13400 | Appliance Installation/5th floor | 6d | 6d | 06SEP06 | 13SEP06 | | |
| 13420 | Install all Door Hardware/5th floor | 9d | 10d | 08SEP06 | 18SEP06 | | |
| 13440 | Final touch up/clean up/5th floor | 9d | 9d | 08SEP06 | 12SEP06 | | |
| 13460 | Install all Carpet/ Touch up paint 5th floor | 10d | 10d | 08SEP06 | 21SEP06 | | |
| 13480 | Final Inspections 5th floor | 6d | 6d | 29SEP06 | 28SEP06 | | |
| 13500 | Install window bucks, 6th floor | 6d | 6d | 14JUN06 | 20JUN06 | | |

| Start date | 19.JUL.05 |
|---|---|
| Finish date | 07.MAY.07 |
| Data date | 18.JUL.05 |
| Run date | 24.JUN.06 |
| Page number | 4A |

© Primavera Systems, Inc.

Coastal Condominiums
VILLA LAGO CONTRACT EXHIBIT "K"

Initial ___
Initial ___

Legend:
Early bar
Progress bar
Critical bar
Summary bar
◆ Start milestone point
◆ Finish milestone point

PD000630

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 13520 | Caulk 6th floor buck both sides | 3d | 3d | 15JUN06 | 21JUN06 | | |
| 13540 | Install windows on 6th floor | 6d | 6d | 16JUN06 | 23JUN06 | | |
| 13560 | Install interior wall framing on 6th floor | 10d | 10d | 19JUN06 | 30JUN06 | | |
| 13590 | Rough wall and ceiling electric 6th floor | 10d | 10d | 20JUN06 | 11JUL06 | | |
| 13600 | Rough in HVAC, 6th floor | 35d | 35d | 21JUN06 | 12JUL06 | | |
| 13620 | Rough wall plumbing 6th floor | 15d | 15d | 21JUN06 | 12JUL06 | | |
| 13640 | Wall close in inspections, 6th floor | 3d | 3d | 13JUL06 | 19JUL06 | | |
| 13660 | Hang all drywall, 6th floor | 10d | 10d | 20JUL06 | 02AUG06 | | |
| 13680 | Tape block, finish, sand 6th floor | 10d | 10d | 24JUL06 | 04AUG06 | | |
| 13700 | Install all doors/frames/trim 6th floor | 10d | 10d | 08AUG06 | 21AUG06 | | |
| 13720 | Install elevator cabs | 30d | 30d | 09MAY06 | 19SEP06 | | |
| 13740 | Final Elevator Inspections | 5d | 5d | 20SEP06 | 26SEP06 | | |
| 13760 | Prime paint 6th floor | 10d | 10d | 10AUG06 | 23AUG06 | | |
| 13780 | Point up 6th floor | 10d | 10d | 14AUG06 | 25AUG06 | | |
| 13800 | Final Paint 6th floor | 30d | 30d | 18AUG06 | 29AUG06 | | |
| 13820 | Install Ceramic flooring/ bathrooms 6th floor | 10d | 10d | 18AUG06 | 31AUG06 | | |
| 13840 | Install Kitchen cab/tops/vanities 6th floor | 15d | 15d | 22AUG06 | 11SEP06 | | |
| 13860 | Install Kitchen counter tops/vanities, 6th floor | 15d | 15d | 24AUG06 | 08SEP06 | | |
| 13880 | Final trim on Plumbing 6th floor | 10d | 10d | 31AUG06 | 13SEP06 | | |
| 13900 | Final first floor electrical trim 6th floor | 10d | 10d | 04SEP06 | 19SEP06 | | |
| 13920 | Final 6th floor plumbing/ sprinkler trim | 10d | 10d | 08SEP06 | 19SEP06 | | |
| 13940 | Appliance hauestion 6th floor | 5d | 5d | 08SEP06 | 14SEP06 | | |
| 13960 | Install all Door Hardware 6th floor | 5d | 5d | 12SEP06 | 18SEP06 | | |
| 13980 | Final touch up/paint 6th floor | 7d | 7d | 13SEP06 | 21SEP06 | | |
| 14000 | Install all Carpet/ Touch up paint 6th floor | 10d | 10d | 15SEP06 | 28SEP06 | | |
| 14020 | Final inspections 6th floor | 1d | 1d | 02OCT06 | 02OCT06 | | |
| 14040 | Certificate of Occupancy | 2d | 2d | 03OCT06 | 04OCT06 | | |
| 15000 | RESIDENTIAL WEST | 468d | 468d | 18JUL05 | 07MAY07 | | |
| 15010 | Notice to proceed | 1d | 1d | 18JUL05 | 18JUL05 | | |
| 15020 | Survey | 5d | 5d | 09NOV05 | 16NOV05 | | |
| 15030 | Restore and shop approvals | 1d | 1d | 16NOV05 | 16NOV05 | | |
| 15040 | Layout building footings | 2d | 2d | 17NOV05 | 18NOV05 | | |
| 15050 | Dig Footings | 1d | 1d | 17NOV05 | 21NOV05 | | |
| 15060 | Install form Boards | 5d | 5d | 24NOV05 | 02DEC05 | | |
| 15070 | Install Rebar | 3d | 3d | 04NOV05 | 07DEC05 | | |
| 15080 | Footing Inspections | 2d | 2d | 04JAN06 | 05JAN06 | | |
| 15090 | Pour footings | 1d | 1d | 06JAN06 | 06JAN06 | | |
| 15100 | Layout exterior walls | 6d | 6d | 23JAN06 | 27JAN06 | | |
| 15110 | Install stemwall block/ Backfill | 21d | 21d | 23JAN06 | 20FEB06 | | |
| 15120 | Install underground utilities in Bldg | 35d | 35d | 16FEB06 | 05APR06 | | |
| 15130 | Inspect all slabs | 6d | 6d | 06APR06 | 13APR06 | | |
| 15140 | Backfill utilities | 20d | 20d | 14APR06 | 11MAY06 | | |
| 15160 | Prep ground floor slab | 20d | 20d | 17APR06 | 12MAY06 | | |
| 15180 | Slab Inspection | 5d | 5d | 17APR06 | 21APR06 | | |

Coastal Condominiums
VILLA LAGO CONTRACT EXHIBIT " K"

| | |
|---|---|
| Start date | 18JUL05 |
| Finish date | 07MAY07 |
| Data date | 18JUL05 |
| Run date | 24JUN05 |
| Page number | 5A |

© Primavera Systems, Inc.

Legend:
- Early bar
- Progress bar
- Critical bar
- Summary bar
- ◆ Start milestone point
- ◆ Finish milestone point

Initial _____

PD000631

PD000632

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 15170 | Pour general floor slab/elevator pits | 6d | 5d | 27APR08 | 03MAY08 | | |
| 15180 | Form Based Survey | 4d | 4d | 04MAY08 | 09MAY08 | | |
| 15190 | First floor block 8" walls/include stng tie | 25d | 25d | 05MAY08 | 08JUN08 | | |
| 15200 | Second floor 8½2" concrete slab | 30d | 30d | 09JUN08 | 25JUL08 | | |
| 15210 | Second floor 8" load bearing masonry | 25d | 25d | 20JUN08 | 25JUL08 | | |
| 15220 | Form/pour first floor stairs | 12d | 12d | 21JUN08 | 04JUL08 | | |
| 15230 | Third floor 8½2" concrete slab | 30d | 30d | 22JUN08 | 08AUG08 | | |
| 15240 | Form / Pour second floor stairs | 12d | 12d | 22JUN08 | 10JUL08 | | |
| 15250 | Third Floor 8" Load bearing masonry walls | 20d | 20d | 05JUL08 | 01AUG08 | | |
| 15260 | Fourth Floor 8½2" concrete slab | 30d | 30d | 07JUL08 | 14AUG08 | | |
| 15270 | Form/Pour third floor stairs | 12d | 12d | 07JUL08 | 24JUL08 | | |
| 15280 | Fourth Floor 8" load bearing masonry | 25d | 25d | 11JUL08 | 14AUG08 | | |
| 15290 | Fifth floor 8½2" slab | 30d | 30d | 13JUL08 | 22AUG08 | | |
| 15300 | Form/pour fourth floor stairs | 12d | 12d | 13JUL08 | 28JUL08 | | |
| 15310 | Sixth Floor Block | 25d | 25d | 31JUL08 | 01SEP08 | | |
| 15320 | Sixth Floor slab Pours | 30d | 30d | 17AUG08 | 27SEP08 | | |
| 15330 | Sixth Floor blank | 30d | 30d | 07SEP08 | 18OCT08 | | |
| 15340 | Roof deck | 30d | 30d | 28SEP08 | 08NOV08 | | |
| 15350 | Set numered roof trusses | 21d | 21d | 18OCT08 | 18NOV08 | | |
| 15360 | Install the roof | 21d | 21d | 17NOV08 | 18DEC08 | | |
| 15370 | Form/pour roof deck stairs | 15d | 15d | 17NOV08 | 07DEC08 | | |
| 15380 | Caulk all exterior windows and door frames | 15d | 15d | 08DEC08 | 29DEC08 | | |
| 15390 | Install all exterior trim | 30d | 30d | 08DEC08 | 22JAN07 | | |
| 15400 | Brown Coat stucco | 30d | 30d | 02JAN07 | 12FEB07 | | |
| 15410 | Final stucco | 30d | 30d | 13FEB07 | 26MAR07 | | |
| 15420 | Prime Paint exterior of building | 30d | 30d | 27MAR07 | 07MAY07 | | |
| 15430 | Tie in exterior site utilities | 5d | 5d | 01MAY07 | 07MAY07 | | |
| 15440 | Rough in fire sprinklers | 21d | 21d | 27MAR07 | 24APR07 | | |
| 15450 | Install all exterior concrete pads | 6d | 6d | 26APR07 | 01MAY07 | | |
| 15460 | Install windows bucks, first floor | 6d | 6d | 08SEP06 | 15SEP06 | | |
| 15470 | Caulk first floor buck both sides | 6d | 6d | 08SEP06 | 15SEP06 | | |
| 15480 | Install windows on first floor | 6d | 6d | 08SEP06 | 15SEP06 | | |
| 15490 | Install interior wall framing on first floor | 10d | 10d | 07SEP06 | 20SEP06 | | |
| 15500 | Rough wall and ceiling electric first floor | 10d | 10d | 11SEP06 | 22SEP06 | | |
| 15510 | Rough in HVAC, first floor | 10d | 10d | 11SEP06 | 25SEP06 | | |
| 15520 | Rough wall plumbing first floor | 10d | 10d | 11SEP06 | 25SEP06 | | |
| 15530 | Inst close in inspections, first floor | 5d | 5d | 26SEP06 | 02OCT06 | | |
| 15540 | Hang all drywall, first floor | 10d | 10d | 26SEP06 | 09OCT06 | | |
| 15550 | Tape block, finish, sand first floor | 6d | 6d | 03OCT06 | 16OCT06 | | |
| 15560 | Install all doors/frames/trims first floor | 10d | 10d | 03OCT06 | 18OCT06 | | |
| 15570 | Prime paint first floor | 9d | 9d | 05OCT06 | 20OCT06 | | |
| 15580 | Paint up first floor | 9d | 9d | 09OCT06 | 22OCT06 | | |
| 15590 | Final Paint first floor | 9d | 9d | 11OCT06 | 24OCT06 | | |
| 15600 | Install Ceramic flooring/ bathrooms/first floor | 10d | 10d | 17OCT06 | 30OCT06 | | |

**Coastal Condominiums**

**VILLA LAGO CONTRACT EXHIBIT " K"**

| Start date | 18JUL05 |
|---|---|
| Finish date | 07MAY07 |
| Data date | 18JUL05 |
| Run date | 24JUN05 |
| Page number | 6A |

© Primavera Systems, Inc.

Initial ___

Initial ___

Legend:
- Early bar
- Progress bar
- Critical bar
- Summary bar
- ◆ Start milestone point
- ◆ Finish milestone point



| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 15610 | Install kitchen cabinets/vanities/first floor | 13d | 10d | 23OCT08 | 10NOV08 | | |
| 15620 | Install Kitchen counter tops/Bath vanities | 15d | 15d | 25OCT08 | 14NOV08 | | |
| 15640 | Final trim on Plumbing first floor | 10d | 9d | 27OCT08 | 08NOV08 | | |
| 15650 | Final first floor electrical trim/first floor | 10d | 9d | 30OCT08 | 10NOV08 | | |
| 15660 | Final first floor plumbing/ sprinkler trim | 10d | 9d | 31OCT08 | 13NOV08 | | |
| 15660 | Appliance installation/first floor | 5d | 5d | 06NOV08 | 14NOV08 | | |
| 15670 | Install all door hardware | 10d | 10d | 10NOV08 | 23NOV08 | | |
| 15680 | Final touch up/clean up/first floor | 5d | 5d | 18NOV08 | 21NOV08 | | |
| 15690 | Final inspections/first floor | 5d | 5d | 22NOV08 | 28NOV08 | | |
| 15700 | Carpet first touch up | 10d | 10d | 21NOV08 | 04DEC08 | | |
| 15710 | Install window backs, 2nd floor | 5d | 5d | 21SEP08 | 27SEP08 | | |
| 15720 | Caulk 2nd floor bath both sides | 5d | 5d | 22SEP08 | 26SEP08 | | |
| 15730 | Install windows on 2nd floor | 3d | 3d | 25SEP08 | 03OCT08 | | |
| 15740 | Install interior wall framing on 2nd floor | 10d | 10d | 27SEP08 | 10OCT08 | | |
| 15750 | Rough wall and ceiling electric,2nd floor | 10d | 10d | 27SEP08 | 10OCT08 | | |
| 15760 | Rough in HVAC, 2nd floor | 11d | 11d | 26SEP08 | 12OCT08 | | |
| 15770 | Rough wall plumbing 2nd floor | 10d | 10d | 28SEP08 | 12OCT08 | | |
| 15760 | Wall close in inspections, 2nd floor | 6d | 6d | 13OCT08 | 18OCT08 | | |
| 15780 | Hang all drywall, 2nd floor | 10d | 10d | 26SEP08 | 02NOV08 | | |
| 15200 | Tape block, finish, sand 2nd floor | 10d | 10d | 23OCT08 | 08NOV08 | | |
| 15810 | Install all doors/frames/trim/ 2nd floor | 10d | 10d | 03NOV08 | 18NOV08 | | |
| 15820 | Prime paint 2nd floor | 10d | 10d | 08NOV08 | 17NOV08 | | |
| 15050 | Paint up 2ndfloor | 10d | 10d | 09NOV08 | 21NOV08 | | |
| 15840 | Final Paint 2nd floor | 10d | 10d | 09NOV08 | 22NOV08 | | |
| 15880 | Install Ceramic flooring/ bathrooms/2nd floor | 10d | 10d | 10NOV08 | 23NOV08 | | |
| 15880 | Install kitchen cabinets/vanities/2nd floor | 15d | 15d | 14NOV08 | 04DEC08 | | |
| 15870 | Install Kitchen counter tops/vanities, 2nd | 15d | 15d | 18NOV08 | 08DEC08 | | |
| 15890 | Final trim on Plumbing 2nd floor | 10d | 10d | 20NOV08 | 08DEC08 | | |
| 15900 | Final first floor electrical trim/2nd floor | 10d | 10d | 22NOV08 | 05DEC08 | | |
| 15910 | Final 2nd floor plumbing/ sprinkler trim | 5d | 5d | 27NOV08 | 08DEC08 | | |
| 15920 | Appliance installation/2nd floor | 10d | 10d | 28NOV08 | 11DEC08 | | |
| 15930 | Install all Door Hardware | 10d | 10d | 28NOV08 | 12DEC08 | | |
| 15940 | Final touch up/clean up/2nd floor | 10d | 10d | 28NOV08 | 13DEC08 | | |
| 15950 | Install all Carpet/ Touch up paint | 5d | 5d | 28NOV08 | 22DEC08 | | |
| 15960 | Final inspections/2nd floor | 5d | 5d | 11DEC08 | 23DEC08 | | |
| 15870 | Install window backs, 3rd floor | 5d | 5d | 27SEP08 | 03OCT08 | | |
| 15980 | Caulk 3rd floor bath both sides | 5d | 5d | 27SEP08 | 03OCT08 | | |
| 15850 | Install windows on 3rd floor | 3d | 3d | 03SEP08 | 10OCT08 | | |
| 16000 | Install interior wall framing on 3rd floor | 10d | 10d | 02OCT08 | 16OCT08 | | |
| 16010 | Rough wall and ceiling electric,3rd floor | 10d | 10d | 02OCT08 | 15OCT08 | | |
| 16010 | rough in HVAC, 3rd floor | 10d | 10d | 02OCT08 | 13OCT08 | | |
| 16020 | Rough wall plumbing 3rd floor | 10d | 10d | 02OCT08 | 13OCT08 | | |
| 16030 | Wall close in inspections, 3rd floor | 5d | 5d | 17OCT08 | 22OCT08 | | |
| 15840 | Hang all drywall, 3rd floor | 10d | 10d | 24OCT08 | 06NOV08 | | |

| Start date | 18JUL05 |
|---|---|
| Finish date | 07MAY07 |
| Data date | 18JUL05 |
| Run date | 24JUN05 |
| Page number | 7A |

© Primavera Systems, Inc.

Initial

Initial

**Coastal Condominiums**
**VILLA LAGO CONTRACT EXHIBIT " K"**

Legend:
- Early bar
- Progress bar
- Critical bar
- Summary bar
- ◆ Start milestone point
- ◆ Finish milestone point

PD000633

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 16050 | Tape block, finish, sand 3rd floor | 10d | 10d | 22OCT06 | 07NOV06 | | |
| 16060 | Install all doors/frames/trim 3rd floor | 10d | 10d | 07NOV06 | 26NOV06 | | |
| 16070 | Prime paint 3rd floor | 10d | 10d | 09NOV06 | 21NOV06 | | |
| 16080 | Point up 3rd floor | 10d | 10d | 09NOV06 | 22NOV06 | | |
| 16090 | First Paint 3rd floor | 10d | 10d | 13NOV06 | 24NOV06 | | |
| 16100 | Install Ceramic flooring/ bathrooms/3rd floor | 10d | 10d | 16NOV06 | 28NOV06 | | |
| 16110 | Install Kitchen cabinets/vanities/3rd floor | 10d | 11d | 17NOV06 | 07DEC06 | | |
| 16120 | Install Kitchen counter tops/vanities, 3rd | 10d | 11d | 21NOV06 | 11DEC06 | | |
| 16130 | Final trim on Plumbing 3rd floor | 5d | 5d | 22NOV06 | 28NOV06 | | |
| 16140 | Final first floor electrical trim/3rd floor | 5d | 5d | 23NOV06 | 28NOV06 | | |
| 16150 | Final 3rd floor plumbing/ sprinkler trim | 10d | 10d | 24NOV06 | 07DEC06 | | |
| 16160 | Appliance installation/3rd floor | 5d | 5d | 28NOV06 | 04DEC06 | | |
| 16170 | Install all Door Hardware 3Rd floor | 10d | 10d | 30NOV06 | 12DEC06 | | |
| 16180 | Final touch up/clean up/3rd floor | 5d | 5d | 30NOV06 | 06DEC06 | | |
| 16190 | Install all Carpet/ Touch up paint 3rd floor | 10d | 10d | 30NOV06 | 13DEC06 | | |
| 16200 | Final Inspections/3rd floor | 5d | 5d | 07DEC06 | 13DEC06 | | |
| 16210 | Install window bucks, 4th floor | 5d | 5d | 29SEP06 | 05OCT06 | | |
| 16220 | Caulk 4th floor buck, both sides | 8d | 8d | 02OCT06 | 12OCT06 | | |
| 16230 | Install windows on 4th floor | 5d | 5d | 03OCT06 | 09OCT06 | | |
| 16240 | Install interior/ rebar framing on 4th floor | 10d | 10d | 04OCT06 | 17OCT06 | | |
| 16250 | Rough void and ceiling electric,4th floor | 10d | 10d | 05OCT06 | 18OCT06 | | |
| 16260 | Rough in HVAC, 4th floor | 10d | 10d | 06OCT06 | 19OCT06 | | |
| 16270 | Rough/wall plumbing 4th floor | 10d | 10d | 06OCT06 | 19OCT06 | | |
| 16280 | Wall close in inspections, 4th floor | 2d | 2d | 20OCT06 | 22OCT06 | | |
| 16290 | Hang all drywall, 4th floor | 10d | 10d | 23OCT06 | 09NOV06 | | |
| 16300 | Tape block, finish, sand 4th floor | 10d | 10d | 25OCT06 | 07NOV06 | | |
| 16310 | Install all doors/frames/trim 4th floor | 10d | 10d | 17NOV06 | 22NOV06 | | |
| 16320 | Install elevator cabs | 30d | 30d | 25OCT06 | 05DEC06 | | |
| 16330 | Final Elevator Inspections | 5d | 5d | 18NOV06 | 05DEC06 | | |
| 16340 | Prime paint 4th floor | 10d | 10d | 13NOV06 | 24NOV06 | | |
| 16350 | Point up 4th floor | 10d | 10d | 23NOV06 | 29NOV06 | | |
| 16360 | First Paint 4th floor | 10d | 10d | 17NOV06 | 30NOV06 | | |
| 16370 | Install Ceramic flooring/ bathrooms/4th floor | 10d | 10d | 21NOV06 | 13DEC06 | | |
| 16380 | Install Kitchen cabinets/vanities/4th floor | 15d | 15d | 23NOV06 | 13DEC06 | | |
| 16390 | Install Kitchen counter tops/vanities, 4th floor | 15d | 15d | 27NOV06 | 15DEC06 | | |
| 16400 | Final trim on Plumbing 4th floor | 5d | 5d | 04DEC06 | 08DEC06 | | |
| 16410 | Final first floor electrical trim/4th floor | 5d | 5d | 06DEC06 | 12DEC06 | | |
| 16420 | Final 4th floor plumbing/ sprinkler trim | 10d | 10d | 08DEC06 | 21DEC06 | | |
| 16430 | Appliance installation/4th floor | 5d | 5d | 12DEC06 | 18DEC06 | | |
| 16440 | Install all Door Hardware/4th floor | 10d | 10d | 14DEC06 | 28DEC06 | | |
| 16450 | Final touch up/clean up/4th floor | 5d | 5d | 19DEC06 | 21DEC06 | | |
| 16460 | Install all Carpet/ Touch up paint 4th floor | 10d | 10d | 19DEC06 | 21DEC06 | | |
| 16470 | Final Inspections 4th floor | 5d | 5d | 05JAN07 | 11JAN07 | | |
| 16480 | Install window bucks, 5th floor | 5d | 5d | 08OCT06 | 12OCT06 | | |

| | |
|---|---|
| Start date | 16JUL05 |
| Finish date | 07MAY07 |
| Data date | 16JUL06 |
| Run date | 24JUN05 |
| Page number | 5A |

© Primavera Systems, Inc.

