

**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS

1090 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

**INVOICE NUMBER**
1098402-01

| ACCOUNT NO. |
|---|
| 168000 |

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:**
VILLA LAGO
BUILDING 1
BOYNTON BEACH   FL

| INVOICE NUMBER | SALES | ORDER DATE | P.O. NO. | DATE W/D T & IN NUMBER | DATE |
|---|---|---|---|---|---|
| 1098402-01 | 133 | 07/07/06 | 118 | 07/07/06 11:45:43 | 07/07/06 |

| INSTRUCTIONS | PAGE NO. |
|---|---|
| DEL 7/7/06 | T    1 |

| ORDERED | SHIPPED | B.O. | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES 5TH FLOOR "A" UNITS | EA | 0.0001 | 0.00 |
| 110 | 110 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1900.80 |
| 16 | 16 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 353.28 |
| 1 | 1 | * | NOTES "B" UNIT 1 UNIT | EA | 0.0001 | 0.00 |
| 70 | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| | |
|---|---|
| SUB TOTAL | 3,750.72 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 243.80 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **4,004.52** |

RCR000000570



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
16800F

**INVOICE NUMBER**
2037129-01

BILL
TO:  PRECISION DRYWALL INC ++
     601 N CONGRESS AVE STE 501
     DELRAY BCH    FL   33445

SHIP
TO:  FLAGLER LANDING

     WPB        FL

| INVOICE NUMBER | BRANCH | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE | | |
|---|---|---|---|---|---|---|---|
| 2037129-01 | 133 | 07/06/06 | 252 | 271 | 30 | 07/07/06 | |
| | | INSTRUCTIONS | | | | PKT | PAGE NO |
| 7/6/06 | | | | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DES | ITEM CODE AND DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./NET | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 200 | | 200 | * | S158S-12 1 5/8" STUD 12 25 GAUGE | LF | 271.0000 | 650.40 |



CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

PICKED UP

| | |
|---|---|
| SUB TOTAL | 650.40 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 42.28 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 702.68 |

RCR000000297



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
16800F

**INVOICE NUMBER**
2037138-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:**
FLAGLER LANDING
BLDG 5
WPB          FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037138-01 | 133 | 07/06/06 | 251 | 271 | 31 | 07/07/06 |

| | INSTRUCTIONS | | | PAGE | PAGE NO. |
|---|---|---|---|---|---|
| 7/6/06 | | | | T | 1 |

| QUANTITY & PRICE/UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ONLY | SHIPPED | UOM | ITEM CODE AND DESCRIPTION | VEN | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 110 | | 110 | * | S358S-9<br>3 5/8" STUD 9'<br>25 GAUGE | LF | 360.0000 | 356.40 |
| 100 | | 100 | * | S358S-11<br>3 5/8" STUD 11<br>25 GAUGE | LF | 360.0000 | 396.00 |
| 1 | | 1 | * | TCTOT-M<br>CLINCH ON TOOL W/MALLET | EA | 57.0000 | 57.00 |

PAID

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
@ - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 809.40 |
| MISC CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 52.61 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 872.01 |

RCR000000296



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
16800F

**INVOICE NUMBER**
2037144-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:** FLAGLER LANDING

WPB        FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAXEX | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037144-01 | 133 | 07/06/06 | 252 | 271 | 32 | 07/07/06 |

| INSTRUCTIONS | | SHIP VIA | PAGE NO. |
|---|---|---|---|
| 7/6/06 | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 10 | | 10 | * | MTVHR TYVEK HOUSEWRAP | RL | 165.0000 | 1650.00 |

POSTED

| CODE EXPLANATION | | | |
|---|---|---|---|
| * - STATE TAX APPLICABLE | | | |
| # - REDUCTION TAX APPLICABLE | | | |
| + - STATE & FEDERAL TAX APPL. | | | |

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| SUB TOTAL | 1,650.00 |
|---|---|
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | 107.25 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **1,767.25** |

RCR000000295



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037157-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

SHIP
TO: VILLA LAGO

BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037157-01 | 133 | 07/07/06 | 251 | 273 | 27 | 07/07/06 |

| | INSTRUCTIONS | | RTE. | PAGE NO. |
|---|---|---|---|---|
| DEL 7/7/06 | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | BAL. BKO. | SHIPPED | CODE | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 260 | | 260 | * | D58XPF12 5/8.XP FIRECODE 12' MILDEW RES. | SF | 450.0000 | 5616.01 |

P—D

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - RELG/THER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| | FREIGHT | | PREPAID/COLL |
|---|---|---|---|

| | |
|---|---|
| SUB TOTAL | 5,616.01 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 365.04 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 5,991.05 |

RCR000000054



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 12th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2300 • Fax: (954) 942-4641

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1098422-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:** VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | ORD BY | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 1098422-01 | 133 | 07/08/06 | 118 | 07/08/06 07:18:37 | 07/11/06 |

DEL 7/8/06

| QUANTITY BACKORDERED | SHIP THIS | UOM | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 748 | 748 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 12925.46 |
| 170 | 170 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 3753.61 |

F   D

**CODE EXPLANATION**
*·- STATE TAX APPLICABLE
$ - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| | |
|---|---|
| SUB TOTAL | 16,679.07 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | 1,084.14 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 17,773.21 |

RCR000000576



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 942-6380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2300 • Fax: (954) 942-4641

ACCOUNT NO.
168000

INVOICE NUMBER
1098425-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
VILLA LAGO
NORTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM | ORDER DATE | SALES | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 1098425-01 | 133 | 07/08/06 | 116 | 07/08/06 12:28:15 | 07/11/06 |

INSTRUCTIONS: DEL 7/8/06

PRT: T   PAGE NO. 1

| QUANTITY ORDERED | QUANTITY SHIPPED | CODE | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 350 | 350 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 6048.01 |
| 7 | 7 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 154.56 |

PAID

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 6,202.57 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 403.17 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 6,615.74 |

RCR000000575



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS

1680 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2299 • FAX (954) 942-4380
REMIT TO:
1680 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2299 • Fax: (954) 942-4641

ACCOUNT NO.
168000

INVOICE NUMBER
1098521-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO:
VILLA LAGO
BLDG # 1
NORTH BLDG SOUTH END
BOYNTON BEACH   FL

| INVOICE NUMBER | BRANCH | ORDER DATE | CLERK | ENTERED DATE & TIME NUMBER | DATE | | |
|---|---|---|---|---|---|---|---|
| 1098521-01 | 133 | 07/10/06 | 116 | 07/10/06 15:47:59 | 07/11/06 | | |
| | | RELEASE NUMBER | | | PAGE | | 1 |
| DEL 07-11-06 | | | | | T | | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 F/INV FUEL SURCHARGE | | | |
| 1 | 1 | | * | NOTES X 2 UNITS B 6TH F L O O R | EA | 0.0001 | 0.00 |
| 140 | 140 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 2419.20 |
| 26 | 26 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 574.08 |
| 1 | 1 | | * | NOTES X 2 UNITS B 5TH F L O O R | EA | 0.0001 | 0.00 |
| 140 | 140 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 2419.20 |
| 26 | 26 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 574.08 |
| 1 | 1 | | * | NOTES X 1 UNIT B 4TH F L O O R | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | 13 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |

PAID

CODE EXPLANATION
* - STATE TAX APPLICABLE
P - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 7,483.20 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 486.41 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 7,979.61 |

RCR000000574



**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 761-2389 • FAX (954) 842-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 761-2389 • Fax: (954) 842-4841

ACCOUNT NO.
168000

INVOICE NUMBER
1098579-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL  33445

SHIP TO: VILLA LAGO
BLDG # 1
NORTH BLDG SOUTH END
BOYNTON BEACH  FL

| INVOICE NUMBER | SLS NO. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE | |
|---|---|---|---|---|---|---|
| 1098579-01 | 133 | 07/11/06 | 116 | 07/11/06 10:22:22 | 07/11/06 | |
| INSTRUCTIONS | | | | | RTE | PAGE NO. |
| DEL 7/11/06 | | | | | T | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY B/O | UOM | ITEM CODE AND DESCRIPTION | TYPE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>X 1 UNIT B<br>4TH  F L O O R | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES<br>X 2 UNIT B<br>3RD  F L O O R | EA | 0.0001 | 0.00 |
| 140 | | 140 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 2419.20 |
| 26 | | 26 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 574.08 |
| 1 | | 1 | * | NOTES<br>X 2 UNIT B<br>2ND  F L O O R | EA | 0.0001 | 0.00 |
| 140 | | 140 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 2419.20 |
| 26 | | 26 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 574.08 |

P   D

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| | |
|---|---|
| SUB TOTAL | 7,483.20 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 486.41 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **7,979.61** |

RCR000000573



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1860 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1860 SW 13th CT. POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037187-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:**
VILLA LAGO
UNIT A
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE | |
|---|---|---|---|---|---|---|---|
| 2037187-01 | 133 | 07/07/06 | 251 | 273 | 28 | 07/11/06 | |
| | | INSTRUCTIONS | | | | REL. | PAGE NO. |
| DEL 7/10/06 | | | | | | 7 | 1 |

| QUANTITY IN PRECISION UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ONLY | SHIPPED | DISC. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 8 | | 8 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 7.28 |
| 5 | | 5 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 5.20 |
| 3 | | 3 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 8.40 |
| 1 | | 1 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 4.00 |
| 11 | | 11 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 25.40 |
| 19 | | 19 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 50.16 |
| 7 | | 7 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 35.84 |
| 2 | | 2 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 12.80 |
| 7 | | 7 | * | N248C 2 X 4 X 8 CONSTRUCTION | LF | 0.5700 | 31.92 |
| 100 | | 100 | * | S158S-10 1 5/8" STUD 10' 25 GAUGE | LF | 298.0000 | 298.00 |
| 25 | | 25 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 285.0000 | 71.25 |
| 100 | | 100 | * | S358S-9 3 5/8" STUD 9' 25 GAUGE | LF | 396.0000 | 356.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |
| | CONTINUED |

RCR000000344



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 842-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037187-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO: VILLA LAGO
UNIT A
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAX85 | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037187-01 | 133 | 07/07/06 | 251 | 273 | 28 | 07/11/06 |

| INSTRUCTIONS | | REG. | PAGE NO. |
|---|---|---|---|
| DEL 7/10/06 | | T | 2 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./SET | SHIPPED | TEMP. | | | | |
| 12 | | 12 | * | S35ST 3 5/8" TRACK 25 GAUGE | LF | 385.0000 | 46.20 |
| 15 | | 15 | * | S6S-9 6" STUD 9' 25 GAUGE | LF | 644.0000 | 86.94 |
| 2 | | 2 | * | S6T 6" TRACK 25 GAUGE | LF | 627.0000 | 12.54 |
| 14 | | 14 | * | S6B20 6" METAL BACKING-20 GAUGE | LF | 718.0000 | 100.52 |

PAID

CODE EXPLANATION
* – STATE TAX APPLICABLE
# – REDUCTION TAX APPLICABLE
+ – STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | | |
|---|---|---|
| SUB TOTAL | | 1,152.85 |
| MISC. CHARGE | | 10.00 |
| FREIGHT TOTAL | | |
| FED./OTHER TAX | | |
| STATE TAX | | 74.94 |
| PAYMENT | | 0.00 |
| TOTAL AMT DUE | | 1,237.79 |

**RCR000000343**



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037188-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:**
VILLA LAGO
UNIT A
BOYNTON BEACH   FL

| INVOICE NUMBER | SLS/NO | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037188-01 | 133 | 07/07/06 | 251 | 273 | 29 | 07/11/06 |

| INSTRUCTIONS | | TYP. | PAGE NO. |
|---|---|---|---|
| DEL 7/10/06 | | T | 1 |

| ORDERED | B.O.REC'Y | SHIPPED | Opt. | ITEM CODE AND DESCRIPTION | U.M. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 8 | | 8 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 7.28 |
| 5 | | 5 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 5.20 |
| 3 | | 3 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 8.40 |
| 1 | | 1 | · * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 4.00 |
| 11 | | 11 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 25.40 |
| 19 | | 19 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 50.16 |
| 7 | | 7 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 35.84 |
| 2 | | 2 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 12.80 |
| 7 | | 7 | * | W248C 2 X 4 X 8 CONSTRUCTION | LF | 0.5700 | 31.92 |
| 100 | | 100 | * | S158S-10 1 5/8" STUD 10' 25 GAUGE | LF | 298.0000 | 298.00 |
| 25 | | 25 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 285.0000 | 71.25 |
| 100 | | 100 | * | S358S-9 3 5/8" STUD 9' 25 GAUGE | LF | 396.0000 | 356.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

FREIGHT IN.    FREIGHT OUT.

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT
**CONTINUED**

RCR000000342



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT. POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037188-01

VISIT US ON THE WORLD-WIDE-WEB
http://www.bannersupply.com

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

SHIP TO:  VILLA LAGO
UNIT A
BOYNTON BEACH   FL



| INVOICE NUMBER | SALESMAN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037188-01 | 133 | 07/07/06 | 251 | 273 | 29 | 07/11/06 |

INSTRUCTIONS

DEL 7/10/06

PG 2

PAGE NO.

| QUANTITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O.-REL. | SHIPPED | OPT. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| 12 | | 12 | * | S358T<br>3 5/8" TRACK<br>25 GAUGE | LF | 385.0000 | 46.20 |
| 15 | | 15 | * | S6S-9<br>6" STUD 9'<br>25 GAUGE | LF | 644.0000 | 86.94 |
| 2 | | 2 | * | S6T<br>6" TRACK<br>25 GAUGE | LF | 627.0000 | 12.54 |
| 14 | | 14 | * | S6B20<br>6" METAL BACKING-20 GAUGE | LF | 718.0000 | 100.52 |

PAID

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

PREPAID       FREIGHT COL

| | |
|---|---|
| SUB TOTAL | 1,152.85 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 74.94 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 1,237.79 |

RCR000000341



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037190-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:**
VILLA LAGO
UNIT B
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037190-01 | 133 | 07/07/06 | 251 | 273 | 31 | 07/11/06 |

**INSTRUCTIONS**
DEL 7/10/06

| | | | TRT. | PAGE NO. |
|---|---|---|---|---|
| | | | T | 1 |

| QUANTITY ORDERED | QUANTITY B.O./RET. | QUANTITY SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 12 | | 12 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 10.92 |
| 6 | | 6 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 6.24 |
| 3 | | 3 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 8.40 |
| 1 | | 1 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 4.00 |
| 22 | | 22 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 50.80 |
| 41 | | 41 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 108.24 |
| 9 | | 9 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 46.08 |
| 3 | | 3 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 19.20 |
| 14 | | 14 | * | W248C 2 X 4 X 8 CONSTRUCTION | LF | 0.5700 | 63.84 |
| 95 | | 95 | * | S158S-10 1 5/8" STUD 10' 25 GAUGE | LF | 298.0000 | 283.10 |
| 40 | | 40 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 285.0000 | 114.00 |
| 180 | | 180 | * | S358S-9 3 5/8" STUD 9' 25 GAUGE | LF | 396.0000 | 641.52 |

CODE EXPLANATION
* = STATE TAX APPLICABLE
# = FED./OTHER TAX APPLICABLE
+ = STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |
| | **CONTINUED** |

RCR000000340



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
**REMIT TO:**
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037190-01

| BILL TO: | PRECISION DRYWALL INC ++ | SHIP TO: | VILLA LAGO |
|---|---|---|---|
| | 601 N CONGRESS AVE STE 501 | | UNIT B |
| | DELRAY BCH    FL   33445 | | BOYNTON BEACH   FL |



| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER PO NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037190-01 | 133 | 07/07/06 | 251 | 273 | 31 | 07/11/06 |

| INSTRUCTIONS | | PGS | PASS NO. |
|---|---|---|---|
| DEL 7/10/06 | | T | 2 |

| QUANTITY IN PIECES/UNITS | | | DEL | ITEM CODE AND DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.ORDER | SHIPPED | | | | | |
| 21 | | 21 | * | S358T<br>3 5/8" TRACK<br>25 GAUGE | LF | 385.0000 | 80.85 |
| 20 | | 20 | * | S6S-9<br>6" STUD 9'<br>25 GAUGE | LF | 644.0000 | 115.92 |
| 3 | | 3 | * | S6T<br>6" TRACK<br>25 GAUGE | LF | 627.0000 | 18.81 |
| 14 | | 14 | * | S6B20<br>6" METAL BACKING-20 GAUGE | LF | 718.0000 | 100.52 |

PAID

**CODE EXPLANATION**
\* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
\*-STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| | PRODUCT $ | FREIGHT CWT |
|---|---|---|

| | |
|---|---|
| SUB TOTAL | 1,672.44 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 108.71 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **1,791.15** |

RCR000000339



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1860 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO: ,
1860 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037191-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP
TO: VILLA LAGO
UNIT C
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037191-01 | 133 | 07/07/06 | 251 | 273 | 32 | 07/11/06 |

| INSTRUCTIONS | | PAGE NO. |
|---|---|---|
| DEL 7/10/06 | T | 1 |

| QUANTITY IN RECEIVABLE | | | OPT | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BKORED | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 12 | | 12 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 10.92 |
| 11 | | 11 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 11.44 |
| 1 | | 1 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 2.80 |
| 1 | | 1 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 4.00 |
| 40 | | 40 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 92.37 |
| 46 | | 46 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 121.44 |
| 11 | | 11 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 56.32 |
| 3 | | 3 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 19.20 |
| 16 | | 16 | * | W248C 2 X 4 X 8 CONSTRUCTION | LF | 0.5700 | 72.96 |
| 105 | | 105 | * | S158S-10 1 5/8" STUD 10' 25 GAUGE | LF | 298.0000 | 312.90 |
| 18 | | 18 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 285.0000 | 51.30 |
| 150 | | 150 | * | S358S-9 3 5/8" STUD 9' 25 GAUGE | LF | 396.0000 | 534.60 |

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

FREIGHT IN    FREIGHT OUT

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT                    CONTINUED

RCR000000338



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2388 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2388 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | INVOICE NUMBER |
|---|---|
| 168000 | 2037191-01 |

| BILL TO: | PRECISION DRYWALL INC ++ | SHIP TO: | VILLA LAGO |
|---|---|---|---|
| | 601 N CONGRESS AVE STE 501 | | UNIT C |
| | DELRAY BCH    FL    33445 | | BOYNTON BEACH   FL |



| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037191-01 | 133 | 07/07/06 | 251 | 273 | 32 | 07/11/06 |

| INSTRUCTIONS | | SHC | PAGE NO. |
|---|---|---|---|
| DEL 7/10/06 | | T | 2 |

| QUANTITY IN THESE UNITS | | | SHP | ITEM CODE AND DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BKORD | SHIPPED | | | | | |
| 17 | | 17 | * | S358T<br>3 5/8" TRACK<br>25 GAUGE | LF | 385.0000 | 65.45 |
| 40 | | 40 | * | S6S-9<br>6" STUD 9'<br>25 GAUGE | LF | 644.0000 | 231.84 |
| 4 | | 4 | * | S6T<br>6" TRACK<br>25 GAUGE | LF | 627.0000 | 25.08 |
| 14 | | 14 | * | S6B20<br>6" METAL BACKING-20 GAUGE | LF | 718.0000 | 100.52 |

PAID

CODE EXPLANATION
* - STATE TAX APPLICABLE
$ - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| SUB TOTAL | 1,713.14 |
|---|---|
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 111.35 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 1,834.49 |

RCR000000337



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037192-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
VILLA LAGO
UNIT C
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKER | | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|---|
| 2037192-01 | 133 | 07/07/06 | 251 | 273 | | 33 | 07/11/06 |

INSTRUCTIONS

DEL 7/10/06

PRO | T | TYPE NBR
| | T | 1

| QUANTITY ORDERED | QUANTITY B.O./WT. | QUANTITY SHIPPED | DISC. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 12 | | 12 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 10.92 |
| 11 | | 11 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 11.44 |
| 1 | | 1 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 2.80 |
| 1 | | 1 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 4.00 |
| 40 | | 40 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 92.37 |
| 46 | | 46 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 121.44 |
| 11 | | 11 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 56.32 |
| 3 | | 3 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 19.20 |
| 16 | | 16 | * | W248C 2 X 4 X 8 CONSTRUCTION | LF | 0.5700 | 72.96 |
| 105 | | 105 | * | S158S-10 1 5/8" STUD 10' 25 GAUGE | LF | 298.0000 | 312.90 |
| 18 | | 18 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 285.0000 | 51.30 |
| 150 | | 150 | * | S358S-9 3 5/8" STUD 9' 25 GAUGE | LF | 396.0000 | 534.60 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

FREIGHT IN    FREIGHT OUT

| SUB TOTAL | |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |
| | **CONTINUED** |

RCR000000336



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 · Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 2037192-01 |

BILL
TO:  PRECISION DRYWALL INC ++
     601 N CONGRESS AVE STE 501
     DELRAY BCH    FL  33445

SHIP
TO:  VILLA LAGO
     UNIT C
     BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037192-01 | 133 | 07/07/06 | 251 | 273 | 33 | 07/11/06 |

INSTRUCTIONS

DEL 7/10/06

| | | | | | | | TAX | PAGE NO. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | T | 2 |

| QUANTITY IN MEASURE/UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | B/O | RES'VD | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| 17 | | | 17 | * | S358T<br>3 5/8" TRACK<br>25 GAUGE | LF | 385.0000 | 65.45 |
| 40 | | | 40 | * | S6S-9<br>6" STUD 9'<br>25 GAUGE | LF | 644.0000 | 231.84 |
| 4 | | | 4 | * | S6T<br>6" TRACK<br>25 GAUGE | LF | 627.0000 | 25.08 |
| 14 | | | 14 | * | S6B20<br>6" METAL BACKING-20 GAUGE | LF | 718.0000 | 100.52 |

P        D

—— CODE EXPLANATION ——
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,713.14 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 111.35 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 1,834.49 |

RCR000000335



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
168000

INVOICE NUMBER
2037193-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL  33445

SHIP
TO: VILLA LAGO
UNIT D
BOYNTON BEACH  FL

| INVOICE NUMBER | SLS.M. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | | DATE |
|---|---|---|---|---|---|---|---|
| 2037193-01 | 133 | 07/07/06 | 251 | 273 | | 34 | 07/11/06 |

INSTRUCTIONS
DEL 7/10/06

| REV | PAGE NO. |
|---|---|
| T | 1 |

| QUANTITY IN PIECES/UNITS ORDERED / BOILED / SHIPPED | DISC. | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | Ship / Bkg |
|---|---|---|---|---|---|
| | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 10 | 10 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 9.10 |
| 10 | 10 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 10.40 |
| 4 | 4 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 11.20 |
| 2 | 2 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 8.00 |
| 28 | 28 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 64.66 |
| 66 | 66 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 174.24 |
| 17 | 17 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 87.04 |
| 4 | 4 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 25.60 |
| 17 | 17 | * | W248C 2 X 4 X 8 CONSTRUCTION | LF | 0.5700 | 77.52 |
| 130 | 130 | * | S158S-10 1 5/8" STUD 10' 25 GAUGE | LF | 298.0000 | 387.40 |
| 43 | 43 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 285.0000 | 122.55 |
| 180 | 180 | * | S358S-9 3 5/8" STUD 9' 25 GAUGE | LF | 396.0000 | 641.52 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - REDUCTION TAX APPLICABLE
4 - STATE & FEDERAL TAX APPL.

