Confidential - Subject to Further Confidentiality Order

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED            MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION,                            SECTION: L

THIS DOCUMENT APPLIES TO ALL           JUDGE FALLON
CASES
                                       MAG. JUDGE WILKINSON

- - - - - - - - - - x

- CONFIDENTIAL -
SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

JACK LANDERS

Wednesday, June 2, 2010

12:03 p.m. - 3:54 p.m.

Adorno & Yoss
2525 Ponce de Leon Boulevard
Coral Gables, Florida

Stenographically Reported By:
Christine Phipps, RPR, FPR, ClR
Realtime Systems Administrator

Page 2

```
 1    ARMIN G. SEIFART and LISA M. GORE  ) IN THE CIRCUIT
 2    SEIFART,                            ) COURT OF THE 11TH
                                          ) JUDICIAL CIRCUIT
 3                  Plaintiffs,           ) IN AND FOR
                                          ) MIAMI-DADE COUNTY,
 4    vs.                                 ) FLORIDA
                                          )
 5    KNAUF GIPS, a German corporation,   )
      KNAUF PLASTERBOARD (TIANJIN) CO.,   )
 6    LTD., a Chinese limited liability   ) CHINESE DRYWALL
      corporation, KNAUF PLASTERBOARD     ) DIVISION
 7    (WUHU) CO., LTD., KNAUF PLASTERBOARD)
      (DONGGUAN) CO., LTD., and ROTHCHLT  )
 8    INTERNATIONAL LTD., a foreign       )
      corporation and BANNER SUPPLY CO.,  ) CASE NO.
 9    a Florida corporation, CERTAIN      ) 09-3887 CA 01 (42)
      HOMES, IC, MANDY'S DRYWALL & STUCCO )
10    CORPORATION, a Florida corporation, )
                                          )
11                  Defendants.           )
                                         ___
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                    APPEARANCES:
 2    On behalf of Plaintiffs:
 3         COLSON, HICKS, EIDSON
           255 Aragon Avenue, Second Floor
 4         Coral Gables, Florida 33134-5008
           (305)476-7400
 5         BY: ERVIN A. GONZALEZ, ESQ.
           ervin@colson.com
 6
           BY: PATRICK S. MONTOYA, ESQ.
 7         patrick@colson.com
 8    and
 9         THE BLUMSTEIN LAW FIRM
           One Turnberry Place - Suite 400
10         19495 Biscayne Boulevard
           Aventura, Florida 33180
11         (305)356-7547
           BY: MARK BLUMSTEIN, ESQ.
12         mark@blumsteinlaw.com
13    On behalf of Banner Supply:
14         ADORNO & YOSS, LLP
           888 Southeast Third Avenue, Suite 500
15         Fort Lauderdale, Florida 33316-1159
           (954)523-5855
16         BY: ROBERT H. SCHWARTZ, ESQ.
           rhs@adorno.com
17
           ADORNO & YOSS, LLP
18         350 East Las Olas Boulevard, Suite 1700
           Fort Lauderdale, Florida 33301
19         (954)763-1200
           BY: JEFFREY A. BACKMAN, ESQ.
20         jbackman@adorno.com
21
22
23
24
25
```

Page 4

```
      and
 1         WEINBERG, WHEELER, HUDGINS,
           GUNN & DIAL, L.L.C.
 2         2601 Bayshore Drive, Suite 850
           Miami, Florida 33133-5417
 3         (305)421-6321
           BY: TODD R. EHRENREICH, ESQ.
 4         tehrenreich@wwhgd.com
 5         WEINBERG, WHEELER, HUDGINS,
           GUNN & DIAL, L.L.C.
 6         950 East Paces Ferry Road, Suite 3000
           Atlanta, Georgia 30326
 7         (404)876-2700
           BY: MICHAEL A. SEXTON, ESQ.
 8         msexton@wwhgd.com
 9    and
10         PETERSON & ESPINO, P.A.
           8900 Southwest 117 Street
11         Suite C104
           Miami, Florida 33186
12         (305)270-3773
           BY: MICHAEL PETERSON, ESQ.
13         michael@mpetersonlaw.com
14    On behalf of 1st Drywall, LLC:
15         BICE COLE LAW FIRM, PL
           999 Ponce De Leon Boulevard
16         Barristera Building - Suite 500
           Coral Gables, Florida 33134-3042
17         (305)444-1225
           BY: SUSAN J. COLE, ESQ.
18         cole@bicecolelaw.com
19
      On behalf of a number of installers in the Miami-Dade
20    litigation:
21         PAXTON & SMITH, P.A.
           1615 Forum Place
22         West Palm Beach, Florida 33401
           (561)684-2121
23         BY: MICHELE I. NELSON, ESQ.
           min@paxsmith.com
24
25
```

