Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
 2
                    X
 3  IN RE:          X  MDL No. 2047
    CHINESE-MANUFACTURED  X
 4  DRYWALL PRODUCTS    X  SECTION: L
    LIABILITY LITIGATION  X
 5                  X  JUDGE FALLON
    This document applies X
 6  to all cases    X  MAG. JUDGE WILKINSON
 7
 8
 9
10     30(b)(6) VIDEOTAPED DEPOSITION OF
11      LA SUPREMA ENTERPRISE, INC. and
12  LA SUPREMA TRADING, INC., by and through
13           SALOMON H. ABADI
14          Monday, October 19, 2009
15
16
17
18
19
20
21
22      GOLKOW TECHNOLOGIES, INC.
23    ph 877.370.3377 | fax 917.591.5672
24          deps@golkow.com
```

Page 2

```
 1      30(b)(6) VIDEOTAPED DEPOSITION OF
 2  LA SUPREMA ENTERPRISE, INC. and LA SUPREMA
 3  TRADING, INC., by and through SALOMON H.
 4  ABADI, produced as a witness at the instance
 5  of the Plaintiffs, and duly sworn, was taken
 6  in the above styled and numbered cause on
 7  Monday, October 19, 2009, from 10:48 a.m. to
 8  7:04 p.m., before Susan Perry Miller, CSR-TX,
 9  CCR-LA, RDR, CRR, Certified LiveNote™
10  Reporter, reported via Machine Shorthand with
11  Realtime Computer Translation and reported at
12  the offices of Colson Hicks Eidson, 255
13  Aragon Avenue, 2nd Floor, Coral Gables,
14  Florida, pursuant to Notice, the Federal
15  Rules of Civil Procedure, and/or any
16  provisions stated on the record.
17         •                      •
```

Page 3

```
 1            APPEARANCES
 2  FOR PLAINTIFFS:
 3
       COLSON HICKS EIDSON
 4     255 Aragon Avenue, 2nd Floor
       Coral Gables, Florida  33134
 5     (T) 305.476.7400 | (F) 305.476.7444
       By Ervin A. Gonzalez, Esq.
 6        ervin@colson.com
          Patrick S. Montoya, Esq.
 7        patrick@colson.com
 8
       ALTERS BOLDT BROWN
 9     RASH & CULMO, P.A.
       4141 N.E. 2nd Avenue, Suite 201
10     Miami, Florida  33137
       (T) 305.571.8550 | (F) 305.571.8558
11     By Robert B. Brown, III, Esq
          (Via Teleconference)
12
13     ROBERTS & DURKEE, P.A.
       Alhambra Towers, Penthouse I
14     121 Alhambra Plaza, Suite 1603
       Coral Gables, Florida  33134
15     (T) 305.442.1700 | (F) 305.442.2559
       By Carolina Suarez, Esq.
16        (Via Teleconference)
17
    FOR INDEPENDENT BUILDERS SUPPLY ASSOCIATION
18  (IBSA):
19     FULMER, LeROY, ALBEE,
       BAUMANN & GLASS, PLC
20     2866 East Oakland Park Blvd.
       Fort Lauderdale, Florida  33306
21     (T) 954.707.4430 | (F) 954.707.4431
       By Gary F. Baumann, Esq.
22        gbaumann@FulmerLeRoy.com
23
24
```

Page 4

