**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
|      DRYWALL PRODUCTS | ) | MDL NO. 2047 |
|      LIABILITY LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| Hobbie, et al.  v. | ) | JUDGE FALLON |
| RCR Holdings II, LLC, et al., | ) | |
| | ) | |
| No. 10-1113 | ) | |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

**[PROPOSED] ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT**
**AGAINST DEFENDANT COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC.**

The Court hereby GRANTS Plaintiffs' motion for partial summary judgment on its claim

for breach of the Florida Building Code.


IT IS SO ORDERED.



DATED: _____          _____

                                        Judge Eldon E. Fallon
                                        United States District Court Judge

1