# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| Hobbie, et al. v. RCR Holdings II, LLC, et al., | JUDGE FALLON |
| No. 10-1113 | MAG. JUDGE WILKINSON |

## PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES ASSERTED IN DEFENDANT COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC.'S ANSWER

Plaintiff Wendy Lee Hobbie, on behalf of herself and the 181 named plaintiffs on the Complaint styled *Hobbie, et al. v. RCR Holdings II, LLC, et al.*, No. 10-1113 (E.D.LA.) (collectively, "Plaintiffs"), representing a total of 131 condominium units, hereby move the Court to strike Defendant Coastal Construction of South Florida, Inc.'s affirmative defenses relating to the economic loss rule, breach of implied warranty of fitness, and strict liability. In support of this motion, Plaintiffs submit a Memorandum of Law filed concurrently.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' motion.

DATED: January 17, 2012

Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C. 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.

1

4495 Military Trail, Suite 106
Jupiter, Florida 33458
Email:  acl@floridahardhatlaw.com
Telephone:   561.626.8880  / 954.776.5990
Facsimile:  561.626.8885

Joel R. Rhine
RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington  NC  28401
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
Telephone: (888) 981-0939
Facsimile: (919) 981-0199

Chris Coffin
PENDLEY BAUDIN & COFFIN, LP
Post Office Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Telephone:  (225) 687-6396

Stephen Mullins
LUCKEY & MULLINS
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Telephone:  (228) 875-3175
Facsimile:   (228) 872-4719

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 17th day of January, 2012.

                                        /s/ Gary E. Mason
                                        Gary E. Mason