011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt

1

1

2                    UNCERTIFIED ROUGH DRAFT ONLY

3                            * * *

4                    THIS DRAFT CANNOT BE QUOTED
      IN ANY PLEADINGS OR FOR ANY OTHER PURPOSE AND MAY
5                    NOT BE FILED WITH ANY COURT.

6    USE AT DEPOSITION OR ORDER OF THIS DRAFT CONSTITUTES
                    A TRANSCRIPT SALE.

7

8        This transcript draft is uncertified and may
      contain untranslated stenographic symbols, an
      occasional reporter's note, a misspelled proper
9     name, and/or nonsensical word combinations.  All
      such entries will be corrected on the final
10    certified transcript.
         Due to the need to correct entries prior to
11    certification, you agree to use this draft only for
      the purpose of augmenting counsel's notes and not to
12    use or cite it in any court proceeding.
         Please keep in mind that the final certified
13    transcript's page and line numbers will not match
      the rough draft, due to the addition of title pages,
14    indices, appearances of counsel, paragraphing and
      other changes.

15

16            Michele M. Moons, RPR, CMR, CRR
                        Planet Depos

17

18

19

20

21

22

23

24

25

2

1    Thereupon:

2                    SALVATORE REALE

3        A witness named in the notice heretofore filed,

4    being of lawful age and having been first duly

5    sworn, testified on his oath as follows:

6                    DIRECT EXAMINATION

7    BY MR. RHINE:

8        Q.   Will you please state your name for the

9    record?

10       A.   Salvatore Reale.

11       Q.   I am sorry?

12       A.   Salvatore Reale.

13       Q.   Can you spell that for me?

14       A.   R-e-a-l-e.

011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt

15    Q.   Mr. Reale, as I understand it you were the

16  general supervisor on the Villa Lago at Renaissance

17  Commons project.

18         (Whereupon, a discussion was held off

19      the record, after which the following

20      proceedings were held:)

21  BY MR. RHINE:

22    Q.   Mr. Reale, am I pronouncing it correctly?

23    A.   Good enough.

24    Q.   Try again?

25    A.   It's fine.
                                                    3

1    Q.   Mr. Reale, do you understand that you are

2  here today as a corporate representative of Coastal

3  Construction of South Florida doing business as

4  Coatal Condominiums?

5    A.   Yes.

6    Q.   Let me give you a little bit of

7  background.  Since the Defendant is a corporation I

8  can't depose the corporation, I can't go out and

9  talk to the building.  I have to talk to a person

10  and so we send out what is called a 30(b)(6) notice

11  and we ask the Defendant to identify a corporate

12  representative to speak on behalf of the

13  corporation.

14         Is that consistent with your understanding

15  of why you are here today?

16         MR. EVES:  Object.

17  BY MR. RHINE:

18    Q.   Do you understand why, how you are here

19  today to speak on behalf of the corporation?

20    A.   Yes.

21    Q.   Okay.  Now, we provided -- have you ever

22  had your deposition taken before?

23    A.   Once.

24    Q.   And in what case was that?

25    A.   I don't remember the name of it.
                                                    4

1    Q.   Was it the + Rolle matter?

2    A.   No.  Oh, maybe, I don't know.  I don't

3  remember if it was that one or not.

4    Q.   How long ago was it?

011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt

```
 6      A.    Yeah.
 7      Q.    Okay.  So I am just trying to get an
 8 identification of the document so I can move on and
 9 say these are true and authentic copies.
10      A.    Yeah, they are stamped.
11      Q.    No. 8s that a true and authentic copy of
12 the plans that were submitted and approved by the
13 Boynton Beach Building Department.
14      A.    Looks like it to me.
15      Q.    All right.  Exhibit No. 9, are those
16 copies of the plans that were submitted and approved
17 by the Boynton Beach Building Department for the
18 west building?
19      A.    It looks like it.
20      Q.    All right.  I am going to show you Exhibit
21 Nos. No. 10 and No. 11.  These were the copies that
22 I provided on the disk.  I think they came from
23 Coastal because there is no Bates number on them.
24           MR. EVES:  I believe so.
25                                            72

 1 BY MR. RHINE:
 2      Q.    Okay.  So showing you Exhibit Nos. No. 10
 3 and No. 11, are these copies of the plans for the
 4 east and west buildings that were submitted and
 5 approved by the Boynton Beach Building Department?
 6      A.    Well, it looks like it's stamped.  Yes.
 7      Q.    Okay.  Yes as to No. 10.  Now you are
 8 looking at No. 11.
 9      A.    Yes.
10      Q.    Thank you.  Isn't it true, sir, that
11 Coastal had no contracts with any of the individual
12 unit owners at Villa Lago.
13           MR. EVES:  Object to the form.
14           THE WITNESS:  I don't know about that.
15      Not that I am aware of, no.
16 BY MR. RHINE:
17      Q.    Okay.  All right.  Let me restate it then
18 because I asked you a question and you said not that
19 I am aware of, no.  It's kind of confusing.
20           Isn't it true, sir, that the only entity
```

Page 45

011312 Coastal Construction Salvatore Reale ROUGH DRAFT.txt

21    that Coastal had a contract with as the owner is RCR

22    Holdings II, LLC with regard to Villa Lago?

23              MR. EVES:  Objection.

24              THE WITNESS:  I would say yes.

25                                                73

1    BY MR. RHINE:

2        Q.   And there were no contracts between

3    Coastal and any persons that RCR Holdings II, LLC

4    would have sold property to such as the unit owners

5    or the unit owners homeowner's association?

6              MR. EVES:  I am going to object and ask

7         for another off the record.

8              (Whereupon, a discussion was held off

9         the record, after which the following

10        proceedings were held:)

11             MR. EVES:  Back on the record.

12             MR. RHINE:  We have a stipulation

13        between the Plaintiffs and Coastal that there

14        exists no privity of contract between the unit

15        owners and Coastal.

16             MR. MEYERS:  Your unit owners.

17             MR. RHINE:  My unit --

18             MR. MEYERS:  There is RCR.

19             MR. RHINE:  + Hobbie Plaintiffs, the

20        Hobbie Plaintiffs.

21             MR. EVES:  Right.

22             MR. RHINE:  And Coastal and that there

23        has been no stipulation as to privity with the,

24        between the HOA and Coastal.

25             MR. EVES:  Yeah.
                                                74

1              MR. RHINE:  Okay.  Is that correct?

2              MR. EVES:  Yes.

3              MR. RHINE:  Thank you.

4    BY MR. RHINE:

5        Q.   Are you familiar with the contract

6    documents?

7        A.   Am I familiar with them?  No.  Have I seen

8    them?  Yes.

9        Q.   Okay.  Are you familiar with the 82011997

10   general conditions?