UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| Hobbie, et al. v. RCR Holdings II, LLC, et al., | ) ) ) | JUDGE FALLON |
| No. 10-1113 | ) ) ) ) | MAG. JUDGE WILKINSON |

**[PROPOSED] ORDER ON MOTION TO STRIKE AFFIRMATIVE DEFENSES ASSERTED IN DEFENDANT, COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC.'S, ANSWER**

The Court hereby GRANTS Plaintiffs' motion to strike Defendant's affirmative defenses alleged in ¶¶ 29, 30, 31, 32 and 34 of its Answer and Affirmative Defenses relating to the economic loss rule, breach of implied warranty of fitness, and strict liability.

IT IS SO ORDERED.

DATED: _____     _____
                                                                                        Judge Eldon E. Fallon
                                                                                        United States District Court Judge

1