# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED<br>DRYWALL PRODUCTS<br>LIABILITY LITIGATION | )<br>)<br>) | MDL NO. 2047 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| Hobbie, et al.  v.<br>RCR Holdings II, LLC, et al.,<br>No. 10-1113 | )<br>)<br>) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Plaintiff Wendy Hobbie's Motion to Strike Affirmative Defenses Asserted in Defendant Coastal Construction of South Florida, Inc.'s Answer will be submitted for consideration on March 22, 2012 at 9:00 a.m.

January 17, 2012

WHITFIELD BRYSON & MASON LLP

/s/ Gary E. Mason
1625 Massachusetts Avenue, NW
Suite 605
Washington, DC  20036
Telephone: (202) 429-2290
gmason@masonlawdc.com

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Email:  acl@floridahardhatlaw.com
Tel.   561.626.8880  / 954.776.5990
Fax.  561.626.8885
Cell.  954.562.9199

Joel R. Rhine
RHINE LAW FIRM

314 Walnut Street, Suite 1000  
Wilmington  NC  28401  
Telephone:  (910) 772-9960  
Facsimile:   (910) 772-9062  

Daniel K. Bryson  
WHITIFIELD BRYSON & MASON LLP  
1305 Navaho Drive, Suite 400  
Raleigh, NC 27609-7482  
Telephone: (888) 981-0939  
Facsimile: (919) 981-0199  

Chris Coffin  
PENDLEY BAUDIN & COFFIN, LP  
Post Office Drawer 71  
24110 Eden Street  
Plaquemine, Louisiana 70765  
Telephone:  (225) 687-6396  

Stephen Mullins  
LUCKEY & MULLINS  
2016 Bienville Blvd  
P.O. Box 990  
Ocean Springs, MS 39564  
Telephone:  (228) 875-3175  
Facsimile:   (228) 872-4719  

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 17th day of January, 2012.

/s/ Gary E. Mason
Gary E. Mason