UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL　　MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Hobbie et al*
*v.*
*RCR Holdings II LLC, et al.;*

Case No. *10-1113*
_____/

## DEFENDANT'S, RCR HOLDINGS II LLC'S, NOTICE OF ADOPTION OF PRECISION DRYWALL INC'S MOTION TO DISMISS REGARDING ATTORNEY FEES

PLEASE TAKE NOTICE that Defendant, RCR Holdings II LLC, by and through its undersigned counsel adopts Precision Drywall's argument in its Motion to Dismiss regarding Plaintiffs' prayer for relief regarding attorney fees set forth in such Motion to Dismiss, filed on January 17, 2012; see page 14 of such Motion.

Respectfully Submitted,

LUKS SANTANIELLO PETRILLO & JONES
Attorneys for Defendant, RCR HOLDINGS II, LLC
301 Yamato Road, Suite 1234
Boca Raton, Florida 33431
Tele: (561) 893-9088
Fax: (561) 893-9048

By: /s/ *Lysa M. Friedlieb*
　　　Lysa M. Friedlieb
　　　Florida Bar No. 898538
　　　lfriedlieb@ls-law.com

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of January, 2012.

          LUKS SANTANIELLO PETRILLO & JONES
          Attorneys for Defendant, RCR HOLDINGS II, LLC
          301 Yamato Road, Suite 1234
          Boca Raton, Florida 33431
          Tele:  (561) 893-9088
          Fax:  (561) 893-9048

          By:  */s/ Lysa M. Friedlieb*
                Lysa M. Friedlieb
                Florida Bar No. 898538
                lfriedlieb@ls-law.com