007028.000004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | |

_____/

## COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.'S
## MOTION TO REMAND

COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC. (Coastal), by and through undersigned counsel, hereby files its Motion for Remand and states the following:

1. The above-styled matter was transferred to the MDL as a tag-along action under Conditional Transfer Order (CTO-16) pursuant to 28 U.S.C. §1407 after it was remanded to the Southern District based on a Notice of Removal filed by Banner Supply Company (Banner).

2. Upon receiving the Notice of Removal filed by Banner, the Southern District Court should have declined the Remand sought by Banner in this case for the reasons set forth in the Memorandum of Law filed concurrently.

3. Defendant requests this Court send a suggestion to the Southern District Court that the case be remanded back to the original court, the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida pursuant to 28 U.S.C. §1332.

**WHEREFORE**, COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC., respectfully requests the Court grant Coastal's Motion to Remand and send the case back to the Southern District with instructions to remand the case back to the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida, and grant any further relief this Court finds proper.

Respectfully submitted,

Dated: January 17, 2012

/s/ Addison J. Meyers
Addison J. Meyers, Esq.
Fl Bar No. 267041
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

/s/ Brian A. Eves
Brian A. Eves, Esq.
FL Bar No. 43794
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 17th day in January, 2012.

                                    <u>/s/ Addison J. Meyers</u>
                                    Addison J. Meyers