## RENAISSANCE COMMONS MASTER LIST

| Name | Affected Property | Residence |
|---|---|---|
| Leonard Axelrod and Rivka Axelrod, Co-Trustees of The Leonard and Rivka Axelrod 2007 Revocable Trust | Building 1660 Unit 2519 | 5353 Toscana Trail Boynton Beach, FL 33437 |
| Baez, Dava | Building 1690 Unit 1528 | 2623 West Bay Isle Drive, SE St. Petersburg, FL 33705 |
| Balassone, Arthur and Barbara | Building 1690 Unit 1611 Building 1660 Unit 2404 | 39 Farrington Street West Caldwell, NJ 07006 |
| Baron, Allen | Building 1660 Unit 2407 | 9274 NW 9th Court Plantation, FL 33324 |
| Bashein, Joyce | Building 1660 Unit 2630 | 2240 Greenview Cove Drive Wellington, FL 33414 |
| Bast, Peter and Robin | 1690 Renaissance Commons Blvd # 1428 Boynton Beach, FL 33426 | 5570 Spring Lake Terrace Boynton Beach, FL 33437 |
| Bragoli, Frank and Carolyn | Building 1690 Unit 1314 | 51 Roundtree Drive Melville, NY 11747 |
| Brice, Philip | Building 1690 Unit 1227 | Building 1690 Unit 1227 |
| Camastro, Francesco and Georgina | Building 1660 Unit 2508 | 3530 Stedford Rd. Oakville, Ontario Canada L6L6G1 |
| Cammarata, Louis and Michele | Building 1660 Unit 2503 | 27 Rockledge Place Cedar Grove, NJ 07009 |
| Janet Olive Campbell, as Trustee of the Bryan Olive Trust U/W July 12, 2006 | Building 1660 Unit 2208 | 30 Holly Street, Apt. 1404 Toronto, Ontario Canada M4S3C2 |
| Carbone, David and Rachael | Building 1660 Unit 2316 | 145 Mimosa Drive Sewell, NJ 08080 |



EXHIBIT B

| Name | Unit | Address |
|---|---|---|
| Casalengo, Roger and Kramer, Betty Ann | Building 1690 Unit 1324 | Roger Casalengo:<br>8370 Whispering Oaks Way<br>West Palm Beach<br>Florida 33411<br>Betty Ann Kramer:<br>4531 N. 40th Street<br>Arlington, VA  22207 |
| Chandra, Shalini | Building 1660 Unit 2102 | 8533 Briar Rose Point<br>Boynton, Beach, FL 33437 |
| Cohen, Jay and Shari | Building 1690 Unit 1405 | 17 Winding Ridge<br>Oakland, NJ 07436 |
| Cohen, Richard | Building 1660 Unit 2624 | 3545 Katrina Drive<br>Yorktown Heights, NY 10598 |
| Conlin, Patrick | Building 1690 Unit 1218 | 123 Erlanger Blvd.<br>North Babylon, NY  11703 |
| Copello, Victor and Pamela | Building 1660 Unit 2204 | 47 Pine Lake Terrace<br>River Vale, NJ 07675 |
| Csakanyos, Renata and Antal, Gyorgy | 1660 Renaissance Commons Blvd, Unit 2126<br>Boynton Beach, FL 33426 | 1660 Renaissance Commons, Unit 2126<br>Boynton Beach, FL 33426 |
| Dalal, Arish Peter and Alpa | Building 1690 Unit 1401 | Residence:<br>11 Chestnut Lane,<br>Woodbury NY, 11797<br>Mailing Address:<br>600 Shames Drive<br>Westbury, NY 1159 |
| D'Ambrosio, Angelo and Deborah | 1660 Renaissance Commons Blvd, Unit 2305<br>Boynton Beach, FL 33426 | 1 Scenic View Court<br>Dix Hill, NY 11746 |
| Denavea,  Marta | 1690 Renaissance Commons Blvd # 1224<br>Boynton Beach, FL 33426 | 6716 Via Rienzo<br>Lake Worth, FL 33467 |
| Denavea, Martha Lisa | 1690 Renaissance Commons Blvd. # 1429<br>Boynton Beach, FL 33426 | 7510 Greenville Cir.<br>Lake Worth, FL 33467 |
| Dileo, Carl | Building 1690 Unit 1610 | 634 Glen Court<br>Turnersville, NJ 08012 |
| Ditianquin, Marlon | 1690 Renaissance Commons Blvd, Unit 1309 | 1690 Renaissance Commons Blvd, Unit 1309 |
| Edwards, Trenice | Building 1660 Unit 2329 | 1745 NW 74th Ave.<br>Plantation, FL 33313 |

