| | Villa Lago at Renaissance Commons | | | | | |
|---|---|---|---|---|---|---|
| | Residency of Plaintiffs Named on Second Amended Complaint | | | | | |
| Unit | First Name | Last Name | Street Address | City | State | Zip Code |
| 1103 | RMM Investments, LLC | | 18074 Sentinel Circle | Boca Raton | FL | 33496 |
| 1106 | Stephen | Schour | 7393 Modena Drive | Boynton Beach | FL | 33437 |
| 1109 | Howard and Naomi | Krause | 12151 Dunhill Drive | Boynton Beach | FL | 33437 |
| 1128 | Danielle Lee | Maness | 1690 Renaissance Commons Blvd., Unit 1128 | Boynton Beach | FL | 33426 |
| 1206 | Vincent | Ercolino | 8054 Stirrup Cay Court | Boynton Beach | FL | 33436 |
| 1212 | Martin | Riback | 5695 Vintage Oaks Circle | Delray Beach | FL | 33484 |
| 1219 | Frances | Verderame | 16020 D'Alene Drive | Delray Beach | FL | 33446 |
| 1221 | Letitia | Hahn | 1690 Renaissance Commons Blvd., Unit 1221 | Boynton Beach | FL | 33426 |
| 1223 | Lesley | Lewis | 1690 Renaissance Commons Blvd., Unit 1223 | Boynton Beach | FL | 33426 |
| 1224 | Marta | Denavea | 6716 Via Rienzo | Lake Worth | FL | 33467 |
| 1227 | Philip | Brice | 1690 Renaissance Commons Blvd., Unit 1227 | Boynton Beach | FL | 33426 |
| 1307 | Leslie | Kaufman | 1690 Renaissance Commons Blvd., Unit 1307 | Boynton Beach | FL | 33426 |
| 1308 | Carlos and Margarita | Molina | 7082 Michigan Isle Road | Lake Worth | FL | 33467 |
| 1309 | Marlon | Ditianquin | 1690 Renaissance Commons Blvd., Unit 1309 | Boynton Beach | FL | 33426 |
| 1310 | Alan and Ilana | Kellner | 13518 Carrick Green Court | Delray Beach | FL | 33446 |
| 1311 | Sheldon | Zitner | 1690 Renaissance Commons Blvd., Unit 1311 | Boynton Beach | FL | 33426 |
| 1315 | Marita | Kallfelz | 2012 S. Federal Highway, Apt. F-205 | Boynton Beach | FL | 33435 |
| 1323 | Keith | Santillo | 1690 Renaissance Commons Blvd., Unit 1323 | Boynton Beach | FL | 33426 |
| 1324 | Roger | Casalengo | 8370 Whispering Oaks Way | West Palm Beach | FL | 33411 |
| 1409 | Barry | Litwin | 1690 Renaissance Commons Blvd., Unit 1409 | Boynton Beach | FL | 33426 |
| | Mel | Litwin | 11129 Malaysia Circle | Boynton Beach | FL | 33437 |
| 1410 | Martin | Riback | 5695 Vintage Oaks Circle | Delray Beach | FL | 33484 |
| 1411 | Wendy Lee | Hobbie | 1690 Renaissance Commons Blvd., Unit 1412 | Boynton Beach | FL | 33426 |
| 1422 | Steven and Marsha | Richman | 5376 NW 106th Drive | Coral Springs | FL | 33076 |
| 1427 | Sandra | Siegel | 101 Doolen Court, Apt. 104b | North Palm Beach | FL | 33408 |
| 1428 | Peter and Robin | Bast | 5570 Spring Lake Terrace | Boynton Beach | FL | 33437 |
| 1429 | Martha Lisa | Denavea | 7510 Greenville Circle | Lake Worth | FL | 33467 |
| 1512 | Annette | Polovin | 7622 Playa Rienta Way | Delray Beach | FL | 33446 |
| 1519 | John and Susanna | Kolich | 9961 NW 60th Place | Parkland | FL | 33076 |
| 1521 | Juan Carlos and Martha | Julia | 7555 Oak Grove Circle | Lake Worth | FL | 33467 |
| 1522 | Paul | Murray | 4652 Palo Verde Drive | Boynton Beach | FL | 33436 |
| 1528 | Dava | Baez | 2623 West Bay Isle Drive, SE | St. Petersburg | FL | 33705 |
| 1603 | Wesley | Sheperd | 2851 S. Ocean Blvd., Apt 7L | Boca Raton | FL | 33432 |
| 1614 | John and Susanna | Kolich | 9961 NW 60th Place | Parkland | FL | 33076 |
| 1622 | Steve | Johnson | 1012 NE 4th Street | Ft. Lauderdale | FL | 33301 |
