1690 RENAISSANCE COMMONS BLVD
BOYNTON BEACH, FL 33426

| Unit Number | Owner's Name | Owner's Address | Plaintiff's Residency |
|---|---|---|---|
| 1101 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1102 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1103 | RMM INVESTMENTS LLC | 18074 SENTINEL CIR, BOCA RATON FL 33496 1911 | FLORIDA |
| 1104 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1105 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1106 | SCHOUR STEPHEN P | 7393 MODENA DR, BOYNTON BEACH FL 33437 6063 | FLORIDA |
| 1106 | MITCHELL SUSAN R | 7393 MODENA DR, BOYNTON BEACH FL 33437 6063 | COLORADO |
| 1107 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1108 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1109 | KRAUSE HOWARD TR | 12151 DUNHILL DR, BOYNTON BEACH FL 33437 | FLORIDA |
| 1110 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1111 | RECKSEIT RONALD & JACQUELINE TR | 7936 LAINA LN # 4, BOYNTON BEACH FL 33437 8424 | FLORIDA |
| 1112 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1114 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1115 | FEDERAL HOME LOAN MORTGAGE CORP | 8200 JONES BRANCH DR, MC LEAN VA 22102 3107 | VIRGINIA |
| 1116 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1117 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1118 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1119 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1121 | DANGELO JAMES & HAUPT DAVID L | 3550 LAKEWOOD CT, BLOOMFIELD HILLS MI 48302 | MICHIGAN |
| 1122 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1123 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1124 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1125 | RODRIGUEZ SANTOS A & BARBARA L. | 20215 NW 7TH AVE, MIAMI FL 33169 2409 | FLORIDA |
| 1126 | WALTERS HOWARD & ANA | 1392 SW 181ST AVE, PEMBROKE PINES FL 33029 4903 | FLORIDA |
| 1127 | ADWANI MANISHA | 600 N JIMMY ANN DR # 2021, DAYTONA BEACH FL 32114 1358 | FLORIDA |
| 1128 | MANESS DANIELLE LEE | 1690 RENAISSANCE COMMONS BLVD # 1128, BOYNTON BEACH FL 33426 | FLORIDA |
| 1129 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1201 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1202 | LEONE MICHAEL | 1903 EQUESTRIAN CIR # A, BOYNTON BEACH FL 33436 | FLORIDA |
| 1203 | HERRERA CLAUDIA E & FRIAS JESUS | PO BOX 770253, VANDERBILT FL 34107 0253 | FLORIDA |
| 1204 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1205 | KROPF LENEVA JEAN | 16625 N LYONHURST CIR, NORTHVILLE MI 48168 4420 | MICHIGAN |
| 1206 | ERCOLINO VINCENT | 8054 STIRRUP CAY CT, BOYNTON BEACH FL 33436 1734 | FLORIDA |
| 1207 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1208 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1209 | AGUILAR DELSA | 403 S SAPODILLA AVE STE 116, WEST PALM BEACH FL 33401 5766 | FLORIDA |
| 1210 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1211 | PERECA JOEL | 1690 RENAISSANCE COMMONS BLVD # 1211, BOYNTON BEACH FL 33426 | NEW YORK |
| 1212 | RIBACK MARTIN TRUST | 5695 VINTAGE OAKS CIR, DELRAY BEACH FL 33484 6420 | FLORIDA |
| 1214 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1215 | OKAILY OKAILY A M & LOIS | 1886 GREY FALCON CIR, VERO BEACH FL 32962 8606 | FLORIDA |
| 1216 | IRVIN TIMOTHY & KAREN | 22017 CRESTED QUAIL DR, ASHBURN VA 20148 7129 | VIRGINIA |
| 1217 | OLSON GARY | PO BOX 880902, BOCA RATON FL 33488 0902 | FLORIDA |
