007028.000004

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br><br>**SECTION L**<br><br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | **MAG. JUDGE WILKINSON** |
| **Hobbie, et al. v. RCR Holdings II, LLC, et al.**<br>**No. 10-1113** | |

_____/

**COASTAL CONSTRUCTION GROUP OF SOUTH FLORIDA, INC.'S
NOTICE OF SUBMISSION**

**TAKE NOTICE** that Coastal Construction Group of South Florida, Inc.'s (Coastal) Motion to Remand will be submitted for consideration on February 15, 2012 at 9:00 a.m.

Respectfully submitted,

Dated: January 17, 2012

/s/ Addison J. Meyers
Addison J. Meyers, Esq.
Fl Bar No. 267041
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

MDL No. 2047 (Ref Case No. 2:10-cv-01113)
Page 2 of 2

/s/ Brian A. Eves
Brian A. Eves, Esq.
FL Bar No. 43794
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**  that the above and forgoing has been served upon Plaintiffs'
Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and
email or hand delivery and email and upon all parties by electronically uploading same to Lexis
Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was
electronically filed with the Clerk of Court of the United States District Court for the Eastern
District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in
accordance with procedures established in MDL 2047 on this 17th day of January, 2012.

/s/ Addison J. Meyers
Addison J. Meyers