## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL DOCKET: 2047
      PRODUCTS LIABILITY LITIGATION

                                       SECTION:  L

**THIS DOCUMENT RELATES TO:**          **JUDGE FALLON**
                                            **MAG. JUDGE WILKINSON**

*Payton, et al. v. Knauf Gips, KG, et al.*
EDLA 09-07628

*Gross, et al. v. Knauf Gips, KG, et al.*
EDLA 2:09-cv-6690

*Rogers, et al. v. Knauf Gips, KG, et al.*
EDLA 2:10-cv-00362

*Abreu, et al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et al.*
EDLA 2:11-cv-00252

*Block, et al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et al.*
EDLA 2:11-cv-1363

*Arndt, et al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et al.*
EDLA 2:11-cv-2349

*Cassidy, et al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et al.*
EDLA 2:11-cv-3023

*Vickers, et al. v. Knauf Gips, KG, et al.*
EDLA 2:09-cv-04117
_____/

## <u>MERITAGE'S OBJECTION TO KNAUF STAY ORDER</u>

      Meritage Homes of Florida, Inc. and Meritage Homes of Texas, L.P. (collectively,

"Meritage") respectfully submit their objection to the stay language on page 28 of this

Court's   January   10,   2012,   Order   Preliminarily   Approving   Knauf   Settlement,

Conditionally Certifying a Knauf Settlement Class, Issuing Class Notice, Scheduling a Settlement Fairness Hearing, and Staying Claims as to the Knauf Defendants ("Knauf Stay Order"),[1] and as grounds therefor states:

1.      On January 10, 2012, this Court entered the Knauf Stay Order, which preliminarily approved the Knauf global settlement in MDL No. 2047.   The stay language included at page 28 of the Knauf Stay Order reads as follows:

> Except as provided in the following paragraph, Prosecution of the Litigation, the Omni Complaints and Related Actions against the Knauf Defendants shall be stayed pending the settlement proceedings and further Orders of the Court.   The stay will extend to all cases involving KPT Chinese Drywall filed on or before December 9, 2011, whether or not a Knauf Defendant is a party to the case….

2.      Meritage seeks clarification in connection with the language that extends the stay "to all cases involving KPT Chinese Drywall…," and objects to the extent this language could arguably be read to stay the prosecution of certain claims not involving KPT Chinese Drywall.   For example, in *Meritage Homes of Florida, Inc. v. Banner Supply Company Fort Myers, LLC, et al*., Case No. 10-CA-004695, pending in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Meritage Homes of Florida, Inc. has asserted claims against, among others, the Knauf Defendants and several other manufacturers of defective Chinese Drywall (*e.g.,* Taishan Gypsum Co. Ltd.).   Because this case includes claims "against the Knauf Defendants" and "involves KPT Chinese Drywall", the stay language could arguably be read to mean that this entire case has been stayed, including those claims pending against Taishan Gypsum Co. Ltd. and others in the chain of distribution of that non-KPT

---

[1]      Meritage submits this objection without waiver of any of its defenses, including its defenses to jurisdiction and venue.

Chinese Drywall. Stated simply, Meritage Homes of Florida, Inc. should be permitted to continue to pursue those non-KPT Chinese Drywall claims in an effort to recover the millions of dollars it has spent repairing homes containing non-KPT Chinese Drywall, even though the lawsuit includes certain separate claims "against the Knauf Defendants."

3.      Meritage otherwise does not object to a limited stay[2] of prosecution of claims "against the Knauf Defendants," except to the extent homeowners or other plaintiffs are permitted to pursue claims against Meritage for damages caused by KPT Chinese Drywall (whether or not one or more of the Knauf Defendants are currently named as parties to those cases). If a plaintiff is permitted to prosecute claims against Meritage for damages caused by KPT Chinese Drywall, Meritage should be permitted to assert third party claims against the Knauf Defendants -- and all others in the chain of distribution of the KPT Chinese Drywall -- in those cases.

**WHEREFORE,** for all the foregoing reasons, Meritage respectfully objects to the Knauf Stay Order.

---

[2]      Meritage reserves the right to raise additional objections to the indefinite nature of the stay, which appears to extend through the June 20-21, 2012, Final Fairness Hearing.

Dated:      January 17, 2012              Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Counsel for Meritage Homes of Florida,*
*Inc. and Meritage Homes of Texas, L.P.*

333 Avenue of the Americas
(333 S.E. 2nd Avenue)
Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com

By:    /s/ Hilarie Bass
       HILARIE BASS
       Florida Bar No. 334323
       MARK A. SALKY
       Florida Bar No. 058221

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Hilarie Bass
Hilarie Bass