UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL 2047 |
| | * | SECTION L |
| | * * | JUDGE FALLON |
| | * * | MAG. JUDGE WILKINSON |
| **This document relates to:** | * * | |
| *BLOCK, et al. v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG et al.* *Case No. 11-1363(E.D.La.)* | * | |

## NOTICE OF APPEARANCE

Richard G. Duplantier, Jr., Benjamin R. Grau, Carlina C. Eiselen, of Galloway, Johnson, Tompkins, Burr & Smith, PLC, hereby file their Notice of Appearance of record for Defendant, W.S. Keel Lumber, Company, Inc., and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

Respectfully submitted,

*/s/ Richard G. Duplantier, Jr.*
Richard G. Duplantier, Jr. #18874
Benjamin R. Grau #26307
Carlina C. Eiselen, #28524
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com /bgrau@gjtbs.com /
ceiselen@gjtbs.com

## Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 18th day of January, 2012.

*/s/ Richard G. Duplantier, Jr.* _____
Richard G. Duplantier, Jr.