UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO:

Joyce W. Rogers, et al. v. Knauf Gips, KG, et al.
Case No. 10-362-L

JUDGE FALLON

MAG. JUDGE WILKINSON

## ORDER GRANTING DEFENDANTS STANDARD PACIFIC OF SOUTH FLORIDA, STANDARD PACIFIC OF SOUTH FLORIDA GP, INC. AND STANDARD PACIFIC OF TAMPA GP, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering the Motion to Exceed Page Limitation and Memorandum of Law in support filed by Defendants Standard Pacific of South Florida, Standard Pacific of South Florida GP, Inc. and Standard Pacific of Tampa GP, Inc.,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 17th day of January, 2012.

*/s/ Eldon E. Fallon*
ELDON E. FALLON
United States District Judge

2648838v1