UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2:09-md-2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| ROBERT W. BLOCK, III, et al. vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., et al. Civil Action No. 11-01363 | MAG. JUDGE |

## ORDER GRANTING STANDARD PACIFIC OF SOUTH FLORIDA GP, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering the Motion to Exceed Page Limitation and memorandum of law in support filed by Defendant Standard Pacific of South Florida GP, Inc.,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 17th day of January, 2012.

*/s/ Eldon E. Fallon*
ELDON E. FALLON
United States District Judge

2648935v1