UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILTY LITIGATION | § § § § § § | MDL No. 2047<br><br>SECTION:  L |
| This Document Relates to:<br>*Laura Haya, et al v. Taishan Gypsum Co. Ltd f/k/a Shandong Taihe Dongxin Co. Ltd, et al.*<br>Docket No. 11-1077  (E.D.La.) | § § § § | Judge Fallon<br>Mag. Judge Wilkinson |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | § | |

**ORDER ON *EX-PARTE* MOTION FOR EXTENSION OF TIME**

Given the foregoing motion:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for Defendant Southbay Development Corporation, Inc. to submit its Profile Form and Confidential Mediation Affidavit is extended for an additional fifteen (15) days, or until and including February 3, 2012.

NEW ORLEANS, LOUISIANA this the ____day of _____, 2012


_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE