UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | § | MDL No. 2047 |
| PRODUCTS LIABILTY LITIGATION | § | |
| | § | |
| | § | SECTION:  L |
| | § | |
| This Document Relates to: | § | Judge Fallon |
| *Richard and Carol Benoit, et al v. Lafarge S.A.,* | § | Mag. Judge Wilkinson |
| *Lafarge Boral Gypsum in Asia et al..* | | |
| Docket No. 11-1893  (E.D.La.) | § | |
| | § | |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | § | |

## <u>NOTICE OF APPEARANCE</u>

NOW COMES Kay B. Baxter, Brandie M. Thibodeaux, Glenn L.M. Swetman, Christopher O. Massenburg, Margaret Adams Casey, and Darren M. Guillot of Swetman Baxter Massenburg LLC, and notifies this Court of their appearance as counsel for Defendant Southbay Development Corporation, Inc., named in Plaintiffs' Omnibus Class Action Complaint (XI) and requests that any orders, notices, motions, pleadings, and correspondence issued from this Honorable Court be forwarded to the undersigned.

Respectfully submitted,


**SWETMAN BAXTER MASSENBURG, LLC**


By:_____/Kay B. Baxter_____
    KAY B. BAXTER (LSBA No. 22938)
    BRANDIE M. THIBODEAUX (LSBA No. 29344)
    GLENN L. M. SWETMAN (LSBA No. 21904)
    CHRISTOPHER O. MASSENBURG (LSBA No. 26989)
    MARGARET ADAMS CASEY (LSBA No. 22918)
    DARREN M. GUILLOT,  (LSBA No. 22938)
    650 Poydras Street, Suite 2400
    New Orleans, Louisiana 70130
    Telephone: (504) 799-0500
    Facsimile:  (504) 799-0501


<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on

Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by

U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis

File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically

filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system,

which will send a notice of electronic filing in accordance with the procedures established in

MDL 2047, on this 19th  day of January, 2012


    __/Kay B. Baxter_____
    **KAY B. BAXTER**


- 2 -