UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL § | MDL No. 2047 |
| PRODUCTS LIABILTY LITIGATION § | |
| § | |
| § | SECTION: L |
| § | |
| This Document Relates to: § | Judge Fallon |
| *Richard and Carol Benoit, et al v. Lafarge S.A.,* § | Mag. Judge Wilkinson |
| *Lafarge Boral Gypsum in Asia et al..* | |
| Docket No. 11-1893 (E.D.La.) § | |
| § | |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

### *EX-PARTE* MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Southbay Development Corporation, Inc., which respectfully requests as follows:

Southbay Development Corporation, Inc. has been recently retained counsel in the above-referenced matter, namely, the law firm of Swetman Baxter Massenburg, LLC. Southbay Development Corporation, Inc. respectfully avers that its new counsel will need additional time to become familiar with its client's position in the instant matter, and to submit its' Profile Form and its Confidential Mediation Affidavit. A brief extension of time will neither prejudice any of the parties to this matter, nor will it delay this matter.

- 1 -

WHEREFORE, Southbay Development Corporation, Inc. respectfully requests that this Honorable Court allow it an additional fifteen days in which to submit its Profile Form and Confidential Mediation Affidavit.

Respectfully submitted,

**SWETMAN BAXTER MASSENBURG, LLC**

By: /Kay B. Baxter
KAY B. BAXTER (LSBA No. 22938)
BRANDIE M. THIBODEAUX (LSBA No. 29344)
GLENN L. M. SWETMAN (LSBA No. 21904)
CHRISTOPHER O. MASSENBURG (LSBA No. 26989)
MARGARET ADAMS CASEY (LSBA No. 22918)
DARREN M. GUILLOT, (LSBA No. 22938)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 799-0500
Facsimile: (504) 799-0501

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of January, 2012

/Kay B. Baxter
**KAY B. BAXTER**