IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| | * | |
| THIS DOCUMENTS RELATES TO: Block, et al vs. Knauf GIPS KG, et al | * * * | JUDGE FALLON |
| | * | |
| Case No. 11-1363 (E.D.LA.) (Omnibus X) | * * | |

*************************************

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY DEFENDANT, PHILLIP W. GILES DRYWALL, LLC

**NOW INTO COURT**, through undersigned counsel, comes defendant, Philip W. Giles Drywall, LLC, (hereinafter "Giles Drywall"), and moves this Honorable Court pursuant to Fed. R. Civ. P 12(b)(2) to dismiss all claims brought by the plaintiffs, Greg and Andrea Vernon, against Giles Drywall in the Block Omnibus Complaint (X) on the basis that this Court lacks personal jurisdiction over Giles Drywall. As more fully set forth in the attached memorandum and affidavit in support, Giles Drywall is a small, family-owned limited liability company that installs drywall in homes and commercial buildings in Alabama. It has no minimum contact with the State of Louisiana for this Court to exercise personal jurisdiction over it in the matter. Accordingly, Giles Drywall is entitled to a dismissal from the Block Omnibus Complaint(X).

**WHEREFORE**, defendant, Giles Drywall prays that this Honorable Court enter an Order granting this motion to dismiss for lack of personal jurisdiction and that any and all claims brought by the plaintiffs, Greg and Andrea Vernon, against Giles Drywall in the Block Omnibus Complaint be dismissed pursuant to Fed. R. Civ. P 12(b)(2).

Respectfully submitted

BOGGS, LOEHN & RODRIGUE

_____
ROBERT F. LAKEY (#7927)
CHARLES K. CHAUVIN (#27403)
3616 S. I-10 Service Road W., Suite 109
Metairie, Louisiana   70001
Telephone: (504) 828-1202
Facsimile:  (504) 828-1208
*Attorney for Phillip W. Giles Drywall, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and it was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19TH day of January, 2012.

_____
ROBERT F. LAKEY

L:\ROB\CHINESE DRYWALL CASES\BLOCK V. GILES  (0032011005)  (4)\PLEADING\MOTION TO DISMISS 11-10-11 (UPDATED 1-18-12).DOCX