UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>JUDGE ELDON E. FALLON |
| This Document Relates to:<br>    Robert W. Block, III et al<br>                Plaintiffs, | * * * | SECTION: "L"<br><br>MAGISTRATE JUDGE WILKINSON |
| versus | * * | |
| Gebrueder Knauf Verwaltungsgesellschaft, KG, et al<br>                Defendants | * * * * | |
| Civil Action No. 11-1363 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **AFFIDAVIT OF PHILLIP W. GILES**

STATE OF ALABAMA

COUNTY OF Baldwin

BEFORE ME, the undersigned authority, personally came and appeared Phillip W. Giles, who after being duly sworn, did depose and say:

1. My name is Phillip W. Giles. I was born on August 8, 1960. I am legally competent and have been domiciled in the State of Alabama since 1960.

2. I am the owner of Phillip W. Giles Drywall, LLC since it was established in 1978. Phillip W. Giles Drywall, LLC is a small, family owned business that installs drywall located in the State of Alabama. I have personal knowledge of all business activities and have within my custody and control all of its business records.

3. I make this affidavit regarding Phillip W. Giles Drywall, LLC in connection with the lawsuit styled, "Robert W. Block, III, et al, plaintiff, versus defendant, Gebrueder Knauf, et al, United States District Court, Eastern District of Louisiana, Docket No. 11-1363, in which Phillip W. Giles Drywall, LLC has been made a defendant.

4. The principal place of business for Phillip W. Giles Drywall, LLC is in Baldwin County, Alabama, although I have done some work in north Alabama.

5. Phillip W. Giles Drywall, LLC has never been authorized to do business in Louisiana and never had a registered or statutory agent for service of process in Louisiana.

6. Phillip W. Giles Drywall, LLC has never had any offices in Louisiana nor has it had any address or telephone numbers in Louisiana nor does it own or rent any property any sort in Louisiana now or in the past.

7. Phillip W. Giles Drywall, LLC has never had any directors, officers or employees working in the State of Louisiana.

8. Phillip W. Giles Drywall, LLC has never solicited any business in Louisiana and never transacted any business in the State of Louisiana. It has no contacts with the State of Louisiana nor produced any goods or products in Louisiana.

9. Phillip W. Giles Drywall, LLC has never built any homes or other structures in Louisiana nor has it ever installed any drywall in Louisiana, nor did it ever manufacture or distribute drywall in Louisiana.

_____
PHILLIP W. GILES

The foregoing Affidavit was acknowledged before me this 3rd day of October, 2011, by PHILLIP W. GILES, who is personally known by me or who has produced a valid Alabama driver's license as identification, and who did first take an oath to tell the truth in this Affidavit.

Norma Wilson Giles
NOTARY PUBLIC - State of Alabama
My Commissions Expires: 9-5-2012

L:\Rob\Chinese Drywall Cases\Block v. Gebrueder Knauf (0032011005)\Pleading\Affidavit of Phillip Giles.wpd