IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * * | SECTION: "L" |
| THIS DOCUMENTS RELATES TO: Block, et al vs. Knauf GIPS KG, et al | * * * | JUDGE FALLON |
| Case No. 11-1363 (E.D.LA.) (Omnibus X) | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant Phillip W. Giles Drywall, LLC, KBS Construction Company, Inc., has filed the attached Motion to Dismiss. **PLEASE TAKE FURTHER NOTICE** that the Motion will be brought on for hearing on March 14, 2012, at 9:00 a.m., before the Honorable Eldon E. Fallon.

Respectfully submitted

BOGGS, LOEHN & RODRIGUE

_____
ROBERT F. LAKEY (#7927)
CHARLES K. CHAUVIN (#27403)
3616 S. I-10 Service Road W., Suite 109
Metairie, Louisiana 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
*Attorney for Phillip W. Giles Drywall, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and it was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of January, 2012.

_____
ROBERT F. LAKEY