UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2:09-md-02047 SECTION: "L" JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | MAG. JUDGE WILKINSON |
| *Pate v. American International Specialty Lines Insurance Company, et al.*, (09-7791) (E.D. La.) ) ) ) | |

### FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MOTION TO LIFT STAY

COME NOW FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY (collectively "FCCI"), by and through undersigned counsel, and move this Court to lift the stay so that FCCI may file a motion for summary judgment on the issue of insurance coverage for Chinese-manufactured drywall claims. FCCI relies on the attached Memorandum in Support of its Motion to Lift Stay for the Courts in support of this Motion.

WHEREFORE, FCCI prays that this Court lift the stay so that FCCI may file a motion for summary judgment.

This 20th day of January, 2012.

> GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
> Attorneys for FCCI COMMERCIAL INSURANCE
> COMPANY and FCCI INSURANCE COMPANY
>
> BY: /S/ ROBERT M. DARROCH
>   ROBERT M. DARROCH
>   GA State Bar No.: 205490
>   3340 Peachtree Road NE, Suite 2100
>   Atlanta, GA 30326-1084
>   Phone: (404) 264-1500
>   Fax:  (404) 264-1737
>   rdarroch@gmlj.com
>
>   AND

                          MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC

By:    /s/ PATRICK E. COSTELLO
          PATRICK E. COSTELLO (#26619)
          JACQUES P. DeGRUY (#29144)
          4250 One Shell Square
          701 Poydras Street
          New Orleans, Louisiana  70139
          Telephone: 504-595-3000
          Facsimile: 504-522-2121
          pcostello@mblb.com
          jdegruy@mblb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6 on this 20th day of January, 2012, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                            /s/ PATRICK E. COSTELLO
                                            PATRICK E. COSTELLO (#26619)
                                            pcostello@mblb.com