# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | MDL NO. 2:09-md-02047<br><br>SECTION: "L"<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br>*Pate v. American International Specialty Lines Insurance Company, et al.,* **(09-7791) (E.D.La.)** | |

## O R D E R

Considering the above and foregoing Motion to Lift Stay on behalf of FCCI Commercial Insurance Company and FCCI Insurance Company (collectively "FCCI");

IT IS ORDERED BY THE COURT that FCCI Commercial Insurance Company and FCCI Insurance Company's Motion to Lift Stay be and is hereby GRANTED.

NEW ORLEANS, Louisiana this ____ day of _____, 2012.

_____
J U D G E