UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

Pursuant to this Court's Order at Rec. Doc. 11881, each installer, builder, and supplier in MDL-2047, except for Interior Exterior (and its Downstream Releasees as defined in the Interior Exterior settlements), Banner and L&W, was ordered to provide the Court-Appointed Mediator, John Perry, a confidential mediation affidavit identifying under oath the number of unique addresses in the United States, other than Virginia, that party is aware of containing alleged Chinese drywall for which the party may have alleged responsibility. Pursuant to that Order, these affidavits were due to be provided by January 12, 2012. It has come to the Court's attention that a number of Motions to Extend this Deadline have been filed (including at Rec. Doc. 12153, 12163, 12177, 12178, 12179, 12180, 12182, 12232 and 12234) and that many other parties have failed to comply with this Order. In order to resolve this issue,

**IT IS HEREBY ORDERED** that each party to this litigation to the extent required by this Court's Order at Rec. Doc. 11881 and who has not provided the Mediator the required affidavit, shall provide such an affidavit to the Mediator by January 25, 2012 or be subject to Rule to Show Cause Hearing as to why that party is not in contempt of this Court. By this Order, the

Court hereby denies all Motions to Extend this affidavit deadline to the extent inconsistent with this Order.

New Orleans, Louisiana, this 20th day of January, 2012.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE