UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

    The Court received and reviewed the attached correspondence from James E. and Joanne E. Haseltine.  IT IS ORDERED that this correspondence is to be filed into the record.

    New Orleans, Louisiana, this 20th day of January 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE