UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

ROBERT W. BLOCK, III, *et. al.*,

    Plaintiffs,

Civil Action No.:11-1363

v.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT, *et. al.*,

    Defendants.

_____/

### STONELAKE RANCH, LLC'S NOTICE OF APPEARANCE

The law firm of JOHN H. RAINS III, P.A., enters its appearance as counsel of record for STONELAKE RANCH, LLC, defendant in the above-styled cause, having previously filed STONELAKE RANCH, LLC's Answer and Affirmative Defenses to Plaintiff's Omnibus Class Action Complaint (docket number 10263), and requests that a copy of all pleadings and papers filed in this cause be forwarded to its offices at 501 East Kennedy Boulevard, Suite 750, Tampa, Florida 33602.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed with the Clerk of the Court of the Untied States District Court for the Eastern District of Louisiana, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 and also served on Plaintiffs' Liaison Counsel, Russ M. Herman and Leonard A. Davis, Plaintiffs' Lead Counsel, Arnold Levin, Fred S. Longer and Matthew C. Gaughan, by U.S. Mail and e-mail on this 23rd day of January, 2012.

    s/ John H. Rains, III
    John H. Rains, III    FBN 280283
    John H. Rains III, P.A.
    Suite 750, 501 East Kennedy Boulevard
    Tampa, FL  33602
    Phone: (813) 221-2777/Fax:  (813) 221-3737
    E-mail:  jrains@johnrains.com
    Attorneys for Stonelake Ranch, LLC