UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. Case No. 2:11-cv-00252 (E.D. La.) | * * * * | |

*********************************************

## NOTICE OF ERRATA

NOTICE OF IS HEREBY given that Plaintiffs Wash & Paula Davis, Plaintiffs Ty & Regina Clark, and Plaintiffs Richard & Kelly McFee incorrectly named Hovnanian Enterprises, LLC d/b/a Brighton Homes, Ltd. as the responsible Builder Defendant in Amended Omnibus Class Action Complaint VIII ("*Abreu*"). Take notice that the proper Builder Defendant is correctly named: **K Hovnanian of Houston II, LLC f/k/a K Hovnanian of Houston II, LP d/b/a Brighton Homes**.

                                               Respectfully submitted,

                                               **/s/ Leonard A. Davis**

                                               **RUSS M. HERMAN, La. Bar No. 6819**
                                             **LEONARD A. DAVIS, La. Bar No. 14190**
                                             **STEPHEN J. HERMAN, La. Bar No. 23219**
                                             **JOSEPH E. "JED" CAIN, La. Bar No. 29785**
                                             **JEREMY S. EPSTEIN, La. Bar No. 32135**
                                             **HERMAN, HERMAN, KATZ & COTLAR, LLP**
                                             820 O'Keefe Avenue
                                             New Orleans, Louisiana 70113
                                             Telephone: (504) 581-4892
                                             Fax No.: (504) 561-6024
                                             *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Errata, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of January, 2012.

/s/ Leonard A. Davis
_____
LEONARD A. DAVIS