

PATRICK S. MONTOYA

January 23, 2012

*Via E-mail & U.S. Mail*

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

RE: Chinese Manufactured Drywall Products Liability Litigation
MDL No. 2047, Notice of Voluntary Dismissal Without Prejudice of Avatar Properties, Inc. in the Cassidy Omni XIV Complaint for Claimant Raymond Crane

Dear Mr. Davis,

We write to request that you file the attached notice of voluntary dismissal in the Omni XIV complaint. Should you have any questions, please do not hesitate to contact us.

Very truly yours,

NATALIE M. RICO
PATRICK S. MONTOYA

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6546
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444