UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL CASE NO.: 2047<br><br>SECTION: L<br><br>Honorable Eldon E. Fallon<br><br>MAG: JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: WENDY LEE HOBBIE, ET. AL. v. RCR HOLDINGS II, LLC, ET. AL.<br><br>CASE No.  2:10-cv-1113 (E.D.LA.) | |

_____/

**MOTION TO STRIKE PLAINTIFFS' RESPONSE IN OPPOSITION TO ARCH INSURANCE COMPANY'S MOTION TO DISMISS THIRD-PARTY COMPLAINT OF RCR HOLDINGS, LLC OR ALTERNATIVELY TO TRANSFER VENUE**

Third-Party Defendant ARCH INSURANCE COMPANY ("ARCH"), pursuant to Rule 7, *Fed.R.Civ.P.*, hereby files its *Motion to Strike Plaintiffs' Response in Opposition to Arch Insurance Company's Motion to Dismiss Third-Party Complaint or Alternatively to Transfer Venue*, and in support shows the Court as follows:

1. On May 16, 2011, this Court granted RCR Holdings II, LLC's *Motion to File Third Party Complaint* against ARCH, alleging breach of performance bond. (D.E. 8834).

2. On August 3, 2011, *ARCH filed its Motion to Dismiss Third Party Complaint or Alternatively to Transfer Venue* and argued for dismissal and/or change of venue based specifically on facts and allegations related solely to RCR and RCR's third party claim.

1

MDL No. 2047<br>Case No.  2:10-cv-1113

      3.      Plaintiffs' are not parties to the performance bond and are not alleged to be third party beneficiaries to same, therefore, cannot be considered claimants under the bond and has no standing to oppose or to join in RCR's response.

      4.      As Plaintiffs have no standing to assert a performance bond claim against ARCH, it has no standing to oppose ARCH's defense to same. Plaintiffs should neither be allowed to concur in nor adopt by reference any arguments made by RCR in its *Response in Opposition to ARCH's Motion to Dismiss Third-Party Complaint or Alternatively to Transfer Venue*.

### **CONCLUSION**

WHEREFORE, ARCH prays for entry of an Order striking *Plaintiffs' Response in Opposition to Arch Insurance Company's Motion to Dismiss Third Party Complaint or Alternatively to Transfer Venue*.

MDL No. 2047
Case No.  2:10-cv-1113

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 24th day of January, 2012.

**ETCHEVERRY HARRISON LLP**
Attorneys for Arch Insurance Company
150 South Pine Island Road
Suite 105
Fort Lauderdale, Florida 33324
Telephone:  (954) 370-1681
Facsimile:   (954) 370-1682

By:   /s/ Guy Harrison
      Edward Etcheverry
      Fla. Bar No. 856517
      Guy Harrison
      Fla. Bar No. 368806