IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE MANUFACTURED DRYWALL PRODUCTS LIABIILTY LITIGATION | : : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | | : : | SECTION: L |
| Hobbie, et al v. RCR Holdings II, LLC, et al. No. 10-1113 | | : : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

=============================================

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Arch Insurance Company's Motion to Strike Plaintiffs' Response in Opposition to Arch Insurance Company's Motion to Dismiss Third Party Complaint of RCR Holdings, LLC or Alternatively to Transfer Venue, will be submitted for consideration on February 15, 2012 at 9:00 a.m.

Dated: January 24, 2012.

                                                             Respectfully Submitted,

                                                             **ETCHEVERRY HARRISON LLP**
                                                             Attorneys for Arch Insurance Company
                                                             150 South Pine Island Road
                                                             Suite 105
                                                             Fort Lauderdale, Florida 33324
                                                             Telephone: 954-370-1681

                                 By:     /s/ Guy Harrison
                                         Edward Etcheverry
                                         Fla. Bar No. 856517
                                         Guy Harrison
                                         Fla. Bar No. 368806

MDL No. 2047
Case No. 2:10-cv-1113

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 24th day of January, 2012, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/Guy Harrison
Guy Harrison
Fla. Bar No. 368806