UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOHN KORN BUILDERS, LLC'S NOTICE OF SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT

Defendant, John Korn Builders, LLC files this Notice of Submission certifying that on January 24, 2012, a Confidential Mediation Affidavit was submitted to the court-appointed mediator in compliance with this Court's Order (Rec. Doc. 11881).

Respectfully submitted, this 24th day of January, 2012.

JOHN KORN BUILDERS, LLC


By:  /s/ Kathryn Platt
KATHRYN BREARD PLATT, La. Bar No. 29776


**LARRY CANADA, LA Bar No. 17894**
Email: lcanada@gjtbs.com
**KATHRYN BREARD PLATT, LA Bar No. 29776**
Email: kplatt@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Phone: (504) 525-6802
Facsimile:  (504) 525-2456
*Attorneys for John Korn Builders, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this on this 24th day of January, 2012.

 /s/ Kathryn Platt
KATHRYN BREARD PLATT, La. Bar No. 29776