**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al. Case No. 10-00932 | |

**PLAINTIFFS' (JOEY AND AMANDA GALLE, JOSEPH AND DEBBIE GALLE)**
**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,**
**OF DEFENDANT, BAILEY LUMBER & SUPPLY COMPANY OF BILOXI**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, (Joey and Amanda Galle AND Joseph

and Debbie Galle) , hereby dismiss, without prejudice, all of their claims against Bailey Lumber &

Supply Company of Biloxi, in Plaintiffs' Omnibus Complaints, reserving their rights and claims

against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.

Plaintiffs (Joey and Amanda Galle AND Joseph and Debbie Galle) shall continue to pursue their

claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as

Exhibit "A" is correspondence from Don Barrett, P.A., counsel for Plaintiffs (Joey and Amanda

Galle AND Joseph and Debbie Galle), dated January 11, 2012, specifically authorizing the

undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,


Dated:    January 24, 2012            /s/ Russ M. Herman_____
                                     Russ M. Herman, Esquire (Bar No. 6819)
                                     Leonard A. Davis, Esquire (Bar No. 14190)
                                     Stephen J. Herman, Esquire (Bar No. 23129)
                                     HERMAN, HERMAN, KATZ & COTLAR, LLP
                                     820 O'Keefe Avenue
                                     New Orleans, Louisiana 70113
                                     Phone: (504) 581-4892
                                     Fax: (504) 561-6024
                                     LDavis@hhkc.com
                                     *Plaintiffs' Liaison Counsel*
                                     *MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of January, 2012.

/s/_Leonard A. Davis_____
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047