# Don Barrett, P.A.
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawgroup.com

**David McMullan**
Email: dmcmullan@barrettlawgroup.com

**Katherine Barrett Riley\***
E-mail: kbriley@barrettlawgroup.com
\*Also licensed in Tennessee

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile  (662) 834-2628

January 11, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

   **Re:** **In re: Chinese Manufactured Drywall Products Liability Litigation**
      **Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.**
      **Case No.  10-00932**

Dear Russ and Lenny:

  My clients, John and Grace Steubben, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Bailey Lumber & Supply Company of Biloxi in the above matter, reserving their rights and claims against any and all other defendants therein.

          Very truly yours,

          DON BARRETT, P.A.

          *David McMullan*

          David McMullan

DM/pt