UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION     MDL NO. 2047

SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

## NOTICE OF FILING AFFIDAVIT PURSUANT TO ORDER OF COURT

Comes now the attorney for defendant, **MAGNUM DEVELOPMENT, LLC,** by its President, **HAROLD MUXLOW,** who files the attached Affidavit Pursuant to Order of Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Amended Notice of Filing has been furnished by Notice of Filing Affidavit Pursuant to Order of Court has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liason Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of January, 2012.

_/s/ David K. Oaks_
DAVID K. OAKS, ESQ.
DAVID K. OAKS, P.A.
407 East Marion Avenue, Suite 101
Punta Gorda, FL  33950
(941) 639-7627
Florida Bar No. 0301817
Attorneys for Magnum Development, LLC

DAVID K. OAKS, P.A.
407 EAST MARION AVE.
SUITE 101
PUNTA GORDA, FL 33950
(941) 639-7627
FAX (941) 575-0242

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION           MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

### AFFIDAVIT PURSUANT TO ORDER OF COURT

STATE OF FLORIDA
COUNTY OF CHARLOTTE

BEFORE ME, a person duly authorized to administer oaths and take acknowledgments personally appeared **HAROLD MUXLOW**, managing member of **MAGNUM DEVELOPMENT, LLC** who being placed under oath duly administered swears as follows:

That the only address that **MAGNUM DEVELOPMENT, LLC** is aware of that contains alleged Chinese drywall is 214 Stevensville Street, Port Charlotte, FL 33954.

**MAGNUM DEVELOPMENT, LLC**

By: /s/ Harold Muxlow
**HAROLD MUXLOW**

SWORN to and SUBSCRIBED before me this 24th day of January, 2012.

My Commission Expires:

JACQUELINE M. SMITH
MY COMMISSION # DD 783463
EXPIRES: May 23, 2012
Bonded Thru Notary Public Underwriters

/s/ Jacqueline M. Smith
Notary Public

DAVID K. OAKS, P.A.
407 EAST MARION AVE.
SUITE 101
PUNTA GORDA, FL 33950
(941) 639-7627
FAX (941) 575-0242