# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES AND** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| *Payton, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-07628 (E.D. La.)** | |
| *Gross, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-06690 (E.D. La.)** | |
| *Rogers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:10-cv-00362 (E.D. La.)** | |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 2:11-cv-00252 (E.D. La.)** | |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-1363 (E.D. La.)** | |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-2349 (E.D. La.)** | |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-3023 (E.D. La.)** | |
| *Vickers, et al. v. Knauf Gips KG, et al.*<br>**Case No. 2:09-cv-04117 (E.D. La.)** | |

# **O R D E R**

Considering the Joint Motion of Proposed Settlement Class Counsel, the PSC, and the Knauf Defendants, for Leave of Court to File Joint Response of Settling Parties to Objections of Various Unidentified State Court Plaintiffs' and Certain Builders to the Stay of Claims Involving KPT Chinese Drywall;

IT IS ORDERED BY THE COURT that Proposed Settlement Class Counsel, the PSC and the Knauf Defendants are hereby granted leave of court to file their Joint Response of Settling Parties to Objections of Various Unidentified State Court Plaintiffs' and Certain Builders to the Stay of Claims Involving KPT Chinese Drywall.

New Orleans, Louisiana, this __24th__ day of January, 2012.

_____
Eldon E. Fallon
United States District Court Judge