**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * | **MDL Docket No. 2047** **Section L** |
| **This document relates to All Cases** | * * * * * * * | **Judge Fallon** **Mag. Judge Wilkinson** |

*** * * * * * * * * * * * * * * * * * ***

**PROPOSED AGENDA**
**FOR JANUARY 26, 2012 STATUS CONFERENCE**

I. PRE-TRIAL ORDERS

II. STATE COURT TRIAL SETTINGS

III. INSURANCE ISSUES

IV. HOME BUILDERS FEES AND COSTS

V. STATE/FEDERAL COORDINATION

VI. OMNIBUS CLASS ACTION COMPLAINTS

VII. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VIII. PILOT PROGRAM

IX. TERM SHEET AGREEMENT BETWEEN PSC AND THE KNAUF ENTITIES REGARDING SETTLEMENTS WITH HOMEBUILDERS

X. KNAUF DEFENDANTS

XI. TAISHAN DEFENDANTS

XII. INTERIOR EXTERIOR DEFENDANT

XIII. BANNER DEFENDANTS

XIV. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XV. PLAINTIFF AND DEFENDANT PROFILE FORMS

XVI. FREQUENTLY ASKED QUESTIONS

XVII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XVIII. *PRO SE* CLAIMANTS

XIX. LIAISON COUNSEL MEETING WITH MEDIATOR

XX. PHYSICAL EVIDENCE PRESERVATION ORDER

XXI. NEXT STATUS CONFERENCE