UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * * * * | MAGISTRATE JUDGE WILKINSON |

### ORDER

Considering the foregoing Joint Supplemental Response of Settling Parties in Opposition to Southern Homes' Motion to Set an Evidentiary Hearing to Determine Security;

**IT IS ORDERED** that the Knauf Defendants and the PSC be and hereby are GRANTED leave to file the attached Joint Supplemental Response.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
**JUDGE ELDON E. FALLON**