# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | **MDL NO. 09-2047** |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | **CIVIL ACTION NO. 09-7628** |
| SEAN AND BETH PAYTON, ET AL | * | |
| | * | **SECTION L** |
| V. | * | |
| | * | **JUDGE FALLON** |
| KNAUF GIPS KG, ET AL | * | |
| | * | **MAG. JUDGE WILKINSON** |

**************************************************

### DEFENDANT, ED PRICE BUILDING MATERIALS'
### NOTICE OF SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT

Defendant, Ed Price Building Materials (hereinafter "Ed Price"), through undersigned counsel, hereby files this Notice of Submission certifying that on January 24, 2012, a Confidential Mediation Affidavit was submitted to the court-appointed mediator in compliance with this Court's Order (Doc. 11881).

Respectfully submitted,

/s/ Elizabeth Haecker Ryan
Elizabeth Haecker Ryan, T.A. (La. Bar No. 6404)
C. Kieffer Johnson (La. Bar No. 31206)
LEMLE & KELLEHER, L.L.P.
Pan-American Life Center
601 Poydras Street, 21st Floor
New Orleans, LA  70130
Tel:    504.584.9138
Fax:    504.584.9142
E-mail:  eryan@lemle.com
E-mail:  kjohnson@lemle.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission of Ed Price Building Materials has been served upon all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day January, 2012.

/s/ Elizabeth Haecker Ryan
Elizabeth Haecker Ryan