UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE ELDON E. FALLON |
| SEAN AND BETH PAYTON, et al., Plaintiffs, | * * * | SECTION L |
| versus | * * * | MAGISTRATE JUDGE WILKINSON |
| KNAUF GIPS KG, et al, Defendants. | * * * * | |
| Civil Action No. 09-cv-07628. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF LIMITED APPEARANCE

Defendant The New Morning, LLC, through undersigned counsel, hereby files this Notice of Limited Appearance in this case, and requests that copies of all pleadings served in this case be served upon him in connection with this action..  This appearance is for the sole purpose of complying with Pre-Trial Order No. 1, and defendant specifically reserves all rights and defenses, including without limitation lack of personal jurisdiction and improper venue. Further, defendant notes that it did not build the property for which it is named in the complaint and should be dismissed.

Respectfully submitted,

 /s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Counsel for The New Morning, LLC

1082630v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Limited Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

                                           */s/ Dorothy H. Wimberly*
                                           Dorothy H. Wimberly, 18509
                                           STONE PIGMAN WALTHER
                                           WITTMANN L.L.C.
                                           546 Carondelet Street
                                           New Orleans, Louisiana  70130
                                           Phone:  504-581-3200
                                           Fax:     504-581-3361
                                           dwimberly@stonepigman.com