UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE ELDON E. FALLON |
| | * | |
| BLOCK, et al., | * | SECTION L |
| Plaintiffs, | * | |
| | * | MAGISTRATE JUDGE |
| versus | * | WILKINSON |
| | * | |
| GEBRUEDER KNAUF | * | |
| VERWALTUNGSGESELLSCHAFT KG, | * | |
| et al, | * | |
| Defendants. | * | |
| | * | |
| Civil Action No. 11-cv-01363. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE AND RESPONSE TO PLAINTIFFS'
### OMNIBUS MOTION FOR PRELIMINARY DEFAULT

Homebuilders' and Installers' Liaison Counsel, Phillip A. Wittmann, hereby

provides notice to the Court and Plaintiffs of the "appearances" of the following pro se

defendants:

Mark Drake, 109 Smith St., Pass Christian, MS 39571

Chris Roberts, P.O. Box 966, Long Beach, MS 39560

Each of these defendants is named by plaintiffs as an Installer Defendant in this

action.  In accordance with the applicable Pre-Trial Order, these defendants attempted to file

with the Court Notices Of Limited Appearance.  Although these defendants are individuals who

should be permitted to appear *pro se,* the Clerk's office refused to file their notices.  They cannot

otherwise afford counsel and ask that this be deemed sufficient compliance.  They also have

provided profile forms.

Respectfully submitted,

 /s/Phillip A. Wittmann
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Homebuilders' and Installers' Liaison Counsel

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

1082637v.1