UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2047<br>*<br>*  JUDGE ELDON E. FALLON<br>* |
| WILTZ, et al.,<br>            Plaintiffs, | *  SECTION L<br>* |
| versus | *  MAGISTRATE JUDGE<br>*    WILKINSON<br>* |
| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al,<br>            Defendants. | *<br>*<br>*<br>* |
| Civil Action No. 10-cv-00361. | *<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE AND RESPONSE TO PLAINTIFFS'**
**OMNIBUS MOTION FOR PRELIMINARY DEFAULT**

Homebuilders' and Installers' Liaison Counsel, Phillip A. Wittmann, hereby provides notice to the Court and Plaintiffs of the "appearances" of the following pro se defendants:

Drive Enterprises, Inc., c/o Darren Lee, 2101 Walkers Lane, Meraux, LA 70075

Tom Losey Company, Inc., d/b/a Five Star Drywall, Inc., c/o Susan K. Losey, 6901 North Drive, Fort Myers, FL 33905

Each of these defendants is named by plaintiffs as an Installer Defendant in this action. In accordance with the applicable Pre-Trial Order, these defendants attempted to file Answers and provided those answers to plaintiffs' counsel. Because they are corporate defendants, the Clerk's office refused to file their answers. They cannot otherwise afford counsel and ask that this be deemed sufficient compliance.

1082644v.1

Respectfully submitted,

 /s/Phillip A. Wittmann
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Homebuilders' and Installers' Liaison Counsel

1082644v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

1082644v.1