UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * JUDGE ELDON E. FALLON <br> * |
| HAYA, et al., <br>     Plaintiffs, <br><br> versus <br><br> TAISHAN GYPSUM CO., LTD., et al, <br>     Defendants. <br><br> Civil Action No. 11-cv-00107. | * SECTION L <br> * <br> * MAGISTRATE JUDGE <br> *    WILKINSON <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE AND RESPONSE TO PLAINTIFFS'
OMNIBUS MOTION FOR PRELIMINARY DEFAULT**

Homebuilders' and Installers' Liaison Counsel, Phillip A. Wittmann, hereby provides notice to the Court and Plaintiffs of the "appearances" of the following pro se defendant:

Marr Development of Central Florida, Inc., c/o Juan Marrero, 4134 SW Alice Street, Port St. Lucie, FL 34953

On multiple occasions, defendant has provided documentation showing that he was not the builder of the plaintiff's home and has requested that the company be dismissed. Plaintiffs have failed to do so. Defendant cannot afford counsel and asks that this be deemed sufficient compliance.

Respectfully submitted,

 /s/Phillip A. Wittmann
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER

1082648v.1

WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Homebuilders' and Installers' Liaison Counsel

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

    */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

1082648v.1