UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2047<br>*<br>*  JUDGE ELDON E. FALLON<br>* |
| ROGERS, et al.,<br>           Plaintiffs,<br><br>     versus<br><br>KNAUF GIPS KG, et al,<br>           Defendants.<br><br>Civil Action No. 10-cv-00362. | *  SECTION L<br>*<br>*  MAGISTRATE JUDGE<br>*     WILKINSON<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE AND RESPONSE TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT

Homebuilders' and Installers' Liaison Counsel, Phillip A. Wittmann, hereby provides notice to the Court and Plaintiffs of the "appearances" of the following pro se defendant:

Cabot Homes, LLC, c/o Cabot L. Dunn Jr., 2161 McGregor Blvd., Ft. Myers, FL 33901

Defendant has provided documentation showing that Cabot Homes, LLC was not the builder or contracot of the plaintiff's home and has requested that the company be dismissed. Plaintiffs have failed to do so. Defendant cannot afford counsel and asks that this be deemed sufficient compliance.

Respectfully submitted,

 /s/Phillip A. Wittmann
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER

1082653v.1

          WITTMANN L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana 70130
          Phone: 504-581-3200
          Fax:    504-581-3361

          Homebuilders' and Installers' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

1082653v.1