UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | JUDGE ELDON E. FALLON |
| BENES, et al., | * | SECTION L |
| Plaintiffs, | * * | MAGISTRATE JUDGE |
| versus | * * | WILKINSON |
| KNAUF GIPS KG, et al, Defendants. | * * * | |
| Civil Action No. 09-cv-06690. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE AND RESPONSE TO PLAINTIFFS'
OMNIBUS MOTION FOR PRELIMINARY DEFAULT**

Homebuilders' and Installers' Liaison Counsel, Phillip A. Wittmann, hereby provides notice to the Court and Plaintiffs of the "appearances" of the following pro se defendant:

Talmadge Drywall, c/o William Talmadge, 7007 Aspen Avenue, Tampa, FL 33637

This defendant is named by plaintiffs as an Installer Defendant in this action. In accordance with the applicable Pre-Trial Order, defendant attempted to respond to the complaint, notifying the Court and Counsel that the defendant is out of business, that he had received a personal discharge in bankruptcy, and that defendant could not afford counsel. Defendant asks that this be deemed sufficient compliance.

Respectfully submitted,

 /s/Phillip A. Wittmann
Phillip A. Wittmann, 13625

1082664v.1

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Homebuilders' and Installers' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

1082664v.1