UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * JUDGE ELDON E. FALLON <br> * |
| GROSS, et al. v. KNAUF GIPS KG, et al, Civil Action No. 09-cv-06690; | * SECTION L <br> * <br> * MAGISTRATE JUDGE |
| ABEL, et al. v. TAISHAN GYPSUM CO., LTD., et al., Civil Action No. 11-0080; | *    WILKINSON <br> * <br> * |
| HAYA, et al. v. TAISHAN GYPSUM CO., LTD., et al. Civil Action No. 11-0107. | * <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE AND RESPONSE TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT

Homebuilders' and Installers' Liaison Counsel, Phillip A. Wittmann, hereby provides notice to the Court and Plaintiffs of the "appearances" of the following pro se defendant:

Avalon Building Corp. of Tampa Bay, c/o Ralph Zuckerman, P.O. Box 2501, Tarpon Springs, FL 34688.

This defendant is named by plaintiffs as a Homebuilder/Installer Defendant in these three actions. In accordance with the applicable Pre-Trial Order, defendant attempted to file Notices of Limited Appearance. Because it is a corporate defendant, the Clerk's office refused to file the notices. Defendant cannot otherwise afford counsel and ask that this be deemed sufficient compliance.

Respectfully submitted,

 /s/Phillip A. Wittmann
Phillip A. Wittmann, 13625

1082675v.1

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Homebuilders' and Installers' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

1082675v.1