Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0268

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Drive Enterprises, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _TEXAS_ ) ss.
County of: _HARRIS_ )

**Name of Server:** _LINDELL CHARLES_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _26th_ day of _January_, 20 _11_, at _11:13_ o'clock _A_ M

**Place of Service:** at _5910 Story Book Trail_, in _Missouri City, TX 77459_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Drive Enterprises, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _DARREN LEE, OWNER_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _BLACK_ ; Hair Color _BLACK_ ; Facial Hair _—_
Approx. Age _30's_ ; Approx. Height _5'9"_ ; Approx. Weight _180_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _28_ day of _January_, 20 _11_

Notary Public    (Commission Expires)

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013