UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047<br>*<br>* JUDGE ELDON E. FALLON<br>* |
| ABEL, et al.,<br>            Plaintiffs, | * SECTION L<br>*<br>* MAGISTRATE JUDGE |
| versus | *     WILKINSON<br>* |
| TAISHAN GYPSUM CO., LTD., et al,<br>            Defendants. | *<br>*<br>* |
| Civil Action No. 11-cv-0080. | *<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**WITHDRAWAL OF NOTICE AND RESPONSE TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT AS IT RELATES TO DEFENDANT MID-STATE DRYWALL**

On January 25, 2012, Homebuilders' and Installers' Liaison Counsel, Phillip A. Wittmann, filed a Notice and Response to Plaintiffs' Omnibus Motion for Preliminary Defautl (Rec. Doc. 12270).  The notice, as it relates to defendant Mid-State Drywall, was filed in error and should be deemed withdrawn.  Mid-State Drywall is represented by counsel, Chris Irwin of Irwin Fritchie, does not appear in the omnibus motion, and is in compliance with the Court's pre-trial orders.  Accordingly, the notice should be withdrawn as to Mid-State Drywall.

Respectfully submitted,

 /s/Phillip A. Wittmann
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Homebuilders' and Installers' Liaison Counsel

1082715v.1

1082715v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Withdrawal Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

                                                */s/ Dorothy H. Wimberly*
                                                Dorothy H. Wimberly, 18509
                                                STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana  70130
                                                Phone:  504-581-3200
                                                Fax:     504-581-3361
                                                dwimberly@stonepigman.com