UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE ELDON E. FALLON |
| ABEL, et al., | * | |
| Plaintiffs, | * | SECTION L |
| | * | |
| versus | * * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| TAISHAN GYPSUM CO., LTD., et al, Defendants. | * * * | |
| Civil Action No. 11-cv-0080. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**WITHDRAWAL OF NOTICE AND RESPONSE TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT AS IT RELATES TO DEFENDANT MID-STATE DRYWALL**

Considering the foregoing Withdrawal of Notice and Response to Plaintiffs' Omnibus Motion for Preliminary Default as it Relates to Defendant Mid-State Drywall,

IT IS ORDERED, that the Notice, Rec. Doc. 12270, is withdrawn as it relates to Mid-State Drywall.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2012.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**

1082717v.1