# EXHIBIT A

Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
-vs-
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0025

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Louran Builders, Inc., dba Vincent Montalto Construction
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **St. Lucie** )

Name of Server: **Amy M. Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **23** day of **May**, 20**11**, at **7:15** o'clock **P** M

Place of Service: at **414 SW Dalton Circle**, in **Port St. Lucie, FL 34953**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII); Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Louran Builders, Inc., dba Vincent Montalto Construction**
By delivering them into the hands of an officer or managing agent whose name and title is: **Kim Montalto - Office Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Dark Brown**; Facial Hair **—**
Approx. Age **40's**; Approx. Height **5'7"**; Approx. Weight **130 lbs**
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Amy M. Perron**
Signature of Server

Subscribed and sworn to before me this **25** day of **May**, 20**11**

Notary Public       7-14-12
(Commission Expires)

APS International, Ltd.



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services