# EXHIBIT C

Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111876-0092

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--JSK Construction, Inc.
Court Case No. 11-1363 Section L

State of: _Florida_ ) ss.
County of: _St Lucie_ )

**Name of Server:** _Bradley A Perron_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _17_ day of _August_, 20 _11_, at _5:05_ o'clock _P_ M

**Place of Service:** at _3418 SE Darwin Blvd._, in _Port St. Lucie, FL  34953_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
JSK Construction, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Jeff Ketcham, President_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _Mustache_
Approx. Age _40_ ; Approx. Height _6'2"_ ; Approx. Weight _250 +_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _18_ day of _August_, 20 _11_

_Amy M. Kreyling_   _9/25/14_
Notary Public          (Commission Expires)

AMY M. KREYLING
MY COMMISSION # EE439
EXPIRES: September 25, 2014
Fl. Notary Discount Assoc. Co.
1-800-3-NOTARY