## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | |

### ROBERT C. PATE'S MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO LIFT STAY

NOW INTO COURT comes Robert C. Pate, as Trustee for the WCI

Chinese Drywall Trust, who requests leave of court of file the attached reply

memorandum in support of his motion to lift the stay as to two pending summary

judgment motions [Documents 7343 and 7710].  This 4-page reply further explains why

these motions should proceed and responds to the arguments raised in the PSC's

opposition.[1]

Respectfully submitted,

Dated:  January 25, 2012

/s/ Anna M. Piazza
Robert M. Horkovich
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020
Phone:  (212) 278-1000
Fax:  (212) 278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

***Counsel to Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust***

---

[1] The reply was previously filed on January 18, 2012, and is being refiled with this motion for leave to comply with the local rules of this Court.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of January 2012.

/s/ Anna M. Piazza

Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020
Phone:  (212) 278-1000
Fax:  (212) 278-1733
apiazza@andersonkill.com