Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0005

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Al Brothers, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ILLINOIS** ) ss.
County of: **COOK** )

Name of Server: **ROBERT W. BRINDA CJR**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4** day of **APRIL**, 20 **11**, at **6:15** o'clock **P** M

Place of Service: at **919 S. Charlotte Street**, in **Lombard, IL 60148**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Al Brothers, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: **AL JUSTUS -- PRESIDENT**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **SALT & Pepper**; Facial Hair **NONE**
Approx. Age **42**; Approx. Height **5'11"**; Approx. Weight **170**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this day of **APR 0 5 2011**, 20

*Frances R Brindac*
Notary Public       (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13