# VERIFIED RETURN OF SERVICE

State of FLORIDA   County of   Southern Court

Case Number: 2:09-MD-02047-EEF-JCW EDLA   Court Date: 2/21/2011  10:00 am

Plaintiff:
IN RE: GERMANO, ET AL.
vs.
Defendant:
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

For: Patrick S. Montoya, Esq.
COLSON HICKS EIDSON ^

Received by CIVIL PROCESS, LLC. on the 19th day of December, 2011 at 3:30 pm to be served on **STONE PRICE INTERNATIONAL CORPORATION VIA REGISTERED AGENT YONGZHI YANG, 2100 EAST HOWELL AVENUE, SUITE 209, ANAHEIM, CA 90806.** I, William A. Zambrano, being duly sworn, depose and say that on the 23rd day of December, 20 11 at 11:02 a.m., executed service by delivering a true copy of the **SUBPOENA IN A CIVIL CASE, AMENDED NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED.R.CIV.P.30(b)(6) W/F $45.00** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(x) CORPORATE SERVICE: By serving YONGZHI YANG as REGISTERED AGENT FOR SERVICE.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** Description: Male, Asian, Black hair, 53 year, 5'7", 155 lbs.
Mr. Yang confirmed he would take care of the matter.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 27th day of December, 2011 by the affiant who is personally known to me.

_Joseph C. Meaders_
NOTARY PUBLIC

William A. Zambrano
PROCESS SERVER # 1784 Orange County
Appointed in accordance with State Statutes

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Job Serial Number: 2011007905

JOSEPH C. MEADERS
Commission # 1958528
Notary Public - California
Orange County
My Comm. Expires Oct 28, 2015