UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED    :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY      :
LITIGATION                                   :    SECTION:   L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:       :    JUDGE FALLON
                                                      :
ALL CASES                                 :    MAG. JUDGE WILKINSON
---------------------------------------------------------------x

**JOINT SUPPLEMENTAL RESPONSE OF SETTLING PARTIES IN OPPOSITION TO SOUTHERN HOMES' MOTION TO SET AN EVIDENTIARY HEARING TO DETERMINE SECURITY**

On January 23, 2012, the Knauf Defendants and the PSC filed a joint opposition to Southern Homes' motion for a hearing to determine security under Federal Rule of Civil Procedure 65(c) [Rec. Doc. No. 12245] (the "Joint Opposition"). As the Settling Parties demonstrated in their opposition, Federal Rule of Civil Procedure 65(c) does not apply where, as here, the Court exercises its authority under the All Writs Act (28 U.S.C. § 1651) in aid of its jurisdiction to temporarily stay litigation pending consideration of the Knauf settlement. In addition, even if Rule 65(c) did apply, there would be no basis to require security because Southern Homes will not incur damage as a result of the temporary stay.

By order dated January 23, 2012, shortly after the Settling Parties filed the Joint Opposition, this Court denied Southern Homes' motion for identical relief in connection with the temporary litigation stay pending consideration of the InEx settlement [Rec. Doc. No. 12246]. The Court held: "The Court's own review of the plain, unambiguous language of Rule 65, as well as its consideration of the purpose of an injunction in aid of jurisdiction under the All Writs Act, results in the conclusion that the security required for a preliminary injunction under Rule

60566239.DOCX

65(c) is unnecessary in the present matter, particularly since Southern stands to obtain settlement proceeds and the stay is only temporary." Order at 6.

The Court should deny Southern Homes' present motion for largely the same reasons. Although Southern Homes does not stand to obtain proceeds from the Knauf settlement, as explained in the Joint Opposition, to the extent that Southern Homes' insurer(s) participate in the Prospective Insurer Agreement, Southern Homes will obtain a release of Participating Class Members' claims and to the extent that Southern Homes' insurer(s) do not participate in the Prospective Insurer Agreement, its claims against the Knauf Defendants will not be affected. Joint Opposition at 8.

Dated:  January 24, 2012                                       Respectfully submitted,

| | |
|---|---|
| RUSS M. HERMAN (#6819) | By:  Kyle A. Spaulding |
| LEONARD A. DAVIS (#14190) | MILES P. CLEMENTS (#4184) |
| STEPHEN J. HERMAN (# #23129) | PETER E. SPERLING (#17812) |
| HERMAN, HERMAN, KATZ & | KERRY J. MILLER (#24562) |
|   COTLAR, LLP | KYLE A. SPAULDING (#29000) |
| 820 O'Keefe Avenue | PAUL C. THIBODEAUX (#29446) |
| New Orleans, LA 70113 | FRILOT L.L.C. |
| Phone:  (504) 581-4892 | 1100 Poydras Street |
| Facsimile:  (504) 561-6024 | Suite 3700 |
| Email:  LDavis@hhkc.com | New Orleans, LA 70163 |
| | Telephone:  (504) 599-8194 |
| *Plaintiffs' Liaison Counsel* | Facsimile:  (504) 599-8145 |
| | Email:  kmiller@frilot.com |
| ARNOLD LEVIN | |
| FRED S. LONGER |                       - AND - |
| SANDRA L. DUGGAN | |
| MATTHEW C. GAUGHAN | STEVEN GLICKSTEIN (NY Bar No. 1038157) |
| LEVIN, FISHBEIN, SEDRAN & | JAY P. MAYESH (NY Bar No. 1081603) |
|   BERMAN | KAYE SCHOLER LLP |
| 510 Walnut Street | 425 Park Avenue |
| Philadelphia, PA 19106 | New York, NY 10022 |
| Phone:  (215) 592-1500 | Telephone:  (212) 836-8485 |
| Facsimile:  (215) 592-4663 | Facsimile:  (212) 836-6485 |
| Email:  ALevin@lfsblaw.com | Email:  sglickstein@kayescholer.com |
| | |
| *Plaintiffs' Lead Counsel* | *Counsel for the Knauf Defendants* |

**PLAINTIFFS' STTERING COMMITTEE**

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 3558-2382
rjosefsberg@podhurst.com

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
COLSON, HICKS, EDISON, COLSON,
 MATTHEWS, MARTINEZ, GONZALES,
 KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
 ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Hugh. P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Christopher Seeger
SEEGER WEISS, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## SETTLEMENT CLASS COUNSEL

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
ALevin@lfsblaw.com

Russ M. Herman (#6819)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhkc.com

## SUBCLASS COUNSEL

Ervin A. Gonzalez
COLSON, HICKS, EDISON, COLSON,
 MATTHEWS, MARTINEZ, GONZALES,
 KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin@colson.com

*Proposed Subclass Counsel for the
Residential Owner Subclass*

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

*Proposed Subclass Counsel for the
Commercial Owner Subclass*

*Proposed Subclass Counsel for the
Tenant Subclass*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Response of Settling Parties to Southern Homes' Motion to Set an Evidentiary Hearing to Determine Security has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 24th day of January, 2012.

/s/ Kyle Spaulding

60566239.DOCX