UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| BLOCK v. Gebrueder Knauf, et al.<br>Case No.: 11-1363 | * * | |

**************************************

### CHARLIE AND BARBARA HILL'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT J-BEC HOMES OF DIAMONDHEAD, LLP

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Charlie and Barbara Hill, hereby dismiss without prejudice all of their claims against Defendant, J-Bec Homes of Diamondhead, LLP, in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Charlie and Barbara Hill shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Charlie and Barbara Hill, dated January 24, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

00400003.WPD

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of January, 2012.

              */s/ Leonard A. Davis*
              Herman, Herman, Katz & Cotlar, LLP
              820 O'Keefe Avenue
              New Orleans, LA 70113
              Tel: (504) 581-4892
              Fax: (504) 561-6024
              LDavis@hhkc.com
              *Plaintiffs' Liaison Counsel, MDL 2047*