# WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

John C. Whitfield †
Daniel K. Bryson † •
Gary E. Mason ◊ ∞ •
Thomas B. Spain (Of Counsel) †
Mark Cumalander (Of Counsel)*

Donna F. Solen * ◊
Nicholas A. Migliaccio ◊ ∞
Scott C. Harris •
Matthew E. Lee •
Jason Rathod • ◊
Karl Amelchenko •
James E. Adams II †
Monica Bansal ◊

State Bar Admissions:
† KY   ◊ DC   * FL   □ MD
• NC   ∞ NY   * IL

900 W. Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

January 24, 2012

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

       In Re:  Chinese Manufactured Drywall Products Liability Litigation
             *Block, et al. v. Gebrueder Knauf et al.*
             Case No.: 11-1363

Dear Lenny and Russ:

       My clients, Charlie and Barbara Hill, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, J-Bec Homes of Diamondhead, LLP in the above referenced Omni Complaint. Charlie and Barbara Hill shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein

                                       Very truly yours,

                                       Daniel K. Bryson

{00007491;v1}