UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Laura Haya, et al vs. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al; Case No. 11-1077 | |

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF DEFENDANT, MARR DEVELOPMENT OF CENTRAL FLORIDA, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Anthony and Lillian Mione, hereby dismisses without prejudice all of their claims against DEFENDANT MARR DEVELOPMENT OF CENTRAL FLORIDA, INC., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Plaintiffs, Anthony and Lillian Mione, shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Bruce Steckler, counsel for Plaintiffs, dated January 10, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                                  Respectfully submitted,

Dated:   January 25, 2012        /s/ Russ M. Herman
                                          Russ M. Herman, Esquire (Bar No. 6819)
                                          Leonard A. Davis, Esquire (Bar No. 14190)
                                          Stephen J. Herman, Esquire (Bar No. 23129)
                                          HERMAN, HERMAN, KATZ & COTLAR, LLP
                                          820 O'Keefe Avenue
                                          New Orleans, Louisiana 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          LDavis@hhkc.com
                                          *Plaintiffs' Liaison Counsel*
                                          *MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of January, 2012.

      /s/ Leonard A. Davis_____
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047