**BARON BUDD, P.C.®**    DALLAS  |  AUSTIN  |  LOS ANGELES  |  BATON ROUGE  |  MIAMI

800.222.2766  
tel 214.521.3605  
fax 214.520.1181

3102 Oak Lawn Avenue  
Suite 1100  
Dallas, TX 75219-4281

January 10, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire  
Leonard A. Davis, Esquire  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113

    Re:    **In re: Chinese Manufactured Drywall Products Liability Litigation**  
             **Laura Haya, et al v. Taishan Gypsum Co., Ltd, fka Shandong Taihe Dongxin Co., Ltd., et al; Cause No. 11-1077**

Dear Russ and Lenny:

    My client, Anthony & Lillian Mione, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Marr Development of Central Florida, Inc. in the above matter.

Very truly yours,

Bruce Steckler