**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED | MDL NO.:  2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| This Document Relates to <u>Block et al, v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al</u>; Case No.  2:11-CV-1363 | MAG. JUDGE WILKINSON |
| _____/ | |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.2.11, the law firm of Bilzin Sumberg Baena Price & Axelrod LLP, hereby moves this Court for the entry of an Order permitting it to withdraw as counsel of record for Defendant Brighton Builders, Inc. in this matter, and in support thereof states:

1. On December 12, 2011, due to a clerical error, a Notice of Appearance [DE 11787] was inadvertently filed on behalf of Defendant Brighton Builders, Inc.

2. The Notice of Appearance was filed in error.

3. The undersigned does not represent nor has it been retained to represent Defendant Brighton Builders, Inc.  The undersigned is not authorized to represent Defendant Brighton Builders, Inc., has never been in communication with Defendant Brighton Builders, Inc., and has no contact information for Defendant Brighton Builders, Inc. *See* Affidavit appended hereto has Exhibit A.

**WHEREFORE**, the law firm of Bilzin Sumberg Baena Price & Axelrod LLP respectfully requests that this Court enter an Order permitting it to withdraw its Notice of Appearance, together with such other relief as this Court deems just equitable and proper.

Dated: January 25, 2012

        Respectfully submitted,

        BILZIN SUMBERG BAENA PRICE
        & AXELROD LLP
        1450 Brickell Avenue
        Suite 2300
        Miami, Florida 33131-3456

        Tel.: (305)374-7580   Fax: (305)374-7593

BY:   /s/ *Melissa Pallett-Vasquez*
        ROBERT W. TURKEN, ESQ.
        Florida Bar No. 306355
        rturken@bilzin.com
        ADAM F. HAIMO, ESQ.
        Florida Bar No. 502731
        ahaimo@bilzin.com
        MELISSA PALLETT-VASQUEZ, ESQ.
        Florida Bar No.  715816
        mpallett@bilzin.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of January, 2012.

        By:   *Melissa Pallett-Vasquez*
             Melissa Pallett-Vasquez