# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO.: 2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| This Document Relates to <u>Block et al, v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al</u>; Case No. 2:11-CV-1363 | MAG. JUDGE WILKINSON |

_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come before the Court on Bilzin Sumberg Baena Price & Axelrod LLP's Motion to Withdraw as counsel for Defendant Brighton Builders, Inc., and the Court having reviewed same and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion to Withdraw is **GRANTED**;

DONE AND ORDERED in Chambers, at New Orleans, Louisiana, this __ day of January, 2012.

_____
U.S. District Judge