IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED

DRYWALL PRODUCTS LIABILITY
LITIGATION

This Document Relates to <u>Haya et al, v. Taishan Gypsum Co., Ltd., et al</u>; Case No. 2:11-CV-1077

MDL NO.: 2047

SECTION: L

JUDGE FALLON

JUDGE WILKINSON

_____/

## AFFIDAVIT OF ATTORNEY MELISSA PALLETT-VASQUEZ

STATE OF FLORIDA:        )
                         ) SS:
COUNTY OF MIAMI-DADE )

I, Melissa Pallett-Vasquez, Esq., being first duly sworn and under oath, states as follows.

1. I am an individual, over the age of 18 years, and competent to testify.

2. This affidavit is made based on my personal knowledge.

3. I am an attorney at the law firm of Bilzin Sumberg Baena Price & Axelrod LLP ("BSBPA").

4. BSBPA has never had any contact with Defendant Brighton Builders, Inc.

5. BSBPA inadvertently entered a notice of appearance on behalf of Defendant Brighton Builders, Inc. due to a clerical error.

6. The undersigned does not represent nor has it been retained to represent Defendant Brighton Builders, Inc. The undersigned is not authorized to represent Defendant Brighton Builders, Inc., has never been in communication with Defendant Brighton Builders, Inc., and has no contact information for Defendant Brighton Builders, Inc.


EXHIBIT A

7. BSBPA is therefore unable to serve Brighton Builders, Inc. with its Motion or notify Brighton Builders, Inc. of any upcoming deadlines or other court appearances.

THE AFFIANTS SAYS NOTHING FUTHER.

_____
MELISSA PALLETT-VASQUEZ, ESQ.

The foregoing instrument was acknowledged before me this 25th day of January, 2012 by Melissa Pallett-Vasquez, who is (personally known to me) produced _____ as identification.

_____
Notary Public, State of Florida at Large
Print Name:
My Commission Expires:



FANNY MATAS
MY COMMISSION # DD 0756732
EXPIRES: February 14, 2012
Bonded Thru Pichard Insurance Agency