## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED                    MDL NO.:  2047

DRYWALL PRODUCTS LIABILITY
LITIGATION                                                          SECTION: L

                                                                                            JUDGE FALLON

This Document Relates to Haya et al, v. Taishan Gypsum
Co., Ltd., et al; Case No.  2:11-CV-1077                       JUDGE WILKINSON

_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come before the Court on Bilzin Sumberg Baena Price & Axelrod LLP's Motion to Withdraw as counsel for Defendant Brighton Builders, Inc., and the Court having reviewed same and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion to Withdraw is **GRANTED**;

DONE AND ORDERED in Chambers, at New Orleans, Louisiana, this ___ day of January, 2012.

_____
U.S. District Judge