Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   107674-0071

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Barony Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of:_____Florida_____ ) ss.

County of:_____Lee_____ )

Name of Server:   _____Barbara Gray_____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:   that on the 14th day of March, 20 11, at 6:55 o'clock P M

Place of Service:   at 3520 SW 7th Terrace, in Cape Coral, FL  33991

Documents Served:   the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in**
**Intervention IIA;  Exhibit A**

Service of Process on:   A true and correct copy of the aforesaid document(s) was served on:
**Barony Homes, Inc.**

Person Served, and Method of Service:   By delivering them into the hands of a relative / co-resident whose name and title is: Theresa Donnelly, mother/co-resident with Michael Donnelly, Registered Agent

Description of Person Receiving Documents:   The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Gray ; Facial Hair _____
Approx. Age 70-75; Approx. Height 5'3" ; Approx. Weight 120

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:   Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 22nd day of March, 20 11

_____Barbara Gray_____
Signature of Server  #157153

_____Elba Alvarado_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elba G Alvarado
My Commission DD776941
Expires 03/02/2012

1202