Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0208

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Drive Enterprises, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Texas_ ) ss.
County of: _Fort Bend_ )

**Name of Server:** _Lindell Charles_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2nd_ day of _April_, 20 _11_, at _6:15_ o'clock _P_ M.

**Place of Service:** at _5910 Story Book Trail_, in _Missouri City, TX_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Drive Enterprises, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Darren C. Lee_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Black_ ; Hair Color _Black_ ; Facial Hair _Yes_
Approx. Age _40+_ ; Approx. Height _5'7"_ ; Approx. Weight _160_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_ #SCH-324
Signature of Server

Subscribed and sworn to before me this _5_ day of _April_, 20 _11_

_Joe Barak_
Notary Public    (Commission Expires)

**APS International, Ltd.**

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013