Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



APS INTERNATIONAL GROUP · CIVIL ACTION

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File: Wiltz-Intervention II

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--G. Drywalls Corporation, c/o Lidia C. Alonso
Court Case No. 10-361 Section L

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on **16-Dec-2010 08:04 pm**

**Place of Service:** at **14602 SW 182nd Terrace**, city of **Miami**, state of **FL**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**G. Drywalls Corporation, c/o Lidia C. Alonso**
By delivering them into the hands of an officer or managing agent whose name and title is **Jane Doe, Co-Resident**

**Other Information:** **A white Acura with Florida Tag R493IS was parked in the driveway.**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color ____; Facial Hair ____
Approx. Age ____; Approx. Height ____; Approx. Weight ____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this **28** day of **January**, 20**11**

_____
Notary Public  (Commission Expires)

APS File: 107674-50

NOTARY PUBLIC-STATE OF FLORIDA
Jesy Rodriguez Leon
Commission #DD763471
Expires: FEB. 28, 2012
BONDED THRU ATLANTIC BONDING CO., INC.