Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0202

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Genesis Group, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: VIRGINIA ) ss.
County of: City of Norfolk )
Name of Server: Ryan Rodriguez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 31st day of January, 20 11, at 12:00 o'clock P M

Place of Service: at 8261 N View Boulevard, in Virginia Beach, VA 23518-3552

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Genesis Group, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: Lyle Werners, Chairman, President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Gray ; Facial Hair No
Approx. Age 60-65 ; Approx. Height 6'0" ; Approx. Weight 185

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 31st day of January, 20 11

4-30-2014

Signature of Server          Notary Public          (Commission Expires)

**APS International, Ltd.**

