Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co. et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0194

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Kaye Homes of South Florida, Inc., c/o Jay C Kay, as RA

Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Collier__ )

Name of Server: __Joseph R. Gripe__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __19th__ day of __January__, 20 __11__, at __7:45__ o'clock __P__ M

Place of Service: at __1556 Serenity Circle__, in Naples, FL 34110

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Kaye Homes of South Florida, Inc., c/o Jay C Kay, as RA

Person Served, and Method of Service: By delivering them into the hands of a __Spouse of Registered Agent__ whose name and title is: __Stuart Kaye, spouse of the Registered Agent Jay Kaye at their residence.__

Description of Person Receiving Documents:
Sex __M__ : Skin Color __white__ : Hair Color __Gray__ : Facial Hair ____
Approx. Age __50__ ; Approx. Height __5'8"__ ; Approx. Weight __175__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157299
APS International, Ltd.

Subscribed and sworn to before me this __26th__ day of __January__, 20 __11__
Notary Public        (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

6926