Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0123

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Overlook, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: VIRGINIA ) ss.
County of: City of Norfolk )

Name of Server: Barry Driskell, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of November, 20 10, at 2:35 o'clock PM

Place of Service: at 192 Ballard Court, Suite 400, in Virginia Beach, VA 23462-6538

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Overlook, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: J. Brian Slaughter, Attorney

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White; Hair Color Brown ; Facial Hair Yes
Approx. Age 35-40 ; Approx. Height 5'10" ; Approx. Weight 210

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barry Driskell_
Signature of Server

Subscribed and sworn to before me this 19 day of November, 20 10

3-31-2014
Notary Public       (Commission Expires)

**APS International, Ltd.**

[Notary Seal: Ryan Christian Rodriguez, Notary Public, Reg. # 268504, My Commission Expires Mar. 31, 2014, Commonwealth of Virginia]