Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0161

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--South Florida Custom Trim, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

Name of Server: **Joseph Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13th** day of **January**, 20 **11**, at **7:30** o'clock **P** M

Place of Service: at **4860 Mahogany Ridge Drive**, in **Naples, FL 34119**

(Residence has a locked gate with only a callbox)

Documents Served: the undersigned served the documents described as:

*Posted after 5 unsuccessful attempts at the gate, posted on the gate.*

**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**South Florida Custom Trim, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex ____ ; Skin Color ____ ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157299
APS International, Ltd.

Subscribed and sworn to before me this **20th** day of **January**, 20 **11**

_Elena Alvarado_
Notary Public     (Commission Expires)

Notary Public State of Florida
Elena C Alvarado
My Commission DD775441
Expires 04/06/2012

66612