Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0169

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--United Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26Th day of January, 20 11, at 2:25 o'clock P M

Place of Service: at 7975 W. 25th Ave., Bay #5, in Hialeah, FL 33016

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in**
**Intervention IIA;  Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**United Homes, Inc.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: Karen Romero Accounting

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex F. ; Skin Color White ; Hair Color Black ; Facial Hair ____
Approx. Age 25 ; Approx. Height 5'6 ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
27th day of January, 20 10

_____
Notary Public    (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014