Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 107674-0173

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Vizcaya Custom Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __Hillsborough__ )

Name of Server: __Jamie Snyder__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __22__ day of __December__, 20 __10__, at __6:02__ o'clock __P__ M

Place of Service: at __209 S. Gunlock Avenue__, in Tampa, FL __33609__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Vizcaya Custom Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Rosella Albano  Vice President__

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blond__ ; ~~Facial Hair~~ _____
Approx. Age __40 yrs__ ; Approx. Height __5'2"__ ; Approx. Weight __140 lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  Jamie Snyder
CPS 08-660605
APS International, Ltd.

Subscribed and sworn to before me this __27__ day of __December__, 20 __10__

Notary Public   (Commission Expires)

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters