# Don Barrett, P.A.
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawgroup.com

**David McMullan**
Email: dmcmullan@barrettlawgroup.com

**Katherine Barrett Riley\***
E-mail: kbriley@barrettlawgroup.com
\*Also licensed in Tennessee

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile  (662) 834-2628

November 16, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    In re: Chinese Manufactured Drywall Products Liability Litigation
David and Cheryl Gross, et al. v. Knauf, Gips, KG, et al.
Case No.  09-6690

Dear Russ and Lenny:

    My clients, John and Grace Steubben, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign and file JOHN AND GRACE STEUBBEN'S MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS, HENDRICKSON CONTRACTING, AND BAILEY LUMBER & SUPPLY COMPANY OF BILOXI, PURSUANT TO FED.R.CIV. P. 41(a) on their behalf.

Very truly yours,

DON BARRETT, P.A.

*David McMullan*

David McMullan

DM/pt