UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>David and Cheryl Gross, et al. v.<br>Knauf Gips, KG, et al.<br>Case No. 09-6690 | |

## NOTICE OF HEARING

Please take notice that, upon the pleading and other matters of record, the undersigned has moved the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 15th day of February, 2012, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on JOHN AND GRACE STEUBBEN'S MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS, HENDRICKSON CONTRACTING, AND BAILEY LUMBER & SUPPLY COMPANY OF BILOXI, PURSUANT TO FED.R.CIV. P. 41 (a), and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated: January 26, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Hearing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of January, 2012.

      /s/ Russ M. Herman
      Russ M. Herman, Esquire (Bar No. 6819)
      Leonard A. Davis, Esquire (Bar No. 14190)
      Stephen J. Herman, Esquire (Bar No. 23129)
      HERMAN, HERMAN, KATZ & COTLAR, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      *Plaintiffs' Liaison Counsel MDL 2047*