Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd., Co, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107674-0204

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Northstar Holdings at B&A LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida                    ) ss.
County of: Palm Beach              )

**Name of Server:** Michael Rocco                    , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the   1st   day of   March                , 20 11 , at   8:20   o'clock   P.  M

**Place of Service:** at ~~171 El Pueblo Way~~ 7103 Encina Lane , in ~~Palm Beach, FL  33480~~ Boca Raton, FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Kenneth and Cynthia Burke's Omnibus Class Action Complaint in Intervention IIA; Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Northstar Holdings at B&A LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is:  David Ettinger, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  M  ; Skin Color  White  ; Hair Color  Black  ; Facial Hair
Approx. Age  50  ; Approx. Height  5'7"  ; Approx. Weight  180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this
9th   day of March         , 20 11

Michael Rocco
Signature of Server

Jonathan Levy
Notary Public          (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan  Levy
Commission #DD759719
Expires:  MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.