Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108999-0020

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--A.R.B.C. Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Collier_ )

Name of Server: _Joseph Cripe_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _16th_ day of _February_ , 20 _11_ , at _12:00_ o'clock _P_ M

Place of Service: at _2210 Vanderbuilt Beach Road, Suite 1201_ , in _Naples, FL 34109_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**

**Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**A.R.B.C. Corporation**

Person Served, and Method of Service: By delivering them into the hands of a _Receptionist_ whose name and title is: _Jody Vanderbilt, Receptionist (served on 5th attempt)_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair _____
Approx. Age _55_ ; Approx. Height _5'8"_ ; Approx. Weight _120_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _24th_ day of _February_ , 20 _11_

_____ _____
Signature of Server  #157299

Notary Public       (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD773641
Expires 04/06/2012

5-10