MINUTE ENTRY
FALLON, J.
JANUARY 26, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED     DRYWALL PRODUCTS     LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: All Cases | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox
Appearances: Arnold Levin, Esq. For Plaintiffs
             Steve Glickstein, Esq. For Defendants

Second Amended Errata by Plaintiff to Omnibus Motion for Preliminary Default Judgment as to Defendants who have failed to timely enter an appearance after being served with Plaintiffs' Omnibus Class Action Complaints  (12265)

OBJECTIONS to Order Granting Preliminarily Approving Knauf Settlement, Conditionally Certifying a Knauf Settlement Class, Issuing Class Notice, Scheduling a Settlement Fairness Hearing, and Staying Claims as to the Knauf Defendants   (12138)

After Discussion - Matters are CONTINUED until the next Monthly Status Conference, which is set for Thursday, February 23, 2012, at 9:00am.


JS10:   :04