Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0020

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--A.R.B.C. Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Collier** )
Name of Server: **Joseph Cripe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **16th** day of **February**, 20 **11**, at **12:00** o'clock **P** M

Place of Service: at **2210 Vanderbuilt Beach Road, Suite 1201**, in **Naples, FL 34109**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**
**Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**A.R.B.C. Corporation**

Person Served, and
Method of Service: By delivering them into the hands of a **Receptionist** whose name and title is: **Jody Vanderbilt, Receptionist (served on 5th attempt)**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Gray**; Facial Hair ____
Approx. Age **55**; Approx. Height **5'8"**; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **24th** day of **February**, 20 **11**

Signature of Server #157299

Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD773641
Expires 04/05/2012

510