Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0075

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ace Hardware Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _ALABAMA_ ) ss.
County of: _Montgomery_ )

**Name of Server:** _Glenn McDaniel_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _7_ day of _February_, 20 _11_, at _2:10_ o'clock _P._ M.

**Place of Service:** at _150 S. Perry Street_, in _Montgomery, AL 36104_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Ace Hardware Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _KATHY HAYNIE, Employee to Accept Service_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _no_
Approx. Age _45_ ; Approx. Height _5'6"_ ; Approx. Weight _130_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Glenn McDaniel_
Signature of Server

Subscribed and sworn to before me this _7_ day of _February_, 20 _11_

_/s/ Notary_
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 31, 2014
BONDED THRU NOTARY PUBLIC UNDERWRITERS

**APS International, Ltd.**