Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108999-0074

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Al Brothers, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _ILLINOIS_                    ) ss.
County of: _COOK_                       )

**Name of Server:**  _ROBERT W. BRINDAL JR_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**  that on the _16_ day of _FEBRUARY_, 20 _11_, at _6:25_ o'clock _P_ M

**Place of Service:**  at _919 S. Charlotte Street_, in _Lombard, IL  60148_

**Documents Served:**  the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**
**Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:**  A true and correct copy of the aforesaid document(s) was served on:
**Al Brothers, Inc.**

**Person Served, and**
**Method of Service:**  By delivering them into the hands of an officer or managing agent whose name and
title is: _AL JUSTUS , PRESIDENT/OWNER_

**Description of**
**Person Receiving**
**Documents:**  The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _GRAY_ ; Facial Hair _NONE_
Approx. Age _45_ ; Approx. Height _6'_ ; Approx. Weight _190_

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**  Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.                                _____ day of _FEB 17 2011_ , 20 ____

_____                                _____
Signature of Server                                           Notary Public        (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13