Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0095

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Building Materials, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **Hillsborough** )

Name of Server: **Jamie Snyder**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8** day of **February**, 20 **11**, at **2:00** o'clock **P** M

Place of Service: at **1102 N. 50th Street**, in **Tampa, FL 33619**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**American Building Materials, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Kenneth A Drummond Registered Agent**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **no glasses**
Approx. Age **43 yrs**; Approx. Height **6'0"**; Approx. Weight **186 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this **9th** day of **February**, 20 **11**

_Notary Public_ (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters