Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0121

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Eastern, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Virginia  ) ss.
County of: City of Norfolk

Name of Server: William L. Sassek Jr., undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 24th day of February, 20 11, at 11:27 o'clock A M

Place of Service: at 632 Hamptom Highway, in Yorktown, VA 23693

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**American Eastern, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Richard Ashe, President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Blonde ; Facial Hair No
Approx. Age 60-65 ; Approx. Height 5'8" ; Approx. Weight 170 lbs.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 24th day of February, 20 11
4-30-2014
Notary Public   (Commission Expires)

Signature of Server

**APS International, Ltd.**

[Notary seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268561, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]