Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Gallery Development
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9th** day of **March**, 20 **11**, at **5:36** o'clock **P** M

**Place of Service:** at **1120 Skiff Place**, in **Sanibel, FL**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**American Gallery Development**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Kenneth Colter, Managing Member by drop service**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown** Facial Hair ___
Approx. Age **50-55**; Approx. Height **5'8"**; Approx. Weight **165 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Barbara Gray** #157153
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **10th** day of **March**, 20 **11**

_Elena Alvarado_
Notary Public           (Commission Expires)

Notary Public, State of Florida
Elena C Alvarado
My Commission DD775441
Expires 03/05/2012

505