Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0012

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aranda Homes Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __9th__ day of __February__, 20 __11__, at __10:44__ o'clock __A__ M

Place of Service: at __1310 SW 4th Terrace__, in __Cape Coral, FL 33910__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Aranda Homes Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __John Corti, Jr. Managing Member__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __35-40__ ; Approx. Height __5'9"__ ; Approx. Weight __170 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X __Barbara Gray__ #159153
Signature of Server

Subscribed and sworn to before me this __15th__ day of __February__, 20 __11__

__Elena Alvarado__
Notary Public     (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

**APS International, Ltd.**

555