Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108999-0150

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Atlantic Homes, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __VIRGINIA__ ) ss.
County of: __City of Norfolk__
Name of Server: __Barry Driskell__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __8__ day of __February__, 20 __11__, at __4:08__ o'clock __P__ M

Place of Service: at __109 Nat Turner Boulevard__, in __Newport News, VA  23606__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**
**Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Atlantic Homes, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Kenneth Aiken, Registered agent__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Gray__ ; Facial Hair __No__
Approx. Age __60-65__; Approx. Height __6'1"__ ; Approx. Weight __180 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barry Driskell_
Signature of Server

Subscribed and sworn to before me this
__8th__ day of __February__, 20 __11__
3-31-2014
Notary Public    (Commission Expires)