Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:   Intervention IIB

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Banner Supply Company Pompano, LLC, c/o GY Corporate Services, Inc.
Court Case No. 10-361 Section L

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 07-Feb-2011 03:55 pm

**Place of Service:** at Two South Biscayne Blvd., Suite 3400, city of Miami, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Banner Supply Company Pompano, LLC, c/o GY Corporate Services, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is Mark Scheer, President of GY Corp. Services

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  M ; Skin Color  white ; Hair Color  brown ; Facial Hair ____
Approx. Age  45 ; Approx. Height  5'06" ; Approx. Weight  200
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ____ day of February, 20 11

Notary Public        (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 108999-1??

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014