| | |
|---|---|
| Kenneth and Barbara Wiltz, et. al., Plaintiff(s)<br>vs.<br>Beijing New Building Materials Public Ltd Co., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 108999-0011

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Barony Homes, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **14th** day of **March**, 20 **11**, at **6:55** o'clock **P** M

**Place of Service:** at **3520 SW 7th Terrace**, in **Cape Coral, FL 33991**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**
**Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Barony Homes, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of a **relative/co-resident** whose name and title is: **Theresa Donnelly, mother/co-resident with Michael Donnelly, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Gray** ; Facial Hair ___
Approx. Age **70-75** ; Approx. Height **5'3"** ; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **22nd** day of **March**, 20 **11**

_Barbara Gray_  #157153
Signature of Server

_Elsa Alvarado_
Notary Public      (Commission Expires)

**APS International, Ltd.**

Notary Public, State of Florida
Elsa C Alvarado
My commission DD775441
Expires 01/05/2012

1201