Kenneth and Barbara Wiltz, et. al., Plaintiff(s)

vs.

Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108999-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Baywood Construction, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Florida_ ) ss.

County of: _Lee_ )

Name of Server: _Barbara Gray_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _10th_ day of _February_, 20 _11_, at _10:52_ o'clock _A_ M

Place of Service: at _3515 Del Prado Blvd, #107_, in _Cape Coral, FL  33990_

Documents Served: the undersigned served the documents described as:

**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**

**Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:

**Baywood Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of a _relative of the RIA_, whose name and title is: _James Devito, brother of the Registered Agent Michael Devito_

Description of Person Receiving Documents: The person receiving documents is described as follows:

Sex _M_ ; Skin Color _White_ ; Hair Color _Bald_ ; Facial Hair ____
Approx. Age _35-40_ ; Approx. Height _5'7"_ ; Approx. Weight _165 lbs_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _Barbara Gray_
Signature of Server   #157153

Subscribed and sworn to before me this _15th_ day of _February_, 20 _11_

_Elena Alvarado_
Notary Public     (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

553