Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0067

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BDG Waterstone, LLC, c/o AGI Registered Agents, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **16** day of **February**, 20 **11**, at **10:10** o'clock **A** M

Place of Service: at **1000 Brickwell Avenue, Suite 300**, in **Miami, FL 33131**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**
**Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**BDG Waterstone, LLC, c/o AGI Registered Agents, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Antoinette DiCicco   Receptionist**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Red** ; Facial Hair
Approx. Age **30** ; Approx. Height **5'6** ; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **18th** day of **February**, 20 **11**

Notary Public    (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014