Kenneth and Barbara Wiltz, et. al., Plaintiff(s)

vs.

Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108999-0088

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Black Bear Gypsum, LLC
Court Case No. 10-361 Section L

---

State of: ___Florida___ ) ss.

County of: ___Hillsborough___ )

| | |
|---|---|
| **Name of Server:** | ___Lydia Velez___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the _8th_ day of _February_, 20 _11_, at _7:30_ o'clock _A_ M |
| **Place of Service:** | at _2050 Tall Pines Drive, Ste. B_, in _Largo, FL 33771_ |
| **Documents Served:** | the undersigned served the documents described as:<br>**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**<br>**Class Action Complaint in Intervention (II(B)); Exhibit A** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Black Bear Gypsum, LLC** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: _Gina Milinovich, Registered Agent_ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _____<br>Approx. Age _40's_ ; Approx. Height _5'4"_ ; Approx. Weight _130_<br>☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br><br>_Lydia Velez_  _2/11/11_<br>Signature of Server | Subscribed and sworn to before me this _11th_ day of _February_, 20 _11_<br><br>_Elaine F. Jones_<br>Notary Public    (Commission Expires)<br>_3/2/13_ |

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters