Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108999-0079

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--City Salvage, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Mississippi_ ) ss.
County of: _Jones_ )

Name of Server: _Davy Keith_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _7th_ day of _February_ , 20 _11_ , at _1_ o'clock _P_ M

Place of Service: at ~~804 Lambert Street~~ _2139-C Hwy 15 N._ , in  Laurel, MS  39440

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**
**Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**City Salvage, Inc.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Karlyn L. Pugh , Vice President_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Bro_ ; Facial Hair _No_
Approx. Age _40+_ ; Approx. Height _Sitting_ ; Approx. Weight _170_

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                day of _Feb_ , 20 _11_

_____            _____
Signature of Server                Notary Public    (Commission Expires)

**APS International, Ltd.**