Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0036

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Core Construction Services, Southeast Inc, Becker & Poliakoff, PA
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: SARASOTA )

**Name of Server:** LYLE M. ROBINSON, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7 day of FEB, 20 11, at 840 o'clock AM

**Place of Service:** at 6230 University Parkway, Suite 204, in Sarasota, FL 34240

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Core Construction Services, Southeast Inc, Becker & Poliakoff, PA**
By delivering them into the hands of an officer or managing agent whose name and title is: KATE BLOCK, RECEPTIONIST Authorized to Accept

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color BLOND; Facial Hair ___
Approx. Age 50; Approx. Height 5'5"; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lyllon Dolum_
Signature of Server

Subscribed and sworn to before me this
7 day of Feb, 20 11

Notary Public                (Commission Expires)

**APS International, Ltd.**