Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0180

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Crossroad Homes, Inc.
Court Case No. 10-361 Section L

State of: __Florida__ ) ss.
County of: __St Lucie__ )

Name of Server: __Bradley A Perron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __4__ day of __March__, 20__11__, at __11__ o'clock __A__ M

Place of Service: at  5946 NW Batchelor Terrace , in Port St. Lucie, FL 34986

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Crossroad Homes, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Joan Mamone, spouse of Director Anthony Mamone @ Residence listed Address__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Blond__; Facial Hair __N__
Approx. Age __55__; Approx. Height __5'3"__; Approx. Weight __125 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/_
Signature of Server

Subscribed and sworn to before me this __8__ day of __March__, 20__11__

_Amy M. Kreyling_  9/25/14
Notary Public    (Commission Expires)

APS International, Ltd.



AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.