Case 2:09-md-02047-EEF-MBN   Document 12348   Filed 01/26/12   Page 1 of 1

Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0168

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Delgado's Painting
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

Name of Server: Maria Landry ~~Sylvia Delgado~~, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of February, 20 11, at 9:47 o'clock A M

Place of Service: at 422 Terry Parkway, in Gretna, LA 70056

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Delgado's Painting**
By delivering them into the hands of an officer or managing agent whose name and title is: Sylvia Delgado

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Hispanic Hair Color brown ; Facial Hair No
Approx. Age 35 ; Approx. Height 5'4" ; Approx. Weight 145

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 7th day of March, 20 11

*Maria Landry*
Signature of Server

*[Notary signature]* Tenure for Life
Notary Public                 (Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY