Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0138

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Delta-Eden, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

| | |
|---|---|
| State of: | Florida ) ss. |
| County of: | Broward ) |
| Name of Server: | Fred Humphries , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the 8th day of February , 20 11 , at 10:18 o'clock A M |
| Place of Service: | at 21 East Acre Drive , in Plantation, FL 33317 |
| Documents Served: | the undersigned served the documents described as: **Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Delta-Eden, Inc.** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: Jerry Fadgen, Registered Agent |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex M ; Skin Color White ; Hair Color Brn/Grey ; Facial Hair ___ Approx. Age 58 ; Approx. Height 6'4" ; Approx. Weight 210 ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. <br><br> _____ <br> Signature of Server <br><br> **APS International, Ltd.** | Subscribed and sworn to before me this 9th day of February , 20 11 <br><br> _____ <br> Notary Public (Commission Expires) |

NOTARY PUBLIC-STATE OF FLORIDA
Everton Baggoo
Commission #DD849273
Expires: JAN. 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.