| | |
|---|---|
| Kenneth and Barbara Wiltz, et. al., Plaintiff(s)<br>vs.<br>Beijing New Building Materials Public Ltd Co., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 108999-0048

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Development Co. of Boca, Inc., dba Boca Developers
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida  ) ss.
County of: Broward  )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7th day of February, 20 11, at 2:48 o'clock P. M

**Place of Service:** at 321 E. Hillsboro Blvd., in Deerfield Beach, FL 33441

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Development Co. of Boca, Inc., dba Boca Developers
By delivering them into the hands of an officer or managing agent whose name and title is: Celeste Orlins, Paralegal / Authorized Employee

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Red ; Facial Hair
Approx. Age 45 ; Approx. Height 5'3" ; Approx. Weight 115

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

Subscribed and sworn to before me this 10th day of February, 20 11

Jonathan Levy
Notary Public    (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD780719
Expires: MAR. 18, 2012
BONDED THRU ATLANTIC BONDING CO., INC.