Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0186

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Drive Enterprises, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Texas** ) ss.
County of: **Fort Bend** )

**Name of Server:** **Lindell Charles**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **2nd** day of **April**, 20 **11**, at **6:15** o'clock **P** M

**Place of Service:** at **5910 Story Book Trail**, in **Missouri City, TX**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Drive Enterprises, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Darren C. Lee**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **Black**; Hair Color **Black**; Facial Hair **Yes**
Approx. Age **40+**; Approx. Height **5'7"**; Approx. Weight **160**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  # SCH-324

Subscribed and sworn to before me this **5** day of **April**, 20 **11**

Joe Barak
Notary Public   (Commission Expires)

APS International, Ltd.

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013