Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0098

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--FHBH Partners, LLC, fka First Home Builders of Florida
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **Hillsborough** )

**Name of Server:** **Sean Segel**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7** day of **February**, 20 **11**, at **1:20** o'clock **P** M

**Place of Service:** at **100 North Tampa Street, Ste. 4100**, in **Tampa, FL 33602**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**FHBH Partners, LLC, fka First Home Builders of Florida**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Charles Wachter Esquire - Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Gray**; ~~Facial Hair~~ **glasses**
Approx. Age **60 yrs**; Approx. Height **5'10"**; Approx. Weight **135 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **8** day of **February**, 20 **11**

Notary Public         (Commission Expires)

**APS International, Ltd.**

JAMIE SNYDER
Commission # DD0698515
Expires 7/24/2011
Bonded through
(800-432-4254) Florida Notary Assn., Inc.