Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0167

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--G&B Roofing & Construction, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St Tammany_ )

Name of Server: _Maria V. Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _19th_ day of _February_, 20 _11_, at _10:24_ o'clock _A_ M

Place of Service: at _503 Du Monde Drive_, in _Westwego, LA 70094_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**G&B Roofing & Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Barbara Hernandez_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_; Skin Color _Hispanic_; Hair Color _Black/Grey_; Facial Hair _No_
Approx. Age _42-45_; Approx. Height _5'10-5'11_; Approx. Weight _185_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                                _7th_ day of _March_, 20 _11_

_Maria Landry_                                                          _[signature]_    _Tenure for Life_
Signature of Server                                                      Notary Public        (Commission Expires)

APS International, Ltd.                                   ROBERT JOHN COMEAUX
                                                          Louisiana Civil Law Notary
                                                          ID # 026458
                                                          Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY