Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171

# AFFIDAVIT OF PERSONAL SERVICE
## --G. Drywalls Corporation, c/o Lidia C. Alonso
### Court Case No. 10-361 Section L

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:   Intervention IIB

State of: **Florida**  ) ss.
County of: **Dade**  )

**Name of Server:** Carlos Aguirre, undersigned, being duly sworn, deposes and say that at the time of service, s/he was over the age of twenty-one, was not a party to this actio

**Date/Time of Service** that on 15-Feb-2011 04:30 pm

**Place of Service:** at 14602 SW 182nd Terrace, city of Miami, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
G. Drywalls Corporation, c/o Lidia C. Alonso

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex        ; Skin Color              ; Hair Color              ; Facial Hair
Approx. Age      ; Approx. Height             ; Approx. Weight

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Other Information:** **Carlos left by front door as the lady in the house refused to open door to accept service and told him to leave the documents by the door.**

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**
APS International Plaza  ·  7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 9 day of March, 2011

Notary Public   (Commission Expires)

APS File: 108999-68



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013