UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED   MDL NO: 2047
DRYWALLL PRODUCTS
LIABILITY LITIGATION   SECTION: L

THIS DOCUMENT RELATES TO:   JUDGE FALLON
John Campbell v. Knauf Plasterboard (Tianjin) Co.   MAGISTRATE WILKINSON
09-7628-L

### ORDER

On January 24, 2011 the court issued a minute entry (Doc. 7155) ordering the plaintiff to pay $8,000 into the registry of the court due to his absence at mediation, to be divided equally between eight parties who were present at the mediation. On February 1, 2011, the money was deposited into the registry of the court by Slidell Property Management. On February 2, 2011, the court issued an order (Doc. 7321) disbursing the money and checks were delivered to each party in the amount of $1000 each. However, during the time the funds were in the registry, the money earned $0.04 in interest, which obviously could not be divided equally between the eight parties.

**ACCORDINGLY, IT IS ORDERED** that the Clerk draw a check in the amount $0.04 payable to Slidell Property Management and deliver said check to counsel for plaintiff, Hugh Lambert, 701 Magazine Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana this 26th day of January, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE