| | |
|---|---|
| Kenneth and Barbara Wiltz, et. al., Plaintiff(s)<br>vs.<br>Beijing New Building Materials Public Ltd Co., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |

APS File #:  108999-0015

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Grand Harbour Homes, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __10th__ day of __February__, 20 __11__, at __11:00__ o'clock __A__ M

**Place of Service:** at __4422 Del Prado Blvd__, in __Cape Coral, FL  33904__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Grand Harbour Homes, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer __manager__ whose name and title is: __Fran Robertson, Office Manager__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __60-65__ ; Approx. Height __5'3"__ ; Approx. Weight __140 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X __Barbara Gray__
Signature of Server  #157153

Subscribed and sworn to before me this __15th__ day of __February__, 20 __11__

__Elena Alvarado__
Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

560