Kenneth and Barbara Wiltz, et al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Case 2:09-md-02047-EEF-MBN   Document 12364   Filed 01/27/12   Page 1 of 1

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0125

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Greensprings Plantation, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: VIRGINIA  ) ss.
County of: City of Norfolk

Name of Server: Barry Driskell, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18th day of February, 20 11, at 12:32 o'clock P M

**Place of Service:** at 4029 Ironbound Road, Suite 200, in Williamsburg, VA 23185

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Greensprings Plantation, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Karen Dunn, Treasurer

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 40-45 ; Approx. Height 5'6" ; Approx. Weight 150 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 23rd day of February, 20 11

Notary Public       3-31-2014 (Commission Expires)

APS International, Ltd.

*[Notary seal: RYAN CHRISTIAN RODRIGUEZ, NOTARY PUBLIC, REG. # 260504, MY COMMISSION EXPIRES MAR. 31, 2014, COMMONWEALTH OF VIRGINIA]*