Kenneth and Barbara Wiltz, et al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Case 2:09-md-02047-EEF-MBN   Document 12365   Filed 01/27/12   Page 1 of 1

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0155

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Greensprings Condominiums, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk** )

**Name of Server:** **Barry Driskell**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **18th** day of **February**, 20 **11**, at **12:32** o'clock **P** M

**Place of Service:** at **4029 Ironbound Road, Suite 200**, in **Williamsburg, VA 23185**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Greensprings Condominiums, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Karen Dunn, TREASURER**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **40-45**; Approx. Height **5'6"**; Approx. Weight **150 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barry Driskell_
Signature of Server

Subscribed and sworn to before me this **23rd** day of **February**, 20 **11**

_[signature]_  **3-31-2014**
Notary Public       (Commission Expires)

APS International, Ltd.

