Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108999-0097

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Harrell's Drywall, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **Hillsborough** )

**Name of Server:** _Jamie Snyder_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8** day of **February**, 20 **11**, at **11:58** o'clock **A** M

**Place of Service:** at 1225-B 131 St. Avenue, in Tampa, FL 33612

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Harrell's Drywall, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Deborah F. Harrell, Director_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Wht**; Hair Color **Blond**; Facial Hair **No glasses**
Approx. Age **57 yrs**; Approx. Height **5' 6"**; Approx. Weight **165 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.
_Jamie Snyder_
Signature of Server

Subscribed and sworn to before me this **9** day of **February**, 20 **11**
_[signature]_
Notary Public    (Commission Expires)

**APS International, Ltd.**



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters