UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   :   MDL NO. 2047
　　PRODUCTS LIABILITY LITIGATION   :   SECTION: L
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:   JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　　　　:   MAG. JUDGE WILKINSON
............................................................:

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

Pursuant to Pretrial Order No. 8A, the Court appointed members to the Plaintiffs' Steering Committee for a one-year term. (R. Doc. 6960). This term has since expired; accordingly, IT IS ORDERED that counsel interested in appointment or reappointment to the PSC are to submit via fax (504-589-6966) letters of intent by February 23, 2012. Until the Court appoints members pursuant to this Order, IT IS FURTHER ORDERED that all existing appointments to the PSC remain in effect.

New Orleans, Louisiana, this  26th  day of January 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ELDON E. FALLON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE