Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0030

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Holiday Builders Construction of Florida, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )
Name of Server: __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __7th__ day of __February__, 20 __11__, at __10:45__ o'clock __A__ M

Place of Service: at __2320 First Street__, in __Fort Myers, FL 33901__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**
**Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Holiday Builders Construction of Florida, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: __Lisa Fowler, Paralegal for the Registered Agent Michael Kashko__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair _____
Approx. Age __50__ ; Approx. Height __5'1"__ ; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Raymond V. Laakso_ #157154
Signature of Server

Subscribed and sworn to before me this __10th__ day of __February__, 20 __11__

_Elena Alvarado_
Notary Public    (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena C Alvarado
My Commission DD775441
Expires 04/06/2012

539