Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0029

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Holiday Builders, Inc, Attn: Michael Yashko
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __7th__ day of __February__, 20 __11__, at __10:45__ o'clock __A__ M

**Place of Service:** at __2320 First Street__, in __Fort Myers, FL 33901__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Holiday Builders, Inc, Attn: Michael Yashko**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Lisa Fowler as Paralegal for the Registered Agent Michael Yashko__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __white__; Hair Color __Black__; Facial Hair ____
Approx. Age __50__; Approx. Height __5'1"__; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #15715Y

Subscribed and sworn to before me this __10th__ day of __February__, 20 __11__

Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena C Alvarado
My Commission DD775441
Expires 04/06/2012

538