Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0120

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Home Depot U.S.A., Inc., R/A Corporation Service Company
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Delaware** ) ss.
County of: **New Castle** )

**Name of Server:** **Robert DeLacy, III**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4** day of **February**, 20 **11**, at **1:30** o'clock **P** M

**Place of Service:** at **2711 Centerville Road, Suite 400**, in **Wilmington, DE 19808**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Home Depot U.S.A., Inc., R/A Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: **Paul Matthews (Asst. Secretary)**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows: **N/A**
Sex ___; Skin Color ___; Hair Color ___; Facial Hair ___
Approx. Age ___; Approx. Height ___; Approx. Weight ___

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **8** day of **Feb**, 20 **11**

Notary Public (Commission Expires)

GIOVANNA MESORACA
MY COMMISSION EXPIRES
JULY 9, 2012
NOTARY PUBLIC
STATE OF DELAWARE

**APS International, Ltd.**