Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0165

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Interior/Exterior Building Supply, LP
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

Name of Server: **Maria V. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 15th day of February, 20 11, at 1:34 o'clock P M

Place of Service: at 727 S. Cortez St. , in New Orleans, LA 70119

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Building Supply, LP**
By delivering them into the hands of an officer or managing agent whose name and title is: Terri Lemonte, Credit/Office Manager

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown Facial Hair ʌ
Approx. Age 50 ; Approx. Height 5'7" ; Approx. Weight 140

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.           7th day of March , 20 11

*Maria Landry*                                    *Jennie Ta Vire*
Signature of Server                               Notary Public           (Commission Expires)

**APS International, Ltd.**
                                                  ROBERT JOHN COMEAUX
                                                  Louisiana Civil Law Notary
                                                  ID # 026458
                                                  Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY