Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108999-0171

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
**--International Property Investments, of Central Florida,**
**Inc., d/b/a Henin International Services**
**Court Case No. 10-361 Section L**

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Virginia__ ) ss.
County of: __City of Norfolk__ )

**Name of Server:** __Barry Driskell__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __2nd__ day of __March__, 20 __11__, at __3:47__ o'clock __P__ M

**Place of Service:** at __4801 Courthouse Street, Suite 300__, in __Virginia Beach, VA  23188__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**International Property Investments, of Central Florida, Inc., d/b/a Henin International Services**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Paul W Gerhardt, Registered agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __Gray__; Facial Hair __NO__
Approx. Age __55__; Approx. Height __6'0"__; Approx. Weight __200 LBS__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barry Driskell_
Signature of Server

Subscribed and sworn to before me this __2nd__ day of __March__, 20 __11__

_[signature]_
Notary Public

__4-30-2014__
(Commission Expires)

**APS International, Ltd.**

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA