Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0106

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J. Galloay Construction, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Putnam__ )

**Name of Server:** __Jack Smith__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __17th__ day of __Feb__, 20 __11__, at __9:40__ o'clock __A__ M

**Place of Service:** at __1146 Highway 20__, in __Interlachen, FL  32148__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**J. Galloay Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Joseph Galloway, Owner__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Blk__ ; Hair Color __Blk__ ; Facial Hair __None__
Approx. Age __60__ ; Approx. Height __6'0__ ; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __21st__ day of __February__, 20 __11__

_____
Signature of Server

_____  October 25/2014
Notary Public    (Commission Expires)

**APS International, Ltd.**

R. RYAN GLEASON
Commission # EE 037114
Expires October 25, 2014
Bonded Thru Troy Fain Insurance 800-385-7019