Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0071

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jim Morris & Sons, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FL__ ) ss.
County of: __Brevard__ )
Name of Server: __G. L. Stephenson__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __24__ day of __Feb__, 20 __11__, at __7:30__ o'clock __P__ M

Place of Service: at __561 Rainer Street NE__, in __Palm Bay, FL 32907__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Jim Morris & Sons, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Secretary for the office, Eve Morris__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair __N__
Approx. Age __50__ ; Approx. Height __5'5"__ ; Approx. Weight __165__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __23__ day of __February__, 20__11__

Signature of Server

Notary Public                 (Commission Expires)
NOTARY PUBLIC STATE OF FLORIDA
Edwin Neal Chancellor, Jr.
Commission # DD737911
Expires: DEC. 18, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**