UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE ELDON E. FALLON |
| GROSS, et al. v. KNAUF GIPS KG, et al, Civil Action No. 09-cv-06690; | * * * | SECTION L |
| ABEL, et al. v. TAISHAN GYPSUM CO., LTD., et al., Civil Action No. 11-0080; | * * * | MAGISTRATE JUDGE     WILKINSON |
| HAYA, et al. v. TAISHAN GYPSUM CO., LTD., et al. Civil Action No. 11-0107. | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**WITHDRAWAL OF NOTICE AND RESPONSE TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT AS TO AVALON BUILDING CORP. OF TAMPA BAY**

On January 25, 2012, Homebuilders' and Installers' Liaison Counsel, Phillip A. Wittmann, filed a Notice and Response to Plaintiffs' Omnibus Motion for Preliminary Default (Rec. Doc. 12272). The notice was filed in error and should be deemed withdrawn. Avalon Building Corp. of Tampa Bay is represented by counsel, Charles Long of Krebs, Farley & Pelleteri, PLLC, does not appear in the omnibus motion, and is in compliance with the Court's pre-trial orders. Accordingly, the notice should be withdrawn.

Respectfully submitted,

 /s/Phillip A. Wittmann
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Homebuilders' and Installers' Liaison Counsel

1083052v.1

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Withdrawal of Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, this 27th day of January, 2012.

                                              */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

1083052v.1