UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED  )    |  | MDL NO. 2047 |
|             DRYWALL PRODUCTS          )  | | |
|             LIABILITY LITIGATION          )  | | SECTION:  L |
| ) | | |
| THIS DOCUMENT RELATES TO:       ) | | JUDGE FALLON |
| ) | | MAG. JUDGE WILKINSON |
| Case No. 11-cv-1363                            ) | | |
| *Block, et al. v. Gebrueder Knauf*           ) | | |
| *Verwaltungsgesellschaft, KG, et al.*     ) | | |
| _____)  | | |

### MANDY DRYWALL INC.'S NOTICE OF
### SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT

Defendant, Mandy Drywall, Inc., by and through undersigned counsel, hereby file this Notice of Submission of Confidential Mediation Affidavit which was sent to the Mediator on January 11, 2012, in compliance with Order dated December 12, 2011.

Dated:  January 27, 2012

Respectfully submitted,

By:   s/ Steven G. Schwartz
Steven G. Schwartz, Esquire
Schwartz Law Group
6751 N. Federal Highway, #400
Boca Raton, FL 33487
Ph:  561-395-4747
Fx:  561-367-1550
sgs@theschwartzlawgroup.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant, Mandy Drywall, Inc.'s Notice of Submission of Confidential Mediation Affidavit  has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis

2

File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27 day of January, 2012.

/s/ Steven G. Schwartz
Steven G. Schwartz, Esq.

l:\open files\100532\pleadings\mandy's not of submission of mediation affidavit.doc