UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | SECTION:  L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| Case No. 11-cv-1363 | ) | |
| *Block, et al. v. Gebrueder Knauf* | ) | |
| *Verwaltungsgesellschaft, KG, et al.* | ) | |
| | ) | |

## DEFENDANT, MANDY DRYWALL, INC.'S NOTICE OF COMPLIANCE WITH PRE-TRIAL ORDER  25

Defendant, Mandy Drywall, Inc., by and through undersigned counsel, and pursuant to

the Court's order dated November 3, 2011, hereby give notice as compliance with Pre-Trial

Order 25, that Profile Form was sent to Defendants' Liaison Counsel on January 27, 2012, the

cover letter for which attached as **Exhibit A**.

Dated:  January 27, 2012

Respectfully submitted,

By:     /s/ Steven G. Schwartz
Steven G. Schwartz, Esquire
Schwartz Law Group
6751 North Federal Highway
Suite 400
Boca Raton, FL 33487
Telephone: 561-395-4747
Facsimile:  561-367-1550
sgs@theschwartzlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Mandy Drywall, Inc.'s Notice of Compliance with Pre-Trial Order 25 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court  of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27 day of January, 2012.

/s/ Steven G. Schwartz
Steven G. Schwartz, Esq.

l:\open files\100532\pleadings\mandy's not of compliance with profile form.doc

# SCHWARTZ LAW GROUP

STEVEN G. SCHWARTZ[1]
MARK A. HRUSKA[2,3]
DAVID J. PASCUZZI
ANDREW P. KETTERER[4]
NANCY I. STEIN-MCCARTHY[5]

................................

1 Also admitted in Virginia and Maryland
2 Also admitted in Pennsylvania
3 Certified Mediator
4 Also admitted in New Jersey and Maine
5 Also admitted in New Jersey

6751 NORTH FEDERAL HIGHWAY, SUITE 400
BOCA RATON, FL 33487

TELEPHONE: 561.395.4747
FACSIMILE: 561.367.1550

SGS@THESCHWARTZLAWGROUP.COM

LEGAL ASSISTANTS
JENNIFER M. RE
DEBBIE J. STERN
DOREEN CALIGIURI
KELLY J. VOLPE
ADRIANA G. PIAZZESE

SCHEDULING
JOYCE A. MARIOTTI
561-826-0429

January 27, 2012

**VIA E-MAIL: kmiller@frilot.com**
Kerry J. Miller, Esq.
Frilot L.L.C. Suite 3700
1100 Poydras Street
New Orleans, LA 70130

> **RE:   Mandy Drywall, Inc.**
> **Case No. 11-cv-1363 - Block Class Action**
> **Our File No. 100532**

Dear Mr. Miller:

In compliance with Pretrial Order 25, please find attached the Profile Form for defendant Mandy Drywall, Inc.

Sincerely,

Steven G. Schwartz

SGS/agp
Enclosure

cc:   North Pointe Ins. Co. (via e-mail w/encl.)
       Attn:   Jennifer Faircloth
               Claim # C0041554
       Mapfre Ins. Co. (via email w/encl.)
           Attn:  Linda Lewis
       Fla. Ins. Guaranty Ass'n.
           Attn:  Gary Furman
       Armando Gutierrez  (via e-mail w/encl.)

I:\open files\100532\letters\miller 01-27-12-agp.doc

