# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| WILTZ, et al. v. Beijing New Building Materials Public Limited, Co., et al.<br>Case No.: 10-361 | * * * | MAG. JUDGE WILKINSON |

**************************************

## XIMENA ALMEIDA'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MILLENNIUM BUILDERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Ximena Almeida, hereby dismiss without prejudice all of her claims against Defendant, Millennium Builders, Inc., in Plaintiffs' Omnibus Complaint, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Ximena Almeida shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Ximena Almeida, dated January 27, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

00400003.WPD

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of January, 2012.

                                                */s/ Leonard A. Davis*
                                                Herman, Herman, Katz & Cotlar, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, LA 70113
                                                Tel: (504) 581-4892
                                                Fax: (504) 561-6024
                                                LDavis@hhkc.com
                                                *Plaintiffs' Liaison Counsel, MDL 2047*

00400003.WPD