

# WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

John C. Whitfield †
Daniel K. Bryson † •
Gary E. Mason ◊ ∞ ‚
Thomas B. Spain (Of Counsel) †
Mark Cumalander (Of Counsel) •

Donna F. Solen • ◊
Nicholas A. Migliaccio ◊ ∞
Scott C. Harris •
Matthew E. Lee •
Jason Rathod • ◊
Karl Amelchenko •
James E. Adams II †
Monica Bansal ◊

State Bar Admissions:
† KY  ◊ DC  * FL  ⋄ MD
• NC  ∞ NY  * IL

900 W. Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

January 27, 2012

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

In Re: Chinese Manufactured Drywall Products Liability Litigation
*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Case No.: 10-361

Dear Lenny and Russ:

My client, Ximena Almeida, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims against defendant, Millennium Builders, Inc., in the above referenced Omni Complaint. Ximena Almeida shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein

Very truly yours,

Daniel K. Bryson

{00007886;v1}

MADISONVILLE, KENTUCKY • RALEIGH, NORTH CAROLINA • WASHINGTON, D.C.