UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |
| Case No. 11-1077 | : |  |
| *Laura Haya, et al. v. Taishan Gypsum Co., Ltd.,  et al.* | : |  |

**JOINT MOTION TO DISMISS CLAIMS**
**WITHOUT PREJUDICE PURSUANT TO RULE 41**

Plaintiff, William Charles Erickson (161 Partridge Street, Lehigh Acres, Florida 33974), and Defendant, Iota Twenty Four, LLC, by and through undersigned counsel and pursuant to Rule 41, Fed.R.Civ.P., hereby jointly move this Honorable Court for the entry of an Order dismissing Plaintiff's claims against Iota Twenty Four, LLC in the above referenced action without prejudice, with each party to bear their own attorney's fees and costs.

WHEREFORE, Plaintiff, William Charles Erickson and Defendant, Iota Twenty Four, LLC, respectfully request that this Court dismiss Plaintiff's claims against Iota Twenty Four, LLC without prejudice.

Respectfully submitted,

By:   /s/ Scott George            
SCOTT GEORGE
SEEGER WEISS LLP
77 Water Street
New York, New York 10005
Telephone: (212) 584-0700
Facsimile:
sgeorge@seegerweiss.com

*Counsel for Plaintiff*
*William Charles Erickson*

By:   /s/ Vanessa M. Serrano            
VANESSA M. SERRANO
BROAD AND CASSEL
100 S.E. Third Ave., Suite. 2700
Fort Lauderdale, Florida  33394
Telephone:  (954) 764-7060
Facsimile::  (954) 761-8135
pgoldman@broadandcassel.com

*Counsel for Defendant*
*Iota Twenty Four, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Joint Motion to Dismiss Claims With Prejudice on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of January 2012.

       /s/ Vanessa M. Serrano
Vanessa M. Serrano

4816-0923-2654.1
44766/0018