UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 10-361 *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* | ) ) ) | |
| Case No. 09-6690 *Gross, et al. v. Knauf Gips KG, et al.,* | ) ) ) | |
| Case No. 10-0362 *Rogers, et al. v. Knauf GIPS KG, et al.,* | ) ) ) | |
| Case No. 11-080 *Abel, et al v. Taishan Gypsum Co. Ltd., et al* | ) ) ) | |
| Case No. 11-1077 *Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd., et al.* | ) ) ) ) | |

**DEFENDANTS, DEERFIELD COURT TOWNHOMES, LLC AND LAVISH HOLDING CORP.'S AMENDED NOTICE OF SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT**

Defendants, Deerfield Court Townhomes, LLC and Lavish Holding Corp., by and through undersigned counsel, hereby file this Notice of Submission of Confidential Mediation Affidavit which was sent to the Mediator on January 11, 2012, in compliance with order dated December 12, 2011.

Dated: January 30, 2011.                          Respectfully submitted,


                                                  By: s/ Steven G. Schwartz
                                                       Steven G. Schwartz, Esquire
                                                       Schwartz Law Group

6751 North Federal Highway<br>
Suite 400<br>
Boca Raton, FL 33487<br>
Telephone: 561-395-4747<br>
Facsimile:  561-367-1550<br>
sgs@theschwartzlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendants, Deerfield Court Townhomes, LLC and Lavish Holding Corp.'s Amended Notice of Submission of Confidential Mediation Affidavit has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of January, 2012.

/s/ Steven G. Schwartz<br>
Steven G. Schwartz, Esq.

L:\OPEN FILES\100492\Pleadings\Pleadings related to all cases\Amd Not of Subm-Conf Med Affidavit.doc