UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED | ) | MDL NO. 2047 |
|         DRYWALL PRODUCTS | ) | |
|         LIABILITY LITIGATION | ) | SECTION:  L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| Case No. 11-cv-252 | ) | |
| *Daniel Abreu, et al. v. Gebrueder Knauf* | ) | |
| *Verwaltungsgesellschaft, KG, et al.* | ) | |
|         | ) | |

**DEFENDANT LANCER ENTERPRISES' NOTICE
OF SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT**

Defendant, Lancer Enterprises, Inc., by and through undersigned counsel, hereby file this Notice of Submission of Confidential Mediation Affidavit which was sent to the Mediator on January 11, 2012, in compliance with Order dated December 12, 2011.

Dated:  January 30, 2012.

                                            Respectfully submitted,

                                            By:  s/ Steven G. Schwartz
                                                   Steven G. Schwartz, Esquire
                                                   Schwartz Law Group
                                                   6751 N. Federal Highway, #400
                                                   Boca Raton, FL 33487
                                                   Ph:  561-395-4747
                                                   Fx:  561-367-1550
                                                   sgs@theschwartzlawgroup.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Defendant, Lancer Enterprises, Inc.'s Notice of Submission of Confidential Mediation Affidavit has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of January, 2012.

                                            /s/ Steven G. Schwartz
                                            Steven G. Schwartz, Esq.

l:\open files\100540\pleadings\lancer's not of submission of mediation affidavity.doc