UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED              DRYWALL PRODUCTS              LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047  SECTION:  L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON  MAG. JUDGE WILKINSON |
| **Case No. 09-6690** *Gross, et al. v. Knauf Gips KG, et. al.,* _____ | ) ) ) ) | |

**DEFENDANTS, L'OASIS BUILDERS, INS.' S NOTICE
OF SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT**

Defendant, L'Oasis Builders, Inc. ("L'Oasis"), by and through undersigned counsel, hereby file this Notice of Submission of Confidential Mediation Affidavit which was sent to the Mediator on January 11, 2012, in compliance with Order dated December 12, 2011.

Dated:  January 30, 2012.

                                                Respectfully submitted,

By:     s/ Steven G. Schwartz
        Steven G. Schwartz, Esquire
        Schwartz Law Group
        6751 North Federal Highway
        Suite 400
        Boca Raton, FL 33487
        Telephone: 561-395-4747
        Facsimile:  561-367-1550
        sgs@theschwartzlawgroup.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing L'Oasis Builders, Inc.'s Notice of Submission of Confidential Mediation Affidavit has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of January, 2012.

/s/ Steven G. Schwartz
Steven G. Schwartz, Esq.

l:\open files\100451\pleadings\notice of submission of confidential mediation affidavit.doc