UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL DRYWALL PRODUCTS LIABILITY LITIGATION | | MDL NO. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) | |
| Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al., Case No. 2:10-cv-00361 (E.D.La.) | ) ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| Rogers, et al. v. Knauf GIPS KG, et. al., Case No. 2:10-cv-00362 (E.D.La.) | ) ) ) | |
| Abel, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al. Case No. 2:11-cv-080 (E.D.La.) | ) ) ) ) | |
| Gross, et al. v. Knauf Gips KG, et. al., Case No. 2:09-cv-6690 (E.D.La.) | ) ) ) | |

**PALM ISLES HOLDINGS, LLC'S NOTICE OF
SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT**

Defendant, Palm Isles Holdings, LLC, by and through undersigned counsel, hereby file this Notice of Submission of Confidential Mediation Affidavit which was sent to the Mediator on January 11, 2012, in compliance with Order dated December 12, 2011.

Dated:  January 30, 2012

                Respectfully submitted,

                By:    s/ Steven G. Schwartz
                          Steven G. Schwartz, Esquire
                          Schwartz Law Group
                          6751 North Federal Highway
                          Suite 400
                          Boca Raton, FL 33487
                          Telephone: 561-395-4747
                          Facsimile:  561-367-1550
                          sgs@theschwartzlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Palm Isles Holdings, LLC's Notice of Submission of Confidential Mediation Affidavit has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of January, 2012.

/s/ Steven G. Schwartz
Steven G. Schwartz, Esq.

l:\open files\100491\pleadings\palm isles' notice of submission of mediation affidavit.doc