UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA HAYA, DANIEL HAYA and IRENE HAYA, individually and on behalf of all others similarly situated, et al., | CASE NO.: 11-1077 <br> SECT. L MAG. 2 |
| Plaintiffs, | **Judge Fallon** |
| vs. | **In re: Chinese-Manufactured Chinese Drywall Products Liability Litigation** |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. a/k/a QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD., et al. | |
| Defendants. _____/ | |

## NOTICE OF APPEARANCE OF COUNSEL FOR CROSS-DEFENDANT, BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC

Undersigned counsel hereby gives notice of its appearance as counsel of record in the above-styled action on behalf of **Banner Supply Company Port St. Lucie, LLC**. Undersigned counsel hereby requests that all future pleadings, documents and/or correspondence concerning this matter be served on undersigned counsel at the address reflected below.

        Respectfully submitted,

        **PETERSON & ESPINO, P.A.**
        *Attorneys for Banner Supply Company Port St. Lucie, LLC*
        10631 SW 88th Street, Suite 220
        Miami, Florida 33176
        Telephone: (305) 270-3773
        Facsimile: (305) 275-7410

CASE NO.: 2:09-md-02407-EEF-JCW

/S/
**MICHAEL P. PETERSON**
Florida Bar No. 982040

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Sutie 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras Street, New Orleans, LA 70163 (kmiller@frilot.com), by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL-2047, on this 31st day of January, 2012.

/S/
**MICHAEL P. PETERSON**
Florida Bar No. 982040