UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------------x
IN RE:                                                      :   MDL NO. 2047
                                                            :   SECTION: L
CHINESE MANUFACTURED DRYWALL                                :
PRODUCTS LIABILITY LITIGATION                               :
                                                            :   JUDGE FALLON
                                                            :
                                                            :   MAG. JUDGE WILKINSON
                                                            :
------------------------------------------------------------x
                                                            :
THIS DOCUMENT RELATES TO:                                   :
ALL CASES AND                                               :
                                                            :
Payton, et al. v. Knauf Gips KG, et al.                     :
Case No. 2:09-cv-07628 (E.D. La.)                           :
                                                            :
Gross, et al. v. Knauf Gips KG, et al.                      :
Case No. 2:09-cv-06690 (E.D. La.)                           :
                                                            :
Rogers, et al. v. Knauf Gips KG, et al.                     :
Case No. 2:10-cv-00362 (E.D. La.)                           :
                                                            :
Abreu, et al. v. Gebrueder Knauf                            :
Verwaltungsgesellschaft KG, et al.                          :
Case No. 2:11-cv-00252 (E.D. La.)                           :
                                                            :
Block, et al. v. Gebrueder Knauf                            :
Verwaltungsgesellschaft KG, et al.                          :
Case No. 2:11-cv-2349 (E.D. La.)                            :
                                                            :
Arndt, et al. v. Gebrueder Knauf                            :
Verwaltungsgesellschaft KG, et al.                          :
Case No. 2:11-cv-2349 (E.D. La.)                            :
                                                            :
Cassidy, et al. v. Gebrueder Knauf                          :
Verwaltungsgesellschaft KG, et al.                          :
Case No. 2:11-cv-3023 (E.D. La.)                            :
                                                            :
Vickers, et al. v. Knauf Gips KG, et al.                    :
Case No. 2:09-cv-04117                                      :
------------------------------------------------------------x
```

**<u>KNAUF DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715</u>**

      Defendants Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda. and PT Knauf Gypsum Indonesia

1

(collectively, the "Knauf Defendants") hereby give notice of their compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").

1. Pursuant to 28 U.S.C. § 1715(b), each defendant participating in a proposed settlement of a class action lawsuit "shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement."

2. The Knauf Defendants have prepared a "CAFA Notice Pursuant To 28 U.S.C. § 1715" (the "Notice") for the above-captioned matter that complies with CAFA and have distributed the Notice as required by CAFA. A copy of the Notice is attached as Exhibit A.

3. On December 30, 2011, the Knauf Defendants caused a copy of the Notice to be served on the Honorable Attorney General of the United States and the Honorable Attorneys General of the fifty states, the District of Columbia and the U.S. Territories. An Affidavit of Service, indicating the list of recipients, including the addresses to which the Notice was sent, is attached as Exhibit B. Each recipient received a transmittal letter, a copy of the Notice, and a CD containing electronic copies of the Notice and all of its Exhibits.[1] A sample copy of the transmittal letter is attached as Exhibit C.

Dated: January 31, 2012

Respectfully submitted,

By: Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

STEVEN GLICKSTEIN (NY Bar No. 1038157)
JAY P. MAYESH (NY Bar No. 1081603)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022

---

[1] A copy of this CD will be furnished to the Court upon request.

2

Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

*Counsel for the Knauf Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Knauf Defendants' Notice of Compliance with 28 U.S.C. § 1715 has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 31st day of January, 2012.

/s/ Kyle Spaulding