UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:                                          :   MDL NO. 2047
                                                :   SECTION: L
CHINESE MANUFACTURED DRYWALL                    :
PRODUCTS LIABILITY LITIGATION                   :
                                                :   JUDGE FALLON
                                                :
                                                :   MAG. JUDGE WILKINSON
                                                :
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:                       :
ALL CASES AND                                   :
                                                :
*Payton, et al. v. Knauf Gips KG, et al.*       :
Case No. 2:09-cv-07628 (E.D. La.)               :
                                                :
*Gross, et al. v. Knauf Gips KG, et al.*        :
Case No. 2:09-cv-06690 (E.D. La.)               :
                                                :
*Rogers, et al. v. Knauf Gips KG, et al.*       :
Case No. 2:10-cv-00362 (E.D. La.)               :
                                                :
*Abreu, et al. v. Gebrueder Knauf*              :
*Verwaltungsgesellschaft KG, et al.*            :
Case No. 2:11-cv-00252 (E.D. La.)               :
                                                :
*Block, et al. v. Gebrueder Knauf*              :
*Verwaltungsgesellschaft KG, et al.*            :
Case No. 2:11-cv-2349 (E.D. La.)                :
                                                :
*Arndt, et al. v. Gebrueder Knauf*              :
*Verwaltungsgesellschaft KG, et al.*            :
Case No. 2:11-cv-2349 (E.D. La.)                :
                                                :
*Cassidy, et al. v. Gebrueder Knauf*            :
*Verwaltungsgesellschaft KG, et al.*            :
Case No. 2:11-cv-3023 (E.D. La.)                :
                                                :
*Vickers, et al. v. Knauf Gips KG, et al.*      :
Case No. 2:09-cv-04117                          :
---------------------------------------------------------------x

## CAFA NOTICE PURSUANT TO 28 U.S.C. § 1715

Defendants Knauf Plasterboard (Tianjin) Co. ("KPT"), Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda. and PT Knauf Gypsum

Indonesia (collectively, the "Knauf Defendants") submit this Notice pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA") in connection with a proposed class action settlement involving claims against the Knauf Defendants in the above-captioned litigation. The proposed class action settlement resolves claims of people who own or rent properties containing Chinese Drywall manufactured by KPT ("KPT Chinese Drywall").

On December 20, 2011, the Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047 (the "Settlement Agreement") was filed with the Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana (the "Court"). The Plaintiffs' Steering Committee (the "PSC") and the Knauf Defendants have jointly petitioned the Court for preliminary approval of the Settlement Agreement, conditional certification of a settlement class, issuance of class notice, scheduling of a fairness hearing, and a stay of claims against the Knauf Defendants. The joint motion is scheduled for hearing by the Court on January 4, 2012.

In accordance with the notice requirements of 28 U.S.C. § 1715(b), this Notice includes the following documents, which are contained on the computer disk attached hereto[1]:

### 1. Copies of the Complaints and Attached Materials

Plaintiffs' Omnibus Class Action Complaint (I), filed on December 9, 2009, is attached as Exhibit A. Complaint in Intervention A, filed July 9, 2010, Complaint in Intervention B, filed October 5, 2010, and Complaint in Intervention C, filed December 15, 2010, are attached as Exhibits B, C and D, respectively.

The PSC in MDL No. 2047 has filed numerous other omnibus class action complaints that are impacted by the Settlement Agreement. These complaints are publicly available on the court docket for the Consolidated Chinese Manufactured Drywall Litigation in the Eastern District of Louisiana.[2]

---

[1] The documents are being provided in electronic format as a matter of convenience, due to their volume. Hard copies will be provided by counsel for the Knauf Defendants upon request.

[2] See https://pacer.uspi.uscourts.gov. The relevant complaints are as follows: (1) Omnibus Complaint III, filed October 7, 2009 [Case No. 2:09-cv-06690, document #1]; (2) First Amended Complaint, filed October 19, 2009 [Docket No. 2:09-md-2047, document #366]; (3) Second Amended Complaint, filed March 18, 2010 [Docket No. 2:09-md-2047, document #6651]; (4) Complaint in Intervention A, filed July 9, 2010 [Docket No. 2:09-md-2047, document #4350]; (5) Omnibus Complaint IV, filed February 10, 2010 [Case No. 2:10-cv-00362, document #1]; (6) First Amended Complaint, filed March 15, 2010 [Docket No. 2:09-md-2047, document #1749]; (7) Complaint in Intervention A, filed July 9, 2010 [Docket No. 2:09-md-2047, document #4349]; (8) Complaint in Intervention B, filed October 5, 2010 [Docket No. 2:09-md-2047, document #5672]; (9) Complaint in Intervention C, filed December 15, 2010 [Docket No. 2:09-md-2047, document #6647]; (10) Omnibus Complaint VIII, filed February 7, 2011 [Case No. 2:11-cv-00252, document #1]; (11) Omnibus Complaint X, filed June 8, 2011 [Case No. 2:11-cv-1363, document #1]; (12) Omnibus Complaint XII, filed September 20, 2011 [Case No. 2:11-cv-2349, document #1]; (13) Omnibus Complaint XIV, filed December 8, 2011 [Case No. 2:11-cv-3023, document #1]; (14) Amended Omnibus Class Action Complaint, filed December 13, 2011 [Docket No. 2:09-md-2047, document #11795]; (15) Complaint filed March 2, 2009 [Case No. 2:09-cv-04117, document #1]; (16) First Amended Complaint, filed March 24, 2009 [Case No. 2:09-cv-04117, document #7]; (17) Second Amended Complaint, filed January 14, 2010 [Docket No. 2:09-md-2047, document #1075]; (18) Third Amended Complaint, filed June 1, 2010 [Docket No. 2:09-md-2047, document #3402]; (19) Fourth Amended Complaint, filed September 14, 2010 [Docket No. 2:09-md-

