UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:

CHINESE MANUFACTURED DRYWALL PRODUCTS
LIABILITY LITIGATION

: **AFFIDAVIT OF SERVICE**
: MDL NO. 2047
: SECTION: L
:
: JUDGE FALLON
:
: MAG. JUDGE WILKINSON
:
---------------------------------------------------------------x

THIS DOCUMENT RELATES TO:
ALL CASES AND

*Payton, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-07628 (E.D. La.)

*Gross, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-06690 (E.D. La.)

*Rogers, et al. v. Knauf Gips KG, et al.*
Case No. 2:10-cv-00362 (E.D. La.)

*Abreu, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-00252 (E.D. La.)

*Block, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-2349 (E.D. La.)

*Arndt, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-2349 (E.D. La.)

*Cassidy, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-3023 (E.D. La.)

*Vickers, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-04117

---------------------------------------------------------------x

STATE OF NEW YORK   )
                                  :ss:
COUNTY OF NEW YORK )

      CYNTHIA M. ALBERT, being duly sworn, deposes and says that she is employed by the law firm of Kaye Scholer LLP, is over the age of eighteen years and is not a party to this action.

31943803.DOC

On December 30th, 2011, deponent served true and correct copies of the *CAFA NOTICE PURSUANT TO 28 U.S.C. § 1715; cover letter; and CD-Rom containing exhibits*, by delivering and leaving the same, enclosed in sealed, postpaid first-class envelopes in the United States Post Office deposit box regularly maintained by the U.S. Postal Service at 909 Third Avenue, New York, New York 10022, addressed to the following: t

**List of CAFA Notice Recipients**

**Office of the Alabama Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
P.O. Box 300152
Montgomery, AL 36130-0152

**Office of the Alaska Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
P.O. Box 110300
Juneau, AK 99811-0300

**Office of the Arizona Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
1275 West Washington St.
Phoenix, AZ 85007-2926

**Office of the Arkansas Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
323 Center St., Suite 200
Little Rock, AR 72201

**CAFA Coordinator**
**Office of the California Attorney General**
**Consumer Law Section**
110 W. "A" St., Suite 1100
San Diego, CA 92186-5266

**Office of the Colorado Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
1525 Sherman St.
Denver, Colorado 80203

**Office of the Connecticut Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
55 Elm St.
Hartford, CT 06106

**Office of the Delaware Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**Office of the District of Columbia Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
One Judiciary Square
441 4th St., NW, Suite 1145S
Washington, DC 20001

**Office of the Florida Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
The Capitol, PL-01
Tallahassee, FL 32399-1050

**Office of the Georgia Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
40 Capitol Square, SW
Atlanta, GA 30334

**Office of the Hawaii Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
425 Queen St.
Honolulu, HI 96813

31627456.DOC

**Office of the Idaho Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
700 W. Jefferson St.
P.O. Box 83720
Boise, ID 83720-0010

**Office of the Indiana Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
Indiana Government Center South
302 West Washington Street - 5th Floor
Indianapolis, IN 46204

**Office of the Kansas Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
Memorial Hall, 2nd Fl.
120 S.W. 10th Ave.
Topeka, KS 66612

**Office of the Louisiana Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
1885 North 3rd St.
P.O. Box 94005
Baton Rouge, LA 70804

**Office of the Maryland Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
200 St Paul Place
Baltimore, MD 21202

**Office of the Michigan Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
G. Mennen Williams Building, 7th Fl.
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI 48909

**Office of the Illinois Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
100 W. Randolph St.
Chicago, IL 60601

**Office of the Iowa Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
1305 E. Walnut St.
Des Moines, IA 50319

**Office of the Kentucky Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
Capitol Suite 118
700 Capitol Avenue
Frankfort, KY 40601-3449

**Office of the Maine Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
6 State House Station
Augusta, ME 04333

**Office of the Massachusetts Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
One Ashburton Place
Boston, MA 02108-1518

**Office of the Minnesota Attorney General**
**Notice of Proposed Class Action Settlement**
**under CAFA**
1400 Bremer Tower
445 Minnesota St.
St. Paul, MN 55101

Office of the Mississippi Attorney General
Notice of Proposed Class Action Settlement
under CAFA
P.O. Box 220
Jackson, MS 39205

