# KAYE SCHOLER LLP

Steven Glickstein
212.836.8485
sglickstein@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212.836.8000
Fax 212.836.6485
www.kayescholer.com

VIA FIRST CLASS MAIL

December 30, 2011

**Office of the Attorney General of the United States**
**Notice of Proposed Class Action Settlement under CAFA**
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530

        Re:    CAFA Notice Pursuant To 28 U.S.C. § 1715 regarding class action settlement

Dear Sir or Madam:

      Please find enclosed a CAFA Notice Pursuant To 28 U.S.C. § 1715 ("Notice"), which is being submitted to you on behalf of Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda. and PT Knauf Gypsum Indonesia (collectively, the "Knauf Defendants").

      The Knauf Defendants have been named as defendants in class action litigation pending in the United States District Court for the Eastern District of Louisiana. The Knauf Defendants have reached a settlement of the class action with the Plaintiffs' Steering Committee (the "PSC"). A joint motion of the PSC and the Knauf Defendants for preliminary approval of the Settlement Agreement is scheduled to be heard on January 4, 2012 by the Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana.

      The enclosed Notice and attachments are being submitted to you in fulfillment of the Knauf Defendants' obligations under 28 U.S.C. § 1715. If you need any additional information or have any questions, please contact the undersigned.

                                                   Very truly yours,

                                                   Steven Glickstein

Enclosure: CAFA Notice with computer disk