UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: Richard Benoit, et al vs. LaFarge, S.A., et al Case No. 2:11-cv-1893-EEF-JCW | * * * * * | JUDGE FALLON<br><br><br><br>MAG. WILKINSON |

**ORDER GRANTING DEFENDANT EASTMOND ENTERPRISES, INC.'S <u>MOTION TO EXCEED PAGE LIMITATION</u>**

Considering Defendant Eastmond Enterprises, Inc.' Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _____ day of January, 2012.

                                                _____
                                                ELDON E. FALLON
                                                UNITED STATES DISTRICT JUDGE