UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: Richard Benoit, et al vs. LaFarge, S.A., et al Case No. 2:11-cv-1893-EEF-JCW | * * * * * | JUDGE FALLON<br><br>MAG. WILKINSON |

### DEFENDANT EASTMOND ENTERPRISES, INC.'S MOTION TO DISMISS

NOW INTO COURT, through special appearance of undersigned counsel appearing only for the purpose of this Motion to Dismiss, comes Defendant Eastmond Enterprises, Inc., ("Eastmond Enterprises"), who moves this Court for an order dismissing Plaintiff Earnest Pittman's Omnibus Class Action Complaint (XI) and action against Eastmond Enterprises for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6), or, alternatively, to transfer venue to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404.

WHEREFORE, Eastmond Enterprises, Inc., prays that its Motion to Dismiss pursuant to FED. R. CIV. PRO. R. 12 be granted, and this Court dismiss Plaintiffs' claims against Eastmond Enterprises, Inc., or alternatively transfer venue to the Middle District of Florida.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ Charles B. Long
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:   clong@kfplaw.com
E-mail:   tpeyton@kfplaw.com

ATTORNEYS FOR DEFENDANT
EASTMOND ENTERPRISES, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 31st day of January, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Charles B. Long
CHARLES B. LONG