UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | § | MDL No. 2047 |
| PRODUCTS LIABILTY LITIGATION | § | |
| | § | |
| | § | SECTION: L |
| | § | |
| This Document Relates to: | § | Judge Fallon |
| *Laura Haya, et al v. Taishan Gypsum Co. Ltd* | § | Mag. Judge Wilkinson |
| *f/k/a Shandong Taihe Dongxin Co. Ltd, et al.* | § | |
| Docket No. 11-1077  (E.D.La.) | § | |
| | § | |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § § | § | |

## OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

NOW COMES, through undersigned counsel, Defendant Southbay Development Corporation, Inc., who submits the instant memorandum in opposition to the Plaintiffs' Omnibus Motion for Preliminary Default Judgment and subsequent Errata filed in connection with same.

Plaintiffs' Omnibus Motion for Preliminary Default Judgment, and subsequent Errata, asserts that hundreds of defendants have failed to timely make appearances in the pending multi-district litigation. With regard to this Defendant in particular, it is alleged as of January 25, 2012 that Southbay Development Corporation, Inc. has failed to appear in the *Haya* matter. Southbay Development Corporation, Inc. had, in fact, appeared in this matter prior to that time, which is evidenced by the Court record. On January 19, 2012, it filed a Notice of Appearance. On January 23, 2012, it submitted its completed profile form, and that profile form was submitted to the

- 1 -

appropriate Plaintiffs Steering Committee representative. The correspondence evidencing submission of the aforementioned profile form is attached as Exhibit A. On that same day, it submitted its Confidential Mediation Affidavit. The correspondence evidencing submission of the aforementioned Confidential Mediation Affidavit is attached as Exhibit B. Therefore, Southbay Development Corporation, Inc. had complied with this Court's orders and appeared in the instant litigation prior to January 25, 2012.

WHEREFORE, Southbay Development Corporation, Inc. respectfully requests that Plaintiffs' Omnibus Motion for Preliminary Default Judgment be DENIED as it pertains to this Defendant.

Respectfully submitted,

**SWETMAN BAXTER MASSENBURG, LLC**

By:   /Kay B. Baxter
KAY B. BAXTER (LSBA No. 22938)
BRANDIE M. THIBODEAUX (LSBA No. 29344)
GLENN L. M. SWETMAN (LSBA No. 21904)
CHRISTOPHER O. MASSENBURG (LSBA No. 26989)
MARGARET ADAMS CASEY (LSBA No. 22918)
DARREN M. GUILLOT,  (LSBA No. 22938)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 799-0500
Facsimile:  (504) 799-0501

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31th day of January, 2012

    /Kay B. Baxter  
**KAY B. BAXTER**