**From:** Kay Baxter
**To:** kmiller@frilot.com; Andrew Lemmon; dwimberly@stonepigman.com
**Subject:** Southbay Development Corporation, Inc. profile form (Haya & Benoit)
**Date:** Monday, January 23, 2012 1:47:02 PM
**Attachments:** drywall_questionare12112.pdf

Good afternoon all

Attached please find the completed profile form for my client Southbay Development Corporation, Inc..  We are also completing and submitting the confidential mediation affidavit on their behalf as soon as possible.

If any of you have any questions, please do not hesitate to contact me.

Sincerely,

Kay Baxter

Kay Barnes Baxter, Esq.
Swetman Baxter Massenburg, LLC
650 Poydras, Ste. 2400
New Orleans, Louisiana 70130
504  799-0500
504  799-0501  fax
504  799-0503  direct
kbaxter@sbm-legal.com