| | |
|---|---|
| **From:** | Kay Baxter |
| **To:** | balhoff@pabmb.com |
| **Subject:** | Confidential mediation affidavit submitted on behalf of builder defendant Southbay Development Corporation, Inc. as sued in the Haya & Benoit cases |
| **Date:** | Monday, January 23, 2012 3:33:06 PM |
| **Attachments:** | drywallmediataffidavit.pdf |
| **Importance:** | High |

Attached please find the confidential mediation affidavit submitted on behalf of my client Southbay Development Corporation, Inc.. Southbay is a builder defendant in the *Haya* and the *Benoit* matters. However, it is the same plaintiffs, Charles and Lynn Dimon, for the same single property in both cases.

If you have any questions or if I need to do anything further on behalf of my client, please do not hesitate to contact me.

Sincerely,

Kay