UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILTY LITIGATION | § § § § § § | MDL No. 2047 <br><br> SECTION:  L |
| This Document Relates to: *Laura Haya, et al v. Taishan Gypsum Co. Ltd f/k/a Shandong Taihe Dongxin Co. Ltd, et al.* Docket No. 11-1077  (E.D.La.) <br><br> § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | § § § § § § § § § | Judge Fallon Mag. Judge Wilkinson |

## ORDER ON OPPOSITION TO PLAINTIFFS STEERING COMMITTEES' OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

Given the foregoing motion:

IT IS HEREBY ORDERED that the Plaintiffs' Omnibus Motion for Preliminary Default, as it relates to Southbay Development Corporation, Inc. only, is hereby DENIED.

NEW ORLEANS, LOUISIANA this the ____day of _____, 2012

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE