UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID GROSS, CHERYL GROSS, AND LOUIS VELEZ, individually, and on behalf of all others similarly situated, | CASE NO.: 09-6690<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Plaintiffs, | |
| v. | |
| KNAUF GIPS KG ET AL. | |
| Defendants. | |

## NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

Please enter my appearance on behalf of the Defendant, TRIORIENT TRADING INC. now known as TRIORIENT, LLC.

Dated: January 31, 2012

                          The Defendant
                          TRIORIENT TRADING INC.

                          By: _____/s_____
                                Kevin J. Lennon   (KL 20411)
                                LENNON, MURPHY, CAULFIELD
                                & PHILLIPS, LLC
                                *Attorneys for Defendant*
                                Tide Mill Landing
                                2425 Post Road, Suite 302
                                Southport, CT 06890
                                (203) 256-8600
                                (203) 256-8615 fax
                                klennon@lmcplegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing NOTICE OF APPEARANCE to all counsel of record by ECF

_____s/_____<br>
Kevin J. Lennon