UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL CASE NO.: 2047 |
| | SECTION: L |
| | Honorable Eldon E. Fallon |
| THIS DOCUMENT RELATES TO: WENDY LEE HOBBIE, ET. AL. v. RCR HOLDINGS II, LLC,  ET. AL.  CASE No.   2:10-cv-1113 (E.D.LA.) | MAG: JUDGE WILKINSON |

_____/

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' RESPONSE IN OPPOSITION TO ARCH INSURANCE COMPANY'S MOTION TO DISMISSTHIRD-PARTY COMPLAINT OF RCR HOLDINGS, LLC OR ALTERNATIVELY TO TRANSFER VENUE**

Third-Party Defendant ARCH INSURANCE COMPANY ("ARCH"), pursuant to Rule 7, *Fed.R.Civ.P.*, hereby files its *Memorandum of Law in Support of Motion to Strike Plaintiffs' Response in Opposition to Arch Insurance Company's Motion to Dismiss Third-Party Complaint or Alternatively to Transfer Venue*, and in support shows the Court as follows:

1.      ARCH filed its *Motion to Dismiss Third Party Complaint or Alternatively to Transfer Venue* ("*Arch's Motion to Dismiss*") **[D.E. 9978]**, arguing for dismissal of RCR's *Third-Party Complaint against Arch* and/or change of venue based specifically on facts and allegations which relate solely to RCR's claim on an alleged breach of the Performance Bond (the "*Bond*").

1

MDL No. 2047
Case No.   2:10-cv-1113

2.      Subsequently, *Plaintiffs' Response in Opposition to Arch Insurance Company's Motion to Dismiss Third-Party Complaint or Alternatively to Transfer Venue* **[D.E. 10902]** was filed, with Plaintiffs' attempting to concur and adopt all arguments made by RCR in RCR's opposition to *Arch's Motion to Dismiss*.

3.      Plaintiffs are not named parties to the *Bond* and, thus, have no standing to oppose or to join in RCR's opposition to *Arch's Motion to Dismiss*.  A copy of the *Bond* is attached hereto as **Exhibit "A".**

4.      The *Bond* specifically limits the *Bond*'s claimant to the named obligee, RCR, thereby prohibiting an assignment of rights to other persons:

> No rights of action shall accrue on this bond to or for the use of any person or corporation other than the Owner named herein or their heirs, executors, administrators or successor of the Owner.

*See Southern Patrician Associates v. International Fidelity Insurance Co.*, 381 S.E.2d 98 (Ga. Ct.App. 1989); *Hunters Pointe Partners Limited Partnership v. United States Fidelity & Guaranty Co*., 442 N.W.2d 778 (Mich. Ct.App. 1989).

5.      Plaintiffs are not named obligees under the *Bond* and, therefore, cannot be considered proper claimants thereunder.  Consequently, Plaintiffs have no standing to oppose ARCH's defenses to RCR's allegations of breach of the *Bond* and should neither be allowed to concur in nor adopt by reference any arguments made by RCR in its *Response in Opposition to ARCH's Motion to Dismiss Third-Party Complaint or Alternatively to Transfer Venue*.

MDL No. 2047
Case No.   2:10-cv-1113

## CONCLUSION

WHEREFORE, ARCH prays for entry of an Order striking *Plaintiffs' Response in Opposition to Arch Insurance Company's Motion to Dismiss Third Party Complaint or Alternatively to Transfer Venue*.


## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 1st day of February, 2012.

**ETCHEVERRY HARRISON LLP**
Attorneys for Arch Insurance Company
150 South Pine Island Road
Suite 105
Fort Lauderdale, Florida 33324
Telephone:     (954) 370-1681
Facsimile:      (954) 370-1682

By: ___/s/ Guy Harrison_____
         Edward Etcheverry
         Fla. Bar No. 856517
         Guy Harrison
         Fla. Bar No. 368806