**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte
Clerk

500 Camp St., Room C-151
New Orleans, LA 70130

January 31, 2012

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
200 South Maestri Street
New Orleans, LA 70130

APPEAL NO. 10-30568

IN RE: In Re: Chinese-Manufactured Drywall Products Liability Litigation MD 09-2047

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

   ___   1) Record on appeal consisting of:

        _ Volume(s) of record   __ Volume(s) of transcript

        __ Volume(s) of depositions

        __ Container(s) of exhibits __ Box   __ Envelope  _ Folder

   ___   2) Supplemental record, Docs._____

   _X_   3) SEALED Doc. 851, 856, 879, 1053, 1120, 1121, 1123, 1135-1139

   ___   4) Other:_____

Very truly yours,

By___MMV___
Deputy Clerk