UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION I |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| PAYTON, et al. v. KNAUF GIPS, et al; | MAGISTRATE JUDGE WILKINSON |
| Case No. 09-7628<br>_____/ | |

**NOTICE OF CHANGE OF ADDRESS**

TO:   Clerk of Court
      USDC, Eastern District of Louisiana
      500 Poydras Street, Room C-151
      New Orleans, LA  70130

Please take notice that the undersigned counsel requests that her change of address be noted in the record of this matter and that her new address be recorded as:

Allison Grant, P.A. 730 S. Federal Highway, Lake Worth, Florida  33460.

Dated: January 31, 2012      Respectfully submitted,

      BY:  /s/ Allison Grant
              Allison Grant, Esq.
              Fla. Bar No. 858330
              Allison Grant, P.A.
              730 S. Federal Highway
              Lake Worth, Florida  33460
              Phone: (561) 994-9646
              Facsimile: (561) 431-4627
              agrant@allisongrantpa.com

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of January, 2012.

        BY:   /s/ Allison Grant
                  Allison Grant, Esq.
                  Fla. Bar No. 858330
                  Allison Grant, P.A.
                  730 S. Federal Highway
                  Lake Worth, Florida 33460
                  Phone: (561) 994-9646
                  Facsimile: (561) 431-4627
                  agrant@allisongrantpa.com