# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION I |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| WILTZ, et al v. BEIJING NEW BUILDING MATERIALS, et al; | MAGISTRATE JUDGE WILKINSON |
| Case No. 2:10-cv-00361<br>_____/ | |

## NOTICE OF CHANGE OF ADDRESS

TO:   Clerk of Court
      USDC, Eastern District of Louisiana
      500 Poydras Street, Room C-151
      New Orleans, LA  70130

Please take notice that the undersigned counsel requests that her change of address be noted in the record of this matter and that her new address be recorded as:

Allison Grant, P.A. 730 S. Federal Highway, Lake Worth, Florida  33460.

Dated: January 31, 2012          Respectfully submitted,

                        BY:   /s/ Allison Grant
                              Allison Grant, Esq.
                              Fla. Bar No. 858330
                              Allison Grant, P.A.
                              730 S. Federal Highway
                              Lake Worth, Florida  33460
                              Phone: (561) 994-9646
                              Facsimile: (561) 431-4627
                              agrant@allisongrantpa.com

**CERTIFICATE OF SERVICE**

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liason Counsel, Russ Herman, and Defendants' Liason Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of January, 2012.

BY: /s/ Allison Grant
Allison Grant, Esq.
Fla. Bar No. 858330
Allison Grant, P.A.
730 S. Federal Highway
Lake Worth, Florida 33460
Phone: (561) 994-9646
Facsimile: (561) 431-4627
agrant@allisongrantpa.com