UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION I |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ABREU, et al. v. GEBRUEDER KNAUF, et al. | MAGISTRATE JUDGE WILKINSON |
| Case No. 11-cv-252<br>_____/ | |

**NOTICE OF CHANGE OF ADDRESS**

TO:  Clerk of Court
     USDC, Eastern District of Louisiana
     500 Poydras Street, Room C-151
     New Orleans, LA  70130

Please take notice that the undersigned counsel requests that her change of address be noted in the record of this matter and that her new address be recorded as:

Allison Grant, P.A. 730 S. Federal Highway, Lake Worth, Florida  33460.

Dated: January 30, 2012          Respectfully submitted,

                                 BY:  /s/ Allison Grant
                                      Allison Grant, Esq.
                                      Fla. Bar No. 858330
                                      Allison Grant, P.A.
                                      730 S. Federal Highway
                                      Lake Worth, Florida  33460
                                      Phone: (561) 994-9646
                                      Facsimile: (561) 431-4627
                                      agrant@allisongrantpa.com

**CERTIFICATE OF SERVICE**

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of January, 2012.

BY:   /s/  Allison  Grant
      Allison Grant, Esq.
      Fla. Bar No. 858330
      Allison Grant, P.A.
      730 S. Federal Highway
      Lake Worth, Florida  33460
      Phone: (561) 994-9646
      Facsimile: (561) 431-4627
      agrant@allisongrantpa.com