UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION I |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| BENOIT, et. al., v. LAFARGE S.A., et al; | MAGISTRATE JUDGE WILKINSON |
| Case No. 11-1893 _____/ | |

**NOTICE OF CHANGE OF ADDRESS**

TO:   Clerk of Court
        USDC, Eastern District of Louisiana
        500 Poydras Street, Room C-151
        New Orleans, LA  70130

Please take notice that the undersigned counsel requests that her change of address be noted in the record of this matter and that her new address be recorded as:

Allison Grant, P.A. 730 S. Federal Highway, Lake Worth, Florida  33460.

Dated: January 30, 2012          Respectfully submitted,

                    BY:   /s/ Allison Grant
                            Allison Grant, Esq.
                            Fla. Bar No. 858330
                            Allison Grant, P.A.
                            730 S. Federal Highway
                            Lake Worth, Florida  33460
                            Phone: (561) 994-9646
                            Facsimile: (561) 431-4627
                            agrant@allisongrantpa.com

**CERTIFICATE OF SERVICE**

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of January, 2012.

                BY:    /s/  Allison  Grant
                        Allison Grant, Esq.
                        Fla. Bar No. 858330
                        Allison Grant, P.A.
                        730 S. Federal Highway
                        Lake Worth, Florida  33460
                        Phone: (561) 994-9646
                        Facsimile: (561) 431-4627
                        agrant@allisongrantpa.com