# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION I |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ARNDT v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG., et al; | MAGISTRATE JUDGE WILKINSON |
| Case No. 11-2349 _____/ | |

## NOTICE OF CHANGE OF ADDRESS

TO:   Clerk of Court
        USDC, Eastern District of Louisiana
        500 Poydras Street, Room C-151
        New Orleans, LA  70130

Please take notice that the undersigned counsel requests that her change of address be noted in the record of this matter and that her new address be recorded as:

Allison Grant, P.A. 730 S. Federal Highway, Lake Worth, Florida  33460.

Dated: January 31, 2012        Respectfully submitted,

                                          BY:  /s/ Allison Grant
                                                  Allison Grant, Esq.
                                                  Fla. Bar No. 858330
                                                Allison Grant, P.A.
                                                730 S. Federal Highway
                                                Lake Worth, Florida  33460
                                                Phone: (561) 994-9646
                                                Facsimile: (561) 431-4627
                                                agrant@allisongrantpa.com

## **CERTIFICATE OF SERVICE**

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of January, 2012.

BY:   /s/  Allison  Grant
       Allison Grant, Esq.
       Fla. Bar No. 858330
       Allison Grant, P.A.
       730 S. Federal Highway
       Lake Worth, Florida  33460
       Phone: (561) 994-9646
       Facsimile: (561) 431-4627
       agrant@allisongrantpa.com