## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No.2047 <br> ) <br> ) <br> ) SECTION "L" |
| | ) |
| *This Document Relates to:* | ) CIVIL ACTION NO.: 10-932 |
| | ) |
| DEAN AND DAWN AMATO, ET AL., | ) |
| | ) |
| Versus | ) JUDGE ELDON FALLON |
| | ) |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | ) MAGISTRATE  JOSEPH <br> ) WILKINSON, JR. |
| | ) |
| | ) |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of the United States District Court, Eastern District of Louisiana:

**PLEASE TAKE NOTICE** of the following change of address for Brian K. Abels, counsel of record for defendants, AMERISURE MUTUAL INSURANCE COMPANY AND AMERISURE INSURANCE COMPANY, in these proceedings:

BRIAN K. ABELS<br>
BOYER, HEBERT, ABELS & ANGELLE, LLC<br>
1280 Del Este Avenue<br>
Denham Springs, LA  70726<br>
Telephone: 225-664-4335

RESPECTFULLY SUBMITTED:

**BOYER, HEBERT, ABELS & ANGELLE, LLC**

By: _____

**BRIAN K. ABELS, #24928**
1280 Del Este Avenue
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335
Facsimile: (225) 664-4490
E-Mail: babels@bhaalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Change of Address** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ___ ᵗʰ day of _February_, 2012.