UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |
| This Document Relates to: | |
| CENTERLINE HOMES CONSTRUCTION, INC., COMPLETED COMMUNITIES II, LLC, CENTERLINE HOMES AT GEORGETOWN, LLC, CENTERLINE HOMES, INC. | CIVIL ACTION NO.: 2:10-CV-00178<br><br>JUDGE ELDON FALLON |
| VERSUS | |
| MID-CONTINENT CASUALTY COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, INTERSTATE FIRE & CASUALTY COMPANY, AMERISURE INSURANCE COMPANY | MAGISTRATE JOSEPH WILKINSON, JR. |

**NOTICE OF CHANGE OF ADDRESS**

To the Clerk of the United States District Court, Eastern District of Louisiana:

**PLEASE TAKE NOTICE** of the following change of address for Brian K. Abels, counsel of record for defendant, AMERISURE INSURANCE COMPANY, in these proceedings:

BRIAN K. ABELS
BOYER, HEBERT, ABELS & ANGELLE, LLC
1280 Del Este Avenue
Denham Springs, LA 70726
Telephone: 225-664-4335

RESPECTFULLY SUBMITTED:

BOYER, HEBERT, ABELS & ANGELLE, LLC

By: _____

**BRIAN K. ABELS, #24928**
1280 Del Este Avenue
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335
Facsimile: (225) 664-4490
E-Mail: babels@bhaalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Change of Address** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of February, 2012.

_____