UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047  SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Benoit, et al | * * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| v. | * * | |
| Lafarge, et al Civil Action No. 11-1893 | * * * | |

*****************************************************************************

### EX-PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD FILED ON BEHALF OF DEFENDANT, THOMAS F. GRAY CONSTRUCTION, INC.

NOW INTO COURT, through undersigned counsel, come D. Matthew Allen and Wm. Cary Wright, who suggest to this Honorable Court that they are no longer counsel of record for defendant, Thomas F. Gray Construction, Inc. and are to be succeeded in this litigation by Glenn B. Adams and Denia S. Aiyegbusi. Further, it is hereby requested that this Court order the withdrawal of D. Matthew Allen and Wm. Cary Wright as counsel of record for the defendant, Thomas F. Gray Construction, Inc. and enter the names of Glenn B. Adams and Denia S. Aiyegbusi as counsel of record for defendant as aforesaid.

Respectfully submitted,

/s/ D. Matthew Allen
D. Matthew Allen
Florida Bar No. 866326
Wm. Cary Wright.
Florida Bar No 862797

> CARLTON FIELDS P.A.
> P.O. Box 3239
> Tampa, Florida 33601-3239
> Telephone: (813) 223-7000
> Fax: (813) 229-4133
> mallen@carltonfields.com
> cwright@carltonfields.com
> ***Counsel for Thomas F. Gray Construction, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that Thomas F. Gray Construction Inc.'s above and foregoing Ex Parte Motion to Substitute Counsel of Record has been served upon Plaintiffs' Liaison Counsel, Russ Herman, at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller, at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of February, 2012.

/s/ D. Matthew Allen