UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Benoit, et al | * * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| v. | * * | |
| Lafarge, et al Civil Action No. 11-1893 | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

IN CONSIDERATION of the foregoing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that D. Matthew Allen and Wm. Cary Wright are hereby withdrawn as counsel of record for the defendant, Thomas F. Gray Construction, Inc., and that Glenn B. Adams and Denia S. Aiyegbusi be entered as counsel of record for said defendant.

NEW ORLEANS, Louisiana, this _____ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE

303/323.0023