UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | * * | SECTION L |
| | * * | JUDGE FALLON |
| **This document relates to:** | * * | MAGISTRATE JUDGE WILKINSON |
| Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., et al (Docket No. 11-080) | * * | |

*************************************************************************************************

### GLM REMODELING & BUILDING CONTRACTORS, INC.'S MOTION TO DISMISS

Defendant, GLM Remodeling & Building Contractors, Inc. ("GLM"), through undersigned counsel, making a special appearance solely for the purpose of the instant motion to dismiss, moves this court for an Order dismissing Plaintiffs' Omnibus Complaint and action against GLM for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6), or, alternatively, to transfer venue to the Southern District of Florida pursuant to 28 U.S.C § 1406(a) and 28 U.S.C. § 1404.

Wherefore, GLM Remodeling & Building Contractors, Inc., prays that its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12 be granted, and this Court

dismisses Plaintiffs' claims against GLM Remodeling & Building Contractors, Inc., or alternatively transfer venue to the Southern District of Florida.

                        Respectfully Submitted,

                        TAYLOR, WELLONS, POLITZ & DUHE, APLC

                        *s/Vicki A. Elmer*

                        _____
                        Paula M. Wellons (19028)
                        Vicki A. Elmer (28569)
                        1515 Poydras Street, Suite 1900
                        New Orleans, Louisiana 70112
                        Telephone: (504) 525-9888
                        Facsimile: (504) 525-9899
                        **Attorneys for GLM Remodeling & Building Contractors, Inc.**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing *GLM Remodeling & Construction, Inc.'s Motion to Dismiss* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of February, 2012.

                                    s/*Vicki A. Elmer*
                                    _____