UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2047 <br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO KENNETH ABEL, ET AL. V. TAISHAN GYPSUM CO., LTD., ET AL; DOCKET NO. 11-080**

### AFFIDAVIT OF GARY L. MILLER

STATE OF FLORIDA

COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, personally came and appeared GARY L. MILLER, a person of the full age of majority and a resident of the State of Florida, who after being duly sworn, did depose and state as follows:

1. He is the President of GLM Remodeling & Building Contractors, Inc. ("GLM"), and as such, has personal knowledge of the following based on his review of records maintained by GLM in the regular course of business.

2. GLM is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Palm Beach County, Florida.

3. GLM is a home builder constructing and remodeling homes in Florida.



4. GLM has never built or remodeled a home in the State of Louisiana nor has it had any contract or subcontracts with companies located in Louisiana.

5. GLM has never been licensed or registered to do business in the State of Louisiana or had any offices or employees in Louisiana.

6. GLM does not have an agent for service of process in Louisiana.

7. GLM does not have any bank accounts in Louisiana or own any property in Louisiana.

8. GLM does not solicit business in Louisiana or ever transacted business in Louisiana.

9. GLM has never maintained a telephone line in Louisiana or kept a post office box or otherwise received mail in Louisiana.

10. GLM does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

11. GLM has never received any business from any contracts in Louisiana, whether individual customers or business customers.

12. GLM has never anticipated it would be haled into court in Louisiana.

GARY L. MILLER, PRESIDENT OF GLM REMODELING & BUILDING CONTRACTORS, INC.

Sworn to and subscribed before me this 4th day of November, 2011.

Marie Andre Brevil
NOTARY PUBLIC

PRINTED NAME: MARIE ANDRE BREVIL

NOTARY NO.: EE 10048

My commission expires Jul 19, 2014

MARIE ANDRE BREVIL
Notary Public - State of Florida
My Comm. Expires Jul 19, 2014
Commission # EE 10048