This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

# GLM
### Remodeling & Building Contractors, Inc.

## *PROPOSAL*

7/6/2006                                                                                          Page 1 of 4

**Proposal Submitted To:**
Mr. & Mrs. Schoenberg
1050 Brooks Lane
Delray Beach, Fl.

**Work To Be Performed At:**
3801 Sable Lake Road
Delray Beach, Fl.
Plans Dated 4/10/06
Revised No Rear Addition

---

All Work As Per Scope of Work Page 3 Thru 5
Price Does Not Include Any Fees From FPL, Bell South or Cable Company
Price Does Not Include Any Landscaping & or Irrigation
Price Does Not Include Cabinetry, Plumbing Fixtures, Flooring or as Noted
Price Does Not Include Surveying, Engineering, Drawings & or Permit Fees

---

All work to be performed as specified in accordance to all applicable building codes in a professional and timely manner for the sum of:
Seventy Eight Thousand One Hundred Thirty Eight Dollars & Zero Cents          Dollars  $  78,138.00

With payments to be made as follows:
20% To Start, Balance to be Paid in Progressive Payments, Within 5 Days of Invoice, & Paid in Full upon Completion of Job
Invoices Thirty Days Past Due Are Subject To a 1.5% Per Month Penalty In Addition To Any Collection Fees

Respectfully Submitted _____   Date  7-14-06
                         *Authorized Signature*

Acceptance of Proposal _____   Date  7-18-06

Acceptance of Proposal _____   Date  7-18-06

Please see Terms and Conditions on page two of this Proposal
Proposal May Be Withdrawn If Not Accepted Within 30 Days
Thank You for the opportunity to bid on this project. If you have any questions please feel free to call me

---

*Commercial - Residential - Interiors - Exteriors*
*1025 Northwest 18th Avenue – Delray Beach, Florida 33445 – (561) 243-9878 – Fax (561) 243-8385*

**EXHIBIT B**

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Schoenbergr Residence                                                                                           Page 2 of 4

## Terms And Conditions

GLM Remodeling & Building Contractors will exercise reasonable care for the property & adjacent properties thru out the project in a professional & workman like manner. GLM Remodeling & Building Contractors however will not be responsible for accidental damage to, but not limited to any damage to existing driveways, walkways, landscaping, sod, sprinklers, septic tanks, drain fields, pipes, underground utilities etc..

Any alteration or deviation from this contract involving extra cost and or credits will be calculated upon a written change order and will become an extra charge and or credit to the original contract agreement. All agreements are contingent upon strikes, accidents, weather and or other delays beyond our control. No owner may incur any expenses to be charged to the contractor or credited against this contract without previous written approval by the contractor.

GLM Remodeling & Building Contractors & their Sub Contractors will provided General Liability Insurance and also will provide Workers Compensation or a wavier for their employees. Owner will provide, ~~Fire, Homeowners,~~ Liability, ~~and or Builders Risk Insurance~~ insurance on the property

GLM Remodeling & Building Contractors reserves the right to stop work until time progress payments according to the contract are paid. Any such work stoppage, if any, shall not constitute grounds for breech of any contractual obligations. Owner's failure to make full and timely payments to the contractor shall void contractors obligations under the warranty. Final Payment is due and payable at completion of work.

A finance charge in the amount of 1.5% per month will be applied to any remaining balance past due after 30 days. If GLM Remodeling & Building Contractors incurs any expense in collecting payments or enforcing the terms of this agreement the owner agrees to pay all such cost and expenses including reasonable attorney's fees and court cost on the trial and appellate level, which contractor incurs. Suit for enforcing this agreement shall be filed in Palm Beach County

If for any reason the specifications of this contract cannot be met, either party may terminate the work by written notice All work and cost up to that point will be due and payable to the contractor.


Acceptance Terms And Conditions _____      Date 7-18-2004

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Schoenberg Residence

## Scope of Work

Page 3 of 4

### Demolition
Remove stucco for tie in @ wall
Remove windows & doors as noted
Cut in new ext. windows
Remove all drywall and walls as needed
Scrape ceiling material where needed
Remove misc. floor tile on second floor
Remove baseboard
Remove plumbing fixtures as shown
Remove kitchen cabinets
Dumpster

### Stucco
Stucco around new windows

### Windows & Doors
Window bucks
Two new French doors & Three Windows ( Allowance $4,000.00 )

### Interior 1st Floor
Drywall repairs where walls are removed
Repair garage ceiling
Popcorn ceiling repair

### Interior 2nd Floor
Layout walls
Repair plywood floor
Close window openings
Frame new window openings
Install 2x4 walls
Repair ext walls
Drywall walls
Popcorn ceiling repair
Insulation R-11 exterior walls

### Interior Doors & Trim
Interior doors where shown
One new set of interior French Doors
Bi Fold doors
New baseboards
Casing on new doors

### Cabinetry
Install kitchen cabinets ( Supplied by Others )
Install bath vanity ( Supplied by Others )

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Schoenberg Residence                    *Scope of Work*                              Page 4 of 4

### Master Bathroom
Tile shower area Mat. Allowance $2.00 sf
Shower pan & curb
Tile shower floor Mat. Allowance $2.00 sf
Install backerboard on bath floor
Tile bath floor Mat. Allowance $2.00 sf
Tile 12" around tub Mat. Allowance $2.00 sf
Install acc.

### Misc.
Pavers on rear deck ( $1500.00 Allowance )
Paint complete interior & exterior ( $13,500.00 Allowance )
Electrical on second floor as per plan
A/C ( $750.00 Allowance )
Plumbing ( Fixtures supplied by others )
Scaffolding
Remove debris
Final Clean up