UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., et al (Docket No. 11-080) | * * | |

*******************************************************************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, GLM Remodeling & Building Contractors, Inc.'s Motion to Dismiss, will be submitted for consideration on March 14, 2012 at 9:00 a.m.


Respectfully Submitted,

TAYLOR, WELLONS, POLITZ & DUHE, APLC

*s/Vicki A. Elmer*

_____
Paula M. Wellons (19028)
Vicki A. Elmer (28569)
1515 Poydras Street, Suite 1900
New Orleans, Louisiana 70112
Telephone: (504) 525-9888
Facsimile: (504) 525-9899
**Attorneys for GLM Remodeling & Building Contractors, Inc.**

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing *GLM Remodeling & Construction, Inc.'s Notice of Submission* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of February, 2012.

                                                          s/*Vicki A. Elmer*
                                                         _____