UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * MDL NO. 2047 * * * SECTION: "L" * JUDGE FALLON * |
| THIS DOCUMENT RELATES TO: | * * MAG. DIV.: "2" * MAG. JUDGE WILKINSON |
| *Block et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* Case No. 2:11-cv-01363-EEF-JCW (E.D. La.) | * * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel of Jennifer B. McNamara and Laura E. Carlisle, and hereby file this Notice of Appearance as counsel on behalf of Defendant, RH Hernandez Drywall, Inc., in *Block et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.,* Case No. 2:11-cv-01363-EEF-JCW. Counsel respectfully request that all pleadings, documents, and correspondence be served upon undersigned counsel in connection with these actions.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By: *s/Laura E. Carlisle*
JENNIFER B. McNAMARA (23946)
LAURA E. CARLISLE (33760)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
jmcnamara@bakerdonelson.com
lcarlisle@bakerdonelson.com

**ATTORNEYS FOR RH HERNANDEZ DRYWALL, INC.**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of February, 2012.

*s/Laura E. Carlisle*
LAURA E. CARLISLE