UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | |

**THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL, OR ALTERNATIVELY, FOR SANCTIONS IN ACCORDANCE WITH PRE-TRIAL ORDER NO. 25 FOR CERTAIN DEFENDANTS TO PRODUCE COMPLETED PROFILE FORMS**

MAY IT PLEASE THE COURT:

This Honorable Court ordered all parties to complete and submit a profile form for the purposes of replacing initial Federal Rule 26 disclosures. The Court initially provided instructions regarding Profile Forms to all parties at the August 14, 2009 status conference, and on August 17, 2009, issued Pre-Trial Order No. 11. [Rec. Doc. 168-2] requiring Profile Forms to be distributed and returned to Liaison Counsel. Thereafter, at each monthly status conference, reports have been made regarding Profile Forms. On numerous times the PSC has advised the Court that certain defendants failed to provide complete Profile Forms. On November 4, 2011, this Court issued Pretrial Order No. 25 [Rec. Doc. 11151] that required each party in MDL-2047 to complete and return to the appropriate Liaison Counsel a completed Profile Form providing certain specific information regarding that party and information regarding any claim by that party or against that party. The Pre-Trial Order acknowledged that the information required by the Profile Form is important for the Court and the parties to properly address issues in this case. Further, in order to assure that all parties timely and fully complete profile forms, the Court ordered that every party in this litigation that has not completed and returned to Liaison Counsel a

Profile Form, shall provide such completed Profile Form to the appropriate Liaison Counsel by November 15, 2011, or, as to additional complaints that were filed in this matter after the entry of Pre-Trial Order No. 25 as to defendants, the appropriate Profile Form was to be submitted 40 days after service of the Complaint.  Failure to complete and provide a Profile Form in compliance with Pretrial Order No. 25 subjects the party to "sanctions to be ordered by this Court, which may include dismissal of a plaintiff's claim or default judgment being entered against a defendant, the striking of claims or defenses, or other sanctions applicable, for any party that fails to comply with this Order."

On or about December 1, 2011, the Plaintiffs' Steering Committee ("PSC") mailed correspondence to counsel of record for certain defendants identified on Exhibits "A" or "B" notifying said counsel that the appropriate motion would be filed due to their failure to submit a Profile Form (see Exhibit "C", *in globo*).  Furthermore, on or about December 1, 2011, the PSC mailed correspondence to each defendant who was not represented by counsel identified on Exhibits "A" or "B" notifying said defendant that the appropriate motion would be filed due to their failure to submit a Profile Form (see attached Exhibit "D", *in globo*).

At the status conference on January 26, 2012, the issue of Profile Forms that had not yet been received and the filing of this motion were discussed in open court.  Although some of the defendants as set forth in Exhibits "A" and "B" have contacted  the PSC in response to the December 1, 2011 correspondence,  as of the filing of  this motion,  none of the defendants as set forth in Exhibits "A" and "B" have submitted a completed Profile Form.  The PSC requests that the Court take appropriate action, including sanctions as set forth in Pre-Trial Order No. 25.

Respectfully submitted,

Dated: February 6, 2012				/s/ Russ M. Herman
							Russ M. Herman, Esquire (Bar No. 6819)
							Leonard A. Davis, Esquire (Bar No. 14190)
							Stephen J. Herman, Esquire (Bar No. 23129)
							HERMAN, HERMAN, KATZ & COTLAR, LLP
							820 O'Keefe Avenue
							New Orleans, Louisiana 70113
							Phone: (504) 581-4892
							Fax: (504) 561-6024
							LDavis@hhkc.com
							*Plaintiffs' Liaison Counsel*
							*MDL 2047*

							Arnold Levin
							Fred S. Longer
							Matthew C. Gaughan
							Levin, Fishbein, Sedran & Berman
							510 Walnut Street, Suite 500
							Philadelphia, PA 19106
							215-592-1500 (phone)
							215-592-4663 (fax)
							Alevin@lfsblaw.com
							*Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves  
Lumpkin & Reeves  
160 Main Street  
Biloxi, MS 39530  
Phone: (228) 374-5151  
Fax: (228) 374-6630  
jrr@lumpkinreeves.com  

Christopher Seeger  
Seeger Weiss, LLP  
One William Street  
New York, NY 10004  
Phone: (212) 584-0700  
Fax: (212) 584-0799  
cseeger@seegerweiss.com  

Daniel K. Bryson  
Lewis & Roberts  
3700 Glenwood Avenue, Suite 410  
Raleigh, NC 27612  
Phone: (919) 981-0191  
Fax: (919) 981-0431  
dkb@lewis-roberts.com  

Richard J. Serpe, Esquire  
Law Offices of Richard J. Serpe  
Crown Center, Ste. 310  
580 East Main Street  
Norfolk, VA 23510-2322  
rserpe@serpefirm.com  

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis  
HAUSFELD LLP  
1700 K Street, N.W  
Suite   650  
Washington, DC 20006  
Phone: (202) 540-7200  
Fax:   (202) 540-7201  
rlewis@hausfeldllp.com  

Andrew A. Lemmon  
Lemmon Law Firm, LLC  
P.O. Box 904  
15058 River Road  
Hahnville, LA 70057  
Phone: (985) 783-6789  
Fax: (985) 783-1333  
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of Motion to Compel was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this on this 6th day of February, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*