IN Re: Chinese Manufactured Drywall Products Litigation MDL 2047
PSC Motion to Compel DPFs - Exhibit A

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 |   | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
| 2 | 1 | Ace Drywall | I | Pending ●phone call w/ John Eschete, will not provide DPF | John Eschele 22214 Hoffman Road Mandeville, LA 70471 |
| 3 | 2 | Adam Carpenter | I | Pending ● 12/13/11 phone call with Mr. Carpenter, no insurance, hanger & finisher only | 102 Chinchuba Gardens Dr. Mandeville, LA 70471 |
| 4 | 3 | Amerimex Construction of Palm Beach, Inc. | x | Pending ●1/06/12 LLF emailed web link to DPF forms to defendant via email | Jose Rodriguez 4396 White Feather Trail Boynton Beach, FL 33436 |
| 5 | 4 | Antilles Vero Beach, LLC | I<br>IA, IC<br>II<br>IIB, IIC<br>IV<br>VII<br>XIV | Pending ● 1/11/12 LLF emailed reminder to attorneys Addison J. Meyers & Brian Eves | 11796-C Metro Parkway Ft. Meyers, FL 3396 |
| 6 | 5 | BDG Waterstone, LLC | I<br>II<br>IIA<br>VIII | Pending ● 12/05/11 John Kovacs left message at LLF, LLF left voicemail, no return call | 12908 SW 133 Court Miami, Fl 33186 |
| 7 | 6 | Best Homes of SW FL, Inc. | IX | Pending ● 12/15/11 LLF emailed blank DPF forms to attorney Charles Davis | Steven Winer 2320 First Street #1000 Ft. Myers, FL 33901-2894 |
| 8 | 7 | Blanchard Homes, Inc. | III<br>VII | Pending ● 12/08/11 email from attorney David Coons, will provide DPF by end of month | Christopher A. D'Amour, Esquire Megan Haggerty Guy, Esquire ADAMS AND REESE LLP One Shell Square 701 Poydras Street, Ste. 4500 New Orleans, LA 70139 |
| 9 | 8 | Cajun Construction & Development, LLC | IV | Pending ● 12/23/11 email from attorney Raymond Bryson, not officially retained but is working with defendant to provide DPF | 800 Wiegand Drive Bridge City, LA 70094 |
| 10 | 9 | Caribe Central LLC | I<br>X | Pending ● 1/20/12 LLF emailed to attorney Allen Pegg reminding to send DPF | Allen Pegg MURAI, WALD, BIONDO... 120 Ponce de Leon Blvd. Coral Gables, FL 33134 |
| 11 | 10 | Caribe Homes Corp. | I<br>X | Pending ● 1/20/12 LLF emailed attorney Allen Pegg reminding to send DPF | Joseph M. Matthews Karen Stewart COLSON, HICKS, EIDSON 255 Aragon Ave., 2nd Floor Coral Gables, FL 33134 |
| 12 | 11 | Centurion Homes of Louisiana, LLC | I<br>X | Pending 1/25/12 Thomas Meagher given forms at LLF | Thomas F. Meagher, III 210 Eydie Lane Slidell, LA 70458 |

IN Re: Chinese Manufactured Drywall Products Litigation MDL 2047
PSC Motion to Compel DPFs - Exhibit A

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 |  | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
| 13 | 12 | Citrus Park Development Group, LLC | VII<br>IX | Pending<br>● 12/08/11 LLF emailed defendant web link to DPFs | George Doster<br>10103 Hayfield Way<br>Tampa, FL 33626 |
| 14 | 13 | Dave Walker Construction, Inc. | III<br>XI<br>XII | Pending<br>● 12/08/11 email from attorney David Coons, will provide DPF by end of month | Christopher A. D'Amour<br>Megan Haggerty Guy<br>David C. Coons<br>ADAMS AND REESE LLP<br>701 Poydras Street, Suite 4500<br>New Orleans, LA 70139 |
| 15 | 14 | Development Co. of Boca, Inc. f/k/a Boca Developers, Inc. | II | Pending<br>● 12/08/11 LLF emailed web link to DPFs to registered agent Theodore R. Stotzer | Theodore R. Stotzer<br>as Registered Agent<br>Status Asset Management Group<br>321 E. Hillsboro Blvd.<br>Deerfield Beach, FL 33441 |
