In Re: Chinese Manufactured Drywall Products Litigation MDL 2047
PSC's Motion to Compel DPFs - Exhibit B

| | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 1 | 3180 Lamb Court Acquisition, LLC | IV | No Response | Fred Holliday<br>503 S. Holly St.<br>Hammond, LA 70403 |
| 2 | A1 Brothers, Inc. | I | No Response | Jeremy D. Bertsch<br>SELLARS, MARION & BACHI<br>811 North Olive Avenue<br>West Palm Beach, FL 33401 |
| 3 | Aarco, LLC | III<br>VII | No Response | James Sill<br>57 Doubloon Drive<br>Slidell, Louisiana 70461 |
| 4 | Ability Construction, Inc. | IX | No Response | Norbert Pilz<br>1345 Old Pondella Road<br>Cape Coral, FL 33909 |
| 5 | Aburton Homes, Inc. | I<br>IA, IB, IC<br>III<br>IV<br>VII<br>IX | No Response | Raul R. Loredo<br>Addison J. Meyers<br>MINTZER SAROWITZ ZERIS...<br>1000 NW 57th Court, Suite 300<br>Miami, FL 33126 |
| 6 | Aced Interior Drywall<br>n/k//a Aced Interior Drywall, Inc. | I<br>III<br>X | No Response | Larry Harrington<br>P.O. Box 3149<br>N. Ft.. Myers, FL 33910-3149<br>2204 NE 25 Terrace<br>Cape Coral, FL 33909 |
| 7 | Aces Towing Enterprises, LLC | II | No Response | 205 W. St. Bernard Hwy.<br>Chalmette, LA 70043 |
| 8 | AL Brothers, Inc. | IX | No Response | Alan R. Jostes<br>919 S. Charlotte Street<br>Lombard, IL 60148 |
| 9 | Alana Development Corp. | I | No Response | Shubhra Mashelkar<br>WEINBERG, WHEELER...<br>201 S. Bayshore Drive #1500<br>Miami, FL 33133 |
| 10 | Albert Howard, Jr. | III<br>VII | No Response | Albert Howard, Jr.<br>2685 Columbus Highway<br>Box Springs, GA 31801 |
| 11 | All County Drywall Services, Inc. | III<br>VII<br>IX | No Response | Charles Norris<br>2702 Wallace Branch Road<br>Plant City, FL 33565 |
| 12 | Alternative Source, Inc. | I | No Response | Fred Holliday<br>503 S. Holly St.<br>Hammond, LA 70403 |
| 13 | American Homes, LLC | VII<br>IX<br>X | No Response | Douglas F. Long<br>2611 Technology Drive #200<br>Orlando, FL 32804 |
| 14 | American Housing Corp. | IX | No Response | James N. Powell<br>One Progress Plaza, Suite 1210<br>St. Petersburg, FL 33701 |

|    | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|----|-----------|---------|-------------------------------|----------------------------|
| 15 | Angel Developments, LLC | III<br>IV<br>IX<br>X | No Response | Gabriel A. Angel<br>216 South West Maclay Way<br>Port Saint Lucie, FL 34986 |
| 16 | Anthony Raggs | I | No Response | 10810 NW 19th Avenue<br>Miami, FL 33167 |
| 17 | Arizen Homes, Inc. | I<br>II<br>IV<br>VII<br>IX<br>X<br>XI<br>XII | No Response | Mark T. Ezzo<br>1092 NW 81st Terrace<br>Plantation, FL 33322-5749<br>&<br>2700 W. Cypress Creek Rd. #B-111<br>Fort Lauderdale, FL 33309<br>&<br>Mark T. Ezzo<br>3905 N.W. 122nd Terrace<br>Sunrise, FL 33323 |
| 18 | ATCO Int. Corp. | VII<br>X<br>XIV | No Response | Luis N. Perez<br>PEREZ & RODRIGUEZ<br>95 Merrick Way #600<br>Coral Gables, FL 33134 |
| 19 | B & B Stucco, Inc. | III<br>IX<br>X | No Response | Dorothy H. Wimberly<br>STONE PIGMAN<br>546 Carondelet Street<br>New Orleans, LA 70130 |
| 20 | Barony Homes, Inc. | I<br>II<br>IIA<br>V<br>VIII | No Response | Michael Donnely, Esq.<br>2508 Del Prado Blvd. S.<br>Cape Coral, FL 33904 |
| 21 | Bayou Contracting, LLC | VII | No Response | William E. Billingsley, Jr.<br>2728 Crestview Street<br>Kenner, LA 70062 |
| 22 | Bell Construction | III | No Response | John Bell<br>PO Box 322<br>Hermanville, MS 39086 |
| 23 | Bellew Plastering | X | No Response | 4420 Annunciation Street<br>New Orleans, LA 70115 |
| 24 | Blackhawk Partners, LLC | I | No Response | 7601 N. Federal Hwy. #A165<br>Boca Raton, FL 33487 |
| 25 | BO Builders, LLC | I<br>X | No Response | Jimmy Martin Taylor, II<br>1449 Montmartre Street<br>Mandeville, LA 70448 |
| 26 | Bonita Beachwalk, LLC | I | No Response | Michael J. Davis<br>1955 Mission Drive<br>Naples, FL 34109 |
| 27 | Bove Co. | I<br>IA, IB | No Response | 4300 Marsh Landing Blvd.<br>#202<br>Jacksonville Beach, FL 32250 |
| 28 | Brandhurst Construction & Maintenance Co., Inc. | VII | No Response | Vic Giancola<br>30 Brittany Drive<br>Kenner, LA 70006 |

