# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Jeremy D. Bertsch
SELLARS, MARION & BACHI
811 North Olive Avenue
West Palm Beach, FL 33401

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
      MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, A-1 Brothers, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Jeremy D. Bertsch, Esq.
SELLARS, MARION & BACHI
811 North Olive Avenue
West Palm Beach, FL 33401

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Al Brothers, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel



**LEMMON**
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Raul R. Loredo
Addison J. Meyers
MINTZER SAROWITZ ZERIS...
1000 NW 57th Court, Ste. 300
Miami, FL 33126

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
            MDL No. 2047

Dear Counsel:

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Aburton Homes, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Shubhra Mashelkar
WEINBERG, WHEELER...
201 S. Bayshore Drive #1500
Miami, FL 33133

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
        MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Alana Development Corp., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Luis N. Perez
PEREZ & RODRIGUEZ
95 Merrick Way #600
Coral Gables, FL 33134

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, ATCO Int. Corp., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Dorothy H. Wimberly
STONE PIGMAN
546 Carondelet Street
New Orleans, LA 70130

    Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
          MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, B & B Stucco, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



LEMMON
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Christopher A. D'Amour, Esquire
Megan Haggerty Guy, Esquire
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Ste. 4500
New Orleans, LA 70139

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Blanchard Homes, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Steven G Koeppel
Mark B. Yeslow
YESLOW & KOEPPEL, PA
P.O. Box 9266
Fort Myers, FL 33902

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047

Dear Counsel:

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Brian Papania, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Mark Kapusta, Esq.
1800 Second St. #760
Sarasota, FL 34236

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Brightwater Community 1 LLC, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Robert B Burandt
Burandt, Adamski, Grossman & Powell, PL
1714 Cape Coral Parkway East
Cape Coral, FL 33904

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Cape Cement & Supply, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Andrew D. Weinstock
Paul J. Verlander
DUPLASS, ZWAIN, BOURGEOIS
3838 N Causeway Blvd #2900
Metairie, LA 70002

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Capital Construction, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Allen Pegg
MURAI, WALD, BIONDO...
120 Ponce de Leon Blvd.
Coral Gables, FL 33134

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Caribe Central LLC
, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client.  To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel



# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Joseph M. Matthews
Karen Stewart
COLSON, HICKS, EIDSON
255 Aragon Ave., 2nd Floor
Coral Gables, FL 33134

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
            MDL No. 2047

Dear Counsel:

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Caribe Homes Corp., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

James M. Scarmozzino
WEBB & SCARMOZZINO
2121 West First Street, 2nd Floor
Fort Myers, FL   33901

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, CB Creek, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Alejandro R. Alvarez, Esq.
PIEDRA & ASSOCIATES
2950 SW 27th Avenue #300
Miami, FL 33133

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
      MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, CGF Construction, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

John W. Sinnott
Quentin W. Sinnott
J. Jeffrey Patton
Daniel L. Stanner
IRWIN, FRITCHIE...
400 Poydras Street #2700
New Orleans, LA 70130

  Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
     MDL No. 2047

Dear Counsel:

  In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, CNBM USA Corp., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

  Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

       With best regards,

       Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
   Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Luis Perez
PEREZ & RODRIGUEZ
95 Merrick Way #600
Coral Gables, FL 33134

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Continental Drywall Contractors, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Raul Ricardo Loredo
MINTZER, SAROWITZ, ZERIS...
1000 NW 57th Court #300
Miami, FL 33126

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
            MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Daniel Wayne Homes, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

David C. Coons
ADAMS & REESE
4500 One Shell Square
New Orleans, LA 70139

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
            MDL No. 2047

Dear Counsel:

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Diamond Court Construction Co., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Christopher A. D'Amour
Megan Haggerty Guy
David C. Coons
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139

Re:     In re: Chinese Manufactured Drywall Products Liability Litigation;
          MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Dave Walker Construction, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:     Mr. Kerry Miller
          Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

David C. Coons
ADAMS & REESE
4500 One Shell Square
New Orleans, LA 70139

> Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
> MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Empire Construction, LLC, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:     Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Tom O'Brien
Chris D'Amour
ADAMS & REESE
4500 One Shell Square
New Orleans, LA 70139

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Excel Construction of S.W. Florida, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client.  To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



## LEMMON
### LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Charles A. Wachter
HOLLAND & KNIGHT
100 N. Tampa Street #100
Tampa, FL 33602

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, FHBF Partners, LLP f/k/a First Home Builders of Florida, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client.  To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:  Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Charles A. Wachter
HOLLAND & KNIGHT
100 N. Tampa St. #100
Tampa, FL 33602

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, First Home Builders of Florida I, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Charles A. Wachter
HOLLAND & KNIGHT
100 N. Tampa St. #100
Tampa, FL 33602

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, First Home Builders of Florida I, LLC, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Jerry L. Saporito
Amanda W. Vonderhaar
LEAKE & ANDERSSON LLP
1100 Poydras Street #1700
New Orleans, LA 70163-1701

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
        MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Fleetwood Homes of Florida, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Jerry L. Saporito
Amanda W. Vonderhaar
LEAKE & ANDERSSON LLP
1100 Poydras Street #1700
New Orleans, LA 70163-1701

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Fleetwood Homes of GA, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client.  To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Christopher A. D'Amour, Esq.
ADAMS & REESE LLP
701 Poydras St., Ste. 4500
New Orleans, LA 70139

> Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
> MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Florida Home Partnership, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Todd M Fiorella
FRAM & FIORELLA
150 Boush Street #601
Norfolk, VA 23510

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
              MDL No. 2047

Dear Counsel:

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Franciscus Homes, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Alejandro R. Alvarez, Esq.
2950 SW 27th Avenue #300
Miami, FL 33133

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Galloway Sunset Estates, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Christopher J. Wiemken
Dannille Hall-McIvor
John Franklin, III
TAYLOR & WALKER
PO Box 3490
Norfolk, VA 23514-3490

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047

Dear Counsel:

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Genesis Residential Group, Inc, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

                        With best regards,

                        Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*