

**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Todd M Fiorella
FRAM & FIORELLA
150 Boush Street #601
Norfolk, VA 23510

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Greensprings Condominiums, LLC, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Paul L. Orshan, Esq.
2506 Ponce de Leon Blvd.
Coral Gables, FL 33134

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Grove Hammocks Investments, LLC, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Bruce L. Cannon
Attorney at Law
Post Office Box 269
Lenoir, NC 28645

     Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047

Dear Counsel:

     In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Gulf Coast Drywall Building Products, LLC, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

     Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

George Hallal
530 Autumn Wind Lane
Mandeville, LA

> Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
>       MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Hallmark Homes, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



LEMMON
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Christopher A. Bennett
ADVANCED INSURANCE UNDERWRITERS
3250 N. 29th Avenue
Hollywood, FL 33020

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047

Dear Counsel:

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Ironwood Properties, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel



LEMMON
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Christopher A. D'Amour
David C. Coons
ADAMS & REESE
4500 One Shell Square
New Orleans, LA 70139

   Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
     MDL No. 2047

Dear Counsel:

   In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Jim Morris & Sons, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

   Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc: Mr. Kerry Miller
  Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

## REPLY TO HAHNVILLE OFFICE
November 30, 2011

Brent Kinchen
8550 United Plaza Boulevard # 200
Baton Rouge, LA 70809-2256

> Re:  In re: Chinese Manufactured Drywall Products Liability Litigation;
> MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Jim Walter Homes, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:  Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel



**LEMMON LAW FIRM, LLC**

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

David Bordelon
Dan Collarini
UNGARINO & ECKERT
3850 N Causeway Blvd #1280
Metairie, LA 70002-8155

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, John Gillespie, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

<u>**REPLY TO HAHNVILLE OFFICE**</u>
November 30, 2011

Ermence Debose-Parent
LAW OFFICE OF...
1956 Hope Street
New Orleans, LA 70119

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Joseph Scott, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Matthew J. Ungarino, Esquire
Ungarino & Eckert, LLC
3850 N. Causeway Blvd., Ste. 1280
Metairie, LA 70002

> Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
> MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, JVP Drywall & Finish, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM LLC**

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Michael P. Cash
Gardere, Wynne & Sewell, LLP
1000 Louisiana St. Suite 3400
Houston, TX 77002

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
              MDL No. 2047

Dear Counsel:

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Kimball Hill Homes Florida, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

FORRESTER HART...
1429 Colonial BLVD. #201
Fort Myers, FL 33907

     Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047

Dear Counsel:

     In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Legend Custom Builders, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

     Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Mark A. Slack
PAULICH SLACK & WOLFF
5147 Castello Drive
Naples, FL 34103

   Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
     MDL No. 2047

Dear Counsel:

  In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, M.K. Developers, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

  Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

        With best regards,

        Andrew A. Lemmon

AAL/tlk

cc: Mr. Kerry Miller
  Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Mark A. Hruska
Steven G. Schwartz
SCHWARTZ & HORWITZ
6751 North Federal Highway #400
Boca Raton, FL 33487

> Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
> MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Mandy Drywall Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Luis Perez
PEREZ & RODRIGUEZ
95 Merrick Way #600
Coral Gables, FL 33134

   Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
     MDL No. 2047

Dear Counsel:

   In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Mavied Corp., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

   Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc: Mr. Kerry Miller
  Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Hilarie Bass
Mark A. Salky
GREENBERG TRAURIG
333 Ave. of Americas (SE 2nd Ave)
Miami, FL 33131

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Miramar Associates IV, LLP, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



LEMMON
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Raul R. Loredo
MINTZER, SAROWITZ, ZERIS
1000 NW 57th Court #300
Miami, FL 33126

> Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
>        MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Morgan Homes, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Thomas L. Gaudry, Jr.
GAUDRY, RANSON, HIGGINS...
401 Whitney Avenue #500
Gretna, LA 70056

    Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Oak Avenue, LLC, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# ĿEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Jeffrey Wachs, Esq.
2400 First Street #303
Ft. Myers, FL 33901

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
   MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Pine Ridge Real Estate Enterprises, LLC, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc: Mr. Kerry Miller
  Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Matthew J. Ungarino
UNGARINO & ECKERT
3850 N Causeway Blvd #1280
Metairie, LA 70002-8155

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, R.L. Drywall, Inc, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
November 30, 2011

Laura Davis Jones
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
            MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Redman Homes, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Eric G Olsen
LAW OFFICES OF...
1333 NE Jensen Beach Blvd
Jensen Beach, FL 34957

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Renar Development Co., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that t he PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Brian L. Glorioso
Tonry, Brinson & Glorioso, LLC
245 Pontchartrain Drive
Slidell, LA 70458

    Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
            MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Renola Equity Fund III, LLC, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Abbey L Kaplan
KLUGER, KAPLAN...
201 S. Biscayne Blvd., 17th Fl.
Miami, FL 33131

> Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
> MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Santa Barbara Estates, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pre trial Order 25, I am notifying you that t he PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Matthew J. Ungarino
UNGARINO & ECKERT
3850 N Causeway Blvd #1280
Metairie, LA 70002-8155

     Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Siesta Bay Custom Homes, LLC, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am n otifying you that t he PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Raul Ricardo Loredo
Addison J. Meyers
MINTZER SAROWITZ ZERIS...
1000 NW 57th Court #300
Miami, FL 33126

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Smith Family Homes Corp., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Steven Booth, Esq.
7510 Ridge Road # B
Port Richey, FL 34668-7028

    Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047

Dear Counsel:

        In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Streamline Homes, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

        Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel





LEMMON
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Tom O'Brien
Chris D'Amour
ADAMS & REESE
4500 One Shell Square
New Orleans, LA 70139

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
      MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Steven R. Carter, Inc., was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that t he PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Thomas L. Gaudry, Jr.
Wade A. Langlois, III
GAUDRY, RANSON, HIGINS
401 Whitney Ave. #500
Gretna, LA 70056

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Summit Contractors, Inc.
, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that t he PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

Thomas L. Gaudry, Jr.
GAUDRY, RANSON, HIGGINS...
401 Whitney Avenue #500
Gretna, LA 70056

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Tudela Classic Homes, LLC, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that t he PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
November 30, 2011

J Brian Slaughter
George J. Dancigers
McKENRY, DANCIGERS...
192 Ballard Court #400
Virginia Beach, VA 23462

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047

Dear Counsel:

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, your client, Wyndwil, LLC, was ordered to submit a Defendant Profile Form within forty days after service of the Complaint on your client. To date your client's Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling your client to provide its profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your client's defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your client's profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk

cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*