

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
December 1, 2011

3180 Lamb Court Acquisition, LLC
3130 Day Avenue
Miami, FL  33133

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
          MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

     You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

     In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

     Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**<u>REPLY TO HAHNVILLE OFFICE</u>**
December 1, 2011

Aarco, LLC
c/o James Sill
57 Doubloon Drive
Slidell, Louisiana 70461

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

      You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

<u>**REPLY TO HAHNVILLE OFFICE**</u>
December 1, 2011

Ability Construction, Inc.
c/o Norbert Pilz
1345 Old Pondella Road
Cape Coral, FL 33909

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Ace Drywall
c/o John Eschele
22214 Hoffman Road
Mandeville, LA 70471

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



LEMMON
LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Aced Interior Drywall
n/k/a Aced Interior Drywall, Inc.
c/o Larry Harrington
2204 NE 25 Terrace
Cape Coral, FL 33909

Re:     In re: Chinese Manufactured Drywall Products Liability Litigation;
        MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:     Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM, LLC

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Aces Towing Enterprises, LLC
205 W. St. Bernard Hwy.
Chalmette, LA 70043

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Adam Carpenter
102 Chinchuba Gardens Dr.
Mandeville, LA 70471

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

AL Brothers, Inc.
c/o Alan R. Jostes
919 S. Charlotte Street
Lombard, IL 60148

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Albert Howard, Jr.
2685 Columbus Highway
Box Springs, GA 31801

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

All County Drywall Services, Inc.
c/o Charles Norris
2702 Wallace Branch Road
Plant City, FL 33565

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Alternative Source, Inc.
c/o Fred Holliday
503 S. Holly St.
Hammond, LA 70403

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

American Homes, LLC
c/o Douglas F. Long
2611 Technology Drive
Suite 200
Orlando, FL 32804

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

American Housing Corp.
c/o James N. Powell
One Progress Plaza, Ste. 1210
St. Petersburg, FL 33701

> Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
> MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:     Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Amerimex Construction of Palm Beach, Inc.
c/o Jose Rodriguez
4396 White Feather Trail
Boynton Beach, FL 33436

    Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

      You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Angel Developments, LLC
c/o Gabriel A. Angel
216 South West Maclay Way
Port Saint Lucie, FL 34986

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
December 1, 2011

Anthony Raggs
10810 NW 19th Avenue
Miami, FL 33167

> Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
> MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Antilles Vero Beach, LLC
11796-C Metro Parkway
Ft. Meyers, FL 3396

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Arizen Homes, Inc.
c/o Mark T. Ezzo
3905 N.W. 122nd Terrace
Sunrise, FL 33323

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
December 1, 2011

Bayou Contracting, LLC
c/o William E. Billingsley, Jr.
2728 Crestview Street
Kenner, LA 70062

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

BDG Waterstone, LLC
12908 SW 133 Court
Miami, Fl 33186

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an appropriate sanction by the Court, compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Bell Construction
c/o John Bell
PO Box 322
Hermanville, MS 39086

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Bellew Plastering
4420 Annunciation Street
New Orleans, LA 70115

> Re: In re: Chinese Manufactured Drywall Products Liability Litigation; MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Best Homes of SW FL, Inc.
c/o Steven Winer
2320 First Street
Suite 1000
Ft. Myers, FL 33901-2894

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Blackhawk Partners, LLC
7601 N. Federal Hwy. #A165
Boca Raton, FL 33487

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
       MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

BO Builders, LLC
c/o Jimmy Martin Taylor, II
1449 Montmartre Street
Mandeville, LA 70448

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:  Mr. Kerry Miller
     Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Bonita Beachwalk, LLC
c/o Michael J. Davis
1955 Mission Drive
Naples, FL 34109

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

## REPLY TO HAHNVILLE OFFICE
December 1, 2011

Bove Co.
4300 Marsh Landing Blvd.
#202
Jacksonville Beach, FL 32250

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:     Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Brandhurst Construction & Maintenance Co., Inc.
c/o Vic Giancola
30 Brittany Drive
Kenner, LA 70006

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

     You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

     In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

     Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel



**LEMMON**
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Bristol Corner, LLC
5115- 16th Avenue South
Tampa, FL 3361

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*