# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

J.M.G. Drywall, Inc.
c/o Jean-Marie Gagne
2141 SW 113th Avenue
Davie, FL 33325

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

John Eschete
22214 Hofman Road
Mandeville, LA 70471

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:     Mr. Kerry Miller
         Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM. LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

<u>**REPLY TO HAHNVILLE OFFICE**</u>
December 1, 2011

John P. Gregg
336 Driftwood Circle
Slidell, LA 70458

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Johnny Weary
616 Lincerne Street
Bogalusa, LA 70427

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Joseph E. Bellande
2900 St. Marie Street
Meraux, LA 70075

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Joseph E. Clouse, Inc.
c/o Lorre J. Clouse
8661 Glenlyon Court
Fort Myers, FL 33912

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
              MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

JSK Construction, Inc.
c/o Jeff S. Ketcham
3418 SE Darwin Blvd.
Port Saint Lucie, FL 34953

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

JST Properties, LLC of Mississippi
1118 Joy Dr.
Slidell, LA 70461

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Just-Rite Supply, Inc.
17551 16th Street
Gulfport, MS 3950

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
          MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

KC2 Investments, LLC
1625 North Commerce Parkway
Suite No. 320
Weston, FL 33326

> Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
> MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Kenneth Campo
1301 Ysclockey Hwy.
Saint Bernard, LA 70085

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
          MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

     You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

     In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

     Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Kevin Burton
11120 S. Idlewood Court
New Orleans, LA 70128

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

     You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

     In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

     Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

L & J Builders, Inc.
c/o Lance Guy
6 Intracoastal Way
Lake Worth, FL 33466

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

      You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

L.R. Gardere Drywall Construction, Inc.
108 Southdown Lane
Covington, LA 70433

Re:     In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:     Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

## LEMMON
### LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

LA Home Improvement of New Orleans, LLC
c/o Lance Thomas
3523 Piedmont Drive
New Orleans, LA 70122

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



LEMMON
LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Lancer Enterprises, Inc.
c/o Mario Lancieri
1710 SW Mockingbird Drive
Port St. Lucie, FL 34986

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Land Resources LLC
c/o Timothy T. Beach
5309 Hidden Harbor Rd.
Sarasota, FL 34242

Land Resources LLC
c/o Dale Desjardins
504 Gulf Street
Venice, FL 34285

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
       MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Larry A. Brooks Co., LLC
d/b/a Great American Homes
149 Cemetery St.
Uriah, AL 36480

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

**LEMMON**
LAW FIRM, LLC

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Las Playas, LLC
c/o Bennett G. Feldman
2655 Lejeaune Rd. #514
Coral Gables, FL 33134

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Lawrence McCorvey
1671 Horandy Rd.
Monroeville, AL 36460

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
December 1, 2011

Lifeway Homes, Inc.
c/o Gurmukh S. Jolly
12802A Willow Center Drive
Houston, TX 77066

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
              MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

     You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

     In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

     Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Lifeway Homes, LLP
Jolly Properties, Inc.
12802 A Willow Centre Drive, Unit D
Houston, TX 77066

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Likness Construction Corp. of Southwest Florida
c/o Dan Likness
510 SW 7th Terrace
Cape Coral, FL 33991

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
              MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

      You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Linel Consulting, LLC
c/o Jeffrey M. Fine, P.A
9010 SW 117th St
Miami, FL 3317

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Louran GIPS KG
414 SW Dalton Circle
Port St. Lucie, FL 34953

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
            MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

      You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Manuel Gonzales Terra Group, Intl.
1310 S. Greenway Drive
Miami, FL 3313

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

     You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

     In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

     Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

                                With best regards,

                                Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Maranatha Construction, Inc.
c/o Gregory A. Owen
12431 Brookshire
Baton Rouge, LA 70815

    Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

    You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

**LEMMON**
**LAW FIRM, LLC**

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
December 1, 2011

Mario Salvana
3120 St. Phillip Street
New Orleans, LA 70119

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
            MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

      You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
December 1, 2011

Martinez Drywall & Painting, LLC
515 Drury Lane
Slidell, LA 70460

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
              MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*