# LEMMON
## LAW FIRM, LLC

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Right Way Finishing, Inc.
3953 Tierra Venado Dr.
El Paso, TX 79938

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:  Mr. Kerry Miller
     Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

RJM Homes, Inc.
c/o Ronald Maggio
15340 Meadowwood Dr.
Wellington, FL 33414

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Roman Gonzalez
3232 Sugar Mill Road
Kenner, LA 70065

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Rookery Park Estates, LLC
c/o David Koplowitz
1400 E. Oakland Park Blvd., Ste. 111
Oakland Park, FL 33334

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
        MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Roy Harris Drywall, Inc.
c/o Earl Stockton
7246 Mako Drive
Hudson, FL 34667

Re:     In re: Chinese Manufactured Drywall Products Liability Litigation;
        MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:     Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Rylex Homes, Inc.
542 Grassland Drive
Maryville, TN 37804-6120

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Safeway Contractors, LLC
c/o Todd Allred
705 Florida Street
River Ridge, LA 70123

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Sampson Drywall, Inc.
c/o Charles Sampson
141 Segovia Road
St. Augustine, FL 32086

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Sands Construction Group, LLC
c/o Harold Sanchez
6230 SW 58 Street
Miami, FL 33143

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Saturno Construction AB Inc.
c/o Alberto Munoz, President
1621 SE Mariner Lane
Port St. Lucie, FL 3498

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Schmidth Brothers Homes, Inc.
c/o Darlene J. Schmidty
1909 Symphony Isles Blvd.
Apollo Beach, FL 33572

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
December 1, 2011

Sea Coast Construction, LLC
c/o Richard Creed, Jr.
8017 Jefferson Hwy
Wolfe's Creek, Ste. B3
Baton Rouge, LA 70809

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**

December 1, 2011

Sedgwick Developers, Inc.
11030 N. Kendall Drive - Ste. 100
Miami, FL 33126

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
      MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction from the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**

December 1, 2011

SGS Construction, Inc.
c/o Roy Stubenrauch
101 Jane Drive
Slidell, LA 70460

    Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

    You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Shear Corp.
c/o Jeffrey G. Walls
5490 Lee Street
Lehigh Acres, FL 33971

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:  Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Sheridan 87, LLC
c/o J.R. Liebler
44 West Flagler Street
25th Floor
Miami, FL 33130

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
       MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Solid Construction of the Gulf Coast
d/b/a Westerheim Homes
3108 Brittany Court
Pensacola, FL  32504

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
       MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Southern Community Homes, Inc.
c/o Shawn Eberly
1900 SW 97th
Place Ocala, Florida 34476

     Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
          MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

    You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Star Homes of Florida, LLC
c/o Jose L. Fernandez
146 N. Sewalls Point Rd.
Stuart, FL 34966

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Stephen Shivers
720 Clover Place
Biloxi, MS 39532

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Stephen Steiner
d/b/a Steiner Drywall
16344 Three Rivers Road
Biloxi, MS 39532

    Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
            MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

    You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Sterling Communities at Talavera, LLC
c/o Shawn Eberly
1900 SW 97th
Place Ocala, Florida 34476

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
December 1, 2011

Steve Harrington Homes, Inc.
3335 Hwy 89
Milton, FL 32570

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com          James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com          Irma L. Netting
irma@lemmonlawfirm.com          Harry T. Lemmon
*of Counsel*

# LEMMON
### LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

REPLY TO HAHNVILLE OFFICE
December 1, 2011

Stock Building Supply of Florida, LLC
8020 Arco Corporate Drive
Raleigh, NC 27617

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
       MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

REPLY TO HAHNVILLE OFFICE
December 1, 2011

Stone Development, LLC
c/o Harry Purkey, Jr.
303 34th Street - Ste. 5
Virginia Beach, VA 23451

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
      MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Stonebrook Homes LLC
2840 University Dr.
Coral Springs, FL 33065

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:  Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Stuart South Group, LLC
c/o Jeffrey P. Dougherty
4326 SW Brookside Dr.
Palm City, FL 34990

Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Stuart South Group, LLC
d/b/a Treasure Coast Homes
c/o Jeffrey P. Dougherty
4326 SW Brookside Dr.
Palm City, FL 34990

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

    You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Suarez Housing Corp.
c/o Sara Flint
6522 Gunn Hwy.
Tampa, FL 33625

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

     You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

     In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

     Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*