

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

## REPLY TO HAHNVILLE OFFICE
December 1, 2011

Summit Homes, LLC
n/k/a PHL Construction, LLC
11017 PERKINS ROAD, SUITE C
BATON ROUGE, LA 70810

> Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
> MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Supreme Builders
28453 Eagle Ridge Drive
Magnolia, TX 77355

    Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

    You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

                         With best regards,

                         Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Supreme Builders, Inc.
c/o Gerald I. Adams
28453 Eagle Ridge Dr.
Magnolia, TX 7735

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
            MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



## LEMMON
### LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Supreme Builders, Ltd.
c/o Greg Hawk
28453 Eagle Road
Magnolia, TX 77355

     Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Symphony Builders, Inc.
815 Coral Ridge Drive
Coral Springs, FL 33071

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

T & T Enterprises of SWFL, Inc.
c/o David A. Meyers, Jr.
9780 Silver Creek Court
Estero, FL 33928

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
December 1, 2011

Taurus Homes, Inc.
c/o James R. Gonzalez
3563 Windsor Forest Court
Pace, FL 32571

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
              MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

      You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
        Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

<u>**REPLY TO HAHNVILLE OFFICE**</u>
December 1, 2011

TFH Corp.
3634 SWANS LANDING DR
LAND O'LAKES FL 34639

     Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

     You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

     In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

     Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

                          With best regards,

                          Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Tikal Construction Co.
c/o Leighton Hew
2529 Golf View Drive
Weston, FL 33327

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Tommy Hawk
a/k/a Tommy Hawk
d/b/a DKT Construction
2708 Guerra Drive
Violet, LA  70092

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Touchstone at Rapallo, Inc.
8551 Via Rapallo
Estero, FL 33928

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
              MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

    You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

TOV Trading, Inc.
The Corporation
5014 20th Avenue
Brooklyn, NY 11204

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Trafalgar Associates, Inc.
c/o J.R. Liebler
44 West Flagler Street
25th Floor
Miami, FL 33130

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Treasure Coast Communities, LLC
6301 SE Federal HWY.
Stuart, FL 34997

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon of Counsel
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
of Counsel

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Troy Patterson Drywall, LLC
c/o Troy Patterson
6446 Kennington Circle
Milton, FL 32570

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Trust America Homes, Inc.
5007 La France Avenue
North Port, FL 34291

     Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
              MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

    You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

United Home Builders, Inc.
1309 Caloosa Vista Rd.
Fort Myers, FL 33901

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

      You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Universal Construction Co., Inc.
a/k/a U/C Construction, Inc
901 Main Street, Suite 4900
Dallas, TX 75202

   Re: In re: Chinese Manufactured Drywall Products Liability Litigation;
     MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

  You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

  In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

  Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

         With best regards,

         Andrew A. Lemmon

AAL/tlk
cc: Mr. Kerry Miller
   Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC

www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Vasquez Construction Co., LLC
5859 Seneca St.
Detroit, MI 48213

     Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

     You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

     In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

     Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Veal Enterprises, Inc.
c/o Howard Veal III
1316 Ames Blvd.
Marrero, LA 70072

> Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
> MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

<u>**REPLY TO HAHNVILLE OFFICE**</u>
December 1, 2011

Vision Homes of SW FL, Inc.
c/o Charles Nemec
5742 Oakton Court
Sarasota, FL 34240

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

      You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

      With best regards,

      Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Vizcaya Custom Homes, Inc.
209 S. Gunlock Avenue
Tampa, FL 33609

     Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
              MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

    You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



# LEMMON
## LAW FIRM LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

W.S. Keel Lumber Co., Inc.
c/o Leonard J. Keel
345 Flats Avenue
Pass Christian, MS 39571

Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:    Mr. Kerry Miller
Ms. Dorothy Wimberly

Andrew A. Lemmon
*andrew@lemmonlawfirm.com*

James (Jake) Lemmon *of Counsel*
*jake@lemmonlawfirm.com*

Irma L. Netting
*irma@lemmonlawfirm.com*

Harry T. Lemmon
*of Counsel*



**LEMMON**
**LAW FIRM, LLC**
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

<u>**REPLY TO HAHNVILLE OFFICE**</u>
December 1, 2011

WB Construction Co., Inc.
4205 23rd Street SW
Lehigh Acres, FL 33976

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

      You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Westminster Builders, Inc.
c/o Brian Tuttle
8910 Wendy Lane W
West Palm Beach, FL 33411

    Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
December 1, 2011

William L. Perry Plastering & Drywall, Inc.
c/o Peter J. Perry
1927 NE 18th Avenue
Cape Coral, FL 33909

     Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
           MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

**REPLY TO HAHNVILLE OFFICE**
December 1, 2011

Wolf & Bear Distributors
d/b/a Wolf & Bear Holdings, Corp.
5124 Kirkwood Ave.
Springhill,FL 34608

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
            MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



**LEMMON**
LAW FIRM, LLC
www.LemmonLawFirm.com

15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

<u>**REPLY TO HAHNVILLE OFFICE**</u>
December 1, 2011

Woodside
f/k/a GHO Properties
3600 Burgundy Drive North
Palm Beach Gardens, FL 33410

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation;
             MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

    You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

    In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

    Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
      Ms. Dorothy Wimberly

Andrew A. Lemmon
*andrew@lemmonlawfirm.com*

James (Jake) Lemmon *of Counsel*
*jake@lemmonlawfirm.com*

Irma L. Netting
*irma@lemmonlawfirm.com*

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
December 1, 2011

Zaccaria Construction, LLC
1305 Ewell Rd.
Virginia Beach, VA 23451

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
            MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

      You have been sued in the litigation referenced above.  No attorney has enrolled on your behalf.  If any attorney has been retained, please give your attorney this letter.

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you.  To date your Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses.  Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form.  If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*



15058 River Road
Post Office Box 904
Hahnville, LA 70057
P 985.783.6789 · F 985.783.1333

650 Poydras Street
Suite 2335
New Orleans, LA 70130
P 504.581.5644 · F 504.581.2156

### REPLY TO HAHNVILLE OFFICE
December 1, 2011

Zamora Homes Corp.
260 Palermo Avenue
Coral Gables, FL 33134

      Re:   In re: Chinese Manufactured Drywall Products Liability Litigation;
               MDL No. 2047 – US District Court, Eastern District of Louisiana

Dear Sir/Madam:

      You have been sued in the litigation referenced above. No attorney has enrolled on your behalf. If any attorney has been retained, please give your attorney this letter.

      In accordance with Pretrial Order Nos. 11, 12, 12A, 14, 14A, 21, 23, and 25, you were ordered by the Court to submit a Defendant Profile Form within forty days after service of the Complaint on you. To date your Defendant Profile Form has not been received by the PSC.

      Pursuant to Pretrial Order 25, I am notifying you that the PSC may move for an order compelling you to provide a profile forms and requesting an appropriate sanction by the Court, including the entry of default or striking your defenses. Please submit it to me by mail or to andrew@lemmonlawfirm.com or contact our office within five business days after your receipt of this letter to meet and confer in person or by telephone regarding your profile form. If we do not hear from you pursuant to this request, we will file the appropriate motion and request that the Court set it for the next status conference on December 15, 2011.

With best regards,

Andrew A. Lemmon

AAL/tlk
cc:   Mr. Kerry Miller
       Ms. Dorothy Wimberly

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*