UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | |

## **O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Compel, or Alternatively, for Sanctions in Accordance With Pre-Trial Order No. 25 for Certain Defendants to Produce Completed Profile Forms;

IT IS ORDERED BY THE COURT   that the Plaintiffs' Steering Committee's Motion to Compel, or Alternatively, for Sanctions in Accordance With Pre-Trial Order No. 25 for Certain Defendants to Produce Completed Profile Forms be and is hereby set for hearing on the _____ day of _____, 2012, at _____ o'clock ___.m.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge