UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Richard Benoit, et al | * | |
| vs. | * | |
| LaFarge, S.A., et al | * | |
| Case No. 2:11-cv-1893-EEF-JCW | * | MAG. WILKINSON |

**ORDER GRANTING DEFENDANT EASTMOND ENTERPRISES, INC.'S
MOTION TO EXCEED PAGE LIMITATION**

Considering Defendant Eastmond Enterprises, Inc.' Motion to Exceed Page Limitation

with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _3rd_ day of February 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE