UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| Case No. 11-1077 | : | |
| *Laura Haya, et al. v. Taishan Gypsum Co., Ltd., et al.* | : | |

**ORDER ON JOINT MOTION TO DISMISS
WITHOUT PREJUDICE PURSUANT TO RULE 41**

Upon consideration of Plaintiff, William Charles Erickson, and Defendant, Iota Twenty Four, LLC's, Joint Motion to Dismiss Without Prejudice Pursuant to Rule 41,

IT IS HEREBY ORDERED that the parties' Joint Motion to Dismiss is GRANTED. Plaintiff William Charles Erickson's claims against Defendant Iota Twenty Four, LLC in the above captioned litigation are hereby dismissed without prejudice with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana this  3rd  day of  February  2012.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**