UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | | JUDGE ELDON E. FALLON |
| GROSS, et al. v. KNAUF GIPS KG, et al, Civil Action No. 09-cv-06690; | * * * | SECTION L |
| ABEL, et al. v. TAISHAN GYPSUM CO., LTD., et al., Civil Action No. 11-0080; | * * * * | MAGISTRATE JUDGE WILKINSON |
| HAYA, et al. v. TAISHAN GYPSUM CO., LTD., et al. Civil Action No. 11-0107. | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF WITHDRAWAL OF NOTICE AND RESPONSE TO PLAINTIFFS' OMNIBUS MOTION FOR PRELIMINARY DEFAULT AS TO AVALON BUILDING CORP. OF TAMPA BAY

Considering the foregoing Withdrawal of Notice and Response to Plaintiffs' Omnibus Motion for Preliminary Default as it Relates to Defendant Avalon Building Corp., of Tampay Bay,

IT IS ORDERED, that the Notice, Rec. Doc. 12272, is withdrawn.

NEW ORLEANS, LOUISIANA, this 3rd day of February, 2012.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

1083055v.1