IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | Section L |
| | | * | Mag. 2 |

This document relates to:
Kenneth Abel, et al                                                              *
vs.
Taishan Gypsum Co., LTD, et al                                           *
case no. 2:11-080, Sect. L. Mag 2, USDCLA
*     *     *     *     *     *     *     *     *     *     *

### NOTICE OF APPEARANCE

S. Michele Blanchard hereby gives notice of her appearance as counsel of record for defendant Lonnie Vollentine in this case and respectfully requests that copies of all pleadings served in this case be served upon the undersigned in connection with this action.

Respectfully Submitted,

   s/ S.Michele Blanchard_____
S. Michele Blanchard
Airey Blanchard Law Office, LC
303 S. Military Rd, Suite 3
Slidell, LA 70461
985-641-4010
985-605-5010 (fax)
ablo@aireyblanchard.com
*Attorney for Lonnie Vollentine*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail or by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of February, 2012.

*s/S. Michele Blanchard*
S. Michele Blanchard