UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| **THIS DOCUMENTS RELATES TO ALL CASES** | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
## BY EDWARD & SUSAN BECKENDORF

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Edward & Susan Beckendorf hereby give notice of their intention to dispose of the physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B. Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Edward & Susan Beckendorf by contacting: Zachary L. Wool, Esq. by telephone at (504) 524-3300 or by email at zwool@bkc-law.com. Upon the expiration of the thirty-day period, Edward & Susan Beckendorf may dispose of such physical evidence.

Dated:  February 7, 2012         Respectfully submitted,

**BARRIOS, KINGSDORF & CASTEIX, LLP**

By:   /s/ Dawn M. Barrios
Dawn M. Barrios (LA Bar Roll #2821)
Bruce S. Kingsdorf (LA Bar Roll #7403)
Zachary L. Wool (LA Bar Roll # 32778)
701 Poydras Street, Suite 3650
New Orleans, Louisiana  70139
Tel: (504) 524-3300
Fax: (504) 524-3313
barrios@bkc-law.com
bkingsdorf@bkc-law.com
zwool@bkc-law.com