UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| **THIS DOCUMENTS RELATES TO ALL CASES** | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY DONALD & MARCELYN PUIG

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Donald & Marcelyn Puig hereby give notice of their intention to dispose of the physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B. Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Donald & Marcelyn Puig by contacting: Zachary L. Wool, Esq. by telephone at (504) 524-3300 or by email at zwool@bkc-law.com. Upon the expiration of the thirty-day period, Donald & Marcelyn Puig may dispose of such physical evidence.

Dated: February 7, 2012        Respectfully submitted,

**BARRIOS, KINGSDORF & CASTEIX, LLP**

By: /s/ Dawn M. Barrios
Dawn M. Barrios (LA Bar Roll #2821)
Bruce S. Kingsdorf (LA Bar Roll #7403)
Zachary L. Wool (LA Bar Roll # 32778)
701 Poydras Street, Suite 3650
New Orleans, Louisiana  70139
Tel: (504) 524-3300
Fax: (504) 524-3313
barrios@bkc-law.com
bkingsdorf@bkc-law.com
zwool@bkc-law.com