007028.000004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br><br>**SECTION L**<br><br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Hobbie, et al. v. RCR Holdings II, LLC, et al. No. 10-1113** | **MAG. JUDGE WILKINSON** |

_____/

## [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

The Court hereby DENIES Plaintiffs' Motion for Summary Judgment against Defendant, Coastal Construction of South Florida, Inc.

SO ORDERED on this _____ day of _____, 2012.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1190648