007028.000004

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | MAG. JUDGE WILKINSON |

_____/

## [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES

The Court hereby DENIES Plaintiffs' Motion to Strike Affirmative Defenses Asserted in Defendant Coastal Construction of South Florida, Inc.'s Answer.

SO ORDERED on this _____ day of _____, 2012.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1190648