# ALLISON GRANT, P.A.
**ATTORNEY AT LAW**

---

**730 S. Federal Highway**
**Lake Worth, Florida 33460**
**Phone: 561.994.9646**
**Fax: 561.431.4627**
agrant@allisongrantpa.com

February 7, 2012

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: In re: Chinese Manufactured Drywall Products Liability Litigation
Robert W. Block, III, individually, and on behalf of all others similarly situated v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al., Case No. 11-1363

Dear Mr. Herman and Mr. Davis:

My clients, Kenneth Elkin and Rachel Elkin, hereby authorize Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendant, New Millenium Builders, Inc. in the above matter, reserving their rights and claims against the Knauf defendants.

Sincerely,

Allison Grant, Esq.