UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Robert W. Block, III, individually, and on behalf of all others similarly situated v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al<br><br>Case No. 11-1363 | |

## GARY AND APRIL CARROLL'S
## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT, J.S.D. BUILDERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Gary Carroll and April Carroll, hereby dismiss without prejudice all of their claims against Defendant, J.S.D. Builders, Inc. in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs.  Plaintiffs, Gary Carroll and April Carroll, shall continue to pursue their claims against any remaining Defendant(s) not specifically dismissed herein including, the Knauf defendants.  Attached hereto as Exhibit "A" is correspondence from Allison Grant, Esq., counsel for Plaintiffs, Gary Carroll and April Carroll dated February 7, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                      Respectfully submitted,

Dated: February 8, 2012        /s/ Russ M. Herman
                                      Russ M. Herman, Esquire (Bar No. 6819)
                                      Leonard A. Davis, Esquire (Bar No. 14190)
                                      Stephen J. Herman, Esquire (Bar No. 23129)
                                      HERMAN, HERMAN, KATZ & COTLAR, LLP
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      LDavis@hhkc.com
                                      *Plaintiffs' Liaison Counsel*
                                      *MDL 2047*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of February, 2012.

       /s/_Leonard A. Davis_____
       Leonard A. Davis, Esquire
       Herman, Herman, Katz & Cotlar, LLP
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       LDavis@hhkc.com
       Plaintiffs' Liaison Counsel
       MDL 2047