UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Sean and Beth Payton, et. al. v. | ) | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | ) | |
| Case No. 09-7628 | ) | |
| | ) | |

### JOSE V. MARTINEZ'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STANDARD PACIFIC OF SOUTH FLORIDA GP, INC., ONLY, WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff-Intervenor, Jose V. Martinez, hereby dismisses with prejudice all claims or causes of action against Defendant Standard Pacific of South Florida GP, Inc. (improperly identified as "Standard Pacific Homes of South Fl, GP, Inc."), only, in Plaintiffs' Substituted and Amended Omnibus Class Action Complaint In Intervention (I)(A), reserving his rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Plaintiff-Intervenor, Jose V. Martinez shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein.

                                            Respectfully Submitted,

                                            /s/ Leonard A. Davis
                                            RUSS M. HERMAN, ESQ. (#6819)
                                            LEONARD A. DAVIS, ESQ. (#14190)
                                            STEPHEN J. HERMAN, ESQ. (#23129)
                                            Herman, Herman, Katz & Cotlar, LLP
                                            820 O'Keefe Avenue
                                            New Orleans, LA 70113
                                            Tel: (504) 581-4892/Fax: (504) 561-6024
                                            LDavis@hhkc.com
                                            *Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing JOSE V. MARTINEZ'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STANDARD PACIFIC OF SOUTH FLORIDA GP, INC. WITH PREJUDICE has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of February, 2012.

                                                                /s/ Leonard A. Davis