

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

February 7, 2012

Mr. Leonard Davis
Herman Herman Katz O'Keefe
820 Okeefe Avenue, Suite 100
New Orleans, LA 70113

RE:   **Chinese Manufactured Drywall Products Liability Litigation**
**MDL No. 2047 – Martinez Notice of Voluntary Dismissal With Prejudice**

Dear Leonard:

We respectfully request that you file the enclosed Notice of Voluntary Dismissal With Prejudice of Defendant Standard Pacific of South Florida GP, Inc. on behalf of our client, Jose V. Martinez.

Very truly yours,

NATALIE M. RICO
PATRICK S. MONTOYA
ERVIN A. GONZALEZ

Enclosures: as stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse  |  Coral Gables, Florida  |  33134
| T: 305.476.7400  |  F: 305.476.7444  |  W: colson.com
| 2101 L Street, N.W.  |  10th Floor  |  Washington, DC  |  20037
| T: 202.386.6706  |  F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812  |  New Orleans, LA  |  70130
| T: 305.476.7400  |  F: 305.476.7444