UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2:09-MD-02047 SECTION L JUDGE: FALLON |
| This document related to:   ALL CASES | * | MAG: WILKINSON |

************************************************************************

**OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL, OR ALTERNATIVELY, FOR SANCTIONS IN ACCORDANCE WITH PRE-TRIAL ORDER NO. 25 FOR CERTAIN DEFENDANTS TO PRODUCE COMPLETED PROFILE FORMS**

**MAY IT PLEASE THE COURT:**

On February 6, 2012, the Plaintiffs' Steering Committee filed a Motion to Compel the production of a Defendant Profile Form from Defendant, Capital Construction, Inc. ("Capital"). *See* Rec. Doc. 12345; Rec. Doc.12345—3, p. 3. The PSC alleged that Capital and others had failed to produce the forms and failed to contact the PSC regarding the reasons why no profile form had been produced. Capital now appears before this Honorable Court to oppose the Motion because Capital has been dismissed from the subject lawsuit, and therefore, no profile form is owed.

Capital was originally named in the *Gross* class action complaint, Case No. 09-6690, via the *Benes* intervention. *See* Rec. Doc. 2187, ¶ 1349. This is the only suit in which Capital was named. In *Gross*, three class representatives asserted claims against Capital – Quaintrell T. Anderson, Orlesa W. Brackett, and Shirley A. McBride. Rec. Doc. 2187—4, p. 61. However, on October 7, 2010, the Court dismissed the claims of those three plaintiffs. *See* Rec. Doc. 5909 (dismissing the claims of Orlesa W. Brackett); Rec. Doc. 5912 (dismissing the claims of Quaintrell T. Anderson); Rec. Doc. 5913 (dismissing the claims of Shirley A. McBride). Thus, with respect to Capital, the *Gross*

00303353-1

complaint no longer states a cause of action against Capital. Since the dismissal of those plaintiffs, no additional plaintiffs have brought suit against Capital. Therefore, Capital is no longer a viable defendant in this lawsuit, and consequently has no obligation to provide a Defendant Profile Form. Any motion requesting the production of such a form must be denied.

        Respectfully submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        *s/Andrew D. Weinstock*
        _____
        **ANDREW D. WEINSTOCK (#18495)**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        Facsimile: (504) 837-3119
        andreww@duplass.com
        pverlander@duplass.com
        **Counsel for Defendant, Capital Construction, Inc.**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of February, 2012.

        *s/Andrew D. Weinstock*
        _____
        ANDREW D. WEINSTOCK

00303353-1