**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | |
| LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| *Sean and Beth Payton, et al. v.* | : | |
| *Knauf GIPS KG, et al.; Case No. 09-7628* | : | |
| _____ | : | |

## MERIDIAN HOMES USA, INC.'S ANSWER AND DEFENSES

COMES NOW, Defendant Meridian Homes USA, Inc. (hereinafter "Meridian" or "Defendant"), by and through counsel, and hereby files this Answer to Plaintiffs' Omnibus Class Action Complaint, respectfully showing the Court as follows:

## DEFENDANT'S AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim against Defendant upon which any relief may be granted in law or equity.

### SECOND DEFENSE

Plaintiffs' claims are barred by waiver or estoppel, or both.

### THIRD DEFENSE

Plaintiffs' claims are barred by the equitable doctrine of laches

### FOURTH DEFENSE

Defendant is not a proper party to the Omnibus Class Action.  Defendant did not build any of the homes that are the subject of this class action, and therefore, the Complaint against Defendant should be dismissed.

## FIFTH DEFENSE

Because Defendant is not a proper party to this action, the Complaint against Defendant should be dismissed for lack of personal and subject matter jurisdiction.

## SIXTH DEFENSE

Plaintiffs' Complaint fails to state a proper cause of action for any class action certification as pertains to Defendant.  Specifically, the class action allegations in the Complaint fail to meet the prerequisites for a Class Action as to the claims against Defendant, and more generally, in that:

a)  The alleged class does not meet the numerosity requirement and joinder of all alleged members of the class is not impracticable as to the claims made against Defendant;

b)  The questions of law or fact common to the alleged members of the class do not predominate over individual questions of law and fact, particularly with regard to individual liability, causation, and damages issues;

c)  The named plaintiffs do not fairly and adequately protect the interests of the alleged class members and do not have claims typical of the other alleged class members, particularly as applied to Defendant;

d)  Other grounds to be proven at the trial of this matter.

## SEVENTH DEFENSE

In all respects, Defendant acted in good faith, without malice, and non-negligently with respect to all matters encompassed by the Complaint.

## EIGHTH DEFENSE

Any damages alleged to have been sustained by Plaintiffs were caused in whole or in part by the acts or omissions of persons other than Defendant over whom Defendant had and has no

control or by superseding intervening causes outside the control of Defendant.

### NINTH DEFENSE

The terms, provisions, and conditions of any and all contracts entered into between Defendant and any other parties, including but not limited to any warranty provisions, operate as a bar to all or part of Plaintiffs' claims.

### TENTH DEFENSE

Plaintiffs have failed to mitigate their damages.

### ELEVENTH DEFENSE

Any award of punitive damages under the facts of this case would be impermissible under Georgia or Federal Law.

### TWELFTH DEFENSE

There are inadequate safeguards with respect to the imposition of punitive damages against Defendant under Federal Law as presently applied to meet the requirements of due process of law under the Fourteenth Amendment of the Constitution of the United States. Accordingly, the imposition of punitive damages in this case against Defendant would violate that Amendment of the Constitution of the United States.

### THIRTEENTH DEFENSE

Plaintiffs' Complaint seeks to make Defendant liable for punitive damages.  These Defendants adopt by reference whatever defenses, criteria, limitations and standards are mandated by the United States Supreme Court's decision in *BMW of North America, Inc. v. Gore*, 517 U.S. 559, 116 S. Ct. 1589, 134 L. Ed 2d 809 (1996).

### FOURTEENTH DEFENSE

Defendant's investigation into the matters alleged is ongoing and this Defendant reserves

the right to assert other or different defenses as additional facts or information is discovered.

### FIFTEENTH DEFENSE

Defendant incorporates herein by reference each and every affirmative defense pleaded by similarly situated defendants.

### SIXTEENTH DEFENSE

Defendant incorporates herein by reference all affirmative defenses contained in Federal Rule of Civil Procedure 8(c), to the extent that same apply.

### SEVENTEENTH DEFENSE

Without waiving any of the above enumerated or other defenses, Defendant responds to the numbered allegations contained in Plaintiffs' Complaint as follows:

## DEFENDANT'S ANSWER

1.

