UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL			MDL NO.:  2047
PRODUCTS LIABILITY LITIGATION

SECTION:  L

THIS DOCUMENT RELATES TO:

DOROTHY ARNDT, ET AL., v. GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT,
CASE NO.:  2:11-cv-02349 (E.D. LA.)

_____//

## NOTICE OF APPEARANCE

An appearance is hereby filed by MARK A. BOYLE, SR., of the law firm of BOYLE, GENTILE, LEONARD & CROCKETT, P.A., as attorney of record for Defendant, FIRST HOME BUILDERS OF FLORIDA I, LLC ("FHB").  The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pre-Trial Orders 11 and 12, and FHB reserves all rights and defenses, including to object to the jurisdiction of venue of this Court.  Defendant, FHB, further avers that this Notice does not constitute as a waiver of service.

By:   /s/  Mark A. Boyle, Sr.
Mark A. Boyle, Sr.
FBN: 005886
Attorneys for FIRST HOME
Boyle, Gentile, Leonard & Crockett, P.A.
2050 McGregor Boulevard
Fort Myers, FL 33901
Telephone:  (239) 337-1303
Facsimile:  (239) 337-7674
MBoyle@boylegentilelaw.com

I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and E-Mail, and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047.

                BOYLE, GENTILE, LEONARD
                 & CROCKETT, P.A.

                By: /s/ Mark A. Boyle, Sr.
                    Mark A. Boyle, Sr.
                    FBN: 005886
                    Attorneys for FIRST HOME
                    2050 McGregor Boulevard
                    Fort Myers, FL 33901
                    Telephone: (239) 337-1303
                    Facsimile: (239) 337-7674
                    MBoyle@boylegentilelaw.com