**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee ("PSC") Motion to Lift Stay;

IT IS ORDERED BY THE COURT that the stay in this matter is lifted as to The North River Insurance Company, and the PSC is authorized to proceed against The North River Insurance Company in these proceedings.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge