UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

.. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : .. : :

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**ORDER**</u>

Considering the Plaintiff's Steering Committee's Motion to Compel or

Alternatively for Sanctions in Accordance with Pre-Trial Order No. 25 for Certain Defendants to

Produce Completed Profile Forms (R. Doc. 12435), IT IS ORDERED that this Motion is set for

hearing following the monthly status conference on February 23, 2012, at 9:00 a.m. central.  IT

IS FURTHER ORDERED that responses in opposition to this Motion are to be filed by February

15, 2012.

New Orleans, Louisiana this 7th day of February 2012.

_____
U.S. District Judge