# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of FLORIDA

Case Number: MDL-2047

Plaintiff:
**IN RE: CHINESE-MANUFACTURED DRYWALL PROD. LIAB. LIT.**
vs.
Defendant:

For:
Patrick S. Montoya, Esq.
COLSON HICKS EIDSON ^
255 Alhambra Circle
Ph
Coral Gables, FL 33134

Received by CIVIL PROCESS, LLC. on the 6th day of February, 2012 at 2:00 pm to be served on **BANK OF AMERICA CORPORATION THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, NASSIM T. GUERRA, do hereby affirm that on the **8th day of February, 2012** at **1:25 pm, I:**

**SERVED the within named corporation by delivering a SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me to DONNA MOCH as SUPERVISOR OF PROCESS FOR C.T. or any employee of defendant corporation or of the Registered Agent in the absence of any superior officer as defined in Fl. Statute Section 48.081 its Registered Agent on whom maybe served as required by Fl. Statute Section 48.091.

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. No Notary is required pursuant to F.S. 92.525 (2)



NASSIM T. GUERRA
CPS#2105

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: CPP-2012000760

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m