# EXHIBIT A

LAW OFFICES
# KRUPNICK CAMPBELL MALONE
## BUSER SLAMA HANCOCK LIBERMAN & McKEE
A PROFESSIONAL ASSOCIATION

JON E. KRUPNICK*
WALTER G. CAMPBELL, JR. *†***
KEVIN A. MALONE*
THOMAS E. BUSER*
JOSEPH J. SLAMA*
KELLY D. HANCOCK***†*
SCOTT S. LIBERMAN
ROBERT J. MCKEE
IVAN F. CABRERA***†
KELLEY B. STEWART††
MICHAEL J. RYAN
CARLOS A. ACEVEDO**
HOLLY D. KRULIK

12 SOUTHEAST 7TH STREET
SUITE 801
FORT LAUDERDALE, FLORIDA 33301

TELEPHONE (954) 763-8181
TOLL FREE (877) 763-8181
FAX (954) 763-8292
WWW.KRUPNICKLAW.COM

NICK S. DAVITIAN†
SEAN F. THOMPSON
MARK GIULIANI †††
M. JASON WEIL

* BOARD CERTIFIED CIVIL TRIAL LAWYER
** ADMITTED IN NY ONLY
*** ADMITTED IN NY
† ADMITTED IN DISTRICT OF COLUMBIA
†† ADMITTED IN NORTH CAROLINA
††† ADMITTED IN CONNECTICUT
₱ ADMITTED IN WASHINGTON
◊ ADMITTED IN MASSACHUSETTS

February 7, 2012

Russ M. Herman, Esq
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
    Plaintiff: Kenneth & Lynn Levy, 7390 Wisteria Avenue, Parkland, FL 33076
    MDL No.: 2047

Dear Mr. Herman:

This letter will confirm that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee has consented to substitution of counsel of record with Trujillo Vargas for Kenneth & Lynn Levy effective January 20, 2012.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK
LIBERMAN & McKEE,
Suite 801
12 SE 7TH Street
Fort Lauderdale, Florida 33316
(954) 763-8181; (954) 763-8292

BY: _____
Michael J. Ryan, Esq.
Florida Bar No.: 975990
Withdrawing Attorney

TRUJILLO VARGAS
2828 Coral Way
Suite 435
Miami, FL 33145
Phone: (305) 631 2528
Fax: (305) 631 2741

BY: _____
Andrew Vargas, Esq.
Florida Bar No.: 59582
Substituting Attorneys