UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                SECTION I
                                                         JUDGE FALLON
PAYTON, et al                                            MAGISTRATE JUDGE WILKINSON
vs.
KNAUF GIPS KG,  et al.,
Case No. 2:09-cv-7628 (E.D.La.)

GROSS, et al   et al
vs.
Knauf Gips KG, et al
Case No.2:09-cv-6690 (E.D.La.)

_____

### ORDER FOR SUBSTITUTION OF COUNSEL

CONSIDERING THE FOREGOING Motion to Withdraw and Enroll/Substitute Counsel for Kenneth and Lynn Levy.

IT IS HEREBY ORDERED that  Michael J. Ryan, Esq. of Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee  is removed as counsel of record; and

IT IS FURTHER ORDERED that   Andrew Vargas, Esq. of Trujillo Vargas  is substituted as counsel of record for Kenneth and Lynn Levy in the above captioned proceedings.

New Orleans, Louisiana, this the _____ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE