# VERIFIED RETURN OF SERVICE

State of FLORIDA      County of      Southern Court

Case Number: 2:09-MD-02047-EEF-JCW EDLA    Court Date: 2/13/2012 10:00 am

Plaintiff:
IN RE: GERMANO, ET AL.

vs.

Defendant:
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

For:
Patrick S. Montoya, Esq.
COLSON HICKS EIDSON ^
255 Alhambra Circle
Ph
Coral Gables, FL 33134

Received by Civil Process, LLC on the 26th day of January, 2012 at 3:24 pm to be served on **RICHARD HANNAM, 12012 TIMBER HILL DRIVE, RIVERVIEW, FL 33569.**

I, John Moro, being duly sworn, depose and say that on the **1st day of February, 2012** at **5:24 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF RICHARD HANNAM W/F $45.00** with the date and hour of service endorsed thereon by me, to: **RICHARD HANNAM** at the address of: **12012 TIMBER HILL DRIVE, RIVERVIEW, FL 33569**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description of Person Served:** Age: 60, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 150, Hair: Gray, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3rd day of February, 2012 by the affiant who is personally known to me.

BRANDON THOMAS SMITH
NOTARY PUBLIC
MY COMMISSION # EE127384
EXPIRES September 05, 2015
(407) 398-0153   FloridaNotaryService.com

John Moro
CPS 10 880395

Civil Process, LLC
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: CPP-2012000521



Server's Toolbox V6.4w