UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047<br><br>SECTION: L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Case No. 11-cv-252<br>*Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | ) ) ) ) | |

### DEFENDANT, LANCER ENTERPRISES, INC.'S NOTICE OF COMPLIANCE WITH PRE-TRIAL ORDER 25

Defendant, Lancer Enterprises, Inc., by and through undersigned counsel, and pursuant to the Court's order dated November 3, 2011, hereby give notice as compliance with Pre-Trial Order 25, that Profile Form was sent to Defendants' Liaison Counsel on February 6, 2012, the cover letter for which attached as **Exhibit A**.

Dated: February 10, 2012

                                          Respectfully submitted,

                                          By:    /s/ Steven G. Schwartz
                                                      Steven G. Schwartz, Esquire
                                                        Schwartz Law Group
                                                        6751 North Federal Highway
                                                        Suite 400
                                                        Boca Raton, FL 33487
                                                       Telephone: 561-395-4747
                                                       Facsimile: 561-367-1550
                                                       sgs@theschwartzlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Lancer Enterprises, Inc.'s Notice of Compliance with Pre-Trial Order 25 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of February, 2012.

/s/ Steven G. Schwartz
Steven G. Schwartz, Esq.

I:\open files\100540\pleadings\lancer's not of compliance.doc

# SCHWARTZ LAW GROUP

STEVEN G. SCHWARTZ[1]
MARK A. HRUSKA[2,3]
DAVID J. PASCUZZI
ANDREW P. KETTERER[4]
NANCY I. STEIN-MCCARTHY[5]

[1] Also admitted in Virginia and Maryland
[2] Also admitted in Pennsylvania
[3] Certified Mediator
[4] Also admitted in New Jersey and Maine
[5] Also admitted in New Jersey

6751 NORTH FEDERAL HIGHWAY, SUITE 400
BOCA RATON, FL 33487

TELEPHONE: 561.395.4747
FACSIMILE: 561.367.1550

SGS@THESCHWARTZLAWGROUP.COM

LEGAL ASSISTANTS
JENNIFER M. RE
DEBBIE J. STERN
DOREEN CALIGIURI
KELLY J. VOLPE
ADRIANA G. PIAZZESE

SCHEDULING
JOYCE A. MARIOTTI
561-826-0429

February 10, 2012

**VIA E-MAIL ONLY**
kmiller@frilot.com

Kerry J. Miller, Esq.
Frilot L.L.C. Suite 3700
1100 Poydras Street
New Orleans, LA 70130

  Re: **Chinese Drywall MDL**
     **Lancer Enterprises, Inc.**
     **Case No. 11-CV-252 - Abreu Class Action**
     **Our File No. 100540**

Dear Mr. Miller:

  In compliance with Pretrial Order 25, please find attached the Profile Form for defendant Lancer Enterprises, Inc.

           Sincerely,

           */s/ Steven G. Schwartz*
           Steven G. Schwartz

SGS:jg
Attachment

cc: North Pointe Ins. Co. (via e-mail w/attach.)
   Attn: Jennifer Faircloth
   Claim # C0041842
  Lancer Enterprises, Inc.
   Attn: Mario Lancieri (via email w/attach.)

L:\OPEN FILES\100540\Letters\Miller-021012-jg.doc

**Exhibit A**