UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL NO. 09-2047 ) SECTION L ) |
| This Document Relates to:<br>Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.<br>Case No. 11-252 (E.D. La.) | ) ) JUDGE FALLON ) ) ) |

**NOTICE OF APPEARANCE**

COMES NOW S. Greg Burge, with the law firm of Burr & Forman LLP, and hereby enters his appearance as counsel of record for defendant Triple E Corporation. This Appearance is made without waiver of any rights, objections or defenses, including the objection of jurisdiction and venue of this Honorable Court. It is respectfully requested that copies of all future pleadings, documents, correspondence, orders, motions and notices in connection with this action be served upon him.

Respectfully submitted,

s/ S. Greg Burge
S. Greg Burge (AL Bar# ASB-0558-B37S)
gburge@burr.com

Attorney for Defendant
TRIPLE E CORPORATION

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1981601 v1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of February, 2012.

                                              s/ S. Greg Burge
                                              OF COUNSEL