UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED      :      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :
LITIGATION                                               :      SECTION:    L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :      JUDGE FALLON
                                                              :
ALL CASES                                              :      MAG. JUDGE WILKINSON
---------------------------------------------------------------x

## STIPULATED ORDER REGARDING BANNER AND INEX ALLOCATION PLANS AND OPT OUT AND OBJECTION DATES

1. The Knauf Defendants, the Banner entities and their insurers, and the InEx entities and their insurers are entitled to participate in the discussions of the Banner and InEx allocation committees.

2. All participating parties in the Banner and InEx allocation committee deliberations will meet and confer at the offices of the Defendants' Liaison Counsel at 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 on February 23, 2012 in order to follow up on the parties' prior discussions on February 7, 2012.  If necessary, the participating parties will meet again in person or by telephone in an attempt to reach an agreement by March 5, 2012.

3. If the participating parties reach an agreement, they shall submit a proposed allocation plan on or before March 5, 2012.

4. If the participating parties are not in agreement, each party will provide letter submissions, not to exceed 3 pages to the Court on March 5, 2012, outlining the differences between the parties and the reasons why the parties are advocating a particular plan.  The submissions will be served on other participants in the Banner and InEx allocation deliberations but not filed; the submissions will be for settlement purposes only and may not be cited or quoted in any future

proceeding. On or before March 12, 2012, the Court will schedule a meeting or telephone call with the parties regarding any remaining issues in an attempt to assist the parties in resolving any such remaining issues.

     5.     The deadline for opt outs and objections to the Banner and InEx settlements will be continued to April 11, 2012.

New Orleans, Lousiana this 10th day of February,

JUDGE ELDON E. FALLON