UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


|                                              |   |                        |
|----------------------------------------------|---|------------------------|
|                                              | : | MDL NO. 2047           |
| IN RE: CHINESE MANUFACTURED DRYWALL          | : |                        |
|           PRODUCTS LIABILITY LITIGATION      | : | SECTION:  L            |
|                                              | : |                        |
|                                              | : | JUDGE FALLON           |
|                                              | : | MAG. JUDGE WILKINSON   |

.. : . : . : . : . : . : . : . : . : . : . : . : . : . : . : . : . : . : . : . : . : . :

**THIS DOCUMENT RELATES TO ALL CASES**

## <u>ORDER</u>

Considering the Plaintiff's Steering Committee's Motion to Lift Stay (R. Doc. 12459), IT IS ORDERED that this Motion is set for hearing following the monthly status conference on February 23, 2012, at 9:00 a.m. central.  IT IS FURTHER ORDERED that responses in opposition to this Motion are to be filed by February 17, 2012.


New Orleans, Louisiana this 10th day of February 2012.

_____
U.S. District Judge