UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON
............................................................. :

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

Pursuant to this Court's Orders at Rec. Doc. 11881 and 12239, each installer, builder, and supplier in MDL-2047, except for Interior Exterior (and its Downstream Releasees as defined in the Interior Exterior settlements), Banner and L&W, was ordered to provide the Court-Appointed Mediator, John Perry, a confidential mediation affidavit identifying under oath the number of unique addresses in the United States, other than Virginia, that party is aware of containing alleged Chinese drywall for which the party may have alleged responsibility. Pursuant to those Orders, these affidavits were due to be provided by January 12, 2012, and then extended to January 25, 2012. It has come to the Court's attention that many parties have still failed to comply with this Court's Orders. Therefore,

**IT IS HEREBY ORDERED** that each party to this litigation to the extent required by this Court's Orders at Rec. Doc. 11881 and/or 12239 and who appears on the attached Memorandum from the Mediator regarding failure to provide the required affidavit, shall Appear in open court on February 23, 2012, immediately following the monthly status conference in this

case, and Show Cause why such party should not be held in contempt of this Court, and sanctioned accordingly.

New Orleans, Louisiana this 13th day of February 2012.

_____

U.S. District Judge

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No.2047<br>Section L |
| This Document Relates to<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### COURT-APPOINTED MEDIATOR'S STATUS REPORT

The undersigned (together with his staff) has received more than 600 affidavits in response to this Court's order. Based on our initial review of the affidavits, we will send out contingent offers to more than half of the responding defendants starting February 10, 2012. We will contact the balance of the respondents over the next several days to discuss issues that have arisen in reviewing the affidavits. Once those issues are resolved, we will send out contingent offers to the balance of the respondents.

I am attaching a list of defendants from whom we have not received affidavits as ordered by the Court.

Baton Rouge, Louisiana, this 10th day of February, 2012.

s/John W. Perry, Jr.
JOHN W. PERRY, JR., COURT-APPOINTED
MEDIATOR

# EXHIBIT A

5 Star Builders Inc of WPB

911 Drywall, Inc.

A&J Construction

Aburton Homes, Inc

Acadian Builders and Contractors, LLC

Aced Interior

Aced Interior Drywall, Inc.

Aces Towing Enterprises, LLC

Advantage Builders of America, Inc.

Aggies First Call Contractors

Albert Howard Jr

Amado Maschmeyer d/b/a Ace's Towing

Amerimex Construction

Anglada Drywall & Painting

ASAP Drywall

AW Independent, Inc.

B&B Drywall

Barnett Drywall

Baron Construction Company

Bauhaus, Inc.

Bauhaus Solutions

Bayou Contracting

BE Wholesale

Bellew Plastering

Bel-Tex Contracting, Inc.

Berrywood Estates, A Senior Community, LLC

Billy Wayne Goekler

Bo Builders

Boohaker & Associates, LLC

Brad R. Gray

Brandon Gremillion

Brian Saltalmachia

Brighton Homes

Broadmoor Development Corp.

Brownstone Builder, Inc.

Builder's Depot

Builder's Gypsum and Supply Co, Inc

Builder's Gypsum and Supply Co, LLP

Burmon Properties, LLC

Burnett Construction Company

C&C Homebuilders Construction, Inc.

C&G Development Group, LLC

C&L Roofing and Remodeling

C.A. Steelman

Cabinets 4 Sure

C.L. Paul Plastering, Inc.

Caceres Drywall

Caceres Drywall Corp

Cajun Construction

Cajun Construction & Design, Inc

Calliouet Builders LLC

Capital Construction

Cape Cement & Sypply, Inc

Carmen P Pacinelli Drywall Inc.

Central Drywall Contractors, Inc.

CGF Construction

Chabot Enterprises, Inc.

Chase Drywall, Ltd

Chavez

Chicas Construction, Inc.

