UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al v. Knauf GIPS, KG, et al,<br>Case No. 2:09-cv-07628 (E.D.La.) | |

LILLIE AND JOSEPH BENNETTE JR.'S MOTION
TO STRIKE AND/OR WITHDRAW NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF DEFENDANT, KNAUF GIPS, KG

**NOW INTO COURT**, through undersigned counsel, come plaintiffs Lillie and Joseph Bennette, Jr. who respectfully request that this Honorable Court strike and/or withdraw plaintiffs' October 26, 2010 Notice Of Voluntary Dismissal Without Prejudice Of Defendant Knauf GIPS, KG, [Doc. 6216] as set forth in the Memorandum In Support of this Motion.

Respectfully submitted,

Dated: February 13, 2012      /s/ Andrea S. Lestelle
**TERRENCE J. LESTELLE –  T.A. - 8540
ANDREA S. LESTELLE – 8539
JEFFERY B. STRUCKHOFF – 30173
RICHARD M. MORGAIN – 32603
LESTELLE & LESTELLE**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana  70002
Telephone:  (504) 828-1224
Facsimile:   (504) 828-1229
lestelle@lestellelaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of February, 2010.

    /s/ Andrea S. Lestelle
**TERRENCE J. LESTELLE – T.A. - 8540**
**ANDREA S. LESTELLE – 8539**
**JEFFERY B. STRUCKHOFF – 30173**
**RICHARD M. MORGAIN – 32603**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana  70002
Telephone:  (504) 828-1224
Facsimile:   (504) 828-1229
lestelle@lestellelaw.com