UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>**Payton, et al v. Knauf GIPS, KG, et al, Case No. 2:09-cv-07628 (E.D.La.)** | |

**MEMORANDUM IN SUPPORT OF LILLIE AND JOSEPH BENNETTE. JR.'S
MOTION TO STRIKE AND/OR WITHDRAW
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT KNAUF GIPS, KG**

On October 26, 2010, Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s) Lillie and Joseph Bennette, Jr. filed a Notice Of Voluntary Dismissal, requesting dismissal without prejudice of their claims against Defendant Knauf GIPS, KG **only**, preserving their rights and claims against any and all other defendants therein.[1]  Plaintiffs now request that this Court strike and/or withdraw that partial Notice of Voluntary Dismissal Without Prejudice from the record, reinstating plaintiffs' claims against Knauf GIPS, KG, and/or issue an Order allowing plaintiffs to withdraw that Notice of Dismissal.  No previous Order has issued from this Court regarding the filed Notice of Dismissal.

Respectfully submitted,

Dated: February 13, 2012              /s/ Andrea S. Lestelle
**TERRENCE J. LESTELLE –  T.A. - 8540
ANDREA S. LESTELLE – 8539**

---

[1] See Doc. 6216.

1

JEFFERY B. STRUCKHOFF – 30173
RICHARD M. MORGAIN – 32603
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile: (504) 828-1229
lestelle@lestellelaw.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of February, 2010.

  /s/ Andrea S. Lestelle
**TERRENCE J. LESTELLE – T.A. - 8540**
**ANDREA S. LESTELLE – 8539**
**JEFFERY B. STRUCKHOFF – 30173**
**RICHARD M. MORGAIN – 32603**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile: (504) 828-1229
lestelle@lestellelaw.com