UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>Payton, et al v. Knauf GIPS, KG, et al, Case No. 2:09-cv-07628 (E.D.La.) | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that plaintiffs Lillie Bennette and Joseph Bennette Jr. will set the attached Motion To Strike and/or Withdraw Lillie and Joseph Bennette, Jr.'s Notice Of Voluntary Dismissal Without Prejudice for submission on the **29th** day of **February 2012, at 9:00 a.m.** before the Honorable Eldon E. Fallon at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, or at such time thereafter as the Court finds proper.

Respectfully submitted,

Dated: February 13, 2012

/s/ Andrea S. Lestelle
**TERRENCE J. LESTELLE – T.A. - 8540**
**ANDREA S. LESTELLE – 8539**
**JEFFERY B. STRUCKHOFF – 30173**
**RICHARD M. MORGAIN – 32603**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile: (504) 828-1229
lestelle@lestellelaw.com

1

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Motion has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of February, 2010.

    /s/ Andrea S. Lestelle
    **TERRENCE J. LESTELLE –  T.A. - 8540**
    **ANDREA S. LESTELLE – 8539**
    **JEFFERY B. STRUCKHOFF – 30173**
    **RICHARD M. MORGAIN – 32603**
    **LESTELLE & LESTELLE**
    3421 N. Causeway Blvd., Suite 602
    Metairie, Louisiana  70002
    Telephone:  (504) 828-1224
    Facsimile:   (504) 828-1229
    lestelle@lestellelaw.com