# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**Payton, et al v. Knauf GIPS, KG, et al,<br>Case No. 2:09-cv-07628 (E.D.La.)** | |

## ORDER

Considering the foregoing Motion To Strike and/or Withdraw Lillie and Joseph Bennette, Jr.'s Notice Of Voluntary Dismissal Without Prejudice;

**IT IS ORDERED** that Lillie and Joseph Bennette, Jr.'s Notice Of Voluntary Dismissal Without Prejudice Of Defendant Knauf GIPS, KG [Doc. 6216] is hereby withdrawn and/or stricken from the record of this action and that plaintiffs Lillie and Joseph Bennette, Jr.'s actions against defendant Knauf GIPS, KG are hereby reinstated.

New Orleans, Louisiana, this _____ day of February, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

1