AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| In re: Chinese-Manufactured Drywall Prod. Liab. Lit. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:09-md-02047-EEF-JCW |
|  | ) | |
|  | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) |                                                            ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   Advanced Products International, L.L.C. via Registered Agent:  James M. Westbrook, II
      110 Charlotte Street, Unit #A, Gray, Louisiana 70359

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Herman Herman Katz and Cotlar<br>820 O'Keefe Avenue, New Orleans, Louisiana 70113 | Date and Time:<br>02/28/2012 10:00 am |
|---|---|

The deposition will be recorded by this method:   Oral and Videotaped

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See attached Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) for complete list of documents.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   02/08/2012

*CLERK OF COURT*

OR   _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Plaintiffs
_____ , who issues or requests this subpoena, are:
Russ M. Herman, Esq. (rherman@hhkc.com)/Leonard A. Davis, Esq. (ldavis@hhkc.com), Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA  70113, PH:  (504) 581-4892

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:09-md-02047-EEF-JCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Advanced Products International James M. Westbrook (Agent)
was received by me on *(date)* 2-8-12 .

☒ I served the subpoena by delivering a copy to the named individual as follows: Personal service at 110 Charlotte St. Gray, LA. 70359
on *(date)* 2-9-12 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-9-12

*Ron Powell*
Server's signature

Ron Powell, Process Server
Printed name and title

201 St. Charles #114-330 N.O, LA 70170
Server's address

Additional information regarding attempted service, etc: