# VERIFIED RETURN OF SERVICE

State of FLORIDA    County of    Southern Court

Case Number: 2:09-MD-02047-EEF-JCW EDLA    Court Date: 1/20/2011 10:00 am

CPP2011007721

Plaintiff:
IN RE: GERMANO, ET AL.
vs.
Defendant:
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

For: Ervin A. Gonzalez Esq.
COLSON HICKS EIDSON ^

Received by CIVIL PROCESS, LLC. on the 9th day of December, 2011 at 9:00 am to be served on TRIAX TRADING AND LOGISTICS, LLC. BY SERVING IT'S REGISTERED AGENT CHARLENE E. FLEMING, 13020 NE 73RD STREET, KIRKLAND, WA 98033. I, ROLAND BROWN, being duly sworn, depose and say that on the 14 day of DECEMBER, 2011 at 4:35 pm., executed service by delivering a true copy of the SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R. CIV.P. 30(b)(6) W/F $45.00 in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(✓) CORPORATE SERVICE: By serving CHARLENE E. FLEMING as REGISTERED AGENT

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 13 day of DECEMBER, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public
State of Washington
THOMAS M BEALS
My Appointment Expires Nov 7, 2015

PROCESS SERVER # 2006-05
Appointed in accordance with State Statutes

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: 2011007721

Toolbox V6.4m