# COLLINS & HORSLEY, P.C.
ATTORNEYS AT LAW
2021 MORRIS AVENUE
SUITE 200
BIRMINGHAM, ALABAMA 35203

W. BRIAN COLLINS
DAVID L. HORSLEY
J. ALLSTON MACON, III

TELEPHONE
205-324-1834
FACSIMILE
205-324-1846
E-MAIL: brian@collinshorsley.com
WEBSITE: www.collinshorsley.com

February 14, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.
      Case No. 2:11-CV-252 (E. D. La.)

Dear Russ and Lenny:

My client, Warren Sholtz, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against defendant Universal Construction, Inc. in the above matter, reserving his rights and claims against any and all other defendants therein.

Very truly yours,

W. Brian Collins

WBC/bcc