UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Abreu, et al. v. Gebrueder Knauf Verwaltungsgellschaft, KG. | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:11-cv-252 (E.D.La) | |

### CYNTHIA HELMS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT, UNIVERSAL CONSTRUCTION COMPANY, INC., a/k/a U/C CONSTRUCTION, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Cynthia Helms, hereby dismisses, without prejudice, all of her claims against DEFENDANT Universal Construction Company, Inc., a/k/a U/C Construction, Inc., in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Cynthia Helms shall continue to pursue her claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from W. Brian Collins, counsel for Cynthia Helms, dated February 14, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

        Respectfully submitted,

Dated: February 14, 2012        /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of February, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047