# COLLINS & HORSLEY, P.C.

ATTORNEYS AT LAW
2021 MORRIS AVENUE
SUITE 200
BIRMINGHAM, ALABAMA 35203

W. BRIAN COLLINS
DAVID L. HORSLEY
J. ALLSTON MACON, III

TELEPHONE
205-324-1834
FACSIMILE
205-324-1846
E-MAIL: brian@collinshorsley.com
WEBSITE: www.collinshorsley.com

February 14, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: **In re: Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.
Case No. 2:11-CV-252 (E.D. La.)**

Dear Russ and Lenny:

My clients, Obyster and Javodia Moore, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Universal Construction Company, Inc., a/k/a U/C Construction, Inc., in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

W. Brian Collins

WBC/bcc