# COLLINS & HORSLEY, P.C.

ATTORNEYS AT LAW
2021 MORRIS AVENUE
SUITE 200
BIRMINGHAM, ALABAMA 35203

W. Brian Collins
David L. Horsley
J. Allston Macon, III

TELEPHONE
205-324-1834
FACSIMILE
205-324-1846
E-MAIL: brian@collinshorsley.com
WEBSITE: www.collinshorsley.com

February 14, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:  **In re: Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.**
     **Case No. 2:11-cv-252 (E.D.La.)**

Dear Russ and Lenny:

My client, Jeremy Landry, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against defendant Universal Construction Company, Inc., a/k/a U/C/ Construction, Inc., in the above matter, reserving his rights and claims against any and all other defendants therein.

Very truly yours,

W. Brian Collins

WBC/bcc