UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047 |
| | : | Section L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON |
| ALL CASES | : : | MAG. JUDGE WILKINSON |

## <u>GULFSIDE SUPPLY, INC.'S MOTION FOR CLARIFICATION</u>

Defendant GULFSIDE SUPPLY, INC. d/b/a GULFEAGLE SUPPLY, by and through its undersigned counsel, hereby files this Motion for Clarification of the Court's Order at Rec. Doc. 12482, dated February 13, 2012, concerning defendants that have not yet submitted Confidential Mediation Affidavits to the Court's appointed mediator, and, for the reasons set forth in the supporting Memorandum, respectfully requests that this Honorable Court enter an Order confirming that "Gulfeagle Supply, Inc.," wherever used, but specifically in the Court's Order at Rec. Doc. 12482, does not refer to GULFSIDE SUPPLY, INC. d/b/a GULFEAGLE SUPPLY; that GULFSIDE SUPPLY, INC. timely sent its Confidential Mediation Affidavit to the court-appointed mediator; and that GULFSIDE SUPPLY, INC. need not appear at the February 23, 2012 status conference in order to show cause why it should not be held in contempt of Court.[1]

Respectfully submitted,

*/s/Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
Elizabeth J. Ferry
Fla. Bar No. 43823

---

[1] GULFSIDE SUPPLY, INC. d/b/a GULFEAGLE SUPPLY makes this motion reserving any and all jurisdictional defenses.

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of February, 2012.

/s/Edward J. Briscoe
Edward J. Briscoe