UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 <br> Section L <br> JUDGE FALLON |
| THIS DOCUMENT RELATES TO: <br> ALL CASES | MAG. JUDGE WILKINSON |

**GULFSIDE SUPPLY, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR CLARIFICATION**

Defendant GULFSIDE SUPPLY, INC. d/b/a GULFEAGLE SUPPLY, by and through its undersigned counsel, hereby files this Memorandum in Support of Its Motion for Clarification of the Court's Order at Rec. Doc. 12482, dated February 13, 2012, concerning defendants that have not yet submitted Confidential Mediation Affidavits to the Court's appointed mediator, and states as follows:

1.  The Court-Appointed Mediator's Status Report dated February 10, 2012, which is attached to the Court's Order at Rec. Doc. 12482 dated February 13, 2012, lists "Gulfeagle Supply, Inc." as a party to this litigation that has failed to submit a Confidential Mediation Affidavit to the mediator.

2.  GULFSIDE SUPPLY, INC. d/b/a GULFEAGLE SUPPLY submitted its Confidential Mediation Affidavit to the court-appointed mediator on January 12, 2012, and is not listed on the Court-Appointed Mediator's Status Report.

3. GULFSIDE SUPPLY, INC. is a corporation that does business under the fictitious name GULFEAGLE SUPPLY. However, GULFSIDE SUPPLY, INC. is unaware of any entity named Gulfeagle Supply, Inc.

4. The Florida Department of State Division of Corporations has record of a corporation previously named Gulf Eagle Supply, Inc., which changed its name on September 17, 2010, to BTR Exteriors, Inc. *See* Detail by Entity Name for Gulf Eagle Supply, Inc., attached hereto as Exhibit "A." There is no relationship between BTR Exteriors, Inc. f/k/a Gulf Eagle Supply, Inc. and GULFSIDE SUPPLY, INC. d/b/a GULFEAGLE SUPPLY.

5. It now appears that the PSC has identified BTR Exteriors, Inc., formerly known as Gulf Eagle Supply, Inc., as the party it intended to sue by naming Gulfeagle Supply, Inc. *See* Exhibit A to The PSC's Motion to Compel or Alternatively for Sanctions in Accordance with Pre-Trial Order No. 25 for Certain Defendants to Produce Completed Profile Forms, attached hereto as Exhibit "B," which lists "Gulfeagle Supply, Inc. n/k/a BTR Exteriors, Inc." at number 30.

6. The undersigned has contacted representatives of the PSC on multiple occasions to request that any complaint naming "Gulfeagle Supply, Inc." be amended to reflect the correct name of the party the plaintiffs seek to sue. However, no such amendment has taken place to date.

7. GULFSIDE SUPPLY, INC. d/b/a GULFEAGLE SUPPLY files the instant motion for clarification to make it clear to the Court and to all parties that it is not and is not related to Gulf Eagle Supply, Inc. or BTR Exteriors, Inc.; that "Gulfeagle Supply, Inc.," wherever used, but specifically in the Court's Order at Rec. Doc. 12482, does not refer to GULFSIDE SUPPLY, INC. d/b/a GULFEAGLE SUPPLY; that GULFSIDE SUPPLY, INC. timely sent its Confidential

Case No: MDL No. 2047
Page 3

Mediation Affidavit to the court-appointed mediator; and that GULFSIDE SUPPLY, INC. need not appear at the February 23, 2012 status conference in order to show cause why it should not be held in contempt of Court.

WHEREFORE, GULFSIDE SUPPLY, INC. respectfully requests that this Honorable Court enter an Order confirming that "Gulfeagle Supply, Inc.," wherever used, but specifically in the Court's Order at Rec. Doc. 12482, does not refer to GULFSIDE SUPPLY, INC. d/b/a GULFEAGLE SUPPLY; that GULFSIDE SUPPLY, INC. timely sent its Confidential Mediation Affidavit to the court-appointed mediator; and that GULFSIDE SUPPLY, INC. need not appear at the February 23, 2012 status conference in order to show cause why it should not be held in contempt of Court.

Respectfully submitted,

*/s/Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
Elizabeth J. Ferry
Fla. Bar No. 43823
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of February, 2012.

/s/Edward J. Briscoe
Edward J. Briscoe