# Florida Department of State
## Division of Corporations

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List            Entity Name Search
Events              Name History                              Submit

## Detail by Entity Name

### Florida Profit Corporation
BTR EXTERIORS, INC.

### Filing Information

Document Number    P09000028507
FEI/EIN Number     264490544
Date Filed         03/27/2009
State              FL
Status             INACTIVE
Last Event         ADMIN DISSOLUTION FOR ANNUAL REPORT
Event Date Filed   09/23/2011
Event Effective Date NONE

### Principal Address

4553 WOODVILLE HIGHWAY
TALLAHASSEE FL 32305

Changed 09/17/2010

### Mailing Address

P.O. BOX 6272
TALLAHASSEE FL 32314-6272

### Registered Agent Name & Address

PENSON, ALBERT C ESQ.
2810 REMINGTON GREEN CIRCLE
TALLAHASSEE FL 32308 US

### Officer/Director Detail

**Name & Address**

Title D

PARKER, WENDELL R
4553 WOODVILLE HIGHWAY
TALLAHASSEE FL 32305

### Annual Reports

Report Year    Filed Date
2010           09/15/2010

### Document Images

09/17/2010 -- Amendment and Name Change    View image in PDF format

**EXHIBIT A**

| 09/15/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2009 -- Domestic Profit | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List | Next on List | Return To List | Entity Name Search
Events | Name History | | Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State