UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | Section L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE WILKINSON |
| ALL CASES | |

**ORDER**

Considering Defendant GULFSIDE SUPPLY, INC. d/b/a GULFEAGLE SUPPLY's Motion for Clarification of this Court's Order at Rec. Doc. 12482, IT IS ORDERED that:

1. "Gulfeagle Supply, Inc.," wherever used, but specifically in the Court's Order at Rec. Doc. 12482, does not refer to GULFSIDE SUPPLY, INC. d/b/a GULFEAGLE SUPPLY;

2. GULFSIDE SUPPLY, INC. timely sent its Confidential Mediation Affidavit to the court-appointed mediator; and

3. GULFSIDE SUPPLY, INC. need not appear at the February 23, 2012 status conference in order to show cause why it should not be held in contempt of Court.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
U.S. District Judge