

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

February 14, 2012

Mr. Leonard Davis
Herman Herman Katz O'Keefe
820 Okeefe Avenue, Suite 100
New Orleans, LA 70113

  RE: **Chinese Manufactured Drywall Products Liability Litigation**
     **MDL No. 2047 – Stock Notice of Voluntary Dismissal Without Prejudice**

Dear Leonard:

  We respectfully request that you file the enclosed Notice of Voluntary Dismissal Without Prejudice of Defendant Stonelake Ranch, LLC on behalf of our client, Wayne Stock.

Very truly yours,

NATALIE M. RICO
PATRICK S. MONTOYA
ERVIN A. GONZALEZ

Enclosures: as stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Mathews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706