## Dawn Duval

| | |
|---|---|
| **From:** | Dawn Duval on behalf of Thomas Gaudry Jr. |
| **Sent:** | Monday, April 19, 2010 11:11 AM |
| **To:** | 'kmiller@frilot.com' |
| **Subject:** | Galatax vs. Oak Tree Homes, Inc., MDL 2047 |
| **Attachments:** | Builder Defendant Profile Form.pdf |

Attached is the Builder Defendant Profile Form on behalf of Oak Tree Homes, Inc.

*Dawn Duval*
Secretary to Thomas L. Gaudry, Jr.
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Tele: (504) 362-2466 (main)
      (504) 376-1340 (direct)
Fax: (504) 362-5938
Emails: dduval@grhg.net
        tgaudry@grhg.net

This e-mail communication and the documents accompanying it may contain information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-362-2466) to make arrangements for returning the original e-mail to us.



4/19/2010