UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

## MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL

**NOW INTO COURT,** through undersigned counsel comes Summit Contractors, Inc. who avers that owner of Summit Contractors, Inc. is now decease and attached hereto as Exhibit "A" is a copy of his obituary.  The executor of the estate has been located and the profile form has now been completed and forwarded.  A copy of the email forwarding same is attached hereto as Exhibit "B".

Respectfully submitted,

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

*/s/ Wade A. Langlois, III*

_____
**THOMAS L. GAUDRY, JR.  T.A. (#5980)
WADE A. LANGLOIS, III (#17681)**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Tele: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and
          wlanglois@grhg.net
Attorneys for defendant,
Summit Contractors, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Opposition** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  15th  day of   February  , 2012.

*/s/ Wade A. Langlois, III*
_____
WADE A. LANGLOIS, III, LSBA #17681

G:\2918\0059\Pleadings\Opposition to Mt to Compel.wpd