**REINE**



George Ernest Reine, III, of Slidell, LA, passed away on Thursday, April 8, 2010 at the Louisiana Heart Hospital in Lacombe, LA. Beloved husband of Diane Parker Reine for the past 43 years. Father of Scott Ernest Reine and wife Renee Whitmarsh Reine. Son of the late George E. Reine, Jr. and Bertha Miller Reine. Son-in-law of Albert Parker and the late Wanzie Parker. Brother of Ronald Reine, Michael Reine, Timothy Reine and the late Glen Reine. Also survived by 3 grandchildren; Holly Arroyo, Dustin Arroyo and Connor Reine.

Age 64 years; a native of Mandeville, LA and a lifelong resident of Slidell, LA. Mr. Reine was the owner and operator of Summit Contractors, Inc. of Slidell, LA. George E. Reine, III was a second-generation contractor having over forty years of expertise in construction and land development, constructing over 4,000 residential homes, local neighborhoods and commercial buildings and personally donating the entire grounds on which Clearwood Junior High was built. Through diligent work, Mr. Reine has had many achievements in the community: Mr. Reine was a Former Board Member and Past President of the Slidell Chamber of Commerce, Past Chairman of the United Way, Past Chairman of the Boy Scouts of America Fund Raising Campaign and Past School Board Member of Pope John Paul High School. He served on two local Bank Boards and helped charter the St. Tammany Home Builders Association, which has over 1,000 members today. He was the first Senior Life National Director with the National Association of Homebuilders from the STHBA (which was awarded after twenty-five years of service), a Past board member of the New Orleans Home Builders Association, Member of the Sales & Marketing Council of the National Home Builders Association, Past Chairman of the STHBA Parade of Homes and Member of the Land Development Council of the National Home Builders Association.

As a life-long resident of St. Tammany Parish, his community involvement included major support for the St. Tammany Association For Retarded Citizens (STARC), St. Tammany Economic Development Foundation, Miami Project to Cure Paralysis, American Diabetes Association, American Heart Association, Safe Harbor Program for Battered Women and Easter Seals. Along with his wife, Diane, they were chosen King and Queen XI of the Krewe of Perseus in 1981 and He was honored to be chosen King Samaritan XXXIV for the Slidell Women's Civic Club in 1983 for his commitment and involvement in the community.

Relatives and friends of the family are invited to attend the funeral mass at St. Luke the Evangelist Catholic Church, 910 Cross Gates Blvd., Slidell, LA on Monday, April 12, 2010 at 12:00pm. Visitation will be from 10:00am until 12:00pm at church. Interment will follow in Forest Lawn Cemetery, Slidell, LA.

In lieu of flowers, the family ask that you please send donations to the Scott Reine Chapter of the Miami Project to Cure Paralysis, c/o 720 Brownswitch Rd, Suite 1, Slidell, LA 70458.

Arrangements by Honaker Funeral Home Inc., Slidell, LA.

