**From:** Tara Rodriguez
**Sent:** Tuesday, February 14, 2012 4:16 PM
**To:** 'ldavis@hhkc.com'; 'kmiller@frilot.com'
**Cc:** Thomas Gaudry Jr.; Wade Langlois
**Subject:** Chinese Drywall Class Action- Summit Contractors

In response to your recent Motion to Compel, please find attached the Builder Profile Form submitted on behalf of **Summit Contractors.**

Thanks,

**Tara Rodriguez, Paralegal**
Gaudry, Ranson, Higgins & Gremillion, L.L.C
Oakwood Corporate Center
401 Whitney Avenue
Suite 500
Gretna, LA 70056
tr@grhg.net
(504) 362-2466 Main
(504) 376-1372 Direct Dial
(504) 362-5938 Fax


This e-mail communication and the documents accompanying it may contain information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 504-362-2466 to make arrangements for returning the original e-mail to us.



ALL-STATE LEGAL®
**EXHIBIT**
B