February 15, 2012

      I, Rafael Sardi, give my consent to AT&T Corporation f/k/a Bellsouth Communications to deliver the information requested in the attached subpoena regarding my bellsouth.net account in my name and with the email address subpoena duces tecum of my e-mail records for the bellsouth.net account rsardi@bellsouth.net. I authorize AT&T Corporation f/k/a Bellsouth Communications to deliver the requested information  pursuant to the instructions in the subpoena.

Signed,

Rafael Sardi

ANNABEL GABALDON
Notary Public, State of Florida
Commission #DD773051
My Commission Expires Mar. 27, 2012