UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES AND: | MAG. JUDGE WILKINSON |

*Payton, et al. v. Knauf Gips, KG, et al.*
Case No. 09-07628 (E.D. La.)

*Rogers, et al. v. Knauf Gips, KG, et al.*
Case No. 2:10-cv-00362 (E.D.La.)

*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
Case No. 2:11-080 (E.D. La.)
*************************************************************************

### MEMORANDUM IN OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL, OR ALTERNATIVELY, MOTION FOR SANCTIONS

MAY IT PLEASE THE COURT:

Defendants, Jim Walter Homes, LLC, and Jim Walter Homes, Inc., hereinafter ("Defendants"), respectfully submit the following memorandum in opposition to the Motion to Compel or Alternatively for Sanctions filed by the Plaintiff's Steering Committee, hereinafter ("PSC").

PSC's motion and exhibits attached therein identify the above referenced Defendants as delinquent in providing the profile forms required in this Court's various pre-trial orders. However, as of the time of filing this motion, the above referenced Defendants have either complied with the Court's order to produce the profile forms or will do so prior to the hearing date of PSC's motion, February 23, 2012. Thus, Defendants file this opposition as a

precautionary measure to the extent that they are not removed from PSC's list of delinquent defendants at the time PSC's motion is heard.

In addition, Defendants—even if delinquent—contend that the requested discovery sanctions are not appropriate at this stage. Although this Court possesses the inherent authority to enforce its discovery orders with sanctions, it is "bound to impose the least severe sanction available." See *Gonzalez v. Trinity Marine Group*, 117 F.3d 894, 898 (5th Cir. 1997). Moreover, the objecting party must show that the alleged discovery offender's conduct is in "bad faith" to obtain the "extreme" remedy of dismissal or default. *Id.*

Defendants' failure to provide the required profile forms does not come close to reaching the level of abuse that warrants entry of default. See, e.g., *Pressey v. Patterson*, 898 F.2d 1018, 1020 (5th Cir. 1990) (reversing a district court and finding it abused its discretion when it entered a default against defendant for spoliation of evidence). At this stage, a more appropriate remedy would be to issue Defendants a deadline to provide the profile forms before the Court enters a more serve sanction that could substantially affect the parties' rights.

                                                RESPECTFULLY SUBMITTED,

                                                KINCHEN, WALKER, BIENVENU,
                                                BARGAS & REED, L.L.C.
                                                6421 Perkins Road
                                                Building C, Suite A
                                                Baton Rouge, LA 70808
                                                Telephone: (225) 757-0001
                                                Facsimile: (225) 757-0002

                                        BY:   S/BRENT E. KINCHEN
                                                BRENT E. KINCHEN, La. Bar Roll #07383

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ M. Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, and Phillip A. Wittmann, Stone, Pigman, Walther, Wittman, L.L.C., 546 Carondelet Street, New Orleans, 70130, pwittman@stonepigman.com, by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 15th day of February, 2012.

BY:   S/BRENT E, KINCHEN
      BRENT E. KINCHEN