UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Sean Payton et al. v. Knauf GIPS KG et al., Case No. 09-7628 | MAG. JUDGE WILKINSON |
| Robert W. Block et al. v. Gebrueder Knauf Verwaltungsgesellschaft et al., Case No. 11-1363 | |

_____/

### CARIBE CENTRAL, LLC'S AND CARIBE HOMES CORPORATION'S MEMORANDUM IN OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL OR FOR SANCTIONS RELATING TO PROFILE FORMS

Defendants Caribe Central, LLC ("Caribe Central") and Caribe Homes Corporation ("Caribe Homes"), by and through undersigned counsel and pursuant to the Court's February 7, 2012, Order (MDL DE #12460), hereby submit the following Memorandum in Opposition to The Plaintiffs' Steering Committee's Motion to Compel, or Alternatively, for Sanctions in Accordance with Pre-Trial Order No. 25 for Certain Defendants to Produce Completed Profile Forms (the "Motion to Compel Profile Forms," MDL DE #12435).  Because, as explained below, Caribe Central and Caribe Homes have completed and submitted all Profile Forms that Pre-Trial Order No. 25 requires them to submit, the Court should deny the Motion to Compel Profile Forms insofar as it relates to these two Defendants.

**MEMORANDUM OF LAW**

In the Motion to Compel Profile Forms, the Plaintiffs' Steering Committee (the "PSC") represents that "[t]he defendants who are identified on Exhibit 'A' have provided some claim or basis to the PSC why they have failed to contact the PSC or provide a complete Profile Form and

attachments, including insurance policies." Caribe Central and Caribe Homes are each included on the referenced Exhibit A. According to that Exhibit, the "response status" for these Defendants is "pending," with the further brief explanation being, "01/20/12 LLF emailed to attorney Allen Pegg reminding to send DPF."

Caribe Central and Caribe Homes submit that such position is inaccurate. To the contrary, upon receipt of the referenced January 20, 2012, email from the Lemmon Law Firm, the undersigned counsel promptly responded thereto. In this regard, attached as Exhibit "A" is undersigned counsel's January 23, 2012, response email, which included some additional missing Profile Forms for Caribe Homes Corporation (which mistakenly had not been forwarded to the PSC) as well as a fulsome, appropriately supported explanation as to why, pursuant to Pre-Trial Order No. 25, no additional Profile Forms are due from Caribe Central or Caribe Homes.[1] The materials submitted in support of this position included fully executed mutual, general releases[2] signed by each of the named plaintiffs with respect to whom – in the absence of the plenary releases – a Profile Form could allegedly be due from Caribe Central or Caribe Homes. <u>In other words, Caribe Central and Caribe Homes have submitted complete Builder Profile forms with respect to each named Plaintiff *other* than any such named Plaintiff who had earlier executed a global, general release of these two Defendants (among other parties).</u>[3]

---

[1]  All insurance policies potentially relating to claims against either Caribe Central or Caribe Homes have already been submitted to the PSC, as has all related correspondence.

[2]  Because each of the referenced releases included a confidentiality clause, undersigned counsel has not attached them hereto, though will readily provide them to the Court for <u>in</u> <u>camera</u> inspection if requested to do so.

[3]  In this regard, it should be noted that Pre-Trial Order No. 25 requires a party to submit a Profile Form "regarding any claim . . . against that party." In light of the executed, plenary releases that are discussed herein, none of the additional named plaintiffs about whom the PSC apparently seeks Profile Forms from Caribe Central and Caribe Homes have "any claim . . . against [either Caribe Central or

Despite undersigned counsel's January 23 explanatory response email, the PSC nonetheless included Caribe Central and Caribe Homes in Exhibit "A" to its Motion to Compel Profile Forms.  Upon learning of such inclusion, and in an effort to clarify the situation, on February 7, 2012, undersigned counsel wrote to Plaintiffs' Liaison and Lead Counsel.  A copy of that February 7 letter is attached hereto as Exhibit "B."  In that February 7 letter, undersigned counsel explained the circumstances discussed immediately above and invited either of the letter's recipients or anyone else on their respective behalves to contact him with any further questions.  As of the filing of this Memorandum in Opposition, no one has contacted undersigned counsel to discuss this matter further.

Accordingly, Caribe Central and Caribe Homes submit that no additional Profile Forms are due from either Defendant.

## CONCLUSION

For all of the foregoing reasons, the Court should enter an Order denying the Motion to Compel Profile Forms insofar as it relates to Caribe Central and Caribe Homes.

            Respectfully submitted,

            MURAI, WALD, BIONDO
            & MORENO, P.A.
            1200 Ponce de Leon Boulevard
            Coral Gables, FL  33134
            Tel:  (305) 444-0101
            Fax: (305) 444-0174

            By:      s/ Allen P. Pegg            .
                   Allen P. Pegg
                   Florida Bar No. 597821
                   apegg@mwbm.com

---

Caribe Homes]."  As such, no such additional Profile Forms are in fact due from either of these two Defendants.

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on February 15, 2012, the foregoing Memorandum has been served on all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court by using the CM/ECF system this 15th day of February, 2012, which will serve a Notice of Filing on all counsel of record in accordance with the procedures established in MDL 2047.

By: s/ Allen P. Pegg  .