# Allen Pegg

| | |
|---|---|
| **From:** | Allen Pegg |
| **Sent:** | Monday, January 23, 2012 10:50 AM |
| **To:** | 'Project Assistant' |
| **Subject:** | RE: Chinese Drywall defendant profile forms |
| **Attachments:** | Caribe Homes Corp. Builder Profile Forms for Rolando Fuentes and Jorge Camacho.pdf; Segundo.pdf; Gonzalez.pdf; Caribe East Builder Profile Form for Barbara Delbusto.pdf; Izquierdo.pdf; Ho.pdf |

Dear Kathleen and Andrea,

    This email concerns the Builder Profile Forms for Caribe Homes Corporation, Caribe East, LLC, and Caribe Central, LLC.

    First, attached are Caribe Homes Corporation's Profile Forms for Plaintiffs Rolando Fuentes (Payton) and Jorge Camacho (Block).  I apologize for my apparent oversight in not sending these to you earlier.  The only other named Plaintiffs having claims against this Defendant are (1) Rafael and Ana Segundo and (2) Luis and Caridad Gonzalez.  These are in the Payton action.  However, these individuals settled their claims against all Caribe entities (and others) and executed releases in January 2011.  Copies of the releases are attached.  As such, to the extent they ever were, these individuals are no longer proper named Plaintiffs in the MDL and thus Caribe Homes Corporation should not be required to submit a Profile Form for them.

    Second, attached is Caribe East, LLC's Profile Form for Plaintiff Barbara Delbusto (Payton).  I apologize for this apparent oversight in not sending it earlier as well.

    Third, Caribe Central, LLC is not obligated to submit any Builder Profile Forms.  The only named Plaintiffs having claims against this Defendant are (1) Osvaldo Izquierdo (Block), (2) Ngon Ho (Block), (3) Rafael and Ana Segundo (Payton), and (4) Luis and Caridad Gonzalez (Payton).  However, these individuals settled their claims against all Caribe entities (and others) and executed releases in January 2011.  Copies of the releases are attached.  As such, to the extent they ever were, these individuals are no longer proper named Plaintiffs in the MDL and thus Caribe Central should not be required to submit a Profile Form for them.

    I believe with the attached materials, all Profile Forms required for these three entities have been submitted or the reasons why no Profile Forms are required have been established.  Please let me know of any further questions or comments you may have about this matter.  Regards, Allen

Allen P. Pegg
Murai, Wald, Biondo & Moreno, P.A.
Business & Trial Lawyers
1200 Ponce de leon Boulevard
Coral Gables, FL  33134
Tel:  (305) 444-0101
Fax: (305) 444-0174
www.mwbm.com

---

**From:** Project Assistant [mailto:ProjectAssistant@lemmonlawfirm.com]
**Sent:** Friday, January 20, 2012 2:45 PM
**To:** Allen Pegg
**Subject:** FW: Chinese Drywall defendant profile forms

Regarding Caribe Construction Group – probably this entity was not sued but iIt got added to our chart since it's the first name on the insurance doc.  Please let me know if this is incorrect.  Sorry for any confusion.

**From:** Project Assistant
**Sent:** Friday, January 20, 2012 1:35 PM
**To:** 'apegg@mwbm.com'
**Subject:** Chinese Drywall defendant profile forms

ATTN:  Allen Pegg, MURAI, WALD, BIONDO & MORENA

The current status on receipt of documents for the sued Caribe entities is:
Caribe Central, LLC = 0 DPFs
Caribe Construction Group = 0 DPFs
Caribe East, LLC = 4 Builder forms + insurance docs for Caribe Construction Co. & Caribe Construction Group
Caribe Homes Corp. = 0 DPFS
Mid-Continent insurance policies = cover all Caribe entities.

As soon as possible please forward us the missing DPFs.  Thank you for your attention to this matter.

Kathleen E. Field, Project Assistant
Andrea Robbins, Project Assistant
Lemmon Law Firm
P.O. Box 904 (15058 River Road)
Hahnville, LA 70057
985-783-6789, fax 985-783-1333
ProjectAssistant@lemmonlawfirm.com