# MURAI WALD BIONDO & MORENO
### BUSINESS AND TRIAL LAWYERS

GERALD J. BIONDO
M. CRISTINA MORENO
RENE V. MURAI
ALLEN P. PEGG
GERALD B. WALD

BRANDON L. BIONDO
MARIA V. CURRAIS
LYNETTE E. MCGUINNESS
JAVIER A. REYES

CRISTINA JIMENEZ
OF COUNSEL

Sender's Email Address
apegg@mwbm.com

February 7, 2012

**VIA EMAIL AND U.S. MAIL**

Russ M. Herman, Esq.                   Arnold Levin, Esq.
Leonard A. Davis, Esq.                 Fred S. Longer, Esq.
Plaintiffs' Liaison Counsel            Plaintiffs' Lead Counsel
Herman, Herman, Katz & Cotlar, LLP     Levin, Fishbein, Sedran & Berman
820 O'Keefe Avenue                     510 Walnut Street, Suite 500
New Orleans, LA 70113                   Philadelphia, PA 19106
Email: ldavis@hhkc.com                 Email: alevin@lfsblaw.com

Re:   *Chinese Drywall Production Liability Litigation* (MDL 2047)
      Payton et al. v. Knauf Gips KG, et al., Case No. 09-07628
      Block et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al., Case
      No. 11-1363

Dear Counsel,

This firm represents Builder Defendants Caribe East, LLC, Caribe Central, LLC, and Caribe Homes Corporation in connection with the above-referenced actions. This letter relates to your February 6, 2012, Motion to Compel, or Alternatively, for Sanctions in Accordance with Pre-Trial Order No. 25 for Certain Defendants to Produce Completed Profile Forms (the "Motion to Compel Profile Forms").

In your Motion to Compel Profile Forms, you represent to the Court that "[t]he defendants who are identified on Exhibit 'A' have provided some claim or basis to the PSC why they have failed to contact the PSC or provide a complete Profile Form and attachments, including insurance policies." Included on the referenced Exhibit A are my clients Caribe Central LLC and Caribe Homes Corporation. According to that Exhibit, the "response status" for these Defendants is "pending," with the further brief explanation being, "01/20/12 LLF emailed to attorney Allen Pegg reminding to send DPF."

Your files in this regard are inaccurate, as I promptly responded to the referenced January 20, 2012, email from the Lemmon Law Firm. In this regard, attached please find my January 23, 2012, response email, which included some additional missing Builder Profile Forms for Caribe Homes Corporation, as well as a fulsome, appropriately supported explanation as to why,

pursuant to Pre-Trial Order No. 25, no Builder Profile Forms are due from Caribe Central LLC. The materials submitted in support of this position included fully executed releases signed by each of the named plaintiffs with respect to whom – in the absence of the plenary releases – a Builder Profile Form could allegedly be due from Caribe Central LLC.

I trust that my January 23, 2012, email and supporting documentation submitted to the Lemmon Law Firm had not yet been logged into your response tracking system as of the filing of the Motion to Compel Profile Forms. I further trust that this is the reason why Defendants Caribe Central LLC and Caribe Homes Corporation were included on Exhibit A to that Motion. As such, I ask that you remove these two entities from that Exhibit.

Should there be any questions about this matter, I am available at your or someone else's convenience to discuss.

Very truly yours,

Allen P. Pegg

Enclosure

**Allen Pegg**

| | |
|---|---|
| **From:** | Allen Pegg |
| **Sent:** | Monday, January 23, 2012 10:50 AM |
| **To:** | 'Project Assistant' |
| **Subject:** | RE: Chinese Drywall defendant profile forms |
| **Attachments:** | Caribe Homes Corp. Builder Profile Forms for Rolando Fuentes and Jorge Camacho.pdf; Segundo.pdf; Gonzalez.pdf; Caribe East Builder Profile Form for Barbara Delbusto.pdf; Izquierdo.pdf; Ho.pdf |

Dear Kathleen and Andrea,

      This email concerns the Builder Profile Forms for Caribe Homes Corporation, Caribe East, LLC, and Caribe Central, LLC.

      First, attached are Caribe Homes Corporation's Profile Forms for Plaintiffs Rolando Fuentes (Payton) and Jorge Camacho (Block).  I apologize for my apparent oversight in not sending these to you earlier.  The only other named Plaintiffs having claims against this Defendant are (1) Rafael and Ana Segundo and (2) Luis and Caridad Gonzalez.  These are in the Payton action.  However, these individuals settled their claims against all Caribe entities (and others) and executed releases in January 2011.  Copies of the releases are attached.  As such, to the extent they ever were, these individuals are no longer proper named Plaintiffs in the MDL and thus Caribe Homes Corporation should not be required to submit a Profile Form for them.

      Second, attached is Caribe East, LLC's Profile Form for Plaintiff Barbara Delbusto (Payton).  I apologize for this apparent oversight in not sending it earlier as well.

      Third, Caribe Central, LLC is not obligated to submit any Builder Profile Forms.  The only named Plaintiffs having claims against this Defendant are (1) Osvaldo Izquierdo (Block), (2) Ngon Ho (Block), (3) Rafael and Ana Segundo (Payton), and (4) Luis and Caridad Gonzalez (Payton).  However, these individuals settled their claims against all Caribe entities (and others) and executed releases in January 2011.  Copies of the releases are attached.  As such, to the extent they ever were, these individuals are no longer proper named Plaintiffs in the MDL and thus Caribe Central should not be required to submit a Profile Form for them.

      I believe with the attached materials, all Profile Forms required for these three entities have been submitted or the reasons why no Profile Forms are required have been established.  Please let me know of any further questions or comments you may have about this matter.  Regards, Allen

Allen P. Pegg
Murai, Wald, Biondo & Moreno, P.A.
Business & Trial Lawyers
1200 Ponce de leon Boulevard
Coral Gables, FL 33134
Tel: (305) 444-0101
Fax: (305) 444-0174
www.mwbm.com

---

**From:** Project Assistant [mailto:ProjectAssistant@lemmonlawfirm.com]
**Sent:** Friday, January 20, 2012 2:45 PM
**To:** Allen Pegg
**Subject:** FW: Chinese Drywall defendant profile forms

Regarding Caribe Construction Group – probably this entity was not sued but ilt got added to our chart since it's the first name on the insurance doc.  Please let me know if this is incorrect.  Sorry for any confusion.

**From:** Project Assistant
**Sent:** Friday, January 20, 2012 1:35 PM
**To:** 'apegg@mwbm.com'
**Subject:** Chinese Drywall defendant profile forms

ATTN:  Allen Pegg, MURAI, WALD, BIONDO & MORENA

The current status on receipt of documents for the sued Caribe entities is:
Caribe Central, LLC = 0 DPFs
Caribe Construction Group = 0 DPFs
Caribe East, LLC = 4 Builder forms + insurance docs for Caribe Construction Co. & Caribe Construction Group
Caribe Homes Corp. = 0 DPFS
Mid-Continent insurance policies = cover all Caribe entities.

As soon as possible please forward us the missing DPFs.  Thank you for your attention to this matter.

Kathleen E. Field, Project Assistant
Andrea Robbins, Project Assistant
Lemmon Law Firm
P.O. Box 904 (15058 River Road)
Hahnville, LA 70057
985-783-6789, fax 985-783-1333
ProjectAssistant@lemmonlawfirm.com