UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | § | MDL No. 2047 |
| PRODUCTS LIABILTY LITIGATION | § | |
| | § | |
| | § | SECTION:  L |
| | § | |
| This Document Relates to: | § | Judge Fallon |
| Payton, et al v. Knauf GIPS KG, et al, | § | Mag. Judge Wilkinson |
| Case No.: 2:09-cv-07628 (E.D.La.) | § | |
| | § | |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | § | |

**LOUISIANA LUMBER LLC'S RESPONSE TO THE COURT'S FEBRUARY 13, 2012 ORDER REQUIRING PARTIES TO SHOW CAUSE WHY THEY SHOULD THEY NOT BE HELD IN CONTEMPT OF COURT AND SANCTIONED**

NOW INTO COURT, through undersigned counsel, comes Louisiana Lumber, LLC who submits the instant memorandum in response to the Order requiring that it appear and show cause why it should not be held in contempt of Court and/or sanctioned for failure to submit its' Confidential Mediation Affidavit.

First, Louisiana Lumber, LLC is a downstream releasee according to the Interior Exterior settlements. Louisiana Lumber LLC is named in the claims of Charlene and Tatum Hernandez, Chris and Julie Lea, and Phillip Tomeny. The Hernandez and Tomeny plaintiffs both have named Interior Exterior as the supplier of their drywall and Louisiana Lumber LLC as the sub-supplier. Chris and Julie Lea have not specifically named Interior Exterior in their profile form; however, their counsel has been alerted that the drywall would have come from Interior Exterior,

- 2 -

which Louisiana Lumber, LLC being the sub-supplier. The Interior Exterior proposed settlement agreements include suppliers who obtained allegedly defective drywall from Interior Exterior as "downstream releasees." Those "downstream releasees" are released along with Interior Exterior. The Interior Exterior proposed settlement agreements also cover claims which are known and unknown. Therefore, any plaintiff with allegedly defective drywall supplied by Interior Exterior releases, as a "downstream releasee", the sub-supplier of that drywall. All plaintiffs with claims against Louisiana Lumber, LLC have drywall that was supplied, primarily, by Interior Exterior. Therefore, Louisiana Lumber, LLC is unequivocally a "downstream releasee."

Pursuant to this Court's orders regarding the submission of Confidential Mediation Affidavits, Interior Exterior "downstream releasees" are not required to submit Confidential Mediation Affidavits. Therefore, Louisiana Lumber, LLC was not required by this Court to submit a Confidential Mediation Affidavit, and cannot be held in contempt of Court nor can it be sanctioned.

Second, Louisiana Lumber, LLC is a bankrupt entity, and it filed a Notice of Bankruptcy in the instant matter on November 29, 2011, which is part of the Court record. Pursuant to the provisions of 11 U.S.C. 362 all actions against this entity are stayed until further order of the Bankruptcy court.

Respectfully submitted,

**SWETMAN BAXTER MASSENBURG, LLC**

By: /Kay B. Baxter
KAY B. BAXTER (LSBA No. 22938)
BRANDIE M. THIBODEAUX (LSBA No. 29344)
GLENN L. M. SWETMAN (LSBA No. 21904)
CHRISTOPHER O. MASSENBURG (LSBA No. 26989)
MARGARET ADAMS CASEY (LSBA No. 22918)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 799-0500
Facsimile:   (504) 799-0501

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion for Second Extension of Time to Submit Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26TH day of July, 2010.

/Kay B. Baxter
**KAY B. BAXTER**