UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: <br><br> 09-MDL-2047 <br><br> SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: <br><br> All Cases | * * * * * | MAGISTRATE: "2" - JUDGE WILKINSON |

*************************************************************************

### DEFENDANT, LOURAN BUILDERS, INC.'S, NOTICE OF COMPLIANCE WITH ORDERS REQUIRING SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT

Defendant, Louran Builders, Inc., by and through undersigned counsel, and pursuant to the Court's order at Rec. Doc. 11881 and 12239, hereby give notice of its compliance with same, that its Confidential Mediation Affidavit was forwarded to the court-appointed mediator on January 26, 2012, the cover letter for which is attached as Exhibit A.

Respectfully submitted,

/s/ *Glenn B. Adams*

**GLENN B. ADAMS (2316)**
**DENIA S. AIYEGBUSI (31549)**
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3838
Facsimile: (504) 581-4069
gadams@phjlaw.com
daiyegbusi@phjlaw.com
*Attorneys for Louran Builders, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Compliance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on February 15, 2012.

/s/ *Glenn B. Adams*
_____
GLENN B. ADAMS
DENIA S. AIYEGBUSI