UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | | SECTION "L" |
| THIS DOCUMENT RELATES TO: *All cases* | * * * | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

******************************************

**CERTAIN HOMEBUILDER DEFENDANTS' RESPONSE IN OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL, OR ALTERNATIVELY, FOR SANCTIONS IN ACCORDANCE WITH PRE-TRIAL ORDER NO. 25 FOR CERTAIN DEFENDANTS TO PRODUCE COMPLETED PROFILE FORMS**

**MAY IT PLEASE THE COURT:**

Pursuant to this Court's order setting the above referenced motion by Plaintiffs' Steering Committee ("PSC") for hearing (R. Doc. 12460), the following Builder-Defendants (collectively, "**Defendants**") make a limited appearance solely to respond in opposition to the PSC's motion to compel, or alternatively, for sanctions (R. Doc. 12435) and do not waive any rights, objections, or defenses to the claims asserted against them:

- Blanchard Homes, Inc.
- Dave Walker Construction, Inc.
- Diamond Court Construction, Inc.
- Empire Construction, LLC
- Excel Construction of S.W. Florida, Inc.
- Florida Home Partnership, Inc.
- Steven R. Carter, Inc.
- Brownstone Builders, Inc.
- Boohaker & Associates, LLC
- Alpha Homes, Inc. f/k/a Suarez Housing Corp (listed as "Suarez Housing Corp.")
- Jim Morris & Sons, Inc.

The PSC's motion and exhibits attached therein identify the above-referenced Defendants as delinquent in providing the profile forms required in this Court's various pre-trial orders. As

of the time of filing this motion, however, the above-referenced Defendants have either complied with the Court's order to produce the profile forms or will do so prior to the hearing date of the PSC's motion, February 23, 2012.  Thus, Defendants file this opposition as a precautionary measure to the extent that they are not removed from the PSC's list of delinquent defendants at the time the PSC's motion is heard.

In addition, Defendants—even if delinquent—contend that the requested discovery sanctions are not appropriate at this stage.  Although this Court possesses the inherent authority to enforce its discovery orders with sanctions, it is "bound to impose the least severe sanction available."  *See Gonzalez v. Trinity Marine Group*, 117 F.3d 894, 898 (5th Cir. 1997).  Moreover, the objecting party must show that the alleged discovery offender's conduct is in "bad faith" to obtain the "extreme" remedy of dismissal or default.  *Id*.

Defendants' failure to provide the required profile forms does not come close to reaching the level of abuse that warrants entry of default.  *See, e.g., Pressey v. Patterson*, 898 F.2d 1018, 1020 (5th Cir. 1990) (reversing a district court and finding it abused its discretion when it entered a default against defendant for spoliation of evidence).  At this stage, a more appropriate remedy would be to issue Defendants a deadline to provide the profile forms before the Court enters a more serve sanction that could substantially affect the parties' rights.

[signature on next page]

Respectfully submitted,

**ADAMS AND REESE LLP**

s/Christopher A. D'Amour
CHRISTOPHER A. D'AMOUR (La. Bar # 26252)
MEGAN HAGGERTY GUY (La. Bar # 26316)
DAVID C. COONS (La. Bar # 32403)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
chris.damour@arlaw.com
megan.guy@arlaw.com
david.coons@arlaw.com
*Attorneys for Above-Listed Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman at Drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at Kmiller@frilot.com, and Homebuilder's and Installers' Liaison Counsel, Phillip A. Wittmann at pwittman@stonepigman.com, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 15th day of February, 2012.

s/David C. Coons