# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | |
| | * | JUDGE FALLON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### RESPONSE TO COURT'S ORDER [REC. DOC. 12482]

Now comes North Pacific Group, Inc., in Receivership (listed erroneously as "North Pacific Group"), though undersigned counsel, in response to this Court's Order [Rec. Doc.12482] dated February 13, 2012, to show the Court that North Pacific Group, Inc., in Receivership sent to the court-appointed mediator on January 12, 2012, the confidential mediation affidavit pursuant to the Court's Order at Rec. Doc 11881 and 12239, as evidenced in the emails attached as Exhibit "A".

Respectfully submitted,

/s/Kevin R. Tully
**KEVIN R. TULLY - BAR #1627**
**H. CARTER MARSHALL - BAR #28136**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
krtully@Christovich.com
hcmarshall@Christovich.com

Attorneys for North Pacific Group, Inc. in Receivership

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2012, this document has been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 6, and that the following was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the EM/ECF System of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

*/s/ Kevin R. Tully*
**Kevin R. Tully**
**H. Carter Marshall**