**Robin B. Castle**

| | |
|---|---|
| **From:** | H. Carter Marshall |
| **Sent:** | Wednesday, February 15, 2012 7:47 AM |
| **To:** | Randi Ellis |
| **Cc:** | Kevin R. Tully; Robin B. Castle |
| **Subject:** | Re: North Pacific Group, Inc., In Receivership (Distributor) - Contempt Hearing re: Confidential Mediation Affidavit |

Great, thanks.

Sent from my iPhone

On Feb 15, 2012, at 7:46 AM, "Randi Ellis" <ellis@pabmb.com> wrote:

> We will be sending the revised list to the court today. And again on Friday after additional input. The Court may wait until Friday to respond.
>
> -----Original Message-----
> From: H. Carter Marshall [mailto:hcmarshall@christovich.com]
> Sent: Wednesday, February 15, 2012 7:43 AM
> To: Randi Ellis
> Cc: Kevin R. Tully
> Subject: Re: North Pacific Group, Inc., In Receivership (Distributor)
> - Contempt Hearing re: Confidential Mediation Affidavit
>
> Randi,
>
> Was the Court notified of North Pacific's removal?
>
> Thanks, Carter
>
> Sent from my iPhone
>
> On Feb 15, 2012, at 7:32 AM, "Randi Ellis" <ellis@pabmb.com> wrote:
>
>> Carter,
>>
>> "North Pacific Group" has been removed from our list.
>>
>> Thank you,
>> Randi Ellis
>>
>> -----Original Message-----
>> From: John W. Perry Jr.
>> Sent: Wednesday, February 15, 2012 7:14 AM
>> To: Dan Balhoff; Randi Ellis
>> Subject: FW: North Pacific Group, Inc., In Receivership (Distributor)
>> - Contempt Hearing re: Confidential Mediation Affidavit
>>
>>
>> -----Original Message-----
>> From: H. Carter Marshall [mailto:hcmarshall@christovich.com]
>> Sent: Tuesday, February 14, 2012 10:01 AM
>> To: Dan Balhoff; John W. Perry Jr.
>> Cc: Kevin R. Tully; Robin B. Castle
>> Subject: North Pacific Group, Inc., In Receivership (Distributor) -
>> Contempt Hearing re: Confidential Mediation Affidavit
>>
>> John and Dan,
>>
>> We represent North Pacific Group, Inc., In Receivership, in the drywall litigation. This morning it came to our attention that Judge Fallon has ordered NPG to appear in open

EXHIBIT A

1

```
court on February 23, 2012, to Show Cause why it should not be held in contempt and
sanctioned for failure to provide a mediation affidavit per Court Orders at Rec. Doc.
11881 and-or 12239.
>>
>> This is an oversight.  As shown below and per the attached, NPG submitted its affidavit
on 1/12.  I spoke with your receptionist this morning, and she confirmed receipt of the
Affidavit and advised your office would take corrective action. We would very much
appreciate this - and hope not to have to appear before Judge Fallon on 2/23.
>>
>> I look forward to your response.  Please call me or Kevin Tully with any questions or
concerns.
>>
>> Thanks, Carter.
>>
>> H. Carter Marshall
>> Pan American Life Center
>> 601 Poydras Street, Suite 2300 | New Orleans, LA 70130-6078
>> DID:  (504) 593-4220 | FAX:  (504) 544-6233
>> hcmarshall@christovich.com
>> _____
>> _____
>>
>> This message is a PRIVILEGED AND CONFIDENTIAL communication. If you are not the
intended recipient, please do not read, copy, or use it, and do not disclose it to others.
Please notify the sender of the delivery error by replying to this message, and then
delete it from your system. Thank you.
>>
>>
>> -----Original Message-----
>> From: H. Carter Marshall
>> Sent: Thursday, January 12, 2012 5:37 PM
>> To: 'balhoff@pabmb.com'
>> Cc: Kevin R. Tully
>> Subject: North Pacific Group, Inc., In Receivership (Distributor) -
>> Confidential Mediation Affidavit
>>
>>
>> Dan,
>>
>> Please see the attached on behalf of North Pacific Group, Inc., In Receivership, in
compliance with the Court's order of December 15, 2011.  In connection with that order it
is understood and intended that the attached shall be confidential, non-discoverable and
is offered solely to facilitate settlement discussion and should not be construed as any
admission.  Should you have any questions, please do not hesitate to contact me.
>>
>> Regards, Carter
>>
>> H. Carter Marshall
>> Pan American Life Center
>> 601 Poydras Street, Suite 2300 | New Orleans, LA 70130-6078
>> DID:  (504) 593-4220 | FAX:  (504) 544-6233
>> hcmarshall@christovich.com
>> _____
>> _____
>>
>> This message is a PRIVILEGED AND CONFIDENTIAL communication. If you are not the
intended recipient, please do not read, copy, or use it, and do not disclose it to others.
Please notify the sender of the delivery error by replying to this message, and then
delete it from your system. Thank you.
>> ############################################################
>> ###############
>> Attention:
>> The information contained in this message and or attachments is
>> intended only for the person or entity to which it is addressed and
>> may contain confidential and/or privileged material.  Any review,
>> retransmission, dissemination or other use of, or taking of any
>> action in reliance upon, this information by persons or entities
```

```
>> other than the intended recipient is prohibited. If you received this
>> in error, please contact the sender and delete the material from any system and destroy
any copies.
>>
>> Thank You.
>> ################################################################
>> ################
> ################################################################
> ###############
> Attention:
> The information contained in this message and or attachments is
> intended only for the person or entity to which it is addressed and
> may contain confidential and/or privileged material.  Any review,
> retransmission, dissemination or other use of, or taking of any action
> in reliance upon, this information by persons or entities other than
> the intended recipient is prohibited. If you received this in error,
> please contact the sender and delete the material from any system and destroy any
copies.
>
> Thank You.
> ################################################################
> ###############
```