UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| **This document relates to:** | * | |
| | * | |
| **ALL DOCUUMENTS** | * | |

### OCEAN SPRING LUMBER COMPANY, LLC'S RESPONSE TO THE COURT'S ORDER REQUIRING OCEAN SPRING LUMBER COMPANY, INC. TO SHOW CAUSE WHY IT SHOULD NOT BE HELD IN CONTEMPT OF COURT AND SANCTIONED

NOW INTO COURT, through undersigned counsel, comes Ocean Springs Lumber Company, LLC, who respectfully submits this memorandum in light of this Court's Order requiring Ocean Springs Lumber Company, Inc. to appear and show cause why it should not be held in contempt of court and/or sanctioned for failing to provide a Confidential Mediation Affidavit.

First, Ocean Springs Lumber Company, Inc. is not a defendant in this litigation.

Secondly, out of an abundance of caution should Ocean Springs Lumber Company, Inc. be associated or construed to be part of Ocean Springs Lumber Company, LLC, then Ocean Springs Lumber Company, LLC, respectfully avers that it is the proper corporation for this litigation. Ocean Springs Lumber Company, LLC, is the entity that contracted with Interior Exterior Building Supply for drywall shipments and in turn was the entity that was part of the chain of supply. Ocean Springs

Lumber Company, Inc. is not an entity that was part of the supply chain for Chinese-manufactured drywall.

Finally, Ocean Springs Lumber Company, LLC, respectfully avers that it is an Interior Exterior releasee. Ocean Springs Lumber Company, LLC, profile form attests that its drywall board was supplied by Interior Exterior Building Supply. Moreover, Ocean Springs Lumber Company, LLC, is named as a "down stream" releasee. Accordingly, due to Ocean Springs Lumber Company's status as a "down stream" releasee it was not required to provide a Confidential Mediation Affidavit. As it was not required to provide an Affidavit, it should not be held in contempt of court nor should it be sanctioned.

For the foregoing reasons, Ocean Springs Lumber Company, LLC, respectfully avers that Ocean Springs Lumber Company, Inc. not be held in contempt of court or should it be sanctioned.

Respectfully submitted,

*/s/ Richard G. Duplantier, Jr.*
Richard G. Duplantier, Jr. #18874
Benjamin R. Grau #26307
Carlina C. Eiselen, #28524
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040 One Shell Square
New Orleans, LA 70139
504 525 6802 / 504 525 2456 Fax
rduplantier@gjtbs.com /bgrau@gjtbs.com /
ceiselen@gjtbs.com
*Counsel for Ocean Springs Lumber Company, LLC*

**Certificate of Service**

      The undersigned certifies that this document has been served on Plaintiffs' liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 16th day of February, 2012.

                                        */s/ Richard G. Duplantier, Jr.*  
                                        RICHARD G. DUPLANTIER, JR.