IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * * | |
| | * | JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG 2 | * | MAG. JUDGE WILKINSON |

**********************************************

## AL BROTHERS, INC'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL AND/OR FOR SANCTIONS REGARDING PROFILE FORMS

NOW COMES, Al Brothers, Inc., and in Response to Plaintiff's Motion to Compel regarding Profile forms states as follows:

1. Al Brothers, Inc. has previously provided a profile form in this matter.

2. Plaintiffs now contend that they are due a profile form for A-1 Brothers, Inc. and AL Brothers, Inc. (with the L being capitalized). This is not accurate, as was pointed out in a letter to Plaintiffs on December 16, 2011 (see attached Exhibit A).

3. "A1 Brothers, Inc." was simply a misprint in a prior omnibus class action complaint, which has been corrected. There is no such entity, and no entity that is a party to this matter.

4. To the extent that Plaintiffs are alleging that the prior, misnamed party "A1 Brothers, Inc." is "A1 Brothers, Inc. d/b/a S3 Enterprises formerly known as A1 Brothers Metal Framing and Drywall," this would be inaccurate as well. Undersigned counsel represents both S3 Enterprises, Inc. and Al Brothers, Inc., and both have provided profile forms to Plaintiffs.

5. In regard to "AL Brothers, Inc." (with a capital L), there is no separate entity, and this simply

refers to Al Brothers, Inc. As mentioned, Al Brothers, Inc. has provided a profile form.

WHEREFORE, Al Brothers, Inc. respectfully requests that this Court deny Plaintiff's Motion as it relates to Al Brothers, Inc., and grant any further relief this Court deems just and equitable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing RESPONSE TO PLAINTIFFS' MOTION TO COMPEL AND/OR SANCTIONS REGARDING PROFILE FORMS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U. S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of February, 2012.

SELLARS, MARION & BACHI, P.A.

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
Attorneys for Defendant, Al Brothers, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

# SELLARS, MARION & BACHI, P.A.

ATTORNEYS AND COUNSELORS
811 NORTH OLIVE AVENUE
WEST PALM BEACH, FLORIDA 33401

TELEPHONE (561) 655-8111

TELEFAX  (561) 655-4994

DANIEL M. BACHI
JEREMY D. BERTSCH
DINA M. EL-SALHY
CHRISTOPHER M. GALETA
LAURIE A. HENRIQUEZ
ROBERT L. JOHNSON
JOHN B. MARION, IV

JAMES R. COLE, retired
ROBERT L. SELLARS, retired

MAILING ADDRESS:
POST OFFICE BOX 3767
WEST PALM BEACH, FLORIDA 33402

PARALEGALS
JAMES R. JOHNSON◊

◊OFFICE MANAGER

December 16, 2011

Andrew A. Lemmon, Esquire
Lemmon Law Firm, LLC
15058 River Road
Hahnville, LA 70057

RE:   In re: Chinese Manufactured Drywall Products Liability Litigation;
      MDL No. 2047; Defendants' Profile Forms
      Our File No.: 000681.000108

Dear Mr. Lemmon:

I am in receipt of your correspondence dated November 30, 2011, in regard what is preceived as deficiancies in Defendant's Profile Forms. I will address each one of my clients in turn.

On your list as number 12, you list A1 Brothers, Inc. I believe that this is just a misprint in one of the complaints, or several complaints, and that should have said Al Brothers, Inc. I do believe that this has been fixed in the most recent version of any complaint listing Al Brothers, Inc. as a Defendant.

In regard to number 13 on your list, A-1 Brothers, Inc., now known as S3 Enterprises formerly known as A1 Brothers Metal Framing and Drywall. This suffers from the same deficiancy as A1 Brothers in number 12, but it also is deficiant in the sense that S3 Enterprises is not associated with A-1 Brothers in any way. Please note that there are two appropriate parties that I currently represent in regard to S3 Enterprises and Al Brothers. One is S3 Enterprises, Inc. d/b/a Al Brothers Metal Framing and Drywall. The other is Al Brothers, Inc. In regard to number 30 on your list, this is an appropirate party as it is Al Brothers, Inc. However, this profile form has already been provided to liasion counsel. Nevertheless, I am enclosing a copy for your convenience.

