UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Robert W. Block III, et al, v. Gebrueder Knauf, et al,*<br>Case No. 2:2011-cv-01363 | MAG. JUDGE WILKINSON |

### JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes defendant David E. Diggs, who respectfully moves this Honorable Court for an order allowing Patricia A. Krebs, Skelly B. McCay, and the law firm of King, Krebs, & Jurgens, P.L.L.C. to withdraw as counsel of record, and allowing Warren Horn, Drew R. Ballina, and the law firm of Heller, Draper, Patrick & Horn, L.L.C. to be substituted as counsel of record for David E. Diggs in the above captioned matter. The requested withdrawal and substitution will not alter or delay any scheduled matters or deadlines, nor will it prejudice any party.

WHEREFORE David E. Diggs prays that Patricia A. Krebs and Skelly B. McCay be withdrawn as counsel of record, that Warren Horn and Drew R. Ballina be allowed to enroll as counsel of record on behalf of David E. Diggs in these proceedings, and that the Court's records be changed to reflect the same.

Respectfully submitted,

/s/ Patricia A. Krebs
PATRICIA A. KREBS (LA #2035)
SKELLY B. McCAY (LA #33267)
KING, KREBS, & JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170

{N0555223 -}

Telephone:   (504) 582-3800
Facsimile:   (504) 582-1233


/s/ Drew R. Ballina
_____
WARREN HORN (LA Bar #14380)
DREW R. BALLINA (LA Bar #01704)
HELLER, DRAPER, PATRICK & HORN, L.L.C
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: 504.299.3300
Facsimile: 504.299.3399


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of February, 2012.

