UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE: FALLON |
| **This document related to:** ALL CASES | * | MAG: WILKINSON |

*************************************************************************

## ORDER

Considering the Motion for Clarification, **IT IS HEREBY ORDERED AND DECREED** that Capital Construction, Inc., is not required to Show Cause on February 23, 2012, why Capital Construction, Inc., should not be held in contempt of this Court, and sanctioned accordingly for failing to produce a confidential mediation affidavit in accordance with this Court's Orders at Rec. Doc. 11881 and 12239. Plaintiffs in the *Gross* matter (09-6690), which is the only matter in which Capital Construction, Inc. was named as a defendant and served, have dismissed Capital from the lawsuit. Consequently, Capital Construction, Inc., was not required to comply with the Court's Orders at Rec. Doc. 11881 and 12239.

Signed this _____ day of _____, 2012, in New Orleans, Louisiana.

_____
JUDGE

00308857-1