-----Original Message-----
From: Steven G. Schwartz
Sent: Friday, January 06, 2012 5:04 PM
To: Russ Herman
Subject: RE: Abreu MDL Action-Lancer Enterprises Installer Defendant

I have already filed a notice of appearance for this named defendant. I will now prep the fact sheet to which you refer and then ask your agreement for its dismissal.

-----Original Message-----
From: Russ Herman [mailto:RHERMAN@hhkc.com]
Sent: Friday, January 06, 2012 4:20 PM
To: Steven G. Schwartz
Cc: Fred Longer; Arnold Levin (PSC); Lenny Davis
Subject: Re: Abreu MDL Action-Lancer Enterprises Installer Defendant

No .. The Court requires You to file a Defendants Fact Sheet Once you do that it may appear you should be dismissed ; we cannot go around the Court order .


Sent from my iPhone

On Jan 6, 2012, at 3:12 PM, "Steven G. Schwartz" <sgs@theschwartzlawgroup.com> wrote:

> Russ: I am not in the habit of filing motions to dismiss or sanctions motions needlessly. Your Abreu action includes as an installer subclass defendant Lancer Enterprises of Port St Lucie, Fl. The home this company worked on was owned by Nerio Garcia, Heidi Garcia and Clara Mazzarri (paragraph 84, pg 17 of the Abreu complaint). Your office was earlier advised last June-July (repeatedly) that Lancer was hired to REMEDIATE this house in 2009 and did not install any Chinese drywall as part of original construction. Your staff has insisted that I must file a notice of appearance and defend the action rather than a simple dismissal of this misnamed party. Thus much like the improper listing of Palm Isles Holdings in some of these new MDL class actions, I am being forced to waste time and money to file needless pleadings.
>
> Please advise before I take further action that your office will now dismiss Lancer from this case (without prejudice if you feel this necessary so you can refile a claim later on should you learn of any Chinese drywall work it performed). I should not have to file pleadings seeking to vacate a default where the party should never have been sued in the first place.
>
> I would again ask your office to revisit these issues concerning Palm Isles as well.
>
> Steven G. Schwartz, Esq.
> Schwartz Law Group
> 6751 N. Federal Highway, #400
> Boca Raton, Florida  33487
> Ph: (561) 395-4747
> Fx: (561) 367-1550
>
> Confidentiality Note:
> The information contained in this transmission is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at 561-395-4747.

**EXHIBIT "B"**

>

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.