IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2047 Section L |
| This Document Relates to ALL CASES | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

### CONTRACTOR/INSTALLER DEFENDANT PROFILE FORM

All Contractor/Installer Defendants must complete and submit this contractor/Installer Defendant Profile Form. Each Contractor/Installer Defendant must sign and date a separate Contractor/Installer Defendant Profile From for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. If additional knowledge becomes known after completion, this Contractor/Installer Defendant Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachements or documents are provided in response to any question, please identify the specific question within this Contractor/Installer Defendant Profile From that relates to the specific attachement or document. Please print legibly or type your responses in English.

*Note: Lancer Enterprises objects to its having been named in this action. It did not install defective drywall during original construction but instead provided remediation services after demolition/removal of Chinese drywall which had been installed years earlier by others. This profile form is submitted without waiver of this objection.*

I. **CONTACT INFORMATION OF CONTRACTOR/INSTALLER DEFENDANT COMPLETING THIS PROFILE FORM**

    A. Contractor/Installer Name: **LANCER ENTERPRISES, INC.**

    B. Address: **PO BOX 880128, PORT ST. LUCIE, FL, 34988**

    C. Phone number: **772-340-3332**

    D. E-mail: **lanceroffice@bellsouth.net**

    E. President or CEO: **MARIO LANCIERI**

    F. Headquarters if Foreign: **N/A**

    G. Address of USA Headquarters: **PO BOX 880128, PORT ST. LUCIE, FL 34988**

    H. Principal Place of Business in USA: **PO BOX 880128, PORT ST. LUCIE, FL 34988**

II. **COUNSEL INFORMATION OF CONTRACTOR/INSTALLER DEFENDANT**

    A. Name: **Steven G. Schwartz, Esq. / The Schwartz Law Group**

    B. Address: **6751 North Federal Highway, Suite 400, Boca Raton, Fl 33487**

    C. Phone Number: **561-395-4747**

**EXHIBIT "C"**

  D.  Fax Number: **561-367-1550**

  E.  E-mail: **sgs@theschwartzlawgroup.com**

**III. INFORMATION ON PLAINTIFF OWNER, RENTER OR OCCUPANT**

  A.  Name: **Nerio Garcia, Heidi M. Garcia and Clara Mazzarri**

  B.  Address of Affected Property: **10591 SW Sarah Way, Port St. Lucie Fl, 34987**

  C.  Case Docket No. **11-CV-00252**

**IV. INFORMATION ON SPECIFIC PROPERTIES**

  A.  For each property identified in Section III above that you have performed an inspection on or have information concerning, answer the following:

   1.  Do you have any contracts or agreements concerning Drywall with the Property owner, renter or occupant? Yes ( ) No ( **X** )

    If yes, provide the following information:

    Parties to the agreement:

    Date of Contract or agreement: ____/____/_____(Month/Day/Year)

    Subject of contract or agreement:_____

    Provide a complete copy of the contract or agreement

   2.  Did you issue any warranties for the product installed in the property?

    Yes ( ) No ( **X** )

    Please provide a complete copy of any warranty.

   3.  Are you aware of any warranties provided by any subcontractors or installers concerning the drywall installed on the property? **NO**

    If yes, describe the terms of the warranty.

    Provide a copy of any such warranty.

4. Have you had any correspondence or other communication with the Property owner, renter or occupant or any family member concerning Drywall or any construction or remediation matter? Yes ( ) No ( **X** )

   If yes, provide the following information:

   All dates of correspondence of communication:

   _____/_____/_____(Month/Day/Year)
   _____/_____/_____(Month/Day/Year)
   _____/_____/_____(Month/Day/Year)

   Who was the correspondence or communication by, between or among?

   _____

   What was the substance of the correspondence or communication?

   _____

   Attach copies of the correspondence or communications.

5. Have you performed any inspection(s), testing or analysis of the property?
   Yes ( ) No (**X**)

   If yes, provide the following information:

   Date of inspection, testing or analysis: _____/_____/_____(Month/Day/Year)

   Who performed the inspection, testing or analysis?

