

# SCHWARTZ LAW GROUP

STEVEN G. SCHWARTZ[1]
MARK A. HRUSKA[2][3]
DAVID J. PASCUZZI
ANDREW P. KETTERER[4]
NANCY I. STEIN-McCARTHY[5]

[1] Also admitted in Virginia and Maryland
[2] Also admitted in Pennsylvania
[3] Certified Mediator
[4] Also admitted in New Jersey and Maine
[5] Also admitted in New Jersey

6751 NORTH FEDERAL HIGHWAY, SUITE 400
BOCA RATON, FL 33487

TELEPHONE: 561.395.4747
FACSIMILE: 561.367.1550

SGS@THESCHWARTZLAWGROUP.COM

LEGAL ASSISTANTS
JENNIFER M. RE
DEBBIE J. STERN
DOREEN CALIGIURI
KELLY J. VOLPE
ADRIANA G. PIAZZESE

SCHEDULING
JOYCE A. MARIOTTI
561-826-0429

January 11, 2012

VIA EMAIL & FACSIMILE
balhoff@pabmb.com
(225) 767-7967

John W. Perry, Jr., Esq.
Perry, Atkinson, Balhoff, Mengis & Burns, LLC
P.O. Box Drawer 83260
Baton Rouge, LA 70808

Re:  Chinese Drywall MDL Mediation
     Our Clients:  *Builders:*   Deerfield Court Townhomes/Lavish Holding - *100492*
                                 L'Oasis Builders, Inc. - *100451*
                   *Installers:* Mandy Drywall, Inc. - *100532*
                                 Lancer Enterprises, Inc. – *100540*

Dear Mr. Perry:

On behalf of the above-referenced builders or installers and pursuant to recent Court Order we are providing to you the affidavit for each in regard to possible involvement in this Chinese Drywall Global Mediation Conference. We have also enclosed solely because of the scope of the Federal Court Order an affidavit submitted on behalf of earlier released builder/developer Palm Isles Holdings. As noted in that affidavit Palm Isles was the subject of class action litigation in both the federal and state courts with a global settlement reached in May, 2010 dismissing all potential class action interested parties. For this reason Palm Isles would not be a participant in any of your mediation discussions but we did not want to run afoul of Judge Fallon's Order in this regard.

We have not yet been advised whether insurance company claim representative is a necessary attendee in person for whatever conference is to be convened on these claims involving our clients. Likewise we have not been advised whether a company representative from the actual builder/installer need attend.

Naturally we do require some input into scheduling of whatever events are to unfold in this mediation process.

I look forward to working with you to best streamline this project and of course welcome your role to bring about settlements of these claims if possible. I will not take this opportunity to

**EXHIBIT "D"**

John W. Perry, Jr., Esq.
January 11, 2012
Page 2

---

provide a case summary as to each of the above Chinese drywall actions but do want you to be aware that all of my activities are pursuant to a continuing Reservation of Rights issued by one or more of the insurance carriers involved due to various coverage defenses both as to policy exclusions for pollution and the like as well as the absence of coverage as may have been in force at a time applicable to respond to first report of any liability causes of action.

Let me know as early as possible what you have in mind in the way of a mediation conference date and the mechanics for our conferring on these claims.

Sincerely,

Steven G. Schwartz

SGS:jg
Attachments

cc: Clients and their Insurers

L:\OPEN FILES\CDW001\Correspondence\Mediator-Perry-011112-jg.doc