## Adriana G. Piazzese

**From:** Steven G. Schwartz
**Sent:** Tuesday, November 09, 2010 3:56 PM
**To:** VDIAZ@PODHURST.com; Gonzalez, Ervin
**Cc:** Adriana G. Piazzese; Jennifer M. Re
**Subject:** FW: KIERAN P. FALLON, P.A.
**Attachments:** Summons_new1AA.pdf

This new service of suit was just received by South Kendall and Palm Isles corporate counsel. Apart from the bankruptcy issues surrounding SKCC making the service of suit against it improper, can you please confirm with your fellow PSC that all actions against South Kendall and Palm Isles must be dismissed as part of our global settlement? I do not want to waste time addressing this new service of suit in another MDL.

**EXHIBIT "G"**