**Adriana G. Piazzese**

| | |
|---|---|
| From: | Russ Herman [RHERMAN@hhkc.com] |
| Sent: | Thursday, June 30, 2011 1:16 PM |
| To: | Steven G. Schwartz |
| Cc: | Victor Diaz; Gonzalez, Ervin; Adriana G. Piazzese; Arnold Levin (PSC); Fred Longer; Lenna Davis |
| Subject: | Re: PALM ISLES NEW SUIT--ABEL MDL OMNIBUS COMPLAINT |

Am out of country back In office July14

Sent from my iPhone

On Jun 30, 2011, at 7:08 PM, "Steven G. Schwartz" <sgs@theschwartzlawgroup.com> wrote:

> Russ:  Your office recently commenced yet another MDL Omnibus class
> action with Abel as lead plt,  this time naming Palm Isles Holdings as
> a defendant and serving it with a summons.  Palm Isles was to be
> dismissed from all possible Chinese drywall causes of actions as part
> of the prior Harrell/Vickers-South Kendall Construction settlements. I
> attach for ease of reference your Abel summons serving Palm Isles,
> the prior South Kendall/Palm Isles  settlement term sheet (signed by
> you among others), as well as related Miami pleadings approving the
> South Kendall/Palm Isles settlements.  Pls note that Anna Pelligra,
> named as a plt in your Abel action as the only possible claimant
> against Palm Isles,  was a Harrell approved class member (#56 on the
> approved Harrell Class Action members list).
>
> I want to present to the court a simple dismissal order as to South
> Kendall and Palm Isles in all MDL's, a request I presented multiple
> times in the past and plainly overdue. I also want your office to
> non-suit palm Isles and remove it from the schedule of parties in your
> Abel action.
>
> Please confirm your  agreement to do all this within the next 10 days
> so I need not file motions to do so.
>
> Steven G. Schwartz, Esq.
> Schwartz Law Group
> 6751 N. Federal Highway, #400
> Boca Raton, Florida  33487
> Ph:  (561) 395-4747
> Fx:  (561) 367-1550
>
> Confidentiality Note:
> The information contained in this transmission is legally privileged
> and confidential, intended only for the use of the individual or
> entity named above.  If the reader of this message is not the intended
> recipient, you are hereby notified that any dissemination,
> distribution, or copy of this communication is strictly prohibited.
> If you receive this communication in error, please notify us
> immediately by telephone at 561-395-4747.
>
> <Harrell Class Action - 79 Approved Claims.pdf> <Term Sheet
> 05-04-2010.pdf> <SKCC Final Executed Term Sheet.pdf> <Order -
> Settlement.pdf> <Order Approving Settlement.pdf> <Order Preliminarily

1

**EXHIBIT "I"**

> Approving Settlement as to South Kendall and Palm Isles.pdf>
> <Summons_newAA.pdf>


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.
Thank you.

2