## Adriana G. Piazzese

**From:** Steven G. Schwartz
**Sent:** Wednesday, December 07, 2011 1:26 PM
**To:** jlascio@lfsblaw.com
**Cc:** Adriana G. Piazzese; Montoya, Patrick
**Subject:** MDL- Palm Isles Holdings
**Attachments:** SKCC Final Executed Term Sheet.pdf

Jennifer:

    We represent Palm Isles <u>and</u> Deerfield Court/Lavish as well as Mandy Drywall among various defendants in the different cases. We corrected the mistake as to which pleading was to be referred to as between them when we filed objections for Palm Isles to your default motions (inadvertently listing the relevant case as a Deerfield Court case).

    We wish to note that Palm Isles should be immediately dismissed based on settlements of all class action claims against it in May, 2010. Both Russ Herman and Arnie Levin signed the settlement agreement for the PSC. A copy is attached. Please refer to our objections and motion for sanctions in regard to claims against Palm Isles.

    By copy of this note to him, I would also ask that Patrick Montoya of Colson Hicks get with your office to prep whatever dismissal orders necessary.

Steven G. Schwartz, Esq.
Schwartz Law Group
6751 N. Federal Highway, #400
Boca Raton, Florida 33487
Ph: (561) 395-4747
Fx: (561) 367-1550

Confidentiality Note:
The information contained in this transmission is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at 561-395-4747.

**EXHIBIT "K"**

1