UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2047 |
| | | SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## CURATOR'S STATUS REPORT

Curator, Robert M. Johnston, submits this Status Report in accordance with the Court's Order dated November 21, 2011.

**I.   CURRENT STATUS**

Following appointment by the Court, Curator, Robert M. Johnston, established procedures to provide *pro se* claimants who contact the Curator's office with important information concerning the status of settlement agreements, and their options regarding prosecution of their claims, including whether or not to participate in class settlements. Procedures have also been established to assist *pro se* claimants by making available important documents, including class settlement agreements and related information. Additional procedures were also established concerning informing *pro se* claimants of their right to retain separate counsel, and, where appropriate, providing the name and contact

information concerning counsel with experience handling MDL matters in the jurisdiction in which the claimant resides. Where a *pro se* claimant seeks to participate in class settlement agreements, the Curator's office will assist that claimant in doing so.

Since being appointed Curator, Robert M. Johnston, has engaged support and administrative personnel to assist in the discharge of the Curator's duties, particularly, Jeannette McCurnin, a paralegal with extensive experience in the Vioxx Products Liability Litigation in which Robert M. Johnston was appointed, and remains, the Curator for *pro se* claimants in that litigation.

## II.   CURATOR ACTIVITY

Since being retained as Curator, the Curator's office has been contacted by approximately 20 *pro se* claimants, and in accordance with the agreement reached by Leonard Davis and Arnold Levin, members of the Plaintiff's Steering Committee, and by Kerry Miller, counsel for Knauf, the names and addresses of those *pro se* claimants have been forwarded to Leonard Davis, who has also been sent relevant information as to whether the individual *pro se* claimant filed suit before December 9, 2011, and the status of whether their property has or has not already been remediated.

Robert M. Johnston has also participated in a conference call with a *pro se* claimant that included Knauf counsel from New Orleans and New York City in which the issue of whether the *pro se* claimant would be allowed to participate in the Knauf settlement was discussed.

After discussions with Leonard Davis of the Plaintiff's Steering Committee, *pro se* claimants contacting the Curator's office have been requested to send documentary

evidence, including photographs and inspection reports, proving that the property owned by the *pro se* claimant contained Knauf drywall. This documentary evidence has been forwarded to Leonard Davis, and additional documentary evidence when received will continue to be forwarded to Mr. Davis.

## III.  STATUS CONFERENCE

Curator, Robert M. Johnston, because of a prior commitment will not be in attendance at the Court's Status Conference scheduled for February 23, 2012, but will be available by phone to answer any questions that the Court may have or that counsel for the parties may have, and will participate in all future Status Conferences set by the Court.

Respectfully Submitted:

JOHNSTON, HOEFER, HOLWADEL
& ELDRIDGE

*s/ Robert M. Johnston*
ROBERT M. JOHNSTON (Bar No. 7339)
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Telephone: (504) 561-7799
Facsimile: (504) 587-3794
Email: rmj@ahhelaw.com
**Pro Se Curator**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Curator's Status Report has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of February 2012.

                _/s/ Robert M. Johnston_
            ROBERT M. JOHNSTON (Bar No. 7339)