UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

## MOTION FOR EXPEDITED TELEPHONIC HEARING

Counsel for Defendants Lancer Enterprises and South Kendall Construction Corp., hereby move for a telephonic expedited hearing on their recently filed Motion to be Excused from the Court Ordered February 23 Show Cause Hearing (Rec. Doc 12514), and in support state:

1. Undersigned counsel believes several of the listed non-compliant parties concerning Mediator Confidential Affidavits were listed in error.

2. Counsel would be obligated to travel from South Florida to New Orleans for this hearing on February 23.  Due to travel logistics, absent some emergency ruling on the Motion to be Excused from this Show Cause Hearing, the travel would be necessary in order to comply with this Court's Show Cause Order.

3. Since the filing of the Motion to be Excused from the Show Cause Hearing as to three interested parties, the Court entered an Amended Order on Show Cause (Rec. Doc 12510) removing one of the three parties on whose behalf the Motion was filed, Bauhaus, Inc., however, parties Lancer Enterprises and South Kendall Construction do remain on the Non-Compliant Mediator List, again believed listed in error.

WHEREFORE, counsel for Lancer Enterprises and South Kendall Construction Corp. respectfully requests expedited telephonic hearing on the Motion to be Excused from the February 23 Show Cause Hearing. Counsel's earlier filed Motion is attached for ready reference (exhibits with original).

Dated: February __17__, 2012.

|  |  |
|---|---|
|  | LANCER ENTERPRISES, INC., and SOUTH KENDALL CONSTRUCTION CORP./PALM ISLES HOLDINGS, Defendants |
|  | By: s/ Steven G. Schwartz |
|  | Steven G. Schwartz, Esquire |
|  | Schwartz Law Group |
|  | 6751 N. Federal Highway, #400 |
|  | Boca Raton, Florida 33487 |
|  | Ph: (561) 395-4747 |
|  | Fx: (561) 367-1550 |
|  | sgs@theschwartzlawgroup.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Expedited Telephonic Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of February, 2012.

s/ Steven G. Schwartz
Steven G. Schwartz, Esq.

L:\OPEN FILES\CDW001\Mediation\M-to be Excused-Show Cause Hrg-jg.doc