UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABIITY LITIGATION | MDL 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| CIVIL ACTION NO. 09-7628 | MAGISTRATE JUDGE WILKINSON |

## NOTICE OF SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT

Defendant, Triumph Construction, L.L.C., through undersigned counsel, hereby gives notice and certifies that on February 17, 2012, a Confidential Mediation Affidavit was submitted to the Court appointed mediator in compliance with this Court's order (Doc. 11881).

Respectfully Submitted:

s/ Gregory Webb
Gregory Webb, Bar Roll #32004

Gregory Webb
Attorney at Law
17487 Old Jefferson Hwy, Suite C
Prairieville, Louisiana 70769
Tel: (225) 744-0089
Fax: (225) 313-6190

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF SUBMISSION OF CONFIDENTIAL MEDIATION AFFIDAVIT has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of February, 2012.

s/Gregory Webb