UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA**
**FOR FEBRUARY 23, 2012 STATUS CONFERENCE**

   I.    PRE-TRIAL ORDERS

   II.   STATE COURT TRIAL SETTINGS

   III.  INSURANCE ISSUES

   IV.   HOME BUILDERS FEES AND COSTS

   V.    STATE/FEDERAL COORDINATION

   VI.   OMNIBUS CLASS ACTION COMPLAINTS

   VII.  PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

   VIII. PILOT PROGRAM

   IX.   TERM SHEET AGREEMENT BETWEEN PSC AND THE KNAUF ENTITIES REGARDING SETTLEMENTS WITH HOMEBUILDERS

   X.    KNAUF DEFENDANTS

   XI.   TAISHAN DEFENDANTS

   XII.  INTERIOR EXTERIOR DEFENDANT

   XIII. BANNER DEFENDANTS

XIV. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XV. PLAINTIFF AND DEFENDANT PROFILE FORMS

XVI. FREQUENTLY ASKED QUESTIONS

XVII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XVIII. *PRO SE* CLAIMANTS

XIX. LIAISON COUNSEL MEETING WITH MEDIATOR

XX. PHYSICAL EVIDENCE PRESERVATION ORDER

XXI. NEXT STATUS CONFERENCE