UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: DOROTHY ARNDT, et al | * * * | |
| vs. | * * | JUDGE FALLON (L) |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al | * * * * | |
| Case No. 2:11-cv-2349-EEF-JCW | * | MAG. WILKINSON (4) |

### ADVANTAGE BUILDERS OF AMERICA D/B/A ADVANTAGE BUILDERS OF SW FLORIDA'S NOTICE OF CASE UNDER CHAPTER 7 OF THE UNITED STATES BANKRUPTCY CODE AND AUTOMATIC STAY

NOW INTO COURT, for special appearance of undersigned counsel appearing only for the purpose of this notice and reserving all rights to object to jurisdiction, venue or service, and preserving all defenses, comes Defendant Advantage Builders of America d/b/a Advantage Builders of SW Florida ("Advantage Builders"), and gives notice that on July 29, 2011, Advantage Builders filed a petition in bankruptcy under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Case No. 9:11-bk-14163-BSS.[1]  As a result of its bankruptcy filing, pursuant to 11 U.S.C.

---

[1] Undersigned counsel sought and received authority from the Trustee to file the instant notice.

§ 362, an automatic stay is in effect, staying all proceedings against Advantage Builders, including the captioned matter.

Accordingly, Advantage Builders requests that the Court and all parties to this action take note of its bankruptcy filing and of the application of the automatic stay unless and until the bankruptcy court enters an order lifting the automatic stay.

    KREBS, FARLEY & PELLETERI, P.L.L.C.

    /s/ Charles B. Long
    CHARLES B. LONG (#22824)
    THOMAS H. PEYTON (#32635)
    400 Poydras Street, Suite 2500
    New Orleans, Louisiana   70130
    Telephone:   504-299-3570
    Facsimile:   504-299-3582
    E-mail:   clong@kfplaw.com
    E-mail:   tpeyton@kfplaw.com

    ATTORNEYS FOR DEFENDANT
    ADVANTAGE BUILDERS OF AMERICA D/B/A
    ADVANTAGE BUILDERS OF SW FLORIDA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of February, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

    /s/Charles B. Long
    CHARLES B. LONG