UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| ............................................................ | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

**SECOND AMENDED ORDER**

Pursuant to the Order at Rec. Doc. 12482, certain parties to this MDL listed on the Memorandum from the Mediator attached to that Order were ordered to appear in open court on February 23, 2012, immediately following the monthly status conference in this case, and Show Cause why such party should not be held in contempt of this Court, and sanctioned accordingly, for not filing the Court-ordered affidavit pursuant to Rec. Docs. 11881 and 12239.  Since that Order and the Supplemental Order at Rec. Doc. 12510 were issued, a number of additional entities have either confirmed compliance with this Court's Orders or have since complied with those Orders. Therefore, the attachment to the Orders at Rec. Doc. 12482 and Rec. Doc. 12510 are replaced with the attachment to this Order, and only those parties on the attached Second Amended Memorandum are required to appear on February 23, 2012 as previously ordered.

New Orleans, Louisiana this 17th day of February 2012.

_____
U.S. District Judge