UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * * ** * * * * * ** * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

### RULE 44.1 NOTICE OF INTENT TO RAISE ISSUES OF CHINESE LAW BY DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.

Pursuant to Federal Rule of Civil Procedure 44.1, Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. (collectively, the "Taishan Defendants"), by and through their counsel, hereby provide this notice that they intend to raise issues involving Chinese law in addressing the issue of personal jurisdiction.

In previous submissions to this Court, the Taishan Defendants have provided notice that they contend that Chinese law is applicable in determining whether there is personal jurisdiction over the Taishan Defendants. *See* Jan. 14, 2011 Memorandum in Support of Defendants Taishan Gypsum Co. Ltd and Taian Taishan Plasterboard Co., Ltd's Motion For A Protective Order (Rec. Doc. No. 7003-1), at 18 n.17; Aug. 22, 2011 Supplemental Brief by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. with Respect to Motions to Compel Further Jurisdictional Discovery (Rec. Doc. No. 10162), at 15 n.7. Since that time, the parties have engaged in extensive jurisdictional discovery regarding the issue of personal jurisdiction over the

Taishan Defendants and will soon be providing additional briefing on this issue as this Court issued a Scheduling Order as to Personal Jurisdiction over the Taishan Defendants (Rec. Doc. No. 12480) on February 10, 2012.  This Scheduling Order requires the Taishan Defendants to files motions and/or memoranda related to the issue of personal jurisdiction over the Taishan Defendants by April 2, 2012.  *Id*. at 4.

Therefore, the Taishan Defendants hereby provide notice pursuant to Federal Rule of Civil Procedure 44.1 that they intend to raise issues of Chinese law in those motions and/or memoranda in addressing whether there is personal jurisdiction over the Taishan Defendants, including but not limited to the application and effect of Chinese law in determining whether to attribute any U.S. contacts or activities, if any, of (1) Taian Taishan Plasterboard Co., Ltd., Bejing New Building Materials Public Limited Co., China National Building Materials Co., Ltd. or any of their affiliates, subsidiaries or owners to Taishan Gypsum Co., Ltd. or (2) Taishan Gypsum Co., Ltd., Bejing New Building Materials Public Limited Co., China National Building Materials Co., Ltd., or any of their affiliates, subsidiaries or owners to Taian Taishan Plasterboard Co., Ltd. Filing of this Notice shall not constitute or be considered a waiver of any objections to service of process, venue, or jurisdiction, or any other defense on the part of the Taishan Defendants or preclude the Taishan Defendants from making any other motions allowed by law.

February 17, 2012

        Respectfully submitted,

        /s/ Thomas P. Owen, Jr.
        Richard C. Stanley (La. Bar No. 8487)
        Thomas P. Owen, Jr. (La. Bar No. 28181)
        STANLEY, REUTER, ROSS,
        THORNTON & ALFORD, LLC
        909 Poydras Street, Suite 2500
        New Orleans, Louisiana 70112
        Telephone: 504-523-1580
        Facsimile: 504-524-0069
        E-mail: rcs@stanleyreuter.com
        tpo@stanleyreuter.com

        Joe Cyr
        Frank T. Spano
        Eric D. Statman
        HOGAN LOVELLS US LLP
        875 Third Avenue
        New York, New York 10022
        Email: Joe.cyr@hoganlovells.com
        Frank.spano@hoganlovells.com
        Eric.statman@hoganlovells.com
        matthew.galvin@hoganlovells.com
        Telephone: 212-918-3000
        Facsimile: 212-918-3100

        **Attorneys for Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above Rule 44.1 Notice of Intent to Raise Issues of Chinese Law by Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. to Plaintiffs' Steering Committee's First Request for Production of Documents has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, on this 17th day of February 2012.

/s/ Thomas P. Owen Jr.