UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| ALL MATTERS | * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

### LOWE'S RESPONSE TO THE COURT'S ORDER REGARDING CONFIDENTIAL MEDIATION AFFIDAVITS

Lowe's Home Centers, Inc. ("Lowe's") respectfully submits this memorandum in response to this Court's recent Order requiring Lowe's to appear and show cause why it should not be held in contempt of court and/or sanctioned for failing to provide a confidential mediation affidavit.

On February 14, 2012, Lowe's was served through LexisNexis File & Serve with an Order regarding confidential affidavits to the Court appointed mediator. [Rec. 12482, LexisNexis 42504589]. Lowe's was not identified as a non-compliant party, which is correct. On February 16, 2012, Lowe's was served through LexisNexis File & Serve with an Amended Order regarding confidential affidavits to the Court appointed mediator. [Rec. 12510, LexisNexis 42549944]. Lowe's was erroneously identified as a non-compliant party.

There are two important reasons why Lowe's should not be the subject of the Amended Order. First, Lowe's is a Settling Defendant/Downstream InEx Releasee, as those terms are defined in the InEx settlement agreement. Thus, under the terms of this Court's orders, originally and as amended, Lowe's is not required to submit an affidavit to the mediator.

Second, all claims against Lowe's in this centralized MDL have been stayed for well over a year, on joint motion of the PSC and Lowe's. *See,* November 10, 2010 Agreed Stay Order [Rec. 6344]. This stay remains in place until the conclusion of the claims administration process in the pending class action settlement in *Vereen v. Lowe's Home Centers, Inc.,* Case No. SU10-CV-2267B in the Superior Court of Muscogee County, Georgia. The claims administration process is still underway in *Vereen,* so the stay is still in place and Lowe's is therefore not required to submit an affidavit to the mediator.

For the foregoing reasons, Lowe's avers that it is not required to submit a Confidential Mediation Affidavit and, accordingly, should not be held in contempt of court or sanctioned.

                                              **ADAMS AND REESE LLP**

                                              *s/Francis V. Liantonio, Jr.*
                                              WILLIAM B. GAUDET (#1374)
                                              FRANCIS V. LIANTONIO, JR. (#19282)
                                              EDWIN C. LAIZER (#17014)
                                              JEFFREY E. RICHARDSON (#23273)
                                              4500 One Shell Square
                                              701 Poydras Street, Suite 4500
                                              New Orleans, LA 70139
                                              Telephone: (504) 581-3234
                                              Facsimile: (504) 566-0210
                                              ***Attorneys for Defendant Lowe's Home Centers, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of February, 2012.

                                              *s/Francis V. Liantonio, Jr.*