IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Case No.09-7628 Sean Payton, *et al*, v. Knauf Gips KG, et al., | * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COME NOW, Chris S. Coutroulis, D. Matthew Allen, Mark A. Smith, and Paul J. Ullom, of the firm of Carlton Fields, P.A., counsel of record for Defendant, Cardel Master Builder, Inc., d/b/a Cardel Homes, a Delaware corporation ("Cardel Homes") pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and pray for this Court to enter an Order granting leave to withdraw as counsel for the Defendant for the following reasons:

1. Carlton Fields, P.A. was retained to represent Defendant, Cardel Homes.

2. The undersigned counsel have since been discharged by the Defendant.

3. A letter with a copy of this Motion has been provided to the last known good address for the Defendant, Cardel Homes, by certified mail.  The letter advises the Defendant:

   a. Carlton Fields, P.A. is withdrawing as counsel;

   b. Substitution counsel will need to be retained; and

   c. Notification of all upcoming hearings and deadlines

22136841.1

including, but not limited to, this Court's Order (Doc. 8006) dated March 9, 2011 regarding payment of fees to Stone Pigman Walther Wittman LLC..

Enclosed with the letter are copies of the Mediation Order and Confidential Mediation Affidavit.

4. The Defendant, Cardel Homes last known address, email address, and phone number are:

Address: Cardel Master Builder, Inc. d/b/a Cardel Homes
3160 South Falkenburg Road
Riverview, FL  33569

Telephone No.: (813) 612-8001

WHEREFORE, the undersigned respectfully request that the Court grant the Motion to Withdraw as Counsel for Defendant in the above case.

Respectfully submitted,

 /s/ D. Matthew Allen
Chris S. Coutroulis
Florida Bar No. 300705
Mark A. Smith
Florida Bar No. 0022033
D. Matthew Allen
Florida Bar No. 866326
Paul J. Ullom
Florida Bar No. 776513
CARLTON FIELDS
P.O. Box 3239
Tampa, Florida 33601-3239
Telephone: (813) 223-7000
Fax: (813) 229-4133

>ccoutrolis@carltonfields.com
>msmith@carltonfields.com
>mallen@carltonfields.com
>pullom@carltonfields.com
>
>***Counsel for Cardel Master Builder, Inc. d/b/a Cardel Home***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of February, 2012.

 /s/ D. Matthew Allen

22136841.1