# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2047 |
| | | SECTION L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| Case No.09-7628 Sean Payton, *et al*, v. Knauf Gips KG, et al., | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM OF LAW IN SUPPORT OF
### MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COME NOW, Chris S. Coutroulis, D. Matthew Allen, Mark A. Smith, and Paul J. Ullom, of the firm of Carlton Fields, P.A., counsel of record for Defendant, Cardel Master Builder, Inc., d/b/a Cardel Homes, a Delaware corporation ("Cardel Homes") and files this Memorandum of Law in Support of the Motion to Withdraw as counsel for the Defendant,

1. Local Civil Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana states:

> The original counsel of record must represent the party for whom he or she appears unless the court permits him or her to withdraw from the case. Counsel of record may obtain permission only upon joint motion (of current counsel or record and new counsel of record) to substitute counsel or upon a written motion served on opposing counsel and the client.  <u>If other counsel is not thereby substituted, the motion to withdraw must contain the present address of the client and the client's telephone number if the client can be reached by telephone.  The motion must be accompanied by a certificate of service, including a statement that the client has been notified of all deadlines and pending court appearances, served on both the client by certified mail and opposing counsel, or an affidavit stating why service has not been made</u>. (emphasis added).

22142826.1

2.	The Motion to Withdraw filed by the undersigned complies with all of the requirements of the Local Rule and should be granted.  *See Bryson v. State Farm and Casualty Insurance Company*, 2011 WL 15579494 (2011 E.D. La.)

3.	In considering a Motion to Withdraw, the Court should consider the prejudice withdrawal could cause to other litigants and the administration of justice, and the degree to which withdrawal would delay the resolution of the case.  *See Zurich American Insurance Company v. Harken*, 1999 WL 307612 (1999 E.D. La.); *see also American Economy Insurance Company v. Herrera*, 2007 WL 3276326 (2007 S.D. Cal.).

4.	In the present case, the litigation is still in the initial stages, and the rights of all homebuilders are represented by the Homebuilders' Liaison Counsel.  Therefore, the effect of counsel's withdrawal would be minimal, and should not prevent the granting of counsel's Motion to Withdraw.

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdraw as Counsel for Defendant in the above case.

> Respectfully submitted,
>
> /s/ D. Matthew Allen
> Chris S. Coutroulis
> Florida Bar No. 300705
> Mark A. Smith
> Florida Bar No. 0022033
> D. Matthew Allen
> Florida Bar No. 866326
> Paul J. Ullom
> Florida Bar No. 776513
> CARLTON FIELDS
> P.O. Box 3239
> Tampa, Florida 33601-3239
> Telephone:	(813) 223-7000
> Fax:	(813) 229-4133

22142826.1

>ccoutrolis@carltonfields.com
>msmith@carltonfields.com
>mallen@carltonfields.com
>pullom@carltonfields.com
>
>***Counsel for Cardel Master Builder, Inc. d/b/a Cardel Home***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of February, 2012.

/s/ D. Matthew Allen

22142826.1