UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED        DRYWALL PRODUCTS        LIABILITY LITIGATION | )<br>)<br>) | MDL NO. 2047<br><br>SECTION:  L |
| THIS DOCUMENT RELATES TO: | )<br>)<br>) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Case No. 11-cv-252<br>*Daniel Abreu, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft, KG, et al.*<br>_____ | )<br>)<br>)<br>) | |

### **DEFENDANT LANCER ENTERPRISES' MOTION TO DISMISS**

Defendant Installer Lancer Enterprises, Inc. ("Lancer"), by and through undersigned counsel, moves for entry of appropriate Order of dismissal and in support states these grounds:

1. Lancer has been listed as an installer defendant in this Chinese Drywall litigation on its Exhibit "B" (pg. 2 of 3) and Schedule "3" (pg. 1 of 1) solely based on Lancer's work performed at one (1) home in Florida located at 10591 SW Sarah Way, Port St. Lucie Fl, 34987. This property is apparently owned by Nerio Garcia, Heidi M. Garcia and Clara Mazzarri.

2. Lancer did <u>not</u> install Chinese drywall at this property when the house was originally constructed.

3. Lancer was hired by a Remediation contractor to install <u>replacement</u> <u>U.S.-manufactured</u> <u>drywall</u> in 2008 after the house had been identified as containing defective drywall and all such drywall had been removed.

4. Plaintiffs failed to undertake reasonable due diligence investigation as to the work performed by Lancer before this lawsuit was filed.

5. Lancer has provided to Plaintiffs proof of its remediation services.

6. There are no known facts to support any claim or causes of action against Lancer under these circumstances.

7. Thus, Plaintiffs have failed to state a proper cause of action under Rule 12(b)(6), F.R.C.P. Further, this lawsuit against Lancer is in violation of Rule 11, F.R.C.P.

WHEREFORE, Defendant Lancer Enterprises, Inc. moves for its dismissal, for award of its costs and all other relief as justice requires.

> Respectfully submitted,
>
> LANCER ENTERPRISES, INC., Defendant
>
> By: s/ Steven G. Schwartz
> Steven G. Schwartz, Esquire
> Schwartz Law Group
> 6751 N. Federal Highway, #400
> Boca Raton, FL 33487
> Ph: 561-395-4747
> Fx: 561-367-1550
> sgs@theschwartzlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, Jennifer Lascio by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>21st</u> day of February, 2012.

> /s/ Steven G. Schwartz
> Steven G. Schwartz, Esq.

L:\OPEN FILES\100540\Pleadings\Motion to Dismiss-jg.doc