IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Block, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-1363, Sect. L MAG 2 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT, CHRISTOPHER DUET'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL AND/OR FOR SANCTIONS REGARDING PROFILE FORMS

NOW COMES, Christopher Duet and in response to Plaintiffs' Motion to Compel regarding profile forms states as follows:

1. Christopher Duet was recently served in this lawsuit, and had previously sought an extension of time to submit the profile form.

2. Due to unforeseen circumstances, the profile form was not able to be completed until today. However, the profile form has now been provided to Plaintiffs' counsel.

3. In fact, Christopher Duet was served with the Complaint just a short time prior the Plaintiffs filing their Motion to Compel. As such, it has not been a great deal of time since Christopher Duet has been involved in this lawsuit.

WHEREFORE, Christopher Duet respectfully request that this Honorable Court deny Plaintiffs' Motion as it relates to him, and granting any further relief this Court deems just and equitable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing RESPONSE TO PLAINTIFFS' MOTION TO COMPEL AND/OR FOR SANCTIONS REGARDING PROFILE FORMS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 21st day of February, 2012.

SELLARS, MARION & BACHI, P.A.
Attorneys for Christopher Duet
811 North Olive Avenue
West Palm Beach, FL  33401
Telephone:  (561) 655-8111
Facsimile:  (561) 655-4994


By:___/s/ Jeremy D. Bertsch_____
        Florida Bar No.: 0043308