FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | MDL No.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Hobbie v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | |

**RCR HOLDINGS II, LLC'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO MOTION TO STRIKE PLAINTIFFS' RESPONSE IN OPPOSITION
TO ARCH INSURANCE COMPANY'S MOTION TO DISMISS
THIRD-PARTY COMPLAINT OF RCR HOLDINGS II, LLC
OR ALTERNATIVELY TO TRANSFER VENUE [D.E. 12410]**

RCR HOLDINGS II, LLC ("RCR") hereby moves the Court for a seven (7) day enlargement of time to respond to the Motion to Strike Plaintiffs' Response in Opposition to Arch Insurance Company's Motion to Dismiss Third-Party Complaint of RCR Holdings II, LLC or Alternatively to Transfer Venue [D.E. 12410]. In support of this Motion, RCR states as follows:

1. RCR's response to the Motion to Strike Plaintiffs' Response in Opposition to Arch Insurance Company's Motion to Dismiss Third-Party Complaint of RCR Holdings II, LLC or Alternatively to Transfer Venue [D.E. 12410] is due to be filed on February 21, 2012.

2. In order to adequately evaluate the arguments raised in the pleading and formulate a cogent response thereto, RCR requires an enlargement of time of seven (7) days, *i.e.*, on or before February 28, 2012, to file its response to the Motion to Strike Plaintiffs' Response in

Opposition to Arch Insurance Company's Motion to Dismiss Third-Party Complaint of RCR Holdings II, LLC or Alternatively to Transfer Venue.

3. Counsel for ARCH INSURANCE COMPANY have been contacted with regard to this extension request. However, the undersigned has not received a response. Therefore, undersigned counsel does not know whether there is any objection to this Motion, and will supplement this Motion once ARCH INSURANCE COMPANY's position on this extension request is known.

4. The granting of this motion will not prejudice any party, and is being sought in good faith and not for delay or any other improper purpose.

WHEREFORE, RCR HOLDINGS II, LLC respectfully requests the Court to grant its Motion for Enlargement of Time to Respond to Motion to Strike Plaintiffs' Response in Opposition to Arch Insurance Company's Motion to Dismiss Third-Party Complaint of RCR Holdings II, LLC or Alternatively to Transfer Venue [D.E. 12410], up to and including February 28, 2012. A proposed order is attached as Exhibit "A" for the convenience of the Court.

Respectfully submitted,

s/GREGORY S. WEISS
GREGORY S. WEISS (Florida Bar No.: 163430)
*Attorneys for RCR Holdings II, LLC*
LEOPOLD LAW, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
Email: gweiss@leopold-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing RCR HOLDINGS II, LLC'S MOTION TO STRIKE PLAINTIFFS' RESPONSE IN OPPOSITION TO ARCH INSURANCE COMPANY'S MOTION TO DISMISS THIRD-PARTY COMPLAINT OF RCR HOLDINGS II, LLC OR ALTERNATIVELY TO TRANSFER VENUE has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System in accordance with the procedures established in MDL 2047, on this 21st day of February, 2012.

s/GREGORY S. WEISS
GREGORY S. WEISS
Florida Bar No.: 163430