**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION** | **MDL No.: 2047 SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** **Hobbie v. RCR Holdings II, LLC, et al. No. 10-1113** | |

## ORDER

Considering RCR HOLDINGS II, LLC's Motion for Enlargement of Time to Respond to Motion to Strike Plaintiffs' Response in Opposition to Arch Insurance Company's Motion to Dismiss Third-Party Complaint of RCR Holdings II, LLC or Alternatively to Transfer Venue [D.E. 12410];

IT IS ORDERED BY THE COURT that the motion is GRANTED.

RCR HOLDINGS II, LLC shall have until February 28, 2012 within which to file its response to Motion to Strike Plaintiffs' Response in Opposition to Arch Insurance Company's Motion to Dismiss Third-Party Complaint of RCR Holdings II, LLC or Alternatively to Transfer Venue [D.E. 12410].

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE