UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------  x  ----------------------------------------------
                                                                                               x

ROBERT W. BLOCK, III, ET AL.            x         CASE NO: 11-1363 SECTION L

                                                              x

           v.                                                    x

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT,
KG,   et al.

----------------------------------------------------------  x  ----------------------------------------------

**NOTICE OF APPEARANCE**

     Robert V. Fitzsimmons, Esq., and the law firm of Rumberger, Kirk & Caldwell, P.A., hereby enters their appearance as counsel for Defendants, M.K. DEVELOPERS, INC. and LUCKY STRIKE M.K., INC., and requests that copies of all pleadings filed in this matter be forwarded to undersigned.

                                           Respectfully Submitted,

                                           /s/ Robert V. Fitzsimmons
                                         ROBERT V. FITZSIMMONS
                                         Florida Bar No. 0355739
                                         RUMBERGER, KIRK & CALDWELL
                                         A Professional Association
                                         Brickell Bayview Centre, Suite 3000
                                         80 S.W. 8th Street (33130-3037)
                                         Post Office Box 01-9041
                                         Miami, Florida 33101
                                         Telephone: (305) 358-5577
                                         Telecopier: (305) 371-7580

                                         *Attorneys for Defendants, M.K. Developers,*
                                         *Inc. and Lucky Strike M.K., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2012.

/s/ Robert V. Fitzsimmons
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendants, M.K. Developers, Inc. and Lucky Strike M.K., Inc.*