UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2:09-MD-02047 SECTION L JUDGE: FALLON |
| **This document related to:** ALL CASES | * | MAG: WILKINSON |

*************************************************************************

## MOTION TO ENROLL CO-COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Capital Construction, Inc., who requests that this Honorable Court allow Philip G. Watson and Ryan M. Malone of Duplass, Zwain, Bourgeois, Pfister & Weinstock, 3838 North Causeway Boulevard, Suite 2900, Metairie, Louisiana 70002, to enroll as co-counsel in the above captioned matter for Defendant, Capital Construction, Inc.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
Telephone: (504) 832-3700
Facsimile (504) 837-3119
**Counsel for Defendant, Capital Construction, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2012, a copy of the foregoing Motion to Enroll Co-Counsel, was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK
andreww@duplass.com

00311874-1