UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER

The Court received and reviewed the attached correspondence. IT IS ORDERED that this correspondence is entered into the record, notifying installers, builders, suppliers, and these parties' insurers, who are litigating in state court of the invitation and opportunity to participate in the Global Settlement Offer with the Plaintiffs' Steering Committee.

New Orleans, Louisiana this 22nd day of February 2012.

_____
U.S. District Judge