# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER •
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN •
MICHAEL M. WEINKOWITZ • †
CHARLES C. SWEEDLER •
MATTHEW C. GAUGHAN • †
KEITH J. VERRIER •
BRIAN F. FOX
• also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

February 13, 2012

**VIA E-MAIL**

John W. Perry, Jr.
PERRY DAMPF DISPUTE SOLUTIONS
721 Government Street, Suite 102
Baton Rouge, LA 70802

      Re: *Chinese Drywall Litigation*
           *Confidential Mediation Affidavits*

Dear Mr. Perry:

     I am writing to respond to your inquiry regarding whether the Global Settlement Offer proposed by the PSC to installers, builders, suppliers and their insurers that you are in the process of negotiating applies to claims in both MDL No. 2047 and state court, or only for claims in the MDL. As I have told you in our meetings, and now I am specifically stating in this letter that I understand you will disseminate, the Global Offer, if it is accepted, is for a release of any and all claims in a nationwide class action whether the claims are in the MDL or in state court or not filed in any court, against all builders, suppliers, installers and their insurers who have not previously settled, except for addresses in the State of Virginia. Therefore, even though the affidavit process ordered by Judge Fallon is mandatory only with regard to defendants in the MDL, to the extent that any builder, installer or supplier who is not a party in the MDL participates in the process and participates in funding this Global Settlement, and a settlement is reached, the global release will include all claims against those participating builders, installers and suppliers, except for any opt-out claims. In addition, as set forth in Judge Fallon's Order, any party submitting such an affidavit or participating in the settlement negotiations is not otherwise subjecting itself to jurisdiction in the MDL, and the PSC agrees that such party reserves any and all objections to jurisdiction or venue it may have. Further, if litigants in the MDL disclose confidentially to you the total number of all addresses for which they may have alleged responsibility for Chinese Drywall (rather than simply the number of addresses involving claims in the MDL) the additional addresses will be included in the global release. Finally, although the

**LEVIN, FISHBEIN, SEDRAN & BERMAN**

John W. Perry, Jr.
February 13, 2012
Page Two

-----------------------------------

deadline for MDL litigants to submit an affidavit has passed, the PSC will allow an additional time period for non-MDL litigants who wish to participate in the settlement to submit an affidavit. If I can be of any further assistance, please feel free to give me a call.

Respectfully,

**ARNOLD LEVIN**
**Lead Counsel for Plaintiffs' Steering Committee**

cc:   Honorable Eldon E. Fallon **(via e-mail)**
      Judy Y. Barrasso, Esquire **(via e-mail)**
      H. Minor Pipes, III, Esquire **(via e-mail)**
      Hillary Bass, Esquire **(via e-mail)**
      Dorothy Wimberly, Esquire **(via e-mail)**
      Bob Fitzsimmons, Esquire **(via e-mail)**
      Russ Herman, Esquire **(via e-mail)**
      Leonard Davis, Esquire **(via e-mail)**
      Fred S. Longer, Esquire **(via e-mail)**