UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Plaintiffs' Steering Committee's Reply Memorandum in Support of Motion to Lift Stays [Doc. No. 12459];

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Reply Memorandum in Support of Motion to Lift Stays [Doc. No. 12459].

New Orleans, Louisiana, this ____ day of February, 2012.

_____
Honorable Eldon E. Fallon
U.S. District Judge