**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

**Loretta G. Whyte**　　　　　　　　　　　　　　　　　　　　　　　　　500 Camp St., Room C-151
**Clerk**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130

February 22, 2012

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit　　　　　　　　APPEAL NO. 11-30619
200 South Maestri Street
New Orleans, LA  70130

IN RE: In Re: Chinese Manufactured Drywall 09-md-2047 "L"

Dear Sir:

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

　　___ 1) Record on appeal consisting of:

　　　　___ Volume(s) of record　　___ Volume(s) of transcript

　　　　___ Volume(s) of depositions

　　　　___ Container(s) of exhibits___ Box　___ Envelope　___ Folder

　　_X_ 2) 5th Supplemental record, Docs. __10231 only__

　　___ 3) SEALED Doc. ____

　　___ 4) Other: _____

　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　By___JDH_____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk