# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**  
**Clerk**

500 Camp St., Room C-151  
New Orleans, LA 70130

February 22, 2012

Mr. Lyle W. Cayce, Clerk  
U. S. Court of Appeals, Fifth Circuit  
200 South Maestri Street  
New Orleans, LA 70130

APPEAL NO. 11-30619

IN RE: In Re: Chinese Manufactured Drywall 09-md-2047

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Record on appeal consisting of:

    ___ Volume(s) of record    ___ Volume(s) of transcript

    ___ Volume(s) of depositions

    ___ Container(s) of exhibits ___ Box ___ Envelope ___ Folder

_X_ 2) 4th Supplemental record, Docs. **12443-12446**

___ 3) SEALED Doc. ____

___ 4) Other: _____

Very truly yours,

By____JDH_____  
Deputy Clerk