UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2047 <br> * <br> *  JUDGE ELDON E. FALLON <br> * <br> *  SECTION L |
| This Document Relates to: | * <br> *  MAGISTRATE JUDGE |
| ALL HOMEBUILDERS | *  WILKINSON <br> * |
| IN ALL CASES | * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER TO ALL HOME BUILDERS

On March 9, 2011, the Court entered a Fee Order [Rec. Doc. 8006] requiring all home builders to share responsibility for the fees and expenses of their liaison counsel appointed pursuant to Pre-Trial Order 7B. The Court directed the parties to contact Dorothy Wimberly, dwimberly@stonepigman.com, with any questions about the Fee Order. Additionally, the Court clarified that these payments constituted costs of defense. [Rec. Doc. 8331, p. 31]. Pursuant to this Order, payments were due within ten business days, *i.e.*, by March 23, 2011. Thereafter, the Court further clarified the Fee Order to confirm that compliance by any builder does not constitute a waiver of any pending defenses and objections, including objections to the jurisdiction of the Court [Rec. Doc. 8401]. In the monthly status reports and at the monthly status conferences, the Court repeatedly reminded all home builders of the payments due pursuant to this Fee Order, which applies to all home builders in this MDL, including newly added builders. And on August 22, 2011, the Court entered a Supplemental Fee Order [Rec. Doc. 10147] requiring all homebuilders who had not

yet complied with the March 9 Fee Order to deposit their respective contributions to the fees and expenses of Homebuilders' Liaison Counsel on or before August 31, 2011.  Notwithstanding these Orders and monthly reminders, the home builders on Exhibit A have failed to comply with the Fee Order.  Accordingly,

**IT IS HEREBY ORDERED** each home builder subject to the Court's Fee Orders [Rec. Docs. 8006 and 10147] and who appears on the attached Exhibit A identifying those home builders in OMNI 1-12, and 14, as failing to comply with the Fee Order, shall Appear in open court on March 22, 2012, immediately following the monthly status conference in this case, and Show Cause why such party should not be held in contempt of this Court and sanctioned accordingly.  Any home builder who complies with this Order prior to March 20, 2012, by depositing the amounts owed with the Clerk of Court pursuant to the instructions in the Fee Order, shall be relieved of the requirement to Appear and Show Cause.  Any home builder with questions as to the amount owed pursuant to the Fee Order is directed to contact Dorothy H. Wimberly, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130, 504-593-0849, or **dwimberly@stonepigman.com**.

**NEW ORLEANS, LOUISIANA,** this 22nd day of February, 2012.

*[signature: Eldon E. Fallon]*

     **ELDON E. FALLON**
     **UNITED STATES DISTRICT JUDGE**

EXHIBIT A
BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

| BUILDER | OMNI # |
|---|---|
| 3180 Lamb Court Acquisition, LLC | 4 |
| 616 LLC/Andy Ziffer | 4, 10, 12 |
| A & C Development, LLC | 7 |
| A & D Homes, Inc. | 2 |
| A&D Homes, LLC | 7 |
| A.R.B.C. Corporation | 2 |
| Ability Construction, Inc. | 9 |
| Abington Woods, LLC | 1 |
| Aburton Homes, Inc. | 1, 4, 7, 10 |
| Adams Homes L.L.C. | 8 |
| Adams Homes Realty, Inc. | 7 |
| AHJV, LLC | 2 |
| AJ & Sons Construction, LLC | 10 |
| AJ Brothers, Inc. | 12 |
| Alana Development Corporation | 1 |
| Albanese-Popkin The Oaks Development Group Inc. | 7 |
| Albanese-Popkin the Oaks Development Group, L.P. | 1, 2, 4, 5 |
| Albert Howard, Jr. | 7 |
| Alliance Construction Inc., n/k/a Cornerstone Group Construction, Inc. | 10 |
| Allied Construction, Inc. | 9 |
| Alternative Source, Inc. | 1 |
| Alvin Royes, Jr., LLC | 1 |
| American Dream Builders, Inc. | 1 |
| American Homes, LLC | 2, 7, 9, 10 |
| American Housing Corporation | 9 |
| Ameritek Homes Co. f/k/a Dulcie and Company, Inc. | 12 |
| Anadon Construction, LLC | 7 |
| Angel Developments LLC | 4, 9, 10 |
| Anthony Raggs | 1 |
| Anthony Skrmetti | 1 |
| Antilles Vero Beach, LLC | 1, 2, 4, 7, 14 |
| Arif Parupia | 12 |
| Arizen Homes | 4 |
| Arizen Homes, Inc. | 1, 2, 4, 7, 9-11 |
| Associated Builders and Developers Inc. | 10 |
| Atlantic Homes Development Corporation | 2 |
| Avalon Preserve Developers, LLC | 1, 4, 7, 9, 10 |
| B & E Construction of Miami Corp. | 1, 4, 10 |
| B&W Complete Construction, Inc. | 1 |
| B.B.S. Builders, Inc. | 1 |
| Banner Homes of Florida, Inc. | 7, 9 |
| Barloy Contractors, Inc. | 12 |
| Barney Core | 14 |
| Barony Homes, Inc. | 1, 2, 8 |
| Bay Area Custom Homes, LLC | 14 |
| Bay Colony - Gateway, Inc. | 1, 2 |
| Bay Town Builders, LLC | 12 |
| BDG Waterstone, LLC | 1, 2, 8 |
| Beaty Quality Homes | 8 |
| Belmont Lakes Investments, LLC | 1 |
| Benjamin J. Castaldo Building Contractor, LLC | 8 |

