UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

## THIRD AMENDED ORDER

Pursuant to the Order at Rec. Doc. 12482, certain parties to this MDL listed on the Memorandum from the Mediator attached to that Order were ordered to appear in open court on February 23, 2012, immediately following the monthly status conference in this case, and Show Cause why such party should not be held in contempt of this Court, and sanctioned accordingly, for not filing the Court-ordered affidavit pursuant to Rec. Docs. 11881 and 12239. Since that Order and the Supplemental Orders at Rec. Docs. 12510 and 12529 were issued, a number of additional entities have either confirmed compliance with this Court's Orders or have since complied with those Orders. Therefore, the attachment to the Orders at Rec. Docs. 12482, 12510 and 12529 are replaced with the attachment to this Order, and only those parties on the attached Third Amended Memorandum are required to appear on February 23, 2012 as previously ordered.

New Orleans, Louisiana this 22nd day of February, 2012.

_____
U.S. District Judge

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.2047<br>Section L |
| This Document Relates to<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## COURT-APPOINTED MEDIATOR'S THIRD AMENDED STATUS REPORT

The undersigned (together with his staff) has received additional affidavits in response to this Court's order. Based on receipt of these affidavits, I am attaching a revised list of defendants from whom we have not received affidavits as ordered by the Court.

Baton Rouge, Louisiana, this 22nd day of February, 2012.

s/John W. Perry, Jr.
JOHN W. PERRY, JR., COURT-APPOINTED
MEDIATOR

# EXHIBIT A
### revised on 2/22/12

5 Star Builders Inc of WPB

911 Drywall, Inc.

A&J Construction

Aced Interior

Aced Interior Drywall, Inc.

Aces Towing Enterprises, LLC

Aggies First Call Contractors

Albert Howard Jr

Amado Maschmeyer d/b/a Ace's Towing

Amerimex Construction

Anglada Drywall & Painting

ASAP Drywall

AW Independent, Inc.

Baron Construction Company

Bayou Contracting

BE Wholesale

Bellew Plastering

Bel-Tex Contracting, Inc.

Berrywood Estates, A Senior Community, LLC

Billy Wayne Goekler

Bo Builders

Brad R. Gray

Brandon Gremillion

Brian Saltalmachia

Brighton Homes

Broadmoor Development Corp.

Builder's Depot

Burnett Construction Company

C&G Development Group, LLC

C&L Roofing and Remodeling

Cabinets 4 Sure

C.L. Paul Plastering, Inc.

Caceres Drywall

Caceres Drywall Corp

Cajun Construction

Cajun Construction & Design, Inc

Calliouet Builders LLC

Capital Construction

Cape Cement & Sypply, Inc

Carmen P Pacinelli Drywall Inc.

Central Drywall Contractors, Inc.

CGF Construction

Chabot Enterprises, Inc.

Chase Drywall, Ltd

Chavez

Chicas Construction, Inc.

Chris Booty (Deceased)

Christian Ladner d/b/a Builder's Supply

Chuck Hurst Contracting

Colvin Homes (Out of Business)

Construction Building Services, Inc

Coupel Construction, LLC

Craft Contractors

Crossroads Homes

CSI Contractor Services, Inc.

Custom Construction, Inc.

Custom Drywall

Cypress Corp of South West Florida

Cypress Builders, Inc.

D&C Construction Group, Inc

D&J Development, LLC

Dan Spires Floor Covering, Inc

Darius Henry

Dave's Drywall

David E. Smith (Ruelas Drywall)

Delgado's Painting

Delta Lumber Co. Building Supply

Design Stucco, Inc.

Dollaway Drywall, Inc.

Dove Enterprises

Drive Enterprises, Inc

Drywall & Framing Investment Group, Inc.

Drywall Done Right

Duncan Construction of SW Florida, Inc.

Dwayne Williams

Dynamic Contractors

E&H Building Group

Ed's Drywall & Construction

Ed's Drywall & Construction

Emerald Coast Drywall, LLC

Eric Esteban Rivera

Eric Manuel

Finish One Drywall LLC

Fisher and Sons Construction

Florida Drywall, Inc.

