**CDW Defendants in Compliance to be Removed from Motion to Compel**

Exhibit A

| | |
|---|---|
| Ex. A-9 | Caribe Central, LLC |
| Ex. A-10 | Caribe Homes Corp. |
| Ex.A-13 | Dave Walker Construction, Inc. |
| Ex.A-15 | Diamond Corp. Construction Co. |
| Ex.A-19 | Drywall Experts, Inc. |
| Ex.A-22 | Excel Construction of S.W. Florida, Inc. |
| Ex.A-23 | First Home Builders of Florida I, Inc. |
| Ex.A-24 | First Home Builders of Florida I, LLC |
| Ex.A-25 | Florida Home Partnership, Inc |
| Ex.A-43 | Reed Builders, LLC |
| Ex.A-51 | Steven R. Carter, Inc. |

Exhibit B

| | |
|---|---|
| Ex.B-2 | A1 Brothers, Inc. |
| Ex.B-3 | Aarco, LLC |
| Ex.B-8 | AL Brothers, Inc. |
| Ex.B-32 | Brownstone Builders, Inc. |
| Ex.B-42 | Capital Construction |
| Ex.B-51 | Christopher Duet |
| Ex.B-82 | FHBF Partners, LLP f/k/a First Home Builders of Florida |
| Ex.B-85 | Fleetwood Homes of Florida, Inc |
| Ex.B-86 | Fleetwood Homes of GA, Inc. |
| Ex.B-96 | G. Drywalls Corp. |
| Ex.B-125 | Jim Walter Homes, Inc. |
| Ex.B-126 | Jim Walter Homes, LLC |
| Ex.B-141 | L.R. Gardere Drywall Construction, Inc. |
| Ex.B-163 | Meritage Homes of Texas, LLC a/k/a Meritage Homes of Texas II, LLC |
| Ex.B-165 | Miramar Associates IV, LLP |
| Ex.B-188 | Right Way Finishing, Inc |
| Ex.B-209 | Stock Building Supply of Florida, LLC |
| Ex.B-215 | Summit Contractors, Inc. |
| Ex.B-231 | Tudela Classic Homes, LLC |