UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

## **ORDER**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Reply in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment.

New Orleans, Louisiana, this ____ day of February, 2012.

_____
Honorable Eldon E. Fallon
U.S. District Judge