**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*Payton, et al. v. Knauf GIPS KG, et. al.*, **Case No. 2:09-cv-07628 (E.D.La.)**

*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, **Case No. 2:10-cv-00361 (E.D.La.)**

*Gross, et al. v. Knauf Gips KG, et. al.*, **Case No. 2:09-cv-6690 (E.D.La.)**

*Rogers, et al. v. Knauf GIPS KG, et. al.*, **Case No. 2:10-cv-00362 (E.D.La.)**

*Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, **Case No. 2:11-cv-080 (E.D.La.)**

*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, **Case No. 2:11-cv-252 (E.D.La.)**

*Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-1077 (E.D.La.)**

*Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, **Case No. 11-cv-1363 (E.D.La.)**

**REPLY IN SUPPORT OF PLAINTIFFS' OMNIBUS MOTION**
**FOR PRELIMINARY DEFAULT JUDGMENT**

On November 18, 2011, Plaintiffs filed their omnibus motion for preliminary default

judgement.  *See* document # 11234.  Kemah Construction, Inc. filed untimely oppositions to this

motion on January 31, 2012 arguing it is not in default since it was never served with the *Block*

complaint.  *See* document #s 12404 and 12405.  Plaintiffs have served Kemah Construction, Inc

with the *Block* complaint and are appending a copy of the affidavit of service hereto as Exhibit

"A".  Accordingly, Kemah Construction, Inc is in default as set forth in the omnibus motion for

preliminary default judgment.

   All other oppositions to the omnibus motion for preliminary default judgment have been

rendered moot by virtue of the filing of the Third Amended Errata to Plaintiffs' Omnibus Motion

for Preliminary Default Judgement and Plaintiffs' earlier reply in support of the omnibus motion

for preliminary default.  WHEREFORE, for the reasons set forth above as well as those set forth

in the memorandum of law filed in conjunction with the default motion, Plaintiffs respectfully

request that the Court grant Plaintiffs' omnibus motion for preliminary default judgment.


                                        Respectfully submitted,



Dated: February 22, 2012                /s/ Russ M. Herman
                                        Russ M. Herman, Esquire (Bar No. 6819)
                                        Leonard A. Davis, Esquire (Bar No. 14190)
                                        Stephen J. Herman, Esquire (Bar No. 23129)
                                        HERMAN, HERMAN, KATZ & COTLAR, LLP
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        LDavis@hhkc.com
                                        *Plaintiffs' Liaison Counsel*
                                        *MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
Daniel@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Reply in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this on this 22nd day of February, 2012.

I further certify that service on all Defaulting Defendants who are impacted by the Plaintiffs' Omnibus Motion for Preliminary Default Judgement was made by United States first class mail.

/s/ Russ M. Herman\
Russ M. Herman, Esquire (Bar No. 6819)\
Leonard A. Davis, Esquire (Bar No. 14190)\
Stephen J. Herman, Esquire (Bar No. 23129)\
HERMAN, HERMAN, KATZ & COTLAR, LLP\
820 O'Keefe Avenue\
New Orleans, Louisiana 70113\
Phone: (504) 581-4892\
Fax: (504) 561-6024\
LDavis@hhkc.com\
*Plaintiffs' Liaison Counsel*\
*MDL 2047*