UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Payton, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:09-cv-07628 (E.D.La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, Case No. 2:10-cv-00361 (E.D.La.)<br><br>*Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.)<br><br>*Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.)<br><br>*Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-080 (E.D.La.)<br><br>*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, Case No. 2:11-cv-252 (E.D.La.)<br><br>*Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D.La.)<br><br>*Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-cv-1363 (E.D.La.) | |

**THIRD AMENDED ERRATA TO PLAINTIFFS' OMNIBUS MOTION
FOR PRELIMINARY DEFAULT JUDGMENT**

On November 18, 2011, Plaintiffs filed their omnibus motion for preliminary default judgement.  *See* document # 11234.  As a result of this motion, certain defendants became aware of their default status and, with Plaintiffs' consent, made appropriate efforts to cure their

defaults. As a result of these defendants' efforts to cure their defaults, plaintiffs filed an errata and an amended errata to the omnibus motion for preliminary default. *See* document #s 11773 and 11839.[1] Plaintiffs filed these erratas to the omnibus motion for preliminary default judgment in order to remove those defendants who attempted to cure their defaults from the omnibus motion for preliminary default judgment.

On December 15, 2011, the Court deferred argument on the default motion and allowed defendants until January 19, 2012 to cure their deficiencies and/or submit responses in opposition to the motion for default. At the January 26, 2012 status conference, the Court again deferred argument on Plaintiffs' omnibus motion for preliminary default judgment until the February status conference. Since the entry of these orders, additional defendants have made efforts to cure their defaults. Accordingly, plaintiffs now wish to remove these defendants from the omnibus motion for preliminary default judgment. To address the changed circumstances of the previously deficient defendants, plaintiffs are providing amended exhibits to the omnibus motion for preliminary default judgment (attached hereto).[2] Plaintiffs are also appending hereto a revised proposed form of order. Should the court elect to grant the omnibus motion for preliminary default judgment, Plaintiffs respectfully request that the Court append copies of the revised exhibits to the order granting the motion.

For the convenience of the parties and the Court, Plaintiffs are also appending hereto an

---

[1] Plaintiffs filed a second amended errata to the omnibus motion for preliminary default judgment on January 25, 2012. *See* document # 12265. This filing was not entered of record by the clerk as deficient. Rather than refiling the second amended errata, Plaintiffs have elected to file the instant third amended errata prior to argument on their omnibus motion for preliminary default judgment.

[2] The amended exhibits are appended hereto as Fourth Amended Exhibit "A" (*Payton*), Fourth Amended Exhibit "B" (*Wiltz*), Fourth Amended Exhibit "C" (*Gross*), Fourth Amended Exhibit "D" (*Rogers*), Fourth Amended Exhibit "E" (*Abel*), Fourth Amended Exhibit "F" (*Abreu*), Fourth Amended Exhibit "G" (*Haya*), and Fourth Amended Exhibit "H" (*Block*).

amended list of all defendants who have been removed from the omnibus motion for preliminary default judgment. *See* Third Amended Exhibit "I" hereto.

Respectfully submitted,

Dated: February 22, 2012                    /s/ Russ M. Herman
                                                     Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios | Daniel E. Becnel, Jr. |
| Barrios, Kingsdorf & Casteix, LLP | Becnel Law Firm. LLC |
| 701 Poydras Street, Suite 3650 | P.O. Drawer H |
| New Orleans, LA 70139 | 106 W. Seventh Street |
| Phone: (504) 524-3300 | Reserve, LA 70084 |
| Fax: (504) 524-3313 | Phone: (985) 536-1186 |
| Barrios@bkc-law.com | Fax: (985) 536-6445 |
| | dbecnel@becnellaw.com |

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson  
Whitfield, Bryson & Mason, LLP  
900 W. Morgan Street  
Raleigh, NC 27603  
Phone: (919) 600-5000  
Fax: (919) 600-5035  
Daniel@wbmllp.com  

Richard J. Serpe, Esquire  
Law Offices of Richard J. Serpe  
Crown Center, Ste. 310  
580 East Main Street  
Norfolk, VA 23510-2322  
rserpe@serpefirm.com  

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis  
HAUSFELD LLP  
1700 K Street, N.W  
Suite 650  
Washington, DC 20006  
Phone: (202) 540-7200  
Fax: (202) 540-7201  
rlewis@hausfeldllp.com  

Andrew A. Lemmon  
Lemmon Law Firm, LLC  
P.O. Box 904  
15058 River Road  
Hahnville, LA 70057  
Phone: (985) 783-6789  
Fax: (985) 783-1333  
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Third Amended Errata to Plaintiffs' Omnibus Motion for Preliminary Default Judgment was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this on this 22nd day of February, 2012.

      I further certify that service on all Defaulting Defendants who are impacted by the Plaintiffs' Omnibus Motion for Preliminary Default Judgement was made by United States first class mail.

      /s/ Russ M. Herman  
      Russ M. Herman, Esquire (Bar No. 6819)  
      Leonard A. Davis, Esquire (Bar No. 14190)  
      Stephen J. Herman, Esquire (Bar No. 23129)  
      HERMAN, HERMAN, KATZ & COTLAR, LLP  
      820 O'Keefe Avenue  
      New Orleans, Louisiana 70113  
      Phone: (504) 581-4892  
      Fax: (504) 561-6024  
      LDavis@hhkc.com  
      *Plaintiffs' Liaison Counsel*  
      *MDL 2047*