UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Robert W. Block III, et al, v. Gebrueder Knauf, et al,*<br>Case No. 2:2011-cv-01363 | MAG. JUDGE WILKINSON |

## ORDER

CONSIDERING THE FOREGOING Joint Motion to Withdraw and Substitute Counsel for David E. Diggs:

IT IS HEREBY ORDERED that Patricia A. Krebs and Skelly B. McCay of King, Krebs & Jurgens, P.L.L.C. are permitted to withdraw as counsel of record; and

IT IS FURTHER ORDERED that Warren Horn and Drew R. Ballina of Heller, Draper, Patrick & Horn, L.L.C. are substituted as counsel of record for David E. Diggs in the above captioned proceedings.

New Orleans, Louisiana, this the 22nd day of February, 2012.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

{N0555244 -}