UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURERS DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| | JUDGE: FALLON |

THIS DOCUMENT RELATES TO: Case No.: 10-00362
Rogers, et al v Knauf GIPS KG, etal

## NOTICE OF APPEARANCE

COMES NOW, PEREZ & RODRIGUEZ, P.A., and enters its appearance on behalf of the Defendant, GOMEZ INTERIORS, INC., and requests that all future pleadings be forwarded to Perez & Rodriguez, P.A., 95 Merrick Way, Suite 600, Coral Gables, Florida 33134.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

PEREZ & RODRIGUEZ, P.A.
Attorneys for ATCO Int Corp.
95 Merrick Way, Suite 600
Coral Gables, Florida 33134
(305) 667-9878

By: _____
CARLOS H. GAMEZ
Florida Bar No.: 58626