UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |
| _____) | |

**THIS DOCUMENT RELATES TO:**

PAYTON      NO. 09-07628

**MOTION TO DISMISS ON BEHALF OF
DEFENDANT, ALVIN G. ROYES, JR., LLC**

NOW INTO COURT, through undersigned counsel, comes Defendant, Alvin G. Royes Jr., LLC (improperly referred to as Alvin Royes, Jr., LLC), who, pursuant to applicable law, including Fed. R. Civ. P. 4 respectfully moves this Honorable Court for an Order dismissing Plaintiff's, Vickie T. Egan Miller, claim against this Defendant, which was filed on December 9, 2009, **or more than 2 years ago**, for insufficiency of service of process and lack of personal jurisdiction.  A memorandum outlining Defendant's argument and authority is filed contemporaneously herewith and is incorporated herein by reference.

1

WHEREFORE, Defendant, Alvin G. Royes Jr., LLC, moves this Honorable Court for an Order dismissing Plaintiff's, Vickie T. Egan Miller, claim against Defendant on the basis that Defendant has *not* been properly served, and therefore this Court has no personal jurisdiction over this Defendant.

Respectfully Submitted,

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

/**s**/ **Thomas L. Gaudry, Jr.**
_____
THOMAS L. GAUDRY, JR., T.A. (La. Bar #5980)
WADE A. LANGLOIS, III (La. Bar # 17681)
JAIRO F. SANCHEZ (La. Bar # 31954)
OAKWOOD CORPORATE CENTER
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Phone: (504)362-2466
Fax: (504) 362-5938
Emails: tgaudry@grhg.net
    wlanglois@grhg.net
    jsanchez@grhg.net
Attorneys for Defendant,
Alvin G. Royes Jr., LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the **23rd** day of **February, 2012**, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all participating parties and/or counsel of record by operation of the Court's electronic filing system.

/s/ Thomas L. Gaudry, Jr.

2