UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

PAYTON      NO. 09-07628

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the hearing on Defendant's, Alvin G. Royes Jr., LLC, motion to dismiss for insufficiency of service of process will be set before the Honorable Judge Eldon E. Fallon on **March 28, 2012 at 9:00 o'clock a.m**.

1

Respectfully submitted:

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

**/s/ Thomas L. Gaudry, Jr.**
_____
THOMAS L. GAUDRY, JR., T.A. (La. Bar #5980)
JAIRO F. SANCHEZ (La. Bar # 31954)
OAKWOOD CORPORATE CENTER
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Phone: (504)362-2466
Fax: (504) 362-5938
Emails: tgaudry@grhg.net
          jsanchez@grhg.net
Attorneys for Defendant,
Alvin G. Royes Jr., LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the **23rd** day of **February, 2012**, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all participating parties and/or counsel of record by operation of the Court's electronic filing system.

/s/ Thomas L. Gaudry, Jr.

2