Seán and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International**
1-800-328-717
APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122



Apr 14 2010
2:13PM

APS File #: 101729-0431

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Alvin Royes, Jr. LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** **Darren J. Harper**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **13** day of **March**, 20 **10**, at **9:30** o'clock **A** M

**Place of Service:** at **226 Simalusa Dr.**, in **Covington, LA 70435**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Alvin Royes, Jr. LLC**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **Marta**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Alvin Royes, Jr. LLC** at the place of service, and whose relationship to the person is: **Co-resident**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Blk**; Facial Hair ____
Approx. Age **34**; Approx. Height **5'3"**; Approx. Weight **125**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **19** day of **March**, 20**10**

Notary Public                    (Commission Expires)

BRANDI F. ERMAN
#26631



EXHIBIT A