# GAUDRY, RANSON
# HIGGINS & GREMILLION, L.L.C.

ATTORNEYS AT LAW
OAKWOOD CORPORATE CENTER
401 WHITNEY AVE., SUITE 500
GRETNA, LOUISIANA 70056

MAILING ADDRESS
P.O. BOX 1910
GRETNA, LOUISIANA 70054-1910
(504) 362-2466
FACSIMILE (504) 362-5938
WEBSITE: www.grhg.net

WRITER'S DIRECT DIAL
(504) 376-1340

THOMAS L. GAUDRY, JR.
DANIEL A. RANSON
DARYL A. HIGGINS
GREGORY G. GREMILLION
WADE A. LANGLOIS, III
MICHAEL D. PEYTAVIN
STEVEN D. OLIVER
THOMAS W. DARLING

*Of Counsel*
E. RALPH LUPIN, M.D., J.D.
STACIE PETERSEN NEHLIG

WILLIAM H. VOIGT
GLENN D. PRICE, JR.
GEVIN P. GRISBAUM
A. MARK FLAKE
MATTHEW P. WEAVER

BATON ROUGE OFFICE:
2223 QUAIL RUN DR., C-2
BATON ROUGE, LA 70808
(225)663-6101
(225)663-6102 FACSIMILE
Sender's e-mail:
tgaudry@grhg.net

April 23, 2010

VIA EMAIL mmoreland@becnellaw.com
Mr. Daniel E. Becnel, Jr.
Mr. Matthew B. Moreland
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084

VIA EMAIL morrisbart@morrisbart.com
Mr. Morris Bart
MORRIS BART, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112

VIA EMAIL alevin@lfsblaw.com
Mr. Arnold Levin
LEVIN, FISHBEIN, SEDRAN, AND BERMAN
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

VIA EMAIL rherman@hhkc.com
Mr. Russ M. Herman
Mr. Leonard A. Davis
Mr. Stephen J. Herman
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Ave., Ste. 100
New Orleans, LA 70113

VIA EMAIL pburkhalter@candbllc.com
Mr. Peyton B. Burkhalter
COURCELLE & BURKHALTER, LLC
Executive Tower, Suite 185
3500 North Causeway Blvd.
Metairie, LA 70002

Re: Sean Payton, et al vs. Knauf Gips KG, et al
USDC No. 09-7628, MDL No. 2047
**Vickie T. Egan Miller** vs. Alvin Royes, Jr., LLC
**Maxi Gaussiran** vs. Alvin Royes, Jr., LLC

Dear Counsel:


EXHIBIT B

Plaintiffs' Counsel
April 23, 2010
Page 2

    I represent Alvin Royes, Jr., LLC in the defense of the State Court action filed against him by Maxi Gaussiran.

    An affidavit of service was executed by Darren J. Harper that he served Alvin Royes, Jr., LLC on Marta at 226 Simalusa Drive in Covington, LA 70435.

    Alvin Royes, Jr. sold 226 Simalusa Drive in Covington, LA 70435 on 10/29/07 and has not resided there since. A copy of the Act of Sale is attached for your review.

    This letter is to place you on notice that the service as reflected in the Affidavit of Service executed by Darren J. Harper is "incorrect, inaccurate, misrepresentative, improper, etc."

                                      Yours truly,

                                      THOMAS L. GAUDRY, JR.

TLG,Jr./dd
Encl. (Cash Sale)
G:\2918\0032\Plaintiff's cousel (Payton).001.wpd

## Dawn Duval

| | |
|---|---|
| **From:** | Dawn Duval on behalf of Thomas Gaudry Jr. |
| **Sent:** | Friday, April 23, 2010 4:42 PM |
| **To:** | 'mmoreland@becnellaw.com'; 'morrisbart@morrisbart.com'; 'alevin@lfsblaw.com'; 'rherman@hhkc.com'; 'pburkhalter@candbllc.com' |
| **Subject:** | Payton (Miller and Gaussiran vs. Alvin Royes, Jr., LLC) |
| **Attachments:** | Plaintiff's cousel (Payton).001.doc; Cash Sale.Simalusa.pdf |

*Dawn Duval*
Secretary to Thomas L. Gaudry, Jr.
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Tele: (504) 362-2466 (main)
      (504) 376-1340 (direct)
Fax: (504) 362-5938
Emails: dduval@grhg.net
        tgaudry@grhg.net

This e-mail communication and the documents accompanying it may contain information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-362-2466) to make arrangements for returning the original e-mail to us.

4/23/2010