UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

PAYTON     NO. 09-07628

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF JEFFERSON

  BEFORE ME, the undersigned authority, personally came and appeared:

**ALVIN G. ROYES, JR.**

a resident of the Parish of Jefferson, State of Louisiana, who, being duly sworn, deposed, and said:

1.  He is a resident of the Parish of Jefferson, State of Louisiana, he is 39 years old, and his date of birth is 9/17/71.

2.  He was employed by Alvin G. Royes, Jr., LLC for about 3 years from approximately 2002 to approximately 2005 and was so employed on March 30,


EXHIBIT C

2007.

3. He has reviewed the Affidavit of Service attesting that Alvin G. Royes, Jr., LLC was served on March 13, 2010 at 9:30 a.m. at 226 Simalusa Drive in Covington, Louisiana.

4. Alvin G. Royes, Jr. and his wife, Gidget Wright Royes, sold 226 Simalusa Drive in Covington, Louisiana to Delmy Aracely Cruz and Michael Steve Moguel, Sr. on October 29, 2007 and he and his wife have not lived at 226 Simalusa Drive in Covington, Louisiana since.

5. The attached Exhibit "A" is a true and correct copy of the Cash Sale of 226 Simalusa Drive in Covington, Louisiana by Gidget Wright Royes wife of/and Alvin George Royes, Jr. to Delmy Aracely Cruz and Michael Steve Moguel, Sr. on October 29, 2007.

6. The Affidavit of Service further shows that Marta resides with Alvin G. Royes, Jr., LLC as a co-resident at 226 Simalusa Drive in Covington, Louisiana.

7. Affiant, his wife, and his family have not lived at 226 Simalusa Drive in Covington, Louisiana since the sale of the residence on October 29, 2007 and affiant has not resided with a person named Marta nor has Alvin G. Royes, Jr., LLC resided with a person named Marta.

8. Alvin G. Royes, Jr. and Alvin G. Royes, Jr., LLC have never been served with the Complaint in the matter entitled "Sean and Beth Payton, et al vs. Knauf Gips KG,

et al", USDC No. 2:09-cv-07628.

9. Affiant was the registered agent for service of process and member/officer of Alvin G. Royes, Jr., LLC and has personal knowledge regarding the matters set forth above.

_____
ALVIN G. ROYES, JR.

Sworn to and subscribed before me
this _11th_ day of _October_, 2010.

_Thomas L. Gaudry Jr_
NOTARY PUBLIC
Name: _Thomas L. Gaudry, Jr._
Notary Public No. _05980_
Commission Expires: _at my death_
G:\2918\0073\Pleadings\Affidavit.Royes.wpd

## CASH SALE

**BE IT KNOWN** that on this 29th day of October, 2007 before me, the undersigned Notary Public for the Parish of St. Tammany, State of Louisiana, and in the presence of the subscribing witnesses, personally appeared:

GIDGET WRIGHT ROYES (SS#XXX-XX-8026) wife of/and ALVIN GEORGE ROYES JR. (SS#XXX-XX-8310) both persons of the full age of majority, represented herein by Danny Gaspard, agent and attorney in fact, as per that power of attorney an original of which is attached hereto and made a part hereof, who declared unto me, Notary, that Gidget Wright Royes has been married but twice; first to Todd Moore from whom she was divorced in 1998 in Jefferson Parish, State of Louisiana and second to Alvin George Royes Jr with whom she is presently living and residing. Alvin George Royes Jr has been married but once and then to Gidget Wright Royes with whom he is presently living and residing and whose mailing address is recited as follows:

St. Tammany Parish 1329
Instrument #: 1652843
Registry #: 1781914 PSH
11/2/2007 9:05:00 AM
MB   CB X MI   UCC

MAILING ADDRESS: 2955 BOFFIN DRIVE, SOUTHAVEN MISSISSIPPI 38672

herein called Seller, who declared that for the price and sum of Four Hundred Eighty Thousand and 00/100 ($480,000.00) DOLLARS, cash, receipt of which is hereby acknowledged, seller does hereby sell and deliver, with full warranty of title and subrogation to all rights and actions of warranty Seller may have unto:

