| Tom Schedler<br>Secretary of State | State of Louisiana<br>Secretary of State<br> | **COMMERCIAL DIVISION**<br>**225.925.4704**<br><br>Fax Numbers<br>225.932.5317 (Admin. Services)<br>225.932.5314 (Corporations)<br>225.932.5318 (UCC) |
|---|---|---|

| Name | Type | City | Status |
|---|---|---|---|
| ALVIN G. ROYES JR., LLC | Limited Liability Company | COVINGTON | Inactive |

**Previous Names**

    AGR PROPERTY INVESTMENTS & DEVELOPERS, LLC (Changed: 5/11/2005)

| | |
|---|---|
| **Business:** | ALVIN G. ROYES JR., LLC |
| **Charter Number:** | 35802651 K |
| **Registration Date:** | 10/26/2004 |
| **State Of Origin:** | |

**Domicile Address**

    226 SIMALUSA DRIVE

    COVINGTON, LA 70435

**Mailing Address**

    C/O ALVIN G. ROYES, JR.

    226 SIMALUSA DRIVE

    COVINGTON, LA 70435

# Status

| | |
|---|---|
| **Status:** | Inactive |
| **Inactive Reason:** | Voluntary Action |
| **File Date:** | 10/26/2004 |
| **Last Report Filed:** | 9/25/2006 |
| **Type:** | Limited Liability Company |

# Registered Agent(s)

| | |
|---|---|
| **Agent:** | ALVIN G. ROYES, JR. |
| **Address 1:** | 226 SIMALUSA DRIVE |
| **City, State, Zip:** | COVINGTON, LA 70435 |
| **Appointment Date:** | 10/26/2004 |

# Officer(s)

**Additional Officers: No**

| | |
|---|---|
| **Officer:** | ALVIN G. ROYES, JR. |
| **Title:** | Member |
| **Address 1:** | 226 SIMALUSA DRIVE |
| **City, State, Zip:** | COVINGTON, LA 70435 |

# Amendments on File (2)

| Description | Date |
|---|---|
| Name Change | 5/11/2005 |



EXHIBIT D

| Affidavit to Dissolve | 11/29/2007 |

Print