UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | CIVIL ACTION NO: 09-MDL-2047<br><br>SECTION L - JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

### A.R.B.C. CORPORATION's RESPONSE TO ORDER TO ALL HOME BUILDERS (DOC. 12546)

A.R.B.C. CORPORATION ("ARBC"), by and through its undersigned attorneys hereby files its response to the Order to All Home Builders entered on February 22, 2012 (Doc. 12546). ARBC states that it complied with this Court's Fee Orders (Doc. 8006 and Doc. 10147) and submitted its share of the expenses of the Homebuilders' Liaison Counsel to the court on December 15, 2011, with a copy to dyrwall@stonegpigman.com, as required in this Court's orders. The funds and required form were received by the Clerk of Court on December 16, 2011, and ARBC's check has cleared its bank account. A copy of the transmittal form, and the cleared check (redacting account information), is attached hereto as Exhibit A.

Therefore, ARBC respectfully requests this court to excuse ARBC from attendance at the hearing on March 22, 2012, and find that ARBC is in compliance with the Court's orders.

### CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that the above and foregoing Response to Order to All Home Builders (Doc 12546) has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with

Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  24th day of February, 2012.

          COLEMAN, HAZZARD & TAYLOR, P.A.

By: _____
      J. Michael Coleman, Esq.
      Florida Bar No. 606681
      mcoleman@chtlegal.com
      Attorneys for Defendant ARBC Corporation
      2640 Golden Gate Parkway
      Suite 304
      Naples, FL 34105
      (239) 298-5200
      (239) 298-5236 telefax

m:\arbc\krause\word file\motions\memo.opposition.order.homebuilder payment.doc

# EXHIBIT A

## EXHIBIT A

### DEPOSIT WITH CLERK OF COURT FOR PAYMENT OF FEES AND EXPENSES OF HOMEBUILDERS' LIAISON COUNSEL

| | |
|---|---|
| Builder's Name: | A.R.B.C. CORPORATION |
| Builder's Address: | 5645 Strand Blvd., Naples, FL 34110 |
| Counsel's Name and Address: | J. Michael Coleman, Esq. Coleman Hazzard & Taylor, P.A., 2640 Golden Gate Parkway, Suite 304, Naples, FL 34105 (Fla. Bar No. 606618) |
| Amount Deposited: | $3,300.00 |
| Number of Homes in the MDL: | Three |
| Signature of Counsel: | /s/ J. Michael Coleman |

*This form must accompany all deposits to the Clerk of Court to be held for payment of fees and expenses of Homebuilders' Liaison Counsel. This form and the deposit should be mailed to:*

Clerk, United States District Court
Eastern District of Louisiana
500 Poydras St., Room C-151
New Orleans, LA 70130
Attn: Financial Unit

*Additionally, please e-mail a copy of the completed form to:*
drywall@stonepigman.com

1045988v.1

