UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Payton v. Knauf Gips KG*, **Case No. 09-7628**

# ORDER

Considering Individual Plaintiff Doris C. Hodgson's Statement Noting Death of Individual Plaintiff Robert M. Hodgson and Motion to Substitute Proper Party (R. Doc. 8560), IT IS ORDERED that this Motion is GRANTED.

New Orleans, Louisiana this 23rd day of February, 2012.

_____
U.S. District Judge