UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL         MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

JOYCE W. ROGERS, et al., v. KNAUF GIPS KG, et al.
CASE NO. 10-362

## ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, HPH Properties, LLC and HPH Homes in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, HPH Properties, LLC and HPH Homes, is hereby granted and that James A. Kee, Jr. and Lucy W. Jordan and the Kee Law Firm, LLP are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, HPH Properties, LLC and HPH Homes. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendant, HPH Properties, LLC and HPH Homes at: 2236 Cahaba Valley Drive, Suite 100, Birmingham, AL 35242.

New Orleans, Louisiana this 23rd day of 2012.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE