UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

Gross, et al v. Knauf Gips KG, et al; Cause No. 09-6690

## ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD

THIS MATTER came before the Court on the Motion to Withdraw as Counsel of Record for Plaintiff, Odette A. Myers, in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

1. It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Plaintiff, Odette A. Myers, is hereby granted and the Robert W. Brown Esquire at the firm of Baron & Budd, P.C., Shapiro, Blasi, Wasserman & Gora, P.A., and Jeremy W. Alters, Esquire at the firm of Alters Law Firm, P.A., are hereby discharged from their obligations of representation in this case and relived of any further appearance in this case on behalf of Plaintiff, Odette A. Myers. Until such time as a Notice of Appearance has been filed, direct all further pleadings to Victor Diaz, Esquire, VM Diaz & Partners, LLC, 119 Washington Avenue, 4th Floor, Miami Beach, Florida 33139.

New Orleans, Louisiana this 23rd day of February 2012.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE