IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: David Gross, et al vs. Knauf Gips KG, et al | * * * | |
| Case No. 09-6690, Sect. L MAG 2 | * | JUDGE FALLON MAG. JUDGE WILKINSON |
| | * * | |

*********************************************

## ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD WITHOUT SUBSTITUTION

This matter came before the Court on the Motion to Withdraw as Co-Counsel of Record for Defendant, Swedberg Enterprises, Inc. d/b/a Florida Drywall, in the above civil action. The Court, having considered the Motion and Supporting Memorandum, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Co-Counsel of Record on behalf of Defendant, Swedberg Enterprises, Inc. d/b/a Florida Drywall, is hereby granted and that Jeremy D. Bertsch, Esquire and the law firm of Sellars, Marion & Bachi, P.A., are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, Swedberg Enterprises, Inc. d/b/a Florida Drywall.

New Orleans, Louisiana, this _23rd day of February 2012.

HONORABLE ELDON E. FALLON

U.S. DISTRICT COURT JUDGE