UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG: JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL.<br><br>CASE NO.'s: 09-7628, 11-080, 09-6690 | |

## ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, SMITH FAMILY HOMES CORPORATION, in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, Smith Family Homes Corporation, is hereby granted and that Addison J. Meyers, Brian A. Eves, and the firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, Smith Family Homes Corporation. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendant, Smith Family Homes Corporation, at: 17123 Journeys End Drive, Odessa, Florida 33556, 15605 Dunn's Pond St., Odessa, Florida 33556, and 3840 Sorrel Vine, Wesley Chapel, Florida, 33544.

New Orleans, Louisiana this 23rd day of February 2012.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE