UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 2047

THIS DOCUMENT RELATES TO:

SECTION l

**Payton, et al vs. Knauf GIPS KG, et al
Case No. 09-7628**

JUDGE FALLON

_____/

MAGISTRATE JUDGE WILKINSON

## ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD

THIS MATTER came before the Court on the Motion to Withdraw as Counsel of Record for Plaintiffs, Donald Ambroise, Juan Carlos Castaneda, and Herold and Gauty Athouriste, in the above civil action. The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

1. It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Plaintiffs, Donald Ambroise, Juan Carlos Castaneda, and Herold and Gauty Athouriste, is hereby granted and the Robert W. Brown Esquire at the firm of Baron & Budd, P.C., Shapiro, Blasi, Wasserman & Gora, P.A., and Jeremy W. Alters, Esquire at the firm of Alters Law Firm, P.A., are hereby discharged from their obligations of representation in this case and relived of any further appearance in this case on behalf of Plaintiffs, Donald Ambroise, Juan Carlos Castaneda, and Herold and Gauty Athouriste. Until such time as a Notice of Appearance has been filed, direct all further pleadings to Victor Diaz, Esquire, VM Diaz & Partners, LLC, 119 Washington Avenue, 4th Floor, Miami Beach, Florida 33139.

New Orleans, Louisiana this 23rd day of February 2012.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE