UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEAN AND BETH PAYTON, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **PLAINTIFF** | * | **NO.: 09-7628** |
| | * | **MDL NO.: 09-2047** |
| **VS.** | * | |
| | * | **SECTION "L" (FALLON)** |
| **KNAUF GIPS KG, ET AL** | * | |
| | * | **MAG.: JUDGE WILKINSON** |
| **DEFENDANT** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record filed Guy D. Perrier and Jean E. Lavidalie, Jr. of Perrier & Lacoste, L.L.C.;

**IT IS HEREBY ORDERED** that Guy D. Perrier and Jean E. Lavidalie, Jr. of the law firm of Perrier & Lacoste, L.L.C., be withdrawn as counsel of record for Total Contracting and Roofing, Inc.

New Orleans, Louisiana, this 23rd day of February 2012.

_____
**DISTRICT JUDGE**