UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON

Donald Gross, et al. v. Knauf Gips, KG, et al.
Case No. 09-6690

MAG. JUDGE WILKINSON

## ORDER GRANTING DEFENDANTS STANDARD PACIFIC OF SOUTH FLORIDA GP, INC. AND STANDARD PACIFIC OF SOUTHWEST FLORIDA GP, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering the Motion to Exceed Page Limitation and Memorandum of Law in support filed by Defendants Standard Pacific of South Florida GP, Inc. and Standard Pacific of Southwest Florida GP, Inc.,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this 23rd day of February 2012.

ELDON E. FALLON
United States District Judge

2648671v1