# EXHIBIT A

Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
-vs-
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0025

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Louran Builders, Inc., dba Vincent Montalto Construction
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: St. Lucie )

Name of Server: __Amy M. Perron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __23__ day of __May__, 20__11__, at __7:15__ o'clock __P__ M

Place of Service: at __414 SW Dalton Circle__, in __Port St. Lucie, FL 34953__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII); Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Louran Builders, Inc., dba Vincent Montalto Construction**
By delivering them into the hands of an officer or managing agent whose name and title is: __Kim Montalto - Office Manager__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Dark Brown__; Facial Hair __—__
Approx. Age __40's__; Approx. Height __5'7"__; Approx. Weight __130 lbs__
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Amy M. Perron__
Signature of Server

Subscribed and sworn to before me this __25__ day of __May__, 20 __11__

__[signature]__
Notary Public

7-14-12
(Commission Expires)

APS International, Ltd.

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services