IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED | MDL NO.:  2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| This Document Relates to <u>Block et al, v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al</u>; Case No.  2:11-CV-1363 | MAG. JUDGE WILKINSON |

_____/

**ORDER GRANTING MOTION TO WITHDRAW**

THIS CAUSE having come before the Court on Bilzin Sumberg Baena Price & Axelrod LLP's Motion to Withdraw as counsel for Defendant Brighton Builders, Inc., and the Court having reviewed same and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion to Withdraw is **GRANTED**;

New Orleans, Louisiana this 23rd day of February 2012.

*/s/ Eldon E. Fallon*
U.S. District Judge