IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2047 |
| | | SECTION L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| Case No.09-7628 Sean Payton, *et al*, v. Knauf Gips KG, et al., | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING WITHDRAWAL AS
COUNSEL OF RECORD WITHOUT SUBSTITUTION**

This matter came before the Court on the Motion to Withdraw as Counsel of Record Without Substitution for Defendant, Cardel Master Builder, Inc., d/b/a Cardel Homes, a Delaware corporation ("Cardel Homes"), in the above civil action.  The Court, having considered the Motion and Supporting Memorandum, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record Without Substitution on behalf of Defendant, Cardel Homes, is hereby GRANTED and that Chris S. Coutroulis, D. Matthew Allen, Mark A. Smith, and Paul J. Ullom, of the firm of Carlton Fields, P.A. are hereby discharged of their obligations of representation in this case and relieved of any further appearance in these cases on behalf of Defendant Cardel Homes.  Until such time as a Notice of

22136875.1

Appearance is filed by new counsel, all pleadings shall be served on Defendant, Cardel Master Builder, Inc. d/b/a Cardel Homes, 3160 South Falkenburg Road, Riverview, FL 33569.

NEW ORLEANS, Louisiana, this 23rd day of February, 2012.

_____
Honorable Eldon E. Fallon`
United State District Judge

22136875.1