UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-MD-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE: FALLON |
| | * | |
| **This document related to:**   ALL CASES | * | MAG: WILKINSON |

*************************************************************************

**O R D E R**

Considering the foregoing Motion to Enroll Co-Counsel;

**IT IS ORDERED** that **Philip G. Watson and Ryan M. Malone**, of **Duplass, Zwain, Bourgeois, Pfister & Weinstock**, be and the same are hereby enrolled as co-counsel of record for Defendant, Capital Construction, Inc.

New Orleans, Louisiana, this  23rd  day of    February   , 2012.

_____
**UNITED STATES DISTRICT COURT**

00311875-1