UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.); and *Amato v. Liberty Mutual Ins. Co., et al.*, Case No. 2:09-cv-932 (E.D.La.) | |

## ORDER

This Court has been advised that the Plaintiffs' Steering Committee ("PSC") and Hanover Insurance Company ("Hanover") and Citizens Insurance Company of America ("Citizens") have been engaged in preliminary discussions concerning a global resolution of all pending claims, suits and judgments against Hanover's and Citizens' insureds, Porter-Blaine Corp. and Venture Supply, Inc.  The Court finds that mediation is appropriate to facilitate those ongoing discussions, and understands that the parties agree that John Perry should act as the mediator.

Accordingly, IT IS ORDERED that the following individuals are to meet with Mr. Perry within the next three (3) weeks to discuss the possibility of resolving all matters relating to the pending claims, suits and judgments against Porter-Blaine Corp. and Venture Supply, Inc.:  (1) a representative or designated representatives of the PSC; (2) John P. Malloy of Robinson & Cole, LLP, counsel for Hanover and Citizens; (3) one or more representatives of Hanover and Citizens; and (4) one or more counsel defending Porter-Blaine Corp. and Venture Supply, Inc. in the pending Chinese drywall-related matters.  Additional interested parties may participate in the

mediation, through counsel, if the mediator and the other parties specifically identified in this Order agree that participation of such additional parties is appropriate.

New Orleans, Louisiana, this 24th day of February, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE