UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  * MDL NO. 2047
PRODUCTS LIABILITY LITIGATION * 
* SECTION: L
*
* JUDGE FALLON
* MAG. JUDGE WILKINSON
*
*
THIS DOCUMENT RELATES TO: *

*Gross v. Knauf Gips KG*, No. 09-6690
*Payton v. Knauf Gips KG*, No. 09-7628
*Wiltz v. Beijing New Building Materials Public Limited Co.*, No. 10-361
*Rogers v. Knauf Gips KG*, No. No. 10-362
*Abel v. Taishan Gypsum Co. Ltd.*, No. 11-80
*Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, No. 11-252
*Haya v. Taishan Gypsum Co. Ltd.*, No. 11-1077
*Block v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, No. 11-1363

## ENTRY OF PRELIMINARY DEFAULT

UPON APPLICATION OF PLAINTIFFS and upon Declaration that the defendants listed in Exhibit A have failed to plead or otherwise defend the action,

IT IS HEREBY ORDERED that preliminary default be and the same is hereby entered against these defendants in the above numbered and captioned actions.

New Orleans, Louisiana, this 24th day of February, 2012

Lorretta G. Whyte
Clerk of Court
by: _____
Deputy Clerk

1