# EXHIBIT "A"

(including last known addresses of defendants)

| *PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.* CASE NO. 2:09-CV-07628 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS** |
| Ace Drywall 22214 Hoffman Road Mandeville, LA 70471 | 2/4/10 | |
| Adam Carpenter 102 Chinchuba Gardens Dr. Mandeville, LA 70471 | 2/3/10 | |
| Alana Development Corporation 56 Sandpiper Drive St. Augustine, FL 32086 | 2/23/10 | |
| Alternative Source, Inc. 503 S. Holly St. Hammond, LA 70403 | 3/30/10 | |
| American Dream Builders, Inc. 17598 Boat Club Drive Fort Myers, FL 33908 | 2/8/10 | |
| Anthony Raggs 10810 NW 19th Avenue Miami, FL 33167 | 2/4/10 | |
| Anthony Skrmetti 96 Daniels Way Saucier, MS 39574 | 2/6/10 | |
| Arizen Homes, Inc. 3905 N.W. 122nd Terrace Sunrise, FL 33323 | 5/6/10 | |
| BDG Waterstone, LLC AGI Registered Agents, Inc. 1000 Brickell Avenue, Ste. 300 Miami, FL 33131 | 2/5/10 | |
| Belmont Lakes Investments, LLC 10100 West Sample Road, Suite 205 Coral Springs, FL 33065 | 2/3/10 | |
| Blackhawk Partners, LLC 7601 N. Federal Hwy., Ste. A165 Boca Raton, FL 33487 | 2/26/10 | |
| Bonita Beachwalk, LLC 1955 Mission Drive Naples, FL 34109 | 7/15/10 | |

*PAYTON, ET AL. v. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:09-CV-07628 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Bove Company<br>Hathaway & Reynolds, PA<br>115 Professional Drive<br>Suite 101<br>Ponte Vedra Beach, FL 32092 | 2/5/10 | |
| Brian Papania<br>22074 Baily Lane<br>Picayune, MS 39466 | 2/9/10 | |
| Centurion Homes of Louisiana, LLC<br>210 Eydie Lane<br>Slidell, LA 70458 | 2/22/10 | |
| Chabot Enterprises, Inc.<br>5135 S.E. Manatee Terrace<br>Stuart, FL 34997 | 2/10/10 | |
| Chris Billot<br>70269 7th Street<br>Covington, LA 70433 | 2/8/10 | |
| Craftsmen Builders, Inc.<br>737 E. Atlantic Blvd.<br>Pompano Beach, FL 33060 | 2/10/10 | |
| David Ray Gavins<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 | 2/5/10 | |
| Design Contractors, LLC<br>40177 Bordeaux St.<br>Prairieville, LA 70769 | 2/4/10 | |
| Drywall Service<br>20257 Dan Walker Rd.<br>Saucier, MS 39574 | 2/5/10 | |
| Drywall Service, Inc.<br>306 McSween Road<br>Picaune, MS 39466 | 2/4/10 | |
| E.B. Developers, Inc.<br>Kodsi Law Firm PA<br>701 W. Cypress Creek Road, 3rd Floor<br>F.t Lauderdale, FL 33309 | 2/3/10 | |
| Elite Construction Co. SW Inc.<br>350 Emerald Forest Blvd<br>Covington, LA 70433 | 5/27/10 | |
| Enchanted Homes, Inc.<br>11915 King James Court<br>Cape Coral, FL 33991 | 2/5/10 | |
| Executive Home Builders, LLC<br>12040 Niece Rd. St.<br>Amant, LA 70774 | 2/8/10 | |

| *PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.* |
| :---: |
| **CASE NO. 2:09-CV-07628 (E.D.LA.)** |
| **DEFENDANTS WHO ARE IN DEFAULT** |

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
| --- | --- | --- |
| First Choice Drywall Services, Inc.<br>26690 Bridgeport Lane<br>Bonita Springs, FL 34125 | 2/23/10 | |
| First Construction Corporation<br>1344 Villere St<br>Mandeville, LA 70448 | 3/12/10 | |
| Fusion Building Concepts, Inc.<br>701 North Lake Davis Drive<br>Orlando, FL 32806 | 10/8/10 | |
| Garram Homes, Inc.<br>999 Ponce De Leon Blvd. 720<br>Coral Gables, FL 33134 | 2/26/10 | |
| Gateway Drywall, Inc.<br>3091 SE Jay Street<br>Stuart, FL 34997 | 2/4/10 | |
| Genesis Residential Group, Inc<br>200 Central Ave., #290<br>Saint Petersburg, FL 33701 | 2/4/10 | |
| George Meza<br>4824 Belle Drive<br>Metarie, LA 70006 | 2/10/10 | |
| Gooden Homes, LLC<br>201 S. Charles Ave.<br>40th Floor<br>New Orleans, LA 70170 | 7/12/10 | |
| Greystoke Homes at South Point II LLC<br>Corporate Creations Network, Inc.<br>11380 Prosperity Farms Road #221E<br>Palm Beach Gardens, FL 33410 | 2/4/10 | |
| Gwen Core<br>44 Park Lane<br>Folsom, LA 70137 | 2/23/10 | |
| H & H Custom Homebuilders<br>312 Primrose Lane<br>Covington, LA 70433 | 6/16/10 | |
| Hutchinson Homes, Inc.<br>12 Woodgrove Circle<br>Fairhope, AL 36533 | 2/10/10 | |
| J&H Distributers<br>551 Evergreen Dr.<br>Mandeville, LA 70448 | 6/16/10 | |
| John Eschete<br>22214 Hofman Road<br>Mandeville, LA 70471 | 2/4/10 | |

*PAYTON, ET AL. V. KNAUF GIPS KG, ET AL.*

CASE NO. 2:09-CV-07628 (E.D.LA.)

**DEFENDANTS WHO ARE IN DEFAULT**

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Jon A. Wilder, Inc.<br>1212 Central Ave. S.<br>Flagler Beach, FL 32136 | 2/5/10 | |
| JP Drywall, LLC<br>100 Wood Rose Lane<br>Wake Forest, NC 27587 | 2/5/10 | |
| JST Properties, LLC of Mississippi<br>181 Wiegand Drive<br>Westwego, LA 70094 | 2/22/10 | |
| Just-Rite Supply<br>Corporation Service Company<br>506 South President Street<br>Jackson, MS 39201 | 2/4/10 | |
| Land Resources LLC<br>504 Gulf Street<br>Venice, FL 34285 | 10/4/10 | |
| Las Playas LLC<br>2655 Lejeaune Rd.<br>Suite 514<br>Coral Gables, FL 33134 | 2/5/10 | |
| Last Minute Properties, LLC<br>215 St. Ann Dr., Ste. 3<br>Mandeville, LA 70741 | 2/4/10 | |
| Legend Custom Builders, Inc.<br>Forrester Hart Belisle & Whitaker, PL<br>1429 Colonial Boulevard, Ste. 201<br>Fort Myers, FL 33907 | 2/4/10 | |
| Louran Gips KG<br>414 SW Dalton Circle<br>Port St. Lucie, FL 34953 | 2/6/10 | |
| Lucra Investments, Inc.<br>47 S. Main Street<br>Driggs, ID 83422 | 3/30/10 | |
| Manuel Gonzales Terra Group, Intl.<br>1310 S. Greenway Drive<br>Miami, FL 33134 | 2/26/10 | |
| Master Builders of South Florida, Inc.<br>100 N. State Road 7, Ste. 300<br>Margate, FL 33063 | 9/26/11 | |
| Methodical Builders, Inc.<br>14700 County Rd. 9<br>Summerdale, AL 36580 | 2/10/10 | |
| Northeast Drywall<br>3938 Lake Padgett Dr.<br>Land O Lakes, FL 30637 | 2/3/10 | |

## PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.
### CASE NO. 2:09-CV-07628 (E.D.LA.)
### DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Oak Avenue, LLC<br>3310 Oak Ave<br>Miami, FL 33133 | 4/26/10 | |
| Paragon Homes Corporation<br>3020 Colonial Ridge Dr.<br>Brandon, FL 33511 | 4/21/10 | |
| Paul Hyde Homes<br>54 Coronado Avenue<br>Kennver, LA 70065 | 2/9/10 | |
| Philip Latapie<br>215 St. Ann Dr., Ste. 3<br>Mandeville, LA 70741 | 3/12/10 | |
| Pioneer Construction, LLC<br>15001 Thompson Road<br>Folsom, LA 70437-3304 | 5/27/10 | |
| Ponce Siding & Remodeling<br>20075 Highway 36<br>Covington, LA 70433 | 2/23/10 | |
| Premier Communities, Inc.<br>LPS Corporate Services, Inc.<br>46 North Washington Blvd, #1<br>Sarasota, FL 34236 | 2/3/10 | |
| Premier Plastering of Naples<br>434 Connors Ave<br>Naples, FL 34108 | 2/3/10 | |
| Punta Gorda Partners, LLC<br>354 Royal Tern Road South<br>Ponte Vedra Beach, FL 32082 | 4/15/10 | |
| Richardson Drywall<br>2128 Hollywood Drive<br>Bay St. Louis, MS 39520 | 2/5/10 | |
| Right Way Finishing, Inc.<br>3953 Tierra Venado Dr.<br>El Paso, TX 79938 | 10/6/10 | |
| RJM Builders North, Inc.<br>15340 Meadowwood Dr.<br>Wellington, FL 33414 | 3/9/10 | |
| Sampson Drywall<br>127 Dehaven St<br>St Augustine, FL 32086 | 2/9/10 | |
| Saturno Construction AB Inc.<br>1621 SE Mariner Ln.<br>Port St. Lucie, FL 34983 | 2/6/10 | |

3

## PAYTON, ET AL. V. KNAUF GIPS KG, ET. AL.
### CASE No. 2:09-CV-07628 (E.D.LA.)
### DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Scott Colson<br>100 NE International Drive<br>Diamond Head, MS | 10/4/10 | |
| Sea Coast Construction, LLC<br>8017 Jefferson Hwy, Wolfe's Creek, Ste.<br>B3<br>Baton Rouge, LA 70809 | 2/2/10 | |
| Signature Series Homes, Inc.<br>4344 Chiquita Blvd. South<br>Cape Coral, FL 33914 | 12/16/10 | |
| Southwell Homes, LLC<br>David W. Southwell, PLLC<br>16191 NW 57th Ave.<br>Miami, FL 33014 | 2/9/10 | |
| Stephen Steiner d/b/a Steiner Drywall<br>16344 Three Rivers Road<br>Biloxi, MS 39532 | 3/9/10 | |
| Stonebrook Homes LLC<br>2840 University Dr.<br>Coral Springs, FL 33065 | 3/1/10 | |
| Supreme Builders<br>28453 Eagle Ridge Driv<br>Magnolia, TX 77355 | 10/12/10 | |
| Tepeyac, LLC<br>5975 Sunset Dr., Ste. 503<br>South Miami, FL 33143 | 2/5/10 | |
| Tikal Construction Co.<br>7824 Embassy Blvd.<br>Miramar, FL  33023 | 4/16/10 | |
| United Home Builders, Inc.<br>1515 Broadway<br>Fort Myers, FL 33901 | 3/20/10 | |
| Velvet Pines Construction, LLC<br>19214 Wymer Rd.<br>Covington, LA 70435 | 3/13/10 | |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 | 10/5/10 | |
| Wellington Drywall, Inc.<br>18 Winchester Road<br>Ormond Beach Fl 32174 | 4/30/10 | |

4

## WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.
### CASE NO. 2:10-CV-00361 (E.D.LA.)
### DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Aces Towing Enterprises, L.L.C. 205 W. St. Bernard Hwy. Chalmette, LA 70043 | 4/16/10 | |
| American Gallery Development Group, LLC 2661 Executive Center W. Tallahassee, FL 32314 | 8/23/10 | |
| Arizen Homes, Inc. 3905 NW 122nd Terrace Sunrise, FL 33323 | 5/6/10 | |
| Barony Homes, Inc. 2508 Del Prado Blvd S Cape Coral, FL 33904 | 4/27/10 | |
| BDG Waterstone, LLC AGI Registered Agents, Inc. 1000 Brickell Avenue, Ste. 300 Miami, FL 33131 | 4/13/10 | |
| BE Wholesale 81 Golden Property Road Bremen, GA 30110 | 4/15/10 | |
| Beijing New Building Materials Public Limited Co. No. 16 West Road Jiancaicheng Xisanqi Haidian District Beijing China 100096 | 8/25/10 | Previously held in default. See Doc. No. 7735. |
| Cajun Construction & Design, Inc. 2310 Perdido Street New Orleans, LA 70119 | 4/19/10 | |
| CB Creek, Inc. 2703 SW 10th Ave. Cape Coral, FL 33914 | 4/15/10 | |
| Chase Construction, Inc. 1714 Cape Coral Pkwy East Cape Coral, FL 33904 | 4/20/10 | |
| Country Walk Sales, LLC 13370 Prospect Rd. Strongsville, OH 44149 | 4/14/10 | |

### WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.
### CASE NO. 2:10-CV-00361 (E.D.LA.)
### DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Qinhuangdao Taishan Building Material Co. Ltd. a/k/a Qinhuang Dao Taishan Building Material Co., Ltd Gangcheng Street East No. 69 Haigang District Qinhuangdao 066000 | 7/28/10 | |
| Crossroad Homes, Inc. 2760 Southeast Eagle Drive Port St. Lucie, FL 34984 | 4/13/10 | |
| Curb Appeal Home Builders, Inc. 209 Business Park Drive Virginia Beach, VA 23462 | 4/16/10 | |
| Delgado's Painting 422 Terry Parkway Gretna, LA 70056 | 4/15/10 | |
| Delta-Eden, Inc. 21 East Acre Drive Plantation, FL 33317 | 4/20/10 | |
| Development Co. of Boca, Inc. d/b/a Boca Developers 321 E. Hillsboro Blvd. Deerfield Beach, FL 33441 | 4/14/10 | |
| E.B. Developers, Inc. 701 West Cypress Creek Road Third Floor Ft. Lauderdale, FL 33309 | 4/15/10 | |
| Enchanted Homes, Inc. 11915 King James Court Cape Coral, FL 33991 | 4/17/10 | |
| G&B Roofing & Construction, Inc. 503 Du Monde Drive Westwego, LA 70094 | 4/15/10 | |
| Harrell's Drywall, Inc. 1225-B 131 St. Avenue Tampa, FL 33612 | 4/14/10 | |
| Inman Construction Services, Inc. 618 Central Avenue Jefferson, LA 70121 | 5/13/10 | |
| J. Galloway Construction, Inc. 1146 Highway 20 Interlachen, FL 32148 | 4/23/10 | |

*WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.*
CASE NO. 2:10-CV-00361 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Kevin Burton<br>11120 S. Idlewood Court<br>New Orleans, LA 70128 | 4/24/10 | |
| Lopez Drywall, Inc.<br>1416 Kingsly Ave.<br>Orange Park, FL 32073 | 4/22/10 | |
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 | 4/23/10 | |
| McCar Homes, Inc.<br>4125 Old Milton Parkway<br>Alpharetta, GA 30005 | 4/16/10 | |
| MW Johnson Construction of Florida, Inc.<br>16823 Island Avenue<br>Lakeville, MN 55044 | 6/28/10 | |
| Oscar Jiles d.b.a. JJ Construction<br>108 Jiles Lane<br>Braithwaite, LA 70040 | 4/16/10 | |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd f/k/a Shandong Chenxiang Building Materials Co., Ltd.<br>Dongyang Dianzi Cun<br>Pingyi Zhen<br>Pingyi Xian<br>Shandong, China 273300 | 10/15/10 | |
| Ray Turner Drywall, LLC<br>10736 Jacamar Drive<br>New Port Richey, FL 34654 | 4/17/10 | |
| Safeway Contractors, L.L.C.<br>705 Florida Street<br>River Ridge, LA 70123 | 4/19/10 | |
| Stone Development, LLC<br>303 34th Street - Ste. 5<br>Virginia Beach, VA 23451 | 4/15/10 | |
| Touchstone At Rapallo, Inc.<br>3440 Renaissance Blvd., Ste. 12<br>Bonita Springs, FL 34134 | 4/16/10 | |
| United Homes, Inc.<br>7975 NW 154th Street Suite 400<br>Miami Lakes, FL 33016 | 4/13/10 | |

*WILTZ, ET AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.*
CASE NO. 2:10-CV-00361 (E.D.LA.)

## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Vizcaya Custom Homes, Inc.<br>209 S. Gunlock Avenue<br>Tampa, FL 33609 | 4/23/10 | |

| | |
|---|---|
| *GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-6690 (E.D.LA.) | |
| **DEFENDANTS WHO ARE IN DEFAULT** | |

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Albert Howard, Jr.<br>2685 Columbus Highway<br>Box Springs, GA 31801 | 5/27/10 | |
| All County Drywall Service, Inc.<br>2702 Wallace Branch Road<br>Plant City, FL 33565 | 5/22/10 | |
| American Gallery Development Group, LLC<br>2661 Executive Center W.<br>Tallahassee, FL 32314 | 6/21/10 | |
| Angel Developments, LLC<br>216 South West Maclay Way<br>Port Saint Lucie, FL 34986 | 5/25/10 | |
| Beijing New Building Materials Public Limited Company (BNBM)<br>No. 16 West Road<br>Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China 100096 | 4/23/10 (IDC) | Previously held in default.<br>See Doc. No. 7302 and 7736. |
| Beijing New Building Materials Group Co., Ltd. (BNBM Group)<br>No. 16<br>West Road Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China 100096 | 2/25/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Bell Construction<br>309 Church Street<br>Port Gibson, MS 39150 | 4/5/10 | |
| Building Supply House, LLC<br>8550 United Plaza Blvd., Ste. 1001<br>Baton Rouge, LA 70809 | 5/24/10 | |
| Changzhou Yinhe Wood Industry Co., Ltd.<br>Qianfeng Industrial Park<br>Henglin Town<br>Changzhou, Jiangsu, China 213 103 | 6/27/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Chase Construction, Inc.<br>1714 Cape Coral Parkway East<br>Cape Coral, FL 33904 | 5/20/10 | |
| China National Building Material Group Corporation (CNBM Group)<br>17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 | 2/25/10 (IDC)<br><br>6/27/11 (III) | Previously held in default.<br>See Doc. No. 7302. |

| GROSS, ET AL. V. KNAUF GIPS KG, ET. AL. | | |
|---|---|---|
| CASE NO. 2:09-CV-6690 (E.D.LA.) | | |
| **DEFENDANTS WHO ARE IN DEFAULT** | | |
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| China National Building Materials Co., Ltd. (CNBM)<br>17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 | 2/25/10 (IDC)<br><br>6/27/11 (III) | Previously held in default.<br>See Doc. No. 7302. |
| Cornerstone Builders, LLC<br>61085 Atkins Drive<br>Slidell, LA 70461 | 5/21/10 | |
| David W. Stewart, Inc.<br>53089 Highway 433<br>Slidell, LA 70461 | 5/20/10 | |
| Done-Rite Construction<br>915 1st Avenue, NW<br>Arab, AL 35016 | 5/26/10 | |
| Dynamic Contractors<br>425 Heart D. Farm Rd.<br>Youngsville, LA 70592 | 5/21/10 | |
| First Choice Drywall Services, Inc.<br>26690 Bridgeport Lane<br>Bonita Springs, FL 34125 | 6/2/10 | |
| Fuxin Taishan Gypsum And Building Material Co., Ltd.<br>Pingxi Industrial Park North<br>Haizhou District<br>Fuxin Liaoning 123000 | 3/4/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Garraway's Stores, Inc.<br>2127 Columbia Ave.<br>Prentiss, MS 39474 | 6/1/10 | |
| George Meza<br>4824 Belle Drive<br>Metairie, LA 70006 | 5/25/10 | |
| Hanover Homes, Inc<br>2407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 | 5/25/10 | |
| Homes of Merit, Inc.<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | 6/14/10 | |
| Hubei Taishan Building Material Co., Ltd.<br>Jingmen High and New Technology Industrial Park,<br>Hubei 448000 | 2/8/10 (IDC)<br><br>2/24/11 (III) | Previously held in default.<br>See Doc. No. 7302. |
| Inman Construction Services, Inc.<br>618 Central Avenue<br>Jefferson, LA 70121 | 5/25/10 | |
| International Materials Trading, Incorporated<br>204 W. Spear Street<br>Carson City, NV 89703 | 11/13/09 (IDC)<br><br>8/26/10 (III) | |

*GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*
CASE NO. 2:09-CV-6690 (E.D.LA.)

# DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| J & S Drywall<br>68491 Martha Drive<br>Pearl River, LA 70452 | 5/22/10 | |
| Jeff Laporte<br>2157 Third Street<br>Suite E<br>Mandeville, LA 70471 | 5/20/10 | |
| Jinan Run & Fly New Materials Co., Ltd.<br>3-201, Ruyibei BLD.<br>Hualong Road<br>Jinan, Shandong China 250100 | 2/8/10 (IDC)<br><br>3/7/11 (III) | Previously held in default.<br>See Doc. No. 7302. |
| John P. Gregg<br>336 Driftwood Circle<br>Slidell, LA 70458 | 5/20/10 | |
| Johnny Weary<br>616 Lincerne Street<br>Bogalusa, LA 70427 | 5/20/10 | |
| KC2 Investments, LLC<br>1820 North Corporate Lakes Blvd.<br>Suite 105; Weston, FL 33326 | 5/28/10 | |
| Kenneth Campo<br>1301 Ysclockey Hwy<br>Saint Bernard, LA 70085 | 6/3/10 | |
| L & J Builders, Inc.<br>6 Intracoastal Way<br>Lake Worth, FL 33460 | 6/9/10 | |
| Lawrence McCorvey<br>1671 Horandy Rd.<br>Monroeville, AL 36460 | 5/25/10 | |
| Legend Custom Builders, Inc.<br>1429 Colonial Blvd. - Ste. 201<br>Fort Myers, FL 33907 | 5/20/10 | |
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 | 5/27/10 | |
| Martinez Drywall & Painting, LLC<br>515 Drury Lane<br>Slidell, LA 70460 | 5/24/10 | |
| Master Builders of South Florida, Inc.<br>100 North State Road 7, Ste. 300<br>Margate, FL 33063 | 8/17/10 | |
| MATSA Construction<br>16800 SW 248 Street<br>Homestead, FL 33031 | 5/20/10 | |

| *GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.* <br> CASE NO. 2:09-CV-6690 (E.D.LA.) <br> **DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| McCar Homes - Tampa, LLC <br> 4125 Old Milton Parkway <br> Alpharetta, GA 30005 | 5/19/10 | |
| McLean Drywall <br> 508 Bear Paw Trail <br> Blue Ridge, GA 30513 | 7/1/10 | |
| Metro Resources Corp. <br> 20700 Civic Center Drive <br> Southfield, MI 48076 | 11/12/09 (IDC) <br><br> 8/23/10  (III) | |
| MGB Construction <br> 3585 Lucia Drive <br> Vero Beach, FL 32967 | 5/21/10 | |
| MW Johnson Construction of Florida, Inc. <br> 16823 Island Ave. <br> Lakeville, MN 55044 | 6/28/10 | |
| Nanhai Silk Imp. & Exp. Corporation <br> Block 1 <br> 4 Nangui Road, West <br> Foshan Guangdong <br> China, 528200 | 3/12/10 (IDC) | Previously held in default. <br> See Doc. No. 7302. |
| Negotiable Remodeling <br> 17 Kerry Street <br> Carriere, MS 39426 | 6/1/10 | |
| Norman Gannon <br> 32 Napoleon Cir <br> Brandon, MS 39047 | 5/25/10 | |
| Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc <br> 5805 Blue Lagoon Dr., #200 <br> Miami, FL 33126 | 11/3/10 (IDC) | |
| Parkview Homes Realty, Inc. <br> 13370 Prospect Rd <br> Strongsville, OH 44149 | 5/24/10 | |
| Picayune Discount Building Supply <br> 1919 Palestine Road <br> Picayune, MS 39466 | 6/1/10 | |
| Pine Ridge Real Estate Enterprises, L.L.C. <br> 1311 Newport Center Drive West, Suite C <br> Deerfield Beach, FL 33442 | 5/27/10 | |
| Pingyi Baier Building Materials Co., Ltd. <br> Baier Industrial Park <br> Ziqiu Town <br> Pingyi County <br> Shandong China 273305 | 2/25/10 (IDC) <br><br> 2/15/11  (III) | Previously held in default. <br> See Doc. No. 7302. |

