UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) | MDL No. 2047 |
| DRYWALL PRODUCTS ) | |
| LIABILITY LITIGATION ) | SECTION:   L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES) | MAG. JUDGE WILKINSON |
| ) | |

### NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY PLAINTIFFS KENNETH AND JERI JOHNSON

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Plaintiffs Kenneth and Jeri Johnson hereby give notice of their intention to dispose of the physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Kenneth and Jeri Johnson by contacting: Richard J. Serpe by telephone at: (757) 233-0009 or by e-mail at rserpe@serpefirm.com.  Upon the expiration of the thirty-day period, Kenneth and Jeri Johnson may dispose of such physical evidence.

Dated:  February 27, 2012

Respectfully submitted,

**/s/ Leonard A. Davis**

_____
**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:    (504) 581-4892
Fax No.:        (504) 561-6024
*Attorneys for the Plaintiffs*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs, Kenneth and Jeri Johnson's, Notice of Disposal of Physical Evidence, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of February, 2012.

                                      /s/ Leonard A. Davis

                                      _____

                                      LEONARD A. DAVIS