UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          )          MDL NO. 2047
  PRODUCTS LIABILITY LITIGATION                        )
                                            )          SECTION: L
                                            )
                                            )          JUDGE FALLON
                                            )          MAG. JUDGE WILKINSON
_____)

THIS DOCUMENT RELATES TO ALL CASES

## <u>ORDER</u>

      Considering the Plaintiffs' Steering Committee's Motion for Leave to File Plaintiffs' Steering Committee's Reply Memorandum in Support of Motion to Lift Stays [Doc. No. 12459];

      IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Reply Memorandum in Support of Motion to Lift Stays [Doc. No. 12459].

      New Orleans, Louisiana, this 23rd day of February, 2012.

_____
Honorable Eldon E. Fallon
U.S. District Judge