# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of

Case Number: 2:11CV01077

Plaintiff:
LAURA HAYA, DANIEL HAYA AND IRENE HAYA, ET. AL.

vs.

Defendant:
WOODLAND ENTERPRISES, INC., ET AL.

For:
AKERMAN SENTERFITT
350 East Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL  33301

Received by SERVICE OF PROCESS, INC. on the 17th day of February, 2012 at 11:35 am to be served on TRIPLE "E" CORPORATION BY SERVING: PAUL T. EAST, AS PRESIDENT AND REGISTERED AGENT, 2723 HORSESHOE TRAIL, PALM CITY, FL 33490.

I, Debra Forbes, being duly sworn, depose and say that on the **21st day of February, 2012** at **10:05 am**, I:

served a CORPORATION by delivering a true copy of the Summons on a Third-Party Complaint & Defendant Woodland Enterprises, Inc.'s, Cross Claim and Third Party Complaint with Exhibits with the date and hour of service endorsed thereon by me, to: PAUL EAST III as SON for TRIPLE "E" CORPORATION BY SERVING: PAUL T. EAST, AS PRESIDENT AND REGISTERED AGENT, at the address of: 2723 HORSESHOE TRAIL, PALM CITY, FL 33490, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is NOT in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
PLEASE NOTE THE CORRECT ZIP CODE FOR THIS ADDRESS IS 34990. THE PROPERTY LOCATED AT 2723 HORSESHOE TRAIL, PALM CITY, FL 33490 IS NOT A MOBILE HOME.

**Description of** Person Served:  Age: 24,  Sex: M,  Race/Skin Color: White,  Height: 6'0",  Weight: 230,  Hair: Brown, Glasses: N

I hereby certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served or an otherwise duly authorized to have served process in the jurisdiction where process was served.

STATE OF FLORIDA
COUNTY OF ST. LUCIE
Subscribed and Sworn to before me on the 21st day of February, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC
BRITTANY STEVENS
MY COMMISSION # EE 140555
EXPIRES October 28, 2015
Bonded Thru Budget Notary Services

Debra Forbes
PS 06-05

SERVICE OF PROCESS, INC.
Post Office Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: PDB-2012005314
Ref: HAYA V. WOODLAND ENT

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Laura Haya, Daniel Haya and Irena Haya, et. al. ) <br> *Plaintiff* ) <br> v. ) <br> Woodland Enterprises, Inc., et al. ) <br> *Defendant, Third-party plaintiff* ) <br> v. ) <br> Triple "E" Corporation ) <br> *Third-party defendant* ) | Civil Action No. 2:11cv01077 |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  TRIPLE "E" CORPORATION
By Serving:
Paul T. East, as President and Registered Agent
2723 Horseshoe Trail
Palm City, FL   33490

    A lawsuit has been filed against defendant __Woodland Enterprises__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Laura Haya, etc., et al.__ .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Valerie E. Greenberg, Esq., Stacy Bercun Bohm, Esq. and Leslie Miller Tomczak, Esq.
AKERMAN SENTERFITT, 350 E. Las Olas Blvd., Suite 1600, Ft. Lauderdale, FL   33301

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Russ M. Herman, Esq., Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, 820 O'Keefe Ave., New Orleans, LA   70113

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Loretta G. Whyte
*Name of clerk of court*

Date: __Feb 09 2012__

*Deputy clerk's signature*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:11cv01077

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Triple "E" Corporation
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: