## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| THIS DOCUMENT APPLIES TO ALL | * | JUDGE FALLON |
| CASES | * | MAG. JUDGE WILKINSON |

---

## ANSWER

---

Comes now the Defendant,Tad Brown, by and through the undersigned counsel,

and files this answer to Plaintiff's complaint as follows:

1.  The Defendant denies each and every allegation contained therein and demands

strict proof thereof.

2.   The Defendant herein adopts each and every defense set forth by any other

named Defendant in this matter.

### Affirmative Defense

### First Defense

The Complaint, fails to state a claim against the Defendant upon which relief can be

granted.

### Second Defense

Plaintiffs claims are barred as the Plaintiffs have suffered no damage and have not

suffered harm.

### Third Defense

Plaintiffs' claims are barred by the applicable Statute of Limitations.

### Fourth Defense

Plaintiffs' claims are barred by the doctrine of waiver, estoppel, and/or laches.

### Fifth Defense

Plaintiffs have failed to mitigate their damages.

### Sixth Defense

The Plaintiffs are not proper class representatives.

### Seventh Defense

Plaintiffs and some or all of the putative class lacks standing.

### Eighth Defense

Plaintiffs claims are barred by their failure to mitigate their damages.

### Ninth Defense

Plaintiffs claims are barred as there has been no class-wide damage.

This Defendant reserves the right to rely upon other defenses that may become available or during the proceedings in this case and hereby reserves the right to supplement his answer and defenses as necessary.

Respectfully submitted,

/s/ L. Daniel Mims

L. DANIEL MIMS, PC
Attorneys at Law
952 Government St.
Mobile, Al 36604
251-433-0161
251-433-0163(fax)

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the foregoing pleading has been served on the interested parties by utilizing the electronic filing system, on this the 14th day of February, 2012.

/s/ L. Daniel Mims
L. Daniel Mims