UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Kenneth Abel, individually and on behalf of other similarly situated | * * * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| v. | * * | |
| Taishan Gypsum Co., Ltd., et al | * * | |
| Civil Action No. 11-80 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Porteous, Hainkel & Johnson, LLP which hereby files its Notice of Appearance as counsel on behalf of Defendant, Rightway Drywall, LLC . It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel in connection with these actions.

Respectfully submitted,

s/ Glenn B. Adams
GLENN B. ADAMS (2316)
DENIA S. AIYEGBUSI (31549)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3838
Email: gadams@phjlaw.com
Email: daiyegbusi@phjlaw.com
*Attorneys for Rightway Drywall, LLC*

1

## CERTIFICATE OF SERVICE

      I hereby certify that Rightway Drywall, LLC's above and foregoing Notice of Appearance has been served upon Plaintiffs' Liaison Counsel, Russ Herman, at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller, at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of February, 2012.

      s/ Glenn B. Adams
      GLENN B. ADAMS
      DENIA S. AIYEGBUSI