Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0111

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Tampa, LLC, c/o Corporation Service Company
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

**Name of Server:** James A Aloi, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7 day of Feb, 20 11, at 1105 o'clock A M

**Place of Service:** at 1201 Hays Street, in Tallahassee, FL 32301

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
KB Home Tampa, LLC, c/o Corporation Service Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: J. Marchy - process clerk

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color Blk; Facial Hair ___
Approx. Age 36; Approx. Height 6'8; Approx. Weight 151

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server    2-7-11

Subscribed and sworn to before me this ___ day of ___, 20 ___

Notary Public    (Commission Expires)

APS International, Ltd.



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019