Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0145

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Laporte Family Properties
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

Name of Server: **Maria V. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14th** day of **February**, 20 **11**, at **11:57** o'clock **A** M

Place of Service: at **950 W. Causeway Approach**, in **Mandeville, LA 70471**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Laporte Family Properties**
By delivering them into the hands of an officer or managing agent whose name and title is: **Tara Natheberg**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **dark brown**; Facial Hair **No**
Approx. Age **30**; Approx. Height **5'5"**; Approx. Weight **125**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury  Subscribed and sworn to before me this that the foregoing is true and correct.   **7th** day of **March**, 20 **11**

Signature of Server    Notary Public    Tenure for Life (Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY