Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108999-0146

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Leroy Laporte, Jr.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

**Name of Server:** **Maria Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **14th** day of **February**, 20 **11**, at **11:55** o'clock **A** M

**Place of Service:** at  950 W. Causeway Approach , in  Mandeville, LA  70471

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**
**Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Leroy Laporte, Jr.**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served. **Tara**
☑ By delivering them into the hands of **Megan Bagley & Hattieberg**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Leroy Laporte, Jr.** — **Tara is office manager**
at the place of service, and whose relationship to the person is: **Office Manager**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **dark brown**; Facial Hair **No**
Approx. Age **30** ; Approx. Height **5'5** ; Approx. Weight **125**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **7th** day of **March**, 20 **11**

**Maria Landry**
Signature of Server
**APS International, Ltd.**

Notary Public  **Tenure for Life** (Commission Expires)
**ROBERT JOHN COMEAUX**
**Louisiana Civil Law Notary**
**ID # 026458**
**Tenure for Life**

NOTARY ATTESTS TO
SIGNATURES ONLY