Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108999-0119

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Littles Construction of Central Florida, Inc.
  Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Polk_ )
Name of Server: _Jannuee Conner_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _15_ day of _February_, 20 _11_, at _10:03_ o'clock _A_ M

Place of Service: at _1316 Arrowhead Court_, in _Auburndale, FL 33823_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Littles Construction of Central Florida, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Mike Littles as President / Registered Agent_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Blonde_ ; Facial Hair _No_
Approx. Age _43_ ; Approx. Height _6'1"_ ; Approx. Weight _185_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Jannuee Conner #502_
Signature of Server

Subscribed and sworn to before me this _15th_ day of _Feb_, 20 _10_

_Becky S. Gaston_
Notary Public  (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Becky S. Gaston
Commission # DD775794
Expires: MAY 31, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**