Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0108

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MacGlen Builders, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _FLORIDA_ ) ss.
County of: _BAKER_ )

Name of Server: _PATRICIA LOUGHERY_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _4_ day of _MAR_, 20_11_, at _12:45_ o'clock _P_ M

Place of Service: at _5985 South River Circle_, in _Macclenny, FL 32063_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**MacGlen Builders, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: _CLAUDETTE CRAWFORD   REG AGENT_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Auburn_ ; Facial Hair ____
Approx. Age _60_ ; Approx. Height _5'6"_ ; Approx. Weight _145_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _4_ day of _MAR_, 20_11_

_Notary Public_   (Commission Expires)

DENNIS E. BARTH
MY COMMISSION # DD700...
EXPIRES: November 15, 2011
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.

**APS International, Ltd.**