Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0184

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meritage Homes of Florida, Inc., co CT Corporation System
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

Name of Server: _James A Ali_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _4_ day of _April_, 20 _11_, at _9:42_ o'clock _A_ M

Place of Service: at _1201 Hays Street_, in _Tallahassee, FL 32301_

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Meritage Homes of Florida, Inc., co CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: _Process clerk - Joyce Markley_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Blk_; Facial Hair ___
Approx. Age _52_; Approx. Height _5'8_; Approx. Weight _160_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_ 4·4·11
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _4_ day of _April_, 20 _11_
_[signature]_
Notary Public    (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019