Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0143

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Millennium Builders, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _Lafayette_ )

**Name of Server:** _Steve Regan_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _23rd_ day of _Feb_, 20 _11_, at _10:30_ o'clock _A_ M

**Place of Service:** at 310 Pinehurst Street, Ste. 3, in Lafayette, LA 70508

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Millennium Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Justin Mier, President_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _m_ ; Skin Color _W_ ; Hair Color _Blonde_ ; Facial Hair _—_
Approx. Age _48_ ; Approx. Height _5'10"_ ; Approx. Weight _170_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Steve Regan_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_23rd_ day of _Feb_, 20 _11_.

_/s/ Notary_
Notary Public (Commission Expires)

OFFICIAL SEAL
PAUL J. GUILLIOT
NOTARY ID #06574
NOTARY PUBLIC
LAFAYETTE PARISH
COMMISSIONED FOR LIFE