Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

Law Firm Requesting Service:

    **LEVIN, FISHBEIN, ET AL**
    **Ms. Jennifer Lascio**
    **510 Walnut St., Ste. 500**
    **Philadelphia, PA 19106-3697**
    **Customer File:**   **Intervention IIB**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
**--MW Johnson Construction of Florida, Inc.**
**Court Case No. 10-361 Section L**

State of:   Minnesota   ) ss.
County of:   Hennepin   )

| | |
|---|---|
| **Name of Server:** | **Ryan Landry** , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on **09-Feb-2011 04:13 pm** |
| **Place of Service:** | at **16823 Island Avenue** , city of **Lakeville** , state of **MN** |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **MW Johnson Construction of Florida, Inc.** By delivering them into the hands of an officer or managing agent whose name and title is **Lisa Johnson, Wife of Agent** |

**Description of Person Receiving Documents:**

The person receiving documents is described as follows:
Sex  **F**  ; Skin Color  **white**  ; Hair Color  **brown**  ; Facial Hair
Approx. Age  **33**  ; Approx. Height  **5'10"**  ; Approx. Weight  **140**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
10 day of February , 20 11

_____
Notary Public       (Commission Expires)

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File:   108999-77



Jessica Lynn Kimmes
Notary Public
Minnesota
My Commission Expires January 31, 2012