Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108999-0139

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Oscar Jiles, dba JJ Construction
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany**

Name of Server: **Maria V. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18th** day of **February**, 20 **11**, at **9:55** o'clock **A** M

Place of Service: at **108 Jiles Lane**, in **Braithwaite, LA 70040**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Oscar Jiles, dba JJ Construction**

Person Served, and Method of Service:
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Oscar Jiles, dba JJ Construction** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **Black**; Hair Color **Black/grey**; Facial Hair _____
Approx. Age **45**; Approx. Height **5'10"-5'11"**; Approx. Weight **170**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Maria Landry*
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **4th** day of **March**, 20 **11**

_____, **Tenure for Life**
Notary Public            (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY