Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0051

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Osprey-Gulf Shore Building Materials, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida _____ ) ss.
County of: Palm Beach _____ )

**Name of Server:**   Michael Rocco _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the 4th day of February _____, 20 11, at 3:15 o'clock P. M

**Place of Service:**   at 8395 Garden Road _____, in Riviera Beach, FL 33404 _____

**Documents Served:**   the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**Osprey-Gulf Shore Building Materials, Inc.**

**Person Served, and Method of Service:**   By delivering them into the hands of an officer or managing agent whose name and title is: Jamie (Declined to Provide last Name) Managing AGent / Authorized Employee

**Description of Person Receiving Documents:**   The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair _____
Approx. Age 25 ; Approx. Height 5'5" ; Approx. Weight 130 _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**   Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco _/signature/_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
10th day of February , 20 11

Jonathan Levy _/signature/_
Notary Public        (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.