Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0149

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Overlook Point, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **VIRGINIA** ) ss.
County of: **City of Norfolk**
Name of Server: **Barry Driskell**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8th** day of **February**, 20 **11**, at **4:08** o'clock **P** M

Place of Service: at **109 Nat Turner Boulevard**, in **Newport News, VA  23606**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Overlook Point, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Kenneth Allen, Registered agent**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Gray** ; Facial Hair **No**
Approx. Age **60-65** ; Approx. Height **6'1"** ; Approx. Weight **180 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barry Driskell*
Signature of Server

Subscribed and sworn to before me this **8** day of **February**, 20 **11**
**3-31-2014**
Notary Public        (Commission Expires)

APS International

