Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108999-0082

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--P.D.C. Drywall Contractors, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Martin )

Name of Server: Amy M. Kreyling, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 8 day of February, 20 11, at 3:00 o'clock P M

Place of Service: at 601 Howard Creek Lane, in Stuart, FL 34994

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**P.D.C. Drywall Contractors, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Cara Cuomo - Spouse of President, Peter Cuomo

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair —
Approx. Age 50's ; Approx. Height 5'5" ; Approx. Weight 150 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Amy M. Kreyling
Signature of Server

Subscribed and sworn to before me this 8 day of February, 20 11

Notary Public        7-14-12  (Commission Expires)

**APS International, Ltd.**



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services