Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

Service of Process by

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:   Intervention IIB

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Palm Isles Holdings, LLC
Court Case No. 10-361 Section L

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 16-Feb-2011 10:00 am

**Place of Service:** at 1101 Brickell Ave., Ste. N-1101, city of Miami, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Palm Isles Holdings, LLC
By delivering them into the hands of an officer or managing agent whose name and title is
Amy Fiuza, Secretary to Kieran Fallon, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **brown** ; Facial Hair **N/A**
Approx. Age **30** ; Approx. Height **5'05"** ; Approx. Weight **200**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 23rd day of February, 20 11

Notary Public       (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 108999-78

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014