Kenneth and Barbara Wiltz, et. al., Plaintiff(s)

vs.

Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  108999-0122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Parellel Design and Development, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Virginia_ } ss.

County of: _City of Norfolk_

Name of Server: _William L Sasse Jr._, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _9th_ day of _February_, 20 _11_, at _9:54_ o'clock _A_ M

Place of Service: at _1409 Birch Lead Road (1409 Birch Leaf Rd)_ in _Chesapeake, VA  23320_

Documents Served: the undersigned served the documents described as:

**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**

**Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:

**Parellel Design and Development, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _John Cussen, Registered agent_

Description of Person Receiving Documents: The person receiving documents is described as follows:

Sex _M_ ; Skin Color _White_ ; Hair Color _Sandy_ ; Facial Hair _No_
Approx. Age _51_ ; Approx. Height _5'10"_ ; Approx. Weight _170 lbs_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _9th_ day of _February_, 20 _11_

_4-30-2014_

Signature of Server

Notary Public          (Commission Expires)

**APS International, Ltd.**

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA