Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0126

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Plantation Group, LLC
Court Case No. 10-361 Section L

State of: __VIRGINIA__ ) ss.
County of: __City of Norfolk__ )

**Name of Server:** __Barry Driskill__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __18th__ day of __February__, 20 __11__, at __12:32__ o'clock __P__ M

**Place of Service:** at 4029 Ironbound Road, Suite 200, in Williamsburg, VA 23185

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Plantation Group, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Karen Dunn, Treasurer__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Brown__; Facial Hair __No__
Approx. Age __40-45__; Approx. Height __5'6"__; Approx. Weight __150 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __23rd__ day of __February__, 20 __11__

3-31-2014

Signature of Server          Notary Public          (Commission Expires)

APS International, Ltd.

[Notary Seal: RYAN CHRISTIAN RODRIGUEZ, NOTARY PUBLIC, REG. # 268504, MY COMMISSION EXPIRES Mar. 31, 2014, COMMONWEALTH OF VIRGINIA]