# VERIFIED RETURN OF SERVICE

State of FLORIDA

County of _____ Southern Court

Case Number: 2:09-MD-02047-EEF-JCW EDLA   Court Date: 2/22/2012 10:00 am

Plaintiff
IN RE: GERMANO, ET AL.
vs
Defendant:
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

CPP2011007924

For: Ervin A. Gonzalez Esq.
COLSON HICKS EIDSON

Received by CIVIL PROCESS, LLC on the 20th day of December, 2011 at 4:00 pm to be served on CNBM (USA) CORP, VIA REGISTERED AGENT: LINA ZHANG, 1030 REGAL CANYON DRIVE, WALNUT, CA 91789  I, Adam Endlich _____, being duly sworn, depose and say that on the 20th day of January, 2012 at 8:52 p.m., executed service by delivering a true copy of the SUBPOENA IN A CIVIL CASE, NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) W/F $45.00 in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY  By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE  By serving _____ as _____

(X) CORPORATE SERVICE  By serving JINSONG ZHANG as AUTHORIZED AGENT FOR SERVICE

( ) OTHER SERVICE  As described in the Comments below by serving _____ as _____

( ) NON SERVICE  For the reason detailed in the Comments below.

COMMENTS: Description: Male, Asian, Black hair, 40-45 years, 5'6", 160 lbs.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 27th day of January 2012 by the affiant who is personally known to me proved to me on the basis of satisfactory evidence.

NOTARY PUBLIC

JASMIN CASILLAS
Commission # 1886845
Notary Public - California
San Bernardino County
My Comm. Expires May 21, 2014

Adam Endlich
PROCESS SERVER # 1181 San Bernardino County
Appointed in accordance with State Statutes

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(305) 375-9111
Our Job Serial Number: 2011007924