```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   EASTERN DIVISION OF LOUISIANA
 3

     IN RE:  CHINESE-MANUFACTURED         :  MDL NO. 2047
 4   DRYWALL PRODUCTS LIABILITY           :
     LITIGATION                           :  SECTION:  L
 5                                        :
     THIS DOCUMENT APPLIES TO:            :  JUDGE FALLON
 6   GERMANO, et al., vs. TAISHAN         :
     GYPSUM CO., LTD.,                    :  MAG. JUDGE WILKINSON
 7   f/k/a SHANDONG TAIHE DONGXIN         :
     CO. LTD.,                            :
 8   CASE NO. 2:09-CV-6687 (EDLA)         :
     _____  :
 9
10             CERTIFICATE OF NONAPPEARANCE OF
11           30(b)(6) WITNESS OF CNBM (USA) CORP.
12
13
                            - - - - -
14
                       FEBRUARY 22, 2012
15
                            - - - - -
16
17         Certificate of Nonappearance of 30(b)(6) Witness
18   of CNBM (USA) Corp., held at the Beverly Wilshire,
19   9500 Wilshire Boulevard, Beverly Hills, California,
20   commencing at 10:31 a.m., on the above date, before
21   Kimberly S. Thrall, a Registered Professional Reporter
22   and Certified Shorthand Reporter.
23
24                   Golkow Technologies, Inc.
              877.370.3377 ph | 917.591.5672 fax
25                       deps@golkow.com
```

Certificate of Non-Appearance - February 22, 2012

```
 1   APPEARANCES:
 2       COLSON HICKS EIDSON
         BY:  PATRICK S. MONTOYA, ESQUIRE
 3       255 Alhambra Circle, Penthouse
         Coral Gables, California 33134
 4       (305) 476-7400
         patrick@colson.com
 5       Counsel for Plaintiffs' Steering Committee
 6       QUINN EMANUEL URQUHART & SULLIVAN LLP
         BY:  CLINTON DOCKERY, ESQUIRE
 7       51 Madison Avenue, 22nd Floor
         New York, New York 10010
 8       (212) 849-7000
         clintondockery@quinnemanuel.com
 9       Counsel for Chartis Select Insurance Company and
         Related Chartis Insurers
10
         WEINBERG WHEELER HUDGINS GUNN & DIAL
11       BY:  NICHOLAS P. PANAYOTOPOULOS, ESQUIRE
         3344 Peachtree Road, Suite 2400
12       Atlanta, Georgia 30326
         (404) 876-2700
13       npanayo@wwhgd.com
         Counsel for Banner Defendants
14
         THE LAW OFFICES OF BOHDAN NESWIACHENY
15       BY:  LISA M. POURSINE, ESQUIRE  (Telephonically)
         540 N.E. 4th Street
16       Fort Lauderdale, Florida 33301
         (954) 522-5400
17       lpoursine@bnlaw.com
         Counsel for Various Installer Defendants in Dade,
18       Broward & Palm Beach Case
19       GREENBERG TRAURIG, P.A.
         BY: ADAM FOSLID, ESQUIRE (Telephonically)
20       333 S.E. 2nd Avenue
         Miami, Florida 33131
21       (305) 579-0553
         foslida@gtlaw.com
22       Counsel for Various Homebuilders
23
24
25
```

```
 1   APPEARANCES (CONTINUED):
 2      WRIGHT, FULFORD, MOORHEAD & BROWN, P.A.
        BY:  TIMOTHY R. MOORHEAD, ESQUIRE (Telephonically)
 3      505 Maitland Avenue, Suite 1000
        Altamonte Springs, Florida 32701
 4      (407) 425-0234
        tmoorhead@wfmblaw.com
 5      Counsel for West Construction, Inc.
 6      McKENRY, DANCIGERS, DAWSON & LAKE, P.C.
        BY:  ANDREI G. BOGOS, PARALEGAL TO
 7      J. BRIAN SLAUGHTER, ESQ. (Telephonically)
        192 Ballard Court, Suite 400
 8      Virginia Beach, Virginia 23462
        (757) 461-2500
 9      schartin@va-law.org
        andrei@va-law.org
10      Counsel for Several Builders and Contractors
        in the MDL Cases
11
        HEARD & MEDACK, P.C.
12      BY:  MARY L. GRAHAM, ESQUIRE (Telephonically)
        9494 Southwest Freeway, Suite 700
13      Houston, Texas 77074
        (713) 772-6400
14      mgraham@heardmedackpc.com
        Counsel for CastleRock Communities, L.P.
15
        BUCHANAN, INGERSOLL & ROONEY, P.C.
16      BY:  DAVID J. MORGAN, ESQUIRE (Telephonically)
        One Oxford Centre
17      301 Grant Street, 20th Floor
        Pittsburgh, Pennsylvania 15219-1410
18      (412) 562-8800
        david.morgan@bipc.com
19      Counsel for 84 Lumber Company
20      GALLOWAY JOHNSON TOMPKINS BURR AND SMITH
        BY:  CARLINA C. EISELEN, ESQUIRE (Telephonically)
21      One Shell Square
        701 Poydras Street, 40th Floor
22      New Orleans, Louisiana 70139
        (504) 525-6802
23      ceiselen@gjtbs.com
        Counsel for Interior/Exterior Building Supply
24
25
```

