**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x | MDL NO. 2047 |
| | x | SECTION: L |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO GERMANO, ET AL, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD. CASE NO. 2:09-CV-6687 (EDLA) | x | MAG. JUDGE WILKINSON |

# O R D E R

Considering the Plaintiffs' Steering Committee's Motion to Compel and For Costs/Sanctions;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion to Compel and For Costs/Sanctions be and is hereby set for hearing on the _____ day of _____, 2012, at _____ o'clock ___.m.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge