UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                           SECTION õLö

THIS DOCUMENT RELATES TO:            JUDGE FALLON
Jessica Cassidy, et al v. Gebrueder Knauf
Verwaltungsgesellschaft, et al
Case No. 11-CV-3023
_____/

## NOTICE OF APPEARANCE AS COUNSEL

Edwin E. Mortell, III of Peterson Bernard hereby files his Notice of Appearance as counsel of record for Defendant BAYSTATE DRYWALL, and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

        PETERSON BERNARD
        Attorneys for Defendants Baystate Drywall
        416 Flamingo Ave.
        Stuart, FL  34996
        Phone: (772) 286-9881
        Fax:   (772) 220-1784


        By: /s/ Edwin E. Mortell
           EDWIN E. MORTELL, III
           Florida Bar No.  832758
           E-mail:  edwinmortell@stuart-law.net

     **I HEREBY CERTIFY** that on February 29, 2012 this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                  /s/ Edwin E. Mortell, III