Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0006

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Portofino Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9th** day of **February**, 20 **11**, at **9:46** o'clock **A** M

Place of Service: at **611 S/E 11st, Suite A**, in **Cape Coral, FL  33990**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Portofino Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **James Schivinoski, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **Grey** ; Facial Hair _____
Approx. Age **50-55** ; Approx. Height **5'10"** ; Approx. Weight **170 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X **Barbara Gray**  **157153**
Signature of Server

Subscribed and sworn to before me this **15th** day of **February**, 20 **11**

**Tina Alvarado**
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

570