| | Service of Process by |
|---|---|
| Kenneth and Barbara Wiltz, et. al., Plaintiff(s)<br>vs.<br>Beijing New Building Materials Public Ltd Co., et. al., Defendant(s) | **APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 108999-0114

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Pride Homes of Lakes By the Bay-Parcel H, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7th day of February, 20 11, at 3:20 o'clock P. M

**Place of Service:** at 5541 University Drive, in Coral Springs, FL 32301

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:**
A true and correct copy of the aforesaid document(s) was served on:
Pride Homes of Lakes By the Bay-Parcel H, LLC

**Person Served, and Method of Service:**
By delivering them into the hands of an officer or managing agent whose name and title is: Robert Skolnick, Attorney / Authorized Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black ; Facial Hair ____
Approx. Age 45 ; Approx. Height 5'7" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

Subscribed and sworn to before me this 10th day of February, 20 11

Jonathan Levy
Notary Public    (Commission Expires)

**APS International, Ltd.**