UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION:   L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE WILKINSON |
| *Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 12-0498 (E.D.La.) | * * * * | |

******************************************

## NOTICE OF ERRATA

NOTICE IS HEREBY GIVEN that the correct spelling of named Plaintiff, Donata Boyer, is Donata S. Milligan Boyer. NOTICE IS FURTHER GIVEN that the correct current address for Plaintiff, Donata S. Milligan Boyer is 158 Oak Lawn Ridge, St. Rose, Louisiana 70087.

Respectfully submitted,

**/s/ Leonard A. Davis**
_____
**RUSS M. HERMAN, La. Bar No. 6819
STEVEN J. LANE, La. Bar No. 7554
LEONARD A. DAVIS, La. Bar No. 14190
STEPHEN J. HERMAN, La. Bar No. 23219
JOSEPH E. "JED" CAIN, La. Bar No. 29785
JEREMY S. EPSTEIN, La. Bar No. 32135
HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:    (504) 581-4892
Fax No.:      (504) 561-6024
*Attorneys for the Plaintiff,*
*Donata S. Milligan Boyer*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Errata, for Plaintiff, Donata S. Milligan Boyer, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of February, 2012.

/s/ Leonard A. Davis

_____

LEONARD A. DAVIS