Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0117

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rivercrest, LLC, The St. Joe Company, R/A Corporation Service Company
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Delaware ) ss.
County of: New Castle )

**Name of Server:** Robert DeLacy, III, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4 day of February, 20 11, at 1:30 o'clock p M

**Place of Service:** at 2711 Centerville Road, Suite 400, in Wilmington, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Rivercrest, LLC, The St. Joe Company, R/A Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Paul Matthews (Asst. Secretary)

**Description of Person Receiving Documents:** The person receiving documents is described as follows: N/A
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 8 day of Feb, 20 11

Notary Public      (Commission Expires)

APS International, Ltd.

[Notary Seal: GIOVANNA MESSINA, MY COMMISSION EXPIRES JULY 9, 2012, NOTARY PUBLIC STATE OF DELAWARE]