Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0092

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Riverstreet Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Christinia Therien, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 8 day of February, 20 11, at 12:05 o'clock P M

**Place of Service:** at 4105 West San Pedro Street, in Tampa, FL 33629

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Riverstreet Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Curt Saad, President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair —
Approx. Age 55 yrs ; Approx. Height 5'10" ; Approx. Weight 175 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   10 day of February, 20 11

Signature of Server   Notary Public   (Commission Expires)

**APS International, Ltd.**



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters