Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0053

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rosen Building Supplies, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12th day of February, 20 11, at 4:31 o'clock P. M

**Place of Service:** at 3045 Lake Point Place, in Davie, FL 33328

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Rosen Building Supplies, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Drew Rosen

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair
Approx. Age 50 ; Approx. Height 5'10" ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

Subscribed and sworn to before me this 14th day of February, 20 11

Jonathan Levy
Notary Public     (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.