Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0003

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--S3 Enterprises, Inc., d/b/a A1 Brothers Metal Framing and Drywall
Court Case No. 10-361 Section L

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9th day of February, 20 11, at 11:10 o'clock A M

**Place of Service:** at 3323 SW 8th Street, in Cape Coral, FL 33991

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
S3 Enterprises, Inc., d/b/a A1 Brothers Metal Framing and Drywall

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Stacey Spencer, Vice President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Blonde; Facial Hair ____
Approx. Age 35-40; Approx. Height 5'2"; Approx. Weight 110 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X Barbara Gray
Signature of Server 157153

Subscribed and sworn to before me this 15th day of February, 2011

Elena Alvarado
Notary Public (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

567