Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0064

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Homes of Broward XI, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )
Name of Server: _Carlos Aguirre_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _15_ day of _February_, 20_11_, at _3:45_ o'clock _P_ M

Place of Service: at _12895 SW 132 Street, Suite 200_, in _Miami, FL 33186_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Southern Homes of Broward XI, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Michael Peredo V.P._

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Black_ ; Facial Hair _No_
Approx. Age _40_ ; Approx. Height _5'11_ ; Approx. Weight _200_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _18_ day of _February_, 20 _11_

Notary Public                     (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014