Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0073

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stock Building Supply, LLC, c/o CT Corporation System
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **New Mexico** ) ss.
County of: **Santa Fe** )
Name of Server: **Jeff Bowers**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **7** day of **February**, 20 **11**, at **1:00** o'clock **P** M

Place of Service: at **123 East Marcy**, in **Sante Fe, NM 87501**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Stock Building Supply, LLC, c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: **Leanne Martoney (Agent)**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Cau.** ; Hair Color **Brn.** ; Facial Hair **N/A**
Approx. Age **35** ; Approx. Height **5'6** ; Approx. Weight **130**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **9th** day of **February**, 20 **11**

Notary Public       (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
Cynthia M. Bowers
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: 2/2/14