Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0163

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Homes
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

Name of Server: **Maria V. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 18th day of February, 20 11, at 12:15 o'clock P M

Place of Service: at 643 Magazine Street, Suite 300, in New Orleans, LA  70130

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Sunrise Homes**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Suzanne Inabnet @ Coulig Partners Law Firm

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair No
Approx. Age 54-56 ; Approx. Height 5'6" ; Approx. Weight 130

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 7th day of March, 20 11

Signature of Server
APS International, Ltd.

Notary Public   (Commission Expires)
ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY