Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0059

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United Homes, International, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __10th__ day of __February__, 20 __11__, at __11:14__ o'clock __A__ M

Place of Service: at __7975 W. 25th Ave., Bay #5__, in __Hialeah, FL 33016__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**
**Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**United Homes, International, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Voli Lam Comptroller__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __50__ ; Approx. Height __5'5__ ; Approx. Weight __170__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __14th__ day of __February__, 20 __11__

Notary Public            (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014

**APS International, Ltd.**