Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0175

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venture Supply, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __VIRGINIA__ ) ss.
County of: __City of Norfolk__ )
Name of Server: __BRIAN NATH__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __9th__ day of __February__, 20 __11__, at __10:37__ o'clock __A__ M

Place of Service: at __301 Bendix Road, Suite 500__, in __Virginia Beach, VA  32452__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Venture Supply, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Richard Biemiller, Registered agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __brown__ ; Facial Hair __No__
Approx. Age __40-45__ ; Approx. Height __5'8"__ ; Approx. Weight __170 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __9th__ day of __February__, 20 __11__

__4-30-2014__
Notary Public   (Commission Expires)

**APS International, Ltd.**