Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0090

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vizcaya Custom Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: Christinia Theaven, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 10 day of February, 20 11, at 9:31 o'clock A M

Place of Service: at 209 S. Gunlock Avenue - Residence, in Tampa, FL 33609
(Place of Business - 14409 N. Nebraska Ave Tampa FL 33613

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Vizcaya Custom Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Robert Albano Owner/Officer

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Gray; Facial Hair ___
Approx. Age 50; Approx. Height 6'0"; Approx. Weight 130lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 14 day of February, 20 11

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters