MINUTE ENTRY
FALLON, J.
FEBRUARY 23, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO. 2047 |
| DRYWALL PRODUCTS | |
| LIABILITY LITIGATION | SECTION: L |
| | |
| THIS DOCUMENT RELATES TO: All Cases | JUDGE FALLON |
| | MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances: Arnold Levin, Esq., Andrew Lemmon, Esq. for Plaintiffs
           Steve Glickstein, Esq. for Knauf Defendants, Kevin Risley, Esq. for Defendant
           North River Insurance Company
           Dan Balhoff, Esq. - Court Appointed Mediator

I.    Plaintiffs' Omnibus Motion for Preliminary Default Judgment (R. Doc. 11234) and errata thereto (R. Doc. 11773, 12265, 12551)

      NO ARGUMENT-GRANTED.  The Court will issue a preliminary default against those defendants identified as failing to enter an appearance in the litigation.  Thereafter, the Court will move forward with permanent default.

II.   Objections to Stay in Preliminary Approval Order of the Knauf Settlement Agreement (R. Doc. 12138)

      NO ARGUMENT-CONTINUED on the condition counsel contact the Court within one week to update it on whether an agreed-upon stay order has been reached; if no agreement is reached the Court will hold a telephone status conference to hear arguments.

III.  The Plaintiffs' Steering Committee's Motion to Compel, or Alternatively, for Sanctions in Accordance with Pretrial Order No. 25 for Certain Defendants to Produce Completed Profile Forms (R. Doc. 12435, 12548)

      NO ARGUMENT-GRANTED on the condition that the PSC provide the Court with a final list of non-compliant parties whom the Court will place in default and if appropriate impose appropriate sanctions.

In Re: Chinese Drywall  February 23, 2012
MDL 2047 - L  Page 2

IV.  The Plaintiffs' Steering Committee's Motion to Lift Stay with Regard to Claims Against North River Insurance Company (R. Doc. 12459)

ARGUMENT-CONTINUED for two weeks on the condition North River's counsel contact the Court by the end of this time period to update it on the status of discussions between the parties.

V.  Rule to Show Cause for Installer, Builder, and Supplier Failure to Provide Required Confidential Affidavit (R. Doc. 12547)

NO ARGUMENT-GRANTED but allowing those parties in attendance to meet with mediator Dan Balhoff to provide affidavits and/or discuss the reasons for non-compliance. Thereafter, Mr. Balhoff is to provide the Court a final list of non-complaint parties who will be subject to appropriate sanctions.

JS10:   :17