# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al. Case No. 12-0498 | |

**PLAINTIFFS, RICHARD AND CONSTANCE ALMEROTH'S
NOTICE OF INTENT TO REMEDIATE**

NOTICE IS HEREBY given that Richard and Constance Almeroth, Plaintiffs in the above captioned matter, will begin remediation of their property located at 704 N. Ocean Blvd. Unit 1001, Pompano Beach, Florida 33062, on March 15, 2012. Plaintiffs allege that the drywall contained in their property was manufactured by Taishan, distributed by Metro Resources Corp., supplied by G. Proulx, LLC and installed by Boulanger Drywall Corp. The developer of the property is 704 N. Ocean Blvd. Associates, Ltd. The above referenced property shall be made available for inspection prior to the date of commencement of remediation by contacting the undersigned counsel.

Dated: February 29, 2012

Respectfully submitted,

By:   /s/ Allison Grant
Allison Grant, Esquire (Fla. Bar No. 858330)
Allison Grant, P.A.
730 S. Federal Highway
Lake Worth, Florida 33460
Phone: (561) 994-9646
Fax:    (561) 431-4627
Email: agrant@allisongrantpa.com

1

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Intent to Remediate has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of February, 2012.

                         /s/ Allison Grant
                         Allison Grant, Esquire
                         Fla. Bar No. 858330
                         Allison Grant, P.A.
                         730 S. Federal Highway
                         Lake Worth, Florida 33460
                         Phone: (561) 994-9646
                         Fax:   (561) 431-4627
                         Email: agrant@allisongrantpa.com