| | |
|---|---|
| Kenneth and Barbara Wiltz, et. al., Plaintiff(s)<br>vs.<br>Beijing New Building Materials Public Ltd Co., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 108999-0185

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wellington, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VA ) ss.
County of: _____ )

**Name of Server:** BARRY DRISKELL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 30TH day of MARCH, 20 11, at 12:55 o'clock P M

**Place of Service:** at 740 Thimble Shoals Boulevard, Suite F, in Newport News, VA 23606

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Wellington, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: DONNA M. WELLENDORF - AUTHORIZED AGENT

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair NO
Approx. Age 35 ; Approx. Height 5'7" ; Approx. Weight 170 LBS

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barry Driskell_
Signature of Server

Subscribed and sworn to before me this 30th day of March, 20 11

_signature_    4-30-2014
Notary Public    (Commission Expires)

APS International, Ltd.

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]