Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0129

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wolf & Bear Distributors
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **HERNANDO** )

**Name of Server:** **FRANK M. VULPIS**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15th** day of **FEBRUARY**, 20 **11**, at **4:45** o'clock **P** M

**Place of Service:** at **5124 Kirkwood Avenue**, in **Spring Hill, FL 34608**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Wolf & Bear Distributors**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **DONALD McKAY, CEO**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **WHITE**; Facial Hair **NO**
Approx. Age **65**; Approx. Height **6'**; Approx. Weight **290**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Frank M. Vulpis
Signature of Server

Subscribed and sworn to before me this **17th** day of **February**, 20 **11**

Lindsey Richard
Notary Public                    (Commission Expires)

LINDSEY RICHARD
MY COMMISSION # DD876342
EXPIRES: March 31, 2013
1-800-3-NOTARY    Fl Notary Discount Assoc. Co

**APS International, Ltd.**