

**ALLISON B. BENTLEY, LL.M**
**DAVID M. CARTER**♦
**BRIAN J. CONNELLY**
**BYRON T. COOKSEY**
**TODD W. FENNELL, LL.M.**
**JONATHAN L. FITZGERALD, CPA**
**ANTHONY P. GUETTLER, LL.M.**
**TROY B. HAFNER, LL.M.***

♦FL. Board Certified Civil Trial Law
* FL. Board Certified Wills,
Trusts and Estates

979 BEACHLAND BOULEVARD ■ VERO BEACH, FLORIDA 32963
772.231.1100 TELEPHONE ■ 772.231.2020 FAX
www.gouldcooksey.com

**WILLIAM N. KIRK, LL.M.**
**CHRISTOPHER H. MARINE**
**JASON L. ODOM**
**EUGENE J. O'NEILL**♦
**SANDRA G. RENNICK**
JOHN R. GOULD (1921-1988)
DARRELL FENNELL (1937-2004)
CLINT S. MALONE (1974-2007)

** FL. Board Certified Civil
Trial, Business Litigation
and Construction Law

February 29, 2012

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation

             **Gross, et al. v. Knauf Gips KG, et al.**
             **Case No. 2:09-cv-06690 (E.D. La.)**

Dear Mr. Herman and Mr. Davis:

      My clients, James and Rosalie Webster, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant, MGB Construction, Inc. in the above-referenced matters, reserving their rights and claims against any and all other defendants therein.

                                                      Very truly yours,

                                                      Brian J. Connelly

/nlr
Enclosure