Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108999-0137

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Woodall, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: VIRGINIA ) ss.
County of: City of Norfolk )
Name of Server: Barry Driskell, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of February, 20 11, at 6:49 o'clock P M

Place of Service: at 3810 Redmon Court, in Norfolk, VA 23518

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus**
**Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Woodall, LLC**
By delivering them into the hands of an officer, or managing agent whose name and title is: Samuel Andrew McFie, Registered agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color GR ; Facial Hair Y
Approx. Age 55 ; Approx. Height 6'2" ; Approx. Weight 220

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 19th day of February, 20 11
March 31, 2014
Notary Public   (Commission Expires)

**APS International, Ltd.**