Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0183

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Curb Appeal Home Builders, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _VIRGINIA_ ) ss.
County of: _City of Norfolk_ )
Name of Server: _Brian Nath_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _22nd_ day of _March_, 20_11_, at _12:24_ o'clock _P_ M

Place of Service: at _2425 Casey Ct_, in _Virginia Beach, VA_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Curb Appeal Home Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Eugene Anderson, Prez._

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _30-35_; Approx. Height _5'9"_ ; Approx. Weight _180 lbs_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _22nd_ day of _March_, 20_11_

_4-30-2014_
Notary Public     (Commission Expires)

Signature of Server



APS International, Ltd.