Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0160

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Inman Construction Services, Inc., c/o Kenneth L Inman
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **Jefferson** )

Name of Server: **Barton Moran**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8** day of **April**, 20 **11**, at **12** o'clock **P** M

Place of Service: at **329 RIO VISTA AVE**, in **New Orleans, LA 70131**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus Class Action Complaint in Intervention (II(B)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Inman Construction Services, Inc., c/o Kenneth L Inman**
By delivering them into the hands of an officer or managing agent whose name and title is: **Kenneth Inman**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **None**
Approx. Age **40** ; Approx. Height **6** ; Approx. Weight **190 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ___ day of _____, 20/1

Signature of Server

Notary Public       (Commission Expires)

**APS International, Ltd.**