Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 108999-0093

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mandalay Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Greg Scott, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22nd day of June, 20 11, at 6:45 o'clock P M

**Place of Service:** at 10134 Perthshire Circle, in Land O Lakes, FL 34638

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Mandalay Homes, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Amy Davis Spouse/Co-resident to Brett Davis

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair ___
Approx. Age 30's ; Approx. Height 5'8" ; Approx. Weight 135

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_M. Scott 6/24/11_
Signature of Server

Subscribed and sworn to before me this 24th day of June, 20 11

_Elaine F. Jones_
Notary Public     (Commission Expires)
                  3/2/13

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters

**APS International, Ltd.**