Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110064-0142

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aces Towing Enterprises, L.L.C.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Louisiana ) ss.
County of: St. Bernard )

**Name of Server:** Dwayne M. Jeanjacque, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22 day of April, 20 11, at 12:05 o'clock P M

**Place of Service:** at  205 W. St. Bernard Hwy., in  Chalmette, LA  70043

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Aces Towing Enterprises, L.L.C.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Shelly Ducote (Office Manager)

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color  W ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 25 day of Apr, 20 11

Notary Public                  (Commission Expires)
Demarest                         23032

**APS International, Ltd.**