Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110064-0092

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Alvian Homes, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Florida_ ) ss.
County of: _Lee_ )

| | |
|---|---|
| **Name of Server:** | _Barbara Gray_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the _14th_ day of _April_, 20 _11_, at _11.51_ o'clock _A_ M |
| **Place of Service:** | at _3812 SW 3rd Terrace_, in _Cape Coral, FL  33991_ |
| **Documents Served:** | the undersigned served the documents described as:<br>**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**<br>**Class Action Complaint in Intervention IIC; Exhibit A** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Alvian Homes, Inc** |
| **Person Served, and Method of Service:** | By delivering them into the hands of a ~~spouse of Registered Agent~~ whose name and title is: _Lois Rimany, Spouse of Registered Agent Robert Rimany at their residence._ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex _F_ ; Skin Color _white_ ; Hair Color _Blond_ ; Facial Hair<br>Approx. Age _40-45_ ; Approx. Height _5'4"_ ; Approx. Weight _175_<br>☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br><br>_Barbara Gray_  #157153<br>Signature of Server | Subscribed and sworn to before me this<br>_20th_ day of _April_, 20 _11_<br><br>_Flora Alvarado_<br>Notary Public        (Commission Expires) |

**APS International, Ltd.**

Notary Public State of Florida
Flora y Alvarado
My Commission DD775441
Expires 04/08/2012

1771