Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110064-0034

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--American Building Materials, inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **Hillsborough** )

**Name of Server:** _Jamie Snyder_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _20_ day of _April_, 20_11_, at _2:23_ o'clock _P_ M

**Place of Service:** at  1102 N. 50th Street , in  Tampa, FL 33619

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**American Building Materials, inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent, whose name and title is: _John Mistal - COO - Director_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; ~~Facial Hair~~ _no glasses_
Approx. Age _44 yrs_ ; Approx. Height _5'9"_ ; Approx. Weight _210 lbs_
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _21_ day of _April_, 20_11_

Signature of Server            Notary Public            (Commission Expires)

**APS International, Ltd.**



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters