Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0093

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aranda Homes, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 14th day of April, 20 11, at 11:45 o'clock A M

Place of Service: at 3201 SW 4th Lane, in Cape Coral, FL 33991

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Aranda Homes, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: John Conti Jr., Managing Member

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Black ; Facial Hair ___
Approx. Age 45-50 ; Approx. Height 5'9" ; Approx. Weight 175

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray
Signature of Server  157153

Subscribed and sworn to before me this 20th day of April, 20 11

Notary Public      (Commission Expires)

**APS International, Ltd.**

1772