Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0076

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Atlantic Homes Development Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Virginia_ ) ss.
County of: _City of Norfolk_ )

**Name of Server:** _William L. Sassee Jr._, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _19th_ day of _April_, 20 _11_, at _2:48_ o'clock _P_ M

**Place of Service:** at _109 Nat Turner Boulevard_, in _Newport News, VA 23606_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus
Class Action Complaint in Intervention IIC; Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Atlantic Homes Development Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Kenneth Allen, Managing Member_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Gray_; Facial Hair _No_
Approx. Age _65-70_; Approx. Height _6'2"_; Approx. Weight _200 lbs_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _19th_ day of _April_, 20 _11_

4-30-2014

Notary Public        (Commission Expires)

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA