UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                        MDL NO. 2047

THIS DOCUMENT RELATES TO                             Judge: Fallon
Jessica Cassidy et. al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et. al.
Case No: 11-cv-3023 (E.D.La.)
_____/

## NOTICE OF SPECIAL APPEARANCE

The law firm of Roetzel & Andress, LPA, and the undersigned attorney, John Armando Boudet, Esquire hereby file their special appearance to contest personal jurisdiction on behalf of Defendant, HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC, a Florida limited liability company ("HOLIDAY BUILDERS CONSTRUCTION"), in Jessica Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., United States District Court for the Eastern District of Louisiana, Case No:11-cv-3023. HOLIDAY BUILDERS CONSTRUCTION requests that all future papers filed in this case be served on the undersigned attorney.

Respectfully submitted,

ORIGINAL SIGNED DOCUMENT ON FILE
WITH THE COURT
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No: 407.896-2224
Facsimile No: 407.835.3596

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC's, NOTICE OF SPECIAL APPEARANCE, has been

served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM./ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2012.

<u>/s/ John Armando Boudet</u>
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL 32801
Telephone No: 407.896.2224
Facsimile No: 407.835.3596
*Counsel for Defendant, Holiday Builders Construction of Florida, LLC*