Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110064-0094

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Barony Homes, Inc
Court Case No. 10-361 Section L

---

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __14th__ day of __April__, 20 __11__, at __11:35__ o'clock __A__ M

**Place of Service:** at __3520 SW 7th Terrace__, in __Cape Coral, FL 33991__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**
**Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Barony Homes, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of a ~~co-resident of Registered Agent~~ whose name and title is: __Theresa Donnelly, mother/co-resident with Michael Donnelly-Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Gray__ ; Facial Hair _____
Approx. Age __70-75__; Approx. Height __5'0"__ ; Approx. Weight __115__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __20th__ day of __April__, 20 __11__

_Barbara Gray_   #157153
Signature of Server

_Steve Quaiado_
Notary Public          (Commission Expires)

**APS International, Ltd.**

1773