Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0181

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BE Wholesale
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **GEORGIA** ) ss.
County of: **COBB** )

| | |
|---|---|
| Name of Server: | **KEITH WRIGHT**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the **20th** day of **APRIL**, 20 **11**, at **6:56** o'clock **P** M |
| Place of Service: | at 81 Golden Property Road , in Bremen, GA 30110 |
| Documents Served: | the undersigned served the documents described as:<br>**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on:<br>**BE Wholesale** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: **ALAN PIGG** |
| Description of Person Receiving Documents: | The person receiving documents is described as follows:<br>Sex **m** ; Skin Color **W** ; Hair Color **BrN** ; Facial Hair —<br>Approx. Age **50** ; Approx. Height **5'10** ; Approx. Weight **175**<br>☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br>*Keith Wright*<br>Signature of Server | Subscribed and sworn to before me this **20th** day of **April**, 20 **11**<br>Notary Public |

**APS International, Ltd.**