Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0051

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Black Bear Gypsum Supply, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Hillsborough__ )

**Name of Server:** __Lydia Velez__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __25th__ day of __April__, 20 __11__, at __6:50__ o'clock __P__ M

**Place of Service:** at __14733 Turnberry Court Clearwater, Fl__, in __337__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Black Bear Gypsum Supply, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Gina Milinovich, Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __45__ ; Approx. Height __5' 6"__ ; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Lydia Velez__  4-28-11
Signature of Server

Subscribed and sworn to before me this __28th__ day of __April__, 20 __11__
__Elaine F. Jones__
Notary Public  (Commission Expires) 3/2/13

**APS International, Ltd.**



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters