Kenneth and Barbara Wiltz, et. al., Plaintiff(s)

vs.

Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110064-0084

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Clark-Whitehill Enterprises, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _VIRGINIA_ ) ss.
County of: _City of Norfolk_ )

Name of Server: _BRIAN Nath_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _20th_ day of _April_ , 20 _11_ , at _9:45_ o'clock _A_ M

Place of Service: at  4525 South Boulevard, Suite 300 , in  Virginia Beach, VA  23452

Documents Served: the undersigned served the documents described as:

**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**

**Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Clark-Whitehill Enterprises, Inc.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Richard D. Guy, Registered Agent_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:

Sex _m_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair _No_
Approx. Age _60-65_ ; Approx. Height _5'10"_ ; Approx. Weight _200 lbs._

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _23rd_ day of _April_ , 20 _11_

_4-30-2014_

Signature of Server

Notary Public          (Commission Expires)

**APS International, Ltd.**

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 260501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA