Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0131

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Core Construction Services, Southeast, Inc., c/o Becker & Poliakoff, P.A.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Sarasota__ )

**Name of Server:** __Lyle M. Robinson__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __13th__ day of __April__, 20 __11__, at __3:45__ o'clock __P__ M

**Place of Service:** at __6230 University Parkway, Suite 204__, in __Sarasota, FL  34240__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**
**Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Core Construction Services, Southeast, Inc., c/o Becker & Poliakoff, P.A.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Kate Block, Secretary for Becker & Poliakoff & Authorized to Accept__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __Blonde__; Facial Hair __—__
Approx. Age __55__; Approx. Height __5'4"__; Approx. Weight __165__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this __14th__ day of __April__, 20 __11__
_[signature]_
Notary Public          (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012