Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110064-0085

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Curb Appeal Home Builders, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _VIRGINIA_ ) ss.
County of: _City of Norfolk_ )
Name of Server: _Brian Noth_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _25th_ day of _April_ , 20 _11_ , at _11:19_ o'clock _A_ M

Place of Service: at _2425 Casey Court_ , in _Virginia Beach, VA 23462_

Documents Served: the undersigned served the documents described as:

**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**

**Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Curb Appeal Home Builders, Inc.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Eugene C. Anderson, President_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _30-35_ ; Approx. Height _5'11"_ ; Approx. Weight _180 lbs._

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
_25th_ day of _April_ , 20 _11_
_____ _4-30-2014_
Notary Public        (Commission Expires)

**APS International, Ltd.**

TEENA MARIE DRISKELL
NOTARY
PUBLIC
REG. # 268501
MY COMMISSION
EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA