Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0144

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Delgado's Painting
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _Jefferson_ )

Name of Server: _Dwayne M. Jeanjacques_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _23_ day of _April_, 20 _11_, at _6:30_ o'clock _P_ M

Place of Service: at _422 Terry Parkway_, in _Gretna, LA 70056_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Delgado's Painting**
By delivering them into the hands of an officer or managing agent whose name and title is: _Ceasar Delgado (Owner)_

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Yellow_ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this that the foregoing is true and correct.   _26_ day of _April_, 20 _11_

Signature of Server                              Notary Public            (Commission Expires)

**APS International, Ltd.**