UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION: L |
| | ) ) | |
| | ) | JUDGE FALLON |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) ) ) | MAG. JUDGE WILKINSON |

## MEMORANDUM IN OPPOSITION TO ORDER TO ALL HOME BUILDERS

MAY IT PLEASE THE COURT

Defendant, Melvin Prange Jr. Construction, LLC, responds to the Court's Order to All Home Builders regarding the Home Builders' Liaison Counsel's fees and expenses for which this defendant has been ordered to appear in court on March 22, 2012 as follows:

1.     Defendant is no longer in business as can be seen by the attached record from the Louisiana Secretary of State (Exhibit A) and the attached record from the Louisiana State Licensing Board for Contractors (Exhibit B);

2.     Defendant does not have the funds with which to pay for the fees and expenses of the Home Builders' Liaison Counsel; and

In view of the foregoing, defendant requests that it be relieved from any Order requiring defendant to pay the fees and expenses of the Home Builders' Liaison Counsel. Defendant does not have the ability to pay such fees and expenses.

In view of the foregoing, defendant should not be held in contempt of this court and/or sanctioned.

Respectfully submitted,

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

*[signature]*

**THOMAS L. GAUDRY, JR.  T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**JAIRO F. SANCHEZ (#31954)**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Tele: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net
wlanglois@grhg.net and jsanchez@grhg.net
Attorneys for defendant,
Melvin Prange, Jr. Construction, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Opposition** has been served on

Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison

Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically

uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6,

and that the foregoing was electronically filed with the Clerk of Court of the United States

District Court for the Eastern District of Louisiana by using the CM/ECF System, which will

send a notice of electronic filing in accordance with the procedures established in MDL

2047, on this ____ day of _____, 2012.

*[signature]*

THOMAS L. GAUDRY, JR.

G:\2918\0058\Pleadings\Opposition to Order to All Home Builders.wpd