[ Buy Certificates and Certified Copies ]  [ Print Annual Report for Filing ]  [ Print Detailed Record ]

| Name | Type | City | Status |
|---|---|---|---|
| MELVIN PRANGE, JR. CONSTRUCTION, L.L.C. | Limited Liability Company | SLIDELL | Active |

| | |
|---|---|
| **Business:** | MELVIN PRANGE, JR. CONSTRUCTION, L.L.C. |
| **Charter Number:** | 35115800 K |
| **Registration Date:** | 7/18/2001 |
| **Domicile Address** | |
| | 27 MILLER CREEK LANE |
| | SLIDELL, LA 70458 |
| **Mailing Address** | |
| | C/O MELVIN J. PRANGE, JR. |
| | 27 MILLER CREEK LANE |
| | SLIDELL, LA 70458 |
| **Status** | |
| **Status:** | **Active** |
| **Annual Report Status:** | **Not In Good Standing for failure to file Annual Report** |
| **File Date:** | 7/18/2001 |
| **Last Report Filed:** | 7/19/2010 |
| **Type:** | Limited Liability Company |

**Registered Agent(s)**

| | |
|---|---|
| **Agent:** | MELVIN J. PRANGE, JR. |
| **Address 1:** | 27 MILLER CREEK LANE |
| **City, State, Zip:** | SLIDELL, LA 70458 |
| **Appointment Date:** | 7/18/2001 |

**Officer(s)**                                                                                                    Additional Officers: No

| | |
|---|---|
| **Officer:** | MELVIN J. PRANGE, JR. |
| **Title:** | Manager, Member |
| **Address 1:** | 27 MILLER CREEK LANE |
| **City, State, Zip:** | SLIDELL, LA 70458 |

| | |
|---|---|
| **Officer:** | JANICE WEBB PRANGE |
| **Title:** | Manager, Member |
| **Address 1:** | 27 MILLER CREEK LANE |
| **City, State, Zip:** | SLIDELL, LA 70458 |

**Amendments on File**
No Amendments on file

[ Back to Search Results ]   [ New Search ]   [ View Shopping Cart ]


EXHIBIT A



FREQUENTLY ASKED QUESTIONS HOW TO APPLY NEED A FORM RENEW ONLINE
VERIFY HOMEOWNER CONSTRUCTION REP CONTRACTOR COMPLAINT PUBLIC EDUCATION
ABOUT LSLBC CONTACT LSLBC

**Related Links:**

Online Search Main Page

### Licensing Board's Online Search - By Contractor Name

**Enter the Contractor's name:**   Melvin Prange Jr. Construction    [ Start Search ]

#### Search Tips

- Type only the first one or two words of the business name. If contractor does not come up in the list, try typing fewer words.

- If the contractor does not appear in the search try omitting common terms such as "construction", "company", "Inc.", "LLC", etc.

- If the business name contains an individual's first or last name, try typing the last name first.

- If a business name starts with an "A" or "The" omit them from the initial search. If the business you are looking for does not appear in the search, then type the "A" or "The" before the business name.

- Spaces, dashes, commas, periods and slashes are considered part of the business name.

- Omit apostrophes from the search.

---

**Louisiana State Licensing Board For Contractors**
2525 Quail Drive ~ Baton Rouge, LA 70808
Phone: (225) 765-2301 ~ Fax: (225) 765-2431
Employee Login

Site design & maintenance by Keith A Horton, LLC



EXHIBIT
B



VERIFY HOMEOWNER CONSTRUCTION REP CONTRACTOR COMPLAINT PUBLIC EDUCATION ABOUT LSLBC CONTACT LSLBC

**Related Links:**

Online Search Main Page

## Licensing Board's Online Database

Too many results? Try our advanced search.

Search Results - Page 1 of 1

| Business Name | City | State |
|---|---|---|

NO RECORDS FOUND

|1|

Start New Contractor Search

Too many results? Try our advanced search.

**Louisiana State Licensing Board For Contractors**
2525 Quail Drive ~ Baton Rouge, LA 70808
Phone: (225) 765-2301 ~ Fax: (225) 765-2431
Employee Login

Site design & maintenance by Keith A Horton, LLC