Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0103

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--FHBF Partners, LLP, fka First Home Builders of Florida
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** SEAN SEGEL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 11 day of April, 20 11, at 2:35 o'clock PM

**Place of Service:** at 100 N Tampa Street, Ste 4100, in Tampa, FL 33602

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus
Class Action Complaint in Intervention IIC; Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
FHBF Partners, LLP, fka First Home Builders of Florida   Charles Wachter R.A.
By delivering them into the hands of an officer or managing agent whose name and title is: Frann McBride Legal Asst Auth. To Accept

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex ~~F~~; Skin Color Cauc; Hair Color Red; ~~Facial Hair~~ glasses
Approx. Age 50 yr; Approx. Height 5'2"; Approx. Weight 150 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 12th day of April, 20 11

Signature of Server

Notary Public   (Commission Expires)

APS International, Ltd.

JAMIE SNYDER
Commission # DD0698515
Expires 7/24/2011
Bonded through
Florida Notary Assn., Inc.