Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0040

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--FHBH Partners, LLC, fka First Home Builders of Florida
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** Sean Segel, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18 day of April, 20 11, at 3:45 o'clock PM

**Place of Service:** at 100 North Tampa Street, Ste. 4100, in Tampa, FL 33602

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
FHBH Partners, LLC, fka First Home Builders of Florida

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Frank McBride, Secretary o/b/o Charles Wachter

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _____ ; Skin Color White ; Hair Color Red ; Facial Hair glasses
Approx. Age 45 ; Approx. Height 5'5" ; Approx. Weight 150 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 20 day of April, 20 11

_____
Signature of Server

_____
Notary Public (Commission Expires)

**APS International, Ltd.**



JAMIE SNYDER
Commission # DD0698515
Expires 7/24/2011
Bonded through