Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0104

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Five Star Drywall, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __13th__ day of __April__, 20 __11__, at __8:15__ o'clock __A__ M

Place of Service: at __6901 North Drive__, in __Fort Myers, FL 33905__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Five Star Drywall, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: __Susan Losey, Vice President__

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blond__ ; Facial Hair ____
Approx. Age __50__ ; Approx. Height __5'3"__ ; Approx. Weight __125__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Raymond V. Laakso__
Signature of Server #157154

Subscribed and sworn to before me this __18th__ day of __April__, 20 __11__

__Traci L. DeCalvo__ 10/22/11
Notary Public        (Commission Expires)

**APS International, Ltd.**

1768