UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2047 SECTION: L JUDGE FALLON |
| **THIS DOCUMENT RELATES TO ALL CASES** | | MAG. JUDGE WILKINSON |

### <u>MEMORANDUM IN OPPOSITION TO ORDER TO ALL HOME BUILDERS</u>

MAY IT PLEASE THE COURT

      Defendant, Summit Contractors, Inc., responds to the Court's Order to All Home Builders regarding the Home Builders' Liaison Counsel's fees and expenses for which this defendant has been ordered to appear in court on March 22, 2012 as follows:

1.     Defendant is no longer in business and does not have the funds with which to pay for the fees and expenses of the Home Builders' Liaison Counsel;

2.     Defendant is no longer in business as can be seen by the attached record from the Louisiana Secretary of State (Exhibit A).

3.     Defendant no longer has a contractor's license as can be seen by the records from the Louisiana State Licensing Board for Contractors which shows that Summit Contractors, Inc. no longer has a contractors license (Exhibit B).

4.     The principal of Summit Contractors, Inc., George E. Reine, III, became ill in February 2011 and died on April 8, 2011, as can be seen by the attached obituary (Exhibit C).

5.     The claims of Wavi Lee Bonnecarrere against defendant were dismissed,

with prejudice, by Order signed by the Judge on 11/19/10 as shown in the attached motion to dismiss, with prejudice in No. 2009-16853 of the 22nd JDC, Parish of St. Tammany (Exhibit D);

6.      The claims of Calvin J. LeBlanc and Sara LeBlanc were dismissed, with prejudice, in the matter entitled "Calvin J. LeBlanc, et al vs. Summit Contractors, LLC", 22nd JDC No. 2009-16897 by Judgment signed 5/4/11, a copy of which is attached (Exhibit E);

7.      The claims of Senora B. Jackson were dismissed, with prejudice, in the matter entitled "Senora B. Jackson vs. Nautilus Insurance Company, et al", 22nd JDC No. 2009-17305 by Judgment signed 5/2/11, a copy of which is attached (Exhibit F); and

8.      As a result of the passing of George E. Reine, III, the principal of Summit Contractors, Inc., it is no longer in business and does not have the funds with which to pay for the fees and expenses of the Home Builders' Liaison Counsel.

In view of the foregoing, defendant requests that it be relieved from any Order requiring defendant to pay the fees and expenses of the Home Builders' Liaison Counsel as defendant has no ability to pay such fees and expenses.

Respectfully submitted,

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

*Thomas L. Gaudry jr*

**THOMAS L. GAUDRY, JR.  T.A. (#5980)
WADE A. LANGLOIS, III (#17681)
JAIRO F. SANCHEZ (#31954)**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Tele: (504) 362-2466  Fax: (504) 362-5938
Emails: tgaudry@grhg.net
wlanglois@grhg.net and jsanchez@grhg.net
Attorneys for defendant,
Summit Contractors, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Opposition** has been served on

Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison

Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically

uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6,

and that the foregoing was electronically filed with the Clerk of Court of the United States

District Court for the Eastern District of Louisiana by using the CM/ECF System, which will

send a notice of electronic filing in accordance with the procedures established in MDL

2047, on this _____ day of _____, 2012.

*Thomas L. Gaudry jr*

THOMAS L. GAUDRY, JR.

G:\2918\0059\Pleadings\Opposition to Order to All Home Builders.wpd