[Buy Certificates and Certified Copies] [Print Detailed Record]

| Name | Type | City | Status |
|---|---|---|---|
| SUMMIT CONTRACTORS, INC. | Business Corporation | SLIDELL | Active |

| | |
|---|---|
| Business: | SUMMIT CONTRACTORS, INC. |
| Charter Number: | 34463064 D |
| Registration Date: | 5/5/1994 |
| Domicile Address | |
| | 200 COMMERCIAL SQUARE ROAD |
| | SLIDELL, LA 70461 |
| Mailing Address | |
| | C/O CHARLES N. BRANTON |
| | 200 COMMERCIAL SQUARE ROAD |
| | SLIDELL, LA 70461 |
| Status | |
| Status: | **Active** |
| Annual Report Status: | **Not In Good Standing for failure to file Annual Report** |
| File Date: | 5/5/1994 |
| Last Report Filed: | 5/12/2009 |
| Type: | Business Corporation |

Officer(s)                                                                 Additional Officers: No

| Officer: | GEORGE E. REINE, III |
|---|---|
| Title: | Director |
| Address 1: | 720 BROWNSWITCH RD., STE. 2 |
| City, State, Zip: | SLIDELL, LA 70458 |
| Officer: | DIANE R. REINE |
| Title: | Director |
| Address 1: | 720 BROWNSWITCH RD., STE. 2 |
| City, State, Zip: | SLIDELL, LA 70458 |

Amendments on File (2)

| Description | Date |
|---|---|
| Domicile, Agent Change or Resign of Agent | 3/6/2009 |
| Domicile, Agent Change or Resign of Agent | 7/7/2010 |

[Back to Search Results] [New Search] [View Shopping Cart]


EXHIBIT A



| HOME | ABOUT US | FOR CONSUMERS | FOR CONTRACTORS | NEWS/VIOLATIONS | LINKS |

FREQUENTLY ASKED QUESTIONS HOW TO APPLY NEED A FORM RENEW ONLINE VERIFY HOMEOWNER CONSTRUCTION REP CONTRACTOR COMPLAINT PUBLIC EDUCATION

**Related Links:**

Online Search Main Page

## Licensing Board's Online Search - By Contractor Name

**Enter the Contractor's name:** Summit Contractors Inc      [ Start Search ]

### Search Tips

- Type only the first one or two words of the business name. If contractor does not come up in the list, try typing fewer words.

- If the contractor does not appear in the search try omitting common terms such as "construction", "company", "Inc.", "LLC", etc.

- If the business name contains an individual's first or last name, try typing the last name first.

- If a business name starts with an "A" or "The" omit them from the initial search. If the business you are looking for does not appear in the search, then type the "A" or "The" before the business name.

- Spaces, dashes, commas, periods and slashes are considered part of the business name.

- Omit apostrophes from the search.

---

**Louisiana State Licensing Board For Contractors**
2525 Quail Drive ~ Baton Rouge, LA 70808
Phone: (225) 765-2301 ~ Fax: (225) 765-2431
Employee Login

Site design & maintenance by Keith A Horton, LLC



EXHIBIT
B



HOME    ABOUT US    FOR CONSUMERS    FOR CONTRACTORS    NEWS/VIOLATIONS    LINKS

FREQUENTLY ASKED QUESTIONS HOW TO APPLY NEED A FORM RENEW ONLINE VERIFY HOMEOWNER CONSTRUCTION REP CONTRACTOR COMPLAINT PUBLIC EDUCATION ABOUT LSLBC CONTACT LSLBC

**Related Links:**

Online Search Main Page

Licensing Board's Online Database

Too many results? Try our advanced search.

**Search Results - Page 1 of 1**

| **Business Name** | **City** | **State** |

NO RECORDS FOUND

|1|

Start New Contractor Search

Too many results? Try our advanced search.

**Louisiana State Licensing Board For Contractors**
2525 Quail Drive ~ Baton Rouge, LA 70808
Phone: (225) 765-2301 ~ Fax: (225) 765-2431
Employee Login

Site design & maintenance by Keith A Horton, LLC

## REINE



George Ernest Reine, III, of Slidell, LA, passed away on Thursday, April 8, 2010 at the Louisiana Heart Hospital in Lacombe, LA. Beloved husband of Diane Parker Reine for the past 43 years. Father of Scott Ernest Reine and wife Renee Whitmarsh Reine. Son of the late George E. Reine, Jr. and Bertha Miller Reine. Son-in-law of Albert Parker and the late Wanzie Parker. Brother of Ronald Reine, Michael Reine, Timothy Reine and the late Glen Reine. Also survived by 3 grandchildren; Holly Arroyo, Dustin Arroyo and Connor Reine.

