UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Daniel Abreu, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al;<br>Cause No. 11-252 | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT, UNIVERSAL CONSTRUCTION COMPANY, INC. aka U/C CONSTRUCTION, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Kevin and Kristy Chavis, hereby dismiss, without prejudice, all of their claims against DEFENDANT UNIVERSAL CONSTRUCTION COMPANY, INC. aka U/C CONSTRUCTION, INC., in *Abreu, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al*, Cause No. 11-252, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Plaintiffs, Kevin and Kristy Chavis, shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Collins & Horsley, P.C., former counsel for Plaintiffs, dated March 1, 2012 and Exhibit "B" is correspondence from Bruce Steckler, current counsel for Plaintiffs, dated February 29, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: March 5, 2012                     /s/ Russ M. Herman_____
                                         Russ M. Herman, Esquire (Bar No. 6819)
                                         Leonard A. Davis, Esquire (Bar No. 14190)
                                         Stephen J. Herman, Esquire (Bar No. 23129)
                                         HERMAN, HERMAN, KATZ & COTLAR, LLP
                                         820 O'Keefe Avenue
                                         New Orleans, Louisiana 70113
                                         Phone: (504) 581-4892
                                         Fax: (504) 561-6024
                                         LDavis@hhkc.com
                                         *Plaintiffs' Liaison Counsel*
                                         *MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of March, 2012.

                                         /s/_Leonard A. Davis_____
                                         Leonard A. Davis, Esquire
                                         Herman, Herman, Katz & Cotlar, LLP
                                         820 O'Keefe Avenue
                                         New Orleans, Louisiana 70113
                                         Phone: (504) 581-4892
                                         Fax: (504) 561-6024
                                         LDavis@hhkc.com
                                         Plaintiffs' Liaison Counsel
                                         MDL 2047