# COLLINS & HORSLEY, P.C.
ATTORNEYS AT LAW
2021 MORRIS AVENUE
SUITE 200
BIRMINGHAM, ALABAMA 35203

W. BRIAN COLLINS
DAVID L. HORSLEY
J. ALLSTON MACON, III

TELEPHONE
205-324-1834
FACSIMILE
205-324-1846
E-MAIL: brian@collinshorsley.com
WEBSITE: www.collinshorsley.com

March 1, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    **In re: Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.
Case No. 2:11-CV-252 (E.D.La.)**

Dear Russ and Lenny:

    Our office, as previous counsel for Kevin and Kristy Chavis, authorizes the attorneys of Herman, Herman, Katz & Cotlar LLP to sign any appropriate documents and/or pleadings on our behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Universal Construction Company, Inc. a/k/a U/C Construction, Inc., a/k/a U/C Construction, in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

W. Brian Collins

WBC/tuc