**BARON BUDD, P.C.®**   DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE   |   MIAMI

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

February 29, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    **Re:**    **In re: Chinese Manufactured Drywall Products Liability Litigation**
            **Daniel Abreu, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al;**
            **Cause No. 11-252**

Dear Russ and Lenny:

    My clients, Kevin and Kristy Chavis, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant, Universal Construction Company, Inc. aka U/C Construction, Inc. in the above matter, reserving their rights and claims against any and all other defendants therein.

                      Very truly yours,

                      Bruce Steckler