Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0087

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Genesis Group, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VIRGINIA ) ss.
County of: City of Norfolk

Name of Server: **Brian Nath**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 21st day of April, 20 11, at 4:35 o'clock P M

Place of Service: at 8261 N View Blvd, in Virginia Beach, VA 23518

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Genesis Group, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Lyle G. Wermers, Registered Agent**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 60-65; Approx. Height 5'10"; Approx. Weight 220 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 21st day of April, 20 11

4-30-2014 (Commission Expires)

Signature of Server                 Notary Public

**APS International, Ltd.**

