UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER REGARDING INEX ALLOCATION PLAN AND OPT OUT AND OBJECTION DATE

WHEREAS, the Court ordered the members of the InEx allocation committee to reach an agreement on a proposed allocation plan or to report to the Court on their differences by March 5, 2012 and continued the deadline for opt outs and objections to the InEx settlement to April 11, 2012 [Rec Doc. 12478];

WHEREAS, the Court directed the PSC, InEx and the North River Insurance Company to meet and confer concerning whether and, on what terms, North River might participate in the InEx settlement;

WHEREAS, the PSC, InEx and North River are commencing those discussions on March 6, 2012;

WHEREAS, the outcome of the discussions among the PSC, InEx and North River may have a material impact on the deliberations of the InEx allocation committee;

THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that:

1. The deadline for the members of the InEx allocation committee to reach an agreement on a proposed allocation plan or to report to the Court on their differences is continued to April 5, 2012.

2. The deadline for opt outs and objections to the InEx settlement is continued to May 11.

3. The PSC, InEx and North River should report to the Court on the progress of their negotiations no later than March 16, 2012. In the absence of an agreement, the Court will entertain further argument on the PSC's pending motion to lift the stay against North River at the next status conference on March 22, 2012.

New Orleans, Louisiana this 2nd day of March 2012.

_____

U.S. District Judge