Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0107

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hansen Homes of South Florida, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14th** day of **April**, 20 **11**, at **10:20** o'clock **A** M

Place of Service: at **1436 SE 16th Place**, in **Cape Coral, FL 33990**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**
**Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hansen Homes of South Florida, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Duane Davis, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **black**; Hair Color **Bald**; Facial Hair ___
Approx. Age **45-50**; Approx. Height **6'0"**; Approx. Weight **200**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Barbara Gray** #157153
Signature of Server

Subscribed and sworn to before me this **20th** day of **April**, 20 **11**

**Elena Alvarado**
Notary Public       (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

1796