Anthony G. Skrmetti
96 Daniels Way
Saucier, Ms.
39574
601-928-6412

To whom it may concern:

I am trying to reply to my status as a defendant in the Chinese drywall suit. Iwas doing business as Heartland Homes of Mississippi LLC when this occurred. For some reason the suit was filed listing me as the Defendant. At the time the drywall was installed it was ordered from the same supplier that we had done Business with for a few years. I had no idea that a defective product was being delivered. I had no reason To beleive that any materiel would be any different from anything we had used in the past. I was not aware Of any problem until I received the first information on the lawsuit. At the time of the incident the Company Heartland Homes of Ms. Did carry liability insurance . We wrote to the insurance company And they failed to respond.

Heartland Homes of Ms. Went out of business in 2008. Since that time I have contacted different Attorneys for advice. Having been unable to retain one since that time as I am now 100% disabled And living on a disability pension. I do not have funds to hire an attorney. At the present time I am Barely able to buy groceries or to refill my heart medications.

I respectfully request that I be removed as a defendant due to the fact that I never requested any defective materiel And to the fact that the business has been shut down. Also because of my disability I am now barely able to Buy groceries and sometimes unable to purchase my heart medications.

Thank you

Anthony G. Skrmetti
2/28 /2012