February 29, 2012

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, La 70130

Attention:  Lorretta G. Whyte
            Clerk of Court


Re: Chinese Manufactured Drywall Products Liability Litigation


MDL No: 2047


My name is Joseph E. Bellande IV, I have recently been delivered this information from your office by my mail carrier. The address that this information has been mailed to is not my address but it just so happens that the postal worker delivers to my address as well as the one on the envelop. She noticed that the residence at 2900 St. Marie St. in Meraux, LA 70075 keep returning this package to sender and she recognized my name and delivered it to my address.

Please see a copy of the delivery address along with the mail carriers note.

However, I am not sure what this is in regards to or what I personally have to do with Chinese Drywall.

Can someone please contact me in regards to this matter.


Thank you,

*(signature)*

Joseph E. Bellande IV


My information is as follows:

3409 Story Park Blvd.
Meraux, LA 70075
504-512-3998

**DISTRICT COURT**
**DISTRICT OF LOUISANA**
**NEW ORLEANS, LA 70130**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Joseph E. Bellande
2900 St. Marie Street
Meraux, LA 70075

Mrs. Bellande
does this go with
you? If I put
it at St. Marie
they return it
to me.    Jackie