UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Considering the Plaintiff's Steering Committee's Motion to Compel and for Costs/Sanctions (R. Doc. 12641), IT IS ORDERED that this Motion is set for hearing following the monthly status conference on March 22, 2012, at 9:00 a.m. central.  IT IS FURTHER ORDERED that responses in opposition to this Motion are to be filed by March 15, 2012.

New Orleans, Louisiana this 5th day of March 2012.

_____
U.S. District Judge