Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0108

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Holiday Builders Construction of Florida, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **12th** day of **April**, 20 **11**, at **11:05** o'clock **A** M

**Place of Service:** at **2320 First Street**, in **Fort Myers, FL 33901**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**
**Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Holiday Builders Construction of Florida, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Lisa Fowler, Paralegal for Michael Yashko, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **45** ; Approx. Height **5'1"** ; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **#157154**

Subscribed and sworn to before me this **18th** day of **April**, 20 **11**

Traci A. DeSalvo **10/22/11**
Notary Public    (Commission Expires)

**APS International, Ltd.**



TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

1797