Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110064-0058

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Inman Construction Services, Inc., ATTN: Kenneth Inman
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Louisiana** ) ss.
County of: **Jefferson** )

**Name of Server:** **Barton Moley**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8** day of **April**, 20 **11**, at **12** o'clock **P** M

**Place of Service:** at **329 Rio Vista Ave**, in **New Orleans, LA 70121**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**
**Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Inman Construction Services, Inc., ATTN: Kenneth Inman**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Kenneth Inman**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **None**
Approx. Age **40** ; Approx. Height **6** ; Approx. Weight **190**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of **April**, 20 **11**

Notary Public   (Commission Expires)

APS International, Ltd.