Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0148

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Interior/Exterior Building Supply, LP
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Louisiana ) ss.
County of: Orleans )

Name of Server: Dwayne M. Jeanjacques, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 20 day of April, 20 11, at 1:00 o'clock P M

Place of Service: at 727 S. Cortez St., in New Orleans, LA 70119

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Building Supply, LP**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Holly Thompson (Credit Clerk)

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of _____, 20 11

Notary Public   23032 (Commission Expires)

**APS International, Ltd.**