Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0147

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Interior/Exterior Enterprises, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _Orleans_ )

**Name of Server:** _Dwayne M. Jeanjacques_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _20_ day of _April_, 20 _11_, at _1:00_ o'clock _P_ M

**Place of Service:** at _727 S. Cortez St._, in _New Orleans, LA 70119_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus
Class Action Complaint in Intervention IIC; Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Enterprises, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Holly Thompson (Credit Clerk)_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
That the foregoing is true and correct.    _25_ day of _April_, 20 _11_

_Signature of Server_    Notary Public    (Commission Expires) 23032

APS International, Ltd.