Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110064-0190

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J Galloway Construction, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __Putnam__ )
Name of Server: __Jack Smith__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __26th__ day of __April__, 20 __11__, at __10:05__ o'clock __A__ M

Place of Service: at __1146 Highway 20__, in __Interlachen, FL  32148__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**J Galloway Construction, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Jere Galloway, Administrative Assistant__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Blk__ ; Hair Color __Blk__ ; Facial Hair __N/A__
Approx. Age __50__ ; Approx. Height __5'6__ ; Approx. Weight __160__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __27th__ day of __April__, 20 __11__

Notary Public           (Commission Expires)



JANE N. KAUFMAN
MY COMMISSION # DD 819695
EXPIRES: September 13, 2012
Bonded Thru Pichard Insurance Agency