Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0070

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--K. Hovnanian First Homes, LLC, d/b/a First Home Builders of Florida, By Serving NRAI Services, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

Name of Server: _James A Aloi_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _13th_ day of _April_, 20 _11_, at _1002_ o'clock _A_ M

Place of Service: at _515 E Park Ave_, in _Tallahassee, FL_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
K. Hovnanian First Homes, LLC, d/b/a First Home Builders of Florida, By Serving NRAI Services, Inc
By delivering them into the hands of an officer or managing agent whose name and title is: _Kim Hancock - process clerk_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Br_ ; Facial Hair _____
Approx. Age _34_ ; Approx. Height _5'8_ ; Approx. Weight _161_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_4-13-11_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _13_ day of _April_, 20 _11_

Notary Public    (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790369
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-365-7019