Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0065

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Tampa, LLC, by serving Corporation Service Company

Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Aloi_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _13th_ day of _April_, 20 ___, at _9:57_ o'clock _A_ M

**Place of Service:** at _1201 Hays Street_, in _Tallahassee, FL 32301_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus
Class Action Complaint in Intervention IIC; Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**KB Home Tampa, LLC, by serving Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: _Joyce Markley - process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Blk_; Facial Hair _____
Approx. Age _42_; Approx. Height _5'8_; Approx. Weight _141_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_4·13·11_
Signature of Server

Subscribed and sworn to before me this _13_ day of _April_, 20 _11_

Notary Public       (Commission Expires)

APS International, Ltd.


DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 8, 2012
Bonded Thru Troy Fain Insurance 800-385-7019