Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 110064-0152

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Leroy Laporte, Jr.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LA** ) ss.
County of: **St. Tammany** )

**Name of Server:** Kyle Threnrich , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **20** day of **April**, 20 **11**, at **3:54** o'clock **P** M

**Place of Service:** at 950 W. Causeway Approach , in Mandeville, LA 70471

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Leroy Laporte, Jr.**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of _Tara Hutterberg, able to accept_ , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Leroy Laporte, Jr.** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **27** day of **April** , 20 **11**

_[signature]_ Seal
Notary Public        (Commission Expires)

Michael W. McGuil
Bar No. 23987