Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0188

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Littles Construction of Central Florida, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Polk** )

**Name of Server:** **Michael E. Moseley**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **22** day of **April**, 20 **11**, at **7:05** o'clock **P** M

**Place of Service:** at **1316 Arrowhead Court**, in **Auburndale, FL 33823**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Littles Construction of Central Florida, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Sandra Littles, Vice President**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair **N/A**
Approx. Age **40+**; Approx. Height **5'4**; Approx. Weight **140**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Mike E. May #608_
Signature of Server

Subscribed and sworn to before me this **25th** day of **April**, 20 **11**
_Becky S. Gaston_
Notary Public            (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Becky S. Gaston
Commission #DD775794
Expires: MAY 31, 2012
BONDED THRU ATLANTIC BONDING CO., INC.