| | |
|---|---|
| Kenneth and Barbara Wiltz, et. al., Plaintiff(s)<br>vs.<br>Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #:  110064-0184

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
-- Meritage Homes of Florida, Inc, c/o Corporation Service Company

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Court Case No. 10-361 Section L

---

State of: **Florida** ) ss.
County of: **Leon** )

**Name of Server:** _James A Ali_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _20th_ day of _April_, 20 _11_, at _1008_ o'clock _A_ M

**Place of Service:** at  1201 Hays Street , in  Tallahassee, FL  32301

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus
Class Action Complaint in Intervention IIC; Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Meritage Homes of Florida, Inc, c/o Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Joyce Markley - process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Blk_; Facial Hair ____
Approx. Age _39_; Approx. Height _5'8_; Approx. Weight _161_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
_4-20-11_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _20_ day of _April_, 20 _11_
_____
Notary Public    (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790369
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-365-7019