Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110064-0153

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Millennium Builders, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LOUISIANA** ) ss.
County of: **LAFAYETTE PARISH** )

**Name of Server:** **WILLIAM HUMBLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25TH** day of **APRIL**, 20 **11**, at **3:55** o'clock **P** M

**Place of Service:** at **310 Pinehurst Street, Suite 3**, in **Lafayette, LA  70508**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Millennium Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **JUSTIN MIRE- OWNER**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Gray** ; Facial Hair **N/A**
Approx. Age **48** ; Approx. Height **5'9"** ; Approx. Weight **160**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*William Humble*
Signature of Server

Subscribed and sworn to before me this **26** day of **APRIL**, 20 **11**

*[signature]*    *[signature]*
Notary Public         (Commission Expires)

**APS International, Ltd.**

Donna F. Fendley
Notary Public
Commission #054588