Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
APS International, Ltd.
1-800-328-7171

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--MW Johnson Construction of Florida, Inc.
Court Case No. 10-361 Section L

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:   Intervention IIC

State of: **Minnesota** ) ss.
County of: **Hennepin** )

**Name of Server:** Kimberly Kes, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 14-Apr-2011 08:32 pm

**Place of Service:** at 16823 Island Avenue, city of Lakeville, state of MN

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus
Class Action Complaint in Intervention IIC; Exhibit A

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
MW Johnson Construction of Florida, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is
Troy Johnson, Agent for Service

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **red/blonde** ; Facial Hair **beard**
Approx. Age **35** ; Approx. Height **5'07"** ; Approx. Weight **180**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 15th day of April, 2011

Notary Public     (Commission Expires)

APS File: 110064-177



Jessica Lynn Kimmes
Notary Public
Minnesota
My Commission Expires January 31, 2012