Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0011

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Osprey-Gulf Shore Building Materials, Inc., c/o Vince Price

Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **St. Lucie** )

Name of Server: **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **26** day of **April**, 20 **11**, at **1:50** o'clock **P** M

Place of Service: at **945 Wagner Plaza**, in **Fort Pierce, FL 34982**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Osprey-Gulf Shore Building Materials, Inc., c/o Vince Price**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Vince Price - Regional Inventory Manager**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **Yes**
Approx. Age **50**; Approx. Height **6'3"**; Approx. Weight **200-220 lbs**
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Amy M. Kreyling**
Signature of Server

Subscribed and sworn to before me this **27** day of **April**, 20 **11**

_____
Notary Public   **7-14-12**
(Commission Expires)

APS International, Ltd.

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services