Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0091

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Overlook, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VA** ) ss.
County of: _____ )

**Name of Server:** _BARRY DRISKELL_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _21ST_ day of _APRIL_, 20 _11_, at _11:53_ o'clock _A_ M

**Place of Service:** at _192 Ballard Court_, in _Virginia Beach, VA 23462-6538_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Overlook, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _BRIAN SLAUGHTER — COUNSEL OF RECORD_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _BROWN_ ; Facial Hair _NO_
Approx. Age _35_ ; Approx. Height _5'9"_ ; Approx. Weight _210 LBS_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Barry Driskell_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _22nd_ day of _April_, 20 _11_

_/s/ Teena Marie Driskell_
Notary Public

4-30-2014
(Commission Expires)

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA