Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0132

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Parellel Design and Development, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __VIRGINIA__ ) ss.
County of: __City of Norfolk__ )
Name of Server: __William L. Sasser, Jr.__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __20th__ day of __April__, 20__11__, at __4:34__ o'clock __P__ M

Place of Service: at __1409 Birch Lead Road__, in __Chesapeake, VA 23320__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Parellel Design and Development, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __John Cusson, Registered Agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Gray__ ; Facial Hair __No__
Approx. Age __51__ ; Approx. Height __6'2"__ ; Approx. Weight __170 lbs.__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __23rd__ day of __April__, 20__11__

4-30-2014
Notary Public    (Commission Expires)

APS International, Ltd.

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 260501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]