UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Sean and Beth Payton, individually on an behalf of all others similarly situated v. Knauf Gips KG, et al Civil Action No. 09-07628 | * * * * * * * * * | MAGISTRATE: "2" - JUDGE WILKINSON |

*********************************************************************

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Porteous, Hainkel & Johnson, LLP which hereby files its Notice of Appearance as counsel on behalf of Defendant, Vincent Montalto Construction, Inc. It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel in connection with these actions.

          Respectfully submitted,

          s/ Glenn B. Adams
          _____
          GLENN B. ADAMS (2316)
          DENIA S. AIYEGBUSI (31549)
          Porteous, Hainkel & Johnson, L.L.P.
          704 Carondelet Street
          New Orleans, LA 70130
          Telephone: (504) 581-3838
          Email: gadams@phjlaw.com
          Email: daiyegbusi@phjlaw.com
          *Attorneys for Vincent Montalto Construction, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that Vincent Montalto Construction, Inc.'s above and foregoing Notice of Appearance has been served upon Plaintiffs' Liaison Counsel, Russ Herman, at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller, at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of March, 2012.

                                            s/ Glenn B. Adams
                                            GLENN B. ADAMS
                                            DENIA S. AIYEGBUSI