| | |
|---|---|
| Kenneth and Barbara Wiltz, et. al., Plaintiff(s)<br>vs.<br>Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 110064-0114

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Portofino Homes, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14th day of April, 20 11, at 10:35 o'clock A M

**Place of Service:** at  611 SE 11st, Suite A , in  Cape Coral, FL  33990

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**
**Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Portofino Homes, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an office manager whose name and title is: Robin Schivinski, office manager & spouse of the Registered Agent James Schivinski

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  F ; Skin Color  white ; Hair Color  Red ; Facial Hair ____
Approx. Age  50-55 ; Approx. Height  5'2" ; Approx. Weight  135

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barbara Gray_  #157153
Signature of Server

Subscribed and sworn to before me this 20th day of April, 20 11

_signature_
Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena J Alvarado
My Commission DD775441
Expires 04/05/2012

1799