Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110064-0045

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Residential Drywall, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: **Christinia Theron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **20** day of **April**, 201**1**, at **9:30** o'clock **A** M

Place of Service: at **16009 Northlake Village Dr** in **Odessa, FL 33556**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Residential Drywall, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Andrea Faie, Esquire**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Brown** ; ~~Facial Hair~~ **glasses**
Approx. Age **40-45**; Approx. Height **5'4"**; Approx. Weight **135 lbs**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **21** day of **April**, 20**11**

Notary Public    (Commission Expires)

**APS International, Ltd.**



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters