## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSICA CASSIDY, individually, and on Behalf of all others similarly situated, et al., | *  **MDL DOCKET: 2047** <br> * <br> *  **CASE NO: 2:11-cv-3023** |
| Plaintiffs, | *  **SECT. L MAG 2** |
| v. | |
| GERBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GMBH; KNAUF AMF GMBH & CO. KG; KNAUF DO BRASIL LTD.; PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO. LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD.; et al., | |
| Defendants. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **NOTICE OF APPEARANCE AS COUNSEL**

COMES NOW David W. Medack, dmedack@heardmedackpc.com, of Heard & Medack, P.C., 9494 Southwest Freeway, Suite 700, Houston, Texas 77074, who hereby enters this Notice of Appearance as counsel of record for Defendant, CastleRock Communities, L.P.  It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence in connection with the above-captioned actions be served in accordance with the address and contact information below.

        Respectfully submitted,

        HEARD & MEDACK, P.C.

        By:  _/s/ David W. Medack_
            David W. Medack

>Federal Bar No. 15597
>Texas Bar No. 13892950
>9494 Southwest Freeway, Suite 700
>Houston, Texas 77074
>(713) 772-6400 – Telephone
>(713) 772-6495 – Facsimile
>
>*Attorneys for Defendant CastleRock Communities, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of March, 2012.

>By: /s/ David W. Medack
>David W. Medack