Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110064-0047

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Rottlund Homes of Florida, Inc.
Court Case No. 10-361 Section L

State of: _Florida_ ) ss.
County of: _Hillsborough_ )

**Name of Server:** _Lydia Velez_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25th_ day of _April_, 20 _11_, at _10:00_ o'clock _A_ M

**Place of Service:** at _625 Court Street, Ste. 102_, in _Clearwater, FL 33756_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Rottlund Homes of Florida, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Hazey Cline Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _m_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair _____
Approx. Age _60's_ ; Approx. Height _5' 11"_ ; Approx. Weight _175_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lydia Velez_  _4/22/11_
Signature of Server    Date

Subscribed and sworn to before me this _27th_ day of _April_, 20 _11_

_Elaine F. Jones_
Notary Public    (Commission Expires)
_3/2/13_

**APS International, Ltd.**



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters