Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110064-0117

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--S3 Enterprises, Inc., d/b/a A1 Brothers Metal Framing
and Drywall
Court Case No. 10-361 Section L

State of: _Florida_ ) ss.
County of: _Lee_ )

**Name of Server:** _Barbara Gray_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _14th_ day of _April_, 20 _11_, at _11:30_ o'clock _A_ M

**Place of Service:** at _3323 SW 8th Street_, in _Cape Coral, FL 33991_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**
**Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**S3 Enterprises, Inc., d/b/a A1 Brothers Metal Framing and Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Stacey Spencer, Vice President_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blond_ ; Facial Hair _____
Approx. Age _40-45_; Approx. Height _5'3"_ ; Approx. Weight _115_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barbara Gray_
Signature of Server  #157153

**APS International, Ltd.**

Subscribed and sworn to before me this _20th_ day of _April_, 20 _11_

_Elena Alvarado_
Notary Public        (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/08/2012

1802