Case 2:09-md-02047-EEF-MBN   Document 12836   Filed 03/06/12   Page 1 of 1

Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0119

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--South Florida Custom Trim, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Collier )

Name of Server: Joseph R. Cripe, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of April, 20 11, at 11:00 o'clock A M

Place of Service: at 4860 Mahogany Ridge Drive, in Naples, FL 34119

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**
**Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**South Florida Custom Trim, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Eric Sollitto, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Red ; Facial Hair ___
Approx. Age 35 ; Approx. Height 5'11" ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157299
APS International, Ltd.

Subscribed and sworn to before me this 26th day of April, 20 11

Notary Public         (Commission Expires)

Notary Public State...
Elsa G Alvarez
My Commission...
Expires 04/...2012

1884