Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0120

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Bay Homes, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Mark Hritz**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13th** day of **April**, 20 **11**, at **9:52** o'clock **A** M

Place of Service: at **9990 Coconut Road, Ste 336**, in **Bonita Springs, FL 34135**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Southern Bay Homes, Inc**

Person Served, and Method of Service: By delivering them into the hands of a: **secretary** whose name and title is: **Rita Migliorese, Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Black** ; Facial Hair ____
Approx. Age **60's** ; Approx. Height **5'5"** ; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.
Signature of Server **#157600**

Subscribed and sworn to before me this **15th** day of **April**, 20 **11**
Traci A. DeSalvo 10/22/11
Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

1905