Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110064-0028

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Southern Homes of Broward XI, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )

Name of Server: _CARLOS AGUIRRE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _7th_ day of _April_, 20 _11_, at _1:45_ o'clock _P_ M

Place of Service: at _12895 SW 132 Street, Suite 200_, in _Miami, FL  33186_

Documents Served: the undersigned served the documents described as:

**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**

**Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Southern Homes of Broward XI, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Christine Dickison Project Accountant_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blonde_ ; Facial Hair _____
Approx. Age _55_ ; Approx. Height _5'6_ ; Approx. Weight _180_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this _12_ day of _April_, 20 _11_

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis  Garcia
My Commission DD919265
Expires 08/23/2013