Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0176

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stock Building Supply, LLC, c/o CT Corporation System
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: New Mexico ) ss.
County of: Santa Fe )

**Name of Server:** Jeff Bowers, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21 day of April, 20 11, at 2:45 o'clock P M

**Place of Service:** at 123 East Marcy, in Sante Fe, NM 87501

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus
Class Action Complaint in Intervention IIC; Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Stock Building Supply, LLC, c/o CT Corporation System
By delivering them into the hands of an officer or managing agent whose name and title is: Leanne Martoney (Agent)

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Cau. ; Hair Color Brn ; Facial Hair N/A
Approx. Age 33 ; Approx. Height 5'6 ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 22 day of April, 20 11

Notary Public      (Commission Expires)

**APS International, Ltd.**



OFFICIAL SEAL
Cynthia M. Bowers
NOTARY PUBLIC, STATE OF NEW MEXICO
My Commission Expires: 2/20/14