Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0127

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stone Development, LLC

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 10-361 Section L

State of: __Virginia__ ) ss.
County of: __City of Norfolk__ )
Name of Server: __Brian Noth__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __25th__ day of __April__, 20__11__, at __4:30__ o'clock __P__ M

Place of Service: at __303 34th Street, Suite 5__, in __Virginia Beach, VA 23451__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Stone Development, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Harry R. Purkey, Jr., Registered agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __40-45__ ; Approx. Height __5'10"__ ; Approx. Weight __170 lbs.__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __25th__ day of __April__, 20__11__

4-30-2014

Signature of Server                      Notary Public         (Commission Expires)

APS International, Ltd.

[Notary seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]