Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0069

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Taylor Morrison of Florida, Inc., by serving NRAI Services, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Leon__ )

**Name of Server:** __James A Alo__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __13th__ day of __April__, 20__11__, at __1002__ o'clock __A__ M

**Place of Service:** at __515 E Park Ave.__, in __Tallahassee, FL  32301__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Taylor Morrison of Florida, Inc., by serving NRAI Services, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: __Kim Hancock - process clerk__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __Br__; Facial Hair ____
Approx. Age __34__; Approx. Height __5'8__; Approx. Weight __161__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
4·13·11
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __13__ day of __April__, 20__11__
Notary Public     (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019