Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0122

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Touchstone At Rapallo, Inc
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Mark Hritz, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 13th day of April, 20 11, at 10:02 o'clock A M

Place of Service: at 3440 Renaissance Blvd, Ste 12, in Bonita Springs, FL 34134

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Touchstone At Rapallo, Inc**
By delivering them into the hands of an Bookkeeper whose name and title is: Kathleen Peters, Bookkeeper

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blond ; Facial Hair ___
Approx. Age 60's ; Approx. Height 5'8" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 13th day of April, 20 11

Signature of Server  #157600
Notary Public  (Commission Expires) 10/22/11

**APS International, Ltd.**

A. DESALV..
Comm# DD07273..
Expires 10/22/2011
Florida Notary Assn, Inc

1788