Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0128

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vernon Construction Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Sarasota )

Name of Server: Lyle M. Robinson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 22nd day of April, 20 11, at 9:35 o'clock A M

Place of Service: at 3201 Bayou Sound, in Longboat Key, FL 34228

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Vernon Construction Corporation**
By delivering them into the hands of an officer or managing agent whose name and title is: Jane Vernon, Corporate Secretary/Treasurer

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Blonde ; Facial Hair —
Approx. Age 65 ; Approx. Height 5'3" ; Approx. Weight 140

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:  Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 22nd day of April, 20 11

Notary Public  (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD 7...
Expires April 28, 2012

62872