Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0080

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wellington, LLC, Bennett Stein
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Virginia ) ss.
County of: City of Norfolk )
Name of Server: William L Sasser Jr., undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of April, 20 11, at 2:41 o'clock P M

Place of Service: at 740 Thimble Shoals Boulevard, Suite F, in Newport News, VA 23606

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Wellington, LLC, Bennett Stein**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is Donna Wellendorf, Authorized agent w/letter

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Blonde; Facial Hair No
Approx. Age 40-50; Approx. Height 5-8; Approx. Weight 150 lb.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 19th day of April, 20 11

4-30-2014
Notary Public   (Commission Expires)

APS International, Ltd.

