Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0192

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wolf & Bear Distributors
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **HERNANDO** )

**Name of Server:** **FRANK M. VULPIS**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **21** day of **APRIL**, 20 **11**, at **3:10** o'clock **P** M

**Place of Service:** at **5124 Kirkwood Ave**, in **Spring Hill, FL 34608**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Wolf & Bear Distributors**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **DONALD MACKEY CEO**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **WHITE** ; Facial Hair **NONE**
Approx. Age **60** ; Approx. Height **6'3"** ; Approx. Weight **320**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  90-10-9

Subscribed and sworn to before me this **22** day of **April**, 20 **11**

(Notary Public)   (Commission Expires)

**APS International, Ltd.**



JUDITH ANN KARCZEWSKI
MY COMMISSION # DD 892855
EXPIRES: June 10, 2013
Bonded Thru Budget Notary Services