Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0082

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Woodall, LLC
Court Case No. 10-361 Section L

State of: Virginia ) ss.
County of: City of Norfolk )

**Name of Server:** Brian Nath, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21st day of April, 20 11, at 4:00 o'clock P M

**Place of Service:** at 3810 Redmon Court, in Norfolk, VA 23518

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Woodall, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Samuel L. Andrew McFie, R/A

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Gray; Facial Hair No
Approx. Age 50-55; Approx. Height 6'2"; Approx. Weight 200 lbs.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 21st day of April, 20 11

Signature of Server

Notary Public

4-30-2014 (Commission Expires)

APS International, Ltd.

TEENA MARIE DRISKELL NOTARY PUBLIC REG. # 268501 MY COMMISSION EXPIRES Apr. 30, 2014 COMMONWEALTH OF VIRGINIA