Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0135

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bush Construction Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VA ) ss.
County of: N/A City of Norfolk

Name of Server: BARRY DRISKELL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26th day of APRIL, 20 11, at 3:07 o'clock PM

Place of Service: at 4029 Ironbound Road, Suite 200, in Williamsburg, VA 23185

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus
Class Action Complaint in Intervention IIC; Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bush Construction Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: MARC SHARP — VICE PRESIDENT

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color GRAY ; Facial Hair NO
Approx. Age 60 ; Approx. Height 5'10" ; Approx. Weight 190 LBS

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 26th day of April, 20 11
4-30-2014
Notary Public   (Commission Expires)

APS International, Ltd.