Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0195

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Country Walk Sales, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Ohio ) ss.
County of: Cuyahoga )

**Name of Server:** Thomas E. Roy, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16th day of May, 20 11, at 10:20 o'clock AM

**Place of Service:** at 13370 Prospect Road, in Strongsville, OH 44149

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus
Class Action Complaint in Intervention IIC; Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Country Walk Sales, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent, whose name and title is: Billie Cristina, Office Manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Blond ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'2" ; Approx. Weight 110

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Thomas E. Roy
Signature of Server

Subscribed and sworn to before me this 16th day of May, 20 11

4/13/13
Notary Public (Commission Expires)

**APS International, Ltd.**



GRETCHEN E. MATTHES
Notary Public
In and for the State of Ohio
My Commission Expires
April 13, 2013