Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0137

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Greensprings Condominiums, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VA** ) ss.
County of: **N/A (City of Norfolk)**

Name of Server: **BARRY DRISKELL**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **26TH** day of **APRIL**, 20 **11**, at **3:05** o'clock **P** M

Place of Service: at **4029 Ironbound Road, Suite 200**, in **Williamsburg, VA 23185**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Greensprings Condominiums, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **KAREN DUNN — TREASURER**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F** ; Skin Color **WHITE** ; Hair Color **BROWN** ; Facial Hair **NO**
Approx. Age **40** ; Approx. Height **5'6"** ; Approx. Weight **150 LBS**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **26th** day of **April**, 20 **11**

Signature of Server

Notary Public    **4-30-2014** (Commission Expires)

APS International

[Notary seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]