Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0178

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--HC Seals Drywall Partners
Court Case No. 10-361 Section L

State of: MISSISSIPPI ) ss.
County of: PEARL RIVER )

**Name of Server:** STEVEN SCHOLTES , undersigned, being duly sworn, deposes and says that at the time of service. s/he was of legal age and was not a party to this action:

**Date/Time of Service:** that on the 4 day of May , 20 11 , at 2:27 o'clock P. M

**Place of Service:** at 125 George Mitchell Road , in Carriere, MS 39426

**Documents Served:** the undersigned served the documents described as:

Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus

Class Action Complaint in Intervention IIC; Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
HC Seals Drywall Partners

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: SARAH SEALS , Office manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color GREY : Facial Hair NO
Approx. Age 74 : Approx. Height 5'2 : Approx. Weight 130
X To the best of my knowledge and belief. said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 23 day of June , 20 11

_____
Notary Public     (Commission Expires)  4/26/15

**APS International, Ltd.**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 98899
TINA FRANCO
Commission Expires
April 26, 2015
HANCOCK COUNTY