Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0090

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--International Property Investments, of Central Florida, Inc., d/b/a Henin International Services
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _VA_ ) ss.
County of: _N/A City of Norfolk_
Name of Server: _Barry Driskell_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _26th_ day of _April_, 20 _11_, at _3:30_ o'clock _P_ M

Place of Service: at _4801 Courthouse Street, Suite 300_, in _Virginia Beach, VA 23188_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**International Property Investments, of Central Florida, Inc., d/b/a Henin International Services**
By delivering them into the hands of an officer or managing agent whose name and title is: _Paul W. Gerhardt - Registered Agent_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Gray_; Facial Hair _No_
Approx. Age _55_; Approx. Height _6'0"_; Approx. Weight _180 lbs_

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barry Driskell_
Signature of Server

Subscribed and sworn to before me this _26th_ day of _April_, 20 _11_
4-30-2014
Notary Public    (Commission Expires)

APS International, Ltd.

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]