# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Louisiana

Case Number: 10-361 SECTION L MAG 2

Plaintiff:
**KENNETH AND BARBARA WILTZ**

vs.

Defendant:
**BEIJING NEW BUILDING MATERIALS PUBLIC LTD., CO., et al**

For:
Russ Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Ave.
New Orleans, LA  79113

Received these papers on the **21st day of April, 2011** at **10:47 pm** to be served on **JIM MORRIS & SONS, INC., 561 RAINER STREET NE, PALM BAY, FL 32907**.

I, G. L. Stephenson, being duly sworn, depose and say that on the **18th day of May, 2011** at **7:45 pm**, I:

**CORPORATE:**  served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PLAINTIFFS', CLIFFORD ABROMATTS AND JANICE WOROBEC, et al., OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (II(C)), EXHIBIT A.** with the date and hour of service endorsed thereon by me, to: **JIM MORRIS** as **PRESIDENT** for **JIM MORRIS & SONS, INC.**, at the address of: **561 RAINER STREET NE, PALM BAY, FL 32907**, and informed said person of the contents therein, in compliance with state statutes.

I hereby certify that I am over eighteen years old, not interested in this action and authorized to serve process pursuant to the following authority:  I am a Certified Process Server in good standing for the 18th Judicial Circuit, Brevard County, Florida per F.S. 48.29.

Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

G. L. Stephenson
CPS #190

Subscribed and Sworn to before me on the 6th day of June, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

Edwin Neal Chancellor, Jr.
Commission # DD737911
Expires: DEC. 18, 2011
THRU ATLANTIC BONDING CO., INC.

Our Job Serial Number: 2011000334

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3f