UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RUSS M. HERMAN AND ARNOLD LEVIN,** | : | Case No. 2:12-cv-00497-KDE-SS |
| | : | |
| Plaintiffs, | : | |
| | : | SECT. L MAG 2 |
| v. | : | |
| | : | |
| **CATAPHORA, INC. AND ROGER CHADDERDON,** | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR ISSUANCE OF PRESERVATION ORDER**

NOW INTO COURT, come Plaintiffs, Russ M. Herman and Arnold Levin, who respectfully request that the Court issue a preservation order precluding Defendants, Cataphora, Inc. and Roger Chadderdon, from destroying any evidence concerning Plaintiffs' defamation and interference with prospective advantage claims. WHEREFORE, for the reasons set forth in Plaintiffs' memorandum of law submitted in support of the instant motion, Plaintiffs respectfully request that the Court impose a duty upon Defendants to prohibit them from destroying relevant evidence.

1

        Respectfully submitted,

By:   /s/ Arnold Levin
Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Pro se

Dated: February 27, 2012

By:   /s/ Russ M. Herman
Russ M. Herman
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Pro se

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs' Motion for Issuance of Preservation Order has been served on each of the Defendants via federal express at the addresses listed below on this 27th day of February, 2012.

| | |
|---|---|
| Cataphora, Inc.<br>CT Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90017 | Mr. Roger Chadderdon<br>1200 Bridge Parkway<br>Redwood City, CA 94065 |
| Cataphora, Inc.<br>3425 Edison Way<br>Menlo Park, CA 94025 | Mr. Roger Chadderdon<br>3425 Edison Way<br>Menlo Park, CA 94025 |
| Cataphora, Inc.<br>1200 Bridge Parkway<br>Redwood City, CA 94065 | William Webb Farrer<br>Law Offices of William Webb Farrer<br>300 Montgomery Street, Ste. 600<br>San Francisco, CA 94194 |

      /s/ Arnold Levin
Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Pro se