UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUSS M. HERMAN AND ARNOLD LEVIN,** : | Case No. 2:12-cv-00497-KDE-SS |
| : | |
| Plaintiffs, : | |
| : | SECT. L MAG 2 |
| v. : | |
| : | |
| **CATAPHORA, INC. AND ROGER** : | |
|   **CHADDERDON,** : | |
| : | |
| Defendants. : | |

## NOTICE OF HEARING

Please take notice that, upon the pleading and other matters of record, the undersigned has moved the Court before the Honorable Judge Kurt D. Engelhardt, United States District Court for the Eastern District of Louisiana, Room C367, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at a time to be determined by the Court, for an order on the Plaintiffs' Motion for Issuance of Preservation Order, and for such other and further relief as the Court may deem just and appropriate.

                                        Respectfully submitted,

                        By:    /s/ Arnold Levin
                                  Arnold Levin
                                  510 Walnut Street, Suite 500
                                  Philadelphia, PA 19106
                                  215-592-1500 (phone)
                                  215-592-4663 (fax)
                                  Pro se

Dated:  February 27, 2012

                        By:    /s/ Russ M. Herman
                                  Russ M. Herman
                                  820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113
                                  Phone: (504) 581-4892
                                  Fax: (504) 561-6024
                                  Pro se

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs' Motion for Issuance of Preservation Order has been served on each of the Defendants via federal express at the addresses listed below on this 27th day of February, 2012.

| | |
|---|---|
| Cataphora, Inc.<br>CT Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90017 | Mr. Roger Chadderdon<br>1200 Bridge Parkway<br>Redwood City, CA 94065 |
| Cataphora, Inc.<br>3425 Edison Way<br>Menlo Park, CA 94025 | Mr. Roger Chadderdon<br>3425 Edison Way<br>Menlo Park, CA 94025 |
| Cataphora, Inc.<br>1200 Bridge Parkway<br>Redwood City, CA 94065 | William Webb Farrer<br>Law Offices of William Webb Farrer<br>300 Montgomery Street, Ste. 600<br>San Francisco, CA 94194 |

                                                          _____
Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Pro se