# EXHIBIT A

- 

## Above The Law's Top Ten Most Popular Stories of 2011

- 

## Homeless By Choice: Because Law School Wasn't Tough Enough

- 

## ATL's 2011 Lawyer of the Year: The Finalists!

- 

## ATL Holiday Card Contest: The Finalists!

- 

## The Evidence Exam at Harvard Law That Requires No Evidence to Pass



## A Shout-Out to All The Legal Types Getting a $0 Bonus This Holiday Season



## Michigan, Your Law Dean Earns How Much a Year?



## Is Using Adderall to Get Through Exams the Worst Thing in the World?



### Blago's Class of 2007 Lawyer: A 'Harebrained' Hottie?



### Associate Bonus Watch: A Nice Bonus At Kirkland & Ellis, Assuming Cravath Remains Cheap



### Associate Bonus Watch: Updates and Addenda



### California Firm Puts the 'Ghetto' Into 'Re-Gifting'



### You Know Your Law School Really Cares When You Get Holiday Cards Like This



### An Afternoon With Ed Hayes, Celebrated Litigator and Memoirist

Application Error: There was a problem getting data for the application you requested. The application may not be valid, or there may be a temporary glitch. Please try again later.



### Holiday Gifts for Your Secretary / Administrative Staff: Open Thread



### Don't Call Her 'Reema': Say Hello to 'Nicki Bajaj'



### Is Going To UVA Law School Like Using Cocaine?

### ATL's 2011 Lawyer of the Year: Nominations Needed

### Associate Bonus Watch: Quinn Emanuel Rewards High Billers

- 

### Inside Straight: A Partner's Lament

# Above the Law

A Legal Tabloid - News, Gossip, and Colorful Commentary on Law Firms and the Legal Profession

**Managing Editor: David Lat**
**Editor: Elie Mystal**
**Assistant Editor: Staci Zaretsky**
**Contributors: Kashmir Hill, Marin, Mark Herrmann, Jay Shepherd**

 **H&R BLOCK** At Home — FILE ONLINE FOR LESS. AND BY "LESS," WE MEAN "NOTHING." Free to prepare. Free to print. Free to e-file. NEVER SETTLE FOR LESS™  START

Search for: [        ] [Search]

- Home
- Big Law
- Small Law Firms
- Law Schools
- In-House Counsel
- Legal Technology
- Jobs
- Lateral Link Career Center

**Send Tips:** tips@abovethelaw.com or text (646) 820-TIPS
**Plus:**

- Asia
- Bonuses

- Election 2012
- Lawsuit of the Day
- Archives
- Research

- 26 Sep 2011 at 1:30 PM
- Posted in:
  Contracts, Document Review, Litigators, Plaintiffs Firms, Technology, Trials

# Prominent Plaintiffs' Attorneys Ordered to Pay Up After Losing Breach of Contract Trial

By Christopher Danzig

- 20 Tweet

- 11 Like

- 0

- 2 Share

Last week, more than a dozen high-profile mass torts attorneys lost a San Francisco jury trial against a small technology company. The jury decided the attorneys had illegally breached a document review contract during the high-profile Chinese drywall class-action litigation.

On September 19, the 14 defendants in Cataphora Inc. v Parker were ordered to pay $317,113 to the technology company in lost profits, plus attorneys' fees.

"These guys are the worst of hypocrites that you can possibly find," said Roger Chadderdon, technology counsel at Cataphora. "They claim to be trying to help the little guy, but what they're doing is trying to put more money in their own pockets. Everybody knows that, but this is a case that illustrates it beyond what I have ever seen."

Clearly, tempers are still running hot. We've got more from both sides of the dispute, and a quick refresher on Chinese drywall, after the jump….

Problems with Chinese drywall began around 2006. Many homes in the Southeast, especially Florida, were built with it because of a shortage of normal American drywall. The defective stuff ended up causing a lot of problems. It often smells terrible, like sulfur or rotting eggs. The fumes ruin metal appliances, such as air-conditioning evaporator coils, pipes, and copper wiring. It is also believed by some to cause health problems.

