# Exhibit B

Joyce Romano

| | |
|---|---|
| **From:** | Joyce Romano |
| **Sent:** | Wednesday, February 22, 2012 1:41 PM |
| **To:** | Brandy Blisard |
| **Subject:** | FW: Roger Chadderdon telephone call |
| **Attachments:** | Chadderdon phone message.pdf |
| **Importance:** | High |

**From:** Cavet, Susan A. [mailto:SCavet@frilot.com] **On Behalf Of** Miller, Kerry J.
**Sent:** Thursday, September 22, 2011 1:34 PM
**To:** Joyce Romano
**Subject:** Roger Chadderdon telephone call

Russ asked that I send you the attached.

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: 504-599-8194
E-mail: kmiller@frilot.com

CONFIDENTIALITY NOTICE: This electronic message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged. This message and any attachments hereto may contain confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail from your computer. The sender does not waive any privilege in the event this message was inadvertently disseminated.

Kerry                                    9/21/11

Said he has some scoop on Herman firm regarding Chinese Drywall -- was involved in a contract dispute with them and a lot of things came out at trial.  Wants to know if you would like to discuss with him.

Roger Chadderdon -- 714/546-3739

                            Susan