# Exhibit C

**From:** Lauren Vilders [mailto:lvilders@cataphora.com]
**Sent:** Wednesday, February 22, 2012 6:13 PM
**To:** @WFOR-TV Digital Media Group; WFOR News
**Subject:** Prominent Miami attorney is an example of what's wrong with America's legal system

Hello,

I'm contacting you about a story that you might find of interest for CBS Miami regarding prominent Miami attorney Victor Manuel Diaz of VM Diaz and Partners law firm. The story relates to the Chinese Drywall class action lawsuit.

Mr. Diaz is a member of the Chinese Drywall Plaintiffs' Steering Committee - a group of very wealthy plaintiffs' attorneys who specialize in class action lawsuits such as this, purportedly working for the little guy.  But they have forced a small employee-owned company to spend more than $1 million in legal fees to recover approximately $300,000 these attorneys owe it. Despite a jury verdict awarding Cataphora the money owed, plus costs, the plaintiffs still have not paid Cataphora a single penny. If you include the amounts spent on both sides' legal fees, something like an estimated $3 million has been spent arguing over $300,000 by these hot shot attorneys, and they continue to drag the case to an appeal, hoping to bankrupt the small company with which they had a valid contract. This is a striking local example of the kind of behavior that drives national calls for tort law reform, which are sure to be an issue yet again in the forthcoming presidential and congressional elections.

Cataphora, an award-winning investigative software company that has been featured in media such as The New York Times, NPR, Fortune, Business Week etc., was initially retained by the Chinese Drywall Plaintiffs' Steering Committee to use its software to provide both investigative services and e-discovery. However, subsequent to these plaintiffs signing the contract, and getting court permission to use these funds for this purpose, they defaulted on the contract, instead doing the work, for which they were not well qualified, themselves.  These local plaintiffs' attorneys have already collected over $1 billion from defendant companies on behalf of the victims of Chinese drywall. However, it is estimated that close to half of that money goes to plaintiff expense funds and contingency fees. In other words, upwards of $500 million has gone to these plaintiffs' attorneys, but they can't pay their $300,000 contract as awarded by a jury.

Such bad behavior should be exposed to the public, especially in this election year. I would be happy to discuss further details of this matter with you.

Thank you,
Lauren Vilders



**Lauren Vilders | Marketing Associate**
**office:** (650) 622-9840 x746 | lvilders@cataphora.com
Cataphora, Inc. | 3425 Edison Way, Menlo Park, CA 94025
www.cataphora.com | Twitter: @Cataphora