Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0050

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mandalay Homes, Inc.
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

Name of Server: **Greg Scott**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **17th** day of **June**, 20 **11**, at **7:25** o'clock **P** M

Place of Service: at **10134 Perthshire Circle**, in **Land O Lakes, FL 34638**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Mandalay Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Brett Davis, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Blonde**; Facial Hair ___
Approx. Age **40's**; Approx. Height **6' 0"**; Approx. Weight **190**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **20th** day of **June**, 20 **11**

Signature of Server    Notary Public    (Commission Expires) 3/2/13

**APS International, Ltd.**



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters