Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0125

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Peak Building Corporation
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _VIRGINIA_ ) ss.
County of: _City of Norfolk_ )

Name of Server: _BRIAN Noth_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _20th_ day of _May_, 20_11_, at _3:17_ o'clock _P_ M

Place of Service: at _308 Sturgeon Lane_, in _Virginia Beach, VA  23456_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus**
**Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Peak Building Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Steve Paland - President_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _White_ ; Facial Hair _No_
Approx. Age _50-55_ ; Approx. Height _5'10"_ ; Approx. Weight _200 lbs_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _2nd_ day of _June_, 20_11_

Signature of Server

Notary Public      4-30-2014 (Commission Expires)

**APS International, Ltd.**