Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co.,, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110064-0138

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Plantation Group, LLC
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __VA__ ) ss.
County of: __N/A (City of Norfolk)__
Name of Server: __BARRY DRISKELL__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __26TH__ day of __APRIL__, 20 __11__, at __3:07__ o'clock __P__ M

Place of Service: at __4029 Ironbound Road, Suite 200__, in __Williamsburg, VA  23185__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs Clifford Abromatts and Janice Worobec et al. Omnibus Class Action Complaint in Intervention IIC; Exhibit A**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Plantation Group, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __MARC SHARP - MEMBER__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __WHITE__; Hair Color __GRAY__; Facial Hair __NO__
Approx. Age __60__; Approx. Height __5'10"__; Approx. Weight __190 LBS__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __26th__ day of __April__, 20 __11__
4-30-2014
Notary Public     (Commission Expires)

TEENA MARIE DRISKELL
NOTARY PUBLIC
REG. # 268501
MY COMMISSION EXPIRES
Apr. 30, 2014
COMMONWEALTH OF VIRGINIA