UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 2047 ) ) SECTION: L ) |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) JUDGE FALLON ) ) MAG. JUDGE WILKINSON ) |

## MEMORANDUM IN OPPOSITION TO ORDER TO ALL HOME BUILDERS

MAY IT PLEASE THE COURT

Defendant, Alvin G. Royes, Jr., LLC, without waiving its motion to dismiss filed on its behalf based on insufficiency of service of process and lack of personal jurisdiction, responds to the Court's Order to All Home Builders regarding the Home Builders' Liaison Counsel's fees and expenses for which this defendant has been ordered to appear in court on March 22, 2012 as follows:

1. On 2/23/12 defendant filed a Motion to Dismiss based on insufficiency of service of process and lack of personal jurisdiction based on service of the suit at defendant's old residence on 3/13/10 which defendant sold on 10/29/07. This court does not have personal jurisdiction over defendant to order defendant to pay the Home Builders' Liaison Counsel's fees and expenses;

2. The claims of one of the two plaintiffs, Maxi Gaussiran, were settled on 2/1/11 as per the attached Receipt, Release, and Indemnification Agreement which bars this claim by Maxi Gaussiran (Exhibit 1).

3. By Motion to Dismiss, with prejudice, signed by the State Judge on 2/9/11 in No. 2008-3004 on the docket of the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, the claims of Maxi Gaussiran are barred by res judicata, as per the attached Motion and Order of Dismissal (Exhibit 2).

4. Defendant does not have the funds with which to pay for the fees and expenses of the Home Builders' Liaison Counsel;

5. As can be seen by the attached record from the Louisiana Secretary of State, defendant has become inactive and is no longer in business (Exhibit 3);

6. As can be seen by the attached record, defendant no longer has a contractor's license through the Louisiana State Licensing Board for Contractors as defendant is no longer in business (Exhibit 4); and

7. By email dated 3/28/11, Home Builders' and Installers' Liaison Counsel was notified that defendant did not have the funds for payment of the fees and expenses of the Home Builders' and Installers' Liaison Counsel. A copy of the email is attached (Exhibit 5).

In view of the foregoing, defendant requests that it be relieved from any Order requiring defendant to pay the fees and expenses of the Home Builders' Liaison Counsel.

In view of the foregoing, defendant should not be held in contempt of this court and/or sanctioned.

Respectfully submitted,

**GAUDRY, RANSON,**
**HIGGINS & GREMILLION, L.L.C.**


*/s/ Thomas L. Gaudry, Jr./*
THOMAS L. GAUDRY, JR. T.A. (#5980)
WADE A. LANGLOIS, III (#17681)
JAIRO F. SANCHEZ (#31954)
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Tele: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net
wlanglois@grhg.net and jsanchez@grhg.net
Attorneys for defendant,
Alvin G. Royes, Jr., LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Opposition** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _8th_ day of _March_, 2012.


*/s/ Thomas L. Gaudry, Jr./*
THOMAS L. GAUDRY, JR.


G:\2918\0073\Pleadings\Opposition to Order to All Home Builders.wpd