## RECEIPT, RELEASE, AND INDEMNIFICATION AGREEMENT

This Receipt, Release and Indemnification Agreement (the "Settlement Agreement") is made this __1st__ day of __February__, 2011 by and between the plaintiff, **MAXI GAUSSIRAN,** and **ALVIN G. ROYES, JR., ALVIN G. ROYES, JR., L.L.C., AND NAUTILUS INSURANCE COMPANY,** and the agents, employees, employers, contractors, directors, officers, members, owners, predecessors, partners, successors, affiliated companies and corporations, affiliated partnerships, affiliated limited liability companies, related companies, operating entities or joint ventures, attorneys, successors, partners, assigns, insureds, insurers and reinsurers of all of them and all those persons for whose acts and omissions said parties might be responsible or later become liable (hereinafter referred to as the **"RELEASED PARTIES"**).

**WHEREAS**, on September 27, 2007, **Maxi Gaussiran** purchased the property located at 39768 Kellywood Boulevard in Ponchatoula, Louisiana from **Alvin G. Royes, Jr.,** and/or **Alvin G. Royes, Jr., L.L.C.** This property was constructed by or on behalf of Alvin G. Royes, Jr. and/or Alvin G. Royes, Jr., L.L.C.

**WHEREAS, Nautilus Insurance Company** issued a certain policy of commercial general liability insurance, Policy No. NC658393, effective May 2, 2007 and cancelled by the insured on July 16, 2007, on which **Alvin G. Royes, Jr., L.L.C.** was the named insured (hereinafter referred to sometimes as the "**Nautilus Policy**").

**WHEREAS, Maxi Gaussiran** instituted suit in the 21st Judicial District Court for the Parish of Tangipahoa, in the proceeding styled *Maxi Gaussiran v. Alvin G. Royes, Jr., et al,* bearing docket number 2008-3004, pursuant to which **Maxi Gaussiran** seeks from **Nautilus Insurance Company, Alvin G. Royes, Jr.** and **Alvin G. Royes, Jr., L.L.C.** damages for costs of repairs to all the alleged defects in the home or, in the alternative, a

EXHIBIT 1

reduction in the purchase price of the home for the cost of repairs, inconvenience, mental anguish, pain and suffering, emotional distress, attorney's fees and costs for breach of the New Home Warranty Act; for failing to comply with building standards; and for causing other defects in materials and workmanship including, but not limited to, the following: 1) window screens not installed; 2) ceramic tiles by fireplace are cracked; 3) improperly installed air conditioner; 5) improperly installed roof; 6) improperly installed water heater; 7) non-functioning or improperly installed electrical outlets in several areas of the home; 8) no caulking on window frames and stucco connections; 9) improperly installed wall flashing; and 9) installation of Chinese drywall.

**WHEREAS, Maxi Gaussiran** instituted suit, as a class representative, in the United States District Court for the Eastern District of Louisiana, in the proceeding styled *Sean and Beth Payton, individually, and on behalf of all similarly situated, et al v. Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd., et al*, bearing Case No. 2:09-cv-07628, pursuant to which **Maxi Gaussiran** seeks from **Alvin G. Royes, Jr., L.L.C.** damages for personal injury, bodily injury and property damages relating to the installation of allegedly defective drywall in her residence.

**WHEREAS, Maxi Gaussiran** instituted suit, as a class representative, in the United States District Court for the Eastern District of Louisiana, in the proceeding styled *Amato, et al v. Liberty Mutual Ins. Co., et al*, bearing Case No. 2:10-c-v-00932, pursuant to which **Maxi Gaussiran** seeks from **Alvin G. Royes, Jr., L.L.C.** damages for personal injury, bodily injury and property damages relating to the installation of allegedly defective drywall in her residence.

**WHEREAS**, **Nautilus Insurance Company** denies that it provides coverage to **Alvin G. Royes, Jr.** and/or **Alvin G. Royes, Jr., L.L.C.** for some or all of the claims asserted or that could be asserted by the **Maxi Gaussiran**.

