UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES )<br>TO ALL CASES )<br>_____ ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### MEMORANDUM IN OPPOSITION TO ORDER TO ALL HOME BUILDERS

MAY IT PLEASE THE COURT

Defendant, B&E Construction of Miami Corp., without waiving the motion to dismiss for lack of personal jurisdiction and improper venue filed by B&E Construction of Miami Corp., responds to the Court's Order to All Home Builders regarding the Home Builders' Liaison Counsel's fees and expenses for which this defendant has been ordered to appear in court on March 22, 2012 as follows:

1. Defendant, B&E Construction of Miami Corp., filed a Motion to Dismiss for lack of personal jurisdiction and improper venue. Defendant does not believe that this court has personal jurisdiction over defendant.

2. Defendant is no longer in business;

3. Defendant does not have the funds with which to pay for the fees and expenses of the Home Builders' Liaison Counsel; and

4.  Attached is a copy of the 3/22/11 email to the Home Builders' and Installers' Liaison Counsel wherein B&E Construction of Miami Corp. related to the Home Builders' Liaison Counsel the fact that B&E Construction of Miami Corp. does not have the funds to make the deposit (Exhibit 1).

In view of the foregoing, defendant requests that it be relieved from any Order requiring defendant to pay the fees and expenses of the Home Builders' Liaison Counsel. Defendant does not have the ability to pay such fees and expenses.

In view of the foregoing, defendant should not be held in contempt of this court and/or sanctioned.

Respectfully submitted,

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

_/s/ Thomas L. Gaudry_
**THOMAS L. GAUDRY, JR. T.A. (#5980)
WADE A. LANGLOIS, III (#17681)
JAIRO F. SANCHEZ (#31954)**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Tele: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net
wlanglois@grhg.net and jsanchez@grhg.net
Attorneys for defendant,
B&E Construction of Miami Corp.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Opposition** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of March, 2012.

THOMAS L. GAUDRY, JR.

G:\2918\0052\Pleadings\Opposition to Order to All Home Builders.wpd