# GAUDRY, RANSON,
# HIGGINS & GREMILLION, L.L.C.

THOMAS L. GAUDRY, JR.
DANIEL A. RANSON
DARYL A. HIGGINS
GREGORY G. GREMILLION
WADE A. LANGLOIS, III
MICHAEL D. PEYTAVIN
STEVEN D. OLIVER
THOMAS W. DARLING

*Of Counsel*
E. RALPH LUPIN, M.D., J.D.
STACIE P NEHLIG

ATTORNEYS AT LAW
OAKWOOD CORPORATE CENTER
401 WHITNEY AVE., SUITE 500
GRETNA, LOUISIANA 70056

MAILING ADDRESS
P.O. BOX 1910
GRETNA, LOUISIANA 70054-1910
(504) 362-2466
FACSIMILE (504) 362-5938
WEBSITE: www.grhg.net

WRITER'S DIRECT DIAL
(504) 376-1340

WILLIAM H. VOIGT
GLENN D. PRICE, JR.
A. MARK FLAKE
JAIRO F. SANCHEZ
RYAN C. HIGGINS

BATON ROUGE OFFICE:
2223 QUAIL RUN DR., C-2
BATON ROUGE, LA 70808
(225) 663-6101
(225) 663-6102 FACSIMILE

Sender's e-mail:
tgaudry@grhg.net

March 22, 2011

VIA EMAIL drywall@stonepigman.com
Homebuilders' and Installers' Liaison Counsel

RE:   Richard and Pamela Groom vs. B&E Construction of Miami Corp.

Dear Counsel:

I was retained to defend B&E Construction of Miami Corp. against the claims of Richard and Pamela Groom.

With respect to Judge Fallon's Order dated March 9, 2011 regarding the deposit of funds with the Clerk of Court for payment of the fees and expenses of the Homebuilders' and Installers' Liaison Counsel, B&E Construction of Miami Corp. does not have the funds to make this deposit.

Further, B&E Construction of Miami Corp. is a Florida corporation which does not do and has never done business in Louisiana. It has filed a motion to dismiss based on lack of jurisdiction over B&E Construction of Miami Corp.

Yours truly,

*Thomas L. Gaudry, Jr.*

THOMAS L. GAUDRY, JR.

TLG,Jr./dd
G:\2918\0052\Corresp\Homebuilders' Installers' Liaison Counsel.001.wpd



## Dawn Duval

| | |
|---|---|
| **From:** | Dawn Duval on behalf of Thomas Gaudry Jr. |
| **Sent:** | Wednesday, March 23, 2011 1:53 PM |
| **To:** | 'drywall@stonepigman.com' |
| **Subject:** | Groom vs. B&E Construction of Miami Corp. |
| **Attachments:** | Homebuilders' Installers' Liaison Counsel.001.doc |

*Dawn Duval*
Secretary to Thomas L. Gaudry, Jr.
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Tele: (504) 362-2466 (main)
      (504) 376-1340 (direct)
Fax:  (504) 362-5938
Emails: dduval@grhg.net
        tgaudry@grhg.net

This e-mail communication and the documents accompanying it may contain information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-362-2466) to make arrangements for returning the original e-mail to us.

3/23/2011