# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| LAURA HAYA, et al., v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., et al., CASE NO.: 11-1077 (Omni IX) | ) ) ) ) ) / | MAG. JUDGE WILKINSON |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT SHOMA DEVELOPMENT CORP.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs: Sebastian Covos; Carlos and Olga Garrido; Daimarys Leon; and Gilam Villalobos ("Plaintiffs") hereby dismiss, without prejudice, all of their respective claims against Defendant Shoma Development Corp., in Plaintiffs' Omnibus Compliant (Omni IX), reserving their rights and claims against any and all other defendants therein. Each party is to bear their own attorneys' fees and costs. Plaintiffs shall continue to pursue their respective claims against the remaining Defendants not specifically dismissed herein.

Dated: March 9, 2012

Respectfully submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (Bar No. 6819)
LEONARD A. DAVIS, ESQ. (Bar No. 14190)
STEPHEN J. HERMAN, ESQ. (Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

{23321367;1}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SHOMA DEVELOPMENT CORP. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of March, 2012.

/s/ Leonard A. Davis