UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

This Court previously appointed John Perry as Mediator to facilitate global settlement negotiations in MDL-2047 (Rec. Doc. 11503). Since that time, the Mediator has conducted discussions and gathered information from many defendants and their insurers about participating in a global settlement. The Court now makes the following Order regarding these issues:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Mediator shall provide the Court by March 14, 2012 with a report listing every party in MDL 2047 that has either failed to respond to the Mediator's offer or has rejected the Mediator's offer to participate in a possible global settlement.

**IT IS FURTHER ORDERED** that each party listed on the Mediator's report, along with the insurers listed for that party in the report, shall appear with their counsel and a person with full authority to discuss this litigation and the claims against that party, in open court on March 22, 2012, directly following the monthly status conference. Each party should be prepared at that time to discuss its position on global settlement negotiations, as well as the scheduling of hearings, motion practice and trials to proceed against parties not participating in a potential global settlement.

New Orleans, Louisiana this 8th day of March 2012.

*[signature: Eldon E. Fallon]*

U.S. District Judge