UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------X
IN RE:                                                   :   MDL NO. 2047
                                                         :   SECTION: L
CHINESE MANUFACTURED DRYWALL                             :
PRODUCTS LIABILITY LITIGATION                            :   JUDGE FALLON
                                                         :
                                                         :   MAG. JUDGE WILKINSON
                                                         :
---------------------------------------------------------X
THIS NOTICE RELATES TO:                                  :
ALL CASES                                                :
---------------------------------------------------------X

### NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

COMES NOW the law firm of ADAM JEFFREY KATZ, P.A. and files this Appearance as Attorney of Record representing **DYANA HAGMAIER AND RAYMOND HAGMAIER**, in the above-styled cause.

I HEREBY CERTIFY that the original of the foregoing was E-filed with the Clerk of the Court, U.S. District Court, 500 Poydras Street, Room C151, New Orleans, LA 70130

ADAM JEFFREY KATZ, P.A.
Attorney for Defendant
5571 University Drive
Suite 204
Coral Springs, FL 33067
Tel: (954) 761-8080
Fax: (954) 523-5723

ADAM JEFFREY KATZ, Esq.
Fla. Bar # 983217