## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Jessica Cassidy, et al., v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Case No. 11-3023 (E.D. La.) | * * * | |

## NOTICE OF LIMITED APPEARANCE

The law firms of Polenberg Cooper, P.A. and Taylor, Porter, Brooks, & Phillips, L.L.P. give notice of their limited appearance as counsel of record for defendant, Platinum Property Management, Inc. ("Platinum") in this case. By filing this Notice of Limited Appearance, Platinum does not intend to, and does not, waive any defenses, legal or equitable, and hereby expressly reserves any and all applicable defenses, including, without limitation, defenses stated in Federal Rule of Civil Procedure 12, including without limitation any and all challenges to sufficiency of process, sufficiency of service of process, to jurisdiction, as well as all other challenges available to Platinum in defense of the claims alleged in this forum.

                    **Respectfully submitted,**

                    **TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

                    **BY:** _/s/ Kari A. Bergeron_____
                        Erick Y. Miyagi, #22533
                          hiko.miyagi@taylorporter.com
                        John Stewart Tharp, #24230
                          stewart.tharp@taylorporter.com
                        Edward J. Laperouse, II #29310
                          ted.laperouse@taylorporter.com
                        Kari A. Bergeron #31043
                          kari.bergeron@taylorporter.com

(451 Florida Street, 8th Floor, 70801)
P. O. Box 2471
Baton Rouge, LA 70821
Telephone:  225-387-3221
Fax:        225-346-8049

Polenberg Cooper, P.A.
1351 Sawgrass Corporate Parkway
Suite 101
Fort Lauderdale, FL 33323
(954) 742-9995 (T)
(954) 742-9971 (F)

By: */s/ Jon Polenberg*_____
    Jon Polenberg (FBN 653306)
    jon@pcpalaw.com

***ATTORNEYS FOR PLATINUM PROPERTY MANAGEMENT, INC.***

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 9th day of March, 2012.

/s/ Kari A. Bergeron_____
Kari A. Bergeron