UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES _____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## FEDERAL RULE 37(a)(1) CERTIFICATE

Pursuant to Federal Rule 37(a)(1), the undersigned here certifies that counsel for Banner Supply Company; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC (collectively "Banner") and Chartis Select Insurance Company, Chartis Specialty Insurance Company (formerly known as "American Specialty Lines Insurance Company"), Illinois National Insurance Co., The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa. (collectively "Chartis"), has tried to confer with CNBM (USA) Corp., all to no avail, and that the parties cannot resolve this matter amicably, making the foregoing motion necessary.

1

Respectfully submitted, this 12th day of March, 2012.

        **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

        */s/ Shubhra R. Mashelkar*
        **SHUBHRA R. MASHELKAR, ESQ.**
        Georgia Bar Number: 475388
        3344 Peachtree Road, Suite 2400
        Atlanta, GA 30326
        Telephone (404) 876-2700
        smashelkar@wwhgd.com
        *Counsel for Banner Supply Company; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC.*


        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        */s/ Jane M. Byrne*
        **JANE M. BYRNE, ESQ.**
        New York Bar Number: JB6748
        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        Telephone: (212) 849-7000
        Fax: (212) 849-7100
        janebyrne@quinnemanuel.com
        *Counsel for American Home Assurance Company, Chartis Select Insurance Company, Chartis Specialty Insurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Federal Rule 37(a)(1) Certificate has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 12th day of March, 2012.

>   WEINBERG, WHEELER, HUDGINS,
>   GUNN & DIAL, LLC
>
>   */s/ Shubhra R. Mashelkar*
>   **SHUBHRA R. MASHELKAR, ESQ.**