UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, courtroom 468, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on March 22, 2012, at 9:00 a.m., or as soon as counsel can be heard, for an order on Banner and Chartis' Motion to Join the PSC's Motion to Compel And For Costs/Sanctions Against CNBM (USA) Corp., and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted this 12th day of March, 2012.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ Shubhra R. Mashelkar
**SHUBHRA R. MASHELKAR, ESQ.**
Georgia Bar Number: 475388
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Telephone (404) 876-2700
smashelkar@wwhgd.com
*Counsel for Banner Supply Company; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC.*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/ Jane M. Byrne
**JANE M. BYRNE, ESQ.**
New York Bar Number: JB6748
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
janebyrne@quinnemanuel.com
*Counsel for American Home Assurance Company, Chartis Select Insurance Company, Chartis Specialty Insurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa.*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing **NOTICE OF HEARING** has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 12th day of March, 2011.

                WEINBERG, WHEELER, HUDGINS,
                GUNN & DIAL, LLC

                */s/ Shubhra R. Mashelkar*
                **SHUBHRA R. MASHELKAR, ESQ.**
                Georgia Bar Number: 475388