UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

Considering Banner and Chartis' Motion Join the PSC's Motion to Compel and for Costs/Sanctions and their Memorandum in support thereof,

IT IS HEREBY ORDERED that Banner and Chartis' Motion to Join the above-referenced Motion by PSC (Rec. Doc. No. 12641) is GRANTED.

New Orleans, Louisiana, this ____ day of March, 2012.

_____
Eldon E. Fallon
United States District Court Judge

1