UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
           PRODUCTS LIABILITY LITIGATION

                                                                                    SECTION: L

THIS DOCUMENT RELATES TO:                            JUDGE FALLON
                                                                                    MAG. JUDGE WILKINSON

*Cassidy, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG, et al.*

Case No. 2:11-cv-3023 (E.D. La.)
_____/

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Hilarie Bass, Esq. and Mark A. Salky, Esq. of the law firm of Greenberg Traurig, P.A. hereby enter their appearance on behalf of Defendant G.L. Homes Limited Corporation (incorrectly named as GL Homes Limited Corporation).  All pleadings and other papers in this case should be served upon undersigned counsel.[1]

Dated: March 12, 2012                              Respectfully submitted,

                                                              **GREENBERG TRAURIG, P.A.**
                                                              *Attorneys for G.L. Homes Limited Corporation*
                                                              333 Avenue of the Americas (S.E. 2nd Ave.)
                                                              Miami, Florida 33131
                                                              Telephone: (305) 579-0500
                                                              Facsimile:  (305) 579-0717
                                                              E-mail: bassh@gtlaw.com
                                                              E-mail: salkym@gtlaw.com

                                                              By:     s/ Mark A. Salky
                                                                        HILARIE BASS
                                                                Florida Bar No. 334323
                                                                     MARK A. SALKY
                                                               Florida Bar No.  058221

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of March, 2012.

                                                               s/ Mark A. Salky
                                                               MARK A. SALKY