UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO.: 2047
DRYWALL PRODUCTS LIABILITY           SECTION: L
LITIGATION                           JUDGE FALLON
                                     MAGISTRATE WILKINSON

THIS DOCUMENT RELATES TO:            CASE NO.: 11-3023

JESSICA CASSIDY, individually, and on
behalf of all others similarly situated, et al. v. GEBRUEDER
KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL.

_____/

### NOTICE OF APPEARANCE ON BEHALF OF
### DEFENDANT, MILTON CONSTRUCTION COMPANY

COMES NOW, the undersigned law firm of Fulmer, LeRoy, Albee, Baumann, P.L.C. which hereby files its Notice of Appearance as counsel on behalf of Defendant, MILTON CONSTRUCTION COMPANY. It is respectfully requested that all pleadings, documents and correspondence be served upon the undersigned counsel in connection with these actions

Respectfully submitted,

FULMER LeROY ALBEE BAUMANN, P.L.C.
Attorneys for Defendant,
MILTON CONSTRUCTION COMPANY
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
(954) 707-4430 phone
(954) 707-4431 fax


BY: /s/ *Gary F. Baumann*
      GARY F. BAUMANN
      Fla. Bar. No.: 089052

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by e-mail and e-mail upon all parties by electronically uploading same to Lexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY: /s/ *Gary F. Baumann*
GARY F. BAUMANN