THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
Gross v. Knauf Gips KG, No. 09-6690
Wiltz v. Beijing New Building Materials Public Limited Co., No. 10-361
Abel v. Taishan Gypsum Co., Ltd, No. 11-080

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RESPONSE TO ENTRY OF PRELIMINARY DEFAULT**

NOW INTO COURT, through undersigned counsel, comes defendant, Ace Home Center, Inc., and in response to the February 24, 2012 Entry of Preliminary Default in *Abel, et al. v. Taishan Gypsum Co., Ltd, f/k/a Shandon Taihe Dongxin Co., Ltd, et al.*, Case No. 2:11-cv-080, represents the following: 1) Ace Home Center, Inc. is the properly named defendant in this matter; 2) Notice of Appearance was filed on behalf of Ace Home Center, Inc. by attorneys Carroll Sullivan and James Robertson, Jr. on April 19, 2011; 3) corporate disclosure statement and defendant profile forms were filed on behalf of Ace Home Center by attorneys Sullivan and Robertson; 4) Ace Home Center has actively participated in Court Appointed Mediation with mediator Dan Balhoff; 5) Robertsdale Ace Home Center has never been an existing legal entity; and 6) while Ace Home Center Inc., is located in Robertsdale, Alabama, Ace Home Center, Inc. has never been incorporated or done business as Robertsdale Ace Home Center.

Respectfully submitted,

s/Darrin L. Forte
LYON H. GARRISON, Bar No. 19591
DARRIN L. FORTE, Bar No. 26885
GARRISON, YOUNT, FORTE, MULCAHY
& LEHNER, L.L.C.
909 Poydras St., Suite 1800
New Orleans, LA 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Email: dforte@garrisonyount.com
Attorneys for Ace Home Center, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

s/Darrin L. Forte
DARRIN L. FORTE, Bar No. 26885

2