# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | |
| *Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.) | |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.) | |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.) | |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.) | |
| *Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | |

**JOINT MEMORANDUM IN SUPPORT OF
JOINT MOTION FOR LEAVE OF COURT TO SUBSTITUTE
EXHIBIT A [REC. DOC. 12061-5] ATTACHED TO JOINT MOTION OF PROPOSED
SETTLEMENT CLASS COUNSEL, THE PSC, AND THE KNAUF
DEFENDANTS FOR AN ORDER: (1) PRELIMINARILY APPROVING THE
KNAUF SETTLEMENT; (2) CONDITIONALLY CERTIFYING A
SETTLEMENT CLASS; (3) ISSUING CLASS NOTICE; (4)
SCHEDULING A FAIRNESS HEARING; AND (5) STAYING
CLAIMS AS TO THE KNAUF DEFENDANTS [REC. DOC. 12061-3] FILED WITH
JOINT MOTION FOR LEAVE OF COURT TO EXCEED PAGE LIMIT AND TO FILE
EXHIBITS UNDER SEAL [REC. DOC. 12061]**

**MAY IT PLEASE THE COURT:**

The memorandum is being submitted on behalf of Proposed Settlement Class Counsel, the Plaintiffs' Steering Committee (the "PSC"), and Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda. and PT Knauf Gypsum Indonesia (collectively, the "Knauf Defendants") Joint Motion for Leave of Court to Substitute Exhibit A [ Rec. Doc. 12061-5] attached to Joint Motion of Proposed Settlement Class Counsel, the PSC and the Knauf Defendants for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims As to the Knauf Defendants [Rec. Doc. 12061-3] Filed With Joint Motion for Leave of Court to Exceed Page Limit and to File Exhibits Under Seal [Rec. Doc. 12061].

On December 20, 2011, joint movants filed a Joint Motion for Leave of Court to Exceed Page Limit and to File Exhibits Under Seal [Rec. Doc. 12061].  Included in that filing was a Joint Motion of Proposed Settlement Class Counsel, the PSC and the Knauf Defendants for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims As to the Knauf Defendants [Rec. Doc. 12061-3].  Attached as Exhibit A to the Joint Motion of Proposed Settlement Class Counsel, the PSC and the Knauf Defendants for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims As to the Knauf Defendants [Rec. Doc.

2

12061-3] was an unsigned copy of the Settlement Agreement [Rec. Doc. 12061-5]. Since the filing, the appropriate signatures have been acquired. Joint movants desire and request that the attached Exhibit A (Settlement Agreement), which contains the appropriate signatures, be substituted in place of the previously filed Exhibit A [Rec. Doc. 12061-5]. Additionally, numerous Powers of Attorneys for the individuals signing on behalf of the Knauf Defendants were provided and should be included as part of the substituted Exhibit A (Settlement Agreement with signatures). There were numerous exhibits that were attached to Exhibit A [Rec. Doc. 12061-5] when filed on December 20, 2011. These exhibits have not changed and will not be refiled with the substituted Exhibit A (Settlement Agreement with signatures). Joint movants feel that is necessary to have a signed Settlement Agreement filed into the record and request leave of court to substitute the exhibit as is more fully described above.

Respectfully submitted,

Dated: March 13, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

>Arnold Levin
>Fred S. Longer
>Sandra L. Duggan
>Matthew C. Gaughan
>LEVIN, FISHBEIN, SEDRAN & BERMAN
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>Phone: (215) 592-1500
>Fax: (215) 592-4663
>Alevin@lfsblaw.com
>*Plaintiffs' Lead Counsel in MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
COLSON, HICKS, EIDSON, COLSON
  MATTHEWS, MARTINEZ, GONZALES,
  KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL
  ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
SEEGER WEISS, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## PROPOSED CLASS COUNSEL

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

Russ M. Herman, Esquire (Bar No. 6819)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Rherman@hhkc.com

## PROPOSED SUBCLASS COUNSEL

Ervin A. Gonzalez
COLSON, HICKS, EIDSON, COLSON
 MATTHEWS, MARTINEZ, GONZALES,
 KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com
*Proposed Subclass Counsel for the Residential Owner Subclass*

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Proposed Subclass Counsel for the Commercial Owner Subclass*

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com
*Proposed Subclass Counsel for the Tenant Subclass*

**THE KNAUF DEFENDANTS**

| | |
|---|---|
| Kerry J. Miller (Bar No. 24562) | Steven Glickstein |
| Kyle A. Spaulding (Bar No. 29000) | Gregory J. Wallance |
| Paul C. Thibodeaux (Bar No. 29446) | Jay P. Mayesh |
| FRILOT L.L.C. | KAYE SCHOLER LLP |
| 1100 Poydras Street, Suite 3700 | 425 Park Avenue |
| New Orleans, LA 70163 | New York, NY 10022 |
| Phone: (504) 599-8194 | Phone: (212) 836-8485 |
| Fax: (504) 599-8145 | Fax: (212) 836-6485 |
| kmiller@frilot.com | sglickstein@kayescholer.com |

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Joint Memorandum in Support of Joint Motion for Leave of Court to Substitute Exhibit has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of March, 2012.

            /s/  Leonard A. Davis
            Leonard A. Davis, Esquire
            Herman, Herman, Katz & Cotlar, LLP
            820 O'Keefe Avenue
            New Orleans, Louisiana 70113
            Phone: (504) 581-4892
            Fax: (504) 561-6024
            LDavis@hhkc.com
            Plaintiffs' Liaison Counsel
            MDL 2047