# Power of Attorney

THIS POWER OF ATTORNEY is made the 21st day of December 2011 by Knauf AMF GmbH & Co. KG of Elsenthal 15 in 94481 Grafenau, Germany, a company incorporated at the Commercial Register of the Landgericht Passau under number HRA 7069 (the Company), represented by Mr. Karl Wenig is his function as Geschäftsführer;

NOW THEREFORE the Company hereby grants to

Mr. Manfred Grundke
Mr. Edgar Binnemann
Mr. Hans Peter Ingenillem
Mr. Jörg Schanow
Mr. Dr. Alexander Schütz
Mr. Heinrich Eumann

in form of joint representation of at least two persons, the power of attorney to act as the true and lawful attorneys (the Attorneys) of the Company with full power in its name and on its behalf to take all such steps and execute, sign and do all such documents, matters, acts and things as the Attorneys may think necessary or appropriate for the purpose of entering into and executing on behalf of Knauf AMF GmbH & Co. KG the Settlement Agreement

*In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047

by and between the Plaintiff's Steering Committee and Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda. and PT Knauf Gypsum Indonesia

and all Annexes and Exhibits related to the above mentioned Settlement Agreement, including but not limited to the

- Exhibit A - Already Remediated Properties Protocol
- Exhibit A1 - Owner Disclosure Affidavit
- Exhibit B - Environmental Certificate
- Exhibit C - Inspection Protocol
- Exhibit C1 - Drywall Indicia Guide
- Exhibit C2 - List of Approved Inspectors

- Exhibit D - Homebuilders Identified on Exhibit B
- Exhibit E - Related Actions
- Exhibit F - Remediation Protocol
- Exhibit F1 - Sample Agreement between Contractor and KPT Property Owner
- Exhibit F1-1
- Exhibit F1-2 - Schedule of Work
- Exhibit F1-3
- Exhibit F1-4 - Requirements for Move Out-Move In
- Exhibit F1-5
- Exhibit F1-6 - Contractor Certification
- Exhibit F1-7 - Property Owner Release of Contractor
- Exhibit F1-8 - Square Footage Methodology
- Exhibit G - Form of Security Agreement to be mutually agreed upon pursuant to Section 1.65
- Exhibit H - Contributing Parties Insurers Amounts
- Exhibit I - Declaration Regarding Return or Destruction of Documents

**IN WITNESS** whereof this Power of Attorney has been executed by the Company the day and year first above written.

**SIGNED** by Karl Wenig
duly authorised for and on
behalf of Knauf AMF GmbH & Co. KG