UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 JUDGE ELDON E. FALLON |
| This Document Relates to: Sean and Beth Payton, et al Plaintiffs, | * * * * | SECTION "L" MAGISTRATE JUDGE WILKINSON |
| versus | * * * | |
| Knauf Gips KG, et al Defendants | * * * | |
| Civil Action No. 09-7628 | * | |

*********************************************

## NOTICE OF APPEARANCE AS COUNSEL

COMES NOW, George W. Healy, IV, of George W. Healy, IV & Associates, and files his Notice of Appearance as counsel of record for Gene Breland's Drywall Service ("Drywall Service") and reserves all rights to object to jurisdiction, venue or service and preserves all defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address:

This the 14th day of March, 2012.

                                      BY:   GEORGE W. HEALY, IV & ASSOCIATES

                                                  s/ George W. Healy, IV
                                                  George W. Healy, IV
                                                  (MS Bar No. 2154) (LA Bar No. 14991)

George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
(t) 228-575-4005
(f) 228-575-4006
gwhealyiv@aol.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of March, 2012.

/s. George W. Healy, IV  
George W. Healy, IV  
(MS Bar No. 2154)  
(LA Bar No. 14991)

George W. Healy, IV & Associates  
1323 28th Avenue, Suite A  
Gulfport, MS 39501  
(t) 228-575-4005  
(f) 228-575-4006  
gwhealyiv@aol.com