UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL         :   MDL NO. 2047
       PRODUCT LIABILITY LITIGATION                :
                                                     :   SECTION: L
Document Relates to:                          :
Sean and Beth Payton, et al. v. Knauf Gips KG,:   JUDGE FALLON
Case No:. 09-7628 (E.D.La.);                  :
                                                     :   MAG.JUDGE WILKINSON

………………………………………………………………….

# NOTICE OF ERRATA

**NOTICE IS HEREBY GIVEN** that the plaintiffs listed under the Counsel of the Becnel Law Firm, L.L.C. and Herman, Herman, Katz and Cotlar LLP, in the Sean and Beth Payton, et al., v. Knauf Gips, KG case (09-7628) are represented solely by the Becnel Law Firm, L.L.C.

This includes the following clients:

| | | |
|---|---|---|
| Alldredge, Emily & Rufus | Despino, Jason & Brandy | Toras, Nikolaos |
| Amerson, Amy Louise | Duhon, Christopher & Kimberly | Torrance, Matthew & Mary |
| Barone, John & Heather | Fazande, Dwayne & Latanja | Woods, Rechanda |
| Chiappetta, Kevin & Karen | Gilberti, Jeffrey & Chrissie | Woodside, John & Jennifer |
| Godwin, Pamela & Jack | Gillane, William & Maureen | Heck, Joshua & Kelly |
| Guidry, Christopher & Jerene | Rodosta, Toni | Quidivia, Joseph Todd |
| Hebert, Lonnie & Vickie | Dewberry, Patricia | Ledet Tricia & Darryl |
| Hulsey, Charles & Sarah | Bolden, Thomas/Smith, Monica | Nunez, Ernest & Marie |
| Kerr, Anna | Bourgeois, Ross/McCants, Michael | Stockwell, Shelley |
| Panneton, Ruth & Ovila | Lea, Chris & Julie | Childress, Patricia |
| Payton, Sean & Beth | Mercante, Joseph & Barbara | Doran, Candy |
| Staton, Lori Ann | Pavageau, Craig & Olivia | Lewis, Christopher & Natalie |
| Alfonso, Cindy | Rigney, George & Raffy | Ganucheau, Renee |
| Ancira, Chris & Lilah | St. Germain, Keith & Cheryl | Beasley, Austin & Betty |
| Boquet, Edwin | Stabile, Anthony & Judith | Ceruti, Ronald & Sharon |
| Tiemann, Richard & Jean | Waguespack, Jacques & Nicole | Chatman, Funell & Gail |

1

Respectfully submitted:

/s/ Leonard A. Davis
Russ M. Herman (La. Bar No. 6819)
Leonard A. Davis (La. Bar No. 14190)
Stephen J. Herman (La. Bar No. 23129)
**HERMAN HERMAN KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, La.   70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Errata has been served on Defendants' Liaison Counsel, Kerry Miller, and Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve, on this the 14th day of March, 2012.

/s/ Leonard A. Davis

2