UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Pursuant to this Court's Order dated March 9, 2012 (Rec. Doc. 12900), each party listed on the Mediator's attached Response, including both counsel for the party and a representative of the party with full authority to discuss this litigation and the claims against that party, along with counsel for, and a representative of each, of its insurers, with full authority, is required to appear in open court on March 22, 2012 to discuss this matter. Each party should be prepared at that time to discuss its position on global settlement negotiations, as well as further proceedings in MDL 2047 to the extent a party has not accepted the Mediator's contingent settlement offer.

The Court will meet with these parties, counsel and their insurers as follows:

<u>10:00 a.m.</u>, or immediately following the monthly status conference, whichever is later – All Builders and Suppliers appearing on the attached Response from the Mediator, and their insurers, are to appear.

<u>2:00 p.m.</u> – All Installers appearing on the attached Response from the Mediator, and their insurers, are to appear.

Additional meetings commencing on March 22, 2012, and continuing thereafter may be scheduled with the Court, as circumstances warrant.

The Mediator is authorized to release parties, their counsel and respective insurers

from attending the March 22, 2012 hearing to the extent such parties communicate to the Mediator their acceptance of the contingent settlement offer prior to the hearing.

New Orleans, Louisiana this 14th day of March 2012.

_____

U.S. District Judge