UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No.2047<br>Section L |
| This Document Relates to<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

# Court-appointed Mediator's Response to Court's Order Dated March 8, 2012 (Doc. No. 12900)

The undersigned, pursuant to this Court's Order, dated March 9, 2012 (Rec. Doc. 12900), provides the following status report regarding global settlement negotiations:

1.  The undersigned (together with his staff) has received more than 600 affidavits from builders, installers, suppliers, and in some instances, their insurers, in response to this Court's Order, dated January 12, 2012 (Rec. Doc. 12239). Beginning on February 10, 2012, this office communicated contingent settlement offers to those parties, and have engaged in extensive discussions with many of the parties with respect to those offers.

2.  The deadline for the parties to respond to the contingent offers initially was set as February 29, 2012, and subsequently extended to March 9, 2012. Approximately 550 parties have communicated their response to the undersigned.

3.  Based upon review of the parties' responses, the majority of the builders, installers and suppliers have accepted the contingent offers.

4.  Attached to this status report is a listing of builders, installers, suppliers and/or insurers, which have thus far rejected the contingent offers. The majority of the rejections appear to be based on the positions of select insurers.

5.  A listing of those parties that have not responded to the contingent offers is also attached to this status report.

6.  The undersigned and his staff continue to communicate with builders, installers, suppliers and their insurers with respect to their potential inclusion in the proposed global settlement.

Baton Rouge, Louisiana, this 14th day of March, 2012.

                                             s/John W. Perry, Jr.
                                             JOHN W. PERRY, JR., COURT-APPOINTED
                                             MEDIATOR

## Parties that have rejected the Mediator's offer:

Aburton Homes, Inc.

Adams Homes of Northwest Florida, Inc.

Advantage Builders of America, Inc.

Alana Development Corp.

Albanese-Popkin The Oaks Development Group, L.P.

All County Drywall Service, Inc.

Allied Construction, Inc.

American Dream Builders, Inc.

American Gallery Development, LLC

American Housing Corporation

Andrews Hardware Company, Inc.

Angel Developments, LLC

ATCO Interior Corp.

Avalon Building Corporation of Tampa Bay

B & B Drywall (d/b/a for Paul Bates)

B & B Stucco, Inc.

Banner Homes of Florida, Inc.

Barloy Contractors, Inc.

Baywood Construction, Inc.

Beta Credit Management, LLC

Beta Drywall, LLC

BGS & Associates, Inc.

Bill Gregory Drywall

Boardwalk Drywall, Inc.

Burmon Properties, LLC

C.A. Steelman, Inc.

CastleRock Communities LP

Continental Drywall Contractors, Inc.

Cornerstone Construction SW Florida, Inc.

Coscan Home Builders, LLC

D & B Framing , Inc.

Danal Homes Development, Inc.

DeLaCruz Drywall Plastering & Stucco, Inc.

Distinctive Drywall Designs, Inc.

duPont Builders, Inc.

Dupree Construction Company, Inc.

Eastmond Enterprises, Inc.

EB Developers, Inc.

F Development, LLC

F. Vicino entities

First Choice Homes of SW Florida, Inc.

First Home Builders of Florida I, LLC

Foster Coatings & Contracting

G Drywalls Corp.

Genesis Residential Group, Inc.

Global Home Builders, Inc.

Gold Coast Homes of SW Florida, Inc.

Gomez's Interior Corp.

Graf's Drywall, L.L.C.

Gregan Construction Corp.

Groff Construction, Inc.

Hanover Homes, Inc.

Hansen Homes of South Florida, Inc.

Harrell's Drywall, Inc.

HPH Properties, LLC and Beacon Developments, LLC

Ironwood Properties Inc. and/or Antilles Vero Beach LLC

James Drywall, LLC

JMG Drywall, Inc.

JVP Drywall & Finish, Inc.

Klepk Bros. Drywall, Inc.

LaPorte Builders, Inc.

Legend Custom Builders & Best Homes of SW FL, Inc.

Lennicx Bldrs. Inc.

Lifescape Builders, LLC

Likness Construction of SW FL.

LPR Builders, Inc.

LTL Construction, Inc.

Lucky Strike M.K., Inc.

Lynch Builders, LLC

M.K. Developers, Inc.

Magnum Development, LLC

Manclar Builders, Inc.

