UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL DOCKET: 2047
SECTION: L

THIS DOCUMENT RELATES TO ALL CASES
_____/

JUDGE FALLON
MAG. JUDGE WILKINSON

## ORDER

Considering Banner and Chartis' Motion Join the PSC's Motion to Compel and for Costs/Sanctions and their Memorandum in support thereof,

IT IS HEREBY ORDERED that Banner and Chartis' Motion to Join the above-referenced Motion by PSC (Rec. Doc. No. 12641) is GRANTED.

New Orleans, Louisiana, this 14th day of March, 2012.

_____
Eldon E. Fallon
United States District Court Judge

1