UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JESSICA CASSIDY, individually, and      CASE NO.: 11-3023
on behalf of all other similarly situated,     Section: L Mag 2

      Plaintiff,     MDL No.: 20947

vs.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT, KG; *et al*,

      Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT JACOBUS BUILDERS OF FLORIDA, INC.'S

COMES NOW, the undersigned counsel, Scott A. Levine, Esq., hereby files this Notice of Appearance of counsel on behalf of Defendant JACOBUS BUILDERS OF FLORIDA, INC., a Florida Corporation, ("Jacobus"), and herewith requests that, from this date, copies of any and all pleadings filed in this matter be furnished to said attorney.

      Respectfully submitted,

      Scott A. Levine, Esq.
      Attorney for Jacobus Builders of Florida, Inc.
      SCOTT A. LEVINE, P.A.
      4050 West Broward Blvd.
      Plantation, Florida 33312
      Phone:   (954) 587-2244
      Facsimile  (954) 587-2226
      Email:   Slevine@scottlevinepa.co

      By: /s/ *Scott A. Levine, Esq.*
          Scott A. Levine, Esq.
          Florida Bar # 0089788

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance of Counsel for Jacobus Builders of Florida, Inc., has been filed electronically via the Court's CM/ECF System, which will send notice of electronic filing to all interested parties, and that copy of this Motion was also sent via email (agrant@allisongrantpa.com) to Allison Grant, Esq., counsel for claimant, Schatzberg Group, LLC. on this 15th Day of March, 2012.

By: /s/ Scott A. Levine, Esq.
Scott A. Levine, Esq.
Florida Bar # 0089788