UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA


JESSICA CASSIDY, individually, and
on behalf of all other similarly situated,

      Plaintiff,

vs.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT, KG; *et al*,

      Defendants.

_____/

CASE NO.: 11-3023
Section: L Mag 2

MDL No.:  20947

## DEFENDANT JACOBUS BUILDERS OF FLORIDA, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT

Defendant JACOBUS BUILDERS OF FLORIDA, INC., a Florida Corporation, ("Jacobus"), through the undersigned counsel, pursuant to Rule 6, F.R.P., files this its Motion for Extension of Time to Respond to the Amended Complaint, served on February 27, 2012, and in support, states:

### INTRODUCTION

On February 27, 2012, Jacobus was served with the Amended Class Action Complaint ("Amended Complaint") [DE 12190] in this action. A response to the Amended Complaint is due on or before Monday, March 19, 2012.  Jocabus seeks an extension of time to respond to the Amended Complaint.

Jocabus is a general contractor, organized under Florida law, and it installed drywall at a small commercial structure, located in Coral Springs, Florida, which is now owned by individual Plaintiff, Schatzberg Group, LLC.  (hereinafter the "Schatzberg Property").  The drywall, installed by Jocabus, at the Schatzberg Property, falls within the ambit of the Settlement Agreement

1

Regarding Claims Against The Knauf Defendants In MDL No. 2047 (hereinafter "Settlement Agreement) [DE 12061-5]. Further, the Schatzberg Property is eligible for the remediation pilot program, pursuant to the Settlement Agreement, and in that regard, the property is currently in the remediation process.

It is anticipated that upon completion of the remediation process, the claim against Jacobus will be resolved and dismissed. Accordingly, Jacobus is requesting a ninety (90) day extension of time to respond to the Amended Complaint. This ninety day period should provide sufficient time to resolve the claim against Jacobus. Counsel for individual Claimant, Schatzberg Group, LLC, advises that she has no objection to the granting of an extension of time.

## INCORPORATED MEMORANDUM OF LAW

Rule 6(b) empowers the district court to extend the time for responding to a complaint upon a showing of good cause. A response to the Amended Complaint is due, on or before Monday, March 19, 2012. The requested extension, albeit a lengthy one, is warranted under the circumstances for several reasons.

First, it is reasonably anticipated that the claim against Jacobus will be resolved as a result of the pending Knauf Settlement. Second, the Schatzberg property is currently involved in the remediation process, and upon completion of the remediation process, and as part of the Knauf Settlement, the claim against Jacobus will likely be dismissed. Third, the requested extension will not prejudice the rights of either the class plaintiff or of any of the individual plaintiffs.

Conversely, if the Court denies the extension of time, Jacobus will be forced to incur significant attorney's fees in responding to the Amended Complaint. Given the current posture of this case, and given the likelihood that the claim against Jacobus will ultimately be extinguished by the Knauf Settlement, judicial economy would not be served by ordering Jacobus to respond to the Amended Complaint at this time. A proposed order is attached to this Motion.

WHEREFORE, Defendant Jacobus Builders of South Florida, Inc., respectfully requests that this Honorable Court enter an Order granting the requested extension of time to respond to the Amended Complaint, and giving Jacobus until Monday, June 18, 2012 in which to file and serve a response to the Amended Complaint.

2

Respectfully submitted,

Scott A. Levine, Esq.
Attorney for Jacobus Builders of Florida, Inc.
SCOTT A. LEVINE, P.A.
4050 West Broward Blvd.
Plantation, Florida 33312
Phone:     (954) 587-2244
Facsimile  (954) 587-2226
Email:     Slevine@scottlevinepa.co

By:_____/s/ Scott A. Levine, Esq._____
            Scott A. Levine, Esq.
            Florida Bar # 0089788

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extension of Time to Respond to the Complaint has been filed electronically via the Court's CM/ECF System, which will send notice of electronic filing to all interested parties, and that copy of this Motion was also sent via email (agrant@allisongrantpa.com) to Allison Grant, Esq., counsel for claimant, Schatzberg Group, LLC. on this 15th Day of March, 2012.

By:_____/s/ Scott A. Levine, Esq._____
            Scott A. Levine, Esq.
            Florida Bar # 0089788

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**


JESSICA CASSIDY, individually, and
on behalf of all other similarly situated,

      Plaintiff,

vs.

GEBRUEDER KNAUF
VERWALTUNGSGESELLSCHAFT, KG; *et al*,

      Defendants.

_____/

CASE NO.: 11-3023
Section: L Mag 2

MDL No.:  20947

**ORDER ON DEFENDANT JACOBUS BUILDERS OF FLORIDA, INC.'S MOTION FOR
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

THIS CAUSE came before the Court upon Defendant JACOBUS BUILDERS OF

FLORIDA, INC.'S Motion for Extension of Time to Respond to the Amended Complaint (hereinafter the

"Motion"), served on it, on February 27, 2012, and the Court having reviewed the court file, having

reviewed the Motion herein, and otherwise being duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that said Motion be and the same is hereby GRANTED.

Defendant Jacobus Builders of Florida, Inc. shall file and serve its response to the Amended Complaint,

on or before, Monday, June 18, 2012.

NEW ORLEANS, LOUISIANA this __day of _____, 2012.


_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE