David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  107331-0302

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Blanchard Homes, Inc.
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lake** )

**Name of Server:** **Lawrence F. Lyons**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **5th** day of **April**, 20 **11**, at **6:15** o'clock **P** M

**Place of Service:** at **796 Aberdeen Run**, in **The Villages, FL 32162**

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Blanchard Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **David Blanchard, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Grey** ; Facial Hair **No**
Approx. Age **65** ; Approx. Height **6'3"** ; Approx. Weight **270**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Lawrence F. Lyons*
Signature of Server

Subscribed and sworn to before me this **5th** day of **April**, 20**11**

*Linda M. Topping*
Notary Public    (Commission Expires)

APS International, Ltd.

LINDA M. TOPPING
MY COMMISSION # DD 991184
EXPIRES: June 22, 2014
Bonded Thru Budget Notary Services