APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*   __Fuxin Taishan Gypsum and Building Material Co., Ltd.__
__            Pingxi Industrial Park, North Haizhou District, Fuxin, Liaoning 123000, China__
                    Tel:
[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at                                                      , the
*Fait à* __Minneapolis, Minnesota, U.S.A.__      *le*  1/26/11

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                                (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG   [ Supplement ]
Defendant: Fuxin Taishan Gypsum and Building Material Co., Ltd.
Court Case No.: 09-6690

SX-11-21

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)*   06/04/2011
   - at (place, street, number)
   - *à (localité, rue numéro)*   Fuxin Taishan Gypsum and Building Material Co., Ltd.

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a)  *selon les formes légales (article 5, alinéa premier, lettre a).* The addressee refused to accept the documents,
       [ ] (b) in accordance with the following particular method*:
           b)  *selon la forme particulière suivante:* ___ the court officers left the documents at the compa[ny]
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___

2) that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants:*
   ___
   ___
   ___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
___
___

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
___
___

Done at / *Fait à*   Beijing   , the / *le*   May 27, 2011
Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

[Chinese seal: 中华人民共和国 司法部 民商事司法协助专用章]

## Statement

According to the requirement of Liaoning Province Superior People's Court's document Liaoning/Superior Court/International Service No. (2011) 51, the servers of this Court went to FUXIN TAISHAN GYPSUM BUILDING MATERIAL CO., LTD. to serve the legal documents. However, the Factory Director of this Company, Zheng Feng, refused to accept the same, by writing on the Proof of Service form "Refuse to accept. Zheng Feng (Factory Director). April 6, 2011." So the servers left the documents at the company. Severs' names are: Ji, Chun Hai; Liu, Zhong Yang; Gong, Song Ru and Chen, Wen Jun.

[Seal] Liaoning Province Fuxin City

Intermediate People's Court

April 6, 2011

# 情 况 说 明

根据辽宁省高级人民法院辽高法外他字(2011)第 51 号函的要求，我院送达人员于 2011 年 4 月 6 日下午 3 时左右到阜新泰山石膏建材有限公司向其送达法律文书，该公司郑峰(厂长)不同意签收，在送达回证上写上"拒收，郑峰（厂长），2011 年 4 月 6 日"。送达人员将送达的法律文书留在了该公司。送达人员是：冀春梅、刘钟阳、公松如、陈文军。



U.S.

## LIAONING PROVINCE

## FUXIN CITY INTERMEIDATE PEOPLE'S COURT

## PROOF OF SERVICE

*Judicial Association No. SX-11-219*
*Law Association No. FX-11-371*

[Seal: Liaoning Province Fuxin City Intermediate People's Court]

| | |
|---|---|
| Case Number | |
| Cause of Action | |
| Servee/Recipient | FUXIN TAISHAN GYPSUM BUILDING MATERIAL CO., LTD. |
| Address for Service | |
| Document Served and Number | Legal documents |
| Signature or seal by Recipient | |
| Substitute Recipient | Refuse to accept.                    Zheng, Feng (Factory Director) |
| Date of Receipt | April 6, 2011 |
| Server(s) | Ji, Chun Hai; Liu, Zhong Yang; Gong, Song Ru and Chen, Wen Jun |
| Notes | |

# 辽宁省阜新市中级人民法院

## 送 达 回 证

Gx-11-2|9
Fx-11-3|1

| | |
|---|---|
| 案　号 | |
| 案　由 | |
| 受送达人 | 阜新泰山石膏建材有限公司 |
| 送达地点 | |
| 送达文书名称及件数 | 法律文书 |
| 受送达人签收 | |
| 代收人签收 | 拒收    郑峰（厂长） |
| 收到日期 | 2011 年 4 月 6 日 |
| 送达人 | 鸾素梅·刘钟阳·么松如·陈文吉 |
| 备　注 | |