# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED              MDL NO.:  2047

DRYWALL PRODUCTS LIABILITY
LITIGATION                                SECTION: L

                                          JUDGE FALLON

This Document Relates to Cassidy v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et al; Case No.  2:11-CV-3023    MAG. JUDGE WILKINSON

_____/

## NOTICE OF APPEARANCE

The law firm of Bilzin Sumberg Baena Price & Axelrod LLP, by and through the undersigned counsel, hereby enters its appearance on behalf of Defendant, K. Hovnanian First Homes, LLC, in this matter, and requests that counsel and the Court henceforth serve all pleadings and papers on the undersigned.

Dated: March 15, 2012

                        Respectfully submitted,

                        BILZIN SUMBERG BAENA PRICE
                        & AXELROD LLP
                        1450 Brickell Avenue
                        Suite 2300
                        Miami, Florida 33131-3456

                        Tel.: (305)374-7580   Fax: (305)374-7593

                        BY:    /s/ *Melissa Pallett-Vasquez*
                               ROBERT W. TURKEN, ESQ.
                               Florida Bar No. 306355
                               rturken@bilzin.com
                               ADAM F. HAIMO, ESQ.
                               Florida Bar No. 502731
                               ahaimo@bilzin.com
                               MELISSA PALLETT-VASQUEZ, ESQ.
                               Florida Bar No.  715816
                               mpallett@bilzin.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15 day of March 2012.

                                                  By:   *Melissa Pallett-Vasquez*
                                                              Melissa Pallett-Vasquez