## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-MD-02047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| Sean Payton, et al. v. Knauf, et al CASE NO:  2:09-CV-07628 | * * | JUDGE FALLON |
| Cassidy, et al. v. Knauf, et al CASE NO:  11-3023 | * | MAGISTRATE WILKINSON |
| Robert Block, et al. v. Knauf, et al CASE NO.  11-1363 | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *   *

## NOTICE OF APPEARANCE

Charles M. Lanier, Jr., James A. Holmes and Oscar M. Gwin, IV, of Christovich & Kearney, LLP hereby file this Notice of Appearance as additional counsel of record for Home Town Lumber & Supply, Inc., in the above-captioned action and request copies of all pleadings served in this case be served upon the undersigned counsel at the following office and telephone number.

Respectfully Submitted:

*/s/Charles M. Lanier, Jr.*

**CHARLES M. LANIER, JR. - #18299, T.A.**
**JAMES A. HOLMES - #20571**
**OSCAR M. GWIN, IV -#29233**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorney for Home Town Lumber & Supply, Inc.

## **C E R T I F I C A T E**

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP. 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by the Courts ECF System, and/or email upon all parties by electronically uploading same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of court using the CM/ECF system which will automatically send email notification of such filing in accordance with the procedures established in MDL 2047.

/s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.**

CK_DOCS 480953v1