U.S

# HUBEI PROVINCE JINGMEN CITY
# INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Hubei Province Jingmen City Intermediate People's Court]

*Law Association No. FX-11-6*
*Judicial Association No. SX-10-2005*

| Cause of Action | | Cause No. | (     ) No. _____ |
|---|---|---|---|
| Document Served | US District Court in the State of Louisiana, Eastern District requested that the Supreme People's Court of the People's Republic of China assist in the execution of process to serve documents in "David Gross, et al vs. Knauf Group, et al" case: summary of document served, one copy; summons, one copy; complaint, one copy.(all documents have Chinese translation) | | |
| Recipient (Unit) | Hubei Taishan Building Material Co., Ltd. | | |
| Address for Service | New High-Tech Development Zone, Jingmen City, Hubei Province, (China) | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Date  In the morning of February 14, 2011, the staff of the administration office of Hubei Taishan Building Material Co., Ltd. refused to sign and accept the documents served. | | |
| Notes | On February 24, 2011, at 11:25 am, Zhang Zhifang, the administration staff of Hubei Taishan Building Material Co., Ltd. received the documents but refused to sign, so the service was executed by leaving the legal processes at the place of abode. | | |

Issuer:   Li, Fang Xing                    Server:   Li, Fang Xing    Li, Qin Xue

*Note:*
    (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

[Chinese illegible]    Wang, Qin    Feb. 24, 2011   (Staff of the Administrative Office,
Jingmen City Economic Development District
New High-Tech Development Zone)

# 湖北省荆门市中级人民法院
# 送 达 回 证

FX-11-6
SX-10-2005

| 案　由 | | 案号（　）字第　号 |
|---|---|---|
| 送达文书名称和件数 | 美国路易斯安那州东部地区美国地区法院请求最高人民法院司法协助送达的文书：戴维·格罗斯等人诉可耐福公司及其他当事人诉讼案之被送达文书概要壹份，传票壹份，诉状壹份及文书（所有文书皆有中文译本）。 | |
| 受送达人 | 湖北泰山建材有限公司 | |
| 送达地址 | 湖北省荆门市高新技术产业开发区 | |
| 受送达人签名或盖章 | | 年　月　日 |
| 代收人及代收理由 | | 年　月　日 |
| 备　考 | 2011年2月14日上午湖北泰山建材有限公司办公室工作人员拒签文书。2011年2月24日上午11:25分湖北泰山建材有限公司办公室员工张志芳收下文书后拒绝签字，依法留置送达。 | |

填发人 李方星　　　　　　　　　送达人 李方星

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应　　　　　与受送达关系及代收理由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)   Hubei Taishan Building Material Co., Ltd.
Jingmen Gao Xin Ji Shu Chan Ye Kai Fa Qu (Jingmen New and High Technology Industrial Development Zone), Jingmen City
Hubei 448000, China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A" - "C"<br>--Schedules 1 - 3<br>--Translations<br>--Summary of the Document to be Served | Done at , the<br>*Fait à* Minneapolis, Minnesota, U.S.A.  *le* 12/17/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG   [ ON.    JS (III) ]
Defendant: Hubei Taishan Building Material Co., Ltd.
Court Case No.: 09-6690

# CERTIFICATE
## ATTESTATION

SX-10-2005

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b)   *selon la forme particulière suivante:* _____

       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   The addressee refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at / *Fait à* Beijing, the / *le* Mar. 31st, 2011

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2