David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 107331-0096

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--LeRoy Laporte, Jr., Individually
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )

**Name of Server:** __Kennith Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __November__, 20__10__, at __12:30__ o'clock __P__ M

**Place of Service:** at __950 West Causeway Approach__, in __Mandeville, LA  70471__

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
LeRoy Laporte, Jr., Individually

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of __Christie Laporte, Daughter__, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
LeRoy Laporte, Jr., Individually
at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __Cauc__; Hair Color __Red__; Facial Hair __No__
Approx. Age __25__; Approx. Height __5'2"__; Approx. Weight __120__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Kennith Landry__
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this __10th__ day of __November__, 20__10__

__Jenny Tadro__
Notary Public          (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
ID # 026458
Tenure for Life

NOTARY ATTESTS TO
SIGNATURES ONLY