David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

## AFFIDAVIT OF SERVICE ON A CORPORATION
--Paul England Construction
Court Case No. 09-6690 Sect. L

State of: ILLINOIS ) ss.
County of: MASSAC )

| | |
|---|---|
| **Name of Server:** | Mark A. Heavrin, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 13-Apr-2011 11:55 am |
| **Place of Service:** | at 1600 Preston Circle (served on site), city of Paducah, state of KY |
| **Documents Served:** | the undersigned served the documents described as: Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class Action Complaint In Intervention (III(A)); Exhibit "A" |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Paul England Construction** By delivering them into the hands of an officer or managing agent whose name and title is **Jason England, as owner of England Construction** |
| **Other Information:** | Subject stated he was aware of litigation and notified server that Paul England is his father. |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex M ; Skin Color white ; Hair Color brown ; Facial Hair N/A Approx. Age 32 ; Approx. Height 6'00" ; Approx. Weight 190 ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. *[signature]* Signature of Server | Subscribed and sworn to before me this 10 day of MAY, 2011 *[signature]* Heather L Heavrin 9-25-13 Notary Public (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 107331-305

**OFFICIAL SEAL**
**HEATHER L HEAVRIN**
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Sept. 25, 2013