APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

SX-10-2019

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.
                formerly known as Shandong Chenxiang Building Materials Co., Ltd. (Chexiang)
                Dongyah Dianzi Village, Pingyi Town, Pingyi County, Shandong 273300, China
            Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Complaint in Intervention)
--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

Done at                                              , the
*Fait à* Minneapolis, Minnesota, U.S.A.              , *le* 12/7/10 

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG   [ OMNIBUS (III) ]
Defendant: Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. formerly known as Shandong Chenxiang Building Materials Co., Ltd. (Chexiang)
Court Case No.: 09-6690

# CERTIFICATE
## ATTESTATION



The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __16/03/2011__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Industry Park, Pingyi Town, Pingyi Country, Shandong, China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b)   *selon la forme particulière suivante:* _____

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Zhang Hua__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Not mentioned__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__, the __June 23, 2011__
*Fait à* , *le*
Signature and/or stamp.
*Signature et/ou cachet.*

[Chinese seal]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

US

# THE PEOPLE'S REPUBLIC OF CHINA
## SHANDONG PROVINCE LINYI CITY
## INTERMEIDATE PEOPLE'S COURT
## PROOF OF SERVICE

[Seal: Shandong Province Linyi City Intermediate People's Court]

*Law Association No. FX-11-14*
*Judicial Association No. SX-10-2019*

| Cause of Action | | Cause No. | Shangdong Superior Court Law Association Transaction No. (2011) 2 |
|---|---|---|---|
| Document Served | Summary of document, summons, complaint served. | | |
| Recipient (Unit) | Pinyi Zhongxing Paper-Faced Plasterboard Co., Ltd. (formerly known as Shandong Chenxiang Building Materials Co., Ltd. (Chexiang) ) | | |
| Address for Service | Dongyah Dianzi Village, Pingyi Town, Pingyi County, Shandong 273300, China. | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Zhang Hua 370831198108292817 March 16, 2011 | | |
| Notes | | | |

Issuer: Wang Cheng Guo    Date of Issue: 2/15/2011    Server: Liu Dong    Sun Wei Bo

*Note:*

(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.

(2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

# 中华人民共和国
## 山东省临沂市中级人民法院
# 送 达 回 证

FX-11-14
SX-10-2019

| 案　由 | | 案　号 | 鲁高法协受<br>(2011) 2号 |
|---|---|---|---|
| 送达文书<br>名　称 | 被送达文书概要、传票、诉状、文书各一份 | | |
| 受送达人 | 平邑中兴纸面石膏板有限公司<br>（原山东晨翔建材有限公司） | | |
| 送达地址 | 平邑县平邑乡工业区(Dongyah Dianzi Village) | | |
| 受送达人<br>签名或盖章 | | | 年　　月　　日 |
| 代收人及<br>代收理由 | 张华<br>370831198108292817 | | 2011年 3月 16日 |
| 备　考 | | | |

签发人 王成田　　签发日期: 2011年2月15日　　送达人 刘东、孙维波

注: 1、送达刑事诉讼文书，按照《刑诉法》第五十七条的规定办理；送达民事、行政诉讼文书，按照或参考《民事诉讼法》第七十八条、第七十九条的规定办理。
　　2、代收诉讼文书的，由代收人签名或盖章后，还应注明与受送达人的关系及代收理由。