U.S.

# THE PEOPLE'S REPUBLIC OF CHINA
## SHANDONG PROVINCE LINYI CITY
## INTERMEIDATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Shandong Province Linyi City Intermediate People's Court]

*Law Association No. FX-10-2020*
*Judicial Association No. SX-11-16*

| Cause of Action | | Cause No. | Shandong Superior Court Law Association Transaction No. (2011) 4 |
|---|---|---|---|
| Document Served | Summary of document, summons, complaint served and documents, one copy each. | | |
| Recipient (Unit) | Pingyi Baier Building Materials Co., Ltd. | | |
| Address for Service | Baier Industrial Park, Ziqiu Township, Pingyi County, Shandong Province, (China.) | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | [Signature illegible]  Feb. 15, 2011 | | |
| Notes | (Seal: SHANDONG BAIER BUILDING MATERIALS CO., LTD.)  13792990313 | | |

Issuer:   Wang, Rong Guo     Date of Issue: Feb. 15, 2011     Servers: Zhao, Xiu Na    Xian, Jing

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

# 中华人民共和国
## 山东省临沂市中级人民法院
### 送达回证

鲁高法协受（2011）4号

| 案　由 | | 案　号 | 鲁高法协受（2011）4号 |
|---|---|---|---|
| 送达文书名称 | 被送达文书概要、传票、诉状、文书各一份 | | |
| 受送达人 | 平邑拜尔建材有限公司 | | |
| 送达地址 | 山东平邑县资邱乡拜尔工业园 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | （签名） 2011 年 2 月 15 日 （山东拜尔建材有限公司 印章） | | |
| 备　考 | 13792990313 | | |

签发人：王成同　　日期：2011年2月15日　　送达人：（签名）

注：1、送达刑事诉讼文书，按照《刑事诉讼法》第五十七条的规定办理；送达民事、行政诉讼文书，按照或参考《民事诉讼法》第七十八条、第七十九条的规定办理。
2、代收诉讼文书的，由代收人签名或盖章后，还应注明与受送达人的关系及代收理由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*    Pingyi Baier Building Materials Co., Ltd.
             Baier Industrial Park, Ziqiu Town, Pingyi County, Shandong 273300, China
                Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Complaint in Intervention)
--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

Done at                                              , the
*Fait à* Minneapolis, Minnesota, U.S.A.       , *le*  ｒ- ｌ 17/10

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross
Defendant: Pingyi Baier Building Materials Co., Ltd.
Court Case No.: 09-6690

# CERTIFICATE
# ATTESTATION

SX-10-2020

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___15/02/2011___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___Bai'er Industrial park, Ziqiu Town, Pingyi County, Shandong, China___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* ___
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___It is too vague to be recognized.___
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at ___Beijing___, the ___Mar. 24th, 2011___
*Fait à*, *le*
Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

2

* Delete if inappropriate.
  *Rayer les mentions inutiles.*