# THE PEOPLE'S REPUBLIC OF CHINA
## SHANDONG PROVINCE QINGDAO CITY PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Shandong Province Qingdao City Intermediate People's Court]

*Law Association No. FX-11-13*
*Judicial Association No. SX-10-2018*

| Cause of Action | | Cause No. | Shandong Superior Court Law Association Receiving No. (2011) 1 |
|---|---|---|---|
| Documents Served and Number | US Court documents, one copy. | | |
| Recipient (Unit) | QINGDAO YILIE INTERNATIONAL TRADE CO., LTD. | | |
| Address for Service | Rm 804, Building One, No. 21 Donghai West Road, Qingdao City, Shandong Province, (china). | | |
| Recipient Signature or Seal | Wu, Tong  Company staff                January 30, 2011 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | | | |

Issuer:   Jiang, Qiu Jie          Servers:   Wu, Zhi Gang     Song, Lian Shun

# 中华人民共和国山东省青岛市人民法院
## 送 达 回 证



FX 11-13
SX-10-2018

| 案　由 | 涉外送达 | 案号 | 鲁高法协受（2011）1号 |
|---|---|---|---|
| 送达文书名称和件数 | 美国法院文书一份。 | | |
| 受送达人 | 青岛怡羚国际贸易有限公司 | | |
| 送达地址 | 山东省青岛市东海西路21号1号楼804室 | | |
| 受送达人签名或盖章 | 姜钢 职受　　2011年 1月30日 | | |
| 代收人及代收理由 | 　　　　　　　　　　年　月　日 | | |
| 备　注 | | | |

填发人：姜秋杰　　　　　　　　送达人：吴志刚　宋连顺

APPLICANT IS AUTHORIZED TO SERV͟ ͟JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

SX-10-2018

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   Qingdao Yilie International Trade Co., Ltd.
   Room 804 Building 1, Tianshengyuan, 21 Donghai West Raod, Shinan District, Qingdao, Shandong 266071, China
   Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A" - "C"<br>--Schedules 1 - 3<br>--Translations<br>--Summary of the Document to be Served | Done at                                                , the<br>Fait à Minneapolis, Minnesota, U.S.A.    , le  12/17/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br> |

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG   [ OMNIBUS (III) ]
Defendant: Qingdao Yilie International Trade Co., Ltd.
Court Case No.: 09-6690

SX-10-2018

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
   - the (date)
   - *le (date)*   30/01/2011
   - at (place, street, number)
   - *à (localité, rue numéro)*   Room 804, Building 1, No.21, Donghai West Road, Qingdao City, Shandong, China

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]   (b)   in accordance with the following particular method*:
         b)   *selon la forme particulière suivante:* _____

      [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
         c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)*   Wu Tong

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   Addressee's officer

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

Done at   Beijing   , the   Mar. 24th, 2011
*Fait à*   , *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

2

*   Delete if inappropriate.
   *Rayer les mentions inutiles.*