IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Haya, et al vs. Taishan Gypsum Coo., Ltd., et al | * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-1077, Sect. L MAG 2 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COMES NOW, Jeremy D. Bertsch, Esquire and the law firm of Sellars, Marion & Bachi, P.A., attorneys of record for Defendant, Al Brothers, Inc., pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and pray this Court to enter an Order granting leave to withdraw as counsel for the Defendant for the following reasons:

1. Sellars, Marion & Bachi, P.A. was retained to represent Al Brothers, Inc. in this matter by Al Brothers, Inc. directly, not by its insurer. Insurance for the Defendant has previously withdrawn coverage for all Chinese drywall matters.

2. Al Brothers, Inc. is now out of business and is no longer in a position, financially or otherwise, to employ Sellars, Marion & Bachi, P.A. to represent it in this matter and has stated its intention that it is no longer willing or able to pay for the representation.

3. Sellars, Marion & Bachi, P.A. can no longer effectively represent Al Brothers, Inc. in this matter. Further, Al Brothers, Inc. has instructed the undersigned counsel to file this Motion to Withdraw.

4. A letter with a copy of this Motion has been provided to the last known address for the

Defendant by certified mail, return receipt requested, email and regular mail. The letter advises the Defendant:

a. Sellars, Marion & Bachi, P.A. is withdrawing as counsel;

b. substitution counsel will need to be retained; and

c. notifies Defendant of all upcoming hearings and deadlines.

5. The Defendant's last known address, phone number and email are:

Address: 616 Charlotte Street, Lombard, IL 60148

Phone Number: (630) 306-9200

Email: Drywallplus@sbcglobal.net

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdrawal as Counsel for Defendant in the above case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION has been served by certified and regular mail, and by email upon Al Brothers, Inc., c/o Alan Jostes, 919 Charlotte Street, Lombard, IL 60148, and on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 16th day of March, 2012.

SELLARS, MARION & BACHI, P.A.

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994