IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | MDL NO. 2047 |
| | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Haya, et al vs. Taishan Gypsum Coo., Ltd., et al | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 11-1077, Sect. L MAG 2 | |

**ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD WITHOUT SUBSTITUTION**

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, Residential Drywall, Inc., in the above civil action. The Court, having considered the Motion and Supporting Memorandum, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, Residential Drywall, Inc., is hereby granted and that Jeremy D. Bertsch, Esquire and the law firm of Sellars, Marion & Bachi, P.A., are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, Residential Drywall, Inc. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Defendant, Residential Drywall, Inc., at P.O. Box 49099, Tampa, FL 33646.

New Orleans, Louisiana, this _____ day of _____, 2012.

HONORABLE ELDON E. FALLON

_____
U.S. DISTRICT COURT JUDGE