**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO ALL CASES**

**PRETRIAL ORDER NO. 9A**
**(Reporting of Common Benefit Time by State Court Counsel)**

In Pre-Trial Order No. 9 (PTO No. 9), this Court set forth and described the standards and procedures for plaintiffs' counsel's time and expense submissions relating to matters common to all claimants. This Order supplements PTO No. 9 by setting forth the time and expense reporting procedures for submission of plaintiffs' counsel's time and expense submissions relating to matter common to all claimants in state court Chinese Drywall Litigation matters.

Plaintiffs' Liaison Counsel and Plaintiffs' Lead Counsel shall be responsible for distributing this Pre-Trial Order No. 9A as well as time and expense standards and procedures set forth in PTO No. 9 to all counsel associated with state court Chinese Drywall Litigation who may be engaged in state court common benefit activity by serving a copy of the Orders in this MDL through LexisNexis File & Serve in the master case number 2:09-md-02047-EEF-JCW and by providing copies to the members of the Plaintiffs' State/Federal Coordination Committees appointed pursuant to Pre-Trial Order No. 19 for distribution to all known Plaintiffs' State Court Counsel. Further, the Court will communicate with Florida State Court Judges and request that a copy of this Order be posted accordingly by the Florida State Court Judges.

State court common benefit attorneys shall present their contemporaneous time records, or properly reconstructed time records, and expense reports (for their unreimbursed common shared and held expenses) consistent with PTO No. 9. Counsel, on behalf of their law firm in all state court firms should complete the data sheet at www.garrettco-ccms.com and then once registered on the web site can input time and held costs in a manner satisfactory to Philip A. Garrett, CPA.

Questions regarding the guidelines or procedures or the completion of any forms should be directed to Plaintiffs' Liaison Counsel, Russ M. Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana  70113, PH:  (504) 581-4892, Fax:  (504) 561-6024, E-Mail:  Drywall@hhkc.com; or Philip Garrett, CPA, Garrett and Company CPA's, 117 Fairgrounds Blvd., Bush, Louisiana  70431, PH:  (985) 635-1500, E-Mail:  pgarrett@garrettco.com; or the Court.

New Orleans, Louisiana, this 16th  day of ___March___, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE