APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

5X-10-2026

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant / *Identité et adresse du requérant* | Address of receiving authority / *Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776 Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

**The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
**(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* Qinhuangdao Taishan Building Material Co., Ltd.
Gangcheng St. East No. 69 Haigang District, Qinhuangdao 066000, China
Tel:

[X] (a) **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
*b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Complaint in Intervention)
--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

**Done at** *Fait à* Minneapolis, Minnesota, U.S.A., **the** *le* 12/17/10

**Signature and/or stamp.**
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used) USM-94 (Est. 11/22/77)

* **Delete if inappropriate.**
*Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG [OMNIBUS (III)]
Defendant: Qinhuangdao Taishan Building Material Co., Ltd.
Court Case No.: 09-6690

SX-10-2026

**CERTIFICATE**
***ATTESTATION***

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served***
*1. que la demande a été exécutée*

- **the (date)**
- *le (date)* ______
- **at (place, street, number)**
- *à (localité, rue numéro)* ______

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*

[ ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] **(b) in accordance with the following particular method*:**
*b) selon la forme particuliére suivante:* ______

[ ] **(c) by delivery to the addressee, who accepted it voluntarily.***
*c) par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

- **(identity and description of person)**
- *(identité et qualité de la personne)* ______

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ______

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

The addressee refused to accept the documents by the reason that this company never had their products exported and the litigation has no relation with them

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

**Done at** *Fait à* Beijing **, the** *, le* June 27, 2011

**Signature and/or stamp.**
*Signature et/ou cachet.*

* **Delete if inappropriate.**
***Rayer les mentions inutiles.***

# Hebei Province Superior People's Court

Judicial Association No. SX-10-2026
Hebei Superior Court
Law Association No. (2011) 3

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by the Law Association of your court through document No. [2011] 10 to serve the legal proceedings on Qinhuangdao Taishan Building Material Co., Ltd. (Address: Gangcheng St. East No. 69 Haigang District, Qinhuangdao 066000, China ), this is to inform you that Qinhuangdao City Intermediate People's Court attempted to serve the said legal documents on the party concerned, and the said party however refused to accept the documents on the ground that the company had never exported its products, so the said matter had nothing to do with it. We are now returning these legal materials to you.

[Seal]

The People's Republic of China
Hebei Province Superior People's Court
Judicial Assistance Special Stamp

February 28, 2011

# 河 北 省 高 级 人 民 法 院

SX-10-2026
冀高法协[2011]3号

最高法院外事局:

贵院法协[2011]10号,美国请求向秦皇岛泰山建材有限公司(地址:秦皇岛市海港区经济开发区港城大街东段69号)送达法律文书一事,业经秦皇岛市中级人民法院将该法律文书送达有关当事人,该被送达人以其公司的产品从未出口,此事与该公司无关为由拒收。未能送达,现将所有材料退回,请查收。

