APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

   *(identité et adresse)*     Shandong Oriental International Trading Co., Ltd.
   17-21/F Shandong International Trades Mansion, 51 Taiping Road, Qingdao 266002, China
                  Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Supplement to Amended Class Action Complaint)<br>--Order<br>--Amended Class Action Complaint<br>--Translations<br>--Summary of the Document to be Served | Done at                                                           , the<br>*Fait à* Minneapolis, Minnesota, U.S.A.        , *le* 1/26/11<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                      (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG (Supplement)
Defendant: Shandong Oriental International Trading Co., Ltd.
Court Case No.: 09-6690

Case 2:09-md-02047-EEF-MBN   Document 12964   Filed 03/16/12   Page 2 of 4

# CERTIFICATE
## ATTESTATION

SX-11-208

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __20/03/2011__
   - at (place, street, number)
   - *à (localité, rue numéro)* __51 Taiping Road, Qingdao - China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* _____

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __The signature is not legible__
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Not mentioned__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at __Beijing__, the __May 11, 2011__
*Fait à* _____ , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

U.S.

# QINGDAO CITY INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Qingdao City Intermediate People's Court]

(To be Used for All Cases)

*Law Association No. SX-11-372*
*Judicial Association No. FX-11-208*

| Cause No. | | Cause of Action | Shandong Province Law Association Receiving No. (2011) 43 |
|---|---|---|---|
| Document Served and Number | Summary of documents served, one copy; Summons, Complaint and document, one copy each. | | |
| Recipient (Unit) | SHANDONG PROVINCE ORIENTAL INTERNATIONAL TRADE CO., LTD. | | |
| Address for Service | No. 51 Taiping Road, Qingdao City, Shandong Province, (China). | | |
| Recipient Signature or Seal | Huang, Zu Yong<br><br>March 20, 2011 | | |
| Recipient in substitution and reason(s) | <br><br>Date | | |
| Notes | | | |

Issuer:   Li, Jian Ping                    Server:   Li, Jian Ping       Zhang, Yu

青岛市[印章]人民法院
送达回证

FX-11-372
SX-11-708

| 案　由 | 受托送达 | 案号 | (2011) 青[印]字第4号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书恒易1份，传票、讣状文书1份 | | |
| 受送达人 | 山东南东刁司陆贸易股份有限公司 | | |
| 送达地址 | 山东省青岛市太平路51号 | | |
| 受送达人签名或盖章 | [签名] 11年 3月 20日 | | |
| 代收人及代收理由 | 　　　　年　　月　　日 | | |
| 备　考 | | | |

填发人 李[签名]　　　　　　　　送达人 李[签名]