*Law Association No. (2011) 12*

# XINJIANG UYGHUR AUTONOMOUS REGION
# SUPERIOR PEOPLE'S COURT
# PROOF OF SERVICE

[Seal: Xinjiang Uyghur Autonomous Region Superior People's Court]

*Judicial Association No. SX-10-2009     U.S.*

| Recipient | | Cause of Action | | | |
|---|---|---|---|---|---|
| Servee (Unit) | Sinkiang Tianshan Building Material and Gypsum, LLC | | | | |
| Address of Service | Autonomous Region Superior People's Court | | | | |
| Document for Service | Issuer | Server | Receiving Date | Recipient's Signature or seal | Reasons for Non-service |
| US District Court Eastern District of the State of Louisiana Summons in a Civil Action, Complaint, and documents. | | Li, Qian | February,15 2011 18:00 | Duo Na Yi | Interpreter |
| | | | April 30, 2010 17:15 | Duo Na Yi | 13659955815 |
| | | | Date | | |
| | | | Date | | |
| | | | Date | | |
| Notes | (1) After service, mail this Proof of Service to Xinjiang Superior People's Court at Supreme People's Court _____ Division _____. No. 19, Kunlun Road, Wulumuqi City, Xinjiang, (China).  (2) Postal Code: 830063    (3) Telephone: 0991 _____. | | | | |

Note: (1) The documents for service should be served directly on the serve; if the recipient is not in, hand the documents to his/her adult family member(s) and note the relationship of the substitute

  *recipient and the intended serve; if the servee has designated a servee-on-behalf at the court, hand the documents to this sevee-on-half.*

(2) *If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient. The service is then deemed as executed.*

法协(2011)12号

# 新疆维吾尔自治区高级人民法院
## 送达回证

SX-10-2009 美

| 受送达人 | | | 案由 | | |
|---|---|---|---|---|---|
| 受送达单位 | 新疆天山建材石膏制品有限责任公司 | | | | |
| 送达地点 | 自治区高院 | | | | |
| 送达文件 | 签发人 | 送达人 | 收到日期 | 受送达人签名或盖章 | 不能送达的理由 |
| 美国路易斯安那东部地区法院传票、诉状、文书 | | 李倩 | 2011年2月15日6时 | 邬娜依 | 翻译 |
| | | | 年月日时 | 邬娜依 | 136JPP巴区 |
| | | | 年月日时 | | |
| | | | 年月日时 | | |
| | | | 年月日时 | | |
| 备注 | ① 送达后请将送达回证寄新疆乌鲁木齐市昆仑路19号新疆高级人民法院_____庭_____。<br>② 邮编 830063   ③ 电话 0991_____。 | | | | |

注：1、送达诉讼文书，应当直接送交受送达人；本人不在时，交他的同住成年家属签收，并在备注栏写明代收人与当事人的关系；受送达人已向人民法院指定代收人的，交代收人签收。

2、受送达人拒绝接收诉讼文书的，送达人应当邀请有关基层组织的代表或者其他人到场，说明情况，在送达回证上记明拒收事由和日期，由送达人、见证人签名或盖章，把诉讼文书留在受送达人的住处，即视为送达。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

Case 2:09-md-02047-EEF-MBN   Document 12968   Filed 03/16/12   Page 4 of 5

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776        Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*        Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.
Dabancheng Village, Dabancheng Township, Dabancheng District, Urumchi, Xinjiang Uygur Autonomous Region 830000, China
        Tel:

[X]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
     a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
     b)  *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Complaint in Intervention)
--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

Done at _____, the _____
*Fait à* Minneapolis, Minnesota, U.S.A.             *le* 12/17/10

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,           USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___15/02/2011___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___The higher Court of Xinjiang Uer Automatic Region, Xinjiang, China___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
       b) *selon la forme particulière suivante:* ___
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___Duo Nayi___

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
___
___

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
___
___

Done at ___Beijing___, the ___Mar. 24th, 2011___
*Fait à* ___, *le* ___

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

2

* Delete if inappropriate.
  *Rayer les mentions inutiles.*