*Law Association No. FX-11-37*
*Judicial Association No. SX-10-2017*
U.S.

# HUNAN PROVINCE XIANGTAN CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Hunan Province Xiangtan City Intermediate People's Court]

| Plaintiff | David Gross |
|---|---|
| Defendant | TAISHAN GYPSUM (XIANGTAN) CO., LTD. |
| Name of Documents Served | 1. US District Court in the State of Louisiana, Eastern District, Case No. 09-6690, Summons in a Civil Action (Chinese translation attached); <br> 2. Intervening party plaintiff Mary Anne Benes's 3rd Complaint in a consolidated class action (Chinese translation attached); <br> 3. Summary of legal process documents to be served. |

| Servee's Name (Unit) | Date of Service | Recipient's Signature or Seal |
|---|---|---|
| On Feb. 22, 2011, at 10:30 am, I delivered the above documents to Taishan Gypsum ( Xiangtan) Co., Ltd.'s General Operation Office, but the Director of this office, Zhou (Zhou, Chuan Ming) refused to sign and accept the said service documents. | Tang, Fu Hui <br> Feb. 22, 2011 | |
| Witnessed by: Tang, Xun□ | Date | |
| | Date | |
| | Date | |

Note:   1. The recipient must fill in the date and sign (or seal), and then return this form to this court.
        2. The same applies to the substitute recipient, who should note his or her relationship with the recipient.

## 湖南省湘潭市中级人民法院
### 送 达 回 证

| | |
|---|---|
| 原 告 | 戴维·格罗斯（David Cross）等人 |
| 被 告 | 泰山石膏（湘潭）有限公司 |
| 送达文件名称 | 1、美国路易斯安那州东部地区法院第 09-6690 号民事案件传票（附中文译本）；<br>2、介入诉讼原告玛丽·安·贝恩斯(Mary Anne Benes)混合集团诉讼起诉书三（附中文译本）；<br>3、被送达文书概要。 |

| 收件人单位及姓名 | 收 到 日 期 | 收件人签名或盖章 |
|---|---|---|
| 2011年2月22日上午10:30将上述文件送到泰山石膏(湘潭)有限公司，综合管理处办公室，但该办公室拒绝接收签收。→(周佳明) 沙雨波：张迎 高翔回 2011.2.22. | 年 月 日 | |
| | 年 月 日 | |
| | 年 月 日 | |
| | 年 月 日 | |

说明：1、收件人必须注意在此证上填好收到日期并签名或捺印后，将此证退回我院。

2、代收人亦同，但必须注明与收件人关系。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF

Case 2:09-md-02047-EEF-MBN Document 12970 Filed 03/16/12 Page 3 of 4

5X-18-24

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   **(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*    Taishan Gypsum (Xiangtan) Co., Ltd.

Industrial Park, Guoqiang Village, Shuangma Township, Yuetang District, Xiangtan, Hunan 411102, China
   Tel:

[X]   **(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\***
   *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   **(b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:**
   *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____
_____

[ ]   **(c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*.**
   *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes\* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| |
|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A" - "C"<br>--Schedules 1 - 3<br>--Translations<br>--Summary of the Document to be Served |

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.     , the  12/17/11
                                                      *, le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                       (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross  v.  Knauf Gips KG   [ OMNIBUS (III) ]
Defendant: Taishan Gypsum (Xiangtan) Co., Ltd.
Court Case No.:  09-6690

JX-10-2017

## CERTIFICATE
### *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**   **that the document has been served\***
*1.*   *que la demande a été exécutée*
- **the (date)**
- *le (date)* _____
- **at (place, street, number)**
- *à (localité, rue numéro)* _____
_____

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*
  - [ ]   **(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
  - *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
  - [ ]   **(b)   in accordance with the following particular method\*:**
  - *b)   selon la forme particulière suivante:* _____
_____
  - [ ]   **(c)   by delivery to the addressee, who accepted it voluntarily.\***
  - *c)   par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)* _____
_____

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
_____

**2)**   **that the document has not been served, by reason of the following facts\*:**
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents.*
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à* _____beijing_____ , the *Mar. 24th, 2011*
, *le*

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
民商事司法协助专用章

\*   Delete if inappropriate.
*Rayer les mentions inutiles.*

2