APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*   Tai'an Gypsum (Baotou) Co., Ltd.
No. 7 Goumen Township, Tuyouqi, Baotou, Inner Mongolia Autonomous Region 014100, China
    Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A" - "C"<br>--Schedules 1 - 3<br>--Translations<br>--Summary of the Document to be Served | Done at                                     , the ↺ 12/17/↺<br>*Fait à* Minneapolis, Minnesota, U.S.A.    , *le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>(signature)<br><br>(Formerly OBD-116 which was formerly LAA-116,     USM-94<br>both of which may still be used)                (Est. 11/22/77) |

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG   [ OMNIBUS (III) ]
Defendant: Tai'an Gypsum (Baotou) Co., Ltd.
Court Case No.: 09-6690

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
    - the (date)
    - *le (date)* _____
    - at (place, street, number)
    - *à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [ ]  (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]  (b) in accordance with the following particular method*:
            b)  *selon la forme particulière suivante:* _____

        [ ]  (c) by delivery to the addressee, who accepted it voluntarily.*
            c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*

    *The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at   Beijing                , the  August 23, 2011
*Fait à* _____, *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

US

# TUMED YOUQI PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Tumed Youqi People's Court]

Law Association No. FX-11-19
Judicial Association No. SX-10-2000

| Cause of Action | | Cause No. | (     ) No. |
|---|---|---|---|
| Document Served and Number | Litigation documents (Chinese and English, 918 pages in all) | | |
| Recipient (Unit) | Taishan Gypsum (Baotou) Co., Ltd. | | |
| Address for Service | Ditto. | | |
| Recipient Signature or Seal | Signature:_____<br>Year_____ Month_____ Date_____ | | |
| Recipient in substitution and reason(s) | Signature:_____<br>Year_____ Month_____ Date_____ | | |
| Notes | Recipient refused to accept the litigation documents.<br><br>     Song, Shuwei          Zhou, Jianhua<br><br>     February 28, 2011. | | |

Issuer:  Song, Shuwei                    Servers:  Song, Shuwei

                                                                                Zhou, Jianhua

# 土默特右旗人民法院
## 送达回证

FX-11-79
SX-10-2000

| 案　由 | | 案　号 | （　）序第　号 |
|---|---|---|---|
| 送达文书名称和件数 | 诉讼文书（中英文共918页） | | |
| 受送达人 | 泰山石膏（包头）有限公司 | | |
| 送达地址 | 同上 | | |
| 受送达人签名或捺印 | | 签名：_____ <br> ____年__月__日 | |
| 代收人及代收理由 | | 签名：_____ <br> ____年__月__日 | |
| 备　考 | 受送达人拒不接收诉讼文书。<br>宋明伟　周建华<br>2011.2.28 | | |

填发人：宋明伟　　　送达人：宋明伟