# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Office of the Chief Secretary for Administration<br>Room 140, Central Gov't Offices (East Wing)<br>Government Secretariat<br>Lower Albert Road<br>Central<br><br>Hong Kong, China<br><br>[stamp: 24 FEB 2011] |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* ___ The China Corporation, LTD. ___


1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong, China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action
--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A. , the
  *le* 2/24/11

Signature and/or stamp.
*Signature et/ou cachet.*

[signature]
[stamp: APS INTERNATIONAL...]

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94

(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           *a) selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           *b) selon la forme particulière suivante:* _____

       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at _____ , the _____
*Fait à* _____ , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

CSO/ADM/SJ/12/2010B

Request for Service of Judicial Documents from
USA (Minnesota)

Judicial Documents to be served on:
THE CHINA CORPORATION, LTD.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AFFIRMATION OF YEUNG KIN CHOR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dated this 15th day of July 2011
Bailiff Hong Kong Regional Office
26/F., Wanchai Law Courts Building,
Hong Kong Special Administrative Region

Request for Service of Judicial Documents from: USA (Minnesota)

Party for Service: THE CHINA CORPORATION, LTD.

## AFFIRMATION OF SERVICE

I, YEUNG Kin-chor, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1. I was directed by the Registrar, High Court of Hong Kong to serve the above-named THE CHINA CORPORATION, LTD. with the following judicial documents:

   i) Request;
   ii) Summary of the document to be served;
   iii) Certificate (unexecuted);
   iv) Summons in a Civil Action with Civil Action No. 09-6690 Sect. L;
   v) Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III) with Case No. 09-6690;
   vi) Exhibits " A " - " C " and
   vii) Schedules 1-3.

2. I did on Thursday the 23rd day of June 2011 at 15:20 hours call at the address given in the Request for Service, namely, 1604, Kinwick Centre, 32 Hollywood Road, Central, Hong Kong, for effecting the service of the aforesaid judicial documents.

3. On arrival at the aforesaid address, I found that the premises at the aforesaid address was occupied wholly by one company, namely, S. Lui & Co. Chartered Accountants & CPAS. I made enquiries with a Miss Law, Clerk of the S. Lui & Co. Chartered Accountants & CPAS and revealed the purpose of my visit. She told me that they had lost contact with the Party for Service for one year, and refused to accept the aforesaid judicial documents on behalf of the Party for Service.

4. In the circumstances, we conducted a search via the Companies Registry of Hong Kong and noted that the registered office of the Party for Service was situated at '1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong'. A copy of Notification of Situation of Registered Office provided by the Companies Registry of Hong Kong was produced and marked as "Exhibit YKC-1".

5. I did again on Friday the 15th day of July 2011 at 12:50 hours serve the above-named THE CHINA CORPORATION, LTD. with the aforesaid judicial documents by leaving the same at its registered office, which was situated at 1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong.

AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at )
Bailiff Hong Kong Regional Office, )
26th floor, Wanchai Law Courts Building, )
Hong Kong )
this 15th day of July 2011

Before me,

( SUEN Wai-keung )
Commissioner for Oaths
Judiciary

**CR** 註冊辦事處座落地點通知書 存案 Filed
Notification of Situation of Registered Office

公司註冊處    (公司條例第 92(2)條)    表格 **R1**
Companies Registry    (Companies Ordinance s. 92(2))    Form

重要事項 **Important Notes**

- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 **Company Number**: 929040

**1** 公司名稱 **Company Name**

THE CHINA CORPORATION LIMITED

**2** 註冊辦事處 **Registered Office**

請在有關空格內加 ✓ 號 Please tick the relevant box

☐ 申報首個註冊辦事處座落地點
Notification of Situation of First Registered Office

☑ 申報更改註冊辦事處座落地點
Notification of Change of Situation of Registered Office

(註 Note 5) 在香港的註冊辦事處座落地點 Situation of Registered Office in Hong Kong

1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong

生效日期 Effective Date: 14 / 03 / 2007
日 DD / 月 MM / 年 YYYY

(註 Note 6) **3** 電郵地址 **E-mail Address**

生效日期 Effective Date:

For and on Behalf of
ComSec Services Limited
公司秘書服務有限公司

簽署 Signed : *Authorised Signature*
姓名 Name : COMSEC SERVICES LIMITED
董事 Director / 秘書 Secretary *

日期 Date : 14/03/2007
日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

(註 Note 3) 提交人的資料 **Presentor's Reference**

姓名 Name: ASIAPACIFICSEC LIMITED

地址 Address: 1604 Kinwick Centre,
32 Hollywood Road,
Central, Hong Kong

電話 Tel: 2868 1287    傳真 Fax: 2868 1163

電郵地址 E-mail Address: -

檔號 Reference: Our Ref.: (SL) T0041 (KL)
/ Doc. No.: T00410014

指明編號 2/2004 (2004年2月)
Specification No. 2/2004 (Feb. 2004)

請勿填寫本欄 For Official Use

Referred to in the Affirmation/
Affidavit of YKC-1
Dated the    day of



SUEN Wai-keung
A Commissioner for oaths

23400296358
R1    0929040
05/11/2007

0119

# CERTIFICATE (The China Corporation Ltd.)

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

(1) that the document has been served*

— the (date) ............ 15th July 2011

— at (place, street, number) ...... 1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong

— in one of the following methods authorised by article 5

(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

(b) in accordance with the following particular method*: ............

(c) by delivery to the addressee, who accepted it voluntarily*.

The documents referred to in the request have been delivered to:

— (identity and description of person) ............

— relationship to the addressee (family, business or other):

............

(2) that the document has not been served, by reason of the following facts*: ............

............

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

Annexes—

Documents returned ............

In appropriate cases, documents establishing the service ............ Affirmation of service of Yeung Kin-Chor, Bailiff's Assistant dated 15th July 2011.

Done at ............

Signature and/or stamp,

29 JUL 2011

* Delete if inappropriate.