UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L |
| This document relates to:<br><br>Jessica Cassidy, et al.<br><br>    Plaintiff<br>vs.<br><br>Gebrueder Knauf Verwaltungsgesellschaft, KG, Luke & Sons Construction, Inc., et al.<br><br>    Defendants. | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

CASE NO.: 11-3023 (Omni XIV)

## NOTICE OF APPEARANCE AS COUNSEL

Frank Silva, Esquire, hereby files his Notice of Appearance as counsel of record for Defendant, Luke & Sons Construction, Inc. and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

FRANCISCO SILVA, ESQUIRE

/s/ *Frank Silva*
Frank Silva, Esquire
General Counsel
Shoma Development Corp.
3470 NW 82nd Avenue - Suite 988
Doral, Florida 33122
Telephone: (786) 437-8658
Facsimile: (786) 437-8606

*Attorneys for Defendant*
*Luke & Sons Construction, Inc.*

{23802393;1}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2012.

*/s/ Frank Silva*

{23802393;1}