*U.S.*

# TIANJIN MARITIME COURT
# PROOF OF SERVICE

[Seal: Tianjin Maritime Court]

(To be used for all types of case)

*Law Association No. FX-11-38*
*Judicial Association No. SX-10-1993*

| Cause No. | Entrusted service | Cause of Action | Execution Committee No. (2011) 107 |
|---|---|---|---|
| Document Served and Number | Complaint, Summons, and Summary of Documents served, and other documents. | | |
| Recipient (Unit) | TIANJIN TIANBAO CENTURY DEVELOPMENT CO., LTD. | | |
| Address for Service | East Exhibition Hall, 3rd Floor, National Expo Center, No. 31 5th Binhai Road, Free Trade Zone, Port of Tianjin, (China). | | |
| Recipient Signature or Seal | [Seal: Tianjin Tianbao Century Development Co., Ltd.]  January 21, 2011 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | | | |

Issuer:  Wang, Li                                               Servers:

Note:
   The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
   In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

天 津 海 事 法 院

# 送 达 回 证

（各类案件通用）

FX-11-38
SX-10-A93

| 案　由 | 委托送达 | 案　号 | (2011)执委字第10号 |
|---|---|---|---|
| 送达文书名称和件数 | 诉状、传票、被送达文书摘要等文书 | | |
| 受送达人 | 天津天保世纪贸易发展有限公司 | | |
| 送达地址 | 天津港保税区海滨五路31号园区中心建东展厅 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | | | 年　月　日 |
| 备　考 | | | |

填发人　之利　　　　　　　送达人

注：　送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按

　　　照或参照民事诉讼法第七十八条、第七十九条的规定办理。

　　　代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF Louisiana

Case 2:09-md-02047-EEF-MBN   Document 12978   Filed 03/19/12   Page 3 of 4

# REQUEST

SX-10-1993

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

   (identité et adresse)   Tianjin Tianbao Century Development Co., Ltd.
   3 F, Eastern Exhibition Hall, 31 Halbin Fifth Road, Tianjin Free Trade Zone, Tianjin City 300461, China
            Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)  *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A"-"C"<br>--Schedules 1 - 3<br>--Translations<br>--Summary of the Document to be Served | Done at                                                , the<br>*Fait à* Minneapolis, Minnesota, U.S.A.  , *le* 12/17/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                      (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG [ OMNIBUS (III) ]
Defendant: Tianjin Tianbao Century Development Co., Ltd.
Court Case No.: 09-6690

Case 2:09-md-02047-EEF-MBN   Document 12978   Filed 03/19/12   Page 4 of 4

SX-10-1993

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___21/01/2011___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___3F, Eastern Exhibition Hall, 31 Haibin Fifth Road, Tianjin Free Trade Zone, Tianjin, China___
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     - [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       - a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     - [ ] (b) in accordance with the following particular method*:
       - b) *selon la forme particulière suivante:* ___
     - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       - c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___Tianjin Tianbao Century Development Co., Ltd.___
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Personal service___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

___
___
___

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

___
___
___

Done at / *Fait à* ___Beijing___, the / *le* ___Mar. 31st, 2011___
Signature and/or stamp
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2