APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

SX-10-199

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    (identité et adresse)     Yunan Taishan Gypsum and Building Material Co., Ltd.
                Sanjia Village Liujiezhen Factory, Yimen County, Yunan 651107, China
                Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A" - "C"<br>--Schedules 1 -<br>--Translations<br>--Summary of the Document to be Served | Done at                                                  , the<br>Fait à Minneapolis, Minnesota, U.S.A.     le  12/17/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG   [ OMNIBUS (III) ]
Defendant: Yunan Taishan Gypsum and Building Material Co., Ltd.
Court Case No.: 09-6690

# CERTIFICATE
# ATTESTATION

SK-10-1991

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date) ___March 10, 2011___
   - *le (date)*
   - at (place, street, number) ___Taishan shigao jiancai company, Yunan, China___
   - *à (localité, rue numéro)*

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*: ___The court officers left the documents at the company___
         b) *selon la forme particulière suivante:*
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person) ___Zhu mingzhen___
   - *(identité et qualité de la personne)*
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Minister of general office___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

   _____
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at ___Beijing___, the ___August 25, 2011___
*Fait à*                        *le*
Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 国际司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

US

# YUNNAN PROVINCE SUPERIOR PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Yunnan Province Superior People's Court]

Judicial Association No. SX-10-1991

| Cause of Action | | Cause No. | Law Association No. (2011) 5 |
|---|---|---|---|
| Document Served and Number | Summons, one copy; Complaint, one copy and Documents | | |
| Recipient (Unit) | Yunnan Taishan Gypsum and Building Material Co., Ltd. | | |
| Address for Service | Minister of General Office, Yunnan Taishan Gypsum and Building Material Co., Ltd. | | |
| Recipient Signature or Seal | Year     Month     Date | | |
| Recipient in substitution and reason(s) | Year     Month     Date | | |
| Notes | Recipient refused to accept the process. The court officer left the documents at the company. The documents were left at the recipient's General Office, the office of Director Liu, Mingjia. March 10, 2011.<br>Witness at the site: Zhou, Qingfu (Staff of the 6th Street Law Institute) | | |

Issuer:                                             Servers:   Xia, Cunnan        Li, Jianghong

March 10, 2011

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §81; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 云南省高级人民法院
# 送 达 回 证
（各类案件通用）

SX-10-1991

| 案　由 | | 案　号 | (FX) 2011 字第 5 号 |
|---|---|---|---|
| 送达文书名称和件数 | 传票一份、诉状一份及文书 | | |
| 受送达人 | 云南泰山石膏建材有限公司 | | |
| 送达地址 | 云南泰山石膏建材有限公司综合处 | | |
| 受送达人签名或盖章 | | 　年　月　日 | |
| 代收人及代收理由 | | 　年　月　日 | |
| 备　考 | 受送达人拒绝签收，留置送达。2011年3月17日。材料已放在被送达人综合处刘明军处在办公室。在场人：周献忠（建筑材料所干部） | | |

填发人　　　　　　　　　　　送达人 夏树君 李江红
　　　　　　　　　　　　　　2011年3月17日

注：①送达刑事诉讼文书，按照刑事诉讼法第八十一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

