UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID GROSS, CHERYL GROSS AND LOUIS VELEZ, individually, and on behalf of others similarly situated,<br>Plaintiffs | CASE NO: 09-6690<br><br>SECT. L- JUDGE FALLON<br>MAG. 2, JUDGE WILKINSON |
| VERSUS | |
| KNAUF GIPS KG, KNAUF PLASTERBOARD (TIANJIN) CO., LTD, ET AL.<br>Defendants | |

### AFFIDAVIT

STATE OF VIRGINIA

~~COUNTY~~ City OF Norfolk

BEFORE ME, the undersigned authority, personally came and appeared:

### SAMUEL G. PORTER

Who, after being duly sworn, did depose and state, as follows:

1. He is the President of The Porter Blaine Corporation, a Virginia Corporation, with their principle place of business located at 1140 Azalea Garden Road, Norfolk, Virginia, 23502.

2. In this capacity, he is familiar with the business, including general and day-to-day operations, of The Porter Blaine Corporation.

3. That he is of proper age and sound mind to provide this affidavit.

1



EXHIBIT B


4. The Porter Blaine Corporation is not authorized to do, and has never done, any business in the State of Louisiana.

5. He is not personally, or in his capacity as President of The Porter Blaine Corporation, aware of any product of The Porter Blaine Corporation being distributed to Louisiana, making its way to Louisiana in any fashion, or being installed into any building, home, or other structure in Louisiana.

6. The Porter Blaine Corporation has never advertised in any publications either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

7. The Porter Blaine Corporation has never received any business from any contacts in Louisiana, whether individual customers, or business customers.

8. The Porter Blaine Corporation, does not maintain an office, store, headquarters, shop, warehouse, or any other facility in the State of Louisiana.

9. The Porter Blaine Corporation does not, and has never, solicited any business in Louisiana.

Samuel G. Porter
President
The Porter Blaine Corporation

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 29th DAY OF April, 2010.

NOTARY PUBLIC

