UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET AL; CASE NO. 10-361

## MOTION TO DIMISS

**NOW INTO COURT**, through undersigned counsel, come defendants, Venture Supply, Inc., and Porter Blaine Corporation, who moves this Honorable Court to issue an Order dismissing the claims of the intervening plaintiffs in *Plaintiffs', Clifford Abromatts and Janice Worobec Omnibus Class Action Complaint in Intervention (II(C))* (Rec. Doc. 7182) under Fed. R. Civ. Proc. Rule 12 (b)(2) and (3) for the reasons articulated in the attached Memorandum. Specifically, Venture Supply, Inc. and Porter Blaine Corporation are not subject to, nor have they submitted to, the jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against Venture Supply, Inc. and Porter Blaine Corporation.

1

This Motion to Dismiss relates to a previously filed Motion to Dismiss in this matter which sought dismissal of the plaintiffs' claims against defendants due to the fact that this Honorable Court does not have jurisdiction in this matter over Venture Supply, Inc.

On or about January 24, 2011, over 248 additional plaintiffs intervened in this matter along with Clifford Abromatts and Janice Worobec. (Rec. Doc.7182). Accordingly, Venture Supply, Inc. and Porter Blaine Corporation file this Motion to Dismiss so as to apply the jurisdictional issue, previously set forth against the original plaintiffs, to the intervening plaintiffs.

**WHEREFORE**, defendants, Venture Supply, Inc. and Porter Blaine Corporation, pray that their Motion to Dismiss pursuant to Fed. R. Civ. Pro. Rule 12 be granted, and that this Honorable Court dismiss the intervening plaintiffs' claims made in *Plaintiffs', Clifford Abromatts and Janice Worobec Omnibus Class Action Complaint in Intervention (II(C))* (Rec. Doc. 7182) as this Court does not have personal jurisdiction over Venture Supply, Inc. or Porter Blaine Corporation, and the Eastern District of Louisiana is an improper venue for any claims against Venture Supply, Inc. and Porter Blaine Corporation.

    Respectfully submitted,

/s/   Brett M. Bollinger
Brett M. Bollinger, LSBA #24303
Mark W. Verret, LSBA #23853
Dax C. Foster, LSBA #30506
Allen & Gooch
3900 North Causeway Boulevard
One Lakeway, Suite 1450
Metairie, Louisiana 70002
Telephone:  (504) 836-5285
Facsimile:   (504) 836-5289
Attorneys for Venture Supply, Inc. and Porter Blaine Corporation

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2012.

/s/   Brett M. Bollinger
Brett Bollinger