UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO.: 2:09-MD-02047<br><br>SECTION L |
| **This document relates to:** | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Laura Haya et.al. v. Taishan Gypsum Co., Ltd. et.al.*<br>Case No.: 11-1077 | * * | |

*********************************************************************

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant, BOARDWALK DRYWALL, INC. ("BOARDWALK"), has filed the attached Motion to Dismiss. **PLEASE TAKE FURTHER** NOTICE that the Motion will be submitted on April 11, 2012 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Respectfully submitted,

DERREVERE, HAWKES, BLACK & COZAD

*/s/ Bryan W. Black*

_____

BRYAN W. BLACK (#573868)
JON D. DERREVERE (#330132)
2005 Vista Parkway, Suite #210
West Palm Beach, FL  33411
Telephone:  561/684-3222
Facsimile:   561/640-3050
bwb@derreverelaw.com
fminchew@derreverelaw.com
**Counsel for BOARDWALK DRYWALL**

Page **1** of **2**

## CERTIFICATE OF SERVICE

      I hereby certify that that above and foregoing Boardwalk Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2012.

                                        */s/ Bryan W. Black*