# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Kenneth and Barbara Wiltz, et al.

    Plaintiff

vs.

Case No.: 2:10-cv-00361 (E.D.La.)

Beijing New Building Materials Public
Ltd. Co., et al.

    Defendant

_____/

## NOTICE OF APPEARANCE

    YOU ARE HEREBY NOTIFIED that Theodore Zelman of the law firm, Zelman & Hanlon, P.A., 5633 Naples Blvd., Naples, FL 34109, will appear on behalf of Defendant, Touchstone at Rapallo, Inc., and requests the Clerk of the above-styled Court to enter same, and further requests that copies of all future pleadings be directed to the undersigned attorney.

## CERTIFICATION OF SERVICE

    I hereby certify that the above and foregoing Notice of Appearance was served on Judy Y. Barrasso, Esq., Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, LL & E Tower, 909 Poydras Street, Suite 2400, New Orleans, LA 70112, Russ M. Herman, Esq., and Leonard A. Davis, Esq. Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113, Lynn C. Greer, Esq., BrownGreer, PLC, 115 S. 15th Street, Suite 400, Richmond, VA 23219, Robert Murray Johnston, Esq., Law Offices of Robert M. Johnston, LLC, 400 Poydras Street, Suite 2450, New Orleans, LA 70130, Kerry J. Miller, Esq., Frilot L.L.C., Energy Centre, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163-3700, and Phillip A. Wittman, Esq., Stone, Pigman, Walther, Wittman, LLC, 546 Carondelet Street, New Orleans, LA 70130-3588 Via Email and United States First Class Mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the Court of the United States District Court for the Eastern District of Louisana by using the CM/ECF System, which will send notification of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of March, 2012.

                                          /s/Theodore Zelman
                                    Theodore Zelman
                                    ZELMAN & HANLON, P.A.
                                    Attorneys for Defendant, Touchstone at Rapallo, Inc.
                                    Florida Bar No. 241741
                                    5633 Naples Boulevard
                                    Naples, Florida 34109
                                    (239) 598-3222/(239) 598-9002 Facsimile
                                    Email: ted@zelmanandhanlon.com