# CHRISTOVICH & KEARNEY, LLP

Attorneys At Law
Suite 2300, Pan American Life Center
601 Poydras Street   New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700      Fax: (504) 561-5743
www.christovich.com

KEVIN R. TULLY
Admitted to Practice in Louisiana and
Texas

504-593-4237  Direct Dial
504-544-6237  Direct Fax
krtully@christovich.com

March 19, 2012

*Via e-mail*

Thamir A.R. Kaddouri, Jr., Esquire
Law of Office of Thamir A.R. Kaddouri, Jr.,
3214 West Cypress Street
Tampa, Florida 33607

Re:   *Laura Haya, et al v. Taishan Gypsum Co., Ltd., et al*
      Case No: 2:11-cv-1-77, USDC E.D. Louisiana
      – And –
      *Kenneth Abel, et al v. Taishan Gypsum Co., Ltd.*, et al
      Case No: 2:11-cv-1-80, USDC E.D. Louisiana

Dear Thamir:

In light of the Order and Judgment American Building Materials, Inc.'s insurers New Hampshire Insurance Company and Granite State Insurance Company obtained in the United States District Court for the Middle District of Florida, in which the Judge determined the insurers had no indemnity or defense obligations to American Building Materials, Inc., for the claims asserted in this litigation, I have been instructed by those insurers to file the accompanying motions to withdraw in the *Abel* and *Haya* matters. Copies of those motions accompany this letter. I have also copied the attorneys at the firm Couhig Partners, LLC, which also appeared for American Building Materials, Inc. in the *Abel* matter as well as in the *Wiltz* matter, and which attorneys, I understand, dealt with the court-appointed mediator in connection with the mediator's contingent settlement offer to American Building Materials, Inc.

I attach Judge Fallon's Order dated March 14, 2011, along with a copy of the Court-appointed Mediator's Response to Court's Ordered dated March 8, 2012. Please note Judge Fallon has ordered attorneys, parties and the parties' insurers to meet with the Judge on **March 22, 2012,** starting at 10:00 a.m., in the United States District Court House for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.



Thamir A.R. Kaddouri, Jr.
March 19 2012
Page 2

      If you have any questions about this letter or the motions to withdraw, please give me a call.

                          Very truly yours,

                          Kevin R. Tully

KRT/slf

CC:    Jonathan Lemann w/enc.