UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * * | SECTION "L" |
| THIS DOCUMENT RELATES TO: LAURA HAYA, et al v. TAISHAN GYPSUM CO., et al. C.A. NO: 11-1077 (Omni IX)(E.D. La.) | * * * * | JUDGE FALLON |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the forgoing Motion to Withdraw as Counsel of Record filed by attorneys Kevin R. Tully, H. Carter Marshall, W. Nicholas Dietzen, IV and the law firm of Christovich & Kearney, LLC;

It is hereby Ordered that Kevin R. Tully, H. Carter Marshall, W. Nicholas Dietzen, IV the law firm of Christovich & Kearney, LLC, and Christy L. McMannen be and the same withdrawn as counsel of record for American Building Materials, Inc.

_____
**JUDGE ELDON E. FALLON**