UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-MD-02047 |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| Kenneth Abel, et al. v. Taishan, et al | * | JUDGE FALLON |
| CASE NO: 2:11-CV-080 | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Now into Court, through undersigned counsel, come attorneys Kevin R. Tully, H. Carter Marshall, W. Nicholas Dietzen, IV and the law firm of Christovich & Kearney, LLC, and state that they appeared as attorneys of record of American Building Materials, Inc., and now wish to withdraw as counsel of record for American Building Materials, Inc.[1]

Undersigned counsel appeared for, answered for, and represented American Building Materials, Inc. in this matter at the request of New Hampshire Insurance Company, a subsidiary of Chartis, and/or of Granite State Insurance Company, a subsidiary of New Hampshire Insurance Company, which provided undersigned defense counsel to American Building Materials, Inc. with full reservations of rights.

---

[1] At the time of the appearance, another attorney of Christovich & Kearney, LLP, Christy L. McMannen also appeared as counsel for American Building Materials, Inc. Ms. McMannen is no longer employed with Christovich & Kearney, LLP and undersigned counsel requests that Ms. McMannen be also withdrawn as attorney of record for American Building Materials, Inc.

Through separate counsel, New Hampshire Insurance Company and Granite State Insurance Company filed a Complaint for Declaratory Judgment in the United States District Court for the Middle District of Florida, Tampa Division, civil action number 8:10-cv-1542-T-24-EAJ, seeking clarification of coverage issues raised by the language of the New Hampshire Insurance Company and Granite State Insurance Company as to any defense and/or indemnity obligations *vis-à-vis* American Building Materials, Inc., KB Home, Inc., and KB Home Tampa, LLC.  *See* Complaint for Declaratory Judgment, exhibit "A."

The parties filed cross motions for summary judgment on the coverage issues and the duty to defend.  District Court Judge Susan C. Bucklew issued an Order on December 5, 2011, finding, *inter alia,* that New Hampshire Insurance Company and Granite State Insurance Company did not afford insurance coverage to American Building Materials, Inc. or to KB Home, Inc., or to KB Home Tampa, LLC, nor do those insurers have a duty to defend American Building Materials, Inc. or to KB Home, Inc., or to KB Home Tampa, LLC.  *See* Order, exhibit "B."  The Clerk of Court thereafter entered a Judgment in a Civil Case on December 6, 2011.  *See* Judgment in a Civil Case, exhibit "C."  American Building Materials, Inc. did not file a notice of appeal from that Judgment in a Civil Case and, therefore, the district court's Order and Judgment are final.

Pursuant to the now-final Order and Judgment, New Hampshire Insurance Company and Granite State Insurance Company Chartis instructed undersigned counsel to withdraw as attorneys for American Building Materials, Inc.

Undersigned counsel has written private counsel for American Building Materials, Inc., advising of this motion to withdraw and has advised private counsel for American Building Materials, Inc. of important court dates all as shown by the letter attached as exhibit "D" in accord with U.S. District Court – Eastern District L.R. 83.2.11.  Also pursuant to L.R. 83.2.11, undersigned counsel furnishes the name, address and phone number of private counsel for American Building Materials, Inc. as follows:

> Thamir A.R. Kaddouri, Jr.
> Esquire Law of Office of Thamir A.R. Kaddouri, Jr., T.A.
> 3214 West Cypress
> Street Tampa, Florida  33607
> (813) 879-5752

Finally, through another insurance carrier, Auto-Owners, other counsel has appeared for American Building Materials, Inc., in this matter, those attorneys being Robert E. Couhig, Jr., Jonathan P. Lemann, Jason A. Cavignac and Claire E. Pontier of the firm Couhig Partners, LLC.  *See* Notice of Appearance of Counsel, exhibit "E."  Undersigned counsel has mailed Mr. Couhig a copy of this motion to withdraw.

Wherefore, attorneys Kevin R. Tully, H. Carter Marshall, W. Nicholas Dietzen, IV and the law firm of Christovich & Kearney, LLC, pray that this Court issue an Order, granting the motion to withdraw attorneys Kevin R. Tully, H. Carter Marshall, W. Nicholas Dietzen, IV and the law firm of Christovich & Kearney, LLC, and attorney Christy L. McMannen as counsel of record for American Building Materials, Inc.

Respectfully Submitted:

*/s/Kevin R. Tully*

**KEVIN R. TULLY - #1627, T.A.**
**H. CARTER MARSHALL - #28136**
**W. NICHOLAS DIETZEN, IV -#31135**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

# CERTIFICATE

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP. 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by the Court's ECF System and/or email upon all parties by electronically uploading same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of court using the CM/ECF system which will automatically send email notification of such filing in accordance with the procedures established in MDL 2047.

*/s/ Kevin R. Tully*
**KEVIN R. TULLY**
**H. CARTER MARSHALL**
**W. NICHOLAS DIETZEN, IV**