Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd. et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Adams Homes of Northwest Florida, Inc.
Court Case No. 11-1077 Section L

State of: **Florida** ) ss.
County of: **Escambia** )

**Name of Server:** Gayle Meade , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 12-Jul-2011 04:50 pm

**Place of Service:** at 3000 Gulf Breeze Parkway , city of Gulf Breeze , state of FL

**Documents Served:** the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Adams Homes of Northwest Florida, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is
Shelly Sepelvuda, Office Manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  F  ; Skin Color  white  ; Hair Color  brown  ; Facial Hair  N/A
Approx. Age  30  ; Approx. Height  5'03"  ; Approx. Weight  120

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

/s/ Gayle Meade
Signature of Server

Subscribed and sworn to before me this _19_ day of _July_ , 20_11_

Notary Public                    (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

AMBER BROWNLEE
MY COMMISSION # EE 049158
EXPIRES: January 1, 2015
Bonded Thru Notary Public Underwriters