Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0347

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Amerisouth, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14th day of July, 20 11, at 5:40 o'clock P M

**Place of Service:** at 3942 SE 9th Court, in Cape Coral, FL  33904

**Documents Served:** the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Amerisouth, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of a spouse of Registered Agent, whose name and title is: Barbara Intorcia, spouse of the Registered Agent Joseph Intorcia (residential address)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Blonde ; Facial Hair ___
Approx. Age 70-75 ; Approx. Height 5'3" ; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray #157153
Signature of Server

Subscribed and sworn to before me this 20th day of July, 20 11

Traci A. DeSalvo  10/22/11
Notary Public         (Commission Expires)

APS International, Ltd.

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3253