| | |
|---|---|
| Laura Haya, et. al., Plaintiff(s)<br>vs.<br>Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 111412-0353

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--B&B Stucco, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )
Name of Server: __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __6th__ day of __July__, 20 __11__, at __11:15__ o'clock __A__ M

Place of Service: at __12244 Treeline Avenue # 2__, in __Fort Myers, FL  33913__

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**B&B Stucco, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Carolyn Bowe, Registered Agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blond__ ; Facial Hair ____
Approx. Age __55__ ; Approx. Height __5'2"__ ; Approx. Weight __200__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __13th__ day of __July__, 20 __11__

Signature of Server  #15715 4
Notary Public   (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3283