Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0491

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Co. Fort Myers, LLC, c/o GY Corporate Services, Inc.

Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8th** day of **July**, 20 **11**, at **10:35** o'clock **A** M

Place of Service: at **Two South Biscayne Blvd., Ste. 3400**, in **Miami, FL  33131**

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Co. Fort Myers, LLC, c/o GY Corporate Services, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Raymond Miller V.P.**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **55** ; Approx. Height **6'3** ; Approx. Weight **200**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **8** day of **July**, 20 **11**

Notary Public     (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013