## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al. | * | |
| VS. | * | |
| KNAUF GIPS, et al. | * | |
| CASE NO. 2:09-cv-7628 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

CONSIDERING THE FOREGOING Joint Motion to Withdraw and Substitute Counsel for Craftmaster, LLC:

IT IS HEREBY ORDERED that Keely Y. Scott, Leigh F. Groves, and Catherine S. St. Pierre, and the law firm of Crawford Lewis, P.L.L.C. are permitted to withdraw as counsel of record; and

IT IS FURTHER ORDERED that Jerry L. Saporito, Amanda W. Vonderhaar, and the law firm of Leake & Andersson, LLP are substituted as counsel of record for Craftmaster, LLC in the above-captioned proceedings.

New Orleans, Louisiana, this the _____ day of _____, 2012.

_____
United States District Judge