UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al. VS. KNAUF GIPS, et al. CASE NO. 2:09-cv-7628 | * * * * | |

************************************

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes defendant, D&B FRAMING, INC., who respectfully moves this Honorable Court for an order allowing Keely Y. Scott, Leigh F. Groves, and Catherine S. St. Pierre, and the law firm of Crawford Lewis, P.L.L.C. to withdraw as counsel of record, and allowing Jerry L. Saporito, Amanda W. Vonderhaar, and the law firm of Leake & Andersson, LLP to be substituted as counsel of record for D&B Framing, Inc. in the above-captioned matter. The requested withdrawal and substitution will not alter or delay any scheduled matters or deadlines, nor will it prejudice any party.

WHEREFORE, D&B Framing, Inc. prays that Keely Y. Scott, Leigh F. Groves, and Catherine S. St. Pierre, and the law firm of Crawford Lewis, P.L.L.C. be withdrawn as counsel of record, that Jerry L. Saporito, Amanda W. Vonderhaar, and the law firm of Leake & Andersson, LLP be allowed to enroll as counsel of record on behalf of D&B Framing, Inc. in these proceedings, and that the Court's records be changed to reflect the same.

Respectfully Submitted:

**CRAWFORD LEWIS, P.L.L.C.**

By: _____
Keely Y. Scott (#23932)
Leigh F. Groves (#23737)
Catherine S. St. Pierre (#18419)
450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, LA  70821
Telephone: (225) 343-5290
Facsimile: (225) 383-5508

**LEAKE & ANDERSSON, LLP**

By: _____
Jerry L. Saporito, T.A. (#11717)
E-mail: jsaporito@leakeandersson.com
Amanda W. Vonderhaar (#31350)
E-mail: avonderhaar@leakeanderrson.com
1100 Poydras Street, Suite 1700
New Orleans, LA  70163-1701
Telephone: (504) 585-7500
Facsimile: (504) 585-7775

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion to Withdraw and Substitute Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail, e-mail or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2012.

By: _____
Counsel