UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047<br><br>SECTION L |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) ) | |
| | ) | MAG. JUDGE WILKINSON |
| **ALL CASES** | ) ) | |

**ALL FLORIDA DRYWALL SUPPLIES, INC.'S MOTION FOR RELIEF FROM ORDER REQUIRING ATTENDANCE AT MARCH 22, 2012 STATUS CONFERENCE**

     Defendant ALL FLORIDA DRYWALL SUPPLIES, INC. (hereinafter "All Florida"), by and through its undersigned counsel, hereby moves the Court for an Order excusing All Florida's corporate representative from attendance at the Court's scheduled status conference on March 22, 2012, which would otherwise be required pursuant to the Court's March 14, 2012 Order (Rec. Doc. 12935), and states in support thereof as follows:

     1.     All Florida is aware of this Court's Order dated March 14, 2012, requiring all parties that have not to date accepted the Court-Appointed Mediator's contingent settlement offer to be represented in person by both counsel and a representative of the party at the March 22, 2012 status conference for this litigation.

     2.     All Florida voluntarily dissolved on May 22, 2009. *See* Articles of Dissolution, attached hereto as Exhibit "A"; Affidavit of Deborah Harrell, attached hereto as Exhibit "B." As such, All Florida has no current officers, directors, employees or other persons to attend the subject status conference.

     3.     Deborah Harrell is the former President of All Florida. *See* Affidavit of Deborah Harrell, attached hereto as Exhibit "B."

4.	Deborah Harrell does not have the finances to travel to New Orleans, Louisiana, to appear before this Court on May 22, 2012, for the scheduled status conference, nor is she currently an officer, director, or employee of All Florida.  *See* Affidavit of Deborah Harrell, attached hereto as Exhibit "B."

5.	Counsel for All Florida, as well as representatives of its insurers, will be in attendance at the March 22, 2012 status conference on behalf of All Florida.

WHEREFORE, All Florida respectfully requests that this Honorable Court enter an Order excusing All Florida's corporate representative from attendance at this Court's March 22, 2012 Chinese drywall status conference.

Respectfully submitted,

*/s/Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
Elizabeth J. Ferry
Fla. Bar No. 43823
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2012.

*Edward J. Briscoe*
Edward J. Briscoe