# ARTICLES OF DISSOLUTION

Pursuant to section 607.1403, Florida Statutes, this Florida profit corporation submits the following articles of dissolution:

**FIRST:** The name of the corporation as currently filed with the Florida Department of State:

**All Florida Drywall Supplies, Inc.**

**SECOND:** The document number of the corporation (if known): **P06000144471**

**THIRD:** The date dissolution was authorized: **5/22/09**

Effective date of dissolution if applicable: **5/22/09**
(no more than 90 days after dissolution file date)

**FOURTH:** Adoption of Dissolution (CHECK ONE)

[✓] Dissolution was approved by the shareholders. The number of votes cast for dissolution was sufficient for approval.

[ ] Dissolution was approved by the shareholders through voting groups.

*The following statement must be separately provided for each voting group entitled to vote separately on the plan to dissolve:*

The number of votes cast for dissolution was sufficient for approval by

_____
(voting group)

Signature: *Deborah F. Harrell*
(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary, by that fiduciary)

**Deborah Harrell**
(Typed or printed name of person signing)

**President**
(Title of person signing)

*[Stamp: SECRETARY OF STATE TALLAHASSEE FLORIDA — FILED 09 MAY 29 AM 11:34]*

**Filing Fee: $35**

**EXHIBIT A**