UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   MDL No. 2047
PRODUCTS LIABILITY LITIGATION         Section L

This Document Relates to               JUDGE FALLON
ALL CASES                              MAG. JUDGE WILKINSON

## AFFIDAVIT OF DEBORAH HARRELL

STATE OF FLORIDA            )
COUNTY OF HILLSBOROUGH      )

1. My name is Deborah Harrell. I am over the age of twenty-one (21) years, of sound mind, and I have personal knowledge of the matters and facts contained in this affidavit.

2. I was the President of All Florida Drywall Supplies, Inc., for the duration of that corporation's existence.

3. All Florida Drywall Supplies, Inc. voluntarily dissolved on May 22, 2009.

4. All Florida Drywall Supplies, Inc. currently has no assets.

5. Due to financial hardship, I am unable to travel to New Orleans to attend the hearing before the Court in the above-referenced matter scheduled for March 22, 2012.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Deborah Harrell

Sworn to and subscribed before me this __19__ day of __March__, 2012 by Deborah Harrell, who is _✓_ personally known to me or who has produced _____ as identification.

_____
NOTARY PUBLIC
My Commission Expires: _9/25/14_

CONNIE SCHWAB
MY COMMISSION # EE 121259
EXPIRES: September 25, 2014
Bonded Thru Budget Notary Services


EXHIBIT B