UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047 SECTION L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: **ALL CASES** | ) ) ) ) | MAG. JUDGE WILKINSON |

### ORDER ON ALL FLORIDA DRYWALL SUPPLIES, INC.'S MOTION FOR RELIEF FROM ORDER REQUIRING ATTENDANCE AT MARCH 22, 2012 STATUS CONFERENCE

The Court, having considered All Florida Drywall Supplies, Inc.'s Motion for Relief from Order Requiring Attendance at March 22, 2012 Status Conference filed in the instant action, hereby ORDERS that the Defendant's Motion is GRANTED. All Florida's corporate representative is hereby excused from attendance at the March 22, 2012 Chinese drywall status conference. All Florida may be represented at said hearing solely by its counsel.

SO ORDERED in New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE