UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al.<br>VS.<br>KNAUF GIPS, et al.<br>CASE NO. 2:09-cv-7628 | * * * * | |

**************************************

## ORDER

CONSIDERING THE FOREGOING Joint Motion to Withdraw and Substitute Counsel for Oak Tree Homes, Inc.:

IT IS HEREBY ORDERED that Keely Y. Scott, Leigh F. Groves, and Catherine S. St. Pierre, and the law firm of Crawford Lewis, P.L.L.C. are permitted to withdraw as counsel of record; and

IT IS FURTHER ORDERED that Jerry L. Saporito, Amanda W. Vonderhaar, and the law firm of Leake & Andersson, LLP are substituted as counsel of record for Oak Tree Homes, Inc. in the above-captioned proceedings.

New Orleans, Louisiana, this the ____ day of _____, 2012.

_____
United States District Judge