Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0503

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:

--Centerline Homes Construction, Inc.
Court Case No. 11-1077 Section L

State of: __Florida__ ) ss.
County of: __BROWARd__ )
Name of Server: __Felix Onate__, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**  that on the __13__ day of __July__, 20 __11__, at __11:35__ o'clock __A__ M

**Place of Service:**  at __825 Coral Ridge Dr.__, in __Coral Springs, FL  33071__

**Documents Served:**  the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:**  A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes Construction, Inc.**

**Person Served, and Method of Service:**  By delivering them into the hands of an officer or managing agent whose name and
title is: __Diane Jordan  Exec. Ast.__

**Description of Person Receiving Documents:**  The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair ____
Approx. Age __50__ ; Approx. Height __5'7__ ; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**  Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Felix Onate_
Signature of Server

Subscribed and sworn to before me this
__18__ day of __July__, 20 __11__

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949369
Expires 01/21/2014