Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0505

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes at Tradition, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **BROWARD** )

**Name of Server:** **Felix Onate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **13** day of **July**, 20**11**, at **11:35** o'clock **A** M

**Place of Service:** at **825 Coral Ridge Dr.**, in **Coral Springs, FL 33071**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes at Tradition, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Diane Jordan Exec. Ast.**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair ____
Approx. Age **50**; Approx. Height **5'7**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Felix Onate*
Signature of Server

Subscribed and sworn to before me this **15** day of **July**, 20**11**

(Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014

**APS International, Ltd.**