Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0287

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Central Drywall Contractors, Incorporated
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Jamie Snyder, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6 day of July, 20 11, at 4:10 o'clock P M

**Place of Service:** at 10714 Florence Avenue, Ste. A, in Thonotosassa, FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Central Drywall Contractors, Incorporated

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Robert Wicker, Treasurer

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color Cauc ; Hair Color Brown ; ~~Facial Hair~~ Gray
Approx. Age 50 ; Approx. Height 6'2" ; Approx. Weight 220 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Jamie Snyder*
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 11 day of July, 20 11

*[Notary signature]*
Notary Public    (Commission Expires)

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters