Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0367

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Chase Construction, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 6th day of July, 20 11, at 10:25 o'clock A M

Place of Service: at 1714 Cape Coral Pkwy E, in Cape Coral, FL  33904

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Chase Construction, Inc**

Person Served, and Method of Service: By delivering them into the hands of a Assistant whose name and title is: Patricia Kelly as assistant to the Registered Agent Robert Burandt, Esq.

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair _____
Approx. Age 50-55; Approx. Height 5'7" ; Approx. Weight 155

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 13th day of July, 20 11

Signature of Server #157153

Notary Public  10/22/11  (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3305