Case 2:09-md-02047-EEF-MBN   Document 13036   Filed 03/19/12   Page 1 of 1

Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0369

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Comfort Home Builders, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Donald Skipper II, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6th day of July, 20 11, at 8:00 o'clock P M

**Place of Service:** at 1686 Lakeview Terrace, in North Fort Myers, FL 33903

**Documents Served:** the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Comfort Home Builders, Inc

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: James Gordon, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown/Balding ; Facial Hair ____
Approx. Age 55 ; Approx. Height 5'8" ; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Donald Skipper II #15719T
Signature of Server

Subscribed and sworn to before me this 20th day of July, 2011

Traci A. DeSalvo   10/22/11
Notary Public   (Commission Expires)

**APS International, Ltd.**


TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc.

3268