Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0371

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Coral Plastering & Wall Systems, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9th** day of **July**, 20 **11**, at **1:45** o'clock **P** M

Place of Service: at **3801 Sand Road**, in **Cape Coral, FL 33993**

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Coral Plastering & Wall Systems, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Greg Alspaugh, President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Brown**; Facial Hair ____
Approx. Age **35-40**; Approx. Height **5'9"**; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Gray* #157153
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **19th** day of **July**, 20 **11**
*Traci A DeSalvo* 10/22/11
Notary Public    (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3275