Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 111412-0149

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Donald Wayne Tindle
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: ALABAMA ) ss.
County of: BALDWIN )

Name of Server: NORRIS ARMSTRONG, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 13 day of July, 20 11, at 11:25 o'clock A M

Place of Service: at 43241 State Hwy, in Bay Minette ~~26692 Dean Court North~~  ~~Daphne, AL 36526~~

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Donald Wayne Tindle**

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of JAMES TINDLE (BROTHER), a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Donald Wayne Tindle** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BLACK/GREY; Facial Hair YES
Approx. Age 40 ; Approx. Height 5'11" ; Approx. Weight 185

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 15th day of July, 20 11

Signature of Server
Notary Public  (Commission Expires)

**APS International, Ltd.**