Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0171

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--DSG Construction, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Virginia_ ) ss.
County of: _City of Norfolk_ )

Name of Server: _Ryan Rodriguez_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _12th_ day of _July_, 20 _11_, at _1:17_ o'clock _P_ M

Place of Service: at 4893 Blackwater Road, in Virginia Beach, VA 23457
_Served at 128 Tilden Avenue, suite B, Chesapeake, VA 23320_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**DSG Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _David Gregory  Owner_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _45_ ; Approx. Height _5'10"_ ; Approx. Weight _185 lbs_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _12th_ day of _July_, 20 _11_
_4-30-2014_
Notary Public    (Commission Expires)

APS International, Ltd.

