Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0295

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--European Quality Builders, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

**Name of Server:** **Sean Segel**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7** day of **July**, 20 **11**, at **2:00** o'clock **P** M

**Place of Service:** at **2018 E. 7th Avenue**, in **Tampa, FL 33605**

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**European Quality Builders, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Thomas Martino Jr. - Officer - Auth. to Accept**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc**; Hair Color **Brown**; ~~Facial Hair~~
Approx. Age **35**; Approx. Height **5'9"**; Approx. Weight **200 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **11** day of **July**, 20 **11**

Notary Public     (Commission Expires)

**APS International, Ltd.**

JAMIE SNYDER
Commission # DD069851?
JAMIE SNYDER
Commission # DD069851? through
Expires 7/24/2011
Bonded through
(800-432-4254) Florida Notary Assn., Inc.