Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0375

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Excel Construction of S.W. Florida, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7th** day of **July**, 20 **11**, at **6:25** o'clock **P** M

**Place of Service:** at **2217 SW 43rd Street**, in **Cape Coral, FL 33914**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Excel Construction of S.W. Florida, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Anthony Stirp, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Red**; Facial Hair ___
Approx. Age **45-50**; Approx. Height **5'10"**; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barbara Gray_ #15153
Signature of Server

Subscribed and sworn to before me this **15th** day of **July**, 20 **11**

_Traci A. DeSalvo_ 10/22/11
Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
Comm# DD0727625
Expires 10/22/2011
Florida Notary Assn., Inc

3236