Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0163

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulf Coast Shelter, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _ALABAMA_ ) ss.
County of: _MOBILE_ )

Name of Server: _Norris Armstrong_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _14_ day of _July_, 20 _11_, at _11:15_ o'clock _A_ M

Place of Service: at  150 Government Street, Suite 2000 , in  Mobile, AL 36602

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Gulf Coast Shelter, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: _JAMES B NEWMAN   DEPUTISED AGENT ATTORNEY_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _GREY_ ; Facial Hair _NO_
Approx. Age _60_ ; Approx. Height _5'10"_ ; Approx. Weight _175_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _15th_ day of _July_, 20 _11_

Notary Public           (Commission Expires)

**APS International, Ltd.**