Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0381

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hansen Homes of South Florida, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __6th__ day of __July__, 20 __11__, at __10:59__ o'clock __A__ M

Place of Service: at __1436 SE 16th Place__, in __Cape Coral, FL  33990__

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hansen Homes of South Florida, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer: __Manager__ whose name and title is: __Tracey Hansen, Office Manager__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair _____
Approx. Age __25-30__ ; Approx. Height __5'0"__ ; Approx. Weight __125__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__  #15715_
Signature of Server

Subscribed and sworn to before me this __13th__ day of __July__, 20 __11__

__Traci A. DeSalvo__  10/22/11
Notary Public   (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

**APS International, Ltd.**

3298