UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al. VS. KNAUF GIPS, et al. CASE NO. 2:09-cv-7628 | * * * * | |

**************************************

## ORDER

CONSIDERING THE FOREGOING Joint Motion to Withdraw and Substitute Counsel for Calmar Construction Company, Inc.:

IT IS HEREBY ORDERED that Keely Y. Scott, Leigh F. Groves, and Catherine S. St. Pierre, and the law firm of Crawford Lewis, P.L.L.C. are permitted to withdraw as counsel of record; and

IT IS FURTHER ORDERED that Jerry L. Saporito, Amanda W. Vonderhaar, and the law firm of Leake & Andersson, LLP are substituted as counsel of record for Calmar Construction Company, Inc. in the above-captioned proceedings.

New Orleans, Louisiana, this the 19th day of _____March_____, 2012.

                                                                               _____
                                                                               United States District Judge