| | |
|---|---|
| Laura Haya, et. al., Plaintiff(s)<br>vs.<br>Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 111412-0385

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Island Coast Drywall and Stucco, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Mark Hritz, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 6th day of July, 20 11, at 10:23 o'clock AM

Place of Service: at 3451 Bonita Bay Blvd, Ste 200, in Bonita Springs, FL 34134

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Island Coast Drywall and Stucco, LLC**

Person Served, and Method of Service: By delivering them into the hands of a Legal Assistant, whose name and title is: Trisa Mena, Legal Assistant

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown/Blonde ; Facial Hair
Approx. Age 20's ; Approx. Height 5'5" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157600

Subscribed and sworn to before me this 13th day of July, 2011
Traci A. DeSalvo  10/22/11
Notary Public   (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3238