Laura Haya, et. al., Plaintiff(s)
    vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0441

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J. Helm Construction, Inc., dba Sundown Development
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

**State of:** FLORIDA ) ss.
**County of:** PALM BEACH )

**Name of Server:** MICHAEL ROCCO , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9TH day of JULY , 20 11 , at 12:40 o'clock P. M

**Place of Service:** at 8297 SE County Estates Way , in Jupiter, FL 33458

**Documents Served:** the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
J. Helm Construction, Inc., dba Sundown Development

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: MR. J. HELMS, OWNER

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BLACK ; Facial Hair _____
Approx. Age 60 ; Approx. Height 5'9" ; Approx. Weight 175

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
11 TH day of JULY , 20 11

JONATHAN LEVY
Notary Public (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.