Laura Haya, et. al., Plaintiff(s)
                vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et.
al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0303

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--J.B.C. Builders, Inc.
Court Case No. 11-1077 Section L

---

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: FLORIDA                        ) ss.
County of: Hillsborough          )

**Name of Server:** Shanna L Segel , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of July , 20 11 , at 9:00 o'clock A M

**Place of Service:** at  11708 Palmer Drive , in  Tampa, FL  33624

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**J.B.C. Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: Gerald Martinez Reg. Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color Tan ; Hair Color Brown-Gray ; Facial Hair Glasses
Approx. Age 55 ; Approx. Height 5'7" ; Approx. Weight 240 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
29 day of July 20 11

Signature of Server

Notary Public          (Commission Expires)

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters