UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-MD-02047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: Kenneth Abel, et al. v. Taishan, et al CASE NO:  2:11-CV-080 | * * * | JUDGE FALLON |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

Considering the forgoing Motion to Withdraw as Counsel of Record filed by attorneys Kevin R. Tully, H. Carter Marshall, W. Nicholas Dietzen, IV and the law firm of Christovich & Kearney, LLC;

It is hereby Ordered that Kevin R. Tully, H. Carter Marshall, W. Nicholas Dietzen, IV the law firm of Christovich & Kearney, LLC, and Christy L. McMannen be and the same withdrawn as counsel of record for American Building Materials, Inc.

New Orleans, Louisiana this 19th day of March, 2012.

**JUDGE ELDON E. FALLON**