| | |
|---|---|
| Laura Haya, et. al., Plaintiff(s)<br>vs.<br>Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 111412-0391

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Karr Drywall, Inc

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Court Case No. 11-1077 Section L

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __July__, 20 __11__, at __12:15__ o'clock __P__ M

**Place of Service:** at __3550 Work Drive, Ste B-9__, in __Fort Myers, FL  33916__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Karr Drywall, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer, manager t whose name and title is: __Gloria Vasquez, Office Manager__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __tan__; Hair Color __Black__; Facial Hair ____
Approx. Age __60__; Approx. Height __5'0"__; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Raymond V Laakso_  #157154
Signature of Server

Subscribed and sworn to before me this __13th__ day of __July__, 20 __11__

_Traci DeSalvo_ 10/22/11
Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3271