Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0393

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Legend Custom Builders, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 11th day of July, 20 11, at 11:30 o'clock A M

Place of Service: at Forrester, Hart Belisle & Whitaker, PL
1429 Colonial Blvd, Ste 201, in Fort Myers, FL  33907

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Legend Custom Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of a Receptionist whose name and title is: Dee Schullian, Receptionist at Forrester, Hart, Belisle & Whitaker, PL

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Gray ; Facial Hair ___
Approx. Age 70 ; Approx. Height 5'0" ; Approx. Weight 110 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Raymond V Laakso
Signature of Server  #157154

Subscribed and sworn to before me this 15th day of July, 20 11
Traci A DeSalvo   10/22/11
Notary Public   (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

**APS International, Ltd.**

3279