UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

**<u>PRETRIAL ORDER NO. 8B</u>**

In accordance with Pretrial Order No. 8A, the Court received a number of requests for

appointment and reappointment to the Plaintiffs' Steering Committee.  All applicants are talented

and accomplished individuals, but because efficiency dictates that the Committee be a

manageable size, the Court appoints the following counsel to the Committee for a one year term,

to begin the date of this Order:

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway, Suite B<br>Laplace, LA 70068<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445 |
| Daniel K. Bryson<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0431<br>Fax: (919) 981-0431 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7090<br>Fax: (850) 436-6091 | Robert C. Josefsberg<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382 |

Hugh P. Lambert
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931

Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663

Gerald E. Meunier
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 522-2304
Fax: (504) 528-9973

Jerrold Seth Parker
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055

James Robert Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630

Christopher Seeger
1 William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799

Richard J. Serpe
580 East Main Street, Suite 310
Norfolk, VA 23510
Phone: (757) 233-0009
Fax: (757) 233-0455

Bruce William Steckler
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 523-6674
Fax: (214) 520-1181

Scott Weinstein
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836

Victor M. Diaz, Jr.
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928

Additionally, the Court re-appoints Plaintiffs' Liaison Counsel, Russ Herman, as an ex-officio

member of the Committee and Arnold Levin as lead counsel.  All members of Committee are

charged with the responsibilities outlined in Pretrial Order No. 8.


New Orleans, Louisiana, this  19th  day of March 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

-2-