Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0311

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Malphus and Sons
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** SEAN SEGEL , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5 day of July , 20 11 , at 7:28 o'clock p M

**Place of Service:** at 17705 Crystal Cove Place , in Lutz, FL 33549

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Malphus and Sons**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: Wilbert Malphus —President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color Black ; Hair Color Black ; Facial Hair
Approx. Age 55 ; Approx. Height 5'8" ; Approx. Weight 180 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this
11 day of July , 20 11

Notary Public          (Commission Expires)

**APS International, Ltd.**

JAMIE SNYDER
Commission # DD0698515
Expires 7/24/2011
Bonded through
(954) Florida Notary Assn., Inc.