Service of Process by



Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Meritage Homes of Florida, Inc.
Court Case No. 11-1077 Section L

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** James A. Aloi, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 27-Jun-2011 10:28 am

**Place of Service:** at 1201 Hays Street, city of Tallahassee, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Meritage Homes of Florida, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is
**Joyce Manckley, Process Clerk**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex  F ; Skin Color  **white** ; Hair Color  **black** ; Facial Hair  N/A
Approx. Age  40 ; Approx. Height  5'08" ; Approx. Weight  151

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

8-1-11
Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this
_1_ day of _Aug_, 20_11_

Notary Public       (Commission Expires)

APS File: 111412-119



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019