Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0397

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Paul Homes, Inc, a/k/a Management Services of Lee County, Inc

Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **6th** day of **July**, 20 **11**, at **10:33** o'clock **A** M

Place of Service: at **4524 SE 16th Place, #2C**, in **Cape Coral, FL  33904**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Paul Homes, Inc, a/k/a Management Services of Lee County, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Linda Paul, Vice President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Blonde**; Facial Hair ___
Approx. Age **50-55**; Approx. Height **5'4"**; Approx. Weight **155**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Gray* #15753
Signature of Server

Subscribed and sworn to before me this 13th day of **July**, 20 **11**
*Traci A. DeSalvo*  10/22/11
Notary Public    (Commission Expires)

TRACI A. DESALVO
Comm# DD727525
Expires 10/22/2011

**APS International, Ltd.**

3234