Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0269

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Quality Builders of North Florida, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Hamilton_ )

**Name of Server:** _James L. Silcox_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8th_ day of _July_, 20_11_, at _12:02_ o'clock _P_ M

**Place of Service:** at _3993_ ~~3595~~ NW 76 Lane, in Jennings, FL 32053

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Quality Builders of North Florida, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Lynette Wiser / Sister in Law to Paul Wiser / Pres. Quality Builders_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Wht_ ; Hair Color _Gry_ ; Facial Hair _No_
Approx. Age _60_ ; Approx. Height _5'7_ ; Approx. Weight _160_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ James L. Silcox_
Signature of Server

Subscribed and sworn to before me this _11_ day of _July_, 20_11_

_/s/ Jo F. Anderson_
Notary Public    (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jo F. Anderson
Commission # DD912570
Expires: SEP. 18, 2013
BONDED THRU ATLANTIC BONDING CO., INC.