Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0317

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Radd Builders, Inc.
Court Case No. 11-1077 Section L

State of: _Florida_ ) ss.
County of: _Hillsborough_ )

Name of Server: _Jamie Snyder_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _12_ day of _July_, 20_11_, at _12:30_ o'clock _P_ M

Place of Service: at _206 Mason Street_, in _Brandon, FL 33511_

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Radd Builders, Inc.**  _c/o Michael S Edenfield, Reg. Agent_

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Peggy Harwood Employee Auth. to Accept_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc._ ; Hair Color _Blond_ ; ~~Facial Hair~~
Approx. Age _40_ ; Approx. Height _5'8"_ ; Approx. Weight _210 lbs_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Jamie Snyder_
Signature of Server

Subscribed and sworn to before me this _15_ day of _July_, 20_11_

Notary Public          (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 697202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters