Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0403

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Ramos Builders, Inc
Court Case No. 11-1077 Section L

---

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: ___Florida___ ) ss.
County of: ___Lee___ )

**Name of Server:** ___Barbara Gray___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __11th__ day of __July__, 20 __11__, at __7:42__ o'clock __P__ M

**Place of Service:** at __5358 Mayfair Court__, in __Cape Coral, FL  33904__

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Ramos Builders, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Nancy F. Ramos, President / Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Blonde__; Facial Hair _____
Approx. Age __45-50__; Approx. Height __5'4"__ ; Approx. Weight __130__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __11th__ day of __July__, 20 __11__

_Barbara Gray_
Signature of Server  #157153

_Traci A. DeSalvo_ 10/22/11
Notary Public        (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD727528
Expires 10/22/2011

3293