Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0249

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ray Horvath Drywall, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _FLORIDA_ ) ss.
County of: _OKEECHOBEE_ )

**Name of Server:** _GREGORY GERNAT_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5_ day of _JULY_, 20 _11_, at _7:18_ o'clock _A_ M

**Place of Service:** at 10155 NE 101st Street, in Okeechobee, FL 34972

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Ray Horvath Drywall, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _RAY HORVATH, REGISTERED AGENT_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _GRAY_; Facial Hair _N_
Approx. Age _65_; Approx. Height _5'10"_; Approx. Weight _240_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Gregory Gernat_
Signature of Server
PS06-17

Subscribed and sworn to before me this _5th_ day of _July_, 20 _11_

_Lucellia I. Wheaton_
Notary Public      (Commission Expires)

LUCELLIA I. WHEATON
MY COMMISSION # DD749604
EXPIRES: January 16, 2012
Fl. Notary Discount Assoc. Co.
1-800-3-NOTARY

**APS International, Ltd.**