Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0183

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Residential Concepts, Ltd.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VIRGWA ) ss.
County of: City of Norfolk )
Name of Server: Brian Noth, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 8th day of July, 20 11, at 4:25 o'clock P M

Place of Service: at 4525 South Boulevard, Suite 300, in Virginia Beach, VA 23452

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Residential Concepts, Ltd.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Robert E. Rolott, Registered agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Red ; Facial Hair No
Approx. Age 60 ; Approx. Height 5'11" ; Approx. Weight 170 lbs.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 8th day of July, 20 11
4-30-2014
Notary Public   (Commission Expires)

Signature of Server

APS International, Ltd.

