Laura Haya, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**

**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0479

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Sterling Communities at Talavera, LLC., c/o Duboser & Perrz, P.A.

Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: FLORIDA _____ ) ss.

County of: PALM BEACH _____ )

**Name of Server:** MICHAEL ROCCO _____ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __8 TH__ day of __JULY__ , 20 __11__ , at __4:05__ o'clock __P.__ M

**Place of Service:** at __1800 N. Military Trail, #470__ , in __Boca Raton, FL  33436__

**Documents Served:** the undersigned served the documents described as:

Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:

**Sterling Communities at Talavera, LLC., c/o Duboser & Perrz, P.A.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: LORI GUZMAN, PARALEGAL / AUTHORIZED EMPLOYEE

**Description of Person Receiving Documents:** The person receiving documents is described as follows:

Sex __F__ ; Skin Color __WHITE__ ; Hair Color __BLACK__ ; Facial Hair _____

Approx. Age __25__ ; Approx. Height __5'4"__ ; Approx. Weight __125__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO _~signature~_

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this

__11 TH__ day of __JULY__ , 20 __11__

JONATHAN LEVY

Notary Public _____ (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires:  MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.