Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0331

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Steven R. Carter, Inc., c/o Thomas P. Fox, P.A.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: Christinia Therien, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 6 day of July, 20 11, at 9:45 o'clock A M

Place of Service: at 3825 Henderson Blvd., Ste. 604, in Tampa, FL 33602

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Steven R. Carter, Inc., c/o Thomas P. Fox, P.A.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Beverly Kennington Paralegal Auth. To Accept

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Cauc. ; Hair Color Blond ; ~~Facial Hair~~
Approx. Age 45 ; Approx. Height 5'3" ; Approx. Weight 180 lbs

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 11 day of July, 20 11

Notary Public          (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters