Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0151

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Swift Supply, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ALABAMA ) ss.
County of: ESCAMBIA )

**Name of Server:** LARRY GROSS, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7 day of JULY, 20 11, at 9:40 o'clock A M

**Place of Service:** at 1450 Swift Mill Road, in Atmore, AL 36504

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Swift Supply, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: LAURA STACEY, AUTHORIZED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color GRY ; Facial Hair ___
Approx. Age 55 ; Approx. Height 5'3" ; Approx. Weight 110

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Larry Gross
Signature of Server

Subscribed and sworn to before me this 8 day of JULY, 20 11

_____  5/21/14
Notary Public    (Commission Expires)

**APS International, Ltd.**