Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0337

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--TFH Corp.
Court Case No. 11-1077 Section L

State of: _Florida_ ) ss.
County of: _Hillsborough_ )

**Name of Server:** _Edward Scott_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _6th_ day of _July_, 20 _11_, at _8:3_ o'clock _P_ M

**Place of Service:** at _3634 Swans Landing Drive_, in _Land O Lakes, 34639_

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**TFH Corp.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Zack Tripp / Co-Resident to Douglas Tripp as President_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _____
Approx. Age _16_ ; Approx. Height _5' 10"_; Approx. Weight _170_
To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

Date
_7/25/11_

**APS International, Ltd.**

Subscribed and sworn to before me this _25th_ day of _July_, 20 _11_

_signature_
Notary Public

(Commission Expires)
_3/2/13_

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters