Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0261

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Haskell Company
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **DUVAL** )

**Name of Server:** **DENNIS BARTOLUCCI**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8** day of **July**, 20 **11**, at **11:50** o'clock **A** M

**Place of Service:** at **111 Riverside Avenue**, in **Jacksonville, FL 32231**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The Haskell Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **VANESSA McMILLAN (MANAGER) CORPORATE**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **BLONDE**; Facial Hair **0**
Approx. Age **55**; Approx. Height **5'6"**; Approx. Weight **150**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_
APS International, Ltd.

Subscribed and sworn to before me this **9** day of **July**, 20 **11**

_Jacqueline McCarty_  April 11 2014
Notary Public        (Commission Expires)

JACQUELINE MCCARTY
MY COMMISSION #DD980577
EXPIRES: APR 11, 2014
Bonded through 1st State Insurance