Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0213

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The St. Joe Company
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Walton )

**Name of Server:** James Ingle, Jr., undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13 day of July, 20 11, at 2:35 o'clock P M

**Place of Service:** at 133 South Watersound Parkway, in Panama City Beach, FL 32413

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The St. Joe Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Lynne Lewis, Legal clerk

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Gray ; Facial Hair none
Approx. Age 60's ; Approx. Height 5'9" ; Approx. Weight 155

xx To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
James Ingle, Jr. #448

**APS International, Ltd.**

Subscribed and sworn to before me this 15 day of July, 20 11

Notary Public          (Commission Expires)



CINDY PATTON
MY COMMISSION # DD 711606
EXPIRES: October 7, 2011
Bonded Thru Notary Public Underwriters