Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0421

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Villa Homes of Southwest Florida
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )
Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __7th__ day of __July__, 20__11__, at __11:00__ o'clock __A__ M

Place of Service: at __4414-6 Del Prado Blvd.__, in __Cape Coral, FL 33904__

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Villa Homes of Southwest Florida**

Person Served, and Method of Service:
By delivering them into the hands of a __Property Manager__ whose name and title is: __Louise Zoller, Property Manager__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __35-40__; Approx. Height __5'3"__ ; Approx. Weight __145__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__
Signature of Server   15753

**APS International, Ltd.**

Subscribed and sworn to before me this __15th__ day of __July__, 20__11__

__Traci DeSalvo__  10/22/11
Notary Public        (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3246