Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0267

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--WB Howland Co., LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Suwannee** )

**Name of Server:** James L. Silcox, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8th** day of **July**, 20 **11**, at **11:30** o'clock **A** M

**Place of Service:** at **610 11th St.**, in **Live Oak, FL 32064**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**WB Howland Co., LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Bill Howland / OWNER**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **wht**; Hair Color **Grey**; Facial Hair **No**
Approx. Age **60-65**; Approx. Height **5·10**; Approx. Weight **225**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_James L. Silcox_
Signature of Server

Subscribed and sworn to before me this **11** day of **July**, 20 **11**

_Jo Anderson_
Notary Public           (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jo F. Anderson
Commission #DD912570
Expires: SEP. 18, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**