| | |
|---|---|
| Laura Haya, et. al., Plaintiff(s)<br>vs.<br>Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 111412-0425

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--West Coast Drywall Constuction, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Collier** )
Name of Server: **Joseph R. Coipe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **6th** day of **July**, 20 **11**, at **10:45** o'clock **A** M

Place of Service: at **800 Harbour Drive**, in **Naples, FL 34103**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**West Coast Drywall Constuction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer, or managing agent whose name and title is: **Craig Blume, Registered Agent**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Brown**; Facial Hair ____
Approx. Age **40**; Approx. Height **5'10"**; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **13th** day of **July**, 20**11**

Signature of Server  #157299
**APS International, Ltd.**

Notary Public  (Commission Expires) 10/22/11

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

3285