Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0263

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--West Lake Estate, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: DUVAL )

Name of Server: DENNIS BARTELUCCI, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 8 day of July, 2011, at 11:00 o'clock A M

Place of Service: at 10145 103rd Street, in Jacksonville, FL 32210

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**West Lake Estate, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: DONNA Schober (OFFICE Mgr) CORPORATE

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BROWN ; Facial Hair —
Approx. Age 38 ; Approx. Height 5'9" ; Approx. Weight 160

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 9 day of July, 20 11

Signature of Server
Notary Public    April 11 2014
(Commission Expires)

APS International, Ltd.



JACQUELINE MCCARTY
MY COMMISSION #DD980577
EXPIRES: APR 11, 2014
Bonded through 1st State Insurance