UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL * MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION *
* SECTION: L
*
* JUDGE FALLON
*
* MAG. JUDGE WILKINSON

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO :
Eduardo and Carmen Amorin, et al Case No. 10-361
Omnibus Class Action Complaint in Intervention (II(B))

## NOTICE OF LIMITED APPEARANCE

Notice is hereby given that subject to all reservations of rights and without waiver of any defenses including but not limited to the right to contest service or jurisdiction, RODNEY J. JANIS and MICHAEL W. SWITZER of Wilson Elser Moskowitz Edelman & Dicker, 222 Lakeview Avenue, Suite 810, West Palm Beach, Florida, 33401, are designated to receive service of all pleadings, notices, orders and other papers in the above captioned matter on behalf of the following named defendant: Rosen Building Supplies, Inc.

Dated this 20 day of March, 2012.

By: /s/ Michael W. Switzer
Rodney J. Janis, Esquire
Fla. Bar No. 647896
Michael W. Switzer, Esquire
Fla. Bar No. 728268
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER
222 Lakeview Ave., Suite 500
West Palm Beach, Florida 33401
Telephone: (561) 515-4000
Facsimile:(561)515-4001

4970782v.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2012, the foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System

s/Michael Switzer

4970782v.1