UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

PROPOSED AGENDA
FOR MARCH 22, 2012 STATUS CONFERENCE

    I.    PRE-TRIAL ORDERS

    II.    STATE COURT TRIAL SETTINGS

    III.    INSURANCE ISSUES

    IV.    HOME BUILDERS FEES AND COSTS

    V.    STATE/FEDERAL COORDINATION

    VI.    OMNIBUS CLASS ACTION COMPLAINTS

    VII.    PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

    VIII.    PILOT PROGRAM

    IX.    TERM SHEET AGREEMENT BETWEEN PSC AND THE KNAUF ENTITIES REGARDING SETTLEMENTS WITH HOMEBUILDERS

    X.    KNAUF DEFENDANTS

    XI.    TAISHAN DEFENDANTS

    XII.    INTERIOR EXTERIOR DEFENDANT

    XIII.    BANNER DEFENDANTS

XIV.   VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XV.    PLAINTIFF AND DEFENDANT PROFILE FORMS

XVI.   FREQUENTLY ASKED QUESTIONS

XVII.  MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XVIII. *PRO SE* CLAIMANTS

XIX.   LIAISON COUNSEL MEETING WITH MEDIATOR

XX.    PHYSICAL EVIDENCE PRESERVATION ORDER

XXI.   ENTRY OF PRELIMINARY DEFAULT

XXII.  NEXT STATUS CONFERENCE