UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE ELDON E. FALLON |
| | * * | SECTION L |
| This Document Relates to: | * * | MAGISTRATE JUDGE WILKINSON |
| ALL HOMEBUILDERS | * * | |
| IN ALL CASES | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### AMENDED SHOW CAUSE ORDER TO ALL HOME BUILDERS WHO HAVE FAILED TO COMPLY WITH FEE ORDER

On February 22, 2012, the Court entered a Show Cause Order to All Home Builders [Rec. Doc. 12546] requiring that each homebuilder on Exhibit A attached to the Order appear in open court on March 22, 2012, immediately following the monthly status conference in this case, and Show Cause why such party should not be held in contempt of Court and sanctioned accordingly for failure to comply with the Court's Fee Orders [Rec. Docs. 8006 and 10147]. The Court further indicated that any home builder who complied with the Show Cause Order prior to March 20, 2012, by depositing the amounts owed with the Clerk of Court pursuant to the instructions in the Fee Order, shall be relieved of the requirement to Appear and Show Cause.

The Home Builders' Liaison Counsel has provided the Court with updated lists of home builders who have responded to the Show Cause Order. Attached to this Amended Show Cause Order as Exhibit 1 is a list of the home builders who are now in compliance with the Fee Order or who were included in error and, hence, are relieved of the requirement to Appear and Show Cause. Attached to this Amended Show Cause Order as Exhibit 2 is a list of the home

1088234v1

builders who still have failed to comply with the Fee Order and, hence, still must appear in open court on March 22, 2012, immediately following the monthly status conference in this case, and Show Cause why such party should not be held in contempt of Court and sanctioned accordingly for failure to comply with the Court's Fee Orders [Rec. Docs. 8006 and 10147].

**NEW ORLEANS, LOUISIANA,** this 21st day of March, 2012.

*[signature]*

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

1088234v1

EXHIBIT 1
BUILDERS IN COMPLIANCE WITH FEE ORDER OR WHO WERE INCLUDED IN ERROR

| BUILDER |
|---|
| A.R.B.C. Corporation |
| AHJV, LLC |
| Alliance Construction, Inc. n/k/a Cornerstone Group Construction, Inc. |
| Alvin Royes, Jr., LLC |
| Anadon Construction, LLC |
| Associated Builders & Developers, Inc. |
| Atlantic Homes Development Corporation |
| B & E Construction of Miami Corp. |
| Barloy Contractors, Inc. |
| Boynton Village, LLC |
| Bush Construction Corporation |
| C.A. Steelman, Inc. |
| Cardel Master Builder, Inc. d/b/a Cardel Homes |
| Caribe Central LLC |
| Caribe East LLC |
| Caribe Homes Corp. |
| Carl B. Hamilton, Inc. |
| Coastal Living Homes, L.L.C. |
| Continental Drywall Contractors, Inc. |
| Cornerstone Construction, Inc. |
| Cornerstone Construction of S.W. Florida, Inc. |
| Cornerstone Group Construction, Inc. fka Alliance Construction, Inc. |
| Crosby Development Company, LLC |
| D & A Construction Services, Inc. |
| D&W Homes, LLC |
| David Daniels, individually |
| Design Drywall of South Florida, LLC |
| Dobson Construction, Inc. |
| Eastmond Enterprises, Inc. |
| Foster Coatings & Contracting |
| G. Drywalls Corporation |
| Genestis Group, Inc. |
| Greensprings Plantation, Inc. |
| Gregg Nieberg, Inc. |
| Hammer Commercial Services LLC |
| Harbor Walk Development, LLC |
| HHJV, LLC |
| Holder Construction Co., Inc. |
| ICI Homes, Inc. |
| International Property Investments of Central Florida, Inc. d/b/a Henin Internationa |
| Intervest Construction, Inc. |
| James Stokley d/b/a Choctaw Builders; Choctaw Builders, Inc. |
| Jerome Henin, individually |
| JSK Construction, Inc. |
| JSD Builders, Inc. |
| L&J Builders, Inc. |
| Lakeside Village Development, L.L.C. 1 |
| Lavish Holding Corp. |
| Louran Builders, Inc. d/b/a Vincent Montalto Construction |
| Lucky Strike M.K. Inc. |
| Manclar Builders, Inc. |

