OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 MAR 20  PM 3: 36

LORETTA G. WHYTE
CLERK

Date: 3/19/12

Haya, et al

vs.

Taishan Gypsum Corp Ltd, et al

Case No. 11-1077  Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (2nd amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Wholesale Direct Lumber, L.L.C.
   (address) 11 Fortress Rd, New Orleans, LA 70122

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs.

Address LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

___ Fee ___
___ Process ___
X  Dkd ___
___ CtRmDep ___
___ Doc. No. ___