UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. Case No. 11-1363 | ) ) ) ) | MAG. JUDGE WILKINSON |
| Cassidy v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. Case No. 11-3023 | ) ) ) ) ) | |
| _____ | ) | |

## ORDER GRANTING COLSON HICKS EIDSON, ET AL., MOTION TO WITHDRAW AS COUNSEL FOR MS. OLLIE ANUM

Considering the law firms of Colson Hicks Eidson Colson Matthews Gonzalez Kalbac & Kane, Hausfeld LLP and Levin Fishbein & Sedran's Motion to Withdraw as Counsel for Plaintiff Ollie Anum (Doc. # 13143), having been advised there is no opposition to this matter and having found that the above referenced counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firms of Colson Hicks Eidson Colson Matthews Gonzalez Kalbac & Kane, Hausfeld LLP and Levin Fishbein & Sedran's Motion to Withdraw as Counsel for Plaintiff Ollie Anum (Doc. # 13143) is GRANTED. The law firms of Colson Hicks Eidson Colson Matthews Gonzalez Kalbac & Kane, Hausfeld LLP and Levin Fishbein & Sedran's are discharged from any further obligation to Ms. Anum in this matter. The law firm of Colson Hicks Eidson shall serve this order on Ms. Anum via electronic mail and regular U.S. mail at her last known address within 10 days of the entry of this order.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge