UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Gross, et al v. Knauf Gips KG, et al Civil Action No. 09-06690 | * * * * * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| AND | * * | |
| Kenneth Abel, individually and on behalf of other similarly situated v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., *et al* | * | |

Civil Action No. 11-080

******************************************************************************
## RESPONSE TO ENTRY OF PRELIMINARY DEFAULT

NOW INTO COURT, through undersigned counsel, comes defendant, L & J Builders, Inc. who has been named as a defendant in both the *Gross* and *Abel* Omnibus Class Action Complaints.  In response to the Court's February 24, 2012 Entry of Preliminary Default, L & J Builders, Inc. represents that, after evidence of proper service was provided to undersigned counsel, Notices of Appearance were filed in both the *Gross* and *Abel* action on February 28, 2012; a defendant profile form was completed and submitted on behalf of L & J Builders, Inc.; and L & J Builders has actively participated in the global mediation efforts by submitting its

1

Confidential Mediation Affidavit and Confidential Response to the mediator's settlement demand.

          Respectfully submitted,

          s/ Glenn B. Adams
          GLENN B. ADAMS (2316)
          DENIA S. AIYEGBUSI (31549)
          Porteous, Hainkel & Johnson, L.L.P.
          704 Carondelet Street
          New Orleans, LA  70130
          Telephone:  (504) 581-3838
          Email: gadams@phjlaw.com
          Email: daiyegbusi@phjlaw.com
          *Attorneys for L & J Builders, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that L & J Builders, Inc.'s above and foregoing Response to Entry of Preliminary Default has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of March, 2012.

          s/ Glenn B. Adams
          GLENN B. ADAMS
          DENIA S. AIYEGBUSI

303/323.0022