UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| Daniel Abreu, et al | * * | |
| v. | * * | |
| Gebrueder Knauf Verwaltungsgesellschaft, et al | * * * | |
| Civil Action No. 11-252 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RESPONSE TO ENTRY OF PRELIMINARY DEFAULT**

NOW INTO COURT, through undersigned counsel, comes defendant, Louran Builders, Inc. d/b/a Vincent Montalto Construction who has been named as a defendant in the *Abreu* Omnibus Class Action Complaint. In response to the Court's February 24, 2012 Entry of Preliminary Default, Louran Builders, Inc. d/b/a Vincent Montalto Construction represents that, after evidence of proper service in the *Abreu* Class Action was provided to undersigned counsel, a Notice of Appearance was filed in the *Abreu* action on February 28, 2012; a defendant profile form was completed and submitted on behalf of Louran Builders, Inc. d/b/a Vincent Montalto Construction; and Louran Builders, Inc. d/b/a Vincent Montalto Construction has actively participated in the global mediation efforts by submitting its Confidential Mediation Affidavit and Confidential Response to the mediator's settlement demand.

1

303/323.0020

Respectfully submitted,

s/ Glenn B. Adams
GLENN B. ADAMS (2316)
DENIA S. AIYEGBUSI (31549)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3838
Email: gadams@phjlaw.com
Email: daiyegbusi@phjlaw.com
*Attorneys for Louran Builders, Inc. d/b/a Vincent Montalto Construction*

## CERTIFICATE OF SERVICE

I hereby certify that Louran Builders, Inc. d/b/a Vincent Montalto Construction above and foregoing Response to Entry of Preliminary Default has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of March, 2012.

s/ Glenn B. Adams
GLENN B. ADAMS
DENIA S. AIYEGBUSI

2

303/323.0020