# EXHIBIT A



# Transcript of the Testimony of Tongchun Jia

**Date:** January 9, 2012

**Case:** Chinese Drywall

Confidential – Subject to Further Confidentiality Review

Page 495

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: | § MDL NO. 2047 |
| CHINESE- | § |
| MANUFACTURED | § SECTION: L |
| DRYWALL PRODUCTS | § |
| LIABILITY | § JUDGE FALLON |
| LITIGATION | § |
|  | § MAGISTRATE |
|  | § JUDGE WILKINSON |

\-   \-   \-

CROSS NOTICED IN VARIOUS OTHER ACTIONS

\-   \-   \-

January 9, 2012

\-   \-   \-

CONFIDENTIAL – SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

\-   \-   \-

Continued videotaped deposition of
TONGCHUN JIA, held at the Executive
Centre, Level 3, Three Pacific Place, One
Queen's Road East, Hong Kong, China,
commencing at 8:52 a.m., on the above
date, before Linda L. Golkow, Certified
Court Reporter, Registered Diplomate
Reporter, Certified Realtime Reporter and
Notary Public.

\-   \-   \-

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Subject to Further Confidentiality Review

## Page 496

```
1   BEFORE:
2       HONORABLE ELDON E. FALLON
        UNITED STATES FEDERAL COURT -
3       EASTERN DISTRICT OF LOUISIANA
4
5   APPEARANCES:
6
7   SEEGER WEISS LLP
        BY: CHRISTOPHER A. SEEGER, ESQUIRE
8       BY: SCOTT A. GEORGE, ESQUIRE
        One William Street
9       New York, New York 10004
        (212) 584-0700
10      cseeger@seegerweiss.com
        Sgeorge@seegerweiss.com
11      Representing the Plaintiffs'
        Steering Committee
12
13  HERMAN HERMAN KATZ & COTLAR, LLP
        BY: LEONARD A. DAVIS, ESQUIRE
14      820 O'Keefe Avenue
        New Orleans, Louisiana 70113
15      (504) 581-4892
        Ldavis@hhkc.com
16      Representing the Plaintiffs'
        Steering Committee
17
18  COLSON HICKS EIDSON
        BY: ERVIN GONZALEZ, ESQUIRE
19      BY: PATRICK S. MONTOYA, ESQUIRE
        255 Alhambra Circle
20      Penthouse
        Coral Gables, Florida 33134
21      (305) 476-7400
        Ervin@colson.com
22      Patrick@colson.com
        Representing Plaintiffs' Steering
23      Committee in the Federal and State
        Coordinated Actions
24
```

## Page 497

```
1   APPEARANCES (CONTINUED):
2
    LEVIN, FISHBEIN, SEDRAN & BERMAN
3       BY: ARNOLD LEVIN, ESQUIRE
        510 Walnut Street
4       Suite 500
        Philadelphia, Pennsylvania 19106
5       (215) 592-1500
        Alevin@lfsblaw.com
6       Representing the Plaintiffs'
        Steering Committee
7
8   GAINSBURGH, BENJAMIN, DAVID, MEUNIER
    & WARSHAUER, L.L.C.
9       BY: GERALD E. MEUNIER, ESQUIRE
        2800 Energy Centre
10      1100 Poydras Street
        New Orleans, Louisiana 70163
11      (504) 522-2304
        gmeunier@gainsben.com
12      Representing the Plaintiffs'
        Steering Committee
13
14  HOGAN LOVELLS US LLP
        BY: JOE CYR, ESQUIRE
15      BY: FRANK T. SPANO, ESQUIRE
        875 Third Avenue
16      New York, New York 10022
        (212) 918-3000
17      joe.cyr@hoganlovells.com
        frank.spano@hoganlovells.com
18      Representing Taishan Gypsum Co.
        Ltd. and Taian Taishan
19      Plasterboard Company Ltd. and the
        Witness, Tongchun Jia
20
21
22
23
24
```

## Page 498

```
1   APPEARANCES (CONTINUED):
2
3   HOGAN LOVELLS
        BY: ALLAN LEUNG, ESQUIRE
4       11th Floor, One Pacific Place
        88 Queensway
5       Hong Kong
        (852) 2219 0888
6       allan.leung@hoganlovells.com
        Representing Taishan Gypsum Co.
7       Ltd. and Taian Taishan
        Plasterboard Company Ltd. and the
8       Witness, Tongchun Jia
9
    HOGAN LOVELLS INTERNATIONAL LLP
10      BY: EUGENE CHEN, ESQUIRE
        BY: JIENI JI, ESQUIRE
11      18th Floor, Park Place
        1601 Nanjing Road West
12      Shanghai, China 200040
        (86 21) 6122 3800
13      eugene.chen@hoganlovells.com
        Representing Taishan Gypsum Co.
14      Ltd. and Taian Taishan
        Plasterboard Company Ltd. and the
15      Witness, Tongchun Jia
16
17  GREENBERG TRAURIG, LLP
        BY: HILARIE BASS, ESQUIRE
18      1221 Brickell Avenue
        Miami, Florida 33131
19      (305) 579-0745
        bassh@gtlaw.com
20      Representing the Home Builders
        Steering Committee
21  PERKINS COIE LLP
        BY: DAVID L. BLACK, ESQUIRE
22      1899 Wynkoop Street - Suite 700
        Denver, Colorado 80202
23      (303) 291-2300
        DBlack@perkinscoie.com
24      Representing the State of Louisiana
```

## Page 499

```
1   APPEARANCES (CONTINUED):
2
3   BRENNER, EVANS & MILLMAN, P.C.
        BY: THEODORE I. BRENNER, ESQUIRE
4       411 East Franklin Street
        Suite 200
5       Richmond, Virginia 23218
        Tbrenner@beylaw.com
6       (804) 644-1300
        Representing Tobin Trading Company
7
8   McKENRY, DANCIGERS, DAWSON & LAKE, P.C.
        BY: J. BRIAN SLAUGHTER, ESQUIRE
9       192 Ballard Court
        Suite 400
10      Virginia Beach, Virginia 23462
        (757) 461-2500
11      Jbslaughter@va-law.org
        Representing Atlantic Homes LLC and
12      Multiple Other Virginia-Based
        Defendants
13
14  QUINN EMANUEL URQUHART & SULLIVAN, LLP
        BY: JANE M. BYRNE, ESQUIRE
15      BY: JULIA BESKIN, ESQUIRE
        51 Madison Avenue, 22nd Floor
16      New York, New York 10010
        (212) 849-7000
17      Janebume@quinnemanuel.com
        Juliabeskin@Quinnemanuel.Com
18      Representing Chartis Select Insurance
        Company and Related Chartis Insurers
19
20  WEINBERG, WHEELER, HUDGINS, GUNN &
    DIAL, LLC
21      BY: MICHAEL SEXTON, ESQUIRE
        3344 Peachtree Road, NE
22      Suite 2400
        Atlanta, Georgia 30326
23      (404) 876-2700
        msexton@wwhgd.com
24      Representing Various Banner Defendants
```

2  (Pages 496 to 499)

Confidential - Subject to Further Confidentiality Review

Page 500

APPEARANCES (CONTINUED):

1

2

3

SINNOTT, NUCKOLS & LOGAN, PC
4    BY:  KENNETH F. HARDT, ESQUIRE
     13811 Village Mill Drive
5    Midlothian, Virginia 23114
     (804) 378-7600
6    khardt@snllaw.com
     Representing Venture Supply, Inc. and
7    Porter-Blaine Corp.

8

9    ALSO PRESENT:
10      SUNNY WANG, INTERPRETER

11

12

            - - -

13

14

15

16

17

18

19

20

21

22

23

24

Page 501

1

2

3    APPEARANCES VIA TELEPHONE:

GALLOWAY JOHNSON TOMPKINS BURR and SMITH
BY:  CARLINA C. EISELEN, ESQUIRE
4    One Shell Square
     701 Poydras Street, 40th Floor
5    New Orleans, Louisiana 70139
     (504) 525-6802
6    ceiselen@gjtbs.com
     Representing Interior/Exterior
7    Building Supply

8

HUNTON & WILLIAMS LLP
9    BY:  A. TODD BROWN, ESQUIRE
     Bank of America Plaza
10   101 South Tryon Street
     Suite 3500
11   Charlotte, North Carolina  28280
     (704) 378-4700
12   Representing Stock Building Supply, LLC

13

14   JONES, WALKER, WAECHTER, POITEVENT,
     CARRERE & DENEGRE LLP
15   BY:  MEGAN E. DONOHUE, ESQUIRE
     600 Jefferson Street, Suite 1600
16   Lafayette, Louisiana 70501
     (337) 262-9062
17   mdonohue@joneswalker.com
     Representing Fireman's Fund Insurance
18   Company

19

DUPLASS ZWAIN BOURGEOIS PFISTER &
20   WEINSTOCK
     BY:  PHILIP WATSON, ESQUIRE
21   3838 N. Causeway Boulevard
     Suite 2900
22   Metairie, Louisiana 70002
     (504) 832-3700
23   pwatson@duplass.com
     Representing R&H Masonry, Inc., and
24   Swedberg Enterprises, Inc.

Page 502

1    APPEARANCES VIA TELEPHONE (CONTINUED):
2

FULMER LEROY ALBEE BAUMANN
     BY:  CANDACE MOSS, ESQUIRE
     BY:  MICHAEL P. McCAHILL, ESQUIRE
4    2866 East Oakland Park Boulevard
     Ft. Lauderdale, Florida 33306
5    (954) 707-4430
     mosscandace@fulmerleroy.com
6    mmccahill@fulmerleroy.com
     Representing Independent Builders
7    Supply Association (IBSA)
8

WEINBERG, WHEELER, HUDGINS, GUNN &
9    DIAL, LLC
     BY:  P. SHANE O'NEILL, ESQUIRE
10   3344 Peachtree Road, NE
     Suite 2400
11   Atlanta, Georgia 30326
     (404) 876-2700
12   soneill@wwhgd.com
     Representing Various Banner
13   Defendants
14

WRIGHT, FULFORD, MOORHEAD & BROWN,
15   P.A.
     BY:  DORYK B. GRAF, JR., ESQUIRE
16   145 N. Magnolia Ave.
     Orlando, Florida 32801
17   (407) 425-0234
     dgraf@wfmblaw.com
18   Representing West Construction, Inc.
19

20   QUINN EMANUEL URQUHART & SULLIVAN, LLP
     BY: CLINTON DOCKERY, ESQUIRE
21   51 Madison Avenue, 22nd Floor
     New York, New York 10010
22   (212) 849-7000
     clintondockery@quinnemanuel.com
23   Representing Chartis Select Insurance
     Company and Related Chartis Insurers

