Confidential - Subject to Further Confidentiality Review

Page 584

1  reflect who the seven directors of
2  Shandong Taihe were as a result of that
3  shareholders' meeting on April 25, 2005?
4      A.   The reflection is accurate.
5      Q.   With respect to Mr. Bing
6  Wang, the first director who is listed,
7  could you tell us if he had a position
8  with BNBM?
9      A.   Currently Wang Bing is the
10  director of the board of directors of
11  BNBM. At the time, his position perhaps
12  was the general manager.
13     Q.   The general manager of BNBM?
14     A.   Correct.
15     Q.   As of --
16         In April of 2005, did Mr.
17  Jianjun Jia hold a position with BNBM?
18     A.   He was the secretary of the
19  board of directors of BNBM.
20     Q.   Could you tell us if Mr.
21  Jinyu Hu held a position with BNBM in
22  April of 2005?
23     A.   At the time, Hu Jinyu was
24  the general accountant of BNBM.

Page 585

1      Q.   Could you tell us what
2  position Xulian Ren held at the time of
3  April of 2005?
4      A.   Ren Xulian was the vice
5  general manager of Shandong Taihe Dongxin
6  Company.
7      Q.   Could you tell us what
8  position Xinghu Xu had in April of 2005?
9      A.   Xu Xinghu was the director
10  of board of directors of Taian City Asset
11  Management Company, Limited.
12     Q.   Is the next person listed
13  Tongchun Jia you? Is that you?
14     A.   Yes.
15     Q.   Did there come a time, Mr.
16  Jia, when you received the title of
17  deputy general manager of BNBM?
18     A.   Yes.
19     Q.   Do you recall when that was?
20     A.   Perhaps it was in the second
21  half year of 2005.
22     Q.   How long did you hold the
23  title of deputy general manager of BNBM?
24     A.   Perhaps I am still on the

Page 586

1  position.
2      Q.   Could you describe what
3  duties or responsibilities or activities
4  you engaged in, have engaged in as the
5  deputy general manager of BNBM?
6      A.   I am only in charge of the
7  work of Taishan Gypsum Company. I am not
8  responsible for any work at Taihe
9  Dongxin
10         INTERPRETER: I'm sorry,
11  interpreter needs explanation.
12         THE WITNESS: I am not
13  involved with the work of BNBM.
14  And I have never attended their
15  executive meetings either. It is
16  only an honorary position, an
17  honorary position.
18  BY MR. CYR:
19     Q.   Could you tell us what
20  position Yuli Xue had in April of 2005?
21         MR. SEEGER: Objection.
22  Just maybe if you can lay a
23  foundational basis for how he
24  knows these people so we don't

Page 587

1  have to ask those.
2         MR. CYR: Sure.
3  BY MR. CYR:
4      Q.   Do you happen to know who
5  Yuli Xue was in April of 2005, Mr. Jia?
6         INTERPRETER: Counsel, you
7  mean Xue Yuli, right?
8         MR. CYR: The last name
9  after Mr. Jia's name.
10        THE WITNESS: Xue Yuli is my
11  colleague. I have been working
12  with this person for more than ten
13  years. I'm very familiar with
14  Xue.
15  BY MR. CYR:
16     Q.   I understand, Mr. Jia.
17        Could you tell us what
18  position he had in April of 2005?
19     A.   The deputy general manager
20  of Taishan Gypsum Company.
21     Q.   At the time, the name was
22  Shandong Taihe Dongxin, right?
23     A.   Correct.
24     Q.   I would like to direct your

24 (Pages 584 to 587)

Confidential - Subject to Further Confidentiality Review

Page 588

1  attention to the second paragraph, which
2  appears to refer to the board of
3  supervisors. Could you tell us what the
4  board of supervisors was?
5       A.   The board of supervisors is
6  a management organization of Taishan
7  Gypsum.
8            THE COURT:  Let's take a
9  break in five minutes so that you
10  can pace yourself accordingly.
11           MR. CYR:  Would you tell Mr.
12  Jia we're going to take a break in
13  about four or five minutes.
14           THE WITNESS:  No problem.
15  BY MR. CYR:
16      Q.   Just a few more questions.
17           Could you describe for
18  everyone what the function was of the
19  board of supervisors in April of 2005?
20      A.   According to China's company
21  law, each company is required to have a
22  board of supervisors. They are to
23  supervise the directors board and the
24  executives of company, whether they are

Page 589

1  working according to the shareholders'
2  resolution.
3            - - -
4            (Whereupon, Deposition
5            Exhibit Jia Defendant's-9,
6            Document in Chinese, Bates stamped
7            TG 0020608 through TG 0020629, and
8            Deposition Exhibit Jia
9            Defendant's-9, Shandong Taihe
10           Dongxin Co., Ltd. Articles of
11           Incorporation, Bates stamped TG
12           0020608 through TG 0020629, were
13           marked for identification.)
14           - - -
15  BY MR. CYR:
16      Q.   I would like to direct your
17  attention now to Exhibit Number 9, and
18  the Bates stamp numbers are 20608 through
19  20629.
20           And my question for you, Mr.
21  Jia, is, what is that document?
22      A.   It is Articles of
23  Incorporation of Shandong Taihe Dongxin
24  Company, Limited.

Page 590

1            THE COURT:  Let's take a
2  break at this time.  We'll come
3  back at 15 minutes, 10:30.
4            THE VIDEOTAPE TECHNICIAN:
5  We're going off the record.  This
6  is the end of Tape Number 1.  The
7  time is 10:14.
8            - - -
9            (Whereupon, a recess was
10           taken from 10:14 a.m. until
11           10:30 a.m.)
12           - - -
13           THE VIDEOTAPE TECHNICIAN:
14  Back on the record at 10:30.
15  BY MR. CYR:
16      Q.   Mr. Jia, you were looking at
17  Exhibit Number 9, and I would like to
18  direct your attention to the last page.
19  Is it dated April 25, 2005?
20      A.   Yes.
21      Q.   Did you sign this document?
22      A.   Yes.
23           - - -
24           (Whereupon, Deposition

Page 591

1            Exhibit Jia Defendant's-10,
2            Document in Chinese, Bates stamped
3            20384 through 20390, and
4            Deposition Exhibit Jia
5            Defendant's-10A, Shandong Taihe
6            Dongxin Co., Ltd. Summary of Asset
7            Valuation Report, Bates stamped TG
8            0020384 through TG 0020390, were
9            marked for identification.)
10           - - -
11  BY MR. CYR:
12      Q.   Would you look at
13  Defendant's Exhibit Number 10, please.
14  It has Bates Number 20384 through 20390.
15           Could you tell us what this
16  document is?
17      A.   This is the asset valuation
18  report of Taihe Dongxin Company, Limited.
19      Q.   Who prepared it?
20      A.   It was prepared by
21  Zhongcheng, LLC.
22      Q.   What's the date?
23      A.   May 26.
24      Q.   What year?

25 (Pages 588 to 591)

Confidential - Subject to Further Confidentiality Review

Page 592

1      A.   2006.
2      Q.   Why was this report
3  prepared, if you know?
4      A.   We valuate the assets of
5  Shandong Taihe Dongxin Company regularly.
6      Q.   Was it prepared at the
7  request of Shandong Taihe Dongxin?
8      A.   Correct.
9          - - -
10         (Whereupon, Deposition
11     Exhibit Jia Defendant's-11,
12     Document in Chinese, Bates stamped
13     TG 0020686 through TG 0020789, and
14     Deposition Exhibit Jia
15     Defendant's-11A, Articles of
16     Association of Shandong Taihe
17     Dongxin Co., Ltd., Bates stamped
18     TG 0020686 through TG 0020789,
19     were marked for identification.)
20         - - -
21  BY MR. CYR:
22     Q.   Could I direct your
23  attention to Exhibit Number 11.  It has
24  Bates stamps numbers TG 20686 through TG

Page 593

1  20709.  And the last page has the date on
2  it, August 8, 2006.
3      A.   Yes.
4      Q.   What is that document?
5      A.   It is the Article of
6  Incorporation of the company.
7      Q.   Is it a revision of the
8  Articles of Association of the Shandong
9  Taihe Dongxin Company, Limited?
10     A.   Yes.
11     Q.   I would like to direct your
12  attention to Article 17.
13     A.   Chapter 17 or Clause 17?
14     Q.   It happens to be Article 17
15  in Chapter III entitled "The Shares."
16  It's the article relating to the
17  shareholder interest.
18     A.   I got it.
19     Q.   At the time that these
20  articles of incorporation were revised in
21  August of 2006, Mr. Jia, who owned
22  Donglian?
23     A.   In this period of time,
24  perhaps it was owned by BNBM.

Page 594

1      Q.   Is it your recollection that
2  at some point in 2006 BNBM acquired
3  Donglian?
4      A.   Correct.
5      Q.   Could you describe for the
6  judge and plaintiffs' counsel what you
7  know about BNBM's acquisition of
8  Donglian?
9      A.   In the year 2006, while the
10  house price was relatively cheap, many of
11  the individual shareholders showed
12  willingness to sell their stocks in
13  exchange of cash in order to buy houses.
14  At the same time, BNBM showed willingness
15  of increase its shares, therefore, they
16  reached an agreement, and Donglian was
17  acquired by BNBM at RMB 3.2 per share.
18     Q.   I would like to direct your
19  attention now to Articles 39 through 41.
20     A.   I got it.
21     Q.   I'm pausing to allow
22  plaintiffs' counsel to glance at those
23  articles.
24         Mr. Jia, I'm now going to

Page 595

1  just ask you a very simple question.  Did
2  there ever come a time when BNBM had the
3  ability to vote two-thirds of the shares
4  of Taian Dongxin -- Shandong Taihe
5  Dongxin?
6      A.   No.
7      Q.   Could you describe why, if
8  you know, why that is?
9      A.   I don't understand.
10     Q.   Did you participate in the
11  discussions or deliberations about how
12  much of an interest BNBM would have,
13  either directly or indirectly, in
14  Shandong Taihe?
15     A.   I participated in the
16  discussion.
17     Q.   And could you describe, if
18  you know, why it is that they reached the
19  level of 65 percent direct and indirect
20  ownership but not 66?
21     A.   When the shareholders,
22  including myself, of Taihe Dongxin
23  Company, discussed about the shares that
24  BNBM should hold, we discussed not only

26 (Pages 592 to 595)

