Confidential - Subject to Further Confidentiality Review

Page 684

1    MR. CYR: Was that
2 authorized by The Court?
3    MR. SEEGER: I don't know.
4 You will have to ask Lenny.
5    THE COURT: Yes. They had a
6 conference with -- you weren't
7 present, but a representative of
8 your group was present, and I
9 indicated to both sides that if
10 they had documents, which I hoped
11 they didn't have a lot of, but if
12 they did have documents that were
13 solely for impeachment, each side
14 would have to give them to me so I
15 could look at them before they
16 would be used. I did look at,
17 there's two documents, I think,
18 I'm not quite sure, that I
19 reviewed only from the plaintiffs.
20 I didn't receive anything from the
21 defendants.
22 BY MR. SEEGER:
23    Q.   Mr. Jia, I will, with the
24 help of the interpreter, will try to

Page 685

1 identify this document for you. At the
2 very top it says "Sole Agency Agreement."
3    MR. CYR: What's the
4 question?
5    MR. SEEGER: I'm identifying
6 the document right now.
7 BY MR. SEEGER:
8    Q.   Do you see that, sir?
9    A.   I understand the Chinese
10 part but not the English part.
11    Q.   Okay. That's fine. That's
12 why I'm trying to identify it for you.
13    It's dated October 20, 2006.
14 Do you see that, Mr. Jia?
15    A.   I don't see it because I
16 don't understand English, so, I don't
17 know what date you're talking about.
18    MR. SEEGER: (Addressing the
19 interpreter.) I was hoping that
20 you could point that out to him
21 just to show him it's there. It's
22 on the first page.
23    MR. CYR: Let's ask him the
24 questions. Excuse me, ma'am, he

Page 686

1 needs to ask the witness a
2 question.
3    THE COURT: I agree with
4 that, yeah.
5    MR. SEEGER: Well, the first
6 question --
7    THE COURT: Is this the
8 Chinese or not?
9    INTERPRETER: So when you
10 want me to point, do you want me
11 to point --
12    MR. CYR: Excuse me, ma'am.
13 I think we wait for the judge to
14 ask the questions.
15    MR. SEEGER: Joe, let me ask
16 some questions. You've asked me
17 to do that.
18    MR. CYR: I think the judge
19 asked a question.
20    MR. SEEGER: Yeah. The
21 judge asked if that was the
22 Chinese version, and I was about
23 to show her -- tell her to
24 instruct the witness to go to that

Page 687

1 page.
2 BY MR. SEEGER:
3    Q.   You can show him the Chinese
4 version. Can he explain to you what he's
5 reading?
6    INTERPRETER: First let me
7 verify if this is the correct
8 Chinese translation. Let me see
9 the Chinese translation of that.
10    MR. SEEGER: Sure.
11    INTERPRETER: I don't see a
12 Chinese translation. I only see
13 the English.
14    MR. SEEGER: I think it's
15 Page 3.
16    MR. CYR: Just state for the
17 record that the document that was
18 handed to me does not have a
19 Chinese version.
20    INTERPRETER: Oh, yes, there
21 it is.
22    MR. CYR: But there is some
23 Chinese written on the third page
24 of this document, but it does not

49 (Pages 684 to 687)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 688

1    appear to be a Chinese translation
2    of the document.
3         MR. SEEGER:  All right.
4    Let's start over again.  Excuse
5    me, Miss Inter -- hold -- it's
6    okay.  I've got it.
7         INTERPRETER:  Yes.
8         MR. SEEGER:  I'm going to
9    explain it and you tell him what
10   I'm reading.  Okay?
11   BY MR. SEEGER:
12       Q.   On the first page of the
13   document, please explain to the witness
14   at the top it says, "Sole Agency
15   Agreement."  Below that is the date of
16   October 20, 2006.  In the place below
17   that where it says "The seller," it says,
18   "Taian Taishan Plasterboard Co., Ltd."
19   Under that where it says "The buyer" is
20   "Oriental Trading Company, LLC."
21        Do you know who the Oriental
22   Trading Company is, Mr. Jia?
23       A.   I don't know.
24       Q.   Below that where it says

Page 689

1    "Goods Description For Sole Sales," it
2    describes -- I'll read it, and you can
3    read it to him.  "The gypsum board
4    manufactured by" the "seller with the
5    thickness of 1/2 inch or 5/8 inch, the
6    width of 4 feet, the length of 8 feet, 9
7    feet, 10 feet or 12 feet, under the brand
8    name of 'DUN' showing as in the seller's
9    catalogue only."
10        Now, Mr. Jia, those sizes
11   described in that first paragraph, those
12   are sizes used in the United States,
13   correct?
14       A.   Not necessarily.
15       Q.   Are they used -- are those
16   sizes used in the United States, yes or
17   no, Mr. Jia?
18       A.   Not necessarily.  As far as
19   I know, in countries other than America
20   also use these sizes of gypsum board.
21       Q.   Fair enough.
22        Now, in item 2 right below
23   that where it says "Sole Sales Area,"
24   would you read -- go ahead -- it says

Page 690

1    "Limited to the territory of the USA."
2         MR. CYR:  What's the
3    question?
4         THE COURT:  What's the
5    question?
6         MR. SEEGER:  I'm just
7    reading it for him.  I want him to
8    see what's in the document.
9         MR. CYR:  I just want to
10   state the obvious objection, and
11   that is if you wanted to let him
12   see what was in the document, you
13   could have had it translated.  So,
14   I object to the entire line of
15   questioning.
16        THE COURT:  I understand the
17   objection.  I'll overrule the
18   objection.
19   BY MR. SEEGER:
20       Q.   If you go to the second
21   page, Mr. Jia.  At the very bottom where
22   it says "The seller."  Under where it
23   says "Taian Taishan Plasterboard Co.,
24   Ltd.," do you recognize that signature?

Page 691

1        A.   I know this person Che Gang,
2    but I'm not sure whether it's his
3    signature.
4        Q.   Would you know if that's the
5    same individual who also uses the name
6    Bill Cher?
7         MR. CYR:  Object to form.
8         THE WITNESS:  I don't know.
9    BY MR. SEEGER:
10       Q.   Have you ever seen this
11   document before, Mr. Jia?
12       A.   No.
13       Q.   Mr. Jia, you also --
14        MR. SEEGER:  Do you have
15   this, Scott?
16        MR. GEORGE:  Your Honor,
17   this is in Volume 3 of the
18   binders, Tab 4.  Let me get it for
19   you.
20        MR. SEEGER:  It's his
21   affidavit.  Hilarie, it's his
22   affidavit.
23   BY MR. SEEGER:
24       Q.   By the way, Mr. Jia, there

50  (Pages 688 to 691)

Confidential - Subject to Further Confidentiality Review

Page 692

1 is one more question I want to ask you
2 about this document. The person you
3 identified who signed on behalf of TTP --
4         MR. CYR:  Objection,
5 objection.
6         THE COURT:  He didn't
7 identify it.  Let's restate the
8 question.
9         MR. SEEGER:  Well, Your
10 Honor, it says, "I know this
11 person Che Gang, but I'm not sure"
12 if "it's his signature."
13         THE COURT:  Yes.  Okay.
14 BY MR. SEEGER:
15     Q.   Let me strike the question
16 and reask it this way.
17         You said you know the person
18 Che Gang.  This person, Che Gang, does he
19 work for TTP or did he during that time
20 frame?
21     A.   I don't remember.
22     Q.   Mr. Jia, we've marked an
23 affidavit that you have provided in this
24 litigation as Jia Exhibit 14.

Page 693

1         - - -
2         (Whereupon, Deposition
3 Exhibit Jia-14, Affidavit of Jia
4 Tongchun, 11 pages, was marked for
5 identification.)
6         - - -
7         MR. SEEGER:  Do you need a
8 copy of it?
9         MR. CYR:  Let's see.  It's
10 okay, Lenny.  We'll see if I need
11 it.
12 BY MR. SEEGER:
13     Q.   Do you recognize this, Mr.
14 Jia?
15     A.   Yes.
16     Q.   Actually, just because we --
17 I'm sorry.
18         You signed this document in
19 connection with this litigation, correct,
20 sir?
21     A.   Yes.
22     Q.   And the answers you give
23 here in this affidavit, are they -- let
24 me ask you specifically.  Like item 9

Page 694

1 where it says, "Taishan sells drywall
2 exclusively in China," did you mean that
3 response for TG as well as TTP?
4         MR. CYR:  Excuse me.  I'm
5 sorry.  I think I need to see a
6 copy of the document.
7         MR. GEORGE:  (Handing over
8 document.)
9         MR. CYR:  Just for the
10 record, Paragraph 2 of this
11 document states that he's the
12 Chairman of the Board and general
13 manager of Taishan Gypsum.  And
14 Taishan Gypsum is then defined as
15 Taishan throughout the
16 declaration.  So, now counsel has
17 referred the witness to Paragraph
18 9 that says "Taishan sells drywall
19 exclusively in China."  I object
20 in that that's misleading.  Please
21 don't do that, Mr. Seeger.
22         THE COURT:  Let's restate
23 the question and ask whether or
24 not it's -- the other one does

Page 695

1 business.
2         MR. SEEGER:  Well, Your
3 Honor, I was actually going to get
4 to this, but counsel doesn't
5 really give me an opportunity to
6 get through any questions.
7         So, Item 26 in this
8 affidavit, which I assume was
9 written by the attorney, says, "In
10 2006, Taishan's subsidiary, Tai'an
11 Taishan Plasterboard...was formed.
12 TTP also manufactures and sells
13 drywall exclusively in China."
14         So, what I want to be clear
15 is if these representations relate
16 to both.  So I'll ask.
17         MR. CYR:  I suggest you go
18 to Paragraph 26.
19         THE COURT:  He's under
20 cross.  I'll let counsel handle
21 it.  Make your objections, I'll
22 rule on them, and let's continue
23 on, folks.
24 BY MR. SEEGER:

51 (Pages 692 to 695)

Confidential - Subject to Further Confidentiality Review

Page 696

1    Q.   Mr. Jia, item 9 where it
2  says, "Taishan sells drywall exclusively
3  in China," would you intend to make that
4  same representation for TTP?
5    A.   Yes.
6    Q.   Mr. Jia, where it says,
7  "Taishan never...sold drywall in
8  Louisiana," would you make that same
9  representation for TTP?
10     INTERPRETER: Counsel, you
11   mean Number 10? Can you repeat
12   your question, please?
13 BY MR. SEEGER:
14     Q.   In item 11, it says,
15  "Taishan never...sold drywall in
16  Louisiana." I want to know if, Mr. Jia,
17  if you would make the same representation
18  for TTP?
19     A.   Correct.
20     Q.   And "Taishan
21  never...marketed its drywall in
22  Louisiana," would you make that same
23  representation for TTP?
24     A.   Yes.

