Confidential - Subject to Further Confidentiality Review

Page 784

1    there?
2        Thanks for your patience.
3    Thank you, Mr. Jia.  Thank you,
4    Mr. Cyr.
5        THE COURT:  Ready?
6        MR. GONZALEZ:  Yes.
7        THE COURT:  You may proceed.
8        - - -
9        EXAMINATION
10       - - -
11   BY MR. GONZALEZ:
12       Q.   Good afternoon, sir.  I'm
13   Ervin Gonzalez on behalf of the MDL
14   liaison states.  Pleasure to meet you.
15       Mr. Jia, my understanding is
16   that since 2006 to the present, you have
17   been on the board of directors of TG and
18   BNBM; is that correct?
19       A.   Starting from what time?
20       Q.   2006.
21       A.   Yes.
22       Q.   And currently you're being
23   presented as a spokesperson on behalf of
24   TG and TTP, correct?

Page 785

1        A.   Yes.
2        Q.   TTP and TG have the same
3    address, correct?
4        A.   What's the definition of
5    address?
6        Q.   The information you put on
7    an envelope when you want to mail
8    something to one of the companies would
9    be the same?
10       A.   Correct.
11       Q.   And they both have the same
12   phone number, correct?
13       A.   I don't think they have the
14   same phone number.
15       Q.   Can you look at Exhibit 20,
16   please.
17       THE COURT:  Does he have the
18   exhibit?
19       MR. GONZALEZ:  Exhibit 20.
20       MR. CYR:  We just found one
21   version of -- is this the
22   document, sir, that you're looking
23   for?
24       MR. GONZALEZ:  Yeah.

Page 786

1    Exhibit 20.
2        MR. MONTOYA:  Yes.  That
3    would be the last version -- last
4    page.
5    BY MR. GONZALEZ:
6        Q.   If you could look at the
7    last page, this is the -- looking under
8    Shandong Taihe Dongxin, which is now
9    known as TG, correct?
10       A.   Yes.
11       Q.   The phone number listed here
12   is 0086-538-8812017, correct?
13       A.   Yes.
14       Q.   And if you'd look at Exhibit
15   15, do you have the e-mail?  If you'll
16   look at the e-mail number there,
17   underneath, it says, "From: Peng."  And
18   Peng worked for TTP in 2007, correct?
19       A.   What time?
20       Q.   2007.
21       A.   Yes.
22       Q.   And if you look at the
23   number underneath where it says "Yours
24   faithfully, Frank, Taihe Group," the

Page 787

1    number is 0086-538-8812017, correct?
2        A.   Yes.
3        Q.   That's the same number that
4    we had for TG, correct?
5        A.   Not completely same.
6        Q.   Okay.
7        It says 88, and I'm looking
8    now at Exhibit 20, and the phone number
9    is 8812017, correct?
10       A.   Part of their phone numbers
11   are the same, not in its entirety.
12       Q.   All right, sir.
13       The first four digits for
14   both are 0086, correct?
15       A.   Yes.
16       Q.   The next three digits for
17   both of them are 53 and 8, correct?
18       A.   Yes.
19       Q.   The final numbers for both
20   of them are 8811077, correct?  I'm sorry,
21   8812017?
22       A.   You have only read the same
23   number.  You have not read the different
24   numbers.

Confidential - Subject to Further Confidentiality Review

Page 788

1      Q.   Sir, I'm reading the only
2   number that's listed as -- what exhibit
3   number is this?
4         The only number listed for
5   Exhibit 15 is 00865388812017, right, sir?
6      A.   Yes.
7      Q.   And that is with respect to
8   an e-mail from Mr. Peng, correct?
9      A.   It's in English.  I don't
10  understand.  But I believe it should be
11  him.
12     Q.   All right, sir.
13        And the first number that's
14  listed under the first exhibit that we
15  were discussing together, that is the
16  Shandong Taihe Dongxin Company, which is
17  now known as TG, Exhibit 20, is
18  0086-538-8812017, right, sir?
19     A.   Correct.
20     Q.   All right.
21        So, those numbers are the
22  same, right, sir?
23     A.   They have the same phone
24  numbers.  But this one has only one phone

Page 789

1   number while the other one has a few
2   numbers.  After TTP was established, part
3   of the phone numbers have been separated
4   to the other company, which is natural.
5   There's nothing unnatural about that.
6      Q.   And if you'd look at Bates
7   stamp number TG 001482, which we'll mark
8   as the next exhibit number.
9         MR. BLACK:  What's the Bates
10        number again?
11        MR. GONZALEZ:  Bates stamp
12        number is TG 0001482.
13        MR. BLACK:  Thank you.
14              - - -
15        (Whereupon, Deposition
16        Exhibit Jia-27, Contract, Bates
17        stamped TG 0001482 through TG
18        0001484, was marked for
19        identification.)
20              - - -
21  BY MR. GONZALEZ:
22     Q.   This is a contract between
23  TTP and Wood Nation, Inc., and if you'd
24  turn to the back page, do you recognize

Page 790

1   whose signature that is under Taian
2   Taishan Plasterboard?
3      A.   Yang Jaipo.
4      Q.   And he worked for TTP?
5      A.   I'm not sure in what period
6   had this person worked for TTP.
7      Q.   At some point in time, he
8   did work for TTP?
9         INTERPRETER:  Interpreter
10        clarify gender.
11        THE WITNESS:  Because of his
12        level and my level are very
13        different, so, I cannot be sure of
14        that.  I do not want to speculate.
15  BY MR. GONZALEZ:
16     Q.   Do you know if he worked for
17  TTP?
18     A.   I don't know.
19     Q.   How do you know him?
20     A.   Because when he get on --
21  when he got on and off his car, people
22  would greet him as Yang Jiapo.  He
23  purchased his own car, which is rare in
24  our company.  That's why I am aware of

Page 791

1   this person.
2      Q.   So, you know him from seeing
3   him at work?
4      A.   Yes.  Because I've heard
5   other people saying that Yang Jiapo got
6   his own car.  Our company is poor.  He
7   was the first one who got his own car.
8   That's why I knew him.
9      Q.   So, if you look at the first
10  page of this Exhibit Number 27, please,
11  and you look at the telephone number, it
12  says 0086-538-8812002, correct?
13        MR. CYR:  Objection.
14        THE COURT:  If he doesn't
15        understand it, he can tell us.
16        Otherwise, I'm going to overrule
17        the objection.
18        THE WITNESS:  I understand
19        the Arab numerals.  Yes, that's
20        the correct number.
21  BY MR. GONZALEZ:
22     Q.   If you go back to Exhibit
23  Number 20, to the same page we were
24  looking at before, and you look under the

75 (Pages 788 to 791)

Confidential - Subject to Further Confidentiality Review

Page 792

1    telephone number for Shandong Taihe
2    Dongxin now known as TG, you have the
3    number 8812002 listed under that,
4    correct?
5        A.   Yes.
6        Q.   So, the same phone number is
7    listed in Exhibit 20 as it is -- for TG
8    as it is for Exhibit 27 for TTP, correct?
9        A.   Yes.
10       Q.   And then looking at Exhibit
11   27, there's a slash, and then it says
12   2017, correct?
13       A.   Yes.
14       Q.   And if you go back to
15   Exhibit Number 20, the first number
16   listed under Shandong Taihe Dongxin now
17   known as TG is 8812017, correct?
18       A.   Yes.
19       Q.   Have you seen this contract
20   before, Exhibit 27?
21       A.   No.
22       Q.   Were you aware of its
23   existence?
24       A.   Which one?

Page 793

1        Q.   Exhibit 20.  Were you aware
2    of its existence?
3            INTERPRETER:  20?
4            MR. GONZALEZ:  I'm sorry.
5    My apologies.
6    BY MR. GONZALEZ:
7        Q.   Were you aware of the
8    existence of Exhibit 27, the contract
9    between the Taian Taishan Plasterboard as
10   the seller, and Wood Nation Inc. as the
11   buyer?
12       A.   No.
13       Q.   Were you aware that drywall
14   in the amount of 1,386,000 US dollars
15   were being sold by TTP for discharge in
16   Tampa, Florida, United States of America?
17           MR. CYR:  This question
18   doesn't relate to this document.
19           INTERPRETER:  Oh, it's not
20   on the document?
21           THE WITNESS:  I don't know.
22   BY MR. GONZALEZ:
23       Q.   Were you aware that 500 40-
24   foot high cube container loads, each

Page 794

1    containing 660 pieces of drywall, were
2    shipped to Tampa, Florida for product
3    made by Taian Taishan Plasterboard?
4            INTERPRETER:  Each container
5    contained 660 pieces?
6    BY MR. GONZALEZ:
7        Q.   660 pieces, 500 40-foot high
8    cube containers each containing 660
9    pieces.
10       A.   I don't know.  Who are you
11   referring to when you say "Taishan"?
12       Q.   TTP.
13       A.   I don't know.
14       Q.   Is there a difference
15   between the drywall made by TTP in terms
16   of quality as the drywall made by
17   Taishan -- I'm sorry -- by TG?
18           MR. CYR:  Objection, time
19   period.
20   BY MR. GONZALEZ:
21       Q.   You may answer.
22           THE COURT:  Wait.  One
23   moment.
24           MR. GONZALEZ:  I'm sorry.  I

Page 795

1    forgot The Court is here.
2            THE COURT:  Let's put the
3    time in.
4    BY MR. GONZALEZ:
5        Q.   During the existence of the
6    corporation TTP, which I believe was
7    incorporated in 2007; is that right?
8        A.   No.  I believe it was 2006.
9        Q.   2006.  TTP is a wholly-owned
10   company by TG, correct?
11       A.   TG is the only shareholder
12   of TTP.  I don't understand what you
13   meant by "solely owned."
14       Q.   The only owner?
15       A.   Correct.
16       Q.   Taishan created -- I'm
17   sorry, TG created TTP to benefit from VAT
18   credits, right?
19           INTERPRETER:  Interpreter
20   clarification.  To benefit from
21   what credits?
22   BY MR. GONZALEZ:
23       Q.   From VAT credits?
24           INTERPRETER:  Value added

76 (Pages 792 to 795)

Confidential - Subject to Further Confidentiality Review

Page 796

1    tax?
2         MR. GONZALEZ: Yes.
3         THE WITNESS: No.
4    BY MR. GONZALEZ:
5         Q.  I thought you testified
6    earlier that Taishan was created as a
7    result of having discussions with
8    individuals with the state government
9    that advised you that you could benefit
10   from VAT credits in terms of exemptions
11   if you created a corporation such as TTP?
12        A.  I don't think you have a
13   clear understanding of my prior answer.
14   You just said that the purpose of
15   establishing TTP is for TG to enjoy the
16   tax benefits. That's not what I meant.
17        MR. GONZALEZ:  Did you get
18   all of that?
19        INTERPRETER: Yeah. Just
20   one moment.
21        MR. CHEN: FGD.
22        INTERPRETER: FGD. Well,
23   I'll have to ask him to repeat.
24        THE WITNESS: Since 2006, TG

Page 797

1    started using FGD synthetic gypsum
2    as the raw material to make gypsum
3    board. From 2002, it enjoyed the
4    VAT benefit, but the taxation
5    institution did not allow TG to
6    issue VAT invoice even though it
7    enjoys the benefit of VAT. But
8    some of the customers do request
9    the issuing of VAT invoices. In
10   order to satisfy these customers,
11   we formed TTP, because TTP was
12   able to issue VAT invoices. I
13   don't know if I explained myself
14   well.
15   BY MR. GONZALEZ:
16        Q.  Thank you.
17        MR. CYR:  Sir, may I make a
18   statement that's not interpreted
19   just to help?
20        MR. GONZALEZ: Sure.
21        MR. CYR:  I think that your
22   original question related to the
23   difference between TG and TTP's
24   drywall. I objected to it because

Page 798

1    of the time period, and it's
2    already in the record, I believe,
3    in the previous deposition that
4    TTP presently doesn't produce
5    drywall. That's all I was trying
6    to protect in the record. And
7    we're happy for you to continue if
8    you wanted to go back to that
9    question during the time period
10   that TTP produced drywall. Thank
11   you.
12   BY MR. GONZALEZ:
13        Q.  During the period that TTP
14   produced drywall, you would agree with me
15   that it was the same product that TG was
16   making, correct?
17        A.  I don't understand your
18   question.
19        Q.  TTP's drywall was the same
20   as Taishan's drywall during the years
21   that TTP was making drywall, correct?
22        A.  What do you mean, "the
23   same"? How do you define "the same"?
24        Q.  I define "the same" by

Page 799

1    meaning the same product with the same
2    ingredients made the same way.
3        A.  Not in this entirety.
4        Q.  How were they similar? Tell
5    me every way they were similar, please.
6        A.  TTP's gypsum board was
7    produced according to the requirement of
8    TG's customer to customers, while TTP's
9    gypsum board were produced according to
10   the requirement of TTP's customers.
11        Q.  Other than -- oh, I'm sorry.
12   Were you done?
13        A.  Sometimes TTP shares the
14   same customers of TG. Sometimes they
15   have different customers. For the same
16   customers, the production procedure are
17   basically the same. When they are
18   different requirements, the production
19   procedures are not necessarily the same.
20   I would like to also stress that each
21   gypsum board production line has its
22   difference from the others. For even
23   two production lines of TTP company has
24   difference process. When you were

77 (Pages 796 to 799)

Confidential - Subject to Further Confidentiality Review

Page 800

1  talking about the same, this would be my
2  response.
3      Q.   If a customer is the same
4  customer for TG and TTP requesting the
5  same specifications, both TG and TTP
6  would provide the same product to that
7  customer, correct?
8          MR. CYR:  Objection.
9          THE COURT:  Can you answer
10  the question?  Do you understand
11  it?
12         THE WITNESS:  Like I
13  explained earlier, two production
14  lines may not produce the exact
15  same products.  They only meet
16  requirements and certain standard
17  of the product.  Just like the
18  fingerprint of one person, it's
19  impossible to be the same of
20  another person's.
21  BY MR. GONZALEZ:
22      Q.   What brand did TTP sell of
23  drywall from 2006 until it stopped making
24  the drywall?

