# EXHIBIT B



Transcript of the Testimony of:   **Tongchun Jia**

01/10/2012

Chinese Drywall

Confidential - Subject to Further Confidentiality Review

```
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2

 3    _____     § MDL NO. 2047
      IN RE:                     §
 4    CHINESE-                   § SECTION: L
      MANUFACTURED               §
 5    DRYWALL PRODUCTS           § JUDGE FALLON
      LIABILITY                  §
 6    LITIGATION                 § MAGISTRATE
                                 § JUDGE WILKINSON
 7    _____

                    -   -   -
 8

         CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
                    -   -   -
10
                 January 10, 2012
11
                    -   -   -
12
          CONFIDENTIAL - SUBJECT TO FURTHER
13              CONFIDENTIALITY REVIEW
14                  -   -   -
15          Continued videotaped deposition of
      TONGCHUN JIA, held at the Executive
16    Centre, Level 3, Three Pacific Place, One
      Queen's Road East, Hong Kong, China,
17    commencing at 8:57 a.m., on the above
      date, before Linda L. Golkow, Certified
18    Court Reporter, Registered Diplomate
      Reporter, Certified Realtime Reporter and
19    Notary Public.
                    -   -   -
20

21

22          GOLKOW TECHNOLOGIES, INC.
       877.370.3377 ph | 917.591.5672 fax
23             deps@golkow.com
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    BEFORE:
            HONORABLE ELDON E. FALLON
 2          UNITED STATES FEDERAL COURT -
            EASTERN DISTRICT OF LOUISIANA
 3
 4    APPEARANCES:
 5
 6       SEEGER WEISS LLP
         BY:  CHRISTOPHER A. SEEGER, ESQUIRE
 7       BY:  SCOTT A. GEORGE, ESQUIRE
         One William Street
 8       New York, New York 10004
         (212) 584-0700
 9       cseeger@seegerweiss.com
         Sgeorge@seegerweiss.com
10       Representing the Plaintiffs'
         Steering Committee
11
12       HERMAN HERMAN KATZ & COTLAR, LLP
         BY:  LEONARD A. DAVIS, ESQUIRE
13       820 O'Keefe Avenue
         New Orleans, Louisiana 70113
14       (504) 581-4892
         Ldavis@hhkc.com
15       Representing the Plaintiffs'
         Steering Committee
16
17       COLSON HICKS EIDSON
         BY:  ERVIN GONZALEZ, ESQUIRE
18       BY:  PATRICK S. MONTOYA, ESQUIRE
         255 Alhambra Circle
19       Penthouse
         Coral Gables, Florida 33134
20       (305) 476-7400
         Ervin@colson.com
21       Patrick@colson.com
         Representing Plaintiffs' Steering
22       Committee in the Federal and State
         Coordinated Actions
23
24    APPEARANCES (CONTINUED):
```

Confidential - Subject to Further Confidentiality Review

```
 1
        LEVIN, FISHBEIN, SEDRAN & BERMAN
 2      BY:  ARNOLD LEVIN, ESQUIRE
        510 Walnut Street
 3      Suite 500
        Philadelphia, Pennsylvania 19106
 4      (215) 592-1500
        Alevin@lfsblaw.com
 5      Representing the Plaintiffs'
        Steering Committee
 6
 7
        GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 8      & WARSHAUER, L.L.C.
        BY:  GERALD E. MEUNIER, ESQUIRE
 9      2800 Energy Centre
        1100 Poydras Street
10      New Orleans, Louisiana 70163
        (504) 522-2304
11      gmeunier@gainsben.com
        Representing the Plaintiffs'
12      Steering Committee
13
14      HOGAN LOVELLS US LLP
        BY:  JOE CYR, ESQUIRE
15      BY:  FRANK T. SPANO, ESQUIRE
        875 Third Avenue
16      New York, New York 10022
        (212) 918-3000
17      joe.cyr@hoganlovells.com
        frank.spano@hoganlovells.com
18      Representing Taishan Gypsum Co.
        Ltd. and Taian Taishan
19      Plasterboard Company Ltd. and the
        Witness, Tongchun Jia
20
21
22
23
24      APPEARANCES (CONTINUED):
```

