Confidential - Subject to Further Confidentiality Review

```
 1    Hangzhou believe that we met the ASTM

 2    standard, and when we send the data to

 3    the client, they would agree, then the

 4    deal was done.  And Taishan Gypsum

 5    Company strictly followed the standard of

 6    ASO 14000 in quality.  It also has its

 7    own quality control department.

 8         Q.    Same questions for TTP.  Was

 9    it the same process that was used by TG?

10    In other words, did TTP use the same

11    process of assurance with American

12    Society for Testing Materials for product

13    that was being sent to the United States

14    as TG?

15         A.    I'm not sure whether the

16    products are for America, but we have

17    indeed produced products according to

18    these specifications and in accordance

19    with the same process.

20                   -  -  -

21              (Whereupon, Deposition

22         Exhibit Jia-29, E-mail chain, top

23         one dated 12/12/2005, Bates

24         stamped TG 0019840 and TG 0019841,
```

Confidential - Subject to Further Confidentiality Review

```
 1              and Deposition Exhibit Jia-29A,

 2              Translation of e-mail chain, top

 3              one dated 12/12/2005, Bates

 4              stamped TG 0019840 and TG 0019841,

 5              was marked for identification.)

 6                         -  -  -

 7              MR. GONZALEZ:  I'm going to

 8              show you what's been marked as

 9              Exhibit 29, and 29A being the

10              translation.  It is a document

11              dated December 12, 2005 from Leon

12              Liu to Yang Jiapo.  That's the top

13              e-mail address.  The Bates stamp

14              number is 19840 and 19841.

15              MS. BYRNE:  What's the

16              Exhibit Number?

17              MR. GONZALEZ:  29 and 29A.

18              MR. CYR:  The exhibit is

19              before the witness.

20              MR. GONZALEZ:  Thank you.

21    BY MR. GONZALEZ:

22         Q.    Have you seen this document

23    before?

24         A.    No.
```

Confidential - Subject to Further Confidentiality Review

1         Q.     According to this document,

2    samples were sent to American customers

3    of drywall, and at some point, the

4    decision was made not to send any more

5    samples because too many Americans were

6    requesting samples, and the needs could

7    not be satisfied.  Were you aware that

8    your company was sending samples to the

9    United States of drywall?

10        A.     If there had been many

11   customers asked for samples from our

12   company, I do not deny that we might have

13   sent the samples to those customers.

14        Q.     Were you aware that so many

15   samples were being sent to American

16   customers that you couldn't send any more

17   to satisfy the needs of American

18   customers requesting drywall samples from

19   your company?

20        A.     I'm not aware of that.

21                   -   -   -

22             (Whereupon, Deposition

23        Exhibit Jia-30, Contract, Bates

24        stamped TG 0019854 through TG

Confidential - Subject to Further Confidentiality Review

1          0019857, was marked for

2          identification.)

3                    -   -   -

4          MR. GONZALEZ:  Next one will

5          be Exhibit 30.  It's Bates stamp

6          number TG 19854 through TG 19857.

7          It is a contract dated December

8          16, 2005.  The seller is Shandong

9          Taihe Dongxin Co., Ltd., the

10         buyer, Venture Supply, Inc., with

11         an address of Norfolk, Virginia.

12         MR. CYR:  The exhibit is

13         before the witness.

14         THE WITNESS:  I don't

15         understand.

16  BY MR. GONZALEZ:

17         Q.    Mr. Jia, I know you were a

18  high-ranking officer in your company and

19  you may not be aware of the day-to-day

20  details, but were you aware that Shandong

21  Taihe Dongxin, now known as TG, sold

22  drywall to Venture Supply for delivery in

23  Virginia, the United States of America?

24         MR. CYR:  Objection.

Confidential - Subject to Further Confidentiality Review

1          THE COURT:  I'll overrule

2     the objection.  He's under cross.

3     I'll allow it.

4          THE WITNESS:  I don't know

5     that.  I would like to further

6     explain.  Some of the customers

7     came to our company and requested

8     us to manufacture products for

9     them.  Some of the customer might

10    say that they would send our

11    products to America or to certain

12    places in America.  However, we do

13    not know whether those products

14    had indeed be shipped to America

15    or be used in any areas in

16    America.  We have no way of

17    knowing that, and we do not know

18    that information.  America is an

19    advanced commercial country.

