Confidential - Subject to Further Confidentiality Review

```
 1             Q.     The business is working 24
 2      hours.
 3                    MR. CYR:  Objection.
 4                    THE COURT:  It's a little
 5             too broad, production.
 6      BY MR. GONZALEZ:
 7             Q.     The manufacturing of drywall
 8      in the TG plant occurs 24 hours a day?
 9             A.     What are the manufacturers
10      referring to here?
11             Q.     Making of drywall.
12             A.     There are many plants that
13      manufacture gypsum board.  Some operate
14      24 hours a day.  Some operate once in a
15      few months.  It depends on the demand of
16      the market.  I don't know what you're
17      referring to here.
18             Q.     And when you're operating 24
19      hours a day, you have three shifts of
20      employees that work seven days a week?
21             A.     They do have different
22      shifts because the production line of
23      gypsum board is very special.  Sometimes
24      they work 24 hours, but when they operate
```

Confidential - Subject to Further Confidentiality Review

1    three to four days, sometimes they would

2    need to stop for maintenance and repair.

3    And the employees take turn to take rest.

4         Q.    From 2005 through 2008, TG

5    employed about 2,000 workers, correct?

6         A.    Including or not including

7    the employees in the subsidiaries?

8         Q.    Total.

9         A.    There are many subsidiaries

10   for TG.  I don't know employees you're

11   referring to, employees on the production

12   lines of TG or the employees on the

13   production lines of TG's subsidiaries.

14        Q.    Between the years 2005 and

15   2008, given your level in the company,

16   are you aware of the number of employees

17   that TG employed?

18        A.    If you can limit your scope,

19   I would be able to give you a clear

20   answer.

21        Q.    I want to know for all the

22   company, all of TG, do you know the

23   number of employees that TG employed

24   during those years, 2005 to 2008?

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. CYR:  Objection.

 2                    THE COURT:  Including

 3            subsidiaries?

 4                    MR. GONZALEZ:  Yes.

 5                    THE WITNESS:  If that

 6            includes the companies that we

 7            have shares in and the companies

 8            that we hold 100 percent of share

 9            from the year 2002 and 2008, I'd

10            say about 4,000 to 5,000 employees

11            because the people are floating.

12            So, I cannot for sure give you an

13            accurate number.

14     BY MR. GONZALEZ:

15            Q.   And sometimes they worked

16     for TG, and sometimes they worked for TTP

17     during that time, correct, depending on

18     the needs?

19                    MR. CYR:  Objection.

20                    THE COURT:  Let's be a

21            little more precise as to  --

22     BY MR. GONZALEZ:

23            Q.   During the years 2006, after

24     TTP was created, through the date that
```

Confidential - Subject to Further Confidentiality Review

1    TTP stopped doing business, TG and its

2    related companies often shared employees

3    with TTP as needed, correct?

4            A.    We have never shared

5    employees.

6            Q.    You had a strategic alliance

7    and used each other's employees as needed

8    during those dates?

9                  MR. CYR:  Objection.

10                 THE COURT:  Yeah.  That's

11           already asked and answered.  We

12           have to move on.

13   BY MR. GONZALEZ:

14           Q.    Is your phone number

15   0538-8811449?

16           A.    I used to have this number.

17           Q.    Was it your cell phone

18   number?

19           A.    Not my cell phone number.

20           Q.    What number was it, for your

21   home or your business?

22           A.    It is a land line.

23           Q.    For your home or business?

24           A.    Business.

Confidential - Subject to Further Confidentiality Review

1          Q.     And what about the number

2    13853881569, was that your cell phone,

3    home or business number?

4          A.     Can you repeat the phone

5    number again?  I don't remember clearly.

6          Q.     Yes, sir.  13853881569.

7          A.     Yes.

8          Q.     And was it your business,

9    cell phone or home number?

10         A.     It is my cell phone number,

11   which I have used for over ten years.

12         Q.     I won't call you.

13                THE COURT:  Anything

14         further?

15                MR. GONZALEZ:  Yes, Your

16         Honor.

17                THE WITNESS:  I don't wish

18         that you would call me.

19   BY MR. GONZALEZ:

20         Q.     Did you attend or a

21   representative of TG attend the Global

22   Drywall Conference in Shanghai in 2007?

23         A.     Representing which company?

24         Q.     Any of the companies that

Confidential - Subject to Further Confidentiality Review

