Confidential - Subject to Further Confidentiality Review

1    from a business journal in Miami, Florida

2    had inquired as to complaints about odor

3    and other defects in your gypsum board?

4         A.    I've heard of such reports,

5    but I'm not sure whether it's from Miami

6    or what newspaper was it from.

7         Q.    Did someone, one of your

8    employees, communicate to you back in

9    January of '09 that they had been

10   contacted regarding complaints about

11   Taishan-manufactured gypsum board that

12   was being utilized in Miami, Florida.

13        A.    I'm not sure about the exact

14   time, but there were some employees who

15   reported that to me.  I'm not sure

16   whether their report was about Miami or

17   other places.

18        Q.    Did you undertake any

19   investigation to determine whether or not

20   there was an unusual odor coming from

21   Taishan Gypsum board that had been

22   imported into the United States?

23        A.    We firmly believe that our

24   gypsum board has no problem.

Confidential - Subject to Further Confidentiality Review

1        Q.      Did you undertake any type

2   of testing to determine whether or not

3   there was an unusual odor coming from the

4   gypsum board that your company had

5   manufactured and had been utilized in the

6   United States?

7        A.      Taishan Gypsum board did not

8   undertake such tests.

9        Q.      The testing that you

10  previously referred to as having been

11  undertaken by your company, is that

12  testing separate and apart from the

13  testing of the Chinese government about

14  which you testified in your last

15  deposition?

16       A.      You asked me whether our

17  company had underwent any tests, but as a

18  company, our capability is limited.  It

19  is impossible for us to have such a lab

20  to undergo tests in the big scale.  We

21  only did some local tests.

22       Q.      Could you please describe

23  what type of local tests you undertook?

24  And when I say "you," I mean your

Confidential - Subject to Further Confidentiality Review

1    company?

2         A.    For example, we bought the

3    raw materials, and we analyzed the

4    elements, different elements in the

5    material.  That's something we could do.

6         Q.    Is there any documentation

7    within the records of your company

8    reflecting this type of testing that

9    you're referring to?

10        A.    I can go back and check.

11             MS. BASS:  I would ask that

12             those documents be produced

13             because it's the first time we've

14             been informed that such testing

15             occurred.  And we, to the best of

16             my knowledge, have not received

17             any documentation reflecting that

18             such testing occurred.

19             MR. CYR:  We can discuss it

20             with the judge.  I object because

21             I don't understand the relevance

22             to the jurisdiction.

23             THE COURT:  I'll deal with

24             that at another time.

Confidential - Subject to Further Confidentiality Review

1              MS. BASS:  Yes.

2    BY MS. BASS:

3        Q.    Mr. Jia, were you aware that

4    the CPSC of the United States government

5    issued questions to your company

6    regarding the quality of your gypsum in

7    August of 2009?

8        A.    No.

9              MS. BASS:  Can I show you a

10             document that's been marked as TG

11             0025155, which we will mark for

12             the purposes of this deposition as

13             Exhibit Number 34.

14                    -  -  -

15             (Whereupon, Deposition

16             Exhibit Jia-34, E-mail and

17             attachment dated August 15, 2009,

18             Bates stamped TG 0025155 through

19             TG 0025158, was marked for

20             identification.)

21                    -  -  -

22    BY MS. BASS:

23        Q.    Could you please look at the

24    document that has been marked as Exhibit

Confidential - Subject to Further Confidentiality Review

 1    34 and let us know whether or not you

 2    have seen this document before?

 3              MS. BASS:  It is within your

 4          binders.

 5              MR. CYR:  Right.  I'm trying

 6          to save time.

 7              MS. BASS:  No problem.

 8              The document is TG 25155

 9          through 158.

10              MR. CYR:  It's a different

11          translation.

12              MS. BASS:  I don't know what

13          document you're looking at, Mr.

14          Cyr.

15              MR. CYR:  It's a part of the

16          document you handed the witness.

17              MS. BASS:  No.  No, it's

18          not.  That is not the document

19          before the witness.  That's not

20          been marked as Exhibit 34.

21              MR. CYR:  I won't argue with

22          you.  It's just that it's the only

23          way I got it in my hands.

24    BY MS. BASS:

Confidential - Subject to Further Confidentiality Review

1          Q.     The question, Mr. Jia, is

2     simply whether you have seen this

3     document before?

