Confidential - Subject to Further Confidentiality Review

1              Before you make the reports,

2    you gather information from within your

3    company; do you not?

4         A.    Yes.

5         Q.    From whom do you gather

6    information with respect to the sales of

7    TG's products?

8              MR. CYR:  Objection, vague.

9              THE COURT:  Let's be a

10             little more precise time-wise and

11             otherwise.

12   BY MR. BLACK:

13        Q.    From whom did you gather the

14   information concerning the sales of TG's

15   products in 2006 in your report on that

16   date?

17        A.    I receive information on

18   sales daily.

19        Q.    And you receive information

20   from the sales department?

21        A.    Not entirely from the sales

22   department.

23        Q.    Where else do you receive

24   information?

Confidential - Subject to Further Confidentiality Review

1        A.      Some of the customers

2    directly contact me to provide

3    information.

4        Q.      Do you receive information

5    with respect to foreign sales?

6        A.      No.

7        Q.      So, your information is

8    limited to sales only in China?

9        A.      Most of the time, yes.

10        Q.      But sometimes you receive

11    information concerning sales outside of

12    China, correct?

13        A.      Yes.

14        Q.      When did your company first

15    set up a website presence?

16        A.      I don't know. I forgot.

17        Q.      In your 2006 report which

18    you marked as -- which we marked as

19    Exhibit Number 26, you described as one

20    of your strategies to intensify online

21    sales.  What did you mean by

22    "intensifying online sales"?

23        A.      "Intensify online sales"

24    refers to that online sales can serve the

Confidential - Subject to Further Confidentiality Review

1    customers more directly and conveniently.

2         Q.    So, you had an online

3    presence in 2006 then, correct?

4         A.    I believe so.

5         Q.    Under your leadership, was

6    the first online presence set up for TG?

7         A.    I'm not sure whether it was

8    in 2006, 2003 or 2005, but we do have a

9    website that reflects our company as a

10   window of our company.

11        Q.    As a leader of the company,

12   who did you direct to set up that

13   presence?

14        A.    I don't know who set up the

15   website.

16        Q.    Who maintains the website

17   for your company Taishan or its

18   predecessor?

19        A.    Maybe the office, but I

20   don't know how to explain it clearly now.

21        Q.    Your company monitors

22   responses from your websites, does it

23   not?

