# EXHIBIT C



Transcript of the Testimony of:   **Tinghuan Fu**

01/10/2012

Chinese Drywall

Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3       _____     § MDL NO. 2047
                                 §
         IN RE:                  §
 4       CHINESE-                § SECTION: L
         MANUFACTURED            §
 5       DRYWALL PRODUCTS        § JUDGE FALLON
         LIABILITY               §
 6       LITIGATION              § MAGISTRATE
                                 § JUDGE WILKINSON
         _____     §
 7
                       -   -   -
 8
          CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
                       -   -   -
10
                    January 10, 2012
11
                       -   -   -
12
            CONFIDENTIAL - SUBJECT TO FURTHER
13               CONFIDENTIALITY REVIEW
14                     -   -   -
15           Videotaped deposition of
         TINGHUAN FU, held at the Executive
16       Centre, Level 3, Three Pacific Place, One
         Queen's Road East, Hong Kong, China,
17       commencing at 1:30 p.m., on the above
         date, before Linda L. Golkow, Certified
18       Court Reporter, Registered Diplomate
         Reporter, Certified Realtime Reporter and
19       Notary Public.
                       -   -   -
20
21
22
              GOLKOW TECHNOLOGIES, INC.
23       877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
24
```

```
 1   BEFORE:
 2         HONORABLE ELDON E. FALLON
           UNITED STATES FEDERAL COURT -
 3         EASTERN DISTRICT OF LOUISIANA
 4
     APPEARANCES:
 5
 6         GAINSBURGH, BENJAMIN, DAVID, MEUNIER
           & WARSHAUER, L.L.C.
 7         BY:  GERALD E. MEUNIER, ESQUIRE
           2800 Energy Centre
 8         1100 Poydras Street
           New Orleans, Louisiana 70163
 9         (504) 522-2304
           gmeunier@gainsben.com
10         Representing the Plaintiffs'
           Steering Committee
11
12         HERMAN HERMAN KATZ & COTLAR, LLP
           BY:  LEONARD A. DAVIS, ESQUIRE
13         820 O'Keefe Avenue
           New Orleans, Louisiana 70113
14         (504) 581-4892
           Ldavis@hhkc.com
15         Representing the Plaintiffs'
           Steering Committee
16
17         COLSON HICKS EIDSON
           BY:  ERVIN GONZALEZ, ESQUIRE
18         BY:  PATRICK S. MONTOYA, ESQUIRE
           255 Alhambra Circle
19         Penthouse
           Coral Gables, Florida 33134
20         (305) 476-7400
           Ervin@colson.com
21         Patrick@colson.com
           Representing Plaintiffs' Steering
22         Committee in the Federal and State
           Coordinated Actions
23
24
```

