Confidential - Subject to Further Confidentiality Review

1    Wenlong's activities in connection with

2    export sales?

3          A.    Yes.   I supervised Peng

4    Wenlong.

5          Q.    What did you do to supervise

6    him?

7          A.    At the time, because we were

8    not very familiar of exporting, so, I

9    told Mr. Peng Wenlong some principles of

10   dealing with the foreign customers and

11   trading companies, being that contracts

12   should be signed in China and the

13   products should be loaded in China.  I

14   have also told him the pricing and the

15   risk that come along with it and also the

16   principle of prepayment.  Because at the

17   time, we were not very familiar with

18   foreign trading, so, I arrange him to get

19   familiar with these principles.

20         Q.    Other than establishing the

21   principles for dealing with export sales,

22   did you do anything else in terms of

23   supervising the export sales activities?

24         A.    For example, the contracts

Confidential - Subject to Further Confidentiality Review

```
 1    that we sign and the price of the

 2    contracts, I will have to have the final

 3    saying of that.  And also the

 4    specification that required by the

 5    customers, whether the products could be

 6    manufactured, it was also my

 7    responsibility to communicate with the

 8    manufacturing department.

 9         Q.    Did Peng Wenlong get your

10    approval for each of the export sales

11    that the company entered into?

12         A.    No.

13         Q.    Did he have the authority to

14    enter into contracts involving export

15    sales without your approval?

16         A.    Yes.  For example -- yes.

17         Q.    Was it the practice that he

18    would consult with you regarding the

19    terms of each sale?

20         A.    What is it?  What is it that

21    he needed to consult me with?

22         Q.    I'll withdraw the question.

23               Did Mr. Peng Wenlong consult

24    with you regarding the pricing of sales?
```

Confidential - Subject to Further Confidentiality Review

1          A.     For the pricing, as long as

2     the money could arrive and as long as it

3     has been a pricing that we agreed prior

4     to that.  Of course, for the first time

5     he had to consult me, but afterwards, he

6     didn't have to consult me for pricing.

7          Q.     Do you recall Mr. Peng

8     consulting with you regarding any sales

9     to American customers?

10              MR. GONZALEZ:  Your Honor,

11          can we have a date on those, a

12          time reference on those?

13              THE COURT:  I'm sorry.

14          Let's ask time reference so that

15          we understand what the time frame

16          is.

17     BY MR. SPANO:

18          Q.     During what period did Mr.

19     Peng Wenlong work in foreign sales for

20     Taishan Gypsum?

21          A.     2005, from the second half

22     of 2005.

23          Q.     Until when?

24          A.     What is it that you said?

Confidential - Subject to Further Confidentiality Review

1    But in February of 2006, he went to TTP.

2          Q.    During that time period,

3    approximately the second half of 2005,

4    until when Mr. Peng went to work for TTP,

5    did he consult with you regarding any

6    sales or potential sales to American

7    customers?

8              INTERPRETER:  Interpreter

9          clarification.

10             THE WITNESS:  Not really for

11         the sales, but for the first time,

12         when a contract was entered, I

13         would need to calculate the cost,

14         the thickness of the gypsum board.

15         But for the contracts, afterwards,

16         he did not need to consult me.

17   BY MR. SPANO:

18         Q.    Do you recall Mr. Peng

19   consulting with you regarding a contract

20   for 12.7 millimeter thick drywall in the

21   second half of 2005?

22         A.    I'm aware of that.  He

23   consulted me for the pricing of the

24   specification of 12.7 millimeter

Confidential - Subject to Further Confidentiality Review

1    thickness.

2         Q.    Did he consult with you

3    regarding any other aspect of that sale

4    of 12.7 millimeter drywall?

5         A.    I was not in charge of other

6    aspects of the business as of who did he

7    sell it to.  I was only in charge of the

8    cost to produce gypsum board of this

9    thickness and the pricing of the gypsum

10   board accordingly.

11        Q.    Do you recall learning the

12   name of the customer of the 12.7

13   millimeter drywall?

14        A.    I don't know.

15        Q.    Do you recall whether the

16   customer for the 12.7 millimeter drywall

17   was an American company?

18        A.    No, I don't know.

19        Q.    Do you recall hearing the

20   name of a company called Venture Supply

21   in 2005 or 2006?

