Confidential - Subject to Further Confidentiality Review

```
 1    agreements that he made, did you tell him

 2    that Taishan Gypsum could not pay for

 3    freight costs in shipping the product

 4    after it was loaded to a foreign country?

 5         A.    I'm not sure about that

 6    part.  I only know according to the

 7    principle that we had been following for

 8    local transactions, the manufacturer

 9    would produce, and the products would be

10    verified and loaded in China.  I'm not

11    sure about the trading part.

12         Q.    You told us that Peng

13    Wenlong did not get authority from the

14    company on all of the export sales

15    agreements he signed.  Is that true?

16         A.    I only said that as long as

17    the price is reasonable and as long as he

18    could get back the payment, he could go

19    ahead with it.

20         Q.    Do you know of any sales

21    agreements with foreign customers made by

22    Peng Wenlong which were made without the

23    authority of your company?

24         A.    I don't know.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.     Do you know of any sales

 2    agreements made by Che Gang with foreign

 3    customers that were made without the

 4    authorization of your company?

 5          A.     I don't know.

 6          Q.     You referred to a contract

 7    sale -- I'm sorry -- a sales contract in

 8    2005 or 6 dealing with 12.7 millimeter

 9    thickness of drywall.  Do you remember

10    that?

11          A.     I did mention the thickness

12    of the gypsum board, and I did say that I

13    calculated for the cost and the price of

14    that.

15          Q.     Are you saying, Mr. Fu, that

16    that sales contract was not authorized by

17    your company?

18          A.     I only have the guidance

19    that as long as the price is reasonable

20    and the money can be received, they could

21    go ahead with it.  That's all I said.

22          Q.     So the record is clear, I

23    want to be sure I understand your

24    testimony.
```

Confidential - Subject to Further Confidentiality Review

1              You know of no sales

2     contract entered into with a foreign

3     customer by Taishan Gypsum sales

4     personnel that was unauthorized by the

5     company; is that correct?

6          A.    Authorization?  What is the

7     definition of authorization?

8     Authorization is -- let me tell you that

9     we authorize all the salespeople as a way

10    of doing business in China to do

11    business.  That's authorization.

12         Q.    So, your company, to your

13    knowledge, has approved all export sales

14    agreements with foreign customers that

15    have been made by your sales personnel to

16    this date; is that true?

17         A.    You have to specify what

18    kind of agreement are you talking about.

19    For the agreements which we have already

20    received a payment, that would be a valid

21    agreement, not including the oral

22    agreement.

23         Q.    Have you or anyone, to your

24    knowledge, on behalf of Taishan Gypsum

Confidential - Subject to Further Confidentiality Review

```
 1    ever advised a foreign customer that a

 2    salesperson did not have authority to

 3    enter into a sales agreement for drywall?

 4         A.    Can you repeat your

 5    question?

 6               THE COURT:  Why don't you

 7         read it again.

 8               THE WITNESS:  I have never

 9         met a foreign customer.  How could

10         I even tell them all the above?

11    BY MR. MEUNIER:

12         Q.    Thank you.

13               And to your knowledge, sir,

14    no one else on behalf of Taishan Gypsum

15    has given that advice to a foreign

16    customer?  Is that true?

17         A.    I don't know.

18         Q.    During the time TTP operated

19    between February 2006 and 2007, was the

20    nature of its drywall business different

21    from the nature of the business of

22    Taishan Gypsum?

23         A.    The product, gypsum boards,

24    are all the same.
```

Confidential - Subject to Further Confidentiality Review

1        Q.    Were the sales and marketing

2    activities of TTP the same as the sales

3    and marketing activities of TG?

4        A.    I don't know that of TTP.  I

5    only know TG.  I'm not in charge of that.

6        Q.    You were a director at TTP,

7    were you not?

8        A.    I'm the director, but I was

9    not in charge of the sales.

10       Q.    Do you know of any

11   differences in the sales practices of TTP

12   and TG?

13       A.    I don't know if there is any

14   differences.

15       Q.    Do you know of any

16   differences in the marketing practices of

17   TTP and TG?

18       A.    I don't know if there is any

19   differences.  I have never compared them.

20       Q.    You told us that the 2006

21   and 2007 annual reports of TTP gave the

22   total volume of drywall sales in square

23   meters.  Is that true?

