Confidential - Subject to Further Confidentiality Review

1   details.

2         Q.     Even though you were not in

3   charge of the details, were you generally

4   aware of the job performance of Che Gang?

5         A.     I think he's also good.

6         Q.     Trustworthy?

7         A.     I trust him.

8         Q.     To your knowledge, was there

9   ever any reason for him to be disciplined

10  or criticized in his job performance

11  either at Taishan Gypsum or at TTP?

12        A.     No.

13        Q.     Would you say the same about

14  Yang Jiapo?

15        A.     Yang Jiapo resigned.

16        Q.     Yes, but before he resigned,

17  did you consider him to be a competent

18  employee?

19        A.     This young man was a little

20  lazy.

21        Q.     Under what circumstances did

22  he resign?

23        A.     He did not keep a good

24  working relationship with other

Confidential - Subject to Further Confidentiality Review

```
 1    colleagues.
 2          Q.    Aside from him being, as you
 3    put it, lazy and not getting along with
 4    his colleagues, did you know of any other
 5    problems with his performance as a sales
 6    employee?
 7          A.    He started a company with
 8    his older brother.
 9          Q.    Is that why he left the
10    employment of Taishan Gypsum?
11          A.    He established a company
12    with his older brother.
13          Q.    And is that why he resigned
14    from the employment of your company?
15          A.    That was the reason.
16          Q.    While he was an employee of
17    Shandong, Taishan Gypsum and TTP, did you
18    ever know Yang Jiapo to exceed his
19    authority as a salesperson?
20          A.    I don't know.
21          Q.    Is it true that together
22    with director Xue Yuli, X-U-E, Y-U-L-I,
23    you have had responsibility for
24    supervising the product marketing plans
```

Confidential - Subject to Further Confidentiality Review

```
 1    of Taishan Gypsum?

 2         A.     What time period?

 3         Q.     During any period of time,

 4    have you had responsibility for

 5    supervising the product marketing plans

 6    of Taishan Gypsum?

 7         A.     Xue Yuli was in charge of

 8    sales before 2008.

 9         Q.     Mr. Fu, if Mr. Jia testified

10    under oath on April 4th, 2011, and I'll

11    give counsel the page and line numbers of

12    that deposition if needed, that together

13    with Director Yuli, you had

14    responsibility for supervising the

15    product marketing plans of Taishan

16    Gypsum, would you agree with that

17    testimony?

18         A.     Before 2008, that was the

19    case.

20         Q.     Tell me what you did in

21    order to supervise the product marketing

22    plans of Taishan Gypsum before 2008?

23         A.     The product marketing plan

24    was to act according to the report of
```

Confidential - Subject to Further Confidentiality Review

```
 1    general manager Jia made in the end of

 2    the year.

 3          Q.    Part of that plan was to

 4    intensify online sales; is that true?

 5                MR. SPANO:  Objection,

 6          foundation.

 7                MR. MEUNIER:  The testimony

 8          of Mr. Jia.

 9                THE COURT:  Don't speak,

10          please.

11                MR. MEUNIER:  Sorry, Judge.

12                THE COURT:  It's before me.

13          I'll allow him to answer.

14                THE WITNESS:  I don't

15          recall.  I don't recall when was

16          the report made.

17    BY MR. MEUNIER:

18          Q.    Do you recall as part of

19    product marketing plans of Taishan Gypsum

20    that you helped supervise before 2008

21    that the company intensified its efforts

22    in the area of online sales?

23          A.    We did not say intensify the

24    online sales.  There was online sales
```

Confidential - Subject to Further Confidentiality Review

1    exists, existence.

2          Q.    How did the company promote

3    online sales?

4          A.    We did not promote online

5    sales.

6          Q.    Did the company have a

7    website that customers could use to

8    conduct online sales of drywall?

9          A.    What website?  The customer

10   did not conduct that on the website.  The

11   transaction could not be made online.

12         Q.    How were online sales of

13   drywall conducted by Taishan Gypsum?

14         A.    We only have a website of

15   Taishan Gypsum Company.  You can only

16   view the website.  There was no online

17   sales.  It's a company website.  You

18   cannot make transactions on it.

19         Q.    So, your testimony is that

20   Taishan Gypsum has never conducted sales

21   of drywall through online transactions?

