# EXHIBIT D



Transcript of the Testimony of:  **Shiliang Peng**

01/11/2012

Chinese Drywall

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3    _____    § MDL NO. 2047
      IN RE:                 §
 4    CHINESE-               § SECTION: L
      MANUFACTURED           §
 5    DRYWALL PRODUCTS       § JUDGE FALLON
      LIABILITY              §
 6    LITIGATION             § MAGISTRATE
      _____    § JUDGE WILKINSON
 7
                        -   -   -
 8
         CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
                        -   -   -
10
                  January 11, 2012
11
                        -   -   -
12
           CONFIDENTIAL - SUBJECT TO FURTHER
13               CONFIDENTIALITY REVIEW
14                      -   -   -
15         Videotaped deposition of
      SHILIANG PENG, held at the Executive
16    Centre, Level 3, Three Pacific Place, One
      Queen's Road East, Hong Kong, China,
17    commencing at 8:30 a.m., on the above
      date, before Linda L. Golkow, Certified
18    Court Reporter, Registered Diplomate
      Reporter, Certified Realtime Reporter and
19    Notary Public.
                        -   -   -
20
21
22         GOLKOW TECHNOLOGIES, INC.
      877.370.3377 ph | 917.591.5672 fax
23              deps@golkow.com
24
```

Confidential - Subject to Further Confidentiality Review

```
 1   BEFORE:
 2           HONORABLE ELDON E. FALLON
             UNITED STATES FEDERAL COURT -
 3           EASTERN DISTRICT OF LOUISIANA
 4
 5   APPEARANCES:
 6
         GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 7       & WARSHAUER, L.L.C.
         BY:  GERALD E. MEUNIER, ESQUIRE
 8       2800 Energy Centre
         1100 Poydras Street
 9       New Orleans, Louisiana 70163
         (504) 522-2304
10       gmeunier@gainsben.com
         Representing the Plaintiffs'
11       Steering Committee
12
         HERMAN HERMAN KATZ & COTLAR, LLP
13       BY:  LEONARD A. DAVIS, ESQUIRE
         820 O'Keefe Avenue
14       New Orleans, Louisiana 70113
         (504) 581-4892
15       Ldavis@hhkc.com
         Representing the Plaintiffs'
16       Steering Committee
17
         COLSON HICKS EIDSON
18       BY:  ERVIN GONZALEZ, ESQUIRE
         BY:  PATRICK S. MONTOYA, ESQUIRE
19       255 Alhambra Circle
         Penthouse
20       Coral Gables, Florida 33134
         (305) 476-7400
21       Ervin@colson.com
         Patrick@colson.com
22       Representing Plaintiffs' Steering
         Committee in the Federal and State
23       Coordinated Actions
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2

           LEVIN, FISHBEIN, SEDRAN & BERMAN
 3         BY:  ARNOLD LEVIN, ESQUIRE
           510 Walnut Street - Suite 500
 4         Philadelphia, Pennsylvania 19106
           (215) 592-1500
 5         Alevin@lfsblaw.com
           Representing the Plaintiffs'
 6         Steering Committee
 7

           SEEGER WEISS LLP
 8         BY:  SCOTT A. GEORGE, ESQUIRE
           One William Street
 9         New York, New York 10004
           (212) 584-0700
10         Sgeorge@seegerweiss.com
           Representing the Plaintiffs'
11         Steering Committee
12

           HOGAN LOVELLS US LLP
13         BY:  JOE CYR, ESQUIRE
           875 Third Avenue
14         New York, New York 10022
           (212) 918-3000
15         Joe.cyr@hoganlovells.com
           Representing Taishan Gypsum Co.
16         Ltd. and Taian Taishan
           Plasterboard Company Ltd. and the
17         Witness, Shiliang Peng
18

           HOGAN LOVELLS INTERNATIONAL LLP
19         BY:  EUGENE CHEN, ESQUIRE
           18th Floor, Park Place
20         1601 Nanjing Road West
           Shanghai, China 200040
21         (86 21) 6122 3800
           eugene.chen@hoganlovells.com
22         Representing Taishan Gypsum Co.
           Ltd. and Taian Taishan Plasterboard
23         Company Ltd. and the Witness,
           Shiliang Peng
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2

