Confidential - Subject to Further Confidentiality Review

```
 1          objection for?

 2              MR. CYR:  The question

 3          assumes that he worked for TG

 4          prior to April of 2009.

 5              THE COURT:  Let's clarify

 6          that, please.

 7   BY MR. MEUNIER:

 8          Q.    Did you work for TG before

 9   2009, Mr. Peng?

10          A.    I did not work for TG before

11   that.

12          Q.    Who did you work for before

13   that?

14          A.    Before that, I worked for

15   TTP.

16          Q.    Is it true you started

17   working for TTP when that company was

18   created in February 2006?

19          A.    Yes, absolutely correct.

20          Q.    Tell me the job positions

21   you held with TTP between April 2006 and

22   April 2009.

23              MR. CYR:  That would be

24          February 2006.
```

Confidential - Subject to Further Confidentiality Review

```
 1                MR. MEUNIER:  I'm sorry,

 2           February 2006 and April 2009.

 3                THE WITNESS:  My position in

 4           TTP while I worked there were

 5           Chairman of the Board of Directors

 6           and general manager.

 7   BY MR. MEUNIER:

 8           Q.    In that position, were you

 9   in charge of the daily operations of TTP?

10           A.    In that position, I was in

11   charge of the daily operation of TTP.

12           Q.    TTP was owned 100 percent by

13   TG; is that correct?

14           A.    Can you repeat that?

15           Q.    TTP was owned 100 percent by

16   TG; is that correct?

17           A.    TG is the only shareholder

18   of TTP.

19           Q.    When you were the manager of

20   TTP, did you report to any of the

21   executives of TG?

22           A.    As the manager of TTP, I

23   worked independently.  I did not report

24   to the executives of TG.
```

Confidential - Subject to Further Confidentiality Review

1          Q.     Who reported to you as boss

2     during the time you were manager of TTP?

3          A.     TTP's production manager and

4     other relevant department managers in TTP

5     reported to me.

6          Q.     Please give me their names

7     and job positions.

8          A.     Song Qinghai, Mr. Song

9     Qinghai, last name, S-U-N-G, first name,

10    Q-I-N-G-H-A-I.

11              MR. CHEN:   Pardon me, just

12          for clarification, the Pinyin is

13          S-O-N-G, not S-U.

14    BY MR. MEUNIER:

15         Q.     Was he the production

16    manager at TTP?

17         A.     Correct.  He was the

18    production manager of TTP.

19         Q.     Who were the other relevant

20    employees who reported to you at TTP?

21         A.     Mr. Peng Wenlong at sales

22    department.

23         Q.     Was he in charge of the

24    sales department at TTP?

Confidential - Subject to Further Confidentiality Review

1          A.     He was in charge of the

2     sales department in TTP.

3          Q.     Who else reported to you?

4          A.     Zhang Min in financial

5     department.  Last name, Z-H-A-N-G, first

6     name, M-I-N.

7          Q.     Who worked under Mr. Peng

8     Wenlong in the sales department of TTP?

9          A.     There were about seven or

10    eight employees under him and worked for

11    him.

12         Q.     Can you give me the names of

13    those you remember?

14         A.     Mr. Che Gang, Mr. Yang

15    Jiapo.  I can't remember the rest of the

16    names.

17         Q.     Are you a member of the

18    board of directors of TG?

19         A.     I am a member of TG's board

20    of directors.

21         Q.     For how long have you been a

22    member?

23         A.     Since its establishment in

24    February 2006 until today.

Confidential - Subject to Further Confidentiality Review

1          Q.     I was asking about you being

2     a member of the board of directors of TG

3     not TTP?

4          A.     I am not a member of the

5     board of directors in TG.

6          Q.     Have you ever been a member

7     of the board of directors of either

8     Shandong Taihe Dongxin or Taishan Gypsum?

9          A.     Neither.

10         Q.     Who did you work for before

11    TTP was created in February 2006?

12         A.     Before the establishment of

13    TTP in the year 2006, I worked at a

14    workshop in -- manufacturer workshop in

15    TG.

16         Q.     Were you employed by TG when

17    the name of the company was Shandong

18    Taihe Dongxin?

19         A.     Can you repeat the question?

20         Q.     Were you employed by a

21    company named Shandong Taihe Dongxin?

