Confidential - Subject to Further Confidentiality Review

1    productions were taking place in China.

2    Perhaps some trading companies sold them

3    to outside of China.

4         Q.    How many of the purchasers

5    were outside of China?

6         A.    I was not in charge of the

7    detailed sales work, and it has been too

8    long.  I could not say exactly how much.

9         Q.    What is your best estimate

10   of how much?

11        A.    I could not give such an

12   estimation because all our products were

13   delivered in China.  As of how much had

14   the trading companies sold to us out of

15   China, I could not possibly know.

16        Q.    Why did TTP sales personnel

17   provide price and shipping cost

18   information for TTP gypsum board to

19   customers in the United States?

20        A.    I was not in charge of the

21   specific sales work.  For that question,

22   you should ask Mr. Peng Wenlong.

23        Q.    Do you believe sales

24   personnel for TTP provided price and

Confidential - Subject to Further Confidentiality Review

```
 1    shipping cost information for gypsum

 2    board to customers in the United States?

 3            A.    I don't know about that.

 4            Q.    Did they do that?

 5            A.    Like I said, I really don't

 6    know.

 7            Q.    Did they have authority to

 8    do that?

 9            A.    They will decide themselves

10    how will they sell, in what way did they

11    make the sales.

12            Q.    Did they have authority to

13    provide this information even for a

14    specific construction project located in

15    the United States of America?

16            A.    Because TTP had established

17    for a short period of time, I don't think

18    in that respect they had much experience

19    to do such job.

20            Q.    Did they have the authority

21    to do this?

22            A.    Whether they could do it or

23    not, I'm not sure.

24                  MR. MEUNIER:  Let me show
```

Confidential - Subject to Further Confidentiality Review

1           you documents that have been

2           marked TG 19798 through 19800, and

3           I'll mark that as Peng Exhibit 1.

4                    -  -  -

5                (Whereupon, Deposition

6           Exhibit Peng S.-1, E-mail chain,

7           top e-mail in English dated August

8           03, 2006, Bates stamped TG 0019798

9           through TG 0019800, was marked for

10          identification.)

11                   -  -  -

12    BY MR. MEUNIER:

13          Q.    Mr. Peng, at the bottom of

14    Page 19798, continuing to the top of

15    19799, is an e-mail of August 1, 2006

16    from Josephine Wang to Yang Jiapo in

17    which Josephine Wang tells Mr. Yang she

18    is interested in learning more about his

19    product and doing business with him and

20    advises him that her company is currently

21    building in Philadelphia a project called

22    South Bridge.  She then asks Mr. Yang to

23    forward information about how he sells

24    abroad.

Confidential - Subject to Further Confidentiality Review

```
 1              Please listen as the

 2   translator reads the reply from Mr. Yang

 3   to Ms. Wang by e-mail dated August 3rd,

 4   2006 at 3:11 a.m.  It is in the middle of

 5   Page 19798.

 6              MR. MEUNIER:  (Addressing

 7   the interpreter.)  Would you please read

 8   it in English for us?

 9              INTERPRETER:  I'm sorry.

10       You mean the one in the middle?

11              MR. MEUNIER:  Yes.

12              INTERPRETER:  Ms. Wang,

13       hello.  I'm glad to have received

14       your e-mail and now I'm sending

15       you all the information.  Please

16       take a look.  Normal gypsum board

17       4 by 12 by half, FOB Qingdao USD

18       4.15/PCS 660 PCS/40 FCL 26.5

19       tons/40 FCL.

20              A new line.  4 by 8 by 1 and

21       a half -- I'm sorry.  Let me try

22       again.

23              4 by 8 by half USD

24       2.77/PCS 960 PCS/40 FCL.
```

Confidential - Subject to Further Confidentiality Review

```
 1                Skip a line.  A new line.  4
 2         by 12 by half FOB LIANYUNGANG USD
 3         4.2/PCS 76 PCS/tray.
 4                A new line.  4 by 8 by
 5         half USD 2.8/PCS 76 PCS/tray.
 6                A new line.  Our company is
 7         the biggest gypsum board
 8         production facility.  Please take
 9         heart for the product quality and
10         volume.
11                Skip line.  Best wishes!
12                Skip three or four lines.
13         Yang Jiapo, 2006.8.2.
14  BY MR. MEUNIER:
15         Q.    Did Mr. Yang in this e-mail
16  provide to this person accurate and
17  truthful information concerning TTP
18  prices and shipping information?
19         A.    The detailed sales employees
20  would be in charge of the detailed
21  handling of specific sales in the process
22  of sales.  As Chairman of the Board of
23  Directors and general manager of the
24  company, I did not participate in that.
```

Confidential - Subject to Further Confidentiality Review

1    Therefore, I have never seen this -- the

2    content of this document.