Initial

Initial

(18)

Legend: Early bar — Progress bar — Critical bar — Summary bar — ◆ Start milestone point — ◆ Finish milestone point

Coastal Condominiums
VILLA LAGO CONTRACT EXHIBIT "K"

PD000634

PD000635

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|
| 16480 | Caulk 5th floor brick, both sides | 5d | 5d | 05OCT06 | 13OCT06 | | |
| 16500 | Install windows out 5th floor | 5d | 5d | 10OCT06 | 16OCT06 | | |
| 16510 | Install interior wall framing on 5th floor | 10d | 10d | 11OCT06 | 24OCT06 | | |
| 16520 | Rough wall and ceiling electric, 5th floor | 10d | 10d | 11OCT06 | 25OCT06 | | |
| 16530 | Rough in HVAC, 5th floor | 10d | 10d | 13OCT06 | 26OCT06 | | |
| 16540 | Rough wall plumbing 5th floor | 10d | 10d | 13OCT06 | 26OCT06 | | |
| 16560 | Wall close in inspections, 5th floor | 2d | 2d | 27OCT06 | 30OCT06 | | |
| 16550 | Hang all drywall, 5th floor | 10d | 10d | 31OCT06 | 13NOV06 | | |
| 16570 | Tape, block, finish, sand 5th floor | 10d | 10d | 02NOV06 | 15NOV06 | | |
| 16580 | Install all doors/frames/hdw/ 5th floor | 10d | 10d | 17NOV06 | 30NOV06 | | |
| 16590 | Install elevator cabs | 20d | 20d | 02NOV06 | 29NOV06 | | |
| 16600 | Final Elevator inspections | 5d | 5d | 30NOV06 | 06DEC06 | | |
| 16610 | Prime paint 5th floor | 10d | 10d | 21NOV06 | 04DEC06 | | |
| 16620 | Point up 5th floor | 10d | 10d | 28NOV06 | 08DEC06 | | |
| 16630 | Final Paint 5th floor | 10d | 10d | 27NOV06 | 08DEC06 | | |
| 16640 | Install Ceramic floor/top bathrooms/5th floor | 10d | 10d | 29NOV06 | 12DEC06 | | |
| 16650 | Install Kitchen cabinets/vanities/5th floor | 15d | 15d | 01DEC06 | 21DEC06 | | |
| 16660 | Install Kitchen counter tops/vanities, 5th floor | 15d | 15d | 05DEC06 | 26DEC06 | | |
| 16670 | Final trim on Plumbing 5th floor | 10d | 10d | 12DEC06 | 26DEC06 | | |
| 16680 | Final first floor electrical trim/5th floor | 10d | 10d | 14DEC06 | 28DEC06 | | |
| 16690 | Final 5th floor plumbing/ sprinkler trim | 5d | 5d | 02DEC06 | 22DEC06 | | |
| 16700 | Appliance installation/5th floor | 5d | 5d | 20DEC06 | 27DEC06 | | |
| 16710 | Install all Door Hardware/5th floor | 5d | 5d | 22DEC06 | 28DEC06 | | |
| 16720 | Final touch up/clean up/5th floor | 5d | 5d | 26DEC06 | 29DEC06 | | |
| 16730 | Install all Carpet/ Touch up paint 5th floor | 10d | 10d | 28DEC06 | 11JAN07 | | |
| 16740 | Final inspections, 5th floor | 2d | 2d | 18JAN07 | 18JAN07 | | |
| 16750 | Install window books, 6th floor | 5d | 5d | 18OCT06 | 19OCT06 | | |
| 16760 | Caulk 6th floor brick both sides | 5d | 5d | 18OCT06 | 20OCT06 | | |
| 16770 | Install windows on 6th floor | 5d | 5d | 17OCT06 | 23OCT06 | | |
| 16780 | Install interior wall framing on 6th floor | 10d | 10d | 18OCT06 | 31OCT06 | | |
| 16790 | Rough wall and ceiling electric, 6th floor | 10d | 10d | 18OCT06 | 01NOV06 | | |
| 16800 | Rough in HVAC, 6th floor | 10d | 10d | 20OCT06 | 02NOV06 | | |
| 16810 | Rough wall plumbing 6th floor | 10d | 10d | 20OCT06 | 02NOV06 | | |
| 16820 | Wall close in inspections, 6th floor | 2d | 2d | 03NOV06 | 06NOV06 | | |
| 16830 | Hang all drywall, 6th floor | 10d | 10d | 07NOV06 | 20NOV06 | | |
| 16840 | Tape, block, finish, sand 6th floor | 10d | 10d | 09NOV06 | 22NOV06 | | |
| 16850 | Install all doors/frames/hdw 6th floor | 10d | 10d | 24NOV06 | 07DEC06 | | |
| 16860 | Install elevator cabs | 30d | 30d | 08NOV06 | 20DEC06 | | |
| 16870 | Final Elevator inspections | 5d | 5d | 21DEC06 | 28DEC06 | | |
| 16880 | Prime paint 6th floor | 5d | 5d | 28NOV06 | 04DEC06 | | |
| 16890 | Point up 6th floor | 5d | 5d | 30NOV06 | 06DEC06 | | |
| 16900 | Final Paint 6th floor | 5d | 5d | 04DEC06 | 08DEC06 | | |
| 16910 | Install Ceramic floor/top bedrooms/6th floor | 5d | 5d | 06DEC06 | 12DEC06 | | |
| 16920 | Install Kitchen cabinets/vanities/6th floor | 10d | 10d | 08DEC06 | 21DEC06 | | |

Start date 18JUL05
Finish date 07MAY07
Data date 18JUL05
Run date 24JUN05
Page number 8A
© Primavera Systems, Inc.

Coastal Condominiums
VILLA LAGO CONTRACT EXHIBIT "K"

Initial
Initial

Legend:
- Early bar
- Progress bar
- Critical bar
- Summary bar
- ◆ Start milestone point
- ◆ Finish milestone point

**Exhibit "C"**

| Act. ID | Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | Actual Start | Actual Finish |
|---|---|---|---|---|---|---|---|---|
| 16930 | Install kitchen counter tops/vanities, 6th floor | 10d | 10d | | 12DEC06 | 22DEC06 | | |
| 16940 | Final trim on Plumbing 6th floor | 10d | 10d | | 10DEC06 | 19DEC06 | | |
| 16950 | Final 6st floor electrical trim/6th floor | 10d | 10d | | 21DEC06 | 05JAN07 | | |
| 16960 | Final 6th floor plumbing/ sprinkler trim | 10d | 10d | | 28DEC06 | 08JAN07 | | |
| 16970 | Appliance installation/6th floor | 5d | 5d | | 28DEC06 | 04JAN07 | | |
| 16980 | Install all Door Hardware/6th floor | 10d | 10d | | 02JAN07 | 15JAN07 | | |
| 16990 | Final touch up/clean up 6th floor | 10d | 10d | | 03JAN07 | 16JAN07 | | |
| 17000 | Install all Carpet/ Touch up paint 6th floor | 10d | 10d | | 03JAN07 | 18JAN07 | | |
| 17010 | Final Inspections 6th floor | 10d | 10d | | 22JAN07 | 02FEB07 | | |
| 17020 | Certificate of Occupancy | 22d | 22d | | 05FEB07 | 05MAR07 | | |
| 20008 | CLUBHOUSE AND POOL | 455d | 455d | | 16JUL05 | 07MAY07 | | |
| 20020 | Survey & Layout building footings | 2d | 4d | | 18AUG05 | 21AUG06 | | |
| 20040 | Install form boards/ Dig the pool | 5d | 5d | | 21AUG05 | 28AUG06 | | |
| 20060 | Dig footings | 2d | 2d | | 22AUG06 | 29AUG06 | | |
| 20080 | Install Rebar/ Form pool | 2d | 2d | | 29AUG06 | 04SEP06 | | |
| 20100 | Form Board Survey | 2d | 2d | | 05SEP06 | 05SEP06 | | |
| 20120 | Footing Inspections | 2d | 2d | | 05SEP06 | 05SEP06 | | |
| 20140 | Pour footings/ Shoot the pool | 3d | 3d | | 07SEP06 | 11SEP06 | | |
| 20160 | layout exterior walls | 2d | 2d | | 12SEP06 | 13SEP06 | | |
| 20180 | First floor walls/ Pool tile | 10d | 10d | | 14SEP06 | 27SEP06 | | |
| 20200 | Roof Deck | 15d | 15d | | 28SEP06 | 18OCT06 | | |
| 20220 | Set Trusses | 15d | 15d | | 29SEP06 | 27OCT06 | | |
| 20240 | Install the roof | 10d | 10d | | 09OCT06 | 27OCT06 | | |
| 20260 | Install the windows/ Pool Plumbing | 6d | 6d | | 11OCT06 | 17OCT06 | | |
| 20280 | Install all exterior trim | 5d | 5d | | 19OCT06 | 24OCT06 | | |
| 20300 | Brown Coat stucco | 7d | 7d | | 26OCT06 | 02NOV06 | | |
| 20320 | Final stucco/ Pool deck | 7d | 7d | | 03NOV06 | 13NOV06 | | |
| 20340 | Prime Paint exterior of building | 5d | 5d | | 14NOV06 | 20NOV06 | | |
| 20360 | Tie in exterior site utilities | 5d | 5d | | 14NOV06 | 27NOV06 | | |
| 20380 | Rough in fire sprinklers | 10d | 10d | | 14NOV06 | 27NOV06 | | |
| 20401 | Install all exterior concrete pads | 1d | 1d | | 28NOV06 | 28NOV06 | | |
| 20420 | Install window blinds, first floor | 2d | 2d | | 29NOV06 | 30NOV06 | | |
| 20440 | Caulk first floor buck, both sides | 2d | 2d | | 30NOV06 | 01DEC06 | | |
| 20460 | Install windows on first floor | 5d | 5d | | 01DEC06 | 07DEC06 | | |
| 20480 | Install interior wall framing on first floor | 7d | 7d | | 01DEC06 | 11DEC06 | | |
| 20500 | Rough wall and ceiling electric, first floor | 6d | 6d | | 06DEC06 | 11DEC06 | | |
| 20520 | Rough in HVAC, first floor | 6d | 6d | | 06DEC06 | 11DEC06 | | |
| 20540 | Rough wall plumbing first floor | 6d | 6d | | 06DEC06 | 11DEC06 | | |
| 20560 | Wall close in inspections, first floor | 2d | 2d | | 13DEC06 | 14DEC06 | | |
| 20580 | Hang all drywall, first floor | 6d | 6d | | 18DEC06 | 21DEC06 | | |
| 20600 | Tape block, finish, sand first floor | 6d | 6d | | 22DEC06 | 29DEC06 | | |
| 20620 | Install all doors/frames/trim/ first floor | 6d | 6d | | 27DEC06 | 29DEC06 | | |
| 20640 | Prime paint first floor | 2d | 2d | | 28DEC06 | 02JAN07 | | |
| 20660 | Point up first floor | | | | | | | |



Gantt chart / bar schedule (right portion of sheet).

| Start date | 16JUL05 |
|---|---|
| Finish date | 07MAY07 |
| Data date | 16JUL05 |
| Run date | 24JUN05 |
| Page number | 10A |

© Primavera Systems, Inc.

Initial ___
Initial ___

**Legend:**
- ▬ Early bar
- ▬ Progress bar
- ▬ Critical bar
- ▬ Summary bar
- ◆ Start milestone point
- ◆ Finish milestone point

**Coastal Condominiums**
**VILLA LAGO CONTRACT EXHIBIT "K"**

PD000636

Coastal Condominiums
VILLA LAGO CONTRACT EXHIBIT "K"

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish |
|---|---|---|---|---|---|
| 20680 | Final Finish first floor | 5d | 5d | 02JAN07 | 08JAN07 |
| 20710 | Install Ceramic flooring/ bathrooms/first floor | 4d | 4d | 09JAN07 | 12JAN07 |
| 20720 | Install kitchen cabinets/vanities/first floor | 2d | 2d | 15JAN07 | 16JAN07 |
| 20740 | Install Kitchen counter tops/Bath vanities | 2d | 2d | 17JAN07 | 18JAN07 |
| 20760 | Final trim on Plumbing first floor | 2d | 2d | 19JAN07 | 22JAN07 |
| 20780 | Final final floor electrical trim/first floor | 2d | 2d | 22JAN07 | 23JAN07 |
| 20800 | Final First floor plumbing/ sprinkler trim | 2d | 2d | 23JAN07 | 24JAN07 |
| 20900 | Appliances install/dishes/first floor | 1d | 1d | 31JAN07 | 31JAN07 |
| 20940 | Install all door hardware | 2d | 2d | 02FEB07 | 05FEB07 |
| 20960 | Final touch up/clean up/first floor | 3d | 3d | 01FEB07 | 05FEB07 |
| 20980 | Final inspections/first floor | 3d | 3d | 06FEB07 | 08FEB07 |
| 20900 | Carpet/ first touch up | 3d | 3d | 07FEB07 | 09FEB07 |
| 20910 | Marble the Pool and FB | 2d | 2d | 12FEB07 | 13FEB07 |
| 20920 | Final Inspection/ C of O | 1d | 1d | 14FEB07 | 14FEB07 |
| 20930 | GARAGE | 498d | 498d | 18JUL05 | 07MAY07 |
| 20940 | Garage Grading | 1d | 1d | 11JUL05 | 11JUL05 |
| 20950 | Garage Footings | 10d | 10d | 12JUL05 | 25JUL05 |
| 20960 | Garage walls, floors, columns & Beams | 35d | 35d | 26JUL05 | 12SEP05 |
| 20970 | Barrier Cable | 5d | 5d | 13SEP05 | 22SEP05 |
| 20980 | Garage MEP's | 45d | 45d | 13SEP05 | 14NOV05 |
| 20990 | Striping & bumper Blocks | 10d | 10d | 15NOV05 | 28NOV05 |
| 21900 | Garage C of O | 5d | 5d | 29NOV05 | 05DEC05 |

Legend: Early bar, Progress bar, Critical bar, Summary bar, ◆ Start milestone point, ◆ Finish milestone point

| | |
|---|---|
| Start date | 19JUL05 |
| Finish date | 07MAY07 |
| Data date | 18JUL05 |
| Run date | 24JUN05 |
| Page number | 11A |

© Primavera Systems, Inc.

Initial
Initial

CK

PD000637

# EXHIBIT "D"
## SUPPLEMENT TERMS AND CONDITIONS
### Villa Lago at Renaissance Commons - Project No: 04-5581

### A.   Project Policies and Administration

1. It is understood and agreed that each Subcontractor will be connected to the Project via an internet address and/or facsimile copier and that information sent and identified as received (or complete) will have the same status as mailed correspondence. Legal information and formal notices will not be delivered via e-mail.

2. Each Subcontractor's jobsite supervisor shall have a Nextel telephone/radio set up to communicate with all Project participants.

3. In addition to Article 5.9, the Subcontractors' Superintendent must have an extensive knowledge of the work, be able to effectively communicate in English with the Contractor's staff, have a complete set of current Contract Documents, all approved shop drawings associated with the work, and a copy of this Subcontract Agreement at the jobsite at all times.  The resume of the superintendent and the project manager shall be submitted to Contractor for review and approval prior to the assignment of the jobsite.  Contractor reserves the right to remove from the project site, at no cost to Contractor or without affecting the Subcontractor's responsibility to maintain the schedule, any personnel objectionable to the Owner, Architect or Contractor.  This includes Subcontractor's supervisory personnel.  Any change in supervision initiated by the Subcontractor must be in writing to Contractor prior to the change taking effect.

4. Subcontractor's representative shall attend weekly jobsite meetings each Monday at 2:00 p.m. At the meeting, each Subcontractor shall present current and future needs including coordination requirements, time, sequences, deliveries, access, site utilization, design problems, etc... Attendance at the weekly subcontractor meeting is mandatory.  There will be a $150.00 fine imposed for any subcontractor that misses the meeting without prior consent of the project manager or general superintendent.

5. Subcontractor's Superintendent or Foreman shall report to the Contractor's Superintendent prior to commencing work on the project, and report again after absence from the project to advise Contractor's Superintendent of the particular phase of work Subcontractor is about to perform.

6. Subcontractor shall complete Contractor's daily report forms at the end of each workday and submit to the Contractor no later than 10:00 a.m. the following day.

7. Jobsite work hours shall be Monday through Friday, 7:00 am. to 5:00 pm. Saturday 8:00am to 3:00 pm for focused work activities, make–up rain days or when a subcontractor is behind schedule.

8. Subcontractor's crew will not be allowed to utilize the Contractor's office equipment and/or phone except in an emergency.

9. Contractor will designate an area in the construction Field Office for punchlist.  Subcontractor must report to the field office every morning no later than 7:30 a.m.  Punchlist must be completed, initialed, and returned within a 24-hour period of time.

10. The Subcontractor shall take particular care to locate and store all heavy material and equipment on floor areas in a manner acceptable to the Structural Engineer, Architect, and Contractor.

Page 1 of 5
Initial: JE
Initial:

PD000617

11. The placement and storage of materials required for this work shall be under strict guidance and approval of the Contractor's Superintendent. Subcontractor shall not restrict the flow of traffic into or around the project site. If materials are required to be relocated, Subcontractor shall provide labor/equipment to relocate material to new location designated by the Project Superintendent at no additional cost.

12. Subcontractor shall take every precaution in the protection of all structures, streets, sidewalks, materials and work of other Subcontractors. Damage caused by this Subcontractor shall be corrected at no cost to the Contractor. Subcontractor shall protect their work, which is likely to be damaged by the elements or by other trades working in the area.

13. The Subcontractor recognizes that the concrete slab is the finished floor product and that it may not receive floor covering. The Subcontractor agrees to take all precautions and provide all protection necessary to ensure that the concrete floor will not be marked, spotted, stained or damaged in any way from Subcontractor's operations. This includes drop cloths to protect from paint, drywall compound, etc., "diapering" engines, differentials, transmissions and other equipment and machinery components with the potential to leak oils and fluids, "boots" on rubber-tired equipment if tires are leaving marks on the floor, prohibiting the use of layout marking material that will permanently mark the slab.

14. Deliveries must be scheduled a minimum of 24 hours in advance with the Contractor's Superintendent. Subcontractor's representative must be on-site to accept, unload, handle, store, protect, and coordinate deliveries. Unscheduled deliveries may be refused. Material must be scheduled to arrive just prior to incorporation into the work. Any storage duration longer than seven (7) calendar days will only be allowed if approved by the Contractor.

15. Locate, verify, and safeguard utilities. If this Subcontractor's work requires digging, this Subcontractor is responsible for contacting the utility locating service prior to digging to locate and verify all utilities. Any and all conflicts with existing utilities shall be reported to the Contractor. Subcontractor shall take the necessary precautions to safeguard all existing structure and utilities. The location of existing utilities shown on these plans is approximate only and is based on survey and as-builts information. Additional utilities may exist which are not shown on these plans. Subcontractor is solely responsible for damages he creates to existing utilities (overhead or underground and roadways) and such damage will be repaired at the Subcontractor's expense.