FREIGHT IN    FREIGHT OUT

| SUB TOTAL | |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |
| | **CONTINUED** |

RCR000000334



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037193-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL  33445

**SHIP TO:**
VILLA LAGO
UNIT D
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037193-01 | 133 | 07/07/06 | 251 | 273 | 34 | 07/11/06 |

INSTRUCTIONS

DEL 7/10/06

| | | | | | | PT | PAGE NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | T | 2 |

| QUANTITY | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.ORD'D | SHIPPED | DISP. | | | | |
| 17 | | 17 | * | S358T<br>3 5/8" TRACK<br>25 GAUGE | LF | 385.0000 | 65.45 |
| 30 | | 30 | * | S6S-9<br>6" STUD 9'<br>25 GAUGE | LF | 644.0000 | 173.88 |
| 5 | | 5 | * | S6T<br>6" TRACK<br>25 GAUGE | LF | 627.0000 | 31.35 |
| 14 | | 14 | * | S6B20<br>6" METAL BACKING-20 GAUGE | LF | 718.0000 | 100.52 |

PAID

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,990.43 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 129.38 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,129.81 |

RCR000000333



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1098834-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL  33445

SHIP
TO: VILLA LAGO

BOYNTON BEACH  FL

| INVOICE NUMBER | TERMS | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1098834-01 | 133 | 07/14/06 | 119 | 07/14/06 09:08:18 | 07/14/06 |

| INSTRUCTIONS | | REG. | PAGE NO |
|---|---|---|---|
| STOCKING CHARGE | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DISP. | ITEM CODE AND DESCRIPTION | U/S | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BKL/NET | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 1098084 192 COMPOUND | EA | 0.0001 | 0.00 |
| 192 | | 192 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | 0.2500 | 48.00 |

PAID

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

FREIGHT PPD    FREIGHT COL

| | |
|---|---|
| SUB TOTAL | 48.00 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 48.00 |

RCR000000345

**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
168000

INVOICE NUMBER
1098836-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL  33445

SHIP
TO: VILLA LAGO

BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1098836-01 | 133 | 07/14/06 | 119 | 07/14/06 09:10:30 | 07/14/06 |

INSTRUCTIONS

STOCKING CHARGE

| | PG | 1 |

| ORDERED | B.O./RET. | SHIPPED | U/M | ITEM CODE AND DESCRIPTION | AMT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 1098188,189,260,194,196 8 PKGS | EA | 0.0001 | 0.00 |
| 8 | | 8 | * | DS STOCKING-MATERIAL-LABOR -----NET INVOICE----- | EA | 25.0000 | 200.00 |

P□□D

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | SUB TOTAL | 200.00 |
|---|---|---|
| | MISC. CHARGE | |
| | FREIGHT TOTAL | |
| | FED/OTHER TAX | |
| | STATE TAX | |
| | PAYMENT | 0.00 |
| | TOTAL AMT DUE | 200.00 |

RCR000000346



BANNER SUPPLY CO.
LATH • PLASTER & DRYWALL MATERIALS
POMPANO

1880 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1880 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1098901-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO: VILLA LAGO

BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1098901-01 | 133 | 07/14/06 | 118 | 07/14/06 14:02:21 | 07/18/06 |

| INSTRUCTIONS | | PAGE NO. |
|---|---|---|
| DEL 07/15/06 | T | 1 |

| ORDERED | B/O NET | SHIPPED | TAX | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 900 | | 900 | * | S158S-10<br>1 5/8" STUD 10'<br>25 GAUGE | LF | 298.0000 | 2682.00 |
| 480 | | 480 | * | S158T<br>1 5/8" TRACK<br>25 GAUGE | LF | 285.0000 | 1368.00 |
| 1080 | | 1080 | * | S358S-9<br>3 5/8" STUD 9'<br>25 GAUGE | LF | 396.0000 | 3849.12 |
| 360 | | 360 | * | S358T<br>3 5/8" TRACK<br>25 GAUGE | LF | 385.0000 | 1386.00 |
| 100 | | 100 | * | S6T<br>6" TRACK<br>25 GAUGE | LF | 627.0000 | 627.00 |
| 180 | | 180 | * | S6S-92<br>6" STUD 9'2"<br>25 GAUGE | LF | 644.0000 | 1062.52 |

POSTED

CODE EXPLANATION
* = STATE TAX APPLICABLE
# = FED./OTHER TAX APPLICABLE
+ = STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

RECEIVED BY        FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 10,974.64 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 713.35 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | 11,697.99 |

RCR000000353



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1860 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1860 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099011-01

BILL
TO:  PRECISION DRYWALL INC ++
     601 N CONGRESS AVE STE 501
     DELRAY BCH    FL   33445

SHIP
TO:  VILLA LAGO

     BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099011-01 | 133 | 07/18/06 | 116 | 07/18/06 06:46:21 | 07/18/06 |

| INSTRUCTIONS | | PRT | PAGE NO. |
|---|---|---|---|
| DEL 7/18/06 | | T | 1 |

| ORDERED | B.O./RET. | SHIPPED | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 360 | | 360 | * | S358T<br>3 5/8" TRACK<br>25 GAUGE | LF | 385.0000 | 1386.00 |
| 720 | | 720 | * | S358S-9<br>3 5/8" STUD 9'<br>25 GAUGE | LF | 396.0000 | 2566.08 |
| 720 | | 720 | * | S358S-92<br>3 5/8" STUD 9'2"<br>25 GAUGE | LF | 396.0000 | 2613.41 |
| 840 | | 840 | * | S158S-10<br>1 5/8" STUD 10'<br>25 GAUGE | LF | 298.0000 | 2503.20 |
| 480 | | 480 | * | S158T<br>1 5/8" TRACK<br>25 GAUGE | LF | 285.0000 | 1368.00 |
| 360 | | 360 | * | S6S-94<br>6" STUD 9' 4" | LF | 644.0000 | 2163.07 |
| 60 | | 60 | * | S6T<br>6" TRACK<br>25 GAUGE | LF | 627.0000 | 376.20 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| FREIGHT ON | FREIGHT OFF |
|---|---|

| | |
|---|---|
| SUB TOTAL | 12,975.96 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | 843.44 |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | **13,829.40** |

RCR000000354



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-6360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRES*
Phone: (954) 781-2399 · Fax: (954) 942-6641

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1098921-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:** VILLA LAGO
BLDG # 1
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM. | ORDER DATE | DATE | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1098921-01 | 133 | 07/17/06 | 116 | 07/17/06 06:45:00 | 07/18/06 |

| | INSTRUCTIONS | | | | PKT | PAGE NO. |
|---|---|---|---|---|---|---|
| DEL 7/17/06 | | | | | T | 1 |

| QUANTITY ORDERED | B/O-NET | SHIPPED | SHP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 340 | | 340 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 5875.21 |
| 68 | | 68 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 1501.44 |

POSTED

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| | |
|---|---|
| SUB TOTAL | 7,376.65 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 479.48 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **7,866.13** |

RCR000000577



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2380 · FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4441

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037189-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH       FL   33445

SHIP TO:
VILLA LAGO
UNIT B
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037189-01 | 133 | 07/07/06 | 251 | 273 | 30 | 07/18/06 |

| INSTRUCTIONS | | PPD. | PAGE NO. |
|---|---|---|---|
| DEL 7/10/06 | | T | 1 |

| QUANTITY-IN-PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.ORDER | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 12 | | 12 | * | W27PT<br>1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 10.92 |
| 6 | | 6 | * | W2PT<br>1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 6.24 |
| 3 | | 3 | * | W4PT<br>1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 8.40 |
| 1 | | 1 | * | W6PT<br>1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 4.00 |
| 22 | | 22 | * | W227PT<br>2 X 2 X 7 PT | LF | 0.3300 | 50.80 |
| 41 | | 41 | * | W228PT<br>2 X 2 X 8 PT | LF | 0.3300 | 108.24 |
| 14 | | 14 | * | W248C<br>2 X 4 X 8 CONSTRUCTION | LF | 0.5700 | 63.84 |
| 9 | | 9 | * | W248PT<br>2 X 4 X 8 PT | LF | 0.6400 | 46.08 |
| 3 | | 3 | * | W2410PT<br>2 X 4 X 10 PT | LF | 0.6400 | 19.20 |
| 95 | | 95 | * | S158S-10<br>1 5/8" STUD 10'<br>25 GAUGE | LF | 298.0000 | 283.10 |
| 40 | | 40 | * | S158T<br>1 5/8" TRACK<br>25 GAUGE | LF | 285.0000 | 114.00 |
| 180 | | 180 | * | S358S-9<br>3 5/8" STUD 9'<br>25 GAUGE | LF | 396.0000 | 641.52 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

FREIGHT IN      FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |
| | CONTINUED |

RCR000000352



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 · FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 · Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037189-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO: VILLA LAGO
UNIT B
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037189-01 | 133 | 07/07/06 | 251 | 273 | 30 | 07/18/06 |

| | | INSTRUCTIONS | | | PKT | PAGE NO |
|---|---|---|---|---|---|---|
| DEL 7/10/06 | | | | | T | 2 |

| QUANTITY IN PIECES/UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O/RST | SHIPPED | CODE | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
| 21 | | 21 | * | S358T 3 5/8" TRACK 25 GAUGE | LF | 385.0000 | 80.85 |
| 20 | | 20 | * | S6S-9 6" STUD 9' 25 GAUGE | LF | 644.0000 | 115.92 |
| 3 | | 3 | * | S6T 6" TRACK 25 GAUGE | LF | 627.0000 | 18.81 |
| 14 | | 14 | * | S6B20 6" METAL BACKING-20 GAUGE | LF | 718.0000 | 100.52 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,672.44 |
| MISC CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 108.71 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | 1,791.15 |

RCR000000351



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037196-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

**SHIP TO:**
VILLA LAGO
UNIT D
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037196-01 | 133 | 07/07/06 | 251 | 273 | 35 | 07/18/06 |

| INSTRUCTIONS | | SHIP | PAGE NO. |
|---|---|---|---|
| DEL 7/12/06 | | T | 1 |

| QUANTITY OF PIECES/UNITS | | | DEPT | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./NET | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 10 | | 10 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 9.10 |
| 10 | | 10 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 10.40 |
| 4 | | 4 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 11.20 |
| 2 | | 2 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 8.00 |
| 28 | | 28 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 64.66 |
| 66 | | 66 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 174.24 |
| 17 | | 17 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 87.04 |
| 4 | | 4 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 25.60 |
| 17 | | 17 | * | W248C 2 X 4 X 8 CONSTRUCTION | LF | 0.5700 | 77.52 |
| 130 | | 130 | * | S158S-10 1 5/8" STUD 10' 25 GAUGE | LF | 298.0000 | 387.40 |
| 43 | | 43 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 285.0000 | 122.55 |
| 180 | | 180 | * | S358S-9 3 5/8" STUD 9' 25 GAUGE | LF | 396.0000 | 641.52 |

CODE EXPLANATION

* - STATE TAX APPLICABLE
# - REDUCTION TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

FREIGHT IN     FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |
| | CONTINUED |

RCR000000350



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037196-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH  FL  33445

**SHIP TO:** VILLA LAGO
UNIT D
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037196-01 | 133 | 07/07/06 | 251 | 273 | 35 | 07/18/06 |

| INSTRUCTIONS | | PKG | PAGE NO |
|---|---|---|---|
| DEL 7/12/06 | | T | 2 |

| ORDERED | BO/RET | SHIPPED | CODE | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 17 | | 17 | * | S358T<br>3 5/8" TRACK<br>25 GAUGE | LF | 385.0000 | 65.45 |
| 30 | | 30 | * | S6S-9<br>6" STUD 9'<br>25 GAUGE | LF | 644.0000 | 173.88 |
| 5 | | 5 | * | S6T<br>6" TRACK<br>25 GAUGE | LF | 627.0000 | 31.35 |
| 14 | | 14 | * | S6B20<br>6" METAL BACKING-20 GAUGE | LF | 718.0000 | 100.52 |

POSTED.

CODE EXPLANATION
* - STATE TAX APPLICABLE
2 - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,990.43 |
| MISC CHARGE | 19.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 119.38 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **2,129.81** |

RCR000000349



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 · Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037285-01

BILL
TO:  PRECISION DRYWALL INC ++
    601 N CONGRESS AVE STE 501
    DELRAY BCH    FL 33445

SHIP
TO:  VILLA LAGO
    BLDH 2
    BOYNTON BEACH FL

| INVOICE NUMBER | BR/DEL | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2037285-01 | 133 | 07/11/06 | 251 | 273-2 | 07/18/06 |

| INSTRUCTIONS | | PRT | PAGE NO. |
|---|---|---|---|
| DEL 7/13/06 | | T | 1 |

| QUANTITY IN HERE / UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./DEL | SHIPPED | SHIP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | EXTENDED |
| 300 | | 300 | * | STARTING OCT 1 2005 THERE WILL BE §10 P/INV FUEL SURCHARGE | SF | 450.0000 | 6480.01 |
| | | | | D58XPF12 5/8,XP FIRECODE 12' MILDEW RES. | | | |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
F - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 6,480.01 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 421.20 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 6,911.21 |

RCR000000055



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4350
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037327-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

**SHIP TO:**   VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037327-01 | 133 | 07/12/06 | 251 | 273 | 36 | 07/18/06 |

| INSTRUCTIONS | | TAX | PAGE NO. |
|---|---|---|---|
| 7/12/06 | | T | 1 |

| QUANTITY OR PERCENTAGE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O, REL. | SHIPPED | DMP | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 26 | | 26 | * | S112A135 1 1/2 X 1 1/2 ANGLE 10' - 135 DEGREE | LF | 285.0000 | 74.10 |

POSTED

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

FREIGHT IN   FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 74.10 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 4.82 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 78.92 |

RCR000000348



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1860 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1860 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
16800F

**INVOICE NUMBER**
2037330-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:**  FLAGLER LANDING

WPB        FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2037330-01 | 133 | 07/12/06 | 251 | 07/12/06 12:29:30 | 07/18/06 |

| | | | | | | PAGE | |
| 7/12/06 | | | | | | T | 1 |

| ORDERED | BACKORD. | SHIPPED | U/P | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 150 | | 150 | * | S158S-104<br>1 5/8" STUD 10'4"<br>25 GA | LF | 271.0000 | 419.92 |
| 50 | | 50 | * | S158T<br>1 5/8" TRACK<br>25 GAUGE | LF | 259.0000 | 129.50 |
| 5 | | 5 | * | BD90<br>DURABOND 90 STA-SMOOTH | EA | 8.5000 | 42.50 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
8 - REDUCTION TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 591.92 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 38.47 |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | **640.39** |

RCR000000298



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1680 S.W. 13th COURT ● POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 ● FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 ● Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
168000

INVOICE NUMBER
2037338-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:  VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037338-01 | 133 | 07/12/06 | 251 | 273 | 37 | 07/18/06 |

| INSTRUCTIONS | | BO | PAGE NO. |
|---|---|---|---|
| 7/12/06 | | T | 1 |

| ORDERED | BO/RET | SHIPPED | PRICE | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 100 | | 100 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 285.0000 | 285.00 |
| 60 | | 60 | * | S158S20-10 1 5/8" STUD 20G 10' 20 GAUGE | LF | 496.0000 | 297.60 |

POSTED

CODE EXPLANATION —
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 582.60 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 37.87 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 630.47 |

RCR000000347



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33068
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
16800F

**INVOICE NUMBER**
2037344-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
FLAGLER LANDING
BLDG 5
WPB        FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TERMS | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037344-01 | 133 | 07/12/06 | 251 | 271-5 | 38 | 07/18/06 |

INSTRUCTIONS

DEL 7/13/06

FRT: T    PAGE NO. 1

| QUANTITY IN PIECES/UNITS | | | DISP. | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.ORDER | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 170 | | 170 | * | S158S-104 1 5/8" STUD 10'4" 25 GA | LF | 271.0000 | 475.91 |
| 200 | | 200 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 259.0000 | 518.00 |
| 90 | | 90 | * | S358S-11 3 5/8" STUD 11 25 GAUGE | LF | 360.0000 | 356.40 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

PRESENT IN    PRESENT OUT

| | |
|---|---|
| SUB TOTAL | 1,350.31 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 87.77 |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | **1,448.08** |

RCR000000299



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT. POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
16800F

**INVOICE NUMBER**
2037372-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO: FLAGLER LANDING
BLDG 2
WPB        FL

| INVOICE NUMBER | SALESMAN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037372-01 | 133 | 07/13/06 | 251 | 271 | 33 | 07/18/06 |
| INSTRUCTIONS | | | | | PG | PAGE NO. |
| 7/13/06 | | | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | ITEM | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./NET | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 2 | | 2 | * | F368B 1 1/4" DRYWALL SCREWS (5M BOX) | BX | 51.0000 | 102.00 |

POSTED

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| | |
|---|---|
| SUB TOTAL | 102.00 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 6.63 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 118.63 |

RCR000000300



**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS

1680 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1680 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2389 • Fax: (954) 942-4641

ACCOUNT NO.
168000

INVOICE NUMBER
1099102-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
VILLA LAGO
BLDG # 1
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM | ORDER DATE | CUST | CUSTOMER NUMBER | DATE |
|---|---|---|---|---|---|
| 1099102-01 | 133 | 07/19/06 | 116 | 07/19/06 05:50:22 | 07/21/06 |
| INSTRUCTIONS | | | | PRO | PAGE NO. |
| DEL 7/19/06 | | | | T | 1 |

| ORDERED | SHIPPED | BILLED | TAX | ITEM CODE / DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 F/INV FUEL SURCHARGE | | | |
| 340 | | 340 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 5875.21 |
| 68 | | 68 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 1501.44 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| SUB TOTAL | 7,376.65 |
|---|---|
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 479.48 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **7,866.13** |

RCR000000572



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**INVOICE NUMBER**
1099106-01

**ACCOUNT NO.**
168000

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO:
VILLA LAGO
BLDG # 2
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099106-01 | 133 | 07/19/06 | 116 | 07/19/06 07:16:54 | 07/21/06 |

| INSTRUCTIONS | PPD | PAGE NO |
|---|---|---|
| DEL 7/19/06 | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORD | SHIPPED | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1440 | | 1440 | * | S358S-92 3 5/8" STUD 9'2" 25 GAUGE | LF | 396.0000 | 5226.82 |
| 360 | | 360 | * | S358S-94 3 5/8" STUD 9'4" 25 GAUGE | LF | 396.0000 | 1330.09 |
| 180 | | 180 | * | S6S-92 6" STUD 9'2" 25 GAUGE | LF | 644.0000 | 1062.52 |
| 360 | | 360 | * | S6S-94 6" STUD 9' 4" 25 GAUGE | LF | 644.0000 | 2163.07 |
| 360 | | 360 | * | S358T 3 5/8" TRACK 25 GAUGE | LF | 385.0000 | 1386.00 |
| 480 | | 480 | * | S158S-10 1 5/8" STUD 10' 25 GAUGE | LF | 298.0000 | 1430.40 |
| 480 | | 480 | * | S158S-12 1 5/8" STUD 12 25 GAUGE | LF | 298.0000 | 1716.49 |
| 50 | | 50 | * | S6T 6" TRACK 25 GAUGE | LF | 627.0000 | 313.50 |
| 480 | | 480 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 285.0000 | 1368.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
*- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT PPD    FREIGHT COLL

| | |
|---|---|
| SUB TOTAL | 15,996.89 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 1,039.80 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 17,046.69 |

RCR000000372



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD-WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099111-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL  33445

**SHIP TO:** VILLA LAGO
BLDG-2 5TH FLOOR
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1099111-01 | 133 | 07/19/06 | 116- | JOHN | 18 | 07/21/06 |

| | Instructions | | TO | PAGE NO. |
|---|---|---|---|---|
| DEL 07-19-06 | | | T | 1 |

| QUANTITY IN THESE UNITS | | | DBB | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O.RET | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 5TH FLOOR | EA | 0.0001 | 0.00 |
| 504 | | 504 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 1330.56 |
| 504 | | 504 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 1164.71 |
| 50 | | 50 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 256.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

RECEIVED BY         PRESENT ANY

| | |
|---|---|
| SUB TOTAL | 2,751.27 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 178.83 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **2,940.10** |

RCR000000371



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 · FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2300 · Fax: (954) 942-4641

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 1099187-01 |

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL 33445

SHIP TO:
VILLA LAGO
BLDG # 1
BOYNTON BEACH  FL

| INVOICE NO. | P.O. | ORDER DATE | SLM | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099187-01 | 133 | 07/20/06 | 116 | 07/20/06 05:15:53 | 07/21/06 |
| | | | | | PG. PAGE NO. |
| DEL 7/20/06 | | | | | T    1 |

| QUANTITY ORDERED | QTY B.O. | QTY SHIPPED | CODE | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 340 | | 340 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 5875.21 |
| 68 | | 68 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 1501.44 |

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED/OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| | |
|---|---|
| SUB TOTAL | 7,376.65 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 479.48 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 7,866.13 |

RCR000000571



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099247-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL  33445

**SHIP TO:** VILLA LAGO
BUILDING 2
WEST BUILDING
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099247-01 | 133 | 07/20/06 | 118 | 07/20/06 12:13:36 | 07/21/06 |

| INSTRUCTIONS | | PRE | PAGE NO. |
|---|---|---|---|
| 7/21/06 | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>SOUTH END OF BUILDING | EA | 0.0001 | 0.00 |
| 1 | | 1 | * | NOTES<br>1ST FLOOR | EA | 0.0001 | 0.00 |
| 72 | | 72 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 943.20 |
| 1 | | 1 | * | NOTES<br>2ND FLOOR | EA | 0.0001 | 0.00 |
| 48 | | 48 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 628.80 |
| 1 | | 1 | * | NOTES<br>3RD FLOOR | EA | 0.0001 | 0.00 |
| 72 | | 72 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 943.20 |
| 1 | | 1 | * | NOTES<br>4TH FLOOR | EA | 0.0001 | 0.00 |
| 72 | | 72 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 943.20 |
| 1 | | 1 | * | NOTES<br>5TH FLOOR | EA | 0.0001 | 0.00 |
| 24 | | 24 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 314.40 |
| 1 | | 1 | * | NOTES<br>6TH FLOOR | EA | 0.0001 | 0.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |
| | CONTINUED |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRES*
Phone: (954) 781-2389 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099247-01

BILL
TO:   PRECISION DRYWALL INC ++
      601 N CONGRESS AVE STE 501
      DELRAY BCH    FL   33445

SHIP
TO:   VILLA LAGO
      BUILDING 2
      WEST BUILDING
      BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM | ORDER DATE | TAXES | CUSTOMER P.O. NUMBER | DATE | | |
|---|---|---|---|---|---|---|---|
| 1099247-01 | 133 | 07/20/06 | 118 | 07/20/06 12:13:36 | 07/21/06 | | |
| | | INSTRUCTIONS | | | | PGS | PAGE NO. |
| 7/21/06 | | | | | | 1 | 2 |

| QUANTITY IN PERCENTAGES | | | DIF. | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./KEY | SHIPPED | | | | | |
| 96 | | 96 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 1257.60 |
| 1 | | 1 | * | NOTES<br>2ND FLOOR | EA | 0.0001 | 0.00 |
| 104 | | 104 | * | BD90<br>DURABOND 90 STA-SMOOTH | EA | 8.5000 | 884.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 5,914.40 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 344.44 |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | 6,300.84 |