Page 5

```
 1    On behalf of Eastern Construction:
 2         LAW OFFICE OF BOHDAN NESWIACHENY
           540 Northeast 4 Street
 3         Fort Lauderdale, Florida 33301
           (954)522-5400
 4         BY: THOMAS F. SCHLOTZHAUER, ESQ.
           tschlotzhauer@bnlaw.com
 5
 6    On behalf of La Suprema:
 7         ROSENTHAL, ROSENTHAL, RASCO, KAPLAN, LLC
           One Aventura - Suite 600
 8         20900 Northeast 30 Avenue
           Aventura, Florida 33180
 9         (305)937-0300
           BY: EDUARDO I. RASCO, ESQ.
10         eir@rrklaw.com
11
12    Telephonically on behalf of Interior/Exterior:
13         BY: STEVE M. BIMSTON, ESQ.
           smb@rrrklaw.com
14
      GALLOWAY, JOHNSON, TOMPKINS,
15    BURR & SMITH
      701 Poydras Street
16    Floor 40
      New Orleans, Louisiana 70139
17    (504)525-6802
      BY: JEFFREY P. GREEN, ESQ.
18    jgreen@ggtbs.com
19
20    Telephonically on behalf of P.D.C. Drywall, Design
      Drywall of South Florida, Harbor Springs Construction
21    and Development:
22         SHIELDS, MOTT, LUND, L.L.P.
           650 Poydras Street
23         Suite 2600
           New Orleans, Louisiana 70130
24         (504)581-4445
           BY: ELIZABETH LAPEYRE GORDON, ESQ.
25         elgordon@shieldsmottlund.com
```

Page 26

```
 1    Q.  Okay.
 2    A.  But the Carroce brothers had a
 3  percent, my brother and myself had a
 4  percent, Gus had a percent, Gus Coffinas,
 5  and a gentleman by the name of Ed Matthews
 6  had a small percent.
 7    Q.  And what about Banner, Tampa?
 8    A.  Banner, Tampa was Arthur, myself,
 9  and a trust.
10    Q.  And I think the last one would be
11  Miami, right, Banner, Miami?
12    A.  Banner, Miami was just Arthur and
13  myself.
14    Q.  Did I miss any; Fort Myers, Port
15  St. Lucie, Pompano, Tampa, and Miami?
16    A.  Pompano had a satellite yard
17  called West Palm Beach; Banner, West Palm
18  Beach, but it was just the same operations
19  as Pompano.
20    Q.  Okay.
21    A.  But we did have another location
22  in West Palm Beach.
23    Q.  How much Chinese drywall did you
24  bring in through La Suprema?
25       MR.PETERSON:  Object to the form
```

Page 27

```
 1  of the question.
 2    A.  I don't --
 3       BY MR. GONZALEZ:
 4    Q.  Roughly?
 5    A.  I don't have a clue.
 6    Q.  A lot though, right?
 7    A.  We brought in --
 8       MR.PETERSON:  Object to the form
 9  of the question.
10    A.  Yes, we did bring in a lot.
11       BY MR. GONZALEZ:
12    Q.  What was the period of time that
13  you brought in the Chinese drywall?
14       MR.PETERSON:  Same objection.
15       You can answer.
16       BY MR. GONZALEZ:
17    Q.  You can answer.
18    A.  2006.
19    Q.  When did you stop?
20    A.  We stopped October, November 2006.
21    Q.  When did the first shipment that
22  you recognize was Chinese drywall arrive?
23    A.  I don't know.
24    Q.  Early '06?
25    A.  It's possible, yes. I'm -- I'm
```

Page 28

```
 1  not sure.
 2    Q.  Did you purchase all the Chinese
 3  drywall from La Suprema?
 4    A.  I purchased all my out-of-area
 5  wallboard from La Suprema.
 6    Q.  When you say "out-of-area," you
 7  mean outside of the United States?
 8    A.  Outside of the United States.
 9    Q.  Okay.  Including the Chinese
10  drywall?
11    A.  Inclusive of the dry -- of the
12  Chinese drywall.
13    Q.  Did you purchase Chinese drywall
14  from any other supplier or any other
15  distributor?
16    A.  There was a small purchase that we
17  made with Sky Supply.
18    Q.  Where are they located?
19    A.  I -- I don't know.
20    Q.  Okay.  Was Mandy -- Mandy's
21  Drywall one of your clients?
22    A.  Yes.
23    Q.  Do you know Armando Gutierrez?
24    A.  Yes.
25    Q.  Was he a long-standing customer?
```

Page 29

```
 1    A.  Yes.
 2    Q.  Good customer?
 3    A.  He was a customer.
 4    Q.  You hesitated.  Did he give you a
 5  hard time over prices?
 6    A.  He just owes -- owes us money
 7  right now.
 8    Q.  Okay.  Do you still do business
 9  with him?
10    A.  No.
11    Q.  When did the business stop?
12    A.  I believe it's been a couple of
13  years.
14    Q.  What did Mr. Coblentz tell you was
15  the problem with the drywall?
16    A.  He said that the contractor had
17  gone into the home and it was a smell to
18  the -- the wallboard.
19    Q.  And when was that allowed?  You
20  said October of '06?
21    A.  Yes, around October of '06.
22       MR.PETERSON:  Object to the form
23  of the question.
24       BY MR. GONZALEZ:
25    Q.  Okay.  Did you verify it yourself?
```