```
 1  APPEARANCES, Continued:
 2  FOR L&W SUPPLY, USG, and ALL INTERIOR SUPPLY:
 3     HAYNSWORTH SINKLER BOYD, P.A
       75 Beattie Place, Eleventh Floor
 4     Greenville, South Carolina  29601
       (T) 864.240.3200 | (F) 864.240.3300
 5     By Wm. David Conner, Esq.
          dconner@hsblawfirm.com
 6
 7
    FOR LENNAR CORPORATION, LENNAR HOMES, LLC,
 8  and U.S. HOMES:
 9     GREENBERG TRAURIG, P.A.
       1221 Brickell Avenue
10     Miami, Florida  33131
       (T) 305.579.0500 | (F) 305.579.0717
11     By Adam M. Foslid, Esq.
          foslida@gtlaw.com
12
13
    FOR BANNER SUPPLY CO.:
14
       ADORNO & YOSS, LLP
15     350 East Las Olas Boulevard
       Suite 1700
16     Fort Lauderdale, Florida  33301
       (T) 954.763.1200 | (F) 954.766.7800
17     By Jeffrey A. Backman, Esq.
          jbackman@adorno.com
18        Jan Douglas Atlas, Esq.
          jda@adorno.com
19
20
    FOR 1ST DRYWALL (In the Lennar Case Only):
21
       BICE COLE LAW FIRM, P.L.
22     999 Ponce de Leon Blvd., Suite 710
       Coral Gables, Florida  33134
23     (T) 305.444.1225 | (F) 305.446.1598
       By Susan J. Cole, Esq.
24        cole@bicecolelaw.com
```

Page 5

```
 1  APPEARANCES, Continued:
 2
    FOR LA SUPREMA ENTERPRISE, INC., and
 3  LA SUPREMA TRADING, INC.:
 4     ROSENTHAL, ROSENTHAL, RASCO,
        KAPLAN, LLC
 5     One Aventura, Suite 600
       20900 N.E. 30th Avenue
 6     Aventura, Florida 33180
       (T) 305.937.0300 | (F) 305.937.1311
 7     By Eduardo I. Rasco, Esq.
          fedsite@rrrklaw.com
 8        Steve M. Bimston, Esq
          SMB@rrrklaw.com
 9
10
    FOR BLACK BEAR GYPSUM SUPPLY, INC., and SMOKY
11  MOUNTAIN MATERIALS, INC.:
12     FOWLER WHITE BURNETT, P.A.
       Espirito Santa Plaza
13     1395 Brickell Avenue, 14th Floor
       Miami, Florida 33131-3302
14     (T) 305.789.9200 | (F) 305.789.9201
       By Elizabeth J. Ferry, Esq.
15        eferry@fowler-white.com
16
17  FOR KNAUF GIPS KG, KNAUF WUHU; and KNAUF
    PLASTERBOARD TIANJIN CO. LTD. (In the
18  Morris-Chin, Vickers & Lebron Cases):
19     BAKER & McKENZIE, LLP
       Mellon Financial Center
20     1111 Brickell Avenue, Suite 1700
       Miami, Florida 33131
21     (T) 305.789.8900 | (F) 305.789.8953
       By Donald J. Hayden, Esq
22        donald.j.hayden@bakernet.com
23
24
```

Page 6

```
 1  APPEARANCES, Continued:
 2  FOR ALL COUNTY DRYWALL SERVICE, B&B STUCCO,
    HARRELL'S DRYWALL, NORTHEAST DRYWALL CO., and
 3  OCEAN CONSTRUCTION, INC.:
 4     PAXTON & SMITH
       Barristers Building, Suite 500
 5     1615 Forum Place
       West Palm Beach, Florida 33401
 6     (T) 561.684.2121 | (F) 561.684.6855
       By Mark C. Charter, Esq.
 7        mcc@paxsmith.com
 8
    FOR TOBIN TRADING CORP.:
 9
       BRENNER, EVANS & MILLMAN, P.C.
10     411 East Franklin Street, Suite 200
       Richmond, Virginia 23219
11     (T) 804.644.1300 | (F) 804.644.1354
       By Theodore I. Brenner, Esq.
12        (Via Teleconference)
13
    FOR INTERIOR EXTERIOR BUILDING SUPPLY:
14
       GALLOWAY JOHNSON TOMPKINS
15     BURR & SMITH
       One Shell Square
16     701 Poydras Street, 40th Floor
       New Orleans, Louisiana 70139
17     (T) 504.525.6802 | (F) 504.525.2456
       By Lambert J. Hassinger, Jr., Esq.
18        jhassinger@gjtbs.com
          (Via Teleconference)
19
20  FOR BUILDING MATERIALS WHOLESALE:
21     CARR ALLISON
       100 Vestavia Parkway
22     Birmingham, Alabama 35216
       (T) 205.822.2006 | (F) 205.822.2057
23     By Jordan D. Watson, Esq.
          jwatson@carrallison.com
24        (Via Teleconference)
```

Page 7