| Name | Property | Address |
|---|---|---|
| Englander, Mark | Building 1690 Unit 1508 | 2 Bay Club Drive, Apt 11V<br>Bayside, NY 11360 |
| Ercolino, Vincent | Building 1690 Unit 1206 | 8054 Stirrup Cay Court<br>Boynton Beach, Florida 33436 |
| Eubank, Richard | 1660 Renaissance Commons Blvd # 2619<br>Boynton Beach, FL 33426 | Mailing Address:<br>P.O.Box 742183<br>Boynton Beach, FL 33474<br>Residence:<br>1660 Renaissance Commons Blv |
| Figueroa, Kathryn | 1660 Renaissance Commons Blvd., Unit 2621<br>Boynton Beach, FL 33426 | 2100 Springdale Blvd. Unit Y316   Palm Springs, FL 33461 |
| Flaherty, Sean | Building 1660 Unit 2514<br>Building 1690 Unit 1402 | 157 Highland Avenue<br>Midland Park, NJ 07432 |
| Gani, Jacques and Rose | Building 1660 Unit 2525 | 2466 East 14th Street<br>Brooklyn, NY 11235 |
| Gazzal, Joseph and Candace | 1660 Renaissance Commons Blvd, Unit 2224 | 118 Tarlton Drive<br>Utica, NY 13502 |
| Gottlob, Alan and Toni Ann and Melchiorre, John and Barbara | 1660 Renaissance Commons Blvd. # 2307 | 112 Bunning Dr.<br>Voorhes, NJ 08043 |
| Grace, Khadijeh | 1660 Renaissance Commons Blvd. # 2209<br>Boynton Beach, FL 33426 | 1660 Renaissance Commons Blvd. # 2209<br>Boynton Beach, FL 33426 |
| Graham, Michael and Dayton, Glenn | 1690 Renaissance Commons Blvd., Unit 1623<br>Boynton Beach, FL 33426 | Glenn Dayton:<br>1690 Renaissance Commons Blvd. 1623<br>Boynton Beach, FL 33426<br>Micheal Graham<br>8461 Lake Worth Road<br>Su |
| Hahn, Letitia | Building 1690 Unit 1221 | Building 1690 Unit 1221 |
| Haworth Holdings, LLC (Hill, Michael and Eileen) | 1660 Renaissance Commons Blvd # 2226 | Mailing Address:<br>PO Box 560922<br>Miami FL 33256<br>Residence: Moving to UK - will forward new address when hom is built |
| Hobbie, Wendy Lee | 1690 Renaissance Commons Blvd. # 1411<br>Boynton Beach, FL 33426 | 1690 Renaissance Commons Blvd. # 1411<br>Boynton Beach, FL 33426 |
| Investment Leaders, LLC (Morenstein, Robert) | Building 1660 Unit 2215 | 7845 Montecito Place<br>Delray Beach, FL 33446 |