| | Mark | Knoth | 1012 NE 4th Street | Ft. Lauderdale | FL | 33301 |
| 1623 | Glenn | Dayton | 8301 Coconut Grove | Land o'Lakes | FL | 34639 |
| | Michael | Graham | 15284 Tangerine Blvd. | Loxahatchee | FL | 33470 |
| 1626 | Charles and Barbara | Jolly | 7616 Pinewalk Drive S. | Margate | FL | 33063 |
| 2102 | Shalini | Chandra | 8533 Briar Rose Point | Boynton Beach | FL | 33437 |
| 2104 | Timothy | Klemm | 6737 Columbia Ave. | Lake Worth | FL | 33467 |
| 2106 | Ramona | Young | 9966 Boynton Gardens Way | Boynton Beach | FL | 33437 |
| | Suluki | Id-Deen | 8429 Bonita Isle Drive | Lake Worth | FL | 33467 |
| 2109 | Birgitta | Rayman | 920 SE 5th Terrace | Pompano Beach | FL | 33060 |
| 2112 | RMM Investments, LLC | | 18074 Sentinel Circle | Boca Raton | FL | 33496 |
| 2118 | Edward | Marks | 7482 Fenwick Place | Boca Raton | FL | 33496 |
| 2119 | Murphy | Madigan | 9715 Pandanus Way | Boynton Beach | FL | 33436 |
| 2126 | Gyorgy Antal and Renata Csakanyos | | 1660 Renaissance Commons Blvd., Unit 2126 | Boynton Beach | FL | 33426 |
| 2205 | Robert | Miller | 1660 Renaissance Commons Blvd., Unit 2205 | Boynton Beach | FL | 33426 |
| 2209 | Khadijeh | Grace | 1660 Renaissance Commons Blvd., Unit 2209 | Boynton Beach | FL | 33426 |
| 2210 | Nathalie and George | Polychronopoulos | 1660 Renaissance Commons Blvd., Unit 2210 | Boynton Beach | FL | 33426 |
| 2211 | Nancy | Meinholz | 1660 Renaissance Commons Blvd., Unit 2211 | Boynton Beach | FL | 33426 |
| 2215 | Investment Leaders, LLC | | 7845 Montecito Place | Delray Beach | FL | 33446 |
| 2226 | Haworth Holdings, LLC | | 8101 SW 140th Terrace | Miami | FL | 33158 |
| 2227 | Mariann and Joseph | Ramos | 1660 Renaissance Commons Blvd., Unit 2227 | Boynton Beach | FL | 33426 |
| 2310 | Ronald and Anita | Kramer | 8068 Montserrat Place | Wellington | FL | 33414 |
| 2329 | Trenice | Edwards | 1745 NW 74th Avenue | Plantation | FL | 33313 |
| 2407 | Allen | Baron | 9274 NW 9th Court | Plantation | FL | 33324 |
| 2416 | Zhongmin Zhou and Qinxi Huang | | 7173 Copperfield Circle | Lake Worth | FL | 33467 |
| 2417 | Shawn | Maesel | 4658 Pinetree Drive | Boynton Beach | FL | 33436 |
| 2418 | James and Narcissa | Rovezzi | 1660 Renaissance Commons Blvd., Unit 2418 | Boynton Beach | FL | 33426 |
| 2427 | Kelly | Smith | 1660 Renaissance Commons Blvd., Unit 2427 | Boynton Beach | FL | 33426 |
| 2501 | George and Adrienne | Luntz | 907 Hyacinth Drive | Delray Beach | FL | 33483 |
| 2502 | Stacy Ann | Tilmann | 5521 Lakeside Drive, # 102 | Margate | FL | 33063 |
| | Kimberly | Noah | 5521 Lakeside Drive, # 102 | Margate | FL | 33063 |



EXHIBIT C

## Villa Lago at Renaissance Commons
### Residency of Plaintiffs Named on Second Amended Complaint

| Unit | First Name | Last Name | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 2510 | Frank | Lattanzio | 4093 Maurice Drive | Delray Beach | FL | 33445 |
| 2516 | George and Adrienne | Luntz | 907 Hyacinth Drive | Delray Beach | FL | 33483 |
| 2519 | Leonard and Rivka | Axelrod | 5353 Toscana Trail | Boynton Beach | FL | 33437 |
| 2528 | Frank and Fay Teller | Panico | 236 Cardinal Lane | Delray Beach | FL | 33445 |
| 2603 | Lloyd | Taylor | 132 Periwinkle Drive | Hypoluxo | FL | 33462 |
|  | Scott | Hoxter | 7861 Manor Forest Lane | Boynton Beach | FL | 33436 |