| 1218 | CONLIN PATRICK F | 123 ERLANGER BLVD, NORTH BABYLON NY 11703 1108 | NEW YORK |
| 1219 | VERDERAME FRANCES | 16020 D ALENE DR, DELRAY BEACH FL 33446 9559 | FLORIDA |
| 1220 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1221 | HAHN LETITIA M | 17522 TIFFANY TRACE DR, BOCA RATON FL 33487 | FLORIDA |
| 1222 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1223 | LEWIS LESLEY | 1690 RENAISSANCE COMMONS BLVD # 1223, BOYNTON BEACH FL 33426 | FLORIDA |
| 1224 | DENAVEA MARTA | 1690 RENAISSANCE COMMONS BLVD # 1224, BOCA RATON FL 33432 | FLORIDA |
| 1225 | RECKSEIT RONALD & JACQUELINE TR | 7936 LAINA LN # 4, BOYNTON BEACH FL 33437 8424 | FLORIDA |
| 1226 | LOGAN SUSAN K & THOMPSON VENESIA | 1983 HOPKINS ST, BERKELEY CA 94707 2633 | CALIFORNIA |
| 1227 | BRICE PHILIP F | 1690 RENAISSANCE COMMONS BLVD # 1227, BOYNTON BEACH FL 33426 | FLORIDA |
| 1228 | DOBRIC MARIO | 1690 RENAISSANCE COMMONS BLVD # 1228, BOYNTON BEACH FL 33426 | FLORIDA |
| 1229 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1301 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1302 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1303 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1304 | CHERRY BLOSSOM LLC | 201 ORANGETREE DR, LAKE WORTH FL 33462 1129 | FLORIDA |
| 1305 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1306 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1307 | KAUFMAN LESLIE H | 1690 RENAISSANCE COMMONS BLVD #1307, BOYNTON BEACH FL 33426 | FLORIDA |
| 1308 | AMERICAN EXCHANGE CORP OF USA | 3011 EXCHANGE CT STE 101, WEST PALM BEACH FL 33409 4003 | FLORIDA |
| 1309 | DITIANQUIN MARLON | 1690 RENAISSANCE COMMONS BLVD # 1309, BOYNTON BEACH FL 33426 | FLORIDA |
| 1310 | KELLNER ALAN S & ILANA | 13518 CARRICK GREEN CT, DELRAY BEACH FL 33446 3647 | FLORIDA |
| 1311 | ZITNER SHELDON P | 1690 RENAISSANCE COMMONS BLVD # 1311, BOYNTON BEACH FL 33426 | FLORIDA |
| 1312 | WEGWEISER WANDA & REBECCA | 99 SE MIZNER BLVD, BOCA RATON FL 33432 | FLORIDA |
| 1314 | BRAGOLI FRANK & BRAGOLI CAROLYN | 51 ROUNDTREE DR, MELVILLE NY 11747 3423 | NEW YORK |
| 1315 | KALLFELZ DIANA & MARITA | 2012 S FEDERAL HWY APT F205, BOYNTON BEACH FL 33435 | FLORIDA |
| 1316 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |



EXHIBIT D

| # | Name | Address | State |
|---|---|---|---|
| 1317 | JORDAN WILLIAM | 1690 RENAISSANCE COMMONS BLVD #1317, BOYNTON BEACH FL 33426 | NEW YORK |
| 1318 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1319 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1320 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1321 | RENZETTI NICHOLAS & RENZETTI ADRIENNE | 2347 E 1ST ST, BROOKLYN NY 11223-5353 | NEW YORK |
| 1322 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1323 | SANTILLO KEITH R | 1690 RENAISSANCE COMMONS BLVD # 1323, BOYNTON BEACH FL 33426 | FLORIDA |
| 1324 | CASALENGO ROGER W | 8370 WHISPERING OAKS WAY, ROYAL PALM BEACH FL 33411-4656 | FLORIDA |
| 1324 | KRAMER BETTY ANN | 8370 WHISPERING OAKS WAY, ROYAL PALM BEACH FL 33411-4656 | VIRGINIA |
| 1325 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1326 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1327 | JIOIA PERRY P & JIOIA ALICE H | 20 DELL CT, STATEN ISLAND NY 10307-2095 | NEW YORK |
| 1328 | LEMBERG MARK & LEMBERG DIANA | 28 HART ST, PORT JEFFERSON STATION NY 11776-2716 | NEW YORK |
| 1329 | CEBALLOS JORGE & LORENA | 1220 VIA MAGGIO, BOYNTON BEACH FL 33426 8250 | FLORIDA |