### 2. Notice of Scheduled Judicial Hearings

The Court has scheduled a hearing on January 4, 2012 to consider the joint motion of the PSC and the Knauf Defendants for preliminary approval of the Settlement Agreement, conditional certification of a settlement class, issuance of class notice, scheduling of a fairness hearing, and a stay of claims against the Knauf Defendants. The motion papers in support of preliminary approval are attached as Exhibit E. Responses thus far received to the joint motion for preliminary approval are attached as Exhibit F. The Court's December 21, 2011 order setting the January 4, 2012 hearing date is attached as Exhibit G. It is anticipated that, if the Court grants preliminary approval, it will set a date for a final fairness hearing.

### 3. Proposed Notification to Class Members

The Notice of Pendency and Proposed Settlement of Knauf Class Action, attached as Exhibit H, provides notice to class members of the proposed class action settlement and the class members' rights to exclude themselves from the class. The Court has scheduled a hearing on January 4, 2012 to consider the joint motion of the PSC and the Knauf Defendants for, among other things, issuance of the proposed class notice.

The Settlement Agreement requires mailing of notice via first-class mail to the last known addresses of class members and their counsel. The Settlement Agreement also requires that a copy of the notice be provided to the Court for posting on the Court's Chinese Drywall MDL website at http://www.laed.uscourts.gov/Drywall/Drywall.htm.

### 4. Proposed Class Action Settlement

The Settlement Agreement, together with all associated exhibits not filed under seal, is attached hereto as Exhibit I.

### 5. Any Settlement or Other Agreement Contemporaneously Made Between Class Counsel and Counsel for the Defendants

No such settlements or agreements have been made.

### 6. Any Final Judgment or Notice of Dismissal

No such final judgment or notice of dismissal has been issued. If the Court grants preliminary approval, it is anticipated that the Court will set a date for a final fairness hearing.

---

2047, document #6008]; (20) Fifth Amended Complaint, dated January 25, 2011 [Docket No. 2:09-md-2047, document #7312].

### 7. Names and Estimated Proportional Shares of Claims of Class Members by State

Exhibit J is a listing of the names of all of the class members known to the Knauf Defendants who filed lawsuits on or before December 9, 2011 against the Knauf Defendants and the states in which their affected properties are located. Based on this list, it is estimated that the approximate proportional share of claims (rounded to the nearest percentage) breaks down as follows:

| State | Total Claims | Proportional Share of Claims |
|---|---|---|
| Alabama | 787 | 15% |
| Florida | 3094 | 57% |
| Georgia | 9 | 0% |
| Indiana | 1 | 0% |
| Kentucky | 1 | 0% |
| Louisiana | 798 | 15% |
| Mississippi | 523 | 10% |
| New Hampshire | 1 | 0% |
| South Carolina | 2 | 0% |
| Texas | 199 | 4% |
| Virginia | 1 | 0% |
| **Grand Total** | **5416** | **100%** |

Please note that over 1,000 of these plaintiffs have not alleged that there is KPT Chinese Drywall in their properties, and that many more have not submitted proof of KPT Chinese Drywall in their homes, which is required to participate in the settlement.

The class also includes people or entities who filed lawsuits against other defendants, including Interior/Exterior Building Supply, L.P. ("InEx") and Banner Supply Co. ("Banner"), which supplied KPT Chinese Drywall to builders and installers, asserting claims arising from KPT Chinese Drywall. Most of the plaintiffs who sued InEx or Banner over KPT Chinese Drywall also sued the Knauf Defendants in the same or another action and therefore would be included in Exhibit J. Those individuals who sued InEx or Banner but not the Knauf Defendants are likely included on previous notices of related settlements provided by InEx and Banner. The vast majority of them own properties in Alabama, Florida, Louisiana, Mississippi or Texas.

In addition, the class includes, for the purpose of obtaining certain non-remediation benefits, people whose homes already have been or will be remediated under a previous settlement with the Knauf Defendants even if the property owner did not file a lawsuit on or before December 9, 2011. The list of such class members is confidential because they are not parties to filed lawsuits. Any party wishing to obtain that list must obtain an order from the Court. Those class members are from Alabama, Florida, Louisiana and Mississippi.

Finally, the class includes, for the purpose of obtaining certain non-remediation benefits, people whose homes already have been remediated under settlements with builders or suppliers even if the property owner did not file a lawsuit on or before December 9, 2011. The list of such class members is confidential because those class members are not parties to filed lawsuits. Any

party wishing to obtain that list must obtain an order from the Court. The vast majority of those class members own properties in Alabama, Florida, Louisiana, Mississippi or Texas.

The information provided is based on the best knowledge of the Knauf Defendants at the time of this notice, and is subject to change as additional information becomes available.

### 8. Any Related Judicial Opinion

The Court's December 21, 2011 order setting the January 4, 2012 hearing date for consideration of the joint motion of the PSC and the Knauf Defendants for preliminary approval of the Settlement Agreement, conditional certification of a settlement class, issuance of class notice, scheduling of a fairness hearing, and a stay of claims against the Knauf Defendants, is attached hereto as Exhibit G.

For additional information about the settlement, please feel free to contact the undersigned.

Respectfully submitted,

*/s/ Steven Glickstein*

STEVEN GLICKSTEIN (NY Bar No. 1038157)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Email: sglickstein@kayescholer.com

Counsel for the Knauf Defendants

Dated: December 30, 2011