Office of the Missouri Attorney General
Notice of Proposed Class Action Settlement
under CAFA
Supreme Ct. Building
207 W. High St.
P.O. Box 889
Jefferson City, MO 65102

Office of the Montana Attorney General
Notice of Proposed Class Action Settlement
under CAFA
Department of Justice
P.O. Box 201401
Helena, MT 59620-1401

Office of the Nebraska Attorney General
Notice of Proposed Class Action Settlement
under CAFA
2115 State Capitol
Lincoln, NE 68509

Office of the Nevada Attorney General
Notice of Proposed Class Action Settlement
under CAFA
100 North Carson Street
Carson City, NV 89701-4717

Office of the New Hampshire Attorney
General
Notice of Proposed Class Action Settlement
under CAFA
NH Department of Justice
33 Capitol Street
Concord, NH 03301-6397

Office of the New Jersey Attorney General
Notice of Proposed Class Action Settlement
under CAFA
P.O. Box 080
Trenton, NJ 08625-0080

Office of the New Mexico Attorney General
Notice of Proposed Class Action Settlement
under CAFA
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Office of the New York Attorney General
Notice of Proposed Class Action Settlement
under CAFA
The Capitol
Albany, NY 12224-0341

Office of the North Carolina Attorney
General
Notice of Proposed Class Action Settlement
under CAFA
9001 Mail Service Center
Raleigh, NC 27699-9001

Office of the North Dakota Attorney General
Notice of Proposed Class Action Settlement
under CAFA
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

Office of the Ohio Attorney General
Notice of Proposed Class Action Settlement
under CAFA
30 E. Broad St., 14th Fl.
Columbus, OH 43215

31627456.DOC

**Office of the Oklahoma Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
313 NE 21st St.
Oklahoma City, OK 73105

**Office of the Oregon Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301-4096

**Office of the Pennsylvania Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
16th Fl., Strawberry Square
Harrisburg, PA 17120

**Office of the Rhode Island Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
150 S. Main St.
Providence, RI 02903

**Office of the South Carolina Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
P.O. Box 11549
Columbia, SC 29211

**Office of the South Dakota Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
1302 East Hwy 14, Suite 1
Pierre, SD 57501-8501

**Office of the Tennessee Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
P.O. Box 20207
Nashville, TN 37202-0207

**Office of the Texas Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
P.O. Box 12548
Austin, TX 78711-2548

**Office of the Utah Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
Utah State Capitol Complex
350 North State St., Suite 230
Salt Lake City, UT 84114-2320

**Office of the Vermont Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
109 State St.
Montpelier, VT 05609-1001

**Office of the Virginia Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
900 East Main St.
Richmond, VA 23219

**Office of the Washington Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100

**Office of the West Virginia Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305

**Office of the Wisconsin Attorney General**
**Notice of Proposed Class Action Settlement under CAFA**
P.O. Box 7857
Madison, WI 53707-7857

Office of the Wyoming Attorney General
Notice of Proposed Class Action Settlement
under CAFA
123 Capitol Building
200 W. 24th St.
Cheyenne, WY 82002

Office of the American Samoa Attorney General
Notice of Proposed Class Action Settlement
under CAFA
American Samoa Government
Exec. Office Building
Utulei, Territory of American Samoa
Pago Pago, AS 96799

Office of the Guam Attorney General
Notice of Proposed Class Action Settlement
under CAFA
287 West O'Brien Drive
Hagatna, Guam 96910

Office of the Northern Mariana Islands Attorney General
Notice of Proposed Class Action Settlement
under CAFA
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907

Office of the Puerto Rico Attorney General
Notice of Proposed Class Action Settlement
under CAFA
GPO Box 902192
San Juan, PR 00902-0192

Office of the Virgin Islands Attorney General
Notice of Proposed Class Action Settlement
under CAFA
Department of Justice
G.E.R.S. Complex 488-50C
Kronprinsdens Gade
St. Thomas, VI 00802

Office of the Attorney General of the United States
Notice of Proposed Class Action Settlement
under CAFA
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530

The related certificates of mailing are attached.

_____
CYNTHIA ALBERT

Sworn to before me this
13th day January, 2012

_____
Notary Public

ANDREW E. McDONALD
Notary Public, State of New York
No. 01MC6159999
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 1/29/2015

31627456.DOC