| 16 | 15 | Diamond Court Construction Co. | I<br>III<br>IV | Pending<br>● 12/08/11 email from attorney David Coons, will provide DPF by end of month | David C. Coons<br>ADAMS & REESE<br>4500 One Shell Square<br>New Orleans, LA 70139 |
| 17 | 16 | Done-Rite Construction | III | Pending<br>● 12/08/11 phone call w/ defendant William Jones, seeking dismissal as company never installed drywall | Williams Ray Jones<br>915 1st Avenue, NW<br>Arab, AL 35016 |
| 18 | 17 | Dorado Homes Development, Ltd. | I<br>XIV | Pending<br>●Spoke to Ariel Gutierrez<br>●Not served for Omni I | 10253 NW 32nd Terrace<br>Doral, FL 33172<br>&<br>10051 NW 32nd Terr., Doral, FL 33172<br>&<br>3350 SW 27th Ave., Unit #1901<br>Miami, FL 33133 |
| 19 | 18 | Double D. Investments of Broward, LLC | IX | Pending<br>● 12/05/11 LLF mailed balnk DPFs to Howard Darling; 1/05/12 phone call from Mr. Darling who indicaited he was putting the DPF in the mail | 2225 McClelan Street<br>Hollywood, FL 33020 |
| 20 | 19 | Drywall Experts, Inc. | II | Pending<br>● 12/22/12 LLF emailed attorney Elizabeth Gordon Affidavit of Service | 1513 N. K Street<br>Lake Worth, FL 33460 |
| 21 | 20 | E.B. Developers, Inc. | I | Pending<br>● 12/07/11 phone call with attorney for defendant | Steven Amster<br>KODSI LAW FIRM<br>701 W. Cypress Creek Rd, 3rd Fl.<br>F.t Lauderdale, FL 33309 |
| 22 | 21 | Empire Construction, LLC | I | Pending<br>● 12/08/11 email from attorney David Coons, DPF to be provided by end of month | David C. Coons<br>ADAMS & REESE<br>4500 One Shell Square<br>New Orleans, LA 70139 |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 |  | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
| 23 | 22 | Excel Construction of S.W. Florida, Inc. | I<br>IX | Pending<br>● 12/08/11 email from attorney David Coons, DPF to be provided by end of month | Tom O'Brien<br>Chris D'Amour<br>ADAMS & REESE<br>4500 One Shell Square<br>New Orleans, LA  70139 |
| 24 | 23 | First Home Builders of Florida I, Inc. | III<br>IV<br>IVA<br>VIII | Pending<br>● 12/05/11 LLF emailed web link to DPFs to Fran McBride | Charles A. Wachter<br>HOLLAND & KNIGHT<br>100 N. Tampa St. #100<br>Tampa, FL 33602 |
| 25 | 24 | First Home Builders of Florida I, LLC | IV<br>VII<br>VIII | Pending<br>12/5/11 LLF emailed DPF form and webl link to Fran McBride | Charles A. Wachter<br>HOLLAND & KNIGHT<br>100 N. Tampa St. #100<br>Tampa, FL 33602 |
| 26 | 25 | Florida Home Partnership, Inc. | VIII | Pending<br>●  12/08/11 email from attorney David Coons, DPF to be provided by end of month | Christopher A. D'Amour, Esq.<br>ADAMS & REESE LLP<br>701 Poydras St., Ste. 4500<br>New Orleans, LA 70139 |
| 27 | 26 | Foster Coatings & Contracting | X | Pending<br>●12/13/11 LLF emailed attorney Frank Parker blank DPFs and web link to PTOs | Chad Foster<br>1217 Dawes Rd<br>Mobile, AL 36695 |
| 28 | 27 | Galloway Sunset Estates, Inc. | I<br>IB | Pending<br>● 1/18/12 LLF emailed reminder to attorney Alex Alvarez | Alejandro R. Alvarez<br>PIEDRA & ASSOC.<br>2950 SW 27th Avenue #300<br>Miami, FL 33133 |