|  | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 29 | Brian Papania | I | No Response | PO Box 3943<br>Bay St. Louis, MS 39521<br>&<br>22074 Family Lane<br>Picayune, MS 39466<br>&<br>235 Frontage Rd.<br>Picayune, MS 39466 |
| 30 | Brightwater Community 1 LLC | I<br>V | No Response | Mark Kapusta, Esq.<br>1800 Second St. #760<br>Sarasota, FL 34236<br>mkapusta@bnlaw.com |
| 31 | Bristol Corner, LLC | II<br>IIB<br>VII | No Response | 5115- 16th Avenue South<br>Tampa, FL 3361 |
| 32 | Brownstone Builders, Inc. | IX | No Response | Gregory D. Stone<br>950 Troopers Lane<br>Waycross, GA 31501 |
| 33 | Builder's Line, Inc. | VIII | No Response | 76032 Hwy. 1081<br>Covington, LA 70435 |
| 34 | Building Supply House, LLC | I<br>III<br>VII<br>IX | No Response | 8550 United Plaza Blvd. #1001<br>Baton Rouge, LA 70809 |
| 35 | Buquoi Construction, LLC | IV | No Response | Charles Anthony Buquoi<br>10569 Buddy Gore Road<br>Gonzales, LA 70737 |
| 36 | BV 6334, LLC | VIII | No Response | Robert Mgrm Banos<br>10850 SW 134 Terrace<br>Miami, FL 33176 |
| 37 | Caceres Drywall Corp. | X | No Response | Laura P. Martin<br>14984 S.W. 93rd Street<br>Miami, FL 33196 |
| 38 | Cajun Construction & Design, Inc. | II<br>III | No Response | 5124 Kirkwood Avenue<br>Spring Hill, FL 34608 |
| 39 | Caliber Homes, LLC | VII | No Response | Andrew Johnson, as DQR<br>42100 Duck Lane<br>Bay Minette, AL 36507 |
| 40 | Cali-Florida Investments, Inc. | VII | No Response | Heather Quick<br>3869 Grande Boulevard<br>Jacksonville, FL 32250 |
| 41 | Cape Cement & Supply, Inc. | I<br>IV<br>IX | No Response | Robert B. Burandt<br>Burandt, Adamski, Grossman & Powell, PL<br>1714 Cape Coral Parkway East<br>Cape Coral, FL 33904 |
| 42 | Capital Construction | III | No Response | Andrew D. Weinstock<br>Paul J. Verlander<br>DUPLASS, ZWAIN, BOURGEOIS<br>3838 N Causeway Blvd #2900<br>Metairie, LA 70002 |

| | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 43 | Caribbean Custom Homes, Inc. | X | No Response | 2235 First Street<br>Ft. Myers, FL 33901 |
| 44 | Castillo Azul Developers, Inc. | IX | No Response | Jose G. Hernandez<br>260 Palermo<br>Coral Gables, FL 33134 |
| 45 | CB Creek, Inc. | I | No Response | James M. Scarmozzino<br>WEBB & SCARMOZZINO<br>2121 West First Street, 2nd Floor<br>Fort Myers, FL 33901 |
| 46 | Central Drywall Contractors, Inc. | IX | No Response | Wayne Scott<br>10714 Florence Avenue #A<br>Thonotosassa, FL 33592 |
| 47 | CGF Construction | I<br>IC<br>XIV | No Response | Alejandro R. Alvarez<br>PIEDRA & ASSOC. |
| 48 | Chase Construction, Inc. | II<br>IIC<br>III<br>IX | No Response | 4237 SW 23rd Avenue<br>Cape Coral, FL 33914 |
| 49 | Chase Drywall, Ltd. | VIII<br>X | No Response | 3130 #D Strawberry<br>Pasadena, TX 77504 |
| 50 | Christopher Billot | I | No Response | 70269 7th Street<br>Covington, LA 70433 |
| 51 | Christopher Duet | X | No Response | Christopher Deut<br>6432 Kome Drive<br>Diamondhead, MS 39525 |
| 52 | CNBM USA Corp. | III | No Response | John W. Sinnott<br>Quentin W. Sinnott<br>J. Jeffrey Patton<br>Daniel L. Stanner<br>IRWIN, FRITCHIE...<br>400 Poydras Street #2700<br>New Orleans, LA 70130 |
| 53 | Comfort Home Builders, Inc. | I<br>III<br>IV<br>IVC<br>IX | No Response | James A. Gordon<br>1686 Lakeview Terrace North<br>Ft. Myers, FL 33903 |
| 54 | Continental Drywall Contractors, Inc. | I | No Response | Luis Perez<br>PEREZ & RODRIGUEZ<br>95 Merrick Way #600<br>Coral Gables, FL 33134 |
| 55 | Country Walk Sales, LLC | II | No Response | Ross A. Puzzitiello<br>12610 Race Track Road<br>Tampa, FL 33626 |
| 56 | Crossroad Homes, Inc. | II | No Response | 5946 Northwest Batchelor Terrace<br>Port St. Lucie, FL 34986 |
| 57 | Curtis Lee Wimberly General Contractor Inc. | III<br>XI<br>XII | No Response | Curtis L. Wimberly<br>3554 Santiago Way<br>Naples, FL 34105 |

| | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 58 | Custom Construction, Inc. | IX | No Response | Brandon Gremillion<br>2209 Aramis Drive<br>Meraux, LA 70075<br>&<br>Louis Johnston, Jr.<br>401 E. Genie Street<br>Chalmette, LA 70043 |
| 59 | Custom Drywall | VII | No Response | 7925 Simon Street<br>Metairie, LA 70003 |
| 60 | Cypress Corp. of Southwest Florida, Inc. | IX | No Response | Scott Krehling<br>6280 Painted Leaf Lane<br>Naples, FL 34116 |
| 61 | Daniel Dee Loughy Homes, Inc. d/b/a Tropical Homes | III | No Response | Daniel D'Loughy<br>308 Chambord Terrace<br>Palm Beach Gardens, FL 33410 |
| 62 | Daniel Wayne Homes, Inc. | II | No Response | MINTZER, SAROWITZ, ZERIS...<br>1000 NW 57th Court #300<br>Miami, FL 33126 |
| 63 | Darius Henry | VII | No Response | 3327 Bruxelles Street<br>New Orleans, LA 70122 |
| 64 | David E. Smith d/b/a Ruelas Drywall | VIII | No Response | David Smith<br>15026 Green Stone Drive<br>Houston, TX 77084 |
| 65 | David W. Stewart, Inc. | III<br>VII | No Response | David W. Stewart<br>53089 Highway 433<br>Slidell, LA 70461 |
| 66 | Davis General Contractors | IV | No Response | Hugh C. Davis III<br>218 Kenlyn Road<br>Palm Beach Fl 33480 |
| 67 | Deer Creek Estates, II, LLC | VIII | No Response | Villa Sales Center<br>1804 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 |
| 68 | Delgado's Painting | II<br>VII | No Response | 422 Terry Parkway<br>Gretna, LA 70056 |
| 69 | Design Contractors, LLC | I | No Response | Robert Wayne Close<br>40177 Bordeaux Street<br>Prairieville, LA 70769 |
| 70 | Dima Homes, Inc. | X | No Response | James W. Gladden, Jr.<br>117 North Main Street<br>Petal, MS 39465 |
| 71 | Dollaway Drywall, Inc. | IX | No Response | Wayne Evans<br>17423 Boyette Road<br>Lithia, FL 33547 |
| 72 | Dove Enterprises Contractor & Design, Inc. | X | No Response | David L. Mackay<br>2801 SW College Road<br>Ocala, FL 34474 |
| 73 | Drive Enterprises, Inc. | II<br>VII | No Response | 5910 Story Book Trail<br>Missouri City, TX |
| 74 | Dynamic Contractors | III | No Response | 425 Heart D. Farm Road<br>Youngsville, LA 70592 |

| | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 75 | Elite Construction Co. SW Inc. | I | No Response | Paul A. Inglese<br>14538 Indigo Lakes Circle<br>Naples, FL 34119 |
| 76 | Elite Home Construction Inc. | I<br>IC | No Response | Paul E. Ernest<br>22327 Lowe Davis Rd<br>Covington, LA 7043 |
| 77 | Eric Manuel | VII | No Response | 3000 Claire Avenue<br>Gretna, LA 70053 |
| 78 | Estate Homes, Inc. | VIII | No Response | 429 Lennox Ave., Suite 4W13<br>Miami Beach, FL |
| 79 | European Quality Builders, LLC | IX | No Response | Thomas P. Martino<br>2018 E. 7th Avenue<br>Tampa, FL 33605 |
| 80 | Executive Home Builders, LLC | I | No Response | Stuart Clouatre<br>12040 Niece Rd.<br>St. Amant, LA 70774 |
| 81 | F. Development, LLC | IX | No Response | Jose E. Fano<br>2189 West 60 Street, Suite 205<br>Hialeah, FL 33016 |
| 82 | FHBF Partners, LLP<br>f/k/a First Home Builders of Florida | II | No Response | Charles A. Wachter<br>HOLLAND & KNIGHT<br>100 N. Tampa Street #100<br>Tampa, FL 33602 |
| 83 | First Choice Drywall Services, Inc. | I<br>III | No Response | Gabriela Arredono<br>26690 Bridgeport Lane<br>Bonita Springs, FL 34125 |
| 84 | First Construction Corp. | I | No Response | 1344 Villere Street<br>Mandeville, LA 70448 |
| 85 | Fleetwood Homes of Florida, Inc. | III | No Response | Jerry L. Saporito<br>Amanda W. Vonderhaar<br>LEAKE & ANDERSSON LLP<br>1100 Poydras Street #1700<br>New Orleans, LA 70163-1701 |
| 86 | Fleetwood Homes of GA, Inc. | III | No Response | Jerry L. Saporito<br>Amanda W. Vonderhaar<br>LEAKE & ANDERSSON LLP<br>1100 Poydras Street #1700<br>New Orleans, LA 70163-1701 |
| 87 | Florida Walls, Inc. | VII | No Response | James H. Blum<br>2351 Bishop Drive<br>Alva, FL 33920 |
| 88 | Fountain Homes | X | No Response | Lonnie Fountain<br>4007 Oak Ridge Place<br>Biloxi, MS 39532 |
| 89 | Franciscus Homes, Inc. | II<br>IIA | No Response | Todd M. Fiorella<br>FRAM & FIORELLA<br>150 Boush Street #601<br>Norfolk, VA 23510 |
| 90 | Freemar Homes, Inc. | IV | No Response | John T. Freeman<br>5410 Endeavor Ave.<br>Dover, FL 33527 |