The allegations set forth in this paragraph contain legal conclusions to which no response is required and further contain factual allegations which Defendant is unable to admit or deny for want of knowledge.  To the extent a response is required, Defendant denies the allegations.

2.

The allegations set forth in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

3.

The allegations set forth in this paragraph contain legal conclusions to which no response is required and further contain factual allegations which Defendant is unable to admit or deny for want of knowledge.  To the extent a response is required, Defendant denies the allegations.

## PLAINTIFFS

### 4.

The allegations set forth in this paragraph contain legal conclusions to which no response is required and further contain factual allegations which Defendant is unable to admit or deny for want of knowledge.  To the extent a response is required, Defendant denies the allegations.

### 5 - 117.

Defendant is unable to admit or deny the allegations contained in paragraphs 5 - 117 for want of knowledge.

### 118.

Defendant states that at one time, Neil Boothe owed real property located at 483 Tranquil Drive, Winder, Georgia 30680.  However, Defendant is unable to admit or deny the allegations in this paragraph for want of knowledge.

### 119.

Defendant states that at one time, Demetra Walker owed real property located at 485 Tranquil Drive, Winder, Georgia 30680.  However, Defendant is unable to admit or deny the allegations in this paragraph for want of knowledge.

### 120 - 2072.

Defendant is unable to admit or deny the allegations contained in paragraphs 120 – 2072 for want of knowledge.

## DEFENDANTS

### 2073.

The allegations set forth in this paragraph contain legal conclusions to which no response is required and further contain factual allegations which Defendant is unable to admit or deny for

want of knowledge.  To the extent a response is required, Defendant denies the allegations.

### The Manufacturing Defendants

2074 - 2079.

Defendant is unable to admit or deny the allegations contained in paragraphs 2074 – 2079 for want of knowledge.

### The Distributor and Supplier Defendants

2080 - 2122.

Defendant is unable to admit or deny the allegations contained in paragraphs 2080 - 2122 for want of knowledge.

2123.

Defendant is unable to admit or deny the allegations contained in this paragraph for want of knowledge.  However, Defendant states that, on information and belief, the drywall contained in the Plaintiffs' homes alleged to be connected with Defendant is stamped with the name of Venture Supply.  To the extent Defendant purchased or received any drywall from the defendant, Venture Supply Company, said defendant is the responsible party for any damages caused by said drywall.  Defendant denies having any direct knowledge or control of the nature or source of the materials purchased or received from Venture Supply Company.

### The Importer/Exporter/Broker Defendants

2124 - 2128.

Defendant is unable to admit or deny the allegations contained in paragraphs 2124 - 2128 for want of knowledge.

## The Developer/Builder Subclasses

2129 - 2364.

Defendant is unable to admit or deny the allegations contained in paragraphs 2129 - 2364 for want of knowledge.

2365.

Defendant admits that it is an entity organized under the laws of Georgia.  Defendant denies the remaining allegations contained in this paragraph.

2366 - 2516.

Defendant is unable to admit or deny the allegations contained in paragraphs 2366 - 2516 for want of knowledge.

## The Contractor/Installer Subclasses

2517 - 2527.

Defendant is unable to admit or deny the allegations contained in paragraphs 2517 - 2527 for want of knowledge.

2528.

Defendant is unable to admit or deny the allegations contained in this paragraph for want of knowledge.  However, Defendant states that, on information and belief, the drywall contained in the Plaintiffs' homes alleged to be connected with Defendant was supplied and installed by Bill Gregory Drywall.  To the extent the drywall in the homes allegedly built by Defendant was supplied and/or installed by the defendant, Bill Gregory Drywall, said defendant is the responsible party for any damages caused by said drywall.  Defendant denies having any direct knowledge or control of the nature or source of the materials supplied and installed by Bill Gregory Drywall.

2529 - 2609.

Defendant is unable to admit or deny the allegations contained in paragraphs 2529 - 2609 for want of knowledge.

## FACTS REGARDING PRODUCT DEFECT

2610.

Defendant denies the allegations contained in this paragraph.  Additionally, Defendant states that it never designed, produced, manufactured, distributed, supplied or installed any drywall at issue in this action.

2611.

Defendant denies the allegations contained in this paragraph.

2612.

Defendant denies the allegations contained in this paragraph.

2613.

Defendant denies the allegations contained in this paragraph.