Chris Booty (Deceased)

Christian Ladner d/b/a Builder's Supply

Christopher Duet

Chuck Hurst Contracting

Cierra Homes (Dylan Bourg)

Coastal Constuction of South Florida, Inc

Colvin Homes (Out of Business)

Common Ground Relief, Inc

Construction Building Services, Inc

Core Construction, LLC

Coupel Construction, LLC

Craft Contractors

Cretin Homes

Crossroads Homes

CSI Contractor Services, Inc.

Custom Construction, Inc.

Custom Drywall

Cypress Corp of South West Florida

Cypress Builders, Inc.

D&C Construction Group, Inc

D&J Development, LLC

Dalessio Drywall & Painting Corporation

Dan Spires Floor Covering, Inc

Darius Henry

Dave's Drywall

David E. and Nancy Diggs

David E. Smith (Ruelas Drywall)

Delgado's Painting

Deloach Corporation

Delta Lumber Co. Building Supply

Design Stucco, Inc.

Dollaway Drywall, Inc.

Done-Rite Construction

Dove Enterprises

Drive Enterprises, Inc

Drywall & Framing Investment Group, Inc.

Drywall Done Right

Duncan Construction of SW Florida, Inc.

Dwayne Williams

Dynamic Contractors

E&H Building Group

Ed's Drywall & Construction

Eddleman Homes, LLC

Ed's Drywall & Construction

Emerald Coast Drywall, LLC

Eric Esteban Rivera

Eric Manuel

Finish One Drywall LLC

First Choice Drywall Services, Inc.

First Construction Corporation

Fisher and Sons Construction

Five-Star Drywall, Inc.

Florida Drywall, Inc.

Florida Home Partnership

Florida Walls, Inc

Fly System, Inc

Francioni Builders

G&B Roofing and Construction, Inc.

G&F Drywall

G. Patrick Bourgeois & Associates, Inc.

Galloway Sunset Estates, Inc.

Gateway Drywall, Inc

GCF Construction, LLC

George Meza

Gleibe Chavez

Global Trading of Louisiana, LLC

Graf's Drywall, LLC

Gregan Construction Corp

Gulf Breeze Construction, Inc

Gulfcoast Engineering, LLC

Gulf Sales & Import Company, Inc

Gulfeagle Supply, Inc

H&H Drywall

H&S Drywall, Inc.

Hallmark Homes, Inc.

Handy Man Connection, Inc.

Hanover Homes, Inc.

HC Seals Drywall Partners

Hendrickson Contracting

Heights Custom Homes LLC

Heights Properties

Heritage Homes, Inc

HGE Construction, Inc.

HLP/GAC Internattional, Inc

Holmes Building Materials, LLC

Homes of Merit

Horvath & Horvath Drywall

Hulsey-Nezlo Construction, LLC

Infinity Homes, Inc.

Intercoastal Construction Co.

International Building Products

J & A Brothers Drywall & Stucco, Inc.

J and H Distributors

J&S Drywall

J. B. Homes, Inc.

J. Cherry & Sons, Inc

J. Wade Payne, LLC

Jacob Chapman

James Walker

Jay 37 Construction LLC

JCT Construction, LLC

Jeff Laporte

JJK&A Holding Corporation

JM Interiors

John Gillespie

John Kidd

John's Drywall Service

Johnson Lumber Co, Inc

Jon A. Wilder, Inc.

Jorge A. Meza

Jose Lopez

Jose Sandoval

Joseph E. Bellande

Joseph Jones

JP Drywall, LLC

JPG Enterprises, Inc d/b/a Majestic Homes

Just Rite Supply

JVP Drywall & Finish, Inc

Keith Warrick Drywall, Inc.

Kenneth Campo

Kenneth Nichols

Kevin Burton

Kevin McCusker

LA Drywall

LA Homes and Properties, Inc.

Lancer Enterprises, Inc.

LaPorte Builders Inc

La Suprema Enterprises, Inc

La Suprema Trading, Inc

Lawrence McCorvey

Levitt And Sons of Manatee County, LLC

Lopez Construction Group, Inc.