In regard to number 32 of your list, this is another Al Brothers, Inc. with simply the "l" of Al capitalized, rather than not capitalized. This would be duplicative, I would assume, of number 30. As such, the Al Brothers, Inc. profile file that I am providing you should be sufficient.



EXHIBIT "A"

Page 2
Andrew A. Lemmon, Esquire
Lemmon Law Firm, LLC
December 16, 2011

In regard to number 184 on your list, Christopher Duet, please note that I have just entered an appearance for Mr. Duet and I anticipate having the profile form completed in the very near future. I have filed a Motion for Extension of Time regarding same.

In regard to number 308 on your list, Florida Drywall, Inc. sometimes listed as Swedberg Enterprises, Inc. d/b/a Florida Drywall, Inc., please note that I am not the only counsel for Swedberg Enterprises, Inc. However, as previously noted in response to the Motion for Default by Co-Counsel for Swedberg Enterprises, Inc., Swedberg Enterprises does business as Florida Drywall. However, Florida Drywall, Inc. is not in any way shape or form associated with Swedberg Enterprises, Inc. As such, Swedberg Enterprises, Inc. does not need to provide a profile form regarding Florida Drywall, Inc. However, Swedberg Enterprises, Inc. has already provided a profile form, and I am providing a copy of that to you for your convenience. Please note that you did not list Swedberg Enterprises, Inc. on your list, so that would indicate to me that you already have the profile form.

In regard to number 383 on your list, Gulfcoast Engineering, Inc., please note that Gulfcoast Engineering, Inc. was named in the Payton complaint originally and has been voluntarily dismissed. This was the only claim against Gulfcoast Engineering in the MDL, or that I am aware of regarding Chinese drywall anywhere, and they were inappropriately named. As such, no profile form is due for Gulfcoast Engineering due to them being dismissed. I am providing a copy of the Notice of Voluntarily Dismissal regarding Gulfcoast Engineering for your convenience.

In regard to number 759 on your list, Residential Drywall, Inc., I have already provided a profile form for it to liaison counsel. However, I am providing a copy of the profile form for your convenience.

In regard to number 791 on your list, SAM Drywall, Inc., please note that I have entered an appearance in the last couple of days for SAM Drywall, Inc. and plan to provide a profile form in the very near future. I have filed a Motion for Extension of Time regarding same.

In regard to number 792 on your list, S.D. & Associates, Inc., I represent this company in a number of Chinese drywall matters <u>outside</u> of the MDL. I am not aware of any complaint naming S.D. & Associates, Inc. in the MDL. As such, a profile form in the MDL should not be required. However, as I have S.D. & Associates, Inc. fill out a profile form in Miami-Dade County, Florida, I am providing you a copy of same for your reference. <u>I would please ask that if you are aware of any complaints in the MDL naming S.D. & Associates, Inc., please let me know at your earliest possible convenience.</u>

In regard to number 793 on your list, S3 Enterprises, Inc. d/b/a A1 Brothers Metal Framing and Drywall, please note that the correct name of this company is S3 Enterprises, Inc. d/b/a A1 Brothers Metal Framing and Drywall. I have already provided a profile form for S3 Enterprises, Inc.

Page 3
Andrew A. Lemmon, Esquire
Lemmon Law Firm, LLC
December 16, 2011

to liaison counsel, but I am providing a copy to you for your convenience.

      Thank you for your attention to this matter. I look forward to hearing from you regarding my inquiries above.

                            Very truly yours,

                            Jeremy D. Bertsch

JDB/jlc
Enclosures: as stated.