   Description of what was inspected, tested or analyzed:

   Attach copies of the complete inspection, test or analysis report.

   Were any photographs taken? Yes ( ) No ( ) How many?

   Attach copies of all photographs.

   What was the reason for the inspection, testing or analysis?

   Had there been any complaints about this property leading to the inspection, testing or analysis?

6. Has any sampling of drywall been performed of the property? Yes ( ) No (**X**)

   If yes, provide the following information:

   Date of sampling: _____/_____/_____(Month/Day/Year)

   Name and address of entity that performed the sampling:

3

Describe sample provided for testing, including approximately size:

Specific location within property from which sample was taken:

Purpose fro which samples were taken (e.g., specific tests that were to be performed):

Describe all tests performed on the samples, including who performed the tests:

Attach complete copies of all sampling reports.

7. Have any statements been taken in connection with property or claim?

   Yes ( ) No ( X )

   If yes, provide the following information:

   Date of statement: ___/___/_____(Month/Day/Year)

   Who provided the statement?

   Was it recorded?   Yes ( ) No ( )

   In what form was the statement provided?   Written ( ) Verbal ( )

   Who was the statement provided to?

   Who did the person work for that took the statement?

   What was the substance of the statement?

   Attach complete copy of all statements

8. Have any communications or correspondence regarding the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturiers of drywall? Yes ( X ) No ( )

   If yes, provided the following information:

   Date of correspondence of communication: **06/08/2011** (Month/Day/Year)

   Who was the correspondence or communication by, between or among?

   **Matthew Hester, General Manager of Cemex Construction Materials, Florida to Lancer Enterprises, Inc**

   Attach all copies of the correspondence or communication, or report from the communication. **See Attached.**

9. Have you received any communication concerning the subject property regarding the presence or Chinese Drywall? **None other than the builder's request for installation of replacement drywall per attached invoices and this Lawsuit.**

   Attach copies of all communications.

10. Have you received a request from anyone to repair the subject property? Yes ( **X** ) No ( )
    If so, from whom did you receive the request? **Lancer was hired by Hanover in May-June, 2008 to do remediation work after the defective drywall had been removed.**

11. Have you retained, employed or associated any experts or investigators to evaluate problems associated with Chinese Drywall? Yes ( ) No ( **X** )
    If yes, please provide the following information:
    Name: **N/A**
    Address: **N/A**
    Phone Number: **N/A**
    Fax Number: **N/A**
    E-mail: **N/A**
    Cell Phone: **N/A**
    Date retained **N/A** (Month/Day/Year)
    Purpose for which retained: **N/A**
    Area of expertise: **N/A**
    Have any reports or findings been issued? **N/A** Yes ( ) No ( )
    If so, please provide complete copies of any such reports of findings:
    Please provide a copy of any Curriculum Vitae for each individual identified.

## V. INSTALLATION OF DRYWALL AT THE SPECIFIC PROPERTIES

1. Did you have any contracts or agreements concerning Drywall installation with the Property owner, renter or occupant? Yes ( **X** ) No ( )
   If yes, provide the following information:
   Parties to the agreement: **Hanover Homes - Lancer**
   Date of contract or agreement: (Month/Day/Year) **5/13/08**
   Provide a complete copy of the contract or agreement. **See attached estimate and invoices.**

2. Provide the name and address of each individual employee that installed Drywall at the property: **Search continues as to the names of our employees who did the drywall installation.**

3. Provide the name and address of any subcontractors or installers who were involved in the selection and/or installation of all drywall located on the property: **Cemex Construction sold the replacement drywall to Lancer.**

4. Are you aware of any complaints or other problems with the subject drywall, whether raised by your employees, the installers, finishers, homeowners, or anyone else, concerning the drywall installed in the subject premises? If so, please state the exact nature of such complaints of problems: **NO**
Attach all documents describing such complaints or problems.

5. Was any action taken to remedy such complaints or other problems? Describe all such actions. **N/A**
Attach all documents describing such actions taken.