EXHIBIT A
BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

| Builder | |
|---|---|
| Berrywood Estates a Senior Community, LLC | 4 |
| Best Homes of SW FL Inc. | 9 |
| Best Homes of SW Florida, Inc. a/k/a Legend Custom Builders, Inc. | 12 |
| BHD Corp. | 1 |
| BJ&K Condo Construction, Inc. | 10, 12 |
| Blackhawk Partners, LLC | 1 |
| Blue Line Builders, Inc. | 14 |
| Blue Oaks/Gulfstream Development, LLC | 1 |
| BO Builders, LLC | 1, 10 |
| Bonita Beachwalk, LLC | 1 |
| Bove Company | 1 |
| Boynton Village, LLC | 10 |
| Brandhurst Construction & Maintenance Co., Inc. | 7 |
| Brantley Homes, Inc. | 1, 10 |
| Bridges Development Group, Inc. | 7 |
| Brielle Townhomes, LLC | 10 |
| Brighton Builders | 9 |
| Brighton Home Builders, Inc. | 2 |
| Brightwater Community 1 LLC | 1 |
| Bristol Corner, LLC | 2, 7 |
| Brothers Properties LA, LLC | 2 |
| Builder's Line, Inc. | 8 |
| Building Resources, Inc. | 8 |
| Builtek Corp. | 14 |
| Buquoi Construction, LLC | 4 |
| Burnett Construction Co. | 1 |
| Bush Construction Corporation | 2 |
| BV 6334, LLC | 8 |
| C&G Development Group, LLC | 7 |
| C. Craig Edewaard, Inc. | 10 |
| C.A. Steelman, Inc. | 14 |
| C.A.L. Investments, LLC | 14 |
| CA Steelman, Inc. | 10 |
| Cabot Homes | 4 |
| Cajun Construction & Development, LLC | 4 |
| Caliber Homes, LLC | 7 |
| Cali-Florida Investments, Inc. | 7 |
| Calvin P. Williams | 2 |
| Canino Construction, Inc. | 12, 14 |
| Cardel Master Builder, Inc. d/b/a Cardel Homes | 1 |
| Caribbean Custom Homes, Inc. | 10 |
| Caribe Central LLC | 1, 10 |
| Caribe East LLC | 1, 10 |
| Caribe Homes Corp. | 1, 10 |
| Carl B. Hamilton, Inc. | 10 |
| Carribean Custom Builders and Developers | 4 |
| Castillo Azul Developers, Inc. | 9 |
| Catalano Custom Homes, LLC | 1 |
| CB Creek, Inc. | 2 |
| Centeral HarborHomes Corporation | 2 |
| Centex Homes | 2 |
| Central Peninsula Contracting LLC | 1 |