Florida Walls, Inc

G&B Roofing and Construction, Inc.

G&F Drywall

Galloway Sunset Estates, Inc.

Gateway Drywall, Inc

GCF Construction, LLC

George Meza

Gleibe Chavez

Global Trading of Louisiana, LLC

Gulfeagle Supply, Inc

H&H Drywall

H&S Drywall, Inc.

Hendrickson Contracting

HGE Construction, Inc.

HLP/GAC Internattional, Inc

Homes of Merit

Hulsey-Nezlo Construction, LLC

Intercoastal Construction Co.

International Building Products

J and H Distributors

J&S Drywall

J. Cherry & Sons, Inc

J. Wade Payne, LLC

Jacob Chapman

James Walker

Jay 37 Construction LLC

JJK&A Holding Corporation

John Kidd

John's Drywall Service

Johnson Lumber Co, Inc

Jon A. Wilder, Inc.

Jorge A. Meza

Jose Lopez

Jose Sandoval

Joseph E. Bellande

Joseph Jones

JP Drywall, LLC

JPG Enterprises, Inc d/b/a Majestic Homes

Just Rite Supply

Keith Warrick Drywall, Inc.

Kenneth Campo

Kenneth Nichols

Kevin Burton

Kevin McCusker

LA Drywall

LA Homes and Properties, Inc.

Lawrence McCorvey

Levitt And Sons of Manatee County, LLC

Lopez Construction Group, Inc.

Lopez Drywall, Inc.

Lowe's Home Centers Inc

M&M Construction

Magnolia State Construction, Inc

Magnum Development, LLC

Maguel Torez

Majestic Homes & Realty SW LLC

Marigold Court, L.L.C.

Mario Salvana

Mayco Construction, LLC

McLean Drywall

Meeks Drywall & Stucco, Inc.

Mesa Construction Group, Inc

Methodical Builders, Inc.

Michael Hownrd

Mike Jones Construction

Mira Construction Group, Inc

Morales Carpentry

Murphy Bateman Building Supplies

New Way Drywall & Construction, Inc.

Norman Gannon

Oakwood Mobile Homes, Inc

Omni Drywall Enterprises, Inc.

Orient International Holding Shanghai Foreign Trade Co Ltd

Ozark Atlantic Inc

Parish Home Center

Paul Davis Systems of the Treasure Coast

Paul England Construction

Pelican Builders, Inc

Picayune Discount Building Supply

Ponce Siding & Remodeling

Port of Pensacola Users Association, Inc

Preferred Homes, Inc.

R & B Housing, LLC

Randy Kelley dba Special Projects Remodeling

Resort Construction Services

Richardson Drywall

RJ Homes Inc

Robertsdale Ace Home Center

Roman Gonzalez

Rothchilt International Limited.

Roy Harris Drywall, Inc

Royal Construction Group, Inc

Sands Construction Group, LLC

Santa Barbara Estates, Inc

Schenley Park Homes

Scott Colson

Shane Heitzman

Shanghai Yuyuan Market Import & Export Co, Ltd

SIIC Shanghai International Trade (Group) Co, Ltd

Sinceno Construction, LLC

Smith Drywall & Insulation, LLC

Space Coast Truss, LLC

Stadelman Drywall

State Lumber & supply Company

Steve Harrington Homes

Stewart's Remodeling Electrical

Stone Sheetrock

Struggler Drywall, LLC

Supreme Builders, Ltd.

Symphony Builders

Talmadge Drywall, Inc.

TTT Enterprises, Inc.

Universal Construction Co, Inc.

Upscale Properties, Inc.

Vasquez Construction Company, LLC

Veal Enterprises, Inc.

Velez Construction, LLC

Victor Bustillos

Virginia Homes, Inc

VP Construction, Inc

Walter Ferri

Wholesale Direct Lumber, LLC

Will Davis dba D&W Home Restoration

William Hurst

Willie Kelly Construction Co.

Wolf & Bear Distributors