DELMY ARACELY CRUZ (SS#XXX-XX-0686) a person of the full age of majority, who declared unto me, Notary, that she has been married but once and then to Saul Reyes from whom she was divorced in 2005 in the Parish of Jefferson, State of Louisiana and has not since remarried and whose mailing address is recited as follows:

MAILING ADDRESS: 226 SIMALUSA DRIVE, COVINGTON, LOUISIANA 70435

MICHAEL STEVE MOGUEL SR (SS#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) a person of the full age of majority, who declared unto me, Notary, that he has been married but once and then to Karla Diaz Moguel from whom he was divorced in 2002 in Jefferson Parish, State of Louisiana and has not since remarried and whose mailing address is recited as follows:

MAILING ADDRESS: 226 SIMALUSA DRIVE, COVINGTON LOUISIANA 70435

herein called buyer, resident(s) of and domiciled in the Parish of St. Tammany, Louisiana, the following described property, the possession and delivery of which Buyer acknowledges:

ALL THAT CERTAIN LOT OR PARCEL OF GROUND, together with all of the buildings and improvements thereon and all of the rights, ways, means, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining thereto situated in Sections 2, 11 and 12, Township 5 South, Range 11 East, St. Tammany Parish, State of Louisiana, more particularly described as follows, to-wit:

LOT 25, SIMALUSA ESTATES, ST. TAMMANY PARISH, STATE OF LOUISIANA.

All in accordance with a survey by Wilson-Pope, dated October 2, 2003, under Job Number 9978 attached to an act registered at CIN 1395980 in the official records of the Parish of St. Tammany, State of Louisiana.

The improvements thereon bear the municipal number: 225 Simalusa Drive.

Being the same property acquired by Gidget Wright Royes, wife of/and Alvin George Royes, Jr. from the Succession of Johnny F. Smith, by an act before Blake E. Harveston, Jr., Notary Public, dated on October 3, 2003 recorded at CIN 1395980 in the official records of the Parish of St. Tammany, State of Louisiana.

THIS PROPERTY IS SUBJECT TO THE FOLLOWING EXCEPTIONS:

1. The parties are aware that no survey has been made in connection with this transaction and hereby release and relieve Louisiana Land Title and me, Notary from any and all liabilities which might have been disclosed by a current survey.

2. Restrictive covenants, servitudes, building set back lines, rights of way, greenbelts and dedications all as they appear on the plan of subdivision filed with the Clerk of Court for St. Tammany Parish as Map File Number 1408.

## SPECIAL POWER OF ATTORNEY
## TO BUY OR SELL REAL ESTATE IN THE
## UNITED STATES OF AMERICA
## STATE OF LOUISIANA

STATE OF Mississippi

CITY OF Southaven

COUNTY OF Desoto                    Date: 10/23/07

    Before me, a Notary Public, duly commissioned and qualified in and for the above-indicated Country, and in the presence of the undersigned witnesses, personally came and appeared the hereinafter named and undersigned PRINCIPAL, who declared under oath that he is of legal age and his marital status is as hereinafter set forth, and further that he does by these presents make, name, ordain, constitute and appoint the hereinafter named AGENT and ATTORNEY-IN-FACT (hereinafter referred to as AGENT), of the full age of majority, it be his true and lawful AGENT, hereby giving and granting unto said AGENT full power and authority, for him, and in his name, place and stead, to do and perform all the things and acts specified herein and in the numbered paragraph(s) indicated or completed below.

    PRINCIPAL further authorizes and empowers his said AGENT to do and perform any and every act, matter and thing whatsoever, as shall or may be requisite and necessary in order to effectuate the purposes for which this power of attorney is granted, as fully and with like effect as if PRINCIPAL had been personally present and had done any such thing, performed any such act, and/or had signed all and any such document, deed, note, contract, application or other agreement. PRINCIPAL hereby ratifying any and all things done by his sole AGENT and adopting them as his own act and deed.