| *GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.* CASE NO. 2:09-CV-6690 (E.D.LA.) **DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd (Chexiang) Dongyah Dianzi Village Pingyi Town Pingyi County Shandong China 273300 | 2/25/10 (IDC) 3/16/11 (III) | Previously held in default. See Doc. No. 7302. |
| POD Homes, LLC 2141 Lakeview Dr. Sebring, FL 33870 | 6/16/10 | |
| Qingdao Yilie International Trade Co., Ltd Room 804 Building 1 Tianshengyuan 21 Donghai West Road Shinan District Qingdao, Shandong, China 266071 | 2/22/10 (IDC) 1/30/11 (III) | Previously held in default. See Doc. No. 7736 |
| Qinhuangdao Taishan Building Material Co., Ltd Gangcheng Street East No. 69 Haigang District Qinhuangdao 066000 | 2/9/10 (IDC) 6/27/11 (III) | Previously held in default. See Doc. No. 7302. |
| R & B Housing, LLC 401 Oakwood Street Boissier City, LA 71111 | 5/20/10 | |
| Rocky Ruckman 11367 Creel Cr Gulfport, MS 39501 | 5/28/10 | |
| Roman Gonzalez 3232 Sugar Mill Road Kenner, LA 70065 | 5/25/10 | |
| Sands Construction Group, LLC 6990 SW 90th Street Miami FL 33156 | 5/20/10 | |
| Sedgwick Developers, Inc. One Biscayne Tower 15th Floor Miami, FL 33131 | 5/21/10 | |
| Shaanxi Taishan Gypsum Co., Ltd. Weibei Industrial Park Xinshi Township Linwei District Weinan City Shaanxi 714000 | 12/17/10 | Previously held in default. See Doc. No. 7302. |
| Shandong Oriental International Trading Co., Ltd. 17 - 21/F Shandong International Trades Mansion 51 Taiping Road Qingdao, China 266002 | 2/25/10 (IDC) 1/31/11  (III) | |

| *GROSS, ET AL. v. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-6690 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Shanghai East Best Arts & Crafts Co., Ltd.<br>273 SI Ping Lu<br>Shanghai China 200081 | 3/8/10 (IDC)<br><br>1/26/11 (III) | Previously held in default.<br>See Doc. No. 7736. |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd<br>3/F No. 135-1<br>Jiu Jiao Chang Road<br>Shanghai China 200010 | 2/26/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| SIIC Shanghai International Trade (Group) Co., Ltd.<br>30/F, SIIC Building<br>No. 18, Caoxi North Road<br>Shanghai, China 200030 | 3/10/10 (IDC)<br><br>1/27/11 (III) | Previously held in default.<br>See Doc. No. 7736. |
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd<br>Dabancheng Village<br>Dabancheng Township<br>Dabancheng District<br>Urumchi<br>Xinjiang Uygur<br>Autonomous Region<br>8300389 | 4/30/10 (IDC)<br><br>2/15/11 (III) | Previously held in default.<br>See Doc. No. 7302. |
| Sunrise Building Materials Ltd.<br>Unit 7, 55 Nugget Ave.<br>Scarborough, Toronto, ON<br>Canada, M1S 3L1 | 12/7/09 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Tai'an Jindun Building Material Co., Ltd.<br>Dawenkou<br>Daiyue District<br>Tai'an 271026 | 2/4/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Tai'an Kangyijia Building Materials Co., Ltd.<br>Shigao Industrial Park<br>Dawenkou, Tai'an City<br>Shandong, China 271024 | 3/1/10 (IDC) | |
| Tai'an Taishan Gypsum Board Co., Ltd.<br>Houzhou Village<br>Dawenkou<br>Daiyue District<br>Tai'an 271026 | 2/4/10 (IDC) | |
| Taishan Gypsum (Baotou) Co., Ltd.<br>No. 7 Goumen Township<br>Tuyouqi<br>Baotou<br>Inner Mongolia Autonomous Region<br>014100 | 3/3/10 (IDC)<br><br>8/23/11 (III) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Chongqing) Co., Ltd.<br>Luhuang Industrial Park A<br>Jiangjin<br>Chongqing 402260 | 2/9/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |

**GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.**
CASE NO. 2:09-CV-6690 (E.D.LA.)

# DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Taishan Gypsum (Henan) Co., Ltd.<br>Shouyang Industrial Park<br>Beihuan Road North<br>Yanshi Henan 471900 | 3/25/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Hengshui) Co., Ltd.<br>Renmin West Road (Hengfeng Power Plant Ecology<br>Industrial Park)<br>Hengshui City 053000 | 6/27/11 | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Jiangyin) Co., Ltd.<br>Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu 214443 | 7/29/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Pingshan) Co., Ltd.<br>Dianchang Road<br>Pingshan Township<br>Pingshan County 050400 | 3/11/10 (IDC)<br><br>6/27/11 (III) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Pizhou) Co., Ltd.<br>Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu 221200 | 3/3/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Tongling) Co., Ltd.<br>Jinqiao Industrial Park<br>Tongling Anhui 244000 | 2/20/10 (IDC)<br><br>4/18/11 (III) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Wenzhou) Co., Ltd.<br>Wenzhen Power Generation Co., Ltd., Yinhui Road No.<br>76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China<br>325602 | 5/14/10 (IDC) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum (Xiangtan) Co., Ltd.<br>Industrial Park<br>Guoqiang Village<br>Shuangma Township<br>Yuetang District<br>Xiangtan Hunan 411102 | 3/24/10 (IDC)<br><br>2/22/11 (III) | Previously held in default.<br>See Doc. No. 7302. |
| Taishan Gypsum Co., Ltd. Lucheng Branch<br>Ganlin Road No. 3<br>Lucheng, Shaanxi 047500 | 3/26/10 (IDC) | Previously held in default.<br>See Doc. No. 7736. |
| The China Corporation, LTD<br>Room A22, 13/F, Block A<br>37-41 San Mei Street<br>Wah Lok Industrial Centre<br>Fotan, Sha Tin, New Territories<br>Hong Kong, SAR | 7/15/11 | |
| Tianjin Tianbao Century Development Co., Ltd.<br>3 F, Eastern Exhibition Hall<br>31 Halbin Fifth Road<br>Tianjin Free Trade Zone<br>Tianjin City, China 300461 | 2/8/10 (IDC)<br><br>1/21/11 (III) | |

| *GROSS, ET AL. V. KNAUF GIPS KG, ET. AL.*<br>CASE NO. 2:09-CV-6690 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| Tov Trading Inc.<br>5014 20th Avenue<br>Brooklyn, NY 11204 | 11/18/09 (IDC) | |
| Trust America Homes, Inc.<br>555 Gaspar Drive<br>Placida, FL 33946 | 5/27/10 | |
| United Home Builders, Inc.<br>231 Del Prado Blvd.<br>Suite #11<br>Cape Coral, FL 33990 | 5/20/10 | |
| Veal Enterprises, Inc.<br>1316 Ames Blvd.<br>Marrero, LA 70072 | 5/28/10 | |
| Venture Homes<br>Convergence Center IV<br>301 Bendix Road<br>Virginia Beach, Virginia 23452 | 5/27/10 | |
| Waterways Joint Venture IV<br>E.H.G. Resident Agents, Inc.<br>5100 Town Center Circle, Suite 330<br>Boca Raton, FL 33486 | 6/22/10 | |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 | 6/22/10 | |
| WB Construction Company, Inc.<br>4205 23rd Street SW<br>Lehigh Acres, FL 33976 | 5/21/10 | |
| Yunan Taishan Gypsum And Building Material Co., Ltd.<br>Sanjia Village<br>Liujiezhen Factory<br>Yimen County<br>Yunan 651107 | 4/7/10 (IDC)<br><br>3/10/11 (III) | Previously filed Motion for Default against them |