Certificate of Non-Appearance - February 22, 2012

```
 1   APPEARANCES (CONTINUED):
 2
 3       PAXTON & SMITH, P.A.
         BY:  MICHELE I. NELSON, ESQUIRE (Telephonically)
 4       Barristers Building, Suite 500
         1615 Forum Place
 5       West Palm Beach, Florida 33401
         (561) 684-2121
 6       min@paxsmith.com
         Counsel for Various Homebuilders and Installers
 7
         MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP
 8       BY:  BRIAN A. EVES, ESQUIRE (Telephonically)
         1000 N.W. 57th Court, Suite 300
 9       Miami, Florida  33126
         (305) 774-9966
10       beves@defensecounsel.com
         Counsel for Various Homebuilders
11
         RUMBERGER, KIRK & CALDWELL, P.A.
12       BY:  MONICA C. SEGURA, ESQUIRE (Telephonically)
         80 Southwest 8th Street, Suite 3000
13       Miami, Florida 33130
         (305) 358-5577
14       msegura@rumberger.com
         Defendants' Liaison Counsel and for
15       Several Installers
16       GALLOWAY JOHNSON TOMPKINS BURR & SMITH
         BY:  WESLEY PITTS, ESQUIRE (Telephonically)
17       #3 Sanctuary Boulevard, Suite 301
         Mandeville, Louisiana 70471
18       (985) 674-6680
         wpitts@gjtbs.com
19       Counsel for BFS Townhomes, LLC
20       AKERMAN SENTERFITT
         BY:   CARMEN I. TUGENDER, ESQUIRE (Telephonically)
21       350 East Las Olas Boulevard, Suite 1600
         Fort Lauderdale, Florida 33301
22       (954) 463.2700
         tugender@akerman.com
23       Counsel for various homebuilders
24   ALSO PRESENT:
25       Jim Lopez, Videographer
```

```
 1   BEVERLY HILLS, CALIFORNIA; WEDNESDAY, FEBRUARY 22, 2012

 2                      10:31 A.M.

 3

 4            MR. MONTOYA:  Folks on the phone, we're going

 5   to go ahead and terminate the deposition and take a

 6   certificate of nonappearance.

 7            If you all want to make your appearances over

 8   the phone now for the court reporter to get on the

 9   record, that would be great.  So go ahead.

10            MR. MOORHEAD:  Tim Moorhead for West

11   Construction, Inc.

12            MS. SEGURA:  This is Monica Segura as

13   Defendants' liaison counsel.

14            MR. FOSLID:  Adam Foslid from Greenberg Traurig

15   on behalf of various homebuilders.

16            MS. NELSON:  Michelle Nelson, various builders

17   and installers.

18            MS. EISELEN:  Carlina Eiselen on behalf of

19   Interior/Exterior Building Supply.

20            MR. MORGAN:  David Morgan on behalf of

21   84 Lumber Company.

22            MS. TUGENDER:  Carmen Tugender from Akerman

23   Senterfitt on behalf of various homebuilders.

24            MS. GRAHAM:  Mary Graham from Heard & Medack on

25   behalf of CastleRock Communities.
```

Certificate of Non-Appearance - February 22, 2012

1        MR. EVES:  Brian Eves on behalf of various
2   homebuilders.
3        MS. POURSINE:  Lisa Poursine from the Law
4   Offices of Bohdan Neswiacheny on behalf of various
5   installer defendants.
6        MR. PITTS:  Wesley Pitts on behalf of
7   BFS Townhomes.
8        MR. MONTOYA:  Anybody else?
9        MR. PANAYOTOPOULOS:  Nick Panayotopolous on
10  behalf of certain Banner entities.
11       MR. DOCKERY:  Clinton Dockery on behalf of
12  Chartis.
13       MR. MONTOYA:  That's it.
14            Off the record.
15            (The proceedings were concluded at 10:33 a.m.)
16
17
18
19
20
21
22
23
24
25

```
 1                  REPORTER'S CERTIFICATION

 2

 3           I, Kimberly Thrall, Certified Shorthand

 4   Reporter and Registered Professional Reporter, in and

 5   for the State of California, do hereby certify:

 6

 7           That the foregoing statement of nonappearance

 8   was reported stenographically by me and later

 9   transcribed through computer-aided transcription under

10   my direction and supervision; that the foregoing is a

11   true record of the testimony and proceedings taken at

12   that time.

13

14           IN WITNESS WHEREOF, I have hereunto subscribed

15   my name this 28th day of February, 2012.

16

17

18                        _____

19                        Kimberly S. Thrall, RPR, CSR No. 11594

20

21

22

23

24

25
```