Age 64 years; a native of Mandeville, LA and a lifelong resident of Slidell, LA. Mr. Reine was the owner and operator of Summit Contractors, Inc. of Slidell, LA. George E. Reine, III was a second-generation contractor having over forty years of expertise in construction and land development, constructing over 4,000 residential homes, local neighborhoods and commercial buildings and personally donating the entire grounds on which Clearwood Junior High was built. Through diligent work, Mr. Reine has had many achievements in the community: Mr. Reine was a Former Board Member and Past President of the Slidell Chamber of Commerce, Past Chairman of the United Way, Past Chairman of the Boy Scouts of America Fund Raising Campaign and Past School Board Member of Pope John Paul High School. He served on two local Bank Boards and helped charter the St. Tammany Home Builders Association, which has over 1,000 members today. He was the first Senior Life National Director with the National Association of Homebuilders from the STHBA (which was awarded after twenty-five years of service), a Past board member of the New Orleans Home Builders Association, Member of the Sales & Marketing Council of the National Home Builders Association, Past Chairman of the STHBA Parade of Homes and Member of the Land Development Council of the National Home Builders Association.

As a life-long resident of St. Tammany Parish, his community involvement included major support for the St. Tammany Association For Retarded Citizens (STARC), St. Tammany Economic Development Foundation, Miami Project to Cure Paralysis, American Diabetes Association, American Heart Association, Safe Harbor Program for Battered Women and Easter Seals. Along with his wife, Diane, they were chosen King and Queen XI of the Krewe of Perseus in 1981 and He was honored to be chosen King Samaritan XXXIV for the Slidell Women's Civic Club in 1983 for his commitment and involvement in the community.

Relatives and friends of the family are invited to attend the funeral mass at St. Luke the Evangelist Catholic Church, 910 Cross Gates Blvd., Slidell, LA on Monday, April 12, 2010 at 12:00pm. Visitation will be from 10:00am until 12:00pm at church. Interment will follow in Forest Lawn Cemetery, Slidell, LA.

In lieu of flowers, the family ask that you please send donations to the Scott Reine Chapter of the Miami Project to Cure Paralysis, c/o 720 Brownswitch Rd, Suite 1, Slidell, LA 70458.

Arrangements by Honaker Funeral Home Inc., Slidell, LA


EXHIBIT
C

## 22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

## STATE OF LOUISIANA

NO. 2009-16853                                        DIVISION "A"

### WAVI LEE BONNECARRERE

### VERSUS

### SUMMIT CONTRACTORS, LLC AND NAUTILUS INSURANCE COMPANY

FILED: Nov. 12, 2010                        _____
                                            DEPUTY CLERK

### MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through under signed counsel, comes Plaintiff, Wavi Lee Bonnecarrere, who respectfully requests this Honorable Court dismiss her claims against Summit Contractors, Inc., in the above captioned suit, with prejudice, each party to bear its own costs.

A TRUE COPY

Respectfully submitted,

BY CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

_____
Paul A. Lea, Jr. (#18637)
1978 N. Highway 190 - Suite B
Covington, LA 70433-5158
Tele: (985) 292-2300
Attorney for Plaintiff, Wavi Lee Bonnecarrere

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy of same in the United States Mail, postage prepaid, and properly addressed, this 2 day of Nov., 2010.

_____
Paul A. Lea, Jr.

EXHIBIT D

**22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

NO. 2009-16853 DIVISION "A"

**WAVI LEE BONNECARRERE**

**VERSUS**

**SUMMIT CONTRACTORS, LLC AND NAUTILUS INSURANCE COMPANY**

FILED: Nov. 12, 2010

_____
DEPUTY CLERK

**ORDER**

Considering the above and foregoing Motion:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion to Dismiss her claims against Summit Contractors, Inc., in the above captioned matter be and is hereby **GRANTED**, dismissing Wavi Lee Bonnecarrere's claims against Summit Contractors, Inc., with prejudice, and with each party to bear its own costs.

COVINGTON, LOUISIANA, on this 19 day of November, 2010.