In the midst of all this, Cataphora began negotiating with the plaintiffs' attorneys — together known as the Plaintiff Steering Committee, or "PSC" — who had been appointed by the court to handle the drywall cases. The technology vendor was to be involved mainly in pretrial document review. It would comb through the electronic documents of potential defendants, looking for the smoking gun that would tie them into the class-action litigation.

In September 2009, Cataphora and Jerrold Seth Parker, the authorized representative from the PSC, signed a contract that involved a large upfront fixed fee in exchange for a lower rate throughout the rest of the 24-month work period. In October, Cataphora sent its first invoice for $366,000. But the group of Chinese drywall attorneys balked and canceled the contract. They also refused to pay the initial sum. (Cataphora never did the work.) That's where the problems began.

The attorneys in the PSC have advocated for plaintiffs in a wide variety of multimillion dollar class-action lawsuits. Their résumés range from Vioxx to the BP oil spill to the Toyota acceleration defect to the Bridgestone / Firestone tire cases. [FN1]

"We got screwed," Chadderdon says. "Their strategy from day one was to drag this out as long as possible to make it go away."

He says the PSC told Cataphora, "Sue us if you dare."

Chadderdon, who served as the company's representative in court, says Cataphora is "a small tech company," without the resources of their high-powered opponents. He says the company would have settled quickly if they had received any kind of offer. In the time since the case was initiated, the company's legal division was sold to Ernst and Young.

In court, the defendants argued that they shouldn't have to pay because the contract was never valid to begin with. Among other things, they argued that it included a success fee for Cataphora, which is illegal for non-attorneys to receive. They also claimed the clause stating that the original fee was nonrefundable had been added at the last minute without proper notification. Frank Pitre of Cotchett, Pitre & McCarthy, counsel for the defendants, says Cataphora committed fraud by adding the clause so late in the game.

"The lawyers representing those victims acted properly and ethically in terminating this agreement," Pitre says.

Chadderdon, who was involved in the original deal, says his company had wanted to find a way to reward itself if the case was successful, but everyone realized it was not possible to do that. He says success fees were intentionally not included in the contract for that reason. Also, the "nonrefundable" issue had been part of contract negotiations from the beginning, he says.

In any case, Magistrate Judge Bernard Zimmerman, of the United States District Court for the Northern District of California, ruled that the contract was indeed enforceable. Pitre says that decision improperly framed the case when the jury heard it.

"Because of a certain pretrial ruling that we take issue with, we believe this jury got an unfair presentation of the case," Pitre says. "This is one round in a ten-round case."

Chadderdon says the PSC tried to paint Cataphora as shysters who slipped something under their noses, but he says the jury didn't buy this theory. "The jury saw through it almost immediately," he says. "They were bored to tears with this."

No one is happy to have spent two years on this case, he says. But the verdict is a beacon of light, despite the impending appeal.

"We kicked their ass," he says.

[FN1] Here is the full list of defendants:

- Dawn M. Barrios, of Barrios, Kingsdorf & Casteix
- Daniel E. Becnel, Jr. (His website seems to be down at the moment.)
- Victor Manuel Diaz
- Ervin Amanda Gonzalez
- Ben Gordon, of Levin Papantonio Thomas Mitchell Rafferty & Proctor
- Russ M. Herman, of Herman Herman Katz & Cotlar
- Hugh P. Lambert, of Lambert & Nelson
- Arnold Levine
- Gerald E. Meunier, of Gainsburgh, Benjamin, David, Meunier & Warshauer
- Jerrold Seth Parker, of Parker Waichman Alonso
- James Robert Reeves, of Lumpkin Reeves & Mestayer
- Christopher Seeger, of Seeger Weiss
- Bruce William Steckler, of Baron & Budd
- Scott Weinstein of Morgan & Morgan

Leonard Davis, also of Herman Herman Katz & Cotlar, was originally a defendant, but he was dropped from the suit.