**WHEREAS**, the **Maxi Gaussiran** and the **Released Parties** desire to settle and adjust their differences on the basis hereinafter set forth:

**KNOW ALL MEN BY THESE PRESENTS**, that the Undersigned, **Maxi Gaussiran**, does hereby acknowledge receipt of **TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS**, which sum, is accepted in full compromise, settlement and satisfaction of, and as sole consideration for the final release and discharge of **RELEASED PARTIES** of and from any and all claims, demands, actions, and causes of action for damages, compensation, repair costs, mitigation costs, remediation costs, redhibition, loss of use, loss of enjoyment, inconvenience, personal injuries, bodily injury, frustration, mental anguish, pain and suffering, emotional distress, reduction of price, court costs, attorney's fees, penalties, interest, punitive damages, expenses, and loss of any and every kind whatsoever, whether or not of the kind enumerated, and whether arising in contract, tort, strict liability, breach of express or implied warranties, under the Louisiana Products Liability Act, under the Louisiana New Home Warranty Act, redhibition, under the Louisiana Unfair Trade and Practices Consumer Protection law or otherwise, including any and all known and unknown personal injury, bodily injuries and property damage, directly or indirectly sustained or suffered by her on account of, or in anyway growing out of or arising out of the alleged use and installation of Chinese drywall or defective drywall in the construction of the residence or structure and/or the alleged defects or vices, including but not limited to defective components, defective parts, defective workmanship, and/or defective products such as the drywall, in the property located at 39768 Kellywood

Boulevard in Ponchatoula, Louisiana; built by Alvin G. Royes, Jr. and/or Alvin G. Royes, Jr., L.L.C.; and sold to Maxi Gaussiran on or about September 27, 2007 by Alvin G. Royes, Jr., and/or Alvin G. Royes, Jr., L.L.C. as more particularly described in the lawsuit filed by Maxi Gaussiran and entitled *Maxi Gaussiran v. Alvin G. Royes, Jr., et al*, No. 2008-3004, Div. A on the docket of the 21st Judicial District Court for the Parish of Tangipahoa; *Sean and Beth Payton, individually, and on behalf of all similarly situated, et al v. Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd., et al* under Case No. 2:09-cv-07628 in the United States District Court for the Eastern District of Louisiana; and *Amato, et al v. Liberty Mutual Ins. Co., et al* under Case No. 2:10-c-v-00932 in the United States District Court for the Eastern District of Louisiana; and for which Maxi Gaussiran claims the above named persons or parties are legally liable in damages, which liability and damages are disputed and denied, and;

The Undersigned warrants that no promise or inducement has been offered except as herein set forth; that this release is executed after conferring with legal counsel and without reliance upon any statement or representation by the person or parties released or their representative concerning the nature and extent of the damages and/or legal liability therefor, that the Undersigned is authorized to act on behalf of Maxi Gaussiran, is of legal age, is legally competent to execute this Release, and accepts full responsibility therefor, and;

The Undersigned hereby declares, represents and understands that the injuries, damages (property or otherwise) sustained may be permanent and progressive and that recovery therefrom and the consequences flowing thereof are uncertain and in granting this release and making this agreement, it is understood and agreed that it shall apply to all unknown or unanticipated injuries and damages (property or otherwise) that might result

from or in anyway growing out of or arising out of the alleged use and installation of Chinese drywall or defective drywall in the construction of the residence and/or out of the alleged defects or vices in the property located at 39768 Kellywood Boulevard in Ponchatoula, Louisiana; built by Alvin G. Royes, Jr. and/or Alvin G. Royes, Jr., L.L.C.; and sold to Maxi Gaussiran on or about September 27, 2007 by Alvin G. Royes, Jr., and/or Alvin G. Royes, Jr., L.L.C. as more particularly described in the lawsuit and supplemental and amending petition filed by Maxi Gaussiran and entitled *Maxi Gaussiran v. Alvin G. Royes, Jr., et al*, No. 2008-3004, Div. A on the docket of the 21st Judicial District Court for the Parish of Tangipahoa; *Sean and Beth Payton, individually, and on behalf of all similarly situated, et al v. Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd., et al* under Case No. 2:09-cv-07628 in the United States District Court for the Eastern District of Louisiana; and *Amato, et al v. Liberty Mutual Ins. Co., et al* under Case No. 2:10-c-v-00932 in the United States District Court for the Eastern District of Louisiana; and that the Undersigned, wholly upon her own judgment, belief and knowledge of the nature, extent and duration of said injuries, damages and property damages, declares that she has not been influenced to any extent whatsoever in making this release by any representations or statements regarding any other matters made by the parties who are hereby released, or by any person or persons representing them.