Mandalay Homes, Inc.

Master Builders of South Florida, Inc.

Matsa Construction Company, Inc.

Mavied Corp.

MC Contractors, Inc.

McCar Homes, Inc.

Mercado Enterprises, Inc.

MGB Construction, Inc.

Millennium Homes and Development, Inc.

Milton Construction Co.

MJF Construction Corp.

Monopoly Builders

Moore Unique Interiors, Inc.

Morgan Homes, Inc.

MSC of NWF, Inc.

MW Johnson Construction of Florida, Inc.

Nautical Homes, LLC

Northeast Drywall Co.

Northstar Holdings, Inc.

Nu Way Drywall, LLC

O.C.D. of S. Florida, Inc.

O'Key Homes, Inc.

Orchid Grove, LLC

P.D.C. Drywall Contractors, Inc.

Parr-Self, Inc.

Pat's Construction, LLC

Portofino Homes, Inc.

Precision Drywall, Inc.

Premier Communities, Inc.

Prestige Properties

Pride Homes of Lakes by the Bay Parcel H, LLC

Princeton Homes, Inc.

Regency Homes, Inc.

Reve Development Corporation

Richard Jones Construction Company, Inc.

Rinker Materials of Florida, Inc. aka CEMEX Construction

Rivercrest, LLC

RiverStreet Homes, Inc.

RJL Drywall, Inc.

RJM Builders North, Inc.

Russ Mills dba Mills Construction

S. Petersen Homes Inc.

Sampson Construction Company, LLC

Schmidt Brothers Homes, Inc.

Shoma Homes Splendido, Inc.

Smith Family Homes, Inc.

Spring Park Builders, LLC

Star Homes of Florida LLC

Sterling Communities at Talavera, LLC

Sterling Communities, Inc.

Stuart South Group, LC

Sumaj Builders Corp.

Sunrise Construction & Development Corporation, Sunrise Homes, Inc., Sunrise Construction Company, Suncoast Construction Company

Suntree Homes, Inc.

The Jade Organization, Inc.

The Porter-Blaine Corporation

Titan Drywall, Inc.

Treasure Coast Communities, LLC

Trust America Homes, Inc.

Turn Key Home Builders, Inc.

United Drywall & Stucco, Inc.

United Framers, Inc.

United-Bilt Homes, L.L.C.

Venture Supply, Inc.

Villa Development, Inc. d/b/a Villa Homes of SW Florida

Welsh Construction, Inc. and Welsh Companies of Brevard, Inc.

Wyman Stokes Builder, Inc.

## Parties that have not responded the Mediator's offer:

3180 Lamb Court Acquisition

Acadian Builders & Contractors, L.L.C.

Affordable Homes & Land, L.L.C.

Al Brothers, Inc.

All Florida Drywall Supplies, Inc.

American Building Materials, Inc.

Antilles Vero Beach, LLC

B & E Construction of Miami Corp.

Barnett Drywall

Big River Construction & Remodeling Co., Inc.

Blanchard Homes Inc.

Boohaker & Associates, LLC

Caribe Central LLC

Caribe East LLC

CDC Builders, Inc.

Christopher Duet

Common Ground Relief, Inc.

CRF Management Co., Inc.

Design Drywall of Southwest Florida

E. Jacob Construction, Inc.

E.L. Cretin, LLC

Farthing Motorsports Enterprises, Inc. d/b/a Star Drywall, Inc.

Groza Builders, Inc.

Herbert & Sarah Seals d/b/a HC Seals Drywall

Hilliard Butler Construction, Inc.

Hinkle Drywall, Inc.

Hulsey Nezlo Construction, LLC

In-Line Contractors, L.L.C.

Jim Morris & Sons, Inc.

Marigold Court, L.L.C.

Mayeaux Construction, Inc.

McMath Construction, Inc.

Meridian Homes USA, Inc.

Paul Homes, Inc.

Penn Construction Company, L.L.C.

PHL Construction d/b/a Summit Homes, LLC

Residential Drywall, Inc.

RH Hernandez Drywall

Rockwell Builders, L.L.C.

SAM Drywall, Inc.

Southbay Development Corporation, Inc.

Southwell Homes, LLC

Sun Construction, L.L.C. d/b/a Sunrise Homes

Triumph Construction

Tudela's Classic Homes, LLC

Yarco, Inc.