EXHIBIT 1
BUILDERS IN COMPLIANCE WITH FEE ORDER OR WHO WERE INCLUDED IN ERROR

| |
|---|
| Marigold Court, LLC |
| Mastercraft Homes LLC |
| Melvin Prange, Jr. Construction, L.L.C. |
| Meridian Homes USA, Inc. |
| Metropolitan Design Group, Inc. |
| Millennium Homes & Development, Inc. |
| Mills Construction |
| MJF Construction Corp. |
| M.K. Developers, Inc. |
| M.K. Development, Inc. |
| New Millennium Builders, Inc. |
| Northstar Holdings at B & A LLC |
| Northstar Homes |
| Northstar Homes LLC |
| Northstar Homes, Inc. |
| O'Neal Homes, Inc. |
| O'Neill/Holliman Corporation |
| Overlook Point, LLC |
| Overlook, LLC |
| Pat's Construction, LLC |
| Platinum Property Management, Inc. |
| Premier International Realty d/b/a Henin Realty |
| Preserve Development, LLC |
| Prestige Properties |
| Randal Maranto Builders, LLC |
| RCR Holdings II, LLC |
| Reed Builders, LLC |
| Regatta Construction, LLC |
| Rottlund Homes of Florida, Inc. |
| Russell Mills |
| Siesta Bay Custom Homes, LLC |
| Summit Contractors, Inc. |
| Summit Homes, LLC n/k/a Phl Construction, LLC |
| Team Work Construction, LLC |
| Thomas F. Gray Construction, Inc. |
| Tillman Construction, Inc. |
| Total Community Action, Inc. |
| Traderscove Corporation d/b/a the Henin Group |
| Triple Crown Homes, Inc. |
| Triumph Construction |
| Tudela Classic Homes, LLC |
| Tuscan-Harvey Estate Homes, Inc. |
| Tuscan-Harvey Estates |
| Villa Homes of Southwest Florida |
| Vincent Montalto Construction, Inc. |
| Vintage Homes, LLC |
| Vista Builders, Inc. |
| Wellington LLC |
| Wermers Development, Inc. |
| Williams-Brown, Inc. |
| Wyndwil, LLC |

2

EXHIBIT 2
BUILDERS WHO STILL HAVE FAILED TO COMPLY WITH FEE ORDER

| BUILDER |
|---|
| 3180 Lamb Court Acquisition, LLC |
| 616 LLC/Andy Ziffer |
| A & C Development, LLC |
| A & D Homes, Inc. |
| A&D Homes, LLC |
| Ability Construction, Inc. |
| Abington Woods, LLC |
| Aburton Homes, Inc. |
| Adams Homes L.L.C. |
| Adams Homes Realty, Inc. |
| AJ & Sons Construction, LLC |
| AJ Brothers, Inc. |
| Alana Development Corporation |
| Albanese-Popkin The Oaks Development Group Inc. |
| Albanese-Popkin the Oaks Development Group, L.P. |
| Albert Howard, Jr. |
| Allied Construction, Inc. |
| Alternative Source, Inc. |
| American Dream Builders, Inc. |
| American Homes, LLC |
| American Housing Corporation |
| Ameritek Homes Co. f/k/a Dulcie and Company, Inc. |
| Angel Developments LLC |
| Anthony Raggs |
| Anthony Skrmetti |
| Antilles Vero Beach, LLC |
| Arif Parupia |
| Arizen Homes |
| Arizen Homes, Inc. |
| Avalon Preserve Developers, LLC |
| B&W Complete Construction, Inc. |
| B.B.S. Builders, Inc. |
| Banner Homes of Florida, Inc. |
| Barney Core |
| Barony Homes, Inc. |
| Bay Area Custom Homes, LLC |
| Bay Colony - Gateway, Inc. |
| Bay Town Builders, LLC |
| BDG Waterstone, LLC |
| Beaty Quality Homes |
| Belmont Lakes Investments, LLC |
| Benjamin J. Castaldo Building Contractor, LLC |
| Berrywood Estates a Senior Community, LLC |
| Best Homes of SW FL Inc. |
| Best Homes of SW Florida, Inc. a/k/a Legend Custom Builders, Inc. |
| BHD Corp. |
| BJ&K Condo Construction, Inc. |
| Blackhawk Partners, LLC |
| Blue Line Builders, Inc. |
| Blue Oaks/Gulfstream Development, LLC |
| BO Builders, LLC |