24

Page 503

1    APPEARANCES VIA TELEPHONE (CONTINUED):
2

BUCHANAN INGERSOLL & ROONEY P.C.
     BY:  C. ROBERT ZAPPALA, ESQUIRE
     One Oxford Centre
4    301 Grant Street, 20th Floor
     Pittsburgh, Pennsylvania 15219
5    (412) 562-1041
     bobby.zappala@bipc.com
6    Representing 84 Lumber Company, LP
7

MEIROSE & FRISCIA, P.A.
8    BY:  JASON A. LUBLINER, ESQUIRE
     5550 W. Executive Drive
9    Suite 250
     Tampa, Florida 33609
10   (813) 289-8800
     groot@meirosefriscia.com
11   Representing Central Florida
     Finishers and LTL Construction, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

3  (Pages 500 to 503)

Confidential - Subject to Further Confidentiality Review

---

Page 504

```
1   APPEARANCES VIA STREAM:
2
3       BECNEL LAW FIRM, L.L.C.
        BY: ROBERT BECNEL, ESQUIRE
        106 W. 7th Street
4       Reserve, Louisiana 70084
        (985) 536-1186
5       robbecnel@aol.com
        Representing the Plaintiffs'
6       Steering Committee
7
        PARKER WAICHMAN ALONSO LLP
8       BY: JORDAN L. CHAIKIN, ESQUIRE
        3301 Bonita Beach Road
9       Bonita Springs, Florida 34134
        (239) 390-1000
10      Jchaikin@yourlaywer.com
        Representing Plaintiffs' Steering
11      Committee
12
        MORGAN & MORGAN
13      BY: PETE V. ALBANIS, ESQUIRE
        12800 University Drive
14      Suite 600
        Fort Myers, Florida 33907
15      (877) 667-4265
        Representing the Plaintiffs
16
17      IRPINO LAW FIRM
        BY: ANTHONY IRPINO, ESQUIRE
18      2216 Magazine Street
        New Orleans, Louisiana 70130
19      Airpino@irpinolaw.com
        (504) 525-1500
20      Representing the Plaintiffs
21
22
23
24
```

---

Page 505

```
1   APPEARANCES VIA STREAM (CONTINUED):
2
3       GALLOWAY JOHNSON TOMPKINS BURR and SMITH
        BY: CARLINA C. EISELEN, ESQUIRE
4       One Shell Square
        701 Poydras Street, 40th Floor
5       New Orleans, Louisiana 70139
        (504) 525-6802
6       ceiselen@gjtbs.com
        Representing Interior/Exterior
7       Building Supply
8
        HEARD & MEDACK, P.C.
9       BY: JAMES DAVIS, ESQUIRE
        9494 Southwest Freeway, Suite 700
10      Houston, Texas 77074
        (713) 772-6400
11      jdavis@heardmedackpc.com
        Representing CastleRock Communities, L.P.
12
13      HUNTON & WILLIAMS LLP
14      BY: A. TODD BROWN, ESQUIRE
        Bank of America Plaza
15      101 South Tryon Street
        Suite 3500
16      Charlotte, North Carolina 28280
        (704) 378-4700
17      tbrown@hunton.com
        Representing Stock Building Supply, LLC
18
19
        SHER GARNER CAHILL RICHTER KLEIN &
20      HILBERT, L.L.C.
        BY: MATTHEW C. CLARK, ESQUIRE
21      909 Poydras Street
        Suite 2800
22      New Orleans, Louisiana 70112
        (504) 299-2100
23      mclark@shergarner.com
        Representing the Southern Home
24      Defendants
```

---

Page 506

```
1   APPEARANCES VIA STREAM (CONTINUED):
2
3       QUINN EMANUEL URQUHART & SULLIVAN, LLP
        BY: CLINTON DOCKERY, ESQUIRE
4       51 Madison Avenue, 22nd Floor
        New York, New York 10010
5       (212) 849-7000
        clintondockery@quinnemanuel.com
6       Representing Chartis Select Insurance
        Company and Related Chartis Insurers
7
8       JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENEGRE LLP
9       BY: MEGAN E. DONOHUE, ESQUIRE
        600 Jefferson Street, Suite 1600
10      Lafayette, Louisiana 70501
        (337) 262-9062
11      mdonohue@joneswalker.com
        Representing Fireman's Fund Insurance
12      Company
13
        DEUTSCH, KERRIGAN & STILES
14      BY: MELISSA M. SWABACKER, ESQUIRE
        755 Magazine St.
15      New Orleans, Louisiana 70130
        (504) 581-5141
16      mswabacker@dkslaw.com
        Representing Landmark American
17      Insurance Company
18
19
20          - - -
21
22
23
24
```

---

Page 507

```
1           - - -
2                I N D E X
3       WITNESS                 PAGE NO.
4       TONGCHUN JIA
5
6       By Mr. Cyr              529
7       By Mr. Seeger           672
8       By Mr. Gonzalez         784
9
10          - - -
11          E X H I B I T S
12
        NO.     DESCRIPTION    PAGE NO.
13
14      Jia        Document in       545
                   Chinese, Bates
15      Defendant's-1  stamped TG
                   0026001 and TG
16                 0026002
17      Jia        Shandong          545
        Defendant's-1A  Province
18                 Department of
                   Finance
19                 Documents, Bates
                   stamped TG
20                 0026001 and TG
                   0026002
21
        Jia        Document in
22      Defendant's-2  Chinese, Bates
                   stamped TG
23                 0020582 through
                   TG 0020584
24
```

4 (Pages 504 to 507)