Confidential - Subject to Further Confidentiality Review

Page 596

1  about the price, even though we did have
2  several rounds of discussions in
3  consideration of different factors, and
4  finally reached 3.2 RMB as the price of
5  share to sell Donglian.  We have also
6  discussed about management of Taihe
7  Dongxin Company in the future and the
8  protection of the small shareholders'
9  right.
10       We diligently studied and
11  referred to the company law.  The company
12  law clearly stated if a shareholder has
13  more than two-third of the voting right
14  of the company, who would have the right
15  to make decisions on different affairs of
16  the company, while below two-third, the
17  shareholder would not have the right to
18  make decisions on important matters.
19  Having 65 percent of the share would not
20  allow the company to get involved in
21  everything of the company.  According to
22  the law, there was the protection of
23  small shareholders' rights.  Therefore,
24  we believe owning 65 percent of Taihe

Page 597

1  Dongxin Company's share would not make
2  BNBM the controlling shareholder of Taihe
3  Dongxin Company.
4       In order to increase the
5  efficiency of the company, we made a
6  partial list of important issues of the
7  company and also made a partial list of
8  small matters of the company.  For the
9  small matters, can reach agreement
10  whenever there are half of the approval
11  of the shareholders were present.  For
12  principal and substantial matters,
13  two-third of all the shareholders had to
14  be approved, which guaranteed the
15  independent operation of Taihe Dongxin
16  Company.
17       Q.  Mr. Jia, did there come a
18  time when BNBM received a pledge of
19  Shandong Taihe Dongxin securities in
20  exchange for a loan?
21       A.  I'm aware of that, yes.
22       Q.  Could you describe what you
23  know to the judge and plaintiffs'
24  counsel?  And start off with your general

Page 598

1  recollection of approximately when that
2  occurred.
3       A.  This happened in
4  approximately the second half year of
5  2006.  Taian City Asset Management
6  Company is one of the shareholders of
7  Taihe Dongxin Company.  Its director of
8  the board of directors is called Xinghu
9  Xu --
10       INTERPRETER:  Interpreter
11  clarified gender.
12       THE WITNESS:  He told me
13  that there was a difficulty in his
14  company's operation.  He would
15  like to borrow some money.  He
16  said he would need to borrow 50
17  million RMB and asked me if Taihe
18  Dongxin Company was willing to
19  lend him the money.  I said Taihe
20  Dongxin Company cannot lend any
21  money to any shareholders, but you
22  could check with BNBM and see if
23  they have the money.
24       After his communication with

Page 599

1  BNBM, he found that he could
2  indeed borrow money from BNBM.
3  BNBM worried about the ability of
4  return the fund from Taian Asset
5  Management Company.  So, they
6  required Taian Asset Management
7  Company to pledge the 16 percent
8  of the stock share interest that
9  it owned with Taihe Dongxin
10  Company.  After it had given 16
11  percent of the share it had owned
12  as a security pledge, the company
13  received the loan.  The
14  transaction is now completed.  The
15  pledge has already been redeemed.
16  Taian Asset Management Company has
17  still the 16 percent of the share
18  interest.
19       During the period of
20  security pledge, Taian Asset
21  Management Company had the voting
22  right and all other rights of the
23  company.
24  BY MR. CYR:

27 (Pages 596 to 599)

Confidential - Subject to Further Confidentiality Review

| Page 600 |
|---|

1      Q.   I would like to direct your
2   attention to the last page of Exhibit
3   Number 11.  Did you sign this document,
4   Mr. Jia?
5      A.   Yes.
6              - - -
7          (Whereupon, Deposition
8   Exhibit Jia Defendant's-12,
9   Document in Chinese, Bates stamped
10   TG 0020725 through TG 0020748, and
11   Deposition Exhibit Jia
12   Defendant's-12A, Articles of
13   Association of Tai Shan Gypsum
14   Co., Ltd., Bates stamped TG
15   0020725 through TG 0020748, were
16   marked for identification.)
17              - - -
18   BY MR. CYR:
19      Q.   Could you look at
20   Defendant's Exhibit 12, please.  This is
21   Bates stamped number TG 20725 through TG
22   20748.  And could you tell us what that
23   document is, Mr. Jia?
24      A.   This is a new article of

| Page 601 |
|---|

1   incorporation of Taihe Dongxin Company
2   dated on June the 20th, 2007.
3      Q.   What's the date?
4      A.   June the 20th, 2007.
5      Q.   And I direct your attention
6   to the last page.
7          Did you sign this document?
8      A.   I did, but there were also
9   signatures of other shareholders.
10      Q.   Can I direct your attention
11   now to Exhibit Number 13, please.
12              - - -
13          (Whereupon, Deposition
14   Exhibit Jia Defendant's-13,
15   Document in Chinese, Bates stamped
16   TG 0020722 through TG 0020724, and
17   Deposition Exhibit Jia
18   Defendant's-13, Shandong Taihe
19   Dongxin Co., Ltd. Resolutions of
20   the 2006 Annual General Meeting of
21   Shareholders, Bates stamped TG
22   0020722 through TG 0020724, were
23   marked for identification.)
24              - - -

| Page 602 |
|---|

1          MR. CYR:  This is Bates
2   stamp number 20722 through 20724.
3   The last page is dated June 20,
4   2007.
5   BY MR. CYR:
6      Q.   And while we're on the last
7   page, Mr. Jia, did you sign this
8   document?
9      A.   I did, together with other
10   representatives of shareholders.
11      Q.   Could you tell us what this
12   document is?
13      A.   This is a resolution of 2006
14   Shandong Taihe Company's shareholder
15   meeting.
16      Q.   I direct your attention to
17   Paragraph 5, and I'm asking if this is
18   approximately the time that the name of
19   Shandong Taihe Dongxin was changed to
20   Taishan Gypsum?
21      A.   In that meeting, we made a
22   decision to change the name of Shandong
23   Taihe Dongxin Company into Taishan Gypsum
24   Company.

| Page 603 |
|---|

1              - - -
2          (Whereupon, Deposition
3   Exhibit Jia Defendant's-14,
4   Document in Chinese, Bates stamped
5   TG 0020715 through TG 0020717, and
6   Deposition Exhibit Jia
7   Defendant's-14A, Datasheet of the
8   Directors, Supervisors and Manager
9   of Shandong Taihe Dongxin Co.,
10   Ltd., Bates stamped TG 0020715
11   through TG 0020717, were marked
12   for identification.)
13              - - -
14   BY MR. CYR:
15      Q.   Could you please look at
16   Exhibit Number 14, please.  It's Bates
17   stamped number TG 20715 through 20717.
18   Could you tell us what this document is?
19      A.   This is a resolution of a
20   temporary shareholders' meeting of
21   Shandong Taihe Dongxin Company.
22      Q.   Could you tell us what was
23   done at that shareholders' meeting?
24      A.   In the meeting, an agreement

28  (Pages 600 to 603)

Confidential - Subject to Further Confidentiality Review

Page 604

1  for modifying the article of
2  incorporation was reached, and also in
3  the meeting, we changed or removed some
4  of the directors.
5      Q.   As of --
6      What's the date of this
7  document, Mr. Jia?
8      A.   June 20th, 2007.
9      Q.   As of June 2007, was the
10 number of the members of the board of
11 directors of Taishan Gypsum changed from
12 seven to five?
13     A.   Yes.
14     Q.   Did BNBM have the ability to
15 appoint three of those five directors as
16 of that time?
17     A.   Yes.
18     Q.   Who had the power to appoint
19 the other two directors?
20     A.   One was recommended by Taian
21 City Asset Management Company. Another
22 one was recommended by Taishan -- by
23 Taihe Dongxin Company and myself.
24     Q.   Can I direct your attention

Page 605

1  to Defendant's Exhibit Number 15, please.
2          - - -
3          (Whereupon, Deposition
4      Exhibit Jia Defendant's-15,
5      Document in Chinese, Bates stamped
6      TG 0020795 through TG 0020798, and
7      Deposition Exhibit Jia
8      Defendant's-15A, Taishan Gypsum
9      Co., Ltd. 2008 Annual General
10     Meeting, Bates stamped TG 0020795
11     through TG 0020798, were marked
12     for identification.)
13         - - -
14     THE WITNESS:  I have it.
15     MS. BASS:  Bates number,
16 please?
17     MR. CYR:  Sorry.  Bates
18 Number TG 20795 through TG
19 20797 -- I'm sorry -- 798.
20 BY MR. CYR:
21     Q.   Let me direct your attention
22 to the last page, Mr. Jia.  What's the
23 date of this document?
24     A.   May the 18th, 2009.

Page 606

1      Q.   Is that your signature on
2  that page at the bottom?
3      A.   Yes.
4      Q.   Can I refer you to the first
5  page and ask you, what does the title
6  read?
7      A.   It is Taishan Gypsum
8  Company, Limited 2008 Annual Shareholders
9  Meeting Resolution.
10     Q.   And on the first line, it
11 begins with the date.  Could you tell us
12 what that date is?
13     A.   May 18, 2009.
14     Q.   Based on your familiarity
15 with the annual shareholders' meetings,
16 Mr. Jia, does this reflect the end of
17 shareholders' meeting for 2008 or 2009?
18     A.   2008.
19     Q.   Can I direct your attention
20 to Article IX.  There's a reference to a
21 loan guarantee from BNBM.  Do you see
22 that?
23     A.   Yes.
24     Q.   Could you tell everyone what

Page 607

1  you know about that loan guarantee and
2  what the circumstances were surrounding
3  it?
4      A.   According to the market,
5  Taian Gypsum Company was planning to
6  quickly build up some production mines
7  out of the city.  The profits at the time
8  that we had was not sufficient for us to
9  build so many production mines for
10 gypsum.  We had to obtain a loan from the
11 bank.  The bank required a guarantor when
12 we applied the loan.  BNBM provided the
13 guarantee for us, but the shareholder was
14 very stingy.  They asked for the
15 guarantee fee.
16     INTERPRETER:  Interpreter
17 clarify gender.
18     THE WITNESS:  BNBM,
19 therefore, had been taking our
20 guarantee fee throughout the
21 entire guarantee period.  And they
22 also required a reverse guarantee
23 from other shareholders.  For
24 that, I myself was not very happy

29 (Pages 604 to 607)

Confidential - Subject to Further Confidentiality Review

Page 608

1   with that shareholder. But in
2   order to develop, we had to do
3   that.
4   BY MR. CYR:
5       Q.   Mr. Jia, I'm going to ask
6   you a few questions unrelated to the
7   documents. Has BNBM or any of its --
8   withdrawn.
9           Has BNBM ever served as an
10  agent for Taishan Gypsum or its
11  predecessors in the United States?
12      A.   No.
13      Q.   Has BNBM --
14          Have you ever heard of the
15  company BNBM USA, aside from preparing
16  for your deposition?
17      A.   No.
18      Q.   Have you ever heard of the
19  name David Wei, aside from preparing for
20  your deposition?
21      A.   What was that name?
22      Q.   W-E-I is the family name in
23  English.
24      A.   I don't understand English