Page 697

1    Q.   Item 13, "Taishan
2  never...distributed its drywall in
3  Louisiana," would you make that same
4  representation for TTP?
5    A.   Yes.
6     MR. SEEGER: Joe, the
7   document I'm going to mark as
8   Jia-15 is Bates stamped TG
9   00919813 through 14. I think you
10  have it.
11     MR. CYR: Not for
12   interpretation, but just for
13   logistics, is your plan to hand me
14   a copy of the documents you are
15   handing the witness or is that not
16   the plan?
17     MR. SEEGER: I can do that.
18   I thought we provided them to you.
19     MR. CYR: No. You provided
20   about 500 documents, and we didn't
21   know which ones you were going to
22   use in the deposition, so --
23     MR. SEEGER: I'll get you a
24   copy.

Page 698

1     THE COURT: Let's do it this
2  way. Whenever you show the
3  witness a document, give a copy
4  also to counsel.
5     MR. SEEGER: I thought he
6   had a binder. I'll do that,
7   Judge.
8     MR. CYR: Mr. Seeger, I'm
9  not sure this is my business or
10  not, but the judge seems to have a
11  black binder with a lot of
12  exhibits in it. Did plaintiffs'
13  counsel give that binder to the
14  judge?
15     MR. DAVIS: Just so it's
16  clear, from a logistics
17  standpoint, those are the
18  documents that were provided to
19  counsel in the index that were
20  exchanged early on, and then our
21  e-mails back and forth. My
22  appreciation was that you would
23  have a complete set. However, I'm
24  happy to give you my set of

Page 699

1  binders if you'd like it.
2     MR. CYR: That's great. I
3  think we should have whatever
4  you've given the judge.
5     THE COURT: I have a red
6  tabbed document that the
7  defendants have given to me, and I
8  have here on the floor a number of
9  folders that the plaintiffs have
10  placed there. I haven't looked at
11  them yet. Whatever I have, let's
12  give to the defendants, please.
13     MR. CYR: Just so that the
14  record is clear, Mr. Davis has
15  given me three binders. I take it
16  these three binders have already
17  been given to the judge. And now
18  we have four.
19     MR. DAVIS: And the witness
20  has one. You should have five
21  binders at this point.
22     MR. BRENNER: Chris, can you
23  identify the document?
24     MR. SEEGER: Yeah, I'm going

52 (Pages 696 to 699)

Confidential - Subject to Further Confidentiality Review

Page 700

1  to do that right now. We're just
2  having a hard time finding it.
3        (Whereupon, Deposition
4  Exhibit Jia-15, E-mail chain, top
5  one dated 2/10/2007, Bates stamped
6  TG 0000011, was marked for
7  identification.)
8        - - -
9  BY MR. SEEGER:
10     Q.   So, what I'm marking as
11  Jia-15 is TG 11 --
12        MR. CYR:  Off the record.
13        - - -
14        (Whereupon, an
15  off-the-record discussion was
16  held.)
17        - - -
18  BY MR. SEEGER:
19     Q.   Mr. Jia, do you recognize at
20  the very top there's an e-mail address
21  that says "Peng"? Do you see where I'm
22  looking? The "From" line.
23     A.   I don't understand English.

Page 701

1     Q.   Do you know who Peng Wenlong
2  is, Peng Wenlong?
3     A.   I know that.
4     Q.   Who is that?
5     A.   His position before or now?
6     Q.   Let's start with his
7  position in 2007?
8     A.   He used to be the
9  international business department
10  director or deputy director of TG. I'm
11  not sure which one was he.
12     Q.   And when was --
13        When did you testify earlier
14  that TTP was formed?
15     A.   It was formed in 2006. I
16  don't remember the exact month.
17     Q.   And my question is, Peng
18  Wenlong in February 10 of 2007, would he
19  have been an employee of TG or TTP?
20     A.   TTP's employee.
21     Q.   Okay.
22        He would be TTP's employee,
23  Mr. Jia. So, why, on this e-mail, if you
24  look below where he's written an e-mail

Page 702

1  to this person Melvyn, do you see where
2  it says "Yours faithfully, Frank"?
3        MR. CYR:  Objection in that
4  the witness has testified that he
5  cannot read English. And in
6  addition, you are asking him to
7  speculate about why somebody else
8  did something.
9        MR. SEEGER:  I was trying to
10  identify where on the document I
11  was about to go.
12        THE COURT:  Just a moment.
13  I understand -- maybe you didn't
14  understand what I said, but I
15  don't need an explanation.
16        MR. CYR:  Sorry.
17        THE COURT:  You just make
18  the word "objection," I got it,
19  and I'll rule on it.
20        MR. CYR:  I got it. I
21  apologize.
22        THE COURT:  It's okay.
23        Overrule the objection.
24  BY MR. SEEGER:

Page 703

1     Q.   Mr. Jia, my question is -- I
2  know this is in English, and you don't
3  speak English or read it. Beneath the
4  name here of this TTP employee, he signs
5  off as being from the Taihe Group. The
6  Taihe Group is TG, correct?
7     A.   Not necessarily.
8     Q.   Who is the Taihe Group?
9     A.   The businesses in the
10  surrounding, sometimes they're all called
11  Taihe Group.
12     Q.   I would like to point to
13  your attention, this does not relate to
14  Louisiana. I finally found the e-mail I
15  want to show you for that. But you also
16  testified earlier that you never shipped
17  or distributed drywall in Alabama. Do
18  you recall that testimony?
19        MR. CYR:  Objection.
20        THE COURT:  Overrule the
21  objection.
22  BY MR. SEEGER:
23     Q.   Do you recall giving that
24  testimony, Mr. Jia?

53  (Pages 700 to 703)

Confidential - Subject to Further Confidentiality Review

Page 704

1      A.   Can you repeat?
2      Q.   Do you recall testifying
3  earlier that you never shipped or
4  distributed drywall to Alabama?
5          MR. CYR:  Objection.
6          THE COURT:  Overruled.
7          THE WITNESS:  Correct.
8  BY MR. SEEGER:
9      Q.   Yet here is an employee, and
10  the interpreter will translate, where he
11  says, "We have a customer in America, who
12  need us to ship about 400000 sheets of
13  gypsumboard to Mobile," Alabama.
14          MR. CYR:  What's the
15  question?
16  BY MR. SEEGER:
17      Q.   Were you unaware that your
18  company was shipping drywall to Mobile,
19  Alabama?
20          MR. CYR:  Objection.
21          THE COURT:  I'll sustain
22  that objection.  Restate the
23  question.
24  BY MR. SEEGER:

Page 705

1      Q.   Mr. Jia -- let me think how
2  to ask this.
3          Mr. Jia, did you have an
4  understanding one way or another as to
5  whether your company, prior to your
6  testimony today, shipped drywall to
7  Alabama?
8          MR. CYR:  Objection.
9          THE COURT:  Overruled.
10  BY MR. SEEGER:
11      Q.   You can answer, Mr. Jia.
12      A.   Repeat the question.
13          (Interpreter repeats the
14          question to the witness.)
15          I know that my company had
16  never shipped products to Alabama.
17      Q.   So this would be 16 and that
18  16A.
19          - - -
20          (Whereupon, Deposition
21          Exhibit Jia-16A, E-mail chain, top
22          one dated 10/15/2005, Bates
23          stamped TG 0019813 and TG 0019814,
24          and Deposition Exhibit Jia-16B,

Page 706

1          Translation of E-mail chain, top
2          one dated 10/15/2005, Bates
3          stamped TG 0019813 and TG 0019814,
4          were marked for identification.)
5          - - -
6  BY MR. SEEGER:
7      Q.   All right.
8          I'm going to mark this as
9  16A.  For the record, we're marking as
10  Jia Exhibit 16A TG 0019813 through 814.
11  16B is TG 0019813.
12          Mr. Jia --
13          MR. CYR:  Excuse me.  Is
14  there -- I'm sorry, withdrawn.
15  BY MR. SEEGER:
16      Q.   Mr. Jia, can you tell me who
17  Apollo Yang is, if that a name that rings
18  a bell?
19      A.   We have never seen this
20  person.
21      Q.   You don't recognize him as
22  an employee of TG or TTP?
23      A.   I don't understand English,
24  so, I don't know who this person you are

Page 707

1  referring to.
2      Q.   Well, Mr. Jia, you're aware
3  that certain Chinese employees of TG and
4  TTP have anglicized names as well as
5  Chinese names, correct?
6      A.   Yes.
7      Q.   Okay.
8          And the only one I have on
9  this document is the name of Apollo Yang,
10  but you're saying you don't recognize
11  that name, correct?
12      A.   I don't know this name.
13      Q.   The date of the e-mail, as
14  you can see at the top, is October 15,
15  2005.  Can you just point that out for
16  him, please.  Mr. Jia, I'm sorry to
17  interrupt.  I think we just found the
18  Chinese version of Mr. Yang's name.  It's
19  Yang Jiapo.  Does that name ring a bell?
20      A.   I know this name.
21      Q.   Could you identify who he
22  is, what company he worked for?
23          MR. CYR:  Objection, time
24  period.

54  (Pages 704 to 707)

Confidential - Subject to Further Confidentiality Review

Page 708

1    MR. SEEGER: In the time
2    frame of the document, 2005.
3        THE WITNESS: I'm aware of a
4    person with this name. But I'm
5    not sure which company he's worked
6    at, TTP or TG. I know this person
7    later resigned.
8    BY MR. SEEGER:
9    Q.  Mr. Jia, I need to ask you
10   this. You recall that I had asked you
11   questions back in April, correct? Do you
12   remember we were here for your
13   deposition?
14   A.  I forgot.
15       MR. SEEGER: Mr. Cyr, do you
16   have the prior transcript nearby
17   that you can refer to? I want to
18   refer to his transcript.
19       MR. CYR: My hotel room is
20   nearby. The answer to your
21   question is yes. But I'm
22   comfortable in proceeding with
23   your accurately reading from the
24   transcript.