Page 801

1      A.   As far as I know, it would
2  be Taishan brand.
3      Q.   How about Dun, D-U-N?
4      A.   There's no production for
5  that.
6      Q.   What is Dun, D-U-N?
7      A.   That's another brand.
8      Q.   Who makes Dun?
9      A.   TG is able to produce Dun
10  brand, product.
11     Q.   Is TG the only one that
12  manufactured Dun products, to your
13  knowledge?
14     A.   Not necessarily.
15     Q.   Who else produces Dun
16  product?
17     A.   For example, Yunnan or
18  Qinhuangdao and other subsidiaries that
19  TG could authorize to manufacture this
20  product.
21         INTERPRETER:  Interpreter
22  clarification.
23         THE WITNESS:  Many of the
24  subsidiaries of Taishan company

Page 802

1  had received such authorization.
2  BY MR. GONZALEZ:
3      Q.   Including TTP, correct?
4          MR. CYR:  I'm sorry, go
5  ahead.
6          THE WITNESS:  As far as I
7  know, TTP did not have the
8  authorization.  Therefore, it has
9  not produced Dun brand gypsum
10  board.
11  BY MR. GONZALEZ:
12     Q.   If we look at Exhibit Number
13  20, which you have in front of you, one
14  of the pages shows the Dun brand logo,
15  correct?  Is that the Dun brand logo?
16     A.   Yes.
17     Q.   That's one of the brands
18  that was prepared -- manufactured by TG,
19  correct?
20     A.   Yes.
21         MR. GONZALEZ:  This will be
22  Exhibit 28.
23             - - -
24         (Whereupon, Deposition

Page 803

1  Exhibit Jia-28, E-mail chain, top
2  one dated February 25, 2007, Bates
3  stamped TG 0021643 through TG
4  0021644 and TG 0023843 and TG
5  0026370, was marked for
6  identification.)
7             - - -
8          MR. GONZALEZ:  This is Bates
9  stamp number TG 0021643 through
10  21644, and TG 23843 and TG 02619.
11  It will be composite Exhibit
12  Number 28.
13  BY MR. GONZALEZ:
14     Q.   This is e-mails with an
15  attachment.  It's a series from Ivan
16  Gonima with Oriental Trading.  It's
17  IvanGonima@gonimaconstructors.com to
18  Wuyu.  Do you know who Wuyu is?
19     A.   I don't know who that person
20  is.
21     Q.   Do you know who Bill Cher
22  is?
23     A.   Can you say it in Chinese?
24     Q.   Che Gang?

Confidential - Subject to Further Confidentiality Review

Page 804

1      INTERPRETER: I think you'd
2  better write it down so I can
3  pronounce it.
4      MR. MONTOYA: C-H-E,
5  G-A-N-G.
6      MR. GONZALEZ: Che Gang.
7      INTERPRETER: Che Gang.
8      MR. GONZALEZ: Che Gang.
9  Sorry.
10 BY MR. GONZALEZ:
11     Q.  Che Gang.
12     A.  Yes, I do.  I know that
13 person.
14     Q.  This is in English.  But the
15 third page of the document indicates the
16 use of the product, the distributor is
17 Dun with labeling, and I'm going to show
18 you this document, but, in essence,
19 they're discussing the use of the Dun
20 product for Mr. Gonima in the United
21 States through Oriental Trading Company.
22 Were you aware of that?
23     INTERPRETER: Interpreter
24 clarification.

Page 805

1      THE WITNESS: I think Che
2  Gang made a mistake.  TTP did not
3  authorize him to produce Dun
4  product in the United States.
5  BY MR. GONZALEZ:
6      Q.  If you look --
7      A.  He himself made the decision
8  and came up with such a letter of
9  entrustment.  After he was aware of that,
10 we -- the production of gypsum board was
11 never a reality.  In fact, TTP had never
12 produced Dun brand gypsum board.
13     Q.  So, you were aware of this
14 then?
15     A.  Now I know.
16     Q.  But you knew it then because
17 you told them not to do it, right?
18     A.  No, I didn't know.  I don't
19 know how you got that information.
20     Q.  Mr. Che worked for TTP,
21 correct?
22     A.  Yes.
23     Q.  You didn't work for TTP,
24 correct?

Page 806

1      A.  Correct.
2      Q.  You were shown previously
3  Exhibit 13.  Right, sir, you were shown
4  Exhibit 13?
5      MR. CYR:  You need to show
6  it to him so he can answer.
7      MR. GONZALEZ: I'm going to
8  show you another copy that's a
9  little cleaner.
10 BY MR. GONZALEZ:
11     Q.  This is in English.  It
12 says, "Sole Agency Agreement" on the top.
13 And the seller is TTP, and it's dated
14 October 20, 2006.  The buyer is Oriental
15 Trading Company.  This is the predicate
16 to the question.  The sole sales area for
17 the sole agency agreement between TTP and
18 Oriental Trading Company is listed as the
19 territory of the USA and the --
20     INTERPRETER: I'm sorry,
21 Counsel.  Where are you reading
22 from?
23     MR. GONZALEZ: Here,
24 (Indicating), paragraph 2.

Page 807

1  (Indicating). 2.
2      INTERPRETER: Can you read
3  it again, please?
4      MR. GONZALEZ: Yes.
5  BY MR. GONZALEZ:
6      Q.  The sole sales area on this
7  sole agency agreement is listed in
8  Paragraph 2 as the territory of the
9  United States of America.  And if you'd
10 turn to the signature line, you told us
11 previously that it appeared to be the
12 signature of Mr. Yang; is that correct?
13 Is that Che Gang?
14     A.  Che Gang.
15     Q.  Che Gang?
16     A.  Yes, it is the signature of
17 Che Gang.
18     Q.  That's the same individual
19 that we were referring to in Exhibit 27,
20 correct, or 28?
21     INTERPRETER: Where is 28?
22 This is 27?
23     MR. GONZALEZ: I'm sorry,
24 27.

79 (Pages 804 to 807)

Confidential - Subject to Further Confidentiality Review

Page 808

1    MR. CYR: Objection.
2    THE COURT: Let's get the
3  right one.
4    MR. GONZALEZ: 28.
5    MR. CYR: Objection.
6    INTERPRETER: Where is 28?
7    THE COURT: Just rephrase
8  the question so we know which is
9  the exhibit number. I'm confused
10  whether it is 20, 27 or 28.
11    MR. GONZALEZ: It's 28,
12  Judge, and I apologize.
13  BY MR. GONZALEZ:
14    Q.  Referring to Exhibit Number
15  28, Mr. Bill Cher, also known as Che
16  Gang? Known as Che Gang?
17    MR. CYR: Objection.
18    THE WITNESS: What? Can I
19  take a look?
20  BY MR. GONZALEZ:
21    Q.  Yes. But my question is, is
22  Mr. Che --
23    A.  Let me take a look.
24    Q.  Yes. But my question first

Page 809

1  is, Mr. Che Gang is also known as Bill
2  Cher, correct?
3    MR. CYR: Objection, asked
4  and answered.
5    THE COURT: That's what he
6  said before.
7    MR. GONZALEZ: Right.
8    THE COURT: So let's show
9  him the document.
10    THE WITNESS: I don't see
11  Che Gang here. I don't
12  understand.
13  BY MR. GONZALEZ:
14    Q.  Do you see the name Bill
15  Cher? Turn to TG 0023842, please. Right
16  here, second page of Exhibit 28. Do you
17  see that name there (indicating)?
18    A.  Yes, I know this name.
19    Q.  What is it?
20    A.  Che Gang.
21    Q.  Underneath that it says Bill
22  Cher, correct?
23    MR. CYR: Objection. He
24  doesn't read English. He's

Page 810

1  testified about that several
2  times.
3  BY MR. GONZALEZ:
4    Q.  All right.
5    There's a Chinese language
6  signature as Che Gang, correct?
7    A.  Yes.
8    MR. GONZALEZ: Madam
9  Interpreter, can you please read
10  the name in English underneath
11  that?
12    INTERPRETER: Bill Cher.
13  BY MR. GONZALEZ:
14    Q.  If we'd turn to now Exhibit
15  13 under the sole agency agreement
16  signed -- I'm sorry -- between the
17  seller, TTP, and the buyer, Oriental
18  Trading Company, dated October 20, 2006,
19  it is signed by Che Gang, correct?
20    A.  Yes.
21    Q.  And if you'd go to the last
22  page, please, of the same exhibit, it
23  says "Certificate." There's some Chinese
24  language. The first two sentences or

Page 811

1  paragraphs appear to be Chinese. Can you
2  please read to us in Chinese what that
3  says from the top?
4    A.  It says, "Taian Taishan
5  Plasterboard Company Limited certifies
6  that" -- it is in English. I don't
7  understand.
8    Q.  And the word in English is
9  Oriental Trading Company, LLC?
10    A.  Oriental Trading Company,
11  LLC is the general agent, agency in
12  America for Dun brand of Taishan -- Taian
13  Taishan Plasterboard Company Limited
14  products.
15    Q.  What does it say here on the
16  top?
17    A.  TTP.
18    Q.  And then there, at the
19  bottom of that page, there's also a
20  signature of Che Gang, correct?
21    INTERPRETER: Counsel, he
22  read only one paragraph. Do you
23  want me to -- just to let you
24  know.

80  (Pages 808 to 811)

Confidential - Subject to Further Confidentiality Review

Page 812

1     MR. GONZALEZ: Yes, but
2   let's -- we'll go back. Thank
3   you. I appreciate that, but let's
4   go back to --
5   BY MR. GONZALEZ:
6     Q.   This is signed by Che Gang?
7     A.   Yes.
8     Q.   Can you read the next
9   paragraph, please?
10    A.   It says, "This agreement
11  will take force upon the signatures, and
12  this is to certify that its effectiveness
13  and legal effectiveness should be in
14  accordance with the terms and conditions
15  in the exclusive agency agreements made
16  by both parties (SDTH" -- oh, I'm sorry.
17  For this part, it's in English. I don't
18  understand.
19    Q.   And then the words after
20  that?
21    A.   Can I further explain?
22    Q.   Let me just finish with
23  this, please.
24        What are the words after --

Page 813

1     MR. CYR: I'm sorry. Your
2   Honor, should the witness be
3   allowed to further explain?
4     THE COURT: Yeah, let him
5   explain what he was saying, and
6   let's make it brief.
7     MR. GONZALEZ: Your Honor,
8   if I may, I only asked him to read
9   the Chinese, and we're not done
10  with that yet. There's nothing to
11  explain in the reading.
12    THE COURT: I understand.
13    MR. GONZALEZ: All right,
14  Your Honor.
15    MR. CYR: You can explain.
16    THE WITNESS: I have
17  stressed it repeatedly. This
18  agreement was signed under the
19  circumstance that Che Gang was not
20  aware whether TTP was authorized
21  to produce Dun brand products.
22        Number two, TTP had never
23  manufactured Dun brand products.
24  TTP had neither produced nor sold

Page 814

1   Dun brand gypsum board.
2   Therefore, I believe this
3   agreement had never really came
4   into force.
5   BY MR. GONZALEZ:
6     Q.   After the English letters
7   and numbers, there's another phrase in
8   Chinese. Can you tell us what that says?
9     INTERPRETER: Where is it?
10    MR. GONZALEZ: Right here.
11  (Indicating.)
12    INTERPRETER: This is
13  included in the sentence before.
14  BY MR. GONZALEZ:
15    Q.   Did you read it accurately?
16    A.   After which? What?
17    Q.   I asked you to read
18  everything in Chinese to us in this
19  contract, and I'm asking you if you read
20  it accurately?
21    A.   It is accurate.
22    Q.   And it says it takes effect
23  when signed by both parties, correct?
24    A.   Yes.

Page 815

1     Q.   Looking at this document,
2   there seems to be two signatures there,
3   correct?
4     A.   Yes.
5     Q.   One of them from Che Gang,
6   who worked for TTP?
7     MR. CYR: Objection. This
8   is the third time.
9     THE COURT: It's all right.
10  I'll allow it.
11  BY MR. GONZALEZ:
12    Q.   Right?
13    A.   It is Che Gang.
14    Q.   And in October of -- it says
15  it takes effect on the date of the
16  contract, correct?
17    A.   That's what it says.
18    Q.   And the date of the contract
19  is October 20, 2006, correct?
20    A.   Yes. But it had never been
21  performed.
22    Q.   The contract has some stamps
23  on it, correct?
24    A.   Yes.

81 (Pages 812 to 815)

Confidential - Subject to Further Confidentiality Review

Page 816

1      Q. Can you tell us what the
2   stamp with the star is?
3      A.   The stamp with the star is
4   the contract stamp of TTP. It is not the
5   company's stamp.
6      Q.   What does the contract's
7   stamp say in Chinese?
8      A.   TTP Company in Chinese.
9      Q.   How do you know it's the
10  contract stamp for TTP?
11     A.   Chinese clearly stated that.
12  I understand Chinese.
13     Q.   And you've seen it before?
14     A.   No, I have not seen it
15  before.
16     Q.   That's what it says? Is
17  that what it says?
18         MR. CYR: Objection. It's
19  the third time.
20         THE COURT: The question
21  that I don't understand is that
22  when you say he didn't see it
23  before, are you talking about the
24  stamp or the contract?