Confidential - Subject to Further Confidentiality Review

```
 1
          HOGAN LOVELLS
 2        BY:  ALLAN LEUNG, ESQUIRE
          11th Floor, One Pacific Place
 3        88 Queensway
          Hong Kong
 4        (852) 2219 0888
          allan.leung@hoganlovells.com
 5        Representing Taishan Gypsum Co.
          Ltd. and Taian Taishan
 6        Plasterboard Company Ltd. and the
          Witness, Tongchun Jia
 7
 8        HOGAN LOVELLS INTERNATIONAL LLP
          BY:  EUGENE CHEN, ESQUIRE
 9        BY:  JIENI JI, ESQUIRE
          18th Floor, Park Place
10        1601 Nanjing Road West
          Shanghai, China 200040
11        (86 21) 6122 3800
          eugene.chen@hoganlovells.com
12        Representing Taishan Gypsum Co.
          Ltd. and Taian Taishan
13        Plasterboard Company Ltd. and the
          Witness, Tongchun Jia
14
15        GREENBERG TRAURIG, LLP
          BY:  HILARIE BASS, ESQUIRE
16        1221 Brickell Avenue
          Miami, Florida 33131
17        (305) 579-0745
          bassh@gtlaw.com
18        Representing the Home Builders
          Steering Committee
19
20        PERKINS COIE LLP
          BY:  DAVID L. BLACK, ESQUIRE
21        1899 Wynkoop Street - Suite 700
          Denver, Colorado 80202
22        (303) 291-2300
          DBlack@perkinscoie.com
23        Representing the State of Louisiana
24   APPEARANCES (CONTINUED):
```

Confidential - Subject to Further Confidentiality Review

```
 1
            BRENNER, EVANS & MILLMAN, P.C.
 2          BY:  THEODORE I. BRENNER, ESQUIRE
            411 East Franklin Street
 3          Suite 200
            Richmond, Virginia 23218
 4          Tbrenner@beylaw.com
            (804) 644-1300
 5          Representing Tobin Trading Company
 6
            McKENRY, DANCIGERS, DAWSON &
 7          LAKE, P.C.
            BY:  J. BRIAN SLAUGHTER, ESQUIRE
 8          192 Ballard Court
            Suite 400
 9          Virginia Beach, Virginia 23462
            (757) 461-2500
10          Jbslaughter@va-law.org
            Representing Atlantic Homes LLC and
11          Multiple Other Virginia-Based
            Defendants
12
13          QUINN EMANUEL URQUHART & SULLIVAN,LLP
            BY:  JANE M. BYRNE, ESQUIRE
14          BY:  JULIA BESKIN, ESQUIRE
            51 Madison Avenue, 22nd Floor
15          New York, New York 10010
            (212) 849-7000
16          Janeburne@quinnemanuel.com
            Juliabeskin@Quinnemanuel.Com
17          Representing Chartis Select Insurance
            Company and Related Chartis Insurers
18
19          WEINBERG, WHEELER, HUDGINS, GUNN &
            DIAL, LLC
20          BY:  MICHAEL SEXTON, ESQUIRE
            3344 Peachtree Road, NE
21          Suite 2400
            Atlanta, Georgia 30326
22          (404) 876-2700
            msexton@wwhgd.com
23          Representing Various Banner
            Defendants
24
```

Confidential - Subject to Further Confidentiality Review

```
 1
 2        SINNOTT, NUCKOLS & LOGAN, PC
          BY:  KENNETH F. HARDT, ESQUIRE
 3        13811 Village Mill Drive
          Midlothian, Virginia 23114
 4        (804) 378-7600
          khardt@snllaw.com
 5        Representing Venture Supply, Inc. and
          Porter-Blaine Corp.
 6
 7
     ALSO PRESENT:
 8
          SUNNY WANG, INTERPRETER
 9
10
11                    -   -   -
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE:
 2
 3        GALLOWAY JOHNSON TOMPKINS BURR and SMITH
          BY:  CARLINA C. EISELEN, ESQUIRE
 4        One Shell Square
          701 Poydras Street, 40th Floor
 5        New Orleans, Louisiana 70139
          (504) 525-6802
 6        ceiselen@gjtbs.com
          Representing Interior/Exterior
 7        Building Supply
 8
          HUNTON & WILLIAMS LLP
 9        BY:  A. TODD BROWN, ESQUIRE
          Bank of America Plaza
10        101 South Tryon Street - Suite 3500
          Charlotte, North Carolina  28280
11        (704) 378-4700
          Tbrown@hunton.com
12        Representing Stock Building Supply, LLC
13
14        JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE LLP
15        BY:  MEGAN E. DONOHUE, ESQUIRE
          600 Jefferson Street, Suite 1600
16        Lafayette, Louisiana 70501
          (337) 262-9062
17        mdonohue@joneswalker.com
          Representing Fireman's Fund Insurance
18        Company
19
          DUPLASS ZWAIN BOURGEOIS PFISTER &
20        WEINSTOCK
          BY:  PHILIP WATSON, ESQUIRE
21        3838 N. Causeway Boulevard
          Suite 2900
22        Metairie, Louisiana 70002
          (504) 832-3700
23        pwatson@duplass.com
          Representing R&H Masonry, Inc., and
24 ·      Swedberg Enterprises, Inc.
```