20    There are many business

21    transactions.  Some of the

22    customers may claim they're from

23    the United States, but in the end,

24    they ship their products to Canada

Confidential - Subject to Further Confidentiality Review

```
 1          or other places, which we didn't

 2          care, and we have never asked.

 3               Mr. Counsel just mentioned

 4          that I am a high-level executive

 5          in Taishan.  That's true.  I do

 6          have extensive understanding of

 7          gypsum board.  I have worked with

 8          this company for over ten years.

 9          I had contributed greatly for the

10          company started from when it was

11          rather small to where it is right

12          now.  I understand basic

13          commercial common senses.

14               INTERPRETER:  Interpreter

15          clarification.

16               THE WITNESS:  The product

17          gypsum board is a heavy product.

18          To export such a product for a

19          long period of time is an action

20          that's inimaginable.  The shipping

21          cost is very expensive.  To ship

22          our products to somewhere tens of

23          thousand kilometers away, it is

24          not very economical.  Common sense
```

Confidential - Subject to Further Confidentiality Review

1        tells us that it is impossible for

2        us to have long-lasting sales in

3        American market.  Under the

4        guidance of my theory, it is

5        impossible for us to have any plan

6        to occupy American market.

7            America is a country that

8        invented gypsum board and also is

9        a country who had produced gypsum

10       board as the earliest.  America

11       has great capability of

12       manufacturing gypsum boards.  And

13       the biggest gypsum board

14       manufacturer is in America. Our

15       company as a company that had only

16       established for over ten years, we

17       did not have sufficient

18       experience.  It is inimaginable

19       for us to challenge the US gypsum

20       board manufacturers.  Neither had

21       we ever had the plan of selling

22       our gypsum boards to America or to

23       establish a plant in America.

24       This is the most simple and basic

Confidential - Subject to Further Confidentiality Review

```
 1          fact.  I don't understand why you

 2          have such an unfair understanding

 3          of our company.

 4                  May I go to the restroom.

 5                  THE VIDEOTAPE TECHNICIAN:

 6          We're going off the record.  The

 7          time is 9:26.

 8                      -   -   -

 9                  (Whereupon, a recess was

10          taken from 9:26 a.m. until 9:30

11          a.m.)

12                      -   -   -

13                  THE VIDEOTAPE TECHNICIAN:

14          We're back on the record.  The

15          time is 9:30.

16                  THE COURT:  Before you

17          start, Mr. Jia, please listen

18          closely to the question and answer

19          the question.  Don't assume that

20          anyone is expressing any opinion

21          about your company.  They're just

22          asking questions, and please

23          answer the question.

24                  THE WITNESS:  Okay.
```

Confidential - Subject to Further Confidentiality Review

```
 1                    THE COURT:  You may proceed,

 2         Counsel.

 3   BY MR. GONZALEZ:

 4         Q.    If you could please turn to

 5   the second page of Bates 30.

 6                    MR. CYR:  Do you mean

 7         Exhibit 30?

 8                    MR. GONZALEZ:  I'm sorry.

 9         Exhibit 30, second page.

10   BY MR. GONZALEZ:

11         Q.    There's some Chinese writing

12   underneath or around the signature.  And

13   can you tell us what the Chinese writing

14   says?

15         A.    This is one of our company

16   seals.

17         Q.    What does it say?  No, the

18   Chinese writing inside?

19         A.    Our company's name.

20         Q.    Can you read it for us in

21   Chinese?

22         A.    Taihe Dongxin Company

23   Limited.

24         Q.    And who signed it?
```

Confidential - Subject to Further Confidentiality Review

1          A.     I can't see it very clearly.

2          Q.     Do you recognize the

3    signature?

4          A.     I have rarely seen this

5    signature.

6          Q.     Can you make out the name?

7          A.     I'm not sure for now.

8          Q.     Who had the authority to

9    sign contracts on behalf of the company

10   at that time?

11                MR. CYR:  In December of

12        2005?

13                MR. GONZALEZ:  Yes.

14                THE WITNESS:  You mean

15        December 2005?

16   BY MR. GONZALEZ:

17        Q.     Yes.  What level of employee

18   would have the authority to sign

19   contracts?

20        A.     I can't be very sure about

21   it, but at the time, it should be a

22   person called Fu Tinghuan.

23        Q.     What position would that

24   individual have in the company?