```
 1    are part of the TG family?
 2           A.     I don't remember which year
 3    was it, but there was a global drywall
 4    conference held in Shanghai which I
 5    participated.
 6           Q.     Did you meet with any Knauf
 7    representatives at that conference?
 8           A.     No.
 9           Q.     Do you recall who was sent
10    on behalf of TG to the drywall conference
11    held in Orlando, Florida in 2006?
12           A.     In my impression, we did not
13    participate in that conference.
14           Q.     You don't recall
15    participating in the conference?
16           A.     No.
17           Q.     You spoke before of having
18    an honorary position with BNBM, I believe
19    you said.  Is that correct?
20           A.     Correct.
21           Q.     Is that position compensated
22    for, without telling us the amount?
23           A.     No.
24           Q.     Do you have a business card
```

Confidential - Subject to Further Confidentiality Review

1    with you today?

2         A.    I do not have a business

3    card with me today.

4         Q.    Do you have more than -- I

5    know you don't have one on you today, but

6    when you have a business card, do you

7    have more than one?  And to be clear, I

8    don't mean the same card many times, I

9    mean, do you have different cards with

10   different positions?

11             INTERPRETER:  Interpreter

12        clarification.

13             THE COURT:  Are you about

14        finished?

15             MR. GONZALEZ:  Yes.  One way

16        or the other.

17             THE WITNESS:  I don't like

18        the fact that many people carry

19        many name cards as many of

20        so-called scholars in China do.

21        That's not myself.

22   BY MR. GONZALEZ:

23        Q.    What does your business card

24   indicate as your title and for what

Confidential - Subject to Further Confidentiality Review

1    company?

2         A.    General manager and the

3    director of the board of directors of TG.

4    The general manager and director of the

5    board of directors of TG and an engineer.

6              MR. GONZALEZ:  Thank you,

7         sir.  I appreciate your patience

8         and your cooperation with our

9         questions.

10             THE COURT:  We'll take a

11        15-minute break at this time.

12             THE VIDEOTAPE TECHNICIAN:

13        Off the record.  This is the end

14        of Tape Number 2.

15                  -   -   -

16             (Whereupon, a recess was

17        taken from 10:13 a.m. until 10:25

18        a.m.)

19                  -   -   -

20             THE VIDEOTAPE TECHNICIAN:

21        We're going back on the video

22        record.  The time is 10:25.

23

24

Confidential - Subject to Further Confidentiality Review

```
 1                      -  -  -

 2                   EXAMINATION

 3                      -  -  -

 4    BY MS. BASS:

 5         Q.    Good morning, Mr. Jia.  My

 6    name is Hilarie Bass, and I represent the

 7    Home Builders Steering Committee in the

 8    United States litigation.

 9              When did you first become

10    aware that litigation had been filed

11    against either TG or TTP in the United

12    States?

13         A.    I don't remember the exact

14    time, but perhaps it was in the second

15    half year of 2009.

16         Q.    Do you recall receiving a

17    Chinese translation of the lawsuits that

18    were filed against your company?

19         A.    I have received several

20    documents.  I don't know which one you

21    are referring to.

22         Q.    Do you recall receiving what

23    is described as a Complaint?