4          A.     I have not seen this

5     document before.

6          Q.     Were you aware of inquiries

7     from the United States CPSC regarding the

8     quality of the drywall manufactured by

9     your company?

10         A.     I don't know.

11         Q.     Did you participate in a

12    tour of your factory with representatives

13    of the CPSC of the US government?

14         A.     I participated.

15         Q.     Do you recall when that tour

16    took place?

17         A.     I don't remember the exact

18    date, but perhaps it is in mid 2009.

19         Q.     What did you understand was

20    the reason that the CPSC was coming to

21    tour your factory?

22         A.     I don't know the reason for

23    it, but I received them warmly.

24         Q.     Did anyone from the CPSC

Confidential - Subject to Further Confidentiality Review

1    inform you about concerns that they had

2    about the quality of the drywall that had

3    been manufactured by your plant and was

4    being utilized in the United States?

5            A.    No.

6                  MS. BASS:   I would next like

7            to have marked as 35 a document

8            which has been Bated as TG 19235

9            through 236 and ask you whether or

10           not you're familiar with the

11           e-mail address of the recipient of

12           this document.

13                       -   -   -

14                  (Whereupon, Deposition

15           Exhibit Jia-35, E-mail dated

16           8/17/2009, Bates stamped TG

17           0019235 and TG 0019236, was marked

18           for identification.)

19                       -   -   -

20                  THE WITNESS:   I only know

21           the character of Che Gang.

22   BY MS. BASS:

23           Q.    And Che Gang is an employee

24   of TTP in August of 2009, correct?

Confidential - Subject to Further Confidentiality Review

1      A.    Yes.  What did you say, 2009

2   or 2008?

3      Q.    The date of this e-mail is

4   August of 2009.

5      A.    He was not an employee of

6   TTP at that time.

7      Q.    Do you know what entity

8   employed Mr. Che as of August of 2009?

9      A.    TG.

10      Q.    Did Mr. Che inform you that

11   he had received information about claims

12   relating to Chinese drywall that had --

13   claims of Chinese drywall that had been

14   tied to corrosion of metal components,

15   foul smells and complaints by homeowners

16   of health issues?

17      A.    Not only Che Gang reported

18   me that issue but also other employees

19   who referred the media report to me for

20   review.

21      Q.    In fact, this document

22   references that the CPSC was coming to

23   visit China beginning on August 17, 2009.

24   Does that help refresh your recollection

Confidential - Subject to Further Confidentiality Review

1    as to when the CPSC toured your factory?

2         A.    I don't remember the exact

3    date.  As I mentioned, perhaps it was in

4    mid 2009.  That day was very hot.

5         Q.    Did you discuss with any

6    representatives of the CPSC during their

7    tour of your factory their concern that

8    your drywall was causing corrosion of

9    metal components in homes in the United

10   States?

11        A.    We did not discuss that.

12        Q.    Are you aware of anyone else

13   who was employed by your company that

14   engaged in discussions with the CPSC

15   regarding their concerns about the

16   quality of your drywall?

17        A.    No.  Let me give you a brief

18   of the tour.  May I?

19        Q.    Yes.

20        A.    It was about 10:30 in the

21   morning accompanied by some government

22   officials.  I was told that there were

23   about four or five people from CPSC were

24   planning to come to our manufacturer for

Confidential - Subject to Further Confidentiality Review

```
 1   a tour.  I led them for tour in every

 2   place in our factory.  And we sampled our

 3   products, and I was told it was for

 4   analysis and testing.   They stayed in

 5   our company for about 25 or around 30

 6   minutes, less than 30 minutes.   We

 7   didn't actually sit down like we're

 8   sitting down today for discussions.

 9   After we saw them off, it all ended.  We

10   never again saw anybody from CPSC.

11              MS. BASS:  I would like to

12          next mark as Exhibit 36 a document

13          which has been Bated as TG 0025352

14          through 55.

15                    -   -   -

16          (Whereupon, Deposition

17          Exhibit Jia-36, Document partly in

18          Chinese, "Chinese Drywall Default

19          Ruling shows Need to Hold Foreign

20          Manufacturers Accountable in U.S.

21          Justice System," Bates stamped TG

22          0025352 through TG 0025355, was

23          marked for identification.)

24                    -   -   -
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MS. BASS:

 2         Q.    And ask the witness if you

 3   can recall having seen that document

 4   before?

 5         A.    Let me take a look.

 6         Q.    Please.

 7               MR. BLACK:  Could you read

 8         the Bates Numbers again.

 9               MS. BASS:  TG 25352 through

10         55.

11               MR. BLACK:  Thank you.

12               (Reviewing document.)

13               THE WITNESS:  I got an idea.

14   BY MS. BASS

15         Q.    Do you recall being informed

16   around September of 2009 that a default

17   had been entered against your company for

18   its failure to respond to a lawsuit filed

19   against it in the State of Louisiana in

20   Federal Court?

21         A.    Yes.

22         Q.    Were you aware of the

23   consequences of what a default meant

24   against your company in the US legal
```