24        A.    I don't know.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    Well, if you're intensifying
 2   online sales, you're --
 3                What did you mean by the
 4   term "intensify online sales"?
 5          A.    Other enterprises also
 6   emphasizes on to intensify online sales.
 7   It is a very popular term, therefore, in
 8   my report, I also stressed on intensify
 9   online sales.  That's all to the meaning
10   of it.  There was no detailed arrangement
11   in that regard.
12          Q.    You wanted to have more
13   sales by using your online presence, did
14   you not?
15          A.    Yes.
16          Q.    And you knew that people
17   around the world read your website,
18   correct?
19                MR. CYR:  Objection,
20          speculation.
21                THE COURT:  Yes, it is
22          speculation.  What was his intent?
23   BY MR. BLACK:
24          Q.    Did you receive --
```

Confidential - Subject to Further Confidentiality Review

1                 What was your intent in

2    setting up your website?

3          A.    The reason for setting up

4    the website is to have more people know

5    Taishan Gypsum.

6          Q.    And buy Taishan Gypsum's

7    product, correct?

8          A.    I don't exclude that

9    intention.

10         Q.    And you tracked sales as it

11   relates to your website presence, did you

12   not?

13         A.    I am not familiar with

14   websites.  I am illiterate of websites.

15         Q.    Well, in your Exhibit 27,

16   which was your report on the year 2007,

17   under the heading "Sales work reached new

18   breakthrough," you stated that one of the

19   reasons was "the advantage of a strong

20   online market."  Correct?

21         A.    Yes.

22         Q.    And you also described for

23   2007 that one of the reasons for that was

24   that you refined your website, correct?

Confidential - Subject to Further Confidentiality Review

1          A.    Yes.

2          Q.    And you gave directions to

3    those in your company who was handling

4    the online presence to make it more

5    accessible to people for sales, correct?

6          A.    And also for the people who

7    would have the opportunity to contact our

8    company in the future.

9          Q.    And you knew that --

10               You knew from your contacts

11   with the sales department that people

12   from America contacted you through your

13   website presence, did you not?

14         A.    I don't know.

15         Q.    And that those people were

16   searching for drywall from your company?

17               MR. CYR:  Objection.

18               THE COURT:  How would he

19         know that?  I sustain the

20         objection.

21   BY MR. BLACK:

22         Q.    Who within your sales

23   department was responsible for responding

24   to online requests for sales?

Confidential - Subject to Further Confidentiality Review

1          A.     I don't know who would be

2     responsible for that.

3          Q.     Who is responsible for your

4     sales of Taishan Gypsum products in the

5     years 2005, 6, 7 and 8?

6          A.     Fu Tinghuan.

7          Q.     And he is here to testify

8     this week, is he not?

9          A.     I believe you are notified

10    of that.

11         Q.     And you would refer

12    inquiries concerning the role of Internet

13    sales in growth of your gypsum sales to

14    Mr. Fu?

15         A.     No.

16         Q.     Who would you refer those

17    inquiries to?

18         A.     Well, I've only heard the

19    word "website sales," therefore, I used

20    it in my report.  I'm not very familiar

21    with computer.  Because of my busy work

22    schedule, I don't really use computer

23    that much.  I only use computer for the

24    purpose of reading the news.  Therefore,

Confidential - Subject to Further Confidentiality Review

```
 1      I have not arranged Manager Fu for any

 2      detailed responses for the website sales.

 3              Q.    You wrote your reports that

 4      your counsel marked for Exhibits 25

 5      through 29 with the idea that people

 6      would believe what you said in your

 7      reports, correct?

 8              A.    Yes.

 9              Q.    You were truthful when you

10      wrote those reports, were you not?

11              A.    Yes.

12              Q.    And you wrote these reports

13      to the board of directors and to the

14      shareholders, correct?

15                    MR. CYR:  Objection.  That's

16              the third time.

17                    THE COURT:  Yes.  We've gone

18              through this already.

19      BY MR BLACK:

20              Q.    You intended that the board

21      of directors and the shareholders rely on

22      those reports, did you not?

23              A.    Yes.

24              Q.    And the board of directors
```

Confidential - Subject to Further Confidentiality Review

```
 1     accepted those reports, correct?

 2          A.    Yes.

 3               MR. BLACK:  I have nothing

 4        further.

 5               THE COURT:  Any redirect?

 6               MR. CYR:  Yes, Your Honor,

 7        just very briefly.

 8               MR. SEXTON:  I have less

 9        than five minutes.

10               THE COURT:  All right.

11        Let's try to do it in three.

12                    -   -   -

13                    EXAMINATION

14                    -   -   -

15   BY MR. SEXTON:

16          Q.    Good afternoon, sir.  My

17    name is Mike Sexton.

18               Have you heard of a company

19    called Rothchilt International, Limited

20    possibly out of Taiwan?

21          A.    You pronounce this name in

22    English.  I wish you could pronounce it

23    in Chinese.