```
 1    APPEARANCES (CONTINUED):
 2
         LEVIN, FISHBEIN, SEDRAN & BERMAN
 3       BY:  ARNOLD LEVIN, ESQUIRE
         510 Walnut Street - Suite 500
 4       Philadelphia, Pennsylvania 19106
         (215) 592-1500
 5       Alevin@lfsblaw.com
         Representing the Plaintiffs'
 6       Steering Committee
 7
         SEEGER WEISS LLP
 8       BY:  SCOTT A. GEORGE, ESQUIRE
         One William Street
 9       New York, New York 10004
         (212) 584-0700
10       Sgeorge@seegerweiss.com
         Representing the Plaintiffs'
11       Steering Committee
12
         HOGAN LOVELLS US LLP
13       BY:  FRANK T. SPANO, ESQUIRE
         875 Third Avenue
14       New York, New York 10022
         (212) 918-3000
15       Frank.spano@hoganlovells.com
         Representing Taishan Gypsum Co.
16       Ltd. and Taian Taishan
         Plasterboard Company Ltd. and the
17       Witness, Tinghuan Fu
18
         HOGAN LOVELLS INTERNATIONAL LLP
19       BY:  EUGENE CHEN, ESQUIRE
         18th Floor, Park Place
20       1601 Nanjing Road West
         Shanghai, China 200040
21       (86 21) 6122 3800
         eugene.chen@hoganlovells.com
22       Representing Taishan Gypsum Co.
         Ltd. and Taian Taishan Plasterboard
23       Company Ltd. and the Witness,
         Tinghuan Fu
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2
      GREENBERG TRAURIG, LLP
 3    BY:  HILARIE BASS, ESQUIRE
      1221 Brickell Avenue
 4    Miami, Florida 33131
      (305) 579-0745
 5    bassh@gtlaw.com
      Representing the Home Builders
 6    Steering Committee
 7
      PERKINS COIE LLP
 8    BY:  DAVID L. BLACK, ESQUIRE
      1899 Wynkoop Street
 9    Suite 700
      Denver, Colorado 80202
10    (303) 291-2300
      DBlack@perkinscoie.com
11    Representing the State of Louisiana
12
      THOMPSON COE COUSINS & IRONS, L.L.P.
13    BY:  KEVIN F. RISLEY, ESQUIRE
      One Riverway
14    Suite 1600
      Houston, Texas 77056
15    (713) 403-8210
      krisley@thompsoncoe.com
16    Representing The North River
      Insurance Company
17
18    BRENNER, EVANS & MILLMAN, P.C.
      BY:  THEODORE I. BRENNER, ESQUIRE
19    411 East Franklin Street
      Suite 200
20    Richmond, Virginia 23218
      Tbrenner@beylaw.com
21    (804) 644-1300
      Representing Tobin Trading Company
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2
 3        McKENRY, DANCIGERS, DAWSON & LAKE, P.C.
          BY:  J. BRIAN SLAUGHTER, ESQUIRE
 4        192 Ballard Court
          Suite 400
 5        Virginia Beach, Virginia 23462
          (757) 461-2500
 6        Jbslaughter@va-law.org
          Representing Atlantic Homes LLC and
 7        Multiple Other Virginia-Based
          Defendants
 8
 9        QUINN EMANUEL URQUHART & SULLIVAN,LLP
          BY:  JANE M. BYRNE, ESQUIRE
10        BY:  JULIA BESKIN, ESQUIRE
          51 Madison Avenue
11        22nd Floor
          New York, New York 10010
12        (212) 849-7000
          Janeburne@quinnemanuel.com
13        Juliabeskin@Quinnemanuel.Com
          Representing Chartis Select Insurance
14        Company and Related Chartis Insurers
15
16        WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
          BY:  MICHAEL SEXTON, ESQUIRE
17        3344 Peachtree Road, NE
          Suite 2400
18        Atlanta, Georgia 30326
          (404) 876-2700
19        msexton@wwhgd.com
          Representing Various Banner
20        Defendants
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):

 2

          SINNOTT, NUCKOLS & LOGAN, PC

 3        BY:  KENNETH F. HARDT, ESQUIRE

          13811 Village Mill Drive

 4        Midlothian, Virginia 23114

          (804) 378-7600

 5        khardt@snllaw.com

          Representing Venture Supply, Inc. and

 6        Porter-Blaine Corp.

 7

     ALSO PRESENT:

 8

          SUNNY WANG, INTERPRETER

 9

10

11                         -   -   -

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE:
 2
 3         GALLOWAY JOHNSON TOMPKINS BURR and SMITH
           BY:  CARLINA C. EISELEN, ESQUIRE
 4         One Shell Square
           701 Poydras Street, 40th Floor
 5         New Orleans, Louisiana 70139
           (504) 525-6802
 6         ceiselen@gjtbs.com
           Representing Interior/Exterior
 7         Building Supply
 8
           HUNTON & WILLIAMS LLP
 9         BY:  A. TODD BROWN, ESQUIRE
           Bank of America Plaza
10         101 South Tryon Street
           Suite 3500
11         Charlotte, North Carolina  28280
           (704) 378-4700
12         Representing Stock Building Supply, LLC
13
14         JONES, WALKER, WAECHTER, POITEVENT,
           CARRERE & DENEGRE LLP
15         BY:  MEGAN E. DONOHUE, ESQUIRE
           600 Jefferson Street, Suite 1600
16         Lafayette, Louisiana 70501
           (337) 262-9062
17         mdonohue@joneswalker.com
           Representing Fireman's Fund Insurance
18         Company
19
           FULMER LEROY ALBEE BAUMANN
20         BY:  MICHAEL P. McCAHILL, ESQUIRE
           2866 East Oakland Park Boulevard
21         Ft. Lauderdale, Florida 33306
           (954) 707-4430
22         mmccahill@fulmerleroy.com
           Representing Independent Builders
23         Supply Association (IBSA)
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):
 2

 3        WRIGHT, FULFORD, MOORHEAD & BROWN, P.A.
          BY:  DORYK B. GRAF, JR., ESQUIRE
 4        145 N. Magnolia Ave.
          Orlando, Florida 32801
 5        (407) 425-0234
          dgraf@wfmblaw.com
 6        Representing West Construction, Inc.
 7

 8        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          BY: CLINTON DOCKERY, ESQUIRE
 9        51 Madison Avenue, 22nd Floor
          New York, New York 10010
10        (212) 849-7000
          clintondockery@quinnemanuel.com
11        Representing Chartis Select Insurance
          Company and Related Chartis Insurers
12

13        RUMBERGER, KIRK & CALDWELL, P.A.
          BY:  MONICA C. SEGURA, ESQUIRE
14        Brickell Bayview Centre, Suite 3000
          80 Southwest 8th Street
15        Miami, Florida 33130
          (305) 358-5577
16        Representing several defendants and
          Defendants' Liaison Counsel for
17        Installers
18        BUCHANAN INGERSOLL & ROONEY
          BY:  C. ROBERT ZAPPALA, ESQUIRE
19        One Oxford Centre
          301 Grant Street, 20th Floor
20        Pittsburgh, Pennsylvania 15219
          (412) 392-2135
21        bobby.zappala@bipc.com
          Representing 84 Lumber
22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):

 2

 3         WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

           BY:  P. SHANE O'NEILL, ESQUIRE

 4         3344 Peachtree Road, NE

           Suite 2400

 5         Atlanta, Georgia 30326

           (404) 876-2700

 6         soneill@wwhgd.com

           Representing Various Banner

 7         Defendants

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM:
 2

      BECNEL LAW FIRM, L.L.C.
 3    BY:  ROBERT BECNEL, ESQUIRE
      106 W. 7th Street
 4    Reserve, Louisiana 70084
      (985) 536-1186
 5    robbecnel@aol.com
      Representing the Plaintiffs'
 6    Steering Committee
 7

      PARKER WAICHMAN ALONSO LLP
 8    BY:  JORDAN L. CHAIKIN, ESQUIRE
      3301 Bonita Beach Road
 9    Bonita Springs, Florida 34134
      (239) 390-1000
10    Jchaikin@yourlaywer.com
      Representing Plaintiffs' Steering
11    Committee
12

      MORGAN & MORGAN
13    BY:  PETE V. ALBANIS, ESQUIRE
      12800 University Drive
14    Suite 600
      Fort Myers, Florida 33907
15    (877) 667-4265
      Representing the Plaintiffs
16