22        A.    I don't understand English,

23   so, I don't know what is that at all.

24        Q.    Were you introduced to any

Confidential - Subject to Further Confidentiality Review

1    customers for 12.7 millimeter drywall in

2    2005 or 2006?

3            A.    I was introduced to or did I

4    introduce to someone else?  What?

5            Q.    I'll withdraw the question.

6                  Do you recall meeting with

7    or speaking with any customers or

8    potential customers for the 12.7

9    millimeter thick drywall in 2005 or 2006?

10           A.    No.

11           Q.    Have you ever held any

12   positions in TTP?

13           A.    I'm the director of TTP.

14           Q.    Are there other directors of

15   TTP?

16           A.    Yes.

17           Q.    Who are they?

18           A.    There are three directors,

19   the others being Peng Shiliang and Wang

20   Fenqin.

21           Q.    During what time period have

22   you been a director of TTP?

23           A.    Starting from February 2006

24   until after three years according to the

Confidential - Subject to Further Confidentiality Review

1   company rule.  However, there was no

2   election after three years.  That was the

3   end of it.  And TTP in the year 2007

4   stopped its operation, so, there was no

5   reelection.

6           Q.     Did T -- withdrawn.

7                  What were your main

8   responsibilities when you served on the

9   board of TTP?

10          A.     To review and discuss the

11  reports of the company, annual reports.

12  To make -- to review the reports.  And

13  sometimes our directors meet for some

14  daily matters as well.

15          Q.     Was there an annual report

16  for TTP for 2006?

17          A.     Yes.

18          Q.     For 2007?

19          A.     Yes.

20          Q.     Did you see both of those

21  annual reports?

22          A.     Yes.

23          Q.     Did those annual reports

24  contain any information regarding export

Confidential - Subject to Further Confidentiality Review

```
1    sales?

2            A.      The profit distribution and

3    performance, all that.  But for the

4    sales, it would not be reflected in the

5    report.  How could the sales be reflected

6    in the report?

7            Q.      Were TTP sales reflected in

8    the annual report in any way?

9            A.      To be reflected in any way?

10           Q.      I'll withdraw the question.

11                   Did the TTP annual reports

12   that you saw show the amount of sales of

13   drywall by TTP?

14           A.      There was -- the volume of

15   sales included square meters that was

16   sold.

17           Q.      Was the volume of sales

18   differentiated in any way between

19   domestic sales and export sales?

20           A.      There was a volume, but

21   which one you are talking about?  I know

22   that there was a total sales volume.

23           Q.      In addition to showing total

24   sales, did the annual reports also show
```

Confidential - Subject to Further Confidentiality Review

1    the portion of the total sales that was

2    export sales?

3         A.    No.

4         Q.    Did TTP have a sales

5    manager?

6         A.    TTP has a responsible

7    person, who is Peng Wenlong.

8         Q.    Was Peng Wenlong the person

9    responsible for sales of TTP?

10        A.    Yes.

11        Q.    Did you supervise Peng

12   Wenlong's sales activities in TTP?

13        A.    I was not in charge.  I was

14   only the director.

15        Q.    As a director, did you play

16   any role in supervising TTP's sales?

17        A.    When we first formed the

18   board of directors, we had elected Peng

19   Shiliang as the chairman of the board of

20   directors.  I was told that whenever

21   there was a need for guidance in the

22   business, I was the one to ask.

23             INTERPRETER:  Interpreter

24        clarification.

Confidential - Subject to Further Confidentiality Review

```
 1                    THE WITNESS:  Basically I

 2           did not give any guidance.

 3    BY MR. SPANO:

 4           Q.    Did Mr. Peng Shiliang give

 5    any guidance to the sales activities of

 6    TTP?

 7           A.    I'm not sure about that.

 8    He's the general manager.

 9           Q.    Did Peng Wenlong consult

10    with you regarding any of the sales

11    transactions of TTP?

12           A.    He did not consult me.

13                 MR. SPANO:  Pass the

14           witness.

15                 THE COURT:  Are you

16           finished?

17                 MR. SPANO:  Yes, sir.

18                 THE COURT:  You tender the

19           witness?

20                 MR. SPANO:  Yes.

21                    -   -   -

22                 EXAMINATION

23                    -   -   -

24    BY MR. MEUNIER:
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.     Good afternoon, Mr. Fu.

 2                 You testified that you are

 3    the manager of the sales company and the

 4    deputy general manager in charge of sales

 5    for Taishan Gypsum today, true?

 6          A.     Correct.

 7          Q.     Are those different

 8    positions?

 9          A.     I was the general -- I was

10    the deputy general manager and the

11    director of the sales company.  There's

12    supposed to be a separate director for

13    the sales company, but there was none of

14    that.  So, I also became the manager of

15    the sales company.

16          Q.     What is the name of the

17    sales company?

18          A.     Actually, it's only a

19    department.  It is a department that was

20    in charge of sales for Taishan Gypsum

21    Company.

22          Q.     Who is the general manager

23    in charge of sales?

24                 INTERPRETER:  Interpreter
```