24       A.    Correct.

Confidential - Subject to Further Confidentiality Review

1      Q.     To know the total volume of

2   those sales, the company needed to know

3   the total volume of export sales; is that

4   true?

5      A.     There was specific people

6   who are in charge of drafting the annual

7   report.  I was only in charge of

8   reviewing it.

9      Q.     Who would know the total

10   volume of export sales for TTP for 2006

11   and 2007?

12      A.     I don't know that.  I only

13   know in the year 2006, it was 26 million.

14   And in 2007, it was 40 million.  I do not

15   know the detailed categories.

16              THE COURT:  Okay.  We have

17         to change the tape at this time.

18         We'll take a break for 15 minutes.

19              THE VIDEOTAPE TECHNICIAN:

20         Off the record.  The time is 2:51,

21         end of Tape Number 2.

22                   -   -   -

23              (Whereupon, a recess was

24         taken from 2:51 p.m. until 3:08

Confidential - Subject to Further Confidentiality Review

```
 1        p.m.)

 2                     -  -  -

 3             THE COURT:  Sir, you are

 4        still under oath.

 5             THE VIDEOTAPE TECHNICIAN:

 6        We're going back on the video

 7        record.  The time is 3:08.

 8             THE COURT:  You may proceed,

 9        Counsel.

10   BY MR. MEUNIER:

11        Q.    Mr. Fu, during the period of

12   your entire employment by Shandong and

13   Taishan Gypsum, and during the period of

14   time as a director of TTP, do you know of

15   any written policy of any of those

16   companies that specifically dealt with

17   contracts for the foreign sale of

18   drywall?

19        A.    Never.

20        Q.    Were sales personnel at

21   Shandong and Taishan Gypsum and then also

22   at TTP assigned e-mails for the purpose

23   of doing business?

24             MR. SPANO:  Object to the
```

Confidential - Subject to Further Confidentiality Review

```
 1              form.  The name Shandong is a

 2              place.

 3                   MR. MEUNIER:  Shandong Taihe

 4              Dongxin.

 5                   THE COURT:  That's the full

 6              name, or is it just the place of

 7              the location?

 8                   MR. CHEN:  That's what we've

 9              agreed as the shortened form of

10              the company name as opposed to

11              Shandong, which alone is just a

12              province.

13                   THE COURT:  Right.

14   BY MR. MEUNIER:

15         Q.    Shall I ask the question

16   again?  I'll ask the question.

17                   INTERPRETER:  Do you want me

18              to repeat it in Chinese?  I have

19              it too.

20                   MR. MEUNIER:  Just make sure

21              Shandong is spelled out.

22                   (Interpreter repeats

23              question to witness.)

24                   THE WITNESS:  They all have
```

Confidential - Subject to Further Confidentiality Review

1            their own e-mails.

2    BY MR. MEUNIER:

3         Q.    Were they allowed to use

4    their own e-mails to conduct sales

5    business for these companies?

6         A.    We never have such

7    regulation nor have we any restriction

8    about that.  As long as they get the

9    payment and have the deal done.

10        Q.    Were they also allowed to

11   use instant messaging to conduct sales

12   business?

13        A.    There is no such regulation,

14   nor was there any arrangement about that

15   either.

16        Q.    As long as they got the

17   money?

18        A.    Correct.

19        Q.    That was the main

20   requirement, wasn't it?

21        A.    Correct.  In our local

22   business, that's the same way.

23        Q.    Right.  But it's true in

24   your export business too.  The main

Confidential - Subject to Further Confidentiality Review

1    requirement was to get the money in

2    export sales, true?

3         A.    Correct.  As long as you

4    get -- I get the payment, I will ship out

5    the product for you.

6         Q.    Yes.  And you did that,

7    didn't you?  The company did that?

8         A.    That's my requirement to

9    them.

10        Q.    It was your requirement as

11   an employee of your company?

12        A.    That's my requirement.

13        Q.    Were sales personnel allowed

14   to use text messaging in sales activity

15   as long as they got the money?

16        A.    We don't have any

17   regulations about that.

18        Q.    So, text messaging was not

19   prohibited, true?

20        A.    It was not prohibited,

21   neither was there a regulation to permit

22   or not permit that.