22         A.    I don't know what you're

23   referring to.  I don't understand this

24   part.  I have never done online

Confidential - Subject to Further Confidentiality Review

1    transactions.

2          Q.    All right.  Let's get back

3    to marketing.

4          A.    Okay.

5          Q.    You told me in supervising

6    the marketing plans of Taishan Gypsum

7    before 2008, you acted according to the

8    report of the company chairman Jia.  Is

9    that correct?

10         A.    Yes, yes.

11         Q.    And please tell me in as

12   much detail as you can how the marketing

13   plans were conducted in accordance with

14   the reports of Mr. Jia?

15         A.    We investigated the markets

16   according to the occupation -- the

17   percentage that our competitor had

18   occupied.  We would want to take part --

19   take some of that.

20         Q.    Did you investigate foreign

21   markets?

22         A.    Like I mentioned, we did not

23   set foreign market as our main direction.

24   Naturally, we would not promote that

Confidential - Subject to Further Confidentiality Review

1    part.

2          Q.    Are you familiar with this

3    document, Mr. Fu, which has been

4    previously marked as Jia Exhibit 20?

5          A.    I'm familiar with it.

6          Q.    Is that a brochure that was

7    used by Shandong to market its products,

8    including drywall?

9          A.    Yes.

10         Q.    Did you have input or did

11   you contribute to the language in this

12   brochure?

13         A.    No, I did not write on it.

14         Q.    Was this same brochure later

15   used when the company changed its name to

16   Taishan Gypsum?

17         A.    Yes.

18         Q.    Do you agree that the

19   brochure states that the company has

20   export ability and that its products sell

21   well in many countries, including the

22   United States of America?

23         A.    This is only a general way

24   of saying that when you do business in

Confidential - Subject to Further Confidentiality Review

1    China.  This is not necessarily be the

2    fact.

3          Q.     Are you saying that the

4    brochure is not true in making that

5    statement?

6          A.     Correct.  This is the way we

7    do business in China.  Our purpose is to

8    let our local customer have the

9    impression of an image of a big company.

10         Q.     Is this brochure published

11   in English?

12         A.     Not in English.  Most of

13   them are in Chinese.  It is for the local

14   customers.

15         Q.     Is the information in this

16   brochure on the company's website?

17         A.     Some of them.  Perhaps part

18   of them.

19         Q.     Is the language on the

20   company's website English?

21              MR. SPANO:  Object to form,

22         time frame.

23              THE COURT:  Put the time

24         frame in.

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. MEUNIER:

 2         Q.    Is the language on the

 3    company Taishan Gypsum's website today in

 4    English?

 5         A.    I don't know if there is

 6    Chinese on it.  I know there is Chinese

 7    version on it.

 8              THE COURT REPORTER:  I don't

 9         know if there is Chinese on it.  I

10         know there is Chinese version on

11         it.

12              THE WITNESS:  I don't know

13         if there is English on it.  I know

14         there is Chinese version on it.

15              I don't read English.  I

16         always type Chinese character

17         Taishan Gypsum, and then our

18         website would pop up.

19    BY MR. MEUNIER:

20         Q.    But your website does have

21    English language, allowing those who

22    speak English to read what is on the

23    website; is that correct?

24         A.    If there is Chinese version,
```

Confidential - Subject to Further Confidentiality Review

```
 1   they could read it.

 2                   MR. CHEN:  I'm sorry.

 3                   MR. MEUNIER:  I didn't ask

 4           you about Chinese.

 5                   INTERPRETER:  Excuse me,

 6           interpreter clarification.

 7                   Correction, interpreter

 8           correction.

 9                   THE WITNESS:  If there is an

10           English version, they could read

11           it.

12   BY MR. MEUNIER:

13           Q.    Does the website have

14   information on it in the English

15   language?

16           A.    I don't know, because we

17   didn't make that.  It is the sales

18   department who made it.

19           Q.    Who is in charge of the

20   company's website today?