      GREENBERG TRAURIG, LLP
 3    BY:  HILARIE BASS, ESQUIRE
      1221 Brickell Avenue
 4    Miami, Florida 33131
      (305) 579-0745
 5    bassh@gtlaw.com
      Representing the Home Builders
 6    Steering Committee
 7

      PERKINS COIE LLP
 8    BY:  DAVID L. BLACK, ESQUIRE
      1899 Wynkoop Street
 9    Suite 700
      Denver, Colorado 80202
10    (303) 291-2300
      DBlack@perkinscoie.com
11    Representing the State of Louisiana
12

      THOMPSON COE COUSINS & IRONS, L.L.P.
13    BY:  KEVIN F. RISLEY, ESQUIRE
      One Riverway
14    Suite 1600
      Houston, Texas 77056
15    (713) 403-8210
      krisley@thompsoncoe.com
16    Representing The North River
      Insurance Company
17
18    BRENNER, EVANS & MILLMAN, P.C.
      BY:  THEODORE I. BRENNER, ESQUIRE
19    411 East Franklin Street
      Suite 200
20    Richmond, Virginia 23218
      Tbrenner@beylaw.com
21    (804) 644-1300
      Representing Tobin Trading Company
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2

      McKENRY, DANCIGERS, DAWSON &
 3    LAKE, P.C.
      BY:  J. BRIAN SLAUGHTER, ESQUIRE
 4    192 Ballard Court
      Suite 400
 5    Virginia Beach, Virginia 23462
      (757) 461-2500
 6    Jbslaughter@va-law.org
      Representing Atlantic Homes LLC and
 7    Multiple Other Virginia-Based
      Defendants
 8
 9    QUINN EMANUEL URQUHART & SULLIVAN,LLP
      BY:  JANE M. BYRNE, ESQUIRE
10    BY:  JULIA BESKIN, ESQUIRE
      51 Madison Avenue
11    22nd Floor
      New York, New York 10010
12    (212) 849-7000
      Janeburne@quinnemanuel.com
13    Juliabeskin@Quinnemanuel.Com
      Representing Chartis Select Insurance
14    Company and Related Chartis Insurers
15
16    WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
      BY:  MICHAEL SEXTON, ESQUIRE
17    3344 Peachtree Road, NE
      Suite 2400
18    Atlanta, Georgia 30326
      (404) 876-2700
19    msexton@wwhgd.com
      Representing Various Banner
20    Defendants
21
22
23
24
```

```
 1         APPEARANCES (CONTINUED):
 2
           SINNOTT, NUCKOLS & LOGAN, PC
 3         BY:  KENNETH F. HARDT, ESQUIRE
           13811 Village Mill Drive
 4         Midlothian, Virginia 23114
           (804) 378-7600
 5         khardt@snllaw.com
           Representing Venture Supply, Inc. and
 6         Porter-Blaine Corp.
 7
      ALSO PRESENT:
 8
           SUNNY WANG, INTERPRETER
 9
10
11                      -   -   -
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE:
 2
 3        GALLOWAY JOHNSON TOMPKINS BURR and SMITH
          BY:  CARLINA C. EISELEN, ESQUIRE
 4        One Shell Square
          701 Poydras Street, 40th Floor
 5        New Orleans, Louisiana 70139
          (504) 525-6802
 6        ceiselen@gjtbs.com
          Representing Interior/Exterior
 7        Building Supply
 8
          HUNTON & WILLIAMS LLP
 9        BY:  A. TODD BROWN, ESQUIRE
          Bank of America Plaza
10        101 South Tryon Street
          Suite 3500
11        Charlotte, North Carolina  28280
          (704) 378-4700
12        Representing Stock Building Supply, LLC
13
14        JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE LLP
15        BY:  MEGAN E. DONOHUE, ESQUIRE
          600 Jefferson Street, Suite 1600
16        Lafayette, Louisiana 70501
          (337) 262-9062
17        mdonohue@joneswalker.com
          Representing Fireman's Fund Insurance
18        Company
19
          FULMER LEROY ALBEE BAUMANN
20        BY:  MICHAEL P. McCAHILL, ESQUIRE
          2866 East Oakland Park Boulevard
21        Ft. Lauderdale, Florida 33306
          (954) 707-4430
22        mosscandace@fulmerleroy.com
          mmccahill@fulmerleroy.com
23        Representing Independent Builders
          Supply Association (IBSA)
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):
 2
 3        WRIGHT, FULFORD, MOORHEAD & BROWN, P.A.
          BY:  DORYK B. GRAF, JR., ESQUIRE
 4        145 N. Magnolia Ave.
          Orlando, Florida 32801
 5        (407) 425-0234
          dgraf@wfmblaw.com
 6        Representing West Construction, Inc.
 7
 8        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          BY: CLINTON DOCKERY, ESQUIRE
 9        51 Madison Avenue, 22nd Floor
          New York, New York 10010
10        (212) 849-7000
          clintondockery@quinnemanuel.com
11        Representing Chartis Select Insurance
          Company and Related Chartis Insurers
12
13        RUMBERGER, KIRK & CALDWELL, P.A.
          BY:  MONICA C. SEGURA, ESQUIRE
14        Brickell Bayview Centre, Suite 3000
          80 Southwest 8th Street
15        Miami, Florida 33130
          (305) 358-5577
16        Representing several defendants and
          Defendants' Liaison Counsel for
17        Installers
18
          BUCHANAN INGERSOLL & ROONEY
19        BY:  C. ROBERT ZAPPALA, ESQUIRE
          One Oxford Centre
20        301 Grant Street, 20th Floor
          Pittsburgh, Pennsylvania 15219
21        (412) 392-2135
          bobby.zappala@bipc.com
22        Representing 84 Lumber
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM:
 2