22         A.     Yes, correct.

23         Q.     When did you start working

24    for that company?

Confidential - Subject to Further Confidentiality Review

1           A.      In 1991.

2           Q.      Did you continue to work for

3    that company after it changed its name to

4    Taishan Gypsum?

5           A.      Can you repeat it?

6           Q.      When did Shandong Taihe

7    Dongxin change its name to Taishan

8    Gypsum?

9           A.      I don't recall that.

10          Q.      Did you work for Shandong

11   Taihe Dongxin until February 2006?

12          A.      Yes.

13          Q.      And then after TTP --

14                  After you left TTP in April

15   of 2009, you went back to work for the

16   company which at that time was called

17   Taishan Gypsum; is that true?

18          A.      Correct.  At the time, it

19   was already Taishan Gypsum Company.

20          Q.      Tell me all the positions

21   you held at Shandong Taihe Dongxin

22   between 1991 and February 2006?

23          A.      I did not have a position in

24   TG.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    No.  I was asking about

 2    Shandong Taihe Dongxin.  When you --

 3    shall I ask it again?

 4          A.    I was only an ordinary

 5    employee at TG.

 6          Q.    What job positions did you

 7    have at Shandong Taihe Dongxin from 1991,

 8    when you started, until February of 2006,

 9    when you went to work for TTP?

10          A.    I was only a director of one

11    of TG's production manufacturer workshop.

12          Q.    Were you the director of

13    that production workshop from 1991 until

14    February 2006?

15          A.    Yes.

16          Q.    Which production facility

17    did you direct?

18          A.    It is just one of TG's

19    gypsum board workshop.

20                MR. MEUNIER:  Madam

21                Interpreter, I'm not clear about

22                the meaning of the word

23                "workshop."  Maybe you can help.

24                THE COURT:  Well, ask the
```

Confidential - Subject to Further Confidentiality Review

1          witness.

2     BY MR. MEUNIER:

3          Q.     Is a workshop a

4     manufacturing facility?

5          A.     Workshop is a manufacturer

6     facility.

7          Q.     Did you direct the same

8     manufacturing facility from 1991 until

9     February 2006?

10         A.     Yes, I directed that one

11    workshop.

12         Q.     Please give me the location

13    of that facility.

14         A.     It's located in Dawenkou

15    Town, Taian.

16         Q.     What product or products

17    does the facility manufacture?

18         A.     Those workshops produce and

19    only produce paper-faced gypsum board.

20         Q.     Who reported to you as boss

21    when you directed that facility from 1991

22    to February 2006?

23         A.     The deputy director of the

24    workshop reported to me.

Confidential - Subject to Further Confidentiality Review

1          Q.      Who was the deputy director?

2          A.      The deputy director was Hou

3   Yanyun, last name, H-O-U, first name,

4   Y-A-N-Y-U-N.

5          Q.      Who did you report to as

6   your boss when you were the director of

7   that facility?

8          A.      I reported to, at the time I

9   reported to Mr. Duan Zhentao, D-U-A-N,

10  first name, Z-H-E-N-T-A-O.

11         Q.      What was his position?

12         A.      Production manager.

13         Q.      Who were the sales employees

14  involved in the sale of gypsum board

15  manufactured at that facility between

16  1991 and February 2006?

17         A.      I was only in charge of the

18  production in the workshop.  I'm not sure

19  about the detailed sales employees.

20         Q.      Who was in charge of the

21  sales employees for the gypsum board

22  manufactured by that facility when you

23  were the director?

24         A.      Like I said, I was only in

Confidential - Subject to Further Confidentiality Review

1    charge of the production of the workshop.

2    I'm not sure who was in charge of the

3    sales.

4          Q.    You don't know who

5    supervised the sales personnel for the

6    gypsum board made at that facility when

7    you were the director?

8          A.    I was not in charge of the

9    sales.  I was only in charge of the

10   production of the workshop.

11         Q.    I understand you were not in

12   charge.  My question is, do you know who

13   was in charge of the sales personnel?

14         A.    TG was in charge of the

15   sales.

16         Q.    Who at TG?

17         A.    I had minimal contact with

18   the sales part.  As of now, I really

19   can't remember who was the person in

20   charge of sales.

21         Q.    How often did the board of

22   directors of TTP meet when you were chair

23   of the board from February 2006 to April

24   2009?

Confidential - Subject to Further Confidentiality Review