3         Q.    Mr. Peng, as long as TTP got

4    paid, was it okay with you as director

5    that the company sold its gypsum board to

6    be used in a construction project in

7    Philadelphia, Pennsylvania?

8         A.    The sales principle of our

9    company is to ensure production and sales

10   balancing and also to decrease the risk

11   that comes with the payment.  Therefore,

12   it doesn't matter who we sell the

13   products to, the collection of payment

14   has to be ensured.

15        Q.    Is it true that export

16   sales, when you were an employee of

17   Shandong, increased in the second half of

18   2005?

19        A.    Can you repeat it?

20        Q.    Is it true that export

21   sales, when you were employed at

22   Shandong, increased in the second half of

23   2005?

24        A.    Shandong?

Confidential - Subject to Further Confidentiality Review

1          Q.      Yes.

2          A.      Employee of Shandong?

3          Q.      No, sir.  I'm referring to

4      when you worked for Shandong in the

5      second half of 2005.

6                  Shandong Taihe Dongxin, when

7      you worked for that company in the second

8      half of 2005, is it true that export

9      sales of gypsum board increased?

10         A.      Like I said, in the year

11     2005, I was only a director of a

12     production workshop in TG.  I was not in

13     charge of the sales work.  Therefore, I

14     would not specifically collect

15     informations about this.  Therefore, I do

16     not know whether the exporting sales

17     increased.

18         Q.      Before they went to work for

19     TTP, Peng Wenlong, Che Gang and Yang

20     Jiapo were all sales employees of

21     Shandong Taihe Dongxin, true?

22         A.      That's true.  They were all

23     salespeople in TG.

24         Q.      In the second half of 2005,

Confidential - Subject to Further Confidentiality Review

1    as sales employees of Shandong Taihe

2    Dongxin, is it true they provided price

3    and shipping costs information to

4    customers in the United States of

5    America?

6           A.    I insist on my prior

7    statement.  I was only a director of a

8    production workshop.  I was not aware of

9    the detailed sales work.

10          Q.    Let me show you an example

11   of what I mean.

12                MR. MEUNIER:  I show you a

13                document which is Bates numbered

14                TG 19840 and 19841, and I will

15                mark that as Peng Number 2.

16                      -  -  -

17                (Whereupon, Deposition

18                Exhibit Peng S.-2, E-mail chain,

19                top one dated 12/12/2005, Bates

20                stamped TG 0019840 and TG 0019841,

21                was marked for identification.)

22                      -  -  -

23   BY MR. MEUNIER:

24          Q.    Mr. Peng, at the bottom of

Confidential - Subject to Further Confidentiality Review

```
 1    19840, continuing to the top of 19841, is

 2    an e-mail of December 12, 2005 to Mr.

 3    Yang Jiapo from Leon Liu, L-I-U, in which

 4    Mr. Liu asked for pricing information on

 5    32,000 boards for delivery in the Port of

 6    New York/New Jersey and pricing

 7    information on an additional 32,000

 8    boards for delivery to the Port of

 9    Savannah, Georgia.  In his e-mail to Mr.

10    Liu of December 11, 2005, which is in the

11    middle of 19840, please read Mr. Yang's

12    response.  And I'll ask the interpreter

13    to please read it in English for the

14    record.

15              INTERPRETER:  Here

16         (indicating)?

17              THE WITNESS:  (Reading in

18         Chinese.)

19              Mr. Liu, hello.  Regarding

20         to the port pricing, in this

21         e-mail, we have not received the

22         pricing of the port.  We can only

23         give you a pricing -- FOB pricing

24         for the customer's reference.
```

Confidential - Subject to Further Confidentiality Review

```
1              A new line.  4 by 12 by half

2         ordinary gypsum board: FOB USD

3         3.68/PCS.

4              A new line.  Response can be

5         provided for other requirements as

6         well.

7              A new line.  For the matter

8         of samples, our company currently

9         has a rule that our company will

10        not bear any cost for samples over

11        200 RMB because right now there

12        are too many American customers

13        that ask for samples, we do not

14        want to get a special approval.

15        We apologize.  I'm sorry.

16             A new line.  Thank you.

17             A new line.  Jiapo.

18             A new line.  2005.12.12.

19   BY MR. MEUNIER:

20        Q.   Mr. Peng, as the director of

21   Shandong Taihe Dongxin gypsum board

22   manufacturing facility in December of

23   2005, was it okay with you if the drywall

24   produced there was sold for delivery to
```

Confidential - Subject to Further Confidentiality Review

1    ports in the United States of America as

2    long as the company got paid?