16. The Subcontractor agrees to fully comply with the General Contractor's project clean up policy. In addition to Article 5.2, the Subcontractor shall provide labor for a composite clean-up crew in proportion to their manpower on the project on a weekly basis, or as directed by the Superintendent. One person per every ten people or portion thereof. If Subcontractor does not perform composite or regular clean-up within the given time frame, the Contractor shall have the right to perform these services for which Subcontractor agrees to reimburse Contractor at $30/per hour per person.

17. Work the Contractor performs for the Subcontractors shall be deducted from the Contract at the rate of $25.00/hour for carpentry and concrete forming labor and $20.00/hour for general labor without any allowance for overhead and profit.

PD000618

18. In addition to Article 6.3.2, Subcontractor agrees that at any time a backcharge situation arises against another Subcontractor, that the backcharge will be resolved between affected Subcontractors. If the situation cannot be resolved between Subcontractors first, then all affected parties shall meet with the Contractor in an effort to determine a mutually acceptable solution.

19. Extra work tickets will not be honored unless signed by Contractor's Superintendent or Project Manager within 24 hours of the date of the performance of the extra work. Please note that the Superintendent is signing to verify the actual time and material only and in no way approving the cost of work or that such work is a change in the contract sum.

20. All Applications for Payments as per Article 4 of the Subcontract Agreement are to be sent to the Jobsite for processing.

21. ~~Escalation costs applicable to all labor and materials necessary for the completion of the work are included in the contract price.~~

22. It is the responsibility of any Subcontractor requiring welding machines to provide generators at the Subcontractor's expense, or arrange with the electrician to provide power to the electric welders.

23. This Subcontractor is responsible for removing all soil and other debris deposited in streets and/or other paved areas (garage, walks, ramps, etc.) or into the building by its employee vehicles, lower tier subcontractor, suppliers, or their vehicles.

24. All visitors to the jobsite must check in at the Contractor's office prior to entering the Project worksite.

25. All Subcontractors' personnel will conduct themselves appropriately without disturbing the adjacent property and public streets. Each Subcontractor is responsible for the conduct of their personnel.

26. In the event of a hurricane warning, the Subcontractor will be prepared to act according to the Contractor's in place Hurricane Plan and remove any and all material related to its' scope of work from the job as deemed necessary by the Contractor.

27. Subcontractor shall provide drinking water and ice for their employees.

28. Smoking is prohibited in the building.

29. All breaks and lunches will be taken in the Contractor's designated areas.

30. No pets are permitted on the jobsite.

31. Workers of the subcontractor are not permitted to enter, walk through, or loiter on or around the finished phases of the property. Workers are confined to the designated parking and work areas.

**B.**   **Safety**

1.  The Subcontractors work at a minimum shall specifically comply with the Federal Occupational Safety and Health Act (OSHA) and Contractor's Safety Manual.

2.  Unsafe Conditions. The Subcontractor is not required to work under any unsafe conditions and shall immediately report such unsafe conditions to the Contractor. Anyone consuming or possessing intoxicants or narcotics while on duty on the project, shall be immediately removed from the site.

3.  Unsafe Acts. Employees of the Subcontractor involved in horseplay, fist fights, unsafe acts, whistling, yelling at the public, or obscene gestures will be required to immediately leave the site. Tampering with or unauthorized removal of fire extinguishers from assigned locations is prohibited.

4.  Reporting Injuries. The Subcontractor shall immediately report every injury including those of a minor nature within the time frame of Article 5.14. The Subcontractor shall provide a written report of all accidents, which require onsite or offsite medical assistance.

5.  Personal Protective Equipment. The Subcontractor shall provide personal protective equipment for all its employees. This equipment shall comply with OSHA Act 1926, Subpart E, as amended. This includes, but is not necessarily limited to the following:

    5.1. Hardhats. The Subcontractor's workers, supervisors, clients and visitors must wear hardhats at all times. At the discretion of the Contractor, hard hats may be removed after the installation of finished ceiling materials.
    5.2. Eye Protection. The Subcontractor's workers, supervisors, clients and visitors must wear safety glasses with side shields (meeting ANSI Z87.1-1989 standards) at ALL times. Jobsite offices are excluded. Additional forms of eye protection will be required as prescribed by OSHA standards. If requested, Contractor will provide safety glasses at a cost of $15.00 each to Subcontractor's employees who arrive without safety glasses. The Subcontractor agrees to this cost.
    5.3. Clothes. The Subcontractor's workers, supervisors, clients, and visitors must wear clothes suited to the job. At a minimum, shirts with 6" sleeves, hard-soled shoes (no tennis shoes), long trousers (no sweat pants), and gloves are required. No dangling or loose clothing or jewelry should be worn around moving machinery.
    5.4. Body Harness. The Subcontractor's workers, supervisors, clients, and visitors must wear a full body harness and lanyard when exposed to falls greater than six feet (including while working on aerial lifts, Baker, and Perry type scaffolds). Additional requirements per OSHA Standard 1926 Subpart M will be enforced.

6.  Fall Protection. The Subcontractor shall provide a guardrail system, safety net system, or personal fall arrest system for leading edges of 6'-0" or more above lower levels.

7.  Barricades. At no time are Subcontractors to remove guardrails. If the Subcontractor does remove or damage any safety rail or other safety item for any reason, the Subcontractor shall notify Contractor prior to removal. Subcontractor shall be responsible to immediately reinstall or repair the safety rail, or any safety item, in accordance with standards acceptable to Contractor.

Page 4 of 5
Initial: ____
Initial: ____

PD000620

8. Hazard Communication. The Subcontractor shall furnish MSDS's for all hazardous materials to the Contractor prior to delivery of the material to the site. Copies will be kept at Contractor's jobsite trailer and available for review by all jobsite personnel.

9. Equipment Operation. Employees of Subcontractor shall not operate or ride any trucks, loaders, backhoes, or other equipment unless specifically authorized to do so.

10. Radios. Employees of Subcontractor shall not play radios except 2-way radios for jobsite communication.

11. Safety Meetings. The Subcontractor shall conduct weekly safety meetings and provide written attendance and discussion documentation to the Contractor or attend Contractor's weekly safety meetings.

12. Ventilation. The Subcontractor shall provide proper ventilation when using gas-powered equipment.

13. Competent Person. The Subcontractor shall identify in writing on Company letterhead the competent persons as required by OSHA Act 1926, and at least one (1) person certified in CPR, First Aid, and OSHA (10-hour course minimum) with copies of certifications. These competent persons shall report to Contractor prior to starting work and are required to be onsite at all times during the performance of the Work.

14. First Aid. The Subcontractor shall provide first aid kits and employee certified in first aid on site at all times during the performance of the Work.

15. Cranes. Cranes provided by the Subcontractor shall have posted in the cab a complete annual inspection report, maintenance program per the manufacturer's specifications and list of hand signals.

16. GFI Protection. Subcontractor shall provide GFI protection for all cords used by Subcontractor on the Project site.

H:\Current Projects\Villa Lago\Exhibits\EXHIBIT D - Jobsite Cond.doc

PD000621



# QUALIFICATIONS & ASSUMPTIONS
## SUBCONTRACT EXHIBIT E
### Villa Lago
### Boynton Beach, Florida

### June 23, 2005

## II. DIVISION 2 – SITE WORK

A. All Site Work shall be provided by the Owner including but not necessarily limited to the following:

1. Site Demolition: Demolition, removal, and off site disposal of existing above grade site improvements such as curbs, sidewalks, asphalt paving, brick pavers, concrete paving, and other such site improvements as indicated in the drawings and as needed to accommodate the new construction.

2. All Earthwork & Building Pad Preparation including Preparation of the Sub-grade to 12.17 Elevation, Stockpiling and removal of Fill Material around the perimeter of the building area as needed for use by the Concrete Subcontractor for Backfilling of the building pad area up to the Bottom of Slab Elevation, Removal of Excess Stockpiled Fill Material, and Preparation of an Equipment Pathway approximately 20' wide around the perimeter of the building area.

3. Temporary and Permanent Road Bed Preparation, Maintenance, Restoration, Removal, and Final Preparation prior to paving.

4. Site Utilities extending up to 10' away from the Building including Domestic Water, Fire Water, Sanitary Sewers, Storm Sewers, Gas Piping, and all Backflow Presenters, Fire Department Connections, Post Indicator Valves, etc. All City of Boynton Beach or Palm Beach County water connections shall be by the Owner. The General Contractor and affected Subcontractors shall extend the Building Utilities to 10' outside of the building and make the final connections. Oil and sand separators shall be furnished and installed by the Owner if required.

5. Storm Drainage extending up to 10' outside of the Building is the responsibility of the Owner.

6. Curbs, Sidewalks outside the building envelope, Steps, Ramps, & Pavers, except for Pool Deck Areas and Parking Garage Entrances, which shall be furnished and installed, as enumerated in the contract documents affixed hereto, by the General Contractor. All other requirements are by the Owner.

Sub Initial

PD000638

7. Asphalt Paving, Site Striping, Site Wheel Stops, & Site Signage are by the Owner, except as enumerated in the allowance schedule or clearly described in the schedule of values.

8. Landscaping, Irrigation Systems, & Water Supply for such.

9. Hardscape Walls inside the Pool & Fountain Courtyard areas as shown on the Plumbing Plans. Note: Hardscape Walls are shown but not detailed on the Plumbing Plans and are not shown on the Architectural Plans and thus are excluded from this Proposal.

10. All Site Lighting is excluded.

11. Site Fountains are excluded, except for Fountains inside the Pool & Courtyard areas which shall be provided by the General Contractor.

12. Final Utility Connections and Storm Connections to the buildings shall be the responsibility of the General Contractor and affected Subcontractors.

B. Earth Work:

1. Site Preparation: The Building Pad, Road Beds, Sidewalk Beds, and Other Site Areas will be prepared and certified by the Owner or others prior to the start of our work on this project. These areas shall be prepared according to the following parameters:

2. Building Pads: The building pad subgrade shall be prepared by the Owner to an elevation of 12.17 and graded to a tolerance of plus or minus $1/10^{th}$ Foot and compacted. The building pad should be overbuilt by 20' or more around the perimeter of the buildings to allow a level working surface and equipment pathway. It is assumed that the existing soils to be excavated for foundations and utilities are suitable and allowable for use as underslab building fill. The Owner shall Stockpile Suitable Fill Material around the perimeter of the building area as needed for use by the Concrete Subcontractor for Backfilling of the building pad area up to the Bottom of Slab Elevation and also Remove All Excess Stockpiled Fill Material.

3. Road Beds: Road beds shall be prepared and maintained by the Owner, as needed during construction for use as temporary roads. Final redressing, grading, and preparation immediately prior to and placement of asphalt paving shall also be by others.

4. Other Site Areas: Areas to receive landscaping should be prepared to an elevation suitable to allow for importing and placement of planting soil, sod, mulch, plantings, etc. Planting soil, sod, mulch, plantings, etc. are not included.

5. Excess or Borrowed Material: Excess excavated material shall be stockpiled adjacent to the building area in a location as mutually agreed with the Owner. Such material shall be removed, handled, distributed, graded, or otherwise utilized by the Owner or others at

Sub Initial

PD000639

a later date. Suitable fill material may be borrowed from a remote location on site as mutually agreed with the Owner.

6. Backfilling & Final Grading: Backfilling of foundation and utility excavations shall be performed by the General Contractor or his Subcontractors. Final backfilling and final grading around the exterior of the buildings and site shall be performed by the Owner's Earthwork Contractor.

7. Acceptance of Subgrade: Prior to the start of construction the prepared subgrade shall be inspected and randomly surveyed by the General Contractor or his Subcontractors. Prior to starting work the General Contractor shall notify the Owner of his acceptance of the subgrade as prepared or of any deficient areas. Deficient areas shall be promptly corrected by the Earthwork Contractor as requested and mutually agreed. The General Contractor or Subcontractors shall not unreasonably withhold acceptance of the subgrade and the Earthwork Contractor shall not unreasonably refuse to correct deficient areas of the subgrade. Owner's Surveyor and Geotechnical Engineer shall certify the building pad as being on grade and suitable for construction. Such certification shall be provided to the General Contractor.

8. Coordination: Owner, General Contractor, and Earthwork Contractor shall coordinate with each other regarding the sitework and subgrade preparation.

9. All fill materials needed for the project may be obtained from on site, **except road material**. All existing soils on site are assumed to be suitable for use as building fill and backfill material.

10. Excavated material from footings and utility trenches shall be used as fill material under slabs on grade and for backfill material in utility trenches.

11. Excavation and hauling off site of unsuitable or debris contaminated fill material is not included.

C. De-Watering:

1. All site dewatering is excluded, except for the dewatering allowance enumerated in Exhibit "C" Schedule of Allowances, based solely upon data received from the Owner regarding the Soils Report stating the existing water table and typical historic fluctuations are well below the typical bottom of footing elevation.

2. A Dewatering System is excluded for the Parking Garage Ramps or Shared Foundations or for any other areas.

3. An allowance for unforeseen dewatering, use by the Contractor is included in Exhibit "C", Schedule of Allowances, for use by the contractor, at contractor's sole discretion for dewatering,

Sub Initial

PD000640

D. Termite Treatment:

  1. All Interior Slab on Grade Areas shall receive Soil Pre-Treatment for Termites prior to placement of the Concrete Slab On Grade and shall include a 5 Year Limited Warranty provided by the Manufacturer.

  2. Protection for Formosan Termites is excluded.

E. Pavement Markings, Signage, & Precast Wheel Stops:

  1. Parking stall striping & pavement markings in the Parking Garages shall be one coat painted except where specifically indicated in the Plans as Thermoplastic. Site Parking Areas are specifically excluded.

  2. Precast concrete wheel stops are included as shown in the Architectural Plans for the Parking Garages. Site Parking Areas are specifically excluded.

  3. Wheel stops shall be epoxy anchored in lieu of doweled.

F. Temporary Sheet Piling:

  1. Temporary sheet piling is specifically excluded.

G. Monument Signs:

  1. Monument Sign Walls complete are included at the Club House and at the Southwest Corner of the Project Site as shown on Plan Sheet SP-3.

  2. Monument Sign Lighting is excluded.

  3. An Allowance is included as listed above for Monument Sign Dimensional Brass Lettering and Graphics.

  4. Sign Permits are specifically excluded.


## III.  DIVISION 3 - CONCRETE

A. Structural Concrete:

  1. All Concrete Work shall be provided in accordance with the Plans, Specifications, and Structural Plans except as designated herein.

  2. Galvanized Rebar and DCI Concrete Additives at the Balconies, Terraces, & Walkways or at any other areas are excluded.

Sub Initial

3.  All Concrete and Grout shall have a Compressive Strength as shown on the Structural drawings on sheet 5-3.2 general structural notes, as enumerated herein in the Plans. All Concrete & Grout Mix Designs shall conform to Standard Mix Designs that are readily available from Concrete Suppliers in close proximity to the Project.

4.  Precast Concrete for the Parking Garage Structure shall have a 1 Hour Fire Rating. 2 Hour Fire Ratings for the Parking Garage Structure or Precast Tees are specifically excluded.

5.  Pricing for Reinforcing Steel, Concrete, Block, and Formwork are included based on current market prices. The steel rebar is included for the project through December 31, 2005, and as long as the Owner will allow the Rebar steel to be purchased immediately and pay for stored material, of which such stored material will be covered under a separate insurance policy, there will be no price escalation unless the project is delayed by Owner. The Concrete and concrete Block in included through June 30, 2006. The stored material shall have a separate insurance policy. Anticipated escalation of materials pricing is specifically excluded.

6.  Slab Recesses for Exterior Block Walls are included as ¾" Deep as shown in the Architectural Plans. This may not be in compliance with recent Code Amendments and will require the Architect to obtain a Letter of Approval from the City Building Department before Coastal can proceed with construction according to this detail. Coastal does not make any representations as to the acceptability of this detail.

7.  The Structural Engineer's Rebar & Concrete Allowances are specifically excluded.

8.  Concrete Surface Cross Slopes at Balconies and Walkways shall be no less then 1/8" per foot, if the project is correctly drawn and dimensioned by the architect in such a manor to accommodate such slope. However, the 1/4" per foot Cross Slope requirement listed in the Plans can not be guaranteed and thus it is specifically excluded.

B.  Site Concrete:

1.  4" Thick Standard Concrete Sidewalks are included on the east & west sides of the paver area at the north Parking Garage Entrance, in the area between the Club House and the East Building, on the east side of the East Building, and at the connecting sidewalks leading from the buildings to the main sidewalks adjacent to the road. The main sidewalks and curbs adjacent to the roads are specifically excluded.

2.  Standard Color grey cement based pavers are included at the north and south Parking Garage Entrances. Pavers shall be installed using Sand Set Installation over a Lime rock Base. Standard Non Colored Concrete paver Retainer Bands are included in these areas.

3.  4" Thick Standard Concrete Flatwork is included for the Pool Decks and Walkways at the Club House and in the Courtyard areas only. Textured Pool Deck Toppings shall be

Sub Initial SB

PD000642

applied over these areas in a single color diagonal pattern with a minimum gridline to gridline dimension of 24" or greater.

4.  All Other Site Concrete work including but not limited to Curbs, Walks, Ramps, Stairs, and Pavers is excluded and shall be provided by the Owner.

5.  The GMP includes changing the beams over the sliding glass doors and windows to (4) #5's and no hoops as stated in Davis Brothers proposal. If this alternate is not acceptable, the cost to install the same as required is an additional $12,000.00 plus fee, insurance and general conditions and shall be added to the GMP. See attached detail # 1 submitted for approval April 2005.

6.  The GMP includes changing the RTB-3 at the pop ups on the roof to a double bond bean, delete the poured deck. If this alternate is not acceptable, the cost to install the same as required is an additional $21,300.00 plus fee, insurance and general conditions and shall be added to the GMP. See attached detail #2 submitted for approval April 2005.

7.  The GMP includes changing the RTB-3 at the stair towers and elevator shafts. Drop header at the opening. If this alternate is not acceptable, the cost to install the same as required is an additional $ 3,700.00 plus fee, insurance and general conditions and shall be added to the GMP. See attached detail # 3/ # 3A, submitted for approval April 2005.

8.  The GMP includes changing the parapet cap-1 beam to a single bond beam with (1) #5. If this alternate is not acceptable, the cost to install the same as required is an additional $ 3,800.00 plus fee, insurance and general conditions and shall be added to the GMP. See attached detail #4 submitted for approval April 2005.

9.  The GMP includes deleting the Dura-Wall, which, according to Davis Brothers is not required by Palm Beach County, Florida. If this alternate is not acceptable, the cost to install the same as required is an additional $ 20,900.00 plus fee, insurance and general conditions and shall be added to the GMP.

## IV.  DIVISION 4 - MASONRY

A. Concrete Block Masonry:

1.  Reinforced concrete block masonry is included utilizing High Strength CMU as indicated in the Plans for floors one, two and three only. All other areas are regular strength block. If this alternate is not acceptable, the cost to install the same as required is an additional $ 50,900.00 plus fee, insurance and general conditions and shall be added to the GMP.

2.  Exposed Block Walls in the Mechanical Rooms, Electrical Rooms, CATV Rooms, Security Rooms, and Elevator Equipment Rooms, Trash Rooms and Other Service and

Sub Initial JB

PD000643

Support areas shall have Mortar Joints Struck Flush, Floated, & Brushed. Tooled Joints, Stucco, or other Textures or Finish Preparations are excluded in these areas.

3. Vertical reinforcing bars & grout for CMU walls are included at 48" O. C.

4. An Allowance is included in Exhibit "C" Schedule of Allowances, for Additional Grouting beyond what is shown in the Plans per the Architect's suggestion for areas in the walls where the Vertical reinforcing bars & grout for CMU walls are included at 48" O. C.

5. Block Walls for Pool Equipment Rooms adjacent to the Parking Garage which are shown but not detailed on the Plumbing Plans are specifically excluded.

6. Slab Recesses for Exterior Block Walls are included as ¾" Deep as shown in the Architectural Plans. This may not be in compliance with recent Code Amendments and will require the Architect to obtain a Letter of Approval from the City Building Department before Coastal can proceed with construction according to this detail. Coastal does not make any representations as to the acceptability of this detail.

B. Architectural Precast Concrete:

1. An allowance as enumerated in Exhibit "C", Schedule of Allowances for all Architectural Precast Concrete.

2. Precast Concrete Columns are included at the exterior of the Club House at the Main Entrance and Terrace only.

3. Precast Concrete Columns, support of/and or Trellises are specifically excluded. These items are not detailed at the Pool & Fountain Courtyard areas as shown, but were shown on a background sheet on the plumbing plans.