95.46

RCR000000370



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT ● POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 ● FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 ● Fax: (954) 942-4641

**ACCOUNT NO.**
168000

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**INVOICE NUMBER**
1099511-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP
TO: VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099511-01 | 133 | 07/21/06 | 119 | 07/25/06 10:21:35 | 07/21/06 |

| INSTRUCTIONS | REP. | PG. NO. |
|---|---|---|
| STOCKING CHARGE | T | 1 |

| QUANTITY & MEASUREMENT | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BACKORD. | SHIPPED | DEP. | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 1098187 71 PCS WALK UP TO 6TH FLR FROM 5TH | EA | 0.0001 | 0.00 |
| 71 | | 71 | * | DS STOCKING-MATERIAL-LABOR -----NET INVOICE----- | EA | 2.1000 | 149.10 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - REG.OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

FREIGHT PREPAID    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 149.10 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | 149.10 |

RCR000000356



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 ◦ Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099512-01

BILL
TO:   PRECISION DRYWALL INC ++
      601 N CONGRESS AVE STE 501
      DELRAY BCH    FL  33445

SHIP
TO:  VILLA LAGO

     BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE | | |
|---|---|---|---|---|---|---|---|
| 1099512-01 | 133 | 07/21/06 | 119 | 07/25/06 10:23:33 | 07/21/06 | | |
| INSTRUCTIONS | | | | | PRT | PAGE NO. | |
| STOCKING CHARGE | | | | | T | 1 | |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BO./NET | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>REF 1098901<br>8 PKGS | EA | 0.0001 | 0.00 |
| 8 | | 8 | * | DS<br>STOCKING-MATERIAL-LABOR<br>----NET INVOICE----- | EA | 25.0000 | 200.00 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN     FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 200.00 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 200.00 |

RCR000000357



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2368 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2368 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
16800F

**INVOICE NUMBER**
2037602-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:** FLAGLER LANDING
BLDG 1 AND 2
WPB        FL

| INVOICE NUMBER | SLSMN | ORDER DATE | ORDER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037602-01 | 133 | 07/19/06 | 251 | 271-1,2 | 1 | 07/21/06 |

| INSTRUCTIONS | PAGE NO. |
|---|---|
| 7/19/06 | T   1 |

| QUANTITY IN PIECES/UNITS | | | SHP | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./BKT. | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 24 | | 24 | * | M847SA #847 SPRAY ADHESIVE 12CS 16.5 ozTRIM/TEX | CN | 7.6000 | 182.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - RELICTIVES TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 182.40 |
| MISC. CHARGE | 12.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 11.86 |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | **204.26** |

RCR000000302



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD-WIDE-WEB
http://www.bannersupply.com

**ACCOUNT NO:**
168000

**INVOICE NUMBER**
2037640-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO: VILLA LAGO
BLDG 2
2ND FLOOR
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037640-01 | 133 | 07/20/06 | 251 | 273-2 | 1 | 07/21/06 |

| INSTRUCTIONS | | PRT | PP/BRANC |
|---|---|---|---|
| DEL 7/20/06 | | T | 1 |

| QUANTITY OR PIECES/UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | BACKORD | SHIPPED | DR* | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES UNIT A | EA | 0.0001 | 0.00 |
| 8 | | 8 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 7.28 |
| 5 | | 5 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 5.20 |
| 1 | | 1 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 2.80 |
| 1 | | 1 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 4.00 |
| 40 | | 40 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 92.44 |
| 46 | | 46 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 121.44 |
| 11 | | 11 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 56.32 |
| 3 | | 3 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 19.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED /OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT #    FREIGHT DEPT

| | |
|---|---|
| SUB TOTAL | 308.68 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 20.06 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 338.74 |

RCR000000368


**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037642-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

**SHIP TO:**
VILLA LAGO
BLDG 2
2ND FLOOR
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAXER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037642-01 | 133 | 07/20/06 | 251 | 273-2 | 2 | 07/21/06 |

| | | | INSTRUCTIONS | | TM. | PAGE NO. |
|---|---|---|---|---|---|---|
| DEL 7/20/06 | | | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ORDERED | B.O./QET. | SHIPPED | TAX | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>UNIT B(2 UNITS) | EA | 0.0001 | 0.00 |
| 24 | | 24 | * | W27PT<br>1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 21.83 |
| 12 | | 12 | * | W2PT<br>1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 12.48 |
| 6 | | 6 | * | W4PT<br>1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 16.80 |
| 2 | | 2 | * | W6PT<br>1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 8.00 |
| 44 | | 44 | * | W227PT<br>2 X 2 X 7 PT | LF | 0.3300 | 101.68 |
| 82 | | 82 | * | W228PT<br>2 X 2 X 8 PT | LF | 0.3300 | 216.48 |
| 18 | | 18 | * | W248PT<br>2 X 4 X 8 PT | LF | 0.6400 | 92.16 |
| 6 | | 6 | * | W2410PT<br>2 X 4 X 10 PT | LF | 0.6400 | 38.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 507.83 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | 33.01 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **550.84** |

RCR000000367



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1860 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1860 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037643-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

**SHIP TO:** VILLA LAGO
BLDG 2
2ND FLOOR
BOYNTON BEACH   FL

| INVOICE NUMBER | SLMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037643-01 | 133 | 07/20/06 | 251 | 273-2 | 3 | 07/21/06 |

| INSTRUCTIONS | PER. | PAGE NO. |
|---|---|---|
| DEL 7/20/06 | T | 1 |

| ORDERED | BKORD. | SHIPPED | UPC | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES UNIT C(2 UNITS) | EA | 0.0001 | 0.00 |
| 24 | | 24 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 21.83 |
| 22 | | 22 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 22.88 |
| 2 | | 2 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 5.60 |
| 2 | | 2 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 8.00 |
| 80 | | 80 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 184.87 |
| 92 | | 92 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 242.88 |
| 22 | | 22 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 112.64 |
| 6 | | 6 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 38.40 |

— CODE EXPLANATION —
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
*- STATE & FED/TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 637.10 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 41.41 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 688.51 |

RCR000000359



1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037644-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:** VILLA LAGO
BLDG 2
2ND FLOOR
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAXES | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037644-01 | 133 | 07/20/06 | 251 | 273-2 | 4 | 07/21/06 |

| INSTRUCTIONS | | | | PPD. | PAGE NO. |
|---|---|---|---|---|---|
| DEL 7/20/06 | | | | T | 1 |

| QUANTITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORD | SHIPPED | CDE | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES UNIT D(2 UNITS) | EA | 0.0001 | 0.00 |
| 20 | | 20 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 18.19 |
| 20 | | 20 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 20.80 |
| 8 | | 8 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 22.40 |
| 4 | | 4 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 16.00 |
| 56 | | 56 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 129.41 |
| 132 | | 132 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 348.48 |
| 34 | | 34 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 174.08 |
| 8 | | 8 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 51.20 |

CODE EXPLANATION
\* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT PPD    FREIGHT COLL

| | |
|---|---|
| SUB TOTAL | 780.56 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 50.74 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **841.30** |

RCR000000360



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT. POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037647-01

| BILL TO: | SHIP TO: |
|---|---|
| PRECISION DRYWALL INC ++ <br> 601 N CONGRESS AVE STE 501 <br> DELRAY BCH    FL   33445 | VILLA LAGO <br> BLDG 2 <br> 3RD FLOOR <br> BOYNTON BEACH   FL |

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2037647-01 | 133 | 07/20/06 | 251 | 273-3 | 07/21/06 |

| INSTRUCTIONS | | VIA | PAGE NO. |
|---|---|---|---|
| DEL 7/20/06 | | T | 1 |

| ORDERED | BALANCE | SHIPPED | DM'S | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL <br> BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES <br> UNIT A | EA | 0.0001 | 0.00 |
| 8 | | 8 | * | W27PT <br> 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 7.28 |
| 5 | | 5 | * | W2PT <br> 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 5.20 |
| 3 | | 3 | * | W4PT <br> 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 8.40 |
| 1 | | 1 | * | W6PT <br> 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 4.00 |
| 11 | | 11 | * | W227PT <br> 2 X 2 X 7 PT | LF | 0.3300 | 25.42 |
| 19 | | 19 | * | W228PT <br> 2 X 2 X 8 PT | LF | 0.3300 | 50.16 |
| 7 | | 7 | * | W248PT <br> 2 X 4 X 8 PT | LF | 0.6400 | 35.84 |
| 2 | | 2 | * | W2410PT <br> 2 X 4 X 10 PT | LF | 0.6400 | 12.80 |

CODE EXPLANATION
\* - STATE TAX APPLICABLE
\# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 149.10 |
| MISC CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 9.69 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 168.79 |

RCR000000361



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
168000

INVOICE NUMBER
2037648-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO: VILLA LAGO
BLDG 2
3RD FLOOR
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2037648-01 | 133 | 07/20/06 | 251 | 271-3 | 07/21/06 |

| INSTRUCTIONS | | PAC. | PAGE NO. |
|---|---|---|---|
| DEL 7/20/06 | | T | 1 |

| QUANTITY | | | | ITEM CODE AND DESCRIPTION | UNA | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./NET | SHIPPED | B.O. | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES UNIT B(2 UNITS) | EA | 0.0001 | 0.00 |
| 24 | | 24 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 21.83 |
| 12 | | 12 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 12.48 |
| 6 | | 6 | * | W4FT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 16.80 |
| 2 | | 2 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 8.00 |
| 44 | | 44 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 101.68 |
| 82 | | 82 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 216.48 |
| 18 | | 18 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 92.16 |
| 6 | | 6 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 38.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT QTY.

| | |
|---|---|
| SUB TOTAL | 507.83 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 33.01 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 550.84 |

RCR000000362



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037652-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP
TO:  VILLA LAGO
BLDG 2
3RD FLOOR
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037652-01 | 133 | 07/20/06 | 251 | 273-3 | 2 | 07/21/06 |

| INSTRUCTIONS | | BNK | PAGE NO. |
|---|---|---|---|
| DEL 7/20/06 | | T | 1 |

| ORDERED | B/O NET | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>UNIT C(2 UNITS) | EA | 0.0001 | 0.00 |
| 24 | | 24 | * | W27PT<br>1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 21.83 |
| 22 | | 22 | * | W2PT<br>1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 22.88 |
| 2 | | 2 | * | W4PT<br>1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 5.60 |
| 2 | | 2 | * | W6PT<br>1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 8.00 |
| 80 | | 80 | * | W227PT<br>2 X 2 X 7 PT | LF | 0.3300 | 184.87 |
| 92 | | 92 | * | W228PT<br>2 X 2 X 8 PT | LF | 0.3300 | 242.88 |
| 22 | | 22 | * | W248PT<br>2 X 4 X 8 PT | LF | 0.6400 | 112.64 |
| 6 | | 6 | * | W2410PT<br>2 X 4 X 10 PT | LF | 0.6400 | 38.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN   FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 637.10 |
| MISC CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 41.41 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 688.51 |

RCR000000363



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4641

VISIT US ON THE WORLD-WIDE-WEB
http://www.bannersupply.com

ACCOUNT NO.
168000

INVOICE NUMBER
2037653-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

SHIP TO:
VILLA LAGO
BLDG 2
3RD FLOOR
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037653-01 | 133 | 07/20/06 | 251 | 273-3 | 3 | 07/21/06 |

| INSTRUCTIONS | REG. | PAGE NO. |
|---|---|---|
| DEL 7/20/06 | T | 1 |

| QUANTITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | BO/RET | SHIPPED | BKP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES UNIT D(2 UNITS) | EA | 0.0001 | 0.00 |
| 20 | | 20 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 18.19 |
| 20 | | 20 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 20.80 |
| 8 | | 8 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 22.40 |
| 4 | | 4 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 16.00 |
| 56 | | 56 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 129.41 |
| 132 | | 132 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 348.48 |
| 34 | | 34 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 174.08 |
| 8 | | 8 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 51.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
p - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN      FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 780.56 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 50.74 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 841.30 |

RCR000000364



**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037669-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL    33445

**SHIP TO:**  VILLA LAGO

BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKEN | CUSTOMER P O NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037669-01 | 133 | 07/20/06 | 252 | 273 | 38 | 07/21/06 |

| | INSTRUCTIONS | | REG. | PAGE NO. |
|---|---|---|---|---|
| 7/20/06 | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | OPP. | ITEM CODE AND DESCRIPTION | MEAS. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BAL/BO | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 600 | | 600 | * | S158S20-10 1 5/8" STUD 20G 10' 20 GAUGE | LF | 496.0000 | 2976.00 |
| 375 | | 375 | * | S112A20 1 1/2 X 1 1/2 ANGLE 20 GAUGE | LF | 416.0000 | 1560.00 |
| 1 | | 1 | * | F19B 7/16" TEK FRAMING SCREW (15M BOX) | BX | 115.0000 | 115.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 4,651.00 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 302.32 |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | **4,963.32** |

RCR000000365



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4380
**REMIT TO:**
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037676-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:** VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | RESAN. | ORDER DATE | TAXES | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037676-01 | 133 | 07/20/06 | 252 | 273 | 39 | 07/21/06 |

| | INSTRUCTIONS | | | | TER. | PAGE NO. |
|---|---|---|---|---|---|---|
| 7/20/06 | | | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DISP. | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORD | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 5 | | 5 | * | MPWFT PLASTER WINDOW FRAME TAPE 2" RED TAPE | EA | 5.5000 | 27.50 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
P - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | | |
|---|---|---|
| SUB TOTAL | | 27.50 |
| MISC. CHARGE | | |
| FREIGHT TOTAL | | |
| FED./OTHER TAX | | |
| STATE TAX | | 1.79 |
| PAYMENT | | 0.00 |
| TOTAL AMT. DUE | | 29.29 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33060
PHONE (954) 781-2389 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 · Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037716-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

SHIP
TO:  VILLA LAGO
WEST BLDG
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKER | CUSTOMER O NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037716-01 | 133 | 07/21/06 | 251 | 273 | 40 | 07/21/06 |

| | INSTRUCTIONS | | | | WHS. | PAGE NO. |
|---|---|---|---|---|---|---|
| 7/21/06 | | | | | T | 1 |

| ORDERED | SHIPPED | B.O./BILLED | Disc. | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 130 | | 130 | * | S158S20-10 1 5/8" STUD 20G 10' 20 GAUGE | LF | 496.0000 | 644.80 |
| 150 | | 150 | * | S112A20 1 1/2 X 1 1/2 ANGLE 20 GAUGE | LF | 416.0000 | 624.00 |

CODE EXPLANATION
\* - STATE TAX APPLICABLE
\# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN          FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,268.80 |
| MISC CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 82.47 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 1,361.27 |

RCR000000358



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1680 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1680 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
16800F

INVOICE NUMBER
2037810-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
FLAGLER LANDING

WPB        FL

| INVOICE NUMBER | SLSM | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037810-01 | 133 | 07/21/06 | 119 | 271-5 | 41 | 07/21/06 |
| | | INSTRUCTIONS | | | REV. | PAGE NO. |
| | | STOCKING CHARGE | | | T | 1 |

| QUANTITY IN PROGRESS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORD | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | EXTD. NET |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 2037344 1 PKG | EA | 0.0001 | 0.00 |
| 1 | | 1 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | 25.0000 | 25.00 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
$ - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 25.00 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 25.00 |

RCR000000301



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT. POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2037815-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:** VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SALESMAN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037815-01 | 133 | 07/21/06 | 119 | 273 | 41 | 07/21/06 |

| INSTRUCTIONS | | REG. | PAGE NO. |
|---|---|---|---|
| STOCKING CHARGE | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O-QTY | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>REF 2037190,188,182,191<br>192,193<br>8 PKGS | EA | 0.0001 | 0.00 |
| 8 | | 8 | * | DS<br>STOCKING-MATERIAL-LABOR<br>----NET INVOICE----- | EA | 25.0000 | 200.00 |

POSTED

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
2 - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | AMOUNT |
|---|---|
| SUB TOTAL | 200.00 |
| MISC CHARGE | |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | **200.00** |

RCR000000355



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4300
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099372-01

BILL
TO:  PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP
TO:  VILLA LAGO
BUILDING 2
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099372-01 | 133 | 07/21/06 | 118 | 07/21/06 15:20:06 | 07/26/06 |

| INSTRUCTIONS | | | BIL. | PAGE NO. |
|---|---|---|---|---|
| DEL 07/22/06 | | | T | 1 |

| QUANTITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | DAY | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 4TH FLOOR | EA | 0.0001 | 0.00 |
| 50 | | 50 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 320.00 |
| 1 | | 1 | * | NOTES 5TH FLOOR | EA | 0.0001 | 0.00 |
| 30 | | 30 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 153.60 |
| 8 | | 8 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 22.40 |
| 48 | | 48 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 49.92 |
| 1 | | 1 | * | NOTES 6TH FLOOR | EA | 0.0001 | 0.00 |
| 39 | | 39 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 199.68 |
| 36 | | 36 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 37.44 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 783.04 |
| MISC CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 50.90 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 843.94 |

RCR000000111



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2390 • FAX (954) 942-4390
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2390 • Fax: (954) 942-4641

ACCOUNT NO.
168000

INVOICE NUMBER
1099373~01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | SHIP | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099373~01 | 133 | 07/21/06 | 118 | 07/21/06 15:22:39 | 07/26/06 |

INSTRUCTIONS
DEL 07/22/06

| PGE. NO. |
|---|
| 1 |

| QUANTITY ORDERED | QUANTITY B.O. | QUANTITY SHIPPED | CDE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 340 | | 340 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 5875.21 |
| 64 | | 64 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 1413.12 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
^- STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| | |
|---|---|
| SUB TOTAL | 7,288.33 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 473.74 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 7,772.07 |

RCR000000578



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 842-4380
**REMIT TO:**
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 842-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099374-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

**SHIP TO:**
VILLA LAGO
BUILDING 2
1ST FLOOR
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099374-01 | 133 | 07/21/06 | 118 | 07/21/06 15:24:17 | 07/26/06 |

| INSTRUCTIONS | REV. | PAGE NO. |
|---|---|---|
| DEL 07/22/06 | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DISP. | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./SET | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES "A" UNITS 1 UNIT | EA | 0.0001 | 0.00 |
| 8 | | 8 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 7.28 |
| 5 | | 5 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 5.20 |
| 3 | | 3 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 8.40 |
| 1 | | 1 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 4.00 |
| 11 | | 11 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 25.42 |
| 19 | | 19 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 50.16 |
| 7 | | 7 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 35.84 |
| 2 | | 2 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 12.80 |
| 1 | | 1 | * | NOTES "B" UNITS 2 UNITS | EA | 0.0001 | 0.00 |
| 24 | | 24 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 21.83 |
| 12 | | 12 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 12.48 |
| 6 | | 6 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 16.80 |

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|

| SUB TOTAL | |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |
| | **CONTINUED** |

RCR000000109



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT. POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099374-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO:
VILLA LAGO
BUILDING 2
1ST FLOOR
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099374-01 | 133 | 07/21/06 | 118 | 07/21/06 15:24:17 | 07/26/06 |

| INSTRUCTIONS | | PRT. | PAGE NO. |
|---|---|---|---|
| DEL 07/22/06 | | T | 2 |

| QUANTITY IN THESE UNITS | | | DISC | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O.REO | SHIPPED | | | | | |
| 2 | | 2 | * | W6PT<br>1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 8.00 |
| 44 | | 44 | * | W227PT<br>2 X 2 X 7 PT | LF | 0.3300 | 101.68 |
| 82 | | 82 | * | W228PT<br>2 X 2 X 8 PT | LF | 0.3300 | 216.48 |
| 18 | | 18 | * | W248PT<br>2 X 4 X 8 PT | LF | 0.6400 | 92.16 |
| 6 | | 6 | * | W2410PT<br>2 X 4 X 10 PT | LF | 0.6400 | 38.40 |
| 1 | | 1 | * | NOTES<br>"C" UNITS<br>2 UNITS | EA | 0.0001 | 0.00 |
| 24 | | 24 | * | W27PT<br>1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 21.83 |
| 22 | | 22 | * | W2PT<br>1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 22.88 |
| 2 | | 2 | * | W4PT<br>1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 5.60 |
| 2 | | 2 | * | W6PT<br>1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 8.00 |
| 80 | | 80 | * | W227PT<br>2 X 2 X 7 PT | LF | 0.3300 | 184.87 |
| 92 | | 92 | * | W228PT<br>2 X 2 X 8 PT | LF | 0.3300 | 242.88 |
| 22 | | 22 | * | W248PT<br>2 X 4 X 8 PT | LF | 0.6400 | 112.64 |
| 6 | | 6 | * | W2410PT<br>2 X 4 X 10 PT | LF | 0.6400 | 38.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

FREIGHT IN   FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |
| | CONTINUED |

RCR000000108



1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099374-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP
TO: VILLA LAGO
BUILDING 2
1ST FLOOR
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099374-01 | 133 | 07/21/06 | 118 | 07/21/06 15:24:17 | 07/26/06 |

INSTRUCTIONS

DEL 07/22/06

| | | | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| | | | | | T | 3 |

| QUANTITY IN PRECISION UNITS | | | COMP | ITEM CODE AND DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./NET | SHIPPED | | | | | |
| 1 | | 1 | * | NOTES<br>"D" UNITS<br>2 UNITS | EA | 0.0001 | 0.00 |
| 20 | | 20 | * | W27PT<br>1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 18.19 |
| 20 | | 20 | * | W2PT<br>1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 20.80 |
| 8 | | 8 | * | W4PT<br>1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 22.40 |
| 4 | | 4 | * | W6PT<br>1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 16.00 |
| 56 | | 56 | * | W227PT<br>2 X 2 X 7 PT | LF | 0.3300 | 129.41 |
| 132 | | 132 | * | W228PT<br>2 X 2 X 8 PT | LF | 0.3300 | 348.48 |
| 34 | | 34 | * | W248PT<br>2 X 4 X 8 PT | LF | 0.6400 | 174.08 |
| 8 | | 8 | * | W2410PT<br>2 X 4 X 10 PT | LF | 0.6400 | 51.20 |

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED/OTHER TAX APPLICABLE
++ STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 2,074.59 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 134.85 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,219.44 |

RCR000000107



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1860 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1860 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099375-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

**SHIP TO:** VILLA LAGO
BUILDING 2
4TH FLOOR
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TIMER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099375-01 | 133 | 07/21/06 | 118 | 07/21/06 15:37:40 | 07/26/06 |

| INSTRUCTIONS | | | | QTY | PAGE NO. |
|---|---|---|---|---|---|
| DEL 07/22/06 | | | | T | 1 |

| ORDERED | B/ORDER | SHIPPED | MISC. | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES "A" UNITS 1 UNIT | EA | 0.0001 | 0.00 |
| 8 | | 8 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 7.28 |
| 5 | | 5 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 5.20 |
| 3 | | 3 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 8.40 |
| 1 | | 1 | * | W6PT 1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 4.00 |
| 11 | | 11 | * | W227PT 2 X 2 X 7 PT | LF | 0.3300 | 25.42 |
| 19 | | 19 | * | W228PT 2 X 2 X 8 PT | LF | 0.3300 | 50.16 |
| 7 | | 7 | * | W248PT 2 X 4 X 8 PT | LF | 0.6400 | 35.84 |
| 2 | | 2 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 12.80 |
| 1 | | 1 | * | NOTES "B" UNITS 2 UNITS | EA | 0.0001 | 0.00 |
| 24 | | 24 | * | W27PT 1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 21.83 |
| 12 | | 12 | * | W2PT 1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 12.48 |
| 6 | | 6 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 16.80 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED/OTHER TAX
STATE TAX
PAYMENT