```
 1  APPEARANCES, Continued:
 2  FOR RESIDENTIAL DRYWALL, INC., S.D. &
    ASSOCIATES, INC., MDW DRYWALL, INC., and
 3  OCEAN CONSTRUCTION, INC. (In the Lennar Case
    in Miami-Dade County):
 4
       SELLARS, MARION & BACHI, P.A.
 5     811 North Olive Avenue
       West Palm Beach, Florida 33401
 6     (T) 561.655.8111 | (F) 561.655.4994
       By Jeremy D. Bertsch, Esq.
 7        jbertsch@smb-law.com
          (Via Teleconference)
 8
 9  FOR ALPHA & OMEGA CONTRACTORS:
10     ROBERTS, REYNOLDS, BEDARD &
       TUZZIO, P.A.
11     470 Columbia Drive, Suite 101C
       West Palm Beach, Florida 33409
12     (T) 561.688.6560 | (F) 561.688.2343
       By Christen T. Fay, Esq.
13        cfay@rrbpa.com
          (Via Teleconference)
14
15  FOR CENTURY SUPPLY & PORTABLE, INC.:
       Sarah Steele (Via Teleconference)
16
17  FOR VARIOUS DEFENDANTS:
       Bob Fitzsimmons (Via Teleconference)
18
19  INTERPRETER:
20     Vicente J. De la Vega
       PRECISION TRANSLATING SERVICES, INC.
21
22  VIDEOGRAPHER:
23     Mark Reitz
       Golkow Technologies, Inc.
24
```

Page 8

```
 1                    INDEX
 2  30(b)(6) VIDEOTAPED DEPOSITION OF LA SUPREMA
 3  ENTERPRISE, INC. and LA SUPREMA TRADING,
 4     INC., by and through
 5     SALOMON H. ABADI, October 19, 2009
 6                                        Page
 7  APPEARANCES                             3
 8  PRELIMINARY PROCEEDINGS                13
 9
10  EXAMINATION OF SALOMON H. ABADI:
11
       BY MR. GONZALEZ:                    17
12
       BY MR. HAYDEN:                     225
13
       BY MS. FERRY:                      265
14
15  CERTIFICATE                           276
16  ACKNOWLEDGMENT OF DEPONENT            277
17  ERRATA                                278
18  LAWYER'S NOTES                        279
19
20
21
22
23
24
```

Page 9

```
 1        EXHIBIT INDEX
 2        Description              Page
 3 La Suprema      Copy of Business Card   -  32
   30(b)(6)-365    of Hans-Ulrich
 4                 Hummel,
                   SUP EN_0004706
 5
   La Suprema      Sole Agent Contract     -  66
 6 30(b)(6)-366    between Knauf
                   Plasterboard
 7                 (Tianjin) Co., Ltd.,
                   and Rothchilt
 8                 International
                   Limited, dated March
 9                 13, 2006,
                   SUP EN_0003595
10
   La Suprema      Sole Agent Contract     -  74
11 30(b)(6)-367    between Rothchilt
                   International Limited
12                 and La Suprema
                   Enterprise, Inc.,
13                 dated March 13, 2006,
                   SUP EN_0003596
14
   La Suprema      Handwritten and         - 114
15 30(b)(6)-368    Typewritten Notes,
                   SUP EN_0003594
16
   La Suprema      Knauf Letter to         - 119
17 30(b)(6)-369    Salomon Abadi dated
                   November 29, 2006,
18                 Re: Shipment of
                   Plasterboard Under
19                 Contract No. EX-USA
                   -20060313, with
20                 Attachment(s),
                   SUP EN_0003573 -
21                 SUP EN_0003577
22 La Suprema      Letter from Banner      - 129
   30(b)(6)-370    Supply Co. to Knauf
23                 Gypsum Company dated
                   December 5, 2006,
24                 SUP EN_0003540
```

Page 10