| | | |
|---|---|---|
| Irvin, Timothy and Karen | Building 1690 Unit 1216 | 22017 Crested Quail Drive Ashburn, VA 20148 |
| Jioia, Perry and Alice | 1690 Renaissance Commons Blvd. Unit 1327 | 20 Dell Court Staten Island, NY 10307 |
| Jioia, Robert and Lori | 1660 Renaissance Commons, Unit 2521 Boynton Beach, FL 33426 | 1471 Park Street Atlantic Beach, NY 11509 |
| Johnson, Steve and Knoth, Mark | 1690 Renaissance Commons Blvd # 1622 Boynton Beach, FL 33426 | 1012 NE 4th St Ft Lauderdale, FL 33301 |
| Jolly, Charles and Barbara | Building 1690 Unit 1626 | 7616 Pinewalk Drive S. Margat, FL 33063 |
| Jordan, William | Building 1690 Unit 1317 | 27 Fernwood Drive Commack, NY 11725 |
| Julia, Juan Carlos and Martha | Building 1690 Unit 1521 | 7555 Oak Grove Circle Lake Worth, FL 33467 |
| Kallfelz, Marita | Building 1690 Unit 1315 | 2012 S. Federal Highway Apt. F-205 Boynton Beach, FL 33435 |
| Kaufman, Leslie | 1690 Renaissance Commons Blvd. # 1307 Boynton Beach, FL 33426 | 1690 Renaissance Commons Blvd. # 1307 Boynton Beach, FL 33426 |
| Kellner, Alan and Ilana | Building 1690 Unit 1310 | 13518 Carrick Green Court Delray Beach, Fl 33446 |
| Klemm, Timothy | Building 1660 Unit 2104 | 6737 Columbia Ave. Lake Worth, FL 33467 |
| Kolich, John and Susanna | Building 1690 Unit 1519 Building 1690 Unit 1614 | 9961 NW 60th Place Parkland, Florida 33076 |
| Kovens, Arthur and Martha | 1660 Renaissance Commons Blvd. Unit 2527 | 2011 Burdock Road Baltimore, MD 21209 |
| Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd # 2310 | 8068 Montserrat Place Wellington, FL 33414 |
| Howard Krause as Trustee of the Naomi Krause Revocable Trust, dated March 26, 2001 | Building 1690 Unit 1109 | 12151 Dunhill Drive Boynton Beach, Fl 33437 |

| | | |
|---|---|---|
| Kroll, Brian and Naida | Building 1660 Unit 2107 | 1640 Oakwood Drive W-102 Narberth, PA 19072 |
| Kropf, Leneva Jean | Building 1690 Unit 1205 | 16625 Lyonhurst Circle Northville, MI 48167 |
| LaSala, Anthony and Brian | Building 1660 Unit 2421 | 2 Strathmere Street Waretown, NJ 08758 |
| Lattanzio, Frank | Building 1660 Unit 2510 | 4093 Maurice Drive Delray Beach, FL 33445 |
| Lemberg, Mark and Diana | Building 1690 Unit 1328 | 28 Hart Street Port Jefferson Station, NY 11776 |
| Leone, Michael | 1690 Renaissance Commons Blvd, Unit 1202 | 1690 Renaissance Commons Blvd, Unit 1202 |
| Lewis, Lesley | 1690 Renassaince Commons Blvd Unit # 1223 | 1690 Renassaince Commons Blvd Unit # 1223 |
| Barry Litwin and Mel Litwin (A/K/A Melvin Litwin) as Trustee of the Mel Litwin (A/K/A Melvin Litwin) Declaration of Trust, u/a/d 2/28/06 | 1690 Renaissance Commons Blvd. Unit 1409 | 11129 Malaysia Circle Boynton Beach, FL 33437 |
| LLG Investment Properties, LLC (Joseph Lanza) | Building 1660 Unit 2611 | 54 Broad Avenue Palisades Park, NJ 07650 |
| L & L South Florida Realty, LLC (Joseph Lanza) | Building 1660 Unit 2512 | 54 Broad Avenue Palisades Park, NJ 07650 |
| Loutfy, Tarek and Andrea | Building 1660 Unit 2424 | 203 Prancer Rd. Egg Harbor TWP, NJ 08234 |
| Luntz, George and Adrienne | Building 1660 Unit 2516 Building 1660 and 2501 | 907 Hyacinth Drive Delray Beach, Fl 33483 |
| Madigan, Murphy | Building 1660 Unit 2119 | 9715 Pandanus Way Boynton Beach, FL 33436 |
| Maesel, Shawn | Building 1660 Unit 2417 | Mailing: 105 East Palmetto Park Rd. Boca Raton, FL 33432 Residence: 4658 Pinetree Drive Boynton Beach, FL 33436 |