| 2606 | Manuel and Lavinia | Ramos | 10100 SW 1st Street | Plantation | FL | 33324 |
| 2614 | Wesley | Sheperd | 2851 S. Ocean Blvd., Apt 7L | Boca Raton | FL | 33432 |
| 2619 | Richard | Eubank | 1660 Renaissance Commons Blvd., Unit 2619 | Boynton Beach | FL | 33474 |
| 2621 | Kathryn | Figueroa | 2100 Springdale Blvd., Unit Y316 | Palm Springs | FL | 33461 |
| 2630 | Joyce | Bashein | 2240 Greenview Cove Drive | Wellington | FL | 33414 |
|  |  |  |  |  | FL Total | 76 |
|  |  |  |  |  |  |  |
| 1106 | Susan | Mitchell | 255 South Eudora | Denver | CO | 80246 |
|  |  |  |  |  | CO Total | 1 |
|  |  |  |  |  |  |  |
| 1202 | Michael | Leone | 26 Lex Avenue, Plainview | Long Island | NY | 11803 |
| 1211 | Joel | Pereca | 16 Pinecone Lane | Commack | NY | 11725 |
| 1218 | Patrick | Conlin | 123 Erlanger Blvd. | North Babylon | NY | 11703 |
| 1314 | Frank and Carolyn | Bragoli | 51 Roundtree Drive | Melville | NY | 11747 |
| 1317 | William | Jordan | 27 Fernwood Drive | Commack | NY | 11725 |
| 1321 | Nicholas and Adrienne | Renzetti | 2347 East 1st Street | Brooklyn | NY | 11223 |
| 1327 | Perry and Alice | Jioia | 20 Dell Court | Staten Island | NY | 10307 |
| 1328 | Mark and Diana | Lemberg | 28 Hart Street | Port Jefferson Station | NY | 11776 |
| 1401 | Alpa and Arish Peter | Dalal | 11 Chestnut Lane | Woodbury | NY | 11797 |
| 1417 | Joseph and Celine | Ovicher | 73-37 Austin Street, Apt. 5A | Forest Hills | NY | 11375 |
| 1419 | Tuller Investments LLC |  | 110 Lakeshore Drive West | Rock Hill | NY | 12775 |
| 1508 | Mark | Englander | 2 Bay Club Drive, Apt. 11V | Bayside | NY | 11360 |
| 1529 | Maurice and Hanna | Poplausky | 61 Country Ridge Drive | Rye Brook | NY | 10573 |
| 1628 | Samuel | Shaya | 641 Banner Ave. | Brooklyn | NY | 11235 |
| 2130 | Amir and Bella | Stock | 18 Cherokee Lane | Commack | NY | 11725 |
| 2224 | Joseph and Candace | Gazzal | 118 Tarlton Drive | Utica | NY | 13502 |
| 2305 | Angelo and Deborah | D'Ambrosio | 38 Carnegie Avenue | Huntington | NY | 11743 |
| 2307 | John and Barbara | Melchiorre | 140-20 58th Road | Flushing | NY | 11355 |
| 2308 | John and Ann | Piccolo | 552 West Market Street | Long Beach | NY | 11561 |
| 2415 | Paul and Lois | Murray | 19 Maple Ave. | Farmingdale | NY | 11735 |
| 2521 | Robert and Lori | Jioia | 1471 Park Street | Atlantic Beach | NY | 11509 |
| 2623 | Brian | Murray | 19 Maple Ave. | Farmingdale | NY | 11735 |
| 2624 | Richard | Cohen | 3545 Katrina Drive | Yorktown Heights | NY | 10598 |
|  |  |  |  |  | NY Total | 23 |
|  |  |  |  |  |  |  |
| 1205 | Leneva Jean | Kropf | 16625 Lyonhurst Circle | Northville | MI | 48167 |
|  |  |  |  |  | MI Total | 1 |
|  |  |  |  |  |  |  |
| 1216 | Timothy and Karen | Irvin | 22017 Crested Quail Drive | Ashburn | VA | 20148 |
| 1324 | Betty Ann | Kramer | 4531 N. 40th Street | Arlington | VA | 22207 |
|  |  |  |  |  | VA Total | 2 |
|  |  |  |  |  |  |  |
| 1226 | Susan | Logan | 1983 Hopkins Street | Berkley | CA | 94707 |
|  | Venesia | Thompson | 1983 Hopkins Street | Berkley | CA | 94707 |
| 1424 | Odilio | Vargas | 737 Townside Drive | Vista | CA | 92084 |
| 2111 | Thad | Wiley | 5809 Irving Ave. | La Crescenta | CA | 91214 |
| 2124 | Thad | Wiley | 5809 Irving Ave. | La Crescenta | CA | 91214 |