| 1401 | DALAL ARISH P & DALAL ALPA | 11 CHESTNUT LN, WOODBURY NY 11797 1908 | NEW YORK |
| 1402 | FLAHERTY SEAN | 157 HIGHLAND AVE, MIDLAND PARK NJ 07432 1936 | NEW JERSEY |
| 1403 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1404 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1405 | COHEN JAY I & COHEN SHARI | 17 WINDING RIDGE, OAKLAND NJ 07436 2327 | NEW JERSEY |
| 1406 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1407 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1408 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1409 | LITWIN BARRY & LITWIN MEL | 1690 RENAISSANCE COMNS BLVD # 1409, BOYNTON BEACH FL 33426 | FLORIDA |
| 1410 | RIBACK MARTIN REVOCABLE TRUST | 5695 VINTAGE OAKS CIR, DELRAY BEACH FL 33484 6420 | FLORIDA |
| 1411 | HOBBIE WENDY L | 608 SEA PINE WAY APT G2, WEST PALM BEACH FL 33415 8918 | FLORIDA |
| 1412 | OKAILY ALY A & OKAILY RHODA A | 902 WINDING RIVER LN, PHOENIXVILLE PA 19460 3180 | PENNSYLVANIA |
| 1414 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1415 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1416 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1417 | OVICHER JOSEPH & OVICHER CELINE | 73 37 AUSTIN ST # 5A, FOREST HILLS NY 11375 | NEW YORK |
| 1418 | ZAGALSKY YEFIM & ALEKSYEVA YELENA | 58 NOTTINGHAM DR, OLD BRIDGE NJ 08857-3243 | NEW JERSEY |
| 1419 | TULLER INVESTMENT LLC | 211 E 70TH ST APT 22-B, NEW YORK NY 10021 5208 | NEW YORK |
| 1420 | PENZIMER EUGENE F & MARILYN C | 8 LANDMARK LN, PITTSFORD NY 14534 1623 | NEW YORK |
| 1421 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1422 | RICHMAN STEVEN & RICHMAN MARSHA A | 5376 NW 106TH DR, CORAL SPRINGS FL 33076 2792 | FLORIDA |
| 1423 | ESTRELA FAMILY LIVING TRUST & LAVAL QC | 18 HECTOR MAISONNEUVE, BLAINVILLE QC J7A 0A2 CANADA | CANADA |
| 1424 | VARGAS ODILIO | 737 TOWNSITE DR, VISTA CA 92084-4503 | CALIFORNIA |
| 1425 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1426 | RIZK RAYMOND & ROGINA | 4700 LOTUS WAY, BOYNTON BEACH FL 33436 2931 | FLORIDA |
| 1427 | SIEGEL SANDRA | 7773 CAMPANIA DR, BOYNTON BEACH FL 33472 7365 | FLORIDA |
| 1428 | BAST PETER W & BAST ROBIN L | 5570 SPRING LAKE TER, BOYNTON BEACH FL 33437 3350 | FLORIDA |
| 1429 | DENAVEA MARTHA LISA | 7510 GREENVILLE CIR, LAKE WORTH FL 33467 7141 | FLORIDA |
| 1501 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1502 | MICHAUD CLAUDE & LAIDLAW MELISSA | 1690 RENAISSANCE COMMONS BLVD # 1502, BOYNTON BEACH FL 33426 | CANADA |
| 1503 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1504 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1505 | ROCK YARDLIE | PO BOX 955, BOYNTON BEACH FL 33425-0955 | FLORIDA |
| 1506 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1507 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1508 | ENGLANDER MARK | 2 BAY CLUB DR # 11V, FLUSHING NY 11360 | NEW YORK |
| 1509 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1510 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1511 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1512 | POLOVIN ANNETTE | 7622 PLAYA RIENTA WAY, DELRAY BEACH FL 33446 4350 | FLORIDA |
| 1514 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1515 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | 1800 NW 49TH ST STE 120, FORT LAUDERDALE FL 33309 3092 | FLORIDA |