| 29 | 28 | Grande Valley Homes, LLC d/b/a  Casa Linda Homes | VIII<br>XIV | Pending<br>● 12/05/11 LLF emailed  blank DPFs and web link to PTOs | Mark Dizdar<br>1409 N. Main Street<br>Mcallen, TX 78501 |
| 30 | 29 | Gulfeagle Supply, Inc. n/k/a BTR Exteriors, Inc. | IX | Pending<br>● 1/10/12 LLF sent letter to correct defendant address | 1961 Maryland Circle,<br>Tallahassee, FL 32303 |
| 31 | 30 | Ironwood Properties, Inc. | I<br>II<br>IIB, IIC<br>III<br>IIIA<br>IV<br>VII<br>X<br>XIV | Pending<br>● 1/11/12 LLF emailed reminder to attorneys Addison J. Meyers & Brian Eves | Christopher A. Bennett<br>ADVANCED INSURANCE UNDERWRITERS<br>3250 N. 29th Avenue |
| 32 | 31 | J.M.G. Drywall, Inc. | VIII | Pending<br>● 12/08/12 LLF emailed blank DPFs to Pauline Gagne | Jean-Marie Gagne<br>2141 SW 113th Avenue<br>Davie, FL 33325 |
| 33 | 32 | Jim Morris & Sons, Inc. | II | Pending<br>● 12/08/11 email from attorney David Coons, will submit DPFs by end of month | Christopher A. D'Amour<br>David C. Coons<br>ADAMS & REESE<br>4500 One Shell Square<br>New Orleans, LA 70139 |
| 34 | 33 | John Eschete (See Ace Drywall) | I | Pending<br>● phone call w/ Mr. Eschete, will not provide DPF | 22214 Hofman Road<br>Mandeville, LA 70471 |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 |   | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
| 35 | 34 | John P. Gregg | III | Pending<br>● 12/05/11 LLF emailed web link to blank DPFs to defendant | 336 Driftwood Circle<br>Slidell, LA 70458 |
| 36 | 35 | Lancer Enterprises, Inc. | VIII | Pending<br>● 12/13/11 LLF emailed defendant web link to blank DPFs | Mario Lanchieri<br>Mario Lander<br>1710 SW Mockingbird Drive<br>Port St. Lucie, FL 34986 |
| 37 | 36 | Land Resources LLC | I | Pending<br>● 12/14/11 email from attorney Chris Casper, defendant is no longer communicating with him | Timothy T. Beach<br>5309 hidden Harbor Rd.<br>Sarasota, FL 34242<br>and<br>Dale Desjardins<br>504 Gulf Street<br>Venice, FL 34285 |
| 38 | 37 | Lawrence McCorvey | III | Pending<br>● 12/13/11 phone call with defendant who is seeking dismissal, referred him to plaintiffs' attorney | 1671 Horandy Rd.<br>Monroeville, AL 36460 |
| 39 | 38 | Millennium Builders, Inc. | II<br>VII | Pending<br>● 12/12/11 phone call with attorney Steven Schilling, may be incorrectly named defendant | 310 Pinehurst Street #3<br>Lafayette, LA 70508 |
| 40 | 39 | Negotiable Remodeling | III | Pending<br>● 12/19/11 email w/ Shane Kerry who indicated he did not purchase CDW, LLF emailed plaintiff attorney information | Shane Kerry<br>17 Kerry Street<br>Carriere, MS 39426 |
| 41 | 40 | Oscar Jiles d/b/a JJ Construction | II | Pending<br>● 1/04/12 phone call from attorney Larry Aisola who does not represent defendant but asked for an extension to find a defense attorney for defendant | 108 Jiles Lane<br>Braithwaite, LA 70040 |
| 42 | 41 | Punta Gorda Partners, LLC | I | Pending<br>● 12/21/11 LLF emailed blank DPFs and web link to PTOs to Jay Bove | 354 Royal Tern Rd. South<br>Ponte Vedra Beach, FL 32082 |
| 43 | 42 | Ray Turner Drywall, LLC | II | Pending<br>● per phone call with LLF, DPF to be provided | Ray Turner<br>10736 Jacamar Drive<br>New Port Richey, FL 34654 |
| 44 | 43 | Reed Builders, LLC | I | Pending<br>● 12/23/11 LLF faxed Affidavit of Service to insurance adjuster; 1/16/12 email from Amanda Vonderhaar with Notice of Appearance attached | Raphew Reed, Sr.<br>141 Shady Lake Parkway<br>Baton Rouge, LA 70810 |