6

|  | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 91 | Fusion Building Concepts, Inc. | I | No Response | 701 North Lake Davis Drive<br>Orlando, FL 32806 |
| 92 | G & B Roofing | VII | No Response | Registered Agent<br>Barbaro Hernandez<br>503 Du Monde Drive<br>Westwego, LA 70094 |
| 93 | G & B Roofing & Construction, Inc. | II | No Response | Registered Agent<br>Barbaro Hernandez<br>503 Du Monde Drive<br>Westwego, LA 70094 |
| 94 | G. Drywall Corp. | I<br>III<br>IIIA<br>VII<br>VIII<br>IX<br>X<br>XIV | No Response | 14602 SW 182nd Terrace<br>Miami, FL 33177 |
| 95 | Galloway Home Builders, Inc. | X | No Response | Rolando Delgado<br>2665 S. Bayshore Drive #200<br>Miami, FL 33131 |
| 96 | Garram Homes, Inc. | I | No Response | 285 Sevilla Avenue, 2nd Floor<br>Coral Gables, FL 33134 |
| 97 | Garraway's Stores, Inc. | III | No Response | 2127 Columbia Avenue<br>Prentiss, MS 39474 |
| 98 | Genesis Residential Group, Inc | I | No Response | TAYLOR & WALKER<br>P.O. Box 3490<br>Norfolk, VA 23514-3490 |
| 99 | George Meza | I<br>III<br>IV | No Response | 4824 Belle Drive<br>Metarie, LA 70006 |
| 100 | GGG Edinburgh Estates, LLP | VIII | No Response | 12802 A Willow Centre Drive<br>Houston, TX 77066 |
| 101 | GHO Properties, Inc. | VIII | No Response | 3600 Burgundy Drive North<br>Palm Beach Gardens, FL 33410 |
| 102 | Gomez Interiors, Inc. | IV<br>IVB,<br>IVC | No Response | 15745 SW 297th Terrace<br>Homestead, FL 33033 |
| 103 | Greensprings Condominiums, LLC | II<br>IIA | No Response | Todd M. Fiorella<br>FRAM & FIORELLA<br>150 Boush Street #601<br>Norfolk, VA 23510 |
| 104 | Greystoke Homes at South Point II LLC | I<br>IA | No Response | 14475 N.W. 26th Avenue<br>Opa Locka, FL 33054 |
| 105 | Grove Hammocks Investments, LLC | IV<br>VIII<br>X | No Response | Paul L. Orshan, Esq.<br>2506 Ponce de Leon Blvd.<br>Coral Gables, FL 33134 |
| 106 | Gryphon Corp. | V | No Response | 540 Biltmore Way<br>Coral Gables, FL 33134 |
| 107 | Guillermo Permuy | I | No Response | 521 SW 127 Avenue<br>Miami, FL 33184 |

|  | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 108 | Gulf Coast Drywall Building Products, LLC | III | No Response | Bruce L. Cannon<br>Attorney at Law<br>Post Office Box 269<br>Lenoir, NC 28645 |
| 109 | Gulfstream Development, LLC | I<br>XIV | No Response | Patrick E. Variali<br>3501 Gulf Shores Parkway #5<br>Gulf Shores, AL 36542 |
| 110 | H & H Custom Home Builders | IA | No Response | 312 Primrose Lane<br>Covington, LA 70433 |
| 111 | Hallmark Homes, Inc. | I<br>IA | No Response | George Hallal<br>530 Autumn Wind Lane<br>Mandeville, LA |
| 112 | Hanover Homes, Inc. | III<br>IIIA<br>IV<br>VII<br>IX<br>X | No Response | Philip Petruzzelli<br>2407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 |
| 113 | Harrel's Drywall, Inc. | II<br>IIA, IIB, IIC<br>VII | No Response | 1225-B 131st Avenue<br>Tampa, FL 33612 |
| 114 | Haven Properties, Inc. | IX<br>XI<br>XII | No Response | c/o Michael J. Baptist<br>6450 Westchester Place<br>Cumming, GA 30040 |
| 115 | Homes of Merit, Inc. | III | No Response | Bldg. 121 Bartow AFB<br>Bartown, FL 33830 |
| 116 | Hometown Concepts, Inc. d/b/a Hampton Homes | VIII | No Response | Dennis J. Albright<br>18333 Egret Bay Blvd. #680<br>Houston, TX 77058-6140 |
| 117 | Horvath & Horvath Drywall, Inc. | X | No Response | Raymond A. Horvath<br>10155 N.E. 101st Street<br>Okeechobee, FL 34972 |
| 118 | Hutchinson Homes, Inc. | I<br>VIII | No Response | John T. Hutchinson<br>12 Woodgrove Circle<br>Fairhope, AL 36533 |
| 119 | Innovative Custom Builders, Inc. | X | No Response | Marci K. Gallahan<br>9679 Lakeview Drive<br>New Port Richey, FL 34654 |
| 120 | International Materials Trading, Inc. a/k/a IMT Gypsum; International Materials Trading, Ltd.; IMT; International Materials Trading IMT Chinese Plasterboard; and International Materials Trading (IMT) Gypsum | II<br>IIA, IIB<br>III (?) | No Response | 204 W. Spear Street<br>Carson City, NV 89703 |
| 121 | Island Coast Drywall and Stucco, LLC | IX | No Response | Raymond L. Schumann<br>3451 Bonita Bay Blvd., Suite 200<br>Bonita Springs, FL 34134 |

| | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 122 | J & E Developers, Inc. | X | No Response | Mrs. Cary M. Rodriguez<br>2795 West 78th Street<br>Hialeah, FL 33016 |
| 123 | J. Cherry and Sons, Inc. | IV<br>IX | No Response | 2212 SW Racquet Club Drive<br>Palm City, FL 34990 |
| 124 | J. Galloway Construction, Inc. | II | No Response | P.O. Box 356<br>Interlachen, FL 32148 |
| 125 | Jim Walter Homes, Inc. | I<br>III<br>IV | No Response | CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| 126 | Jim Walter Homes, LLC | III | No Response | 4211 West Boy Scout Blvd.<br>#1000<br>Tampa, FL 33607 |
| 127 | John Gillespie | I | No Response | David Bordelon<br>Dan Collarini<br>UNGARINO & ECKERT<br>3850 N Causeway Blvd #1280<br>Metairie, LA 70002-8155 |
| 128 | Johnny Weary | III<br>VII | No Response | 616 Lincerne Street<br>Bogalusa, LA 70427 |
| 129 | Joseph E. Bellande | VII | No Response | 2900 St. Marie Street<br>Meraux, LA 70075 |
| 130 | Joseph E. Clouse, Inc. | IV (B) | No Response | Lorre J. Clouse<br>8661 Glenlyon Court<br>Fort Myers, FL 33912 |
| 131 | Joseph Scott | II<br>VII | No Response | Ermence Debose-Parent<br>LAW OFFICE OF...<br>7422 Springlake Dr.<br>New Orleans, LA 70126<br>504-343-7421<br>lawofficeofedp@yahoo.com |
| 132 | JSK Construction, Inc. | X | No Response | Jeff S. Ketcham<br>3418 SE Darwin Boulevard<br>Port Saint Lucie, FL 34953 |
| 133 | JST Properties, LLC of Mississippi | I | No Response | 1118 Joy Dr.<br>Slidell, LA 70461 |
| 134 | Just-Rite Supply, Inc. | I<br>X | No Response | 17551 16th Street<br>Gulfport, MS |
| 135 | JVP Drywall & Finish, Inc. | X<br>XIV | No Response | Matthew J. Ungarino, Esquire<br>Ungarino & Eckert, LLC<br>3850 N. Causeway Blvd., Suite 1280<br>Metairie, LA 70002 |
| 136 | KC2 Investments, LLC | III | No Response | 1625 North Commerce Parkway<br>#320<br>Weston, FL 33326 |
| 137 | Kenneth Campo | III<br>IV | No Response | Kenneth Campo<br>1301 Ysclockey Hwy.<br>Saint Bernard, LA 70085 |
| 138 | Kevin Burton | II | No Response | 11120 S. Idlewood Court<br>New Orleans, LA 70128 |

| | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 139 | Kimball Hill Homes Florida, Inc. | III VII XI XII | No Response | Michael P. Cash GARDERE, WYNNE & SEWELL 1000 Louisiana #3400 Houston, TX 77002-5011 |
| 140 | L & J Builders, Inc. | III VII | No Response | Lance Guy 6 Intracoastal Way Lake Worth, FL 33466 |
| 141 | L.R. Gardere Drywall Construction, Inc. | IV | No Response | 108 Southdown Lane Covington, LA 70433 |
| 142 | LA Home Improvement of New Orleans, LLC | VII | No Response | c/o Lance Thomas 3523 Piedmont Drive New Orleans, LA 70122 |
| 143 | Larry A. Brooks Co., LLC d/b/a Great American Homes | VII VIII | No Response | 149 Cemetery St. Uriah, AL 36480 |
| 144 | Las Playas, LLC | I | No Response | Bennett G. Feldman 2655 Lejeaune Rd. #514 Coral Gables, FL 33134 |
| 145 | Legend Custom Builders, Inc. | I III VII IX | No Response | FORRESTER HART... 1429 Colonial Boulevard #201 Fort Myers, FL 33907 |
| 146 | Lifeway Homes, Inc. | VIII | No Response | Gurmukh S. Jolly Jolly Properties, Inc. 12802 A Willow Centre Drive #D Houston, TX 77066 |
| 147 | Lifeway Homes, LLP | VIII | No Response | Gurmukh S. Jolly Jolly Properties, Inc. 12802 A Willow Centre Drive #D Houston, TX 77066 |
| 148 | Likness Construction Corp. of Southwest Florida | X | No Response | Dan Likness 510 SW 7th Terrace Cape Coral, FL 33991 |
| 149 | Linel Consulting, LLC | IV | No Response | Jeffrey M. Fine, P.A 9010 SW 117th St Miami, FL 3317 |
| 150 | Louran GIPS KG | I | No Response | 414 SW Dalton Circle Port St. Lucie, FL 34953 |
| 151 | M.K. Developers, Inc. | I X | No Response | Mark A. Slack PAULICH SLACK & WOLFF 5147 Castello Drive Naples, FL 34103 |
| 152 | Mandy Drywall Inc. | I IV X | No Response | Mark A. Hruska Steven G. Schwartz sgs@sandhlawfirm.com SCHWARTZ & HORWITZ 6751 North Federal Highway #400 Boca Raton, FL 33487 |
| 153 | Manuel Gonzales Terra Group, Intl. | I | No Response | 1310 S. Greenway Drive Miami, FL 3313 |