2614.

Defendant denies the allegations contained in this paragraph.

2615.

Defendant denies the allegations contained in this paragraph.

2616.

Defendant denies the allegations contained in this paragraph.

2617.

Defendant denies the allegations contained in this paragraph.

2618.

Defendant denies the allegations contained in this paragraph.

2619.

Defendant denies the allegations contained in this paragraph.

2620.

Defendant denies the allegations contained in this paragraph.

## CLASS ACTION ALLEGATIONS

### The Knauf Class

2621.

The allegations set forth in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

### The Distributor/Supplier Subclasses (Subclasses 1-43)

2622.

The allegations set forth in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

2623.

The allegations contained in this paragraph do not require an answer.  To the extent a response is required, Defendant denies the allegations.

### The Importer/Exporter/Broker Subclasses (Subclasses 44-48)

2624.

The allegations set forth in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations.

2625.

The allegations contained in this paragraph do not require an answer. To the extent a response is required, Defendant denies the allegations.

## The Builder/Developer Subclasses (Subclasses 49-436)

2626.

The allegations set forth in this paragraph contain legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.


2627.

The allegations contained in this paragraph do not require an answer. To the extent a response is required, Defendant denies the allegations.

## The Contractor/Installer Subclasses (Subclasses 437-529)

2628.

The allegations set forth in this paragraph contain legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.


2629.

The allegations contained in this paragraph do not require an answer. To the extent a response is required, Defendant denies the allegations.

## General Class Allegations and Exclusions from the Class Definitions

2630.

The allegations contained in this paragraph do not require an answer. To the extent a response is required, Defendant denies the allegations.

2631.

Defendant denies the allegations contained in this paragraph.

2632.

Defendant denies the allegations contained in this paragraph.

2633.

Defendant denies the allegations contained in this paragraph.

2634.

Defendant denies the allegations contained in this paragraph.

2635.

Defendant is unable to admit or deny the allegations contained in this paragraph for want of knowledge.

2636.

Defendant denies the allegations contained in this paragraph.

2637.

Defendant denies the allegations contained in this paragraph.

2638.

Defendant denies the allegations contained in this paragraph.

2639.

Defendant denies the allegations contained in this paragraph.

## COUNT I
### NEGLIGENCE
### (AGAINST ALL DEFENDANTS)

2640.

Defendant incorporates by reference its affirmative defenses and responses to the

11

preceding paragraphs as if fully set forth herein.

2641.

Defendant denies the allegations contained in this paragraph and generally denies that it owed the enumerated duties set forth herein.  To the extent it is determined that Defendant owed such a duty, Defendant avers that it exercised reasonable care at all times.

2642.

Defendant denies the allegations contained in this paragraph.

2643.

Defendant denies the allegations contained in this paragraph.

2644.

Defendant denies the allegations contained in this paragraph.

2645.

Defendant denies the allegations contained in this paragraph.

2646.

Defendant denies the allegations contained in this paragraph.

2647.

Defendant denies the allegations contained in this paragraph.

## COUNT II
### NEGLIGENCE PER SE
### (AGAINST ALL DEFENDANTS)

2648.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2649.

Defendant denies the allegations contained in this paragraph.

2650.

Defendant denies the allegations contained in this paragraph.

2651.

Defendant denies the allegations contained in this paragraph.

2652.

Defendant denies the allegations contained in this paragraph.

2653.

Defendant denies the allegations contained in this paragraph.

2654.

Defendant denies the allegations contained in this paragraph.

## COUNT III
### STRICT LIABILITY
### (ALL DEFENDANTS)

2655.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2656.

Defendant denies the allegations contained in this paragraph.

2657.

Defendant denies the allegations contained in this paragraph.

2658.

Defendant denies the allegations contained in this paragraph.

13

2659.

Defendant denies the allegations contained in this paragraph.

2660.

Defendant denies the allegations contained in this paragraph for lack of information to justify a belief therein.

2661.

Defendant denies the allegations contained in this paragraph.

2662.

Defendant denies the allegations contained in this paragraph for lack of information to justify a belief therein.

2663.

Defendant denies the allegations contained in this paragraph.

2664.

Defendant denies the allegations contained in this paragraph.

2665.