Lopez Drywall, Inc.

Louisiana Lumber, LLC

Louran Builders, Inc.

M&M Construction

M. Carbine Restorations, Ltd.

Magnolia State Construction, Inc.

Magnum Development, LLC

Maguel Torez

Majestic Homes & Realty SW LLC

Marigold Court, L.L.C.

Mario Salvana

Marvins Building Materials Home Centers

Mayco Construction, LLC

McLean Drywall

Meeks Drywall & Stucco, Inc.

Mesa Construction Group, Inc

Methodical Builders, Inc.

Michael Hownrd

Mike Jones Construction

Mira Construction Group, Inc

Morales Carpentry

Murphy Bateman Building Supplies

New Way Drywall & Construction, Inc.

Norgrips

Norman Gannon

North Pacific Group

Oakwood Mobile Homes, Inc

Ocean Coast Drywall of South Florida, Inc

Ocean Springs Lumber Company, Inc

Omni Drywall Enterprises, Inc.

Orient International Holding Shanghai Foreign Trade Co Ltd

Ozark Atlantic Inc

Parish Home Center

PDC Drywall Contractors, Inc

Paul Davis Systems of the Treasure Coast

Paul England Construction

Pelican Builders, Inc

Picayune Discount Building Supply

Ponce Siding & Remodeling

Port of Pensacola Users Association, Inc

Preferred Homes, Inc.

Premier Custom Homes

Premier Plastering of Naples

Prestige Development, Inc

Pride Homes of Lakes by the Bay - Parcel H, LLC

Princeton Homes, Inc

Promenade Developers

R & B Housing, LLC

Randy Kelley dba Special Projects Remodeling

Reed Builders, LLC

Renfrow Insulation & Supply

Resort Construction Services

Richardson Drywall

Rivercrest LLC/The St. Joe & Company

RJ Homes Inc

Robertsdale Ace Home Center

Roman Gonzalez

Rothchilt International Limited.

Roy Harris Drywall, Inc

Royal Construction Group, Inc

S.A.M. Drywall, Inc.

S3 Enterprises, Inc.

Sands Construction Group, LLC

Santa Barbara Estates, Inc.

Schenley Park Homes

Scott Colson

Shane Heitzman

Shanghai Yuyuan Market Import & Export Co, Ltd

Shear Corp

SIIC Shanghai International Trade (Group) Co, Ltd

Sinceno Construction, LLC

Smith Drywall & Insulation, LLC

South Kendall Construction Co

Southwest Innovations

Space Coast Truss, LLC

Spring Park Builders, LLC

Stadelman Drywall

Standard Pacific Homes

State Lumber & supply Company

Steiner Drywall

Steve Harrington Homes

Steven Sweet Drywall

Stewart's Remodeling Electrical

Stine Lumber, LLC

Stone Sheetrock

Struggler Drywall, LLC

Suncoast Drywall, Inc.

Sundown Development

Supreme Builders, Ltd.

Symphony Builders

Tallow Creek LLC

Talmadge Drywall, Inc.

The Home Team d/b/a Great Southern Homes, Inc

Tindle Homes

Tobin Trading, Inc

Trivium Construction, Inc

Troy Patterson Drywall LLC

TTT Enterprises, Inc.

United Framers

United Homes, Inc

Universal Construction Co, Inc.

Upscale Properties, Inc.

Vasquez Construction Company, LLC

Veal Enterprises, Inc.

Velez Construction, LLC

Venture Homes, 1580

Victor Bustillos

Vintage Properties

Virginia Homes, Inc

VP Construction, Inc

Walter Ferri

Wholesale Direct Lumber, LLC

Will Davis dba D&W Home Restoration

William Hurst

William L. Perry Plastering & Drywall, Inc.

Willie Kelly Construction Co.

Wolf & Bear Distributors

Yarco Inc