## VI. CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1. For all Drywall installed in the subject property, identify:
   a. Name of Chinese Drywall Manufacturer: **N/A**
   b. Address of Chinese Drywall Manufacturer: **N/A**
   c. Name of Drywall product: **It could be National Gypsum, Lafarge, Durlock or BPB Gypsum Drywall, none of which manufactured in China.**
   d. Identify any marking on the Chinese Drywall product (e.g. lot number, batch number, serial number, color markings, UPC Codes, etc.): **N/A**
   e. List all trademarks of the product: **Unknown**
   f. The name and address of the supplier of the Drywall: **Cemex Construction, see attached invoices.**
   Date you purchased the Drywall from the supplier: **4/30/08**
   g. Amount of Drywall installed in the property: **½" REG,4X12 – 128PC ¼" REG,4X8 – 3PC**
   h. Price you paid for the Drywall installed in the property:**$1,101.73**
   Provide documents relating to all of the above. **See invoices attached.**

6

2. Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes ( ) No ( **X** )
If so, whom?_____

3. Prior to installation of the drywall in the property identified in Section IV above:
    a. Where was the product stored: **Cemex Construction**

    b. Dates of storage? From **Unknown**

    c. Were any complaints made or received regarding storage of the product?
    Yes ( ) No ( ) **Unknown**
    Provide copies of all documentation.

VII. **PROPERTY DRYWALL REPAIR OR REPLACEMENT**

A. Have you taken any measure to repair, replace, or remediate any drywall at the property which is the subject of the Contractor/Installer Defendant Profile From? Yes ( **X** ) No ( )
If yes, please provide the following information:
Date **5 / 16 / 08** (Month/Day/Year)
**6 / 20 / 08**

B. Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes ( ) No ( **X** )
If yes, please provide the following information:
Date ____/____/_____ (Month/Day/Year)

C. Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes ( ) No ( **X** )
If yes, please provide the following information:
____/____/_____ (Month/Day/Year)

D. Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property?
Yes ( ) No ( **X** )
If yes, please provide the following information:
____/____/_____ (Month/Day/Year)

E. Have you repaired or replaced any personal items at the subject property? Yes ( ) No (**X**)

If yes, please provide the following information:

_____/_____/_____(Month/Day/Year)

F. Have you made any offers to repair any of the property described in Section VI (A) thru (E) above? Yes (**X**) No ( )

Provide copies of all documentation. **See attached records.**

VIII. <u>**INSURANCE**</u>

**Objection: there is no valid claim for Chinese drywall installation.**

A. Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess Insurance Policies from 2001 – 2009:

For each policy, identify the following:

Insurer: **NORTH POINTE INSURANCE COMPANY**

Dates policy in effect:   **03/01/07 – 03/01/08**
                          **03/01/08 – 03/01/09**
                          **03/01/09 – 03/01/10**

Policy Number:   **3094118772**

Type of Policy:   **CGL**

Insurance Agent:   **Amelia Underwriters, Inc.**

Policy Coverage Limits: **$1,000,000**

Produce a copy of the Declaration Page, exclusions and policy of insurance. **See attached.**

B. Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001 – 2009: **None as to Chinese drywall; requested North Pointe to defend this improper action which they have agreed to do under a Reservation of Rights.**

For each claim please provide the following:

Date _____/_____/_____(Month/Day/Year)

Insurer: _____

Nature of Claim: _____

Insurer's response to claim: _____

8

Final resolution of claim: Counsel appointed; dismissal motion pending.
Please provide copies of any claim.

C. Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.
Please provide copies of any documentation supporting the above.
On notice of this lawsuit North Pointe appointed defense counsel listed below pursuant to a reservation of rights. See Reservation of Rights letter attached.

*Certification*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. §1746 that all information provided in this Defendant Contractor/Installer's Profile From is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in the declaration, to the extent that such documents are in my possession, custody or control.

_____          _/s/ Steven G. Schwartz_____          2/10/12
Signature                        Steven G. Schwartz, Esq.
                                 Counsel for Lancer Enterprises, Inc.

9