EXHIBIT A
BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

| Builder | Claims |
|---|---|
| Centurion Homes of Louisiana, LLC | 1, 10 |
| Century Builders Group, Inc. | 1 |
| Certified Building Systems, Inc. | 14 |
| CGF Construction Corp. | 1, 14 |
| Chabot Enterprises, Inc. | 1, 10 |
| Chase Construction, Inc. | 2, 9 |
| Choice Homes, Inc. | 10 |
| Choice Homes, Inc. a/k/a Parkmont Homes, Reflection Homes | 8 |
| Chris Booty | 1 |
| Christopher Duet | 10 |
| Christopher M. Odom | 1 |
| Christopher O. and Valerie M. Jones | 7 |
| Chuck Hurst Contracting | 10 |
| Coastal Living Homes, L.L.C. | 7, 10, 12 |
| Comfort Home Builders, Inc. | 1, 4, 9 |
| Conti Construction Company, Inc. | 7 |
| Continental Drywall Contractors, Inc. | 1 |
| Core Construction, LLC | 4, 7, 9, 10 |
| Cornerstone Construction of S.W. Florida, Inc. | 7, 10 |
| Cornerstone Construction, Inc. | 14 |
| Cornerstone Group Construction, Inc. | 9 |
| Coscan Home Builders, LLC | 14 |
| Coscan Homes, LLC | 10 |
| Country Walk Sales, LLC | 2 |
| Craftsmen Builders, Inc. | 1, 12 |
| Crosby Development Company, LLC | 1 |
| Crossroad Homes, Inc. | 2 |
| Crown Builders, Inc. | 1 |
| Curb Appeal Home Builders, Inc. | 2 |
| Curtis Lee Wimberly General Contractor, Incorporated | 11 |
| Cypress Corporation of Southwest Florida | 9 |
| D&A Construction Services, Inc. | 7, 10 |
| D&W Homes, LLC | 4 |
| Dalmau Construction, Corp. | 7 |
| Daniel Wayne Homes, Inc. | 2 |
| Darling Homes, Inc. | 8 |
| Darling Homes, LLC | 8 |
| Dave Johnson Construction, Inc. | 12 |
| David Daniels, individually | 2 |
| David Ray Gavins | 1 |
| David W. Stewart, Inc. | 7 |
| Davis General Contractors | 4 |
| DCT Investment Group, Inc. | 14 |
| Deco Paver Bricks, Inc. | 14 |
| Dedicated Builders, LLC | 1, 10 |
| Deer Creek Estates, II, LLC | 8 |
| Delacruz Enterprise's, Inc. | 4 |
| Delta-Eden, Inc. | 2 |
| DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc. | 1 |
| Derby Homes, Inc. | 1 |
| Desarata Building Corporation | 12 |
| Design Contractors, LLC | 1 |

EXHIBIT A
BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

| Builder | |
|---|---|
| Design Drywall of South Florida, LLC | 1 |
| Development Co. of Boca, Inc. d/b/a Boca Developers | 2 |
| Dima Homes, Inc. | 10 |
| Distinctive Builders, Inc. | 9 |
| Dobson Construction, Inc. | 9 |
| Donnie Proctor | 8 |
| Dorado Homes Development, Ltd. | 1, 12, 14 |
| Double D. Investments of Broward LLC | 9 |
| Dove Enterprises Contractor & Design, Inc. | 10 |
| E.B. Developers, Inc. | 1, 2 |
| East Meadow Construction, Inc. | 9 |
| Eastmond Enterprises, Inc. | 2, 11 |
| Edewaard Development Company, LLC | 4, 10 |
| EH Building Group | 1 |
| EH Building Group II, LLC | 10 |
| EH Building Group, LLC | 12 |
| Elite Construction Co. SW Inc. | 1 |
| Elite Developers, LLC | 10 |
| Elite Home Construction Inc. | 1 |
| Enchanted Homes, Inc. | 1, 2, 3, 7, 10, 12 |
| Esplanade Construction, L.L.C. | 7 |
| Estate Homes, Inc. | 8 |
| European Quality Builders, LLC | 9 |
| Executive Home Builders, LLC | 1 |
| F. Development, LLC | 9 |
| Fagan Homebuilders, LLC | 8 |
| FFH, LLC | 2 |
| First Choice Homes of S.W. Florida, Inc. | 7 |
| First Construction Corporation | 1 |
| Fisher & Son Contractors, LLC | 1 |
| Fisherman Homes, Inc. | 10 |
| Flips, L.L.C. | 7 |
| Floridian Gulf Coast Homes, Inc. | 1, 9 |
| Fortis Construction, LLC | 1 |
| Foster Coatings & Contracting | 10 |
| Foster Home Builders, Inc. | 12 |
| Fountain Homes | 10 |
| Four Star Group, Inc. | 10 |
| Francisco Tomas Permuy | 1 |
| Franciscus Homes, Inc. | 2 |
| Freemar Homes, Inc. | 4 |
| Fusion Building Concepts, Inc. | 1 |
| G. Drywalls Corporation | 1 |
| G.L.B. and Associates, Inc. d/b/a Balli Construction | 1 |
| Gabourel's Construction, L.L.C. | 7 |
| Galloway Home Builders, Inc. | 10 |
| Galloway Sunset Estates, Inc. | 1 |
| Garram Homes, Inc. | 1 |
| Gatco Construction, Inc. | 1 |
| Gavins Construction Company | 1 |
| GEM Builders, Inc. | 10 |
| Genesis Residential Group, Inc. | 1 |