    PRINCIPAL further expressly stipulates that any ambiguities which may arise in the interpretation hereof shall be liberally construed so as to effectuate the purposes hereof and to validate all things done by AGENT. Whenever used herein, the singular number shall include the plural, and the masculine gender shall include all genders.

    The purpose for which this power of attorney is granted is as follows:

    1.    (XX) Applicable
          ( ) Not Applicable

    To direct, instruct, authorize and permit AGENT to sell and deliver the hereinafter described real estate, and/or all of PRINCIPAL'S right, title and interest therein, with warranty of title and with subrogation of all actions of warranty, unto any person, firm or corporation or association, for such price and on such terms and conditions as AGENT may deem proper, to pay and discharge any and all charges, expenses and encumbrances in connection therewith, and to receive and receipt for the selling price.

    2.    ( ) Applicable
          (XX) Not Applicable

    To direct, instruct, authorize and permit AGENT to sign acknowledging a purchase by his/her spouse as the separate property of that spouse, that the said spouse is purchasing with his/her separate and paraphernal funds and that the subject property is not a part of the community of acquets and gains existing between them. And further to mortgage and waive any homestead rights that he/she has or may have in the herein described property.

3.  ( ) Applicable
    (XX) Not Applicable

To direct, instruct, authorize and permit AGENT to purchase the hereinafter described real estate for the price up to N/A in cash to be evidenced by PRINCIPAL'S promissory note and secured by vendor's lien and/or mortgage on such described real estate.

4.  ( ) Applicable
    (XX) Not Applicable

To direct, instruct, authorize and permit AGENT to borrow, from any person, firm or corporation, the total sum up to N/A said loans to be evidenced by PRINCIPAL'S promissory note in favor of N/A and secured by vendor's lien and/or mortgage on the hereinafter described real estate, or PRINCIPAL'S undivided interest therein.

**This power of attorney expires within thirty days after execution.**

In the event that paragraphs 2 and 3 hereinabove shall be applicable, PRINCIPAL does hereby expressly authorize AGENT:

(a) To execute the necessary sale and resale or act of mortgage to create a vendor's lien in favor of any building and loan association, and/or to execute any act of sale and/or mortgage, conventional mortgage, or any form of mortgage required to obtain mortgage loan insurance or loan guarantees from the Veterans Administration of Federal Housing Administration, on such form and on such terms and conditions as the lender shall require, the said instrument to contain all usual Louisiana security clauses, including by way of example, but not limited to, confession of judgement, waiver or appraisement, waiver of homestead exemption from seizure, and pact de non alienando.

(b) To make, execute and deliver in PRINCIPAL'S name a promissory note in the amount of the credit portion of the purchase price or the amount of the loan, said note to be payable at such maturity and at such rate of interest and on such terms and conditions as AGENT shall deem proper. AGENT may increase or decrease the amount of the note, not to exceed ten (10%) percent.

(c) In the event that any loan is obtained from a building and loan association, to subscribe to shares of stock in said association and to pledge same to secure the loan, and to agree to comply with all of the provisions of the charter, by-laws, and rules and regulations of such building and loan association, and all other things as such building and loan association shall require.

(d) to obligate PRINCIPAL, jointly and in solido in the event that there are other borrowers or purchasers.

**NAME, RESIDENCE, AND MARITAL STATUS OF PRINCIPAL:**

**GIDGET WRIGHT ROYES (SS#XXX-XX-8026) wife of/and ALVIN GEORGE ROYES JR. (SS#XXX-XX-8310)** both persons of the full age of majority, who declared unto me, Notary, that Gidget Wright Royes has been married but twice; first to Todd Moore from whom she was divorced in 1998 in Jefferson Parish, State of Louisiana and second to Alvin George Royes Jr with whom she is presently living and residing. Alvin George Royes Jr has been married but once and then to Gidget Wright Royes with whom he is presently living and residing having a mailing address of 2956 Boffin Drive, Southaven, Mississippi b38672