| ROGERS, ET AL. V. KNAUF GIPS KG, ET. AL. CASE NO. 2:10-CV-00362 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** | **SERVICE WAS MADE** | **COMMENTS** |
| 3180 Lamb Court Acquisition, LLC 3732 NW 16 Street Ft. Lauderdale, FL 33311 | 4/29/10 | |
| Angel Developments, LLC 216 South West Maclay Way Port Saint Lucie, FL 34986 | 6/8/10 | |
| B & E Construction of Miami Corp. 7944 SW 199 Terrace Miami, FL 33189 | 4/30/10 | |
| Cajun Construction & Development, LLC 800 Wiegand Drive Bridge City, LA 70094 | 5/6/10 | |
| Comfort Home Builders, Inc. 514 NE 26th Place - Unit #4 Cape Coral, FL 33909 | 4/30/10 | |
| Davis General Contractors 218 Kenlyn Road Palm Beach Fl 33480 | 4/30/10 | |
| Enchanted Homes, Inc. 11915 King James Court Cape Coral, FL 33991 | 5/4/10 | |
| Freemar Homes, Inc. 5410 Endeavor Ave. Dover, FL 33527 | 4/29/10 | |
| Gomez Interiors, Inc. 15745 SW 297th Terrace Homestead, Fl 33033 | 8/9/10 | |
| Hanover Homes 2407 SW Monterrey Lane Port St. Lucie , FL 34953 | 4/29/10 | |
| J. Cherry and Sons, Inc. 2212 SW Racquet Club Drive Palm City, FL 34990 | 7/29/10 | |
| Joseph E. Clouse, Inc. 8661 Glenlyon Court Fort Myers, FL 33912 | 5/7/10 | |
| Liberty Home Builders, Inc. 14 Rose Dr. Ft. Lauderdale, FL 33316 | 4/29/10 | |
| Linel Consulting, LLC 9010 SW 117th St Miami, FL 33176 | 4/29/10 | |
| P N K Builders, LLC 444 Swift Fox Run Madisonville, LA 70447 | 8/25/10 | |

1

| ROGERS, ET AL. V. KNAUF GIPS KG, ET. AL. |
| :---: |
| CASE NO. 2:10-CV-00362 (E.D.LA.) |
| DEFENDANTS WHO ARE IN DEFAULT |

| DEFENDANT (LIST FULL LEGAL NAME) | SERVICE WAS MADE | COMMENTS |
| --- | --- | --- |
| Pine Ridge Real Estate Enterprises, LLC<br>1177 S.E. 3rd Ave.<br>Fort Lauderdale, FL 33316 | 4/29/10 | |
| Symphony Builders, Inc.<br>815 Coral Ridge Drive<br>Coral Springs, FL 33071 | 4/29/10 | |
| The Kabar Group, LLC<br>1820 N. Corporate Lakes Blvd. Suite 105<br>Weston, FL 33326 | 5/18/10 | |
| Treasure Coast<br>6301SE Federal Hwy.<br>Stuart, FL 34997 | 5/4/10 | |
| Venus Street, LLC<br>99 NE 167th Street<br>North Miami Beach, FL 33162 | 4/29/10 | |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 | 6/22/10 | |
| Waterways Joint Venture IV<br>E.H.G. Resident Agents, Inc.<br>5100 Town Center Circle, Suite 330<br>Boca Raton, FL 33486 | 6/22/10 | |

**ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL., CASE NO. 2:11-CV-080 (E.D.LA.)**

## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS/COUNSEL |
|---|---|---|
| Albanese-Popkin The Oaks Development Group, Inc.<br>1200 S. Rogers Circle, Ste. 11<br>Boca Raton, FL 33487 | 3/8/11 | |
| Albert Howard, Jr.<br>936 2nd Ave.<br>Columbus, GA 31901 | 3/11/11 | |
| American Homes, LLC<br>2611 Technology Drive<br>Suite 200<br>Orlando, FL 32804 | 3/4/11 | |
| Bayou Contracting, LLC<br>2728 Crestview Street<br>Kenner, LA 70062 | 3/11/11 | |
| BE Wholesale<br>81 Golden Property Road<br>Bremen, GA 30110 | 3/10/11 | |
| Brandhurst Construction & Maintenance Co., Inc.<br>30 Brittany Drive<br>Kenner, LA 70006 | 3/11/11 | |
| Broadmoor Development Corp.<br>4520 S. Derbigny Street<br>New Orleans, LA 70125 | 3/14/11 | |
| Building Supply House, L.L.C.<br>8550 United Plaza Blvd., Ste. 1001<br>Baton Rouge, LA 70809 | 3/11/11 | |
| C&G Development Group, LLC<br>1229 Caper Coral Parkway E<br>Cape Coral, FL 33904 | 3/11/11 | |
| Cali-Florida Investments, Inc.<br>3869 Grande Boulevard<br>Jacksonville, FL 32250 | 3/16/11 | |
| Custom Drywall<br>7925Simon Street<br>Metairie, LA 70003 | 3/11/11 | |
| Darius Henry<br>3327 Bruxelles Street<br>New Orleans, LA 70122 | 3/12/11 | |
| David W. Stewart, Inc.<br>53089 Highway 433<br>Slidell, LA 70461 | 3/14/11 | |

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.*, **CASE NO. 2:11-CV-080 (E.D.LA.)**

## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS/COUNSEL |
|---|---|---|
| Delgado's Painting<br>422 Terry Parkway<br>Gretna, LA 70056 | 3/12/11 | |
| Drive Enterprises, Inc.<br>5910 Story Book Trail<br>Missouri City, TX 77459 | 4/2/11 | |
| Enchanted Homes, Inc.<br>11915 King James Court<br>Cape Coral, FL 33991 | 3/8/11 | |
| Eric Manuel<br>3005 Hero Drive<br>Gretna, LA 70053 | 3/12/11 | |
| Florida Walls, Inc.<br>2351 Bishop Drive<br>Alva, FL 33920 | 3/8/11 | |
| G&B Roofing<br>503 Du Monde Drive<br>Westwego, LA 70094 | 3/12/11 | |
| Hanover Homes, Inc.<br>2407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 | 3/4/11 | |
| Harrell's Drywall, Inc.<br>1225-B 131st Avenue<br>Tampa, FL 33612 | 3/8/11 | |
| Jade Organization General Contractor, LLC<br>201 North Commerce Way<br>Weston, FL 33326 | 3/10/11 | |
| James & Vita, L.L.C.<br>140 rue Acadian<br>Slidell, LA 70461 | 3/12/11 | |
| Joseph E. Bellande<br>2900 St. Marie Street<br>Meraux, LA 70075 | 3/12/11 | |
| Joseph Scott<br>4967 Brittany Court<br>New Orleans, LA 70124 | 3/12/11 | |
| Kenneth Campo<br>1301 Ysclockey Hwy.<br>Saint Bernard, LA 70085 | 3/12/11 | |
| Kevin McCusker<br>1236 N. Robertson Street<br>New Orleans, LA 70124 | 3/12/11 | |

**ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL., CASE NO. 2:11-CV-080 (E.D.LA.)**

## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS/COUNSEL |
|---|---|---|
| Kimball Hill Homes Florida, Inc.<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | 2/28/11 | |
| L&J Builders, Inc.<br>6 Intracoastal Way<br>Lake Worth, FL 33466 | 3/5/11 | |
| Legend Custom Builders, Inc.<br>1429 Colonial Blvd., Ste. 201<br>Fort Myers, FL 33907 | 3/7/11 | |
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 | 3/4/11 | |
| Madussa, LLC<br>13711 Raleigh Lane, #4<br>Ft. Myers, FL 33919 | 3/23/11 | |
| Maranatha Construction, Inc.<br>12431 Brookshire<br>Baton Rouge, LA 70815 | 3/14/11 | |
| Meeks Drywall & Stucco, Inc.<br>8305 Tolles Drive<br>North Fort Myers, FL 33917 | 3/9/11 | |
| MW Johnson Construction of Florida, Inc.<br>16823 Island Avenue<br>Lakeville, MN 55044 | 3/12/11 | |
| Preferred Homes<br>2325 Manhattan Blvd.<br>Harvey, LA 70058 | 3/14/11 | |
| R.D.S. Construction<br>11629 Greensleeve Avenue<br>Tampa, FL 33626 | 3/10/11 | |
| Rightway Drywall, LLC<br>224 East Derby Avenue<br>Auburndale, FL 33823-3823 | 3/8/11 | |
| Robertsdale Ace Home Center<br>21090 Hwy 59 S.<br>Robertsdale, AL 36567 | 3/14/11 | |
| Roman Gonzalez<br>3232 Sugar Mill Road<br>Kenner, LA 70065 | 3/11/11 | |
| Safeway Contractors, L.L.C.<br>705 Florida Street<br>River Ridge, LA 70123 | 3/11/11 | |

*ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.,* CASE NO. 2:11-CV-080 (E.D.LA.)

## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS/COUNSEL |
|---|---|---|
| Solid Construction of the Gulf Coast d/b/a Westerheim Homes<br>3108 Brittany Court<br>Pensacola, FL 32504 | 3/14/11 | |
| Southern Community Homes, Inc.<br>1900 SW 97th Place<br>Ocala, Florida 34476 | 3/16/11 | |
| Sterling Communities at Talavera, LLC<br>1800 Military Trail, Ste. 470,<br>Boca Raton, FL 33436 | 4/15/11 | |
| Sterling Communities, Inc.<br>1800 Military Trail, Ste. 470,<br>Boca Raton, FL 33436 | 4/15/11 | |
| Struggler Drywall, LLC<br>8444 6th Avenue South<br>Birmingham, AL 35206 | 3/19/11 | |
| Stuart South Group, L.C.<br>4326 SW Brookside Dr.<br>Palm City, FL 34990 | 3/19/11 | |
| Supreme Builders, Inc.<br>28453 Eagle Ridge Dr.<br>Magnolia, TX 77355 | 6/13/11 | |
| Taurus Homes, Inc.<br>3563 Windsor Forest Court<br>Pace, FL 32571 | 3/2/11 | |
| Tommy Hawk aka Tommy Hawk d/b/a DKT Construction<br>2708 Guerra Drive<br>Violet, LA 70092 | 3/12/11 | |
| Treasure Coast Communities, LLC<br>6301 SE Federal HWY.<br>Stuart, FL 34997 | 3/3/11 | |
| Troy Patterson Drywall, LLC<br>6446 Kennington Circle<br>Milton, FL 32570 | 3/2/11 | |
| United Home Builders, Inc.<br>1515 Broadway<br>Fort Myers, FL 33901 | 3/3/11 | |
| Venus Street, LLC<br>Sandor F. Genet & Assoc. P.A.<br>99 NE 167th Street<br>North Miami Beach, FL 33162 | 3/7/11 | |

| *ABEL, ET. AL. V. TAISHAN GYPSUM CO., LTD.., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET. AL.*, CASE NO. 2:11-CV-080 (E.D.LA.) <br> **DEFENDANTS WHO ARE IN DEFAULT** | | |
|---|---|---|
| **DEFENDANT** | **SERVICE WAS MADE** | **COMMENTS/COUNSEL** |
| Wolf & Bear Distributors d/b/a Wolf & Bear Holdings Corp. <br> 5124 Kirkwood Ave. <br> Springhill, FL 34608 | 3/17/11 | |

## *ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG*
### CASE NO. 2:11-CV-252 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVED | COMMENTS |
|---|---|---|
| Barony Homes, Inc.<br>2508 Del Prado Blvd. S.<br>Cape Coral, FL 33904 | 5/25/11 | |
| BDG Waterstone, LLC<br>AGI Registered Agents, Inc.<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 | 5/26/11 | |
| Builder's Line, Inc.<br>R. Colins Vallee<br>2020 N. Causeway Blvd.<br>Suite H<br>Mandeville, LA 70471 | 6/23/11 | |
| BV 6334, LLC<br>10850 SW 134 Terrace<br>Miami, FL 33176 | 5/24/11 | |
| David E. Smith d/b/a Ruelas Drywall<br>15026 Green Stone Drive<br>Houston, TX 77084 | 5/26/11 | |
| Deer Creek Estates II, LLC<br>1804 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | 5/24/11 | |
| Estate Homes, Inc.<br>429 Lennox Ave., Ste. 4W13,<br>Miami Beach, FL 33139 | 5/23/11 | |
| GGG Edinburgh Estates, LLP<br>12802 A Willow Centre Drive<br>Houston, TX 77066 | 5/26/11 | |
| Grande Valley Homes, LLC d/b/a<br>Casa Linda Home<br>1409 N. Main Street<br>Mcallen, TX 78501 | 5/25/11 | |
| Hampton Homes, LLC<br>18333 Egret Bay Blvd., Suite 680<br>Houston, TX 77058-6140 | 6/1/11 | |
| Hometown Concepts, Inc. a/k/a<br>Hampton Homes<br>18333 Egret Bay Blvd., Suite 680<br>Houston, TX 77058-6140 | 6/1/11 | |
| Hutchinson Homes, Inc.<br>12 Woodgrove Cir.<br>Fairhope, AL 36532 | 5/25/11 | |

1

| ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG CASE No. 2:11-CV-252 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | |
|---|---|---|
| **DEFENDANT** | **SERVED** | **COMMENTS** |
| Larry A. Brooks Company, L.L.C. d/b/a Great American Homes 149 Cemetery St. Uriah, AL 36480 | 6/17/11 | |
| Lifeway Homes, Inc. 12802 A Willow Centre Drive Houston, TX 77066 | 5/26/11 | |
| Lifeway Homes, LP 12802 A Willow Centre Drive Houston, TX 77066 | 5/26/11 | |
| Louran Builders, Inc. d/b/a Vincent Montalto Construction 414 SW Dalton Circle Port St. Lucie, FL 34953 | 5/23/11 | |
| Meeks Drywall & Stucco, Inc. 8305 Tolles Drive North Fort Myers, FL 33917 | 5/24/11 | |
| Pembroke Park, L.L.C. 2121 Ponce de Leon Blvd., Suite 950 Coral Gables, FL 33134 | 5/24/11 | |
| Sheridan 87, LLC 44 West Flagler Street 25th Floor Miami, FL 33130 | 5/26/11 | |
| Stuart South Group, L.C. d/b/a Treasure Coast Homes 4326 SW Brookside Dr. Palm City, FL 34990 | 6/1/11 | |
| Supreme Builders, Ltd. 28453 Eagle Road Magnolia, TX 77355 | 5/26/11 | |
| Trafalgar Associates, Inc. 44 West Flagler Street 25th Floor Miami, FL 33130 | 5/26/11 | |
| Treasure Coast Communities, L.L.C. 2400 SE Federal Hwy 4th Floor Stuart, FL 34994 | 6/8/11 | |
| Universal Construction Company, Inc. a/k/a U/C Construction, Inc. 350 N. St. Paul St., Ste. 2900 Dallas, TX 75201 | 5/25/11 | |

*ABREU, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG*
CASE NO. 2:11-CV-252 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVED | COMMENTS |
|---|---|---|
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 | 5/26/11 | |