_____
JUDGE

G:\2918\0045\Pleadings\Motion to Dismiss with Prejudice.wpd

A TRUE COPY

_____
BY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2009-16897          DIVISION "A"          SECTION

CALVIN J. LEBLANC, ET AL

VERSUS

SUMMIT CONTRACTORS, L.L.C., ET AL

FILED: May 2, 2011          _____
                            DEPUTY CLERK

### JUDGMENT

This matter came for hearing on the 20th day of April, 2011 on the "Motion and Order for New Trial on Plaintiff's Motion to Dismiss without Prejudice" filed by defendant, Nautilus Insurance Company, and the "Motion for New Trial on Plaintiff's Ex Parte Motion to Dismiss without Prejudice" filed by defendant, Summit Contractors, Inc.

PRESENT:    Mark Flake
            attorney for mover/defendant Summit Contractors, Inc.

            Kelly F. Walsh
            attorney for mover/defendant, Nautilus Insurance Company

ABSENT:     Paul A. Lea, Jr.
            attorney for Plaintiffs, who submitted this matter on brief only

The Court, after considering the pleadings, memoranda, evidence, exhibits and argument of counsel, finds that the "Motion and Order for New Trial on Plaintiff's Motion to Dismiss without Prejudice" filed by defendant, Nautilus Insurance Company, be and is hereby **GRANTED**; and that the "Motion for New Trial on Plaintiff's Exparte Motion to Dismiss without Prejudice" filed by defendant, Summit Contractors, Inc., be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that plaintiffs, Calvin J. Leblanc and Sara S. Wyman Leblanc, instant lawsuit as to Nautilus Insurance Company and Summit Contractors, Inc., be and is hereby **DISMISSED WITH PREJUDICE.**

This Judgment is to be considered a final judgment pursuant to Louisiana Code of Civil Procedure Article 1915(B).

EXHIBIT E

ST. TAMMANY PARISH 2011 MAY -2 A 11: 03

CALVIN J. LEBLANC AND SARA S. WYMAN LEBLANC v.
SUMMIT CONTRACTORS, L.L.C. AND NAUTILUS INSURANCE COMPANY
22nd JDC No. 2009-16897 Division "A"
**JUDGMENT**

Thus done in Covington, St. Tammany Parish, Louisiana this 4 , day of ____ May , 2011.

_____
HONORABLE RAYMOND CHILDRESS
Judge, Division "A"
22nd Judicial District Court for the
Parish of St. Tammany

PLEASE ISSUE NOTICE OF SIGNING OF JUDGMENT TO ALL PARTIES.

A TRUE COPY
[signature]
CLERK 2nd JUD. DIST.

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2009-17305   DIVISION "D"   SECTION

SENORA B. JACKSON

VERSUS

NAUTILUS INSURANCE COMPANY, ET AL

FILED: April 27, 2011    _____
                         DEPUTY CLERK

## JUDGMENT

This matter came for hearing on the 19th day of April, 2011 on the "Motion and Order for New Trial on Plaintiff's Motion to Dismiss without Prejudice" filed by defendant Nautilus Insurance Company and the "Motion for New Trial on Plaintiff's Exparte Motion to Dismiss without Prejudice" filed by defendant Summit Contractors, Inc.

PRESENT:   Mark Flake
           attorney for mover/defendant Summit Contractors, Inc.

           Michael J. Gautier, Jr.
           attorney for mover/defendant, Nautilus Insurance Company

ABSENT:    Paul A. Lea, Jr.
           attorney for plaintiff, who waived his appearance at hearing on said motions.

The Court, after considering the pleadings, memoranda, evidence, exhibits and argument of counsel, finds that the "Motion and Order for New Trial on Plaintiff's Motion to Dismiss without Prejudice" filed by defendant Nautilus Insurance Company be and is hereby **GRANTED**; and that the "Motion for New Trial on Plaintiff's Exparte Motion to Dismiss without Prejudice" filed by defendant Summit Contractors, Inc., be an is hereby **GRANTED**. It was further;

**ORDERED ADJUDGED AND DECREED** that plaintiff, Senora B. Jackson's, instant lawsuit as to Nautilus Insurance Company and Summit Contractors, Inc., be and is hereby **DISMISSED WITH PREJUDICE.**

This Judgment is to be considered a final judgment pursuant to Louisiana Code of Civil Procedure Article 1915(B).

Thus done in Covington, St. Tammany Parish, Louisiana this 2d day of May, 2011.

_____
HONORABLE PETER GARCIA

PLEASE ISSUE NOTICE OF SIGNING OF JUDGMENT

A TRUE COPY
_____
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

**EXHIBIT F**