*Disclosure:* Ernst & Young, which acquired Cataphora Legal earlier this year, has advertised in the past on Above the Law.

---

***Christopher Danzig is a writer in Oakland, California. He previously covered legal technology for InsideCounsel magazine. Follow Chris on Twitter @chrisdanzig or email him at cdanzig@gmail.com. You can read more of his work at chrisdanzig.com.***

Like     11 likes. Sign Up to see what your friends like.

- (28) Comments

Tags: Arnold Levine, Barrios Kingsdorf & Casteix, Ben Gordon, Benjamin, Bernard Zimmerman, Bruce William Steckler, Cataphora, Cataphora Inc. v Parker, Chinese drywall, Christopher Seeger, Class Actions, Contracts, Cotchett Pitre & McCarthy, Daniel E. Becnel, Dawn M. Barrios, Document Review, Electronic Discovery, Ernst & Young, Ervin Amanda Gonzalez, Frank Pitre, Gainsburgh,

Gainsburgh Benjamin David Meunier & Warshauer, Gerald E. Meunier, Herman Herman Katz & Cotlar, Hugh P. Lambert, James Robert Reeves, Jerrold Seth Parker, Jr., jury, jury trial, Lambert & Nelson, Leonard Davis, Levin Papantonio Thomas Mitchell Rafferty & Proctor, Litigators, Magistrate Judge Bernard Zimmerman, Meunier & Warshauer, Morgan & Morgan, Parker Waichman Alonso, Plaintif, Plaintiff Steering Committee, Plaintiffs' lawyers, PSC, Roger Chadderdon, Russ M. Herman, Scott Weinstein., Seeger Weiss, Technology, Trials, unb, Victor Manuel Diaz



**MORE FROM ABOVE THE LAW**

    

| The Evidence Exam at Harvard Law That Requires No Evidence to Pass | From Biglaw to Boutique: Top Ten Differences | Quote of the Day: This Man Knows How to Prioritize | Above The Law's Top Ten Most Popular Stories of 2011 | UC Irvine Announces Better Clerkship Numbers Than Almost Everyone Else |

[?]

**Elsewhere on the Web**

- The Most Hated Company on Earth Is Making Investors Rich (Global Dividends)
- 10 U.S. Cities With the Lowest Cost of Living (Kiplinger)
- Prophetic Economist Warns, 'It's Curtains for the US.' Prepare. (Moneynews)
- Kate Middleton Copies Angelina Jolie's Look, but Does It Better (The Stir By CafeMom)
- Let's Call It Off: The Most Infamous Broken Off Engagements Of All Time (Bossip)

[?]

Comments are hidden for your protection. **Click here to show them**.

- ## Sign up for the Above the Law Newsletter

  Email Address [Your email address] [Subscribe]

  Get Above the Law updates in your inbox!

  Above the Law on Facebook
  Like 9,887

  Follow 19.9K followers
  107

  More subscription options ...

  

- 
-

- 19 Dec 2011 at 10:45 AM
- Posted in:
  Advertising, Asia Chronicles, Shameless Plugs, Sponsored Content, This Is an Ad

# The Asia Chronicles: KINNEY'S 62 US ASSOCIATE PLACEMENTS IN 2011 THUS FAR IN ASIA / STATE OF MARKET

By Kinney Recruiting



*Ed. note*: This post is authored by Evan Jowers and Robert Kinney of Kinney Recruiting, sponsor of the Asia Chronicles. Kinney has made more placements of U.S. associates and partners in Asia than any other firm in the past five years. You can reach them by email: asia@kinneyrecruiting.com

The lateral hiring market for biglaw US attorneys has slowed down substantially in the past four months. We at Kinney have been fortunate to have continued a nice run of placements, but even our pace has slowed due to market conditions. We have made 62 placements of US associates and counsels at law firms in Asia in 2011 thus far (the vast majority in Hong Kong/China and not including partners or in house placements), but 42 of those had come by the end of June. Our pace would have slowed down even further had we not been successful in making a much larger than usual number of fund formation and litigation placements for a four month period.