The Undersigned further hereby agrees to defend, indemnify and hold harmless Nautilus Insurance Company, Alvin G. Royes, Jr., and/or Alvin G. Royes, Jr., L.L.C. and the agents, servants, employees, affiliated companies and corporations, officers, directors, members, attorneys, successors, partners, assigns, insureds, insurers and reinsurers of all of them of and from any and all claims that may be made or asserted by her or anyone else, including but not limited to, any insurance carrier, subrogee, assignee, mortgagee,

vendor, surety, contractor or subcontractor, successors in title, future purchasers; including but not limited to, Christopher Billot; Farmers Insurance Exchange; Knauf GIPS KG; Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Donnegguan) Co., Ltd., and Knauf Plasterboard (Wuhu) Co., Ltd. and any other person, persons, or entities whom have not been specifically released herein or whom may not have been specifically named in the above-mentioned lawsuits filed by **Maxi Gaussiran**; for losses, expenses or damages incurred or to be incurred by the Undersigned because of the work, damages, losses or expenses suffered by them, or in anyway growing out of or arising out of the alleged use and installation of Chinese drywall or defective drywall in the construction of the resident or structure and/or out of the alleged defects or vices in the property located at 39768 Kellywood Boulevard in Ponchatoula, Louisiana; built by Alvin G. Royes, Jr. and/or Alvin G. Royes, Jr., L.L.C.; and sold to Maxi Gaussiran on or about September 27, 2007 by Alvin G. Royes, Jr., and/or Alvin G. Royes, Jr., L.L.C. as more particularly described in the lawsuit filed by Maxi Gaussiran and entitled *Maxi Gaussiran v. Alvin G. Royes, Jr., et al*, No. 2008-3004, Div. A on the docket of the 21st Judicial District Court for the Parish of Tangipahoa; *Sean and Beth Payton, individually, and on behalf of all similarly situated, et al v. Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd., et al* under Case No. 2:09-cv-07628 in the United States District Court for the Eastern District of Louisiana; and *Amato, et al v. Liberty Mutual Ins. Co., et al* under Case No. 2:10-c-v-00932 in the United States District Court for the Eastern District of Louisiana; whether such claim is made by way of indemnity, contribution, subrogation or otherwise.

This Settlement Agreement contains the agreement between **Maxi Gaussiran** and **Nautilus Insurance Company, Alvin G. Royes, Jr. and Alvin G. Royes, Jr. L.L.C.**, with regard to the matters set forth in it and shall be binding upon and inure to the benefit of the

executors, administrators, personal representatives, heirs, successors and assigns of each. **Maxi Gaussiran** expressly reserves her rights against others including, but not limited to, Christopher Billot; Farmers Insurance Exchange; Knauf GIPS KG; Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Donnegguan) Co., Ltd., and Knauf Plasterboard (Wuhu) Co., Ltd. and any other person or entity who has not been specifically released herein or who may not have been specifically named in the above-mentioned lawsuits filed by **Maxi Gaussiran**.

The aforesaid payment is also received in full compromise and settlement of all claims and demands asserted or that could have been asserted against Nautilus Insurance Company, Alvin G. Royes, Jr. and/or Alvin G. Royes, Jr., L.L.C., and the agents, servants, employees, affiliated companies and corporations, officers, directors, members, attorneys, successors, partners, assigns, insureds, insurers and reinsurers of all of them in the lawsuit entitled *Maxi Gaussiran v. Alvin G. Royes, Jr., et al*, No. 2008-3004, Div. A on the docket of the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana; *Sean and Beth Payton, individually, and on behalf of all similarly situated, et al v. Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd., et al* under Case No. 2:09-cv-07628 in the United States District Court for the Eastern District of Louisiana; and *Amato, et al v. Liberty Mutual Ins. Co., et al* under Case No. 2:10-c-v-00932 in the United States District Court for the Eastern District of Louisiana; and the Undersigned does hereby instruct its counsel of record to file an appropriate motion dismissing the lawsuit against Nautilus Insurance Company, Alvin G. Royes, Jr., and Alvin G. Royes, Jr., L.L.C, with prejudice, with each party to bear their own costs of court, reserving her rights against others including, but not limited to, Christopher Billot; Farmers Insurance Exchange; Knauf GIPS KG; Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Donnegguan) Co., Ltd., and Knauf

Plasterboard (Wuhu) Co., Ltd. and any other person or entity who has not been specifically released herein or who may not have been specifically named in the above-mentioned lawsuits filed by **Maxi Gaussiran.**

Signed and Sealed this 1st day of Feb, 2011 in Metairie, Louisiana.

WITNESSES:

_____     _____
ANNE CAMP                                            MAXI GAUSSIRAN

_____
Irene Fullwood

Sworn to and subscribed before me this 1st day of Feb, 2011.