EXHIBIT 2
BUILDERS WHO STILL HAVE FAILED TO COMPLY WITH FEE ORDER

| |
|---|
| Bonita Beachwalk, LLC |
| Bove Company |
| Brandhurst Construction & Maintenance Co., Inc. |
| Brantley Homes, Inc. |
| Bridges Development Group, Inc. |
| Brielle Townhomes, LLC |
| Brighton Builders |
| Brighton Home Builders, Inc. |
| Brightwater Community 1 LLC |
| Bristol Corner, LLC |
| Brothers Properties LA, LLC |
| Builder's Line, Inc. |
| Building Resources, Inc. |
| Builtek Corp. |
| Buquoi Construction, LLC |
| Burnett Construction Co. |
| BV 6334, LLC |
| C&G Development Group, LLC |
| C. Craig Edewaard, Inc. |
| C.A.L. Investments, LLC |
| Cabot Homes |
| Cajun Construction & Development, LLC |
| Caliber Homes, LLC |
| Cali-Florida Investments, Inc. |
| Calvin P. Williams |
| Canino Construction, Inc. |
| Caribbean Custom Homes, Inc. |
| Carribean Custom Builders and Developers |
| Castillo Azul Developers, Inc. |
| Catalano Custom Homes, LLC |
| CB Creek, Inc. |
| Centeral HarborHomes Corporation |
| Centex Homes |
| Central Peninsula Contracting LLC |
| Centurion Homes of Louisiana, LLC |
| Century Builders Group, Inc. |
| Certified Building Systems, Inc. |
| CGF Construction Corp. |
| Chabot Enterprises, Inc. |
| Chase Construction, Inc. |
| Choice Homes, Inc. |
| Choice Homes, Inc. a/k/a Parkmont Homes, Reflection Homes |
| Chris Booty |
| Christopher Duet |
| Christopher M. Odom |
| Christopher O. and Valerie M. Jones |
| Chuck Hurst Contracting |
| Comfort Home Builders, Inc. |
| Conti Construction Company, Inc. |
| Core Construction, LLC |
| Coscan Home Builders, LLC |
| Coscan Homes, LLC |

EXHIBIT 2
BUILDERS WHO STILL HAVE FAILED TO COMPLY WITH FEE ORDER

| |
|---|
| Country Walk Sales, LLC |
| Craftsmen Builders, Inc. |
| Crossroad Homes, Inc. |
| Crown Builders, Inc. |
| Curb Appeal Home Builders, Inc. |
| Curtis Lee Wimberly General Contractor, Incorporated |
| Cypress Corporation of Southwest Florida |
| Dalmau Construction, Corp. |
| Daniel Wayne Homes, Inc. |
| Darling Homes, Inc. |
| Darling Homes, LLC |
| Dave Johnson Construction, Inc. |
| David Ray Gavins |
| David W. Stewart, Inc. |
| Davis General Contractors |
| DCT Investment Group, Inc. |
| Deco Paver Bricks, Inc. |
| Dedicated Builders, LLC |
| Deer Creek Estates, II, LLC |
| Delacruz Enterprise's, Inc. |
| Delta-Eden, Inc. |
| DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc. |
| Derby Homes, Inc. |
| Desarata Building Corporation |
| Design Contractors, LLC |
| Development Co. of Boca, Inc. d/b/a Boca Developers |
| Dima Homes, Inc. |
| Distinctive Builders, Inc. |
| Donnie Proctor |
| Dorado Homes Development, Ltd. |
| Double D. Investments of Broward LLC |
| Dove Enterprises Contractor & Design, Inc. |
| E.B. Developers, Inc. |
| East Meadow Construction, Inc. |
| Edewaard Development Company, LLC |
| EH Building Group |
| EH Building Group II, LLC |
| EH Building Group, LLC |
| Elite Construction Co. SW Inc. |
| Elite Developers, LLC |
| Elite Home Construction Inc. |
| Enchanted Homes, Inc. |
| Esplanade Construction, L.L.C. |
| Estate Homes, Inc. |
| European Quality Builders, LLC |
| Executive Home Builders, LLC |
| F. Development, LLC |
| Fagan Homebuilders, LLC |
| FFH, LLC |
| First Choice Homes of S.W. Florida, Inc. |
| First Construction Corporation |
| Fisher & Son Contractors, LLC |