Confidential - Subject to Further Confidentiality Review

```
 1     Jia          Shandong Taihe   548
       Defendant's-2A  Dongxin Co.,
 2                  Ltd,
                    Shareholder
 3                  List, Bates
                    stamped TG
 4                  0020582 through
                    TG 0020584
 5
 6     Jia          Document in   553
       Defendant's-3  Chinese, Bates
 7                  stamped TG
                    0020630 through
 8                  TG 0020633
 9     Jia          Stock Transfer  553
       Defendant's-3A  Agreement, Bates
10                  stamped TG
                    0020630 through
11                  TG 0020633
12     Jia          Document in   555
       Defendant's-4  Chinese, Bates
13                  stamped TG
                    0020634 through
14                  TG 0020637
15     Jia          Document in   568
       Defendant's-5  Chinese, Bates
16                  stamped 0020638
                    through 0020642
17     Jia          Document in   572
       Defendant's-6  Chinese, Bates
18                  stamped TG
                    0020598 through
19                  TG 0020600
20     Jia          Shandong Taihe   572
       Defendant's-6A  Dongxin Co.,
21                  Ltd. Resolutions
                    of the General
22                  Meeting of
                    Shareholders,
23                  Bates stamped TG
                    0020598 through
24                  TG 0020600
```

```
 1     Jia          Shandong Taihe   591
       Defendant's-10A  Dongxin Co.,
 2                  Ltd. Summary of
                    Asset Valuation
 3                  Report, Bates
                    stamped TG
 4                  0020384 through
                    TG 0020390
 5
 6     Jia          Document in   592
       Defendant's-11  Chinese, Bates
 7                  stamped TG
                    0020686 through
 8                  TG 0020789
 9     Jia          Articles of   592
       Defendant's-11A  Association of
                    Shandong Taihe
10                  Dongxin Co.,
                    Ltd., Bates
11                  stamped TG
                    0020686 through
12                  TG 0020789
13     Jia          Document in   600
       Defendant's-12  Chinese, Bates
14                  stamped TG
                    0020725 through
15                  TG 0020748
16     Jia          Articles of   600
       Defendant's-12A  Association of
17                  Tai Shan Gypsum
                    Co., Ltd., Bates
18                  stamped TG
                    0020725 through
19                  TG 0020748
20     Jia          Document in   601
       Defendant's-13  Chinese, Bates
21                  stamped TG
                    0020722 through
22                  TG 0020724
23
24
```

```
 1     Jia          Document in   579
       Defendant's-7  Chinese, Bates
 2                  stamped TG
                    0020647 through
 3                  TG 0020649
 4     Jia          Comparison Chart  579
       Defendant's-7A  of Registered
 5                  Capital Before
                    and After
 6                  Changes, Bates
                    stamped TG
 7                  0020647 through
                    TG 0020649
 8     Jia          Document in   583
       Defendant's-8  Chinese, Bates
 9                  stamped TG
10                  0020601 and TG
                    0020602
11
12     Jia          Resolutions of  583
       Defendant's-8A  the General
                    Meeting of
13                  Shareholders,
                    Bates stamped TG
14                  0020601 and TG
                    0020602
15
16     Jia          Document in   589
       Defendant's-9  Chinese, Bates
17                  stamped TG
                    0020608 through
18                  TG 0020629
19     Jia          Shandong Taihe   589
       Defendant's-9  Dongxin Co.,
20                  Ltd. Articles of
                    Incorporation,
21                  Bates stamped TG
                    0020608 through
22                  TG 0020629
23     Jia          Document in   591
       Defendant's-10  Chinese, Bates
24                  stamped 20384
                    through 20390
```

```
 1     Jia          Shandong Taihe   601
       Defendant's-13  Dongxin Co.,
 2                  Ltd. Resolutions
                    of the 2006
 3                  Annual General
                    Meeting of
 4                  Shareholders,
                    Bates stamped TG
 5                  0020722 through
                    TG 0020724
 6
 7     Jia          Document in   603
       Defendant's-14  Chinese, Bates
 8                  stamped TG
                    0020715 through
 9                  TG 0020717
10     Jia          Datasheet of the  603
       Defendant's-14A  Directors,
11                  Supervisors and
                    Manager of
12                  Shandong Taihe
                    Dongxin Co.,
13                  Ltd., Bates
                    stamped TG
14                  0020715 through
                    TG 0020717
15     Jia          Document in   605
       Defendant's-15  Chinese, Bates
16                  stamped TG
                    0020795 through
17                  TG 0020798
18     Jia          Taishan Gypsum   605
       Defendant's-15A  Co., Ltd. 2008
19                  Annual General
                    Meeting, Bates
20                  stamped TG
                    0020795 through
21                  TG 0020798
22     Jia          Document in   618
       Defendant's-16  Chinese, Bates
23                  stamped TG
                    0020799 and TG
24                  0020800
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

|  | Page 512 |
|---|---|
| 1 | Jia-16A    Amendment to the  618 |
| 2 | Articles of |
|  | Association of |
| 3 | Taishan Gypsum |
|  | Co., Ltd., Bates |
| 4 | stamped TG |
|  | 0020799 and TG |
| 5 | 0020800 |
| 6 | Jia            Document in     620 |
|  | Defendant's-17  Chinese, Bates |
| 7 | stamped TG |
|  | 0025887 and TG |
| 8 | 0025888 |
| 9 | Jia         Resolution of   620 |
|  | Defendant's-17A  the Shandong |
| 10 | Taihe Dongxin |
|  | Co., Ltd. |
| 11 | Shareholder |
|  | Meeting, Bates |
| 12 | stamped TG |
|  | 0025887 and TG |
| 13 | 0025888 |
| 14 | Jia            Document in     621 |
|  | Defendant's-18  Chinese, Bates |
| 15 | stamped TG |
|  | 0025889 through |
| 16 | TG 0025891 |
| 17 | Jia         Shandong Taihe  621 |
|  | Defendant's-18A  Dongxin Co., |
| 18 | Ltd. 2005 Annual |
|  | Shareholder |
| 19 | Meeting |
|  | Resolution, |
| 20 | Bates stamped TG |
|  | 0025889 through |
| 21 | TG 0025891 |
| 22 | Jia            Document in     622 |
|  | Defendant's-19  Chinese, Bates |
| 23 | stamped TG |
|  | 0025892 and TG |
| 24 | 0025893 |

|  | Page 513 |
|---|---|
| 1 | Jia         Shandong Taihe  622 |
|  | Defendant's-19A  Dongxin Co., |
| 2 | Ltd. 2006 Annual |
|  | Shareholder |
| 3 | Meeting |
|  | Resolution, |
| 4 | Bates stamped TG |
|  | 0025892 and TG |
| 5 | 0025893 |
| 6 | Jia            Document in     623 |
|  | Defendant's-20  Chinese, Bates |
| 7 | stamped TG |
|  | 0025894 through |
| 8 | TG 0025896 |
| 9 | Jia         Shandong Taihe  623 |
|  | Defendant's-20A  Dongxin Co., |
| 10 | Ltd. 2007 Annual |
|  | Shareholder |
| 11 | Meeting |
|  | Resolution, |
| 12 | Bates stamped TG |
|  | 0025894 through |
| 13 | TG 0025896 |
| 14 | Jia            Document in     624 |
|  | Defendant's-21  Chinese, Bates |
| 15 | stamped TG |
|  | 0025897 through |
| 16 | TG 0025899 |
| 17 | Jia         Shandong Taihe  624 |
|  | Defendant's-21A  Dongxin Co., |
| 18 | Ltd. 2008 Annual |
|  | Shareholder |
| 19 | Meeting |
|  | Resolution, |
| 20 | Bates stamped TG |
|  | 0025897 through |
| 21 | TG 0025899 |
| 22 | Jia            Document in     626 |
|  | Defendant's-22  Chinese, Bates |
| 23 | stamped TG |
|  | 0025900 through |
| 24 | TG 0025902 |

|  | Page 514 |
|---|---|
| 1 | Jia         Shandong Taihe  626 |
|  | Defendant's-22A  Dongxin Co., |
| 2 | Ltd. Third |
|  | Meeting of the |
| 3 | Third Board of |
|  | Directors |
| 4 | Resolutions, |
|  | Bates stamped TG |
| 5 | 0025900 through |
|  | TG 0025902 |
| 6 | |
| 7 | Jia            Document in     628 |
|  | Defendant's-23  Chinese, Bates |
| 8 | stamped TG |
|  | 0025903 through |
| 9 | TG 0025905 |
| 10 | Jia         Shandong Taihe  628 |
|  | Defendant's-23A  Dongxin Co., |
| 11 | Ltd. Fourth |
|  | Meeting of the |
| 12 | Third Board of |
|  | Directors |
| 13 | Resolutions, |
|  | Bates stamped TG |
| 14 | 0025903 through |
|  | TG 0025905 |
| 15 | Jia            Document in     629 |
|  | Defendant's-24  Chinese, Bates |
| 16 | stamped TG |
|  | 0025906 through |
| 17 | TG 0025908 |
| 18 | Jia         Shandong Taihe  629 |
|  | Defendant's-24A  Dongxin Co., |
| 19 | Ltd. Fifth |
|  | Meeting of the |
| 20 | Third Board of |
|  | Directors |
| 21 | Resolutions, |
|  | Bates stamped TG |
| 22 | 0025906 through |
|  | TG 0025908 |
| 23 | |
| 24 | |

|  | Page 515 |
|---|---|
| 1 | Jia            Document in     630 |
|  | Defendant's-25  Chinese, Bates |
| 2 | stamped TG |
|  | 0025913 through |
| 3 | TG 0025919 |
| 4 | Jia         A Report       630 |
|  | Defendant's-25A  Regarding |
| 5 | Overall Work |
|  | Summary for 2005 |
| 6 | and Work |
|  | Arrangement for |
| 7 | 2006, Bates |
|  | stamped TG |
| 8 | 0025913 through |
|  | TG 0025919 |
| 9 | |
| 10 | Jia            Document in     630 |
|  | Defendant's-26  Chinese, Bates |
| 11 | stamped TG |
|  | 0025920 through |
| 12 | TG 0025926 |
| 13 | Jia         2006 Chief     631 |
|  | Defendant's-26A  Executive |
| 14 | Officer's Work |
|  | Report, Bates |
| 15 | stamped TG |
|  | 0025920 through |
| 16 | TG 0025926 |
| 17 | Jia            Document in     631 |
|  | Defendant's-27  Chinese, Bates |
| 18 | stamped TG |
|  | 0025927 through |
| 19 | TG 0025933 |
| 20 | Jia         2007 Chief     631 |
|  | Defendant's-27A  Executive |
| 21 | Officer's Work |
|  | Report, Bates |
| 22 | stamped TG |
|  | 0025927 through |
| 23 | TG 0025933 |
| 24 | |

6 (Pages 512 to 515)

Confidential - Subject to Further Confidentiality Review

## Page 516

| | |
|---|---|
| 1 | Jia      Document in      631 |
| | Defendant's-28  Chinese, Bates |
| 2 | stamped TG |
| | 0025934 through |
| 3 | TG 0025941 |
| 4 | Jia      2008 Chief      631 |
| | Defendant's-28A  Executive |
| 5 | Officer's Work |
| | Report, Bates |
| 6 | stamped TG |
| | 0025934 through |
| 7 | TG 0025941 |
| 8 | Jia      Document in      636 |
| | Defendant's-29  Chinese, Bates |
| 9 | stamped TG |
| | 0025958 through |
| 10 | TG 0025961 |
| 11 | Jia      Shandong Taihe    636 |
| | Defendant's-29A  Dongxin Company |
| 12 | Limited |
| | Accounting |
| 13 | Statement, Bates |
| | stamped TG |
| 14 | 0025958 through |
| | TG 0025961 |
| 15 | |
| 16 | Jia      Document in      636 |
| | Defendant's-30  Chinese, Bates |
| 17 | stamped TG |
| | 0025971 through |
| 18 | TG 0025974 |
| 19 | Jia      Shandong Taihe    636 |
| | Defendant's-30A  Dongxin Company |
| 20 | Limited |
| | Accounting |
| 21 | Statement, Bates |
| | stamped TG |
| 22 | 0025971 through |
| 23 | TG 0025974 |
| 24 | |

## Page 517

| | |
|---|---|
| 1 | Jia      Document in      641 |
| | Defendant's-31  Chinese, Bates |
| 2 | stamped TG |
| | 0025984 through |
| 3 | TG 0025987 |
| 4 | Jia      2007 Financial    641 |
| | Defendant's-31A  Statements of |
| 5 | Taishan Gypsum |
| | Company Limited, |
| 6 | Bates stamped TG |
| | 0025984 through |
| 7 | TG 0025987 |
| 8 | Jia      Document in      642 |
| | Defendant's-32  Chinese, Bates |
| 9 | stamped TG |
| | 0025997 through |
| 10 | TG 0026000 |
| 11 | Jia      2008 Financial    642 |
| | Defendant's-32A  Statements of |
| 12 | Taishan Gypsum |
| | Company Limited, |
| 13 | Bates stamped TG |
| | 0025997 through |
| 14 | TG 0026000 |
| 15 | Jia      Document in      649 |
| | Defendant's-33  Chinese, Bates |
| 16 | stamped TG |
| | 0020808 and TG |
| 17 | 0020809 |
| 18 | Jia      Incorporation    650 |
| | Defendant's-33A  Registration |
| 19 | Review Form, |
| | Bates stamped TG |
| 20 | 0020808 and TG |
| | 0020809 |
| 21 | |
| 22 | Jia      Document in      650 |
| | Defendant's-34  Chinese, Bates |
| | stamped TG |
| 23 | 0020817 through |
| | TG 0020824 |
| 24 | |

## Page 518

| | |
|---|---|
| 1 | Jia      Articles of      651 |
| | Defendant's-34A  Association of |
| 2 | Tai'an Taishan |
| | Plasterboard |
| 3 | Co., Ltd., Bates |
| | stamped TG |
| 4 | 0020817 through |
| | TG 0020824 |
| 5 | |
| 6 | Jia      Document in      652 |
| | Defendant's-35  Chinese, Bates |
| | stamped TG |
| 7 | 0020825 and TG |
| | 0020826 |
| 8 | |
| 9 | Jia      Tai'an Taishan    652 |
| | Defendant's-35A  Plasterboard |
| | Co., Ltd. |
| 10 | Director |
| | Appointment |
| 11 | Document, Bates |
| | stamped TG |
| 12 | 0020825 and TG |
| | 0020826 |
| 13 | |
| 14 | Jia      Document in      654 |
| | Defendant's-36  Chinese, Bates |
| 15 | stamped TG |
| | 0020827 and TG |
| 16 | 0020828 |
| 17 | Jia      Tai'an Taishan    654 |
| | Defendant's-36A  Plasterboard |
| 18 | Co., Ltd. Legal |
| | Representative |
| 19 | Appointment |
| | Document, Bates |
| 20 | stamped TG |
| | 0020827 and TG |
| | 0020828 |
| 21 | |
| 22 | Jia      Document in      655 |
| | Defendant's-37  Chinese, Bates |
| | stamped TG |
| 23 | 0020850 and TG |
| | 0020851 |
| 24 | |

## Page 519

| | |
|---|---|
| 1 | Jia      Capital      655 |
| | Defendant's-37A  Verification |
| 2 | Descriptions, |
| | Bates stamped TG |
| 3 | 0020850 and TG |
| | 0020851 |
| 4 | |
| 5 | Jia      Document in      656 |
| | Defendant's-38  Chinese, Bates |
| 6 | stamped TG |
| | 0020855 |
| 7 | Jia      Shareholder    656 |
| | Defendant's-38A  Decisions, Bates |
| 8 | stamped TG |
| | 0020855 |
| 9 | |
| 10 | Jia      Document in      657 |
| | Defendant's-39  Chinese, Bates |
| 11 | stamped TG |
| | 0020856 through |
| 12 | TG 0020864 |
| 13 | Jia      Articles of      658 |
| | Defendant's-39A  Association of |
| 14 | Tai'an Taishan |
| | Plasterboard |
| 15 | Co., Ltd., Bates |
| | stamped TG |
| 16 | 0020856 through |
| | TG 0020864 |
| 17 | Jia      Document in      659 |
| | Defendant's-40  Chinese, Bates |
| 18 | stamped TG |
| | 0025446 |
| 19 | Jia      Lease Agreement, 659 |
| | Defendant's-40A  Bates stamped TG |
| 20 | 0025446 |
| 21 | |
| 22 | Jia      Document in      660 |
| | Defendant's-41  Chinese, Bates |
| | stamped TG |
| 23 | 0025412 |
| 24 | |

7 (Pages 516 to 519)

Confidential - Subject to Further Confidentiality Review

Page 520