Page 609

1   concept real well.
2       Q.   Let me ask a different
3   question.
4       A.   Okay.
5       Q.   Have either you or Taishan
6   Gypsum or its predecessors ever entered
7   into an agreement with BNBM whereby you
8   shared the liabilities of anything with
9   BNBM?
10      A.   No. We operate according to
11  the articles of incorporation and the
12  company law.
13      Q.   Have either you or Taishan
14  Gypsum or its predecessors ever entered
15  into an agreement with BNBM whereby each
16  of you would be bound by the acts of each
17  other?
18      A.   No.
19      Q.   Has CNBM ever acted as an
20  agent for Taishan Gypsum or its
21  predecessors in the United States?
22          MR. GONZALEZ: Objection,
23      calls for a legal conclusion.
24          INTERPRETER: Interpreter

Page 610

1   clarification. You said CNBM?
2           MR. CYR: CNBM.
3           THE COURT: Overrule the
4   objection.
5   BY MR. CYR:
6       Q.   You can answer the question.
7       A.   I forgot your question.
8       Q.   Has CNBM ever acted as an
9   agent for Taishan Gypsum or its
10  predecessors in the United States?
11      A.   What company is CNBM?
12      Q.   Have you ever heard of a
13  company called CNBM?
14      A.   I want to confirm what that
15  company is. I'm afraid if they are
16  company of the same name.
17      Q.   I'll come back to that, Mr.
18  Jia, in the interest of time.
19          MR. SEEGER: You want to
20  just refer to the -- well, I wrote
21  on this a little bit, but she
22  should have it in the glossary
23  under C, China National Building
24  Material Group Corporation.

Page 611

1           THE WITNESS: I have not
2   heard of this company.
3           MR. CYR: May I see that,
4   please?
5           INTERPRETER: Yes.
6   (Handing over document.)
7   Yes.
8           MR. CYR: I think there's
9   just been a mistake. We want to
10  make sure we have accurate
11  testimony here.
12          Could you please ask him if
13  he's ever heard of this company
14  here?
15          MR. SEEGER: Just for the
16  record, you are pointing to what,
17  just so we're clear?
18          MR. CYR: The one that says
19  CNBM next to it.
20          MR. SEEGER: Okay. That's
21  the one I pointed out to you,
22  Interpreter.
23          MR. CYR: She may have made
24  a mistake.

30 (Pages 608 to 611)

Confidential - Subject to Further Confidentiality Review

Page 612

1      THE WITNESS: That I know.
2   BY MR. CYR:
3      Q.   Has that company, CNBM, ever
4   served as an agent or a representative of
5   any kind of Taishan Gypsum or its
6   predecessors in the United States?
7      MR. GONZALEZ: Object to
8   form.
9      THE COURT: Sustain the
10  objection. It's too broad.
11  BY MR. CYR:
12     Q.   Mr. Jia, has CNBM ever
13  served as an agent for Taishan Gypsum or
14  its predecessors in the United States?
15     A.   No.
16     Q.   Do BNBM and Taishan Gypsum
17  compete with one another for the sale of
18  drywall?
19     A.   No.
20     Q.   Do BNBM and Taishan Gypsum
21  sell drywall in the same geographical
22  markets within China?
23     A.   Please repeat your question.
24     Q.   Do BNBM and Taishan Gypsum

Page 613

1   sell drywall in the same geographical
2   markets within China?
3      A.   Yes.
4      Q.   Do they sell to the same
5   class of purchasers?
6      A.   Some of them are. Some of
7   them are not.
8      Q.   Well, before when I asked
9   you whether or not BNBM and Taishan
10  Gypsum competed, you said no. I'm not
11  sure whether or not you understood the
12  question. But I would like you now just
13  to explain to the Court and plaintiffs'
14  counsel whether or not BNBM and Taishan
15  Gypsum tried to sell drywall to the same
16  customers?
17     THE COURT: Sustain the
18  objection and move -- also I
19  sustain the motion to strike
20  counsel's comments.
21     MR. SEEGER: Exactly. You
22  shouldn't direct the witness.
23     MR. CYR: I'm sorry, I
24  didn't understand the last part.

Page 614

1   And also I think we need to give
2   the interpreter a chance to
3   interpret what people are saying.
4      THE COURT: Well, you
5   said -- you testified that the
6   witness didn't understand the
7   question. That's the testimony of
8   the attorney and not the witness.
9      MR. GONZALEZ: Your Honor,
10  before that's translated, I do
11  have a concern if that's
12  translated for the benefit of the
13  witness. So, I would ask that The
14  Court rule that that editorial
15  statement from counsel not be
16  translated to the witness.
17     MR. CYR: That's fine, Your
18  Honor.
19     THE COURT: I agree with
20  that.
21     MR. CYR: I'm just going to
22  try my best to get what I
23  understand to be the truthful
24  testimony of the witness.

Page 615

1      THE COURT: I know you're
2   trying.
3   BY MR. CYR:
4      Q.   Mr. Jia, could you describe
5   for The Court and plaintiffs' counsel
6   the types of customers within China that
7   Taishan Gypsum and BNBM sell drywall to?
8      A.   Yes. The drywall market in
9   China can be categorized as high end,
10  medium and low end. There's a general
11  understanding that BNBM, Lafarge, Knauf,
12  BPB had the high-end market, while
13  Taishan Gypsum Company and others has the
14  markets in the category of medium and low
15  end. But regardless of medium or low end
16  or high end, all products have to be
17  produced according to the state standard,
18  and they all had to be in compliance with
19  the state's regulation in order to
20  produce and to sell the products -- to
21  produce and to sell the product. Because
22  the quality is consistent, many consumers
23  do not feel there is a difference in the
24  quality, nobody wants to invest more

31 (Pages 612 to 615)

Confidential - Subject to Further Confidentiality Review

Page 616

1    money to buy so-called high end products.
2         So in recent seven and eight
3    years, the market for medium- and low-end
4    products had increased tremendously,
5    while the increase of the market for the
6    four companies, BNBM, Lafarge, Knauf, BPB
7    was rather slow, or there was no increase
8    at all. Many of the production lines
9    stopped in using. The usage rate was
10   very low. In order to change the
11   circumstance, they have already started,
12   or starting from five, six years ago, to
13   enter into medium- and low-end market.
14   They enter the market with a new way,
15   which is to register and change their
16   brand into another brand.
17        BNBM produced products
18   branded Dragon and branded BNBM. The
19   brand of Dragon had a higher price, while
20   the BNBM brand had a lower price.
21        For the company Lafarge, not
22   only to produce products with the brand
23   name Lafarge, but also the brand Baili,
24   literally translated B-A-I-L-I. I will

Page 617

1    not list all other companies at this
2    time.
3         There was a great impact
4    from BNBM brand competing with the
5    drywall produced by Taishan Gypsum
6    Company. We are an active competitor
7    with BNBM in the market. Please
8    investigate on our competition in the
9    market with BNBM. I have negative view
10   of the drywall that are produced by BNBM.
11        THE COURT: Let's ask a
12   question. Let's ask questions
13   now.
14        MR. CYR: We're happy if you
15   want to strike that from the
16   record.
17        MR. SEEGER: I think we'll
18   leave that one.
19        MR. CYR: I have another
20   question, Your Honor.
21        THE COURT: Please ask
22   questions.
23        - - -
24        (Whereupon, Deposition

Page 618

1    Exhibit Jia-16, Document in
2    Chinese, Bates stamped TG 0020799
3    and TG 0020800, and Deposition
4    Exhibit Jia-16A, Amendment to the
5    Articles of Association of Taishan
6    Gypsum Co., Ltd., Bates stamped TG
7    0020799 and TG 0020800, were
8    marked for identification.)
9        - - -
10   BY MR. CYR:
11        Q.   Mr. Jia, would you please
12   look at Defendant's 16. That is TG 20799
13   through 20800.
14        INTERPRETER: Is this the
15   one?
16        MR. CYR: May I look at the
17   tabs?
18        MR. DAVIS: What number
19   exhibit? I'm sorry.
20        THE COURT: 16.
21   BY MR. CYR:
22        Q.   Could you tell us what that
23   is, Mr. Jia?
24        A.   This is the amendment of the

Page 619

1    Articles of Incorporation of Taishan
2    Gypsum Company.
3        Q.   Could you look at the last
4    page? It's dated May 18, 2009; is that
5    correct?
6        A.   Correct.
7        Q.   Is that your signature at
8    the bottom?
9        A.   Yes.
10       Q.   And just looking at the
11   front page, and also to the extent that
12   you can recollect, what was the change
13   that required this revision to the
14   Articles of Incorporation for Taishan
15   Gypsum?
16       A.   Taian Donglian Company was
17   changed to Beixin Donglian Company. That
18   was the main amendment.
19       THE COURT: That's Bates
20   Number 20799 and 20800?
21       MR. CYR: Yes, Your Honor.
22   Sorry if I forgot.
23       - - -
24       (Whereupon, Deposition

32  (Pages 616 to 619)

Confidential - Subject to Further Confidentiality Review

Page 620

1     Exhibit Jia Defendant's-17,
2     Document in Chinese, Bates stamped
3     TG 0025887 and TG 0025888, and
4     Deposition Exhibit Jia
5     Defendant's-17A, Resolution of the
6     Shandong Taihe Dongxin Co., Ltd.
7     Shareholder Meeting, Bates stamped
8     TG 0025887 and TG 0025888, were
9     marked for identification.)
10        - - -
11    BY MR. CYR:
12        Q.   Could you look at
13    Defendant's 17, please.  That is Bates
14    stamped number TG 25887 through 25888.
15    Could you tell us what that is, Mr. Jia?
16        A.   This is the stockholders
17    meeting resolution of Shandong Taihe
18    Dongxin Company.
19        Q.   If you could look at the
20    last page, is it dated March 24, 2005?
21        A.   Yes.
22        Q.   Did you sign it?
23        A.   I believe the shareholders
24    sign on it, me, too.