Page 709

1        MR. SEEGER: Thank you.
2        MS. BASS: Do you need a
3    copy?
4        MR. SEEGER: If we can give
5    it to Mr. Cyr.
6    BY MR. SEEGER:
7    Q.  Mr. Jia, when we last
8    deposed you, I asked you this question,
9    and you gave me this answer. It's on
10   page -- for the record, it's Page 246,
11   and it's line 16 through 18.
12       I asked you, "Do you know
13   who Apollo Yang is?" That was the
14   question.
15       The answer is, "I know who
16   he is.
17       "Question: Could you
18   identify him? Who" he is, "what is his
19   role?
20       "Answer: He is one of the
21   employees of the company, but I'm not
22   sure what role he plays."
23       Do you recall being asked
24   those questions and giving those answers?

Page 710

1    A.  I don't recall this
2    question, but since you read it, I
3    believe what I said at the time was the
4    truth.
5    Q.  So, Mr. Jia, the exhibit
6    we're looking at now that's in front of
7    you --
8        MR. CYR: I'm sorry. I do
9    need to say something for the
10   record, just so that the reader of
11   the transcript appreciates that
12   when Mr. Seeger read in English
13   the name Apollo Yang, of course,
14   that reflected questioning that
15   had been interpreted in Chinese.
16       MR. SEEGER: That's
17   incorrect. I asked the name
18   Apollo Yang. That's the way it
19   was asked.
20       THE COURT: Whatever the
21   transcript is, that's what it is.
22   BY MR. SEEGER:
23   Q.  Now, the question I have on
24   the exhibit in front of you, Mr. Jia, is,

Page 711

1    can you see that this is -- can you
2    identify for him this is an e-mail from
3    Apollo Yang to a Wenny Yin? The subject
4    matter of the e-mail is "New Gypsum Board
5    quotation."
6        Mr. Yang writes, "We have
7    been attempting to finalize the bulk
8    carrier and" haven't "received any
9    feedback. Currently we have the
10   information on" the "bulk carrier and
11   would like to make the quotation for your
12   reference, as follows:  Regular gypsum
13   board," and there's some measurements
14   there, "CNF New Orleans Port."
15       Now, my question, Mr. Jia,
16   is, prior to giving your testimony today,
17   did you have an understanding or not as
18   to whether you had shipped drywall to New
19   Orleans?
20   A.  I don't know.
21       MR. SEEGER: For the record,
22   the next exhibit we'll go to will
23   be TG 0025216 through 218.
24       MR. CYR: Excuse me,

55 (Pages 708 to 711)

Confidential - Subject to Further Confidentiality Review

Page 712

```
1     25 what?
2          MR. SEEGER: I'm sorry, it's
3     25216 through 25218.
4          INTERPRETER: Give this back
5     to you.
6          MR. SEEGER: You can leave
7     those right there. Why don't we
8     put them here for now. That one
9     too. Let's keep it all together.
10    You can throw them right in that
11    pile. I'll sort them out.
12         THE COURT: Let's make sure
13    he has a copy of it, Counsel.
14         MR. SEEGER: He's got it in
15    front of him, Judge.
16         MR. CYR: You have to give
17    us a second to find the document.
18         MR. SEEGER: Go ahead. Go
19    ahead.
20         MR. CYR: Thank you. We
21    found it.
22    BY MR. SEEGER:
23         Q.   Mr. Jia, if you could take a
24    look at what we've just marked as Exhibit
```

Page 713

```
1     17.
2                    - - -
3          (Whereupon, Deposition
4     Exhibit Jia-17, E-mail dated July
5     5, 2007, Bates stamped TG 0025216
6     through TG 0025218, was marked for
7     identification.)
8                    - - -
9     BY MR. SEEGER:
10         Q.   Let me just represent to you
11    that the e-mail address at the top, the
12    "From," I don't expect you to recognize
13    that, but I'll start by asking you if you
14    do.
15         A.   I only see some numbers. I
16    don't know what they represent.
17         Q.   Fair enough.
18              I'll represent to you,
19    subject to your attorney confirming, that
20    that is the e-mail address of Frank Clem,
21    also known as Peng Wenlong.
22         MR. CYR: I have no
23    objection for you to continue with
24    your questions.
```

Page 714

```
1          MR. SEEGER: Thank you.
2     BY MR. SEEGER:
3          Q.   If you look below, there's
4     an e-mail exchange between Frank Clem or
5     Peng Wenlong and another individual at a
6     company called SINA, S-I-N-A.
7          MR. CYR: What's the
8     question?
9     BY MR. SEEGER:
10         Q.   The question is, do you know
11    who that company is, SINA?
12         A.   I don't know.
13         Q.   Below that, there's a
14    conversation going on between this
15    individual and Frank Clem where it says,
16    "I have located a buyer who would like to
17    receive sheetrock in New Orleans,
18    Louisiana, and also in Philadelphia,
19    Pennsylvania."
20         INTERPRETER: Interpreter
21    needs to check the definition of
22    sheetrock.
23         THE COURT: Drywall.
24         MR. SEEGER: Drywall.
```

Page 715

```
1          THE COURT: What's the
2     question?
3     BY MR. SEEGER:
4          Q.   To be clear, I want to be
5     clear, is it your testimony that you had
6     no understanding of your company shipping
7     drywall to New Orleans or Philadelphia,
8     Pennsylvania?
9          MR. CYR: Objection.
10         THE COURT: Overrule the
11    objection.
12         THE WITNESS: I don't know.
13    I don't know where our gypsum
14    board were shipped to, and I also
15    don't know where were they used
16    at.
17    BY MR. SEEGER:
18         Q.   Well, you understand, Mr.
19    Jia, that your people made arrangements
20    to ship drywall to places in the United
21    States, correct?
22         MR. CYR: Objection.
23         THE COURT: I'll sustain the
24    objection.
```

Confidential - Subject to Further Confidentiality Review

Page 716

1  BY MR. SEEGER:
2      Q.  Do you have an understanding
3  one way or another as to whether
4  employees of your company made
5  arrangements to ship drywall to the
6  United States?
7      A.  I don't know.
8          MR. SEEGER:  For the record,
9      what we're about to look at is TG
10     415.
11         MR. CYR:  415, that sounds
12     like Binder Number 1.
13         MR. SEEGER:  That's probably
14     right.
15             - - -
16         (Whereupon, Deposition
17     Exhibit Jia-18, E-mail chain, top
18     one dated 5/12/2006, Bates stamped
19     TG 0000415, was marked for
20     identification.)
21             - - -
22         MR. SEEGER:  Do you have it?
23         MR. CYR:  Yes, sir.
24  BY MR. SEEGER:

Page 717

1      Q.  Mr. Jia, this e-mail that
2  I'm going to refer to is the one in the
3  middle of the page.  And it's dated May
4  12, 2006.  I'll represent to you, it's an
5  e-mail exchange between a Mr. Darren and
6  Frank Clem or Peng Wenlong.  Mr. Peng
7  says, "First, we are exporting our gypsum
8  board to the USA with quantity of 600000
9  sheets every month.  We have much
10 experience on exporting to the USA."
11         MR. SEEGER:  Could you
12     translate that, please?
13         INTERPRETER:  Sure.
14  BY MR. SEEGER:
15     Q.  Based on your understanding
16 of your company, is that a true
17 statement?
18     A.  No.
19     Q.  And the sizes that are
20 referenced, if you look at the paragraph
21 right below that, it says "Second, we can
22 produce" it says 4 by 8 by 1/2, 4 by 12
23 by 1/2 and so on.
24         MR. CYR:  What's the

Page 718

1  question?
2  BY MR. SEEGER:
3      Q.  Those are all sizes used in
4  the United States, correct?
5      A.  Not necessarily.
6      Q.  But in addition to the
7  places you're referencing, they are also
8  sizes used in the United States, correct?
9      A.  Yes.
10     Q.  And it says, "But at this
11 moment."  Do you see that?  "But at this
12 moment we normally produce" half inch
13 "gypsum board, and we have get the test
14 report according to ASTM standard."
15         Mr. Jia, what country uses
16     the ASTM standards?
17     A.  I know that ASTM standard is
18 a standard used in America for gypsum
19 board.  Many countries have gypsum board
20 standard.  Many Chinese customers would
21 require the product to be produced
22 according to American standard.
23         MR. CYR:  Chris, when you're
24     ready, we're ready.

Page 719

1          THE WITNESS:  As far as I
2  know, Canada, Australia and many
3  other countries also require to
4  produce gypsum board in accordance
5  with American standard.  Many
6  countries who are small and have
7  difficulties in producing their
8  own standard, therefore, they are
9  required to use standard of other
10 countries.  The ASTM American
11 standard not only serve the people
12 of the United States but serve
13 also the people worldwide.  This
14 is a general common sense in
15 gypsum board industry.  Every
16 gypsum board manufacturer would
17 digest and absorb the standard of
18 another country to see whether
19 they are able to produce their
20 drywall according to that
21 standard.  It is a simple matter.
22 BY MR. SEEGER:
23     Q.  Are you finished your
24 answer?

57 (Pages 716 to 719)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 720

1    A.  Yes.
2        MR. SEEGER:  You said you
3    needed --
4        MR. CYR:  Can we take a
5    break?
6        MR. SEEGER:  You have to ask
7    the Judge.
8        THE COURT:  Yes.  You want
9    to take a break?  Sure.
10       THE VIDEOTAPE TECHNICIAN:
11   Going off the record.  The time is
12   2:27.
13            - - -
14       (Whereupon, a recess was
15   taken from 2:27 p.m. until
16   2:36 p.m.)
17            - - -
18       THE VIDEOTAPE TECHNICIAN:
19   This is the beginning of Tape
20   Number 5.  We're going back on the
21   record.  The time is 2:36.
22       MR. SEEGER:  Your Honor and
23   Joe, the next exhibits we're going
24   to look at are TG 22728.