Page 817

1          MR. GONZALEZ: I'm talking
2   about the stamp.
3   BY MR. GONZALEZ:
4      Q.   And I'll clarify the
5   question.
6          Have you seen this stamp
7   before? Not necessarily in this
8   document, but that stamp?
9      A.   I don't have TG's stamp,
10  neither do I have TTP's stamp. So, I
11  have never seen those stamps. This is
12  the first time I've seen this document
13  today.
14     Q.   I'm talking about the
15  particular stamp. Have you ever seen
16  that stamp anywhere else in any document
17  ever?
18     A.   I've never seen TTP's stamp,
19  and I rarely pay attention to contract
20  stamp like this for TG Company also.
21     Q.   The stamp that is over Che
22  Gang's name has a star on it, correct?
23     A.   Yes.
24     Q.   And then there's some

Page 818

1   Chinese language all around it in a
2   circle, correct?
3      A.   I have already replied to
4   you. I understand all of them because
5   they are in Chinese.
6      Q.   Now, I want you to read me
7   exactly what it says, because I don't
8   understand Chinese.
9      A.   Taian Taishan Plasterboard
10  Company Limited especially used for
11  contract.
12     Q.   Then there's some Chinese
13  language down there in parentheses. What
14  does that say?
15     A.   Signature, Che Gang.
16     Q.   And if we go back to Exhibit
17  Number 20, the Dun symbol that we looked
18  at before, that you previously told us
19  was made by TG, is what's being referred
20  to in Exhibit 13, correct?
21     A.   I don't know. What is
22  Exhibit 13?
23     Q.   The contract. Exhibit 13 is
24  the contract we're looking at. It refers

Page 819

1   to Dun in Chinese, correct?
2      A.   Yes.
3      Q.   And Exhibit Number 20, which
4   is the TG catalog that we were referring
5   to before, has the Dun symbol, correct?
6      A.   TG has it.
7      Q.   Is Dun still made today?
8      A.   Yes.
9      Q.   Now, you were telling us
10  before that companies that are authorized
11  by TG to make the Dun product are allowed
12  to do so. What companies during the
13  years 2005 through 2008 were making the
14  Dun brand with TG's authority?
15     A.   I know that TG authorized
16  some companies, but I don't know the
17  detailed names of the company, because
18  I'm the general manager of TG, I'm in
19  charge of 7,000 employees. It's
20  impossible for me to know every details.
21  If necessary, I can check and come back
22  with you through my attorney after I go
23  home.
24     Q.   Okay. That's fine.

82 (Pages 816 to 819)

Confidential - Subject to Further Confidentiality Review

---

Page 820

1        Which ones do you remember,
2    as you sit here today, as having
3    authority from TG to make the Dun brand?
4        A.   I don't want to make
5    guesses.
6        Q.   Were they subsidiaries of
7    TG?
8        A.   Of course.  TG only
9    authorized to its subsidiaries.
10        MR. GONZALEZ:  Do you want
11    to take a break, Judge?
12        THE COURT:  Well, it's about
13    5:30.
14        MR. GONZALEZ:  All right.
15        THE COURT:  We'll stop here
16    and come back tomorrow.  How are
17    we doing time wise, folks?  How
18    much longer do you have?
19        MR. GONZALEZ:  I don't think
20    more than an hour, Your Honor.
21        THE COURT:  How about you?
22        MS. BASS:  I'll have less
23    than an hour.
24        MR. CYR:  So that means --

---

Page 821

1        THE COURT:  We don't need to
2    go on the record with this.  It's
3    just logistics.  Go ahead.
4        THE VIDEOTAPE TECHNICIAN:
5    We're off the record.  The time is
6    5:25.  This is the end of Tape
7    Number 7.
8            - - -
9        (Whereupon, the deposition
10    adjourned at 5:25 p.m.)
11            - - -
12
13
14
15
16
17
18
19
20
21
22
23
24

---

Page 822

1            C E R T I F I C A T E
2
3
4        I, LINDA L. GOLKOW, a
    Registered Diplomate Reporter, Certified
    Court Reporter and Notary Public, do
5    hereby certify that, pursuant to notice,
    the deposition of TONGCHUN JIA was duly
6    taken on January 9, 2012 at 8:52 a.m.
    before me.
7
8        The said TONGCHUN JIA was
    duly sworn by The Court according to law
9    to tell the truth, the whole truth and
    nothing but the truth and thereupon did
10    testify as set forth in the above
    transcript of testimony.  The testimony
11    was taken down stenographically by me.
12
13        I do further certify that
    the above deposition is full, complete
14    and a true record of all the testimony
    given by the said witness.
15
16
            Linda L. Golkow
17            Registered Diplomate Reporter
            Certified Realtime Reporter
18
19
20        (The foregoing certification
    of this transcript does not apply to any
21    reproduction of the same by any means,
    unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24

---

Page 823

1        INSTRUCTIONS TO WITNESS
2
3
4        Please read your deposition
5    over carefully and make any necessary
6    corrections.  You should state the reason
7    in the appropriate space on the errata
8    sheet for any corrections that are made.
9
10        After doing so, please sign
11    the errata sheet and date it.  It will be
12    attached to your deposition.
13
14        It is imperative that you
15    return the original errata sheet to the
16    deposing attorney within thirty (30) days
17    of receipt of the deposition transcript
18    by you.  If you fail to do so, the
19    deposition transcript may be deemed to be
20    accurate and may be used in court.
21
22
23
24

---

83 (Pages 820 to 823)

Confidential - Subject to Further Confidentiality Review

Page 824

```
 1          ------
               E R R A T A
 2          ------
 3   ·PAGE LINE CHANGE _____
 4        _____
 5   REASON: ___ _____
 6        _____
 7   REASON: ____ _____
 8        _____
 9   REASON: _____
10        _____
11   REASON: _____ _____
12   ____ _____
13   REASON: _____
14   ____ _____
15   REASON: _____
16   ____ _____
17   REASON: _____
18   ___ _____
19   REASON: _____
20        _____
21   REASON: _____
22        _____
23   REASON: ___ _____
24
```

Page 826

```
 1   LAWYER'S NOTES
 2   PAGE LINE
 3   _____  _____
 4   _____  _____
 5   _____  _____
 6   _____  _____
 7   _____  _____
 8   _____  _____
 9   _____  _____
10   _____  _____
11   _____  _____
12   _____  _____
13   _____  _____
14   _____  _____
15   _____  _____
16   _____  _____
17   _____  _____
18   _____  _____
19   _____  _____
20   _____  _____
21   _____  _____
22   _____  _____
23   _____  _____
24   _____  _____
```

Page 825

```
 1
 2        ACKNOWLEDGMENT OF DEPONENT
 3
          I,_____, do
 4   hereby certify that I have read the
     foregoing pages, 495-826, and that the
 5   same is a correct transcription of the
     answers given by me to the questions
 6   therein propounded, except for the
     corrections or changes in form or
 7   substance, if any, noted in the attached
     Errata Sheet.
 8
 9   _____
     TONGCHUN JIA          DATE
10
11
12
13
14
15
16   Subscribed and sworn
     to before me this
17   _____ day of _____, 20____.
18   My commission expires:_____
19
     _____
20   Notary Public
21
22
23
24
```

84 (Pages 824 to 826)

Confidential - Subject to Further Confidentiality Review

**A**

ability 595:3 599:3
  604:14 732:5
  772:7
able 535:15 556:22
  646:3 719:19
  743:24 797:12
  801:9
absent 561:6
absorb 719:17
accept 537:6
  783:21
accepted 646:5
accommodation
  668:15
accountant 584:24
accounting 516:12
  516:20 580:1,6
  636:11,20 638:15
  639:1,3,7,8,12,19
  639:20 640:2
  642:6,9,13 643:8
  643:12 645:24
  664:16 669:4,6
  673:19,24 674:1,3
  675:14,18,19
  676:5,8
accounts 536:3
  745:13
accuracy 545:14
accurate 581:17,23
  584:4 611:10
  622:5 682:24
  732:13 814:21
  823:20
accurately 573:7
  581:3 583:24
  708:23 814:15,20
acknowledge 560:4
acknowledgment
  825:2
acquired 594:2,17
acquisition 523:15
  594:7 771:6 772:3
  772:6,10
acquisitions 771:20

acted 609:19 610:8
acting 680:17
  682:20
action 526:13,14
actions 495:8
  496:23 525:16
active 617:6
actively 772:15
activities 586:3
acts 609:16
add 657:8,10
added 645:4,8,10
  645:12,20,22
  795:24
addition 702:6
  718:6
address 535:5
  537:2 545:14
  555:22 668:18
  700:21 713:11,20
  785:3,5
addressing 685:18
  736:14 738:10
  740:21 776:16
adjourned 821:10
admissibility
  564:23 565:11,19
admissible 533:7
  564:10
admission 565:7
admitted 564:9
advance 571:3
advertisement
  774:10
advertisements
  729:24
advertising 729:20
advised 796:9
affairs 596:15
affect 751:8
affidavit 521:17
  691:21,22 692:23
  693:3,23 695:8
afraid 610:15
afternoon 672:8
  784:12

agency 521:15
  683:3 685:2
  688:14 780:6
  806:12,17 807:7
  810:15 811:11
  812:15
agent 537:6 608:10
  609:20 610:9
  612:4,13 811:11
agents 537:11,14
  677:5,9,22 680:16
  682:20
ago 616:12
agree 562:20
  564:22 565:18
  614:19 686:3
  725:1 733:5
  770:13,16 771:24
  773:13 779:24
  798:14
agreed 577:11
  663:3
agreement 508:9
  519:19 520:6,11
  520:16 521:15
  538:4,10,10 545:7
  545:10 553:18
  554:7 561:22
  563:15 568:16
  575:19,22 576:14
  594:16 597:9
  603:24 609:7,15
  659:11,21,23
  660:1,8,16 662:4
  662:15 663:14
  664:1,5,11,14
  665:8 666:2,5
  676:19,24 683:4
  685:2 688:15
  806:12,17 807:7
  810:15 812:10
  813:18 814:3
agreements 812:15
ahead 571:12
  637:15 675:4
  689:24 712:18,19

768:22 802:5
  821:3
airpino 504:19
alabama 539:20
  544:7 703:17
  704:4,13,19 705:7
  705:16
albanis 504:13
albee 502:2
alevin 497:5
alexander 526:13
alhambra 496:19
allan 498:3,6
  527:24
allow 535:16
  542:17 560:14
  561:1,9 569:14,20
  575:21 581:10
  582:3 594:21
  596:20 770:5
  797:5 815:10
allowed 532:14
  563:24 577:14
  813:3 819:11
allows 568:12
alonso 504:7
amendment 512:1
  618:4,24 619:18
america 501:9
  505:14 538:18
  689:19 704:11
  718:18 728:1,6,10
  728:17 734:7
  737:20 756:23
  780:7 793:16
  807:9 811:12
american 506:16
  718:22 719:5,10
  728:14
americas 628:3
amount 549:20
  657:10 660:13
  671:12 776:9
  777:12 793:14
anglicized 707:4
announcement

523:10 524:4
  762:14,22 763:14
  772:1 775:18
  776:23 777:7,10
annual 511:3,19
  512:17 513:2,10
  513:18 601:20
  605:9 606:8,15
  621:12 622:16
  623:17 624:15
  625:9,13,21 626:2
  638:14,21 752:23
  753:13 760:22
  763:16 767:14
annually 768:17
answer 531:10
  534:20 557:8
  558:2 562:14,17
  562:18,18 563:1,3
  563:7 566:6
  581:16 610:6
  649:18 675:11
  678:1 705:11
  708:20 709:9,15
  709:20 719:24
  722:20 730:15
  757:17 758:9
  764:21 770:10
  774:8 777:24
  794:21 796:13
  800:9 806:6
answered 809:4
answering 541:7
  557:6
answers 556:9
  693:22 709:24
  783:13 825:5
anthony 504:17
anxin 568:19
  570:17 571:23,23
  572:1 581:4
  745:16 757:6,8
anybody 777:5,23
aol 504:5
apart 578:17
apollo 706:17 707:9