Confidential - Subject to Further Confidentiality Review

```
 1     APPEARANCES VIA TELEPHONE (CONTINUED):
 2
       FULMER LEROY ALBEE BAUMANN
 3     BY:  CANDACE MOSS, ESQUIRE
       BY:  MICHAEL P. McCAHILL, ESQUIRE
 4     2866 East Oakland Park Boulevard
       Ft. Lauderdale, Florida 33306
 5     (954) 707-4430
       mosscandace@fulmerleroy.com
 6     mmccahill@fulmerleroy.com
       Representing Independent Builders
 7     Supply Association (IBSA)
 8
       WEINBERG, WHEELER, HUDGINS, GUNN &
 9     DIAL, LLC
       BY:  P. SHANE O'NEILL, ESQUIRE
10     3344 Peachtree Road, NE
       Suite 2400
11     Atlanta, Georgia 30326
       (404) 876-2700
12     soneill@wwhgd.com
       Representing Various Banner
13     Defendants
14
       WRIGHT, FULFORD, MOORHEAD & BROWN,
15     P.A.
       BY:  DORYK B. GRAF, JR., ESQUIRE
16     145 N. Magnolia Ave.
       Orlando, Florida 32801
17     (407) 425-0234
       dgraf@wfmblaw.com
18     Representing West Construction, Inc.
19
20     QUINN EMANUEL URQUHART & SULLIVAN, LLP
       BY: CLINTON DOCKERY, ESQUIRE
21     51 Madison Avenue, 22nd Floor
       New York, New York 10010
22     (212) 849-7000
       clintondockery@quinnemanuel.com
23     Representing Chartis Select Insurance
       Company and Related Chartis Insurers
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):
 2

      BUCHANAN INGERSOLL & ROONEY PC
 3    BY:  C. ROBERT ZAPPALA, ESQUIRE
      One Oxford Centre
 4    301 Grant Street, 20th Floor
      Pittsburgh, Pennsylvania 15219
 5    (412) 562-1041
      bobby.zappala@bipc.com
 6    Representing 84 Lumber Company, LP
 7

      MEIROSE & FRISCIA, P.A.
 8    BY: JASON A. LUBLINER, ESQUIRE
      5550 W. Executive Drive
 9    Suite 250
      Tampa, Florida 33609
10    (813) 289-8800
      groot@meirosefriscia.com
11    Representing Central Florida
      Finishers and LTL Construction, Inc.
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM:
 2
      BECNEL LAW FIRM, L.L.C.
 3    BY:  ROBERT BECNEL, ESQUIRE
      106 W. 7th Street
 4    Reserve, Louisiana 70084
      (985) 536-1186
 5    robbecnel@aol.com
      Representing the Plaintiffs'
 6    Steering Committee
 7
      PARKER WAICHMAN ALONSO LLP
 8    BY:  JORDAN L. CHAIKIN, ESQUIRE
      3301 Bonita Beach Road
 9    Bonita Springs, Florida 34134
      (239) 390-1000
10    Jchaikin@yourlaywer.com
      Representing Plaintiffs' Steering
11    Committee
12
      MORGAN & MORGAN
13    BY:  PETE V. ALBANIS, ESQUIRE
      12800 University Drive
14    Suite 600
      Fort Myers, Florida 33907
15    (877) 667-4265
      Representing the Plaintiffs
16
17    IRPINO LAW FIRM
      BY:  ANTHONY IRPINO, ESQUIRE
18    2216 Magazine Street
      New Orleans, Louisiana 70130
19    Airpino@irpinolaw.com
      (504) 525-1500
20    Representing the Plaintiffs
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
      GALLOWAY JOHNSON TOMPKINS BURR and SMITH
 3    BY:  CARLINA C. EISELEN, ESQUIRE
      One Shell Square
 4    701 Poydras Street, 40th Floor
      New Orleans, Louisiana 70139
 5    (504) 525-6802
      ceiselen@gjtbs.com
 6    Representing Interior/Exterior
      Building Supply
 7
      HEARD & MEDACK, P.C.
 8    BY:  JAMES DAVIS, ESQUIRE
      9494 Southwest Freeway, Suite 700
 9    Houston, Texas 77074
      (713) 772-6400
10    jdavis@heardmedackpc.com
      Representing CastleRock Communities, L.P.
11
12
      HUNTON & WILLIAMS LLP
13    BY:  A. TODD BROWN, ESQUIRE
      Bank of America Plaza
14    101 South Tryon Street
      Suite 3500
15    Charlotte, North Carolina  28280
      (704) 378-4700
16    tbrown@hunton.com
      Representing Stock Building Supply, LLC
17
18
      SHER GARNER CAHILL RICHTER KLEIN &
19    HILBERT, L.L.C.
      BY:  MATTHEW C. CLARK, ESQUIRE
20    909 Poydras Street
      Suite 2800
21    New Orleans, Louisiana 70112
      (504) 299-2100
22    mclark@shergarner.com
      Representing the Southern Home
23    Defendants
24
```