Confidential - Subject to Further Confidentiality Review

```
 1            A.     This person was the sales

 2     manager of TG.

 3            Q.     Did TG have an international

 4     sales department?

 5            A.     Yes.

 6            Q.     Was that in 2005?

 7            A.     2005.  I can't recall.

 8     Perhaps because it's been too long.

 9            Q.     And would that also be true

10     in 2006?

11            A.     We kept the department in

12     2006.

13            Q.     And how about 2007?

14            A.     Yes.

15            Q.     And finally in 2008?

16            A.     Yes.

17                   MR. GONZALEZ:  I show you a

18            document which will be Exhibit 31

19            and 31A.  It is just 31.  Bates

20            stamp number TG 0019348 through TG

21            0019352.

22                       -  -  -

23                   (Whereupon, Deposition

24            Exhibit Jia-31, E-mail chain, top
```

Confidential - Subject to Further Confidentiality Review

```
1              one dated 7/27/2006, Bates stamped
2              TG 0019348 through TG 0019352, was
3              marked for identification.)
4                      -   -   -
5     BY MR. GONZALEZ:
6              Q.    And the top says from
7     Tanader Tang to Wuyu, and the date is
8     July 27, 2006.  First page has Chinese
9     writing on it apparently.  Mr. Jia, have
10    you seen this document before?
11             A.    No.
12             Q.    It's regarding, if you look
13    at the Chinese -- the e-mail in Chinese,
14    it's regarding the purchase and sale of
15    drywall from Taihe to be sent to Fort
16    Lauderdale, Florida, correct?
17             A.    I cannot be sure of that.
18             Q.    If you read the Chinese on
19    the first two pages, it's regarding the
20    purchase and sale of drywall from Taihe
21    to be sent to Fort Lauderdale, Florida,
22    correct?
23             A.    I don't see that.
24             Q.    Do you see the Chinese
```

Confidential - Subject to Further Confidentiality Review

1    language where it says "Re:" and it says

2    "Taihe drywall"?

3         A.   I don't understand English

4    though.

5         Q.   No.  No.  In Chinese -- oh,

6    I'm sorry.  Yeah, it does say Taihe.

7    What is this language here, sir?

8         A.   Subject.

9         Q.   And I apologize for

10   pointing.

11              So next to "subject,"

12   there's some English language, and you

13   can translate the word Taihe drywall?

14        A.   I don't know what is

15   drywall.

16        Q.   You don't know what is meant

17   by drywall there?

18        A.   I know what is drywall.

19        Q.   All right.  And then it

20   discusses the purchase and sale of

21   drywall and the dimensions, correct?

22   That's in Chinese?

23        A.   Not in its entirety.  These

24   are only some specifications.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    What does the first sentence
 2     say starting with the name?  And I
 3     apologize for pointing.
 4          A.    Manager Tang:  Hello, your
 5     e-mail has been received in accordance
 6     with your request.  Here is our response.
 7          Q.    And what is the response?
 8          A.    The response is that we can
 9     manufacture the gypsum board according to
10     these specifications.  It also states FOB
11     Qingdao.
12          Q.    And then it has the price in
13     US dollars, right, sir?
14          A.    Oh, yes, the price is in US
15     dollars.  But on the document, it does
16     not describe where would the product be
17     shipped to or where would the product be
18     used at.
19          Q.    And we'll get to that.
20               If you go to the second
21     page, and I'll show you here so I don't
22     have to reach over.  Can you tell us what
23     this says (indicating)?
24          A.    It says, the above
```

Confidential - Subject to Further Confidentiality Review

1    information is for your reference.

2            Q.    And by whom is it signed?

3            A.    Che Gang.

4            Q.    Che Gang?  At that time, did

5    Che Gang work for Taihe or TG?

6            A.    I'm not sure about the time

7    period, but if the time was in 2005, I

8    believe this person worked for TG.

9            Q.    And if you'd turn to the

10   next Bates stamp number or the next page,

11   19350, this one is in English.  If the

12   translator will read under subject, it

13   says "Taihe:  Drywall."

14                 And it states, if you look

15   at the grid, the dimensions, the type of

16   drywall, where it's coming from, where it

17   says Qingdao, the pieces, and the

18   estimated shipment costs, Qingdao to Port

19   Everglades in Fort Lauderdale, Florida.

20   Do you see where it says "Fort

21   Lauderdale, Florida"?

22                 MR. CYR:  Objection.  He

23        doesn't read English.

24                 MR. GONZALEZ:  I understand

Confidential - Subject to Further Confidentiality Review

1       that.  I had the interpreter show

2       him where it is.

3            THE COURT:  What's the

4       question?

5            MR. CYR:  So, she's

6       testifying.

7            THE COURT:  What is the

8       question?

9  BY MR. GONZALEZ:

10       Q.   Were you aware that this

11  document included this shipment to Fort

12  Lauderdale, Florida?

13            MR. CYR:  Objection.

14            THE COURT:  I'll overrule

15       the objection.  If he doesn't

16       understand it, he can ask.

17            THE WITNESS:  Number one, I

18       don't understand English.  If the

19       English and the Chinese version

20       are the same in content, then I

21       will answer a question.

22  BY MR. GONZALEZ:

23       Q.   Were you aware that the

24  goods were being sent to Fort Lauderdale,

1    Florida at that time, July of 2006?

2          A.    I don't know.  I would like

3    to further explain.  Taihe is not exactly

4    TG.  Taihe is the general name of our

5    area.  I'm not sure at the time Che Gang

6    responded to this e-mail.  Did he respond

7    on behalf of TG or TTP?  Also, this is

8    only a quotation.  I do not know whether

9    the transaction was actually went through

10   or not.

11         THE COURT:  Let's ask

12         another question.

13   BY MR. GONZALEZ:

14         Q.    This is your business

15   record, correct, of the company?

16         MR. CYR:  Objection.

17         THE COURT:  Take business

18         out and ask the question, company

19         record.

20   BY MR. GONZALEZ:

21         Q.    This is a company record,

22   correct?

23         A.    I don't know whether it is

24   the company record of TTP's or TG's.

Confidential - Subject to Further Confidentiality Review