24         A.    I have received several
```

Confidential - Subject to Further Confidentiality Review

1    during that period of time.  Because I

2    don't understand English, I don't know

3    whether they are complaints or judgments.

4    I just don't know.

5         Q.    Did you receive copies of

6    documents that had been translated into

7    Chinese?

8         A.    Perhaps, but I don't know

9    which one you're referring to.

10        Q.    In August of 2009, do you

11   recall having received a Chinese

12   translation of a document that was filed

13   in the State of Florida courts against

14   your company?

15        A.    I don't recall.

16        Q.    If you received such a

17   document, would you have reviewed it?

18        A.    I would.

19        Q.    Would you have spoken to an

20   attorney about what it was you had

21   received?

22        A.    I would have had my other

23   assistants such as Peng Wenlong to handle

24   it.

Confidential - Subject to Further Confidentiality Review

1        Q.      Do you recall having asked

2    Peng Wenlong to review documents you

3    received from the United States courts?

4        A.      I'm sure they have been

5    reviewed, but I do not recall the content

6    of the documents.

7        Q.      Did you as head of the board

8    of directors of your company arrange to

9    retain counsel to assist you with the US

10    litigation?

11        A.      Usually after received

12    documents of American litigation, we

13    would meet and find legal consultant to

14    consult about them.

15        Q.      Did you undertake that

16    effort in this case?

17        A.      I'm sure I did.

18        Q.      Do you recall when you made

19    an effort to retain counsel with

20    reference to the US litigation regarding

21    drywall?

22        A.      I would like to know your

23    definition of retention of counsel.  Does

24    it mean that after we signed a retainer

Confidential - Subject to Further Confidentiality Review

```
 1    agreement or does it mean that I just

 2    make phone calls to consult the counsel?

 3         Q.    I will try and clarify.

 4               When did you first contact

 5    counsel to discuss the lawsuit, without

 6    disclosing the contents of your

 7    conversation?

 8         A.    Which law firm are you

 9    referring to?

10         Q.    Any law firm.

11         A.    We had a legal counsel, and

12    we did not receive all the documents of

13    the American litigation in one period of

14    time.  I consulted a lawyer from Taian

15    for the documents we first received

16    regarding the litigation.

17               INTERPRETER:  Interpreter

18         clarify gender.

19               THE WITNESS:  Because he had

20         a limit on his ability, so he also

21         contacted his American attorney

22         friends to further inquire

23         information about the litigation.

24         After such inquiry, because we
```

Confidential - Subject to Further Confidentiality Review

```
1        take this litigation very

2        seriously, we don't feel that's

3        sufficient.  We have consulted a

4        law firm called Chinese phonetic,

5        according to Chinese phonetic

6        pronunciation, Ao Rui, perhaps

7        A-O, R-U-I.  During that period of

8        time, many American law firms sent

9        us letters.  Some of them send

10       their representatives in China to

11       come to our company to give us

12       some advices and to try to win our

13       retainer.

14            INTERPRETER:  Your name in

15       Chinese he just said.

16            MR. CYR:  I don't know what

17       it is in Chinese, but last name is

18       C-Y-R in English.

19  BY MS. BASS:

20       Q.    Hogan Lovells?

21            MR. CYR:  The law firm is

22       Hogan Lovells, H-O-G --

23            INTERPRETER:  Hogan Lovells,

24       is it?
```

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. CYR:  H-O-G-A-N, new

 2           word, L-O-V-E-L-L-S.

 3                    THE WITNESS:  After

 4           discussion of our directors, we

 5           had made a final decision to

 6           choose Hogan Lovells as our

 7           counsel.  This is the whole

 8           process of our seeking of legal

 9           counsel.

10   BY MS. BASS:

11           Q.    Is it correct that it took

12   almost a full year to retain Hogan

13   Lovells after you had been served with

14   processing the American lawsuits?

15           A.    Yes.  Less than a year.

16           Q.    11 months to be exact?

17           A.    Pretty much.

18           Q.    Does your company have any

19   attorneys on staff?

20           A.    I don't know what is the

21   definition of attorney on staff.

22           Q.    An employee of your company

23   who is also an attorney?

24           A.    No.
```

Confidential - Subject to Further Confidentiality Review

1      Q.      Do you recall how long after

2  you received the Chinese translation of

3  the American lawsuit it took before you

4  contacted the Chinese lawyer in your

5  local area?

6      A.      Very quick.

7      Q.      Did there come a time when

8  you learned that a default had been

9  entered against your company both in the

10  Federal Court in Louisiana and the State

11  Court in Florida?

12      A.      I really don't know how many

13  default judgments were there.

14      Q.      When was the first time you

15  became aware that any default judgment

16  had been entered against your company?

17      A.      I remember there was a

18  judgment of 260,000.  I'm not sure what

19  was the name of the case though, but I

20  believe it was Judge Fallon who had given

21  me the judgment.

22      Q.      Do you recall when you

23  received a copy of that judgment?