Confidential - Subject to Further Confidentiality Review

1    proceedings?

2        A.    No.

3        Q.    Is it correct that it was --

4    a motion and your affidavit were not

5    filed in the legal proceedings in the

6    United States until September of 2010?

7        A.    I don't recall that.

8        Q.    Are you aware that at some

9    point your counsel filed a motion to

10   vacate the default that is referenced in

11   Exhibit 36?

12       A.    Yes.

13       Q.    And that that motion was not

14   filed until sometime in September of

15   2010, more than a year after you -- after

16   this news report regarding the entry of

17   the default?

18            MR. CYR:  Objection,

19       different default.

20            THE COURT:  Let's restate it

21       then.

22   BY MS. BASS:

23       Q.    Are you aware of how long

24   after your notice of the default entered

Confidential - Subject to Further Confidentiality Review

```
 1    against you in Federal Court in New

 2    Orleans it took for your company to file

 3    a motion to vacate in that proceeding?

 4              MR. CYR:  Objection, vague.

 5              THE COURT:  Why don't the

 6         records just speak for itself?

 7         What difference does it make?

 8              MS. BASS:  That's fine, Your

 9         Honor.

10              THE COURT:  Anything

11         further?

12              MS. BASS:  No, Your Honor,

13         thank you.

14              THE COURT:  Anybody else?

15              THE VIDEOTAPE TECHNICIAN:

16         Going off the video record at

17         11:23.

18                   -   -   -

19              (Whereupon, a recess was

20         taken from 11:23 a.m. until 11:25

21         a.m.)

22                   -   -   -

23              THE VIDEOTAPE TECHNICIAN:

24         This is the beginning of Tape
```

Confidential - Subject to Further Confidentiality Review

1              Number 4.  Going on the record at

2         11:25.

3                   THE COURT:  Go ahead.

4                       -  -  -

5                   EXAMINATION

6                       -  -  -

7    BY MR. BRENNER:

8         Q.    Good morning, Mr. Jia.  My

9    name is Theodore Brenner.  I represent

10   Tobin Trading in the Germano action.

11                  THE COURT:  Keep your voice

12        up, please, so they can hear you.

13   BY MR. BRENNER:

14        Q.    Are you familiar, sir, with

15   the company known as THBM?

16        A.    Yes.

17        Q.    What is the business of

18   THBM?

19        A.    THBM is abbreviation of

20   Taihe Dongxin Company, Limited.  This is

21   the name that we usually use.  I'm not

22   sure if it is legally binding.

23        Q.    So, do you have before you,

24   Mr. Jia, the document that is marked --

Confidential - Subject to Further Confidentiality Review

1    has been marked as Exhibit Number 20?

2            A.    Yes.

3            Q.    This is a document that is

4    marketing materials -- excuse me.

5                 Is this a document that is a

6    marketing material published by the

7    Shandong Taihe Dongxin Company?

8            A.    Yes.

9            Q.    Is it your testimony that

10   the references within this material to

11   THBM are references to the Shandong Taihe

12   Dongxin Company?

13           A.    For the convenience of

14   communication, you can say that for now.

15           Q.    I don't think I understand

16   your answer to my question, Mr. Jia.

17   If you will look through Exhibit Number

18   20, you will see references to THBM,

19   specifically on the second and third page

20   and on the sixth and seventh pages?

21           A.    Like I said, these four

22   letters are not especially for Taishan

23   Gypsum board.

24                 INTERPRETER:  Interpreter

Confidential - Subject to Further Confidentiality Review

1           correction.  Taishan Gypsum.