24          Q.    Me too.
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.     Because I'm not sure which
 2   company you're referring to.
 3          Q.     Have you dealt with any
 4   brokers of drywall or other products
 5   based in Taiwan?
 6          A.     No.
 7          Q.     Have you ever heard of a
 8   company called La Suprema?
 9          A.     No.
10          Q.     And finally, sir, have you
11   heard of my client, Banner Supply?
12          A.     I have not heard of it.
13          Q.     And to the best of your
14   knowledge today, you are not aware of TG
15   or TTP selling any drywall that
16   ultimately landed in the hands of Banner
17   Supply, correct?
18          A.     I don't know.
19                 MR. SEXTON:  Thank you very
20          much.
21                 THE COURT:  Any redirect?
22                    -  -  -
23                 EXAMINATION
24                    -  -  -
```

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. CYR:

 2           Q.    Mr. Jia, you were asked some

 3    questions about whether or not you

 4    received compensation as a result of your

 5    honorary position with BNBM.  Do you

 6    recall that question?

 7           A.    I remember.

 8           Q.    Do you remember that you

 9    answered the question, no, that you did

10    not receive any compensation?

11           A.    Yes.

12           Q.    Will you please clarify your

13    answer?

14           A.    Yes.  I have not received a

15    penny for the position that I have with

16    BNBM as it deputy general manager.  My

17    salary is all from TG.  The position as a

18    director in BNBM, that led to 25,000 RMB

19    that I received.  In China, we call it

20    the fee of vehicle and horses.  Because I

21    shouldn't ask for reimbursement when I go

22    for the board of directors meeting from

23    TG.  The directors of the board of

24    director of BNBM had a stipulation that
```

Confidential - Subject to Further Confidentiality Review

```
 1    for all directors, the fee of vehicle and

 2    horses is set to be 25,000 RMB.  That's

 3    all.

 4            Q.    Mr. Jia, I'm going to show

 5    you what has been marked as Defendant's

 6    22 and ask you if you recall the

 7    questions that Mr. Seeger asked you with

 8    respect to the projects that are

 9    reflected in that document?

10            A.    Yes.

11            Q.    Just so that the record is

12    clear, were separate subsidiaries

13    established for the purposes of those

14    projects?

15                  MR. SEEGER:  Objection,

16            leading, Your Honor.

17                  THE COURT:  I'll allow it in

18            view of the translation and the

19            difficulty in doing it.

20                  THE WITNESS:  I don't quite

21            understand your question.

22    BY MR. CYR:

23            Q.    Were separate subsidiaries

24    established for the purposes of the
```

Confidential - Subject to Further Confidentiality Review

1    projects reflected in the exhibit?

2          A.    I don't quite understand.

3    What do you mean by "subsidiaries"?

4          Q.    Companies.

5          A.    I understand now companies.

6          Q.    Were separate companies

7    established for the purpose of the

8    projects reflected in the exhibit?

9          A.    Yes.

10          Q.    Were Shandong Taihe and BNBM

11    shareholders in those companies?

12          A.    Yes.

13          Q.    Have either TG or TTP ever

14    been in a joint venture agreement with

15    BNBM?

16          A.    I don't understand your

17    concept of joint venture.

18          Q.    Mr. Seeger referred to these

19    projects as joint ventures between BNBM

20    and Shandong Taihe.  Do you recall that?

21    Do you recall that?

22          A.    You're asking me?

23          Q.    Yes.  Do you recall that?

24          A.    Yes, yes.

Confidential - Subject to Further Confidentiality Review

1        Q.     Do you have familiarity with

2    the concept of a joint venture under

3    Chinese law?

4        A.     Under Chinese law, whenever

5    there are two or more stockholders to

6    invest in one enterprise, that would be

7    called joint venture.  If the share is

8    one percent, that would also be

9    considered as joint venture.  A joint

10   venture is a concept that whenever there

11   are two or more shareholders investing in

12   one company, the company is completely

13   separately operated.  The joint venture

14   concept is a concept of shareholders.

15              MR. CYR:  I have no further

16         questions, Your Honor.

17              THE COURT:  All right.

18         We'll end here, and we'll come

19         back at 1:30.  We'll stand in

20         recess until 1:30.

21              THE VIDEOTAPE TECHNICIAN:

22         This concludes the deposition of

23         Tongchun Jia.  The total number of

24         tapes used today is four.  We're

Confidential - Subject to Further Confidentiality Review

1              going off the record at 12:27.