17    IRPINO LAW FIRM
      BY:  ANTHONY IRPINO, ESQUIRE
18    2216 Magazine Street
      New Orleans, Louisiana 70130
19    Airpino@irpinolaw.com
      (504) 525-1500
20    Representing the Plaintiffs
21
22
23
24
```

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3        GALLOWAY JOHNSON TOMPKINS BURR and SMITH
          BY:   CARLINA C. EISELEN, ESQUIRE
 4        One Shell Square
          701 Poydras Street, 40th Floor
 5        New Orleans, Louisiana 70139
          (504) 525-6802
 6        ceiselen@gjtbs.com
          Representing Interior/Exterior
 7        Building Supply
 8
          HEARD & MEDACK, P.C.
 9        BY:   JAMES DAVIS, ESQUIRE
          9494 Southwest Freeway, Suite 700
10        Houston, Texas 77074
          (713) 772-6400
11        jdavis@heardmedackpc.com
          Representing CastleRock Communities, L.P.
12
13
          HUNTON & WILLIAMS LLP
14        BY:   A. TODD BROWN, ESQUIRE
          Bank of America Plaza
15        101 South Tryon Street
          Suite 3500
16        Charlotte, North Carolina  28280
          (704) 378-4700
17        tbrown@hunton.com
          Representing Stock Building Supply, LLC
18
19
          SHER GARNER CAHILL RICHTER KLEIN &
20        HILBERT, L.L.C.
          BY:   MATTHEW C. CLARK, ESQUIRE
21        909 Poydras Street
          Suite 2800
22        New Orleans, Louisiana 70112
          (504) 299-2100
23        mclark@shergarner.com
          Representing the Southern Home
24        Defendants
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          BY: CLINTON DOCKERY, ESQUIRE
 4        51 Madison Avenue, 22nd Floor
          New York, New York 10010
 5        (212) 849-7000
          clintondockery@quinnemanuel.com
 6        Representing Chartis Select Insurance
          Company and Related Chartis Insurers
 7
 8        JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE LLP
 9        BY:  MEGAN E. DONOHUE, ESQUIRE
          600 Jefferson Street, Suite 1600
10        Lafayette, Louisiana 70501
          (337) 262-9062
11        mdonohue@joneswalker.com
          Representing Fireman's Fund Insurance
12        Company
13
          DEUTSCH, KERRIGAN & STILES
14        BY:  MELISSA M. SWABACKER, ESQUIRE
          755 Magazine St.
15        New Orleans, Louisiana  70130
          (504) 581-5141
16        mswabacker@dkslaw.com
          Representing Landmark American
17        Insurance Company
18
19        WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
          BY:  SHUBHRA MASHELKAR, ESQUIRE
20        3344 Peachtree Road, NE
          Suite 2400
21        Atlanta, Georgia 30326
          (404) 876-2700
22        Smashelkar@wwhgd.com
          Representing Various Banner
23        Defendants
24
```

```
 1                      -   -   -
 2                    I N D E X
     WITNESS                        PAGE NO.
 3
     TINGHUAN FU
 4
            By Mr. Spano              22
 5          By Mr. Meunier            37
            By Mr. Gonzalez          111
 6          By Mr. Spano             124
 7
 8                      -   -   -
                     E X H I B I T S
 9
     NO.              DESCRIPTION         PAGE NO.
10
     Fu-1             Information on the   59
11                   Members to the
                     Board of Directors,
12                   Members to the
                     Board of
13                   Supervisors and
                     Managers of
14                   Shandong Taihe
                     Dongxin Co., Ltd.,
15                   Bates stamped TG
                     0020710
16
     Fu-1A            Document in          59
17                   Chinese, Bates
                     stamped TG 0020710
18
     Fu-2             Information on       60
19                   Directors,
                     Supervisors and
20                   Managers of
                     Shandong Taihe
21                   Dongxin Co., Ltd.,
                     Bates stamped TG
22                   0020712
23   Fu-2A           Document in          60
                     Chinese, Bates
24                   stamped TG 0020712
```

1

    Fu-3        Contract, Bates    98

2                  stamped TG 0001684

                and TG 0001685

3

    Fu-4        Contract, Bates    101

4                  stamped TG 00019854

                through TG 00019857

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Confidential - Subject to Further Confidentiality Review

1                   -  -  -

2              THE VIDEOTAPE TECHNICIAN:

3       We are now on the record.  My name

4       is Dan Lawlor.  I'm a videographer

5       for Golkow Technologies.