Confidential - Subject to Further Confidentiality Review

```
1          clarification.
2                    THE WITNESS:  There was a
3          general manager Jia, J-I-A, above
4          me, but I am the deputy general
5          manager, and my last name is Fu,
6          which also, coincidently, means
7          deputy in Chinese.
8                    MR. CHEN:  I'm sorry.  At
9          least half of his comments weren't
10         translated.
11                   THE INTERPRETER:  Can you
12         tell me what was that?
13                   MR. CHEN:  I shouldn't, but
14         you might ask him.
15                   THE COURT:  Let him restate
16         it.
17                   INTERPRETER:  Well, he's
18         further explaining, so before
19         that, do you want to --
20                   THE COURT:  No.  No.  You
21         can comment.  Ask him to restate
22         it.
23                   THE WITNESS:  I was the
24         deputy general manager in charge
```

Confidential - Subject to Further Confidentiality Review

```
 1              of sales.  I was also the manager
 2              of the sales company.
 3    BY MR. MEUNIER:
 4         Q.      Who was your boss as deputy
 5    general manager in charge of sales?
 6         A.      On top of me was General
 7    Manager Jia, J-I-A.  I report to him.
 8         Q.      Who reports to you as boss
 9    as deputy general manager in charge of
10    sales?
11         A.      Because I'm the manager of
12    sales, the salespeople report to me.
13         Q.      And who is your boss as the
14    manager of the sales department?
15         A.      Who is my boss?  That would
16    be General Manager Jia.
17         Q.      Is that Mr. Jia who gave his
18    deposition earlier today?
19         A.      Yes.
20         Q.      So, as I understand it, in
21    the area of sales, you report at Taishan
22    Gypsum to Mr. Jia as your boss?
23         A.      Correct.
24         Q.      And all of the sales
```

Confidential - Subject to Further Confidentiality Review

```
 1    personnel at Taishan Gypsum report to you

 2    as their boss, is that true?

 3            A.    Yes.

 4            Q.    And that includes sales

 5    personnel involved in export sales, true?

 6                 MR. SPANO:  Objection.

 7                 THE COURT:  Do you have an

 8            objection?  Did you object?

 9                 MR. SPANO:  Yeah.  I object

10            to --

11                 THE COURT:  I overrule the

12            objection.

13                 Look, let me tell the

14            witness something.  She has to

15            interpret what you're saying.  So,

16            give her an opportunity to

17            interpret.  Pause in between your

18            paragraphs so she can catch up

19            with you.

20                 Do you want to restate the

21            question?

22                 MR. MEUNIER:  I didn't get a

23            response.

24    BY MR. MEUNIER:
```

Confidential - Subject to Further Confidentiality Review

1          Q.     The question is, is it true

2     that all sales personnel, including those

3     involved in export sales, report to you

4     as their boss?

5          A.     I'm a manager.  Not all the

6     salespeople report to me.

7          Q.     Who else do salespeople

8     report to as their boss other than you?

9          A.     I have a deputy manager.

10         Q.     Who is that?

11         A.     Xue Shufeng.  X-U,

12    S-H-U-F-E-N-G.  Correction.  X-U-E, last

13    name, instead of X-U.

14         Q.     Does Mr. Xue report to you

15    on the activities of the salespeople who

16    report to him?

17         A.     It's not necessary.

18         Q.     Does Mr. Xue, therefore,

19    have full authority to supervise the

20    sales personnel, including those in

21    export sales?

22         A.     He managed in assistance of

23    me.