23        Q.    Mr. Fu, let me show you a

24   document which has been Bates numbered TG

Confidential - Subject to Further Confidentiality Review

```
 1   20710.

 2          A.    I don't understand.

 3               MR. MEUNIER:  There's a

 4        translation.

 5               MS. BASS:  What Exhibit

 6        Number will that be?

 7               MR. MEUNIER:  This will be

 8        Fu Number 1.

 9                    -   -   -

10               (Whereupon, Deposition

11        Exhibit Fu-1, Information on the

12        Members to the Board of Directors,

13        Members to the Board of

14        Supervisors and Managers of

15        Shandong Taihe Dongxin Co., Ltd.,

16        Bates stamped TG 0020710, and

17        Deposition Exhibit Fu-1A, Document

18        in Chinese, Bates stamped TG

19        0020710, was marked for

20        identification.)

21                    -   -   -

22               MR. MEUNIER:  20710 is the

23        Bates Number.

24   BY MR. MEUNIER:
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    Is it true, Mr. Fu, that you
 2     are listed on this document as a member
 3     of the board of supervisors of Shandong
 4     Taihe Dongxin Company Limited?
 5          A.    Supervisors, yes, I was a
 6     supervisor.
 7          Q.    And you were elected as a
 8     member of the board of supervisors; is
 9     that true?
10          A.    Correct.
11                    -   -   -
12               (Whereupon, Deposition
13          Exhibit Fu-2, Information on
14          Directors, Supervisors and
15          Managers of Shandong Taihe Dongxin
16          Co., Ltd., Bates stamped TG
17          0020712, and Deposition Exhibit
18          Fu-2A, Document in Chinese, Bates
19          stamped TG 0020712, were marked
20          for identification.)
21                    -   -   -
22               MR. MEUNIER:  And I show you
23          a document which has been Bates
24          numbered 20712.  I'll mark as Fu
```

Confidential - Subject to Further Confidentiality Review

```
 1              Number 2 the English and as Fu-2

 2          the Chinese version of that

 3          document.

 4                  MR. SPANO:   What number is

 5          the exhibit?

 6                  MR. MEUNIER:   20712.   It's

 7          Fu Number 2.

 8   BY MR. MEUNIER:

 9          Q.    Would you confirm that that

10   is your photograph and your correct

11   personal information as a member of the

12   board of supervisors of Shandong Taihe

13   Dongxin?

14          A.    Yes, yes.

15          Q.    For what period of time were

16   you a member of the board of supervisors

17   of Shandong Taihe Dongxin?

18          A.    From April 2005 to 2008.

19          Q.    When the company changed its

20   name to Taishan Gypsum, did you remain an

21   elected member of the board of

22   supervisors?

23          A.    Yes.

24          Q.    What is your understanding
```

Confidential - Subject to Further Confidentiality Review

```
 1    of the duties and responsibilities of a

 2    supervisor of Shandong, or Taishan

 3    Gypsum, as it was later called?

 4           A.    To supervise and review the

 5    ways the managers act according to the

 6    company's regulations.  For those that

 7    were not in compliance with regulations,

 8    I would correct them.

 9           Q.    Did you ever, as a member of

10    the board of supervisors of Shandong,

11    later called Taishan Gypsum, have the

12    need to correct a manager or director of

13    the company?

14           A.    No.

15           Q.    Were the export sales

16    activities of Shandong, later called

17    Taishan Gypsum, always conducted in

18    accordance with the shareholder

19    resolutions when you served as a

20    supervisor?

21           A.    We stopped doing that

22    afterwards.  TTP did it.

23           Q.    Up until the time TTP was

24    formed, is it true that the export sales
```

Confidential - Subject to Further Confidentiality Review

```
 1    activities of the directors of Shandong

 2    and Taishan Gypsum were always conducted

 3    in accordance with shareholder

 4    resolutions?

 5              MR. SPANO:  Objection,

 6         foundation.

 7              THE COURT:  Well, if he

 8         knows, I'll let him do it.  What

 9         is the foundation?  What's your

10         problem?

11              MR. SPANO:  The problem is

12         that there's no foundation that

13         there were shareholder resolutions

14         that addressed export sales.

15              THE COURT:  Let's ask him

16         that.

17              MR. MEUNIER:  Let me

18         rephrase the question.

19    BY MR. MEUNIER:

20         Q.    Up until the time TTP was

21    formed, is it true that the export sales

22    activities of the directors of Shandong

23    and Taishan Gypsum were always conducted

24    in accordance with the policies of those
```

Confidential - Subject to Further Confidentiality Review

1    companies?