21           A.    The office.

22           Q.    Who in the office?

23           A.    I don't know who, but the

24   office in the headquarter is in charge of
```

Confidential - Subject to Further Confidentiality Review

1    the website.

2          Q.    In your various positions

3    managing and supervising sales activity,

4    is it your testimony you have never dealt

5    with the company's website?

6          A.    Correct.

7          Q.    Referring again to the

8    brochure which is Jia Exhibit 20, I'm

9    showing you the last page which has a map

10   of the countries in the world.  Do you

11   see that?

12         A.    I see it.

13         Q.    Do you see the line drawn

14   from China to the United States of

15   America?

16         A.    Yes, I see it.

17         Q.    Is that an accurate

18   statement of the export ability of the

19   company?

20               MR. SPANO:  Object to form.

21               THE COURT:  Ability or

22         activity?

23   BY MR. MEUNIER:

24         Q.    Does that map accurately

Confidential - Subject to Further Confidentiality Review

1    reflect the export activity of the

2    company?

3         A.    No.

4         Q.    Why not?

5         A.    No.   This is also just like

6    what I described before.   It is for the

7    people to realize it is a big company.

8    The small companies, the private

9    companies in China also do things like

10   this.

11        Q.    So, does your company want

12   foreign customers to be misled about the

13   export ability and activity of your

14   company?

15        A.    No.   This is for the

16   impression of a good image of a big

17   company for the local customers, for the

18   local customers.

19        Q.    So, are you misleading local

20   customers when you tell them about the

21   export ability and activity of your

22   company?

23             MR. SPANO:   Objection.

24        Objection to form.   It's not

Confidential - Subject to Further Confidentiality Review

```
 1            personal statements.

 2                  MR. MEUNIER:  I'll restate

 3            the question, Your Honor.

 4    BY MR. MEUNIER:

 5            Q.    Is Shandong Taihe Dongxin

 6    Company misleading the customers who read

 7    this brochure about the export ability

 8    and activity of the company?

 9            A.    No.  It is Chinese mode.

10            Q.    Is it the Chinese mode to

11    not tell the truth about the company?

12            A.    That's not true.  You

13    shouldn't be understanding it that way.

14    In China, we exaggerate a little bit.

15    Exaggerate a little bit, that's allowed.

16            Q.    You exaggerate it, but it is

17    still true that the company had export

18    ability and activity as indicated in the

19    brochure?  Is that true?

20            A.    Yes.  We exported some.

21            Q.    Did you export to all the

22    places where the lines are drawn on the

23    map that I showed you?

24            A.    No, no, that's not true.
```

Confidential - Subject to Further Confidentiality Review

1      Q.    Which ones did you not

2  export to, Mr. Fu?

3      A.    I'm sure it exaggerated a

4  little bit.  But I'm not sure exactly

5  where had it not exported to.

6      Q.    Based on your knowledge and

7  experience, can you tell us where the

8  company has exported to?

9      A.    I'm not in charge of that.

10  I'm not in charge of the detailed sales,

11  so, I don't know exactly where they were

12  shipped to.  We deliver in China.  We

13  don't know where did some of the

14  customers send the products to.

15      Q.    Mr. Yang Jiapo was employed

16  as a salesperson at Shandong, Taishan

17  Gypsum and then TTP; is that correct?

18      A.    Correct.

19      Q.    I want to show you a

20  document which is Bates numbered 1443

21  through 1448.  I'm sorry, I don't have a

22  translation with me.

23      A.    I don't understand this.

24      Q.    Mr. Fu, please turn to the

Confidential - Subject to Further Confidentiality Review

```
 1    last page of this document, which is

 2    1448.  Do you see the three e-mail

 3    addresses given there?

 4          A.    I don't know where they are.

 5    I don't know whose e-mail addresses are

 6    those.

 7          Q.    You don't recognize those as

 8    the e-mail addresses of Yang Jiapo?

 9          A.    No, I don't recognize this.

10    I don't really use e-mail myself.

11          Q.    Let me refer you to another

12    document, Mr. Fu, that's been previously

13    marked as Jia number 13.  It's entitled

14    "Sole Agency Agreement."  It is dated

15    October 20, 2006, and at that time, you

16    were one of the directors of TTP; is that

17    true?

18          A.    Correct.

19          Q.    And the title of this "Sole

20    Agency Agreement" -- I'm sorry, the sole

21    agency agreement refers to the seller as

22    Taian Taishan Plasterboard Company,

23    Limited and the buyer, Oriental Trading

24    Company, LLC.  Are you familiar with this
```

Confidential - Subject to Further Confidentiality Review

```
 1   agreement?

 2            MR. SPANO:  Objection to

 3       form.

 4            THE COURT:  Do you want to

 5       show him the document?  Where is

 6       the document?