      BECNEL LAW FIRM, L.L.C.
 3    BY:  ROBERT BECNEL, ESQUIRE
      106 W. 7th Street
 4    Reserve, Louisiana 70084
      (985) 536-1186
 5    robbecnel@aol.com
      Representing the Plaintiffs'
 6    Steering Committee
 7

      PARKER WAICHMAN ALONSO LLP
 8    BY:  JORDAN L. CHAIKIN, ESQUIRE
      3301 Bonita Beach Road
 9    Bonita Springs, Florida 34134
      (239) 390-1000
10    Jchaikin@yourlaywer.com
      Representing Plaintiffs' Steering
11    Committee
12

      MORGAN & MORGAN
13    BY:  PETE V. ALBANIS, ESQUIRE
      12800 University Drive
14    Suite 600
      Fort Myers, Florida 33907
15    (877) 667-4265
      Representing the Plaintiffs
16

17    IRPINO LAW FIRM
      BY:  ANTHONY IRPINO, ESQUIRE
18    2216 Magazine Street
      New Orleans, Louisiana 70130
19    Airpino@irpinolaw.com
      (504) 525-1500
20    Representing the Plaintiffs
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3        GALLOWAY JOHNSON TOMPKINS BURR and SMITH
          BY:  CARLINA C. EISELEN, ESQUIRE
 4        One Shell Square
          701 Poydras Street, 40th Floor
 5        New Orleans, Louisiana 70139
          (504) 525-6802
 6        ceiselen@gjtbs.com
          Representing Interior/Exterior
 7        Building Supply
 8
          HEARD & MEDACK, P.C.
 9        BY:  JAMES DAVIS, ESQUIRE
          9494 Southwest Freeway, Suite 700
10        Houston, Texas 77074
          (713) 772-6400
11        jdavis@heardmedackpc.com
          Representing CastleRock Communities, L.P.
12
13
          HUNTON & WILLIAMS LLP
14        BY:  A. TODD BROWN, ESQUIRE
          Bank of America Plaza
15        101 South Tryon Street
          Suite 3500
16        Charlotte, North Carolina  28280
          (704) 378-4700
17        tbrown@hunton.com
          Representing Stock Building Supply, LLC
18
19
          SHER GARNER CAHILL RICHTER KLEIN &
20        HILBERT, L.L.C.
          BY:  MATTHEW C. CLARK, ESQUIRE
21        909 Poydras Street
          Suite 2800
22        New Orleans, Louisiana 70112
          (504) 299-2100
23        mclark@shergarner.com
          Representing the Southern Home
24        Defendants
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3         QUINN EMANUEL URQUHART & SULLIVAN, LLP
           BY: CLINTON DOCKERY, ESQUIRE
 4         51 Madison Avenue, 22nd Floor
           New York, New York 10010
 5         (212) 849-7000
           clintondockery@quinnemanuel.com
 6         Representing Chartis Select Insurance
           Company and Related Chartis Insurers
 7
 8         JONES, WALKER, WAECHTER, POITEVENT,
           CARRERE & DENEGRE LLP
 9         BY:  MEGAN E. DONOHUE, ESQUIRE
           600 Jefferson Street, Suite 1600
10         Lafayette, Louisiana 70501
           (337) 262-9062
11         mdonohue@joneswalker.com
           Representing Fireman's Fund Insurance
12         Company
13
           DEUTSCH, KERRIGAN & STILES
14         BY:  MELISSA M. SWABACKER, ESQUIRE
           755 Magazine St.
15         New Orleans, Louisiana  70130
           (504) 581-5141
16         mswabacker@dkslaw.com
           Representing Landmark American
17         Insurance Company
18         PUGH, ACCARDO, HAAS, RADECKER, CAREY
           & HYMEL, LLC
19         BY:  DONNA M. YOUNG, ESQUIRE
           1100 Poydras Street
20         Suite 3200
           New Orleans, Louisiana 70163
21         Dyoung@pugh-law.com
           (504) 799-4500
22         Representing Stock Building Supply
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):