```
 1          A.     The board of directors
 2   meeting in TTP was held irregularly,
 3   usually once a year.
 4          Q.     Were reports made at the
 5   board of directors meetings concerning
 6   the marketing or sale of gypsum board?
 7          A.     Sometimes at a board of
 8   directors meeting, these words were
 9   discussed.
10          Q.     Who made the report at the
11   board of directors meetings on marketing
12   and sales at TTP?
13          A.     Can you repeat the question?
14          Q.     Who made the report on
15   drywall marketing and sales at the board
16   of directors meetings for TTP?
17          A.     Usually I would make the
18   report for the board of directors.
19          Q.     How did you gather
20   information on the marketing and sale of
21   gypsum board in order to make that
22   report?
23          A.     The report was only a simple
24   summary of our productions and sales.
```

Confidential - Subject to Further Confidentiality Review

1        Q.     How did you get the summary

2    on sales?

3        A.     I requested the balancing

4    between the production and sales lower

5    the product payments risk to provide good

6    service for the customers.

7        Q.     How did you learn the total

8    volume of drywall sales as director of

9    TTP?

10       A.     TTP's financial department

11   would have the statistics.

12       Q.     Were the reports on the

13   volume of drywall sales from the

14   financial department made in writing?

15       A.     It was in written form.

16       Q.     What was the name of the

17   written form?

18       A.     It was only a very simple

19   production and sales statistic report.

20       Q.     Is that the name of the

21   report, sales and statistic report?

22       A.     There wasn't a detailed name

23   for that report.  It's only reflected as

24   a form of form.

Confidential - Subject to Further Confidentiality Review

 1          Q.     Did the report contain

 2    information on foreign sales?

 3                MR. CYR:  Objection.

 4                THE COURT:  Can you ask him

 5          for the time frame.

 6    BY MR. MEUNIER:

 7          Q.     During the time these

 8    reports were made between February 2006

 9    and April 2009 at TTP, did the reports

10    contain information on sales to foreign

11    customers?

12          A.     Like I just said, it was

13    only a very simple statistic form.

14    Because our company, TTP, did not do

15    direct exporting, therefore, the form was

16    not reflected on that.

17          Q.     What do you mean "The

18    company did not do direct exporting," Mr.

19    Peng?

20          A.     Hasn't Mr. Attorney asked me

21    the question regarding exporting to other

22    countries?

23          Q.     Did TTP sell drywall to

24    foreign customers?

Confidential - Subject to Further Confidentiality Review

1            INTERPRETER:  Interpreter

2       clarification.

3            THE WITNESS:  To sell the

4       drywall to who?

5  BY MR. MEUNIER:

6        Q.   Did the purchasers of TTP

7  drywall between February 2006 and April

8  2009 include businesses outside of China?

9        A.   All the paper-faced drywall

10  that TTP produced had transactions within

11  China.

12        Q.   Is it your testimony that no

13  foreign customers purchased drywall

14  manufactured by TTP between February 2006

15  and April 2009?

16        A.   Like I said, all the

17  transactions regarding our products were

18  within China.

19        Q.   Do you deny that Peng

20  Wenlong, Che Gang and Yang Jiapo all

21  dealt and did business with foreign

22  customers when they were sales personnel

23  of TTP?

24        A.   You said deny?

Confidential - Subject to Further Confidentiality Review

```
 1         Q.    Is it true that the sales

 2    personnel, Peng Wenlong, Che Gang and

 3    Yang Jiapo, did business with foreign

 4    customers when they were sales employees

 5    of TTP?

 6         A.    I would like to repeat.

 7    Number one, all our transactions were

 8    within China.  Number two, some of our

 9    sales employees did sign some contracts

10    with the trading companies in China.

11              MR. MEUNIER:  Your Honor, I

12         would like to move on, but I don't

13         think I'm getting a response to

14         the question.  I'll try one more

15         time.

16              MR. CYR:  I agree, Counsel.

17    BY MR. MEUNIER:

18         Q.    Did Peng Wenlong, Che Gang

19    and Yang Jiapo, as sales employees of

20    TTP, between February 2006 and April

21    2009, do business with foreign purchasers

22    of drywall, by that I mean, purchasers

23    who were not in China?