3         A.    I insist on my prior

4    statement that I was only a director of

5    the production workshop.  As of the

6    requirements for the salespeople, I

7    really did not know.  I'm very sorry.

8         Q.    Let me show you one other

9    example, and then we'll move to a

10   different subject.  This is a document

11   Bates numbered TG 19813 and 19814 which I

12   will mark as Peng Number 3.

13                    -  -  -

14              (Whereupon, Deposition

15         Exhibit Peng S.-3, E-mail chain,

16         top one dated 10/15/2005, Bates

17         stamped TG 0019813 and TG 0019814,

18         was marked for identification.)

19                    -  -  -

20   BY MR. MEUNIER:

21         Q.    Mr. Peng, in this document,

22   there is an e-mail at the bottom of 19813

23   addressed to Mr. Yang Jiapo from Wenny

24   Yin, Y-I-N, dated October 15, 2005.  And

Confidential - Subject to Further Confidentiality Review

1    in this e-mail, Ms. Yin requests

2    information on certain pieces of gypsum

3    board to be sent to the Port of

4    Jacksonville, Florida, 100,000 pieces,

5    and an additional 100,000 pieces to the

6    Port of New Orleans, Louisiana.  Will you

7    please read quietly to yourself Mr.

8    Yang's e-mail reply of October 15, 2005

9    at the top of 19813, and I will ask the

10   court reporter to read it in English for

11   the record.

12              THE COURT:  You mean the

13         interpreter?

14              MR. MEUNIER:  I'm sorry, the

15         interpreter.

16              THE WITNESS:  You mean

17         quietly reading it, meaning do not

18         read it out loud?

19              MR. MEUNIER:  Correct.  But

20         I would ask the interpreter to

21         please read it out loud in English

22         for the record.

23              INTERPRETER:  Dear Wenny

24         Yin, hello.  I have been following

Confidential - Subject to Further Confidentiality Review

1           up on the cargo ship for

2           individual cargos, and I have not

3           received a response.  Finally, I

4           have received information

5           regarding the ship, therefore, I

6           will give you the price.  Please

7           take a look.  Ordinary gypsum

8           board 3660 by 1220 by 12.7

9           mm CNFNEW ORLEANS PORT USD

10          7.22/PCS.

11               A new line.  Package, gypsum

12          board tray, 60 pieces/tray,

13          plastic inner membrane untie

14          humidity.

15               INTERPRETER:  Interpreter

16          needs clarification.

17               (Discussion of interpreter

18          and Mr. Chen in Chinese.)

19               MR. CHEN:  I think either is

20          fine.

21               INTERPRETER:  Waterproof

22          exterior gypsum board protection,

23          horizontal and vertical steel

24          belts packaging.

Confidential - Subject to Further Confidentiality Review

```
1                    A new line.  Term of
2          payment, LC, instant payment, L/C.
3                    A new line.  In addition,
4          there is no ship to Jacksonville
5          port.
6                    Skip a few lines.  Thank
7          you.  Please reply if you have any
8          questions.
9                    Skip a few lines.  Jiapo.
10                   A new line.  2005.10.15.
11    BY MR. MEUNIER:
12         Q.    Mr. Peng, when Mr. Yang and
13    other employees became sales personnel
14    for TTP, did they provide this same type
15    of detailed information about cargo and
16    shipping to the United States when they
17    dealt with customers?
18         A.    Salespeople were in charge
19    of detailed sales process in respect to
20    different circumstances.  Therefore, I
21    don't know whether they would do that or
22    not.
23         Q.    So, as the manager of TTP,
24    you left that up to the sales personnel?
```

Confidential - Subject to Further Confidentiality Review

1    Is that true?

2            A.      Correct.

3            Q.      One more question, Mr. Peng,

4    about this e-mail.  You'll notice that

5    information is requested on October 15,

6    2005 for 100,000 pieces of gypsum board

7    to go to the New Orleans port.  Were you

8    aware that only six weeks before that, a

9    major storm had destroyed property in the

10   New Orleans area, creating a great need

11   for rebuilding?

12           A.      Orleans, you mean Orleans?

13   Is that how should I put it?

14           Q.      New Orleans is good.

15           A.      New Orleans.  I have read

16   the news about the storm in New Orleans.