4. Precast Concrete for Pools & Fountains are included within the Budget for Pools & Fountains.

5. Exterior Bands, Window Sills, and other Details shall be stucco over foam with a simulated keystone finish. Precast Concrete is excluded in these areas.

6. Precast Concrete Pier Caps are included at the Monument Sign Walls.

7. All Precast Concrete Details, Shapes, Colors, and Finishes shall be per the Manufacturer's Standards for Simulated Keystone.

Sub Initial

PD000644

## V.    DIVISION 5 - METALS

A.  Structural Steel:

    1.  All Steel Columns shall be shop primed. Galvanized Steel Columns are specifically excluded.

B.  Railings:

    1.  Stair, Balcony, & Terrace Railings shall be Aluminum with a Powder Coated or ESP Painted Finish.

    2.  Rail style, color and appearance shall be the same as approved on the San Raphael Shop drawings. Railings shall be core drilled installation.

    3.  Aluminum Fencing is included at the Monument Entrance Signs and around the Pool Deck area at the Club House only.

    4.  Standard 42" H Aluminum Picket Railings are included at the the Pool Courtyard Areas.

C.  Parking Garage Barrier Cables:

    1.  Galvanized Parking Garage Barrier Cables are included at the interior ramp walls only.

D.  Pool & Fountain Courtyard Trellises:

    1.  All Trellises and Supporting Columns which are shown but not detailed in the Architectural Plans and / or Plumbing Plans are specifically excluded.

E.  Miscellaneous Metals:

    1.  Steel Support Frames for the Vanity Counter Tops in the Pool Restrooms and Club House Restrooms if needed are considered to be included in the above listed Allowances for Counter Tops & Cabinets in such areas.

    2.  Stair Nosing is specifically excluded.

    3.  Steel Pipe Bollards or Steel Angle Column Corner Guards are excluded for the Parking Garages or any other areas.

    4.  Allowances are included as enumerated in Exhibit "C", Schedule of Allowances for Elevator Hoist Beams, Sill Angles, Pit Ladders, Sump Pit Covers, Expansion Joint Covers, Parapet Flashings, and Miscellaneous Flashings.

Sub Initial

F.  Stainless Steel:

 1.  Stainless Steel Flashings, Trims, Caps, Copings, Trash Chutes, Fasteners, Support Frames, Straps, Accessories, or any other type of Stainless Steel is excluded. Any such items shall be Galvanized Steel or Aluminum in an Appropriate Gauge or Finish as determined by the Contractor.

## VI. DIVISION 6 – CARPENTRY

A.  Rough Carpentry:

 1.  Pre Engineered Wood Roof Trusses at 24" O.C. with 5/8" Plywood Roof Sheathing shall be provided at the Club House only. Wood Roof Trusses shall utilize Standard Truss Grade Lumber and Standard Plywood Sheathing. Fire Treated or Pressure Treated Lumber or Plywood for the Roof Trusses and Sheathing are specifically excluded.

 2.  Light Gauge Metal Trusses at 48" O.C. with 5/8" Plywood Roof Sheathing as Decking is included at the Condo Buildings in the mansard roof areas. All other roof sheathing for these areas is specifically excluded.

 3.  Roof Blocking & Cant Strip Details shall be Fire Treated Wood, Fibrous Material, Rigid Insulation, Other Materials, or Omitted as determined by the Roofing Contractor and Roof System Manufacturer's Standard Details. Due to the difference in chemical make up of fire treated lumber it should be noted that screws used to anchor certain items to or through the fire treated material may need a stainless steel screw application which is specifically excluded.

 4.  Plywood Sub Counter Tops & Wall Reinforcing is included at the Serving Bar Counter Tops only. Plywood Sub Tops are excluded for the Kitchen & Bathroom Counter Tops.

 5.  (1) Row of Wall Blocking in included for the Upper Cabinets and (1) Row is included for the Base Cabinets. Additional Rows of Wall Blocking for the Cabinets are specifically excluded.

 6.  Tub Skirt Framing is excluded based on the use of Integrally Skirted Tubs, which matches the San Raphael project.

 7.  An Allowance as enumerated in Exhibit "C", Schedule of Allowances is included for a Timber Framed Roof Structure at the Club House Gallery Ceilings.

B.  Finish Carpentry, Cabinets, & Counters:

 1.  Allowances are included as enumerated in Exhibit "C", Schedule of Allowances for all Wood Baseboards, Crown Molding, and Interior Decorative Columns described below, until the vendor obtains his performance and payment bond. At such time, the allowance shall be removed.

Sub Initial

2. 5" Finger Jointed Paint Grade Wood Baseboards and Crown Molding are included for all Condos in the areas shown on the Plans, which matches the San Raphael project.

3. Wood Baseboards are included for the Club House. Crown Molding for the Club House, Offices, or related areas is specifically excluded.

4. Finger Jointed Paint Grade Jambs & 3.25" Casing is included for all pre-hung wood doors, which matches the San Raphael project.

5. Wood Jambs & Casing are not included for the Bi-Fold Doors which shall have a drywall wrap jamb condition.

6. Cabinet & Counter Top Protection Film is included to protect the Kitchen & Bath Cabinets and Counter Tops in the Condo Units.

7. Paint Grade Decorative Wood or Synthetic Columns shall be provided at the Condo Foyer areas as shown in the Enlarged Condo Unit Plans.

8. The proposal accepted by the Owner from Kitchens of South Florida dated February 22, 2005 includes Protective Film is included as provided by Kitchens of South Florida, which matches the product installed in the San Raphael project.

9. Cultured Marble Counter Tops with Integral Sink Bowls are included in the Secondary Bathrooms in the Type B & Type D Units only.

10. Interior Window Sills shall be drywall. All reference to marble or ceramic window sills is specifically excluded and shall be removed from the drawings by the Architect.

11. Plastic Laminate Cabinets or Counter Tops are specifically excluded.

## VII. DIVISION 7 – THERMAL & MOISTURE PROTECTION

A. Waterproofing Systems: Notwithstanding anything contained herein, Contractor agrees that it has included all details and recommendations which were implemented at San Raphael at the direction of IBA Consultants, except as listed below:

1. Elevator Pits: Fluid Applied Waterproofing shall be provided at the interior walls and floors of the elevator pits.

2. All waterproofing and caulking, is included, which matches the San Raphael project, except as listed below:

Sub Initial

PD000647

3. Cementitious Waterproofing shall be provided at the Slab to Wall Joint along the Exterior Corridors and at the Condo Unit Balconies on all Levels, which matches the San Raphael project.

4. A one coat cementitious Waterproofing shall be provided at the Condominium Unit Balconies, which matches the San Raphael project.

5. A one (1) coat cementations Waterproofing shall be provided at all exterior corridors and elevator lobbies, ~~which is one coat less than San Raphael, but is expected to be adequate~~.

6. Stair Treads & Risers shall be Plain Exposed Concrete. Slab Toppings or Waterproofing at the Stair Treads & Risers is specifically excluded, which matches the San Raphael project.

7. A Penetrating Acrylic Sealer at the Parking Garage Decks is specifically excluded, which matches the San Raphael project.

8. Auto Traffic Grade Waterproofing at the Parking Garage Decks is specifically excluded, which matches the San Raphael project.

9. Mechanical Room Floors shall receive a Penetrating Acrylic Sealer. Waterproofing is not included for any floor, wall, or curb areas in mechanical rooms, electric rooms, trash rooms, service rooms, janitor's closets, or other service & support type areas.

10. Concrete Slab on Grade Areas shall receive a 6 Mil Visqueen Vapor Barrier under the Slab. Under-slab Waterproofing at the Slab on Grade Areas is specifically excluded.

11. Waterproofing of the Precast Concrete Walls at the Parking Garages abutting the Condo Buildings is specifically excluded.

B. Caulking & Joint Sealants:

1. All caulking, is included, which matches the San Raphael project, except as listed below:

2. 1 Additional Bead of Silicone Caulking shall be provided at the perimeter of the Windows & Sliding Glass Doors bridging between the Window Frame and the Block Walls (Beauty bead).

C. Insulation Systems:

1. R-19 Blown Fiberglass Insulation shall be provided in the Mansard Truss areas.

2. 2.5" Kraft Faced Fiberglass Batt Insulation shall be provided at the Exterior Block Walls.

Sub Initial

3. Foil Backed Gyp Board or Mold Resistant Gypsum Board is specifically excluded.

4. 2.5" Unfaced Fiberglass Sound Batt Insulation is included at both sides of all Condo Unit Separation Walls.

5. 3.5" Unfaced Fiberglass Sound Batt Insulation is included in all walls surrounding Bathrooms, HVAC Closets, Mechanical Chases, and Laundry Rooms. Insulation is not included at the Bedroom Walls, or any other interior walls.

6. 6" Unfaced Fiberglass Sound Batt Insulation is included at the Bathroom & Laundry Room Soffits only.

7. Sound Reducing Ceiling Hangers are excluded in the ~~Condo Units and~~ Club House.

8. 10" Sound Batt Insulation and Acoustic Cork Membrane as shown for the Club House and Sports Court are specifically excluded.

9. Expanded Polystyrene Rigid Foam Insulation is included at the 2 Hour Block Cavity Walls at the Parking Garage Expansion Joints.

10. 1" Batt Insulation wrapped around the Trash Chutes is specifically excluded.

D. Roofing Systems & Sheet Metal:

1. All Roofing work shall be provided in accordance with FBC requirements.

2. A 3 Ply Built Up Roof System with Type IV Asphalt Bitumen Pitch and a 1 Ply Modified Bitumen Cap Sheet is included at all Flat Roof areas. Coal Tar Pitch is excluded. Modified Asphalt Pitch is specifically excluded.

3. 300 PSI Light Weight Insulating Concrete with average R-19 Stepped Thickness Insulation is included for all Flat Roof Areas. Tapered Roof Insulation is specifically excluded. The roof drawing detail will be revised by the architect to incorporate the required slope and drainage sufficient for the use of light weight concrete the coordination of the placement and elevation of roof scuppers.

4. The Built Up Roof System with Lightweight Concrete is suitable for a Maximum Wind Uplift Pressure of -75 PSF. It is assumed that this is acceptable and meets all Codes.

5. Built Up Roof areas shall be covered by a 20 Year NDL Manufacturer's Product Warranty.

6. Gutters and Downspouts which are detailed but not located on Architectural Plans are specifically excluded.

Sub Initial JB

7. All Roof Flashings & Pitch Pans shall be Aluminum, Galvanized Steel, or Lead. Stainless Steel Roof Flashings & Metals are specifically excluded.

8. PVC Overflow Scuppers are included, Precast scuppers are excluded as shown in the Architectural Plans.

9. Roof Drain Overflow Piping is specifically excluded.

10. Concrete Tile Roof Systems are included as specified with Direct Screwed Attachment to the roof deck.

11. Standard Pitch Pans are included at roof penetrations.

12. It is assumed that the Concrete Roof Deck as it is currently designed is capable of supporting the additional loads imposed by the Lightweight Concrete Roof Insulation System included in lieu of Tapered Roof Insulation.

13. It is assumed that the Roof Trusses as currently designed are of sufficient height to allow for variations in Roof Elevation due to the Roof Slope and Lightweight Concrete without decreasing the Parapet Height to below the Code Required Minimum.

## VIII.  **DIVISION 8 – DOORS & WINDOWS**

A. Hollow Metal Doors & Frames: Allowances are included as listed above for All Hollow Metal Doors, Entry Doors, Wood Doors, Frames, Hardware, Trim, & Mirrors as described below. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

   1. All Exterior Hollow Metal Doors and Frames shall be galvanized and shall be Miami Dade County Approved.

   2. Condo Unit Entry Doors shall be fire rated hollow metal raised panel doors in hollow metal frames.

B. Wood Doors & Frames:

   1. Condo Unit interior doors shall be 1-3/8" pre-hung hollow core paint grade raised panel molded masonite doors with finger jointed paint grade wood frames and 3.25" casing or smaller as required to fit certain applications. Casing shall be 3.25" finger jointed paint grade material where sufficient space is available. If sufficient space is not available for this size of casing then a narrower casing shall be used. Ripping of casing is specifically excluded.

Sub Initial

PD000650

2. Wood Jambs & Casing are not included for the Bifold Doors which shall have a Drywall Wrap Jamb Condition.

3. Wood Doors, Frames, and Hardware material for the interior Clubhouse areas are included per the Door Schedule.

C. Aluminum Windows & Sliding Glass Doors:

1. Aluminum Windows and Sliding Glass Doors shall be as manufactured by ES Windows or an approved equal as selected by the Contractor.

2. All Windows, Sliding Glass Doors, and Storefront shall have an ESP Finish.

3. Fixed Aluminum Frame Windows are included at the Interior and Exterior of the Club House areas.

4. Interior Windows at the Sports Court shall be Standard Impact Glass.

5. All Operable Windows shall have Screens.

6. Screens are specifically excluded at the Sliding Glass Doors.

7. Windows & Sliding Glass Doors shall be designed to meet South Florida Building Codes. Large missile and small missile impact glazing is included for all exterior windows and doors as required. The rubber installation seal around the window and sliding glass door are designed to meet a maximum of 73 mph, per the NOA.

8. Insulated Glass is not included where shown.

9. Sill Pans & Head Receptors are, specifically excluded.

10. Horizontal Sliding Windows shall have Surface Applied Muntins to simulate the appearance of Single Hung Windows and meet egress requirements. Larger fixed windows at the Clubhouse area shall be divided into smaller units filling the same opening size.

11. Aluminum Storefront Doors are included for the exterior of the Club House. Panic Hardware is excluded. Push Pull Hardware is included.

D. Finish Door Hardware:

1. An Allowance as enumerated in Exhibit "C", Schedule of Allowances for All Finish Door Hardware is included for medium grade residential hardware for the Condo Units and medium grade commercial hardware for the common areas.

Sub Initial

PD000651

E. Mirrors:

    1. An Allowance as enumerated in Exhibit "C", Schedule of Allowances is included for Square Edge Frameless Vanity Mirrors for the Condo Unit Bathrooms and Public Restrooms.

    2. Square Edge Frameless Vanity Mirrors are included for the Condo Unit Bathrooms and Public Restrooms.

    3. Wall Mirrors are not included in the Fitness Center or related areas.

    4. Wall Mirrors are not included at the Spa or Jacuzzi Tub Surround Walls.

## IX.    DIVISION 9 – FINISHES

A. General Finishes:

    1. Condo Units: Walls shall have a Medium Texture Knock Down Finish. Ceilings shall have a Light Texture Knock Down Finish. Kitchens and Bathrooms shall have smooth painted walls.

B. Stucco Details:

    1. Exterior Medallions, Bands, Window Sills, and other Details shall be stucco over foam with an EIFS simulated keystone finish. Precast Concrete is excluded in these areas.

    2. Stucco Textures: Light Textured Stucco shall be provided in lieu of Smooth Stucco throughout any areas indicated in the Plans as Smooth Stucco.

    3. Horizontal Bands: It is assumed that all horizontal bands will be stucco-over-foam shapes and not pre-cast concrete. Such shapes will have a simulated keystone finish. It is also assumed that the smaller or finer bands at level 1 are scored or tooled bands. Stucco Reveals shall be Tooled Bands.

    4. All PVC Reveals & Trims are excluded. All Stucco Reveals, corners, bands, details, etc. shall be tooled in lieu of formed using PVC Trim Pieces.

    5. Exterior Window Sills: It is assumed that all exterior window sills will be stucco-over-foam shapes with a simulated keystone finish and not pre-cast concrete.

    6. Balcony Ceilings: We are assuming a light textured stucco finish for the balcony ceilings and exterior walkway ceilings.

Sub Initial

7. Parking Garages: Stucco is not included for any Precast at the Parking Garages, interior or exterior. Skim Coat Stucco is included over Exposed Block Walls at the Parking Garages.

C. Drywall & Metal Stud Framing Systems:

1. Moisture Resistant Gypsum Board shall be provided at all Bathroom walls.

2. Standard Gypsum Board shall be provided at the Bathroom ceilings.

3. Attic Draft Stops are specifically excluded.

4. Foil Backed Gypsum Board, Mold Resistant Gypsum Board, and Tile Backer Board are specifically excluded.

5. Metal Stud Spacing shall be 16" On Center in lieu of 24" On Center as listed in the Plans.

6. 1-5/8" Metal Stud framing is included at both sides of the Unit Separation Walls and at the Exterior Walls in lieu of 1" x 4" Fire treated, because Pressure treated is unacceptable to the City of Boynton Beach and no longer readily available.

7. Additional Horizontal Pipe Soffits are specifically excluded, unless detailed on the plans enumerated herein. No additional allowances have been incorporated herein.

8. Acoustic Ceiling Hangers are excluded, unless shown.

D. Acoustical Ceiling Systems:

1. Allowances are included as enumerated in Exhibit "C", Schedule of Allowances, for Suspended Acoustical Ceiling Systems in the Club House and in the West Building Pool Restrooms. Suspended Acoustical Ceiling Systems are not included for any other areas.

E. Granite, Marble, & Ceramic Tile:

1. The Proposal from Kitchens of South Florida dated February 22, 2005 which includes Granite Counter Tops for the Kitchens and Marble Counter Tops in the Master Bathrooms has been approved by the Owner, which matches the San Raphael project and is incorporated herein. Protective Film is included as provided by Kitchens of South Florida.

2. Ceramic Tile Flooring and Wall Finishes shall be equal to Yale Crema & Arena as manufactured by Saloni. All tiles within each Condo Unit shall be the same selection. Approximately 50% of the Condo Units shall be Yale Crema and 50% Arena. Owner shall provide the unit Owner's selection matrix in such time as not to delay the ordering or installation, which shall be incorporated herein.

Sub Initial

PD000653

3. Tile Installation shall be Thin Set in all areas except the shower floors which shall be Mud Set.

4. All floor Soundproofing is an allowance as enumerated in Exhibit "C", Schedule of Allowances, and shall be performed by the Contractor.

5. No Ceramic Tile Base shall be provided in the project. Wood Base shall be provided in all locations shown on the plans and areas where the plans show ceramic tile base.

6. Precast Shower Bases are excluded. Shower Floors shall be 12" x 12" Ceramic Tile.

7. Shower Curbs shall be Adhered Precast Concrete or Fire Treated Wood or Poured in Place Concrete as determined by the Contractor.

8. Ceramic Tile on the Bathroom Walls surrounding the Showers and Tubs shall extend to approximately 7' Above Finish Floor.

9. Ceramic Tile Flooring in the Condo Kitchens shall extend fully under the Refrigerators only but shall not extend under the Dishwashers or Ranges.

10. An Allowance as enumerated in Exhibit "C", Schedule of Allowances, is included for Ceramic Tile Flooring in the Elevators.

11. Ceramic Tile Flooring and Wall Finishes at the Club House and Pool Restrooms are based on a Material Cost of $2.25 / SF.

12. Ceramic Tile Wall Finishes in the Club House Restrooms and Pool Restrooms shall extend to a Wainscot Height of approximately 5' Above Finish Floor. Full Height Tile is specifically excluded.

13. Interior Window Sills shall be drywall returns. Marble sills are excluded. The Owner will have the drawings changed to reflect all such modifications.

F. Carpeting:

1. Carpet in the Condo Units shall be either "Boxter Berber" or "Aspen Cut Pile" with a ½" 6 Lb. Rebond Padding. This Carpet Padding is assumed to fulfill the requirements for "Acoustic Matting" under Carpet as listed in the Plans. Otherwise, any Special Acoustic Matting under Carpet is excluded. Approximately 50% of the Condos shall be in Boxter and 50% in Aspen.

2. Carpet in the Club House shall be provided based on $25.00 / SY for Material, Pad, and Installation.

Sub Initial (B)

PD000654

G. Painting:

1. Painting shall be provided in accordance with the Finish Schedules & Notes listed in the Plans but subject to the following Qualifications & Assumptions.

2. All Condo Unit Walls & Ceilings shall be painted flat white latex throughout. Individual Unit Color Selections are specifically excluded.

3. Interior Condo Doors & Trim shall be painted white using a Satin Finish Latex Enamel.

4. Exterior Hollow Metal Doors shall be painted with 2 Coats of Alkyd Enamel.

5. Club House interior areas shall be painted Flat White only. Color Selections are specifically excluded in these areas.

6. The Interior of Mechanical Rooms, Electrical Rooms, Storage Rooms, CATV Rooms, etc. shall be Exposed Concrete & Struck Joint CMU. Painting is specifically excluded in these Areas.

7. Parking Garage Exterior Pre-cast Concrete Panels and Columns only painting is specifically excluded.

8. Parking Garage interior columns, ceilings, and piping shall not be painted. All interior painting of sprinkler pipe or other pipe is specifically excluded.

9. All Exposed CMU walls not receiving a stucco or drywall finish are finished with one prime coat & one finish coat of paint.