**CONTINUED**

RCR000000106



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099375-01

| BILL TO: | PRECISION DRYWALL INC ++ | SHIP TO: | VILLA LAGO |
|---|---|---|---|
| | 601 N CONGRESS AVE STE 501 | | BUILDING 2 |
| | DELRAY BCH    FL   33445 | | 4TH FLOOR |
| | | | BOYNTON BEACH  FL |

| INVOICE NUMBER | RS MIN. | ORDER DATE | TAKEN | CUSTOMER P. O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099375-01 | 133 | 07/21/06 | 118 | 07/21/06 15:37:40 | 07/26/06 |

| INSTRUCTIONS | | PRS | PAGE NO. |
|---|---|---|---|
| DEL 07/22/06 | | T | 2 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | DISC. | | | | |
| 2 | | 2 | * | W6PT<br>1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 8.00 |
| 44 | | 44 | * | W227PT<br>2 X 2 X 7 PT | LF | 0.3300 | 101.68 |
| 82 | | 82 | * | W228PT<br>2 X 2 X 8 PT | LF | 0.3300 | 216.48 |
| 18 | | 18 | * | W248PT<br>2 X 4 X 8 PT | LF | 0.6400 | 92.16 |
| 6 | | 6 | * | W2410PT<br>2 X 4 X 10 PT | LF | 0.6400 | 38.40 |
| 1 | | 1 | * | NOTES<br>"C" UNITS<br>2 UNITS | EA | 0.0001 | 0.00 |
| 24 | | 24 | * | W27PT<br>1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 21.83 |
| 22 | | 22 | * | W2PT<br>1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 22.88 |
| 2 | | 2 | * | W4PT<br>1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 5.60 |
| 2 | | 2 | * | W6PT<br>1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 8.00 |
| 80 | | 80 | * | W227PT<br>2 X 2 X 7 PT | LF | 0.3300 | 184.87 |
| 92 | | 92 | * | W228PT<br>2 X 2 X 8 PT | LF | 0.3300 | 242.88 |
| 22 | | 22 | * | W248PT<br>2 X 4 X 8 PT | LF | 0.6400 | 112.64 |
| 6 | | 6 | * | W2410PT<br>2 X 4 X 10 PT | LF | 0.6400 | 38.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

FREIGHT IN    FREIGHT OUT

| SUB TOTAL | |
|---|---|
| MISC. CHARGE | |
| INVOICE TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | CONTINUED |

RCR000000105



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2396 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRES*
Phone: (954) 781-2396 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099375-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP
TO: VILLA LAGO
BUILDING 2
4TH FLOOR
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | SH. |
|---|---|---|---|---|---|
| 1099375-01 | 133 | 07/21/06 | 118 | 07/21/06 15:37:40 | 07/26/06 |
| | | INSTRUCTIONS | | | PRO | PAGE NO. |
| DEL 07/22/06 | | | | | T | 3 |

| QUANTITY<br>ORDERED | B.O./REC. | QUANTITY<br>SHIPPED | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | * | NOTES<br>"D" UNITS<br>2 UNITS | EA | 0.0001 | 0.00 |
| 20 | | 20 | * | W27PT<br>1 X 2 X 7 PT SQUARE EDGE | LF | 0.1300 | 18.19 |
| 20 | | 20 | * | W2PT<br>1 X 2 X 8 PT SQUARE EDGE | LF | 0.1300 | 20.80 |
| 8 | | 8 | * | W4PT<br>1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 22.40 |
| 4 | | 4 | * | W6PT<br>1 X 6 X 8 PT SQUARE EDGE | LF | 0.5000 | 16.00 |
| 56 | | 56 | * | W227PT<br>2 X 2 X 7 PT | LF | 0.3300 | 129.41 |
| 132 | | 132 | * | W228PT<br>2 X 2 X 8 PT | LF | 0.3300 | 348.48 |
| 34 | | 34 | * | W248PT<br>2 X 4 X 8 PT | LF | 0.6400 | 174.08 |
| 8 | | 8 | * | W2410PT<br>2 X 4 X 10 PT | LF | 0.6400 | 51.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| SUB TOTAL | 2,074.59 |
|---|---|
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 134.85 |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | 2,219.44 |

RCR000000104



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099381-01

BILL
TO:  PRECISION DRYWALL INC ++
     601 N CONGRESS AVE STE 501
     DELRAY BCH    FL  33445

SHIP
TO:  VILLA LAGO
     BLDG # 1
     BOYNTON BEACH  FL

| INVOICE NUMBER | SL. MAN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099381-01 | 133 | 07/22/06 | 112 | 07/22/06 09:21:46 | 07/26/06 |

| INSTRUCTIONS | | VIA | PAGE NO. |
|---|---|---|---|
| DEL 7/24/06 | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O-NET | SHIPPED | PRC | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES NORTH END SECTION | EA | 0.0001 | 0.00 |
| 480 | | 480 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 6288.00 |

CODE EXPLANATION
\* - STATE TAX APPLICABLE
# - REGISTERED TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 6,288.00 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 408.72 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 6,706.72 |

RCR000000056



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1680 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4380
REMIT TO:
1680 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 · Fax: (954) 942-4641

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099474-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

SHIP TO:
VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH   FL

| | | | | | | | DATE |
|---|---|---|---|---|---|---|---|
| 1099474-01 | 133 | 07/25/06 | 116 | 07/25/06 05:35:38 | | | 07/26/06 |
| 7/25/06 | | | | | | T | 1 |

| SHIPPED | ORDERED | BACK ORD | | DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | | NOTES<br>5TH  F L O O R | EA | 0.0001 | 0.00 |
| 335 | 335 | * | | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 5788.81 |
| 59 | 59 | * | | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 1302.72 |

9338
SHeelS

CODE EXPLANATION —
P - STATE TAX APPLICABLE
0 - FED/OTHER TAX APPLICABLE
*- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 7,091.53 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | 460.95 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 7,562.48 |

RCR000000579



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 1099480-01 |

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO:
VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH  FL

| ORDER NUMBER | SLS NO | ORDER DATE | SALES | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099480-01 | 133 | 07/25/06 | 116 | 07/25/06 07:34:44 | 07/26/06 |

| INSTRUCTIONS | | INV. | PAGE NO. |
|---|---|---|---|
| 7/25/06 | | T | 1 |

| QTY ORDERED | QTY B/O | QTY SHIPPED | SHIP | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 5TH  F L O O R UNITS C & D | EA | 0.0001 | 0.00 |
| 155 | | 155 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 2678.40 |
| 30 | | 30 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 662.40 |
| 1 | | 1 | * | NOTES 4TH  F L O O R 2 UNITS A 1 UNIT  C | EA | 0.0001 | 0.00 |
| 180 | | 180 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 3110.40 |
| 31 | | 31 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 684.48 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
R - REQUESTED TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | | |
|---|---|---|
| SUB TOTAL | | 7,135.68 |
| MISC. CHARGE | | 10.00 |
| FREIGHT TOTAL | | |
| FED./OTHER TAX | | |
| STATE TAX | | 463.82 |
| PAYMENT | | 0.00 |
| TOTAL AMT DUE | | 7,609.50 |

RCR000000580



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

**ACCOUNTING AND RELEASE INQUIRES**
Phone: (954) 781-2300 • Fax: (954) 942-4641

ACCOUNT NO.
168000

INVOICE NUMBER
1099546-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO:
VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TRUCK | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099546-01 | 133 | 07/25/06 | 116 | 07/25/06 12:46:10 | 07/26/06 |

| | | | | INSTRUCTIONS | | QTY | PAGE NO. |
|---|---|---|---|---|---|---|---|
| 7/25/06 | | | | | | T | 1 |

| ORDERED | B.O./SHIP | SHIPPED | SPAC. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 4TH  F L O O R UNIT  D | EA | 0.0001 | 0.00 |
| 85 | | 85 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES 4TH  F L O O R UNIT  B | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209,60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES 4TH  F L O O R UNIT  C | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES 4TH  F L O O R UNIT  D | EA | 0.0001 | 0.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
@ - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE. | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |

CONTINUED

RCR000000581



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1680 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4350
REMIT TO:
1680 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4661

**INVOICE NUMBER**
1099546-01

ACCOUNT NO.:
168000

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL  33445

SHIP TO:
VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | SHIPPED VIA & NUMBER | DATE | | |
|---|---|---|---|---|---|---|---|
| 1099546-01 | 133 | 07/25/06 | 116 | 07/25/06 12:46:10 | 07/26/06 | | |
| | | | DISTRIBUTION | | | FRT | PAGE NO. |
| 7/25/06 | | | | | | T | 2 |

| ORDERED | SHIPPED | B/ORD | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 85 | 85 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | 15 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
§ - RED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* **THIS IS YOUR INVOICE** \*\*\*

| | |
|---|---|
| SUB TOTAL | 6,637.44 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 398.25 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **7,045.69** |

RCR000000582



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1680 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4980
REMIT TO:
1680 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4841

| ACCOUNT NO. | | | INVOICE NUMBER |
|---|---|---|---|
| 168000 | | | 1099586-01 |

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
VILLA LAGO
BLDG # 1
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | P.O. # | CUST ORDER / PO NUMBER | DATE |
|---|---|---|---|---|---|
| 1099586-01 | 133 | 07/25/06 | 112 | 07/25/06 16:25:51 | 07/26/06 |
| | | | INSTRUCTIONS | | RTE | PAGE NO |
| DEL 07-26-06 | | | | | T | 1 |

| SHIPPED | BACK ORD | QTY | ITEM CODE & DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 155 | | 155 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 2678.40 |
| 237 | | 237 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 5232.97 |

*HW*

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
++ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 7,911.37 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 514.24 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 8,435.61 |

RCR000000583



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
**REMIT TO:**
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNTING
168000

INVOICE NUMBER
2037844-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO: VILLA LAGO

BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2037844-01 | 133 | 07/26/06 | 251 | 273 | 42 | 07/26/06 |
| 7/26/06 | | | | | REF. / PAGE NO. | |
| | | | | | T | 1 |

| ORDERED | B/LOMT. | SHIPPED | | ITEM CODE AND DESCRIPTION | UM. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 130 | | 130 | * | S158S20-10<br>1 5/8" STUD 20G 10'<br>20 GAUGE | LF | 496.0000 | 644.80 |
| 60 | | 60 | * | S6T20<br>6" HI LEG TRACK 20 GAUGE | LF | 969.0000 | 581.40 |
| 46 | | 46 | * | S6S20-9<br>6" STUD 20G 9' | LF | 992.0000 | 410.69 |
| 20 | | 20 | * | S6S20-10<br>6" STUD 20G 10' | LF | 992.0000 | 198.40 |
| 50 | | 50 | * | S112A20<br>1 1/2 X 1 1/2 ANGLE<br>20 GAUGE | LF | 416.0000 | 208.00 |
| 1 | | 1 | * | F19B<br>7/16" TEK FRAMING SCREW<br>(15M BOX) | BX | 115.0000 | 115.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
*- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT PPD    FREIGHT COLL

| | |
|---|---|
| SUB TOTAL | 2,158.29 |
| MISC CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 140.29 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,308.58 |

RCR000000103



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099647-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

SHIP TO: VILLA LAGO
BUILDING 2
SOUTH END
"A" UNIT
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE | | |
|---|---|---|---|---|---|---|---|
| 1099647-01 | 133 | 07/26/06 | 118 | 07/26/06 10:39:10 | 07/27/06 | | |
| | | INSTRUCTIONS | | | FRT. | PAGE NO. | |
| DEL 7/26/06 | | | | | T | 1 | |

| QUANTITY ORDERED | QUANTITY B/O NET | QUANTITY SHIPPED | DISC | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 100 | | 100 | * | S158S-10 1 5/8" STUD 10' 25 GAUGE | LF | 298.0000 | 298.00 |
| 25 | | 25 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 285.0000 | 71.25 |
| 100 | | 100 | * | S358S-9 3 5/8" STUD 9' 25 GAUGE | LF | 396.0000 | 356.40 |
| 12 | | 12 | * | S358T 3 5/8" TRACK 25 GAUGE | LF | 385.0000 | 46.20 |
| 15 | | 15 | * | S6S-9 6" STUD 9' 25 GAUGE | LF | 644.0000 | 86.94 |
| 2 | | 2 | * | S6T 6" TRACK 25 GAUGE | LF | 627.0000 | 12.54 |
| 14 | | 14 | * | S6B20 6" METAL BACKING-20 GAUGE | LF | 718.0000 | 100.52 |

CODE EXPLANATION —
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| | |
|---|---|
| FREIGHT IN | FREIGHT OUT |

| | |
|---|---|
| SUB TOTAL | 971.85 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 63.17 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **1,045.02** |

RCR000000116



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099648-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

SHIP TO: VILLA LAGO
BUILDING 2
SOUTH END
"B" UNIT
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099648-01 | 133 | 07/26/06 | 118 | 07/26/06 10:41:16 | 07/27/06 |

INSTRUCTIONS
DEL 7/26/06

PCS T  PAGE NO. 1

| ORDERED | B.ORED | SHIPPED | DPV | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 95 | | 95 | * | S158S-10 1 5/8" STUD 10' 25 GAUGE | LF | 298.0000 | 283.10 |
| 40 | | 40 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 285.0000 | 114.00 |
| 180 | | 180 | * | S358S-9 3 5/8" STUD 9' 25 GAUGE | LF | 396.0000 | 641.52 |
| 21 | | 21 | * | S358T 3 5/8" TRACK 25 GAUGE | LF | 385.0000 | 80.85 |
| 20 | | 20 | * | S6S-9 6" STUD 9' 25 GAUGE | LF | 644.0000 | 115.92 |
| 3 | | 3 | * | S6T 6" TRACK 25 GAUGE | LF | 627.0000 | 18.81 |
| 14 | | 14 | * | S6B20 6" METAL BACKING-20 GAUGE | LF | 718.0000 | 100.52 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN   FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,354.72 |
| MISC CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 88.06 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 1,452.78 |

RCR000000117



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099649-01

| BILL TO: | PRECISION DRYWALL INC ++<br>601 N CONGRESS AVE STE 501<br>DELRAY BCH    FL   33445 | SHIP TO: | VILLA LAGO<br>BUILDING 2<br>SOUTH END<br>"C" UNIT<br>BOYNTON BEACH   FL |
|---|---|---|---|

| INVOICE NUMBER | SLMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099649-01 | 133 | 07/26/06 | 118 | 07/26/06 10:42:35 | 07/27/06 |

| INSTRUCTIONS | | TRC | PAGE NO. |
|---|---|---|---|
| DEL 7/26/06 | | T | 1 |

| QUANTITY<br>ORDERED | B/O RET | SHIPPED | UM | ITEM CODE AND DESCRIPTION | QM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL<br>BE $10 P/INV FUEL SURCHARGE | | | |
| 105 | | 105 | * | S158S-10<br>1 5/8" STUD 10'<br>25 GAUGE | LF | 298.0000 | 312.90 |
| 18 | | 18 | * | S158T<br>1 5/8" TRACK<br>25 GAUGE | LF | 285.0000 | 51.30 |
| 150 | | 150 | * | S358S-9<br>3 5/8" STUD 9'<br>25 GAUGE | LF | 396.0000 | 534.60 |
| 17 | | 17 | * | S358T<br>3 5/8" TRACK<br>25 GAUGE | LF | 385.0000 | 65.45 |
| 40 | | 40 | * | S6S-9<br>6" STUD 9'<br>25 GAUGE | LF | 644.0000 | 231.84 |
| 4 | | 4 | * | S6T<br>6" TRACK<br>25 GAUGE | LF | 627.0000 | 25.08 |
| 14 | | 14 | * | S6B20<br>6" METAL BACKING-20 GAUGE | LF | 718.0000 | 100.52 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,321.69 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 85.91 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **1,417.60** |

RCR000000118



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069
ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099650-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL    33445

SHIP TO: VILLA LAGO
BUILDING 2
SOUTH END
"D" UNIT
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE | | |
|---|---|---|---|---|---|---|---|
| 1099650-01 | 133 | 07/26/06 | 118 | 07/26/06 10:44:33 | 07/27/06 | | |
| | | INSTRUCTIONS | | | MO. | PAGE CO. | |
| DEL 7/26/06 | | | | | T | | 1 |

| QUANTITY | | | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BACK ORD. | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 130 | | 130 | * | S158S-10 1 5/8" STUD 10' 25 GAUGE | LF | 298.0000 | 387.40 |
| 43 | | 43 | * | S158T 1 5/8" TRACK 25 GAUGE | LF | 285.0000 | 122.55 |
| 180 | | 180 | * | S358S-9 3 5/8" STUD 9' 25 GAUGE | LF | 396.0000 | 641.52 |
| 17 | | 17 | * | S358T 3 5/8" TRACK 25 GAUGE | LF | 385.0000 | 65.45 |
| 30 | | 30 | * | S6S-9 6" STUD 9' 25 GAUGE | LF | 644.0000 | 173.88 |
| 5 | | 5 | * | S6T 6" TRACK 25 GAUGE | LF | 627.0000 | 31.35 |
| 14 | | 14 | * | S6B20 6" METAL BACKING-20 GAUGE | LF | 718.0000 | 100.52 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,522.67 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 98.97 |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | **1,631.64** |

RCR000000119



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099664-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:  VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE | | |
|---|---|---|---|---|---|---|---|
| 1099664-01 | 133 | 07/26/06 | 118 | 07/26/06 13:42:25 | 07/27/06 | | |
| INSTRUCTIONS | | | | | | TRM | PAGE NO. |
| DEL 7/26/06 | | | | | | T | 1 |

| QUANTITY — IN PIECES/UNITS | | | ONE | ITEM CODE AND DESCRIPTION | U.M. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O-MFG | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL | | | |
| | | | | BE $10 P/INV FUEL SURCHARGE | | | |
| 288 | | 288 | * | DJCUSG | EA | 13.1000 | 3772.80 |
| | | | | JOINT COMPOUND U.S.G. | | | |
| | | | | 5 GAL PAL USG | | | |
| 600 | | 600 | * | 56B20 | LF | 718.0000 | 4308.00 |
| | | | | 6" METAL BACKING-20 GAUGE | | | |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN   FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 8,080.80 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 525.25 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 8,616.05 |

4598.01

RCR000000120



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099667-01

BILL
TO:   PRECISION DRYWALL INC ++
      601 N CONGRESS AVE STE 501
      DELRAY BCH     FL  33445

SHIP
TO:   VILLA LAGO
      BUILDING 1
      BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099667-01 | 133 | 07/26/06 | 118 | 07/26/06 14:35:01 | 07/27/06 |

| INSTRUCTIONS | FRT. | PAGE NO. |
|---|---|---|
| DEL 07/27/06 | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.ORDT. | SHIPPED | TAX | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 480 | | 480 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 6288.00 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION —
\* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 6,288.00 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 408.72 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 6,706.72 |

RCR000000057



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1890 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1890 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4841

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 1099712-01 |

BILL
TO:   PRECISION DRYWALL INC ++
      601 N CONGRESS AVE STE 501
      DELRAY BCH     FL  33445

SHIP
TO:   VILLA LAGO
      BLDG # 1
      SOUTH END SECTION
      BOYNTON BEACH   FL

| ORDER NUMBER | CLERK | ORDER DATE | TAKEN | CONFIRMATION DATE/TIME | | DATE |
|---|---|---|---|---|---|---|
| 1099712-01 | 133 | 07/27/06 | 117 | 07/27/06 09:51:56 | | 07/27/06 |
| | | SHIP VIA/MEMO | | | FRT. | PAGE NO. |
| DEL 7/27/06 | | | | | T | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B.O. | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | | * | NOTES 6TH  F L O O R | EA | 0.0001 | 0.00 |
| 350 | 350 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 6048.01 |
| 69 | 69 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 1523.52 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| | |
|---|---|
| SUB TOTAL | 7,571.53 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | 492.15 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 8,073.68 |

RCR000000584



**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS

1680 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2299 • FAX (954) 942-6360
REMIT TO:
1680 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2299 • Fax: (954) 942-6641

**ACCOUNT NO.**
168000

INVOICE NUMBER
1099714-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
VILLA LAGO
BLDG # 1
SOUTH END SECTION
BOYNTON BEACH  FL

| ORDER NUMBER | JOB # | ORDER DATE | CLERK | COMPLETED DATE | DATE |
|---|---|---|---|---|---|
| 1099714-01 | 133 | 07/27/06 | 117 | 07/27/06 10:09:40 | 07/27/06 |

| DESCRIPTION | | | | | TML | PAGE NO |
|---|---|---|---|---|---|---|
| DEL 7/27/06 | | | | | T | 1 |

| ORDERED | SHIPPED | B/O | ITEM CODE & DESCRIPTION | UM | LIST PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES 5TH  F L O O R | EA | 0.0001 | 0.00 |
| 365 | 365 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 6307.21 |
| 71 | 71 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 1567.68 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FEDERATIVE TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| | |
|---|---|

| | |
|---|---|
| SUB TOTAL | 7,874.89 |
| MISC. CHARGE | .10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 511.87 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 8,396.76 |

RCR000000585



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT. POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099801-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

**SHIP TO:** VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER/P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099801-01 | 133 | 07/28/06 | 119 | 07/28/06 09:04:40 | 07/28/06 |

| INSTRUCTIONS | SEQ | PAGE NO. |
|---|---|---|
| STOCKING CHARGE | T | 1 |

| ORDERED | B/O/RET | SHIPPED | Disc | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 1099373 83 PCS DW WALKUP | EA | 0.0001 | 0.00 |
| 83 | | 83 | * | DS STOCKING-MATERIAL-LABOR -----NET INVOICE----- | EA | 2.5000 | 207.50 |

CODE EXPLANATION
*- STATE TAX APPLICABLE
F- FED/OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 207.50 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL NET DUE | 207.50 |

RCR000000112



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
168000

INVOICE NUMBER
1099802-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO: VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SALESMAN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099802-01 | 133 | 07/28/06 | 119 | 07/28/06 09:06:22 | 07/28/06 |

| INSTRUCTIONS | | PPD | PAGE NO. |
|---|---|---|---|
| STOCKING CHARGE | | T | 1 |

| ORDERED | BACK/ED | SHIPPED | CODE | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 1099187 71 PCS DW WALKUP | EA | 0.0001 | 0.00 |
| 71 | | 71 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | 2.5000 | 177.50 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
← - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 177.50 |
| MISC CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **177.50** |

RCR000000113



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099806-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP
TO: VILLA LAGO

BOYNTON BEACH  FL

| INVOICE NUMBER | SALESMAN | ORDER DATE | PAGES | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099806-01 | 133 | 07/28/06 | 119 | 07/28/06 09:15:08 | 07/28/06 |