```
 1 La Suprema      Letter from Banner      - 131
   30(b)(6)-371    Supply Co. to Knauf
 2                 Plasterboard
                   (Tianjin) Co., Ltd.,
 3                 dated December 6,
                   2006, SUP EN_0003541
 4
   La Suprema      Letter from WCI         - 133
 5 30(b)(6)-372    Communities to
                   Rothchilt
 6                 International Limited
                   dated October 11,
 7                 2007, Re: Notice of
                   Claim by Pablo
 8                 Rosales and Glenn
                   Ramirez,
 9                 SUP EN_0003563 -
                   SUP EN_0003565
10
   La Suprema      Series of E-mails       - 136
11 30(b)(6)-373    beginning with E-mail
                   from Jack Landers to
12                 SFARAH555@cs.com
                   dated August 8, 2008,
13                 Subject: FW: Bad
                   wallboard issue?,
14                 SUP EN_0003562,
                   ending with
15                 SUP EN_0003557
16 La Suprema      Letter from GL Homes    - 142
   30(b)(6)-374    to La Suprema
17                 Enterprise, Inc.,
                   dated April 29, 2009,
18                 Re: Notice of Intent
                   to immediately repair
19                 Canyon Isles' homes
                   containing defective
20                 drywall supplied by
                   La Suprema in Lots 1,
21                 59, 147, 148 & 157,
                   SUP EN_0003580, with
22                 Other Correspondence,
                   beginning with
23                 SUP EN_0003582 and
                   ending with
24                 SUP EN_0003551
```

Page 11

```
 1 La Suprema      Letter from Hanover     - 144
   30(b)(6)-375    Insurance Group,
 2                 Inc., to Jack
                   Landers, Banner
 3                 Supply Company, dated
                   October 1, 2008,
 4                 SUP EN_0003523 -
                   SUP EN_0003536
 5
   La Suprema      E-mail from Rothchilt   - 145
 6 30(b)(6)-376    International Limited
                   to SFARAH555@cs.com
 7                 dated January 9,
                   2009, Subject: Re:
 8                 E-mail address
                   (Knauf),
 9                 SUP EN_0003554 -
                   SUP EN_0003555
10
   La Suprema      Letter from Michael     - 149
11 30(b)(6)-377    Feldman to Knauf
                   Plasterboard
12                 (Tianjin) Co., Ltd.,
                   dated January 21,
13                 2009, SUP EN_0003543
14 La Suprema      "The Statement          - 152
   30(b)(6)-378    from Knauf,"
15                 SUP EN_0003567 -
                   SUP EN_0003570
16
   La Suprema      Chain of E-mails        - 155
17 30(b)(6)-379    ending with E-mail to
                   Michael Feldman from
18                 sfarah555@cs.com
                   dated February 23,
19                 2009, Subject: Fwd:
                   Knauf plasterboard -
20                 confidential,
                   SUP EN_0003552 -
21                 SUP EN_0003553
22
23
24
```

Page 12