| | | |
|---|---|---|
| Maness, Danielle Lee | Building 1690 Unit 1128 | Building 1690 Unit 1128 |
| Marks, Edward | Building 1660 Unit 2118 | 2901 Clint Moore Rd # 190<br>Boca Raton, FL 33496 |
| Meinholz, Nancy | 1660 Renaissance Commons Blvd # 2211 | Mailing Address:<br>P.O. Box 273197<br>Boca Raton, Fl 33427-3197<br>Residence:<br>Renaissance Commons Blvd # 2211 |
| Michaud, Claude and Laidlaw, Melissa | Building 1690 Unit 1502 | Building 1690 Unit 1502 |
| Miller, Robert | Building 1660 Unit 2205 | Building 1660 Unit 2205 |
| Miller, William and Teresa | Building 1660 Unit 2608 | 510 Buxmont Street<br>Philidelphia, PA 19116 |
| Minuto, Michael | Building 1660 Unit 2629 | 25 Donner Path<br>Roundrock, TX 77681 |
| Mogor, Melissa | 1660 Renaissance Commons Unit 2420<br>Boynton Beach, FL 33426 | 1148 Hidden Ridge # 2271<br>Irving, TX 75038 |
| Molina, Carlos and Margarita | 1690 Renaissance Commons Blvd # 1308 | 7082 Michigan Isle Road<br>Lake Worth, FL 33467 |
| Murray, Brian | Building 1660 Unit 2623 | 9 Maple Ave.<br>Farmingdale, NY 11735 |
| Murray, Paul | Building 1690 Unit 1522 | Building 1690 Unit 1522 |
| Murray, Paul and Lois | Building 1660 Unit 2415 | 19 Maple Ave.<br>Farmingdale, NY 11735 |
| Okaily, Aly and Rhoda | Building 1690 Unit 1412 | 902 Winding River Lane<br>Phoenixville, PA 19460 |
| Ovicher, Joseph and Celine | Building 1690 Unit 1417 | 73-37 Austin Street, Apt 5A<br>Forest Hills, NY 11375 |

| Name | Property | Address |
|---|---|---|
| Panico, Frank and Fay Teller | Building 1660 Unit 2528 | 236 Cardinal Lane<br>Delray Beach, FL 33445 |
| Pereca, Joel | 1690 Renaissance Commons Blvd # 1211 | 16 Pinecone Lane<br>Commack, NY 11725 |
| Piccolo, John and Ann | 1660 Renaissance Commons Blvd, Unit 2308 | 552 West Market St.<br>Long Beach, NY 11561 |
| Polovin, Annette | Building 1690 Unit 1512 | 7622 Playa Rienta Way<br>Delray Beach, FL 33446 |
| Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd # 2210<br>Boynton Beach, FL 33426 | 1660 Renaissance Commons Blvd # 2210<br>Boynton Beach, FL 33426 |
| Poplausky, Maurice and Hanna | Building 1690 Unit 1529 | 61 Country Ridge Drive<br>Rye Brook, NY 10573 |
| Proske, Allan and Rebecca | Building 1660 Unit 2523 | 27 Rifkin Court<br>Manalapan, NJ 07726 |
| Ramos, Joseph and Mariann | Building 1660 Unit 2227 | Building 1660 Unit 2227 |
| Ramos, Manuel and Lavinia | Building 1660 Unit 2606 | 10100 SW 1st Street<br>Plantation, FL 33324 |
| Rayman, Birgitta | Building 1660 Unit 2109 | 920 SE 5th Terrace<br>Pompano Beach, FL 33060 |
| Renzetti, Nicholas and Adrienne | Building 1690 Unit 1321 | 2347 East 1st Street<br>Broolyn, NY 11223 |
| Martin Riback, as Trustee of the Martin Riback Revocable Trust Agreement dated April 4, 1997 | Building 1690 Unit 1212<br>Building 1690 Unit 1410 | 5695 Vintage Oaks Circle<br>Delray, Beach, FL 33484 |
| Richman, Steven and Marsha | Building 1690 Unit 1422 | 5376 NW 106th Drive<br>Coral Springs, FL 33076 |
| RMM Investments, LLC (Ijac, David and Jodie) | Building 1660 Unit 2112<br>Building 1690 Unit 1103 | 18074 Sentinel Circle<br>Boca Raton FL 33496 |
| Rovezzi, James and Narcissa | Building 1660 Unit 2418 | 4 Beckley Place,<br>Boynton Beach, FL 33426 |