| 2218 | Thad | Wiley | 5809 Irving Ave. | La Crescenta | CA | 91214 |
| 2312 | Harvey and Lisa | Tempel | 2049 Prospect Ave. | Hermosa Beach | CA | 90254 |
| 2323 | Harvey and Lisa | Tempel | 2049 Prospect Ave. | Hermosa Beach | CA | 90254 |
| 2518 | Dominic | Sabatino | 22718 Rim Rock Ct. | Saugus | CA | 91390 |
|  | Richard | Hiskey | 2046 Prospect Ave. | Hermosa Beach | CA | 90254 |
|  |  |  |  |  | CA Total | 10 |
|  |  |  |  |  |  |  |
| 1402 | Sean | Flaherty | 157 Highland Avenue | Midland Park | NJ | 07432 |
| 1405 | Jay and Shari | Cohen | 17 Winding Ridge | Oakland | NJ | 07436 |
| 1418 | Yefim Zagalsky and Yelena Alekseyeva |  | 58 Nottingham Drive | Old Bridge | NJ | 08857 |
| 1610 | Carl | Dileo | 634 Glen Court | Turnersville | NJ | 08012 |
| 1611 | Arthur and Barbara | Balassone | 39 Farrington Street | West Caldwell | NJ | 07006 |

| Villa Lago at Renaissance Commons |
|---|---|---|---|---|---|---|

| Unit | First Name | Last Name | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 1615 | David and Karen | Schmidt | 2 Bates Court | Sewell | NJ | 08080 |
| 2204 | Victor and Pamela | Copello | 47 Pine Lake Terrace | River Vale | NJ | 07675 |
| 2212 | Twin Crest Associates, LLC | | 117 Bunning Drive | Voorhees | NJ | 08043 |
| 2307 | Alan and Toni Ann | Gottlob | 112 Bunning Drive | Voorhees | NJ | 08043 |
| 2316 | David and Rachael | Carbone | 145 Mimosa Drive | Sewell | NJ | 08080 |
| 2404 | Arthur and Barbara | Balassone | 39 Farrington Street | West Caldwell | NJ | 07006 |
| 2421 | Anthony | LaSala | 2 Strathmere Street | Waretown | NJ | 08758 |
| | Brian | LaSala | 1122 Washington Street, Apt. 8 | Hoboken | NJ | 07030 |
| 2424 | Tarek and Andrea | Loutfy | 203 Prancer Road | Egg Harbor TWP | NJ | 08234 |
| 2503 | Louis and Michele | Cammarata | 27 Rockledge Place | Cedar Grove | NJ | 07009 |
| 2512 | L & L South Florida Realty, LLC | | 6 Hampton Ridge Ct | Old Tappan | NJ | 07675 |
| 2514 | Sean | Flaherty | 157 Highland Avenue | Midland Park | NJ | 07432 |
| 2523 | Allan and Rebecca | Proske | 27 Rifkin Court | Manalapan | NJ | 07726 |
| 2611 | LLG Investment Properties, LLC | | 2 E. Oakdene Avenue | Palisades Park | NJ | 07650 |
| 2626 | Walter Jr. and Lydia | Wojcik | 171 Washington Avenue | Clifton | NJ | 07011 |
| | | | | | NJ Total | 20 |
| 1412 | Aly and Rhoda | Okaily | 902 Winding River Lane | Phoenixville | PA | 19460 |
| 2107 | Brian and Naida | Kroll | 1640 Oakwood Drive, W-102 | Narberth | PA | 19072 |
| 2608 | William and Teresa | Miller | 510 Buxmont Street | Philadelphia | PA | 19116 |
| | | | | | PA Total | 3 |
| 1502 | Melissa Laidlaw and Claude Michaud | | 4300 De Maisonneuve West, #1103 | Westmount, Quebec | Canada | H3Z3C7 |
| 2208 | Janet Olive | Campbell | 30 Holly Street, Apt. 1404 | Toronto, Ontario | Canada | M4S3C2 |
| 2508 | Francesco and Georgina | Camastro | 3530 Stedford Road | Oakville, Ontario | Canada | L6L6G1 |
| | | | | | CA Total | 3 |
| 2214 | John and Beatrice | Wood | 508 High Street | Hampton | NH | 03842 |
| | | | | | NH Total | 1 |
| 2420 | Melissa | Mogor | 1148 Hidden Ridge, # 2271 | Irving | TX | 75038 |
| 2629 | Michael | Minuto | 2500 Donner Path | Roundrock | TX | 78681 |
| | | | | | TX Total | 2 |
| 2527 | Arthur and Martha | Kovens | 2011 Burdock Road | Baltimore | MD | 21209 |
| | | | | | MD Total | 1 |