| 1516 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1517 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1518 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1519 | KOLICH JOHN & KOLICH SUSANNA | 9961 NW 60TH PL, POMPANO BEACH FL 33076 2558 | FLORIDA |
| 1520 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1521 | JULIA JUAN CARLOS & JULIA JULIA | 1690 RENAISSANCE CMN # 1521, BOYNTON BEACH FL 33426 7208 | FLORIDA |
| 1522 | MURRAY PAUL | 1690 RENAISSANCE COMMONS BLVD # 1522, BOYNTON BEACH FL 33426 | FLORIDA |
| 1523 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1524 | GHUMRAWI SAMAYYAH & VARGAS ODILIO | 9104 PARAGON WAY, BOYNTON BEACH FL 33472 5135 | FLORIDA |
| 1525 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1526 | DAVENPORT JOHN DUDLEY & MICHELE | 1858 SW 17TH ST, BOCA RATON FL 33486 8517 | FLORIDA |
| 1527 | VALVERDE MARK | 52 DRUMLIN RD, WESTPORT CT 06880 6137 | CONNECTICUT |
| 1528 | LUCHERINI (BAEZ) DAVA | 2623 W BAY ISLE DR SE, SAINT PETERSBURG FL 33705 3358 | FLORIDA |
| 1529 | POPLAUSKY MAURICE & HANNA | 61 COUNTRY RIDGE DR, PORT CHESTER NY 10573 | NEW YORK |
| 1602 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1603 | SHEPERD WESLEY | 2851 S OCEAN BLVD APT 7L, BOCA RATON FL 33432 8410 | FLORIDA |
| 1605 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |

| | | | |
|---|---|---|---|
| 1606 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD #200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1607 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD #200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1610 | DILEO CARL | 634 GLEN CT, BLACKWOOD NJ 08012 1435 | NEW JERSEY |
| 1611 | BALASSONE ARTHUR & BALASSONE BARBARA | 39 FARRINGTON ST, CALDWELL NJ 07006 7733 | NEW JERSEY |
| 1612 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1614 | KOLICH JOHN & KOLICH SUSANNA | 9961 NW 60TH PL, POMPANO BEACH FL 33076 2558 | FLORIDA |
| 1615 | SCHMIDT DAVID | 2 BATES CT, SEWELL NJ 08080 2622 | NEW JERSEY |
| 1615 | SCHMIDT KAREN | 2 BATES CT, SEWELL NJ 08080 2622 | NEW JERSEY |
| 1617 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1618 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1620 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1621 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1622 | JOHNSON STEVEN W & KNOTH MARK A | 1690 RENAISSANCE COMMONS BLVD, BOYNTON BEACH  FL  33426-7203 | FLORIDA |
| 1623 | DAYTON GLENN & GRAHAM MICHAEL | 1690 RENAISSANCE COMMONS BLVD # 1623, BOYNTON BEACH FL 33426 | FLORIDA |
| 1624 | GLAUBER GLORIA & AMBER | 67 LINCOLN AVE, WHITE PLAINS NY 10606 1607 | NEW YORK |
| 1625 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 1626 | JOLLY CHARLES R & JOLLY BARBARA | 7616 PINEWALK DR S, MARGATE FL 33063 8122 | FLORIDA |
| 1627 | CARRO JOSE A & MARIA P | 5304 SUNCERRE CIR, LAKE WORTH FL 33463 7476 | FLORIDA |
| 1628 | SHAYA SAMUEL | 641 BANNER AVE, BROOKLYN NY 11235 5232 | NEW YORK |
| 1629 | WILLIAMS LESLIE | 19980 JASMINE DR, TEQUESTA FL 33469 2187 | FLORIDA |

Total FL Residents: 132
Total NON-FL Residents: 32

**1660 RENAISSANCE COMMONS BLVD**
**BOYNTON BEACH, FL 33426**

| Unit Number | Name of Owner | Owner's Address | Plaintiff's Residency |
|---|---|---|---|
| 2101 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2102 | CHANDRA SHALINI | 1660 RENAISSANCE COMMONS BLVD #2102, BOYNTON BEACH FL 33426 | FLORIDA |
| 2103 | SCHINDLBECK TED | 2750 CARDINAL CIR, GULFSTREAM FL 33483 6106 | FLORIDA |
| 2104 | KLEMM TIMOTHY | 6737 COLUMBIA AVE, LAKE WORTH FL 33467 7357 | FLORIDA |