| 45 | 44 | Renar Development Co. | II<br>X | Pending<br>● 12/05/11 email from attorney Eric Olsen, working on DPF | Eric G Olsen<br>LAW OFFICES OF...<br>1333 NE Jensen Beach Blvd<br>Jensen Beach, FL 34957 |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 |   | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
| 46 | 45 | Renar Homes, Inc. | VIII<br>X | Pending<br>12/05/11 phone call w/ attorney Eric Olsen, will provide DPF | Arden Doss, Jr.<br>3731 N.E. Pineapple Avenue<br>Jensen Beach, FL 34957 |
| 47 | 46 | RJM Homes, Inc. | I | Pending<br>● LLF emailed defendant blank DPF form | Ronald Maggio<br>15340 Meadowwood Dr.<br>Wellington, FL 33414 |
| 48 | 47 | Roy Harris Drywall, Inc. | IX | Pending<br>1/03/12 phone call and email with Dana Stockton, seeking dismissal, LLF emailed plaintiff's attorney information to Ms. Stockton | Earl Stockton<br>7246 Mako Drive<br>Hudson, FL 34667 |
| 49 | 48 | Shear Corp. | VII | Pending<br>● LLF emailed blank DPF form | Jeffrey G. Walls<br>5490 Lee Street<br>Lehigh Acres, FL 33971 |
| 50 | 49 | Star Homes of Florida, LLC | I | Pending<br>● 12/08/11 LLF emailed web link to DPF forms to attorney Richard Weinstein | Jose L. Fernandez<br>146 N. Sewalls Point Rd.<br>Stuart, FL 34966 |
| 51 | 50 | Stephen Shivers | I | Pending<br>● 1/16/12 LLF sent reminder email to defendant with web link to DPF forms | Stephen Shivers<br>720 Clover Place<br>Biloxi, MS 39532 |
| 52 | 51 | Steven R. Carter, Inc. | I<br>III<br>IIIA<br>VII<br>IX | Pending<br>● 12/08/11 email from attorney David Coons, DPF to be provided by end of month | Tom O'Brien<br>Chris D'Amour<br>ADAMS & REESE<br>4500 One Shell Square<br>New Orleans, LA  70139 |
| 53 | 52 | Suarez Housing Corp. | I<br>II<br>IIC<br>III<br>IX | Pending<br>● 12/08/11 email from attorney David Coons, will submit DPFs by end of month | Michele Leo Hintson<br>SHUMAKER, LOOP...<br>101 East Kennedy Blvd. #2800<br>Tampa, FL 33602<br>&<br>Sara Flint<br>6522 Gunn Highway<br>Tampa, FL 33625 |
| 54 | 53 | Tikal Construction Co. | I | Pending<br>● LLF sent letter to defendant with blank DPFs and web link to PTOs | Leighton Hew<br>2529 Golf View Drive<br>Weston, FL 33327 |
| 55 | 54 | Touchstone at Rapallo, Inc. | II | Pending<br>● 12/21/11 email from Matt Gaughan to attorney confirming DPF is required although defendant will be seeking dismissal | 8551 Via Rapallo<br>Estero, FL 33928 |
| 56 | 55 | Wyndwil, LLC | II | Pending<br>● 12/6/11 LLF received letter from attorney saying no developer specific form.  Suggested he use builder form. 1/10/12 LLF sent email to attorney Brian Slaughter reminding to submit DPF | J Brian Slaughter<br>George J. Dancigers<br>McKENRY, DANCIGERS...<br>192 Ballard Court #400<br>Virginia Beach, VA 23462 |

IN Re: Chinese Manufactured Drywall Products Litigation MDL 2047
PSC Motion to Compel DPFs - Exhibit A

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 1  |   | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
| 57 | 56 | Zamora Homes Corp. | IX | Pending<br>● 12/6/11 LLF emailed web link to DPF forms to Rosa A. Zamora | Rosa Z. Zamora<br>260 Palermo Avenue<br>Coral Gables, FL 33134 |