10

|  | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 154 | Maranatha Construction, Inc. | VII | No Response | Gregory A. Owen<br>12431 Brookshire<br>Baton Rouge, LA 70815 |
| 155 | Mario Salvana | III<br>VII | No Response | 3120 St. Phillip Street<br>New Orleans, LA 70119 |
| 156 | Martinez Drywall & Painting, LLC | III<br>IIIA<br>VII | No Response | 515 Drury Lane<br>Slidell, LA 70460 |
| 157 | Master Builders of South Florida, Inc. | I<br>III<br>IX<br>XIV | No Response | 100 N. State Road 7 #300<br>Margate, FL 33063 |
| 158 | Mastercraft Homes, LLC | X | No Response | Ronald S. Clark<br>50 S. Florida Avenue, Suite 700<br>Lakeland, FL 33801 |
| 159 | Mavied Corp. | I<br>IA | No Response | Luis Perez<br>PEREZ & RODRIGUEZ<br>95 Merrick Way #600<br>Coral Gables, FL 33134 |
| 160 | McLean Drywall | III | No Response | Don Mclean<br>508 Bear Paw Trail<br>Blue Ridge, GA 30513 |
| 161 | Meeks Drywall & Stucco, Inc. | III<br>VII<br>VIII<br>X | No Response | 8305 Tolles Drive<br>North Fort Myers, FL 33917 |
| 162 | Mercedes Homes, LLC | III<br>VIII | No Response | Keith Buescher<br>6905 North Wickham Rd. #501<br>Melbourne, FL 32940 |
| 163 | Meritage Homes of Texas, LLC a/k/a Meritage Homes of Texas II, LLC | VIII | No Response | 350 North St. Paul Street<br>Dallas, TX 75201 |
| 164 | Mesa Construction Group, Inc. | II<br>III<br>IV<br>VII<br>XIV | No Response | Ramon M. Cabrera<br>7300 SW 8 Ct.<br>N. Lauderdale, FL 33068 |
| 165 | Miramar Associates IV, LLP | X | No Response | Hilarie Bass<br>Mark A. Salky<br>GREENBERG TRAURIG<br>333 Avenue of Americas<br>(SE 2nd Ave)<br>Miami, FL 33131 |
| 166 | Morales Carpentry | IX | No Response | 4925 Delacrouix Highway<br>St. Bernard, LA 70085 |
| 167 | Morgan Homes, Inc. | I<br>IA<br>X | No Response | Raul R. Loredo<br>MINTZER, SAROWITZ, ZERIS<br>1000 NW 57th Court #300<br>Miami, FL 33126 |

|     | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
| --- | --- | --- | --- | --- |
| 168 | MW Johnson Construction of FL, Inc. | II<br>IIA, IIB, IIC<br>III<br>IIIA | No Response | 16823 Island Avenue<br>Lakeville, MN 55044 |
| 169 | Norman Gannon | III | No Response | 32 Napoleon Circle<br>Brandon, MS 39047 |
| 170 | Northeast Drywall Co. | I | No Response | 18551 Counsel Crescent Road<br>Odessa, FL |
| 171 | Oak Avenue, LLC | I (B) | No Response | Thomas L. Gaudry, Jr.<br>GAUDRY, RANSON, HIGGINS...<br>401 Whitney Avenue #500<br>Gretna, LA 70056 |
| 172 | Ocean Springs Lumber Co., LLC | I<br>III<br>X | No Response | 7 Chandeluer Cove<br>Ocean Springs, MS 3956 |
| 173 | P N K Builders, LLC | IV | No Response | Scott Kuepferle<br>444 Swift Fox Run<br>Madisonville, LA 70447 |
| 174 | Parkview Homes Realty, Inc. | IB<br>II<br>IX | No Response | Ross A. Puzzitiello<br>12610 Race Track Road<br>Tampa, FL 33626 |
| 175 | Pembroke Park, LLC | VIII | No Response | Fernando J. Portuondo, P.A.<br>2121 Ponce de Leon Blvd. #950<br>Coral Gables, FL 33134 |
| 176 | Philip Latapie | I | No Response | Philip Latapie<br>ACE MORTGAGE, LLC<br>4431 Iberville Street<br>Mandeville, LA 70741 |
| 177 | Pine Ridge Real Estate Enterprises, LLC | I<br>III<br>IV | No Response | Jeffrey Wachs<br>Attorney at Law<br>2400 First Street #303<br>Ft. Myers, FL 33901 |
| 178 | Pioneer Construction, LLC | I | No Response | David M. Latour<br>15001 Thompson Road<br>Folsom, LA 70437-3304 |
| 179 | Ponce Siding & Remodeling | I | No Response | Jorge A. Ponce<br>20075 Highway 36<br>Covington, LA 70433 |
| 180 | Premier Design Homes, Inc. | IX<br>XI<br>XII | No Response | Frank C. Rose<br>11030 N. Kendall Drive #100<br>Miami, FL 33176 |
| 181 | Quality Builders of North Florida, Inc. | IX | No Response | Joe P. Wiser<br>3993 NW 76 Lane<br>Jennings, FL 32053 |
| 182 | R.D.S. Construction | VII | No Response | Richard Drouet<br>11629 Greensleeve Avenue<br>Tampa, FL 33626 |
| 183 | R.L. Drywall, Inc | I | No Response | Matthew J. Ungarino<br>UNGARINO & ECKERT<br>3850 N Causeway Blvd #1280<br>Metairie, LA 70002-8155 |