Defendant denies the allegations contained in this paragraph.

2666.

Defendant denies the allegations contained in this paragraph.

2667.

Defendant denies the allegations contained in this paragraph.

2668.

Defendant denies the allegations contained in this paragraph.

2669.

Defendant denies the allegations contained in this paragraph.

2670.

Defendant denies the allegations contained in this paragraph.

2671.

Defendant denies the allegations contained in this paragraph.

2672.

Defendant denies the allegations contained in this paragraph.

## COUNT IV
### BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES
### (ALL DEFENDANTS)

2673.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2674.

Defendant denies the allegations contained in this paragraph.

2675.

Defendant denies the allegations contained in this paragraph.

2676.

Defendant denies the allegations contained in this paragraph.

2677.

Defendant denies the allegations contained in this paragraph.

2678.

Defendant denies the allegations contained in this paragraph.

15

2679.

Defendant denies the allegations contained in this paragraph.

2680.

Defendant denies the allegations contained in this paragraph.

## COUNT V
### BREACH OF THE IMPLIED WARRANTY OF FITNESS AND MERCHANTABILITY PURSUANT TO FLORIDA STATUTES SECTION 718.203 (ON BEHALF OF PLAINTIFFS WHO OWN CONDOMINIUMS IN THE STATE OF FLORIDA) (AGAINST BUILDERS ONLY)

2681.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2682.

Defendant denies the allegations contained in this paragraph.

2683.

Defendant denies the allegations contained in this paragraph.

2684.

Defendant denies the allegations contained in this paragraph.

2685.

Defendant denies the allegations contained in this paragraph.

2686.

Defendant denies the allegations contained in this paragraph.

2687.

Defendant denies the allegations contained in this paragraph.

2688.

Defendant denies the allegations contained in this paragraph.

2689.

Defendant denies the allegations contained in this paragraph.

2690.

Defendant denies the allegations contained in this paragraph.

2691.

Defendant denies the allegations contained in this paragraph.

2692.

Defendant denies the allegations contained in this paragraph.

## COUNT VI
### BREACH OF THE IMPLIED WARRANTY OF HABITABILITY
### (AGAINST BUILDERS ONLY)

2693.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2694.

Defendant is unable to admit or deny the allegations contained in this paragraph for want of knowledge.

2695.

Defendant denies the allegations contained in this paragraph.

2696.

Defendant denies the allegations contained in this paragraph.

2697.

Defendant denies the allegations contained in this paragraph.

2698.

Defendant denies the allegations contained in this paragraph.

2699.

Defendant denies the allegations contained in this paragraph.

## COUNT VII
### BREACH OF CONTRACT
### (AGAINST BUILDERS ONLY)

2700.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2701.

Defendant denies the allegations contained in this paragraph.

2702.

Defendant denies the allegations contained in this paragraph.

2703.

Defendant denies the allegations contained in this paragraph.

## COUNT VIII
### VIOLATION OF THE LOUISIANA NEW HOME WARRANTY ACT
### (AGAINST LOUISIANA BUILDERS ONLY)

2704.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2705 - 2710.

The allegations contained in paragraphs 2705 – 2710 are not applicable to Defendant and do not assert any allegations for which it could be liable.  To the extent a response is required, Defendant denies the allegations.

## COUNT IX
### REDHIBITION
### (BY LOUISIANA PLAINTIFFS AGAINST ALL DEFENDANTS)

2711.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2712.

Defendant denies the allegations contained in this paragraph.

2713.

Defendant denies the allegations contained in this paragraph.

2714.

Defendant denies the allegations contained in this paragraph.

2715.

Defendant denies the allegations contained in this paragraph.

2716.

Defendant denies the allegations contained in this paragraph.

2717.

Defendant denies the allegations contained in this paragraph.

19

2718.

Defendant denies the allegations contained in this paragraph.

2719.

Defendant denies the allegations contained in this paragraph.

2720.

Defendant denies the allegations contained in this paragraph.

## COUNT X
### LOUISIANA PRODUCTS LIABILITY ACT
### (MANUFACTURING DEFENDANTS)
### (PLEADED IN THE ALTERNATIVE AGAINST DISTRIBUTOR DEFENDANTS)

2721.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2722 - 2734.