EXHIBIT A
BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

| Builder | |
|---|---|
| Genestis Group, Inc. | 2 |
| GGG Edinburgh Estates, LLP | 8 |
| GHO Development Corporation | 1 |
| GHO Properties, Inc. | 8 |
| Gilbert Lucas | 7 |
| Global Home Builders of the Treasure Coast, Inc. | 1 |
| Global Home Builders, Inc. | 1 |
| Global Home Builders, LLC | 1 |
| Gold Coast Homes of Lee County, Inc. | 8 |
| Gooden Homes, LLC | 1 |
| Governor's Pointe, LLC | 2 |
| Grand Palazzo Hendricks, LLC | 4 |
| Grande Valley Homes, L.L.C. | 14 |
| Grande Valley Homes, LLC d/b/a Casa Linda Homes | 8, 12 |
| Grant Homes, LLC | 7, 8 |
| Green Devco, Inc. | 10 |
| Greensprings Condominiums, LLC | 2 |
| Greensprings Plantation, Inc. | 2 |
| Gregg Nieberg, Inc. | 1 |
| Greystoke Homes at South Point II LLC | 1 |
| Grove Hammocks Investments LLC | 4, 8, 10 |
| Gryphon Corporation | 5 |
| Gryphon Corporation (GC) | 2 |
| Guillermo Permuy | 1 |
| Gulfstream Development Group | 14 |
| Gulfstream Development Group, LLC | 7, 8, 12, 14 |
| Gulfstream Development, LLC | 1 |
| Gwen Core | 1 |
| H & H Custom Homebuilders | 1 |
| Hallmark Homes, Inc. | 1 |
| Hammer Commercial Services, LLC | 10 |
| Hampton Homes, LLC | 8 |
| Hanover Homes | 4 |
| Hanover Homes, Inc. | 7, 9, 10 |
| Hansen Homes | 1, 2 |
| Hanson Homes, Inc. | 1, 9, 10 |
| Harbor Walk Development, LLC | 2 |
| Haven Properties, Inc. | 9, 11 |
| Hawkeye Construction | 12 |
| Hawkeye Construction, Inc. | 10 |
| Hessen Construction, Corp. | 10 |
| HHJV, LLC | 2 |
| Holder Construction Co., Inc. | 10 |
| Home DevCo, LLC | 2 |
| Hometown Concepts, Inc. d/b/a Hampton Homes | 8 |
| Horizon Builders, Inc. | 10 |
| Hulsey-Nezlo Construction, LLC | 7, 9 |
| Hutchinson Homes, Inc. | 1, 8 |
| ICI Homes, Inc. | 1 |
| Inman Construction Services | 2 |
| Innovative Custom Builders Inc. | 10 |
| Intercoastal Construction Co. | 1 |