**NAME AND RESIDENCE OF AGENT:**
**DANNY GASPARD**
**C/O REAL ESTATE RESOURCE GROUP LLC**
**2156 Third Street, Suite B, Mandeville, Louisiana 70471**

DESCRIPTION OF REAL ESTATE FORMING THE SUBJECT OF THE POWER OF ATTORNEY:

LOT 25, SIMALUSA ESTATES,
ST. TAMMANY PARISH, STATE OF LOUISIANA

The improvements thereon bear the municipal number:

226 Simalusa Drive, Covington, Louisiana 70435

THUS DONE AND PASSED, in multiple originals, at the State and City aforesaid on the date above set forth, in the presence of the undersigned witnesses, who have hereto signed their names with said PRINCIPAL and me, Notary, after due reading of the whole.

_____          _____
George Wright, Jr.         Witness          GIDGET WRIGHT ROYES

_____          _____
                           Witness          ALVIN GEORGE ROYES, JR.

                                            _____
                                            NOTARY PUBLIC

                                            My Commission Expires
                                            Notary Number: ___June 11, 2010
                                            Commission Expires: _____

CAUTION: The Notary cannot be a witness

**ATTACHMENT TO CASH SALE:**

PROPERTY LOCATED AT:        226 Simalusa Drive, Covington, Louisiana 70435

AS IS ADDENDUM

    Purchaser hereby acknowledges and recognizes that all property and improvements conveyed by this sale is in "AS IS" condition, and accordingly, hereby relieves and releases seller, all previous owners from any and all claims for any vices or defects in said property, whether obvious or latent, known or unknown, easily discoverable or hidden, and particularly for any claim or cause of action for redhibition pursuant to Louisiana Civil Code of Articles 2520, et seq., or for diminution of purchase price pursuant to Louisiana Civil Code Articles 2541, et seq. Purchaser acknowledges he understands that Louisiana redhibition law enables him to hold seller responsible for any obvious or hidden defects in the property existing on the act of sale date, and that he is waiving that right, and that this waiver of warranty is of the essence of this sale and this sale would not have been made otherwise.

    Thus done and signed at my office in Mandeville, Louisiana on the ____ day October, 2007, in the presence of me, Notary, and the undersigned competent witnesses.

WITNESSES:

_____        _____
Katie Rush                             Delmy Aracely Cruz, Purchaser

                                       _____
                                       Michael Steve Moguel Sr, Purchaser

_____        _____
Gina Osborn                            Gidget Wright Royes and
                                       Alvin George Royes Jr.
                                       By: Danny Gaspard,
                                       Agent and Attorney in fact
                                       By: Danny Gaspard,
                                       Agent and Attorney in fact

_____
Donald D. Bann
Notary Public
Notary Number: 12084

3. Twenty (20') foot drainage servitude across entire rear width and sideline adjacent to Lot 24.

4. Set back line of 50' front, 25' rear and 15' sides.

Mortgage and Conveyance certificates are waived by the parties hereto, who hereby exonerate me, Notary, from any and all liability on account of non-production of same.

To have and to hold said property unto the buyer's heirs, successors and assigns, forever. All parties signing the within instrument, either as parties or witnesses, have declared themselves to be of full legal capacity.

All agreements and stipulations herein, and all the obligations herein assumed shall inure to the benefit of and be binding upon the heirs, successors, and assigns of the respective parties.

The certificate of mortgages required by Article 3364 of the revised Civil Code of Louisiana is dispensed with by the parties hereto. All taxes assessed against the property herein conveyed have been paid in the appropriate proportion by seller.

Thus done and signed at my office in Mandeville, Louisiana, on the date above written, in the presence of me, Notary, and the undersigned competent witnesses.

WITNESSES

ALVIN GEORGE ROYES JR
AND GIDGET WRIGHT ROYES
BY: DANNY GASPARD, AGENT AND ATTORNEY IN FACT

MICHAEL STEVE MOGUEL SR

DELMY ARACELY CRUZ

Ronald D. Bann, NOTARY PUBLIC