3

| *HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,* CASE NO. 11-CV-1077 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | | |
|---|---|---|---|
| **DEFENDANT** | **SERVICE (ORIGINAL)** | **SERVICE (AMENDED)** | **COMMENTS** |
| 704 N. Ocean Blvd. Associates, Ltd. 1986 NE 149 Street Miami, FL 33181 | 8/31/11 | 8/31/11 | |
| Ability Construction, Inc. 1345 Old Pondella Road Cape Coral, FL 33909 | 7/19/11 | 7/19/11 | |
| American Gallery Development Group, LLC 2661 Executive Center W. Tallahassee, FL 32314 | 7/15/11 | 7/15/11 | |
| American Homes, LLC 2611 Technology Drive Suite 200 Orlando, FL 32804 | 6/28/11 | 6/28/11 | |
| American Housing Corporation One Progress Plaza, Ste. 1210 St. Petersburg, FL 33701 | 7/6/11 | 7/6/11 | |
| Angel Developments LLC 216 South West Maclay Way Port Saint Lucie, FL 34986 | 7/14/11 | 7/14/11 | |
| B & B Stucco, Inc. 12244 Treeline Avenue #2 Fort Myers, Florida 33913 | 7/6/11 | 7/6/11 | |
| Builder's Depot 101 S. Robinson Road Texarkana, TX 75501 | 6/27/11 | 6/27/11 | |
| Cape Cement & Supply, Inc. 645 Commercial Park Place Cape Coral, FL 33991 | 7/6/11 | 7/6/11 | |
| Castillo Azul Developers, Inc. 260 Palermo Coral Gables, FL 33134 | 7/8/11 | 7/8/11 | |
| Central Drywall Contractors, Incorporated 10714 Florence Avenue Suite A Thonotosassa, FL 33592 | 7/6/11 | 7/6/11 | |
| Chase Construction, Inc. 10714 Florence Avenue Suite A Thonotosassa, FL 33592 | 7/6/11 | 7/6/11 | |

### HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 11-CV-1077 (E.D.LA.)
### DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
|---|---|---|---|
| Comfort Home Builders, Inc.<br>514 NE 16th Place Unit #4<br>Cape Coral, FL 33909 | 7/6/11 | 7/6/11 | |
| Custom Construction, Inc<br>2209 Aramis Drive<br>Meraux, LA 70075 | 9/21/11 | 9/21/11 | |
| Cypress Corporation of Southwest Florida Inc.<br>4001 Santa Barbara Blvd. #302<br>Naples, FL 34104 | 7/7/11 | 7/7/11 | |
| Dollaway Drywall, Inc.<br>17423 Boyette Road<br>Lithia, FL 33547 | 7/15/11 | 7/15/11 | |
| Donald Wayne Tindle<br>43241 State Hwy.<br>Bay Minnette, AL 36507 | 7/13/11 | 7/13/11 | |
| Double D. Investments of Broward LLC<br>2225 McClelan Street<br>Hollywood, FL 33020 | 6/28/11 | 6/28/11 | |
| European Quality Builders, LLC<br>2018 E. 7th Avenue<br>Tampa, FL 33605 | 7/7/11 | 7/7/11 | |
| Fly System, Inc.<br>11481 SW Rossano Lane<br>Port St. Lucie, FL 34987 | 7/14/11 | 7/14/11 | |
| Hanover Homes, Inc.<br>2407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 | 7/12/11 | 7/12/11 | |
| Harrell's Drywall, Inc.<br>1225-B 131st Avenue<br>Tampa, FL 33612 | 7/7/11 | 7/7/11 | |
| Haven Properties, Inc.<br>6450 Westchester Place<br>Cumming, GA 30040 | 6/29/11 | 6/29/11 | |
| Island Coast Drywall and Stucco, LLC<br>3451 Bonita Bay Blvd., Suite 200<br>Bonita Springs, FL 34134 | 7/6/11 | 7/6/11 | |
| J.B.C. Builders, Inc.<br>11708 Palmer Drive<br>Tampa, FL 33624 | 7/27/11 | 7/27/11 | |

## HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 11-CV-1077 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE (ORIGINAL) | SERVICE (AMENDED) | COMMENTS |
|---|---|---|---|
| J.K. Lassitter Construction, LLC<br>22387-A County Road 38<br>Summerdale, AL 36580 | 7/7/11 | 7/7/11 | |
| Legend Custom Builders, Inc.<br>Forrester, Hart Belisle & Whitaker, PL<br>1429 Colonial Blvd., Ste. 201<br>Fort Myers, FL 33907 | 7/11/11 | 7/11/11 | |
| Malphus and Sons<br>17705 Crystal Cove Place<br>Lutz, FL 33549 | 7/5/11 | 7/5/11 | |
| Master Builders of South Florida, Inc.<br>100 North State Road 7, Ste. 300<br>Margate, FL 33063 | 7/15/11 | 7/15/11 | |
| McCar Homes, Inc.<br>4125 Old Milton Parkway<br>Alpharmetta, GA 30005 | 6/24/11 | 6/24/11 | |
| Morales Carpentry<br>4925 Delacrouix Hwy<br>St. Bernard, LA 70085 | 9/21/11 | 9/21/11 | |
| Paramount Quality Homes Corp.<br>1597 SE Port St. Lucie Blvd.<br>Port Saint Lucie, FL 34952 | 7/9/11 | 7/9/11 | |
| Parkview Homes Realty, Inc.<br>13370 Prospect Rd<br>Strongsville, OH 44149 | 7/7/11 | 7/7/11 | |
| Prime Homes at Portofino Falls, Ltd.<br>7000 W. Palmetto Park Road, Suite #402<br>Boca Raton, FL 33433 | 7/27/11 | 7/27/11 | |
| Regency Homes Group, LLC<br>7601 N. Federal Highway<br>Suite 165-A<br>Boca Raton, FL 33487 | 7/8/11 | 7/8/11 | |
| Reve Development Corporation<br>1928 Greenbrier Blvd.<br>Pensacola, FL 32514 | 7/9/11 | 7/9/11 | |
| Roy Harris Drywall, Inc.<br>7246 Mako Drive<br>Hudson, FL 34667 | 7/6/11 | 7/6/11 | |
| Schmidth Brothers Homes, Inc.<br>1009 Symphony Isles Blvd.<br>Apollo Beach, FL 33572 | 7/15/11 | 7/15/11 | |

| HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 11-CV-1077 (E.D.LA.) DEFENDANTS WHO ARE IN DEFAULT | | | |
|---|---|---|---|
| **DEFENDANT** | **SERVICE (ORIGINAL)** | **SERVICE (AMENDED)** | **COMMENTS** |
| Sheridan 87, LLC<br>44 West Flagler Street, 25th Floor<br>Miami, FL 33130 | 7/11/11 | 7/11/11 | |
| Stadelman Drywall<br>1825 1st Place<br>Vero Beach, FL 32962 | 6/29/11 | 6/29/11 | |
| Starlifter Homes, Inc.<br>518 Vintage Way<br>Brandon, FL 33511 | 7/9/11 | 7/9/11 | |
| Sterling Communities at Talavera, LLC<br>1800 N. Military Trail, #470<br>Boca Raton, FL 33436 | 7/8/11 | 7/8/11 | |
| Sterling Communities, Inc.<br>1800 N. Military Trail, #470<br>Boca Raton, FL 33436 | 7/8/11 | 7/8/11 | |
| Stuart South Group, LLC<br>4326 SW Brookside Dr.<br>Palm City, FL 34990 | 7/7/11 | 7/7/11 | |
| TFH Corp.<br>3634 Swans Landing Dr<br>Land O'Lakes FL 34639 | 7/6/11 | 7/6/11 | |
| Tindle Homes<br>43241 State Hwy.<br>Bay Minnette, AL | 7/13/11 | 7/13/11 | |
| Trafalgar Associates, Inc.<br>44 West Flagler Street, 25th Floor<br>Miami, FL 33130 | 7/11/11 | 7/11/11 | |
| Treasure Coast Communities, LLC<br>6301 SE Federal HWY.<br>Stuart, FL 34997 | 6/29/11 | 6/29/11 | |
| United Homes, Inc.<br>7975 W 25th Avenue, Bay #5<br>Hialeah, FL 33016 | 7/11/11 | 7/11/11 | |
| Vision Homes of SW, FL, Inc.<br>5742 Oakton Court<br>Sarasota, FL 34240 | 7/5/11 | 7/5/11 | |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 | 7/11/11 | 7/11/11 | |

| *HAYA, ET AL V. TAISHAN GYPSUM CO., LTD. F/K/A*<br>*SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*<br>CASE NO. 11-CV-1077 (E.D.LA.)<br>**DEFENDANTS WHO ARE IN DEFAULT** | | | |
| --- | --- | --- | --- |
| **DEFENDANT** | **SERVICE (ORIGINAL)** | **SERVICE (AMENDED)** | **COMMENTS** |
| Will Davis d/b/a D&W Home Restoration<br>6021 Fairmont Pkwy #120<br>Pasadena, TX 77505 | 7/1/11 | 7/1/11 | |
| Zaccaria Construction, LLC<br>1305 Ewell Rd.<br>Virginia Beach, VA 23451 | 7/12/11 | 7/12/11 | |
| Zamora Homes Corporation<br>260 Palermo Avenue<br>Coral Gables, FL 33134 | 7/8/11 | 7/8/11 | |

**BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.**
**CASE NO. 11-CV-1363 (E.D.LA.)**
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| 616, LLC<br>4800 N. Federal Highway #102 D Boca Raton, FL 33431 | 8/18/11 | |
| American Homes, LLC<br>2611 Technology Drive, Suite 200<br>Orlando, FL 32804 | 8/9/11 | |
| Amerimex Construction of Palm Beach Inc.<br>4396 White Feather Trail<br>Boynton Beach, FL 33436 | 8/27/11 | |
| Angel Developments, LLC<br>216 South West Maclay Way<br>Port Saint Lucie, FL 34986 | 8/17/11 | |
| B & B Stucco, Inc.<br>12244 Treeline Avenue #10<br>Fort Myers, FL 33913 | 8/23/11 | |
| B & E Construction of Miami Corp.<br>7944 SW 199 Terrace<br>Miami, FL 33189 | 8/27/11 | |
| Bellew Plastering<br>4420 Annunciation Street<br>New Orleans, LA 70115 | 9/28/11 | |
| Bo Builders, LLC<br>1449 Montmartre Street<br>Mandeville, LA 70448 | 10/15/11 | |
| Boynton Village Associates, Ltd.<br>Registered Agents of Florida, LLC<br>100 Southeast Second Street, Suite 2900<br>Miami, FL 33131 | 8/22/11 | |
| Caceres Drywall Corp<br>14984 S.W. 93rd Street<br>Miami, FL 33196 | 8/27/11 | |
| Caribbean Custom Homes, Inc.<br>2235 First Street<br>Ft. Myers, FL 33901 | 8/24/11 | |
| Centurion Homes of Louisiana, LLC<br>210 Eydie Lane<br>Slidell, LA 70458 | 10/13/11 | |
| Coscan Homes, LLC<br>Registered Agents of Florida, LLC<br>100 SE 2nd Street, Suite 2900<br>Miami, FL 33131 | 8/22/11 | |
| Dima Homes, Inc.<br>117 North Main Street<br>Petal, MS 39465 | 8/5/11 | |

1

### *BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.*
### CASE NO. 11-CV-1363 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Dove Enterprises Contractor & Design, Inc.<br>2801 SW College Road<br>Ocala, FL 34474 | 8/10/11 | |
| Drywall Services<br>20257 Dan Walker Road<br>Saucier, MS 39574 | 8/21/11 | |
| Fountain Homes<br>4007 Oak Ridge Place<br>Biloxi, MS 39532 | 8/9/11 | |
| Galloway Home Builders, Inc.<br>2665 S. Bayshore Drive #200<br>Miami, FL 33131 | 9/28/11 | |
| GEM Builders, Inc.<br>1321 Lone Pine Drive<br>Fort Pierce, FL 34982 | 9/1/11 | |
| Grove Hammocks Investments LLC<br>Baysound Development, Corp. 35380 SW<br>218 Avenue<br>Homestead, FL 33030 | 8/18/11 | |
| Gulf Breeze Construction, Inc.<br>579 Hwy. A1A, #401<br>Satellite Beach, FL 32937 | 8/9/11 | |
| Hanover Homes, Inc.<br>2407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 | 8/18/11 | |
| Hessen Construction, Corp.<br>1236 Taylor Street<br>Hollywood, FL 33019 | 8/20/11 | |
| Innovative Custom Builders Inc<br>9679 Lakeview Drive<br>New Port Richey, FL 34654 | 8/16/11 | |
| J&E Developers, Inc.<br>2795 West 78th Street<br>Hialeah, FL 33016 | 9/19/11 | |
| John's Drywall Service<br>1801 Witherspoon Circle<br>Mobile, AL 36618 | 9/1/11 | |
| JSK Construction, Inc.<br>3418 SE Darwin Blvd.<br>Port Saint Lucie, FL 34953 | 8/17/11 | |
| Just-Rite Supply, Inc.<br>Corporation Service Company<br>506 South President Street, Jackson, MS<br>39201 | 8/9/11 | |

**BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.**
**CASE NO. 11-CV-1363 (E.D.LA.)**
### DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Kemah Construction, Inc.<br>9425 Burbank Drive<br>Baton Rouge, LA 70810 | 9/14/11 | |
| Likness Construction Corp. of Southwest Florida<br>510 SW 7th Terrace<br>Cape Coral, FL 33991 | 8/27/11 | |
| Marriott Development, LLC<br>6571 N. Federal Highway #301<br>Boca Raton, FL 33487 | 8/18/11 | |
| Meeks Drywall & Stucco, Inc.<br>8305 Tolles Drive<br>North Fort Myers, FL 33917 | 8/31/11 | |
| Morgan Homes, Inc.<br>3420 NE 28th Avenue<br>Lighthouse Point, FL 33064 | 8/30/11 | |
| Residential Drywall of Ft. Myers, Inc.<br>400 North Tampa Street, Suite 2625<br>Tampa, FL 33602 | 8/12/11 | |
| River Oaks I, LLC<br>1701 W. Hillsboro Blvd., Suite 307<br>Deerfield Beach, FL 33442 | 8/19/11 | |
| Santa Barbara Estates, Inc.<br>7975 NW 154th Street, Suite 400<br>Miami Lakes, FL  33016 | 8/18/11 | |
| Schenley Park Homes, LLC<br>11402 NW 41 Street, Suite 202<br>Miami, FL 33178 | 8/27/11 | |
| SGS Construction, Inc.<br>101 Jane Drive<br>Slidell, LA 70460 | 10/13/11 | |
| Shane Heitzman<br>1975 Road 328<br>Perkinston, MS 39573 | 8/8/11 | |
| Stephen Steiner d/b/a Steiner Drywall<br>16344 Three Rivers Rd.<br>Biloxi, MS 39532 | 8/9/11 | |
| Steve Corbett, Inc.<br>1903 Stadium Drive<br>Phenix City, AL  36869 | 8/8/11 | |
| Stuart South Group, LLC<br>4326 SW Brookside Dr.<br>Palm City, FL 34990 | 8/18/11 | |
| Summit Homes Of LA, Inc.<br>303 S. Military Hgwy., Slidell, LA 70461 | 10/13/11 | |

***BLOCK, ET. AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET. AL.***
### CASE NO. 11-CV-1363 (E.D.LA.)
## DEFENDANTS WHO ARE IN DEFAULT

| DEFENDANT | SERVICE WAS MADE | COMMENTS |
|---|---|---|
| Supreme Builders<br>28453 Eagle Ridge<br>Magnolia, TX 77355 | 8/11/11 | |
| Supreme Builders, Ltd.<br>28453 Eagle Ridge<br>Magnolia, TX 77355 | 8/11/11 | |
| T&T Enterprises of SWFL, Inc.<br>9780 Silver Creek Court<br>Estero, FL 33928 | 8/19/11 | |
| The Villas of San Marino at Carrollwood<br>(Emerald Greens at Carrollwood, LLC)<br>1744 N. Belcher Road, Suite 150<br>Clearwater, FL 33756 | 8/17/11 | |
| United Homes, Inc.<br>7975 W 25th Avenue, Bay #5<br>Hialeah, FL 3301 | 8/18/11 | |
| United Homes International, Inc.<br>7975 NW 154th Street, Suite 400<br>Miami Lakes, FL 33016 | 8/18/11 | |
| Velvet Pines Construction, LLC<br>19214 Wymer Road<br>Covington, LA 70435 | 10/14/11 | |
| Waterways Joint Venture IV, LLC<br>15489 Summit Place Circle<br>Naples, FL 34119 | 8/23/11 | |
| Windship Homes of Florida Inc<br>10627 Broadland Pass<br>Thonotosassa, FL 33592 | 8/19/11 | |