Please see our list of 2011 Asia placements below:

Skadden – Hong Kong *
Milbank – Singapore*
Shearman – Beijing
Morrison & Foerster – Hong Kong*
Davis Polk – Hong Kong*
Skadden – Shanghai
Skadden – Beijing
Latham – Beijing
Latham – Hong Kong*
Latham – Singapore
Paul Hastings – Hong Kong *

Simpson Thacher – Hong Kong*
Ropes & Gray – Hong Kong *
Ropes & Gray – Shanghai*
Orrick – Hong Kong
Orrick – Beijing
Clifford Chance – Singapore*
Clifford Chance – Hong Kong
A&O – Hong Kong*
Proskauer Rose – Hong Kong
Baker & McKenzie – Hong Kong
Freshfields – Hong Kong
Shearman – Hong Kong*
White & Case – Singapore
Linklaters – Singapore
O'Melveny – Shanghai*
Skadden – Singapore
Vinson & Elkins – Shanghai
CWT – Beijing
Debevoise – Hong Kong*
Kirkland & Ellis – Hong Kong*
Kirkland & Ellis – Shanghai*
Gibson Dunn – Hong Kong
White & Case – Beijing
Kobre & Kim – Hong Kong*
Shearman – Singapore
Hogan Lovells – Tokyo
Freshfields – Tokyo

* denotes multiple placements at the firm in question.

Of course, this list does not take into account the numerous offers our candidates received but were unfortunately unable to accept. We fight hard for our candidates to help them receive numerous offers where appropriate; ironically, a couple of partners who missed out on our candidates have accused us recently of "steering candidates away" from them. Obviously, if there is reason to steer our candidates away from a certain firm, most candidates just choose not to apply after hearing the "good, bad, and ugly" from us. But it is interesting that a couple of people have blamed us when they have been unable to recruit a particular candidate.

The hiring slow-down has primarily affected the cap markets practices. This was the hottest practice area during the hiring boom in Hong Kong / China and Singapore in the first half of this year. Most US associate hires in Asia during the hiring boom in first half of 2011 were cap markets practices. Today, M&A hiring remains on same level as first half 2011 and fund formation hiring was red hot the past few months (but there are only a finite number of groups and positions so that mini hiring boom is coming to an end).

Litigation openings for US associates in Hong Kong / China are more prevalent than ever, but still not a big part of the overall lateral market.

A number of IPO's currently being worked on by the top US practices in Hong Kong / China, scheduled for 4th quarter, will likely be put on hold due to market fluctuations. Some are already expected to be held until 2013 per some of our partner friends, at least as of a couple of weeks ago when Robert Kinney and Evan Jowers, along with Alexis Lamb, were in Hong Kong

meeting with many of those partners. Things can change quickly, though, and since then the global markets have been on a bit of an upswing, so some of those IPO's just may go through this fourth quarter.

One associate we placed at at a top firm in Hong Kong earlier in the year remarked in September, "This feels like 2008." He was slower than he'd been. So, is it that slow? We don't think so. In fact, we think that this market is not at all comparable to the previous and much more serious slow-down in late 2008 during the global crisis. At that time, cap markets lawyers in Asia were simply putting their pencils down as there was no work at all and most did not expect the boom back by mid 2009. Today, US cap markets groups in Asia are still busy working, just not as busy as they were from mid 2009 through mid 2011. Most relationships between law firms and banks in Asia on cap markets deals are set up on a milestone payment basis. The banks are pushing the deals right up to just prior to the final milestone payment (usually contingent upon the deal pricing). Questions are arising as to how many times the lawyers have to show up at the printer to draft the prospectus while only getting the second milestone payment once, but these issues are minor. The bankers are still employed, and the lawyers, if reluctantly, are showing up to finish the work (twice, if necessary) for some reasonable uplift in the fee.