_____
NOTARY PUBLIC
Print Name: E F Bukaty III
No. 3641
My commission expires: upon death

Edward F. Bukaty III
Attorney/Notary Public
State of Louisiana
La. Bar No. 3641

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO. 2008-3004          DIVISION "A"          SECTION

MAXI GAUSSIRAN

VERSUS

ALVIN G. ROYES, JR., ET AL

FILED: __FEB 1 0 2011__          s/ROBIN WILKINSON
                                  DEPUTY CLERK

## MOTION AND ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes MAXI GAUSSIRAN, plaintiff in the above numbered and entitled cause of action and on suggesting to this Honorable Court that it desires to dismiss the above numbered and entitled cause of action against Nautilus Insurance Company, Alvin G. Royes, Jr., and Alvin G. Royes, Jr., L.L.C., only, with prejudice, each party to bear its own cost. Plaintiff reserves her rights against other parties including, but not limited to, defendants Christopher Billot and Farmers Exchange Insurance.

## O R D E R

**IT IS HEREBY ORDERED BY THIS HONORABLE COURT** that the Petition for Damages filed by plaintiff, Maxi Gaussiran, be and the same is hereby dismissed against Nautilus Insurance Company, Alvin G. Royes, Jr., and Alvin G. Royes, Jr., L.L.C., only, with prejudice, each party to bear its own cost.

Amite, Louisiana, this __9__ day of __February__, 2011.

s/Wayne Ray Chutz
HONORABLE WAYNE RAY CHUTZ

RESPECTFULLY SUBMITTED:

_____
Edward F. Bukaty, No. 3641
One Galleria Blvd., Suite 1810
Metairie, Louisiana 70001-7571

STATE OF LOUISIANA AMITE, LOUISIANA
PARISH OF TANGIPAHOA FEB 1 8 2011
I, s/ROBIN WILKINSON, do hereby certify that this document is a true and correct copy of the original thereof, consisting of __1__ page(s) being a reproduction thereof from the records on file with the undersigned, in accordance with Louisiana Revised Statutes, Title 13, Section 3793.
DEPUTY CLERK

2011 FEB -9 AM 9:01
JULIANNE DUFRECHE
CLERK OF COURT
TANGIPAHOA PARISH, LA


EXHIBIT 2

[Buy Certificates and Certified Copies] [Print Detailed Record]

| Name | Type | City | Status |
|---|---|---|---|
| ALVIN G. ROYES JR., LLC | Limited Liability Company | COVINGTON | Inactive |

**Previous Names**

AGR PROPERTY INVESTMENTS & DEVELOPERS, LLC (Changed: 5/11/2005)

| | |
|---|---|
| **Business:** | ALVIN G. ROYES JR., LLC |
| **Charter Number:** | 35802651 K |
| **Registration Date:** | 10/26/2004 |

**Domicile Address**

226 SIMALUSA DRIVE
COVINGTON, LA 70435

**Mailing Address**

C/O ALVIN G. ROYES, JR.
226 SIMALUSA DRIVE
COVINGTON, LA 70435

**Status**

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Voluntary Action** |
| **File Date:** | 10/26/2004 |
| **Last Report Filed:** | 9/25/2006 |
| **Type:** | Limited Liability Company |

**Registered Agent(s)**

| Agent: | ALVIN G. ROYES, JR. |
|---|---|
| Address 1: | 226 SIMALUSA DRIVE |
| City, State, Zip: | COVINGTON, LA 70435 |
| Appointment Date: | 10/26/2004 |

**Officer(s)**                                                                                       Additional Officers: No

| Officer: | ALVIN G. ROYES, JR. |
|---|---|
| Title: | Member |
| Address 1: | 226 SIMALUSA DRIVE |
| City, State, Zip: | COVINGTON, LA 70435 |

**Amendments on File (2)**

| Description | Date |
|---|---|
| Name Change | 5/11/2005 |
| Affidavit to Dissolve | 11/29/2007 |

[Back to Search Results] [New Search] [View Shopping Cart]

**EXHIBIT 3** (ALL-STATE LEGAL)

# LSLBC
## Louisiana State Licensing Board for Contractors

| HOME | ABOUT US | FOR CONSUMERS | FOR CONTRACTORS | NEWS/VIOLATIONS | LINKS |

FREQUENTLY ASKED QUESTIONS  HOW TO APPLY  NEED A FORM  RENEW ONLINE

ABOUT LSLBC  CONTACT LSLBC

**Related Links:**

Online Search Main Page

## Licensing Board's Online Search - By Contractor Name

**Enter the Contractor's name:** Alvin G Royes Jr LLC    [ Start Search ]

### Search Tips

- Type only the first one or two words of the business name. If contractor does not come up in the list, try typing fewer words.

- If the contractor does not appear in the search try omitting common terms such as "construction", "company", "Inc.", "LLC", etc.

- If the business name contains an individual's first or last name, try typing the last name first.