EXHIBIT 2
BUILDERS WHO STILL HAVE FAILED TO COMPLY WITH FEE ORDER

| |
|---|
| Fisherman Homes, Inc. |
| Flips, L.L.C. |
| Floridian Gulf Coast Homes, Inc. |
| Fortis Construction, LLC |
| Foster Home Builders, Inc. |
| Fountain Homes |
| Four Star Group, Inc. |
| Francisco Tomas Permuy |
| Franciscus Homes, Inc. |
| Freemar Homes, Inc. |
| Fusion Building Concepts, Inc. |
| G.L.B. and Associates, Inc. d/b/a Balli Construction |
| Gabourel's Construction, L.L.C. |
| Galloway Home Builders, Inc. |
| Galloway Sunset Estates, Inc. |
| Garram Homes, Inc. |
| Gatco Construction, Inc. |
| Gavins Construction Company |
| GEM Builders, Inc. |
| Genesis Residential Group, Inc. |
| GGG Edinburgh Estates, LLP |
| GHO Development Corporation |
| GHO Properties, Inc. |
| Gilbert Lucas |
| Global Home Builders of the Treasure Coast, Inc. |
| Global Home Builders, Inc. |
| Global Home Builders, LLC |
| Gold Coast Homes of Lee County, Inc. |
| Gooden Homes, LLC |
| Governor's Pointe, LLC |
| Grand Palazzo Hendricks, LLC |
| Grande Valley Homes, L.L.C. |
| Grande Valley Homes, LLC d/b/a Casa Linda Homes |
| Grant Homes, LLC |
| Green Devco, Inc. |
| Greensprings Condominiums, LLC |
| Greystoke Homes at South Point II LLC |
| Grove Hammocks Investments LLC |
| Gryphon Corporation |
| Gryphon Corporation (GC) |
| Guillermo Permuy |
| Gulfstream Development Group |
| Gulfstream Development Group, LLC |
| Gulfstream Development, LLC |
| Gwen Core |
| H & H Custom Homebuilders |
| Hallmark Homes, Inc. |
| Hampton Homes, LLC |
| Hanover Homes |
| Hanover Homes, Inc. |
| Hansen Homes |
| Hanson Homes, Inc. |