```
 1   Jia          Trademark Use   661
     Defendant's-41A Authorization,
 2                Bates stamped TG
                  0025412
 3
     Jia          Document in     662
 4   Defendant's-42 Chinese, Bates
                  stamped TG
 5                0025413
 6   Jia          Purchase and    662
     Defendant's-42A Sale Agreement,
 7                Bates stamped TG
                  0025413
 8
     Jia          Document in     663
 9   Defendant's-43 Chinese, Bates
                  stamped TG
10                0025415
11   Jia          Lease Agreement, 663
     Defendant's-43A Bates stamped TG
12                0025415
13   Jia          Document in     665
     Defendant's-44 Chinese, Bates
14                stamped TG
                  0025414
15
     Jia          Purchase and    665
16   Defendant's-44A Sale Agreement,
                  Bates stamped TG
17                0025414
18   Jia          Document in     667
     Defendant's-45 Chinese, Bates
19                stamped TG
                  0026004 through
20                TG 0026006
21   Jia          2006 Financial  667
     Defendant's-45A Statement of
22                Taian Taishan
                  Plasterboard
23                Co., Ltd., Bates
                  stamped TG
24                0026004 through
```

Page 522

```
 1   Plaintiff's   Translation of  706
     Jia-16B       E-mail chain,
 2                 top one dated
                   10/15/2005,
 3                 Bates stamped TG
                   0019813 and TG
 4                 0019814
 5
     Plaintiff's   E-mail dated    713
 6   Jia-17        July 5, 2007,
                   Bates stamped TG
 7                 0025216 through
                   TG 0025218
 8
     Plaintiff's   E-mail chain,   716
 9   Jia-18        top one dated
                   5/12/2006, Bates
10                 stamped TG
                   0000415
11
     Plaintiff's   E-mail in       721
12   Jia-19A       Chinese dated
                   May 11, 2007,
13                 Bates stamped TG
                   0022728
14
     Plaintiff's   E-mail dated May 721
15   Jia-19B       11, 2007, Bates
                   stamped TG
16                 0022728
     Plaintiff's   Brochure of     731
17   Jia-20        Shandong Taihe
                   Dongxin Co.,
18                 Ltd.
19   Plaintiff's   Brochure of     734
     Jia-21        Taishan Ceiling
20                 and Wall System,
                   Bates stamped TG
21                 0025132 through
                   TG 0025151
22
     Plaintiff's   Document in     748
23   Jia-22A       Chinese, Bates
                   stamped TG
24                 0020682 through TG 0020685
```

Page 521

```
 1   Jia          Document in     667
     Defendant's-46 Chinese, Bates
 2                stamped TG
                  0026007 through
 3                TG 0026009
 4   Jia          Balance Sheet,  667
     Defendant's-46A Bates stamped TG
 5                0026007 through
                  TG 0026009
 6
     Jia          Document in     667
 7   Defendant's-47 Chinese, Bates
                  stamped TG
 8                0026010 through
                  TG 0026012
 9
     Jia          2008 Financial  667
10   Defendant's-47A Statement of
                  Taian Taishan
11                Plasterboard
                  Co., Ltd.
12                Balance Sheet,
                  Bates stamped TG
13                0026010 through
                  TG 0026012
14
15   Plaintiff's   Sole Agency     683
     Jia-13        Agreement, 4
16                 pages
17   Plaintiff's   Affidavit of Jia 693
     Jia-14        Tongchun, 11
18                 pages
19   Plaintiff's   E-mail chain,   700
     Jia-15        top one dated
20                 2/10/2007, Bates
                   stamped TG
21                 0000011
22   Plaintiff's   E-mail chain,   705
     Jia-16A       top one dated
23                 10/15/2005,
                   Bates stamped TG
24                 0019813 and TG 0019814
```

Page 523

```
 1   Plaintiff's   Resolution of   748
     Jia-22B       the 4th
 2                 Extraordinary
                   General Meeting
 3                 of Shareholders
                   for the Year of
 4                 2005 of Shandong
                   Taihe Dongxin
 5                 Co., Ltd., Bates
                   stamped TG
 6                 0020682 through
                   TG 0020685
 7   Plaintiff's   China National  762
     Jia-23        Building
 8                 Material Company
                   Limited Overseas
 9                 Regulatory
                   Announcement,
10                 Bates stamped
                   Q000155 through
11                 Q000223
12   Plaintiff's   China National  771
     Jia-24        Building
13                 Material Co. Ltd
                   Connected
14                 Transaction,
                   Acquisition of
15                 the Entire
                   Equity Interest
16                 in Taian
                   Donglian
17                 Investment
                   Trading Company
18                 Limited;
                   Connected
19                 Transaction,
                   Provision of
20                 Financial
                   Assistance to
21                 Taian State
                   Owned Assets
22                 Management
                   Group, Bates
23                 stamped Q000010 through Bates
24
```

8 (Pages 520 to 523)

Confidential - Subject to Further Confidentiality Review

| | Page 524 |
|---|---|

```
 1          stamped Q000012
            Plaintiff's    China National    775
 2          Jia-25         Building
                           Material Company
 3                         Limited Overseas
                           Regulatory
 4                         Announcement,
                           Bates stamped
 5                         Q000975 through
                           Q000981
 6
            Plaintiff's    Taishan 2006     781
 7          Jia-26         STRUCTURE - Pre
                           Global Offering,
 8                         August 4, 2011
                           Mtg., Bates
 9                         stamped Q000953
                           and Q000954
10
            Plaintiff's    Contract, Bates   789
11          Jia-27         stamped TG
                           0001482 through
12                         TG 0001484
            Plaintiff's    E-mail chain,     803
13          Jia-28         top one dated
                           February 25,
14                         2007, Bates
                           stamped TG
15                         0021643 through
                           TG 0021644 and
16                         TG 0023843 and
                           TG 0026019
17
18
19
20
21
22
23
24
```

| | Page 526 |
|---|---|

```
 1   plaintiffs.  With me is Scott
 2   George from Seeger Weiss.
 3       MS. BASS:  Hilarie Bass from
 4   Greenberg Traurig on behalf of the
 5   Home Builders Steering Committee.
 6       MR. GONZALEZ:  Good morning.
 7   Ervin Gonzalez and Patrick Montoya
 8   on behalf of the PSC and the MDL
 9   State Liaison Group.
10       MR. HARDT:  Good morning.
11   Ken Hardt on behalf of Venture
12   Supply appearing in the Germano
13   action and in the Alexander state
14   court action in which this was
15   cross-noticed.
16       MR. BRENNER:  I'm Ted
17   Brenner for Tobin Trading Company
18   appearing in the Germano
19   litigation.
20       MR. SLAUGHTER:  Good
21   morning.  This is Brian Slaughter.
22   I represent Atlantic Homes, LLC in
23   the MDL and Virginia proceedings.
24       MR. MEUNIER:  Gerry Meunier
```

| | Page 525 |
|---|---|

```
 1            - - -
 2            THE VIDEOTAPE TECHNICIAN:
 3   We are now on the record.  My name
 4   is Dan Lawlor.  I'm the
 5   videographer for Golkow
 6   Technologies.
 7       Today's date is January 9,
 8   2012, and the time is 8:52 a.m.
 9       This video deposition is
10   being held in Hong Kong, China in
11   the matter of Chinese Drywall
12   Litigation, for the U.S. District
13   Court, Eastern District of
14   Louisiana, MDL Number 2047, and
15   cross-noticed in various other
16   actions.
17       Counsel, starting with Your
18   Honor, please identify yourselves
19   and all those present.
20       THE COURT:  Eldon Fallon,
21   United States District Judge for
22   the Eastern District of Louisiana.
23       MR. SEEGER:  Chris Seeger,
24   Seeger Weiss, on behalf of
```

| | Page 527 |
|---|---|