Page 621

1         Q.   Well, just to be clear, do
2     you see your signature on the Chinese
3     version?
4         A.   No.
5         - - -
6         (Whereupon, Deposition
7     Exhibit Jia Defendant's-18,
8     Document in Chinese, Bates stamped
9     TG 0025889 through TG 0025891, and
10    Deposition Exhibit Jia
11    Defendant's-18A, Shandong Taihe
12    Dongxin Co., Ltd. 2005 Annual
13    Shareholder Meeting Resolution,
14    Bates stamped TG 0025889 through
15    TG 0025891, were marked for
16    identification.)
17        - - -
18    BY MR. CYR:
19        Q.   Let's look at Defendant's
20    Exhibit 18.  That's Bates stamp number TG
21    25889 through TG 25891.  It's dated April
22    15, 2006 on the last page.
23        A.   Yes.  April the 15th.
24        Q.   What is this document?

Page 622

1         A.   This is the resolution of
2     stockholders' meeting.
3         Q.   For what day?
4         A.   April 15, 2006.
5         Q.   And is it accurate then that
6     this was the shareholders' meeting for
7     2005, as reflected in the title?
8         A.   Correct.
9         - - -
10        (Whereupon, Deposition
11    Exhibit Jia Defendant's-19,
12    Document in Chinese, Bates stamped
13    TG 0025892 and TG 0025893, and
14    Deposition Exhibit Jia
15    Defendant's-19A, Shandong Taihe
16    Dongxin Co., Ltd. 2006 Annual
17    Shareholder Meeting Resolution,
18    Bates stamped TG 0025892 and TG
19    0025893, were marked for
20    identification.)
21        - - -
22    BY MR. CYR:
23        Q.   Could you look at
24    Defendant's Exhibit 19, please, TG 25892

Page 623

1     through TG 25893.  The last page is dated
2     June 20, 2007?
3         A.   Yes.
4         Q.   First page refers to the
5     date June 20, 2007.  What is this
6     document, Mr. Jia?
7         A.   This is a resolution of the
8     shareholders' meeting for the year 2006,
9     which was held in June the 20th, 2007.
10        - - -
11        (Whereupon, Deposition
12    Exhibit Jia Defendant's-20,
13    Document in Chinese, Bates stamped
14    TG 0025894 through TG 0025896, and
15    Deposition Exhibit Jia
16    Defendant's-20A, Shandong Taihe
17    Dongxin Co., Ltd. 2007 Annual
18    Shareholder Meeting Resolution,
19    Bates stamped TG 0025894 through
20    TG 0025896, were marked for
21    identification.)
22        - - -
23    BY MR. CYR:
24        Q.   Could you look at

33 (Pages 620 to 623)

Confidential - Subject to Further Confidentiality Review

Page 624

1  Defendant's Exhibit 20, please. It's TG
2  25894 through 25896, dated May 20, 2008
3  on the last page. First line refers to
4  May 20, 2008. What is this document, Mr.
5  Jia?
6      A.   This is the resolution of
7  shareholders' meeting for the year 2007.
8          - - -
9          (Whereupon, Deposition
10         Exhibit Jia Defendant's-21,
11         Document in Chinese, Bates stamped
12         TG 0025897 through TG 0025899, and
13         Deposition Exhibit Jia
14         Defendant's-21A, Shandong Taihe
15         Dongxin Co., Ltd. 2008 Annual
16         Shareholder Meeting Resolution,
17         Bates stamped TG 0025897 through
18         TG 0025899, were marked for
19         identification.)
20         - - -
21  BY MR. CYR:
22      Q.   Would you look at
23  Defendant's Exhibit 21, please, TG 25897
24  through TG 25899. Last date was May 18,

Page 625

1  2009?
2      A.   Correct.
3      Q.   What is this document?
4      A.   This is the resolution of the
5  shareholders' meeting for the year 2008
6  which was held in May the 18th.
7      Q.   Mr. Jia, during the period
8  2005 through 2008, did Taishan Gypsum
9  hold the annual shareholders' meetings as
10 required by Chinese law and the articles
11 of incorporation?
12     A.   The Article of Incorporation
13 requires us to have an annual
14 stockholders' meeting. In special
15 circumstances, when shareholders would
16 like to discuss some special matters, we
17 would call for temporary shareholders'
18 meeting. But that was rare.
19     Q.   During the period 2005
20 through 2008, did Taishan Gypsum hold the
21 annual shareholders' meetings that it was
22 required to have by the Articles of
23 Incorporation?
24     A.   Yes, normally.

Page 626

1      Q.   Was there a year that it did
2  not have the annual shareholders'
3  meeting?
4      A.   According to my
5  recollection, no.
6      Q.   During the period 2005
7  through 2008, did the Taishan board of
8  directors hold the meetings that it was
9  supposed to have according to the Taishan
10 Gypsum Articles of Incorporation?
11     A.   Yes.
12     Q.   Please look at Defendant's
13 Exhibit 22, please.
14         - - -
15         (Whereupon, Deposition
16         Exhibit Jia Defendant's-22,
17         Document in Chinese, Bates stamped
18         TG 0025900 through TG 0025902, and
19         Deposition Exhibit Jia
20         Defendant's-22A, Shandong Taihe
21         Dongxin Co., Ltd. Third Meeting of
22         the Third Board of Directors
23         Resolutions, Bates stamped TG
24         0025900 through TG 0025902, were

Page 627

1  marked for identification.)
2          - - -
3          MR. CYR: TG 25900 through
4  TG 25902. This document is dated
5  April 15, 2006 on the last page.
6  And on the first page, there's a
7  reference on the first line to
8  April 15, 2006.
9  BY MR. CYR:
10     Q.   What is this document, Mr.
11 Jia?
12     A.   This is resolution of the
13 board of directors.
14     Q.   For what day? For what
15 date?
16     A.   It was held in April the
17 15th, 2006.
18     Q.   Could you tell us what the
19 title of the document says at the top?
20     A.   It is the "Third Meeting of
21 the Third Board of Directors Resolution"
22 for Taihe Dongxin Company, Limited.
23     Q.   What is meant by the phrase
24 "third board of directors"?

34 (Pages 624 to 627)

Page 628

1     A.   We have a board of directors
2  every three years.  Just like the
3  America's 50 president, 51st president.
4     Q.   Let's look at Exhibit 23.
5         - - -
6        (Whereupon, Deposition
7        Exhibit Jia Defendant's-23,
8        Document in Chinese, Bates stamped
9        TG 0025903 through TG 0025905, and
10       Deposition Exhibit Jia
11       Defendant's-23A, Shandong Taihe
12       Dongxin Co., Ltd. Fourth Meeting
13       of the Third Board of Directors
14       Resolutions, Bates stamped TG
15       0025903 through TG 0025905, were
16       marked for identification.)
17       - - -
18  BY MR. CYR:
19     Q.   It is Taishan Gypsum 25903
20  through TG 25905 dated June 20, 2007.
21  There's a reference on the first line to
22  June 20, 2007.
23       What's this document, Mr.
24  Jia?

Page 629

1     A.   This is fourth meeting's
2  resolution of the third board of
3  directors of Shandong Taihe Dongxin
4  Company.
5     Q.   For what date?
6     A.   June 20, 2007.
7     Q.   Please look at Defendant's
8  24.
9         - - -
10       (Whereupon, Deposition
11       Exhibit Jia Defendant's-24,
12       Document in Chinese, Bates stamped
13       TG 0025906 through TG 0025908, and
14       Deposition Exhibit Jia
15       Defendant's-24A, Shandong Taihe
16       Dongxin Co., Ltd. Fifth Meeting of
17       the Third Board of Directors
18       Resolutions, Bates stamped TG
19       0025906 through TG 0025908, were
20       marked for identification.)
21       - - -
22  BY MR. CYR:
23     Q.   TG 25906 through TG 25908.
24  And it's dated May 20, 2008 on the last

Page 630

1  page, and there's a reference to the date
2  May 20, 2008 on the first line.
3       What's this document, Mr.
4  Jia?
5     A.   This was a meeting held May
6  20, 2008.  It is a resolution of the
7  fifth meeting of the third board of
8  directors.
9     Q.   For what day?  I'm sorry.
10  Withdrawn.
11       - - -
12       (Whereupon, Deposition
13       Exhibit Jia Defendant's-25,
14       Document in Chinese, Bates stamped
15       TG 0025913 through TG 0025919;
16       Deposition Exhibit Jia
17       Defendant's-25A, A Report
18       Regarding Overall Work Summary for
19       2005 and Work Arrangement for
20       2006, Bates stamped TG 0025913
21       through TG 0025919; Deposition
22       Exhibit Jia Defendant's-26,
23       Document in Chinese, Bates stamped
24       TG 0025920 through TG 0025926;

Page 631

1       Deposition Exhibit Jia
2       Defendant's-26A, 2006 Chief
3       Executive Officer's Work Report,
4       Bates stamped TG 0025920 through
5       TG 0025926; Deposition Exhibit Jia
6       Defendant's-27, Document in
7       Chinese, Bates stamped TG 0025927
8       through TG 0025933; Deposition
9       Exhibit Jia Defendant's-27A, 2007
10       Chief Executive Officer's Work
11       Report, Bates stamped TG 0025927
12       through TG 0025933; Deposition
13       Exhibit Jia Defendant's-28,
14       Document in Chinese, Bates stamped
15       TG 0025934 through TG 0025941, and
16       Deposition Exhibit Jia
17       Defendant's-28A, 2008 Chief
18       Executive Officer's Work Report,
19       Bates stamped TG 0025934 through
20       TG 0025941, were marked for
21       identification.)
22       - - -
23  BY MR. CYR:
24     Q.   Mr. Jia, could you look at

35 (Pages 628 to 631)

Confidential - Subject to Further Confidentiality Review

Page 632

1 the following exhibits now, Defendant's
2 25, which is TG 25913 through 25919, as
3 well as Defendant's Exhibit 26, which is
4 TG 25920 through TG 25926, and
5 Defendant's Exhibit 27, which is TG 25927
6 through TG 25933, and Defendant's Exhibit
7 28, which is TG 25934 through TG 25941.
8 And could you tell us one at a time,
9 starting with Defendant's Exhibit 25,
10 what these documents are?
11     A.   This is a report that I made
12 to the board of directors and the board
13 of stockholders for the year prior and
14 for the year that is coming regarding the
15 summary of the work was done.
16     Q.   Is this the report -- well,
17 withdrawn.
18          With respect to this
19 particular report at Exhibit 25, what was
20 the prior year that you're reporting on?
21     A.   2004.
22     Q.   With respect to the upcoming
23 year, was that the work assignments that
24 you were reporting that the plan was for