Page 721

1    Actually, it is only a one-page
2    exhibit.
3        THE COURT:  It is in the
4    first volume, first volume.
5        MR. CYR:  It is the second
6    part of the first volume; is that
7    right?
8        MR. SEEGER:  Yes.
9        MR. CYR:  And it is 227.
10       MR. SEEGER:  22728.
11       MR. CYR:  I hate to slow
12   things down, but I'll peak at Mr.
13   Jia's once we go forward here.
14       MR. SEEGER:  Thanks.  I
15   appreciate that.
16            - - -
17       (Whereupon, Deposition
18   Exhibit Jia-19A, E-mail in Chinese
19   dated May 11, 2007, Bates stamped
20   TG 0022728, and Deposition Exhibit
21   Jia-19B, E-mail dated May 11,
22   2007, Bates stamped TG 0022728,
23   were marked for identification.)
24            - - -

Page 722

1    BY MR. SEEGER:
2        Q.  Mr. Jia, can you take a look
3    at, you can see there is a Chinese
4    version of this e-mail.  It is dated May
5    11, 2007.
6        Just to make sure we're
7    looking at the right e-mail, you see that
8    this is written from Frank Clem or Peng
9    Wenlong, correct?
10       A.  Reflected by the document
11   itself, yes, it was written by Peng
12   Wenlong.
13       Q.  Okay, thank you.
14       In May of 2007, TTP was
15   already up and running for close to two
16   years, correct?
17       MR. CYR:  Objection.
18       THE COURT:  I'll overrule
19   the objection.
20       Can you answer the question?
21       THE WITNESS:  Can you repeat
22   it, please?
23   BY MR. SEEGER:
24       Q.  At the time this e-mail was

Page 723

1    written, TTP was already in existence and
2    doing business?
3        A.  Yes.
4        Q.  At the bottom of the Chinese
5    version of this e-mail where it says
6    "Yours faithfully, Frank," what company
7    does Frank Clem or Peng Wenlong, what
8    company name appears below his signature?
9        A.  I don't understand what is
10   written here.
11       Q.  Okay, because it's in
12   English.
13       Well, you understand this is
14   an e-mail that came from Frank Clem, Peng
15   Wenlong, correct?
16       MR. CYR:  Objection.
17   BY MR. SEEGER:
18       Q.  Right, Mr. Jia?
19       You understand this to be
20   true?
21       MR. CYR:  Has the judge
22   ruled?
23       THE COURT:  Restate it.
24   BY MR. SEEGER:

58 (Pages 720 to 723)

Confidential – Subject to Further Confidentiality Review

Page 724

1    Q.   Mr. Jia, you understand this
2  is an e-mail from Frank Clem?
3    A.   I don't understand what you
4  said about the sender of the e-mail.
5    Q.   I'm asking you now, do you
6  understand this to be an e-mail from
7  Frank Clem? I thought you already
8  testified that you did.
9    A.   It's hard for me to
10 understand the concept in English, the
11 conversion from English to Chinese.  You
12 said Frank. I don't know who is Frank.
13   Q.   Do you understand Peng
14 Wenlong also used the name Frank Clem?
15   A.   This is my first time
16 hearing that.
17   Q.   How long have you known Peng
18 Wenlong?
19   A.   Many years.
20   Q.   And you've never heard that
21 he goes by the name Frank Clem?
22   A.   No.
23   Q.   I'll ask you some other
24 questions.

Page 725

1       In May of 2007, we agree
2  that TTP was already doing business,
3  correct?
4    A.   What was the time?
5    Q.   In May of 2007.
6    A.   You mean TTP?
7    Q.   Was already doing business
8  in May of 2007, correct?
9    A.   Correct.
10   Q.   If you read the e-mail, and
11 you can read the Chinese version, Mr.
12 Clem is discussing Shandong Taihe Dongxin
13 Company?
14       MR. CYR:  Is there a
15 question?
16 BY MR. SEEGER:
17   Q.   Do you see that?
18       MR. CYR:  Objection.
19       THE COURT:  I'll overrule
20 the objection.  He sees it.
21 What's the question?
22       THE WITNESS:  Yes, I see it.
23 BY MR. SEEGER:
24   Q.   Just to be clear, Shandong

Page 726

1  Taihe Dongxin, that's TG, that is not
2  TTP, correct?
3    A.   Correct.
4    Q.   So he's saying here that TG
5  is a national key manufacturer of new
6  building materials, correct?
7        MR. CYR:  Objection.
8        THE COURT:  Overruled,
9  overruled.
10       THE WITNESS:  Yes.
11 BY MR. SEEGER:
12   Q.   Do you see at the lower part
13 of the e-mail he discusses "Products of
14 our company have been sold to Southeast
15 Asia, Middle East, the United States" so
16 on and so forth.  Do you see that?
17   A.   That's what is written.
18   Q.   And that's true?  That's a
19 true statement, correct?
20   A.   I believe it is a true
21 statement.
22   Q.   Then beneath that it says,
23 "The export of gypsum boards to the
24 United States last year was 18 million

Page 727

1  square meters"?
2    A.   This is not true.
3    Q.   That's a false statement?
4    A.   I believe the lease is
5  inaccurate.
6    Q.   Was it a bigger number, a
7  smaller number?
8    A.   That's not what I meant.
9    Q.   Okay.
10       Do you also see where below
11 that it says that "The board has passed
12 the US Professional ASTM Inspection"?
13       MR. CYR:  He's asking if you
14 see it.
15       THE WITNESS:  I see it.
16 BY MR. SEEGER:
17   Q.   Do you understand that to be
18 a true statement, that the board exported
19 to the United States had passed US
20 professional ASTM inspection?
21   A.   This is inaccurate.
22   Q.   What aspect of that is
23 inaccurate, Mr. Jia?
24   A.   The company that export

59 (Pages 724 to 727)

Confidential - Subject to Further Confidentiality Review

Page 728

1  gypsum board to America is Taihe Dongxin
2  Company, including TTP, not only Taihe
3  Dongxin. The export volume is also
4  inaccurate. They are inaccurate as of
5  whether the gypsum board had indeed
6  shipped to America or where were they
7  used at. It is inaccurate as its
8  statement of that it has passed the U.S.
9  professional ASTM inspection. No
10  professional institution in America has
11  performed inspection for our gypsum
12  board. It's only that some of the
13  customers of ours required us to be
14  inspected according to American ASTM
15  standard. For those requests of the
16  customer, we say we're unable to go to
17  America to be examined by their
18  professional institutions. Therefore,
19  those customers appointed an inspection
20  institution in Hangzhou for the
21  inspection. Upon the inspection of such
22  institution in Hangzhou, they notified
23  that our gypsum board are up to the
24  standard which met the requirement of the

Page 729

1  customers. That is the process.
2      Q.  So, your board, at some
3  point in time, you had arranged for your
4  board to pass ASTM, US ASTM inspection
5  protocols, correct?
6      A.  I have not arranged such
7  things.
8      Q.  Not you, Mr. Jia, the
9  company, TG?
10      A.  My company, according to the
11  requirement of some of the customers, had
12  brought our products to some Hangzhou
13  inspecting institutions for inspection.
14  Our company have not voluntarily had our
15  product inspected. They have always been
16  upon the request of the customers.
17      Q.  Mr. Jia, your company, TG
18  I'm specifically referring to, has in the
19  past prepared marketing materials over
20  the years advertising your brand, who you
21  ship to, where you export to, things like
22  that, correct?
23      A.  Yes. Similar
24  advertisements.

Page 730

1      Q.  And, in fact, I'm going to
2  mark and show to you, if you can just
3  show the judge.
4          MR. GEORGE:  It is also
5  Jia-2 in the first deposition?
6          MR. CYR:  Was this shown in
7  the April deposition, Mr. Seeger?
8          MR. GEORGE:  Yes. It is
9  Jia-2, a much clearer copy than we
10  had then.
11          MR. CYR:  Are you going to
12  ask different questions?
13          MR. SEEGER:  I'm going to
14  ignore your question to me unless
15  the judge instructs me to answer
16  it.
17          THE COURT:  Let's ask
18  questions, please. What's the
19  question?
20          MR. SEEGER:  Do you have a
21  copy?
22          THE COURT:  I do.
23              - - -
24          (Whereupon, Deposition

Page 731

1  Exhibit Jia-20, Brochure of
2  Shandong Taihe Dongxin Co., Ltd.,
3  was marked for identification.)
4              - - -
5  BY MR. SEEGER:
6      Q.  Mr. Jia, take a look at what
7  we've just marked as Jia Exhibit 20. Mr.
8  Jia, the name on this, what we marked as
9  Exhibit 20, is Shandong Taihe Dongxin
10  Co., Ltd., which probably indicates this
11  was prepared sometime at or before 2007;
12  is that fair?
13          MR. CYR:  Objection.
14          THE COURT:  I'll overrule
15  the objection.
16          THE WITNESS:  I believe so.
17  BY MR. SEEGER:
18      Q.  Mr. Jia, if you'd take a
19  look at the second page of this document,
20  toward the bottom, and this document, by
21  the way, is in Chinese and English. So,
22  I'll just point out to the interpreter
23  the English portion. I'm going read
24  where it's highlighted.

60 (Pages 728 to 731)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 732

1        From these marketing
2    materials from Exhibit 20, Mr. Jia, it
3    says "We," meaning this is the
4    predecessor to TG, "have a self-supported
5    import and export ability, our products
6    not only sell well in our domestic
7    market" but "also export to many
8    countries," for example, "U.A.E.,
9    Indonesia, India, Russia, U.S.A.," et
10   cetera.
11       Did I read that correctly?
12       A.   It is not necessarily
13   completely accurate, but most of it
14   reflects the true situation of Taishan.
15       Q.   And on Page 15 of this
16   marketing document, Mr. Jia, if you could
17   go to Page 15. It's the second to last
18   page.
19       MR. CYR: Chris, would you
20       state for the record where the
21       highlighting came from?
22       MR. SEEGER: That was
23       probably somebody in my office.
24   BY MR. SEEGER:

Page 733

1        Q.   Mr. Jia, right here. Do you
2    see there is a map of the world on that
3    page? For the record, it's the second to
4    the last page of this document. Do you
5    agree that's a map of the world?
6        MR. GEORGE: Can we switch
7        these two?
8        MR. SEEGER: Yeah, I'm
9        sorry. We'll substitute them.
10       THE WITNESS: It's blurry.
11   BY MR. SEEGER:
12       Q.   Do you recognize it to be a
13   map of the world or not, Mr. Jia?
14       A.   I believe so.
15       Q.   Yeah. I mean, I know this
16   isn't your first time seeing it, because
17   I showed this to you in April. Do you
18   remember?
19       A.   That one is much more
20   clearer than this one.
21       Q.   Mr. Jia, what do you
22   recognize this to be, this dot I'm
23   pointing to on that map?
24       A.   Korea.