Confidential - Subject to Further Confidentiality Review

709:13 710:13,18 711:3
apologies 793:5
apologize 681:6 702:21 755:10 808:12
apparently 575:16
appear 688:1 811:1
appearances 496:5 497:1 498:1 499:1 500:1 501:1 502:1 503:1 504:1 505:1 506:1
appeared 807:11
appearing 526:12 526:18 527:1,3
appears 547:9,14 549:11 554:2 572:21 583:14 588:2 723:8
applied 607:12
apply 822:20
appoint 604:15,18
appointed 728:19 745:4
appointing 766:17
appointment 518:10,18 652:12 653:5 654:12
appreciate 542:3 721:15 812:3
appreciates 710:11
appreciation 698:22
approaching 532:22
appropriate 566:20 573:21 823:7
approval 597:10 737:2
approve 547:20
approved 597:14 760:5
approximately 534:19 598:1,4 602:18 633:10

april 531:7 534:19 541:23 542:6 580:8,17,22 581:5 581:21 583:15,17 584:3,16,22 585:3 585:8 586:20 587:5,18 588:19 590:19 621:21,23 622:4 627:5,8,16 708:11 730:7 733:17 739:24 766:5 776:8
arab 791:19
area 541:11 689:23 747:24 806:16 807:6
argumentative 556:11
arnold 497:3 527:10
arranged 729:3,6
arrangement 515:6 630:19
arrangements 634:16 635:3 715:19 716:5 765:3
arrived 577:18 660:17 663:1
article 593:5,12,14 593:16 600:24 604:1 606:20 625:12 651:24 658:18 659:2,3 662:19
articles 509:19 510:8,16 512:1 518:1 519:12 589:10,22 592:15 593:8,20 594:19 594:23 600:12 609:11 618:5 619:1,14 625:10 625:22 626:10 651:2,14 658:2
asia 726:15

aside 608:15,19
asked 534:17 541:4 541:12 542:5 559:11 567:4 598:17 607:14 613:8 674:22 675:12 677:4,7,20 686:16,19,21 708:10 709:8,12 709:23 710:17,19 736:22 766:5 776:7 809:3 813:8 814:17
asking 533:24 534:2 546:8 557:15 566:8 567:24 602:17 638:10 702:6 713:13 724:5 727:13 765:5 814:19
aspect 561:7 727:22
asset 510:2 548:4 550:13 551:21,23 552:11,23 582:19 585:10 591:6,17 598:5 599:4,6,16 599:20 604:21 649:7 745:6 783:1
assets 523:22 538:16,18 550:20 592:4 765:18 771:12
assign 547:21
assigned 548:1,6 646:23 647:3
assignments 632:23 633:6
assistance 523:21 771:11
association 502:7 510:9,16 512:2 518:1 519:13 550:14,24 551:15 551:16 552:24

554:12,23 568:12 568:17 582:17 592:16 593:8 600:13 618:5 651:3,14 658:3
assume 530:15 531:1 695:8
assumption 541:22
astm 718:14,16,17 719:10 727:12,20 728:9,14 729:4,4
atlanta 499:22 502:11
atlantic 499:11 526:22
attached 823:12 825:7
attachment 803:15
attempted 558:18 559:15
attempting 711:7
attend 751:14 766:11
attended 586:14 766:1,6
attention 535:5 549:6 573:6 579:22 581:2,20 582:9 583:23 588:1 589:17 590:18 592:23 593:12 594:19 600:2 601:5,10 602:16 604:24 605:21 606:19 638:18 651:18 703:13 777:6 817:19
attorney 614:8 677:4,7,20 680:2 695:9 713:19 748:11 819:22 823:16
attorneys 678:9 679:17 758:19
attract 759:16

attracted 759:17
attracting 774:11
auditing 640:13
august 524:8 549:12 550:4,7 551:2 553:3 593:2 593:21 781:5
australia 719:2
authentic 567:5
authenticity 566:14
authority 819:14 820:3
authorization 520:1 661:3,20 802:1,8
authorize 801:19 805:3
authorized 684:2 813:20 819:10,15 820:9
available 783:20
ave 502:16
avenue 496:14 497:15 498:17 499:15 502:21 506:4
avoid 578:17
aware 546:19 597:21 707:2 708:3 760:24 763:21 765:6 767:6,23 778:12 790:24 792:22 793:1,7,13,23 804:22 805:9,13 813:20

_____
**B**
b 502:15 507:11 571:7,11 670:18 749:5,17,23,24
back 542:23 575:12 578:15 590:3,14 610:17 635:20 638:6 650:8 671:6 671:6 672:2,22

Confidential - Subject to Further Confidentiality Review

673:10,14 698:21
708:11 712:4
720:20 762:7
767:6 776:8 779:9
789:24 791:22
792:14 798:8
812:2,4 818:16
819:21 820:16
**background** 759:14
**baili** 616:23,24
**balance** 521:4,12
667:15 668:1
669:3,6
**ballard** 499:9
**bank** 501:9 505:14
536:2 577:7
607:11,11
**banner** 499:24
502:12 527:5
**bargain** 578:4
**base** 772:8
**based** 532:19
541:22 550:5
557:9 565:15
578:3 580:4
606:14 660:19
663:3 664:15
668:8 717:15
783:18
**basically** 799:17
**basis** 586:23
**bass** 498:17 526:3,3
546:12,17 569:21
605:15 641:16
666:15 709:2
820:22
**bassh** 498:19
**bates** 507:14,19,22
508:3,6,9,12,15
508:17,23 509:1,6
509:9,13,16,20,23
510:3,6,10,13,17
510:20 511:4,7,12
511:15,19,22
512:3,6,11,14,19
512:22 513:4,6,12

513:14,20,22
514:4,7,13,15,21
515:1,7,10,14,17
515:21 516:1,5,8
516:13,16,20
517:1,6,8,13,15
517:19,22 518:3,6
518:11,14,19,22
519:2,5,7,10,14
519:17,20,22
520:2,4,7,9,11,13
520:16,18,23
521:1,4,7,12,20
521:23 522:3,6,9
522:13,15,20,23
523:5,11,23,24
524:4,8,10,14
545:21 546:2,14
546:15 547:6
548:19,24 549:10
553:14,18 554:1
555:9 568:24
569:22,24 570:7
571:4 572:6,12,19
578:24 579:1,6,11
583:1,6,13 589:6
589:11,18 591:2,7
591:14 592:12,17
592:24 600:9,14
600:21 601:15,21
602:1 603:4,10,16
605:5,10,15,17
618:2,6 619:19
620:2,7,13 621:8
621:14,20 622:12
622:18 623:13,19
624:11,17 626:17
626:23 628:8,14
629:12,18 630:14
630:20,23 631:4,7
631:11,14,19
636:7,12,16,21
641:4,9 642:19,24
649:22 650:2,23
651:4 652:7,12
654:7,13 655:14

655:18 656:14,17
657:23 658:4
659:8,11 660:24
661:3 662:1,4
663:11,14 665:5,8
667:2,7,12,16,20
668:2 697:8 700:6
705:22 706:2
713:5 716:18
721:19,22 734:15
748:18,24 762:15
763:2,4 771:13,14
775:19 781:5
782:13 789:6,9,11
789:16 803:2,8
**baumann** 502:2
**beach** 499:10 504:8
**bears** 555:15
**becnel** 504:2,3
**beginning** 638:7
672:1 720:19
762:9 779:8
**begins** 606:11
**behalf** 525:24
526:4,8,11 527:11
527:14,19,21
647:13 652:24
661:11 677:9,23
680:17 682:21
692:3 757:3,5
776:23 777:10
778:5 784:13,23
**beijing** 573:15,24
574:3,9 576:1,3
734:3,5 742:3
743:5,6 765:23
**beixin** 619:17
**believe** 542:7,10
560:5 565:22
571:21 596:24
620:23 643:24
675:3 677:3 710:3
726:20 727:4
731:16 733:14
739:21 742:6,17
746:13 769:8

772:9 788:10
795:6,8 798:2
814:2
**bell** 706:18 707:19
**belongs** 661:19
**beneath** 703:3
726:22
**beneficial** 759:15
**benefit** 549:19
614:12 758:6,13
795:17,20 796:9
797:4,7
**benefits** 549:18
796:16
**benjamin** 497:8
**berman** 497:2
**beskin** 499:15
527:2,2
**best** 559:2 614:22
647:15
**better** 576:9 747:5
804:2
**beylaw** 499:5
**big** 577:13 657:13
657:14 664:3
783:8
**bigger** 727:6
**bill** 672:23 691:6
803:21 808:15
809:1,14,21
810:12
**binder** 673:14
698:6,11,13
716:12
**binders** 691:18
699:1,15,16,21
**bing** 584:5,9
**bipc** 503:5
**bit** 610:21 775:12
**black** 498:21 527:6
527:6 698:11
782:13 789:9,13
**blackened** 582:12
**blurry** 733:10
**bnb** 573:18
**bnbm** 573:16,19

574:6,10 576:3,5
576:9,23 577:9,14
577:19 581:4
584:8,11,13,17,19
584:21,24 585:17
585:23 586:5,13
593:24 594:2,14
594:17 595:2,12
595:24 597:2,18
598:22 599:1,2,3
604:14 606:21
607:12,18 608:7,9
608:13,15 609:7,9
609:15 612:16,20
612:24 613:9,14
615:7,11 616:6,17
616:18,20 617:4,7
617:9,10 739:6,13
739:23 741:11,14
741:16,22 742:4,9
742:16,18,23
743:22 744:1,15
745:19 746:8,15
747:1,12 748:4
751:4,20 752:2,14
753:6,18,22 754:7
755:12 756:23
757:12 758:3
759:17 760:22
761:6 763:23
765:13,17,18,19
765:20 766:1,6,9
766:14,22 767:8
767:24 768:21
769:2,5,6,16
770:14,16 772:9
774:13 776:24
777:10,24 782:5,5
782:6 784:18
**bnbmg** 576:7
**bnbms** 574:5 594:7
762:23 763:15
764:5,5,15 765:1
765:7 768:6 769:7
772:2,7
**board** 514:3,11,20

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

530:1 531:2
584:10,19 585:10
588:2,4,5,19,22
588:23 598:8
604:10 626:7,22
627:13,21,24
628:1,13 629:2,17
630:7 632:12,12
634:24 635:1,9,10
653:13 680:4,8
689:3,20 694:12
711:4,13 715:14
717:8 718:13,19
718:19 719:4,15
719:16 727:11,18
728:1,5,12,23
729:2,4 743:24
744:2,4,12,24
745:19 747:4,17
750:3 755:15,23
756:12 765:13
766:2,6,9,11,17
767:13,15,16
772:13 784:17
797:3 799:6,9,21
802:10 805:10,12
814:1
**boards** 726:23
772:5
**bobby** 503:5
**boil** 778:18
**bonita** 504:8,9
**book** 578:17,21
**books** 536:22
670:14
**borrow** 598:15,16
599:2
**bottom** 549:12
579:22 606:2
619:8 662:22
665:15 690:21
723:4 731:20
811:19
**bought** 649:16
**boulevard** 501:21
502:4

**bound** 609:16
**bourgeois** 501:19
**box** 549:12
**bpb** 615:12 616:6
747:2
**bracketed** 736:20
**brand** 616:16,16,19
616:20,22,23
617:4 676:20
689:7 729:20
780:6 800:22
801:2,7,10 802:9
802:14,15 805:12
811:12 813:21,23
814:1 819:14
820:3
**branded** 616:18,18
**brands** 802:17
**break** 540:12 588:9
588:12 590:2
720:5,9 761:19
778:18,20,22
820:11
**brenner** 499:2,3
526:16,17 682:8
699:22
**brian** 499:8 526:21
**brickell** 498:17
**brief** 579:19 669:18
813:6
**briefly** 554:4 568:6
570:10 662:12
**broad** 535:13
612:10
**broader** 772:8
**brochure** 522:16,19
731:1 734:13,20
736:24
**brought** 729:12
777:5
**brown** 501:9
502:14 505:14
**buchanan** 503:2
**build** 607:6,9
**builders** 498:19
502:6 526:5

**building** 501:7,12
505:7,17 523:8,13
524:2 573:15,24
576:2,4 610:23
726:6 762:13
771:5 775:17
**bulk** 711:7,10
**bureau** 645:16,17
646:9,11
**burr** 501:3 505:3
**business** 535:8
536:13 537:15,20
538:1,8 649:3,4,7
649:11 664:9
677:9,23 695:1
698:9 701:9 723:2
725:2,7 765:20,24
771:21 774:17,20
**businesses** 703:9
**busy** 633:18 672:10
**buy** 594:13 616:1
774:12
**buyer** 688:19
714:16 793:11
806:14 810:17
**byrne** 499:14
527:17,17 683:13

---

### C

**c** 497:8 499:2,8
501:3 503:2,3
504:2 505:3,8,20
505:20 610:23
738:14 754:21
822:1,1
**cahill** 505:19
**calculate** 776:9
**calculation** 664:12
664:15
**call** 573:24 625:17
633:17 775:6
**called** 598:8 610:13
674:2 703:10
714:6 745:8 775:3
**calls** 535:10 540:11
555:1 609:23

**canada** 719:2
**candace** 502:3
**cant** 556:5 671:12
**cao** 753:23 754:2,3
754:6,8,8,10,11
754:11,12,12,12
754:19,20,21
755:7,9,11,14
756:7,13,22 775:7
**capital** 509:5 519:1
579:10 649:9
655:17 657:15
659:1 675:15
**car** 790:21,23 791:6
791:7
**care** 576:7
**carefully** 823:5
**carlina** 501:3 505:3
**carolina** 501:11
505:16
**carrere** 501:14
506:8
**carrier** 711:8,10
**cash** 594:13
**castlerock** 505:11
**catalog** 819:4
**catalogue** 689:9
**categorized** 615:9
**category** 615:14
**causeway** 501:21
**ceiling** 522:19
734:14
**ceiselen** 501:6
505:6
**central** 503:11
**centre** 495:16
497:9 503:3
**certain** 551:19
580:20 662:18
707:3 748:6 760:4
800:16
**certainly** 559:10
**certificate** 810:23
**certification** 822:20
**certified** 495:17,18
528:4 579:24