Confidential - Subject to Further Confidentiality Review

```
 1     APPEARANCES VIA STREAM (CONTINUED):
 2
 3         QUINN EMANUEL URQUHART & SULLIVAN, LLP
           BY: CLINTON DOCKERY, ESQUIRE
 4         51 Madison Avenue, 22nd Floor
           New York, New York 10010
 5         (212) 849-7000
           clintondockery@quinnemanuel.com
 6         Representing Chartis Select Insurance
           Company and Related Chartis Insurers
 7
 8         JONES, WALKER, WAECHTER, POITEVENT,
           CARRERE & DENEGRE LLP
 9         BY:  MEGAN E. DONOHUE, ESQUIRE
           600 Jefferson Street, Suite 1600
10         Lafayette, Louisiana 70501
           (337) 262-9062
11         mdonohue@joneswalker.com
           Representing Fireman's Fund Insurance
12         Company
13
           DEUTSCH, KERRIGAN & STILES
14         BY:  MELISSA M. SWABACKER, ESQUIRE
           755 Magazine St.
15         New Orleans, Louisiana  70130
           (504) 581-5141
16         mswabacker@dkslaw.com
           Representing Landmark American
17         Insurance Company
18
19
                        -   -   -
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    -  -  -
 2                I N D E X
 3   WITNESS                    PAGE NO.
 4   TONGCHUN JIA
 5
 6    By Mr. Gonzalez              841
 7    By Ms. Bass                  883
 8    By Mr. Brenner               913
 9    By Mr. Black                 922
10    By Mr. Sexton                933
11    By Mr. Cyr                   935
12
13                    -  -  -
14              E X H I B I T S
15
     NO.          DESCRIPTION        PAGE NO.
16
17    Plaintiff's   E-mail chain, top    850
                    one dated
18    Jia-29        12/12/2005, Bates
                    stamped TG 0019840
19                  and TG 0019841
20    Plaintiff's   Translation of       851
      Jia-29A       e-mail chain, top
21                  one dated
                    12/12/2005, Bates
22                  stamped TG 0019840
                    and TG 0019841
23    Plaintiff's   Contract, Bates      852
      Jia-30        stamped TG 0019854
24                  through TG 0019857
```