```
 1            Q.    I show you what's been

 2   previously marked in Mr. Peng's

 3   deposition as Exhibit Number 8, and it

 4   will be marked as Exhibit 32.  It's Bates

 5   stamp numbers TG 19381, TG 19382.

 6                      -   -   -

 7            (Whereupon, Deposition

 8        Exhibit Jia-32, E-mail chain, top

 9        one dated 8/2/2006, Bates stamped

10        TG 0019381 and TG 0019382, was

11        marked for identification.)

12                      -   -   -

13   BY MR. GONZALEZ:

14            Q.    And the e-mail on the top

15   says from Grace Wei, W-E-I, to SDth818,

16   and there's some Chinese language in the

17   top.  Do you know who Grace Wei is?

18            THE INTERPRETER:  Can I take

19        a look?

20            MR. CYR:  His question has

21        nothing to do with this document.

22        He's just asking.

23            INTERPRETER:  I need to

24        refer that to --
```

Confidential - Subject to Further Confidentiality Review

1            THE COURT:  She just wanted

2       to look at the name.

3            INTERPRETER:  Because it is

4       here, so I did not write

5       everything down.

6            THE WITNESS:  Wei?  I don't

7       know who that person is.

8  BY MR. GONZALEZ:

9       Q.    Can you read that little

10  paragraph here in the top that's in

11  response to the English e-mail on the

12  bottom?

13            MR. CYR:  Objection.

14  BY MR. GONZALEZ:

15       Q.    Let me put it in context,

16  and I'll restate the question.  Put it in

17  context, and I'm going to ask you next

18  what the response was.  But the e-mail

19  below states, "Our customers would like

20  to get a letter from Shandong Taihe

21  Dongxin Co. on there company letter head.

22            "Stating:

23            "Shandong Taihe Dongxin Co.

24  Gypsum board that is in the 12 containers

Confidential - Subject to Further Confidentiality Review

1   (listed below) that were shipped last

2   week are made to ASTM C-1396 standards

3   and it is the best quality gypsum board

4   that Taihe makes and is the same quality

5   that Taihe sends to other customer in the

6   United States.  Shandong Taihe Dongxin

7   Co. stands 100% behind our gypsum board

8   and if any quality problems were detected

9   with he gypsum board Taihe will replace

10  the board at no cost to the customer."

11              And can you tell us what the

12  response was in Chinese?

13              MR. CYR:  He wants you to

14        read the Chinese.

15              THE WITNESS:  I don't know

16        who is responding to who in here.

17  BY MR. GONZALEZ:

18        Q.    Can you please read the

19  Chinese language for us so we can

20  understand what it says.

21        A.    Manager Wei, Manager Peng,

22  hello.  Please look at the e-mail below,

23  which is the e-mail from the customer.

24  He requested that you would need to write

Confidential - Subject to Further Confidentiality Review

1   a verification with your company's

2   letterhead and to have your executives

3   sign and put a stamp on it.  He also said

4   that it would be the best if you could

5   list one or two company names of American

6   company who purchased gypsum board from

7   you.  This will strongly prove that our

8   products have no quality problems.  Thank

9   you.  Wei Dongling.

10              I don't understand this.

11         Q.    To your knowledge, was a

12   certification letter sent by Shandong

13   Taihe Dongxin Company as was requested?

14         A.    I don't know.

15              THE COURT:  Let's see if we

16         can get through this quickly.

17              MR. GONZALEZ:  Yes, Your

18         Honor.

19   BY MR. GONZALEZ:

20         Q.    Mr. Jia, can you tell us why

21   you traveled to Japan in 2010?

22         A.    I went to Japan for

23   business.

24         Q.    Drywall business?  The

Confidential - Subject to Further Confidentiality Review