24      A.      I don't recall.

Confidential - Subject to Further Confidentiality Review

1          Q.     Do you recall filing an

2     affidavit in the state court action in

3     Miami, Dade County, Florida?

4          A.     I did submit an affidavit.

5          Q.     Do you recall stating in

6     that affidavit the following: "No

7     employee at Taishan has sufficient

8     mastery of the English language to read

9     and understand legal documents written in

10    English"?

11         A.     Yes.

12         Q.     Additionally you said, "As a

13    result, no legal document sent to Taishan

14    only in English underwent meaningful

15    review."

16         A.     No.

17         Q.     That is not what you said in

18    your affidavit?

19         A.     No, that's not what I meant.

20    You understood it incorrectly.  Yes.

21         Q.     What did you mean to say in

22    your affidavit?

23         A.     I don't understand.

24         Q.     Mr. Jia, in your affidavit,

Confidential - Subject to Further Confidentiality Review

```
 1    I believe you stated that you did not

 2    understand the consequences of responding

 3    to the Complaint because you did not read

 4    English.  Do you recall having made that

 5    statement?

 6              A.    Yes.

 7              Q.    In fact, you did receive a

 8    copy of the Complaints filed against your

 9    company translated into Chinese?

10                   MR. CYR:  Objection.

11                   THE COURT:  If he doesn't

12              understand it, he can ask.

13              Overrule the objection.

14                   THE WITNESS:  I don't know

15              what circumstance you're talking

16              about here.

17    BY MS. BASS:

18              Q.    Do you recall having

19    received copies of the Complaints filed

20    against your company translated into the

21    Chinese language?

22                   MR. CYR:  Objection.

23                   THE COURT:  Be more specific

24              as to the State or Federal Court.
```

Confidential - Subject to Further Confidentiality Review

 1                    MS. BASS:  Okay.

 2    BY MS. BASS:

 3          Q.    Do you recall having been

 4    served with a copy of a Complaint that

 5    was filed against your company in the

 6    State Court of Miami-Dade, Florida on or

 7    about August 3rd of 2009 translated into

 8    Chinese?

 9          A.    I don't recall, but I do not

10    deny that I may have received it.

11          Q.    When was the first time you

12    became aware that there were complaints

13    about Taishan-manufactured drywall that

14    had been utilized in the United States?

15                    MR. CHEN:  Can you please

16               clarify if you mean Complaints as

17               in legal pleadings, because that's

18               how the translation is.

19                    MR. CYR:  Thank you, Eugene.

20                    MS. BASS:  I'll restate the

21               question.

22    BY MS. BASS:

23          Q.    When was the first time you

24    became aware that customers were unhappy

Confidential - Subject to Further Confidentiality Review

1    with the Taishan drywall that had been

2    utilized in their homes in the United

3    States?

4          A.    I believe there was a media

5    coverage in about June or July of 2009.

6          Q.    Did you take any steps at

7    that time to investigate whether there

8    was a problem with drywall your company

9    had manufactured?

10         A.    At the time, I did not

11   believe the media's report. When I first

12   received the Complaint, I felt that there

13   might be a problem. The company might be

14   in trouble. The problem I just said was

15   not a problem as of a problem in quality

16   of our gypsum board but a problem of our

17   company, the trouble.

18               The first step we took was

19   to inquire legal services. On the other

20   hand, we underwent investigation and

21   verification of the quality of our

22   products. We believed that our quality

23   had no problem.

24         Q.    Did you undertake any

Confidential - Subject to Further Confidentiality Review

```
 1    testing of your board to determine

 2    whether it had elevated levels of sulfur?

 3         A.    We had an investigation of

 4    all the customers, especially important

 5    customers that we had over the years, and

 6    none of those customers ever had reported

 7    problem as reflected with the American

 8    media report.   The gypsum mine and the

 9    gypsum raw material, all that, and the

10    production of gypsum board were in

11    accordance with the requirements of the

12    customers.  We had performed the

13    requirements of the contract between us

14    and our customers.

15              Up to today, no customers

16    who claim to be American customers nor

17    distributors in China had ever complained

18    that the gypsum board that we

19    manufactured had the problem as depicted

20    in the American media.   In other words,

21    in the past 20 years during our

22    production of gypsum board, no customers

23    had ever said that there were problems

24    with the gypsum board that we
```

Confidential - Subject to Further Confidentiality Review

 1    manufactured.