2           Delete the "board," please.

3    BY MR. BRENNER:

4           Q.    Isn't it your testimony that

5    THBM is the same entity or the same

6    reference as Shandong Taihe Dongxin

7    Company?

8           A.    Not necessarily.

9           Q.    Please explain any

10   differences between THBM and Shandong

11   Taihe Dongxin Company?

12          A.    Taihe Dongxin Company used

13   to be the name of Taishan Gypsum.  For

14   the convenience of communication and

15   identification, we used initial of each

16   of the English letters of the characters.

17   But for some of the companies in Taian,

18   they also abbreviated their company name

19   as THBM.  Therefore, THBM is not only for

20   Taishan.

21          Q.    In Exhibit 20 that's before

22   you on pages 6 and 7, it appears to say

23   "THBM is widely used and much popular."

24   Is that accurate, Mr. Jia?

Confidential - Subject to Further Confidentiality Review

```
1          A.    Where is it?

2                MR. CYR: (Indicating.)

3                THE WITNESS:  This says

4          Taihe Building Material is wide

5          used and much popular.

6    BY MR. BRENNER:

7          Q.    Is it your testimony that

8    THBM as used in this marketing material

9    does not refer to TG?

10         A.    It is TG.

11         Q.    Did THBM maintain any sales

12   offices?

13         A.    THBM, Taihe Dongxin Company

14   Limited does have its sales office.

15         Q.    Does it have more than one

16   sales office, more than one geographical

17   location?

18         A.    I don't understand what you

19   mean by that.

20         Q.    I want to know whether THBM

21   maintained more than one sales office?

22         A.    What time period?

23         Q.    2005/2006.

24         A.    I don't think the number one
```

Confidential - Subject to Further Confidentiality Review

```
 1    office or two offices have the same

 2    concept between you and me.  Maybe you

 3    can use square meter.

 4         Q.    My question to you, sir,

 5    involves offices in more than one

 6    location.

 7         A.    One location?

 8         Q.    Let me ask another question.

 9    Did THBM have an agent, a sales agent in

10    Guangzhou, China in 2005/2006?

11               INTERPRETER:  Sir, do you

12         mean Guangzhou?

13    BY MR. BRENNER:

14         Q.    (Handing over spelling.)

15         A.    We have about 400 TG

16    salespeople who are located in all over

17    China with offices and residence in their

18    respective geographic location.  It is

19    common for them to have office and

20    residence in other locations.

21         Q.    Were all of those 400

22    salespeople -- strike that.

23               In 2005/2006, were all of

24    those 400 salespeople employees of TG?
```

Confidential - Subject to Further Confidentiality Review

1          A.     Part of them are the

2    employees of TG.   Part of them were the

3    employees of TTP.   And many of them

4    are -- many others were the employees of

5    other subsidiaries.

6          Q.     For those who were employees

7    of TTP -- of TG, were they authorized to

8    make sales and make quotations for

9    purchase on behalf of TG?

10          A.     Yes.

11          Q.     In 2005 and 2006, TG owned a

12    paper factory used to make paper involved

13    in the drywall production process.   Is

14    that true?

15          A.     TG has a workshop that's

16    manufactured the paper that is involved

17    in making the drywall.

18          Q.     And is it true that the

19    waste paper purchased for use in that

20    workshop was purchased from the United

21    States?

22          A.     Not all of them.

23          Q.     Is it true with respect to

24    some of the paper that was used in that

Confidential - Subject to Further Confidentiality Review

```
 1    workshop?

 2            A.    Yes.

 3            Q.    And the paper that was

 4    purchased in the United States for use in

 5    that workshop was shipped from the United

 6    States to China; is that true?

 7            A.    I'm not sure about the

 8    detailed business process.

 9            Q.    Which TG employee or

10    employees were in charge of the paper

11    purchased from the United States for use

12    in the TG workshop?

13            A.    Purchasing department.

14            Q.    Do you know the names of any

15    of the persons in the purchasing

16    department that were so involved?

17            A.    Usually there are three to

18    five people involved in this process.

19            Q.    Can you provide us today

20    with any of the names of the three to

21    five people that were involved in this

22    process in the year 2005/2006?

23            A.    Zhang Jijun.

24            Q.    Do you know the names of any
```

Confidential - Subject to Further Confidentiality Review

 1    of the other people so involved?