2                        -   -   -

3                   (Whereupon, the deposition

4         concluded at 12:27 p.m.)

5                        -   -   -

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Confidential - Subject to Further Confidentiality Review

```
 1              C E R T I F I C A T E
 2
 3
                    I, LINDA L. GOLKOW, a
 4    Registered Diplomate Reporter, Certified
      Court Reporter and Notary Public, do
 5    hereby certify that, pursuant to notice,
      the deposition of TONGCHUN JIA was duly
 6    taken on January 10, 2012 at 8:57 a.m.
      before me.
 7
 8                  The said TONGCHUN JIA was
      duly sworn by the Court according to law
 9    to tell the truth, the whole truth and
      nothing but the truth and thereupon did
10    testify as set forth in the above
      transcript of testimony.  The testimony
11    was taken down stenographically by me.
12
                    I do further certify that
13    the above deposition is full, complete
      and a true record of all the testimony
14    given by the said witness.
15
16
              Linda L. Golkow
17            Registered Diplomate Reporter
              Certified Realtime Reporter
18
19
20                  (The foregoing certification
      of this transcript does not apply to any
21    reproduction of the same by any means,
      unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1              INSTRUCTIONS TO WITNESS

 2

 3

 4              Please read your deposition

 5    over carefully and make any necessary

 6    corrections.  You should state the reason

 7    in the appropriate space on the errata

 8    sheet for any corrections that are made.

 9

10              After doing so, please sign

11    the errata sheet and date it.  It will be

12    attached to your deposition.

13

14              It is imperative that you

15    return the original errata sheet to the

16    deposing attorney within thirty (30) days

17    of receipt of the deposition transcript

18    by you.  If you fail to do so, the

19    deposition transcript may be deemed to be

20    accurate and may be used in court.

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

1                        - - - - - -

                    E R R A T A

2                        - - - - - -

3    PAGE   LINE   CHANGE

4    _____  _____  _____

5       REASON:  ____ _____

6    _____  _____  _____

7       REASON:  _____ _____

8    _____  _____  _____

9       REASON:  _____ _____

10   _____  _____  _____

11      REASON:  _____ _____

12   _____  _____  _____

13      REASON:  _____ _____

14   _____  _____  _____

15      REASON:  _____ _____

16   _____  _____  _____

17      REASON:  _____ _____

18   _____  _____  _____

19      REASON:  _____ _____

20   _____  _____  _____

21      REASON:  _____ _____

22   _____  _____  _____

23      REASON:  _____ _____

24

Confidential - Subject to Further Confidentiality Review

1

2            ACKNOWLEDGMENT OF DEPONENT

3

         I,_____ , do

4   hereby certify that I have read the
    foregoing pages, 827-944 through 494 and

5   that the same is a correct transcription
    of the answers given by me to the

6   questions therein propounded, except for
    the corrections or changes in form or

7   substance, if any, noted in the attached
    Errata Sheet.

8

9   _____
    TONGCHUN JIA              DATE

10

11

12

13

14

15

16  Subscribed and sworn
    to before me this

17  _____ day of _____, 20____.

18  My commission expires:_____

19
    _____

20  Notary Public

21

22

23

24

Confidential - Subject to Further Confidentiality Review

```
 1                    LAWYER'S NOTES

 2     PAGE   LINE

 3     ____   ____   _____

 4     ____   ____   _____

 5     ____   ____   _____

 6     ____   ____   _____

 7     ____   ____   _____

 8     ____   ____   _____

 9     ____   ____   _____

10     ____   ____   _____

11     ____   ____   _____

12     ____   ____   _____

13     ____   ____   _____

14     ____   ____   _____

15     ____   ____   _____

16     ____   ____   _____

17     ____   ____   _____

18     ____   ____   _____

19     ____   ____   _____

20     ____   ____   _____

21     ____   ____   _____

22     ____   ____   _____

23     ____   ____   _____

24     ____   ____   _____
```