6              Today's date is January 10,

7       2012, and the time is 1:30 p.m.

8              This video deposition is

9       being held in Hong Kong, China in

10      the matter of Chinese Drywall

11      Litigation for the United States

12      District Court, Eastern District

13      of Louisiana, MDL Number 2047 and

14      cross-noticed in various other

15      actions.

16              The deponent today is Fu,

17      Tinghuan.

18              Will Your Honor and all

19      those present state your presence

20      for the record.

21              THE COURT:  Judge Eldon

22      Fallon, Eastern District of

23      Louisiana.

24              MR. MEUNIER:  Gerry Meunier

Confidential - Subject to Further Confidentiality Review

```
1         appearing for the Plaintiffs'
2         Steering Committee in the MDL.
3              MR. DAVIS:  Leonard Davis on
4         behalf of the Plaintiffs' Steering
5         committee and Plaintiffs' Liaison
6         Counsel.
7              MS. BASS:  Hilarie Bass from
8         Miami, Florida on behalf of the
9         Home Builders Steering Committee.
10             MR. GONZALEZ:  Good
11        afternoon.  Ervin Gonzalez on
12        behalf of the PSC and the MDL
13        liaison states.
14             MR. MONTOYA:  Patrick
15        Montoya on behalf of the PSC and
16        the MDL liaison states' counsel.
17             MR. SLAUGHTER:  Brian
18        Slaughter from McKenry, Dancigers,
19        Dawson & Lake.  I'm here
20        representing Atlantic Homes, LLC.
21             MR. BRENNER:  Theodore
22        Brenner.  I represent Tobin
23        Trading in the Germano action.
24             MR. HARDT:  Kenneth Hardt, I
```

Confidential - Subject to Further Confidentiality Review

```
1          represent Venture Supply in the

2          Germano action and in the

3          Alexander state court action.

4               MS. BYRNE:  Jane Byrne from

5          Quinn Emanuel on behalf of the

6          Chartis insurers.  With me is my

7          colleague, Julia Beskin.

8               MR. SEXTON:  Mike Sexton for

9          certain Banner Supply entities.

10              MR. BLACK:  David Black for

11         the State of Louisiana, with

12         reservations that are pending in

13         our motion to remand.

14              MR. LEVIN:  Arnold Levin,

15         lead counsel, Plaintiffs' Steering

16         Committee.

17              MR. SPANO:  Frank Spano for

18         the defendants, Taishan Gypsum and

19         TTP.

20              MR.CHEN:  Eugene Chen from

21         Hogan Lovells for Taishan Gypsum

22         and TTP.

23              THE VIDEOTAPE TECHNICIAN:

24         The court reporter today is Linda
```

Confidential - Subject to Further Confidentiality Review

```
 1          Golkow.  Your Honor, please

 2     proceed.

 3                    -  -  -

 4          TINGHUAN FU, after having

 5     been duly sworn, was examined and

 6     testified as follows:

 7                    -  -  -

 8          THE WITNESS:  Yes, I do.

 9          THE COURT:  Have a seat,

10     please.

11          You may proceed, Counsel.

12                    -  -  -

13          EXAMINATION

14                    -  -  -

15  BY MR. SPANO:

16          Q.    Mr. Fu, who is your current

17  employer?

18          A.    Taishan Gypsum Company,

19  Limited.

20          Q.    What position do you hold

21  with Taishan Gypsum?

22          A.    My current position or prior

23  position?  What time period?

24          Q.    What's your job now?
```

Confidential - Subject to Further Confidentiality Review

1          A.    I am the manager of the

2     sales company.  I'm also the deputy

3     general manager in charge of sales.

4          Q.    When did you first start

5     working for the company?

6          A.    July 1999.

7          Q.    What was the name of the

8     company at that time?