24         Q.     You told us that there were

Confidential - Subject to Further Confidentiality Review

1    40 to 50 sales employees at TG before TTP

2    was formed in 2006; is that correct?

3          A.    Which year was that?

4          Q.    Before TTP was formed in

5    2006 --

6          A.    Yes.

7          Q.    -- is it true there were 40

8    to 50 salespeople working for TG?

9          A.    Less than 50.

10         Q.    But more than 40?

11         A.    Correct.

12         Q.    How many were involved in

13   export sales?

14         A.    You mean the employee of TG?

15         Q.    Yes.

16         A.    During the time 2005 and

17   2006, it was Peng Wenlong who was

18   assigned to be in charge of that.  Some

19   people who understood foreign language

20   was assigned to greet those people.  But

21   we did not assign in detail who would be

22   responsible for that.

23         Q.    How many others besides Peng

24   Wenlong were assigned to deal with

Confidential - Subject to Further Confidentiality Review

 1   foreign customers?

 2          A.    Che Gang, Yang Jiapo.  They

 3   are also salespeople.

 4          Q.    Yang Jiapo also known as

 5   Apollo Yang?

 6          A.    I don't know he has this

 7   name.

 8          Q.    Che Gang also known as Frank

 9   Clem?

10          A.    I'm not sure.

11          Q.    I'm sorry.  I misspoke.  Che

12   Gang also known as Bill Cher?

13          MR. SPANO:  Objection to

14      form.

15          THE WITNESS:  I don't know.

16   BY MR. MEUNIER:

17          Q.    Do you know why training

18   companies and foreign customers came to

19   your company in the second half of 2005,

20   which you say is when export sale

21   activity began?

22          MR. SPANO:  Objection to

23      form.  I think it came out

24      training, and I think he meant to

Confidential - Subject to Further Confidentiality Review

```
 1          say trading, but he can clarify.
 2   BY MR. MEUNIER:
 3          Q.    Training companies is what I
 4   heard him say.
 5               THE COURT:  Let him answer
 6          the question.  I'll overrule the
 7          objection.
 8               THE WITNESS:  I also don't
 9          know why they came to our company.
10   BY MR. MEUNIER:
11          Q.    Did the foreign customers
12   who came to your company include the
13   United States?
14          A.    I don't know.  I already
15   responded to you earlier.
16          Q.    Do you know which foreign
17   customers came to your company?
18          A.    I don't know.
19          Q.    When Peng Wenlong, Yang
20   Jiapo and Che Gang left to become
21   employees of TTP in 2006, were they given
22   any principles for dealing with foreign
23   customers?
24          A.    They were in charge of the
```

Confidential - Subject to Further Confidentiality Review

1    detailed operation.  I was not.

2         Q.    To your knowledge, did any

3    supervisor give to these three sales

4    personnel guidance on how to deal with

5    foreign customers when they became

6    employees of TTP in 2006?

7         A.    I don't know.

8         Q.    Who supervised Peng Wenlong,

9    Yang Jiapo and Che Gang as sales

10   employees of TTP?

11        A.    TTP's general manager, which

12   I'm not sure about their detailed

13   arrangements.

14        Q.    And TTP's general manager is

15   Peng Shiliang?

16        A.    Peng Shiliang is the general

17   manager.

18        Q.    You told us that one of the

19   principles you gave Peng Wenlong for

20   dealing with export sales was that

21   contracts should be signed in China.  Is

22   that true?

23        A.    Yes, because that was our

24   first time dealing with exporting.  I did

Confidential - Subject to Further Confidentiality Review

1    not quite -- I was not quite familiar

2    with that.  In order to decrease the

3    risk, we decided to do that.

4            Q.    What risk are you referring

5    to?

6            A.    To deliver in China, to pay

7    in China.  We were afraid that we were

8    not going to get the money.

9            Q.    Aside from the risk of not

10   getting paid, did you see any other risks

11   in making sales contracts with foreign

12   customers?

13           A.    I don't know.  It was only

14   in the second half year of 2005.  I have

15   not done that before.  That's all I could

16   think of.

17           Q.    Did you give Mr. Peng

18   Wenlong any other instructions about

19   contracts being signed, other than the

20   ones you have mentioned so far today?

21           A.    No.

22           Q.    Did Peng Wenlong have a

23   company seal to use in signing sales

24   contracts with foreign customers?