2         A.    First of all, exporting

3    policy, exporting policy, we never had a

4    policy for exporting policy.  How should

5    I put it?  What word should I put it?  We

6    have not emphasize on that.

7         Q.    You did have export sales

8    activity, correct?

9         A.    Yes, we do have the

10   activity, but...

11        Q.    And you had certain

12   guidelines for conducting that activity,

13   correct?

14        A.    No.  What do you mean by

15   "guidelines"?

16        Q.    Were there any company

17   practices for conducting export sales?

18        A.    The policy --

19             INTERPRETER:  Interpreter

20        clarification.

21             THE COURT:  Let's just

22        translate.  Let's not have any

23        discussions with the witness.

24        What did he say?  Let's restate

Confidential - Subject to Further Confidentiality Review

```
 1          the question.
 2                  INTERPRETER:  He repeated
 3          what he said.  He had an accent,
 4          so...
 5                  THE COURT:  Let's ask the
 6          question again and then translate
 7          it.
 8   BY MR. MEUNIER:
 9          Q.    Aside from getting paid,
10   were there any company requirements of
11   Shandong, or later Taishan Gypsum,
12   concerning the export sales of drywall to
13   foreign customers?
14                  THE COURT:  Gerry, he was
15          going to object.  You've got to
16          put time on there.
17   BY MR. MEUNIER:
18          Q.    For the time frame starting
19   when export sales activity began at
20   Taishan Gypsum or Shandong, ending when
21   TTP was formed.
22          A.    Yes.
23          Q.    What were they?
24          A.    My requirement was an oral
```

Confidential - Subject to Further Confidentiality Review

1    requirement, which we did not set the

2    exporting as our main direction of sales.

3    Because of the value of the exporting

4    goods were low, the cost for shipment was

5    high.  It was easy to be damaged.  We

6    would not have that as a direction.

7    Wherever there is a customer who come

8    with money, we would, however, do

9    business with them.  That's our guidance.

10        Q.    Including a customer from

11   the United States, true?

12        A.    All tradings, all

13   exportings.

14        Q.    Including the United States?

15        A.    Yes.

16        Q.    So, my question, sir, is

17   that for the entire time you served as a

18   supervisor for Shandong and then Taishan

19   Gypsum, did you ever know those

20   guidelines to be violated?

21        A.    I don't know.

22        Q.    How often did the Shandong

23   board of supervisors meet when you were a

24   member?

Confidential - Subject to Further Confidentiality Review

```
 1          A.      During a board of directors

 2   meeting or during the meeting of the

 3   supervisors, maybe once or twice a year.

 4          Q.      How often did the board of

 5   supervisors of Taishan Gypsum meet when

 6   you were a member?

 7          A.      The supervisors?  Twice a

 8   year.

 9          Q.      Were there discussions at

10   these meetings about the marketing of

11   drywall by the company?

12          A.      That would not be discussed.

13          Q.      Were there discussions at

14   these meetings about the export sales of

15   drywall by the company?

16          A.      No.

17          Q.      How did the supervisors

18   become informed about the marketing and

19   sales, export sales of drywall?

20          A.      It is not necessary for the

21   supervisors to know this information.

22          Q.      Who, other than supervisors,

23   needed to know that information?

24          A.      I don't know who would know.
```