 7            MR. SPANO:  He hasn't shown

 8       it to him.

 9            THE COURT:  Show him the

10       document.

11            THE WITNESS:  Please, first

12       of all, do not ask me any sales

13       business regarding TTP.  Perhaps

14       you don't understand the way we do

15       business in China.  In China, the

16       directors and the supervisors do

17       not in charge of detailed

18       business.  Maybe you don't

19       understand the responsibilities of

20       directors and supervisors in

21       China.

22                    -  -  -

23            (Whereupon, a discussion off

24       the record occurred.)
```

Confidential - Subject to Further Confidentiality Review

```
 1                      -  -  -

 2                 THE WITNESS:  Can you

 3         translate for me.

 4  BY MR. MEUNIER:

 5         Q.    Mr. Fu, please refer to the

 6  third page of this document.

 7         A.    (Witness complies.)

 8         Q.    Is it true that the Chinese

 9  language appearing on that page states

10  that Taian Taishan Plasterboard Company,

11  Limited certifies that Oriental Trading

12  Company, LLC as its exclusive agency for

13  the Dun brand in the United States of

14  America?

15         A.    Don't ask me.  I'm not in

16  charge of the sales of TTP.  You don't

17  understand.  And also please tell him

18  that the supervisors in China, including

19  directors, do not in charge of the

20  detailed operation.  They only meet twice

21  a year for supervisors' meeting and for

22  directors' meeting to discuss the annual

23  reports.  Now you're showing me these.  I

24  don't know how to answer you.
```

Confidential - Subject to Further Confidentiality Review

1      Q.     Did Taishan Gypsum, or

2   before it, Shandong Taihe Dongxin,

3   manufacture drywall under the brand name

4   Dun, D-U-N?

5      A.     I don't know.  I don't

6   recall.

7      Q.     You have never heard of the

8   brand name Dun?

9      A.     I've heard of it, but we do

10   not necessarily manufacture all the

11   brands that have the name as the brand.

12      Q.     Has Shandong Taishe -- I'm

13   sorry -- Shandong Taihe Dongxin or

14   Taishan Gypsum ever manufactured drywall

15   under the brand name Dun?

16      A.     I don't know like I said

17   before.

18      Q.     Has TTP ever manufactured

19   drywall under the brand name Dun?

20      A.     TTP, I don't know.

21      Q.     Have any of the companies I

22   just mentioned, Shandong Taihe Dongxin,

23   Taishan Gypsum or TTP manufactured

24   drywall for customers with thickness,

Confidential - Subject to Further Confidentiality Review

1    length and width measured in inches and

2    feet?

3            A.    I don't know the inches and

4    the feet.  I don't understand the

5    details.  I only know the specifics.

6                    INTERPRETER:  The

7            interpreter need clarification.

8                    THE WITNESS:  I don't

9            understand what you said about the

10           specifications in inches and feet.

11           We custom made products according

12           to requirements of customers.  I

13           only know the prices and

14           coordinate on the manufacturer.

15           If we can do it, we'll do it.  I

16           don't know anything else.

17   BY MR. MEUNIER:

18           Q.    Inches and feet are not

19   measurements used in China, true?

20           A.    In China, we produce drywall

21   according to national standard 9.5 or 12.

22   I don't know anything else.

23           Q.    9.5 or 12 what?

24           A.    China National Standard.

Confidential - Subject to Further Confidentiality Review

1        Q.     If a customer requests that

2   you do so, will Taishan Gypsum

3   manufacture drywall to sell to that

4   customer in measurements of inches and

5   feet?

6        A.     You have to convert it to

7   the thickness according to Chinese

8   measurement.  When you are talking about

9   feet and inches, I do not understand.

10        Q.     I will try to ask the

11   question again.

12             If a customer wants to buy

13   drywall from Taishan Gypsum and wants it

14   to have a thickness measured in inches,

15   will the company make the drywall with

16   that thickness?

17        A.     After converting into the

18   measurements in China, if we could make

19   it, we would make it.  If we could not,

20   we would not accept the order.

21        Q.     Did you ever advise Che Gang

22   before October 20, 2006 that he was not

23   authorized to do business with Oriental

24   Trading Company LLC?

Confidential - Subject to Further Confidentiality Review

1        A.     What was the time again?

2        Q.     At any time before October

3    20, 2006.

4        A.     I have never arranged works

5    for Che Gang.  It had always been Peng

6    Wenlong who did that.

7        Q.     What do you mean you never

8    arranged words for Che Gang?  I don't

9    understand.

10            THE COURT REPORTER:  I'm

11        sorry, it's works, not words?

12            INTERPRETER:  Works,

13        W-O-R-K-S.

14    BY MR. MEUNIER:

15        Q.     Did you or anyone else on

16    behalf of Taishan Gypsum or TTP ever

17    advise a representative of Oriental

18    Trading Company that Mr. Che Gang was not

19    authorized to do business with that

20    company?

21        A.     I don't know anything about

22    the detail of the businesses.

23            MR. MEUNIER:  Your Honor, I

24        object to the nonresponsiveness of

Confidential - Subject to Further Confidentiality Review

1          the answer.  I'll ask the question

2          again.

3               THE COURT:  Let's ask the

4          question.  Listen closely.  Listen

5          closely to the question, and

6          answer it, if you can.

7    BY MR. MEUNIER:

8          Q.    Mr. Fu, did you or anyone

9    else on behalf of Taishan Gypsum or TTP

10   ever advise a representative of Oriental

11   Trading Company that Mr. Che Gang was not

12   authorized to do business with that

13   company?

14         A.    I don't know Oriental

15   Trading Company.  I don't know whether

16   anybody else advised this company of

17   such.

18         Q.    Did you ever advise a

19   representative of that company that Mr.

20   Che Gang was not authorized to do

21   business with the company?

22         A.    Like I said before, I don't

23   know the existence of this company.

24         Q.    Please look at the third

Confidential - Subject to Further Confidentiality Review