 2

 3         WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
           BY:  SHUBHRA MASHELKAR, ESQUIRE
 4         3344 Peachtree Road, NE
           Suite 2400
 5         Atlanta, Georgia 30326
           (404) 876-2700
 6         Smashelkar@wwhgd.com
           Representing Various Banner
 7         Defendants

 8
                         -   -   -
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    -   -   -
 2                  I N D E X
 3   WITNESS                      PAGE NO.
 4   SHILIANG PENG
 5    By Mr. Meunier                  19
 6    By Ms. Bass                    112
 7    By Mr. Cyr                     116
 8    By Mr. Meunier                 124
 9
10
11                    -   -   -
12               E X H I B I T S
13
     NO.          DESCRIPTION      PAGE NO.
14
15    Peng S.-1     E-mail chain, top    51
                    e-mail in English
16                  dated August 03,
                    2006, Bates stamped
17                  TG 0019798 through
                    TG 0019800
18
      Peng S.-2     E-mail chain, top    56
19                  one dated
                    12/12/2005, Bates
20                  stamped TG 0019840
                    and TG 0019841
21
      Peng S.-3     E-mail chain, top    59
22                  one dated
                    10/15/2005, Bates
23                  stamped TG 0019813
                    and TG 0019814
24
```

Confidential - Subject to Further Confidentiality Review

| | | | |
|---|---|---|---|
| 1 | Peng S.-4 | Invoice dated July 03, 2006, Bates | 80 |
| 2 | | stamped TG 0020090 | |
| 3 | Peng S.-5 | Taian Taishan Plasterboard Co., | 83 |
| 4 | | Ltd., Packing List dated July 03, | |
| 5 | | 2006, Bates stamped TG 0019366 | |
| 6 | | | |
| | Peng S.-6 | Taian Taishan | 88 |
| 7 | | Plasterboard Co., Ltd., Invoice dated | |
| 8 | | July 20, 2006, | |
| 9 | | Bates stamped TG 00120091 | |
| 10 | Peng S.-7 | Taian Taishan | 88 |
| | | Plasterboard Co., | |
| 11 | | Ltd., Invoice dated July 20, 2006, | |
| 12 | | Bates stamped TG 00120092 | |
| 13 | | | |
| | Peng S.-8 | Taian Shandong | 91 |
| 14 | | Province Special Invoice for Export, | |
| 15 | | Bates number TG 0001657, TG | |
| 16 | | 0001658, TG 0001661, TG 0001663 | |
| 17 | | through TG 0001670, and TG 0001680 | |
| 18 | | through TG 0001682 | |
| 19 | Peng S.-9 | Settlement and Release Agreement, | 100 |
| 20 | | Bates stamped TG 0020118 through TG | |
| 21 | | 0020122 | |
| 22 | Peng S.-10 | Contract, Bates stamped TG 0001704 | 112 |
| 23 | | through TG 0001706 | |
| 24 | | | |

| | | | |
|---|---|---|---|
| 1 | Jia | Document in Chinese, | 122 |
| | Defendant's 45 | Bates stamped TG | |
| 2 | | 0026004 through TG | |
| | | 0026006 | |
| 3 | | | |
| | Jia | 2006 Financial | 122 |
| 4 | Defendant's 45A | Statement of Taian | |
| | | Taishan Plasterboard | |
| 5 | | Co., Ltd., Bates | |
| | | stamped TG 0026004 | |
| 6 | | through TG 0026006667 | |
| 7 | Jia | Document in Chinese, | 123 |
| | Defendant's 46 | Bates stamped TG | |
| 8 | | 0026007 through TG | |
| | | 0026009 | |
| 9 | | | |
| | Jia | Balance Sheet, Bates | 123 |
| 10 | Defendant's 46A | stamped TG 0026007 | |
| | | through TG 0026009 | |
| 11 | | | |
| | Jia | Document in Chinese, | 123 |
| 12 | Defendant's 47 | Bates stamped TG | |
| | | 0026010 through TG | |
| 13 | | 0026012 | |
| 14 | Jia | 2008 Financial | 123 |
| | Defendant's 47A | Statement of Taian | |
| 15 | | Taishan Plasterboard | |
| | | Co., Ltd. Balance | |
| 16 | | Sheet, Bates stamped TG | |
| | | 0026010 through TG | |
| 17 | | 0026012 | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |

Confidential - Subject to Further Confidentiality Review