24         A.    I don't have an impression
```

Confidential - Subject to Further Confidentiality Review

```
 1    of that.

 2                    May I use the restroom?

 3                    THE COURT:  Yes.

 4                    THE VIDEOTAPE TECHNICIAN:

 5            Going off the record.  The time is

 6            9:20.

 7                    THE COURT:  Let's take a

 8            10-minute break at this time.

 9                        -   -   -

10                    (Whereupon, a recess was

11            taken from 9:20 a.m. until 9:34

12            a.m.)

13                        -   -   -

14                    THE VIDEOTAPE TECHNICIAN:

15            Going back on the record,

16            beginning of Tape Number 2.  The

17            time is 9:34.

18    BY MR. MEUNIER:

19            Q.    Mr. Peng, what documents did

20    you review in order to prepare for this

21    deposition?

22            A.    In order to prepare for

23    today's deposition, I have, together with

24    my attorney, reviewed relevant
```

Confidential - Subject to Further Confidentiality Review

 1    information about TTP.

 2         Q.    What relevant information

 3    did you review?

 4         A.    Most of the information are

 5    about the article of incorporation of TTP

 6    and the resolution of the meeting of

 7    board of directors.

 8         Q.    What did the resolution deal

 9    with?

10         A.    One is at the establishment

11    of TTP, the purchasing of TTP from TG of

12    the two production lines.  And another

13    resolution was about TTP decided to sell

14    the two production lines to TG.

15         Q.    Does that refer to the sale

16    of TTP assets to TG when TTP stopped

17    doing business in April 2009?

18         A.    Correct.

19         Q.    What other documents, if

20    any, did you review?

21         A.    That's all I can name for

22    now.

23         Q.    How many meetings have you

24    had with your attorney in order to

Confidential - Subject to Further Confidentiality Review

 1    prepare for this deposition?

 2         A.    I didn't really pay

 3    attention, so, I can't really tell.

 4         Q.    What do you mean you didn't

 5    pay attention?

 6         A.    I didn't really pay

 7    attention how many times we met.

 8              INTERPRETER:  Correction.

 9              THE WITNESS:  I met with my

10         attorney.

11              MR. CHEN:  I'm sorry.  I

12         don't think the word "cuee" is

13         being translated.

14              MR. DAVIS:  Excuse me, Your

15         Honor.  We have a translator.

16              THE COURT: That's all right.

17         But do you understand?

18              MR. CHEN:  This is just a

19         recommendation for the interpreter

20         to accept or reject.

21              THE COURT:  Go ahead.

22         What's the problem?

23              MR. CHEN:  I think he's

24         saying I didn't specifically pay

Confidential - Subject to Further Confidentiality Review

```
 1          attention to that matter, and

 2          that's just my suggestion to you

 3          whether to accept it.

 4               THE COURT:  Let's get a

 5          clarification.  What do you mean?

 6          Ask him the question again, what

 7          do you mean by that.

 8  BY MR. MEUNIER:

 9          Q.    When you said you didn't pay

10  attention, what do you mean by that?

11          A.    Which is that I did not

12  remember how many times I met with my

13  attorney.

14          Q.    Did you meet with anyone

15  else besides your attorney in order to

16  prepare for this deposition?

17          A.    Beside my attorney, I've

18  also met with Mr. Jia Tongchun and Mr.