17   What was your question again?

18           Q.      Were you aware that this

19   storm in New Orleans, which was six weeks

20   before the e-mail we just read, created a

21   need for significant rebuilding in the

22   New Orleans area?

23           A.      Like I said, I have read the

24   news about the old New Orleans storm from

Confidential - Subject to Further Confidentiality Review

```
 1   media, and I know about it, but I don't

 2   know how they rebuilt the houses.

 3              MR. MEUNIER:  Your Honor, I

 4        have about an hour left, but this

 5        might be a good breaking point for

 6        me.

 7              THE COURT:  All right.

 8        Let's take a 15-minute break at

 9        this time.

10              THE VIDEOTAPE TECHNICIAN:

11        Going off the record.  This is the

12        end of Tape Number 2.  The time is

13        10:33.

14                    -   -   -

15              (Whereupon, a recess was

16        taken from 10:33 a.m. until 10:50

17        a.m.)

18                    -   -   -

19              THE COURT:  Sir, you are

20        still under oath.

21              THE VIDEOTAPE TECHNICIAN:

22        Going back on the video record,

23        the time is 10:50.  This is the

24        beginning of Tape Number 3.
```

Confidential - Subject to Further Confidentiality Review

1    BY MR. MEUNIER:

2         Q.    Mr. Peng, when you were

3    manager of TTP, did you prepare a general

4    manager's annual report of the company's

5    work?

6         A.    Our TTP's annual report has

7    always been issued by our accounting

8    firm.

9         Q.    Did you approve and sign the

10   annual report?

11        A.    The annual report was

12   completed by the third party independent

13   accounting firm.

14        Q.    Let me refer you to exhibits

15   Jia 26 and 27, Defendant Jia Exhibits 26

16   and 27, which are the general manager

17   reports of TG for the years 2006 and

18   2007.  Have you seen those documents

19   before?

20        A.    I've heard in the general

21   manager's meeting for annual report, but

22   let me take a look.

23             (Reviewing documents.)

24             I have not seen these two

Confidential - Subject to Further Confidentiality Review

1    reports.  I have not.

2           Q.    Did TTP prepare annual

3    reports that were similar to those

4    reports?

5           A.    TTP have not prepared

6    reports that are similar to these.

7           Q.    You said you have not seen

8    those reports, but that you heard reports

9    at certain meetings.  Is that correct?

10          A.    I can't recall now.  I'm

11   very sorry.

12          Q.    Well, what meetings were you

13   talking about?

14          A.    These two reports, I do not

15   remember that I have seen these two

16   reports.

17          Q.    Do I understand, Mr. Peng,

18   that you have never been a member of the

19   board of directors of either Shandong

20   Taihe Dongxin or Taishan Gypsum?

21          A.    Correct.  I'm not a member

22   of TG's board of directors.

23          Q.    And you never have been?

24          A.    I have never been a member

Confidential - Subject to Further Confidentiality Review

1    of TG's board of directors.

2         Q.    And you have never been a

3    member of the board of directors of

4    Shandong Taihe Dongxin?

5         A.    No, I have not been a member

6    of the board of directors of Shandong

7    Taihe Dongxin.

8         Q.    Is it true that TTP was

9    created for reasons related to value

10   added taxes?

11        A.    The purpose of TTP's

12   establishment was to be able to provide

13   value added tax invoices to the customers

14   who had such requests.

15        Q.    Was there any difference in

16   the nature of the drywall business

17   conducted by TG and TTP?

18             MR. CYR:  Objection, vague.

19             MR. MEUNIER:  I wanted to be

20        general, but...

21             THE COURT:  I think that's a

22        valid objection.  I sustain it.

23   BY MR. MEUNIER:

24        Q.    Can you tell us if there are

Confidential - Subject to Further Confidentiality Review

1    any differences, Mr. Peng, between the

2    drywall manufacturing process used by TG

3    or Shandong and the process used by TTP?

4           A.    The manufacturing process

5    for manufacturing paper-faced drywall are

6    pretty much the same.

7           Q.    And TG, even when it was

8    called Shandong Taihe Dongxin,

9    manufactured certain brand names of

10   drywall such as Five Star and Dun; is

11   that true?

12          A.    I don't recall clearly as of

13   what brand of product the TG manufactured

14   at the time.

15          Q.    Did TG and TTP manufacture

16   drywall under the same brand names?

17          A.    TG authorized TTP to use the

18   brand Taishan and Taishan Wang.

19          Q.    Did TTP manufacture under

20   the brand names Five Star and Dun?