## X.    DIVISION 10 – SPECIALTIES

A. Aluminum & Glass Shower Enclosures: An allowance as enumerated in Exhibit "C", Schedule of Allowances is included for all shower enclosures as described herein. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

1. Standard Clear Finish Aluminum Framed Units 70" H with ¼" Clear Tempered are included.

B. Toilet & Bath Accessories: An allowance is included as listed above for all Toilet and Bath Accessories as described herein. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

Sub Initial

PD000655

1. Condo Unit Bath Accessories include Towel Bars, Toilet Paper Holders, and Mirrored Medicine Cabinets.

2. Public Restroom Accessories include Toilet Paper Dispensers, Paper Towel Dispensers, Waste Receptacles, Grab Bars, Liquid Soap Dispensers, Robe Hooks, and Napkin Dispensers / Disposals.

C. Wire Closet Shelving: An allowance, as enumerated in Exhibit "C", Schedule of Allowances is included for all closet wire shelving as described herein. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

1. Wire Closet Shelving is included in the Condo Units as shown in the plans.

D. Interior & Exterior Signage Systems:

1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for all Interior and Exterior Signage including but not limited to Code Required Signage, Building Signage, and any other types of Signage that may be required or needed for the project.

2. Monument Signage is included as shown in the Plans. An Allowance is included as enumerated in Exhibit "C", Schedule of Allowances for Monument Sign Dimensional Brass Letters and Graphics.

3. Temporary Signage for construction is included in General Conditions separate from the above listed Signage Allowance.

E. Unitized Mail Box Systems: An allowance as enumerated in Exhibit "C", Schedule of Allowances is included for all mail box systems as described herein. This is due to the low bid being unable to furnish a payment and performance bond at the time of this contract. As soon as the bond is available, the "Word" allowance shall be removed for this scope of work.

1. An Allowance as enumerated in Exhibit "C", Schedule of Allowances is included for Unitized Mail Box Systems in the Club House to serve the Condo Units. Mail Boxes are not shown in the Condo Buildings and thus are excluded in this location.

2. Any other Mail Boxes or Postal Specialties are e specifically excluded.

F. Canvas Awning Systems:

1. Canvas Awnings are not shown on the Plans or Building Elevations and thus are excluded. Awnings above the Parking Garage Gates are specifically excluded.

Sub Initial

PD000656

G. Fire Extinguishers & Cabinets:

    1. Fire extinguishers & Cabinets are included in accordance with Code Requirements only.

H. Tenant Storage Lockers:

    1. Tenant Storage Lockers are specifically excluded.

I. Room Safes:

    1. Room Safes are specifically excluded.

J. Hurricane Shutters:

    1. Hurricane Shutters are excluded at the Condo Buildings and the Club House. All Exterior Windows, Sliding Glass Doors, and Storefront Doors shall have Impact Resistant Glass.

## XI. DIVISION 11 – EQUIPMENT

A. Residential Appliances:

    1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for the Residential Appliances, as listed in the plans enumerated herein, which match, or shall be equal to those furnished in the San Raphael project.

B. Building Maintenance Davit Anchor Systems:

    1. Provisions for a Building Maintenance Davit Anchor System are specifically excluded.

C. Fitness Equipment:

    1. Fitness Equipment shall be provided and installed by the Owner and thus it is specifically excluded.

D. Parking Control Equipment:

    1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for Parking Control Gates & Tele Entry Systems.

    2. Electric power supply connections and empty conduits for controls are included for the Parking Garage Gates.

Sub Initial

## XII.   DIVISION 12 – FURNISHINGS

A. Condo Unit & Club House Area Furnishings, Fixtures, and Equipment:

1. Furnishings, Fixtures, and Equipment for the Condo Units and Clubhouse areas are specifically excluded.

2. Recessed entry mats are specifically excluded.

3. Window treatments are specifically excluded.

## XIII.   DIVISION 13 – SPECIAL CONSTRUCTION

A. Pools, Spas, & Fountains:

1. Complete Pools, Spas, & Fountains are included based the Proposals from LaGasse Pool Construction Company dated March 1, 2005 and March 2, 2005 including their interpretation of the Plans. In the case of any discrepancy between the Plans and LaGasse's Proposal the Proposal from LaGasse shall supercede.

2. The Building Pad Sub-grade in the Pool Courtyard area shall be cut and Prepared to elevation 12.17.

3. Pools are included at the Southeast & Southwest Courtyards and at the Club House as shown in the Plans except the shape of the pools will need to be adjusted to meet Health Department Requirements.

4. Pools are excluded at the Northeast & Northwest Courtyards.

5. A Spa / Hot Tub is included at the Southeast Courtyard.

6. Gas Fired Pool Heaters are included.

7. Allowances are specifically excluded for Underground LP Gas Storage Tanks. An allowance as enumerated in Exhibit "C", Schedule of Allowances, is included by Don Roll Plumbing for natural Gas Piping from the 10' outside the building to the Pool Heaters.

8. Fountains are included at the Northeast and Northwest Courtyards.

9. 4" Thick Concrete Pool Decks and Walkways are included with a Spray on Pool Deck Topping.

Sub Initial

B. Fire Rescue Air Systems:

    1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included e for All Fire Rescue Air Systems and All Related Items, Permits, Supporting or Surrounding Construction, Electrical Connections, Controls, Plumbing Connections, Underground Work, Excavation & Backfilling, Accessories, Etc. This Allowance is based on the Proposal from Rescue Air Systems, Inc. dated January 14, 2005 in the amounts of $ 136,000.00 and $ 176,500.00 with adjustments added for bonds, taxes, and any miscellaneous work or services. The allowance as listed above is assumed to cover everything related to the Fire Rescue Air Systems. It shall be noted that this vendor does not hold a valid Florida Contractor license that will allow the firm to perform this work. Therefore, it is specifically agreed that if this vendor does not comply with Coastal's policy regarding: contract agreement, payment and performance bonds, insurance requirements, Florida licensing, Safety requirements and overall performance criteria, the Owner shall assume all responsibility for the operability of the system and all cost associated thereof.

## XIV. DIVISION 14 – CONVEYING SYSTEMS

A. Elevator Systems:

    1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for (6) Kone Eco system Elevators Systems for the East & West Buildings based on the final negotiated price with Kone in the amount of $ 403,000.00, based upon the scope of work, features, speed, details, terms and conditions as outlined in the Kone proposal. Note: Elevator Design Issues remain to be resolved and thus the Elevator Systems are being included as an Allowance until such time as these issues are resolved.

    2. Automatic Battery Lowering is included. Currently the Building Design does not show an Emergency Electric Generator System and thus any such System is excluded.

    3. Elevator Capacity & Speed is 3,500 Lbs. @ 150 FPM.

    4. Elevator Doors & Frames shall have a Stainless Steel finish on all levels.

    5. Manufacturer's Standard Elevator Cab Front Wall Finishes are included as shown in the elevator manufacturers literature.

    6. Manufacturer's Standard Elevator Cab Side Wall, Rear Wall, & Ceiling Finishes are included.

    7. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for Ceramic Tile Flooring in the Elevators.

    8. Allowances for Upgraded Elevator Cab Finishes are specifically excluded.

Sub Initial ⟨B⟩

PD000659

B. Trash Chute Systems:

1. Trash Chute Systems shall include 24" diameter 16 gauge aluminized steel chute tubes with bottom hinged 18" x 18" fire rated stainless steel intake doors, horizontal rolling discharge doors, full diameter vents, caps, pitched flashings, wash down spray heads, top sprinkler head, alternate level sprinkler heads, sanitizing units with 15" x 15" access doors, rubber baffles, sound coating, firestop plates, and isolator pads.

2. Trash Chute Door Interlock Systems are Included.

3. Trash Compactors, Bins, & Sorters are specifically excluded.

4. Stainless Steel Trash Chute Components are excluded except for the Intake Doors as listed above. Any such components shall be Steel, Galvanized Steel, Aluminized Steel, or Aluminum as determined by the Contractor.

5. 1" Batt Insulation wrapped around the Trash Chutes is specifically excluded.

## XV.   DIVISION 15 – MECHANICAL SYSTEMS

A. Fire Protection Systems:

1. Fire Protection Systems shall be provided in accordance with the Plans and Specifications contained therein and also as allowed by local Building Codes as designed by Polhemius Fire Protection, whom shall become the engineer of record for the Fire Sprinkler System.

2. A 750 GPM Diesel Fire Pump System is included with an Exhaust System extending to the Roof Level.

3. Water Tanks or other additional water sources are specifically excluded.

4. The existing water supply flow and pressures are assumed to be adequate for proper operation of the Fire Sprinkler Systems as it is currently designed.

5. Black Iron Steel Sprinkler Piping and Fittings or CPVC, as applicable, shall be used in the Parking Garage Areas. CPVC Piping shall be used in the Condo Units as allowed by Building Codes.

6. Standard Coverage Heads with a significantly larger Head Count in lieu of Extended Coverage Heads in the Parking Garage. The Plans show Extended Coverage Heads in these areas. However, anticipated increases in the Depth of the Structural Pre-cast Concrete Tees will require the use of Standard Coverage Heads along with an increase in the Head Count and thus Standard Coverage Heads are included at the Parking Garage.

Sub Initial

7. Provisions for Fire Protection Systems are included for the Roof Truss Attic areas at the Condo Building Mansard Trusses and Club House Roof Trusses.

8. Sprinklers are excluded for Balconies, Corridors, Overhangs, or any other areas not defined in the Plans as being sprinkler protected.

9. Provisions are included for Additional Standpipes beyond what is shown in the Plans.

10. Roof Manifolds are specifically excluded.

11. Sprinkler Piping, Fittings, Valves, & other components shall have a Standard Factory Mill Finish. Corrosion Resistant Finishes are excluded.

12. Painting or Color Coding of Sprinkler Piping is specifically excluded.

13. Anti Sway Bracing is specifically excluded.

14. Fire Hoses & Hose Racks are specifically excluded. Fire Hose Valve Cabinets with Recessed Painted Frames are Included as shown.

15. Fire Main Piping & Hydrants Shown on Plan Sheet SP 1.1 is excluded. This work shall be provided by the Owner.

B. Plumbing Systems:

1. Plumbing Systems shall be provided in accordance with the Plans and Specifications contained therein and also as allowed by local Building Codes.

2. Condo Unit Plumbing Fixtures, Club House Plumbing Fixtures, and Pool Restroom Plumbing Fixtures are included as the same as the fixtures at The San Raphael Project.

3. Water supply and drain lines are included for 3 Pools, 1 Spa and 2 Fountains.

4. Pool Deck Drains, Planter Drains, & Courtyard area storm drainage is included per Plans.

5. Domestic Water Piping shall be CPVC with Solvent Weld Fittings.

6. Sanitary Sewer Piping shall be Un-Insulated PVC DWV & Schedule 40 Foam Core above and below grade. Insulation shall be provided around all sanitary piping located above the Bathroom Soffits.

7. Roof Storm Sewer Piping shall be Un-Insulated PVC DWV & Schedule 40 Foam Core.

8. Condensate Risers shall be Insulated PVC.

Sub Initial (SB)

PD000661

9. An Allowance is included as listed above for the gas piping for the Pool Heaters.

10. Water Meters and Backflow Preventers are specifically excluded.

11. 65 Gallon Water Heaters are included. The Owner guarantees the water heater closets as drawn by the architect in the contract documents have been coordinated and are large enough to accommodate this size of water heater. Any cost associated with larger closets in order to install the larger heater will be at the expense of the Owner.

12. Individual Condo Unit Shut-Off Valves with Access Panels will be installed in the Water Heater Closets.

13. A Wash Down Water Riser is included for each Trash Chute.

14. Underground Sanitary, Storm, and HVAC Condensate Trunk Lines may be relocated away from foundations and pads and installed according to an alternate layout as needed.

15. Under Slab Pipe Hangers are specifically excluded.


C. HVAC Systems:

1. HVAC Systems shall be provided in accordance with the Plans and Specifications contained therein and also as allowed by local Building Codes.

2. HVAC Equipment shall be Carrier Units of equal or greater quality and capacity then the Rheem Units listed in the HVAC Equipment Schedule.

3. 1 change of air filters is included.

4. Air Conditioning Ductwork shall be fiberglass.

5. Exhaust and outside air ducts shall be metal.

6. Trash Chute Exhaust Fans are included as enumerated in the contract documents only.

7. Dryer Exhaust Booster Fans are specifically excluded.

8. Secondary drain pans are specifically excluded.

9. Range Hoods are assumed to be Re-Circulating Non Ducted Type. Ductwork for Range Hoods is specifically excluded.

10. Coastal Corrosion Protection is excluded for HVAC Condenser Unit Coils and / or Condenser Unit Cabinets.

Sub Initial JB

PD000662

6. CATV Pre-Wiring is included within each Condo Unit including Standard Blank Plate Trim and Terminations. Incoming CATV Service Conduits shall be stubbed out to 5' outside of the buildings. Empty CATV Home Run Conduits with Pull Strings are included from each Condo Unit and extending to the CATV Closet Backboard. Home Run CATV Wiring is included as enumerated in the contract documents only.

7. Telephone / CATV Smart Panels are included, as enumerated in the contract documents only.

8. Empty Conduits from the CATV Closet to the roof are included, as enumerated in the contract documents only.

9. FPL Transformers are assumed to be located within 15' of the outside of the buildings at the nearest exterior wall adjacent to the roadway and at a point that is as close as possible to the Electric Rooms. All Transformer Feeder Conductors shall be Aluminum.

10. Power Cords for Appliances are assumed to be provided and installed as part of the Appliance Allowance.

11. Junction Boxes and Connections for Cook Tops and Wall Ovens are included, as enumerated in the contract documents only..

12. HVAC AHU's are assumed to have Integral Disconnect Switches.

13. Single Station Smoke Detectors are included within the Condo Units.

14. Junction Boxes for Paddle Fans and Switches are included. Paddle Fans and Installation of such are specifically excluded.

15. Wiring, Conduits, and other provisions for a Low Voltage Water Meter System are specifically excluded.

16. Power supply and connections are included for (3) Pool Equipment Packages, (1) Spa Equipment Package, and (2) Fountain Equipment Packages in the Courtyard areas and at the Club House.

17. Wiring for (1) Trash Compactors is included if shown on the plans dated 1/12/05.

18. Wiring or Conduits at the Condo Unit Entry Doors for a Building Entrance Control System or Card Key System are specifically excluded.

B. Lighting Fixtures:

1. Light Fixtures matching the project at San Raphael are included for all Lighting Fixtures including but not limited to Condo Units, Common Areas, Club House Areas, Parking

Sub Initial ⟨B⟩

Garages and Site Fixtures attached to the building around the building perimeters, if shown on the plans enumerated herein.

2. Light fixtures for the pool and courtyard area and site lighting poles and fixtures around the building perimeters, not detailed or shown on the planes enumerated herein, are specifically excluded.

3. Installation, wiring, and connections for Lighting Fixtures are included per the plans.

C. Building Security Systems:

1. An Allowance, as enumerated in Exhibit "C", Schedule of Allowances, is included for Security CCTV and Clubhouse Access Control Systems.

2. Security System Pre-Wiring inside the Condo Units is included. Pre-Wiring shall include "Free Wiring" (Conduit Excluded) for the Windows, Sliding Glass Doors, & Entry Doors on Level 1 and Sliding Glass Doors & Entry Doors on Levels 2, 3, 4, 5 & 6. Equipment, Devices and Terminations are specifically excluded.

3. AC Power and Empty Control Conduits with Pull Strings are included for (2) Parking Gates at the Garage Entrances.

4. Control Wiring for Gates at Parking Garages shall be part of the Security and Gate Allowances.

5. Empty Conduits and Junction Boxes for Security at the Parking Garages are included as shown in the Plans.

D. Site Lighting:

1. Site Lighting Poles, Bases, Fixtures and Installation are specifically excluded. All site lighting shall be installed by the Owner.

E. Emergency Electric Generator Systems:

1. Currently the Building Design does not show an Emergency Electric Generator System and thus any such System is specifically excluded.

Sub Initial JB

PD000664

**Villa Lago**
*Residence Finish Schedule*

CONTRACTORS EXHIBIT "F"

Exhibit "E"

The following is a list of standard items provided as part of each residence at Villa Lago. All items are standard in the Residence. NO CREDITS WILL BE GIVEN ON INTERIOR FINISHES. Any work in excess of standard finish shall be done after closing of the residence as provided in the Agreement for Sale.

Purchaser shall be allowed to use a contractor (only after closing) of their choice subject to the rules and regulations of the Condominium and proper governmental permitting and inspection of said work.

| Items | Description | Specifications |
|---|---|---|
| **Floors** | | |
| Kitchen | Ceramic Tile | Color Choice Two Of Developer Selections |
| Bathrooms | Ceramic Tile | Color Choice Two Of Developer Selections |
| Terraces | Concrete Floors | Color choice by Developer |

* All hard surface floors must be installed with approved sound proofing material which specifications will be provided by separate letter.

| | | |
|---|---|---|
| **Ceiling** | Ceilings will have designer knockdown finish | Approximately 8' High |
| **Walls** | 1/2" Drywall W/ Light Textured Knockdown except Kitchens, Baths, Utility & Closets) | Knockdown |
| **Paint** | Finished walls, ceiling, millwork | Latex ( 1 Coat of Primer & 1 Coat of Paint) |
| **Millwork** | Door casings - 3⅝" — 3¼" | Paint grade — WOOD BASE THROUGHOUT |
| **Interior Doors** | Entry-(if applicable)(6 panel doors (paint grade) Interior - 6 panel doors (paint grade) 1 ⅞ | Paint Grade Paint Grade |

| **Hardware** | | |
|---|---|---|
| Residence | Kwickset or Equal | Brushed Nickel |
| Entry | Kwickset or Equal | Brushed Nickel |
| Interior | Kwickset or Equal | Brushed Nickel |
| Trash, Storage & Stairwell | Schlage or Equal | Brushed Nickel |
| Mechanical & Electrical | Schlage or Equal | Brushed Nickel |

| | | |
|---|---|---|
| **Windows/ Glass** | Impact resistant | Aluminum Frame System |

| **Exterior Doors** | Sliding Glass Doors | |
|---|---|---|
| Hardware | Product Approved & Tested With Above | Brushed Nickel |

| **Kitchen** | | |
|---|---|---|
| Cabinetry | Wood Doors | Choice of 3 colors Offered by Developer |
| Countertops | Granite with 4" Backsplash (where cabinets are above) | Choice of 3 colors Offered by Developer |
| Sink | (2) Compartment | Stainless. |
| Disposal | Badger 5 or Equal | 1/2 Hp |
| Faucet | Single handle with pullout spray | Chrome |

| **Auxiliances** | | |
|---|---|---|
| Refrigerator / Freezer | PSC23SG or Equal | Stainless |
| Dishwasher | GSD3660 w/ GPF425B Cabinet Panel Kit or Equal | W/ integral wood panel |
| Oven | JTP20S or Equal | Stainless |
| Cook top | JP340B or Equal | Black |
| Microwave | JVM 1871S or Equal | Stainless / Black |

| **Master Bathroom only)** | | |
|---|---|---|
| Vanities | Cabinets Raised Panel | White |
| Countertops | Marble | Beige |
| Flooring | 18" x 18" Ceramic tile/ base   WOOD BASE | Beige |
| Sinks | Under mount | White |
| Faucets | Kohler or Equal   New Millerser | Chrome |
| Shower Enclosure | Glass (Where Applicable) | Clear |
| Shower Head | Kohler or Equal — New Millerser | Chrome |
| Shower Volume Control | Kohler or Equal — New Millerser | Chroma |

| | | |
|---|---|---|
| Tub | 42" Tub (Daneli & Amatl Only) 38" tub (Cipriani & Bellini) | White |
| Tub Faucet | Kohler or Equal   New Millerser | Chrome |
| Toilet | Pie-Saver Equal   New Millerser | White |
| Toilet Paper Holder (1) | Single Roll | Chrome |
| Towel bars (1) | 24" - 36" | Chrome |