INSTRUCTIONS

STOCKING CHARGE

| | | SH/T | PAGE NO. |
|---|---|---|---|
| | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BO/NET | SHIPPED | DPT | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES  REF 1099375,374  12 PKGS | EA | 0.0001 | 0.00 |
| 12 | | 12 | * | DS  STOCKING-MATERIAL-LABOR  ----NET INVOICE----- | EA | 25.0000 | 300.00 |
| 1 | | 1 | * | NOTES  REF 1098628  584 COMP & DURABOND | EA | 0.0001 | 0.00 |
| 584 | | 584 | * | DS  STOCKING-MATERIAL-LABOR  ----NET INVOICE----- | EA | 0.2500 | 146.00 |

CODE EXPLANATION
* = STATE TAX APPLICABLE
6 = FED/OTHER TAX APPLICABLE
4 = STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 446.00 |
| MISC CHARGE | |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **446.00** |

RCR000000114



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099808-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO: VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAXES | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099808-01 | 133 | 07/28/06 | 119 | 07/28/06 09:19:39 | 07/28/06 |

INSTRUCTIONS:

STOCKING CHARGE

DIST: T   PAGE NO. 1

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 1099011 12 PKGS | EA | 0.0001 | 0.00 |
| 12 | | 12 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | 25.0000 | 300.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
/ - REDUCTION TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | | |
|---|---|---|
| SUB TOTAL | | 300.00 |
| MISC. CHARGE | | |
| FREIGHT TOTAL | | |
| FED./OTHER TAX | | |
| STATE TAX | | 0.00 |
| PAYMENT | | |
| TOTAL AMT. DUE | | 300.00 |

RCR000000115



1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099828-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
VILLA LAGO
BLDG # 1
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKER | CUSTOMER P.I. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099828-01 | 133 | 07/28/06 | 116 | 07/28/06 10:56:40 | 07/28/06 |

| INSTRUCTIONS | SHIP | PAGE NO. |
|---|---|---|
| DEL 7/28/06 | T | 1 |

| ORDERED | B.ORDER | SHIPPED | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 6TH  F L O O R | EA | 0.0001 | 0.00 |
| 192 | | 192 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 2515.20 |
| 1 | | 1 | * | NOTES 2ND  F L O O R SOUTH SECTION | EA | 0.0001 | 0.00 |
| 96 | | 96 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1257.60 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
P - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN        FREIGHT ON

| | |
|---|---|
| SUB TOTAL | 3,772.80 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | 245.23 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 4,028.03 |

RCR000000058



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1880 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1880 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
168000

INVOICE NUMBER
1099834-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO: VILLA LAGO
BLDG # 2
BOYNTON BEACH  FL

| INVOICE NUMBER | BUYER | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099834-01 | 133 | 07/28/06 | 116 | 07/28/06 11:05:47 | 07/28/06 |

INSTRUCTIONS

DEL 7/28/06

SHP / PAGE NO.
T    1

| QUANTITY IN PARENTHESIS | | | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL. | SHIPPED | OPEN | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 4TH  F L O O R | EA | 0.0001 | 0.00 |
| 104 | | 104 | * | BD90 DURABOND 90 STA-SMOOTH | EA | 8.5000 | 884.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 884.00 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 57.46 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 951.46 |

RCR000000121



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
168000

INVOICE NUMBER
2037944-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO: VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAXEX | CUSTOMER P.O. NUMBER | SHIP |  |
|---|---|---|---|---|---|---|
| 2037944-01 | 133 | 07/28/06 | 119 | 273-2 | 5 | 07/28/06 |

INSTRUCTIONS

STOCKING CHARGE

| | PRT | PAGE NO |
|---|---|---|
| | T | 1 |

| QUANTITY IN PARENTHESES | | | CODE | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 2037642,640,643,644, 647,648,652,653 | EA | 0.0001 | 0.00 |
| 1 | | 1 | * | NOTES 14 PKGS | EA | 0.0001 | 0.00 |
| 14 | | 14 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | 20.0000 | 280.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT PD | FREIGHT CST |
|---|---|

| | |
|---|---|
| SUB TOTAL | 280.00 |
| MISC CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 0.00 |
| PAYMENT | |
| TOTAL AMT DUE | 280.00 |

RCR000000110



1860 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | | INVOICE NUMBER |
|---|---|---|---|
| 168000 | | | 1098628-01 |

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH        FL    33445

SHIP TO: VILLA LAGO
BLDG # 2
BOYNTON BEACH   FL

273-2

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1098628-01 | 133 | 07/11/06 | 116 | 07/11/06 15:57:03 | 07/31/06 |

INSTRUCTIONS

DEL 7/22/06

| PPG | PAGE NO. |
|---|---|
| T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORDER | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 4TH  F L O O R MIDDLE OF BLDG | EA | 0.0001 | 0.00 |
| 104 | | 104 | * | BD90 DURABOND 90 STA-SMOOTH | EA | 8.5000 | 884.00 |
| 96 | | 96 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1257.60 |
| 1 | | 1 | * | NOTES 1ST  F L O O R | EA | 0.0001 | 0.00 |
| 96 | | 96 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1257.60 |
| 1 | | 1 | * | NOTES 2ND  F L O O R | EA | 0.0001 | 0.00 |
| 96 | | 96 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1257.60 |
| 1 | | 1 | * | NOTES 3RD  F L O O R | EA | 0.0001 | 0.00 |
| 96 | | 96 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1257.60 |
| 1 | | 1 | * | NOTES 4TH  F L O O R | EA | 0.0001 | 0.00 |
| 96 | | 96 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1257.60 |

CODE EXPLANATION
*=STATE TAX APPLICABLE
¢=FED./OTHER TAX APPLICABLE
+=STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 7,172.00 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 466.18 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 7,648.18 |

951.46

RCR000000122



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099870-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:**
VILLA LAGO
BLDG # 2
6TH  F L O O R
BOYNTON BEACH FL
273-2

| INVOICE NUMBER | SALMAN | ORDER DATE | TAKEN | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 1099870-01 | 133 | 07/29/06 | 116 | 07/29/06 07:48:21 | 07/31/06 |

| INSTRUCTIONS | | TERM | PAGE NO |
|---|---|---|---|
| DEL 07-31-06 | | T | 1 |

| SHIPPED | B/O | ORDERED | | DESCRIPTION | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES NORTH BLDG 1 UNIT B MIDDLE SECT | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES 4 UNITS C NORTH MIDDLE SECTION | EA | 0.0001 | 0.00 |
| 280 | | 280 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 4838.41 |
| 60 | | 60 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 1324.80 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
F - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 7,659.85 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 497.89 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 8,167.74 |

RCR000000586



**BANNER SUPPLY CO.**
· LATH, PLASTER & DRYWALL MATERIALS ·

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2366 • FAX (954) 942-4366
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRES
Phone: (954) 781-2366 • Fax: (954) 942-4841

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099874-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL  33445

**SHIP TO:**
VILLA LAGO
BLDG # 2
6TH  F L O O R
BOYNTON BEACH FL

273-2

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099874-01 | 133 | 07/29/06 | 116 | 07/29/06 11:13:53 | 07/31/06 |

| INSTRUCTIONS | | PG. | PAGE NO. |
|---|---|---|---|
| DEL 07-31-06 | | T | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B.O. | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES NORTH SECTION 2 UNITS C | EA | 0.0001 | 0.00 |
| 140 | 140 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 2419.20 |
| 30 | 30 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 662.40 |
| 1 | 1 | * | NOTES 1 UNIT B | EA | 0.0001 | 0.00 |
| 70 | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | 1 | * | NOTES 1 UNIT A | EA | 0.0001 | 0.00 |
| 55 | 55 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 950.40 |
| 8 | 8 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
*- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 5,705.28 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 370.84 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 6,086.12 |

RCR000000587



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT ● POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 ● FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069
ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2389 ● Fax: (954) 942-4641

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 1099911-01 |

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

SHIP TO: VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH FL

273-2

| INVOICE NUMBER | SLSMN | ORDER DATE | RATE | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1099911-01 | 133 | 07/31/06 | 116 | 07/31/06 08:10:51 | | 07/31/06 |
| INSTRUCTIONS | | | | | PPT. | PAGE NO. |
| DEL 7/31/06 | | | | | T | 1 |

| ORDERED | SHIPPED | B.O. | CODE | DESCRIPTION | UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | | * | NOTES 6TH F L O O R 1 UNIT A | EA | 0.0001 | 0.00 |
| 55 | 55 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 950.40 |
| 8 | 8 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |
| 1 | 1 | | * | NOTES 1 UNIT  B | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | 13 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | 1 | | * | NOTES 1 UNIT C | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | 15 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 4,164.48 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 270.69 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 4,445.17 |

RCR000000588



**BANNER SUPPLY CO.**
LATH+ PLASTER & DRYWALL MINERALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 842-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2300 • Fax: (954) 842-4641

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099913-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO: VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH   FL

273-2

| INVOICE NUMBER | CLERK | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099913-01 | 133 | 07/31/06 | 116 | 07/31/06 08:19:00 | 07/31/06 |

| INSTRUCTION | PMT | PAGE NO. |
|---|---|---|
| DEL 7/31/06 | T | 1 |

| QUANTITY ORDERED | B/O | SHIPPED | T | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 6TH  F L O O R UNIT # B-10 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES UNIT A-11 | EA | 0.0001 | 0.00 |
| 55 | | 55 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 950.40 |
| 8 | | 8 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
F - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT PC | SERV. CH'G |
|---|---|

| | |
|---|---|
| SUB TOTAL | 2,623.68 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 170.54 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,804.22 |

RCR000000589

**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099962-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO:
VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | SALESMAN | ORDER DATE | TAKEN | CUSTOMER P/O NUMBER | DATE |
|---|---|---|---|---|---|
| 1099962-01 | 133 | 07/31/06 | 116 | 07/31/06 15:25:06 | 08/03/06 |

| INSTRUCTIONS | | PRT | PAGE(S) |
|---|---|---|---|
| DEL 08-01-06 | | T | 1 |
| | | | 1 |

| QUANTITY ORDERED | B/ORD. | SHIPPED | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>6TH  F L O O R<br>X 3 UNITS C | EA | 0.0001 | 0.00 |
| 210 | | 210 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 3628.81 |
| 45 | | 45 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 993.60 |
| 1 | | 1 | * | NOTES<br>X 2 UNITS B | EA | 0.0001 | 0.00 |
| 140 | | 140 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 2419.20 |
| 26 | | 26 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 574.08 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
$ - REAL/TRES TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT:     COLLECT

| | |
|---|---|
| SUB TOTAL | 7,615.69 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 456.94 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 8,082.63 |

RCR000000590



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1860 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 942-4360
REMIT TO:
1680 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2300 • Fax: (954) 943-4841



**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099967-01

| BILL TO: | PRECISION DRYWALL INC ++<br>601 N CONGRESS AVE STE 501<br>DELRAY BCH    FL   33445 | SHIP TO: | VILLA LAGO<br>BLDG # 2<br>SOUTH SECTION<br>BOYNTON BEACH   FL |
|---|---|---|---|

| INVOICE NUMBER | SALESMAN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099967-01 | 133 | 07/31/06 | 116 | 07/31/06 15:41:34 | 08/03/06 |

| INSTRUCTIONS | PRT | PAGE NO. |
|---|---|---|
| DEL 08-01-06 | T | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | * | ITEM CODE AND DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL<br>BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | | * | NOTES<br>6TH  F L O O R<br>UNIT A | EA | 0.0001 | 0.00 |
| 55 | 55 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 950.40 |
| 8 | 8 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |
| 1 | 1 | | * | NOTES<br>UNIT B | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | 13 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | 1 | | * | NOTES<br>UNIT C | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | 15 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/STATE TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 4,164.48 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 270.69 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 4,445.17 |

RCR000000591



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1099968-01

BILL
TO:  PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL  33445

SHIP
TO:  VILLA LAGO
BLDG # 2
6TH  F L O O R
BOYNTON BEACH  FL

| INVOICE NUMBER | P.O. NO. | ORDER DATE | SALES | CUSTOMER'S P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1099968-01 | 133 | 07/31/06 | 116 | 07/31/06 15:51:13 | 08/03/06 |

| INSTRUCTIONS | SHP. | PACKAGES |
|---|---|---|
| DEL 08-01-06 | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL. | SHIPPED | DEPT | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 288 | | 288 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 3772.80 |

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
@ - REDUCTIVE TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 3,772.80 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 245.23 |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | 4,028.03 |

RCR000000021



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1100031-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:**  VILLA LAGO

BOYNTON BEACH  FL

| INVOICE NUMBER | RESALE | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE | |
|---|---|---|---|---|---|---|
| 1100031-01 | 133 | 08/01/06 | 118 | 08/01/06 10:03:54 | 08/03/06 | |
| | | INSTRUCTIONS | | | CAT. | PAGE NO. |
| | | | | | T | 1 |
| DEL 08/03/06 | | | | | | |

| QUANTITY ORDERED | B/O NET | SHIPPED | COD | ITEM CODE AND DESCRIPTION | UNIT | T/C | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | | |
| 1 | | 1 | * | NOTES<br>THE CLUBHOUSE | EA | | 0.0001 | 0.00 |
| 90 | | 90 | * | S158T<br>1 5/8" TRACK<br>25 GAUGE | LF | | 285.0000 | 256.50 |
| 370 | | 370 | * | S158S-122<br>1 5/8 STUDS 12'2"<br>25 GA | LF | | 385.0000 | 1733.05 |
| 40 | | 40 | * | S358T<br>3 5/8" TRACK<br>25 GAUGE | LF | | 385.0000 | 154.00 |
| 150 | | 150 | * | S358S-122<br>3 5/8" STUD 12'2"<br>25 GAUGE | LF | | 396.0000 | 722.66 |
| 30 | | 30 | * | S6T<br>6" TRACK<br>25 GAUGE | LF | | 627.0000 | 188.10 |
| 130 | | 130 | * | S6S-122<br>6" STUD 12'2"<br>25 GA | LF | | 644.0000 | 1018.54 |
| 35 | | 35 | * | W2410C<br>2 X 4 X 10 CONSTRUCTION | LF | | 0.6100 | 213.50 |
| 90 | | 90 | * | W4FT<br>1 X 4 X 8 FT SQUARE EDGE | LF | | 0.3500 | 252.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
4 - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    SPECIAL INSTR

| | |
|---|---|
| SUB TOTAL | 4,538.35 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 294.99 |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | **4,843.34** |

RCR000000124



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1060 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 · FAX (954) 942-4360
REMIT TO:
1060 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2389 · Fax: (954) 942-4861

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1100174-01

| BILL TO: | SHIP TO: |
|---|---|
| PRECISION DRYWALL INC ++<br>601 N CONGRESS AVE STE 501<br>DELRAY BCH    FL   33445 | VILLA LAGO<br>BLDG # 1<br>BOYNTON BEACH   FL |

| INVOICE NUMBER | SLS NO. | ORDER DATE | ORDER NO. | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1100174-01 | 133 | 08/02/06 | 116 | 08/02/06 14:06:31 | 08/03/06 |

DEL 08-03-06

| QUANTITY ORDERED | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | BACK ORD | SHIPPED | COM | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL<br>BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>6TH  F L O O R | EA | 0.0001 | 0.00 |
| 48 | | 48 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 628.80 |
| 1 | | 1 | * | NOTES<br>5TH  F L O O R | EA | 0.0001 | 0.00 |
| 48 | | 48 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 628.80 |
| 1 | | 1 | * | NOTES<br>4TH  F L O O R | EA | 0.0001 | 0.00 |
| 48 | | 48 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 628.80 |
| 1 | | 1 | * | NOTES<br>UNIT 611  6TH FLOOR | EA | 0.0001 | 0.00 |
| 20 | | 20 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 345.60 |
| 5 | | 5 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 110.40 |
| 1 | | 1 | * | NOTES<br>UNIT 410  4TH FLOOR | EA | 0.0001 | 0.00 |
| 35 | | 35 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 604.80 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
4 - STATE & FEDERAL TAX APPL.

FREIGHT IN    FREIGHT OUT

| SUB TOTAL | |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | CONTINUED |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1060 S.W. 13th COURT ● POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 ● FAX (954) 942-4360
REMIT TO:
1060 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 ● Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1100174-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP
TO: VILLA LAGO
BLDG # 1
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | ENTERED IF SHIPPED | DATE |
|---|---|---|---|---|---|
| 1100174-01 | 133 | 08/02/06 | 116 | 08/02/06 14:06:31 | 08/03/06 |

| INSTRUCTIONS | | PAGE |
|---|---|---|
| DEL 08-03-06 | T | 2 |

| QUANTITY IN MERCHANDISE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | BACKORD | SHIPPED | COMM | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| 1 | | 1 | * | NOTES<br>1ST F L O O R<br>SOUTH END | EA | 0.0001 | 0.00 |
| 96 | | 96 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 1257.60 |

7412
SHEETS

23452

CODE EXPLANATION —
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 4,204.80 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 273.31 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 4,488.11 |

RCR000000020



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

**ACCOUNT NO.**
168000



**INVOICE NUMBER**
1100206-01

| BILL TO: | PRECISION DRYWALL INC ++ <br> 601 N CONGRESS AVE STE 501 <br> DELRAY BCH FL 33445 | SHIP TO: | VILLA LAGO <br> BLDG # 2 <br> SOUTH END <br> BOYNTON BEACH FL |
|---|---|---|---|

| 1100206-01 | 133 | 08/03/06 | 116 | 08/03/06 09:30:30 | 08/03/06 |
|---|---|---|---|---|---|
| | | DEL 8/3/06 | | | T | 1 |

| ORDERED | SHIPPED | B/O | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | | * | NOTES <br> 5TH FLOOR <br> X 2 UNITS A | EA | 0.0001 | 0.00 |
| 110 | 110 | | * | D12R12 <br> 1/2" REGULAR DRYWALL 12' <br> 4 X 12 | SF | 360.0000 | 1900.80 |
| 16 | 16 | | * | D12M12 <br> 1/2" MOISTURE RESISTANT 12' <br> DRYWALL 4 X 12 | SF | 460.0000 | 353.28 |
| 1 | 1 | | * | NOTES <br> X 1 UNIT B | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12 <br> 1/2" REGULAR DRYWALL 12' <br> 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | 13 | | * | D12M12 <br> 1/2" MOISTURE RESISTANT 12' <br> DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | 1 | | * | NOTES <br> X 2 UNITS C | EA | 0.0001 | 0.00 |
| 140 | 140 | | * | D12R12 <br> 1/2" REGULAR DRYWALL 12' <br> 4 X 12 | SF | 360.0000 | 2419.20 |
| 30 | 30 | | * | D12M12 <br> 1/2" MOISTURE RESISTANT 12' <br> DRYWALL 4 X 12 | SF | 460.0000 | 662.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| | |
|---|---|
| SUB TOTAL | 6,832.32 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 444.10 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 7,286.42 |

RCR000000592



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 2038066-01 |

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:** VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2038066-01 | 133 | 08/02/06 | 252 | 273 | 43 | 08/03/06 |

| INSTRUCTIONS | | | | REV | PAGE NO. |
|---|---|---|---|---|---|
| 8/2/06 | | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DEP. | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORDER | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 150 | | 150 | * | S2A 2 X 2 ANGLE 25 GAUGE | LF | 405.0000 | 607.50 |
| 60 | | 60 | * | S158S-10 1 5/8" STUD 10' 25 GAUGE | LF | 298.0000 | 178.80 |
| 30 | | 30 | * | W2410PT 2 X 4 X 10 PT | LF | 0.6400 | 192.00 |
| 20 | | 20 | * | W4PT 1 X 4 X 8 PT SQUARE EDGE | LF | 0.3500 | 56.00 |
| 20 | | 20 | * | SHHC-12 7/8 HI HAT CHANNEL 12' 25 GAUGE | LF | 345.0000 | 82.80 |

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN   FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,117.10 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 72.61 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **1,199.71** |

RCR000000123



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
168000

INVOICE NUMBER :
1101021-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL    33445

SHIP TO: VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101021-01 | 133 | 08/04/06 | 119 | 08/15/06 11:45:17 | 08/04/06 |

INSTRUCTIONS

STOCKING CHARGE

| | | TYPE | PAGE NO. |
|---|---|---|---|
| | | T | 1 |

| QUANTITY | | | | ITEM CODE AND DESCRIPTION | UM. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | TAX | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 1099664 288 COMP | EA | 0.0001 | 0.00 |
| 288 | | 288 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | 0.2500 | 72.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
F - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT ID. | FREIGHT CWT.

| SUB TOTAL | 72.00 |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 72.00 |

RCR000000127



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1101024-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:** VILLA LAGO

BOYNTON BEACH  FL

| INVOICE NUMBER | BOSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101024-01 | 133 | 08/04/06 | 119 | 08/15/06 11:51:53 | 08/04/06 |

| INSTRUCTIONS | EXSE NO. |
|---|---|
| STOCKING CHARGE | T    1 |

| ORDERED | B/O REF | SHIPPED | COMM | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 1099381 480 COMP | EA | 0.0001 | 0.00 |
| 480 | | 480 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | 0.2500 | 120.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/STATE TAX APPLICABLE
4 - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| | |
|---|---|
| FREIGHT IN | FREIGHT OUT |

| | |
|---|---|
| SUB TOTAL | 120.00 |
| MISC CHARGE | |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | 120.00 |

RCR000000128



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1880 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1101028-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL  33445

SHIP TO:  VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101028-01 | 133 | 08/04/06 | 119 | 08/15/06 11:55:18 | 08/04/06 |

| INSTRUCTIONS | | SHS. PKG | PKG.NO |
|---|---|---|---|
| STOCKING CHARGE | | T | 1 |

| QUANTITY IN PERCENTAGE | | | CLASS | ITEM CODE AND DESCRIPTION | U/M | SHIP PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORD | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 1098628 480 COMP | EA | 0.0001 | 0.00 |
| 480 | | 480 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE---- | EA | 0.2500 | 120.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN      FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 120.00 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 120.00 |

RCR000000129



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT ● POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 ● FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRES*
Phone: (954) 781-2399 ● Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO**
168000

**INVOICE NUMBER**
1101059-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

**SHIP TO:** VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE | |
|---|---|---|---|---|---|---|
| 1101059-01 | 133 | 08/11/06 | 119 | 08/15/06 13:28:11 | 08/04/06 | |

| INSTRUCTIONS | | PKG. | PAGE NO. |
|---|---|---|---|
| STOCKING CHARGE | | T | 1 |

| QUANTITIES IN PIECES/UNITS | | | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REF. | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 1100174 96 COMPOUND | EA | 0.0001 | 0.00 |
| 96 | | 96 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | 0.2500 | 24.00 |

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 24.00 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 24.00 |

RCR000000130



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
**REMIT TO:**
1660 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO:**
168000