```
 1 La Suprema      Chain of E-mails        - 160
   30(b)(6)-380    ending with E-mail to
 2                 Michael Feldman from
                   sfarah555@cs.com
 3                 dated March 8, 2009,
                   Subject: Fwd: (Rising
 4                 Spam Alert)Balance
                   Refund,
 5                 SUP EN_0003544
 6 La Suprema      Chain of E-mails        - 162
   30(b)(6)-381    ending with E-mail to
 7                 Michael Feldman from
                   sfarah555@cs.com
 8                 dated March 8, 2009,
                   Subject: Fwd: Knauf
 9                 Plasterboard,
                   SUP EN_0003545 -
10                 SUP EN_0003546
11 La Suprema      G. Doulatram & Sons     - 165
   30(b)(6)-382    LTD Correspondence to
12                 La Suprema
                   Enterprise, Inc., Re:
13                 Gypsum Plaster Board,
                   SUP EN_0002851,
14                 SUP EN_0002999,
                   SUP EN_0002795
15
   La Suprema      Index of Pre-Marked     - 183
16 30(b)(6)-383    Pingyi Exhibits
17 La Suprema      Index of Pre-Marked     - 184
   30(b)(6)-384    Beijing Exhibits
18
   La Suprema      Index of Pre-Marked     - 184
19 30(b)(6)-385    Knauf Exhibits
20
21              •                     •
22
23
24
```

Page 13

1  PRELIMINARY PROCEEDINGS
2  (Monday, October 19, 2009, 10:48 a.m.)
3      THE VIDEOGRAPHER: Please hold.
4  This begins the videotaped
5  deposition of Salomon H. Abadi in the
6  matter of Chinese Manufactured Drywall
7  Products Liability Litigation in the
8  United States District Court, Eastern
9  District of Louisiana, taking place at
10 255 Aragon Avenue, 2nd Floor, Coral
11 Gables, Florida. Today's date is
12 October 19th. The time is 10:48.
13     The video operator is Mark
14 Reitz of Golkow Technologies. The
15 court reporter is Susan Miller of
16 Golkow Technologies.
17     Counsel, please introduce
18 yourselves and whom you represent.
19     MR. GONZALEZ: Hi. Ervin
20 Gonzalez on behalf of the Plaintiffs'
21 Steering Committee.
22     MR. RASCO: Eduardo Rasco on
23 behalf of La Suprema Enterprises and
24 La Suprema Trading.

Page 14

1      MR. BIMSTON: Steve Bimston on
2  behalf of both La Suprema entities.
3      MS. COLE: Susan Cole on behalf
4  of 1st Drywall in the Lennar case
5  only.
6      MR. HAYDEN: Don Hayden on
7  behalf of KPT and Knauf Gips and Knauf
8  Wuhu.
9      MR. BACKMAN: Jeff Backman on
10 behalf of Banner Supply.
11     MS. FERRY: Elizabeth Ferry on
12 behalf of Black Bear Gypsum Supply and
13 Smoky Mountain Materials.
14     MR. FOSLID: Adam Foslid,
15 Greenberg Traurig, on behalf of
16 Lennar, Lennar Homes, and U.S. Homes.
17     MR. CONNER: David Conner on
18 behalf of L&W Supply, USG Corporation,
19 and All Interior Supply.
20     MR. ATLAS: Jan Atlas on behalf
21 of Banner Supply.
22     MR. BAUMANN: Gary Baumann on
23 behalf of IBSA.
24     MR. GAUGHAN: Matthew Gaughan

Page 15

1  on behalf of Plaintiffs.
2      MR. MONTOYA: Patrick Montoya
3  on behalf of the Plaintiffs.
4      THE INTERPRETER: Vince de la
5  Vega, Precision Translating Services.
6      THE REPORTER: Would those on
7  the phone announce themselves, please?
8      MR. GONZALEZ: Counsel on the
9  phone, please?
10     MR. HASSINGER: Joe Hassinger
11 on behalf of Interior Exterior
12 Building Supply.
13     MR. BERTSCH: Jeremy Bertsch on
14 behalf of Residential Drywall, S.D. &
15 Associates, Ocean Construction, and
16 MDW Drywall.
17     MR. BROWN: Bob Brown on behalf
18 of Plaintiffs.
19     THE REPORTER: I'm sorry?
20     MR. GONZALEZ: Bob Brown on
21 behalf of Plaintiffs.
22     THE REPORTER: Thank you.
23     MR. WATSON: Jordan Watson on
24 behalf of Building Material Wholesale.

Page 16

1      MR. CHAIKIN: Jordan Chaikin on
2  behalf of the Plaintiffs.