| | | |
|---|---|---|
| Sabatino, Dominic and Hiskey, Richard | Building 1660 Unit 2518 | Sabatino, Dominic<br>22718 Rim Rock Ct.<br>Saugus, CA 91390<br>Hiskey, Richard<br>2046 Prospect Ave.<br>Hermosa Beach, CA 90254 |
| Santillo, Keith | 1690 Renaissance Commons Blvd Unit # 1323<br>Boynton Beach, FL 33426 | 1690 Renaissance Commons Blvd Unit # 1323<br>Boynton Beach, FL 33426 |
| Schmidt, David and Karen | Building 1690 Unit 1615 | 2 Bates Court<br>Sewell, NJ 08080 |
| Schour, Stephen and Mitchell, Susan | Building 1690 Unit 1106 | Stephen Schour<br>7393 Modena Drive<br>Boynton Beach, FL 33437<br>Susan Mitchell:<br>255 South Eudora<br>Denver, CO 80246 |
| Shaya, Samuel | Building 1690 Unit 1628 | 641 Banner Ave.<br>Brooklyn, NY 11235 |
| Sheperd, Wesley | Building 1690 Unit 1603<br>Building 1660 Unit 2614 | 2851 S. Ocean Blvd. Apt 7L<br>Boca Raton, Fl 33432 |
| Siegel, Sandra | 1690 Renaissance Commons Blvd. # 1427<br>Boynton Beach, FL 33426 | 101 Doolen Court<br>Apt. 104b<br>North Palm Beach, FL 33408 |
| Smith, Kelly | Building 1660 Unit 2427 | Building 1660 Unit 2427 |
| Stock, Amir and Bella | Building 1660 Unit 2130 | 18 Cherokee Lane<br>Commack, NY 11725 |
| Taylor, Lloyd and Hoxter, Scott | Building 1660 Unit 2603 | 7459<br>South Military Trail<br>Lake Worth FL 33463 |
| Tempel, Harvey and Lisa | Building 1660 Unit 2312<br>Building 1660 Unit 2323 | 2049 Prospect Ave.<br>Hermosa Beach, CA 90254 |

| | | |
|---|---|---|
| Thompson, Venesia and Logan, Susan | Building 1690 Unit 1226 | Susan Logan:<br>330 NE 26th Avenue<br>Unit 117<br>Boynton Beach, FL 33435<br>Venesia Thompson:<br>1983 Hopkins Street<br>Berkley, CA |
| Tilmann, Stacy Ann and Noah, Kimberly | Building 1660 Unit 2502 | 5521 Lakeside Drive, #102<br>Margate, FL 33063 |
| Tuller Investments LLC (Tuller, Elaine) | Building 1690 Unit 1419 | 211 East 70th St., Apt. 22B<br>NY, NY 10021 |
| Twin Crest Associates, LLC (Livaich, Peter) | Building 1660 Unit 2212 | 117 Bunning Drive<br>Voorhees, NJ 08043 |
| Vargas, Odilio | Building 1690 Unit 1424 | 737 Townside Drive<br>Vista, CA 92084 |
| Verderame, Frances | Building 1690 Unit 1219 | 15948 D'Alene Drive<br>Delray Beach, FL 33446 |
| Wiley, Thad | Building 1660 Unit 2218<br>Building 1660 Unit 2124<br>Building 1660 Unit 2111 | 5809 Irving Ave.<br>La Crescenta, CA 91214 |
| Wood, John and Beatrice | Building 1660 Unit 2214 | 508 High Street<br>Hampton, NH 03842 |
| Wojcik, Walter Jr. and Lydia | Building 1660 Unit 2626 | 171 Washington Avenue<br>Clifton, NJ 07011 |
| Yasinski, Joseph and Barbara | Building 1660 Unit 2302 | 8627 San Andros<br>West Palm Beach, FL 33411 |
| Young, Ramona and Id-Deen, Suluki | Building 1660 Unit 2106 | Young, Ramona:<br>9966 Boynton Gardens Way<br>Boynton Beach, FL 33437<br>Id-Deen, Suluki:<br>8429 Bonita Isle Drive<br>Lake Worth, FL 33467 |
| Zagalsky, Yefim and Alekseyeva, Yelena | Building 1690 Unit 1418 | 58 Nottingham Drive<br>Old Bridge, NJ 08857 |
| Zhou, Zhongmin and Huang, Qinxi | Building 1660 Unit 2416 | 7173 Copperfield Circle<br>Lake Worth, FL 33467 |
| Zitner, Sheldon | 1690 Renaissance Commons Blvd # 1311<br>Boynton Beach, FL 33426 | 1690 Renaissance Commons Blvd # 1311<br>Boynton Beach, FL 33426 |