| 2105 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2106 | YOUNG RAMONA & ID DEEN SULUKI | 9966 BOYNTON GARDENS WAY, BOYNTON BEACH FL 33437 5344 | FLORIDA |
| 2107 | KROLL BRIAN J & KROLL NAIDA M | 1640 OAKWOOD DR # W102, NARBERTH PA 19072 1035 | PENNSYLVANIA |
| 2108 | AURORA LOAN SERVICES LLC | 10350 PARK MEADOWS DR, LITTLETON CO 80124 6800 | COLORADO |
| 2109 | RAYMAN LAWRENCE I & RAYMAN G BIRGITTA | 920 SE 5TH TER, POMPANO BEACH FL 33060 8134 | FLORIDA |
| 2110 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2111 | WILEY THAD E | 5809 IRVING AVE, LA CRESCENTA CA 91214-1526 | CALIFORNIA |
| 2112 | RMM INVESTMENTS LLC | 18074 SENTINEL CIR, BOCA RATON FL 33496 | FLORIDA |
| 2114 | HASAN SAMIR N | PO BOX 960, OCEANSIDE CA 92049 0960 | CALIFORNIA |
| 2115 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2116 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2117 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2118 | MARKS EDWARD | 2385 EXECUTIVE CENTER DR # 100, BOCA RATON FL 33431 | FLORIDA |
| 2119 | MADIGAN MURPHY | 9715 PANDANUS WAY, BOYNTON BEACH FL 33436 | FLORIDA |
| 2120 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2122 | BELLETTI DOMINIC | 2115 S OCEAN BLVD UNIT 12, DELRAY BEACH FL 33483-6487 | FLORIDA |
| 2123 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2124 | AMERICAN ASSET HOLDINGS LLC / THAD WILEY | 1035 GATEWAY BLVD STE 201, BOYNTON BEACH FL 33426 8349 | CALIFORNIA |
| 2125 | RECKSEIT RONALD & RECKSEIT JACQUELINE | 7936 LAINA LN # 4, BOYNTON BEACH FL 33437 8424 | FLORIDA |
| 2126 | ANTAL GYORGI & CSAKANYOS RENATA | 1660 RENAISSANCE COMMONS BLVD #2126, BOYNTON BEACH FL 33426 | FLORIDA |
| 2127 | DEMAIO JONATHAN & DEMAIO EDWARD J | 1660 RENAISSANCE COMMONS BLVD #2127, BOYNTON BEACH FL 33426 | CONNECTICUT |
| 2129 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2130 | STOCK AMIR AND BELLA | 18 CHEROKEE LN, COMMACK NY 11725 | NEW YORK |
| 2202 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2203 | KARP HERBERT & KARP LILLIAN | 6541 GARDE RD, BOYNTON BEACH FL 33472 7313 | FLORIDA |
| 2204 | COPELLO VICTOR & PAMELA D | 47 PINE LANE TER, WESTWOOD NJ 07675 | NEW JERSEY |
| 2205 | MILLER ROBERT | 1660 RENAISSANCE COMMONS BLVD #2205, BOYNTON BEACH FL 33426 | FLORIDA |
| 2206 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2207 | TURKELL-WHITE BARBARA A | 16047 VIA MONTEVERDE, DELRAY BEACH FL 33446 2352 | FLORIDA |
| 2208 | BRYAN OLIVE TRUST | 1660 RENAISSANCE COMMONS BLVD # 2208, BOYNTON BEACH FL 33426 | CANADA |
| 2209 | GRACE KHADIJEH R | 1660 RENAISSANCE COMMONS BLVD # 2209, BOYNTON BEACH FL 33426 | FLORIDA |
| 2210 | POLYCHRONOPOULOS GEORGE & NATHALIE | 1660 RENAISSANCE COMMONS BLVD # 2210, BOYNTON BEACH FL 33426 | FLORIDA |
| 2211 | MEINHOLZ NANCY | PO BOX 273197, BOCA RATON FL 33427 | FLORIDA |
| 2212 | TWIN CREST ASSOCIATES LLC/PETER LIVAICH | 112 BUNNING DR, KIRKWOOD VOORHEES NJ 08043 4168 | NEW JERSEY |
| 2214 | WOOD JOHN & BEATRICE | 1660 RENAISSANCE COMMONS BLVD # 2214, BOYNTON BEACH FL 33426 | NEW HAMPSHIRE |
| 2215 | INVESTMENT LEADERS LLC | 7845 MONTECITO PL, DELRAY BEACH FL 33446 4424 | FLORIDA |
| 2216 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2217 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2218 | WILEY THAD E | 5809 IRVING AVE, LA CRESCENTA CA 91214-1526 | CALIFORNIA |
| 2219 | DELAROSA GEORGE D | 932 TROPIC DR # B, VERO BEACH FL 32963 1255 | FLORIDA |