|     | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
| --- | --- | --- | --- | --- |
| 184 | Redman Homes, Inc. | III | No Response | Laura Davis Jones<br>PACHULSKI, STANG, ZIEHL...<br>919 North Market St., 17th Floor<br>Wilmington, DE 19801 |
| 185 | Renola Equity Fund III, LLC | IX | No Response | Brian L. Glorioso<br>TONRY, BRINSON, GLORIOSO<br>245 Pontchartrain Drive<br>Slidell, LA 70458 |
| 186 | Reve Development Corp. | IX | No Response | Raymond A. Noel<br>1928 Greenbrier Boulevard<br>Pensacola, FL 32514 |
| 187 | Richardson Drywall | I | No Response | 2128 Hollywood Drive<br>Bay St. Louis, MS 39520 |
| 188 | Right Way Finishing, Inc. | I<br>V | No Response | 3953 Tierra Venado Drive<br>El Paso, TX 79938 |
| 189 | Roman Gonzalez | III<br>VII | No Response | 3232 Sugar Mill Road<br>Kenner, LA 70065 |
| 190 | Rookery Park Estates, LLC | I | No Response | David Koplowitz<br>1400 E. Oakland Park Blvd. #111<br>Oakland Park, FL 33334 |
| 191 | Rylex Homes, Inc. | III | No Response | Rylex Construction<br>421 Woodgate Dr.<br>Maryville, TN 37804-6120<br>&<br>542 Grassland Drive<br>Maryville, TN 37804-6120 |
| 192 | Safeway Contractors, LLC | II<br>VII | No Response | Todd Allred<br>705 Florida Street<br>River Ridge, LA 70123 |
| 193 | Sampson Drywall, Inc. | I | No Response | Charles Sampson<br>141 Segovia Road<br>St. Augustine, FL 32086 |
| 194 | Sands Construction Group, LLC | III | No Response | Harold Sanchez<br>6230 SW 58 Street<br>Miami, FL 33143 |
| 195 | Santa Barbara Estates, Inc. | I<br>IC<br>VII<br>X<br>XIV | No Response | Abbey L Kaplan<br>KLUGER, KAPLAN...<br>201 S. Biscayne Blvd., 17th Floor<br>Miami, FL 33131 |
| 196 | Saturno Construction AB Inc. | I<br>V | No Response | Alberto Munoz, President<br>1621 SE Mariner Lane<br>Port St. Lucie, FL 3498 |
| 197 | Schmidth Brothers Homes, Inc. | IX | No Response | Darlene J. Schmidty<br>1909 Symphony Isles Blvd.<br>Apollo Beach, FL 33572 |
| 198 | Sea Coast Construction, LLC | I | No Response | Richard Creed, Jr., 8017 Jefferson Hwy, Wolfe's Creek, Ste. B3, Baton Rouge, LA 70809 |

|  | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 199 | Sedgwick Developers, Inc. | III<br>IX<br>XI<br>XII | No Response | 11030 N. Kendall Drive - Suite 100<br>Miami, FL 33126 |
| 200 | SGS Construction, Inc. | X | No Response | Roy Stubenrauch<br>101 Jane Drive<br>Slidell, LA 70460 |
| 201 | Sheridan 87, LLC | VIII<br>IX | No Response | J.R. Liebler<br>44 West Flagler Street, 25th Fl.<br>Miami, FL 33130 |
| 202 | Siesta Bay Custom Homes, LLC | I<br>V<br>VII<br>X | No Response | Matthew J. Ungarino<br>UNGARINO & ECKERT<br>3850 N Causeway Blvd #1280<br>Metairie, LA 70002-8155 |
| 203 | Smith Family Homes Corp. | I<br>III<br>VII<br>IX | No Response | Ronald G. Smith<br>17132 Journeys End Dr.<br>Odessa, FL 33556<br>&<br>Marcus G. Smith<br>15605 Dunn's Pond St.<br>Odessa, FL 33556<br>&<br>Scott A Smith<br>3840 Sorrel Vine<br>Wesley Chapel, FL 33544 |
| 204 | Solid Construction of the Gulf Coast d/b/a Westerheim Homes | VII<br>IX | No Response | 3108 Brittany Court<br>Pensacola, FL 32504 |
| 205 | Southern Community Homes, Inc. | II<br>IIA<br>VII | No Response | Shawn Eberly<br>1900 SW 97th Place<br>Ocala, Florida 34476 |
| 206 | Stephen Steiner d/b/a Steiner Drywall | I<br>X | No Response | 16344 Three Rivers Road<br>Biloxi, MS 39532 |
| 207 | Sterling Communities at Talavera, LLC | VII<br>IX | No Response | Shawn Eberly<br>1900 SW 97th Place<br>Ocala, Florida 34476 |
| 208 | Steve Harrington Homes, Inc. | III<br>VII | No Response | 5517 Berryhill Rd.<br>Milton, FL 32570-8181<br>&<br>8335 Hwy 89<br>Milton, FL 32570 |
| 209 | Stock Building Supply of Florida, LLC | I<br>II<br>III<br>VII<br>IX | No Response | 8020 Arco Corporate Drive<br>Raleigh, NC 27617 |
| 210 | Stone Development, LLC | II | No Response | Harry Purkey, Jr.<br>303 34th Street - Ste. 5<br>Virginia Beach, VA 23451 |

| | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 211 | Stonebrook Homes LLC | I | No Response | 2704 Boot Lane<br>Weston, FL 33331-3004<br>&<br>2840 University Dr.<br>Coral Springs, FL 33065 |
| 212 | Streamline Homes, Inc. | VII<br>X | No Response | Steven Booth, Esq.<br>7510 Ridge Road # B<br>Port Richey, FL 34668-7028 |
| 213 | Stuart South Group, LC | II<br>IIB<br>VII<br>IX<br>X | No Response | Jeffrey P. Dougherty<br>4326 SW Brookside Dr.<br>Palm City, FL 34990 |
| 214 | Stuart South Group, LC<br>d/b/a Treasure Coast Homes | VIII | No Response | Jeffrey P. Dougherty<br>4326 SW Brookside Dr.<br>Palm City, FL 34990 |
| 215 | Summit Contractors, Inc. | I<br>IV<br>V | No Response | Thomas L. Gaudry, Jr.<br>Wade A. Langlois, III<br>GAUDRY, RANSON, HIGINS<br>401 Whitney Ave. #500<br>Gretna, LA 70056 |
| 216 | Summit Homes, LLC | X | No Response | Summit Homes, LLC<br>n/k/a PHL Construction, LLC<br>11017 Perkins Road, Suite C<br>Baton Rouge, LA 70810 |
| 217 | Summit Homes, LLC<br>n/k/a PHL Construction, LLC | III<br>IV<br>IVC<br>V | No Response | 11017 Perkins Rd. #C<br>Baton Rough, LA 70810 |
| 218 | Supreme Builders | I<br>IA, IB, IC | No Response | 28453 Eagle Ridge Drive<br>Magnolia, TX 77355 |
| 219 | Supreme Builders, Inc. | I<br>VII | No Response | Gerald I. Adams<br>28453 Eagle Ridge Dr.<br>Magnolia, TX 7735 |
| 220 | Supreme Builders, Ltd. | VIII<br>X<br>XIV | No Response | Greg Hawk<br>28453 Eagle Road<br>Magnolia, TX 77355 |
| 221 | Symphony Builders, Inc. | IV | No Response | 815 Coral Ridge Drive<br>Coral Springs, FL 33071 |
| 222 | T & T Enterprises of SWFL, Inc. | X | No Response | David A. Meyers, Jr.<br>9780 Silver Creek Court<br>Estero, FL 33928 |
| 223 | Taurus Homes, Inc. | VII | No Response | James R. Gonzalez<br>3563 Windsor Forest Court<br>Pace, FL 32571 |
| 224 | TFH Corp. | IX | No Response | 3634 Swans Landing Dr.<br>Land O'Lakes, FL 34639 |
| 225 | Tommy Hawk a/k/a Tommy Hawk d/b/a DKT Construction | VII | No Response | Tommy Hawk<br>2708 Guerra Drive<br>Violet, LA 70092 |

| | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 226 | TOV Trading, Inc. | III | No Response | TOV Trading Inc.<br>The Corporation<br>5014 20th Avenue<br>Brooklyn, NY 11204 |
| 227 | Trafalgar Associates, Inc. | VIII<br>IX | No Response | J.R. Liebler<br>44 West Flagler St., 25th Floor<br>Miami, FL 33130 |
| 228 | Treasure Coast Communities, LLC | VII<br>VIII | No Response | 6301 SE Federal Highway<br>Stuart, FL 34997 |
| 229 | Troy Patterson Drywall, LLC | VII | No Response | Troy Patterson<br>6446 Kennington Circle<br>Milton, FL 32570 |
| 230 | Trust America Homes, Inc. | III<br>IIIA | No Response | 5007 La France Avenue<br>North Port, FL 34291 |
| 231 | Tudela Classic Homes, LLC | I<br>X | No Response | Thomas L. Gaudry, Jr.<br>GAUDRY, RANSON, HIGGINS...<br>401 Whitney Avenue #500<br>Gretna, LA 70056 |
| 232 | United Home Builders, Inc. | I<br>IB, IC<br>III<br>VII<br>IX | No Response | 1309 Caloosa Vista Rd.<br>Fort Myers, FL 33901 |
| 233 | Universal Construction Co., Inc. a/k/a U/C Construction, Inc | VII<br>VIII | No Response | 901 Main Street, Suite 4900<br>Dallas, TX 75202 |
| 234 | Vasquez Construction Co., LLC | II<br>VII | No Response | 5859 Seneca St.<br>Detroit, MI 48213 |
| 235 | Veal Enterprises, Inc. | III | No Response | Howard Veal III<br>1316 Ames Blvd.<br>Marrero, LA 70072 |
| 236 | Vision Homes of SW FL, Inc. | IX | No Response | Charles Nemec<br>5742 Oakton Court<br>Sarasota, FL 34240 |
| 237 | Vizcaya Custom Homes, Inc. | II | No Response | 209 S. Gunlock Avenue<br>Tampa, FL 33609 |
| 238 | W.S. Keel Lumber Co., Inc. | X | No Response | Leonard J. Keel<br>345 Flats Avenue<br>Pass Christian, MS 39571 |
| 239 | WB Construction Co., Inc. | I<br>III | No Response | Pro Se<br>4205 23rd Street SW<br>Lehigh Acres, FL 33976 |
| 240 | Westminster Builders, Inc. | IV<br>VII | No Response | Brian Tuttle<br>8910 Wendy Lane W<br>West Palm Beach, FL 33411 |
| 241 | William L. Perry Plastering & Drywall, Inc. | IX | No Response | Peter J. Perry<br>1927 NE 18th Avenue<br>Cape Coral, FL 33909 |
| 242 | Wolf & Bear Distributors d/b/a Wolf & Bear Holdings, Corp. | II<br>VII | No Response | 5124 Kirkwood Ave.<br>Springhill, FL 34608 |

|  | DEFENDANT | Omni #s | 12/2/11 Letter Response Status | Address Letter was Sent to |
|---|---|---|---|---|
| 243 | Woodside f/k/a GHO Properties | IV IVC | No Response | 3600 Burgundy Drive North Palm Beach Gardens, FL 33410 |
| 244 | Woodside Homes of Southeast Florida, LLC | II IV VIII | No Response | Jeremy V. Richards PACHULSKI, STANG, ZIEHL... 10100 Santa Monica Blvd. #1100 Los Angeles, CA 90067 |
| 245 | Zaccaria Construction, LLC | IX | No Response | 1305 Ewell Rd. Virginia Beach, VA 23451 |
| 246 | Zamora Corp. | I IC | No Response | Rafael dJ. Pozo LAW OFFICES OF ... 260 Palermo Ave. Coral Gables, FL 33134 |