The allegations contained in paragraphs 2722 - 2734 are not applicable to Defendant and do not assert any allegations for which it could be liable.  To the extent a response is required, Defendant denies the allegations.

## COUNT XI
### PRIVATE NUISANCE
### (ALL DEFENDANTS)

2735.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2736.

Defendant denies the allegations contained in this paragraph.

2737.

Defendant denies the allegations contained in this paragraph.

2738.

Defendant denies the allegations contained in this paragraph.

2739.

Defendant denies the allegations contained in this paragraph.

2740.

Defendant denies the allegations contained in this paragraph.

2741.

Defendant denies the allegations contained in this paragraph.

## COUNT XII
### NEGLIGENT DISCHARGE OF A CORROSIVE SUBSTANCE
### (ALL DEFENDANTS)

2742.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2743.

Defendant denies the allegations contained in this paragraph.

2744.

Defendant denies the allegations contained in this paragraph.

2745.

Defendant denies the allegations contained in this paragraph.

2746.

Defendant denies the allegations contained in this paragraph.

2747.

Defendant denies the allegations contained in this paragraph.

2748.

Defendant denies the allegations contained in this paragraph.

## COUNT XIII
### UNJUST ENRICHMENT
### (ALL DEFENDANTS)

2749.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2750.

Defendant denies the allegations contained in this paragraph.

2751.

Defendant denies the allegations contained in this paragraph.

2752.

Defendant denies the allegations contained in this paragraph.

## COUNT XIV
### VIOLATION OF CONSUMER PROTECTION ACTS
### (ALL DEFENDANTS)

2753.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2754.

The allegations contained in this paragraph do not require an answer.  To the extent a response is required, Defendant denies the allegations.

22

2755.

Defendant denies the allegations contained in this paragraph.

2756.

Defendant denies the allegations contained in this paragraph.

2757.

Defendant denies the allegations contained in this paragraph.

## COUNT XV
### EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING
### (ALL DEFENDANTS)

2758.

Defendant incorporates by reference its affirmative defenses and responses to the preceding paragraphs as if fully set forth herein.

2759.

Defendant denies the allegations contained in this paragraph.

2760.

Defendant denies the allegations contained in this paragraph.

2761.

The allegations contained in this paragraph do not require an answer. To the extent a response is required, Defendant denies the allegations.

2762.

Defendant denies the allegations contained in this paragraph.

2763.

Defendant denies the allegations contained in this paragraph.

23

2764.

Defendant denies the allegations contained in this paragraph.

2765.

Defendant denies the allegations contained in this paragraph.

2766.

Defendant denies the allegations contained in this paragraph.

2767.

Defendant denies the allegations contained in this paragraph.

2768.

Defendant denies the allegations contained in this paragraph.

2769.

Defendant denies the allegations contained in this paragraph.

2770.

Defendant denies the allegations contained in this paragraph.

To the extent an allegation in the complaint has not been controverted, admitted or denied, said allegation is hereby denied.

WHEREFORE DEFENDANT PRAYS:

1.      That all claims against Defendant be dismissed with costs taxed against Plaintiffs;

2.      That any triable issues of fact be submitted to a jury;

3.      That Defendant be reimbursed for their attorneys fees, costs and expenses;

4.      That the Court award any additional relief against Plaintiffs that it deems appropriate.

Respectfully submitted this 7th day of February, 2012.

**PRIOR, DANIEL & WILTSHIRE, LLC**

By:     *s/ Michael C. Daniel*
Michael C. Daniel
Georgia State Bar No. 204237
Attorney for Defendant

By:     *s/ J. Barrett Malone*
J. Barrett Malone
Georgia State Bar No. 275280
Attorney for Defendant

490 North Milledge Avenue
Athens, Georgia 30601
(706) 543-0002
mdaniel@pdwlawfirm.com
bmalone@pdwlawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing ***Answer and Defenses*** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

This 7th day of February, 2012.

**PRIOR, DANIEL & WILTSHIRE, LLC**

By:      *s/ Michael C. Daniel*
         Michael C. Daniel
         Georgia State Bar No. 204237
         Attorney for Defendant

490 North Milledge Avenue
Athens, Georgia 30601
(706) 543-0002
mdaniel@pdwlawfirm.com

26