5

EXHIBIT A
BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

| Builder | |
|---|---|
| International Property Investments of Central Florida, Inc. d/b/a Henin International | 2 |
| Intervest Construction, Inc. | 1 |
| Investment Properties Unlimited Inc. | 1 |
| Ironwood Properties | 4 |
| Ironwood Properties, Inc. | 1, 2, 7, 10, 14 |
| Island Development, LLC | 8 |
| J&E Developers, Inc. | 10 |
| J. Cherry and Sons, Inc. | 4, 9 |
| J. Galloway Construction, Inc. | 2 |
| J.K. Lassitter Construction, LLC | 9 |
| J.S.D. Builders, Inc. | 10 |
| Jacobus Builders of Florida, Inc. | 14 |
| James & Vita, L.L.C. | 7 |
| James G. Hoskins, Inc. d/b/a Chippendale | 7 |
| James LeBlanc | 1 |
| James Stokley d/b/a Choctaw Builders; Choctaw Builders, Inc. | 4 |
| J-Bec Homes of Diamondhead, LLC | 10 |
| JD Custom Homes, Inc. | 1 |
| Jerome Henin, individually | 2 |
| JJK&A Holding Corporation | 1, 10 |
| John G. Finch Construction, LLC | 1 |
| John Paul George d/b/a JPG Enterprises, Inc. | 1 |
| Johnson & Johnson Home Repairs, L.L.C. | 7 |
| Jonathan Scott Shewmake | 1 |
| Joseph E. Clouse, Inc. | 4 |
| Joseph Scott | 2, 7 |
| JP Renovations, Inc. | 7 |
| JPG Enterprises, Inc. | 1 |
| JPG Enterprises, Inc. d/b/a Majestic Homes | 4 |
| JSK Construction, Inc. | 10 |
| JST Properties, LLC of Mississippi | 1 |
| K.A. Wallace, Inc. DBA Kenwood Homes | 9 |
| Kaye Homes of South Florida, Inc. | 2 |
| Ken Roberts | 1 |
| Kenneth D. Nichols | 7 |
| Kensington Homes, LLC | 2, 8 |
| Kenwood Homes, Inc. | 7 |
| Kimball Hill Homes Florida, Inc. | 7, 11 |
| Kolter Homes, LLC | 1 |
| KSH Construction, LLC | 10 |
| L&J Builders, Inc. | 7 |
| L.J.&L. Enterprises, Inc. | 11 |
| La Homes and Properties, Inc. | 1 |
| Lake Shore Construction, LLC | 12 |
| Lakeside Village Development, L.L.C. 1 | 1 |
| Land Resources LLC | 1 |
| Las Playas LLC | 1 |
| Last Minute Properties, LLC | 1 |
| Lauris Boulanger, Inc. | 7, 9 |
| Laviolette Construction Corp. | 10 |
| Lavish Holding Corp. | 2, 4, 7, 9 |
| Lawrence Migliar LLJ Construction | 1 |

EXHIBIT A
BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

| Builder | Numbers |
|---|---|
| Lee Harbor Homes of Florida, Inc. | 1 |
| Lee Harbor Homes, Inc. | 2 |
| Legend Custom Builders, Inc. | 1, 2, 7, 9, 12 |
| Levitt and Sons of Manatee County, LLC | 8 |
| Lexington Homes, Inc. | 9 |
| Liberty Home Builders, Inc. | 4, 7 |
| Lifeway Homes, Inc. | 8 |
| Lifeway Homes, LP | 8 |
| Lighthouse Construction, L.L.C. | 7 |
| Likness Construction Corp. of Southwest Florida | 10, 12 |
| Linel Consulting, LLC | 4 |
| Liongate Design Structure, LLC | 1 |
| Livaudais Electrical & Construction, LLC | 12 |
| Lloyd & Sons Construction, Inc. | 4 |
| Lonnie Vollentine | 7 |
| Louran Builders, Inc. d/b/a Vincent Montalto Construction | 8 |
| Louran Gips KG | 1 |
| LPR Builders, Inc. | 1, 4 |
| Lucky Strike M.K. Inc. | 1, 14 |
| Lucra Investments, Inc. | 1 |
| M J F Construction Corp. | 8 |
| M. Miller and Company, Inc. | 1 |
| M.E. Gibbens, Inc. | 1 |
| M.K. Developers, Inc. | 10 |
| M.K. Development, Inc. | 1 |
| MAC Construction, LLC | 10 |
| Mace Construction, Inc. | 10 |
| MacGlen Builders, Inc. | 2, 7 |
| MacIntosh Homes, LLC | 7 |
| Madussa, LLC | 7 |
| Majestic Custom Homes & Development, Inc. | 1 |
| Majestic Custom Homes & Realty, Inc. | 12 |
| Majestic Homes & Realty Sw LLC | 1, 4 |
| Majestic Homes of Port St. Lucie | 9 |
| Majestic Homes of Port St. Lucie, Inc. | 1, 2, 4 |
| Majestic Homes of Vero Beach, Inc. | 4 |
| Majestic Homes, Inc. | 1 |
| Malphus and Son General Contractors, Inc. | 7 |
| Malphus and Sons | 9 |
| Manclar Builders, Inc. | 9 |
| Manuel Gonzalez Terra Group Intl. | 1 |
| Maranatha Construction, Inc. | 7 |
| Marigold Court, LLC | 1 |
| Mariner Village Townhomes Inc. | 1, 2, 14 |
| Marriott Development, LLC | 10 |
| Master Builders of South Florida, Inc. | 1, 9, 14 |
| Mastercraft Homes, LLC | 10 |
| Matsa Construction Company, Inc. | 1, 7, 9. 10, 12 |
| Mayco Construction, L.L.C. | 12 |
| MC Contractors, Inc. | 7 |
| McCale Development Corporation | 2 |
| MCCAR Homes - Tampa, LLC | 1 |