Once deals are pricing regularly again, US and UK firms will start hiring US cap markets associates again. As we mentioned in numerous Asia Chronicles posts over the last year, the first half of 2011 was an anomaly in that cap markets work had been booming for two years, but for much of that time most top firms were on a hiring freeze far longer than they should have been in Asia due to continued slow markets in the US and Europe. It was only in late 2010 that most top firms had a green light from their global management to hire US associates as needed. Thus, there was a lot of catch-up hiring going on for many severely understaffed cap markets practices. A number of associates moved laterally within the market as well, necessitating more hires to fill the 3 to 10 openings that existed at most US cap markets practices in Hong Kong / China in early 2011. When the market booms back, there will be a lot of openings again, but not like early 2011. Don't expect to see that situation repeat itself any time soon, maybe not for years. Management visibility into the value of the Asia practices having sufficient staffing has improved dramatically. Lots more MP's have been visiting their firms' Asia offices over the last few years.

- 29 Nov 2011 at 10:30 AM
- Posted in:
  Advertising, Shameless Plugs, Sponsored Content, This Is an Ad

# Getting Your Life Back After an Injury

By Above the Law



Lawyers are notoriously risk-averse, but accidents still happen. People fall off ladders, cars crash, routine medical procedures don't go as planned. A bad office chair hurts your back, an old company keyboard gives you a repetitive stress injury.

The point is that lawyers aren't invincible.

When something unexpected goes wrong, it's your legal and civil right to make an accident claim and get your life back on track as soon as possible.

That's where **First Personal Injury** comes in. The British firm has an in-house team of injury claim specialists who handle every kind of accident and injury claim on a no win, no fee basis. Whether you've suffered a minor personal injury or a major life-changing accident, the firm can protect your rights and help you make an injury claim for the compensation to which you are entitled.

Here is just a partial list of the types of injuries for which the firm offers services:
* Back Injuries
* Breaks and Fractures
* Burn Injuries
* Damaged Sight and Hearing
* Whiplash and Neck Injuries
* Industrial Injuries
* Catastrophic Injuries
* RSI (Repetitive Strain Injury)
* Vibration White Finger
* Hearing Loss Injuries

The firm has well over a decade of experience litigating accident claims. The team works to the highest legal standards and provides a friendly and professional service. As lawyers know, the legal system is often tedious and stressful, but First Personal Injury will make sure your accident claims are as simple, stress-free and successful as possible. It's no accident First Personal Injury is one of the United Kingdom's leading personal injury law firms.

If you're in the U.K and have suffered personal injury, whether through an auto accident, medical malpractice or any other cause, get in touch with First Personal Injury to file a claim. The sooner you get justice for your suffering, the sooner you can get your life back on track.

- **Careers**



-

- **Contact Us**

### Editorial Staff

Managing Editor
> David Lat

Editor
> Elie Mystal

Assistant Editor
> Staci Zaretsky

**How Can We Help You?**

- Send tips to:
  tips@abovethelaw.com
- For tech issues email:
  web@breakingmedia.com
- For advertising or events email:
  advertising@breakingmedia.com
- For research or custom solutions email:
  services@breakingmedia.com
- Above the Law is published by Breaking Media.
  For a full list of our sites, services and staff visit breakingmedia.com

- 99107

## Our Sites

- Above the Law
- Dealbreaker
- Fashionista

- Home
- About Us
- Advertising
- Web Help
- Entries (RSS)
- Comments (RSS)

Copyright © 2012 Breaking Media, LLC. All rights reserved. Registration or use of this site constitutes acceptance of our Terms of Service and Privacy Policy.