- If a business name starts with an "A" or "The" omit them from the initial search. If the business you are looking for does not appear in the search, then type the "A" or "The" before the business name.

- Spaces, dashes, commas, periods and slashes are considered part of the business name.

- Omit apostrophes from the search.

---

**Louisiana State Licensing Board For Contractors**
2525 Quail Drive ~ Baton Rouge, LA 70808
Phone: (225) 765-2301 ~ Fax: (225) 765-2431
Employee Login

Site design & maintenance by Keith A Horton, LLC


EXHIBIT 4



HOME    ABOUT US    FOR CONSUMERS    FOR CONTRACTORS    NEWS/VIOLATIONS    LINKS

FREQUENTLY ASKED QUESTIONS HOW TO APPLY NEED A FORM RENEW ONLINE VERIFY HOMEOWNER CONSTRUCTION REP CONTRACTOR COMPLAINT PUBLIC EDUCATION ABOUT LSLBC CONTACT LSLBC

## Licensing Board's Online Database

**Related Links:**

Online Search Main Page

Too many results? Try our advanced search.

**Search Results - Page 1 of 1**

| **Business Name** | **City** | **State** |
|---|---|---|
| NO RECORDS FOUND | | |

|1|

Start New Contractor Search

Too many results? Try our advanced search.

**Louisiana State Licensing Board For Contractors**
2525 Quail Drive ~ Baton Rouge, LA 70808
Phone: (225) 765-2301 ~ Fax: (225) 765-2431
Employee Login

Site design & maintenance by Keith A Horton, LLC

# GAUDRY, RANSON, HIGGINS & GREMILLION, L.L.C.

THOMAS L. GAUDRY, JR.
DANIEL A. RANSON
DARYL A. HIGGINS
GREGORY G. GREMILLION
WADE A. LANGLOIS, III
MICHAEL D. PEYTAVIN
STEVEN D. OLIVER
THOMAS W. DARLING

*Of Counsel*
E. RALPH LUPIN, M.D., J.D.
STACIE P NEHLIG

ATTORNEYS AT LAW
OAKWOOD CORPORATE CENTER
401 WHITNEY AVE., SUITE 500
GRETNA, LOUISIANA 70056

MAILING ADDRESS
P.O. BOX 1910
GRETNA, LOUISIANA 70054-1910
(504) 362-2466
FACSIMILE (504) 362-5938
WEBSITE: www.grhg.net

WRITER'S DIRECT DIAL
(504) 376-1340

WILLIAM H. VOIGT
GLENN D. PRICE, JR.
A. MARK FLAKE
JAIRO F. SANCHEZ
RYAN C. HIGGINS

BATON ROUGE OFFICE:
2223 QUAIL RUN DR., C-2
BATON ROUGE, LA 70808
(225) 663-6101
(225) 663-6102 FACSIMILE

Sender's e-mail:
tgaudry@grhg.net

March 28, 2011

VIA EMAIL drywall@stonepigman.com
Homebuilders' and Installers' Liaison Counsel

RE:   Vickie T. Egan Miller vs. Alvin G. Royes, Jr., LLC

Dear Counsel:

I was retained to defend Alvin G. Royes, Jr., LLC against the claims of Vickie T. Egan Miller.

With respect to Judge Fallon's Order dated March 9, 2011 regarding the deposit of funds with the Clerk of Court, for payment of the fees and expenses of the Homebuilders' and Installers' Liaison Counsel, Alvin G. Royes, Jr., LLC does not have the funds to make this deposit.

Yours truly,

*Thomas L. Gaudry, Jr.*

THOMAS L. GAUDRY, JR.

TLG,Jr./dd
G:\2918\0073\Corresp\Homebuilders' Installers' Liaison Counsel.001.wpd

**EXHIBIT 5**

## Dawn Duval

| | |
|---|---|
| **From:** | Dawn Duval on behalf of Thomas Gaudry Jr. |
| **Sent:** | Wednesday, March 30, 2011 10:40 AM |
| **To:** | 'drywall@stonepigman.com' |
| **Subject:** | Miller vs. Alvin G. Royes, Jr. |
| **Attachments:** | Homebuilders' Installers' Liaison Counsel.001.doc |

*Dawn Duval*
Secretary to Thomas L. Gaudry, Jr.
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Tele: (504) 362-2466 (main)
       (504) 376-1340 (direct)
Fax: (504) 362-5938
Emails: dduval@grhg.net
        tgaudry@grhg.net

This e-mail communication and the documents accompanying it may contain information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-362-2466) to make arrangements for returning the original e-mail to us.