EXHIBIT 2
BUILDERS WHO STILL HAVE FAILED TO COMPLY WITH FEE ORDER

| |
|---|
| Haven Properties, Inc. |
| Hawkeye Construction |
| Hawkeye Construction, Inc. |
| Hessen Construction, Corp. |
| Home DevCo, LLC |
| Hometown Concepts, Inc. d/b/a Hampton Homes |
| Horizon Builders, Inc. |
| Hulsey-Nezlo Construction, LLC |
| Hutchinson Homes, Inc. |
| Inman Construction Services |
| Innovative Custom Builders Inc. |
| Intercoastal Construction Co. |
| Investment Properties Unlimited Inc. |
| Ironwood Properties |
| Ironwood Properties, Inc. |
| Island Development, LLC |
| J&E Developers, Inc. |
| J. Cherry and Sons, Inc. |
| J. Galloway Construction, Inc. |
| J.K. Lassitter Construction, LLC |
| Jacobus Builders of Florida, Inc. |
| James & Vita, L.L.C. |
| James G. Hoskins, Inc. d/b/a Chippendale |
| James LeBlanc |
| J-Bec Homes of Diamondhead, LLC |
| JD Custom Homes, Inc. |
| JJK&A Holding Corporation |
| John G. Finch Construction, LLC |
| John Paul George d/b/a JPG Enterprises, Inc. |
| Johnson & Johnson Home Repairs, L.L.C. |
| Jonathan Scott Shewmake |
| Joseph E. Clouse, Inc. |
| Joseph Scott |
| JP Renovations, Inc. |
| JPG Enterprises, Inc. |
| JPG Enterprises, Inc. d/b/a Majestic Homes |
| JST Properties, LLC of Mississippi |
| K.A. Wallace, Inc. DBA Kenwood Homes |
| Kaye Homes of South Florida, Inc. |
| Ken Roberts |
| Kenneth D. Nichols |
| Kensington Homes, LLC |
| Kenwood Homes, Inc. |
| Kimball Hill Homes Florida, Inc. |
| Kolter Homes, LLC |
| KSH Construction, LLC |
| L.J.&L. Enterprises, Inc. |
| La Homes and Properties, Inc. |
| Lake Shore Construction, LLC |
| Land Resources LLC |
| Las Playas LLC |
| Last Minute Properties, LLC |

5

EXHIBIT 2
BUILDERS WHO STILL HAVE FAILED TO COMPLY WITH FEE ORDER

| |
|---|
| Lauris Boulanger, Inc. |
| Laviolette Construction Corp. |
| Lawrence Migliar LLJ Construction |
| Lee Harbor Homes of Florida, Inc. |
| Lee Harbor Homes, Inc. |
| Legend Custom Builders, Inc. |
| Levitt and Sons of Manatee County, LLC |
| Lexington Homes, Inc. |
| Liberty Home Builders, Inc. |
| Lifeway Homes, Inc. |
| Lifeway Homes, LP |
| Lighthouse Construction, L.L.C. |
| Likness Construction Corp. of Southwest Florida |
| Linel Consulting, LLC |
| Liongate Design Structure, LLC |
| Livaudais Electrical & Construction, LLC |
| Lloyd & Sons Construction, Inc. |
| Lonnie Vollentine |
| Louran Gips KG |
| LPR Builders, Inc. |
| Lucra Investments, Inc. |
| M. Miller and Company, Inc. |
| M.E. Gibbens, Inc. |
| MAC Construction, LLC |
| Mace Construction, Inc. |
| MacGlen Builders, Inc. |
| MacIntosh Homes, LLC |
| Madussa, LLC |
| Majestic Custom Homes & Development, Inc. |
| Majestic Custom Homes & Realty, Inc. |
| Majestic Homes & Realty Sw LLC |
| Majestic Homes of Port St. Lucie |
| Majestic Homes of Port St. Lucie, Inc. |
| Majestic Homes of Vero Beach, Inc. |
| Majestic Homes, Inc. |
| Malphus and Son General Contractors, Inc. |
| Malphus and Sons |
| Manuel Gonzalez Terra Group Intl. |
| Maranatha Construction, Inc. |
| Mariner Village Townhomes Inc. |
| Marriott Development, LLC |
| Master Builders of South Florida, Inc. |
| Matsa Construction Company, Inc. |
| Mayco Construction, L.L.C. |
| MC Contractors, Inc. |
| McCale Development Corporation |
| MCCAR Homes - Tampa, LLC |
| McCar Homes, Inc. |
| MC-FT Myers Associates, Ltd. |
| MC-Ft. Myers Associates, LLC |
| MCM Building Enterprise, Inc. |
| Medallion Homes, LLC |