```
 1   appearing for the PSC in the MDL.
 2       MS. BESKIN:  Julia Beskin
 3   appearing for Chartis.
 4       MR. SEXTON:  Mike Sexton for
 5   various Banner Supply entities.
 6       MR. BLACK:  David Black for
 7   the State of Louisiana, reserving
 8   the positions set forth in our
 9   pending motion to remand.
10       MR. LEVIN:  Arnold Levin on
11   behalf of the Plaintiffs' Steering
12   Committee.
13       MR. DAVIS:  Leonard Davis on
14   behalf of Plaintiffs' Liaison
15   Counsel for the Plaintiffs'
16   Steering Committee.
17       MS. BYRNE:  Jane Byrne,
18   Quinn, Emanuel, Urquhart, Oliver &
19   Sullivan on behalf of the Chartis
20   Insurance Group.
21       MS. JI:  Jieni Ji on behalf
22   of Taishan Gypsum.
23       MR. SPANO:  Frank Spano,
24   Allan Leung, Eugene Chen, Joe Cyr,
```

Confidential - Subject to Further Confidentiality Review

Page 528

1    Hogan Lovells for defendants
2    Taishan Gypsum and TTP.
3         INTERPRETER:  Sunny Wang,
4    court certified Mandarin
5    interpreter.
6         THE VIDEOTAPE TECHNICIAN:
7    The deponent today is Tongchun
8    Jia.
9         THE COURT:  Mr. Jia, would
10   you stand again, please, sir.
11        - - -
12        TONGCHUN JIA, after having
13   been duly sworn, was examined and
14   testified as follows:
15        - - -
16        THE WITNESS:  Yes, I do.
17        THE COURT:  Be seated,
18   please, and give us your name.
19        THE WITNESS:  Jia Tongchun,
20   J-I-A, last name Jia, first name,
21   Tongchun, T-O-N-G-C-H-U-N.
22        THE COURT:  Ms. Interpreter,
23   you have had a chance to speak to
24   the witness in his native

Page 529

1    language?
2         INTERPRETER:  Yes, Your
3    Honor.
4         THE COURT:  Do you
5    understand him, and are you
6    confident that he understands you?
7         INTERPRETER:  Yes, I do.
8         THE COURT:  Let's begin,
9    please.  It is now three minutes
10   to 9:00 Hong Kong time.
11        MR. CYR:  May I begin, Your
12   Honor?
13        THE COURT:  Yes, please.
14        - - -
15        EXAMINATION
16        - - -
17   BY MR. CYR:
18   Q.   Good morning, Mr. Jia.  Do
19   you hold a position with Taishan Gypsum?
20   A.   Can you repeat that?
21   Q.   Do you hold a position with
22   Taishan Gypsum?
23   A.   Yes.
24   Q.   What is that position?

Page 530

1    A.   Director of the board of
2    directors and general manager.
3    Q.   Did you hold those positions
4    with its predecessor company, Shandong
5    Taihe Dongxin?
6    A.   Yes.
7    Q.   What year did you first
8    become the general manager of Shandong
9    Taihe Dongxin?
10   A.   You mean Shandong Taihe
11   Dongxin?
12   Q.   Yes.
13   A.   Yes.
14   Q.   What year did you first
15   assume the position of general manager of
16   Shandong Taihe Dongxin?
17   A.   Since the year 2002, it
18   became Taishan Dongxin Corporation,
19   Incorporated.
20   Q.   Just to make sure that the
21   record is clear, is it since 2002, he
22   became the general manager of Shandong
23   Taihe Dongxin?
24   A.   Yes.

Page 531

1    Q.   Did he also assume the
2    position of Chairman of the Board of
3    Directors of Shandong Taihe Dongxin in
4    2002?
5    A.   Yes.
6    Q.   Do you recall having your
7    deposition taken in April of 2011 by the
8    plaintiffs' counsel who are here today?
9    A.   Yes.
10   Q.   Did you answer the questions
11   truthfully during that deposition?
12        MR. GONZALEZ:  Object to
13   form.
14        INTERPRETER:  I'm sorry, can
15   you repeat your objection?
16        MR. GONZALEZ:  Form.
17        From time to time, we will
18   be making objections.  Generally
19   to not to be difficult, we just
20   say object to form or form, and
21   what I request is that an
22   objection by one of us be deemed
23   an objection by all of us.
24        THE COURT:  One moment.  If

10  (Pages 528 to 531)

Confidential - Subject to Further Confidentiality Review

Page 532

1  we're taking this deposition for
2  discovery purposes, that's one
3  thing. If we're taking it for
4  trial purposes or for all
5  purposes, then I'll rule on the
6  objections.
7      MR. SEEGER: That was my
8  understanding, Your Honor.
9      MR. CYR: Your Honor, two
10  quick points. One is we ask Your
11  Honor to consider the possibility
12  of limiting the number of
13  plaintiffs' counsel who are
14  allowed to make objections. I
15  didn't know that we would offer
16  that up to all 20 of those who are
17  present, but that's your decision.
18      The main point that I would
19  like to make is that, based on
20  Your Honor's comments in the
21  September 9 decision, we are
22  approaching this deposition as if
23  it's a part of the record in the
24  hearing before Your Honor with

Page 533

1  respect to the jurisdiction
2  issues. And so we welcome Your
3  Honor's ruling on any objections
4  that are made. We don't want to
5  slow down the process, but we do
6  want this to be -- this deposition
7  to be admissible before Your Honor
8  in the hearing.
9      THE COURT: With objections
10  to form of the question, the
11  question, of course, is whether or
12  not the person who is questioning
13  an individual under direct can
14  lead the person. Form objections
15  is objection as to leading. They
16  can be corrected by the questioner
17  at that time.
18      So, the difficulty in this
19  type of situation is that we're
20  dealing with an interpreter, and
21  some leeway has to be given to
22  counsel in that regard.
23      First, with regard to people
24  asking questions, I need to limit

Page 534

1  that to the person that's going to
2  be asking questions. We have a
3  room full of lawyers, and I don't
4  want the lawyers to -- all the
5  lawyers to object. Those who are
6  going to ask questions of this
7  witness have the right to object.
8  The rest do not have the right to
9  object. So, if you're going to be
10  questioning the witness, you have
11  a right to object. If not, you
12  don't.
13      So, let's proceed. You can
14  reframe the question if you'd
15  like.
16  BY MR. CYR:
17      Q. Mr. Jia, when you were asked
18  questions in your deposition in
19  approximately April of 2011, did you
20  answer those questions truthfully?
21      MR. GONZALEZ: Object to
22  form, Your Honor.
23      THE WITNESS: Truthfully,
24  yes.

Page 535

1      THE COURT: Overrule the
2  objection.
3  BY MR. CYR:
4      Q. Mr. Jia, I would like to
5  address your attention to the time period
6  of 2005 through 2008. During that period
7  of time, did either TG or TTP engage in
8  business in the United States?
9      MR. SEEGER: Objection,
10  calls for a legal conclusion, Your
11  Honor.
12      THE COURT: I sustain the
13  objection. It's too broad. It
14  has legal ramifications which this
15  witness is not able to deal with.
16  Factually, I'll allow it. Legal
17  inferences, I won't.
18      Restate the question.
19  BY MR. CYR:
20      Q. During that period of time,
21  did either TG or TTP ever have any real
22  property or personal property in the
23  United States?
24      A. No.

11 (Pages 532 to 535)

Confidential - Subject to Further Confidentiality Review

Page 536

```
 1        Q.   During that period of time,
 2   did either TG or TTP ever have any bank
 3   accounts in the United States?
 4        A.   No.
 5        Q.   All of the questions that
 6   I'm about to ask you are going to relate
 7   to that same period of time during 2005
 8   through 2008, but I'm not going to repeat
 9   that each time to save time.  Do you
10   understand that, Mr. Jia?
11        A.   I understand.
12        Q.   Did either TG or TTP have a
13   business registration anywhere in the
14   United States?
15        A.   No.
16        Q.   Did either TG or TTP, were
17   either of them incorporated or organized
18   under the laws of any state in the United
19   States?
20        A.   No.
21        Q.   Did either TG or TTP have
22   any corporate books or records in the
23   United States?
24        A.   No.
```

Page 537

```
 1        Q.   Did either TG or TTP ever
 2   have a mailing address or telephone
 3   number in the United States?
 4        A.   No.
 5        Q.   Did either TG or TTP have an
 6   agent to accept service of process in the
 7   United States?
 8        A.   No.
 9        Q.   Did either TG or TTP have
10   any officers, directors, employees or
11   agents present in the United States?
12        A.   No.
13        Q.   Did the officers, directors,
14   employees or agents of TG or TTP ever
15   visit the United States on business, to
16   your knowledge?
17        A.   No.
18        Q.   Did either TG or TTP have an
19   ownership interest in any corporation or
20   business located in the United States?
21        A.   Can you repeat the question,
22   please?  I don't understand.
23        Q.   Did either TG or TTP have an
24   ownership interest in any corporation or
```

Page 538

```
 1   business located in the United States?
 2        A.   No.
 3        Q.   Did either TG or TTP have a
 4   license agreement with any US companies
 5   during that time?
 6        INTERPRETER:  Interpreter
 7   clarification.  "License," you
 8   mean business license?
 9        MR. CYR:  Licensing
10   agreement, an agreement where you
11   license a property interest of
12   some kind.
13        THE WITNESS:  No.
14   BY MR. CYR:
15        Q.   Did either TG or TTP ever
16   have any property interest or assets of
17   any kind located in the United States?
18        A.   No assets in America.
19        Q.   Did either TG or TTP have
20   any US patents or US trademarks?
21        A.   No.
22        Q.   Mr. Jia, during that period
23   of time, did either TG or TTP ever target
24   the United States for the sale of its
```

Page 539