Page 633

1 2006?
2     A.   I'm sorry.  I made a
3 mistake.  It should be 2005.
4     Q.   And with respect to the
5 coming year, was this report reporting
6 the work assignments that you planned for
7 the year 2006?
8     A.   Yes.
9     Q.   Did you typically prepare
10 this report at approximately the same
11 time every year?
12     A.   Yes.
13     Q.   And what time was that?
14     A.   Usually we started preparing
15 the report in November, and it should be
16 completed by March the next year.  And
17 then we would call for a meeting.  But if
18 all the directors were busy, usually the
19 meeting would be postponed to as late as
20 May or June.
21     Q.   Was this report with respect
22 to the previous year, as well as the plan
23 for the next year, did it relate simply
24 to Taishan Gypsum, or did it also include

Page 634

1 the subsidiaries of Taishan Gypsum?
2     A.   It includes the
3 subsidiaries.
4     Q.   During the period 2006
5 through 2008, did your reports include
6 the performance as well as the plans for
7 TTP?
8     A.   It is considered all
9 together.
10     Q.   Could you look at
11 Defendant's Exhibit 26 and tell us what
12 that is?
13     A.   This is the general
14 manager's work report for the year 2006.
15     Q.   And does it include plans
16 for and work arrangements for 2007?
17     A.   Yes.
18     Q.   Did you prepare this report?
19     A.   Yes.
20     Q.   Could you look at
21 Defendant's 27, please.  Could you tell
22 us what that document is?
23     A.   It is my work report for the
24 year 2007 made to the board of directors

Page 635

1 and the board of stockholders.
2     Q.   Did it also include the work
3 arrangements planned for 2008?
4     A.   Correct.
5     Q.   Could you look at
6 Defendant's 28, please.  Could you tell
7 us what that is?  I'm sorry.
8     A.   This is my work report for
9 the year 2007 made to the board of
10 directors and the board of shareholders.
11     Q.   Did you prepare the report
12 that you just looked at on Defendant's
13 Exhibit 28?
14     A.   Yes.
15     Q.   Did you prepare this report
16 that you're looking at -- I'm sorry.  I
17 made a mistake in reference to the
18 previous document.  The previous document
19 was Defendant's Exhibit 27.
20          Mr. Jia, could you go back
21 and look at Defendant's 27.  Sorry.
22          Did you prepare that
23 document?
24     A.   Yes.

36 (Pages 632 to 635)

Confidential - Subject to Further Confidentiality Review

Page 636

1    Q.   Did you prepare the document
2  at Defendant's Exhibit 28?
3    A.   Yes.
4        - - -
5        (Whereupon, Deposition
6    Exhibit Jia Defendant's-29,
7    Document in Chinese, Bates stamped
8    TG 0025958 through TG 0025961;
9    Deposition Exhibit Jia
10   Defendant's-29A, Shandong Taihe
11   Dongxin Company Limited Accounting
12   Statement, Bates stamped TG
13   0025958 through TG 0025961;
14   Deposition Exhibit Jia
15   Defendant's-30, Document in
16   Chinese, Bates stamped TG 0025971
17   through TG 0025974, and Deposition
18   Exhibit Jia Defendant's-30A,
19   Shandong Taihe Dongxin Company
20   Limited Accounting Statement,
21   Bates stamped TG 0025971 through
22   TG 0025974, were marked for
23   identification.)
24       - - -

Page 637

1  BY MR. CYR:
2    Q.   Could you please look at
3  Defendant's 29 and 30?  Let's go one at a
4  time.
5        Could you look at
6  Defendant's 29, which is 25958 through TG
7  25961.  Could you tell The Court and
8  plaintiffs' counsel what that document
9  is?
10   A.   Until what page?
11   Q.   All of the pages in that
12 particular exhibit of Defendant's 29,
13 could you just look at all of them.  And
14 if you need to describe different pages,
15 go ahead.
16   A.   Let me take a look.
17       THE COURT:  Stop right now
18 and change the tape.
19       MR. CYR:  Okay.
20       THE COURT:  Let's do that.
21       THE VIDEOTAPE TECHNICIAN:
22   This is the end of Tape Number 2.
23   We're going off the record.  The
24   time is 11:42.

Page 638

1        - - -
2        (A recess occurred from
3    11:42 a.m. to 11:44 a.m.)
4        - - -
5        THE VIDEOTAPE TECHNICIAN:
6    We're going back on the record.
7    This is the beginning of Tape
8    Number 3.  The time is 11:44.
9  BY MR. CYR:
10   Q.   Mr. Jia, I was asking you to
11 look at Defendant's 29.  Could you tell
12 The Court and plaintiffs' counsel what
13 that document is?
14   A.   This is the annual
15 accounting statements for Taishan Gypsum
16 Company.
17   Q.   What year is this one for?
18 I direct your attention to the second
19 page.  There's a date at the top.
20   A.   This is for the year 2005.
21   Q.   Who prepared the annual
22 financial statements for Taishan Gypsum
23 or its predecessor Taihe Dongxin?
24   A.   It was prepared by the

Page 639

1  third-party independent accounting firm.
2    Q.   Was it prepared by that
3  third-party independent accounting firm
4  at the request of Taishan Gypsum or
5  Shandong Taihe?
6    A.   All Chinese companies are
7  required to provide accounting statements
8  by a third-party independent accounting
9  firm.
10   Q.   And did Taishan Gypsum and
11 Shandong Taihe Dongxin comply with that
12 obligation by requesting the accounting
13 firms to prepare these financial
14 statements during the period 2005 through
15 2008?
16   A.   Our company, including
17 Dongxin and Taishan Company, had always
18 been in compliance with such a regulation
19 and provide an accounting report prepared
20 by a third-party independent accounting
21 firm.
22   Q.   What information was
23 provided, if any, to -- withdrawn.
24       Did Taishan Gypsum or

37  (Pages 636 to 639)

Confidential - Subject to Further Confidentiality Review

Page 640

1    Shandong Taihe Dongxin provide any
2    information to the third-party accounting
3    firms for their preparation of these
4    reports?
5        A.   Yes.
6        Q.   Could you describe that
7    process, please?
8        A.   Usually their employees and
9    our employees will go to the site, which
10   means the production line, the raw
11   material site, the warehouse, the
12   financial department and financial record
13   department to do relevant auditing and
14   investigating.  The duration is rather
15   long.  Usually it takes about one month,
16   sometimes as long as three months.
17       Q.   Could you please look at
18   Defendant's 30.  It's TG 25971 through
19   25974.
20            Could you tell us what that
21   document is?
22       A.   This is the financial report
23   for Taihe Dongxin Company in the year
24   2006.

Page 641

1            - - -
2            (Whereupon, Deposition
3        Exhibit Jia Defendant's-31,
4        Document in Chinese, Bates stamped
5        TG 0025984 through TG 0025987, and
6        Deposition Exhibit Jia
7        Defendant's-31A, 2007 Financial
8        Statements of Taishan Gypsum
9        Company Limited, Bates stamped TG
10       0025984 through TG 0025987, were
11       marked for identification.)
12           - - -
13   BY MR. CYR:
14       Q.   Could you look at
15   Defendant's 32, please?
16           MS. BASS:  31.
17           MR. CYR:  I'm sorry.
18   BY MR. CYR:
19       Q.   That's TG 25984 through TG
20   25987.
21           MR. GONZALEZ:  When you say
22       984 to 987, are you referring to
23       31?
24           THE COURT:  It is 31,

Page 642

1    Exhibit Number 31.
2            MR. GONZALEZ:  Thank you.
3    BY MR. CYR:
4        Q.   What's that document, Mr.
5    Jia?
6        A.   This is an accounting report
7    of the Taishan Gypsum Company in the year
8    2007.
9        Q.   Were the accounting reports
10   that you just looked at for the years
11   2006 and 2007 at Exhibits 30 and 31, were
12   they prepared by an outside independent
13   accounting firm in the manner that you
14   described for Defendant's 29?
15       A.   Yes.
16           - - -
17           (Whereupon, Deposition
18       Exhibit Jia Defendant's-32,
19       Document in Chinese, Bates stamped
20       TG 0025997 through TG 0026000, and
21       Deposition Exhibit Jia
22       Defendant's-32A, 2008 Financial
23       Statements of Taishan Gypsum
24       Company Limited, Bates stamped TG

Page 643

1    0025997 through TG 0026000, were
2    marked for identification.)
3            - - -
4    BY MR. CYR:
5        Q.   Please look at Defendant's
6    Exhibit 32, which is TG 25997 through
7    26000, and tell us what that is?
8        A.   This is the accounting
9    report for Taishan Gypsum Company for the
10   year 2008.
11       Q.   Was it prepared by an
12   outside accounting firm in the manner
13   that you've described?
14       A.   Yes.
15       Q.   I'm going to ask you some
16   questions now that don't relate to the
17   documents, Mr. Jia.
18       A.   Uh-huh.
19       Q.   Are you familiar with the
20   company TTP?
21       A.   Yes.
22       Q.   Do you recall when it was
23   established?
24       A.   I believe the company was

38 (Pages 640 to 643)

Confidential - Subject to Further Confidentiality Review

Page 644

1 established in the first half year of
2 2006.
3       Q.   Could you describe for The
4 Court and plaintiffs' counsel why TTP was
5 established?
6       A.   The establishment of TTP was
7 to fulfill the requirements for the
8 purpose of taxation.
9            INTERPRETER:  Just one
10 moment.  Interpreter needs to
11 check a definition.
12           (Discussion between
13 interpreter and Mr. Chen in
14 Chinese.)
15           INTERPRETER:  Thank you.
16           THE WITNESS:  Since 2002,
17 Taishan Gypsum Company and its
18 prior company, before the name
19 change, produced FGD synthetic
20 gypsum.
21           INTERPRETER:  Interpreter
22 clarification.
23           THE WITNESS:  According to
24 China's regulation, if we use such

Page 645

1 gypsum as raw material at a rate
2 of 30 percent of more, the
3 company -- the country would
4 exempt our value added tax.
5 Taishan Gypsum could indeed enjoy
6 such a favorable policy; however,
7 there is another state regulation
8 which says if our value added tax
9 was exempt, we could not use the
10 value added invoice.  However,
11 some of our clients did require us
12 to issue them value added invoice.
13 In order to satisfy the
14 requirements of these customers,
15 after a discussion with the tax
16 bureau, after our discussion, the
17 tax bureau suggested that we
18 should establish another company.
19 This company could issue value
20 added invoice; however, it could
21 not enjoy all the favorable
22 exemption of value added policy.
23 They have also reminded us that we
24 must have independent accounting,

Page 646

1 also independent raw material and
2 independent employees.  If not, we
3 will not be able to meet the
4 requirement of taxation.  We
5 accepted their suggestion and
6 established TTP.
7            After its establishment,
8 according to the requirement of
9 the tax bureau, as well as the
10 company law, we operated
11 independently.  And the tax bureau
12 had efficiently supervised the
13 operation of TTP.  This is the
14 reason for the establishment of
15 TTP.
16 BY MR. CYR:
17       Q.   During the period 2000 --
18 early 2006 and until today, has Taishan
19 Gypsum owned 100 percent of the shares of
20 TTP, Mr. Jia?
21       A.   Yes.
22       Q.   In early 2006, who was
23 assigned to be the general manager of
24 TTP?