Page 734

1        Q.   You don't recognize that to
2    be China?
3        A.   Beijing.
4        Q.   And then from that point in
5    Beijing there's a line that goes to here.
6    (Indicating.)   What does that say?
7        A.   America.
8        Q.   Thanks.
9        Mr. Jia, I've also marked
10   Jia Exhibit 21.
11        - - -
12       (Whereupon, Deposition
13       Exhibit Jia-21, Brochure of
14       Taishan Ceiling and Wall System,
15       Bates stamped TG 0025132 through
16       TG 0025151, was marked for
17       identification.)
18        - - -
19   BY MR. SEEGER:
20       Q.   Now, this marketing brochure
21   says "Taishan Gypsum Company," correct?
22       MR. CYR: Let us find it,
23       Chris, real quickly.
24       MR. SEEGER: It is on the

Page 735

1    front page.
2        MR. CYR: Excuse me?
3        MR. SEEGER: On the front
4        page.
5        MR. CYR: 25132.
6        MR. SEEGER: Sorry about
7        that. I didn't understand it.
8    BY MR. SEEGER:
9        Q.   Mr. Jia, the fact this says
10   Taishan Gypsum on it indicates to us,
11   even though there isn't a date, that this
12   was created on or after 2007, when they
13   had the name change, correct?
14       A.   Yes.
15       Q.   And if you'd take a moment
16   to look at this document, I don't want to
17   waste a lot of time on this, Page 2 has
18   the exact same language as the exhibit we
19   just reviewed, doesn't it?
20       MR. CYR: Objection.
21       THE COURT: That's the
22       question. If he doesn't
23       understand it, he can say it.
24       I'll overrule the objection.

61  (Pages 732 to 735)

Confidential - Subject to Further Confidentiality Review

Page 736

1     MR. CYR: I would ask that
2  the witness be given an
3  opportunity to see the previous
4  exhibit so he can compare them and
5  then testify whether or not it's
6  exactly the same.
7     THE COURT: That's fair.
8  That's fair.
9     MR. SEEGER: So, ask him if
10  he can find the language that's
11  highlighted in Exhibit 20.
12     THE WITNESS: I don't
13  understand that language.
14     MR. SEEGER: (Addressing the
15  interpreter.)
16     Let me do it a different
17  way. I'm going to mark on here,
18  if you can read this to him.
19  Would you please read to him in
20  Chinese the language I bracketed.
21     For people reading this in
22  English, the language I just asked
23  the interpreter to read from this
24  brochure on the second page is,

Page 737

1     "We have a self-supported import
2  and export approval, our products
3  not only sell well in our domestic
4  market also export to many
5  countries" including -- I'm sorry,
6  for example, "U.A.E., Indonesia,
7  India, Russia, U.S.A.," et cetera.
8  BY MR. SEEGER:
9     Q.   It is more or less the same
10  language that we read from the prior
11  exhibit, correct, Mr. Jia?
12     A.   Yes.
13     Q.   Thank you.
14     Mr. Jia, on the second to
15  last page to this later created marketing
16  document, if you go to the second to last
17  page of this one, okay, that's the same
18  map that we looked at from the prior
19  document where it shows a line drawn from
20  China to America, correct?
21     A.   Yes.
22     Q.   Thank you, Mr. Jia.
23     Now, Mr. Jia, let me ask you
24  some questions on a different subject.

Page 738

1  Who, if you know, is the controlling
2  party in CNBM?
3     MR. CYR: Objection.
4     THE COURT: It is a question
5  of who, if he knows. I'll
6  overrule the objection.
7     THE WITNESS: What is the
8  Chinese name of the complete name
9  in Chinese?
10     MR. SEEGER: (Addressing the
11  interpreter.)
12     You have the glossary. I
13  think we did this earlier on CNBM.
14  So, if you go to C. I forgot.
15     MR. CYR: You may need to
16  restate the question for him.
17     THE WITNESS: I know this
18  company.
19  BY MR. SEEGER:
20     Q.   Do you know who owns the
21  controlling interest in CNBM?
22     MR. CYR: Objection.
23     THE WITNESS: I don't know
24  who are the controlling party of

Page 739

1  the share of the company.
2  BY MR. SEEGER:
3     Q.   Did you ever hold any
4  positions in the past with CNBM?
5     A.   No.
6     Q.   Now, BNBM owns a majority
7  interest in TG, correct?
8     A.   I don't understand your
9  concept of majority interest. I only
10  know numbers.
11     Q.   Okay.
12     So, of all the stock
13  outstanding in TG, BNBM owns the majority
14  stake?
15     MR. CYR: Objection.
16     THE COURT: Why don't you
17  ask him the percentage. It is 65
18  percent, as I understand it.
19     MR. CYR: I just want to --
20  just to be clear for the record,
21  Your Honor, as I believe that the
22  records reflect and his testimony
23  reflects that BNBM has owned 43
24  percent of the stock since April

62  (Pages 736 to 739)

Confidential - Subject to Further Confidentiality Review

Page 740

1   of 2005, and then in the summer of
2   2006 --
3         MR. GONZALEZ:  Your Honor --
4         MR. CYR:  Excuse me.  Excuse
5   me.
6         MR. GONZALEZ:  I'm sorry to
7   interrupt.
8         MR. CYR:  In the summer of
9   2006 --
10        MR. GONZALEZ:  These
11  speeches are inappropriate.
12        THE COURT:  No.  I'm not
13  going to --
14        MR. CYR:  In the summer of
15  2006, they purchased the stock of
16  Donglian, and so they have an
17  indirect interest in that 23
18  percent.  Thank you.
19        THE COURT:  All right.  You
20  don't need to translate that.
21        MR. CYR:  (Addressing Mr.
22  Gonzalez.)
23        Don't interrupt me when I'm
24  talking.

Page 741

1         MR. GONZALEZ:  Your Honor --
2         THE COURT:  Wait, wait,
3   wait.
4         MR. GONZALEZ:  That's
5   getting out of hand.
6         THE COURT:  Yes, look.
7   Let's not talk to each other,
8   please.  Talk to me.
9         Ask the question.
10  BY MR. SEEGER:
11        Q.   BNBM owns 42 percent of TG.
12  Is that what the testimony was, Mr. Jia?
13        A.   Yes.
14        Q.   And BNBM also owns 100
15  percent interest in another company
16  that -- BNBM owns 100 percent interest in
17  Taian Donglian, who also owns an interest
18  in TG, correct, Mr. Jia?
19        A.   I don't understand.  Can you
20  repeat?
21        Q.   Yes.
22        BNBM also owns 100 percent
23  of Taian Donglian Investment Trading
24  Company, correct?

Page 742

1         A.   Taian Donglian?  This
2   company has already been relocated to
3   Beijing and changed its name.
4         Q.   But BNBM owns 100 percent of
5   this company, correct, Mr. Jia?
6         A.   I believe that was before
7   2008.
8         Q.   Do you have an understanding
9   that that is different today, that BNBM
10  does not own 100 percent of Taian
11  Donglian?
12        A.   No, that's not what I meant.
13        Q.   So I just want -- just for
14  the record, I just want to be clear, sir.
15  I'm going to do it again.
16        BNBM owns 42 percent, I
17  believe, or 43 percent of TG, correct?
18        A.   BNBM owns 42 percent of TG.
19        Q.   Taian Donglian owns 23
20  percent of TG, correct?
21        A.   In the year 2008, that's
22  correct.
23        Q.   And BNBM owns 100 percent of
24  Taian Donglian, correct?

Page 743

1         A.   Before 2008, that's correct.
2         Q.   Now, how has it changed
3   since 2008?
4         A.   It's moved, it's relocated
5   to Beijing.  After it's relocated
6   Beijing, I'm not sure whether it sold its
7   share or sold its share partially.
8         Q.   You don't know one way or
9   another?  I just want to be clear.
10        A.   Or they did not share their
11  share at all.  I knew none of those.
12        Q.   You're not sure?  I just
13  want to be clear on what you testified
14  to.
15        A.   I'm not sure.
16        Q.   Now, TG owns 100 percent of
17  TTP and always has, correct?
18        A.   Can you repeat?
19        Q.   TG owns 100 percent of TTP
20  and always has?
21        A.   Correct.
22        Q.   And BNBM, during the time
23  frame of, let's say, 2006 to 2009, was
24  able to elect -- of a five-person board

63  (Pages 740 to 743)

Confidential - Subject to Further Confidentiality Review

Page 744

1　in TG, BNBM got to pick three of the
2　board members, correct?
3　　　A.　Three what?
4　　　Q.　Board members.
5　　　A.　No.
6　　　Q.　Okay.  So, tell me how it
7　works then.
8　　　A.　You mean three directors or
9　three shareholders?
10　　　Q.　I think I understand the
11　confusion now.
12　　　　TG has a board of five
13　directors, correct?
14　　　A.　Yes.
15　　　Q.　BNBM gets to pick three of
16　those five directors, correct, Mr. Jia?
17　　　A.　Yes.
18　　　Q.　One of the --
19　　　　Of the two remaining
20　directors, you get to pick one of the
21　remaining directors, right?
22　　　A.　No, I didn't pick that one.
23　　　Q.　You don't get to pick any of
24　the board members on TG?  Or directors,

Page 745

1　let's use the word "directors."
2　　　A.　No.
3　　　Q.　I thought you testified
4　earlier that one director gets appointed
5　by you and TG together?
6　　　A.　It was the Taian Asset
7　Management Company in TG picked one of
8　the directors.  The person is called Xu
9　Xinghu at the time, and later it was
10　changed to Shang Zianming.  And then it
11　is changed to Zhon Chanxing.  It has
12　changed three times.
13　　　Q.　So, that accounts for four
14　directors.  How does the fifth director
15　get picked?
16　　　A.　Anxin Investment Company and
17　I myself had picked me as the director.
18　　　Q.　And you hold the position on
19　the board of BNBM and on TG, correct, Mr.
20　Jia?
21　　　　MR. CYR:  Objection, vague.
22　　　Wait for the judge to rule.
23　　　　THE COURT:  I'll overrule
24　that.  I don't see that being

Page 746

1　vague.
2　　　　THE WITNESS:  For a period
3　of time, yes.
4　BY MR. SEEGER:
5　　　Q.　Tell us the period of time
6　that you're referring to?
7　　　A.　I have been the director for
8　BNBM and TG ever since the second half
9　year of 2006 up to today.
10　　　Q.　Okay.  Thank you, Mr. Jia.
11　　　　I want to be clear also
12　about some earlier testimony you gave.  I
13　believe you had testified that TG's
14　drywall is a low to middle end product,
15　whereas BNBM makes a high end product.
16　Do I have that testimony correctly?
17　　　　INTERPRETER:  Interpreter
18　clarification.
19　　　　THE WITNESS:  There are not
20　much differences among high end,
21　middle -- medium end and low end
22　products.  They all had to pass
23　the national standard to be
24　delivered.