673:23 822:4,17
**certifies** 780:4
811:5
**certify** 812:12
822:5,12 825:4
**certifying** 822:22
**cetera** 732:10 737:7
**chaikin** 504:8
**chain** 521:19,22
522:2,8 524:13
700:5 705:21
706:1 716:17
803:1
**chairman** 531:2
680:4 694:12
767:2,13 769:24
773:17 777:14
**chance** 528:23
614:2
**change** 579:20
602:22 616:10,15
619:12 637:18
644:19 735:13
758:24 824:3
**changed** 602:19
604:3,11 619:17
742:3 743:2
745:10,11,12
**changes** 509:6
579:11 825:6
**channel** 577:9
**chanxing** 745:11
**chapter** 593:13,15
**characterize**
550:17
**charge** 586:6
758:15 819:19
**charlotte** 501:11
505:16
**chart** 509:4 579:9
579:18 781:11,12
**chartis** 499:18,18
502:23,23 506:6,6
527:3,19
**che** 672:23 691:1
692:11,18,18

Confidential - Subject to Further Confidentiality Review

803:24 804:4,6,7
804:8,11 805:1,20
807:13,14,15,17
808:15,16,22
809:1,11,20 810:6
810:19 811:20
812:6 813:19
815:5,13 817:21
818:15
**cheap** 594:10
**check** 571:17
598:22 644:11
714:21 769:8
819:21
**chen** 498:10,13
527:24 552:13
644:13 755:21
773:1 782:3,7,10
782:20,24 783:4
796:21
**cher** 691:6 803:21
808:15 809:2,15
809:22 810:12
**chief** 515:12,19
516:4 631:2,10,17
756:11
**china** 495:16
498:12 523:8,13
524:1 525:10
568:11 574:4,7
610:23 612:22
613:2 615:6,9
694:2,19 695:13
696:3 734:2
737:20 758:22
762:12 771:4
775:16 783:1
**chinas** 568:11
588:20 644:24
649:2
**chinese** 495:4
507:14,22 508:6
508:12,15,17
509:1,9,16,23
510:6,13,20 511:7
511:15,22 512:6

512:14,22 513:6
513:14,22 514:7
514:15 515:1,10
515:17 516:1,8,16
517:1,8,15,22
518:6,14,22 519:5
519:10,17,22
520:4,9,13,18
521:1,7 522:12,23
525:11 545:21
548:19 551:11
553:14 555:9
557:1,9 565:4
568:24 569:11
572:6 579:6
582:11 583:1
589:6 591:2
592:12 600:9
601:15 603:4
605:5 618:2 620:2
621:2,8 622:12
623:13 624:11
625:10 626:17
628:8 629:12
630:14,23 631:7
631:14 636:7,16
639:6 641:4
642:19 644:14
649:22 650:23
652:7 654:7
655:14 656:14
657:23 659:8
660:24 662:1
663:11 665:5
667:2,12,20 673:2
673:9,20 685:9
686:8,22 687:3,8
687:9,12,19,23
688:1 707:3,5,18
710:15 718:20
721:18 722:3
723:4 724:11
725:11 731:21
736:20 738:8,9
748:18 749:9
754:20 755:2,5

763:11 777:1,3
779:17,21 780:1,8
780:10 781:14
803:23 810:5,23
811:1,2 813:9
814:8,18 816:7,8
816:11,12 818:1,5
818:8,12 819:1
**chris** 525:23 675:4
683:13 699:22
718:23 732:19
734:23
**christopher** 496:7
**cinda** 783:1,1,1
**circle** 496:19 818:2
**circumstance**
616:11 813:19
**circumstances**
607:2 625:15
**city** 550:12,19
551:21,23 552:5
552:10,22 585:10
598:5 604:21
607:7 674:2
753:15
**clarification** 538:7
548:11 552:3
577:21 580:11
610:1 644:22
746:18 747:16
759:11 768:4
769:1 795:20
801:22 804:24
**clarified** 598:11
**clarify** 607:17
673:13 674:16
750:7 757:21,23
761:12 790:10
817:4
**clarifying** 750:23
**clark** 505:20
**class** 613:5
**clause** 593:13
**cleaner** 806:9
**clear** 530:21 544:22
557:10 566:11

611:17 621:1
674:4 680:3
695:14 698:16
699:14 715:4,5
725:24 739:20
742:14 743:9,13
746:11 749:14
752:2 766:7
796:13
**clearer** 730:9
733:20
**clearly** 596:12
816:11
**clem** 713:20 714:4
714:15 717:6
722:8 723:7,14
724:2,7,14,21
725:12
**clients** 645:11
**clinton** 502:20
506:3
**clintondockery**
502:22 506:5
**close** 722:15
**cnbm** 609:19 610:1
610:2,8,11,13
611:19 612:3,12
738:2,13,21 739:4
756:14,17 762:23
763:12,22 764:15
764:24 765:6
766:24 768:21
769:6 771:20
772:2,10 773:1,2
773:3,15,20
776:23 777:10
782:20
**cnbmg** 773:3
**cnbms** 763:14
**cnf** 711:14
**cocounsel** 776:17
**coie** 498:21
**colleague** 587:11
**colorado** 498:22
**colson** 496:18,21,22
**com** 495:24 496:10

496:10,15,21,22
497:5,11,17,17
498:6,13,19,23
499:5,17,17,23
500:6 501:6,17,23
502:5,6,12,17,22
503:5,10 504:5,10
504:19 505:6,11
505:17,23 506:5
506:11,16 803:17
**combine** 769:10
**combined** 568:16
760:15
**come** 576:23
585:15 590:2
595:2 597:17
610:17 671:5
673:10 819:21
820:16
**comfortable** 708:22
**coming** 545:6
632:14 633:5
**commencing**
495:17
**comment** 681:11
**comments** 532:20
613:20
**commission** 825:18
**committee** 496:11
496:16,23 497:6
497:12 498:20
504:6,11 526:5
527:12,16
**common** 719:14
**communication**
598:24
**communities**
505:11
**companies** 538:4
547:22,24 570:16
575:16 616:6
617:1 639:6 747:3
747:8 758:5 760:6
760:11,13 781:13
785:8 819:10,12
819:16

Confidential - Subject to Further Confidentiality Review

| | | | | |
|---|---|---|---|---|
| **company** 497:19 | 643:24 644:17,18 | 579:9,18 | **confusing** 681:15 | **conversation** |
| 498:7,14 499:6,18 | 645:3,18,19 | **compensation** | **confusion** 744:11 | 681:22 714:14 |
| 501:18 502:23 | 646:10 647:20 | 676:23 | **connected** 523:14 | **conversion** 724:11 |
| 503:6 506:6,12,17 | 648:5,7,17 649:2 | **compete** 612:17 | 523:19 771:6,9 | **cooperated** 560:2 |
| 516:11,19 517:5 | 649:5,14,16,17 | **competed** 613:10 | **connection** 674:6 | **coordinated** 496:23 |
| 517:12 523:9,18 | 653:6,21,22,23 | **competing** 617:4 | 693:19 | **copy** 693:8 694:6 |
| 524:2 526:17 | 657:6 680:11 | **competition** 617:8 | **conscious** 680:21 | 697:14,24 698:3 |
| 530:4 541:9,15 | 688:20,22 704:18 | **competitiveness** | **consider** 532:11 | 709:3 712:13 |
| 547:21 548:4,13 | 705:5,15 707:22 | 772:12 | **consideration** | 730:9,21 806:8 |
| 548:15 549:21 | 708:5 709:21 | **competitor** 617:6 | 578:3 596:3 | **coral** 496:20 |
| 550:13,20 551:22 | 714:6,11 715:6 | 751:5 | 664:12 | **corner** 579:22 |
| 551:24 552:1,11 | 716:4 717:16 | **complete** 572:1 | **considered** 634:8 | **corp** 500:7 |
| 552:23 554:14,16 | 723:6,8 725:13 | 698:23 738:8 | **consistent** 615:22 | **corporate** 536:22 |
| 563:19,20 568:11 | 726:14 727:24 | 822:13 | 781:16 | 541:2 761:7 |
| 568:13,14,15,18 | 728:2 729:9,10,14 | **completed** 599:14 | **consolidate** 772:12 | **corporation** 530:18 |
| 568:19,20 570:18 | 729:17 734:21 | 633:16 | **construct** 752:23 | 537:19,24 610:24 |
| 570:20 571:23,24 | 738:18 739:1 | **completely** 732:13 | 753:13 | 795:6 796:11 |
| 572:2 573:2,13,15 | 741:15,24 742:2,5 | 787:5 | **construction** | **correct** 580:9 |
| 573:24 574:1,4,8 | 745:7,16 756:16 | **compliance** 615:18 | 502:18 503:11 | 581:18 582:21 |
| 575:15 576:2,4 | 757:6,8 758:22,24 | 639:18 774:21 | **consumers** 615:22 | 584:14 587:23 |
| 577:4,13 578:5 | 759:1,7,9,12,20 | **complicated** 783:9 | **contained** 794:5 | 592:8 594:4 619:5 |
| 582:6,19 583:22 | 759:21,23 760:5,8 | **comply** 639:11 | **container** 793:24 | 619:6 622:8 625:2 |
| 585:6,11 586:7 | 760:11 762:13 | **composite** 803:11 | 794:4 | 635:4 651:16,22 |
| 587:20 588:20,21 | 765:21 767:17 | **compound** 540:10 | **containers** 794:8 | 654:1 666:10 |
| 588:24 589:24 | 769:3 770:1,3,15 | 540:10 | **containing** 794:1,8 | 674:7 675:16,17 |
| 591:18 592:5 | 771:5,9 772:4,7,9 | **concept** 609:1 | **continue** 576:15 | 675:20 676:12,21 |
| 593:6,9 595:23 | 773:20 774:2,18 | 724:10 739:9 | 668:21 695:22 | 677:2 680:12 |
| 596:7,11,11,14,16 | 774:21 775:17 | **concern** 564:8 | 713:23 798:7 | 682:23 687:7 |
| 596:20,21 597:3,5 | 780:5,16 782:17 | 575:14 614:11 | **continued** 495:15 | 689:13 693:19 |
| 597:7,8,16 598:6 | 782:18,19,23 | **concerned** 765:19 | 497:1 498:1 499:1 | 696:19 703:6 |
| 598:7,18,20 599:5 | 783:2,3 788:16 | **concerns** 564:4 | 500:1 502:1 503:1 | 704:7 707:5,11 |
| 599:7,10,12,16,21 | 789:4 790:24 | **conclude** 582:15 | 505:1 506:1 | 708:11 715:21 |
| 599:23 601:1 | 791:6 795:10 | **conclusion** 535:10 | **continuing** 552:19 | 718:4,8 722:9,16 |
| 602:23,24 603:21 | 799:23 801:24 | 555:2 609:23 | **contract** 524:10 | 723:15 725:3,8,9 |
| 604:21,23 606:8 | 804:21 806:15,18 | **conditions** 812:14 | 789:16,22 792:19 | 726:2,3,6,19 |
| 607:5 608:15 | 810:18 811:5,9,10 | **conference** 556:16 | 793:8 814:19 | 729:5,22 734:21 |
| 609:12 610:11,13 | 811:13 816:8 | 684:6 751:20 | 815:16,18,22 | 735:13 737:11,20 |
| 610:15,16 611:2 | 817:20 818:10 | 752:1 | 816:4,10,24 | 739:7 741:18,24 |
| 611:13 612:3 | 819:17 | **confident** 529:6 | 817:19 818:11,23 | 742:5,17,20,22,24 |
| 615:13 616:21 | **companys** 553:5 | **confidential** 495:12 | 818:24 | 743:1,17,21 744:2 |
| 617:6 619:2,16,17 | 597:1 598:14 | **confidentiality** | **contracts** 816:6 | 744:13,16 745:19 |
| 620:18 627:22 | 602:14 648:6 | 495:13 | **contributed** 551:19 | 751:22 752:15 |
| 629:4 636:11,19 | 759:2 816:5 | **confirm** 582:13 | **control** 760:16 | 753:2,7,18,19 |
| 638:16 639:16,17 | **compare** 736:4 | 610:14 754:24 | 774:24 822:21 | 754:5,7 755:12,13 |
| 640:23 641:9 | **compared** 664:4 | **confirming** 713:19 | **controlling** 597:2 | 756:15,24 757:3,7 |
| 642:7,24 643:9,20 | **comparison** 509:4 | **confused** 808:9 | 738:1,21,24 | 765:14 766:8,12 |

Confidential - Subject to Further Confidentiality Review

766:18 767:3,8
778:6 780:15,19
780:20 784:18,24
785:3,10,12 786:9
786:12,18 787:1,4
787:9,14,17,20
788:8,19 791:12
791:20 792:4,8,12
792:17 795:10,15
798:16,21 800:7
802:3,15,19
805:21,24 806:1
807:12,20 809:2
809:22 810:6,19
811:20 814:23
815:3,16,19,23
817:22 818:2,20
819:1,5 825:5
**corrected** 533:16
**correction** 753:11
757:10 760:2
**corrections** 823:6,8
825:6
**correctly** 651:13
732:11 746:16
753:24
**cost** 663:4
**costs** 753:6,7
768:17
**cotlar** 496:13
**counsel** 525:17
527:15 531:8
532:13 533:22
547:3,11 549:15
555:20 560:1
562:5,19 567:6
575:18 587:6
594:6,22 597:24
613:14 614:15
615:5 637:8
638:12 644:4
648:24 668:17
679:3 694:16
695:4,20 696:10
698:4,13,19
712:13 806:21