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Plaintiff's Jia-31 | E-mail chain, top one dated 7/27/2006, Bates stamped TG 0019348 through TG 0019352 | 860 |
| 3 | | | |
| 4 | | | |
| 5 | Plaintiff's Jia-32 | E-mail chain, top one dated 8/2/2006, Bates stamped TG 0019381 and TG 0019382 | 867 |
| 6 | | | |
| 7 | | | |
| 8 | Plaintiff's Jia-33 | E-mail dated 1/27/2009, Bates stamped TG 0019356 | 899 |
| 9 | | | |
| 10 | Plaintiff's Jia-34 | E-mail and attachment dated August 15, 2009, Bates stamped TG 0025155 through TG 0025158 | 903 |
| 11 | | | |
| 12 | | | |
| 13 | Plaintiff's Jia-35 | E-mail dated 8/17/2009, Bates stamped TG 0019235 and TG 0019236 | 906 |
| 14 | | | |
| 15 | | | |
| 16 | Plaintiff's Jia-36 | Document partly in Chinese, "Chinese Drywall Default Ruling shows Need to Hold Foreign Manufacturers Accountable in U.S. Justice System," Bates stamped TG 0025352 through TG 0025355 | 909 |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |

Confidential - Subject to Further Confidentiality Review

```
 1                    -  -  -
 2               THE VIDEOTAPE TECHNICIAN:
 3       We are now on the record.  My name
 4       is Dan Lawlor.  I'm a videographer
 5       for Golkow Technologies.
 6               Today's date is January 10,
 7       2012, and the time is 8:57 a.m.
 8               This is the continuation of
 9       the deposition of Tongchun Jia.
10               Your Honor, you may proceed.
11
12                    -  -  -
13               TONGCHUN JIA, after having
14       been previously sworn, was
15       examined and testified as follows:
16                    -  -  -
17               THE COURT:  Mr. Jia, you are
18       still under oath, sir.
19               You may proceed, Counsel.
20                    -  -  -
21               EXAMINATION
22                    -  -  -
23   BY MR. GONZALEZ:
24       Q.   Good morning, Mr. Jia.
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.     Good morning.

 2          Q.     Mr. Jia, were you aware that

 3   Mr. Che Gang was previously an employee

 4   of TG?

 5          A.     Yes.

 6          Q.     Before he began his

 7   employment with TTP, he was an employee

 8   of TG.  Is that your understanding?

 9          A.     Yes.

10                 THE COURT:  Try to keep your

11          voice up, please.

12                 MR. GONZALEZ:  Sure.

13   BY MR. GONZALEZ:

14          Q.     Is it also your

15   understanding that Mr. Peng Wenlong was

16   also an employee of TG before he became

17   an employee of TTP?

18                 THE INTERPRETER:  Peng

19          Wenlong?

20                 MR. GONZALEZ:  Peng Wenlong.

21          My pronunciation is awful.  I

22          apologize.

23                 THE INTERPRETER:  Can you

24          write it down for me?
```

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. GONZALEZ:  P-E-N-G,

 2           W-E-N-L-O-N-G.

 3                    THE INTERPRETER:  He doesn't

 4           know.  If you can write it down

 5           for him, it would be great.

 6                    MR. GONZALEZ:  (Attorney

 7           complies.)

 8                    THE WITNESS:  Yes.

 9    BY MR. GONZALEZ:

10           Q.    Before he worked for TTP, he

11    was an employee of TG, correct?

12           A.    Yes.

13           Q.    And do you know how they

14    became employees of TTP?

15           A.    After the establishment of

16    TTP, they were hired by TTP.

17           Q.    Who made the decision to

18    hire them by TTP?

19           A.    The decision to hire was by

20    the board of directors.