```
 1    drywall business?

 2         A.    No.

 3         Q.    What type of business?

 4              MR. CYR:  Objection.

 5              THE COURT:  I sustain that

 6         objection.  If it has to do with

 7         drywall, it's one thing.  If it's

 8         something else, it's not relevant.

 9  BY MR. GONZALEZ:

10         Q.    Just so we're clear, did you

11  travel to Japan for business involving

12  drywall in 2010?

13         A.    No.

14         Q.    Did you travel for business

15  in 2007 to Russia involving drywall?

16         A.    No.

17         Q.    In 2006, your trip to Japan,

18  was that involving drywall business?

19         A.    When was that?

20         Q.    2006?

21         A.    No.

22         Q.    In your trip to Thailand in

23  2006, was that for drywall business?

24              MR. CYR:  Objection.
```

Confidential - Subject to Further Confidentiality Review

```
 1              THE COURT:  I'll overrule

 2       the objection.

 3              THE WITNESS:  No.

 4  BY MR. GONZALEZ:

 5       Q.     In 2005, your trip to United

 6  Arab Emirates, was that involving the

 7  drywall business?

 8       A.     Yes.

 9       Q.     Who did you meet with in

10  2005 in the United Arab country?

11       A.     I don't recall.

12       Q.     Were you able to sell

13  drywall to the United Arab countries at

14  that time or thereafter?

15       A.     I sold some.

16       Q.     What years did those

17  transactions cover?

18       A.     Well, I don't recall the

19  exact period of time, but we did sell

20  some of our gypsum board to United Arab.

21       Q.     Do you remember the last

22  date, in other words, the year you

23  started and the year you finished, unless

24  you're still selling?
```

1          A.    I don't recall.  But you

2   could ask Che Gang or our Manager Peng,

3   my colleagues.  Perhaps they could

4   remember.

5          Q.    Che Gang is one of your

6   colleagues?

7          A.    Right now, yes.  He's my

8   subordinate.

9          Q.    Your trip in 2004 to

10  Germany, did that involve business

11  involving drywall?

12         A.    No.

13         Q.    Your trip to Korea and

14  Thailand in 2002, did that involve the

15  business of drywall?

16         A.    Which year was that?

17         Q.    2002?

18         A.    No.

19         Q.    Did you meet with Knauf at

20  any time after 2006 to discuss drywall

21  matters?

22              INTERPRETER:   Interpreter

23       clarify gender.

24              THE WITNESS:   They did want

Confidential - Subject to Further Confidentiality Review

```
 1              to make an appointment to meet us,

 2              but we did not meet them.

 3    BY MR. GONZALEZ:

 4              Q.    You've never spoken with any

 5    Knauf representatives to discuss drywall

 6    matters from 2006 through the present?

 7    Is that true?

 8              A.    No.

 9              Q.    Does the Knauf gypsum plant

10    operate 24 hours a day?

11                    MR. CYR:  Objection.

12                    THE COURT:  If he knows.

13                    THE WITNESS:  It is

14              impossible for me to know whether

15              another company is operating.  But

16              I know they have not yet filed

17              bankruptcy.

18    BY MR. GONZALEZ:

19              Q.    My question is whether TG

20    operates 24 hours a day?

21              A.    Sometimes.  What do you mean

22    by that?  Do you mean production line

23    works 24 hours or do you mean everybody's

24    heartbeat beats 24 hours?
```