 2          Q.    Did you undertake any

 3    testing to determine whether your gypsum

 4    board had elevated levels of sulfur?

 5          A.    We did have the test.

 6          Q.    Was that a test that was

 7    undertaken by employees of TG or TTP?

 8          A.    Those companies did the

 9    test.

10          Q.    Can you identify the names

11    of the employees who underwent -- who

12    supervised those tests?

13          A.    I can't.

14          Q.    Is there a report of the

15    results of that test?

16          A.    The raw material to produce

17    gypsum board has sulfur level.  It is not

18    only the fact for the manufacturers in

19    China but also a fact for the

20    manufacturers in America.

21                INTERPRETER:  Interpreter

22          needs a moment to check

23          dictionary.

24                (Discussion with interpreter

```
 1            and Mr. Chen in Chinese.)
 2                 MR. CHEN:  I'm sorry, I
 3            don't know how to translate that.
 4            It's a technical term.
 5                 INTERPRETER:  Give me a
 6            minute, please.
 7                 The interpreter is asking
 8            the witness to repeat what he
 9            said.
10                 THE WITNESS:  All raw
11            materials has element of calcium
12            sulfate.
13   BY MS. BASS:
14            Q.    Is there a written report
15   reflecting the results of the testing
16   undertaken by your company?
17            A.    If we have it, I could get
18   it for you.
19            Q.    Do you recall when that
20   testing was undertaken?
21            A.    I don't recall the time.
22            Q.    Do you recall specifically
23   what they were testing for when those
24   tests were undertaken?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.    It is impossible for me to
 2    know every detail.
 3          Q.    Do you know generally
 4    whether or not the testing endeavored to
 5    determine whether there was off-gassing
 6    from the gypsum that would deteriorate
 7    copper or silver?
 8                INTERPRETER:  Interpreter
 9          needs clarification.
10                THE WITNESS:  I'm an
11          engineer.  I know that it is
12          impossible to have the result as
13          you just described.
14    BY MS. BASS:
15          Q.    Is it your view that it is
16    impossible for gypsum board to cause
17    deterioration in copper and silver?
18                MR. CYR:  Objection.
19                THE COURT:  You are asking
20          him for an opinion.  Let's restate
21          the question.
22                MS. BASS:  Okay.
23    BY MS. BASS:
24          Q.    Did the testing undertaken
```

Confidential - Subject to Further Confidentiality Review

1    by your company attempt to determine

2    whether or not off-gassing of your gypsum

3    could cause deterioration in copper or

4    silver?

5         A.    I don't think your question

6    is clear.

7         Q.    Do you know what the purpose

8    of the testing undertaken by your company

9    was?

10        A.    After we became aware of the

11   reports, we discussed the problem with

12   some people.  In the results, we felt

13   that there was no relevancy.

14        Q.    It is your view that your

15   gypsum board was not in any way

16   defective?

17        A.    That's my belief.

18             MS. BASS:  Can I have marked

19        as Exhibit 33.  This is a document

20        that is in your notebook.  It is

21        TG 0019356.

22             MR. CYR:  Okay.

23                  -   -   -

24             (Whereupon, Deposition

Confidential - Subject to Further Confidentiality Review

```
 1              Exhibit Jia-33, E-mail dated
 2         1/27/2009, Bates stamped TG
 3         0019356, was marked for
 4         identification.)
 5                   -   -   -
 6              MS. BASS:  This is an e-mail
 7         dated 1/27/2009 from a reporter at
 8         the South Florida Business
 9         Journal.
10    BY MS. BASS:
11              Q.    My first question for the
12    witness is, can he identify the e-mail
13    recipients that are noted in this e-mail.
14              THE COURT:  Counsel, do you
15         want to see that?
16              MR. CYR:  I can look at it
17         at the same time.
18              THE WITNESS:  I don't know.
19    BY MS. BASS
20              Q.    You don't recognize the
21    e-mail address of Frank Clem?
22              A.    I don't know.
23              Q.    Were you informed by any
24    employees of your company that a reporter
```