 2         A.    It's been six or seven

 3    years, so, I do not recall exactly the

 4    names of other people, but I'm sure that

 5    this person is still participating in the

 6    process.

 7         Q.    To your knowledge, has Mr.

 8    Zhang ever traveled to the United States

 9    for the purpose of purchasing paper for

10    use in the TG workshop?

11         A.    No.

12         Q.    To your knowledge, has any

13    employee of TG or any agent of TG

14    traveled to any of the states in the

15    United States to participate in the

16    acquisition of paper for use in the TG

17    workshop?

18         A.    No.

19         Q.    In the years 2005/2006, did

20    TG have any contracts or agreements with

21    persons to act as its agent in the United

22    States to serve as a supplier of paper

23    used in the workshop?

24         A.    I'm not sure about this.

Confidential - Subject to Further Confidentiality Review

1      Q.    Who would know?

2      A.    The importing of the paper

3  in the most part was processed in the

4  transaction in China.  We regularly asked

5  for bidding from the sellers in the

6  United States and elsewhere.  It is still

7  the case today.

8      Q.    And who is the person within

9  TG that would know the information for

10  the years 2005/2006 regarding the

11  purchase of paper in the United States

12  and the shipment of the paper from the

13  United States to China for TG?

14      A.    Zhang Jijun.

15      Q.    The same individual that you

16  identified before?

17      A.    Yes.

18           MR.  BRENNER:  Thank you,

19      sir, for answering my questions.

20           THE COURT:  Let's take a

21      five-minute break at this time.

22           THE VIDEOTAPE TECHNICIAN:

23      We're going off the record at

24      11:45.

Confidential - Subject to Further Confidentiality Review

```
 1                    -  -  -

 2                  (Whereupon, a recess was

 3          taken from 11:45 a.m. until 11:53

 4          a.m.)

 5                    -  -  -

 6                  THE VIDEOTAPE TECHNICIAN:

 7          We are back on the record.  The

 8          time is 11:53.

 9                  THE COURT:  You may proceed,

10          Counsel.

11                    -  -  -

12                  EXAMINATION

13                    -  -  -

14  BY MR. BLACK:

15          Q.    Good morning.  I'm David

16  Black.  I represent the State of

17  Louisiana.

18                  Yesterday your counsel asked

19  you some questions about Louisiana.  You

20  know where Louisiana is located, do you

21  not, Mr. Jia?

22          A.    No.

23          Q.    Do you know that there were

24  storms in Louisiana in 2005 that caused
```

Confidential - Subject to Further Confidentiality Review

1    great property damage there?

2           A.    I don't know that.  I only

3    know there is a place called New Orleans

4    that has suffered damage.  I don't know

5    which state does New Orleans belong to.

6           Q.    New Orleans is in the State

7    of Louisiana.  I'll represent that to

8    you.  And for you in the materials

9    business, storms provide a sales

10   opportunity, do they not?

11          A.    Not all disasters in nature

12   would provide such opportunities.

13          Q.    Disasters which destroy

14   property and destroy houses provide that

15   opportunity, don't they?

16          A.    Not opportunities to all

17   manufacturers.

18          Q.    They provide those

19   opportunities to you, do they not?

20          A.    No.

21          Q.    Mr. Jia, you report --

22                Yesterday you described your

23   reports on the business activities of TG

24   each year?

Confidential - Subject to Further Confidentiality Review

1          A.     Yes.

2          Q.     And your counsel marked your

3    reports for the years 2005, 2006, 2007

4    and 2008 and maybe 2009, correct?

5          A.     Yes.

6          Q.     And in those reports, you

7    not only report on the activities of the

8    past year, but you set forth work

9    assignments for the next year, correct?

10              INTERPRETER:  Interpreter

11         clarification.

12              THE WITNESS:  I think I

13         made -- there were statements in

14         the report.

15   BY MR. BLACK:

16         Q.     You make these reports to

17   the board of directors, correct, of TG?

18         A.     And also shareholders'

19   conference.

20         Q.     And you make these reports

21   as truthful as you can make them,

22   correct?

23         A.     Correct.

24         Q.     When you --