9          A.    Shandong Taihe Dongxin

10    Company, Limited.

11         Q.    What was your position when

12    you joined the company in July of 1999?

13         A.    When I first joined the

14    company, I was a salesperson.

15         Q.    What did you do as a

16    salesperson?

17         A.    To sell gypsum board all

18    over China.

19         Q.    How long did you work as a

20    salesperson?

21         A.    As a salesperson, I worked

22    for over two years.

23         Q.    Until approximately 2001 you

24    worked as a salesperson?

Confidential - Subject to Further Confidentiality Review

1        A.    In the year 2001, I was a
2   deputy director of sales department.
3        Q.    What did you do as deputy
4   director of the sales department
5   beginning in 2001?
6        A.    To assist our director of
7   sales for daily management.
8        Q.    Who was the director of
9   sales in 2001?
10       A.    Mr. Li Ruizhong.
11       Q.    To your knowledge, did the
12  company have any export sales between
13  1999 and 2001?
14       A.    I don't know.  No, not in
15  that period of time.
16       Q.    What was your next position
17  after deputy sales manager?
18       A.    In May 2004, I became the
19  sales manager.  The Li that I mentioned
20  earlier, Director Li, retired.
21       Q.    What were your major
22  responsibilities as sales manager
23  beginning in May 2004?
24       A.    To manage the sales

Confidential - Subject to Further Confidentiality Review

1    assignment.

2         Q.    Please explain what you mean

3    by "sales assignment."

4         A.    Which is to sell gypsum

5    boards.

6         Q.    As sales manager, did you

7    have anyone that you supervised?

8         A.    I supervised the

9    salespeople.

10        Q.    Approximately how many

11   salespeople did Taishan Gypsum have in

12   the 2004/2005 time frame?

13        A.    More than 40, less than 50.

14        Q.    After 2005, between 2006 and

15   2008, did the number of salesmen go up or

16   down significantly?

17        A.    A few people left, about six

18   or seven people left to TTP.

19        Q.    When did that occur?

20        A.    2006.

21        Q.    Do you recall the names of

22   the people who left the TG sales

23   department to join TTP?

24        A.    There was a Peng Wenlong and

Confidential - Subject to Further Confidentiality Review

1    Yang Jiapo, Kong Qingguo, Che Gang.  And

2    also a Hou Jie and a few more which I

3    cannot recall.  I cannot recall their

4    names.

5         Q.    Did you remain as the sales

6    manager of Taishan Gypsum through the end

7    of 2007?

8         A.    I still am until today.

9         Q.    To your knowledge, when did

10   Taishan Gypsum begin getting involved in

11   export sales?

12        A.    Perhaps 2005, the second

13   half of 2005.

14        Q.    What happened in the second

15   half of 2005 in terms of the company

16   getting involved in export sales?

17        A.    What do you mean, what

18   happened?

19        Q.    Describe generally how the

20   company started getting involved in

21   export sales?

22        A.    At the time, some trading

23   companies came to our company and also

24   some foreign customers came to our

Confidential - Subject to Further Confidentiality Review

```
 1   company.
 2         Q.     How did the company respond
 3   to those events?
 4         A.     For these matters, I
 5   arranged somebody who was able to speak
 6   foreign language, such as Mr. Peng
 7   Wenlong, to greet these people.
 8         Q.     Did there come a time when
 9   you assigned any other employees in TG to
10   get involved in export sales besides Mr.
11   Peng Wenlong?
12         A.     I only arranged Peng Wenlong
13   to be in charge of receiving the other
14   people, but I'm not sure whether he has
15   arranged other people to assist him of
16   doing that.
17         Q.     Did you, yourself, have any
18   contacts with the trading companies or
19   foreign companies that came to TG in
20   connection with export sales?
21         A.     No.   Because I don't
22   understand English, only Peng Wenlong
23   could communicate with them.
24         Q.     Did you supervise Mr. Peng
```