Confidential - Subject to Further Confidentiality Review

```
1                MR. SPANO:  Objection to
2           form.
3                THE COURT:  If he knows, he
4           can answer.  If he doesn't, he
5           doesn't.
6                MR. SPANO:  Your Honor, it's
7           a question of time frame, which
8           company.
9                THE COURT:  That's a
10          legitimate objection.  I sustain
11          it.
12               MR. MEUNIER:  Let me break
13          it down.
14     BY MR. MEUNIER:
15          Q.   First I ask you this
16     question for the period from the second
17     half of 2005 to February of 2006 when
18     Peng Wenlong was involved in export sales
19     for TG.  During that period of time, did
20     he have a company seal to use for signing
21     sales contracts with foreign customers?
22          A.   What company seal are you
23     talking about?  I don't understand.
24          Q.   A company seal of either
```

Confidential - Subject to Further Confidentiality Review

1    Shandong or Taishan Gypsum?

2         A.    I don't know that.

3         Q.    Did Peng Wenlong, to your

4    knowledge, ever have a company seal of

5    any kind to use for signing contracts?

6         A.    I don't know.

7               THE COURT:  Is it a seal or

8         a stamp?

9               MR. MEUNIER:  Am I using a

10        word that might be confusing?

11              INTERPRETER:  In Chinese, it

12        is the same translation.

13   BY MR. MEUNIER:

14        Q.    Did any of the sales

15   personnel for Taishan Gypsum have company

16   seals or stamps to use in signing

17   contracts?

18        A.    The stamps are necessary

19   when signing of a contract.

20        Q.    Yes.

21              Did Peng Wenlong have a

22   stamp that he was given by the company,

23   by Taishan Gypsum?

24        A.    I don't know.

Confidential - Subject to Further Confidentiality Review

1          Q.     Was there any restriction on

2     who got stamps?

3          A.     I believe there should be

4     somebody who is in charge of the stamps.

5     The stamps cannot be easily accessed by

6     just anyone.

7          Q.     So who is in charge of the

8     stamps, Mr. Fu?

9          A.     It should be somebody in the

10    office.  I'm not sure who exactly that

11    person is.

12         Q.     Are you saying that stamps

13    are kept in a safe or locked so that

14    sales personnel cannot get to them

15    without permission?

16         A.     I don't know about the

17    stamps.  I don't know how -- or them

18    being managed.  I'm not sure about that.

19    I'm not sure about the management of the

20    stamps.

21         Q.     Who, if not you, would know

22    about the management of the stamps for

23    Taishan Gypsum?

24         A.     I don't know the stamps.  I

Confidential - Subject to Further Confidentiality Review

1    don't know the management of the stamps.

2    I go out every day for sales.  I don't

3    know who is responsible for the stamps

4    and who manages the stamps.

5         Q.    But is it true that you

6    assume that a sales personnel who uses a

7    stamp has permission from the company to

8    use it?

9              MR. SPANO:  I object to the

10             form.

11             THE COURT:  Restate that.  I

12             agree.  Restate the question.

13   BY MR. MEUNIER:

14        Q.    If a salesperson employed by

15   Taishan Gypsum has possession of a stamp

16   and uses it, is it true that he got the

17   stamp with permission from the company?

18        A.    If he thinks it is

19   reasonable, he could put a stamp on it.

20   As long as he thinks that, there is no

21   risk, because he has the money, he could

22   stamp it.

23        Q.    And that's true for any

24   salesperson working for Taishan Gypsum?

Confidential - Subject to Further Confidentiality Review

1          A.    I know for the salesperson,

2    that's the case.  I'm not sure about

3    other people.

4          Q.    You told us that one of the

5    principles you gave Mr. Peng Wenlong for

6    export sales contracts was that the

7    products should be loaded in China.  Is

8    that true?

9          A.    Yes.

10          Q.    Was it okay if Taishan

11    Gypsum arranged for the freight costs of

12    shipping the product to a foreign country

13    after loading?

14               MR. SPANO:  I object to the

15          form.

16               THE COURT:  I'm sorry.

17          Object to the form.

18               MR. SPANO:  On vagueness.

19               THE COURT:  If you can put

20          some time in there.

21    BY MR. MEUNIER:

22          Q.    When you communicated to Mr.

23    Peng Wenlong that product should be

24    loaded in China for export sales