Confidential - Subject to Further Confidentiality Review

```
 1    Why are you asking me?

 2          Q.    Who at Shandong, and later

 3    Taishan Gypsum, kept informed about --

 4               THE INTERPRETER:  Excuse me.

 5          I need a break for five minutes.

 6          Is that okay?

 7               THE COURT:  Sure.

 8               THE VIDEOTAPE TECHNICIAN:

 9          We are off the record.  The time

10          is 3:30.

11                    -   -   -

12               (Whereupon, a recess was

13          taken from 3:30 until 3:36 p.m.)

14                    -   -   -

15               THE VIDEOTAPE TECHNICIAN:

16          We're back on the record.  The

17          time is 3:36.

18    BY MR. MEUNIER:

19          Q.    Mr. Fu, you have told us

20    that marketing and export sales

21    activities were not discussed at the

22    meetings of the Shandong, and later

23    Taishan Gypsum, board of supervisor

24    meetings you attended.  Is that correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.      Correct.

 2          Q.      Which, if any, job positions

 3     at Shandong, and later Taishan Gypsum,

 4     were kept informed of these marketing and

 5     export sales activities?

 6          A.      Can you repeat the question?

 7                  (Interpreter repeats the

 8     question.)

 9                  For those who are in charge

10     of the daily operations in sales in the

11     company, the supervisors and board of

12     directors were not required to know the

13     information.

14          Q.      You've indicated that

15     Shandong, and later Taishan Gypsum, did

16     not keep separate records of the volume

17     of export sales.  Is that true?

18          A.      Separate records?

19          Q.      Yes.  The volume of only

20     export sales, was that ever kept as a

21     record by either Shandong or Taishan

22     Gypsum?

23          A.      There should be a volume.

24     There should be a statistic number, but
```

Confidential - Subject to Further Confidentiality Review

1    it's not on the advertisement.

2         Q.    Was someone in charge of

3    keeping that statistic or measurement

4    that is the volume of export sales?

5         A.    I believe there should be a

6    record.

7         Q.    Who is the person who keeps

8    that record today?

9         A.    You mean TG?

10        Q.    I want to include Shandong,

11   when the export sales activity was

12   occurring when it was called Shandong, as

13   well as TG.

14        A.    I believe Peng Wenlong

15   should have the information.

16        Q.    Were records of the volume

17   of export sales kept for TTP when it was

18   in operation?

19        A.    I believe a record should

20   exist also for that.

21        Q.    Which individual would have

22   those records?

23        A.    I do not know who was in

24   charge of the record, but I only know

1    that Peng Wenlong is in charge of sales.

2           Q.    Was Peng Wenlong's salary

3    influenced by the amount of sales he

4    made?

5                 MR. SPANO:  Objection.

6                 THE COURT:  "Influenced"

7          might be a problem.

8    BY MR. MEUNIER:

9           Q.    Dependent on?

10                THE COURT:  Related to.

11   BY MR. MEUNIER:

12          Q.    Related to?

13          A.    I believe there should be a

14   relation.

15          Q.    Tell me what --

16          A.    There is a relation.

17          Q.    Excuse me.

18                Explain the relation.

19          A.    There is no detailed

20   explanation for that.  If the amount is

21   not much, then the salary is not that

22   much.

23          Q.    But is it true that the

24   greater the volume of sales Peng Wenlong

Confidential - Subject to Further Confidentiality Review

1   was responsible for, the greater his

2   salary?

3           A.    He could get promoted.

4           Q.    In addition to being

5   promoted, would he also make more money,

6   the more sales he made?

7           A.    Yes, yes.

8           Q.    Is the same true of other

9   salespeople in addition to Peng Wenlong?

10          A.    Yes.   There are also

11  relationships between -- for their sales.

12          Q.    So that would be true for

13  both Che Gang and Yang Jiapo?

14          A.    Both of them.

15          Q.    As Mr. Peng Wenlong's direct

16  supervisor, did you evaluate his job

17  performance?

18              MR. SPANO:  Objection to

19          form.  Which company are you

20          referring to?

21  BY MR. MEUNIER:

22          Q.    You were his direct

23  supervisor when he was employed by

24  Taishan Gypsum; is that true?

Confidential - Subject to Further Confidentiality Review

1        A.      Correct.

2        Q.      And you were a director at

3   TTP when he was an employee of TTP after

4   that, true?

5        A.      Correct.

6        Q.      For the period when he

7   worked at both Taishan Gypsum and TTP,

8   did you consider Peng Wenlong to be a

9   competent employee?

10       A.      He was very diligent in his

11  work.

12       Q.      Trustworthy?

13       A.      I believe he's good.

14       Q.      Have you ever had reason to

15  discipline or criticize him for his job

16  performance?

17       A.      I have not criticized him

18  during the period of time that I managed

19  TG.  I did not manage him either in TTP.

20       Q.      Are you also familiar with

21  the work of Che Gang as a sales employee

22  of Taishan Gypsum?

23       A.      Peng Wenlong was in charge

24  of that.  I was not in charge of the