```
 1   page of the document again.  Do you

 2   recognize the signature on that page

 3   under the company name Taian Taishan

 4   Plasterboard Company, Limited?

 5        A.    I know that's Che Gang's,

 6   and a seal which says Taishan

 7   Plasterboard Company.

 8        Q.    Do you agree that Mr. Che

 9   Gang on that document used a seal given

10   to him by his company?

11        A.    Tell him that during this

12   period of time, these are two separate

13   companies.  It has nothing to do with me

14   whether he stamped the company seal or

15   not.

16        Q.    Does it appear to be a seal

17   given to sales personnel such as Mr. Che

18   Gang by the employer of that salesperson?

19        A.    How do I know about it?

20        Q.    I'm asking you to look at

21   the seal on the document.

22        A.    The seal has nothing to do

23   with me.  I'm in charge of two

24   independent companies.  The company
```

Confidential - Subject to Further Confidentiality Review

```
 1    you're talking about has nothing to do

 2    with me.

 3            Q.    My question is different.

 4    Do you recognize that seal as a seal

 5    given to Mr. Gang?

 6            A.    Like I said, I know the

 7    seal, and I know Che Gang's name.

 8            Q.    When you say you "know the

 9    seal," what do you mean?

10            A.    You asked me whether I

11    recognize this.  I said I do recognize

12    these characters.

13            Q.    Do you recognize that as a

14    company seal given to salespeople

15    employed by the company?

16            A.    How do I know about it?  I'm

17    not in charge of this company.

18                 THE COURT:  Is that the

19            company seal?

20                 THE WITNESS:  It is the

21            company seal where the employee

22            worked.

23                 MR. MEUNIER:  Thank you.

24            Thank you, Judge.
```

Confidential - Subject to Further Confidentiality Review

1    BY MR. MEUNIER:

2         Q.    In November and December of

3    2005, you directly supervised the sales

4    activity of Peng Wenlong.  Is that true?

5         A.    Correct.

6         Q.    Have you heard of a US

7    company called Venture Supply Inc.?

8         A.    You asked me once, but I

9    don't know that name.

10         Q.    I show you a document which

11    is Bates numbered TG 1684 and 1685.

12              MR. SPANO:  Is this going to

13         be marked as an exhibit?

14              MR. MEUNIER:  I'll mark this

15         document as Fu Exhibit 3.

16                   -   -   -

17              (Whereupon, Deposition

18         Exhibit Fu-3, Contract, Bates

19         stamped TG 0001684 and TG 0001685,

20         was marked for identification.)

21                   -   -   -

22    BY MR. MEUNIER:

23         Q.    Were you aware, Mr. Fu, that

24    on November 17, 2005, Shandong Taihe