```
 1                    -  -  -

 2              THE VIDEOTAPE TECHNICIAN:

 3         We are now on the record.  My name

 4         is Dan Lawlor.  I'm a videographer

 5         for Golkow Technologies.  Today's

 6         date is January 11, 2012 and the

 7         time is 8:30 a.m.

 8              This video deposition is

 9         being held in Hong Kong, China in

10         the matter of Chinese Drywall

11         Litigation for the United States

12         District Court, Eastern District

13         of Louisiana, MDL Number 2047 and

14         cross-noticed in various other

15         actions.

16              The deponent today is

17         Shiliang Peng.  Will Your Honor

18         and all those present please state

19         your presence for the record.

20              THE COURT:  Judge Eldon

21         Fallon, Eastern District of

22         Louisiana.

23              MR. MEUNIER:  Gerry Meunier

24         appearing for the Plaintiffs'
```

Confidential - Subject to Further Confidentiality Review

1          Steering Committee in the MDL.

2                MR. DAVIS:  Leonard Davis on

3          behalf of the Plaintiffs' Steering

4          Committee and Plaintiffs' Liaison

5          Counsel.

6                MS. BASS:  Hilarie Bass on

7          behalf of Home Builders Steering

8          Committee.

9                MR. GONZALEZ:  Good morning.

10         Ervin Gonzalez and Patrick Montoya

11         on behalf of the PSC and the MDL

12         liaison states.

13               MR. HARDT:  Good morning,

14         Ken Hardt on behalf of Venture

15         Supply in the Germano action and

16         the Alexander state court action.

17               MR. BRENNER:  Theodore

18         Brenner on behalf of Tobin Trading

19         in the Germano action.

20               MR. SLAUGHTER:  Brian

21         Slaughter.  I'm here on behalf of

22         Atlantic Homes, LLC both in the

23         Commonwealth of Virginia and in

24         the MDL matters.

```
 1              MR. SEXTON:  Mike Sexton on

 2        behalf of certain Banner Supply

 3        entities.

 4              MR. BLACK:  David Black on

 5        behalf of the State of Louisiana

 6        reserving the positions set forth

 7        in our pending remand motion.

 8              MR. LEVIN:  Arnold Levin,

 9        lead counsel, Plaintiffs' Steering

10        Committee.

11              MR. GEORGE:  Scott Alan

12        George, Seeger Weiss, PSC.

13              MS. BESKIN:  Julia Beskin

14        from Quinn, Emanuel Urquhart &

15        Sullivan for the Chartis insurance

16        group.