19  Peng Wenlong.  Jia Tongchun spelling is

20  J-I-A, first name, T-O-N-G-C-H-U-N.

21          Q.    Were any attorneys present

22  when you met with Mr. Jia and Mr. Peng

23  Wenlong?

24          A.    No.
```

Confidential - Subject to Further Confidentiality Review

1        Q.    What did you discuss with

2    them?  First Mr. Jia, tell me everything

3    you remember discussing with Mr. Jia.

4        A.    It's hard for me to remember

5    and to say what exactly we have said at

6    the time.  I don't remember clearly.

7        Q.    When did you meet with Mr.

8    Jia?

9        A.    I'm not sure about the time.

10       Q.    Was it yesterday?

11       A.    Not yesterday.

12       Q.    Was it within the last week?

13       A.    We came together.  Of course

14   we met within the week.

15       Q.    Did Mr. Jia talk to you

16   about this case?

17       A.    In this process, we did not

18   talk about the case.

19       Q.    Did he give you advice how

20   to answer questions today?

21       A.    Like I said, in this

22   process, we did not talk about this

23   issue, so, we did not communicate about

24   this.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.     You told me you met with him
 2    to get ready for the deposition.  What
 3    did you mean by that?
 4          A.     We came together by car.  If
 5    I had come by myself, I wouldn't be
 6    familiar with the route and the agenda.
 7    It would be safer that way.
 8               THE COURT:  Let me interrupt
 9          and say something.
10               Sir, I am the Judge who will
11          decide the issues in this case.
12          One thing I do when I make that
13          decision, I listen to the
14          testimony and I evaluate the
15          credibility of the truthfulness of
16          the witnesses.  I listen closely
17          to what people say, and it's
18          important for you to listen to the
19          question and to answer the
20          question, if you can.  Do you
21          understand that?
22               THE WITNESS:  I understand.
23               THE COURT:  Because if I get
24          the impression that you are not
```

Confidential - Subject to Further Confidentiality Review

```
 1          answering the question

 2          intentionally, I will discount

 3          your testimony and not believe it.

 4                Do you understand that?

 5                THE WITNESS:  I understand.

 6                THE COURT:  Now let's

 7          continue with the deposition, and

 8          keep that in mind, please.

 9    BY MR. MEUNIER:

10          Q.    Mr. Peng, when you met with

11    Mr. Jia to get ready for this deposition,

12    what did you and Mr. Jia discuss?

13                MR. CYR:  Objection, asked

14          and answered.

15                THE COURT:  The reason that

16          I'm going to allow it is because I

17          think it was asked, but I'm not

18          sure it was answered.  So I'll

19          overrule the objection.

20                THE WITNESS:  Can you repeat

21          your question?

22    BY MR. MEUNIER:

23          Q.    When you met with Mr. Jia to

24    get ready for this deposition, what did
```

Confidential - Subject to Further Confidentiality Review

1    you and Mr. Jia talk about?

2            A.      Mr. Jia and I checked on

3    some information of TTP.

4            Q.      What information?

5            A.      Like I just mentioned, such

6    as TTP's Article of Incorporation and

7    resolution of the board of directors

8    meeting.

9            Q.      Anything else besides that?

10           A.      Nothing else.

11           Q.      You did not talk about sales

12   to foreign customers?

13           A.      We did not talk about the

14   sales.  We did not sell to foreign

15   customers.  Our transaction has always

16   been within China, so, we cannot talk

17   about that.

18           Q.      Did Mr. Jia advise you to

19   say that today?

20           A.      No, no.

21           Q.      When you and Mr. Peng

22   Wenlong met in order for you to prepare

23   for this deposition, what did you and he

24   discuss?

Confidential - Subject to Further Confidentiality Review

1          A.     We talked about, as I said,

2     the Article of Incorporation and the

3     resolution of TG.  We also talked about

4     the aspects of sales.

5          Q.     Explain what you mean by

6     that, "aspects of sales."

7          A.     Because Mr. Peng Wenlong was

8     in charge of the sales in TTP.

9     Therefore, I asked him for information

10    regarding TTP's sales.

11         Q.     What information did you ask

12    him for, and what information did he give

13    you?

14         A.     He told me how the sales of

15    our gypsum board went about.

16         Q.     What exactly did he tell

17    you?

18         A.     Him and I only simply tried

19    to remember the sales work at TTP and how

20    we dealt with customers.

21         Q.     And what did you and he

22    remember about that?

23         A.     One is how much have we

24    produced and how much have we sold.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.     And how much was produced

 2   and sold?

 3          A.     From the establishment of

 4   the company in 2006 until we stopped

 5   doing business, we had all together

 6   produced over 60 million square meter of

 7   the product.

 8          Q.     And how much was sold?

 9          A.     We've sold them all.

10   There's a balance between production and

11   sales.

12          Q.     How much was sold to

13   customers outside of China?

14                 MR. CYR:  Objection.

15                 THE COURT:  Ask him first

16          whether or not any was.

17   BY MR. MEUNIER:

18          Q.     Were any of the 60 square

19   meters -- I'm sorry -- 6 --

20                 INTERPRETER:  Million.

21   BY MR. MEUNIER:

22          Q.     -- 6 million square meters

23   sold to customers outside of China?

24          A.     All the transactions of our
```