21          A.    We did not produce these two

22   brand's products.  The authorized

23   products -- the authorized brands were

24   Taishan and Taishan Wang, and also we

Confidential - Subject to Further Confidentiality Review

1    manufactured according to the

2    requirements of the customers.

3         Q.    Do you know of any

4    differences between TG and TTP in how

5    they marketed and sold their drywall?

6         A.    Well, I have not analyzed

7    the differences between the two.  The

8    sales principle of TTP were to keep the

9    balance between production and sales, to

10   lower the risk of payment collection, to

11   make sure to provide good services for

12   our customers.

13              INTERPRETER:  Interpreter

14         clarification.

15              THE WITNESS:  To have a

16         better control of the pricing.

17   BY MR. MEUNIER:

18         Q.    And those are the same

19   principles that applied to Shandong Taihe

20   Dongxin and TG, true?

21         A.    These are the principles

22   applied to TTP.  As of TG's sales

23   principles, they must have had their own.

24   I'm not sure whether the principles are

Confidential - Subject to Further Confidentiality Review

1    the same as TTP's.

2         Q.    As far as you know, when

3    sales employees of Shandong Taihe Dongxin

4    became sales employees of TTP, were they

5    given any new or different rules or

6    guidelines for how they conducted sales?

7         A.    I don't understand your

8    question.

9         Q.    As far as you know, were the

10   sales employees of TTP given any rules or

11   guidelines that were different from the

12   rules and guidelines they had as sales

13   employees of Shandong Taihe Dongxin?

14        A.    They would summarize on the

15   experiences in TG.  But as for TG's

16   special circumstances, they should base

17   their principles on TG's circumstances.

18        Q.    But as far as you know, the

19   rules they followed were the same, true?

20        A.    The same as to who?

21        Q.    Shandong Taihe Dongxin.

22             INTERPRETER:  Interpreter

23        clarification.

24             THE WITNESS:  TTP's sales

Confidential - Subject to Further Confidentiality Review

1           employees only follow the rules

2           and principles of sales of TTP's.

3    BY MR. MEUNIER:

4           Q.    Can you tell me how those

5    rules and principles were different from

6    the rules and principles for sales

7    employees of Shandong Taihe Dongxin?

8           A.    TTP had its own sales

9    principle, while TG had its own

10   principle.  Whether the two principles

11   were the same, I'm not sure.

12          Q.    TTP stopped operating in

13   what year?

14          A.    TTP stopped operating in

15   January 2008.

16          Q.    Why?

17          A.    Through the two years

18   operation of TTP, the customers who

19   requested value added invoices were not

20   that much -- not that many.  However, TTP

21   had two paper-faced gypsum production

22   lines of 2 by 20 million.

23          According to the regulation

24   of our country, for those enterprises

Confidential - Subject to Further Confidentiality Review

1  that had reached the production volume of

2  20 million paper-faced gypsum board would

3  be able to enjoy half of the value added

4  tax benefit.  So TTP's board of directors

5  and its shareholders had decided to stop

6  the operation of TTP.  That's the reason

7  behind TTP's stop of operating.

8          Q.    But you remained an employee

9  of TTP until April of 2009?

10         A.    You mean TTP's employee or I

11  myself?

12         Q.    You told us earlier that you

13  worked for TTP until April 2009, true?

14         A.    Correct, yes.

15         Q.    If TTP stopped operations in

16  January of 2008, please explain what you

17  did as its employee between January 2008

18  and April 2009?

19         A.    Even though during this

20  period of time, TTP had stopped its

21  operation, but there were still some

22  relevant assets and accountings that

23  needed to be handled.

24         Q.    Did the company earn any

Confidential - Subject to Further Confidentiality Review

1    revenue or income between January 2008

2    and April 2009?

3         A.    There were a little bit of

4    profit in that period of time, which were

5    the gypsum board that were left and also

6    some raw materials that were left.

7         Q.    Who paid your salary between

8    January 2008 and April 2009?

9         A.    During that period of time,

10   I still got paid from TTP.

11        Q.    Were you paid the same

12   salary as before January 2008?

13        A.    I'm very sorry.  That's my

14   privacy.  Can I not answer that question?

15        Q.    I'm not asking you for the

16   dollar amount.  I'm just asking if the

17   salary stayed the same?

18             MR. CYR:  I think the Judge

19             wants to rule.

20             MR. MEUNIER:  I want to make

21             sure he understands that I don't

22             want his dollar amount.

23             THE COURT:  I don't want you

24             to say how much.  The question is