Buyers Initials

Initial
Initial
PD000665

*Exhibit "F"*

## Villa Lago
*Residence Finish Schedule*
Exhibit "F"

Page 2

**Secondary Baths( If Applicable)**

| | | |
|---|---|---|
| Vanity | Cabinets (as displayed in Sales center) | White |
| Countertops | Cultured Marble w/ integral sink | Beige |
| Flooring | 18" x 18" Ceramic tile w/ base — WOOD BASE | Beige |
| Faucets | Kohler or Equal = water distillation | Chrome |
| Shower Enclosure | Glass Enclosure | Clear |
| Shower/ Head | Kohler or Equal — New distillation | Chrome |
| or | | |
| Tub/ Shower | 36 " tub | White |
| Tub/ Shower Set-up | Kohler or Equal — New distillation | Chrome |
| Toilet | Brodo or Equal — New distillation | White |
| Towel bars (1) | 24" - 36" | Chrome |
| Toilet Paper Holder (1) | Single Roll | Chrome |
| **Mirrors** | Full Width Above Vanities | Tempered Non Beveled |
| **Laundry** | | |
| Washer | GE WCSE4180B or Equal | White |
| Dryer | GE DBXR463GB or Equal | White |
| **Plumbing** | Quick recovery Electric water heater or Equal | Sized for 1,2 or 3 Bedrooms |
| **HVAC** | 10 Seer or Equal Air cooled split direct expansion system Electric A/C/ Heat individual to each Unit. | TBD |
| **Electrical** | | |
| Lighting | Surface mounted fixtures to be provided throughout residence (Foyer, Kitchen, Laundry, Baths, & Walk in Closets) | |
| **Receptacles** | Per Code | White |
| **Switches** | Per Code | White |
| Panel size | Electric Panel sized per Architect/Engineer's Specifications | Sized Respectfully for 1,2 or 3 Bedrooms |
| **Security** | Pre-Wired For Optional Security System | As per electrical Drawings |
| **Sprinklers** | Throughout each residence per Code | As per Building Code |
| **Cable /Multimedia** | | |
| Cable Television | Pre-wired in Residence | As per electrical Drawings |
| Phone Lines | Pre-wired in Residence | As per electrical Drawings |

Buyers Initials [ ]

Initial (B)

Initial

3. **Subcontractor Insurance Coverages Required.** The Contractor shall require its subcontractors to procure and maintain during the progress of their portion of the Work the following types and minimum amounts of insurance. This insurance shall provide coverage at least in the minimum limits as follows:

   a. **Insurance Coverages**

      *Worker's Compensation Insurance Certificate* – Florida Statutory limits under all circumstances; and

      *Commercial Automobile Liability* - $500,000 Combined Single Limit; and

      *Commerical Liability* - $1,000,000 per occurrence, $2,000,000 aggregate amount, $2,000,000 for products and completed operations; and

      *Umbrella Excess Liability* – $2,000,000 per occurrence, $2,000,000 aggregate; and

      *Subcontractor's Commercial General Liability, Comprehensive Automobile Liability, and Umbrella/Excess Liability Policies* – shall be endorsed to add Contractor and Owner as additional insured with respect with respect to the performance of Subcontractor's operations under the Subcontract Agreement and the Contract Documents.

   b. **Certificates of Insurance**

      The Additional Insureds shall be as follows:  RCR Holdings II, LLC; Compson Associates, Inc., Renaissance Commons Realty, Inc., Compson Associates of Boynton, LLC, Compson Associates of Boynton II, LLC, and the owners, officers, managers, members, affiliates, and employees of the companies listed above.

   c. **Cancellation.** The certificate of insurance shall provide as follows: "The coverages afforded shall not be cancelled or materially changed until after at least thirty (30) days written notice, by certified mail, return receipt requested, has been given to certificate holder."

   d. **Failure to Maintain Insurance.** If a subcontractor fails to procure and maintain insurance in the minimums set forth above. Contractor may procure and maintain insurance on behalf of the subcontractor. If Contractor fails to procure and maintain insurance in the minimums set forth above on behalf of a subcontractor. Developer has the option to (i) cancel any contract that Contractor has with Developer' (ii) have the right, but not the obligation, to procure and maintain such insurance for and in the name of the subcontractor and the Contractor shall pay the cost of the insurance, and (iii) pursue any other legal remedy available to Developer. These options are cumulative.

   e. **Insurance Required for Access to Jobsite.** Developer has the right, but not the obligation, to refuse entry to the jobsite of employees of any subcontractor that has not complied with the Insurance requirements.

Page 1 of 1
Initial: ___
Initial: ___

PD000668

EXHIBIT "H"

# COASTAL CONDOMINIUMS



## SITE SAFETY

## AND

## HEALTH PLAN

## VILLA LAGO CONDOMINIUM

at

### Renaissance Commons

Boynton Beach, Florida

Submitted by: Coastal Condominiums

Initial

Initial

PD000667

Introduction...................................................................................................pg. 4

Subcontractor Safety Program ...................................................................pg. 4

Project Rules which Exceed OSHA ...........................................................pg. 5

Security..........................................................................................................pg. 5
    Visitors.......................................................................................................pg. 5
    Material/ Deliveries ..................................................................................pg. 5

General Safety Requirements......................................................................pg. 6

Hazard Communication Program ..............................................................pg. 8

Construction Safety Evaluations................................................................pg. 8

Safety Review/Meetings ..............................................................................pg. 8
    Pre-Project Safety Meetings....................................................................pg. 8
    Weekly Job Meetings ...............................................................................pg. 8
    Weekly Safety Meetings ..........................................................................pg. 8

Substance Abuse Prevention ......................................................................pg. 9

First Aid & Emergency Proc./Incident Reporting, Invest. and Record keeping......................pg. 9

Disciplinary Action Procedures .................................................................pg. 10

Personal Protective Equipment...................................................................pg. 11

Concrete and Masonry.................................................................................pg. 12

Electrical .........................................................................................................pg. 12

Energy Control/ Lockout.............................................................................pg. 13

Excavation/Trenching..................................................................................pg. 13

Fall Protection ...............................................................................................pg. 13

Fire Protection / Prevention .......................................................................pg. 14

Welding and Cutting ....................................................................................pg. 15

Mobile Material Handling Equipment......................................................pg. 15

Cranes..............................................................................................................pg. 15

Motor Vehicles...............................................................................................pg. 16

PD000669

Housekeeping .................................................................................................. pg. 16

Signs and Signage ........................................................................................... pg. 17

Aerial Work Platforms ................................................................................... pg. 17

Overhead Work Operations ........................................................................... pg. 18

Confined Space Entry ..................................................................................... pg. 18

Ladders and Scaffolds..................................................................................... pg. 18

Respiratory Protection.................................................................................... pg. 19

Tools - Hand and Power ................................................................................. pg. 19

Bulk Storage Areas.......................................................................................... pg. 20

Hazardous Materials........................................................................................ pg. 20

Forms

Initial

Initial

PD000670

# INTRODUCTION

This Site Safety and Health Plan for Coastal Condominiums (Coastal), has been established, and the safety policies and regulations contained herein have been adopted in order to:

1. Minimize, with intent to eliminate, personal injury, property damage and loss of productive time.
2. Minimize all direct and indirect accident costs.
3. Increase employee skills, morale, and efficiency.
4. Provide for the safety of the public and the protection of employees and adjacent property.

Each Subcontractor shall conform to the guidelines and procedures of this Site Safety Plan and all applicable Federal, State, or Local Safety Codes or Standards. In the event of a discrepancy between any of the aforementioned requirements, the most stringent shall be enforced.

Each Subcontractor is responsible for the Safety of his own employees.

Each Subcontractor selected to work on COASTAL sites must have, maintain and enforce their own Safety Programs in compliance with current OSHA Standards and with this Site Safety Plan.

Subcontractor's Supervisors who are unable or unwilling to secure personnel performance in compliance with the contractual obligations of safety shall not be acceptable as Supervisors and shall be removed from the project.

COASTAL shall have the responsibility to monitor all Subcontractors' safety compliance by the contents of the Site Safety Plan.

COASTAL shall have the responsibility and authority to order immediate cessation and correction of any hazards caused by a non-compliant Subcontractor, and each Subcontractor shall have the same responsibility and authority for its lower tier Subcontractors under its control.

Each Subcontractor shall provide COASTAL with the following documents prior to mobilizing on the site:

Completed Emergency/Contact Personnel form
Written Safety Program
Written Substance Program
Written Hazard Communication Program and <u>MAINTAINED</u> appropriate Material Safety Data Sheets (MSDS)
    Updated MSDS's shall be provided to COASTAL.
Written Site Specific Fall Protection Plan.
Site-Specific Steel Erection Plan (this applies to Steel Erectors only)

## SUBCONTRACTOR SAFETY PROGRAM

Prior to commencing work at the site, each Subcontractor shall submit a copy of their Company's Safety Program and Site Specific Safety Plan to COASTAL. Safety Policies and Procedures pertaining to their scope of work shall be included at a minimum. The name of the on-site Safety Representative, on-site "Competent Person" and Corporate Individual responsible for the implementation and enforcement of the

Initial
Initial

Subcontractor Safety Program shall be included. The ***Emergency/Contact Personnel*** Form shall be provided to COASTAL prior to the commencement of work operations.

Subcontractor's Supervisors who are unable or unwilling to secure personnel performance in compliance with the contractual obligations of safety shall not be acceptable as Supervisors and shall be removed from the project by COASTAL.

## PROJECT RULES WHICH EXCEED OSHA MINIMUM REQUIREMENTS

OSHA regulations are a **minimum** standard. Each Subcontractor shall comply with any federal, state, and local safety requirements. The **most stringent** safety rules/regulations shall be followed and, in some cases, the Site Safety requirements are the most stringent.

1. **Fall prevention and/or protection is required for all work activities at and above 6 feet!**
2. **Hard hats and safety glasses with side shields are required at all times.**
3. **Scaffold Inspection/Tagging.**
4. **Personal fall arrest / restraint systems shall be utilized when occupying any type of aerial lift (including scissors lifts). See also "Fall Protection" and/or "Aerial Work Platforms."**
5. **No Employee shall be permitted to ride on mobile scaffolds.**
6. **Fines will be issued for non-compliance of Safety Rules (See "Disciplinary Action Procedures").**

## SECURITY

## NO PERSONNEL SHALL BE PERMITTED ON THE PROJECT AFTER HOURS UNLESS AUTHORIZED BY COASTAL SUPERVISION.

### Visitors

Any person not directly involved with the on-site construction of this Project, shall not be permitted to enter the site without first notifying the COASTAL site office, signing a ***Visitor Waiver and Release*** Form.

All visitors are required to wear appropriate personal protective equipment (PPE) while in construction areas (truck drivers included). At a minimum, all visitors are required to wear: Hard hats, safety glasses with side shields, proper foot protection, etc.

### Material/Deliveries

Deliveries shall only be permitted during work hours designated by COASTAL.

Upon leaving the cab of their truck, all delivery truck drivers are required to wear appropriate Personal Protective Equipment (PPE) while in construction areas. At a minimum, truck drivers are required to wear: Hard hats, safety glasses with side shields, proper foot protection, etc. Each Subcontractor is required to enforce this policy.

Initial

Initial

PD000672

# Coastal Condominiums

## General Safety Requirements
## (Exhibit 1)

The safe and efficient completion of this Project requires a spirit of teamwork and cooperation from all workers. Also required are uniform standards of expected behavior. Subcontractor's employees who fail to comply with the project rules shall not be acceptable and shall be removed from site. Such employees who are removed from the project for noncompliance with the project safety rules shall not be eligible for re-employment on the project.

1.  Willful and/or repeated violations of safety rules or safe work practices shall not be tolerated.

2.  All injuries, no matter how slight, must be reported to the COASTAL Supervisor immediately.

3.  Submitting false or fraudulent information regarding an accident/injury shall not be permitted.

4.  Fighting, gambling, horseplay, and other misconduct are not permitted, nor shall threatening another worker be tolerated.

5.  This Site Safety Plan prohibits the manufacture, possession, sale or use of illegal substances and alcohol in the workplace. COASTAL reserves the right to bar from site any employee convicted of a criminal drug offense in the workplace. All Employees must abide by the provisions of the Federal Drug-Free Workplace Act of 1988.

6.  Sexual Harassment shall not be tolerated.

7.  Keep clear of all equipment. Avoid pinch points and blind areas. Be alert to avoid swinging or suspended loads.

8.  Be alert for and heed all warning / traffic signs at all times.

9.  Approved hard hats and safety glasses with side shields must be worn while in construction and other designated areas. At a minimum, sturdy work shoes or boots are required for foot protection.

10. Shirts and long pants are required. T-shirts with a minimum of 3-inch sleeves are required.

11  Do not use compressed air to "dust-off" clothes or hair. Cleaning of concrete or concrete forms with compressed air requires the usage of goggles, face shield and protection for surrounding personnel.

12. There will be no unauthorized use or possession of tools, equipment, or materials owned by others.

13. Damaged/defective tools and equipment shall be removed from service and tagged "Unsafe- Do Not Use" or rendered inoperable.

14. Whenever anyone is required to work on or in the proximity of electrical or mechanical equipment or circuitry, appropriate tagging shall be placed to identify all controls deactivating the circuit, and the circuit shall be locked out.

Initial

Initial

15. Any worker exposed to a fall of 6' or greater shall be properly protected by means of guardrails, covers, safety nets or personal fall arrest systems.

16. Do not use makeshift or "jury-rigged" tools or equipment to perform your job.

17. All fire protection and emergency equipment shall be plainly marked and must be kept free of obstructions for emergency use. Tampering with or unauthorized removal of fire extinguishers from assigned locations shall result in disciplinary action.

18. Unless specifically authorized, firearms and explosives are prohibited within the construction area.

19. Report all unsafe practices and conditions to your Supervisor at once. All site personnel are encouraged to approach other personnel with regard to safety infractions.

20. Only authorized and properly trained personnel are permitted to operate equipment, vehicles, valves, electrical switches and similar machinery.

21. Do not transport passengers in the rear of a dump truck, on tractors, forklifts, or similar equipment. Personnel riding in the bed of pick up trucks must be seated on the floor of the truck with their entire body inside the truck bed.

22. Do not smoke in areas marked "No Smoking" or near flammable or combustible materials.

23. Store and use gas cylinders in a secured, upright position. Oxygen and acetylene are to be stored 20' apart or separated by a firewall.

24. Maintain good housekeeping at all times. Keep waste, debris, and rubbish cleaned up. Place all lunch papers, cups, cans and other litter in trash receptacles. Discard and/or store all oily rags, waste and similar combustible materials in metal containers.

25. Employees shall not ride loads, slings, the ball, crane hook or other material hoisting equipment.

26. Keep all machinery guards, guardrails and other protective devices in place.

27. Be alert to conditions, work processes, other workers and equipment in order to avoid possible dangers.

28. Ground-fault circuit interrupters (GFCI's) shall be used on all wiring systems- (including generators and welders).

29. Personal protective equipment (PPE) shall be worn in all operations where there is an exposure to hazardous conditions or where the use of such equipment will reduce the hazard.

30. Misuse or willful destruction of property and/or equipment shall not be tolerated.

Initial

Initial

PD000674

## HAZARD COMMUNICATION ("RIGHT-TO-KNOW") PROGRAM

Each Subcontractor shall provide copies of MSDS's (in an organized binder) for products/chemicals anticipated to be used at COASTAL sites to the COASTAL Supervisor. A copy of the Subcontractors supplied MSDS's shall be retained in the field office and updated by the Subcontractor as necessary for the duration of the Project. Each Subcontractor shall be required to keep a set in the job trailer (for the use of their employees).

Each Subcontractor shall be responsible for training his/her own employees in Hazard Communication.

## CONSTRUCTION SAFETY EVALUATIONS

COASTAL Supervision shall make a daily tour of the jobsite to monitor work operations and take corrective action as necessary. A formal weekly tour shall be performed and documented on the ***COASTAL Safety Inspection Checklist*** form (available upon request). The dates of the <u>Formal and Documented</u> Inspections shall be transferred to the ***COASTAL Monthly Safety Activity Report*** and forwarded to COASTAL Safety Director by the 4th of each month.

The results of the Evaluation shall be reviewed with the appropriate Subcontractor and corrective action taken. Ways to prevent recurrence shall be implemented.

## SAFETY REVIEW/MEETINGS

### Pre-Project Safety Meeting
Each Subcontractor's <u>Foreman</u> shall meet with the COASTAL Project Superintendent prior to the commencement of work. The safe way of performing the work and the nature of the hazards should be featured. The meeting shall be documented on the ***COASTAL Pre-Project Safety Checklist***.

### Weekly Job Meetings
Weekly scheduled Job Meetings shall be held and coordinated by the COASTAL Supervisor. Each Subcontractor working on this project shall delegate one representative to attend this meeting that will cover jobsite issues. Safety concerns along with other jobsite issues shall be addressed and ways to eliminate/minimize the hazards/exposure shall be discussed. Appropriate scheduling may resolve the safety items in question. This representative shall have the authority and responsibility to make decisions and corrections and maintain all safety requirements for the Subcontractor.

The COASTAL Supervisor may require special Safety Meetings. Each Subcontractor's Representative shall be required to attend.

### Weekly Safety Meetings
Each Subcontractor's representative shall conduct a QUALITY Weekly Safety Meeting. Attendance is mandatory.

Accidents and near misses during the previous week shall be reviewed, discussed, and action to prevent recurrence discussed. The safe way of performing the work and the nature of the hazards should be featured. The meeting should be open to general discussion. Ideas brought up by workers should, if practical, be put into practice. If not practical, reasons should be given as to why the idea cannot be used.

Each meeting shall be documented stating: Topic, date, content, meeting presenter and attendees. The Subcontractor shall retain training documentation and a copy forwarded to the COASTAL Supervisor.

Initial

Initial

## SUBSTANCE ABUSE PREVENTION PROGRAM

This Site Safety Plan prohibits the manufacture, possession, sale or workers under the influence of illegal substances and alcohol in the workplace. COASTAL reserves the right to bar from site any employee convicted of a criminal drug offense in the workplace. All employees must abide by the provisions of the Federal Drug-Free Workplace Act of 1988.

Any worker receiving medical attention due to a work related injury shall be required to submit to a drug screen.

Any worker involved in an incident where property damage is in excess of $100.00 shall be required to submit to a drug screen.

If there is a "reasonable suspicion" of illegal drug use in the workplace, a worker may be required to submit to a drug screen.

Any worker who tests positive for illegal drugs and/or alcohol shall not be permitted to work on any COASTAL project.

Any worker refusing to submit to a drug screen shall not be permitted to work on any COASTAL site.


## FIRST AID AND EMERGENCY PROCEDURES/ INCIDENT REPORTING, INVESTIGATION & RECORDKEEPING

All injuries, no matter how slight, shall be reported to the COASTAL Superintendent.

Emergency phone numbers the job site address shall be posted at every phone.

Each Subcontractor shall be responsible for providing and maintaining appropriate first aid supplies. Only individuals currently certified by the American Red Cross (or equivalent) should administer first aid. The names of these individuals shall be submitted to the COASTAL Supervisor. Each Subcontractor shall have at least one certified individual.

Each Subcontractor shall be responsible for providing transportation for any employee requiring outside medical attention.

Each Subcontractor shall be responsible for providing First Aid Attention to "his" workers.

At times, accidents "almost" happen. A matter of inches closer or seconds sooner would have resulted in injury or property loss. Any incident resulting in a "Near-miss" shall be reported to the COASTAL Supervisor prior to the end of the work shift. Any incident resulting in a serious injury or property damage shall be reported **IMMEDIATELY!**

An incident resulting in Property/Vehicle Damage will be reported top the COASTAL Supervisor IMMEDIATELY. The *COASTAL Incident Report* Form shall be completed by the Subcontractor and forwarded to the COASTAL Supervisor within 24 hours.
Any incident resulting in off site medical treatment, property damage or "Near Miss" shall be investigated within 24 hours. The Subcontractor shall coordinate the investigation using the *COASTAL Incident Report*

Initial

Initial

PD000676

Form within 24 hours. Copies shall be provided to the COASTAL Supervisor. Corrective action shall be taken to prevent recurrence.

Each Subcontractor and lower *tier* subcontractors are required to complete the ***Subcontractor Man Hour / Accident Report Form*** (COASTAL-01). The completed form shall be provided to the COASTAL Supervisor by the Second (2nd) of each month.

## DISCIPLINARY ACTION PROCEDURES

The success of COASTAL Projects will be to a large extent, dependent upon the cooperation from both COASTAL and subcontractor employees, and strict compliance with established safety rules, regulations, policies, etc. All employees are required to comply with the safety rules that apply to the task they are assigned. The purpose of discipline is not to penalize the employee, but to assist in changing undesirable work habits into good ones, thereby eliminating the potential for injury or damage.

In order to be effective, the disciplinary program must be enforced in a fair and consistent manner, taking into account the severity of the undesirable act or condition, which occurred or was present, and any previous disciplinary problems. Fines may be issued to COASTAL and subcontractor employees for non-compliance with the Safety Program including violations such as, but not limited to hard hats, eye protection, face protection, etc. Each repeat violation will result in a minimum fine of **$50.00**.

To insure compliance, infractions of the safety rules, or acts committed by an employee should be handled according to the following progressive discipline guidelines.

Enforcement Procedure:

I.   **First Offense**

    A.   Verbal Warning

        In those instances where an employee is observed committing an undesirable act or condition, the employee is to be informed that his/her actions are jeopardizing his/her or other's safety. The exact nature of the hazard and what is acceptable is to be thoroughly explained to the employee. The violation is to be brought to the attention of the employee's Supervisor and an informal written note made and filed in the Project's Safety file.

        If the undesirable act is of a serious nature, a written reprimand may be issued for a first offense.