**INVOICE NUMBER**
1101064-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL    33445

**SHIP TO:** VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAX RT | CUSTOMER P.O. NUMBER | DATE | |
|---|---|---|---|---|---|---|
| 1101064-01 | 133 | 08/11/06 | 119 | 08/15/06 13:34:11 | 08/04/06 | |

| INSTRUCTIONS | PAGE | PAGES OF |
|---|---|---|
| STOCKING CHARGE | T | 1 |

| QUANTITY ORDERED | B.O./NET | SHIPPED | DSC | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>REF 1100174<br>96 COMP | EA | 0.0001 | 0.00 |
| 96 | | 96 | * | DS<br>STOCKING-MATERIAL-LABOR<br>----NET INVOICE----- | EA | 0.2500 | 24.00 |
| 1 | | 1 | * | NOTES<br>25 PCS DW WALK UP | EA | 0.0001 | 0.00 |
| 25 | | 25 | * | DS<br>STOCKING-MATERIAL-LABOR<br>----NET INVOICE----- | EA | 2.5000 | 62.50 |
| 1 | | 1 | * | NOTES<br>48 COMP | EA | 0.0001 | 0.00 |
| 48 | | 48 | * | DS<br>STOCKING-MATERIAL-LABOR<br>----NET INVOICE----- | EA | 0.4500 | 21.60 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN   FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 108.10 |
| MISC. CHARGE | 0.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 108.10 |

RCR000000131



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2300 • Fax: (954) 942-4641

| ACCOUNT NO. | | | INVOICE NUMBER |
| --- | --- | --- | --- |
| 168000 | | | 1100345-01 |

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL 33445

SHIP
TO: VILLA LAGO
BLDG # 2
SOUTH END
BOYNTON BEACH   FL

| INVOICE NUMBER | ORDER | ORDER DATE | CUST | CUSTOMER P.O. NUMBER | DATE |
| --- | --- | --- | --- | --- | --- |
| 1100345-01 | 133 | 08/04/06 | 116 | 08/04/06 12:52:59 | 08/09/06 |

| INSTRUCTIONS | | TERM | PAGE NO. |
| --- | --- | --- | --- |
| DEL 08-07-06 | | T | 1 |

| SHIP QUAN | B/O | ORDER QUAN | CODE | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 5TH F L O O R X 3 UNIT B | EA | 0.0001 | 0.00 |
| 210 | | 210 | * | D12E12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 3628.81 |
| 39 | | 39 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 861.12 |
| 1 | | 1 | * | NOTES X 1 UNIT C | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES X 1 UNIT D | EA | 0.0001 | 0.00 |
| 85 | | 85 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
S - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
| --- | --- |
| SUB TOTAL | 7,830.73 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 509.00 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 8,339.73 |

RCR000000593



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1890 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 942-4380
REMIT TO:
1890 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2300 • Fax: (954) 942-4841

**ACCOUNT NO.:**
168000

**INVOICE NUMBER**
1100448-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL  33445

**SHIP TO:** VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH FL

| ORDER NUMBER | SLS NO | ORDER DATE | TAKEN | DATE/TIME PRINTED | DATE |
|---|---|---|---|---|---|
| 1100448-01 | 133 | 08/07/06 | 116 | 08/07/06 14:10:13 | 08/09/06 |

| | INSTRUCTIONS | | | | TERR | PAGE NO. |
|---|---|---|---|---|---|---|
| DEL 08-08-06 | | | | | T | 1 |

| QTY ORDERED | QTY B.O. | QTY SHIPPED | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>5TH  F L O O R<br>1 X UNIT A | EA | 0.0001 | 0.00 |
| 55 | | 55 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 950.40 |
| 8 | | 8 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |
| 1 | | 1 | * | NOTES<br>1 X UNIT C | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES<br>1 X UNIT D | EA | 0.0001 | 0.00 |
| 85 | | 85 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | | 15 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| | |
|---|---|
| SUB TOTAL | 4,467.84 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 290.41 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **4,758.25** |

RCR000000594



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1680 S.W., 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2388 • FAX (954) 942-6360
REMIT TO:
1680 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2388 • Fax: (954) 942-6641

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1100451-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL  33445

**SHIP TO:**
VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDERED BY | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1100451-01 | 133 | 08/07/06 | 116 | 08/07/06 14:18:29 | 08/09/06 |

| INSTRUCTIONS | | PPD | PAGE NO. |
|---|---|---|---|
| DEL 08-08-06 | | T | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B.O. | DESCRIPTION AND COMMENTS | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES 4TH F L O O R X 2 UNITS B | EA | 0.0001 | 0.00 |
| 140 | 140 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 2419.20 |
| 26 | 26 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 574.08 |

CODE EXPLANATION →
* - STATE TAX APPLICABLE
# - RELATION TAX APPLICABLE
~ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 2,993.28 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 194.56 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **3,187.84** |

RCR000000595

 **BANNER SUPPLY CO.**
LGH · PLASTER & DRYWALL MATERIALS

1060 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-3399 • FAX (954) 942-4380
REMIT TO:
1060 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-3399 • Fax: (954) 942-4641



**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1100496-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:**
VILLA LAGO
BLSG # 2
SOUTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | REL.NO. | SHIP DATE | LINE | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1100496-01 | 113 | 08/08/06 | 118 | 08/08/06 09:22:02 | 08/09/06 |
| | | INSTRUCTIONS | | | T | PAGE NO. |
| DEL 8/8/06 | | | | | T | 1 |

| QUANTITY ORDERED | QUANTITY B.O. | QUANTITY SHIPPED | CODE | ITEM NUMBER AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 4TH  F L O O R  X 2 UNITS A | EA | 0.0001 | 0.00 |
| 110 | | 110 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1900.80 |
| 16 | | 16 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 353.28 |
| 1 | | 1 | * | NOTES X 1 UNIT B | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES X 2 UNITS C | EA | 0.0001 | 0.00 |
| 140 | | 140 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 2419.20 |
| 30 | | 30 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 662.40 |

CODE EXPLANATION
\* - STATE TAX APPLICABLE
$ - FED./OTHER TAX APPLICABLE
\*- STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| | |
|---|---|
| SUB TOTAL | 6,832.32 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 444.10 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **7,276.42** |

RCR000000596



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 · Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2038189-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:** VILLA LAGO

BOYNTON BEACH  FL

| INVOICE NUMBER | SL/SLM | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2038189-01 | 133 | 08/07/06 | 252 | 273 | 44 | 08/09/06 |

| INSTRUCTIONS | | PAGE NO. |
|---|---|---|
| 8/7/06 | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REC. | SHIPPED | OPT. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 200 | | 200 | * | S6B20 6" METAL BACKING-20 GAUGE | LF | 718.0000 | 1436.00 |
| 150 | | 150 | * | S2A 2 X 2 ANGLE 25 GAUGE | LF | 405.0000 | 607.50 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,043.50 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 132.83 |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | **2,186.33** |

RCR000000125



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT. POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 • Fax: (954) 942-4541

VISITING US IN THE WORLD OF LESS
BILL AND PAYMENT OF CASH



| ACCOUNT NO: | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 1100654-01 |

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO:
VILLA LAGO
BLDG # 2
MIDDLE SECTION
BOYNTON BEACH FL

| | SLMN | ORDER DATE | TAXES | | | DATE | |
|---|---|---|---|---|---|---|---|
| 1100654-01 | 133 | 08/09/06 | 116 | 08/09/06 15:10:53 | | 08/11/06 | |
| | | INSTRUCTIONS | | | | BIN | PAGE NO. |
| DEL 08-10-06 | | | | | | T | 1 |

| SHIPPED | B.O. | COUNT | U/M | DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 4TH  F L O O R X 3 UNITS C | EA | 0.0001 | 0.00 |
| 210 | | 210 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 3628.81 |
| 45 | | 45 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 993.60 |
| 1 | | 1 | * | NOTES X 1 UNIT B | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 6,119.05 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 397.74 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 6,516.79 |

RCR000000597



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2309 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2309 • Fax: (954) 942-4441

ACCOUNT NO.
168000

INVOICE NUMBER
1100740-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL    33445

SHIP TO:
VILLA LAGO
BLDG # 1
BOYNTON BEACH   FL

| ORDER NUMBER | | | ORDER DATE | P.O. # | INVOICE NUMBER | | DATE | |
|---|---|---|---|---|---|---|---|---|
| 1100740-01 | | 133 | 08/10/06 | 116 | 08/10/06 15:11:29 | | 08/11/06 | |
| | | | SALESMAN | | | QTY | PAGE NO. | |
| DEL 08-11-06 | | | | | | T | 1 | |

| QUANTITY ORDERED | SHIPPED | B/O | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | | * | NOTES<br>UNIT 417-D | EA | 0.0001 | 0.00 |
| 85 | 85 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | 15 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | 1 | | * | NOTES<br>6TH  F L O O R<br>SOUTH END | EA | 0.0001 | 0.00 |
| 7 | 7 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 154.56 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| | |
|---|---|
| SUB TOTAL | 1,954.56 |
| MISC. CHARGE | |
| FREIGHT TOTAL | . |
| FED./OTHER TAX | |
| STATE TAX | 127.05 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,081.61 |

RCR000000598



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2396 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2396 · Fax: (954) 942-4641



**ACCOUNT NO.:**
168000

**INVOICE NUMBER:**
1100744-01

BILL
TO:  PRECISION DRYWALL INC ++
     601 N CONGRESS AVE STE 501
     DELRAY BCH    FL  33445

SHIP
TO:  VILLA LAGO
     BLDG # 2
     SOUTH SECTION
     BOYNTON BEACH  FL

| INVOICE NUMBER | BRANCH | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1100744-01 | 133 | 08/10/06 | 116 | 08/10/06 15:27:28 | 08/11/06 |
| INSTRUCTIONS: | | | | FRT | PAGE NO. |
| DEL 08-11-06 | | | | T | 1 |

| SHIP NUMBER | BACK OR. | SHIPPED | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 4TH F L O O R X 1 UNIT B | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES X 1 UNIT D | EA | 0.0001 | 0.00 |
| 85 | | 85 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES X 1 UNIT A | EA | 0.0001 | 0.00 |
| 55 | | 55 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 950.40 |
| 8 | | 8 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 4,423.68 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 287.54 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 4,711.22 |

RCR000000599



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT, POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2300 · Fax: (954) 942-4641

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 1100926-01 |

BILL
TO: PRECISION DRYWALL INC ++
    601 N CONGRESS AVE STE 501
    DELRAY BCH    FL  33445

SHIP
TO: VILLA LAGO
    BLDG # 2
    SOUTH SECTION
    BOYNTON BEACH  FL

| ORDER NUMBER | S O # | ORDER DATE | TERMS | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1100926-01 | 133 | 08/14/06 | 116 | 08/14/06 13:39:48 | 08/15/06 |

INSTRUCTIONS:      PICK-UP / DEL.     PAGE NO.
DEL 08-15-06        T     1

| QTY ORDERED | QTY SHIP | B/O | T/C | ITEM NO. / DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | | * | NOTES 4TH F L O O R X 2 UNITS C | EA | 0.0001 | 0.00 |
| 140 | 140 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 2419.20 |
| 30 | 30 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 662.40 |
| 1 | 1 | | * | NOTES X 1 UNIT D | EA | 0.0001 | 0.00 |
| 85 | 85 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | 15 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | 1 | | * | NOTES NORTH SECTION X 1 UNIT C | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | 15 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
\* - STATE TAX APPLICABLE
# - FIELD/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| | |
|---|---|
| SUB TOTAL | 6,422.40 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 417.46 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 6,839.86 |

RCR000000600



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2366 • FAX (954) 942-6360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2366 • Fax: (954) 942-6661

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1100955-01

BILL
TO:  PRECISION DRYWALL INC ++
     601 N CONGRESS AVE STE 501
     DELRAY BCH     FL 33445

SHIP
TO:  VILLA LAGO
     BLDG # 1
     BOYNTON BEACH   FL

| Invoice Sell Ps # | FLOOR | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE | |
|---|---|---|---|---|---|---|
| 1100955-01 | 133 | 08/15/06 | 116 | 08/15/06 06:46:22 | 08/15/06 | |
| INSTRUCTIONS | | | | | DEPT | PAGE NO. |
| DEL 8/15/06 | | | | | T | 1 |

| QUANTITY ORDERED | # SHIPPED | | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES 6TH F L O O R UNIT # 619 | EA | 0.0001 | 0.00 |
| 20 | 20 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 345.60 |
| 8 | 8 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./STATE TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 522.24 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 33.95 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 556.19 |

RCR000000601



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 · FAX (954) 842-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2300 · Fax: (954) 842-4841

| ACCOUNT NO. | INVOICE NUMBER |
|---|---|
| 168000 | 1100987-01 |

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

SHIP
TO: VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | | ORDER DATE | | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1100987-01 | 133 | 08/15/06 | 116 | 08/15/06 09:20:05 | 08/15/06 |
| | | INSTRUCTIONS | | | WT. PAGE NO. |
| DEL 8/15/06 | | | | | T 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | | PRODUCE AND DESCRIPTION | TAX | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES<br>4TH  F L O O R<br>X 2 UNITS C | EA | 0.0001 | 0.00 |
| 140 | 140 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 2419.20 |
| 30 | 30 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 662.40 |
| 1 | 1 | * | NOTES<br>X 1 UNIT B | EA | 0.0001 | 0.00 |
| 70 | 70 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | 13 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | 1 | * | NOTES<br>X 1 UNIT D | EA | 0.0001 | 0.00 |
| 85 | 85 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | 15 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION ————
\* - STATE TAX APPLICABLE
& - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| | |
|---|---|
| SUB TOTAL | 6,378.24 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 414.59 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 6,792.83 |

RCR000000602



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRES*
Phone: (954) 781-2300 • Fax: (954) 942-4641



| ACCOUNT NO. | | | | | | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 168000 | | | | | | 1101091-01 |

BILL
TO:   PRECISION DRYWALL INC ++
      601 N CONGRESS AVE STE 501
      DELRAY BCH    FL  33445

SHIP
TO:  VILLA LAGO
     BLDG # 2
     NORTH SECTION
     BOYNTON BEACH FL

| INVOICE NUMBER | ORDER NO | ORDER DATE | TAKEN | SHIPPING & HANDLE | | DATE |
|---|---|---|---|---|---|---|
| 1101091-01 | 133 | 08/15/06 | 116 | 08/15/06 16:03:05 | | 08/18/06 |

| INSTRUCTIONS | | TTL | PAGE NO |
|---|---|---|---|
| DEL 08-16-06 | | T | 1 |

| QUANTITIES & DIMENSIONS | | | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BACK ORD | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 4TH  F L O O R X 2 UNITS A | EA | 0.0001 | 0.00 |
| 110 | | 110 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1900.80 |
| 16 | | 16 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 353.28 |
| 1 | | 1 | * | NOTES X 2 UNIT C | EA | 0.0001 | 0.00 |
| 140 | | 140 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 2419.20 |
| 30 | | 30 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 662.40 |
| 1 | | 1 | * | NOTES X 1 UNIT B | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
d - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 6,832.32 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 444.10 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 7,276.42 |

RCR000000603



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1101096-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL  33445

SHIP
TO: VILLA LAGO
BLDG # 2
MIDDLE SECTION
BOYNTON BEACH FL

| INVOICE NUMBER | SHIP VIA | INVOICE DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101096-01 | 133 | 08/15/06 | 116 | 08/15/06 16:13:22 | 08/18/06 |

| INSTRUCTIONS | REP | PAGE NO. |
|---|---|---|
| DEL 08-16-06 | T | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B.O. | ITEM | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES 3RD  F L O O R X 3 UNITS C | EA | 0.0001 | 0.00 |
| 210 | 210 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 3628.81 |
| 45 | 45 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 993.60 |
| 1 | 1 | * | NOTES X 1 UNIT B | EA | 0.0001 | 0.00 |
| 70 | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 6,119.05 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 397.74 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 6,516.79 |

RCR000000604



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4641



**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1101100-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:** VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH  FL

| ORDER NUMBER | CLERK | DATE | ORDER | CUSTOMER NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1101100-01 | 133 | 08/15/06 | 116 | 08/15/06 16:47:17 | | 08/18/06 |

DEL 8/16/06

PAGE NO.
T    1

| QUANTITY ORDERED | SHIPPED | B/O | DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES 4TH  F L O O R X 1 UNIT D | EA | 0.0001 | 0.00 |
| 85 | 85 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| | |
|---|---|
| SUB TOTAL | 1,800.00 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 117.00 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 1,917.00 |

RCR000000605





**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1090 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 · FAX (954) 942-4380
REMIT TO:
1090 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2300 · Fax: (954) 942-4841

**INVOICE NUMBER**
1101154-01

**ACCOUNT NO.**
168000

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

SHIP TO:
VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | ROUTE | ORDER DATE | SALES | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101154-01 | 133 | 08/16/06 | 116 | 08/16/06 12:24:58 | 08/18/06 |

DEL 8/16/06

SHIP: T   PAGE NO.: 1

| QUANTITY ORDERED | QUANTITY B.O. | QUANTITY SHIPPED | | ITEM DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 3RD  F L O O R X 3 UNITS C | EA | 0.0001 | 0.00 |
| 210 | | 210 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 3628.81 |
| 45 | | 45 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 993.60 |
| 1 | | 1 | * | NOTES X 1 UNIT B | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 6,119.05 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 397.74 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **6,516.79** |

RCR000000606



1000 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-3360 • FAX (954) 942-4360
REMIT TO:
1000 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-3360 • Fax: (954) 942-4541



| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 1101185-01 |

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

SHIP TO:
VILLA LAGO
BLDG # 1
SOUTH SECTION
BOYNTON BEACH  FL

| MASTER ORD. | SLSM. | ORDER DATE | TAKEN BY | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101185-01 | 133 | 08/16/06 | 116 | 08/16/06 15:58:48 | 08/18/06 |

| INSTRUCTIONS | | | | | SHIP | PAGE NO. |
|---|---|---|---|---|---|---|
| DEL 08-17-06 | | | | | T | 1 |

| ORDERED | SHIPPED | B/O | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | | * | NOTES 3RD F L O O R UNIT 318-C | EA | 0.0001 | 0.00 |
| 4 | 4 | | * | D12N12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 88.32 |
| 1 | 1 | | * | NOTES UNIT 323 C | EA | 0.0001 | 0.00 |
| 15 | 15 | | * | D12N12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 37 | 37 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 639.36 |
| 1 | 1 | | * | NOTES UNIT 322 - B | EA | 0.0001 | 0.00 |
| 13 | 13 | | * | D12N12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
d - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 1,345.92 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 87.48 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 1,433.40 |

RCR000000607



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1880 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
.PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1880 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1101187-01

BILL
TO:  PRECISION DRYWALL INC ++
     601 N CONGRESS AVE STE 501
     DELRAY BCH     FL  33445

SHIP
TO:  VILLA LAGO
     BLDG # 1
     SOUTH SECTION
     BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101187-01 | 133 | 08/16/06 | 116 | 08/16/06 16:10:52 | 08/18/06 |

| INSTRUCTIONS | | PHT | PAGE NO. |
|---|---|---|---|
| DEL 08-17-06 | | T | 1 |

| ORDERED | SHIPPED | B/O | TAX | ITEM CODE AND DESCRIPTION | PKG | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | | * | NOTES<br>2ND  F L O O R | EA | 0.0001 | 0.00 |
| 12 | 12 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 264.96 |
| 1 | 1 | | * | NOTES<br>1ST  F L O O R | EA | 0.0001 | 0.00 |
| 30 | 30 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 662.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
f - FED/OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 927.36 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 60.28 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 987.64 |

RCR000000022



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1860 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 842-4360
REMIT TO:
1830 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2300 • Fax: (954) 842-4461

**ACCOUNT NO**
168000

**INVOICE NUMBER**
1101189-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

**SHIP TO:**
VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | PAGE | INV DATE | TERMS | CUSTOMER TAX NUMBER | DATE | |
|---|---|---|---|---|---|---|
| 1101189-01 | 133 | 08/16/06 | 116 | 08/16/06 16:21:16 | 08/18/06 | |
| | | INSTRUCTIONS | | | INV | PAGE NO |
| | | | | | T | 1 |
| DEL 08-17-06 | | | | | | |

| ORDERED | SHIPPED | BACK ORD | CODE | DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | | * | NOTES X 2 UNITS A | EA | 0.0001 | 0.00 |
| 110 | 110 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1900.80 |
| 16 | 16 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 353.28 |
| 1 | 1 | | * | NOTES X 1 UNIT C | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | 15 | | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
*- STATE TAX APPLICABLE
2- FED/OTHER TAX APPLICABLE
4- STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| | |
|---|---|
| SUB TOTAL | 3,794.88 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 246.67 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 4,041.55 |

RCR000000608



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
168000

INVOICE NUMBER
2038464-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL    33445

SHIP TO: VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLMN. | ORDER DATE | TAXED | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2038464-01 | 133 | 08/17/06 | 251 | ROY BOY | 08/18/06 |

| INSTRUCTIONS | | RCT. | PO/LINE |
|---|---|---|---|
| 8/17/06 | | T | 1 |

| QUANTITY | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 15 | | 15 | * | SHHC-12<br>7/8 HI HAT CHANNEL 12'<br>25 GAUGE | LF | 345.0000 | 62.10 |
| 72 | | 72 | * | TSANDA<br>SAND SPONGE DUAL ANGLE<br>FINE/MED | EA | 2.5000 | 180.00 |
| 7 | | 7 | * | MPWFT<br>PLASTER WINDOW FRAME TAPE<br>2" RED TAPE | EA | 5.5000 | 38.50 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 280.60 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 18.24 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 308.84 |

RCR000000126



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33060
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33066
ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 • Fax: (954) 942-4641

ACCOUNT NO.
168000

INVOICE NUMBER
1101398-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | SLS NO | OPERATOR | | SHIP DATE | | DATE | |
|---|---|---|---|---|---|---|---|
| 1101398-01 | 133 | 08/21/06 | 116 | 08/21/06 05:31:50 | | 08/21/06 | |
| | | INSTRUCTIONS | | | | PSL | TERMS NO |
| DEL 8/21/06 | | | | | | T | 1 |

| QUANTITY | | | | DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 F/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | | NOTES 3RD F L O O R X 2 UNITS A | EA | 0.0001 | 0.00 |
| 110 | 110 | * | | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1900.80 |
| 16 | 16 | * | | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 353.28 |
| 1 | 1 | * | | NOTES X 1 UNIT B | EA | 0.0001 | 0.00 |
| 70 | 70 | * | | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | 13 | * | | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | 1 | * | | NOTES X 1 UNIT C | EA | 0.0001 | 0.00 |
| 70 | 70 | * | | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | 15 | * | | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
$ - FED/STATE TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 5,291.52 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 343.95 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 5,635.47 |

RCR000000609



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 842-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 842-4641



**ACCOUNT NO.**
168000


**INVOICE NUMBER**
1101408-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:** VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH   FL

| ORDER NUMBER | BATCH | ORDER DATE | TAKEN | SALESPERSON NAME | DATE |
|---|---|---|---|---|---|
| 1101408-01 | 133 | 08/21/06 | 116 | 08/21/06 06:23:18 | 08/21/06 |

| INSTRUCTIONS | P.O. | PAGE NO. |
|---|---|---|
| DEL 8/21/06 | T | 1 |

| QUANTITY ORDERED | QTY SHIP | B/O | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES 2ND  F L O O R X 2 UNITS D | EA | 0.0001 | 0.00 |
| 170 | 170 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 2937.60 |
| 30 | 30 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 662.40 |
| 1 | 1 | * | NOTES X 1 UNIT C | EA | 0.0001 | 0.00 |
| 70 | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | 1 | * | NOTES X 1 UNIT B | EA | 0.0001 | 0.00 |
| 70 | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
# - REJECTED TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 6,637.44 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 431.43 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **7,068.87** |

RCR000000610



1860 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1860 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 1101327-01 |