3      MS. FAY: Christen Fay on
4  behalf of Alpha & Omega Contractors.
5  Hello?
6      THE REPORTER: Anyone else?
7      MS. SUAREZ: Carolina Suarez
8  from Roberts & Durkee on behalf of the
9  Plaintiffs.
10     (Speakerphone inaudible,
11 clarification requested by the
12 reporter.)
13     MR. FITZSIMMONS: My name is
14 Bob Fitzsimmons on behalf of several
15 defendants.
16     MS. FAY: And I'm Christen Fay
17 on behalf of Alpha & Omega
18 Contractors.
19     THE REPORTER: Anyone else?
20     MS. STEELE: Sarah Steele on
21 behalf of Century Supply & Portable,
22 Inc.
23     THE REPORTER: Anyone else?
24     (No response.)

Page 101

1  foundation.
2      A.    It should not have a smell.
3  BY MR. GONZALEZ:
4      Q.    Drywall should not corrode air
5  conditioning coils, correct?
6          MR. BACKMAN: Objection.
7          MR. HAYDEN: Objection, form.
8          MR. RASCO: Objection, form.
9      A.    Sure, they should not.
10 BY MR. GONZALEZ:
11     Q.    Drywall should not corrode
12 wiring?
13         MR. HAYDEN: Objection, form,
14     foundation.
15         MR. RASCO: Objection, form.
16     A.    No.
17 BY MR. GONZALEZ:
18     Q.    Drywall should not corrode
19 plumbing.
20         MR. RASCO: Objection, form.
21         MR. HAYDEN: Same objection.
22     A.    No.
23 BY MR. GONZALEZ:
24     Q.    And if drywall is doing that,

Page 102

1  that's bad drywall.
2          MR. HAYDEN: Objection,
3      argumentative as well as the other
4      objection.
5          MR. RASCO: Objection, form.
6      A.    I suppose so. I suppose so.
7  BY MR. GONZALEZ:
8      Q.    And that's why you were willing
9  to reimburse Banner its money?
10     A.    Yes.
11         MR. BACKMAN: Form.
12         MR. HAYDEN: Objection, form.
13 BY MR. GONZALEZ:
14     Q.    Because it was the right thing
15 to do?
16         MR. HAYDEN: Objection, form.
17     A.    Yes.
18 BY MR. GONZALEZ:
19     Q.    And you try to please your
20 customers by providing them quality product.
21     A.    I imagine that's what you try
22 to do with your customers, correct, Counsel?
23     Q.    And that's what you try to do,
24 right?

Page 103

1      A.    Yes.
2      Q.    Has Knauf done anything to try
3  to fix the problem with your business as a
4  result of the problems they caused you?
5      A.    No. There's an e-mail that
6  says -- no, there's an e-mail because they
7  have a deposit that they did not want to
8  return to me, and the deposit says that
9  Mr. Norris --
10         MR. GONZALEZ: E-mail.
11         THE WITNESS: No, no, the
12     deposit says that Mr. Norris says that
13     he does not want to do any more
14     business with me whatsoever. I
15     correct, I correct, I correct. The
16     e-mail says that Mr. Norris does not
17     want to do any further business with
18     me.
19 BY MR. GONZALEZ:
20     Q.    Do you know why that is?
21         MR. HAYDEN: Objection. Total
22     speculation, hearsay.
23     A.    Ask him. But there, in the
24 e-mail, it says that on my account, they

Page 104

1  ended up with some materials they were not
2  able to sell. Why my fault, I did not
3  manufacture that.
4  BY MR. GONZALEZ:
5      Q.    They made it.
6      A.    Of course.
7      Q.    And it was defective, and it
8  caused you to lose money.
9          MR. HAYDEN: Objection, form,
10     foundation.
11     A.    Well, I am now the type of
12 person that cannot deal in any construction
13 material business because I am public enemy
14 no. 1 now.
15 BY MR. GONZALEZ:
16     Q.    Why is that?
17     A.    Because I brought the product.
18     Q.    What product are we referring
19 to?
20     A.    We're talking about Knauf,
21 Knauf's drywall.
22     Q.    Who did you sell the Knauf
23 drywall product to when you brought it in
24 from China? And specifically I'm referring

Page 105