| 2220 | QUINN LAUREN | 271 NE 26TH ST, BOCA RATON FL 33431 7530 | FLORIDA |
| 2221 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2222 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2223 | ACKERMAN LEA E & IRVING | 1660 RENAISSANCE COMMONS BLVD # 2223, BOYNTON BEACH FL 33426 | FLORIDA |
| 2224 | GAZZAL JOSEPH & CANDACE | 118 TARLTON DR, UTICA NY 13502 1021 | NEW JERSEY |
| 2225 | FELDMAN JERRY | 32 BLUEBIRD LN, PLAINVIEW NY 11803 6309 | FLORIDA |
| 2226 | HAWORTH HOLDINGS LLC | 8101 SW 140TH TER, MIAMI FL 33158 1538 | FLORIDA |
| 2227 | RAMOS JOSEPH & RAMOS MARIANN | 1660 RENAISSANCE COMMONS BLVD # 2227, BOYNTON BEACH FL 33426 | FLORIDA |
| 2228 | VINHAL LEONARDO B | 1660 RENAISSANCE COMMONS BLVD # 2228, BOYNTON BEACH FL 33426 | FLORIDA |
| 2229 | TORTI DIANE J | 10822 GREEN TRAIL DR S, BOYNTON BEACH FL 33436 4922 | FLORIDA |
| 2230 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2301 | MORIN MICHEL | 1582 AU LOUISE, MASCOUCHE QC J7L 4B8 CANADA | CANADA |
| 2302 | YASINSKI JOSEPH & BARBARA | 8627 SAN ANDROS HWY, ROYAL PALM BEACH FL 33411 | FLORIDA |
| 2303 | FEDERAL NATL MRTG ASSN | PO BOX 650043, DALLAS TX 75265 0043 | TEXAS |
| 2304 | LOZANO ANDRES & AMPARO | 1660 RENAISSANCE COMMONS BLVD # 2304, BOYNTON BEACH FL 33426 | FLORIDA |
| 2305 | DAMBROSIO ANGELO & DEBORAH | 38 CARNEGIE AVE, HUNTINGTON NY 11743 | NEW YORK |
| 2306 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2307 | GOTTLOB ALAN & GOTTLOB TONI ANN | 14020 58TH RD, FLUSHING NY 11355 5307 | NEW JERSEY |
| 2307 | MELCHIORRE JOHN L & MELCHIORRE BARBARA | 14020 58TH RD, FLUSHING NY 11355 5307 | NEW YORK |
| 2308 | PICCOLO JOHN J & ANN T | 552 W MARKET ST, LONG BEACH NY 11561 1717 | NEW JERSEY |
| 2309 | POSNER EDWARD M & KAREN J | 6535 SOMERSET CIR, BOCA RATON FL 33496 4021 | FLORIDA |
| 2310 | KRAMER RONALD & ANITA | 8068 MONTSERRAT PL, WELLINGTON FL 33414 | FLORIDA |

**1660 RENAISSANCE COMMONS BLVD**
**BOYNTON BEACH, FL 33426**

| # | Name | Address | State |
|---|---|---|---|
| 2311 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2312 | FEDERAL NATIONAL MORTGAGE ASSN/HARVEY AND LISA TEMPEL | 450 AMERICAN ST, SIMI VALLEY CA 93065 | CALIFORNIA |
| 2314 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2315 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2316 | CARBONE DAVID (NOW AURORA LOAN SERVICES LL( | 10350 PARK MEADOWS DR, LITTLETON CO 80124 6800 | NEW JERSEY |
| 2317 | SEIDMAN JEFFREY H | 1660 RENAISSANCE COMMONS BLVD # 2317, BOYNTON BEACH FL 33426 | FLORIDA |
| 2318 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2319 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2320 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2321 | RASHID MD MAHBUB R & BABINA | 305 SLITTING MILL PL, BALTIMORE MD 21228 2433 | FLORIDA |
| 2322 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2323 | FEDERAL NATIONAL MORTGAGE ASSN/HARVEY AND LISA TEMPEL | 950 E PACES FERRY RD NE STE 1900, ATLANTA GA 30326 1384 | CALIFORNIA |
| 2324 | RICCARDI PETER & ROSE | 99 OGDEN PAMA TOWLINE RD, SPENCERPORT NY 14559 9588 | NEW YORK |
| 2325 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2326 | DUHARTE ROXANNE & SHANNON | 1660 RENAISSANCE COMMONS BLVD # 2326, BOYNTON BEACH FL 33426 | FLORIDA |
| 2327 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2328 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2329 | EDWARDS TRENICE | 1745 NW 74TH AVE, PLANTATION FL 33313 4449 | FLORIDA |