EXHIBIT A
BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

| Builder | Numbers |
|---|---|
| McCar Homes, Inc. | 2, 7, 9 |
| MC-FT Myers Associates, Ltd. | 7 |
| MC-Ft. Myers Associates, LLC | 9 |
| MCM Building Enterprise, Inc. | 1 |
| Medallion Homes, LLC | 1 |
| Medimart Investment, Inc. | 14 |
| Meiben Home Builders, LLC | 1 |
| Melvin Prange, Jr. Construction, L.L.C. | 1 |
| Mercedes Homes, LLC | 8 |
| Meridian Homes USA, Inc. | 1 |
| Merit Homes, Inc. | 2, 7 |
| Merrick Homes, LLC | 12 |
| Methodical Builders, Inc. | 1 |
| Metropolitan Design Group, Inc. | 12 |
| MGB Construction, Inc. | 1 |
| Midwest Construction & Development Incorporated | 1 |
| Midwest Construction & Development LLC | 2, 12 |
| Millennium Homes & Development, Inc. | 1, 2, 8 |
| Miller Professional Contracting, Inc. | 1 |
| Mills Construction | 7 |
| Milton Construction Co | 10, 12, 14 |
| MJF Construction Corporation | 4 |
| MNB Builders, LLC | 10 |
| Monopoly Builders, Inc. | 2 |
| Morgan Homes, Inc. | 1, 10 |
| Mount Home Builders, Inc. | 10 |
| MW Johnson Construction of Florida, Inc. | 2, 7 |
| Nathanial Crump | 1 |
| Nautical Homes LLC a.k.a. Statewide Structural LLC | 9 |
| Neslo Contracting | 10 |
| Neslo, LLC | 1 |
| New Harbor Lofts, LLC | 7 |
| New Millennium Builders, Inc. | 10 |
| Newtech Builders Corp. | 8, 12 |
| North Palm Estates Homes, Inc. | 1 |
| Northstar Holdings at B & A LLC | 1, 2, 4, 5, 7, 10, 12 |
| Northstar Homebuilders, Inc. | 1, 5 |
| Northstar Homes | 1 |
| Northstar Homes LLC | 9 |
| Northstar Homes, Inc. | 5 |
| Oak Avenue, LLC | 1 |
| OH Investments, Inc. | 11 |
| O'Neal Homes, Inc. | 1 |
| O'Neill/Holliman Corporation | 1, 10 |
| Orchid Grove, LLC | 12 |
| Oscar Jiles d/b/a JJ Construction | 2 |
| Overlook Point, LLC | 2, 5 |
| Overlook, LLC | 2, 5 |
| P N K Builders, LLC | 4 |
| Paradise Builders of S.W. Florida, Inc. | 1, 9 |
| Paragon Homes, Inc. | 1 |
| Paramount Quality Homes Corp. | 1, 8, 9, 12 |

8

EXHIBIT A
BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

| Builder | |
|---|---|
| Parkview Homes Realty, Inc. | 9 |
| Pat's Construction, LLC | 7, 10 |
| Paul Hyde Homes | 1 |
| Pelican Builders, Inc. | 12 |
| Pembroke Park, L.L.C. | 8 |
| Perry Homes, LLC | 10 |
| Philip Latapie | 1 |
| Pine Ridge Real Estate Enterprises, LLC | 1, 4 |
| Pioneer Construction, LLC | 1 |
| Platinum Property Management, Inc. | 14 |
| Ponce Riviera, LLC | 1 |
| Port St. Lucie Builders, Inc. | 4 |
| Precision Built Homes | 10 |
| Preferred Homes | 7 |
| Premier Communities, Inc. | 1 |
| Premier Design Homes, Inc. | 9, 11 |
| Premier Homes, LLC | 9 |
| Premier International Realty d/b/a Henin Realty | 2 |
| Preserve Development, LLC | 2 |
| Prestige Properties | 1 |
| Prestigious Homes, LLC | 14 |
| Pride Homes | 2 |
| Pride Homes, LLC | 1 |
| Prime Homes at Portfolio Falls, Ltd. | 9 |
| Princeton Homes, Inc. | 4, 7 |
| Proctor & Sons Builders, Inc. | 8 |
| Punta Gorda Partners, LLC | 1 |
| R & B Construction & Remodeling, Inc. | 1 |
| R & B Construction of Northwest FL, Inc. | 10 |
| R A Grant Corporation | 2, 9 |
| R.D.S. Construction | 7 |
| R.J. Homes, LLC | 1 |
| R.S. Kelley Construction, Inc. | 8 |
| Rafuls & Associates Construction Co., Inc. | 1 |
| Raintree Construction | 1 |
| Ramirez Builders, Inc. | 10 |
| Randal Maranto Builders, LLC | 1 |
| RCR Holdings II, LLC | 1, 2, 4, 10 |
| Reed Builders, LLC | 1 |
| Regatta Construction, LLC | 1 |
| Renaissance Commons, LLC | 9 |
| Renar Development Co. | 2, 10 |
| Renar Homes, Inc. | 8, 10 |
| Renola Equity Fund III, LLC | 9 |
| Resort Construction Services, Inc. | 8 |
| Resource Rental & Renovation LLC | 1 |
| Restoration Of The Palm Beaches, Inc. | 11 |
| Reve Development Corporation | 9 |
| Rickelman Construction, Inc. | 1 |
| River Oaks I, LLC | 10 |
| RJ Builders & Renovators, Inc. | 10 |
| RJL Drywall, Inc. | 1 |