EXHIBIT 2
BUILDERS WHO STILL HAVE FAILED TO COMPLY WITH FEE ORDER

| |
|---|
| Medimart Investment, Inc. |
| Meiben Home Builders, LLC |
| Mercedes Homes, LLC |
| Merit Homes, Inc. |
| Merrick Homes, LLC |
| Methodical Builders, Inc. |
| MGB Construction, Inc. |
| Midwest Construction & Development Incorporated |
| Midwest Construction & Development LLC |
| Miller Professional Contracting, Inc. |
| Milton Construction Co |
| MNB Builders, LLC |
| Monopoly Builders, Inc. |
| Morgan Homes, Inc. |
| Mount Home Builders, Inc. |
| MW Johnson Construction of Florida, Inc. |
| Nathanial Crump |
| Nautical Homes LLC a.k.a. Statewide Structural LLC |
| Neslo Contracting |
| Neslo, LLC |
| New Harbor Lofts, LLC |
| Newtech Builders Corp. |
| North Palm Estates Homes, Inc. |
| Northstar Homebuilders, Inc. |
| Oak Avenue, LLC |
| OH Investments, Inc. |
| Orchid Grove, LLC |
| Oscar Jiles d/b/a JJ Construction |
| P N K Builders, LLC |
| Paradise Builders of S.W. Florida, Inc. |
| Paragon Homes, Inc. |
| Paramount Quality Homes Corp. |
| Parkview Homes Realty, Inc. |
| Paul Hyde Homes |
| Pelican Builders, Inc. |
| Pembroke Park, L.L.C. |
| Perry Homes, LLC |
| Philip Latapie |
| Pine Ridge Real Estate Enterprises, LLC |
| Pioneer Construction, LLC |
| Ponce Riviera, LLC |
| Port St. Lucie Builders, Inc. |
| Precision Built Homes |
| Preferred Homes |
| Premier Communities, Inc. |
| Premier Design Homes, Inc. |
| Premier Homes, LLC |
| Prestigious Homes, LLC |
| Pride Homes |
| Pride Homes, LLC |
| Prime Homes at Portfolio Falls, Ltd. |
| Princeton Homes, Inc. |

EXHIBIT 2
BUILDERS WHO STILL HAVE FAILED TO COMPLY WITH FEE ORDER

| |
|---|
| Proctor & Sons Builders, Inc. |
| Punta Gorda Partners, LLC |
| R & B Construction & Remodeling, Inc. |
| R & B Construction of Northwest FL, Inc. |
| R A Grant Corporation |
| R.D.S. Construction |
| R.J. Homes, LLC |
| R.S. Kelley Construction, Inc. |
| Rafuls & Associates Construction Co., Inc. |
| Raintree Construction |
| Ramirez Builders, Inc. |
| Renaissance Commons, LLC |
| Renar Development Co. |
| Renar Homes, Inc. |
| Renola Equity Fund III, LLC |
| Resort Construction Services, Inc. |
| Resource Rental & Renovation LLC |
| Restoration Of The Palm Beaches, Inc. |
| Reve Development Corporation |
| Rickelman Construction, Inc. |
| River Oaks I, LLC |
| RJ Builders & Renovators, Inc. |
| RJL Drywall, Inc. |
| RJM Builders North, Inc. |
| RJM Homes, Inc. |
| RL Homes IX, LLC |
| Rookery Park Estates, LLC |
| Rylex Homes, Inc. |
| S&O Investments, LLC |
| S. George Investments, LLC |
| S. Petersen Homes, Inc. |
| S.A. Weber Construction, LLC |
| Safeway Contractors, L.L.C. |
| Sail Harbour, LLC |
| Sampson Construction Company, L.L.C. |
| Santa Barbara Estates, Inc. |
| Santa Barbara Townhomes, Inc. |
| Santa Maria Builders, LLC |
| Saturno Construction AB Inc. |
| Schenley Park Homes, LLC |
| Schmidt Brothers Homes, Inc. |
| Scott Colson |
| Scott Designer Homes, Inc. |
| Sedgwick Developers, Inc. |
| Sheridan 87, LLC |
| Signature Series Homes, Inc. |
| Sino Industries, Inc. |
| Smith and Core, Inc. |
| Smith Family Homes Corporation |
| Solid Construction of the Gulf Coast d/b/a Westerheim Homes |
| Southern Community Homes, Inc. |
| Southwell Homes, LLC |