```
 1   drywall?
 2        A.   No.
 3        Q.   During that period of time,
 4   did either TG or TTP ever target the
 5   State of Virginia for the sale of its
 6   drywall?
 7        A.   No.
 8        Q.   During that period of time,
 9   did either TG or TTP ever target the
10   State of Florida for the sale of its
11   drywall?
12        A.   No.
13        Q.   During that period of time,
14   did either TG or TTP ever target the
15   State of Louisiana for the sale of its
16   drywall?
17        A.   No.
18        Q.   During that period of time,
19   did either TG or TTP ever target the
20   State of Alabama for the sale of its
21   drywall?
22        A.   No.
23        Q.   During that period of time,
24   did either TG or TTP target any other
```

12  (Pages 536 to 539)

Confidential - Subject to Further Confidentiality Review

Page 540

1  state in the United States for the sale
2  of its drywall?
3      A.  No.
4      Q.  During that period of time,
5  did either TG or TTP ever sell any
6  drywall with the knowledge or the
7  expectation that it would be used in the
8  State of Virginia?
9          MR. GONZALEZ:  Objection,
10     compound.  Objection, compound,
11     also calls for speculation.
12         THE COURT:  Let's break down
13     the question.
14         MR. CYR:  Yes, Your Honor.
15  BY MR. CYR:
16     Q.  Mr. Jia, to your knowledge,
17  during that period of time, did either TG
18  or TTP ever sell drywall with the
19  knowledge that it would be used in the
20  State of Virginia?
21         MR. GONZALEZ:  Object to
22     foundation.
23         MR. HARDT:  Your Honor, I
24     also object, too, because this

Page 541

1  witness has been identified not to
2  testify as a corporate
3  representative dealing with sales.
4  So, he's being asked questions
5  about sales.  That's not what he's
6  designated as.
7          THE COURT:  He's answering
8      what is within his knowledge and
9      also the knowledge of the company
10     insofar as that is relevant in
11     that area.  That's what he's being
12     asked.
13         MR. GONZALEZ:  I object to
14     foundation on his knowledge of the
15     company, Your Honor.  No
16     establishment of such knowledge or
17     how he obtained it.
18         THE COURT:  You want to
19     respond to that?
20         MR. CYR:  Yes, Your Honor.
21     This direct examination is
22     based on the assumption that the
23     deposition that was taken in April
24     is a part of the record, and so,

Page 542

1  therefore, we're trying to proceed
2  as efficiently as possible.  I
3  hope you appreciate that.  I'm
4  happy to ask a lot of the same
5  questions that were asked last
6  April that are already a part of
7  the record, but I believe that
8  that would be an unnecessary use
9  of everyone's time.
10     I believe that transcript
11  reflects that Mr. Jia is the
12  general manager of Shandong Taihe
13  Dongxin and Taishan Gypsum and had
14  very thorough knowledge of its
15  operations.
16         THE COURT:  I'll overrule
17     the objection and allow it to be
18     dealt with, if necessary, in a
19     cross-examination.
20         MR. CYR:  Your Honor, I'll
21     reask the question so that the
22     interpreter doesn't have to go
23     back and look into the record.
24  BY MR. CYR:

Page 543

1      Q.  Mr. Jia, during that period
2  of time, did either TG or TTP, to your
3  knowledge, ever sell drywall with the
4  knowledge that it would be used in
5  Virginia?
6      A.  I do not know.
7      Q.  Mr. Jia, to your
8  knowledge --
9      Do you have any information,
10  Mr. Jia, that reflects that during that
11  time either TG or TTP sold drywall with
12  the knowledge that it would be used in
13  Virginia?
14     A.  No.
15     Q.  Do you have any knowledge
16  that during that period of time either TG
17  or TTP ever sold drywall with the
18  knowledge that it would be used in the
19  State of Florida?
20     A.  No.
21     Q.  Do you have any knowledge
22  that during that period of time either TG
23  or TTP sold drywall with the knowledge
24  that it would be used in the State of

13 (Pages 540 to 543)

Confidential - Subject to Further Confidentiality Review

Page 544

1    Louisiana?
2        A.   No.
3        Q.   Do you have any knowledge
4    that during that period of time either TG
5    or TTP sold drywall with the knowledge
6    that it would be used in the State of
7    Alabama?
8        A.   No.
9        Q.   Do you have any knowledge
10   that, during that period of time, either
11   TG or TTP sold drywall with the knowledge
12   that it would be used in any other state
13   in the United States?
14       A.   No.
15           MR. CYR:  Your Honor, at
16   this time, I would like to begin
17   showing Mr. Jia some documents
18   that had been premarked as
19   exhibits, Jia Defendant's
20   Exhibits, January 9, 2012, 1
21   through 47.  And so that the
22   record is clear, we have
23   translations of most of those
24   exhibits, and they are marked with

Page 545

1    the number with an A.  So, for
2    example, the translation of
3    Exhibit Number 1 is marked Exhibit
4    1A.
5            Although the parties have
6    made some progress in coming to an
7    agreement with respect to the
8    translations, it's my
9    understanding that we haven't
10   reached any final agreement with
11   respect to the translations, and
12   so both sides have reserved the
13   opportunity and the right to
14   address the accuracy of the
15   translations after the
16   depositions.
17           MR. SEEGER:  That's fine.
18               - - -
19           (Whereupon, Deposition
20   Exhibit Jia Defendant's-1,
21   Document in Chinese, Bates stamped
22   TG 0026001 and TG 0026002, and
23   Deposition Exhibit Jia
24   Defendant's-1A, Shandong Province

Page 546

1    Department of Finance Documents,
2    Bates stamped TG 0026001 and TG
3    0026002, were marked for
4    identification.)
5                - - -
6    BY MR. CYR:
7        Q.   At this time, Mr. Jia, I'm
8    asking you to take a look at a document
9    that has been premarked as Jia
10   Defendant's Exhibit Number 1 and ask you
11   to look at that document.
12           MS. BASS:  Would it be
13   possible to identify for the
14   record the Bates of that document?
15           MR. CYR:  The Bates stamps
16   numbers?
17           MS. BASS:  Yes, please.
18   Since not everybody in the room is
19   aware of what the exhibit number
20   is.
21           THE COURT:  That's a good
22   idea.
23           MR. CYR:  I'll try to reach
24   a protocol for the introduction of

Page 547

1    each of the exhibits that
2    satisfies Your Honor, as well as
3    all of plaintiffs' counsel, in an
4    efficient manner.
5            And the -- this document has
6    the Bates stamp numbers of TG
7    26001 through TG 26002.  And for
8    the record, I'm going to try to
9    indicate the date that appears in
10   the document, but obviously if
11   plaintiffs' counsel disagrees with
12   that, you will have an opportunity
13   to register that.  This document
14   appears to be dated July 22, 2002.
15   BY MR. CYR:
16       Q.   The question for you, Mr.
17   Jia, is, what is this document?
18       A.   This is a document reflects
19   Shandong Province Department of Finance
20   to approve Shandong Taihe Dongxin
21   Company, Limited to assign its stocks to
22   the following companies.
23       Q.   Could you please indicate
24   the companies to which the stock was

14  (Pages 544 to 547)

Confidential - Subject to Further Confidentiality Review

Page 548

1  assigned?
2      A.   Yes.  Part of the stocks
3  were to be transferred to Taian
4  State-Owned Asset Management Company,
5  Limited.  And part of the stocks were
6  assigned to me, myself, and 15 other
7  individuals.
8      Q.   Could you describe the
9  transaction that this was a part of?
10         INTERPRETER:  Interpreter
11  clarification.
12         THE WITNESS:  Is to withdraw
13  the state ownership of the company
14  and to introduce the private
15  ownership into the company.
16             - - -
17         (Whereupon, Deposition
18  Exhibit Jia Defendant's-2,
19  Document in Chinese, Bates stamped
20  TG 0020582 through TG 0020584, and
21  Deposition Exhibit Jia
22  Defendant's-2A, Shandong Taihe
23  Dongxin Co., Ltd., Shareholder
24  List, Bates stamped TG 0020582

Page 549

1      through TG 0020584, were marked
2      for identification.)
3             - - -
4  BY MR. CYR:
5      Q.   I would like to direct your
6  attention to Jia Defendant's Exhibit
7  Number 2.  If it's okay with everyone,
8  I'm going to leave the January 9, 2012
9  date out each time I recite the document.
10  This is Bates stamps number 20582 through
11  20584, and it appears to have the date
12  August 10, 2002 at the bottom of the box
13  on the first page.
14         Mr. Jia, could you tell The
15  Court and plaintiffs' counsel what this
16  document is?
17      A.   This is a form indicates the
18  benefits of the shareholders.
19      Q.   When you say "benefit," are
20  you referring to the amount of
21  shareholder interest in the company
22  Shandong Taihe Dongxin?
23      A.   The ownership of shares.
24      Q.   Could you describe what the

Page 550

1  ownership of -- withdrawn.
2         Mr. Jia, what is the date of
3  this document?
4      A.   August the 10th, 2002.
5      Q.   Based on this document, Mr.
6  Jia, what was the shareholder interest in
7  Shandong Taihe Dongxin as of August of
8  2002?
9      A.   Do you mean for myself?  I
10  don't understand.
11      Q.   No.  For each of the
12  shareholders starting with Taian City
13  State-Owned Asset Management Company and
14  then the shareholder association and then
15  the others.  But he doesn't need to
16  recite the names of the individuals.  He
17  can just characterize that as the
18  individual shareholders.
19      A.   Taian City State-Owned
20  Assets Management Company had 30 percent
21  of the stock.  The rest of them were
22  owned by individuals.
23      Q.   Did Shandong Taihe Group
24  Employee Shareholder Association own

Page 551

1  shares in Shandong Taihe Dongxin in
2  August of 2002?
3      A.   Yes.
4      Q.   How much?
5      A.   Isn't it 33.73 percent?
6      Q.   For the record, the
7  translation that I have says 33.33
8  percent.
9      A.   Yes.  33.
10      Q.   Is that what it says in
11  Chinese?
12      A.   Yes, yes.
13      Q.   Could you describe for us
14  what the, I'm going to refer to it as the
15  Shareholder Association, what that was?
16      A.   It is a joint association of
17  the employees of Shandong Taihe Dongxin
18  Shareholder Incorporation, because they
19  each contributed certain shares.
20      Q.   Could you tell us what the
21  Taian City State-Owned Asset Management
22  Company is?  What was that?
23      A.   Taian City State-Owned Asset
24  Management Company is a state-owned

15 (Pages 548 to 551)

Confidential - Subject to Further Confidentiality Review

Page 552

1    company.
2         INTERPRETER: Interpreter
3    clarification.
4         THE WITNESS: These shares
5    were held by the Taian city
6    government.
7    BY MR. CYR:
8         Q.  Is that the same as SASAC?
9         A.  I don't understand.
10        Q.  Is the Taian City
11   State-Owned Asset Management Company,
12   Limited, is that a part of SASAC?
13        MR. CHEN: Let me just note,
14   SASAC is a defined term.
15   S-A-S-A-C.
16        THE WITNESS: It is not part
17   of SASAC.
18   BY MR. CYR:
19        Q.  Mr. Jia, continuing to look
20   at Exhibit Number -- Defendant's Exhibit
21   Number 2, you've indicated that it
22   reflects that the Taian City State-Owned
23   Asset Management Company owned 30
24   percent, that the Shareholder Association

Page 553

1    owned 33.33 percent. Who owned the
2    remaining percent of Shandong Taihe
3    Dongxin in August of 2002?
4         A.  It was owned by me and many
5    other company's executives.
6         Q.  I would like to --
7         Do you recall how much --
8    what percentage you had at that time, Mr.
9    Jia?
10        A.  5 percent.
11        - - -
12        (Whereupon, Deposition
13        Exhibit Jia Defendant's-3,
14        Document in Chinese, Bates stamped
15        TG 0020630 through TG 0020633, and
16        Deposition Exhibit Jia
17        Defendant's-3A, Stock Transfer
18        Agreement, Bates stamped TG
19        0020630 through TG 0020633, were
20        marked for identification.)