Page 647

1       A.   Peng Shiliang, last name,
2 P-E-N-G, first name, S-H-I-L-I-A-N-G.
3       Q.   Who was assigned to be the
4 production manager of TTP in early 2006?
5       A.   Song Qinghai.  Last name,
6 S-O-N-G, first name, Q-I-N-G-H-A-I.
7       Q.   Did TTP have employees who
8 handled sales for TTP?
9       A.   I don't understand your
10 question.
11       Q.   Did TTP have employees who
12 entered into the sales transactions on
13 behalf of TTP?
14       A.   Yes.
15       Q.   Who were they, to the best
16 of your recollection?
17       A.   It's a subsidiary of Taishan
18 Gypsum.  It has been so long, I do not
19 quite remember all the employees and
20 departments in that company.
21       Q.   When TTP was established,
22 Mr. Jia, did TTP have its own offices?
23       A.   Yes.
24       Q.   Could you describe where

39 (Pages 644 to 647)

Confidential - Subject to Further Confidentiality Review

Page 648

1 they were in relation to the TG
2 headquarters?
3     A.   Is located to the east of
4 Taishan Gypsum headquarter. There was a
5 wall in between this company and Taishan
6 Gypsum Company's headquarter. The
7 distance between the two company is about
8 1,000 meters.
9     Q.   Did TTP have its own
10 factory?
11     A.   Yes.
12     Q.   Could you describe where
13 that factory was in relation to TTP's
14 offices?
15     A.   TTP's factory and its office
16 are together. The factory was purchased
17 by -- from Taishan Gypsum Company.
18     Q.   Were you involved with that
19 purchase transaction, Mr. Jia, you,
20 personally?
21     A.   I did.
22     Q.   Could you describe the
23 transaction for The Court and plaintiffs'
24 counsel?

Page 649

1     A.   First of all, according to
2 China's company law, we registered in the
3 business license registration department.
4 The business license department requires
5 a company to have an office, a
6 manufacturer's site and a scope of
7 business and a third-party asset
8 evaluation report to see whether the
9 principal capital had been provided.
10 According to all the above requirements,
11 TTP registered with the business
12 licensing department.  TTP, according to
13 the requirements, had purchased some
14 equipment from Taishan Gypsum Company and
15 rented some manufacturer's site from the
16 Taishan Gypsum Company and bought office
17 from the Taishan Gypsum Company.  My
18 answer would be it.
19         - - -
20         (Whereupon, Deposition
21     Exhibit Jia Defendant's-33,
22     Document in Chinese, Bates stamped
23     TG 0020808 and TG 0020809, and
24     Deposition Exhibit Jia

Page 650

1     Defendant's-33A, Incorporation
2     Registration Review Form, Bates
3     stamped TG 0020808 and TG 0020809,
4     were marked for identification.)
5         - - -
6 BY MR. CYR:
7     Q.   Mr. Jia, we're going to go
8 back to the documents, and I'm going to
9 ask you just one or two questions with
10 respect to each of the following
11 documents.  Let's start with Defendant's
12 Exhibit 33, and that's Taishan Gypsum
13 20808 through 2809.
14         Mr. Jia, prior to preparing
15 for the deposition, do you recall ever
16 seeing this document before?
17     A.   No.
18     Q.   Please look at Defendant's
19 34.
20         - - -
21         (Whereupon, Deposition
22     Exhibit Jia Defendant's-34,
23     Document in Chinese, Bates stamped
24     TG 0020817 through TG 0020824, and

Page 651

1     Deposition Exhibit Jia
2     Defendant's-34A, Articles of
3     Association of Tai'an Taishan
4     Plasterboard Co., Ltd., Bates
5     stamped TG 0020817 through TG
6     0020824, were marked for
7     identification.)
8         - - -
9 BY MR. CYR:
10     Q.   That's Taishan Gypsum 20817
11 through 20824. It's dated June 20, 2006.
12 Mr. Jia, I'm just going to ask you, am I
13 reading the title correctly?  It says
14 "Articles of Association of Tai'an
15 Taishan Plasterboard"?
16     A.   Correct.
17     Q.   I would like to direct your
18 attention to the last page.
19         Did you sign these -- did
20 you sign this document as the legal
21 representative for Shandong Taihe?
22     A.   Correct.
23     Q.   What is this document?
24     A.   This is the Article of

Confidential - Subject to Further Confidentiality Review

| Page 652 |
| --- |

1 Incorporation of TTP.
2      Q.   Could you please look at
3 Defendant's Exhibit 35.
4           - - -
5           (Whereupon, Deposition
6      Exhibit Jia Defendant's-35,
7      Document in Chinese, Bates stamped
8      TG 0020825 and TG 0020826, and
9      Deposition Exhibit Jia
10     Defendant's-35A, Tai'an Taishan
11     Plasterboard Co., Ltd. Director
12     Appointment Document, Bates
13     stamped TG 0020825 and TG 0020826,
14     were marked for identification.)
15          - - -
16          MR. CYR:  I have TG 20825
17     through 20826.
18 BY MR. CYR:
19     Q.   The first question for you,
20 Mr. Jia, is to look at the second page,
21 which has the date February 10, 2006.
22 Did you sign this document?
23     A.   Yes.
24     Q.   Did you sign on behalf of

| Page 653 |
| --- |

1 the shareholder Shandong Taihe Dongxin?
2      A.   Yes.
3      Q.   What is this document?
4      A.   This is director's
5 appointment document for Taishan
6 Plasterboard Company, Limited, which is
7 TTP.
8      Q.   Is Peng Shiliang the person
9 who you identified as the general manager
10 of TTP?
11     A.   He is the general manager of
12 TTP, and later he was also a director of
13 the board of directors.
14     Q.   When you say "later," you
15 mean as of the date of this document?
16     A.   Yes.
17     Q.   Were Messrs. Fu and Wang,
18 were they also officers of TG?
19     A.   At the time, Fu Tinghuan and
20 Wang Fengqin were both the medium-level
21 executives of the company.
22     Q.   When you say "the company,"
23 the company you're referring to is
24 Shandong Taihe Dongxin?

| Page 654 |
| --- |

1      A.   Correct.
2      Q.   Could you please look at
3 Defendant's Exhibit 36.
4           - - -
5           (Whereupon, Deposition
6      Exhibit Jia Defendant's-36,
7      Document in Chinese, Bates stamped
8      TG 0020827 and TG 0020828, and
9      Deposition Exhibit Jia
10     Defendant's-36A, Tai'an Taishan
11     Plasterboard Co., Ltd. Legal
12     Representative Appointment
13     Document, Bates stamped TG 0020827
14     and TG 0020828, were marked for
15     identification.)
16          - - -
17 BY MR. CYR:
18     Q.   That is 20827 through 20828.
19 On the second page, it's dated February
20 10, 2006.  On that page, there's a
21 signature, Mr. Jia.  Is that your
22 signature on that page?
23     A.   Which page?
24     Q.   On the second page of

| Page 655 |
| --- |

1 Exhibit 36, is that your signature or
2 someone else's signature?
3      A.   It's not my signature.
4      Q.   Do you happen to recognize
5 that signature?
6      A.   Peng Shiliang and Fu
7 Tinghuan and Wang Fengqin, the three of
8 them.
9      Q.   Look at Defendant's Exhibit
10 37, please, TG 20850 through TG 20851.
11          - - -
12          (Whereupon, Deposition
13     Exhibit Jia Defendant's-37,
14     Document in Chinese, Bates stamped
15     TG 0020850 and TG 0020851, and
16     Deposition Exhibit Jia
17     Defendant's-37A, Capital
18     Verification Descriptions, Bates
19     stamped TG 0020850 and TG 0020851,
20     were marked for identification.)
21          - - -
22 BY MR. CYR:
23     Q.   Mr. Jia, could you tell us
24 what this document is, if you know?

41 (Pages 652 to 655)

Confidential - Subject to Further Confidentiality Review

Page 656

1          INTERPRETER:  Is this the
2     one you are talking about?
3          MR. CYR:  Exhibit 37, yes.
4     BY MR. CYR:
5          Q.   Let me just ask you, Mr.
6     Jia -- I'm sorry.
7          Prior to preparing for the
8     deposition, do you recall ever seeing
9     this document before?
10          A.   No.
11          - - -
12          (Whereupon, Deposition
13     Exhibit Jia Defendant's-38,
14     Document in Chinese, Bates stamped
15     TG 0020855, and Deposition Exhibit
16     Jia Defendant's-38A, Shareholder
17     Decisions, Bates stamped TG
18     0020855, were marked for
19     identification.)
20          - - -
21     BY MR. CYR:
22          Q.   Please look at Defendant's
23     Exhibit 38.  It is 20855.  It's dated
24     June 22, 2006.  Is that your signature,

Page 657

1     Mr. Jia?
2          A.   Yes.
3          Q.   Could you tell us what that
4     document is?
5          A.   It is the decision of
6     company shareholders.
7          Q.   What was the decision?
8          A.   Is to add 7 million to TTP.
9          Q.   Do you recall why it was
10     determined to add that amount of money to
11     TTP?
12          A.   At the time, TTP had a
13     rather big scale and also its debt was
14     big in scale.  So, we decided to input
15     capital to relieve its financial
16     pressure.
17          Q.   Please look at Defendant's
18     Exhibit 39, which is TG 20856 through
19     20864.
20          - - -
21          (Whereupon, Deposition
22     Exhibit Jia Defendant's-39,
23     Document in Chinese, Bates stamped
24     TG 0020856 through TG 0020864, and

Page 658

1     Deposition Exhibit Jia
2     Defendant's-39A, Articles of
3     Association of Tai'an Taishan
4     Plasterboard Co., Ltd., Bates
5     stamped TG 0020856 through TG
6     0020864, were marked for
7     identification.)
8          - - -
9     BY MR. CYR:
10          Q.   And please look at the last
11     page, which is dated June 22, 2006.  The
12     first question is, did you sign that as
13     the legal representative of Shandong
14     Taihe Dongxin?
15          A.   Yes.
16          Q.   Please return to the first
17     page and tell us what this document is?
18          A.   This is TTP's Article of
19     Incorporation.
20          Q.   Was it revised in June of
21     2006?
22          A.   Yes.
23          Q.   Do you recall why?
24          A.   Because we had input more

Page 659

1     capital.  According to the requirements
2     of the Article For Incorporation, it has
3     to be reflected on the Article of
4     Incorporation.
5          - - -
6          (Whereupon, Deposition
7     Exhibit Jia Defendant's-40,
8     Document in Chinese, Bates stamped
9     TG 0025446, and Deposition Exhibit
10     Jia Defendant's-40A, Lease
11     Agreement, Bates stamped TG
12     0025446, were marked for
13     identification.)
14          - - -
15     BY MR. CYR:
16          Q.   Please look at Defendant's
17     40, TG 25446.  It's dated February 10,
18     2006.
19          What's this document, Mr.
20     Jia?
21          A.   This is a lease agreement.
22          Q.   Could you describe the
23     agreement?  Who is it from, who is it to,
24     what's it for?