Page 747

1　　　　BNBM, together with Lafarge,
2　Knauf and BPB, had been one of the
3　earliest companies that produced
4　gypsum board, so, in the view of
5　the customers, they had better
6　products.  In the general view of
7　the customers, that the products
8　produced by other companies
9　afterwards were medium-end or
10　low-end products.
11　BY MR. SEEGER:
12　　　Q.　But, Mr. Jia, BNBM and TG
13　actually own plasterboard production
14　plants together, don't they?
15　　　　INTERPRETER:  Interpreter
16　clarification.  You said plastic
17　board?
18　　　　MR. SEEGER:  Plasterboard.
19　Drywall.
20　　　　THE COURT:  Drywall.
21　　　　MR. SEEGER:  Drywall, sorry.
22　　　　MR. CYR:  Objection.
23　　　　THE COURT:  During which
24　area, during which time?

64  (Pages 744 to 747)

Confidential - Subject to Further Confidentiality Review

Page 748

1   BY MR. SEEGER:
2       Q.   Let's say 2005 to 2007.
3       A.   What do you mean by that?
4       Q.   Well, BNBM and TG are
5   actually joint venture partners in
6   certain drywall production plants; isn't
7   that true?
8       A.   No.
9       Q.   That's not true?
10      A.   No.
11      Q.   So, for your attorney, we're
12  going to look at -- oh, here it is. The
13  English version is TG 0020682 through
14  685.
15                - - -
16              (Whereupon, Deposition
17  Exhibit Jia-22A, Document in
18  Chinese, Bates stamped TG 0020682
19  through TG 0020685, and Deposition
20  Exhibit Jia-22B, Resolution of the
21  4th Extraordinary General Meeting
22  of Shareholders for the Year of
23  2005 of Shandong Taihe Dongxin
24  Co., Ltd., Bates stamped TG

Page 749

1   0020682 through TG 0020685, were
2   marked for identification.)
3               - - -
4       MR. SEEGER:  It's 22.  22A
5   and B.  Sorry.
6       MR. CYR:  So, is it okay if
7   we just show him --
8       MR. SEEGER:  I'm going to
9   give him the Chinese and the...
10      (Handing over document.)
11      MR. CYR:  There's no need to
12  interpret this unless the judge
13  orders you to.  Just so the record
14  is clear, what number exhibit are
15  we now looking at?
16      MR. SEEGER:  What I just
17  marked as 22A and B is what you've
18  got in your hand, right?  It
19  should be the Resolution of the
20  4th Extraordinary General Meeting
21  of Shareholders for the year 2005
22  of Shandong Taihe Dongxin.  22A
23  and B.
24      MR. CYR:  For 22A and B that

Page 750

1   he was shown this morning, it says
2   the third meeting of the third
3   board of directors?
4       MR. SEEGER:  I'm not looking
5   at your exhibits.
6       MR. CYR:  That's what I'm
7   trying to clarify.
8       MR. SEEGER:  Oh, no, no, no.
9   This is our exhibit.  We marked
10  this.  Yeah, I see.  You already
11  premarked it.  I gotcha.  No, I
12  just marked it again.
13      MR. CYR:  Sorry.
14      MR. SEEGER:  That's okay.
15      MR. CYR:  We're ready to go.
16      MR. SEEGER:  We're all good?
17  Judge, do you have it?
18      THE COURT:  Yes.
19      MR. SEEGER:  All right.
20  BY MR. SEEGER:
21      Q.   Mr. Jia, please take a
22  moment to familiarize yourself with this.
23  Can I just ask you a clarifying question
24  before you look at this?

Page 751

1       Do you have any marketing
2   materials that you have either produced
3   in the litigation or that you have
4   anywhere where you describe BNBM as a
5   competitor to TG in the sale of drywall?
6       A.   I have not made such
7   statements in documents, because in doing
8   so would affect the relationship among
9   the shareholders.
10      Q.   So, Mr. Jia, let's take a
11  look at what we just marked, which is the
12  "Resolution of the 4th Extraordinary
13  General Meeting of Shareholders."  Mr.
14  Jia, you attend these meetings, right?
15      A.   Yes.
16      Q.   By the way, just by way of
17  reference, does this document tell you
18  where this meeting occurred?  It's on the
19  top.
20      A.   BNBM conference room.
21      Q.   So, this is a meeting of the
22  TG shareholders, correct?
23      A.   Yes.  Original name was
24  that.

65  (Pages 748 to 751)

Confidential - Subject to Further Confidentiality Review

Page 752

1       Q.   It is in a conference room
2   at BNBM, just to be clear?
3       A.   Yes.  It was a temporary
4   shareholders' meeting once.
5       Q.   Only once?
6       A.   I don't recall exactly how
7   many times have we held meeting.
8       Q.   It is more than once,
9   though, right, Mr. Jia?
10      A.   I'm not sure.
11      Q.   Mr. Jia, just take a moment
12  to refresh your recollection of this
13  document, but this indicates a couple of
14  joint venture projects between BNBM and
15  TG, correct?
16      A.   Uh-huh.
17      Q.   "Uh-huh" means yes?
18      A.   I see it.  I see it.
19      Q.   Okay.  Thank you.
20           And the projects that are
21  being described, the way they are
22  described in this document is "to
23  construct the annual 10 million square
24  meters plasterboard production Project in

Page 753

1   Tianping Town," and then it describes it
2   is in the Yunnan Province, correct?
3       A.   Yes.
4       Q.   And it indicates that Taihe,
5   which is TG, is going to pay 80 percent
6   of the costs, and BNBM will pay 20
7   percent of the costs, correct?
8       A.   That's not the expense.
9   That's the investment percentage.
10      Q.   Okay.  Thank you for the
11  correction.
12           And then the second project,
13  it says, will "construct the annual 12
14  million square meters plasterboard
15  production project in Xiantgan City."
16           And again, this is divided,
17  the percentages are divided 80 percent to
18  TG, 20 percent to BNBM, correct?
19      A.   Correct.
20      Q.   Now, if you go to the
21  signature page of this document, you see
22  where it says "For BNBM," there's a
23  signature of somebody by the name of Cao
24  Jianglin.  Did I read that correctly,

Page 754

1   sir?
2       A.   Rather it should be Cao
3   Jianglin, C-A-O, last name, first name,
4   J-I-A-N-G-L-I-N.
5       Q.   Correct, thank you.
6           Now, Mr. Cao was a signatory
7   for BNBM on this document, correct?
8       A.   Not Mr. Cao, but Mr. Cao.
9       Q.   Oh, I'm sorry.  I'm sorry.
10  Mr. Cao.
11          INTERPRETER:  C-A-O, Cao.
12  Cao is spelled C-A-O, C-A-O.
13          MR. SEEGER:  I'm going to
14  show the interpreter, Judge, if
15  it's okay, because we have the
16  translation.  I just want to make
17  sure I've got the -- see how the
18  translator here --
19          INTERPRETER:  It is Cao.
20  The Chinese pronunciation is Cao,
21  not Cao.  The C is pronounced
22  as --
23  BY MR. SEEGER:
24      Q.   Can we just confirm that

Page 755

1   that is, in fact, the same person that
2   signed in Chinese?  I don't know if
3   that's the right -- could that be the
4   same person?
5       A.   According to the Chinese
6   phonetics, yes.
7       Q.   So, I should say Cao
8   Jianglin?
9       A.   Cao.
10      Q.   Got it.  I apologize.
11          Mr. Cao Jianglin signed for
12  BNBM in this document, correct, sir?
13      A.   Correct.
14      Q.   Mr. Cao Jianglin at one time
15  also served on the board of TG; isn't
16  that true?
17      A.   No.
18      Q.   Was he ever a supervisor?
19      A.   Of course not.
20      Q.   Did he hold any --
21          MR. CHEN:  Are you using
22  "supervisor" as the term from
23  board of supervisors?  Because
24  that's a defined term, as opposed

66  (Pages 752 to 755)

Confidential - Subject to Further Confidentiality Review

Page 756

1    to just a supervisor meaning
2    somebody who is --
3         MR. SEEGER: I gotcha.
4    Okay.
5    BY MR. SEEGER:
6         Q.   Let me ask it this way.
7         Mr. Jia, did Mr. Cao ever
8    hold a position with TG that you know of?
9         A.   Yes.
10        Q.   What position was that, sir?
11        A.   The chief supervisor of the
12   board of supervisors.
13        Q.   And Mr. Cao also at some
14   point had held a position with CNBM,
15   correct?
16        A.   What company was that?
17        Q.   CNBM.
18        MR. SEEGER: You have the
19   guide there.
20        THE WITNESS: Yes.
21   BY MR. SEEGER:
22        Q.   Mr. Cao at one point in time
23   also held a position with BNBM America,
24   correct, Mr. Jia?

Page 757

1         A.   I don't know.
2         Q.   Mr. Jia, you signed here on
3    behalf of yourself, correct?
4         A.   Yes.
5         Q.   And you signed on behalf of
6    Taian Anxin Investment & Trade Company,
7    correct?
8         A.   Yes. Anxin Company, rather.
9         Q.   Thank you for the
10   correction.
11        Now, with regard to these
12   joint venture projects that BNBM and TG
13   did together, did they share the
14   production in plasterboard or drywall
15   that came out of those plants?
16        MR. CYR: Objection. Don't
17   answer until the judge rules.
18        THE COURT: I'll overrule
19   the objection. If he doesn't
20   understand it, he can say, and you
21   can clarify it on redirect.
22        THE WITNESS: Can you
23   clarify? I don't quite
24   understand.