811:21
**counsels** 613:20
**countries** 689:19
718:19 719:3,6,10
732:8 737:5
**country** 645:3
718:15 719:18
**couple** 556:15
565:16,21 673:13
752:13 775:11
779:13
**coupleminute**
778:22
**course** 533:11
710:13 755:19
759:7 820:8
**court** 495:1,18
496:2 499:9
525:13,20 526:14
528:4,9,17,22
529:4,8,13 531:24
533:9 535:1,12
540:12 541:7,18
542:16 546:21
549:15 555:4
558:13 560:12
562:20 563:5,13
564:1,7 566:24
567:20 568:2
569:12 571:16
574:15,24 575:13
576:13 578:23
581:9 582:2 588:8
590:1 610:3 612:9
613:13,17 614:4
617:11,21 618:20
619:19 637:7,17
637:20 638:12
641:24 644:4
648:23 668:20
671:4 674:14,20
675:6,24 677:14
678:14,21 679:1
680:20 682:6
684:2,5 686:3,7

690:4,16 692:6,13
694:22 695:19
698:1 699:5
702:12,17,22
703:20 704:6,21
705:9 710:20
712:12 714:23
715:1,10,23 720:8
721:3 722:18
723:23 725:19
726:8 730:17,22
731:14 735:21
736:7 738:4
739:16 740:12,19
741:2,6 745:23
747:20,23 750:18
757:18 758:10,20
760:17 761:2,9,18
764:8,11,20
767:10 770:5
773:10,22 774:6
777:17 778:21
784:5,7 785:17
791:14 794:22
795:1,2 800:9
808:2,7 809:5,8
813:4,12 815:9
816:20 820:12,15
820:21 821:1
822:4,8 823:20
**cpa** 580:4,13,15,19
**created** 674:6
675:14 735:12
737:15 795:16,17
796:6,11
**creation** 674:7
**credits** 795:18,21
795:23 796:10
**cross** 495:8 567:17
695:20
**crossexamination**
542:19 680:23
**crossexamine** 561:4
569:16
**crossexamined**
564:13

**crossnoticed**
525:15 526:15
**cseeger** 496:10
**cube** 793:24 794:8
**currently** 584:9
711:9 784:22
**customer** 704:11
728:16 799:8
800:3,4,7
**customers** 613:16
615:6 645:14
718:20 728:13,19
729:1,11,16 747:5
747:7 772:8 797:8
797:10 799:8,10
799:14,15,16
**cyr** 497:14,17 507:6
527:24 529:11,17
532:9 534:16
535:3,19 538:9,14
540:14,15 541:20
542:20,24 544:15
546:6,15,23
547:15 549:4
552:7,18 553:22
555:13,17 556:10
556:21 557:1,5,17
557:22 558:9
559:22 561:13
562:2,23 563:8
564:20 565:14
566:4,7 567:19,22
568:5 569:4,7,23
570:1,6,9 571:5
571:17,20 572:16
573:19,22 574:13
574:16 576:8,21
577:24 578:11,16
579:1,15 580:14
581:15 582:7
583:10 586:18
587:2,3,8,15
588:11,15 589:15
590:15 591:11
592:21 599:24
600:18 602:1,5

603:14 605:17,20
608:4 610:2,5
611:3,8,18,23
612:2,11 613:23
614:17,21 615:3
617:14,19 618:10
618:16,21 619:21
620:11 621:18
622:22 623:23
624:21 627:3,9
628:18 629:22
631:23 637:1,19
638:9 641:13,17
641:18 642:3
643:4 646:16
650:6 651:9
652:16,18 654:17
655:22 656:3,4,21
658:9 659:15
661:7 662:8
663:18 665:12
666:16 668:13,24
670:8,19,23 674:8
675:3,21 677:12
678:6,10,23
679:12 680:19
681:10,13 683:16
684:1 685:3,23
686:12,18 687:16
687:22 690:2,9
691:7 692:4 693:9
694:4,9 695:17
697:11,19 698:8
699:2,13 700:13
702:3,16,20
703:19 704:5,14
704:20 705:8
706:13 707:23
708:15,19 709:5
710:8 711:24
712:16,20 713:22
714:7 715:9,22
716:11,23 717:24
718:23 720:4
721:5,9,11 722:17
723:16,21 725:14

Confidential - Subject to Further Confidentiality Review

725:18 726:7
727:13 730:6,11
731:13 732:19
734:22 735:2,5,20
736:1 738:3,15,22
739:15,19 740:4,8
740:14,21 745:21
747:22 749:6,11
749:24 750:6,13
750:15 757:16
758:8 761:1,8
763:18 764:7,19
767:9 770:4,20,23
773:6,21 774:4
777:16 782:8
783:18 784:4
785:20 791:13
793:17 794:18
797:17,21 800:8
802:4 806:5 808:1
808:5,17 809:3,23
813:1,15 815:7
816:18 820:24

**D**

**d** 507:2
**daily** 772:15 775:1
**dan** 525:4
**dancigers** 499:8
**darren** 717:5
**datasheet** 511:9
603:7
**date** 495:17 525:7
547:9 549:9,11
550:2 554:3 559:3
561:15 570:2,4
573:3,4 591:22
593:1 601:3 604:6
605:23 606:11,12
623:5 624:24
627:15 629:5
630:1 638:19
652:21 653:15
665:13 676:3
685:17 688:15
707:13 735:11

815:15,18 823:11
825:9
**dated** 521:19,22
522:2,5,9,12,14
524:13 547:14
572:21 583:15,16
590:19 601:2
602:3 619:4
620:20 621:21
623:1 624:2 627:4
628:20 629:24
651:11 654:19
656:23 658:11
659:17 661:10
662:10 663:6
664:20,21 685:13
700:6 705:22
706:2 713:4
716:18 717:3
721:19,21 722:4
803:2 806:13
810:18
**david** 497:8 498:21
527:6 608:19
**davis** 496:13 505:9
527:13,13 558:12
558:15 618:18
698:15 699:14,19
**dawson** 499:8
**day** 622:3 627:14
630:9 677:4
679:22 825:17
**days** 556:16 823:16
**dblack** 498:23
**deal** 535:15 560:20
567:20 569:19
575:20 668:11
670:21
**dealing** 533:20
541:3 561:7
**dealt** 542:18
**debt** 657:13
**december** 556:14
560:7
**decided** 657:14
**decision** 532:17,21

602:22 657:5,7
805:7
**decisionmaking**
774:23
**decisions** 519:7
596:15,18 656:17
**declaration** 694:16
**deemed** 531:22
823:19
**defendants** 499:12
499:24 502:13
505:24 528:1
544:19 546:10
549:6 552:20
553:24 564:24
565:20 569:6
572:18 578:7
583:12 591:13
600:20 605:1
618:12 620:13
621:19 622:24
624:1,23 626:12
629:7 632:1,3,5,6
632:9 634:11,21
635:6,12,19,21
636:2 637:3,6,12
638:11 640:18
641:15 642:14
643:5 650:11,18
652:3 654:3 655:9
656:22 657:17
659:16 661:9
663:6 664:20,21
664:24 666:11,13
666:17,19,21
669:2,10 670:4
684:21 699:7,12
**defendants1** 507:15
545:20
**defendants10**
509:23 591:1
**defendants10a**
510:1 591:5
**defendants11** 510:6
592:11
**defendants11a**

510:9 592:15
**defendants12**
510:13 600:8
**defendants12a**
510:16 600:12
**defendants13**
510:20 511:1
601:14,18
**defendants14** 511:7
603:3
**defendants14a**
511:10 603:7
**defendants15**
511:15 605:4
**defendants15a**
511:18 605:8
**defendants16**
511:22
**defendants17** 512:6
620:1
**defendants17a**
512:9 620:5
**defendants18**
512:14 621:7
**defendants18a**
512:17 621:11
**defendants19**
512:22 622:11
**defendants19a**
513:1 622:15
**defendants1a**
507:17 545:24
**defendants2** 507:22
548:18
**defendants20** 513:6
623:12
**defendants20a**
513:9 623:16
**defendants21**
513:14 624:10
**defendants21a**
513:17 624:14
**defendants22**
513:22 626:16
**defendants22a**
514:1 626:20

**defendants23** 514:7
628:7
**defendants23a**
514:10 628:11
**defendants24**
514:15 629:11
**defendants24a**
514:18 629:15
**defendants25** 515:1
630:13
**defendants25a**
515:4 630:17
**defendants26**
515:10 630:22
**defendants26a**
515:13 631:2
**defendants27**
515:17 631:6
**defendants27a**
515:20 631:9
**defendants28** 516:1
631:13
**defendants28a**
516:4 631:17
**defendants29** 516:8
636:6
**defendants29a**
516:11 636:10
**defendants2a** 508:1
548:22
**defendants3** 508:6
553:13
**defendants30**
516:16 636:15
**defendants30a**
516:19 636:18
**defendants31** 517:1
641:3
**defendants31a**
517:4 641:7
**defendants32** 517:8
642:18
**defendants32a**
517:11 642:22
**defendants33**
517:15 649:21

Confidential - Subject to Further Confidentiality Review

**defendants33a**
517:18 650:1
**defendants34**
517:22 650:22
**defendants34a**
518:1 651:2
**defendants35** 518:6
652:6
**defendants35a**
518:9 652:10
**defendants36**
518:14 654:6
**defendants36a**
518:17 654:10
**defendants37**
518:22 655:13
**defendants37a**
519:1 655:17
**defendants38** 519:5
656:13
**defendants38a**
519:7 656:16
**defendants39**
519:10 657:22
**defendants39a**
519:13 658:2
**defendants3a** 508:9
553:17
**defendants4** 508:12
555:8
**defendants40**
519:17 659:7
**defendants40a**
519:20 659:10
**defendants41**
519:22 660:23
**defendants41a**
520:1 661:2
**defendants42** 520:4
661:24 662:9
**defendants42a**
520:6 662:3
**defendants43** 520:9
663:10
**defendants43a**
520:11 663:13

**defendants44**
520:13 665:4
**defendants44a**
520:16 665:7
**defendants45**
520:18 667:1
**defendants45a**
520:21 667:5
**defendants46** 521:1
667:11
**defendants46a**
521:4 667:15
**defendants47** 521:7
667:19
**defendants47a**
521:10 667:23
**defendants5** 508:15
568:23
**defendants6** 508:17
572:5
**defendants6a**
508:20 572:9
**defendants7** 509:1
579:5
**defendants7a** 509:4
579:9
**defendants8** 509:9
582:24
**defendants8a**
509:12 583:4
**defendants9** 509:16
509:19 589:5,9
**deference** 680:24
**define** 798:23,24
**defined** 552:14
694:14 755:24
782:21
**definition** 644:11
714:21 785:4
**deliberations**
595:11
**delivered** 746:24
**demand** 577:2
**denegre** 501:14
506:8
**denver** 498:22

**department** 507:18
546:1 547:19
640:12,13 649:3,4
649:12 664:10,16
701:9 767:1
**departments**
647:20
**deponent** 528:7
825:2
**deposed** 709:8
**deposing** 823:16
**deposition** 495:15
525:9 531:7,11
532:1,22 533:6
534:18 541:23
545:19,23 548:17
548:21 553:12,16
555:7 556:15
568:22 572:4,8
579:4,8 582:23
583:3 589:4,8
590:24 591:4
592:10,14 600:7
600:11 601:13,17
603:2,6 605:3,7
608:16,20 617:24
618:3 619:24
620:4 621:6,10
622:10,14 623:11
623:15 624:9,13
626:15,19 628:6
628:10 629:10,14
630:12,16,21
631:1,5,8,12,16
636:5,9,14,17
641:2,6 642:17,21
649:20,24 650:15
650:21 651:1
652:5,9 654:5,9
655:12,16 656:8
656:12,15 657:21
658:1 659:6,9
660:22 661:1,23
662:2 663:9,12
665:3,6 666:24
667:4,10,14,18,22

670:2,6 674:11
678:4 679:19
680:12 683:2,24
693:2 697:22
700:4 705:20,24
708:13 713:3
716:16 721:17,20
730:5,7,24 734:12
748:16,19 762:11
771:3 775:15
777:7 781:2
783:14 789:15
798:3 802:24
821:9 822:5,13
823:4,12,17,19
**depositions** 545:16
683:19
**deps** 495:24
**deputy** 585:17,23
586:5 587:19
660:2 701:10
765:16
**describe** 548:8
549:24 551:13
554:4,8 562:8
563:9 568:6
570:11 576:22
577:17 586:2
588:17 594:5
595:7,17 597:22
615:4 637:14
640:6 644:3
647:24 648:12,22
659:22 662:12
683:16 751:4
**described** 642:14
643:13 660:11
689:11 752:21,22
**describes** 555:23
689:2 753:1
**description** 507:12
567:24 568:9
689:1
**descriptions** 519:2
655:18
**designated** 541:6

**detailed** 664:12
819:17
**details** 819:20
**determined** 578:2
657:10
**deutsch** 506:13
**develop** 608:2
**dgraf** 502:17
**dial** 499:20 502:9
**didnt** 532:15
556:18 613:24
614:6 668:10
681:20 684:11,20
692:6 697:20
702:13 735:7
744:22 805:18,23
816:22
**difference** 615:23
664:3,7 794:14
797:21 799:22,24
**differences** 556:3
746:20
**different** 596:3,15
609:2 637:14
663:23 730:12
736:16 737:24
742:9 787:23
790:13 799:15,18
**difficult** 531:19
**difficulties** 719:7
**difficulty** 533:18
598:13
**dig** 776:17
**digest** 719:17
**digits** 787:13,16
**diligently** 596:10
**diplomate** 495:18
822:4,17
**direct** 533:13
541:21 549:5
567:18 573:5
579:21 581:1,19
582:8 587:24
589:16 590:18
592:22 593:11
594:18 595:19