21           Q.    Of what company?

22           A.    TTP's.

23           Q.    But here's my question.

24    They were employees of TG, and then they
```

Confidential - Subject to Further Confidentiality Review

1    became employees of TTP.  How was the

2    decision made, okay, you're not going to

3    work any more for TG, now you're going to

4    work for TTP?

5          A.    They personally agreed to

6    work for TTP, as the board of directors

7    hired them to work for TTP, and as a big

8    shareholder, also agreed for them to work

9    for TTP.

10          Q.    Meaning the "big

11    shareholder" being TG?

12          A.    Yes.

13          Q.    So with the agreement of TG

14    and the agreement of TTP?

15          A.    There was no agreement.

16          Q.    Can you explain to me, you

17    said that the TG board had authorized

18    them to work for TTP.  That's my

19    understanding.  Tell me what you meant.

20          A.    TTP intended to hire these

21    gentlemen to work for TTP.

22          Q.    So they stopped working for

23    TG and began working for TTP?

24          A.    Correct.

Confidential - Subject to Further Confidentiality Review

1    Q.    Was TG okay with that?

2    A.    TG respected their personal

3    opinions.

4    Q.    The personal opinions of

5    TTP?

6    A.    No.   Their own personal

7    opinions.

8    Q.    The employees?

9    A.    Right.

10   Q.    When they began working at

11   TTP, they worked in the same address?

12   A.    No.

13   Q.    They drove to the same

14   parking lot?

15   A.    They didn't have their own

16   cars.

17   Q.    Oh.   I thought you told me

18   that Che Gang had his own car yesterday?

19   A.    I didn't mention that Che

20   Gang had his own car, but I said Yang

21   Jiapo had his own car.

22   Q.    Yang Jiapo, I apologize.

23         In 2006, the TG board agreed

24   to invest $7 million in TTP?

Confidential - Subject to Further Confidentiality Review

1          A.      You mean TG?

2          Q.      Yes.

3          A.      Correct.

4          Q.      That was done to relieve the

5    financial pressure on TTP at that time,

6    correct?

7          A.      Correct.

8          Q.      Can you tell us what

9    countries TG exports to, other than the

10   United States, where 5/8 inch or half

11   inch sizes are used?

12         A.      I'm not sure about the

13   details.  You may ask Peng Wenlong.  We

14   know that for this size of gypsum, we had

15   also sold a lot in China.

16         Q.      My question is, outside of

17   China, what is your recollection of the

18   countries that purchased those sizes from

19   TG, let's say from 2005 through 2008?

20         A.      I can't take a guess.  I

21   don't know the details.  I would suggest

22   you to have Mr. Peng Wenglong answer the

23   questions.

24         Q.      And I will ask him.  And the

Confidential - Subject to Further Confidentiality Review

1    reason for my question is when I heard

2    you discussing the sizes of the drywall

3    at 5/8 inch and half inches, I heard you

4    mention to my colleague that there were

5    other countries that were purchasing

6    those sizes from TG, and I'm asking you

7    to explain that answer a little more to

8    the best of your ability.  If you can

9    remember, what can you remember about

10   those countries -- customers in those

11   countries that would purchase?

12        A.    I don't think you had a full

13   understanding of my statement yesterday.

14   I said the gypsum board using US ASTM

15   standard not only serve the people of

16   America but the people of the world.  As

17   far as I know, Canada and some countries

18   in South America also need these gypsum

19   boards.  I did not say yesterday that TG

20   had provided these sizes of gypsum board

21   to other countries other than America.

22   Neither did I deny that we have sold

23   these sizes of gypsum board to other

24   countries.  I'm not able to give you a

Confidential - Subject to Further Confidentiality Review

1    detailed answer to your question.  I

2    apologize.

3         Q.    No need to.

4               The ASTM standards, do you

5    know what those letters stand for?

6         A.    No.  I know ASTM standard is

7    a standard that was made by some standard

8    associations in America, but as of what

9    ASTM stand for, I do not know.

10        Q.    American Society for Testing

11   and Materials.  Have you ever read those

12   standards?

13              MR. CYR:  Objection.

14              THE COURT:  I'll let him

15        answer.  Overrule the objection.

16              THE WITNESS:  I'm an

17        executive started as an engineer.

18        I did ask my colleague to bring me

19        the ASTM standard, and I read it.

20        But I may not understand to a full

21        extent.

22   BY MR. GONZALEZ:

23        Q.    Who on behalf of TG would

24   make sure that the products that are

Confidential - Subject to Further Confidentiality Review

1    going to be shipped internationally would

2    meet ASTM standards?

3         A.    The standard that we use is

4    in accordance with the requirements of

5    the customers.  We would always try our

6    best.  Sometimes the requirement of the

7    customers of certain standard that we

8    could not accommodate, then we would not

9    produce.

10        Q.    My question is, who on

11   behalf of TG would be the individual or

12   individuals that would determine whether

13   the standards, for example, if an

14   American company were to request drywall

15   from TG and request that it meet the ASTM

16   standards, who on behalf of TG would be

17   the person or persons responsible for

18   determining whether the specifications

19   were met?

20        A.    We don't have such

21   representative in TG.  But we would take

22   our products to Hangzhou Institution for

23   testing.  That is the requirement of the

24   customer.  As long as the institution in