17              MR. RISLEY:  Kevin Risley on

18        behalf of North River Insurance

19        Company.

20              MR. CYR:  Eugene Chen and

21        Joe Cyr of Hogan Lovells on behalf

22        of Defendants Taishan Gypsum and

23        TTP.

24              THE COURT:  Would you rise,
```

Confidential - Subject to Further Confidentiality Review

```
 1          please, sir.

 2                    -  -  -

 3               SHILIANG PENG, after having

 4          been duly sworn, was examined and

 5          testified as follows:

 6                    -  -  -

 7               THE COURT:  Have a seat,

 8          please.

 9               You may begin, Counsel.

10                    -  -  -

11               EXAMINATION

12                    -  -  -

13     BY MR. MEUNIER:

14          Q.    Good morning.

15          A.    Hello.

16          Q.    Would you please state your

17     name and business address.

18          A.    My name is Peng Shiliang,

19     last name, P-E-N-G, first name,

20     S-H-I-L-I-A-N-G.

21               I don't quite understand

22     what you mean by business address.

23          Q.    What address or addresses do

24     you use in order to conduct your
```

Confidential - Subject to Further Confidentiality Review

1    business?

2           A.     When I do my business?

3           Q.     Do you have an office?

4           A.     What period of time?

5           Q.     Today.

6           A.     Today I don't have an

7    office.

8           Q.     By whom are you employed?

9           A.     I don't have an office right

10   now.

11          Q.     By whom are you employed?

12          A.     I don't understand from the

13   beginning.  What do you mean by business

14   address?

15          Q.     I'm asking a different

16   question now.  Who do you work for?

17          A.     Currently I work for TG.

18          Q.     In your work for TG, do you

19   work in an office?

20          A.     I work in the manufacture.

21          Q.     You work at a manufacturing

22   plant?

23          A.     Correct.  I work in a

24   manufacture plant.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.     Please give us the address

 2   of that plant.

 3               INTERPRETER:   Interpreter

 4         clarification.

 5               In Lucheng city,

 6         L-U-C-H-E-N-G, Shanxi province,

 7         S-H-A-N-X-I.

 8   BY MR. MEUNIER:

 9          Q.     Does the plant manufacture

10   drywall?

11          A.     There is a plant that

12   manufacture drywall.

13          Q.     Is the plant where you work

14   owned by TG?

15          A.     Yes.

16          Q.     What is your job position?

17          A.     I'm the manager of this

18   plant.

19          Q.     What are the duties and

20   responsibilities of the manager of the

21   plant?

22          A.     My duties are to be in

23   charge of the daily operation of the

24   plant to ensure its normal operation.
```

Confidential - Subject to Further Confidentiality Review

1         Q.      Who is the boss that you

2    report to?

3         A.      I report to the executives

4    of TG.

5         Q.      And who are they?

6         A.      Mr. Jia Tongchun.

7         Q.      Anyone else?

8         A.      And also Mr. Ren Xulian,

9    R-E-N, last name, first name,

10   X-U-L-I-A-N.

11        Q.      What is the job position of

12   Mr. Ren Xulian?

13        A.      Deputy general manager of

14   TG.

15        Q.      Which employees at the plant

16   report to you as their boss?

17        A.      Deputy production general

18   manager and the people in charge in

19   financial department and supply

20   department.

21        Q.      Please give me the names of

22   those people.

23        A.      Production manager, Mr. Chen

24   Zhongjian, last name, C-H-E-N, first

Confidential - Subject to Further Confidentiality Review

```
 1    name, Z-H-O-N-G-J-I-A-N.
 2              Q.    Who in the financial
 3    department reports to you?
 4              A.    Dai Zhiming, D-A-I, last
 5    name, first name, Z-H-I-M-I-N-G.
 6              Q.    Who in the support
 7    department reports to you?  I'm sorry.
 8    Who in the supply department reports to
 9    you?
10              A.    Sun Qingli, last name,
11    S-U-N, first name, Q-I-N-G-L-I.
12              Q.    Are you in your current job
13    involved in the marketing or sale of
14    gypsum board?
15              A.    I have not participated in
16    marketing and sales activities.
17              Q.    How long have you held your
18    current position?
19              A.    Since April 2009 until
20    today.
21              Q.    What was your position with
22    TG before April of 2009?
23              MR. CYR:  Objection.
24              THE COURT:  What's the
```