II.   **Second Offense**

    A.   Formal Warning Reprimand- *Safety Hazard Notification* Issued.

        In the event an employee is observed committing a second undesirable act of the same offense, a [completed] *Safety Hazard Notification* shall be issued. This notification will explain in detail, the nature of the hazard and a fine of $50.00 (minimum per each observation).

        **Example:**

Initial
Initial
PD000677

(*) Five (5) Subcontractor employees are observed in the construction area without eye protection. The COASTAL Supervisor verbally warns the workers and informs them that eye protection is required at all times. The violation is also to be brought to the attention of the employees' Supervisor. Later that afternoon, the COASTAL Supervisor observes the same workers without the proper eye protection. The Subcontractor will receive a *Safety Hazard Notification* and a fine in the amount of $250.00 (5 repeat infractions X $50.00 each = $250.00). A copy shall be filed in the Project Safety file.

A deduct Change Order will be issued to the subcontractor for the fines accumulated over the duration of the project.

(*) ALL money collected by COASTAL for these violations will be donated to a local charity.

III.   **Third Offense**
   A.   A second [completed] *Safety Hazards Notification* issued for the <u>same</u> safety violation by an employee shall result in the employee being removed from the Project and shall not be permitted to return to the site.

   Three formal written safety reprimands of <u>various</u> offenses shall result in the employee being removed from the Project and shall not be permitted to return to the site.

**An employee may be banned from the jobsite at any time if the violation is flagrant or involves a serious offense (i.e. Riding the headache ball, failure to use required fall protection, etc.).**

**Subcontractor's Supervisors who are unable or unwilling to secure personnel performance in compliance with the contractual obligations of safety shall not be acceptable as Supervisors and shall be removed from the project.**


## PERSONAL PROTECTIVE EQUIPMENT

Each Subcontractor shall be required to provide and enforce the use of all personal protective equipment.

Hard hats are required for all individuals and shall be worn as approved by the manufacturer and shall meet the ANSI Standard Z89.1.

Safety glasses with side shields shall be worn while on this Project and shall meet the ANSI Standard Z87.1. <u>Dark tinted lenses are not permitted while working indoors.</u>

Long pants- No shorts.

Hearing protection shall be required when noise levels exceed 85 decibels.

As a minimum, sturdy work shoes or boots are required for foot protection. No tennis shoes, soft soled shoes or steel toe sneakers shall be permitted.

Shirts with at least 3" sleeves are required.

Work gloves shall be required where hand injuries may occur.

Initial

Initial

Face shields, in addition to safety glasses, shall be worn when using tools such as grinders, partner saws, block saws and any other similar equipment.

Body Harnesses attached to shock absorbing lanyards/retractable lanyards shall be worn for fall protection- **No Safety Belts.**

## CONCRETE AND MASONRY

Each Subcontractor shall have available at the jobsite, formwork, shoring erection and removal plans as required.

All masonry and concrete walls greater than 8 feet high shall be adequately braced to prevent overturning and to prevent collapse.

A limited access zone shall be established prior to the start of concrete construction. This zone shall be equal to the height of the wall plus four feet.

All protruding rebar which employees can fall into/onto shall be guarded to eliminate the hazard of impalement. This includes stubbed up conduit and pins driven into the ground for bracing.

Mushroom style rebar caps do not provide adequate protection and shall not be permitted as protection from impalement. These caps shall only be used for scratch protection only.

Employees placing rebar at elevations over six (6) feet above the ground, slab, or other working surface shall be required to use appropriate positioning **and** fall arrest equipment.

Reinforcing steel may not be hoisted by #9 wire- properly rigged chokers must be used. No overhead hoisting with shake out hooks.

## ELECTRICAL

Only trained and qualified personnel shall be permitted to work on electrical/mechanical equipment and installations.

Ground Fault Circuit Interrupters (GFCI) shall be used on all wiring systems - (including generators and welders).

Damaged electrical tools and equipment shall not be permitted on site.

Cords and cables shall either be suspended a minimum of 7 feet above the walking surface (with an insulated hanger) or shall be placed in such a manner to prevent damage or constitute a tripping hazard.

Guards or shatterproof bulbs shall protect all temporary lights and lighting in trailers.

## ENERGY CONTROL/LOCKOUT

Each Subcontractor shall at all times, enforce an energy lockout program when working on or nearby machinery or equipment where the unexpected movement or release of stored energy could endanger

PD000679

employees. Subcontractors shall provide a copy of their Company's Lockout/Tag-out Program to the COASTAL Supervisor prior to work operations for review.

All energized equipment shall be locked out / tagged out prior to the commencement of work operations. The equipment shall be tested prior to the work operation to ensure that all stored energy has been released.

## EXCAVATION & TRENCHING

The Subcontractor shall submit the name of the responsible "Competent Person" regarding Excavations to the COASTAL Supervisor. The Subcontractor's Supervisor and the Competent Person shall be responsible for ensuring that his employees and lower tier subcontractors comply with all applicable standards.

Prior to any excavation operation, all underground utilities shall be located.

All trenches and excavations greater than four (4) feet deep shall have an access ladder placed every twenty-five (25) feet of lateral travel.

All excavations greater than 5 feet deep shall be inspected and documented daily on the ***COASTAL Daily Excavation Inspection*** form (or equivalent) by the "Competent Person." If environmental conditions change, such as heavy rains, the excavation may warrant additional documented inspections.

All excavations greater than 5 feet deep shall be protected from cave-ins by benching, sloping, shoring or other protective means such as trench boxes.

All spoils shall be kept at least two (2) feet from the edges of the excavation.

Guardrails, fencing, barricades or covers shall protect all excavations.

## FALL PROTECTION

The Subcontractor shall submit the name of the responsible "Competent Person" regarding fall protection to the COASTAL Supervisor. This individual shall be responsible for ensuring that his employees and lower tier subcontractors comply with the COASTAL Site Safety and Health Plan.

All employees working at elevations or exposed to a fall of 6 feet or greater shall be trained in the proper use, inspection and storage of fall protection equipment.

All employees exposed to a fall of six (6) feet or greater shall be protected from falling by using guardrail systems, safety nets, or personal fall arrest systems. This includes steel erection, decking installation, roofing operations and work performed from scaffolds.

Personal fall arrest/restraint systems shall be utilized when occupying any type of aerial lift (**including scissors lifts**).

All personal fall arrest systems shall be attached to an anchorage point capable of supporting a minimum of 5000 pounds or engineered to support twice the maximum intended load.

All lanyards shall be equipped with shock absorbers and locking type snap hooks.

Initial

Initial

PD000680

All "holes" or openings greater than 2 inches shall be covered and secured against displacement. Such covers shall be able to withstand twice the maximum intended load and labeled with "HOLE" or "COVER" and "DO NOT REMOVE."

All employees working from ladders exposed to a fall of 6 feet or greater shall be protected from falling by using an appropriate fall arrest system unless the Subcontractor can show that it is not feasible or it creates a greater hazard.

During scaffold erection and dismantling, employees exposed to a fall of 6 feet or greater shall be protected from falls when an appropriate anchorage point is reasonably available unless the Subcontractor can show that such protection creates a greater hazard. Documentation shall be provided to the COASTAL Supervisor prior to such operations.

## FIRE PROTECTION/PREVENTION

Each Subcontractor shall be responsible for ensuring that all employees and lower tier subcontractors comply with all applicable standards.

All employees shall be trained in the proper type and use of fire extinguishers. Training documentation shall be made available upon request.

Emergency phone numbers shall be posted at phones and personnel entrances.

All spark producing operation shall require the use of fire extinguishing equipment rated not less than 2A-20B:C.

All tarps and blankets shall be constructed of a fire retardant material.

Open fires shall not be permitted.

Use of gas or diesel powered tools and equipment in enclosed spaces shall be avoided at all times. Exceptions may be made only if the use of the power tool(s) and/or equipment is determined necessary by and is authorized by the COASTAL Supervisor. In the case of such exceptions, measures shall be taken to ensure adequate ventilation to prevent build up of exhaust fumes and fuel vapors.

All gasoline and diesel powered equipment adjacent to, or inside a building or structure shall have a fire extinguisher rated not less than 2A-20B:C available for use.

The travel distance from any point to the nearest fire extinguisher shall not exceed 100 feet.

## WELDING AND CUTTING

Hot Work Permits may be required for some work operations and shall be issued at the discretion of the COASTAL Supervisor.

Proper eye protection shall be worn for welding and cutting operations. Tinted lens safety glasses do not provide adequate protection and shall not be worn.

Torches shall be lighted by friction lighters or other devices and not by matches or from other hot work.

Initial

Initial

PD000681

When practical, objects to be welded, cut or heated should be moved to an area free of fire hazards, or if the object cannot be moved, all movable fire hazards shall be moved out of the area, and all other hazards protected.

When the welding, cutting or heating operation is such that normal fire prevention precautions are not sufficient, additional personnel (fire watch) shall be assigned to guard against fire while the operation is being performed and for a sufficient period of time after the completion of the work to insure that no possibility of fire exists. When operations are conducted on walls, floors, and ceilings, steps shall be taken to insure against fire hazards on the opposite side from the work.

A fire extinguisher rated not less than 2A-20B:C shall be immediately available wherever welding or cutting operations are being conducted.


## MOBILE MATERIAL HANDLING EQUIPMENT

Absorbent diapers shall be utilized on all equipment where a chance of an oil leak exists.

Damaged/defective equipment shall not be permitted on any COASTAL Project.

All vehicles/material handling equipment shall be equipped with functioning backup alarms and warning horns.

Only properly trained and authorized personnel shall be permitted to operate hoisting equipment and mobile equipment. This shall also include powered industrial trucks and forklifts.

Operators of cranes and mobile equipment shall be required to inspect their equipment prior to start up each day to insure that the equipment is in safe operating condition. Defective equipment shall not be used.

Seat belts shall be worn while operating all types of material handling equipment.

Fire Extinguishers shall be located on all types of material handling equipment


## CRANES

The Subcontractor shall submit the name of the "Competent Person" for the inspection of rigging, to the COASTAL Supervisor. This individual shall be responsible for ensuring that all employees and lower tier subcontractors comply with all standards covered under 29 CFR 1926 Subpart H.

Current annual crane inspections must accompany all cranes. Copies shall be forwarded to the COASTAL Supervisor. This document shall remain on file at the jobsite for duration of the project.

Crane operators shall sound the crane's horn to warn individuals of the overhead hazard. Loads shall be routed as to minimize exposure to workers.

Tag lines shall be used when hoisting all material overhead. Exception: Loading and unloading trucks.

Shakeout hooks shall be used for loading/unloading trailers and not used for swinging loads overhead.

Initial

Initial

PD000682

Hand signals for crane use shall be posted. Only trained personnel shall be permitted to signal the crane operator. Subcontractors using cranes shall post standard crane signals at the jobsite.

A *Critical lift Questionnaire* (or equivalent) shall be completed when the materials being hoisted meet or exceed 75% of the cranes rated capacity.

Crane or Derrick suspended personnel platforms shall not be used unless the erection, use, and dismantling of conventional means of reaching the work site would be more hazardous or not possible. **No hoisting of personnel should be done without the approval of the COASTAL Supervisor.**

The operation of hoisting equipment in the vicinity of high voltage lines is a recognized construction hazard and as such adequate planning shall eliminate or reduce the exposure as much as possible. The use of hoisting equipment in the vicinity of high voltage lines shall be kept to an absolute minimum. Whenever operating in the vicinity of power lines is unavoidable, measures to safeguard the operation and other employees in the vicinity must be taken and may include:

- Instructing employees of hazard;
- Deactivation of energized lines;
- Installing insulating material on power lines;
- Providing employee as "spotter" to insure that the proper clearance is maintained.

**However, when the operation of hoisting equipment in the vicinity of power lines is unavoidable, the requirements under 29 CFR 1926 Subpart N, must be maintained.**

## MOTOR VEHICLES

All vehicles brought on to any COASTAL Project shall be insured per COASTAL Insurance requirements specifications.

Operators of motor vehicles shall carry a valid driver's license.

All vehicles entering/leaving the Project shall be subject to search.

## HOUSEKEEPING

Rubbish, Debris, waste, and useless material constitute fire and accident hazards and shall be removed from the work area as fast as they accumulate, but no less often than daily.

Nails shall be bent over or removed from all construction material.

All formwork shall be promptly removed to storage/staging areas after stripping operations are completed.

All stairways, corridors, ladders, catwalks, ramps, passageways and work platforms shall be kept clear of loose material and trash.

Hoses, welding leads, electrical cords, etc. shall be placed overhead or out of walkways in such a manner as to eliminate tripping hazards.

Oily rags, flammable liquids and other similar materials subject to spontaneous combustion shall be placed in fire resistant covered containers and disposed of daily.

Initial
Initial

PD000683

Materials and supplies shall be kept from edges of hoistways, stairways, floor openings and when exterior walls are being built away from the perimeter of the building.

Tools shall not be strewn about where they may cause tripping and/or falling hazards and shall be properly collected and stored at the end of the day.

Upon completion of work in an area, thorough clean-up shall be done prior to relocating to another work area.

Access areas and work surfaces are to be maintained in a mud/rut free condition by use of stones or other aggregate material to eliminate the possibility of slips, trips, or falls.

Workers shall be instructed to practice required housekeeping as part of their assigned duties.

Subcontractors shall maintain an orderly worksite free from accumulations of construction debris. Clean up shall be performed on an ongoing basis. Any trash, debris, or liquid that poses a possible threat of fire or safety shall be removed from the premises immediately. If, after 24 hours notice by COASTAL to the Subcontractor, the Subcontractor has not diligently proceeded with the clean-up work as outlined in this section, then COASTAL has the right to proceed with the clean-up work at the Subcontractor's cost and expense.

## SIGNS AND SIGNAGE

Each Subcontractor shall provide and properly locate and maintain warning signs, lights, barricades, railings and other safeguards for the protection of workers and others on, about, or adjacent to their work, as required.

## AERIAL WORK PLATFORMS

Each Subcontractor shall ensure that aerial lift platform operators have been trained in accordance with the manufacturer's operation manual before operating the aerial lift platforms.

Personal fall arrest/restraint systems shall be utilized when occupying any type of aerial lift (**including scissors lifts**). Lanyards attached to scissors lifts shall be adjusted to restrain the worker from falls.

All personal fall arrest systems shall be attached to an anchorage point capable of supporting a minimum of 5000 pounds or engineered to support twice the maximum intended load.

Barricades shall be erected below any overhead work area.

Steps, ladders, or similar items shall not be placed on platforms to provide additional reach.

Aerial work platforms shall not be "field modified" for uses other than those intended by the manufacturer unless the modification has been certified in writing by the manufacturer.

Gates and mid-chains shall be kept closed and locked when in use.

Initial

Initial

PD000684

## OVERHEAD WORK OPERATIONS

When overhead work poses a hazard, the floor/ground area below shall be barricaded and posted with a sign to read "DANGER, KEEP CLEAR, PERSONNEL WORKING OVERHEAD."

## CONFINED SPACE ENTRY

Subcontractors who anticipate entering confined spaces must first provide the COASTAL Supervisor with a copy of their Company's Confined Space Program in accordance with 29 CFR 1910-General Industry Standards.

No worker shall be permitted to enter a Permit Required Confined Space unless the atmosphere has been tested and the worker is properly trained.

An approved confined space entry permit shall be utilized.

## LADDERS & SCAFFOLDS

Each Subcontractor shall submit the name of the "Competent Person" regarding ladders and scaffolds to the COASTAL Supervisor. This individual shall be responsible for ensuring that "his" employees and lower tier subcontractor employees comply with all applicable standards.

All Scaffolds shall be erected, moved, or dismantled only under the supervision of his employer's "Competent Person."

Each Subcontractor shall provide safe access to all scaffolds/work platforms.

All scaffolds shall be inspected and <u>TAGGED</u> by the Competent Person prior to use and following any modifications.

Employees working from scaffolds, exposed to a fall of 6 feet or greater, shall be protected by guardrails, safety nets, or personal fall arrest systems.

Employees are not permitted to ride mobile scaffolds.

During scaffold erection and dismantling, employees exposed to a fall of 6 feet or greater shall be protected from falls when an appropriate anchorage point is reasonably available unless the Subcontractor can show that such protection creates a greater hazard. Documentation shall be provided to the COASTAL Supervisor prior to such operations.

Periodically, the Subcontractor's "Competent Person" shall inspect ladders for visible defects. Damaged ladders shall be withdrawn from service until repaired.

Approved access ladders (No stepladders) shall be provided on all scaffolds. Climbing the scaffold bucks or cross bracing shall not be permitted.

Metal ladders shall not be used around electrical installations and at the discretion of the COASTAL Superintendent.

Initial

Initial

PD000685

When ladders are used to access upper elevations, the side rails shall extend at least three (3) feet above the landing.

Stepladders shall not be used as straight ladders - stepladders shall be fully opened with the spreaders locked.

All straight ladders shall have "safety feet" and must be secured against displacement.

Employees working from ladders, exposed to a fall of 6 feet or greater, shall be required to wear and use appropriate fall protection unless the Subcontractor can show that it is not feasible or creates a greater hazard.

## RESPIRATORY PROTECTION

Each Subcontractor using respiratory protection shall submit the name of the "Qualified Person" regarding respiratory protection to the COASTAL Supervisor. This person shall be responsible for ensuring that "his" employees and lower tier subcontractor employees comply with all applicable standards.

When possible, all hazards shall be eliminated by accepted engineering controls. When not feasible, appropriate respiratory protection shall be provided by the Subcontractor.

Employees performing tasks that require the use of respiratory protection shall receive a medical evaluation and appropriate training prior to donning the respirator.

Each respirator wearer shall be properly fit-tested. Documentation shall be kept on file at the job site.

## TOOLS - HAND / POWER / AIR

The Subcontractor Supervisor shall be responsible for ensuring that all workers and lower tier subcontractors comply with all applicable standards.

Damaged/Defective tools shall not be permitted on COASTAL sites.

Guards and/or safety devices shall not be removed, altered, blocked, or circumvented in any way.

Makeshift or jury-rigged tools shall not be permitted on any COASTAL Project.

Face shields, in addition to safety glasses, shall be worn when using tools such as grinders, partner saws, block saws, or similar tools or equipment.

All personnel using powder-actuated tools shall be able to provide documentation (cards) of adequate training, by the manufacturer' representative.

Powder actuated tools shall not be loaded until immediately before use. "Spent" loads shall be discarded in trash receptacles and not on the ground.

Pneumatic air and power tools shall be secured to the hose or whip in a positive manner to prevent accidental disconnection.

Safety clips or retainers shall be securely installed and maintained on pneumatic impact tools to prevent attachments from being accidentally expelled.

Initial

Initial

PD000686

## BULK STORAGE AREAS

The COASTAL Supervisor shall designate fuel storage and lay down areas.

"No Smoking or Open Flame" signs shall be conspicuously posted at fuel storage areas. Appropriate fire extinguishers shall be located in the immediate area.

Fuel storage tanks shall be placed in containments or diked to contain spills. Two (2) layers of six- (6) mil plastic shall protect the ground area inside the berm/dike. All seams of the plastic layers shall be sealed so not to allow leakage of fluids.

All large fuel storage tanks shall be grounded.

All containers shall be clearly marked to show the contents.

Unless in the original container, only UL approved metal (no plastic) safety cans with flash arrestors shall be used for the handling and use of flammable and combustible liquids of five (5) gallons or less.

Oxygen and Acetylene bottles shall be stored at least twenty (20) feet apart or separated by a firewall. A fire extinguisher shall be located within seventy-five (75) feet of travel.

All stored compressed cylinders shall be capped and secured in an upright position. "No Smoking" signs shall be posted.

## HAZARDOUS MATERIALS

Subcontractors shall be required to IMMEDIATELY notify the COASTAL Supervisor of any spillage of hazardous materials, regardless of the quantity.

Drums or other containers uncovered during excavation operations shall be reported immediately to the COASTAL Supervisor.

When the disposal of hazardous waste is necessary, a proper manifest shall be required. Copies of all manifests shall be forwarded to the COASTAL Supervisor.

Initial

Initial

PD000687

**Coastal Condominiums**

# EMERGENCY/CONTACT PERSONNEL

Subcontractor Name     Precision Drywall Inc.

Project Name/Address     _____

                                     _____

                                     _____

**Subcontractor's Project Manager:**

Name     John Scott

Phone/Pager     561- 436- 8762

**Subcontractor's Project Foreman:**

Name     John K.

Phone/Pager     561- 436- 1083

**Subcontractor's On-Site Safety Rep:**

Name     John Scott

Phone/Pager     561- 436- 8762

**Subcontractor's On-Site Employee with a current certification in First aid/ CPR**

Name     _____

Phone/Pager     _____

**Name of Subcontractor's On-Site "Competent Person" (if applicable) regarding:**

Trenching/Excavation     _____

Fall Protection     _____

Rigging     _____

Ladders/Scaffolds     _____

Name of Subcontractor's On-Site Qualified Person for Steel Erection

Initial JB

Initial

PD000688

**Coastal Condominiums**

# Daily Excavation Inspection Form

Jobsite:_____ Date:_____

Competent Person:_____

**If evidence of cave-ins or slides is apparent, all work in the excavation shall cease until the necessary precautions have been taken to safeguard workers.**

Use a "checkmark" to indicate yes or fill in blank with applicable information or description.