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
VILLA LAGO
BLDG-1
SOUTH END SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P/O NUMBER | DATE |
|---|---|---|---|---|---|
| 1101327-01 | 133 | 08/18/06 | 117 | 08/18/06 10:11:16 | 08/22/06 |
| 8/18/06 | | INSTRUCTIONS | | | T | 1 |

| QUANTITY ORDERED | B/ONET | SHIPPED | | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 1ST FLOOR | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 917.00 |
| 1 | | 1 | * | NOTES 2ND FLOOR | EA | 0.0001 | 0.00 |
| 80 | | 80 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1048.00 |
| 1 | | 1 | * | NOTES 3RD FLOOR | EA | 0.0001 | 0.00 |
| 80 | | 80 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1048.00 |
| 1 | | 1 | * | NOTES 4TH FLOOR | EA | 0.0001 | 0.00 |
| 24 | | 24 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 314.40 |

CODE EXPLANATION
* = STATE TAX APPLICABLE
# = FED./OTHER TAX APPLICABLE
+ = STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 3,327.40 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 199.64 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 3,537.04 |

RCR000000023

**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1000 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 · FAX (954) 942-4360
REMIT TO:
1000 SW 13th CT. POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2300 · Fax: (954) 942-4641

| ACCOUNT NO. | | | | | | | | INVOICE NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| 168000 | | | | | | | | 2038539-01 | |

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO: VILLA LAGO
BLDG 2 NORTH SECTION
3RD FLOOR
BOYNTON BEACH  FL

| INVOICE NUMBER | RT SHIP | ORDER DATE | SLSM | CUSTOMER P.O. NUMBER | | DATE | |
|---|---|---|---|---|---|---|---|
| 2038539-01 | 133 | 08/21/06 | 252 | 273 | 45 | 08/22/06 | |
| | | INSTRUCTIONS | | | | PRT | PAGE NO. |
| DEL 8/21/06 | | | | | | T | 1 |

| SHIPPED | BACK ORDER | ORDERED | CODE | DESCRIPTION AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES UNIT D 3RD FLOOR | EA | 0.0001 | 0.00 |
| 85 | | 85 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES UNIT C 3RD FLOOR | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES UNIT B 3RD FLOOR | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES UNIT D 3RD FLOOR | EA | 0.0001 | 0.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT # | WEIGHT / SQ F |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | CONTINUED |

RCR000000611



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 · Fax: (954) 942-4841



**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2038539-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

**SHP TO:** VILLA LAGO
BLDG 2 NORTH SECTION
3RD FLOOR
BOYNTON BEACH   FL

| INVOICE NUMBER | RTE NO. | ORDER DATE | TAKER | CUSTOMER'S ORDER NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2038539-01 | 133 | 08/21/06 | 252 | 273 | 45 | 08/22/06 |
| | | REMARKS | | | PG. | PAGE NO. |
| DEL 8/21/06 | | | | | T | 2 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 85 | 85 | * | D12R12 <br> 1/2" REGULAR DRYWALL 12' <br> 4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | 15 | * | D12M12 <br> 1/2" MOISTURE RESISTANT 12' <br> DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
F - STATE TAX APPLICABLE
J - FED./OTHER TAX APPLICABLE
* - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| | |
|---|---|
| SUB TOTAL | 6,637.44 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 431.43 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 7,068.87 |

RCR000000612



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT ● POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2380 ● FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2380 ● Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupplyinc.com



| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 1101581-01 |

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO:
VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | BRANCH | ORDER DATE | SALES | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101581-01 | 133 | 08/23/06 | 116 | 08/23/06 05:35:26 | 08/23/06 |

| | | | INSTRUCTIONS | | PPD | B.O. |
|---|---|---|---|---|---|---|
| DEL 8/23/06 | | | | | T | 1 |

| QUANTITY ORDERED | B.O. QTY | UNITS SHIPPED | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>2ND F L O O R<br>X 2 UNITS A | EA | 0.0001 | 0.00 |
| 110 | | 110 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1900.80 |
| 1 | | 1 | * | NOTES<br>X 1 UNIT C | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 1 | | 1 | * | NOTES<br>1ST F L O O R<br>X 2 UNITS A | EA | 0.0001 | 0.00 |
| 110 | | 110 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1900.80 |
| 1 | | 1 | * | NOTES<br>X 1 UNIT C | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
** - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| | |
|---|---|
| FREIGHT IN | FREIGHT OUT |

| | |
|---|---|
| SUB TOTAL | 6,220.80 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 404.35 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 6,625.15 |

RCR000000522



1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2388 • FAX (954) 842-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2388 • Fax: (954) 842-4841

168000

1101630-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH       FL   33445

**SHIP TO:**
VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH   FL

| 1101630-01 | 133 | 08/23/06 | 117 | 08/23/06 10:38:39 | 08/23/06 | | |
|---|---|---|---|---|---|---|---|
| DEL 8/23/06 | | | | | | T | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES 2ND  F L O O R X 2 UNITS A | EA | 0.0001 | 0.00 |
| 16 | 16 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 353.28 |
| 1 | 1 | * | NOTES X 1 UNIT C | EA | 0.0001 | 0.00 |
| 15 | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | 1 | * | NOTES 1ST  F L O O R X 2 UNITS A | EA | 0.0001 | 0.00 |
| 16 | 16 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 353.28 |
| 1 | 1 | * | NOTES X 1 UNIT C | EA | 0.0001 | 0.00 |
| 15 | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
** - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 1,368.96 |
| MISC. CHARGES | |
| FREIGHT | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMOUNT DUE | 1,457.94 |

RCR000000614



1690 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1690 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

168000

1101631-01

BILL
TO:   PRECISION DRYWALL INC ++
      601 N CONGRESS AVE STE 501
      DELRAY BCH      FL  33445

SHIP
TO:   VILLA LAGO
      BLDG # 1
      SOUTH SECTION
      BOYNTON BEACH  FL

| 1101631-01 | 133 | 08/23/06 | 117 | 08/23/06 10:45:08 | 08/23/06 |
|---|---|---|---|---|---|

DEL 8/23/06



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES 1ST F L O O R | EA | 0.0001 | 0.00 |
| 20 | 20 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 441.60 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
*- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| SUB TOTAL | 441.60 |
|---|---|
| MISC CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 470.30 |

RCR000000025



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2368 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2369 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

168000

1101634-01

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

SHIP
TO: VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH   FL

| 1101634-01 | 133 | 08/23/06 | 117 | 08/23/06 10:46:00 | 08/23/06 |
|---|---|---|---|---|---|

DEL 8/23/06

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES<br>1ST FLOOR<br>X 1 UNIT D | EA | 0.0001 | 0.00 |
| 85 | 85 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1468.80 |
| 1 | 1 | * | NOTES<br>X 1 UNIT C | EA | 0.0001 | 0.00 |
| 70 | 70 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 1 | 1 | * | NOTES<br>X 1 UNIT B | EA | 0.0001 | 0.00 |
| 70 | 70 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |

— CODE EXPLANATION —
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
— STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 3,888.00 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| | 4,140.72 |

RCR000000523



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4300
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 1101650-01 |

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO:
VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101650-01 | 133 | 08/23/06 | 117 | 08/23/06 12:54:49 | 08/25/06 |

| SHIPPING INSTRUCTIONS | PPD | PAGE NO. |
|---|---|---|
| DEL 8/23/06 | T | 1 |

| QUANTITY IN PIECES/UNITS | | | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORDER | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 5TH  F L O O R | EA | 0.0001 | 0.00 |
| 98 | | 98 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1283.80 |
| 1 | | 1 | * | NOTES 4TH  F L O O R | EA | 0.0001 | 0.00 |
| 98 | | 98 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1283.80 |
| 1 | | 1 | * | NOTES 3RD  F L O O R | EA | 0.0001 | 0.00 |
| 98 | | 98 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1283.80 |
| 1 | | 1 | * | NOTES 2ND  F L O O R | EA | 0.0001 | 0.00 |
| 98 | | 98 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1283.80 |
| 1 | | 1 | * | NOTES 1ST  F L O O R | EA | 0.0001 | 0.00 |
| 98 | | 98 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 1283.80 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 6,419.00 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 417.24 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 6,836.24 |

RCR000000026



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRES*
Phone: (954) 781-2389 • Fax: (954) 942-4441

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1101682-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL  33445

SHIP TO:
VILLA LAGO
BLDG # 1
SOUTH END
BOYNTON BEACH  FL

| INVOICE NUMBER | BR/BR | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101682-01 | 133 | 08/23/06 | 117 | 08/23/06 15:00:54 | 08/25/06 |

| INSTRUCTIONS | TMS | PAGE NO. |
|---|---|---|
| DEL 8/23/06 | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./BT | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTE5 1ST FLOOR | EA | 0.0001 | 0.00 |
| 48 | | 48 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 628.80 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
$ - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 628.80 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 40.87 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 669.67 |

RCR000000027



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641



| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| 168000 | | 1101699-01 |

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH  FL

| ORDER NUMBER | SLSM | PAGE D/O | TERMS | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101699-01 | 133 | 08/23/06 | 118 | 08/23/06 15:48:56 | 08/25/06 |

| | INSTRUCTIONS | | | | PKT | PAGE NO. |
|---|---|---|---|---|---|---|
| DEL 8/23/06 | | | | | T | 1 |

| QUANTITY ORDERED | QUANTITY B/ORDER | QUANTITY SHIPPED | | ITEM CODE / DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 5TH  F L O O R 1 X UNIT B | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES X 1 UNIT C-6 | EA | 0.0001 | 0.00 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES 2ND  F L O O R X 3 UNIT C | EA | 0.0001 | 0.00 |
| 210 | | 210 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 3628.81 |
| 1 | | 1 | * | NOTES X 1UNIT B | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
& - RELETHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 6,622.09 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 430.44 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 7,052.53 |

RCR000000616



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2388 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRES*
Phone: (954) 781-2388 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | INVOICE NUMBER |
|---|---|
| 168000 | 1101724-01 |

BILL
TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP
TO: VILLA LAGO
BLDG # 2
NORTH SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101724-01 | 133 | 08/24/06 | 116 | 08/24/06 07:51:19 | 08/25/06 |

| INSTRUCTIONS | TFR. | PAGE NO. |
|---|---|---|
| DEL 8/24/06 | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REF. | SHIPPED | TAX | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>2ND  F L O O R<br>X 3 UNITS C | EA | 0.0001 | 0.00 |
| 45 | | 45 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 993.60 |
| 1 | | 1 | * | NOTES<br>X 1 UNIT B-5 | EA | 0.0001 | 0.00 |
| 13 | | 13 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES<br>1ST  F L O O R<br>X 1 UNIT D | EA | 0.0001 | 0.00 |
| 15 | | 15 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES<br>X 1 UNIT C | EA | 0.0001 | 0.00 |
| 15 | | 15 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES<br>X 1 UNIT B | EA | 0.0001 | 0.00 |
| 13 | | 13 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
∅ - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| CREDIT IN | FREIGHT ON? |
|---|---|

| | |
|---|---|
| SUB TOTAL | 2,230.08 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 144.96 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,375.04 |

RCR000000028



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2388 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT. POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2388 • Fax: (954) 942-4641



**ACCOUNT #:**
168000

**INVOICE NUMBER**
1101726-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:**
VILLA LAGO
BLDG # 2
MIDDLE SECTION
BOYNTON BEACH  FL

| 1101726-01 | 133 | 08/24/06 | 116 | 08/24/06 08:10:27 | 08/25/06 |
|---|---|---|---|---|---|

|  |  |  | T | 1 |
|---|---|---|---|---|
| DEL 8/24/06 |  |  |  |  |

| | | | DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | NOTES 2ND  F L O O R X 3 UNITS C | EA | 0.0001 | 0.00 |
| 210 | 210 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 3628.81 |
| 45 | 45 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 993.60 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
< - STATE IS FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 4,622.41 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 300.46 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 4,922.87 |

RCR000000617



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 · Fax: (954) 943-4841



| CUSTOMER NO | | | | | | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| 168000 | | | | | | 1101819-01 |

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:** VILLA LAGO
BLDG # 2
MIDDLE SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | SALES | ORDER DATE | ORDER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101819-01 | 133 | 08/25/06 | 116 | 08/25/06 05:55:09 | 08/25/06 |

| INSTRUCTIONS | | | RTE | ROUTE NO |
|---|---|---|---|---|
| DEL 8/25/06 | | | T | 1 |

| QUANTITY ORDERED | QUANTITY B/ORDER | QUANTITY SHIPPED | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 2ND F L O O R MIDDLE SECTION UNIT B-23 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES 1ST F L O O R X 1 UNIT D-4 | EA | 0.0001 | 0.00 |
| 85 | | 85 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES X 1 UNIT B-5 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES X 1 UNIT C-6 | EA | 0.0001 | 0.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | CONTINUED |

RCR000000618



**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4661

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1101819-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:**
VILLA LAGO
BLDG # 2
MIDDLE SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | S. SMN. | ORDER NO. | TAKEN | SHIP DATE / CUSTOMER | DATE |
|---|---|---|---|---|---|
| 1101819-01 | 133 | 08/25/06 | 116 | 08/25/06 05:55:09 | 08/25/06 |

| INSTRUCTIONS | | TAX | PAGE NO. |
|---|---|---|---|
| DEL 8/25/06 | | T | 2 |

| ORDERED | SHIPPED | B/O | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 70 | 70 | * | D12X12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | 15 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

RECEIVED    RECEIVED BY

| | |
|---|---|
| SUB TOTAL | 6,334.08 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 411.72 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 6,745.80 |

RCR000000619



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1000 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 942-4360
REMIT TO:
1000 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2300 • Fax: (954) 942-4641

**ACCOUNT NO.**
168000



**INVOICE NUMBER**
1101835-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:** VILLA LAGO
BLDG # 2
BOYNTON BEACH   FL

| 1101835-01 | | 133 | | 08/25/06 | 116 | 08/25/06 08:57:10 | | | 08/25/06 |
|---|---|---|---|---|---|---|---|---|---|
| DEL 8/25/06 | | | | | | | | T | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | | DESCRIPTION | | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | | |
| 1 | | 1 | * | NOTES 1ST FLOOR UNIT C-7 | | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES UNIT C - 8 | | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES UNIT C - 26 | | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES UNIT C - 25 | | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | | SF | 360.0000 | 1209.60 |

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
2 - FEDERAL TAX APPLICABLE
t - STATE & FEDERAL TAX APPL.

| SUB TOTAL | |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | CONTINUED |

RCR000000620



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1101835-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:** VILLA LAGO
BLDG # 2
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101835-01 | 133 | 08/25/06 | 116 | 08/25/06 08:57:10 | 08/25/06 |

| INSTRUCTIONS | | SEQ. | PAGE NO. |
|---|---|---|---|
| DEL 8/25/06 | | T | 2 |

| QUANTITY IN THESE UNITS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ORDERED | B/O-DEL'D | SHIPPED | DIST. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| 15 | | 15 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
$ - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT BY:      FREIGHT QTY:

| | |
|---|---|
| SUB TOTAL | 6,163.20 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 400.61 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 6,573.81 |

RCR000000029



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2300 • Fax: (954) 942-4641



| ACCOUNT NO. | | | | | | | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| 168000 | | | | | | | 1101853-01 |

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO: VILLA LAGO
BLDG # 2
BOYNTON BEACH  FL

| ORDER PAGES | SLSMAN | ORD DATE | ORDER | CUSTOMER PO NUMBER | DATE |
|---|---|---|---|---|---|
| 1101853-01 | 133 | 08/25/06 | 116 | 08/25/06 10:53:14 | 08/25/06 |

| INSTRUCTIONS | | PO | PAGE NO. |
|---|---|---|---|
| DEL 8/25/06 | | T | 1 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACKORDERED | CODE | DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 1ST F L O O R UNIT B - 23 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES UNIT C - 24 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
@ - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 3,037.44 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 197.43 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 3,244.87 |

RCR000000621



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1101854-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:**
VILLA LAGO
BLDG # 2
BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101854-01 | 133 | 08/25/06 | 116 | 08/25/06 10:57:47 | 08/25/06 |

| INSTRUCTIONS | | PKG. | PAGE NO. |
|---|---|---|---|
| DEL 8/25/06 | | T | 1 |

| QUANTITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDER/B.E. | B.O./RET | SHIPPED | PKP | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>5TH  F L O O R<br>UNITS B5 C6 C7 C8<br>STOCK 14 PER UNIT | EA | 0.0001 | 0.00 |
| 56 | | 56 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 733.60 |
| 1 | | 1 | * | NOTES<br>4TH  F L O O R<br>UNITS B5-C6-C7-C8<br>STOCK 14 PER UNIT | EA | 0.0001 | 0.00 |
| 56 | | 56 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 733.60 |
| 1 | | 1 | * | NOTES<br>3RD  F L O O R<br>UNITS B5-C6-C7-C8<br>STOCK 14 PER UNIT | EA | 0.0001 | 0.00 |
| 56 | | 56 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 733.60 |
| 1 | | 1 | * | NOTES<br>2ND  F L O O R<br>UNITS B5-C6-C7-C8<br>STOCK 14 PER UNIT | EA | 0.0001 | 0.00 |
| 56 | | 56 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 733.60 |
| 1 | | 1 | * | NOTES<br>1ST  F L O O R<br>UNITS B5-C6-C7-C8<br>STOCK 14 PER UNIT | EA | 0.0001 | 0.00 |

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
0 - FED./OTHER TAX APPLICABLE
+ - STATE & FED/TAX APPL.

FREIGHT IN    FREIGHT OUT

| SUB TOTAL | |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |
| | **CONTINUED** |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1680 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1680 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1101854-01

**BILL TO:** PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:** VILLA LAGO
BLDG # 2
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101854-01 | 133 | 08/25/06 | 116 | 08/25/06 10:57:47 | 08/25/06 |

| INSTRUCTIONS | | PPD. | PAGE NO. |
|---|---|---|---|
| DEL 8/25/06 | | T | 2 |

| QUANTITY IN PARENTHESIS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | BOUGHT | SHIPPED | CODE | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
| 56 | | 56 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 733.60 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
$ - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN     FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 3,668.00 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 238.42 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 3,906.42 |

RCR000000030



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS

1000 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2300 • FAX (954) 942-4360
REMIT TO:
1060 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2300 • Fax: (954) 942-4641

ACCOUNT NO.
168000



INVOICE NUMBER
1101899-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL    33445

SHIP TO:
VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH    FL

| INVOICE NUMBER | PO NO. | ORDER DATE | TERMS | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101899-01 | 133 | 08/25/06 | 116 | 08/25/06 14:19:03 | 08/28/06 |

INSTRUCTIONS:
DEL 08-28-06

| QUANTITY ORDERED | QUANTITY B.O. | QUANTITY SHIPPED | C | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 3RD F L O O R UNIT C-14 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES 3RD F L O O R UNIT B-15 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES 3RD F L O O R UNIT C-22 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES 3RD F L O O R UNIT B-21 | EA | 0.0001 | 0.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | CONTINUED |

RCR000000622



BANNER SUPPLY CO.
LATH • PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1101899-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL    33445

**SHIP TO:** VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | BRANCH | ORDER DATE | CUSTOMER # | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1101899-01 | 133 | 08/25/06 | 116 | 08/25/06 14:19:03 | 08/28/06 |

DEL 08-28-06

| | | | PG | OF PG |
|---|---|---|---|---|
| | | | 2 | 2 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY B/O | CD | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 70 | 70 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | 13 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
S - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 6,074.88 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 394.87 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **6,469.75** |

RCR000000623



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1102224-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO: VILLA LAGO

BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1102224-01 | 133 | 08/31/06 | 119 | 09/01/06 13:14:49 | 08/31/06 |

STOCKING CHARGE

| | | | PGT. | PAGE NO. |
|---|---|---|---|---|
| | | | T | 1 |

| QUANTITY PIECES/UNITS | | | TYP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 1101854 280 COMPOUND | EA | 0.0001 | 0.00 |
| 280 | | 280 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | 0.2500 | 70.00 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
$ - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN     FREIGHT OUT

| SUB TOTAL | 70.00 |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 70.00 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2390 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2390 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1102225-01

BILL
TO:  PRECISION DRYWALL INC ++
     601 N CONGRESS AVE STE 501
     DELRAY BCH    FL  33445

SHIP
TO:  VILLA LAGO

     BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM | ORDER DATE | TAKEN | CUSTOMER P.Y. NUMBER | DATE |
|---|---|---|---|---|---|
| 1102225-01 | 133 | 08/31/06 | 119 | 09/01/06 13:16:37 | 08/31/06 |

INSTRUCTIONS

STOCKING CHARGE

| | | | | | | SHT. | PAGE NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | T | 1 |

| QUANTITY IN PIECES LBS | | | | ITEM CODE AND DESCRIPTION | U/M | P | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ORDERED | B.O./NET | SHIPPED | PRN | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | | |
| 1 | | 1 | * | NOTES REF 1101650 490 COMPOUND | EA | | 0.0001 | 0.00 |
| 490 | | 490 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | | 0.2500 | 122.50 |

POSTED

| | | |
|---|---|---|
| CODE EXPLANATION | *** THIS IS YOUR INVOICE *** | SUB TOTAL | 122.50 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED/OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 122.50 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 122.50 |

RCR000000050



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1102226-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO: VILLA LAGO

BOYNTON BEACH    FL

| INVOICE NUMBER | SLSM. | ORDER DATE | GANGS | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1102226-01 | 133 | 08/31/06 | 119 | 09/01/06 13:17:49 | 08/31/06 |

| INSTRUCTIONS | PKG. | SEALED NO. |
|---|---|---|
| STOCKING CHARGE | T | 1 |

| QUANTITY IS MEASURED | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | SHIP | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES REF 1101682 48 COMPOUND | EA | 0.0001 | 0.00 |
| 48 | | 48 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | 0.2500 | 12.00 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 12.00 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 12.00 |

RCR000000049



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1680 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1680 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
168000

INVOICE NUMBER
1102417-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL    33445

SHIP TO:
VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | SALESMAN | ORDER DATE | BUYER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1102417-01 | 133 | 09/06/06 | 116 | 09/06/06 14:29:13 | 09/28/06 |

| INSTRUCTIONS | | | BIN. | PAGE NO. |
|---|---|---|---|---|
| DEL 09-26-06 | | | T | 1 |

| QUANTITY ORDERED | QUANTITY B/O | QUANTITY SHIPPED | CODE | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 3RD  F L O O R UNIT B-20 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES UNIT D-19 | EA | 0.0001 | 0.00 |
| 85 | | 85 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES UNIT C-18 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES UNIT A-17 | EA | 0.0001 | 0.00 |
| 55 | | 55 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 950.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT                    CONTINUED

RCR000000532



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2389 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
168000

INVOICE NUMBER
1102417-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

SHIP TO:
VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1102417-01 | 133 | 09/06/06 | 116 | 09/06/06 14:29:13 | 09/28/06 |

| INSTRUCTIONS | WHS | PAGE NO. |
|---|---|---|
| DEL 09-26-06 | T | 2 |

| QUANTITY IN PIECES/UNITS | | | CODE | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | | | | | |
| 8 | | 8 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 5,964.48 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 387.69 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 6,362.17 |

RCR000000084



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1680 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
**REMIT TO:**
1680 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1102435-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445

**SHIP TO:**
VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKER | CUSTOMER'S O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1102435-01 | 133 | 09/06/06 | 116 | 09/06/06 15:10:25 | 09/28/06 |

| INSTRUCTIONS | | SHIP. | PAGE NO. |
|---|---|---|---|
| DEL 09-26-06 | | T | 1 |

| ORDERED | SHIPPED | B/O | DISC | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | | * | NOTES<br>3RD   F L O O R<br>UNIT D-16 | EA | 0.0001 | 0.00 |
| 85 | 85 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | 15 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | 1 | | * | NOTES<br>2ND   F L O O R<br>UNIT A-9 | EA | 0.0001 | 0.00 |
| 55 | 55 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 950.40 |
| 8 | 8 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |
| 1 | 1 | | * | NOTES<br>UNIT B-10 | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | 13 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | 1 | | * | NOTES<br>UNIT A-11 | EA | 0.0001 | 0.00 |
| 55 | 55 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 950.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
< - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |
| | CONTINUED |

RCR000000533



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT ● POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 ● FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 ● Fax: (954) 942-4641

IF SELLER DOES NOT RECEIVE PAYMENT WITHIN
SELLER MAY FILE LIEN ON YOUR PROPERTY

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1102435-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

MESA

**SHIP TO:**
VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | A/R NO. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1102435-01 | 133 | 09/06/06 | 116 | 09/06/06 15:10:25 | 09/28/06 |

| | | | INSTRUCTIONS | | REF | PAGE NO. |
|---|---|---|---|---|---|---|
| | | | | | T | 2 |

DEL 09-26-06

| QUANTITY ORDERED | QUANTITY REMAINING | QUANTITY SHIPPED | CODE | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8 | | 8 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |
| 1 | | 1 | * | NOTES<br>UNIT C-12 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES<br>UNIT C-14 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
*- STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| | |
|---|---|
| SUB TOTAL | 8,632.32 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 561.10 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **9,203.42** |

PR 343.65(CR)   Bal 8859.87

RCR000000626



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4661

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1103748-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:**
VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | ROUTE | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1103748-01 | 133 | 09/26/06 | 118 | 09/26/06 11:55:39 | 09/28/06 |

| INSTRUCTIONS | | PAGE |
|---|---|---|
| DEL 9/26/06 | | T    1 |

| QUANTITY & PRICE DATA | | | | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORDERED | SHIPPED | CODE | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 2ND  F L O O R UNIT B-15 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES UNIT C-22 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES UNIT B-21 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |
| 13 | | 13 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES UNIT B-20 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
+ - FED/OTHER TAX APPLICABLE
< - STATE & FEDERAL TAX APPL.