```
 1  to the drywall.
 2         MR. HAYDEN:  And just so I'm
 3     clear, because we're going back to
 4     Knauf again, KPT, right?
 5         MR. GONZALEZ:  Knauf Tianjin.
 6     A.     99.999 percent was dispatched
 7  to all of the Banner yards, Banner Supply
 8  yards.  And a little bit was dispatched to
 9  84 Lumber in Fort Myers.
10  BY MR. GONZALEZ:
11     Q.     What year for each, please?
12  Specifically what years for Banner.
13     A.     2006.
14     Q.     And what about for lumber,
15  84 Lumber?
16     A.     The same.
17     Q.     2006?
18     A.     Yes.
19     Q.     Did 84 Lumber make a complaint
20  to you about the quality of the drywall made
21  by Knauf Tianjin that you sold it?
22     A.     No.  Oh, forgive me.  I need to
23  go to the boys' room one minute.
24     Q.     Sure, absolutely.
```

Page 106

```
 1         THE VIDEOGRAPHER:  Going off
 2     the record, it's 2:29.
 3         (Recess taken, 2:29 p.m. to
 4     2:37 p.m.)
 5         THE VIDEOGRAPHER:  Please hold.
 6     We're back on the record.  The time is
 7     2:37.
 8  BY MR. GONZALEZ:
 9     Q.     How much product did you --
10  when I say "product," I'm talking about the
11  drywall -- did you purchase from China from
12  the Beijing company and Pingyi Baier as
13  opposed to Knauf?
14     A.     He's got his -- you have the
15  documents.
16     Q.     I do.  Right.  What's your
17  understanding, if you were going to say
18  percentagewise and there's three entities,
19  BNB or Beijing, Pingyi Baier and Knauf, more
20  or less?
21     A.     More or less about -- a little
22  bit more than 50 -- a little bit more than
23  50% was purchased from Knauf.  One could say
24  that about 30% was -- from whatchamacallit,
```

Page 107

```
 1  from Beijing Building Materials, and the
 2  other 20 from Pingyi Baier.  That's -- well,
 3  I don't know.  I'm guessing here.
 4     Q.     An educated estimate?
 5     A.     Give-and-take, yeah.
 6     Q.     Okay.  What distinguishing
 7  marks does the Pingyi Baier drywall have on
 8  it?
 9     A.     None.
10     Q.     Does it say "Pingyi Baier" on
11  it?
12     A.     No.
13     Q.     Does it say "Chinese Drywall"?
14     A.     No.
15     Q.     It has no markings on it at
16  all?
17     A.     Not that I recall.
18     Q.     How about the Beijing product,
19  Beijing Materials?
20     A.     What about it?
21     Q.     What distinguishing marks does
22  it have?
23     A.     None.
24     Q.     It doesn't say BNB, BMB or
```

Page 108

```
 1  Beijing Materials?
 2     A.     It doesn't -- it doesn't
 3  say anything.
 4     Q.     How about Knauf?  Knauf?
 5     A.     Knauf has its -- its
 6  whatchamacallit -- its Knauf label.
 7     Q.     Okay.  Now, in 2006, do you --
 8  I'm going to ask you, there's a long list of
 9  companies here and I'm going to ask you which
10  ones you remember La Suprema selling to.
11         AC-1 Building, do you remember
12  that?
13     A.     Yes.
14     Q.     Did you sell to them?
15     A.     Yes.
16     Q.     What year did you sell Chinese
17  drywall to them?
18     A.     I believe we could simplify.
19  Everything was sold in 2006.
20     Q.     Okay.  Let's do it that way.
21  I'll ask -- I'm going to give you this
22  preface so that you'll know that it's the
23  same question, and the question for all of
24  these will be, do you remember selling
```