| 2330 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2401 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2402 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2403 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2404 | BALASSONE ARTHUR & BALASSONE BARBARA | 39 FARRINGTON ST, WEST COLDWELL NJ 07006 7733 | NEW JERSEY |
| 2405 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2406 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2407 | BARON ALLEN Y | 9274 NW 9TH CT, FORT LAUDERDALE FL 33324 | FLORIDA |
| 2408 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2409 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2410 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2411 | HSBC BANK USA NATIONAL ASSOCIATION TR | 9119 CORPORATE LAKE DR STE 300, TAMPA FL 33634 2380 | FLORIDA |
| 2412 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2414 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2415 | MURRAY PAUL M & LOIS V | 19 MAPLE AVE, FARMINGDALE NY 11735 | NEW YORK |
| 2416 | ZHOU ZHONGMIN & HUANG QINXI | 7173 COPPERFIELD CIR, LAKE WORTH FL 33467 | FLORIDA |
| 2417 | MAESEL SHAWN | 4658 PINETREE DR, BOYNTON BEACH FL 33436 | FLORIDA |
| 2418 | ROVEZZI JAMES & ROVEZZI NARCISSA | 4 BECKLEY PL, BOYNTON BEACH FL 33426 7601 | FLORIDA |
| 2419 | KARP HERBERT & LILLIAN | 6541 GARDE RD, BOYNTON BEACH FL 33472 7313 | FLORIDA |
| 2420 | MOGOR MELISSA (NOW FEDERAL NATIONAL MRTG A | PO BOX 650043, DALLAS TX 75265 0043 | TEXAS |
| 2421 | LASALA ANTHONY M & LASALA BRIAN | 2 STRATHMERE ST, WARETOWN NJ 08758 2652 | NEW JERSEY |
| 2422 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2423 | RIZK RAYMOND & ROGINA | 4700 LOTUS WAY, BOYNTON BEACH FL 33436 2931 | FLORIDA |
| 2424 | LOUTFY TAREK & LOUTFY ANDREA | 203 PRANCER RD, EGG HARBOR TOWNSHIP NJ 08234 5938 | NEW JERSEY |
| 2425 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2426 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2427 | SMITH KELLY | 1660 RENAISSANCE COMMONS BLVD #2427, BOYNTON BEACH FL 33426 | FLORIDA |
| 2428 | FARBER CYNTHIA K | 1444 ARTIMINO LN, BOYNTON BEACH FL 33436 1110 | FLORIDA |
| 2429 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2430 | FLAHERTY SEAN R | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2501 | LUNTZ GEORGE & ADRIENNE A | 907 HYACINTH DR, DELRAY BEACH FL 33483 | FLORIDA |
| 2502 | TILMANN STACY A & NOAH KIMBERLY | 5521 LAKESIDE DR # 102, MARGATE FL 33063 | FLORIDA |
| 2503 | CAMMARATA LOUIS & MICHELE | 27 ROCKLEDGE PL, CEDAR GROVE NJ 07009 | NEW JERSEY |
| 2504 | FORMAN DAVID | 1 SHINGLE OAK CT, KIRKWOOD VOORHEES NJ 08043-1552 | NEW JERSEY |
| 2505 | ALEXANDER LYNNE | 401 E 34TH ST APT S20-H, NEW YORK NY 10016 6615 | NEW YORK |
| 2506 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2507 | FEDERAL NATL MORTG ASSN | 950 E PACES FERRY RD STE 1900, ATLANTA GA 30326 1384 | GEORGIA |
| 2508 | CAMASTRO FRANCESCO & CAMASTRO GEORGINA | 3530 STEDFORD RD, OAKVILLE ONT L6L 6G1 CANADA | CANADA |
| 2509 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2510 | LATTANZIO FRANK | 4093 MAURICE DR, DELRAY BEACH FL 33445 3226 | FLORIDA |
| 2511 | TORTI DIANE J TR | 10822 GREENTRAIL DR S, BOYNTON BEACH FL 33436 4922 | FLORIDA |
| 2512 | L & L SMITH FLORIDA REALTY LLC | 54 BROAD AVE, PALISADES PARK NJ 07650 | FLORIDA |
| 2514 | FLAHERTY SEAN R | 157 HIGHLAND AVE, MIDLAND PARK NJ 07432 | NEW JERSEY |