EXHIBIT A
BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

| Builder | |
|---|---|
| RJM Builders North, Inc. | 8, 14 |
| RJM Homes, Inc. | 1 |
| RL Homes IX, LLC | 1 |
| Rookery Park Estates, LLC | 2 |
| Russell Mills | 2 |
| Rylex Homes, Inc. | 1 |
| S&O Investments, LLC | 7 |
| S. George Investments, LLC | 2 |
| S. Petersen Homes, Inc. | 7, 9, 11 |
| S.A. Weber Construction, LLC | 2 |
| Safeway Contractors, L.L.C. | 1, 7 |
| Sail Harbour, LLC | 12 |
| Sampson Construction Company, L.L.C. | 1 |
| Santa Barbara Estates, Inc. | 4, 8, 10, 12, 14 |
| Santa Barbara Townhomes, Inc. | 2 |
| Santa Maria Builders, LLC | 1 |
| Saturno Construction AB Inc. | 1 |
| Schenley Park Homes, LLC | 9, 10 |
| Schmidt Brothers Homes, Inc. | 1 |
| Scott Colson | 1 |
| Scott Designer Homes, Inc. | 9 |
| Sedgwick Developers, Inc. | 10, 11 |
| Sheridan 87, LLC | 5, 9 |
| Siesta Bay Custom Homes, LLC | 1 |
| Signature Series Homes, Inc. | 7, 8, 9, 12, 14 |
| Sino Industries, Inc. | 1 |
| Smith and Core, Inc. | 1 |
| Smith Family Homes Corporation | 7, 9 |
| Solid Construction of the Gulf Coast d/b/a Westerheim Homes | 2, 9 |
| Southern Community Homes, Inc. | 1, 7 |
| Southwell Homes, LLC | 4, 9, 10 |
| Spring Park Builders, LLC | 1 |
| Star Homes of Florida LLC | 9, 12 |
| Star Homes, LLC | 7 |
| Starlifter Homes, Inc. | 9 |
| Statewide Associates, Inc. | 1, 7 |
| Stephen Shivers | 9 |
| Sterling Communities at Talavera, LLC | 1 |
| Sterling Communities Realty Inc. | 5, 7 |
| Sterling Communities, Inc. | 5, 9, 10, 11 |
| Steve Corbett, Inc. | 2, 7 |
| Steve Harrington Homes, Inc. | 1 |
| Stone Development, LLC | 14 |
| Stonebrook Homes, LLC | 10 |
| Stonecrest Home Builders, LLC | 14 |
| Stonelake Ranch, LLC | 7 |
| Strauch Builders, LLC | 10 |
| Streamline Homes, Inc. | 2, 10 |
| Stro's Construction | 7 |
| Stuart South Group, LLC | 7, 8, 9, 10 |
| StudioMet, PLLC | 9 |
| Sumaj Builders Corporation | 1, 4 |