8

EXHIBIT 2
BUILDERS WHO STILL HAVE FAILED TO COMPLY WITH FEE ORDER

| |
|---|
| Spring Park Builders, LLC |
| Star Homes of Florida LLC |
| Star Homes, LLC |
| Starlifter Homes, Inc. |
| Statewide Associates, Inc. |
| Stephen Shivers |
| Sterling Communities at Talavera, LLC |
| Sterling Communities Realty Inc. |
| Sterling Communities, Inc. |
| Steve Corbett, Inc. |
| Steve Harrington Homes, Inc. |
| Stone Development, LLC |
| Stonebrook Homes, LLC |
| Stonecrest Home Builders, LLC |
| Stonelake Ranch, LLC |
| Strauch Builders, LLC |
| Streamline Homes, Inc. |
| Stro's Construction |
| Stuart South Group, LLC (d/b/a Treasure Coast Homes) |
| StudioMet, PLLC |
| Sumaj Builders Corporation |
| Summit Homes of LA, Inc. |
| Summit Homes, LLC |
| Superior Enterprise, Inc. |
| Supreme Builders |
| Supreme Builders, Ltd. |
| Supreme Homes Ltd. |
| Symphony Builders, Inc. |
| T & F General Contracting, Inc. |
| T&T Enterprises of SWFL, Inc. |
| Tad Brown |
| Tagan Landry |
| Tapia Brothers Construction, Inc. |
| Tapia Construction, Inc. |
| Taurus Homes, Inc. |
| Tepeyac, LLC |
| TFH Corp. |
| The Kabar Group, LLC |
| The Villas of San Marino at Carrollwood (Emerald Greens at Carrollwood, LLC) |
| Three J's Remodeling, Incorporated |
| Tikal Construction Co. |
| Timberline Homes, Inc. |
| Tommy Hawk a/k/a Tommy Hawk d/b/a DKT Construction |
| Tony Helton Construction, LLC |
| Total Contracting and Roofing, Inc. |
| Touchstone At Rapallo, Inc. |
| Toula Properties, LLC |
| Trafalgar Associates, Inc. |
| Treasure Coast |
| Treasure Coast Communities, LLC |
| Treasure Coast Homes, LLC |
| Tropical Homes a/k/a Daniel D'Loughy Homes, Inc. A Fla Corp. |

9

EXHIBIT 2
BUILDERS WHO STILL HAVE FAILED TO COMPLY WITH FEE ORDER

| |
|---|
| Turn Key Home Builders, Inc. |
| Twin Lakes Reserve & Golf Club, Inc. |
| United Home Builders, Inc. |
| United Homes |
| United Homes International, Inc. |
| United Homes, Inc. |
| Vasquez Construction Company, LLC |
| Velez Construction, LLC |
| Velvet Pines Construction, LLC |
| Venus Street, LLC |
| Vicinity Drywall, Inc. |
| Vision Homes of SW, FL, In.c |
| Vizcaya Custom Homes, Inc. |
| Walker Homes, Inc. |
| Waterways Development, Inc. |
| Waterways Joint Venture IV, LLC |
| WB Construction Company, Inc. |
| Wellington Shores-Wellington Limited Partnership |
| Welsh Companies of Bevard, Inc. |
| Welsh Construction, LLC |
| Wess Morgan Construction, Inc. |
| West Construction, Inc. |
| West Florida Construction Group, Inc. |
| West Lake Estate, Inc. |
| Westminster Builders, Inc. |
| Westpoint Development, LLC |
| Westpoints Investment Partners III, LLC |
| Windjammer Home Builders, Inc. |
| Windship Homes of Florida Inc. |
| Wolfman Construction Company |
| Woodland Construction of SW FL, Inc. |
| Woodside f/k/a GHO Properties |
| Woodside Homes |
| Woodside Homes of Southeast Florida, LLC |
| Woodside Stoneybrook, LLC |
| Zamora Corporation |
| Zamora Homes Corporation |