21        - - -
22   BY MR. CYR:
23        Q.  Please look at Jia
24   Defendant's Exhibit Number 3, which has

Page 554

1    the Bates stamp numbers 20630 through
2    20632. It appears as though this
3    document has the date at the top, March
4    24, 2005. Could you briefly describe
5    what this document is, Mr. Jia?
6         A.  It is a stock transfer
7    agreement.
8         Q.  Could you describe from
9    whom, to whom?
10        A.  It was transferred from the
11   transferer, Shandong Taihe Employee
12   Shareholders Association, to the
13   transferee, Taian Donglian Investment and
14   Trade Company, Limited.
15        Q.  I'm going to refer to that
16   company as Donglian for the record. Do
17   you understand that, Mr. Jia?
18        A.  Yes.
19        Q.  Does this document reflect
20   that as of and after March 24, 2005 that
21   the shares in Shandong Taihe that had
22   been owned by the Shareholders
23   Association were then owned by Donglian?
24        MR. GONZALEZ: Objection,

Page 555

1    leading, calls for a legal
2    conclusion and also lack of
3    foundation.
4         THE COURT: Sustain the
5    objection.
6         - - -
7         (Whereupon, Deposition
8         Exhibit Jia Defendant's-4,
9         Document in Chinese, Bates stamped
10        TG 0020634 through TG 0020637, was
11        marked for identification.)
12        - - -
13   BY MR. CYR:
14        Q.  Mr. Jia, could you take a
15   look at Exhibit Number 4. It bears the
16   stamp TG 20634 through TG 20637.
17        MR. CYR: For the record, we
18   don't have a translation of this
19   document at this time, so,
20   plaintiffs' counsel are at a
21   disadvantage. We'll try to
22   address that in the way that Mr.
23   Jia describes the document.
24        MR. SEEGER: Excuse me.

16 (Pages 552 to 555)

Confidential - Subject to Further Confidentiality Review

Page 556

1    Wait. I think -- Your Honor, I
2    think it's one thing to say that
3    we'll resolve differences in
4    translation after, it is another
5    thing to say we can't even -- we
6    have no idea what the substance of
7    the document is. I wouldn't know
8    how to begin to follow the truth
9    or the veracity of his answers.
10       MR. CYR: Well, in response,
11   not to be argumentative, but you
12   might recall that we provided
13   this, identified this document for
14   you on December 2 to be used in
15   this deposition, only a couple of
16   days after the conference with the
17   judge.
18       MR. SEEGER: But you didn't
19   provide us with a translation of
20   it, right?
21       MR. CYR: We haven't been
22   able to find a translation if one
23   was prepared by either side.
24       MR. SEEGER: I mean, Mr.

Page 557

1    Cyr, you don't speak Chinese, so
2    what document, what are you
3    working off of to ask your
4    questions?
5        MR. CYR: Well, the good
6    news is, is that I'm not answering
7    the questions, and that Mr. Jia
8    is. And so he can answer the
9    questions based on the Chinese
10   document, if you want a clear
11   record, which is all we're trying
12   to do.
13       MR. SEEGER: So, do you
14   understand what the document says
15   that you're asking questions
16   about?
17       MR. CYR: Well, I'm not sure
18   that's proper for you to ask me,
19   but I'm happy to volunteer --
20       MR. SEEGER: I'll work off
21   what you're working off of.
22       MR. CYR: I'm happy to
23   volunteer that I have discussed
24   this document with Mr. Jia, and I

Page 558

1    happen to know -- think what his
2    answer is.
3        MR. SEEGER: I wasn't going
4    there. I'm simply saying, if you
5    are working off a translation,
6    I'll work off your translation of
7    the document for now, and we'll
8    fix it later.
9        MR. CYR: If I had a
10   translation, I would have provided
11   it to you.
12       MR. DAVIS: Your Honor --
13       THE COURT: What's the
14   problem?
15       MR. DAVIS: Your Honor, I
16   was just going to explain and make
17   our record, in that we have
18   attempted, with the thousands and
19   thousands and thousands of
20   documents produced, to try to get
21   translations. We have worked as
22   quickly as possible with those
23   that were identified, and the
24   understanding was that we were

Page 559

1    going to exchange translations,
2    which we have done as best as
3    possible. But even to this date,
4    we still don't have full
5    translations because of the
6    magnitude of documents. It's not
7    humanly possible, quite frankly,
8    to have them all. Had we known
9    that this document was going to be
10   used, we would have certainly
11   asked for that translation, which
12   we did on all documents that we
13   were going to use, and we thought
14   we would get them provided and
15   would have attempted to do so.
16   But not knowing until just
17   recently that it was going on a
18   list provided to us, there's no
19   way to get all the translations
20   done, and, in fact, not all the
21   translations are done.
22       MR. CYR: In response, Your
23   Honor, just for the record, I
24   would like to say that from what I

17 (Pages 556 to 559)

Confidential - Subject to Further Confidentiality Review

Page 560

1    observed, that plaintiffs' counsel
2    has cooperated and worked
3    intensely on the translations, and
4    we acknowledge that. We also have
5    tried very hard. I do believe
6    that we identified this document
7    in early December to be used, and
8    I don't know why we don't have a
9    translation. It's a very quick
10   response on his part, if you want
11   it on the record.
12         THE COURT: All right.
13   This is going to be my
14   ruling. I'll allow the document
15   to be used with the understanding
16   that the plaintiffs may well have
17   an opportunity later on to ask
18   questions at another time of Mr.
19   Jia on this particular document.
20   Now, I don't know how we deal with
21   that, whether we have Mr. Jia
22   reappear again, which is a
23   possibility, or we do it in some
24   other way. But if you do use the

Page 561

1    document, I'll allow you to do it,
2    but I'll also keep open the
3    opportunity for the plaintiffs to
4    cross-examine on that document if
5    and when they get a translation.
6    Absent that, I may exclude the
7    aspect of the testimony dealing
8    with this document, but I will
9    allow you to go into it at this
10   time.
11         MR. SEEGER: Thank you, Your
12   Honor.
13   BY MR. CYR:
14   Q. Mr. Jia, does this document
15   have a date on it?
16   A. Yes.
17   Q. What is it?
18   A. March 24, 2005.
19   Q. What does this document
20   reflect?
21   A. This is a stock transfer
22   agreement which stock was to be
23   transferred by Xue Yuli Guobiao --
24         THE INTERPRETER: I'll spell

Page 562

1    it out for you.
2         MR. CYR: Excuse me. If I
3    may, to save time, excuse me,
4    ma'am, could you tell Mr. Jia
5    that, unless plaintiffs' counsel
6    wants him to, it's not necessary
7    to mention the individual names,
8    and just describe generally what
9    the transfer is from the
10   individuals to what.
11        MR. SEEGER: You see, I
12   would object to that, because if
13   the witness wants -- if the
14   witness is going to answer it,
15   again, we have the objection on
16   the document, but if he's going to
17   answer, we should let the witness
18   answer the way he wants to answer
19   rather than guidance from counsel.
20        THE COURT: I agree with
21   that. Sustain the objection. Let
22   the witness talk.
23        MR. CYR: Excuse me, ma'am.
24   The judge has indicated that Mr.

Page 563

1    Jia should proceed to answer the
2    question the way that he had
3    planned to answer the question,
4    not the way that I was suggesting.
5         THE COURT: So, let's
6    restate the question, and then
7    he'll answer it.
8    BY MR. CYR:
9    Q. Could you describe what the
10   transfer is that the document reflects,
11   Mr. Jia?
12        MR. GONZALEZ: Your Honor --
13        THE COURT: Yes.
14        THE WITNESS: It is a stock
15   transfer agreement.
16        MR. GONZALEZ: I'm sorry.
17        THE WITNESS: Transfer of
18   stocks from some of the employees
19   of Shandong Taihe Dongxin Company
20   Limited to Taian Donglian Company.
21        MR. GONZALEZ: Your Honor,
22   normally documents speak for
23   themselves, and witnesses are not
24   allowed to read them out. I don't

18 (Pages 560 to 563)

Confidential - Subject to Further Confidentiality Review

Page 564

1　know if The Court wants to suspend
2　those rules for purposes of this
3　document which has not been
4　translated, but I have concerns
5　over the witness reading a
6　document.
7　　　THE COURT: I think that's a
8　valid concern. And so if the
9　document is going to be admitted
10　or stipulated as admissible under
11　901 as a valid document, then the
12　document does speak for itself.
13　The witness may be cross-examined
14　on the document, but not simply
15　regurgitate what the document
16　says. So, he has a right to
17　explain what the document is, but
18　then the document speaks for
19　itself.
20　　　MR. CYR: Well, at this
21　time, then, Your Honor, I would
22　ask, do plaintiffs agree to the
23　admissibility into evidence of all
24　of Defendant's Exhibits 1 through

Page 565

1　47?
2　　　MR. SEEGER: No. I mean, we
3　have an objection to documents
4　that are in Chinese. We have no
5　idea what they say. It would be
6　impossible to stipulate to their
7　admission. Besides, these are
8　documents you produced, so, I
9　mean, what type of stipulation --
10　what specific stipulation are you
11　looking for? Admissibility, what?
12　You want me to waive hearsay,
13　everything possible?
14　　　MR. CYR: Let me restate the
15　question based on the fact that a
16　couple of the documents don't have
17　any translations on them.
18　　　Do plaintiffs agree to the
19　admissibility into evidence of all
20　of the Defendant's Exhibits 1
21　through 47, except for the couple,
22　I believe it's two or three, that
23　do not have any translations?
24　　　MR. SEEGER: Are you

Page 566

1　prepared to enter into the same
2　stipulation on all the documents
3　we are going to use?
4　　　MR. CYR: No.
5　　　MR. SEEGER: Okay. Then the
6　answer is no.
7　　　MR. CYR: So I'm going to
8　proceed asking questions about the
9　documents.
10　　　MR. GONZALEZ: Your Honor,
11　just so we're clear, the
12　foundation for a document to go
13　into evidence are threefold. One,
14　authenticity, it is what it
15　purports to be; two, there is some
16　relevance to the document; and,
17　three, it is either not hearsay or
18　an exception to the hearsay rule.
19　Those are the types of questions
20　that would be appropriate, but not
21　the regurgitation of what the
22　document says. So, we stand on
23　our objections.
24　　　THE COURT: Well, I think

Page 567

1　everybody here knows about the
2　documents from the standpoint of
3　how to introduce documents. The
4　witness is asked whether or not
5　it's an authentic document, as
6　just counsel said, what is it,
7　whether he recognizes it, and I
8　don't want him or any witness
9　simply to read the document to us.
10　That's not really helpful.
11　Explaining it is helpful, what it
12　is, is helpful. And he can
13　explain it. But let's try to
14　minimize what the document says in
15　Paragraph 2 or 3 or something of
16　that sort. That's the kind of
17　questions that I expect on cross,
18　but not on direct.
19　　　MR. CYR: Yes, Your Honor.
20　　　THE COURT: I'll deal with
21　it one at a time, but let's go on.
22　　　MR. CYR: I guess that's
23　what I thought I was doing, I was
24　asking for a short description of

19 (Pages 564 to 567)

Confidential - Subject to Further Confidentiality Review

Page 568

1    the document.
2        THE COURT:  Restate your
3    question, and let's take it by
4    steps.
5    BY MR. CYR:
6        Q.   Could you briefly describe
7    the transaction that this exhibit
8    reflects, Mr. Jia?
9        A.   The description of the
10   transaction is as follows:  After the
11   passing of China's company law, China no
12   longer allows any employee association to
13   invest in the company, but, rather, they
14   need to form another company if they want
15   to invest in the company.  Therefore,
16   this is an agreement that combined the
17   employee association and other individual
18   stock, and it formed a company, which is
19   Donglian Anxin Company, to invest in the