42  (Pages 656 to 659)

Confidential - Subject to Further Confidentiality Review

Page 660

1      A.   This is agreement that I
2  entrusted deputy general manager Xue Yuli
3  to sign, last name X-U-E, first name,
4  Y-U-L-I.  Because TTP needed a
5  manufacturing site, therefore, I
6  entrusted Xue Yuli to sign for me.
7      Q.   What is being leased in this
8  lease agreement?
9      A.   A manufacturer site.
10     Q.   Is it the facility that he
11 described before for TTP?
12     A.   Yes.
13     Q.   What was the amount of your
14 rent?
15     A.   According to the earliest
16 agreement, it was 80,000.
17     Q.   How was that figure arrived
18 at, if you know?
19     A.   It's based on the local
20 rental pricing at the time.
21             - - -
22        (Whereupon, Deposition
23     Exhibit Jia Defendant's-41,
24     Document in Chinese, Bates stamped

Page 661

1     TG 0025412, and Deposition Exhibit
2     Jia Defendant's-41A, Trademark Use
3     Authorization, Bates stamped TG
4     0025412, were marked for
5     identification.)
6             - - -
7  BY MR. CYR:
8      Q.   Could you please look at
9  Defendant's Exhibit 41.  It is TG 25412,
10 and it's dated February 20, 2006.
11 There's a signature on behalf of Shandong
12 Taihe Dongxin.  Whose signature is that?
13     A.   It's the official seal of
14 TG.
15     Q.   Thank you.
16        What is this document, Mr.
17 Jia, if you know?
18     A.   Because the ownership of
19 Taishan trademark belongs to TG, TTP had
20 to have the authorization from TG in
21 order to use such a trademark.
22             - - -
23        (Whereupon, Deposition
24     Exhibit Jia Defendant's-42,

Page 662

1     Document in Chinese, Bates stamped
2     TG 0025413, and Deposition Exhibit
3     Jia Defendant's-42A, Purchase and
4     Sale Agreement, Bates stamped TG
5     0025413, were marked for
6     identification.)
7             - - -
8  BY MR. CYR:
9      Q.   Defendant's-42, please.  And
10 it is TG 25413.  It's dated February 20,
11 2006.
12        Could you briefly describe
13 this document, Mr. Jia?
14     A.   This is a sales transaction
15 agreement between TG and TTP for
16 production line.
17     Q.   When you say "production
18 line," are you referring to certain
19 equipment as indicated in Article 3?
20     A.   Yes.
21     Q.   Is that your signature at
22 the bottom of the page?
23     A.   Yes.
24     Q.   Do you happen to recollect

Page 663

1  how the purchase price was arrived at?
2      A.   I remember the price was
3  agreed upon based on the reference of the
4  cost of similar production line.
5      Q.   Could you please look at
6  Defendant's Exhibit 43, TG 25415, dated
7  February 20, 2006.
8             - - -
9        (Whereupon, Deposition
10     Exhibit Jia Defendant's-43,
11     Document in Chinese, Bates stamped
12     TG 0025415, and Deposition Exhibit
13     Jia Defendant's-43A, Lease
14     Agreement, Bates stamped TG
15     0025415, were marked for
16     identification.)
17             - - -
18 BY MR. CYR:
19     Q.   Is that your signature, Mr.
20 Jia?
21     A.   Yes.
22     Q.   Could you tell us what it is
23 and also tell us if it's any different
24 than Exhibit 40?

43 (Pages 660 to 663)

Confidential - Subject to Further Confidentiality Review

Page 664

1      A.   This is a lease agreement
2  leasing TG's manufacturing facility.
3  There is a big difference on price
4  compared to the manufacture facility
5  leasing agreement we mentioned before.
6  One is 400,000.  The other one is 70,000.
7  The reason for the difference was, at the
8  time, we were in a hurry to establish TTP
9  according to the requirement of business
10 licensing department, therefore, the
11 lease agreement was reached without
12 detailed consideration and calculation of
13 the pricing, therefore, we only had
14 80,000 on the agreement.  But afterwards,
15 based on the evaluation and calculation
16 of the accounting department, we reached
17 a more reasonable leasing price of over
18 400,000.
19      Q.   And just for the record,
20 Defendant's Exhibit 40 is dated February
21 10, 2006, and Defendant's 43 is dated
22 February 20, 2006.
23          Could you look at
24 Defendant's 44, Mr. Jia.  That's TG

Page 665

1  25414.
2              - - -
3          (Whereupon, Deposition
4  Exhibit Jia Defendant's-44,
5  Document in Chinese, Bates stamped
6  TG 0025414, and Deposition Exhibit
7  Jia Defendant's-44A, Purchase and
8  Sale Agreement, Bates stamped TG
9  0025414, were marked for
10 identification.)
11             - - -
12 BY MR. CYR:
13      Q.   And it has the date January
14 1, 2008.  Is that your signature on the
15 bottom right-hand side signing as the
16 legal representative for --
17      A.   Yes.
18      Q.   Are you signing as the legal
19 representative for Taishan Gypsum?
20      A.   Yes.
21      Q.   Peng Shiliang signed as the
22 legal representative for TTP?
23      A.   Yes.
24      Q.   What's this document?

Page 666

1      A.   This is equipment sales
2  agreement.
3      Q.   From whom, to whom, for
4  what, Mr. Jia?
5      A.   This is an agreement for the
6  equipment sold from TTP to TG.
7      Q.   Is it the same equipment
8  that TTP had purchased from TG in early
9  2006?
10     A.   Correct.
11     Q.   Please look at Defendant's
12 45, 46 and 47 now, Mr. Jia.
13          For the record, Defendant's
14 45 is TG 26004 through --
15          MS. BASS:  Repeat that.
16          MR. CYR:  TG -- I'm sorry.
17 Defendant's 45 is TG 26004 through
18 TG 26006.
19          Defendant's 46 is TG 26007
20 through TG 26009.
21          Defendant's 47 is TG 26010
22 through TG 26012.
23              - - -
24          (Whereupon, Deposition

Page 667

1  Exhibit Jia Defendant's-45,
2  Document in Chinese, Bates stamped
3  TG 0026004 through TG 0026006;
4  Deposition Exhibit Jia
5  Defendant's-45A, 2006 Financial
6  Statement of Taian Taishan
7  Plasterboard Co., Ltd., Bates
8  stamped TG 0026004 through TG
9  0026006.
10         (Whereupon, Deposition
11 Exhibit Jia Defendant's-46,
12 Document in Chinese, Bates stamped
13 TG 0026007 through TG 0026009;
14 Deposition Exhibit Jia
15 Defendant's-46A, Balance Sheet,
16 Bates stamped TG 0026007 through
17 TG 0026009.
18         (Whereupon, Deposition
19 Exhibit Jia Defendant's-47,
20 Document in Chinese, Bates stamped
21 TG 0026010 through TG 0026012, and
22 Deposition Exhibit Jia
23 Defendant's-47A, 2008 Financial
24 Statement of Taian Taishan

44 (Pages 664 to 667)

Confidential - Subject to Further Confidentiality Review

Page 668

1    Plasterboard Co., Ltd. Balance
2    Sheet, Bates stamped TG 0026010
3    through TG 0026012, were marked
4    for identification.)
5          - - -
6         MR. SEEGER: Joe, we're just
7    going to object to the use of
8    these based on the fact that these
9    were also produced late, and we
10   didn't have them on the schedule,
11   but I guess we can deal with those
12   objections later.
13        MR. CYR: That's true, Your
14   Honor, they were produced late.
15   And so whatever accommodation we
16   need to make for plaintiffs'
17   counsel for them to effectively
18   address these issues, we're all
19   for it.
20        THE COURT: All right.
21   Let's do it. Let's continue with
22   that understanding.
23        MR. SEEGER: Thank you.
24   BY MR. CYR:

Page 669

1         Q.   Mr. Jia, could you tell us
2    what Defendant's 45 is?
3         A.   This is TTP's balance sheet
4    and accounting report.
5         Q.   Do you know who prepared
6    this balance sheet and accounting report
7    for TTP?
8         A.   I don't know.
9         Q.   Could you look at
10   Defendant's 46, please? Could you tell
11   us what that is?
12        A.   This is also TTP's financial
13   report.
14        Q.   For what year?
15        A.   (Pause.)
16        Q.   That's okay, Mr. Jia.
17        A.   I'm not sure.
18        Q.   Just take a brief look at
19   the very first page at the top, and if
20   that doesn't tell you, we'll move on.
21        A.   Oh, it's for the year of
22   2007.
23        Q.   And could you --
24        Have you ever seen this

Page 670

1    document before we prepared for the
2    deposition, Mr. Jia?
3         A.   No.
4         Q.   Look at Defendant's 47.
5    Have you ever seen that document before
6    we prepared for this deposition?
7         A.   No.
8         MR. CYR: Your Honor, I'm
9    finished with my questions of Mr.
10   Jia. I do need to state for the
11   record that, for some reason, I do
12   have English translations of 45,
13   46 and 47. If you don't have them
14   in your red books --
15        MR. SEEGER: No, we have the
16   English. The documents themselves
17   are not on the schedules that we
18   were provided, Schedule A and B.
19        MR. CYR: Okay. But you
20   have the English translations?
21        MR. SEEGER: And we'll deal
22   with it.
23        MR. CYR: I just wanted to
24   make sure the record reflected