Page 758

1    BY MR. SEEGER:
2         Q.   So, these joint venture
3    projects that BNBM and TG had gone into
4    together that's referenced in the
5    resolution, did both companies share in
6    the production or get the benefit from
7    these plasterboard production plants?
8         MR. CYR: Same objection.
9         You can answer, Mr. Jia.
10        THE COURT: Overrule the
11   objection.
12        THE WITNESS: They share the
13   benefit together, but they did not
14   produce together.  TG was in
15   charge of the production
16   management.
17        I would like to take this
18   opportunity to further explain, if
19   I may, Your Honor, and attorneys.
20        THE COURT: You can do so.
21        THE WITNESS: In the year
22   2005, the company law of China
23   remained the same, which was no
24   change.  The old company law

Page 759

1    states that no company can have
2    100 percent of a limited company's
3    share.  It has to be shared by two
4    or more shareholders.  So, when we
5    established two subsidiaries, we
6    had to find two shareholders.  Of
7    course, the company itself should
8    have the majority of stocks.  The
9    company TG --
10        INTERPRETER: Interpreter
11   clarification.
12        THE WITNESS: One company
13   was established by TG.  In other
14   such, in the background of the
15   law, it was not beneficial to
16   attract other investors.  So, we
17   attracted investment from BNBM for
18   a 20 percent share and a 5 percent
19   share.  As far as I can remember,
20   the new company law was issued in
21   2008.  The new company law states
22   that it is okay to establish a 100
23   percent exclusively-owned company
24   owned by one shareholder.

67 (Pages 756 to 759)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 760

1    I would like to make a
2  correction. Perhaps as after the
3  year 2006, for one stockholder to
4  share 100 percent of a certain
5  company became approved. After
6  that time, all the companies
7  Taishan Gypsum had established had
8  been exclusive invested company.
9  That explains why TTP has been a
10  100 percent owned, exclusive owned
11  company, but not the companies
12  before that time. According to
13  the document, the two companies'
14  production sales and their
15  combined report has always been
16  under the control of TG.
17     THE COURT: Let's ask
18  another question.
19  BY MR. SEEGER:
20     Q.  Now, Mr. Jia, you
21  understand, don't you, that when -- that
22  BNBM from time puts out like an annual
23  report of its financial situation.  Are
24  you aware of that?

Page 761

1     MR. CYR: Objection.
2     THE COURT: You want to put
3  in time?
4  BY MR. SEEGER:
5     Q.  I mean, since 2006, each and
6  every year, BNBM reports its financial
7  status to the corporate world?
8     MR. CYR: Objection.
9     THE COURT: I'll overrule
10  the objection.
11     THE WITNESS: Can you
12  clarify your question? I don't
13  understand.
14  BY MR. SEEGER:
15     Q.  Yes. For example -- I'll
16  try to get you an example of what I'm
17  talking about.
18     THE COURT: Let's take a
19  break at this time, and we can
20  find our material. Fifteen
21  minutes.
22     THE VIDEOTAPE TECHNICIAN:
23  We're going off the record. The
24  time is 3:33 p.m.

Page 762

1        - - -
2     (Whereupon, a recess was
3  taken from 3:33 p.m. until
4  3:46 p.m.)
5        - - -
6     THE VIDEOTAPE TECHNICIAN:
7  We're back on the record.  The
8  time is 3:46.  This is the
9  beginning of Tape Number 6.
10        - - -
11     (Whereupon, Deposition
12  Exhibit Jia-23, China National
13  Building Material Company Limited
14  Overseas Regulatory Announcement,
15  Bates stamped Q000155 through
16  Q000223, was marked for
17  identification.)
18        - - -
19  BY MR. SEEGER:
20     Q.  Mr. Jia, I'm marking Jia
21  Exhibit Number 23, which I'm going to
22  hand to you.  It is an announcement by
23  CNBM of BNBM's financial results for
24  2009.

Page 763

1     MR. HARDT: Do you have a
2  Bates number?
3     MR. SEEGER: There isn't a
4  Bates number.
5     MR. GEORGE: Q 155.
6     MR. SEEGER: Oh, is that how
7  they did it?
8  BY MR. SEEGER:
9     Q.  As far as I know, there
10  isn't -- when these are made, they are
11  not made in Chinese.  They are published
12  in English by CNBM.
13     Mr. Jia, this document
14  purports to be CNBM's announcement of
15  BNBM's financial status as of 2009.  It
16  is the summary of the 2009 annual report,
17  if that can be pointed out to you.
18     MR. CYR: What's the
19  question?
20  BY MR. SEEGER:
21     Q.  Now, Mr. Jia, are you aware
22  that CNBM reports the financial results
23  of BNBM?
24     A.  I don't know.

68  (Pages 760 to 763)

Confidential - Subject to Further Confidentiality Review

Page 764

1    Q.   And, I mean, would it help
2  or would you know that when those results
3  are reported, they also report TG's
4  financial status as being part of
5  BNBM's -- you know, under BNBM's
6  financial umbrella?
7        MR. CYR:  Objection.
8        THE COURT:  Do you
9    understand the question?
10       THE WITNESS:  No.
11       THE COURT:  Restate it.
12  BY MR. SEEGER:
13   Q.   So, Mr. Jia, what I'm saying
14  is, do you have an understanding one way
15  or another that when CNBM reports BNBM's
16  financial results, they also report TG's
17  drywall production and, you know, their
18  financial results as well?
19       MR. CYR:  Objection.
20       THE COURT:  I'll overrule
21    the objection and let him answer
22    if he knows.
23       THE WITNESS:  I'm not sure.
24    But what I do know is that CNBM

Page 765

1    owns 52 percent of BNBM's share.
2  I'm not sure about their financial
3  arrangements.
4  BY MR. SEEGER:
5    Q.   But what I'm asking you is,
6  are you aware that when CNBM reports
7  BNBM's financial status, they include in
8  that TG's financial status as well?
9    A.   I'm not sure about that.
10   Q.   Okay.
11       Because, Mr. Jia, the reason
12  I ask you this is because you also sit
13  on, you are a board member in BNBM,
14  correct?
15   A.   Like I said before, I'm only
16  an honorary deputy general manager or
17  director of BNBM.  And I had no share
18  with BNBM nor had any individual assets
19  with BNBM.  So, I'm not concerned about
20  the business of BNBM.  For a long period
21  of time, my focus was Taian TG Company
22  which headquarter is located in Taian,
23  which is far away from Beijing.  So, I
24  rarely participate in the business of

Page 766

1  BNBM, even though I might have attended
2  the board of directors meeting once or
3  so.
4    Q.   Your testimony today,
5  because I asked you about this in April,
6  is that you attended one BNBM board
7  meeting?  I just want to be clear.
8    A.   Correct.
9    Q.   One BNBM board meeting.
10  Okay.
11       But you attend all the board
12  meetings of TG, correct?
13   A.   Yes.
14   Q.   And so BNBM is the -- we
15  established this earlier -- has a
16  significant position within TG as a
17  shareholder and in appointing board
18  members, correct?
19   A.   I don't quite understand
20  you.
21   Q.   Mr. Jia, who is reporting
22  TG's financial information to BNBM, if
23  you know, so that it can be reported by
24  CNBM?

Page 767

1    A.   Our financial department.
2    Q.   But you're the chairman of
3  TG also, correct, sir?
4    A.   Yes.
5    Q.   So this isn't being done
6  behind your back, you're aware that
7  financial information is being provided
8  to BNBM, correct, sir?
9        MR. CYR:  Objection.
10       THE COURT:  Overrule the
11    objection.
12       THE WITNESS:  As the
13    chairman of the board of
14    directors, I prepare annual report
15    for the board of directors and the
16    board of shareholders for the
17    Taishan Gypsum Company for its
18    performance of the year before and
19    to make an introduction of the
20    upcoming year's plan in order to
21    gain support of the shareholders.
22  BY MR. SEEGER:
23   Q.   And, Mr. Jia, are you aware
24  that the results that you provide to BNBM

69 (Pages 764 to 767)

Confidential - Subject to Further Confidentiality Review

Page 768

1  are reflected in their own financial
2  statements?
3         INTERPRETER: Interpreter
4  clarification. Reflected in their
5  own --
6         MR. SEEGER: In BNBM's
7  financial statements.
8         THE WITNESS: I'm not a
9  financial expert. I started off
10 as an engineer. I think the
11 director of finance should know
12 the information.
13 BY MR. SEEGER:
14     Q.  Doesn't that person report
15 to you, Mr. Jia, the director of finance?
16     A.  This director of finance
17 reports to me annually of the costs and
18 profit, but he does not report to me how
19 does the profit and other matters of TG
20 reflects on the financial report of
21 CNBM -- BNBM.
22     Q.  Are you -- go ahead. I'm
23 sorry.
24        INTERPRETER: Interpreter

Page 769

1  clarification.
2         THE WITNESS: BNBM owns 42
3  percent of Taishan Gypsum Company
4  and Donglian, which is part of
5  BNBM, owns TG's 23 percent of the
6  share. And BNBM -- CNBM, excuse
7  me, owns BNBM's 52 percent of the
8  share. I believe you should check
9  with a financial expert as of how
10 they combine the financial report
11 together.
12 BY MR. SEEGER:
13     Q.  Mr. Jia, what
14 responsibility, what role do you play in
15 the preparation of financial statements
16 or financial information that go to BNBM?
17     A.  I'm not responsible for it.
18     Q.  But what role do you play,
19 if any? You participate in the
20 preparation of the statements. Do you
21 review them? What role?
22     A.  I don't play any role at
23 all.
24     Q.  So, the chairman of the

Page 770

1  company plays no role in reporting
2  financial information to the owner of the
3  company?
4         MR. CYR:  Objection.
5         THE COURT:  I'll allow it.
6  Overruled. And let's move on
7  after this.
8         THE WITNESS: I think this
9  is a rather vague question I
10 cannot answer.
11 BY MR. SEEGER:
12     Q.  Mr. Jia, one last thing.
13        Would you agree with the
14 statement where BNBM reports Taishan
15 Gypsum Company as a holding subsidiary of
16 BNBM? Do you agree with that?
17     A.  Yes.
18        MR. SEEGER: For the record,
19 I'm marking Q 10.
20        MR. CYR:  Is this the new
21 one?
22        MR. GEORGE:  No.
23        MR. CYR:  We're good to go.
24        MR. SEEGER: For the record,

Page 771

1  we've marked Jia-24. That's Q 10.
2                - - -
3         (Whereupon, Deposition
4  Exhibit Jia-24, China National
5  Building Material Company Limited
6  Connected Transaction, Acquisition
7  of the Entire Equity Interest in
8  Taian Donglian Investment Trading
9  Company Limited; Connected
10 Transaction, Provision of
11 Financial Assistance to Taian
12 State Owned Assets Management
13 Group, Bates stamped Q000010
14 through Bates stamped Q000012, was
15 marked for identification.)
16                - - -
17 BY MR. SEEGER:
18     Q.  Mr. Jia, do you, from time
19 to time, review statements like this made
20 by CNBM about, you know, acquisitions or
21 business that involves TG?
22     A.  I have never seen this
23 document before.
24     Q.  Let me ask you if you agree

70  (Pages 768 to 771)

Confidential - Subject to Further Confidentiality Review

Page 772

1    with this statement in this announcement
2    by CNBM. It says, "Following BNBM's
3    acquisition of the 42% equity interest of
4    Taihe, the Company has become the largest
5    producer of gypsum boards in the PRC.
6    The acquisition also has enhanced the
7    Company," meaning BNBM's, "ability to
8    serve a broader base of customers. The
9    directors of the Company," BNBM, "believe
10   that the Acquisition will enable CNBM
11   Group to further enhance its
12   competitiveness and consolidate its
13   leading position in the PRC gypsum board
14   market as it will participate more
15   actively in the daily operations and
16   management of Taihe" -- what does that
17   say there?
18        MR. GEORGE:  "With a view"?
19   BY MR. SEEGER:
20        Q.   -- "with a view to improving
21   its" productivity -- "profitability."
22        MR. SEEGER:  I know that's a
23   long one, but you will have to
24   translate for him.