Confidential - Subject to Further Confidentiality Review

| | | | | |
|---|---|---|---|---|
| 600:1 601:5,10 | discussed 557:23 | 559:9 560:6,14,19 | 688:13 690:8,12 | 554:13,16,23 |
| 602:16 604:24 | 595:23,24 596:6 | 561:1,4,8,14,19 | 691:11 692:2 | 563:20 568:19 |
| 605:21 606:19 | discusses 726:13 | 562:16 563:10 | 693:18 694:6,8,11 | 570:17 581:5 |
| 613:22 638:18 | discussing 725:12 | 564:3,6,9,11,12 | 697:7 698:3 699:6 | 593:22 594:3,8,16 |
| 651:17 822:21 | 788:15 804:19 | 564:14,15,17,18 | 699:23 702:10 | 596:5 619:16,17 |
| directing 583:23 | discussion 575:8 | 566:12,16,22 | 707:9 708:2 | 740:16 741:17,23 |
| directly 595:13 | 595:16 644:12 | 567:5,9,14 568:1 | 712:17 722:10 | 742:1,11,19,24 |
| director 518:10 | 645:15,16 682:13 | 568:24 569:10,11 | 731:19,20 732:16 | 769:4 771:18 |
| 530:1 584:6,10 | 700:16 | 569:17 570:3,4,11 | 733:4 735:16 | dongxin 508:1,20 |
| 585:9 598:7 | discussions 595:11 | 570:12,13,24 | 737:16,19 748:17 | 509:19 510:1,10 |
| 652:11 653:12 | 596:2 796:7 | 572:6,22 579:6,17 | 749:10 751:17 | 511:1,12 512:9,17 |
| 680:7,8 701:10,10 | distance 648:7 | 581:14,24 583:1 | 752:13,22 753:21 | 513:1,9,17 514:1 |
| 745:4,14,17 746:7 | distributed 697:2 | 583:18 589:6,21 | 754:7 755:12 | 514:10,18 516:11 |
| 765:17 768:11,15 | 703:17 704:4 | 590:21 591:2,16 | 760:13 763:13 | 516:19 522:17 |
| 768:16 | distributor 804:16 | 592:12 593:4 | 771:23 783:6 | 523:5 530:5,9,11 |
| directors 511:10 | district 495:1,1 | 600:3,9,23 601:7 | 785:22 793:18,20 | 530:16,18,23 |
| 514:3,12,20 530:2 | 496:3 525:12,13 | 601:15 602:8,12 | 804:15,18 809:9 | 531:3 542:13 |
| 531:3 537:10,13 | 525:21,22 | 603:4,18 604:7 | 815:1 817:8,12,16 | 547:20 548:23 |
| 584:1,10,19 | divided 753:16,17 | 605:5,23 611:6 | documents 507:19 | 549:22 550:7 |
| 585:10 588:23 | dkslaw 506:16 | 618:1 620:2 621:8 | 544:17 546:1 | 551:1,17 553:3 |
| 598:8 603:8 604:4 | dockery 502:20 | 621:24 622:12 | 558:20 559:6,12 | 563:19 572:10 |
| 604:11,15,19 | 506:3 | 623:6,13 624:4,11 | 563:22 565:3,8,16 | 573:2,9,12 577:1 |
| 626:8,22 627:13 | document 507:14 | 625:3 626:17 | 566:2,9 567:2,3 | 578:5 580:7,17 |
| 627:21,24 628:1 | 507:21 508:5,11 | 627:4,10,19 628:8 | 571:1,6 608:7 | 581:23 582:5 |
| 628:13 629:3,17 | 508:14,17 509:1,8 | 628:23 629:12 | 632:10 643:17 | 583:22 585:5 |
| 630:8 632:12 | 509:15,22 510:5 | 630:3,14,23 631:6 | 650:8,11 670:16 | 586:9 587:22 |
| 633:18 634:24 | 510:13,20 511:6 | 631:14 634:22 | 679:24 680:2 | 589:10,23 591:6 |
| 635:10 653:4,13 | 511:15,22 512:5 | 635:18,18,23 | 684:10,12,17 | 591:18 592:5,7,17 |
| 744:8,13,16,20,21 | 512:13,21 513:6 | 636:1,7,15 637:8 | 697:14,20 698:18 | 593:9 595:4,5,22 |
| 744:24 745:1,8,14 | 513:14,22 514:6 | 638:13 640:21 | 751:7 | 596:7 597:1,3,15 |
| 750:3 766:2 | 514:15 515:1,9,16 | 641:4 642:4,19 | doesnt 542:22 | 597:19 598:7,18 |
| 767:14,15 772:9 | 516:1,8,15 517:1 | 649:22 650:16,23 | 550:15 570:24 | 598:20 599:9 |
| 784:17 | 517:8,15,21 518:5 | 651:20,23 652:7 | 574:22 669:20 | 601:1,19 602:19 |
| directs 574:17 | 518:11,13,19,21 | 652:12,22 653:3,5 | 674:9 695:4 | 602:23 603:9,21 |
| disadvantage | 519:4,9,17,21 | 653:15 654:7,13 | 735:19,22 757:19 | 604:23 620:6,18 |
| 555:21 | 520:3,8,13,18 | 655:14,24 656:9 | 768:14 777:18 | 621:12 622:16 |
| disagree 773:16 | 521:1,6 522:22 | 656:14 657:4,23 | 791:14 793:18 | 623:17 624:15 |
| disagreement | 545:21 546:8,11 | 658:17 659:8,19 | 798:4 809:24 | 626:21 627:22 |
| 773:18 | 546:14 547:5,10 | 660:24 661:16 | doing 567:23 677:9 | 628:12 629:3,16 |
| disagrees 547:11 | 547:13,17,18 | 662:1,13 663:11 | 677:22 723:2 | 636:11,19 638:23 |
| 774:1 | 548:19 549:9,16 | 665:5,24 667:2,12 | 725:2,7 751:7 | 639:11,17 640:1 |
| discharge 793:15 | 550:3,5 553:14 | 667:20 670:1,5 | 820:17 823:10 | 640:23 653:1,24 |
| disclosed 571:2,15 | 554:3,5,19 555:9 | 673:18 674:5,5,10 | dollars 793:14 | 658:14 661:12 |
| 683:23 | 555:19,23 556:7 | 675:13 676:4,4 | domestic 732:6 | 725:12 726:1 |
| discovery 532:2 | 556:13 557:2,10 | 683:10,21 685:1,6 | 737:3 | 728:1,3 731:2,9 |
| discuss 625:16 | 557:14,24 558:7 | 687:17,24 688:2 | donglian 523:17 | 748:23 749:22 |

Confidential - Subject to Further Confidentiality Review

786:8 788:16
792:2,16
**donohue** 501:15,
506:9
**dont** 533:4 534:3
534:12 537:22
550:10 552:9
555:18 557:1
559:4 560:8,8,20
563:24 565:16
567:8 573:20
574:18 576:7
581:11 586:24
595:9 608:24
643:16 647:9
669:8 670:13
674:14 675:3
678:21 679:9
680:16 681:7
682:4 684:3
685:15,16,16
687:11 688:23
691:8 692:21
694:21 700:24
701:16 702:15
703:2 706:21,23
706:24 707:10,12
710:1 711:20
712:7 713:12,16
714:12 715:12,13
715:15 716:7
723:9 724:3,12
734:1 735:16
736:12 738:23
739:8,16 740:20
740:23 741:19
743:8 744:23
745:24 747:14
752:6 755:2 757:1
757:16,23 760:21
761:12 763:24
766:19 769:22
776:17 777:19
778:7 783:4
785:13 788:9
790:18 793:21

794:10,13 795:12
796:12 797:13
798:17 803:19
805:18 809:10,11
811:6 812:17
816:21 817:9
818:7,21 819:16
820:4,19 821:1
**doryk** 502:15
**dot** 733:22
**double** 681:14
**dragon** 616:18,19
**drawn** 737:19
**drive** 500:4 503:8
504:13
**drywall** 495:5
525:11 539:1,6,11
539:16,21 540:2,6
540:18 543:3,11
543:17,23 544:5
544:11 577:3
612:18,21 613:1
613:15 615:7,8
617:5,10 694:1,18
695:13 696:2,7,15
696:21 697:2
703:17 704:4,18
705:6 711:18
714:23,24 715:7
715:20 716:5
719:20 746:14
747:19,20,21
748:6 751:5
757:14 764:17
776:9 777:1,12
793:13 794:1,15
794:16 797:24
798:5,10,14,19,20
798:21 800:23,24
**duly** 528:13 822:5
822:8
**dun** 689:8 780:6
801:3,3,6,6,8,9,12
801:15 802:9,14
802:15 804:17,19
805:3,12 811:12

813:21,23 814:1
818:17 819:1,5,7
819:11,14 820:3
**duplass** 501:19,23
**duration** 640:14
**duties** 586:3

---

**E**

**e** 496:2 497:9
501:15 506:9
507:2,11 732:8
737:6 822:1,1
824:1
**earlier** 681:20
701:13 703:16
704:3 738:13
745:4 746:12
766:15 796:6
800:13
**earliest** 660:15
747:3
**early** 560:7 646:18
646:22 647:4
666:8 677:3
698:20
**earned** 577:6
**easiest** 783:15
**east** 495:16 499:3
502:4 648:3
726:15
**eastern** 495:1 496:3
525:13,22
**editorial** 614:14
**effect** 814:22
815:15
**effectively** 668:17
**effectiveness**
812:12,13
**efficiency** 597:5
**efficient** 547:4
**efficiently** 542:2
646:12
**eidson** 496:18
**eight** 616:2
**eiselen** 501:3 505:3
**either** 535:7,21

536:2,12,16,17,21
537:1,5,9,18,23
538:3,15,19,23
539:4,9,14,19,24
540:5,17 543:2,11
543:16,22 544:4
544:10 556:23
566:17 586:15
595:13 609:5,13
679:11 751:2
777:2
**eldon** 496:2 525:20
**elect** 743:24
**elses** 655:2
**email** 521:19,22
522:2,5,8,11,14
524:13 700:5,21
701:23,24 703:14
705:21 706:1
707:13 711:2,4
713:4,11,20 714:4
716:17 717:1,5
721:18,21 722:4,7
722:24 723:5,14
724:2,4,6 725:10
726:13 786:15,16
788:8 803:1
**emails** 698:21
803:14
**emanuel** 499:14
502:20 506:3
527:18
**employee** 550:24
554:11 568:12,17
701:19,20,22
703:4 704:9
706:22
**employees** 537:10
537:14 551:17
563:18 640:8,9
646:2 647:7,11,19
677:5,8,22 682:20
707:3 709:21
716:4 819:19
**enable** 772:10
**energy** 497:9

**engage** 535:7
**engaged** 586:4,4
**engineer** 768:10
**english** 608:23,24
670:12,16,20
671:1 685:10,16
687:13 700:24
702:5 703:2,3
706:23 710:12
723:12 724:10,11
731:21,23 736:22
748:13 763:12
777:2 779:23,24
780:2,3 781:12,13
788:9 804:14
806:11 809:24
810:10 811:6,8
812:17 814:6
**enhance** 772:11
**enhanced** 772:6
**enjoy** 645:5,21
796:15
**enjoyed** 797:3
**enjoys** 797:7
**enter** 566:1 616:13
616:14
**entered** 609:6,14
647:12
**enterprises** 501:24
**entire** 523:16
607:21 690:14
771:7
**entirety** 787:11
799:3
**entities** 527:5
**entitled** 593:15
**entrusted** 660:2,6
**entrustment** 805:9
**entry** 582:10,10
**envelope** 785:7
**equipment** 649:14
662:19 666:1,6,7
**equity** 523:16
576:24 771:7
772:3
**errata** 823:7,11,15

Confidential - Subject to Further Confidentiality Review

825:7
ervin 496:18,21
  526:7 576:16
  783:23 784:13
especially 818:10
esquire 496:7,8,13
  496:18,19 497:3,9
  497:14,15 498:3
  498:10,10,17,21
  499:3,8,14,15,21
  500:4 501:3,9,15
  501:20 502:3,3,9
  502:15,20 503:3,8
  504:3,8,13,17
  505:3,9,14,20
  506:3,9,14
essence 804:18
establish 645:18
  664:8 759:22
established 643:23
  644:1,5 646:6
  647:21 759:5,13
  760:7 766:15
  789:2
establishing 796:15
establishment
  541:16 644:6
  646:7,14
et 732:9 737:7
eugene 498:10,13
  527:24 671:7
evaluation 649:8
  664:15
evans 499:2
event 583:16
everybody 546:18
  567:1 671:13
everyones 542:9
evidence 564:23
  565:19 566:13
  679:8
exact 701:16
  735:18 800:14
exactly 613:21
  673:5 736:6 752:6
  818:7

examination
  529:15 541:21
  672:5 784:9
examined 528:13
  728:17
example 545:2
  732:8 737:6
  761:15,16 801:17
exception 566:18
exchange 559:1
  594:13 597:20
  714:4 717:5
exchanged 698:20
exclude 561:6
exclusive 760:8,10
  780:6 812:15
exclusively 694:2
  694:19 695:13
  696:2
exclusivelyowned
  759:23
excuse 555:24
  562:2,3,23 570:21
  574:12,16 685:24
  686:12 688:4
  694:4 706:13
  711:24 735:2
  740:4,4 769:6
executive 495:15
  503:8 515:13,20
  516:4 586:15
  631:3,10,18
executives 553:5
  588:24 653:21
exempt 645:4,9
exemption 645:22
exemptions 796:10
exhibit 545:3,3,20
  545:23 546:10,19
  548:18,21 549:6
  552:20,20 553:13
  553:16,24 555:8
  555:15 568:7,23
  569:6 572:5,8,18
  578:9,11,15 579:5
  579:8 582:24