- ☐ Utilities Contacted
- ☐ Excavation/trench four (4) or more feet deep. If so; adequate means of exit such as ladders, steps or ramp located within 25 feet of lateral travel.
- ☐ Excavation/trench five (5) or more feet deep. If so; shoring, sloping or guarding in place.
- ☐ Spoils retained a minimum of two (2) feet from edge of excavation.

### Soil Type and Conditions

Soil Type: ☐ Stable Rock ☐ A ☐ B ☐ C
Description: ☐ Good ☐ Poor ☐ Stable ☐ Unstable
Soil Conditions: ☐ Frost ☐ Dry ☐ Saturation ☐ Partial Saturation

### Excavation Site Description

Location :_____ Area Congested: ☐ Yes ☐ No

Trench: Depth_____ Width_____ Length_____ Intersect or Angular (circle one)

Utilities Stake Date:_____ Open Date/Time_____ ☐ Right-of-Way Access OK

Crossing Trench: ☐ Lines ☐ Road/Alley

Parallel to Trench: ☐ Lines ☐ Road/Alley ☐ Building(s)

☐ Pole Bracing ☐ Overhead Lines (clearance)_____ ☐ Structural Bracing

☐ Registered Professional Engineer (RPE) Consulted (reason): ☐ required for excavations over 20 feet deep

Other:_____

_____

Describe any changing conditions, plans, or shoring equipment damage:_____

_____

_____

### Employee & Public Safety Inspection

- ☐ Ladders
- ☐ Fencing
- ☐ Barricades
- ☐ Cones
- ☐ Ramp(s) for Personnel
- ☐ Emergency Equipment
- ☐ Barricade Tape
- ☐ Steel Plating
- ☐ Ramp(s) for Equipment
- ☐ Air Quality Testing
- ☐ Lighted Barricades
- ☐ Other:_____
- ☐ Water Removal
- ☐ Traffic Control
- ☐ Weekend Protection

Initial_____

Initial_____

PD000690

# COASTAL-Daily Excavation Inspection Form

## Protection System Selected

☐ Hydraulic Shoring System  ☐ Timber Shoring System  ☐ Trench Shield
☐ Sloped Angle of Repose  ☐ Benched  ☐ Unsupported Wall - Height _____
(max 5" only for stable rock or Type A soil)

## Soil Conditions

**Manual Tests:**      Cohesive      Fissured Cohesive      Granular
*Will normally be performed by a testing lab
Plasticity & Pat Tests:
　　　Thread Test      ☐      ☐      ☐
　　　Ribbon Test      ☐      ☐      ☐
*Dry Strength      ☐      ☐      ☐
Thumb Penetration      ☐ Type A (1/4" or less)   ☐ Type B (1/4" to 1")   ☐ Type C (1" or more)

*Pocket Penetrometer Test: _____

*Other Test: _____

Note: If one manual & visual test for each is not done, trench must be sloped or shored for Type "C" Soil.

**Visual Tests** (recommend doing as many as possible):

　　　　　　　　Cohesive                          Granular
Soil Pile:      ☐ Remains in clumps          ☐ Breaks up easily
　　　　　　☐ Fine grained clay           ☐ Coarse grained silt, sand or gravel
Trench Sides   ☐ Stands vertical over 2 hours   ☐ Sloughs into trench
　　　　　　☐ Fine grained clay           ☐ Coarse grained silt, sand or gravel

## Hazard Indicators

Fissures:      ☐ Trench side (cracks or spalls)      ☐ Top of trench (cracks, openings)
☐ Soil layers slope into trench 4:1 or steeper (possible wedge failure)
☐ Rock layer above soil layer
☐ Seepage into trench from sides, surface or bottom (circle applicable area)
☐ Water up to ½ of trench depth within last 24 hours (trench should be visually inspected prior to workers entering
☐ Vibration sources may effect trench stability (pile driving, heavy traffic)
☐ Prior or existing excavation: crossing trench or parallel (circle one)
☐ Sloughing of sides into trench at 3:1 slope or steeper (shoring or trench box should be used)
☐ Crane setting up near trench/excavation (check for fissures and soil stability even at distances far from the trench)

## Weather Conditions

| Date of Inspection: | Clear | Overcast | Rain | Other | Inspected By: |
|---|---|---|---|---|---|
| _____ | ☐ | ☐ | ☐ | ☐ _____ | _____ |
| _____ | ☐ | ☐ | ☐ | ☐ _____ | _____ |
| _____ | ☐ | ☐ | ☐ | ☐ _____ | _____ |
| _____ | ☐ | ☐ | ☐ | ☐ _____ | _____ |
| _____ | ☐ | ☐ | ☐ | ☐ _____ | _____ |

Initial _____
Initial _____

PD000691

# COASTAL INCIDENT REPORT

## TYPE OF INCIDENT:

☐ PERSONAL INJURY     ☐ ILLNESS     ☐ HOSPITALIZATION OR FATALITY: PRIVILEGED AND CONFICDENTIAL -- ATTORNEY WORK PRODUCT PREPARED IN ANTICIPATION OF LITIGATON

JOB NAME _____ JOB NO. _____ OSHA 300 LOG CASE NUMBER _____

JOB ADDRESS _____

DATE AND TIME OF ACCIDENT _____ ☐ A.M. ☐ P.M.

PHOTOGRAPHS TAKEN ☐ YES ☐ NO     IF YES, BY WHOM _____

PERSON INJURY REPORTED TO _____ DATE REPORTED _____

## 1. INJURED PERSON    ☐ MALE ☐ FEMALE

| | |
|---|---|
| INJURED'S NAME _____ | SOCIAL SECURITY NO. _____ |
| DATE OF BIRTH _____ | NO. OF DEPENDENTS _____ |
| MARITAL STATUS _____ | HOME TELEPHONE NO. _____ |
| HOME ADDRESS _____ | CRAFT/YRS EXPERIENCE _____ |
| | DATE OF HIRE/ON JOB _____ |

## 2. ABOUT THE 21INJURY/ILLNESS (CHECK ALL THAT APPLY)

**INJURY CLASSIFICATION**

☐ NOTIFICATION ONLY
☐ FIRST AID ONLY
☐ MEDICAL TREATMENT
☐ EMERGENCY ROOM TREATMENT
☐ HOSPITALIZED OVERNIGHT-INPATIENT
☐ OSHA RECORDABLE
☐ FATALITY- DATE/TIME _____
☐ OTHER

**CAUSE OF INJURY**

☐ STRUCK BY
☐ STRUCK AGAINST
☐ CAUGHT BETWEEN
☐ FALL/SLIP/TRIP
☐ LIFTING

☐ CONTACT WITH SUBSTANCE OR MATERIAL
☐ REPETITIVE MOTION
☐ WORKPLACE VIOLENCE
☐ AUTO WITH INJURY
☐ OTHER _____

**TYPE OF INJURY**

☐ BURN
☐ LACERATION
☐ ABRASION
☐ CONTUSION
☐ DERMATITIS
☐ FOREIGN BODY

☐ PUNCTURE
☐ FRACTURE
☐ MUSCLE STRAIN/SPRAIN
☐ DISLOCATION
☐ ALLERGIC REACTION
☐ OTHER _____

NAME OF MEDICAL PROVIDER _____

ADDRESS OF MEDICAL PROVIDER _____

(CHECK AND CIRCLE APPROPRATE LETTER - WORD - NUMBER)

☐ EYE ( R. L. BOTH)
☐ HEAD, NECK, FACE
☐ KNEE ( R. L. BOTH)
☐ CHEST
☐ BACK (UPPER – MIDDLE - LOWER)
☐ JOINT (SPECIFY R. L.) _____

☐ ARM ( R. L. BOTH)
☐ HAND ( R. L. BOTH)
☐ FINGERS ( R. L. ) TH-1-2-3-4
☐ FEET ( R. L. BOTH)
☐ TOES ( R. L. ) 1-2-3-4-5

☐ LEG ( R. L. BOTH)
☐ ABDOMEN
☐ BUTTOCKS
☐ ANKLE ( R. L. BOTH)
☐ GROIN

CHECK PERSONAL PROTECTIVE EQUIPMENT USED

☐ HARD HAT
☐ SAFETY GALSSES
☐ GLOVES
☐ RESPIRATOR
☐ BODY HARNESS
☐ OTHER

## 3. NARRATIVE (Use Additional Paper If Necessary)

**What was the employee doing just before the incident occurred?** Describe the activity as well as the tools, equipment, or material the employee was using. Be specific. *Examples:* "climbing a ladder while carrying roofing materials"; "spraying chlorine from hand sprayer"; "daily computer key-entry."

**What happened?** How did injury occur? *Examples:* "When ladder slipped on wet floor, worker fell 20 feet"; "Worker was sprayed with chlorine when gasket broke during replacement"; "Worker developed soreness in wrist over time."

**What was the injury or illness?** What part of the body was affected and how was it affected. Be more specific than "hurt"; "pain"; or "sore." *Examples:* "strained back"; "chemical burn, hand"; "carpal tunnel syndrome."

**What object or substance directly harmed the employee?** *Example:* "concrete floor"; "chlorine"; "radial arm saw." If this question does not apply to the incident, leave it blank.

Initial _____
Initial _____

PD000692

## 4. EMPLOYER'S INFORMATION

WAS THE EMPLOYEE'S FIRST REPORT OF INJURY FORM GIVEN TO COASTAL (IF SO, ATTACH TO REPORT)

☐ NO    ☐ YES    DATE: _____      EMPLOYEE'S OSHA 300 LOG CASE #

NAME OF EMPLOYER _____    TELEPHONE #. OF EMPLOYER _____

ADDRESS OF EMPLOYER _____

SUPERINTENDENT/ FORMAN'S NAME _____

SAFETY CONTACT PERSON _____

DO YOU KNOW OF ANY REASON THIS CLAIM SHOULD BE CONTESTED?

☐ NO    ☐ YES    REASON _____

## 5. ABOUT THE ACCIDENT

WITNESS:    NAME _____

           ADDRESS _____

           TELEPHONE # _____

           EMPLOYER _____

WERE STATEMENTS OBTAINED    ☐ NO    ☐ YES (PLEASE ATTACH)

WERE ANY OTHER EMPLOYER'S TOOLS, PERSONNEL, OR EQUIPMENT CONTRIBUITNG FACTORS    ☐ NO    ☐ YES    IF YES, COMPLETE BELOW)

EMPLOYER'S NAME _____

EMPLOYER'S ADDRESS _____

EMPLOYER'S TELEPHONE _____

*USE SEPARATE SHEETS FOR ANY OTHER WITNESSES OR ADDITIONAL INFORMATION YOU FEEL MAY BE PERTINENT.*

### NARRATIVE – NATURE OF INVOLVEMENT

_____

_____

_____

_____

_____

_____

_____

HAS THIS INCIDENT BEEN REPORTED TO OSHA?    ☐ YES    ☐ NO      DATE/TIME _____

CONTACT NAME _____

NOTE:    Follow accident reporting instructions listed inthe Accident Reporting Procedures Manual for all accidents.
Follow Catastrophic Accident Reporting Procedures in the event of hospitalization and/or fatality.
Any hospitalization and/or property damage in excess of $500.00 requires the employer to implement substance abuse testing per the drug and alcohol policy.

*Send one copy via fax to the Safety Director @(305)221-5005.*

SIGNATURES: _____

_____ _____

       DATE        SUPERINTENDENT        DATE        PREPARER

Initial _____

Initial _____

PD000693

**"Job Hindrances interrupt or interfere with the orderly progress of the job."**

## SUPERVISOR'S INVESTIGATION REPORT

| Name | | Age | Time | Date |
|---|---|---|---|---|

| Department - Shift | | Job | | How long on this job? |
|---|---|---|---|---|

| What Happened? | Describe what took place or what caused you to make this investigation. |
|---|---|

| Why Did It Happen? | Get all the facts by studying the job and situation involved. Question by use of WHY - WHAT - WHERE - WHEN - WHO - HOW |
|---|---|

What Should Be Done and Who Is Assigned To Correct?

Determine which of the 12 items under EMP require additional attention.

| **Equipment** | **Material** | **People** |
|---|---|---|
| Select | Select | Select |
| Arrange | Place | Place |
| Use | Handle | Train |
| Maintain | Process | Lead |

| What Have You Done Thus Far And What Is The Anticipated Completion Date? | Take or recommend action, depending upon your authority. Follow up - was action effective? |
|---|---|

| How Will This Improve Operations? | OBJECTIVE Eliminate job hindrances |
|---|---|

| Investigated by | Date | Reviewed by | | Date |
|---|---|---|---|---|

Initial 
Initial

PD000694



**Coastal Condominiums**

# SAFETY HAZARDS
# NOTIFICATION FORM

To:_____ Company:_____ Title:_____

From:_____ Company:_____ Title:_____

Project: _____

**SAFETY HAZARD:** The following unsafe actions or conditions were noted and must be corrected.

_____

_____

_____

Received by:_____Date:_____

**CONTRACTOR RESPONSE:**   I have taken the following action(s) to correct the above noted items

_____

_____

_____

Signed:_____ Date:_____

The above listed items must be corrected within 24 hours of receipt of this form unless specified. IMMEDIATELY return this form to the Superintendent —keep a copy for your file.

**DISCLAIMER:**

The report of the above items are not intended to indicate that other unsafe conditions do not exist nor is it intended to imply that other violations an/or hazards not observed or reported thereon are safe and under control at the time of this survey. You are not in any way relieved of your complete responsibility for compliance with OSHA regulations for safety, health, and security of your employees or work areas under your control.

Cc:    Project file
       Branch Safety Director

Initial
Initial

PD000695



**Coastal Condominiums**

# VISITOR WAIVER AND RELEASE

This WAIVER AND Release if entered into this _____ day of _____ by

_____ (hereinafter "VISITOR") AND

COASTAL CONDOMINIUMS, (HEREINAFTER "CONTRACTOR").

WHEREAS, CONTRACTOR has advised VISITOR that the construction site is not ordinarily suitable for visits or inspections by persons other than construction personnel, building inspectors or similar individuals and that the site may not, due to the nature of the construction, be completely free of any obstacles, obstructions or other hazards which may cause injury to visitor and, _____
_____.

WHEREAS, VISITOR understands that the construction site is not risk free and that he/she has been advised that in order to access the site a Waiver and Release must be provided to CONTRACTOR agreeing to hold the CONTRACTOR harmless and free from any fault or responsibility for any injury, damage or harm which might result because of any condition or construction operation ongoing at the site, _____
_____.

NOW THEREFORE, the parties, in exchange for their mutual agreements, hereby agree as follows:

1.      The representations set forth above are true and correct.

2.      VISITOR agrees to hold the CONTRACTOR harmless from any and all damage caused by any accident, injury or other harm which visitor may incur as a result of a visit to the project site which is to occur on or about _____.

3.      VISITOR hereby waives any claim against CONTRACTOR, its parent and affiliated companies, and/or its insurance carriers for any action, cause of action or entitlement which VISITOR may have which arises or might arise as a result of the VISITOR, visiting, inspecting or viewing the project site at which the CONTRACTOR is currently working or has performed work.

4.      This Agreement is intended to be a full waiver of claims against the CONTRACTOR, its parent and affiliated companies, and its insurance carrier, it being understood and agreed that the CONTRACTOR would not ordinarily permit VISITOR to inspect the project site but is doing so only in consideration of it being granted a full release from any potential claim which might arise as a result of such a visit.

**COASTAL CONDOMINIUMS:**      **VISITOR:**

By:_____      By: _____

Witness: _____      By:_____

Date:_____      Date:_____

PD000696

**Coastal Condominiums**

# CRITICAL LIFT
# QUESTIONAIRE

1. CRITERIA

   ___ LOAD EXCEEDS 75% OF LOAD CHART FOR CRANE OR DERRICK
   ___ TWO OR MORE CRANES/BOOMS REQUIRED
   ___ SPECIAL HOISTING/RIGGING EQUIPMENT WILL BE UTILIZED
   ___ OTHER - SPECIFY _____

2. DESCRIPTION OF OBJECT TO BE RAISED _____
   _____

3. HOW WEIGHT OF OBJECT WAS OBTAINED

   A. CERTIFIED SCALE WEIGHT _____ TICKET # _____
   B. CALUCULATED INDEPENDENTLY BY MORE THAN ONE SOURCE
      1. SOURCE _____ WEIGHT _____
      2. SOURCE _____ WEIGHT _____
   C. IF LIFT IS AN EXISTING ITEM (BEING REMOVED OR DEMOLISHED),
   THE WEIGHT IS TO BE RECALCULATED, TAKING INTO ACCOUNT ALL
   MODIFICATIONS INCLUDING INTERNAL, AS WELL AS AN ALLOWANCE
   FOR SCALE, SEDIMENT, SLUDGE, INSULATION, LIQUID, ETC.
      1. SOURCE _____ WEIGHT _____
      2. SOURCE _____ WEIGHT _____

4. DESCRIPTION & WEIGHT OF ALL RIGGING EQUIPMENT & CRANE ATTACH-
   MENT DEDUCTIONS FROM LOAD CHARTS. _____
   _____
      SOURCE _____ WEIGHT _____

5. TOTAL WEIGHT OF OBJECT, RIGGING & LOAD CHART DEDUCTIONS.
      SOURCE _____ WEIGHT _____

6. EQUIPMENT AND LIFT RELATIONSHIP

   A. CRANE MAKE_____
   B. MODEL_____
   C. MAXIMUM OPERATING RADIUS _____
   D. PLANNED OPERATING RADIUS _____
   E. ALLOWABLE LOAD (FROM LOAD CHART) _____
   F. RATIO OF LIFT TO ALLOWABLE LOAD _____
   G. CLEARANCE BETWEEN BOOM & LIFT _____
   H. CLEARANCE TO SURROUDING FACILTIES _____
   I. CLEAR PATH FOR LOAD MOVEMENT _____

7. HAS ALL LIFTING EQUIPMENT AND RIGGING BEEN INSPECTED AND
   FOUND IN ACCEPTABLE CONDITION FOR THIS LIFT _____

Initial _____
Initial _____

PD000697

CRITICAL·LIFT QUESTIONAIRE
PAGE 2 OF 2

8.  STABILITY OF GROUND AREA:
    A.  SOIL BEARING CAPACITY _____ SOURCE _____
    B.  ARE MATS REQUIRED _____ SIZE & NUMBER _____
    C.  ANY UNDERGROUND INSTALLATIONS NEED SPECIAL TRTMNT_____
    D.  RATIO OF SOIL BEARING CAPACITY TO ACTUAL _____

9.  WILL A WRITTEN LIFT PLAN & LIFT DRAWINGS BE REQUIRED FOR THIS
    LIFT _____

10. TYPE OF COMMUNICATIONS TO BE UTILIZED AND SPECIFIC RESPONSI-
    BILITIES OF COMMUNICATORS _____

11. WHAT ARE WIND & WEATHER RESTRICTIONS _____
    _____

12. HOW WILL LIFT AREA BE KEPT CLER OF UNNECESSARY PERSONNEL
    _____

13. ANY SPECIAL CONDITIONS THAT LIFT PERSONNEL NEED TO BE AWARE
    OF _____

## CRITICAL LIFT APPROVALS

1.  CRANE INSPECTORS - NAME _____

2.  RIGGING INSPECTORS - NAME _____

3.  RIGGING SUPERINTENDENT - NAME _____

4.  LIFT SUPERVISOR - NAME _____

5.  PROJECT ENGINEERING - NAME _____

6.  PROJECT MANAGER - NAME _____

7.  SIGNAL MEN-NAME _____

8.  CRANE OPERATORS - NAME _____

## DON'T FORGET THE LAW OF GRAVITYII

Initial ____
Initial ____
PD000698

# Subcontractor Man Hour / Accident Report

| SUBCONTRACTOR | HOURS WORKED THIS MONTH | CUMMULATIVE HOURS FOR PROJECT | OSHA RECORDABLE INJURIES / ILLNESS | OSHA LOST TIME | OSHA LOST TIME DAYS | OSHA RESTRICTED WORKCASE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Initial

Initial

PD000699

**COASTAL CONDOMINIUMS**
**Monthly Safety Activity Report**

Location:_____
Prepared By:_____
Month:_____
Tour    TS

**CODES**
Project Safety Meeting .........................SM
Project Safety Tour ............................. JT
Tool Box Meeting ................................TB

**Insurance Carrier Tour.......**
**OSHA Inspection ...............**
**Branch Safety Director**

| Project Name & Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |

Initial
Initial _____

PD000700