FREIGHT IN     FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | |
| | CONTINUED |

RCR000000535



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2390 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2390 • Fax: (954) 942-4641

**ACCOUNT NO.:**
168000

**INVOICE NUMBER:**
1103748-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445      MSA

**SHIP TO:**
VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | SLS REP | SHIPPED DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1103748-01 | 133 | 09/26/06 | 118 | 09/26/06 11:55:39 | 09/28/06 |

DBL 9/26/06

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY B/O | | ITEM CODE AND DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 13 | 13 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | 1 | | * | NOTES<br>UNIT D-19 | EA | 0.0001 | 0.00 |
| 85 | 85 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | 15 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | 1 | | * | NOTES<br>UNIT C-18 | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | 15 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

**CODE EXPLANATION**
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

**\*\*\* THIS IS YOUR INVOICE \*\*\***

| SUB TOTAL | 9,371.52 |
|---|---|
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 609.15 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **9,990.67** |

RCR000000629



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1103773-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:**
VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | REGION | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1103773-01 | 133 | 09/26/06 | 116 | 09/26/06 16:04:25 | 09/28/06 |

| | INSTRUCTIONS | | | | SLS | PAGE NO. |
|---|---|---|---|---|---|---|
| DEL 09-27-06 | | | | | T | 1 |

| QUANTITY IN SEQUENCE | | | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORDER | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 2ND  F L O O R UNIT  A-17 | EA | 0.0001 | 0.00 |
| 55 | | 55 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 950.40 |
| 8 | | 8 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |
| 1 | | 1 | * | NOTES UNIT D-16 | EA | 0.0001 | 0.00 |
| 85 | | 85 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1468.80 |
| 15 | | 15 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | | 1 | * | NOTES 1ST  F L O O R UNIT A-9 | EA | 0.0001 | 0.00 |
| 55 | | 55 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 950.40 |
| 8 | | 8 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |
| 1 | | 1 | * | NOTES UNIT B-10 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1209.60 |

CODE EXPLANATION
\* - STATE TAX APPLICABLE
& - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|

| SUB TOTAL | |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | CONTINUED |

RCR000000537



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1890 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1103773-01

BILL
TO:    PRECISION DRYWALL INC ++
       601 N CONGRESS AVE STE 501
       DELRAY BCH      FL  33445          MSA

SHIP
TO:    VILLA LAGO
       BLDG # 2
       SOUTH SECTION
       BOYNTON BEACH  FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1103773-01 | 133 | 09/26/06 | 116 | 09/26/06 16:04:25 | 09/28/06 |

| INSTRUCTIONS | | PRO. | PAGE NO. |
|---|---|---|---|
| DEL 09-27-06 | | T | 2 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BO./BET. | SHIPPED | Date | | | | |
| 13 | | 13 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
+ - FED./OTHER TAX APPLICABLE
++ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT PPD     FREIGHT COLL

685

| | |
|---|---|
| SUB TOTAL | 5,550.72 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 360.80 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 5,921.52 |

RCR000000083



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS

1680 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1680 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 • Fax: (954) 942-4841



**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1103818-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO: VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH  FL

| INVOICE NUMBER | P.O. NO. | ORDER DATE | TAKEN | SHIPPED VIA / SHIPPER | DATE |
|---|---|---|---|---|---|
| 1103818-01 | 133 | 09/27/06 | 116 | 09/27/06 08:51:19 | 09/28/06 |

| INSTRUCTIONS | | PAGE |
|---|---|---|
| DEL 9/28/06 | T | 1 |

| QTY ORDERED | QTY SHIPPED | B/O | CODE | PRODUCT AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | | * | NOTES<br>1ST  F L O O R<br>UNIT A-11 | EA | 0.0001 | 0.00 |
| 55 | 55 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 950.40 |
| 8 | 8 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 176.64 |
| 1 | 1 | | * | NOTES<br>UNIT C-12 | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | 15 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | 1 | | * | NOTES<br>UNIT C-14 | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | 15 | | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |
| 1 | 1 | | * | NOTES<br>UNIT B-15 | EA | 0.0001 | 0.00 |
| 70 | 70 | | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |

CODE EXPLANATION
* = STATE TAX APPLICABLE
0 = FED./OTHER TAX APPLICABLE
4 = STATE & FEDERAL TAX APPL.

RECEIVED BY      RECEIVED DATE

| | |
|---|---|
| SUB TOTAL | |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | CONTINUED |

RCR000000630

**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1950 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 · FAX (954) 942-4360
REMIT TO:
1950 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 · Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | INVOICE NUMBER |
|---|---|
| 168000 | 1103818-01 |

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH   FL   33445

SHIP TO:
VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | ORDER | DRIVER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1103818-01 | 133 | 09/27/06 | 116 | 09/27/06 08:51:19 | 09/28/06 |

INSTRUCTIONS
DEL 9/28/06

| | T | PAGE NO. |
|---|---|---|
| | T | 2 |

| ORDERED | ALLOWED | SHIPPED | | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 13 | | 13 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 287.04 |
| 1 | | 1 | * | NOTES<br>UNIT C-22 | EA | 0.0001 | 0.00 |
| 70 | | 70 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 1209.60 |
| 15 | | 15 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 331.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - RELOTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN.   FREIGHT OUT.

| | |
|---|---|
| SUB TOTAL | 7,246.08 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 471.00 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 7,727.08 |

RCR000000539



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1103900-01

BILL
TO:  PRECISION DRYWALL INC ++
     601 N CONGRESS AVE STE 501
     DELRAY BCH    FL  33445

SHIP
TO:  VILLA LAGO
     BLDG # 2
     SOUTH SECTION
     BOYNTON BEACH  FL

POSTED

| INVOICE NUMBER | B. BR. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1103900-01 | 133 | 09/28/06 | 116 | 09/28/06 08:28:42 | 09/29/06 |

| INSTRUCTIONS | | PG. | PAGE NO. |
|---|---|---|---|
| DEL 09-30-06 | | T | 1 |

| QUANTITY & PREORDERED | | | CODE | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORD | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 4TH FLOOR | EA | 0.0001 | 0.00 |
| 288 | | 288 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 3772.80 |
| 1 | | 1 | * | NOTES 5TH FLOOR | EA | 0.0001 | 0.00 |
| 288 | | 288 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 3772.80 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - REGISTER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT $     ENGINE WT.

| | |
|---|---|
| SUB TOTAL | 7,545.60 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 490.46 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 8,046.06 |

RCR000000038



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2369 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2369 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupplyco.com

ACCOUNT NO.
168000

INVOICE NUMBER
2039691-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO: VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | S/ NO. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2039691-01 | 133 | 10/05/06 | 252 | 273-501 | 10/05/06 |

INSTRUCTIONS

DEL 10/5/06

| | | | | | SHIP VIA | PAGE NO. |
|---|---|---|---|---|---|---|
| | | | | | T | 1 |

| QUANTITY ORDERED | QUANTITY BACK ORDERED | QUANTITY SHIPPED | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES UNIT 501 | EA | 0.0001 | 0.00 |
| 40 | | 40 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 691.20 |
| 1 | | 1 | * | NOTES 1ST FLOOR | EA | 0.0001 | 0.00 |
| 20 | | 20 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 441.60 |

MSR

CODE EXPLANATION
* - STATE TAX APPLICABLE
@ - FED./OTHER TAX APPLICABLE
++ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| ORDERED | SHIPPED |
|---|---|

| SUB TOTAL | 1,132.80 |
|---|---|
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 73.63 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **1,216.43** |

RCR000000632



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1104803-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO:  VILLA LAGO

BOYNTON BEACH   FL

POSTED

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1104803-01 | 133 | 10/06/06 | 119 | 10/10/06 15:38:46 | 10/06/06 |

INSTRUCTIONS
STOCKING CHARGE

| BOX | PAGE NO. |
|---|---|
| T | 1 |

| QUANTITY BY PIECE/UNITS | | | | TAX CODE AND DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./NET | BIN-LOC | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | 1 | * | | NOTES REF 1103900 576 COMP | EA | 0.0001 | 0.00 |
| 576 | 576 | * | | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | 0.2500 | 144.00 |

CODE EXPLANATION
\* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 144.00 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 144.00 |

RCR000000039



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2039820-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO:    VILLA LAGO

BOYNTON BEACH   FL

POSTED

| INVOICE NUMBER | SLSME. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2039820-01 | 133 | 10/10/06 | 252 | 273 | 46 | 10/11/06 |

| | INSTRUCTIONS | | | | SHIP | PAGE NO. |
|---|---|---|---|---|---|---|
| 10/10/06 | | | | | T | 1 |

| ORDERED | BO /BKD | SHIPPED | CPT | ITEM CODE AND DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 10 | | 10 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 410.0000 | 196.80 |
| 2 | | 2 | * | MDMB DUSK MASK BOX 50 CT | EA | 8.7500 | 17.50 |
| 48 | | 48 | * | TSANDA SAND SPONGE DUAL ANGLE FINE/MED | EA | 2.5000 | 120.00 |
| 4 | | 4 | * | MPWFT PLASTER WINDOW FRAME TAPE 2" RED TAPE | EA | 5.5000 | 22.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT PO    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 356.30 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 23.16 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 389.46 |

RCR000000040

BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1860 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1860 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | | INVOICE NUMBER |
|---|---|---|---|
| 168000 | | | 1105230-01 |

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

MBA

SHIP TO: VILLA LAGO
BLDG # 2
SOUTH SECTION
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1105230-01 | 133 | 10/16/06 | 116 | 10/16/06 12:48:39 | 10/19/06 |

| INSTRUCTIONS | PPV | PAGE NO. |
|---|---|---|
| DEL 10-17-06 | T | 1 |

| QUANTITY IN MEASUREUNITS | | | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RES | SHIPPED | UOM | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 3RD  F L O O R | EA | 0.0001 | 0.00 |
| 288 | | 288 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 3772.80 |
| 1 | | 1 | * | NOTES 4TH  F L O O R | EA | 0.0001 | 0.00 |
| 240 | | 240 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 3144.00 |
| 1 | | 1 | * | NOTES NORTH SECTION 4TH  F L O O R | EA | 0.0001 | 0.00 |
| 48 | | 48 | * | DJCUSG JOINT COMPOUND U.S.G. 5 GAL PAL USG | EA | 13.1000 | 628.80 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT #    FREIGHT QTY

| | |
|---|---|
| SUB TOTAL | 7,545.60 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 490.46 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 8,046.06 |

RCR000000042



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT ● POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 ● FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 ● Fax: (954) 942-4861

ACCOUNT NO.
168000

INVOICE NUMBER
2039908-01

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

SHIP TO:  VILLA LAGO

BOYNTON BEACH   FL

MSA

| INVOICE NUMBER | SLMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DUE |
|---|---|---|---|---|---|---|
| 2039908-01 | 133 | 10/12/06 | 252 | 273 | 47 | 10/19/06 |

INSTRUCTIONS

| | | PRT | PAGE NO |
|---|---|---|---|
| 10/12/06 | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | line | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O,R/T | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | D14R8 1/4" REGULAR DRYWALL 8' 4 X 8 | SF | 336.0000 | 10.75 |
| 1 | | 1 | * | WPW58 5/8" CDX PLYWOOD 4 X 8 | EA | 26.0000 | 26.00 |
| 8 | | 8 | * | D58F8 5/8" FIRECODE DRYWALL 8' 4 X 8 | SF | 410.0000 | 104.96 |
| 48 | | 48 | * | TSANDA SAND SPONGE DUAL ANGLE FINE/MED | EA | 2.5000 | 120.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN     FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 261.71 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 17.01 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 288.72 |

RCR000000041



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
POMPANO

1880 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1880 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1106527-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

SHIP TO:
VILLA LAGO
CLUB HOUSE
BOYNTON BEACH   FL

| INVOICE NUMBER | SLS NO. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1106527-01 | 133 | 11/02/06 | 116 | 11/02/06 08:04:13 | 11/06/06 |

| INSTRUCTIONS | PRS | PAGE NO. |
|---|---|---|
| DEL 11/6/06 | T | 1 |

| QUANTITY ORDERED | B.O./RET'D | SHIPPED | TAX | ITEM CODE AND DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE |  |  |  |
| 140 |  | 140 | * | D58F12<br>5/8" FIRECODE DRYWALL 12'<br>4 X 12 | SF | 410.0000 | 2755.20 |
| 16 |  | 16 | * | D58MF12<br>5/8" MRFC DRYWALL MOIS. 12'<br>RES. FIRE 4 X 12 | SF | 440.0000 | 337.93 |
| 30 |  | 30 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 662.40 |
| 7 |  | 7 | * | D58DG8<br>5/8" DENSGLASS GOLD 8'<br>4 X 8 | SF | 585.0000 | 131.04 |
| 10 |  | 10 | * | D14R8<br>1/4" REGULAR DRYWALL 8'<br>4 X 8 | SF | 336.0000 | 107.52 |
| 60 |  | 60 | * | DJCUSG<br>JOINT COMPOUND U.S.G.<br>5 GAL PAL USG | EA | 13.1000 | 786.00 |

CODE EXPLANATION —
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 4,780.09 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL |  |
| FED./OTHER TAX |  |
| STATE TAX | 310.71 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **5,100.80** |

RCR000000044



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT. POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1106528-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL   33445

**SHIP TO:**
VILLA LAGO
BLDG # 2
WEST BLDG
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1106528-01 | 133 | 11/02/06 | 116 | 11/02/06 08:05:32 | 11/06/06 |

| INSTRUCTIONS | PKG | PAGE NO. |
|---|---|---|
| DEL 11/6/06 | T | 1 |

| QUANTITY IN ___ UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O NET | SHIPPED | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 3RD  F L O O R | EA | 0.0001 | 0.00 |
| 50 | | 50 | * | D12M12 1/2" MOISTURE RESISTANT 12' DRYWALL 4 X 12 | SF | 460.0000 | 1104.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,104.00 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 71.76 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 1,185.76 |

RCR000000045



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2309 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRES*
Phone: (954) 781-2309 • Fax: (954) 942-4841

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
1106644-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL  33445

**SHIP TO:**
VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMK | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1106644-01 | 133 | 11/03/06 | 118 | 11/03/06 12:37:33 | 11/06/06 |

| INSTRUCTIONS | | BY | PAGE NO. |
|---|---|---|---|
| 11/3/06 | | T | 1 |

| QUANTITY | | | CODE | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORD | SHIPPED | | | | | |
| 80 | | 80 | * | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| | | | | S212JR-10 | LF | 680.0000 | 544.00 |
| | | | | 2 1/2" J RUNNER 10' | | | |
| | | | | 25 GAUGE | | | |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED /OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN     FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 544.00 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 32.64 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **586.64** |

RCR000000046



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2389 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2389 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2040544-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL  33445

**SHIP TO:** VILLA LAGO

BOYNTON BEACH   FL

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2040544-01 | 133 | 11/06/06 | 252 | 273 | 48 | 11/06/06 |
| INSTRUCTIONS | | | | | SHT | PAGE NO. |
| 11/6/06 | | | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O-DET | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | D14R8 1/4" REGULAR DRYWALL 8' 4 X 8 | SF | 336.0000 | 10.75 |
| 2 | | 2 | * | DUF ULTRA FLEX TAPE 100' ROLL | EA | 47.0000 | 94.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN | FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 104.75 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 6.81 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 121.56 |

RCR000000043



BANNER SUPPLY CO.
LATH • PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2390 • FAX (954) 942-4340
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRES
Phone: (954) 781-2390 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2040620-01

BILL TO: PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH    FL    33445

SHIP TO: VILLA LAGO
WEST BLDG
BOYNTON BEACH   FL

POSTED

| INVOICE NUMBER | P. NO. | ORDER DATE | PO NO. | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2040620-01 | 133 | 11/09/06 | 252 | 273 | 49 | 11/08/06 |

INSTRUCTIONS

DEL 11/9/06

| | | | | | PG. | PAGE NO. |
|---|---|---|---|---|---|---|
| | | | | | T | 1 |

| QUANTITY<br>ORDERED | QUANTITY<br>B.O. | QUANTITY<br>SHIPPED | | ITEM CODE AND DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL<br>BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES<br>1ST FLOOR | EA | 0.0001 | 0.00 |
| 45 | | 45 | * | W248C<br>2 X 4 X 8 CONSTRUCTION | LF | 0.5700 | 205.20 |
| 60 | | 60 | * | S158T<br>1 5/8" TRACK<br>25 GAUGE | LF | 285.0000 | 171.00 |
| 200 | | 200 | * | S158S-10<br>1 5/8" STUD 10'<br>25 GAUGE | LF | 298.0000 | 596.00 |
| 500 | | 500 | * | S358S-9<br>3 5/8" STUD 9'<br>25 GAUGE | LF | 396.0000 | 1782.00 |
| 85 | | 85 | * | D12M12<br>1/2" MOISTURE RESISTANT 12'<br>DRYWALL 4 X 12 | SF | 460.0000 | 1876.80 |
| 180 | | 180 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 360.0000 | 3110.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 7,741.40 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 503.19 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 8,254.59 |

RCR000000633



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT · POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 · FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT. POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 · Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2040621-01

**BILL TO:**
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH     FL   33445

**SHIP TO:**
VILLA LAGO
SOUTH END OF JOB
BOYNTON BEACH   FL


POSTED

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2040621-01 | 133 | 11/09/06 | 252 | 273 | 50 | 11/08/06 |

| | | | INSTRUCTIONS | | REF. | PAGE NO. |
|---|---|---|---|---|---|---|
| DEL 11/10/06 | | | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O, NET | SHIPPED | | | | | |
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES 6 SHAFTLINER AND 5 5/8 FC 4X12 PER FL | EA | 0.0001 | 0.00 |
| 36 | | 36 | * | D1SL12 1" SHAFTLINER 12' (COREBOARD (SHAFTWALL) 2 X 12 | SF | 820.0000 | 708.47 |
| 30 | | 30 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 410.0000 | 590.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN     FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,298.87 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 84.43 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | 1,393.30 |

RCR000000047



BANNER SUPPLY CO.
LATH • PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4360
REMIT TO:
1660 SW 13th CT. POMPANO BEACH, FL 33069

ACCOUNTING AND RELEASE INQUIRIES
Phone: (954) 781-2399 • Fax: (954) 942-4841

VISIT US ON THE WORLD-WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
16800A

**INVOICE NUMBER**
2040667-01

BILL
TO:  PRECISION DRYWALL INC ++
     601 N CONGRESS AVE STE 501
     DELRAY BCH    FL  33445

SHIP
TO:  COBBLESTONE CREEK J#255
     LYONS RD. &BB BLVD
     NORTH STAR BLDRS
     BOYNTON BEACH  FL

| INVOICE NUMBER | SLSM. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 2040667-01 | 133 | 11/10/06 | 119 | COBBLESTONE | 11/10/06 |

| INSTRUCTIONS | REL. | PAGE NO. |
|---|---|---|
| STOCKING CHARGE | T | 1 |

| QUANTITY | | | DIS | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| ORDERED | B O/NET | SHIPPED | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | STARTING OCT 1 2005 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 1 | | 1 | * | NOTES DELIVERED LAST WEEK STOCKED UPSTAIRS NOW | EA | 0.0001 | 0.00 |
| 1 | | 1 | * | NOTES 2 PKGS | EA | 0.0001 | 0.00 |
| 2 | | 2 | * | DS STOCKING-MATERIAL-LABOR ----NET INVOICE----- | EA | 25.0000 | 50.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 50.00 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 50.00 |

RCR000000048

**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
POMPANO

1660 S.W. 13th COURT • POMPANO BEACH, FLORIDA 33069
PHONE (954) 781-2399 • FAX (954) 942-4380
REMIT TO:
1660 SW 13th CT, POMPANO BEACH, FL 33069
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (954) 781-2399 • Fax: (954) 942-4641

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
168000

**INVOICE NUMBER**
2040909-01

BILL TO:
PRECISION DRYWALL INC ++
601 N CONGRESS AVE STE 501
DELRAY BCH      FL   33445          msa

SHIP TO:
VILLA LAGO
CLUBHOUSE
BOYNTON BEACH   FL

| INVOICE NUMBER | SLSM | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 2040909-01 | 133 | 11/21/06 | 252 | 273 | 52 | 11/22/06 |

| INSTRUCTIONS | | PAGE NO. |
|---|---|---|
| DEL 11/22/06 | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O | SHIPPED | | | | | |
|  |  |  |  | STARTING OCT 1 2009 THERE WILL BE $10 P/INV FUEL SURCHARGE | | | |
| 60 |  | 60 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 360.0000 | 1036.80 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
3 - FED/OTHER TAX APPLICABLE
4 - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| SUB TOTAL | 1,036.80 |
| MISC. CHARGE | 10.00 |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | 67.39 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **1,114.19** |

RCR000000545