| 2515 | JALUKA INVESTMENTS INC | 4286 NW 65TH PL, BOCA RATON FL 33496 4022 | FLORIDA |
| 2516 | LUNTZ GEORGE & ADRIENNE A | 907 HYACINTH DR, DELRAY BEACH FL 33483 | FLORIDA |
| 2517 | SKATOFF JEFFREY H & SUSAN | 9408 SE MAST TER, HOBE SOUND FL 33455 3230 | FLORIDA |
| 2518 | HISKEY RICHARD & SABATINO DOMINIC | 2046 PROSPECT AVENUE, HERMOSA BEACH, CA 90254 | CALIFORNIA |
| 2519 | AXELROD LEONARD & AXELROD RIVKA | 5353 TOSCANA TRL, BOYNTON BEACH FL 33437 2083 | FLORIDA |
| 2520 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2521 | JIOIA ROBERT S & LORI M | 1471 PARK ST, ATLANTIC BEACH NY 11509 1623 | NEW YORK |
| 2522 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2523 | PROSKE ALLAN J & REBECCA | 27 RIFKIN CT, MANALAPAN NJ 07726 8841 | NEW JERSEY |
| 2524 | FRANCIS PAUL & DIONE L | 282 21ST ST APT 4B, BROOKLYN NY 11215 6359 | NEW YORK |

**1660 RENAISSANCE COMMONS BLVD**
**BOYNTON BEACH, FL 33426**

| | | | |
|---|---|---|---|
| 2525 | GANI JACQUES M & ROSE | 2466 E 14TH ST, BROOKLYN NY 11235 | NEW YORK |
| 2526 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2527 | KOVENS ARTHUR S & MARTHA S | 2011 BURDOCK RD, BALTIMORE MD 21209 | MARYLAND |
| 2528 | PANICO FRANK J & PANICO FAY T | 236 CARDINAL LN, DELRAY BEACH FL 33445 1831 | FLORIDA |
| 2529 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2530 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2602 | MAGNER ROBERT T & KIMBERLY M | 7570 GREENVILLE CIR, LAKE WORTH FL 33467 7141 | FLORIDA |
| 2603 | HOXTER SCOTT & TAYLOR LLOYD | 7861 MANOR FOREST LN, BOYNTON BEACH FL 33436 | FLORIDA |
| 2604 | RJR REALTY LLC | 7936 LAINA LN APT 4, BOYNTON BEACH FL 33437 8424 | FLORIDA |
| 2606 | GMAC MRTG LLC/Manuela and Lavinia Ramos | 1100 VIRGINIA DR, FORT WASHINGTON PA 19034 3204 | FLORIDA |
| 2607 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2608 | MILLER WILLIAM C & TERESA D | 510 BUXMONT ST, PHILADELPHIA PA 19116 | PENNSYLVANIA |
| 2611 | LLG INVESTMENT PROPERTIES LLC | 54 BROAD AVE, PALISADES PARK NJ 07650 1459 | FLORIDA |
| 2612 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2614 | SHEPERD WESLEY | 2851 S OCEAN BLVD APT 7L, BOCA RATON FL 33432 8410 | FLORIDA |
| 2615 | GOLDFINGER JESSE S | 1660 RENAISSANCE COMMONS BLVD #2615, BOYNTON BEACH FL 33426 | FLORIDA |
| 2616 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2618 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2619 | EUBANK RICHARD | PO BOX 742183, BOYNTON BEACH FL 33474 2183 | FLORIDA |
| 2621 | SUNTRUST MRTG INC / FIGUEROA KATHRYN | 1800 NW 49TH ST # 120, FORT LAUDERDALE FL 33309 3092 | FLORIDA |
| 2622 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2623 | MURRAY BRIAN A | 19 MAPLE AVE, FARMINGDALE NY 11735 4619 | NEW YORK |
| 2624 | COHEN RICHARD A | 1660 RENAISSANCE COMMONS BLVD # 2624, BOYNTON BEACH FL 33426 | NEW YORK |
| 2625 | RCR HOLDINGS II LLC | 1500 GATEWAY BLVD # 200, BOYNTON BEACH FL 33426 7233 | FLORIDA |
| 2626 | WOJCIK WALTER A JR & WOJCIK LYDIA L | 171 WASHINGTON AVE, CLIFTON NJ 07011 3209 | NEW JERSEY |
| 2627 | PEREZ YOEL | 1660 RENAISSANCE COMMONS BLVD # 2627, BOYNTON BEACH FL 33426 | FLORIDA |
| 2628 | DONATI MARILYN | 69 GREGORY ISLAND RD, SOUTH HAMILTON MA 01982 2635 | MASSACHUSSETS |
| 2629 | MINUTO MICHAEL | 2500 DONNER PATH, ROUND ROCK TX 78681 2235 | TEXAS |
| 2630 | BASHEIN JOYCE | 2240 GREENVIEW COVE DR, WELLINGTON FL 33414 7755 | FLORIDA |

**Total FL Residents:** 119
**Total NON-FL Residents:** 45