EXHIBIT A
BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

| Builder | Numbers |
|---|---|
| Summit Contractors, Inc. | 1, 5 |
| Summit Homes of LA, Inc. | 4, 10 |
| Summit Homes, LLC | 5 |
| Summit Homes, LLC n/k/a Phl Construction, LLC | 1, 9 |
| Superior Enterprise, Inc. | 10 |
| Supreme Builders | 8, 10 |
| Supreme Builders, Ltd. | 4, 12, 14 |
| Supreme Homes Ltd. | 10 |
| Symphony Builders, Inc. | 10 |
| T & F General Contracting, Inc. | 1 |
| T&T Enterprises of SWFL, Inc. | 12 |
| Tad Brown | 2 |
| Tagan Landry | 9 |
| Tapia Brothers Construction, Inc. | 2, 7, 10 |
| Tapia Construction, Inc. | 1 |
| Taurus Homes, Inc. | 1 |
| Team Work Construction, LLC | 9 |
| Tepeyac, LLC | 12 |
| TFH Corp. | 14 |
| The Kabar Group, LLC | 11 |
| The Villas of San Marino at Carrollwood (Emerald Greens at Carrollwood, LLC) | 2 |
| Thomas F. Gray Construction, Inc. | 7 |
| Three J's Remodeling, Incorporated | 1, 4 |
| Tikal Construction Co. | 10 |
| Tillman Construction, Inc. | 7 |
| Timberline Homes, Inc. | 2 |
| Tommy Hawk a/k/a Tommy Hawk d/b/a DKT Construction | 9 |
| Tony Helton Construction, LLC | 1 |
| Total Community Action, Inc. | 2 |
| Total Contracting and Roofing, Inc. | 7 |
| Touchstone At Rapallo, Inc. | 2 |
| Toula Properties, LLC | 8 |
| Traderscove Corporation d/b/a the Henin Group | 9 |
| Trafalgar Associates, Inc. | 4, 10 |
| Treasure Coast | 8 |
| Treasure Coast Communities, LLC | 1, 4, 7, 9, 14 |
| Treasure Coast Homes, LLC | 1 |
| Triple Crown Homes, Inc. | 11 |
| Triumph Construction | 1 |
| Tropical Homes a/k/a Daniel D'Loughy Homes, Inc. A Fla Corp. | 10 |
| Tudela Classic Homes, LLC | 2, 9 |
| Turn Key Home Builders, Inc. | 1, 4 |
| Tuscan-Harvey Estate Homes, Inc. | 1 |
| Tuscan-Harvey Estates | 7 |
| Twin Lakes Reserve & Golf Club, Inc. | 9 |
| United Home Builders, Inc. | 1, 2 |
| United Homes | 1 |
| United Homes International, Inc. | 1, 4, 8, 9, 10, 12, 14 |
| United Homes, Inc. | 1, 2, 7, 10, 14 |
| Vasquez Construction Company, LLC | 1 |
| Velez Construction, LLC | 10 |
| Velvet Pines Construction, LLC | 2, 4 |

11

EXHIBIT A
BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

| Builder | Numbers |
|---|---|
| Venus Street, LLC | 1, 2, 7 |
| Vicinity Drywall, Inc. | 1 |
| Villa Homes of Southwest Florida | 12 |
| Vincent Montalto Construction, Inc. | 8, 10 |
| Vintage Homes, LLC | 9, 11 |
| Vision Homes of SW, FL, In.c | 2 |
| Vista Builders, Inc. | 2 |
| Vizcaya Custom Homes, Inc. | 1 |
| Walker Homes, Inc. | 4 |
| Waterways Development, Inc. | 4 |
| Waterways Joint Venture IV, LLC | 1, 2, 8, 9, 10, 14 |
| WB Construction Company, Inc. | 2, 11 |
| Wellington LLC | 7 |
| Wellington Shores-Wellington Limited Partnership | 7 |
| Welsh Companies of Bevard, Inc. | 2 |
| Welsh Construction, LLC | 8 |
| Wermers Development, Inc. | 4 |
| Wess Morgan Construction, Inc. | 9 |
| West Construction, Inc. | 9 |
| West Florida Construction Group, Inc. | 11 |
| West Lake Estate, Inc. | 4, 7 |
| Westminster Builders, Inc. | 1, 14 |
| Westpoint Development, LLC | 10 |
| Westpoints Investment Partners III, LLC | 12 |
| Williams-Brown, Inc. | 8, 10 |
| Windjammer Home Builders, Inc. | 1 |
| Windship Homes of Florida Inc. | 12 |
| Wolfman Construction Company | 4 |
| Woodland Construction of SW FL, Inc. | 2 |
| Woodside f/k/a GHO Properties | 2 |
| Woodside Homes | 4 |
| Woodside Homes of Southeast Florida, LLC | 8, 9, 10 |
| Woodside Stoneybrook, LLC | 1, 2 |
| Wyndwil, LLC | 9 |
| Zamora Corporation | |
| Zamora Homes Corporation | |