20   company.
21           - - -
22        (Whereupon, Deposition
23        Exhibit Jia Defendant's-5,
24        Document in Chinese, Bates stamped

Page 569

1        0020638 through 0020642, was
2        marked for identification.)
3           - - -
4    BY MR. CYR:
5        Q.   Could you look at
6    Defendant's Exhibit Number 5, Mr. Jia?
7        MR. SEEGER:  Mr. Cyr, we're
8    going to just state for the record
9    the same objections to the last
10   document and the fact that it's a
11   Chinese document.
12        THE COURT:  It's the same
13   observation that I have.  I will
14   allow you to go into it with the
15   understanding that the plaintiffs
16   may have a right to cross-examine
17   if and when the document becomes
18   translated, and we may have to
19   deal with that at another time.
20   But I'll allow you to go into it.
21        MS. BASS:  Could you provide
22   the Bates stamp number?
23        MR. CYR:  Sorry.  This is
24   Bates number 27703 through 27707.

Page 570

1    BY MR. CYR:
2        Q.   What's the date of this
3    document, Mr. Jia?
4        A.   The date of the document is
5    March 24, 2005.
6        MR. CYR:  For the record, I
7    made a mistake.  The Bates numbers
8    are 20638 through 20642.
9    BY MR. CYR:
10       Q.   Mr. Jia, could you briefly
11   describe what this document reflects?
12       A.   The same as the document we
13   saw before.  This document was made also
14   for the purposes of transferring the
15   individuals' investment to other
16   investment into the two companies,
17   Donglian and Anxin, as an investment
18   company.
19       Q.   Could you tell us what the
20   company --
21       MR. SEEGER:  Excuse me.  I'm
22   sorry to object in the middle of
23   your question.  This particular
24   document doesn't seem to be on our

Page 571

1    list of documents that were
2    supposed to be disclosed in
3    advance.  Am I missing something?
4    Maybe it is the Bates number?
5        MR. CYR:  To my knowledge,
6    I'm not using any documents that
7    weren't on Schedules A and B that
8    we gave you, but I could be
9    mistaken.  I'm sorry.
10       MR. SEEGER:  It's not on A
11   or B.  I mean, Judge, we'll
12   just -- I mean, he can go ahead
13   and question him, but we'll just
14   have the objection that it wasn't
15   disclosed.
16       THE COURT:  All right.
17       MR. CYR:  We'll check into
18   that.
19       MR. SEEGER:  Okay.
20   BY MR. CYR:
21       Q.   I believe the question I was
22   about to ask was, could you tell us all
23   what the company Anxin is?  A-N-X-I-N was
24   part of the name of that company.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 572

1      A.   Anxin is a complete private
2  invested company.
3         - - -
4         (Whereupon, Deposition
5  Exhibit Jia Defendant's-6,
6  Document in Chinese, Bates stamped
7  TG 0020598 through TG 0020600, and
8  Deposition Exhibit Jia
9  Defendant's-6A, Shandong Taihe
10  Dongxin Co., Ltd. Resolutions of
11  the General Meeting of
12  Shareholders, Bates stamped TG
13  0020598 through TG 0020600, were
14  marked for identification.)
15         - - -
16  BY MR. CYR:
17      Q.   Could you look at
18  Defendant's Exhibit Number 6, Mr. Jia.
19  This has the Bates stamp number of 20598
20  through 20600.  And on the first line, it
21  appears to be dated March 24, 2005.
22  Could you tell us what this document is,
23  Mr. Jia?
24      A.   This is resolution of the

Page 573

1  meeting of shareholders of Shandong Taihe
2  Dongxin Company, Limited.
3      Q.   On what date?
4      A.   March 24, 2005 was the date.
5      Q.   I would like to direct your
6  attention to the second page and ask you
7  if that accurately represents your
8  recollection of the shareholder interest
9  in Shandong Taihe Dongxin as of March 24,
10  2005?
11      A.   It reflects the new
12  shareholders of Shandong Taihe Dongxin
13  Company after March 24, 2005.
14      Q.   I'm going to refer to the
15  Beijing New Building Materials Company as
16  BNBM throughout my questions, Mr. Jia.
17  Do you understand that?
18      INTERPRETER: BNB?
19      MR. CYR:  BNBM.
20      THE WITNESS: I don't think
21      that's appropriate.
22  BY MR. CYR:
23      Q.   What would you like me to
24  call the company Beijing New Building

Page 574

1  Materials Company Limited during the
2  questions that I ask you?
3      A.   Beijing Shareholding
4  Company.  Because in China, there are two
5  BNBMs.
6      Q.   What is the other BNBM in
7  China?
8      A.   It's another company in
9  Beijing.
10      Q.   Is it BNBM Group that you're
11  referring to?
12      INTERPRETER: Excuse me.
13      MR. CYR:  Can we go off the
14  record for just a second?
15      THE COURT:  Yes.
16      MR. CYR:  Excuse me, ma'am.
17  Unless the judge directs you to,
18  I'm suggesting that you don't
19  interpret what I'm about to say,
20  because we're just going to try to
21  resolve some logistics here, and
22  Mr. Jia doesn't need to know about
23  it unless the judge wants him to.
24      THE COURT:  No, that's fine.

Page 575

1  You're off -- we're off the record
2  at this point.
3      INTERPRETER: Okay.
4      THE VIDEOTAPE TECHNICIAN:
5  We're going off the record.  The
6  time is 9:54.
7         - - -
8         (A discussion off the record
9  occurred.)
10         - - -
11      THE VIDEOTAPE TECHNICIAN:
12  Back on the video record at 9:53.
13      THE COURT:  There was some
14  concern about the reference to a
15  particular company because there
16  apparently are two companies that
17  have the same or similar names.
18  Off the record, counsel have
19  reached an agreement as to how to
20  deal with that problem.  I'll
21  allow them at this time to explain
22  the agreement.
23      MR. SEEGER:  My
24  understanding is, going forward,

21 (Pages 572 to 575)

Confidential - Subject to Further Confidentiality Review

Page 576

1  we are going to refer to Beijing
2  New Building Material Company,
3  Limited as BNBM, and Beijing New
4  Building Material Group Company,
5  Limited as BNBM Group. We're
6  going to say it that way, or we're
7  going to say BNBMG? I don't care.
8         MR. CYR: I think it's
9  better to refer to it as BNBM
10  Group.
11        MR. SEEGER: Okay. I'm okay
12  with that.
13        THE COURT: The parties seem
14  to have reached an agreement.
15  Let's continue.
16        MR. SEEGER: Ervin, you
17  okay?
18        MR. GONZALEZ: Fine.
19        MR. SEEGER: All right.
20  We're good.
21  BY MR. CYR:
22     Q.  Mr. Jia, could you describe
23  for everyone how did BNBM come to own 42
24  percent of the total equity of Shandong

Page 577

1  Taihe Dongxin in March of 2005?
2     A.  In the year 2005, the demand
3  for the drywall produced by Taishan
4  Gypsum Company was great, however, we
5  were short of fundings. It was not
6  enough for the money that we have earned
7  and for the bank fundings to be put into
8  investment. So, we resolved the problem
9  by this channel of funding. BNBM was
10  willing to invest fundings for us. At
11  the time, our shareholders agreed.
12  However, we were not willing to have the
13  company as a big shareholder. So other
14  shareholders only allowed BNBM to invest
15  42 of the shares -- 42 percent of the
16  shares. That was about it.
17     Q.  Could you describe how the
18  purchase price was arrived at, the
19  purchase price for BNBM?
20        INTERPRETER: Interpreter
21  clarification.
22        THE WITNESS: 1.8 RMB per
23  share.
24  BY MR. CYR:

Page 578

1     Q.  How did you reach that
2  purchase price? How was it determined?
3     A.  Based on the consideration
4  of the market, of the bargain and of the
5  profit of Shandong Taihe Dongxin Company.
6     Q.  Would you please look at Jia
7  Defendant's Number 7, please?
8        INTERPRETER: You mean page
9  number 7 or Exhibit Number 7? I'm
10  sorry.
11        MR. CYR: Jia Exhibit Number
12  7. And that has --
13        INTERPRETER: Just one
14  moment, please. I want to put
15  back the old exhibit.
16        MR. CYR: I think if we can
17  avoid taking the book apart,
18  that's a good idea, but we'll do
19  whatever Mr. Jia wants.
20        Judge, we'll look at this
21  book later on to make sure it
22  maintains its integrity.
23        THE COURT: All right.
24  Let's give the Bates number also.

Page 579

1        MR. CYR: Bates Number TG
2  20647 through TG 20649.
3              - - -
4        (Whereupon, Deposition
5  Exhibit Jia Defendant's-7,
6  Document in Chinese, Bates stamped
7  TG 0020647 through TG 0020649, and
8  Deposition Exhibit Jia
9  Defendant's-7A, Comparison Chart
10  of Registered Capital Before and
11  After Changes, Bates stamped TG
12  0020647 through TG 0020649, were
13  marked for identification.)
14              - - -
15  BY MR. CYR:
16     Q.  Mr. Jia, could you tell us
17  what this document is?
18     A.  It is a comparison chart of
19  the shareholders' brief before and after
20  the change.
21     Q.  I would like to direct your
22  attention to the bottom left-hand corner
23  of the first page that reads "Prepared by
24  Taian Zhongcheng Certified Public

22  (Pages 576 to 579)

Confidential - Subject to Further Confidentiality Review

Page 580

1  Accounting Firm."
2       And the question I have is,
3  do you know who they were?
4       A.   This is the CPA firm based
5  on partnership.
6       Q.   Was this the accounting firm
7  that worked for Shandong Taihe Dongxin in
8  about April of 2005?
9       A.   Correct.
10       INTERPRETER:  Interpreter
11  clarification.
12       THE WITNESS:  This is
13  independent third-party CPA firm.
14  BY MR. CYR:
15       Q.   Did that third-party CPA
16  firm work for Taian -- Shandong Taihe
17  Dongxin in about April of 2005?
18       A.   We do not hire them as a
19  long-term CPA firm, but we hired them at
20  a certain stage.
21       Q.   Did you hire them at this
22  stage in April of 2005 to perform this
23  work?
24       A.   Yes.

Page 581

1       Q.   I would like to direct your
2  attention to the last page, Mr. Jia.
3  Does it accurately reflect the
4  shareholding interest of BNBM, Anxin and
5  Donglian as 42, 16 and 21, as of April
6  25, 2005?
7       MR. GONZALEZ:  Objection,
8  leading and hearsay.
9       THE COURT:  I'll overrule
10  the objection and allow it under
11  611(a).  I don't think it is
12  substantive.  It's just
13  introduction and explanation of
14  the document.
15  BY MR. CYR:
16       Q.   You can answer the question,
17  Mr. Jia.  Are those accurate figures?
18       A.   They're correct.
19       Q.   I would like to direct your
20  attention to the first page, Mr. Jia,
21  where it indicates that, as of April 25,
22  2005, you owned a 5 percent of Shandong
23  Taihe Dongxin; is that accurate?
24       MR. GONZALEZ:  Document

Page 582

1  speaks for itself.
2       THE COURT:  I'll overrule
3  the objection and allow it.
4       THE WITNESS:  I owned 5
5  percent of Shandong Taihe Dongxin
6  Company.
7  BY MR. CYR:
8       Q.   I would like to direct your
9  attention to the first page above the
10  entry for the 5 percent entry for you.
11  And on the Chinese version, it's
12  blackened.  And I just would like to
13  confirm for the record what your
14  testimony and our understanding of
15  mathematics leads us to conclude, and
16  that is that as of that time, Mr. Jia, is
17  it true that the Shareholders Association
18  owns 0 percentage and that the Taian
19  State-Owned Asset Management Company,
20  Limited owned 16 percent?
21       A.   Correct.
22          - - -
23       (Whereupon, Deposition
24  Exhibit Jia Defendant's-8,

Page 583

1  Document in Chinese, Bates stamped
2  TG 0020601 and TG 0020602, and
3  Deposition Exhibit Jia
4  Defendant's-8A, Resolutions of the
5  General Meeting of Shareholders,
6  Bates stamped TG 0020601 and TG
7  0020602, were marked for
8  identification.)
9          - - -
10  BY MR. CYR:
11       Q.   Could you look at
12  Defendant's Exhibit Number 8, please.
13  For the record, it is Bates stamp number
14  TG 20601 through 20602.  And it appears
15  as though it's dated April 25, or it
16  reflects it's dated and reflects an event
17  on April 25, 2005.  Could you tell us
18  what this document is, Mr. Jia?
19       A.   It is the shareholders'
20  resolution -- it's the shareholders'
21  general meeting resolution for Shandong
22  Taihe Dongxin Company.
23       Q.   Directing your attention to
24  the first paragraph, does that accurately

23 (Pages 580 to 583)