Page 671

1    that they have the English
2    translations.
3         Thank you very much.
4         THE COURT: Okay.
5         We'll stop here and come
6    back. Can we get back in an hour?
7         Eugene, I would like you to
8    look into whether or not we can
9    get some sandwiches sent up here
10   for the rest of the week. It
11   would save us time. We'll split
12   the amount, but we can't have
13   everybody going out for lunch.
14   We'll never get finished.
15        THE VIDEOTAPE TECHNICIAN:
16   This is the end of Videotape
17   Number 3. We're off the record at
18   12:33.
19          - - -
20        (Whereupon, a luncheon
21   recess was taken from 12:33 p.m.
22   until 1:32 p.m.)
23          - - -
24        THE VIDEOTAPE TECHNICIAN:

45 (Pages 668 to 671)

Confidential - Subject to Further Confidentiality Review

Page 672

1    This is the beginning of Tape
2    Number 4. We're going back on the
3    record. The time is 1:28.
4        - - -
5        EXAMINATION
6        - - -
7    BY MR. SEEGER:
8        Q.   Good afternoon, Mr. Jia. I
9    met you last time when I was in Hong
10   Kong. I know you are a busy man. Thank
11   you for being here.
12       Mr. Jia --
13       A.   You're welcome.
14       Q.   -- I'm not going to mark
15   this as an exhibit, but I want to know if
16   you can identify, if you can tell me if
17   you recognize the number on that piece of
18   paper as your identification number at
19   TG?
20       A.   It is my ID number.
21       Q.   Great. Thank you. I'll
22   take that back. Thank you very much.
23       Do you know who Bill Che is?
24       INTERPRETER: Can you write

Page 673

1    it down for me? There's probably
2    no Chinese translation for that.
3        MR. SEEGER: I'll find out.
4        THE WITNESS: I'm not sure
5    who exactly that is, but I may
6    know this person, may not.
7    BY MR. SEEGER:
8        Q.   All right.
9        I'll find his Chinese name,
10   and I'll come back to it later. Thank
11   you.
12       Mr. Jia, I want to just
13   clarify a couple of things. Can you go
14   back to the red binder in front of you to
15   Exhibit 37?
16       A.   I see it.
17       Q.   Mr. Jia, on the first page
18   of that document, there's a name of a
19   public accounting firm. Do you see that
20   in the Chinese version?
21       A.   Yes.
22       Q.   Can you identify for the
23   record the name of that certified public
24   accounting firm?

Page 674

1        A.   It is an accounting firm
2    which is called Tai'an City Zhongcheng
3    Accounting Firm.
4        Q.   Mr. Jia, to be clear, the
5    document we're looking at is a document
6    that was created in connection with the
7    creation of TTP, correct?
8        MR. CYR: Objection. I
9    think he's testified he doesn't
10   recall seeing this document prior
11   to preparing for the deposition.
12       MR. GONZALEZ: Object to the
13   speaking objection, Your Honor.
14       THE COURT: You don't need
15   to translate that. The objection
16   is an objection. So, clarify
17   that.
18       MR. SEEGER: I'm not sure
19   what the objection is, Your Honor.
20       THE COURT: He said he
21   hadn't seen it before.
22       MR. SEEGER: Well, he asked
23   him questions about it. He had
24   him read portions of it into the

Page 675

1    record. Now that he has seen
2    it --
3        MR. CYR: I don't believe
4    that's true, Chris. Go ahead and
5    ask him a question.
6        THE COURT: Let's do it this
7    way. You've made your objection.
8    I'll overrule the objection.
9    Let's proceed.
10   BY MR. SEEGER:
11       Q.   You can answer the question.
12   Do you remember what I asked you?
13       A.   The document was not
14   created, but the accounting firm verified
15   the capital funding for it.
16       Q.   For TTP, correct, sir?
17       A.   Correct.
18       Q.   That's the same accounting
19   firm that does accounting work for TG,
20   correct?
21       MR. CYR: Objection.
22   Objection. No time period
23   specified.
24       THE COURT: All right.

46 (Pages 672 to 675)

Confidential - Subject to Further Confidentiality Review

Page 676

1       Let's ask about the time period.
2    BY MR. SEEGER:
3       Q.   I'm trying to find the date
4    on this document.  This document is from
5    2006.  So, was that the same accounting
6    firm that did work for TG in 2006?
7       A.   It is not.
8       Q.   What accounting firm did
9    work for TG in 2006?
10      A.   This is the one.
11   Zhongcheng.
12      Q.   It's the same one, correct?
13      A.   It is the same.
14      Q.   Could you go to Tab 41,
15   please.  Tell me when you are there, Mr.
16   Jia.
17      A.   I've got it.
18      Q.   Sir, this is the use -- this
19   is an agreement between TTP and TG
20   regarding the use of the Taishan brand,
21   which is TG's trademark, correct?
22      A.   Yes.
23      Q.   There's no compensation
24   reflected in this agreement, is there,

Page 677

1    sir?
2       A.   Correct.
3       Q.   Mr. Jia, I believe early in
4    the day, your attorney asked you whether
5    there were any employees or agents
6    whether -- I'm sorry, let me strike that.
7          Your attorney asked you
8    whether TG or TTP had any employees or
9    agents doing business on their behalf in
10   the United States.  Do you recall those
11   questions?
12         MR. CYR:  Objection,
13      misstates the record.
14         THE COURT:  Overrule the
15      objection.
16   BY MR. SEEGER:
17      Q.   Do you recall?
18      A.   Can you repeat the question?
19      Q.   Yes.
20         Your attorney asked you
21   questions related to whether TG or TTP
22   had any employees or agents doing
23   business on their behalf in the United
24   States.  Do you recall that question and

Page 678

1    your answer?
2       A.   I remember that.
3       Q.   Mr. Jia, you took some time
4    to prepare for your deposition today;
5    isn't that fair?
6          MR. CYR:  Objection, vague.
7    BY MR. SEEGER:
8       Q.   How much time did you spend
9    with your attorneys?
10         MR. CYR:  I'm sorry.  The
11      interpreter needs to interpret my
12      objection, unless the Judge
13      instructs her not to.
14         THE COURT:  You can
15      interpret it, but I'm going to
16      overrule the objection.  Let's go.
17         INTERPRETER:  Your Honor, do
18      I interpret all the -- just like
19      in the morning, all the objections
20      and talkings?
21         THE COURT:  You don't need
22      to.
23         MR. CYR:  Yes, unless the
24      judge instructs you not to.

Page 679

1          THE COURT:  You can
2       interpret the objection that
3       counsel makes.  Now, in that
4       regard, both of you all with
5       objections, I just need the fact
6       that it's objected and maybe one
7       word, whether it's leading or give
8       me the evidence number, and I'll
9       rule on it.  I don't want any
10      objections and speeches from
11      either side.
12         MR. CYR:  Understood.
13         INTERPRETER:  What was the
14      question again?
15   BY MR. SEEGER:
16      Q.   Mr. Jia, how much time did
17   you spend with your attorneys preparing
18   for your testimony today?
19      A.   You mean last deposition or
20   this one?
21      Q.   This one.
22      A.   Over a day.
23      Q.   During that time, you looked
24   at documents.  Is that fair to say?

47  (Pages  676 to  679)

Confidential - Subject to Further Confidentiality Review

Page 680

1      A.   Under the guidance of the
2   attorney, yes, I did see some documents.
3      Q.   Mr. Jia, to be clear, you
4   are the Chairman of the Board of TG, and
5   you're the general manager; isn't that
6   fair?
7      A.   I am the director of the
8   board of director and general manager of
9   TG.
10      Q.   And you understand you are
11   here to be the spokesman for the company
12   in this deposition today, correct?
13      A.   I'm the spokesperson for TG
14   and TTP.
15      Q.   So, then, Mr. Jia, you know
16   it's not true that you don't have agents
17   acting on your behalf in the United
18   States?  Isn't that true?
19      MR. CYR:  Objection.
20      THE COURT:  With regard to
21   questions, let's be conscious of
22   the fact that -- I know he's under
23   cross-examination, but let's show
24   the same deference and respect for

Page 681

1   the witness that you would like
2   shown to you.
3      MR. SEEGER:  Will do, Your
4   Honor.
5   BY MR. SEEGER:
6      Q.   And I apologize if -- well,
7   I don't think the question was read to
8   him, so I will strike the question and
9   ask it again.
10      MR. CYR:  May I just make a
11   comment that's not interpreted?
12      MR. SEEGER:  Sure.
13      MR. CYR:  The nature of my
14   objection was the double negative.
15   It might be confusing if it is
16   translated.
17      MR. SEEGER:  I'm going to
18   strike the question.
19      INTERPRETER:  Your Honor,
20   earlier you said that I didn't
21   have to interpret the
22   conversation, but now if I do
23   that, I have no problem with that,
24   because I did that in the morning.

Page 682

1   Do you want me to interpret
2   everything that's being said
3   between you, you and Your Honor?
4      MR. SEEGER:  I don't require
5   it.
6      THE COURT:  Let's do it
7   unless I tell you not to.
8      MR. BRENNER:  Could the
9   translator speak up a little?  We
10   are having a hard time hearing
11   her.
12      - - -
13      (A discussion off the record
14   occurred.)
15      - - -
16   BY MR. SEEGER:
17      Q.   Mr. Jia, let me ask you the
18   question this way.  Before you would give
19   testimony that you were sure there were
20   no employees or agents acting on your
21   behalf in the United States, you would
22   satisfy yourself, wouldn't you, that that
23   was correct?
24      A.   It is accurate.

Page 683

1      - - -
2      (Whereupon, Deposition
3   Exhibit Jia-13, Sole Agency
4   Agreement, 4 pages, was marked for
5   identification.)
6      - - -
7   BY MR. SEEGER:
8      Q.   I'm going to mark for the
9   record, and we're -- this is Jia-13, is a
10   document that was obtained from the
11   public records in the United States in
12   Florida.
13      MS. BYRNE:  Chris, that's
14   Exhibit 13?
15      MR. SEEGER:  Yes.
16      MR. CYR:  Could you describe
17   for the record what part of the
18   exhibits that you identified for
19   the depositions that this was in?
20      MR. SEEGER:  This is a
21   document that is now being used
22   for impeachment purposes.  It was
23   not disclosed prior to the
24   deposition.

48  (Pages 680 to 683)