Page 773

1        MR. CHEN:  No.  That's CNBM
2    Group, not CNBM.  The second one.
3    CNBMG, CNBM Group.
4        THE INTERPRETER:  This is
5    the second?
6        MR. CYR:  No.  This one.  It
7    says the Group, (indicating), the
8    one that has the G there.
9        Objection.
10       THE COURT:  I'll overrule
11   it.
12   BY MR. SEEGER:
13       Q.   Do you agree with the
14   statement that was just read to you, made
15   by CNBM?
16       A.   I disagree.
17       Q.   Just as the chairman of TG,
18   how would you handle this disagreement
19   that you have with a public statement
20   made by CNBM about your company?
21       MR. CYR:  Objection.
22       THE COURT:  What's the
23   question?  How would he handle it?
24       MR. SEEGER:  Yes.  I mean,

Page 774

1    he says he disagrees with a public
2    statement made by a company about
3    TG.  I mean, is it --
4        MR. CYR:  The judge needs to
5    rule on the objection.
6        THE COURT:  I'll overrule
7    the objection.
8        What's your answer?
9        THE WITNESS:  This report is
10   an advertisement serving the
11   purpose of attracting the eyeballs
12   of the shareholders to buy their
13   share.  After BNBM had purchased
14   42 percent of TG's share, it is
15   nothing but only a shareholder.
16   In the production and operation of
17   the business, all of it should be
18   in accordance with company law.
19   Since 2005 up until today,
20   Taishan's business operation has
21   been in compliance with company
22   law to have management and
23   decision-making people.  As it
24   says that they have control of the

Page 775

1    daily operation, it is neither
2    legal nor reasonable, and also it
3    is impossible to do.  I called to
4    raise my objection to this.
5    BY MR. SEEGER:
6        Q.   Who did you call, Mr. Jia?
7        A.   Cao Jianglin.
8        Q.   Was anything done about it?
9        A.   No.
10       MR. SEEGER:  I just have a
11   couple more questions, Judge, if
12   you can tolerate a little bit
13   here.
14              - - -
15       (Whereupon, Deposition
16   Exhibit Jia-25, China National
17   Building Material Company Limited
18   Overseas Regulatory Announcement,
19   Bates stamped Q000975 through
20   Q000981, was marked for
21   identification.)
22              - - -
23   BY MR. SEEGER:
24       Q.   Mr. Jia, I want to hand to

71  (Pages 772 to 775)

Confidential - Subject to Further Confidentiality Review

Page 776

1  you to what we just marked as Jia Exhibit
2  25. For the record, it's Q 975 through
3  981.
4       Mr. Jia, I want to ask you
5  just a few more questions, all right, and
6  then we'll leave you alone.
7       When I asked you questions
8  back in April, you testified that you
9  could not calculate the amount of drywall
10  that had been exported to the US by TG.
11  Do you recall that testimony?
12      A.   I said I was not sure about
13  it. I was not sure.
14      Q.   Well, we can find your
15  testimony.
16      MR. SEEGER:  (Addressing
17  co-counsel.)  Why don't you dig
18      that out.
19  BY MR. SEEGER:
20      Q.   But let me move on to my
21  point. What I've just marked as an
22  exhibit in front of you is an
23  announcement again by CNBM on behalf of
24  BNBM and TG regarding the litigation in

Page 777

1  the U.S. over Chinese drywall. Have you
2  ever seen this before in either English
3  or Chinese?
4       A.   No.
5       Q.   Has anybody ever brought
6  this to your attention in preparation for
7  your deposition, this announcement?
8       A.   No.
9       Q.   In this report, in this
10  announcement by CNBM, on behalf of BNBM
11  and TG, they specifically state the
12  amount of drywall that was shipped to the
13  US. And my question to you is, as the
14  chairman of TG, how did they get this
15  information, if not from you?
16      MR. CYR: Objection.
17      THE COURT:  If he knows, he
18  can testify.  If he doesn't know,
19  he just has to say I don't know.
20      THE WITNESS:  I cannot
21  speculate.
22  BY MR. SEEGER:
23      Q.   Is there anybody in TG who
24  could answer that question, how BNBM gets

Page 778

1  this information?
2       A.   I'm not sure for now.
3       Q.   You signed off on the fact
4  sheet that was produced in this
5  litigation on behalf of TG.  It's your
6  signature on that fact sheet, correct?
7       MR. SEEGER: I don't know
8  how you explain it to him.
9  BY MR. SEEGER:
10      Q.   It's a manufacturer's
11  profile form.
12      A.   What form?  I'm not aware of
13  that.
14      Q.   That's all right.  Strike
15  it.
16      MR. SEEGER: Judge, if I
17  could take like a five-minute
18  break, I can probably boil this
19  down to another five minutes, or a
20  two-minute break.
21      THE COURT:  Let's take just
22  a couple-minute break.
23      THE VIDEOTAPE TECHNICIAN:
24  Going off the record.  The time is

Page 779

1  4:12.
2       - - -
3       (Whereupon, a recess was
4  taken from 4:12 p.m. until
5  4:17 p.m.)
6       - - -
7       THE VIDEOTAPE TECHNICIAN:
8  This is the beginning of Tape
9  Number 7.  We're going back on the
10  record at 4:17.
11  BY MR. SEEGER:
12      Q.   Mr. Jia, let me ask you to
13  take one more -- I just have a couple of
14  follow-up questions about Exhibit Jia-13.
15      MR. SEEGER: Now, Ms.
16  Interpreter, can you turn to the
17  page where there's Chinese
18  writing?  I think it's the third
19  page.
20  BY MR. SEEGER:
21      Q.   Mr. Jia, there's Chinese
22  writing at the top, and below it there's
23  writing in English.  And I want you to
24  tell me if you agree that the English --

72 (Pages 776 to 779)

Confidential - Subject to Further Confidentiality Review

Page 780

1  that the Chinese version that's on there
2  says what the English version says.  In
3  English, it says, "TAIAN TAISHAN
4  PLASTERBOARD CO., LTD. certifies that
5  ORIENTAL TRADING Company, LLC as its
6  exclusive agency for the DUN brand in the
7  United States of America."
8        Does it say that in Chinese?
9     A.   That's what it says in the
10  Chinese.
11    Q.   Thank you.  I'm done with
12  that.
13        Mr. Jia, from the time frame
14  of 2006 to the present, TG has maintained
15  a website, correct?
16    A.   Our company has a website
17  for others to obtain information from.
18    Q.   About your products,
19  correct, sir?
20    A.   Correct.
21    Q.   Mr. Jia, I just have a few
22  more questions for you.
23        MR. SEEGER:  Let's mark
24  these.

Page 781

1           - - -
2        (Whereupon, Deposition
3     Exhibit Jia-26, Taishan 2006
4     STRUCTURE - Pre Global Offering,
5     August 4, 2011 Mtg., Bates stamped
6     Q000953 and Q000954, was marked
7     for identification.)
8           - - -
9  BY MR. SEEGER:
10    Q.   Mr. Jia, I want to hand you
11  an organizational chart.  The words on
12  the chart are in English.  The names of
13  the companies are in English, but in the
14  glossary of terms, we have the Chinese
15  names.  I would like to know if you can
16  tell me if this is consistent with your
17  understanding of the organizational
18  structure that I'm showing you.
19        I'm marking this as Jia-26,
20  and it is Q 953 through 954.
21        INTERPRETER:  Do you want me
22  to interpret it to Mr. Jia?
23        MR. SEEGER:  If you can,
24  yeah.  And you have the glossary

Page 782

1  of names there?
2        INTERPRETER:  Yes.
3        MR. CHEN:  I'll note for the
4  interpreter this actually says
5  BNBM Group, not BNBM.
6        INTERPRETER:  BNBM --
7        MR. CHEN:  Group.
8        MR. CYR:  And state for the
9  record your point.
10        MR. CHEN:  For the record,
11  I'm pointing to the third line,
12  the small square on the far left.
13        MR. BLACK:  What's the Bates
14  number on this one?
15        MR. GEORGE:  Q 953.
16        INTERPRETER:  Where does it
17  say trading company?  Is it import
18  and export company, is this the
19  trading company?
20        MR. CHEN:  CNBM Trading is
21  actually not on the defined list.
22        MR. GEORGE:  The trading
23  company?
24        INTERPRETER:  Mr. Chen, is

Page 783

1  Cinda, Cinda -- China Cinda Asset
2  Management Company, is it the same
3  company as shown on the glossary?
4        MR. CHEN:  I don't know for
5  sure, actually.  I'm just looking
6  at this document.
7        MR. SEEGER:  Hold on.  This
8  looks like it's turning into a big
9  complicated thing.  I think
10  that we could -- can we submit
11  this to you in the form of
12  Interrogatories and just get
13  answers from you that way after
14  the deposition?  That might be the
15  easiest way to do it than to sit
16  here with the witness and make
17  them look at it.
18        MR. CYR:  Based on the
19  information that's recently
20  available to TG or TTP, yes.
21        MR. SEEGER:  We'll accept
22  that.  That's fine.  We can take
23  that.  Ervin, do you want to sit
24  down there or you want to stay