583:3,12 589:5,8
589:17 590:17
591:1,4,13 592:11
592:14,23 600:2,8
600:11,20 601:11
601:14,17 603:3,6
603:16 605:1,4,7
618:1,4,19 620:1
620:4 621:7,10,20
622:11,14,24
623:12,15 624:1
624:10,13,23
626:13,16,19
628:4,7,10 629:11
629:14 630:13,16
630:22 631:1,5,9
631:13,16 632:3,5
632:6,9,19 634:11
635:13,19 636:2,6
636:9,14,18
637:12 641:3,6
642:1,18,21 643:6
649:21,24 650:12
650:22 651:1
652:3,6,9 654:3,6
654:9 655:1,9,13
655:16 656:3,13
656:15,23 657:18
657:22 658:1
659:7,9 660:23
661:1,9,24 662:2
663:6,10,12,24
664:20 665:4,6
667:1,4,11,14,19
667:22 672:15
673:15 683:3,14
692:24 693:3
700:5 705:21,24
706:10 710:5,24
711:22 712:24
713:4 716:17
721:2,18,20 731:1
731:7,9 732:2
734:10,13 735:18
736:4,11 737:11
748:17,20 749:14

750:9 762:12,21
771:4 775:16
776:1,22 779:14
781:3 785:15,18
785:19 786:1,14
787:8 788:2,5,14
788:17 789:8,16
791:10,22 792:7,8
792:10,15,20
793:1,8 802:12,22
803:1,11 806:3,4
807:19 808:9,14
809:16 810:14,22
818:16,20,22,23
819:3
exhibits 544:19,20
  544:24 547:1
  564:24 565:20
  632:1 642:11
  683:18 698:12
  720:23 750:5
existence 723:1
  792:23 793:2,8
  795:5
expect 567:17
  713:12
expectation 540:7
expense 753:8
experience 717:10
expert 768:9 769:9
expires 825:18
explain 558:16
  564:17 567:13
  575:21 613:13
  687:4 688:9,13
  758:18 778:8
  812:21 813:3,5,11
  813:15
explained 797:13
  800:13
explaining 567:11
explains 760:9
explanation 581:13
  586:11 702:15
export 726:23
  727:24 728:3

729:21 732:5,7
737:2,4 782:18
exported 727:18
  776:10
exporting 717:7,10
extent 619:11
exterior 501:6
  505:6
extraordinary
  523:2 748:21
  749:20 751:12
eyeballs 774:11

———— F ————
f 500:4 822:1
facility 660:10
  664:2,4
fact 559:20 565:15
  569:10 668:8
  679:5 680:22
  730:1 735:9 755:1
  778:3,6 805:11
factors 596:3
factory 648:10,13
  648:15,16
factually 535:16
fail 823:18
fair 678:5 679:24
  680:6 689:21
  713:17 731:12
  736:7,8
faithfully 702:2
  723:6 786:24
fallon 495:5 496:2
  525:20
false 727:3
familiar 587:13
  643:19
familiarity 606:14
familiarize 750:22
family 608:22
far 689:18 719:1
  759:19 763:9
  765:23 782:12
  801:1 802:6
favorable 645:6,21

Confidential - Subject to Further Confidentiality Review

fax 495:23
february 524:14
  652:21 654:19
  659:17 661:10
  662:10 663:7
  664:20,22 701:18
  803:2
federal 496:2,23
fee 607:15,20
feedback 711:9
feel 615:23
feet 689:6,6,7,7,7
fengqin 653:20
  655:7
fgd 644:19 796:21
  796:22 797:1
fifteen 761:20
fifth 514:19 629:16
  630:7 745:14
figure 660:17
figures 581:17
final 545:10 787:19
finalize 711:7
finally 596:4
  703:14
finance 507:18
  546:1 547:19
  768:11,15,16
financial 517:4,11
  520:21 521:9
  523:21 638:22
  639:13 640:12,12
  640:22 641:7
  642:22 657:15
  667:5,23 669:12
  760:23 761:6
  762:23 763:15,22
  764:4,6,16,18
  765:2,7,8 766:22
  767:1,7 768:1,7,9
  768:20 769:9,10
  769:15,16 770:2
  771:11
find 556:22 673:3,9
  676:3 712:17
  734:22 736:10

759:6 761:20
  776:14
finding 700:2
fine 545:17 574:24
  576:18 614:17
  685:11 783:22
  819:24
fingerprint 800:18
finish 812:22
finished 670:9
  671:14 719:23
finishers 503:11
fireman 501:17
  506:11
firm 504:2,17 580:1
  580:4,6,13,16,19
  639:1,3,9,21
  642:13 643:12
  673:19,24 674:1,3
  675:14,19 676:6,8
firms 639:13 640:3
first 528:20 530:7
  530:14 533:23
  549:13 572:20
  579:23 581:20
  582:9 583:24
  584:6 606:4,10
  623:4 624:3 627:6
  627:7 628:21
  630:2 644:1 647:2
  647:6 649:1
  652:19 658:12,16
  660:3 669:19
  673:17 685:22
  686:5 687:6
  688:12 689:11
  717:7 721:4,4,6
  724:15 730:5
  733:16 754:3
  787:13 788:13,14
  791:7,9 792:15
  808:24 810:24
  817:12
fishbein 497:2
five 588:9,13
  604:12,15 616:12

699:20 744:12,16
  778:19
fiveminute 778:17
fiveperson 743:24
fix 558:8
floor 498:4,11
  499:15 501:4
  502:21 503:4
  505:4 506:4 699:8
florida 496:20
  498:18 502:4,16
  503:9,11 504:9,14
  539:10 543:19
  683:12 793:16
  794:2
focus 765:21
folders 699:9
folks 695:23 820:17
follow 556:8
following 547:22
  632:1 650:10
  772:2
follows 528:14
  568:10 711:12
followup 779:14
foot 793:24
force 812:11 814:4
foregoing 822:20
  825:4
forgot 610:7 619:22
  708:14 738:14
  795:1
form 517:19 531:13
  531:16,20,20
  533:10,14 534:22
  549:17 568:14
  612:8 650:2 691:7
  778:11,12 783:11
  825:6
formed 568:18
  695:11 701:14,15
  797:11
fort 504:14
forth 527:8 698:21
  726:16 822:10
forward 575:24

721:13
found 599:1 703:14
  707:17 712:21
  785:20
foundation 540:22
  541:14 555:3
  566:12
foundational
  586:23
four 588:13 616:6
  699:18 745:13
  787:13
fourth 514:10
  628:12 629:1
frame 692:20 708:2
  743:23 780:13
frank 497:15,17
  527:23 702:2
  713:20 714:4,15
  717:6 722:8 723:6
  723:7,14 724:2,7
  724:12,12,14,21
  786:24
franklin 499:3
frankly 559:7
freeway 505:9
friscia 503:7
front 619:11
  673:14 710:6,24
  712:15 735:1,3
  776:22 802:13
ft 502:4
fu 653:17,19 655:6
fulfill 644:7
fulford 502:14
full 534:3 559:4
  822:13
fulmer 502:2
fulmerleroy 502:5
  502:6
function 588:18
fund 501:17 506:11
  599:4
funding 577:9
  675:15
fundings 577:5,7

577:10
further 495:12
  758:18 772:11
  812:21 813:3
  822:12
future 596:7

---

**G**

g 773:8
gables 496:20
gain 767:21
gainsben 497:11
gainsburgh 497:8
galloway 501:3
  505:3
gang 691:1 692:11
  692:18,18 803:24
  804:5,6,7,8,11
  805:2 807:13,14
  807:15,17 808:16
  808:16,22 809:1
  809:11,20 810:6
  810:19 811:20
  812:6 813:19
  815:5,13 818:15
gangs 817:22
garner 505:19
gender 598:11
  607:17 790:10
general 508:21
  509:12 511:3,19
  523:3 530:2,8,15
  530:22 542:12
  572:11 583:5,21
  584:12,13,24
  585:5,17,23 586:5
  587:19 597:24
  601:20 605:9
  615:10 634:13
  646:23 653:9,11
  660:2 680:5,8
  694:12 719:14
  747:6 748:21
  749:20 751:13
  765:16 811:11
  819:18

Confidential - Subject to Further Confidentiality Review

generally 531:18
  562:8
geographical
  612:21 613:1
george 496:8 526:2
  691:16 694:7
  730:4,8 733:6
  763:5 770:22
  772:18 782:15,22
georgia 499:22
  502:11
gerald 497:9
germano 526:12,18
gerry 526:24
getting 741:5
give 528:18 578:24
  614:1 679:7
  682:18 684:14
  693:22 695:5
  698:3,13,24
  699:12 709:4
  712:4,16 749:9
given 533:21
  599:10 699:4,7,15
  699:17 736:2
  822:14 825:5
giving 703:23
  709:24 711:16
gjtbs 501:6 505:6
glance 594:22
global 524:7 781:4
glossary 610:22
  738:12 781:14,24
  783:3
gmeunier 497:11
go 542:22 561:9
  566:12 567:21
  569:14,20 571:12
  574:13 635:20
  637:3,15 640:9
  650:7 673:13
  675:4 676:14
  678:16 686:24
  689:24 690:20
  695:17 702:11
  711:22 712:18,18

721:13 728:16
732:17 737:16
738:14 750:15
753:20 768:22
769:16 770:23
791:22 792:14
798:8 802:4
810:21 812:2,4
818:16 819:22
821:2,3
goes 724:21 734:5
going 534:1,6,9
  536:6,8 547:8
  549:8 551:14
  554:15 558:3,16
  559:1,9,13,17
  560:13 562:14,16
  564:9 566:3,7
  569:8 573:14
  574:20 575:5,24
  576:1,6,7 588:12
  590:5 594:24
  608:5 614:21
  637:23 638:6
  643:15 650:7,8
  651:12 668:7
  671:13 672:2,14
  678:15 681:17
  683:8 688:8 695:3
  697:7,21 699:24
  706:8 714:14
  717:2 720:11,20
  720:23 730:1,11
  730:13 731:23
  736:17 740:13
  742:15 748:12
  749:8 753:5
  754:13 761:23
  762:21 778:24
  779:9 791:16
  804:17 806:7
golkow 495:17,23
  495:24 525:5
  822:3,16
gonima 803:16
  804:20

gonimaconstruct...
  803:17
gonzalez 496:18
  507:8 526:6,7
  531:12,16 534:21
  540:9,21 541:13
  554:24 563:12,16
  563:21 566:10
  576:18 581:7,24
  609:22 612:7
  614:9 641:21
  642:2 674:12
  740:3,6,10,22
  741:1,4 784:6,11
  784:13 785:19,24
  786:5 789:11,21
  790:15 791:21
  793:4,6,22 794:6
  794:20,24 795:4
  795:22 796:2,4,17
  797:15,20 798:12
  800:21 802:2,11
  802:21 803:8,13
  804:6,8,10 805:5
  806:7,10,23 807:4
  807:5,23 808:4,11
  808:13,20 809:7
  809:13 810:3,8,13
  812:1,5 813:7,13
  814:5,10,14
  815:11 817:1,3
  820:10,14,19
good 526:6,10,20
  529:18 546:21
  557:5 576:20
  578:18 672:8
  750:16 770:23
  784:12
goods 689:1
gotcha 750:11
  756:3
government 552:6
  796:8
graf 502:15
grant 503:4
great 577:4 617:3

672:21 699:2
greenberg 498:16
  526:4
greet 790:22
groot 503:10
group 523:23 526:9
  527:20 550:23
  574:10 576:4,5,10
  610:24 684:8
  703:5,6,8,11
  771:13 772:11
  773:2,3,7 782:5,7
  786:24
gtlaw 498:19
guarantee 606:21
  607:1,13,15,20,21
  607:22
guaranteed 597:14
guarantor 607:11
guess 567:22
  668:11
guesses 820:5
guidance 562:19
  680:1
guide 756:19
gunn 499:20 502:8
guobiao 561:23
gypsum 497:18
  498:6,13 510:17
  511:18 512:2
  517:5,12 527:22
  528:2 529:19,22
  542:13 577:4
  586:7 587:20
  588:7 600:13
  602:20,23 604:11
  605:8 606:7 607:5
  607:10 608:10
  609:6,14,20 610:9
  612:5,13,16,20,24
  613:10,15 615:7
  615:13 617:5
  618:6 619:2,15
  625:8,20 626:10
  628:19 633:24
  634:1 638:15,22

639:4,10,24 641:8
642:7,23 643:9
644:17,20 645:1,5
646:19 647:18
648:4,6,17 649:14
649:16,17 650:12
651:10 665:19
689:3,20 694:13
694:14 711:4,12
715:13 717:7
718:13,18,19
719:4,15,16
726:23 728:1,5,11
728:23 734:21
735:10 747:4
760:7 767:17
769:3 770:15
772:5,13 797:1,2
799:6,9,21 802:9
805:10,12 814:1
gypsumboard
  704:13

---

### H

h 501:23 507:11
hadnt 674:21
half 585:21 597:10
  598:4 644:1
  718:12 746:8
hand 697:13 741:5
  749:18 762:22
  775:24 781:10
handed 687:18
handing 611:6
  694:7 697:15
  749:10
handle 695:20
  773:18,23
handled 647:8
hangzhou 728:20
  728:22 729:12
happen 558:1
  587:4 655:4
  662:24
happened 598:3
happens 593:14

Golkow Technologies, Inc. - 1.877.370.DEPS