Confidential - Subject to Further Confidentiality Review

```
 1         This is the beginning of Tape
 2         Number 4.  Going on the record at
 3         12:20.
 4   BY MR. MEUNIER:
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17             Exhibit D Part 5
18             Section 99:5-111:15
               FILED UNDER SEAL
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1
 2
 3
 4
 5
 6
 7
 8           Exhibit D Part 5
             Section 99:5-111:15
 9           FILED UNDER SEAL
10
11
12
13
14
15
16           THE COURT:  Any further
17   questions?
18           MR. MEUNIER:  I don't think
19   I do.  If I could just tender the
20   witness.
21           THE COURT:  Anybody else
22   from the --
23           MS. BASS:  I'm just going to
24   ask him to mark one document,
```

Confidential - Subject to Further Confidentiality Review

```
 1        please.

 2              - - -

 3            EXAMINATION

 4              - - -

 5  BY MS. BASS:

 6        Q.   Good afternoon.  My name is
 7  Hilarie Bass, and I just have one quick
 8  set of questions for you.

 9            MS. BASS:  I would like to
10        have marked as the next exhibit
11        for this deposition, which I
12        believe is 10, a document with
13        Bates Number TG 1704.

14              - - -

15            (Whereupon, Deposition
16        Exhibit Peng S-10, Contract, Bates
17        stamped TG 0001704 through TG
18        0001706, was marked for
19        identification.)

20              - - -

21  BY MS. BASS:

22        Q.   The Bates Number of this
23  document is TG 1704 through 1706.  Please
24  take a moment and review the document.
```

Confidential - Subject to Further Confidentiality Review

```
 1    My question is whether or not you can
 2    recall having seen that document before?
 3         A.    I haven't seen this
 4    document.  I don't understand English
 5    anyways.
 6         Q.    Could you look at the third
 7    page of the document, please, and
 8    identify for us who on behalf of Taian
 9    Taishan Plasterboard Company, Limited
10    signed this agreement?
11         A.    You mean the three
12    characters here?
13         Q.    Yes.
14         A.    Yang Jiapo.
15         Q.    And that individual was a
16    salesperson at TTP in June of 2006,
17    correct?
18         A.    He was a salesperson of TTP.
19         Q.    Were you aware of a
20    transaction in which TTP sold gypsum
21    board to Wood Nation, Inc. for delivery
22    in Tampa, Florida?
23         A.    I have only heard it from
24    Peng, Yang Jiapo, from TTP.  Can you
```

Confidential - Subject to Further Confidentiality Review

```
 1   repeat your question?
 2        Q.    Yes.
 3              Were you aware of an
 4   agreement by which TTP agreed to sell its
 5   gypsum board to a company entitled Wood
 6   Nation, Inc. based in Tampa, Florida?
 7        A.    I've only heard that some of
 8   our gypsum boards was sold in America.
 9   But I'm not sure whether there was such a
10   transaction.
11        Q.    Would your approval have
12   been sought for a transaction which
13   contemplated 20 to 30 containers of
14   gypsum to be sold each week between June
15   2006 through December 2006 for delivery
16   at the port of Tampa, Florida?
17        A.    My sales principle is the
18   balancing of production and sales, which
19   is you should sell whatever volume that
20   we produce.  As of in what period of time
21   and to where were they sold to, they did
22   not need to report to me.
23        Q.    My last question is, can you
24   identify for us the seal of TTP on this
```

Confidential - Subject to Further Confidentiality Review

```
 1    agreement?  It is spread over the three
 2    pages?
 3         A.    It says Taian City, Taishan
 4    plaster stone.  Correction, Plasterboard
 5    Company, Limited.
 6         Q.    Can you identify that as the
 7    seal of TTP?
 8         A.    The seal of TTP was the seal
 9    that I just read to you which says Taian
10    Taishan Plasterboard Company, Limited.
11         Q.    So, the answer to my
12    question is yes, this is the seal of TTP?
13              INTERPRETER:  Interpreter
14         clarification.  I think he meant
15         the one before.
16              MS. BASS:  That's why I'm
17         asking again.
18              THE WITNESS:  The seal is
19         different from the one before.  It
20         has English on it, but the other
21         seal does not have English on it.
22    BY MS. BASS:
23         Q.    Do you recognize having seen
24    this seal with both Chinese and English
```

Confidential - Subject to Further Confidentiality Review

```
 1    writing that states Taian Taishan
 2    Plasterboard Company?  It will be easier
 3    to read like this.
 4                (Handing over document.)
 5         A.     Yes, yes.  That's it.
 6                MS. BASS:  Thank you very
 7    much.
 8                THE COURT:  Anyone else?
 9                (No response.)
10                THE COURT:  Let's take a
11    break then at this time.  We'll
12    come back at 2:00, please.
13                MR. CYR:  If you want,
14    Judge, I can probably get through
15    it in 10, 15 minutes.
16                THE COURT:  Let's do that.
17    That's fine.
18                MR. CYR:  May I begin, Your
19    Honor?
20                THE COURT:  Yes, please.
21                       -  -  -
22                     EXAMINATION
23                       -  -  -
24    BY MR. CYR:
```

```
 1          Q.    Mr. Peng, during the time
 2   TTP was operating, did Peng Wenlong ever
 3   tell you that some of TTP's customers
 4   said they intended to ship the drywall to
 5   the U.S.?
 6          A.    Yes.
 7          Q.    Did you have any knowledge
 8   at that time where the drywall was
 9   actually shipped?
10          A.    I didn't know where exactly
11   where the drywall is to be shipped to,
12   but according to Mr. Peng Wenlong, who
13   said that some of the customers might
14   ship the gypsum boards to the United
15   States.
16          Q.    Did you have any knowledge
17   where the drywall was actually used?
18          A.    We don't know exactly where
19   were they used at.
20          Q.    When the other lawyer was
21   asking you questions about your meeting
22   with Mr. -- discussions with Mr. Jia
23   about preparing for the deposition, you
24   indicated that you talked with Mr. Jia
```

```
 1   about a few of the TTP documents.  Do you
 2   remember that testimony?
 3         A.    I remember that.
 4         Q.    In your discussions with Mr.
 5   Jia, did you discuss anything else
 6   besides that?
 7         A.    Nothing else.
 8         Q.    Have I ever asked you that
 9   question before?
10         A.    No.
11         Q.    How many employees did TTP
12   have?
13         A.    TTP, while it was in
14   production or in normal operation, it had
15   about 260 employees.
16         Q.    Did TTP ever share any of
17   its employees with TG?
18         A.    TTP's employees were its own
19   employees.  It did not share employees
20   with TG.
21         Q.    Did TTP have its own
22   production facility?
23         A.    TTP had its own facility,
24   its own office, and its own employees.
```

```
 1         Q.    Did TTP share its production
 2   facility with TG?
 3         A.    TTP had its own production
 4   facility.  It did not use the facility of
 5   production of TG's.
 6         Q.    Did TTP purchase its own
 7   supplies for the gypsum board?
 8         A.    TTP had its own production
 9   and purchased its own raw material that
10   was needed for the production.
11         Q.    Did TTP have its own bank
12   accounts?
13         A.    TTP had an independent
14   financial department.  Of course it had
15   its own bank account.
16         Q.    Did TTP pay its own
17   employees?
18         A.    TTP's employees worked at
19   TTP.  Of course TTP would be the company
20   that paid them.
21         Q.    Was TTP ever inspected by a
22   government agency with respect to whether
23   or not it operated independently?
24         A.    Yes.  We had to register,
```

```
 1    put in record and receive approval from
 2    relevant institutions of the government.
 3           Q.    What government agency
 4    inspected TTP with respect to whether it
 5    operated independently?
 6           A.    The department of business
 7    licensing, the department of taxation,
 8    and other inspection institutions.
 9           Q.    I would like to direct your
10    attention to Defendant's Exhibit 37.
11    Take a look at that and tell the Judge
12    and plaintiff's counsel what that
13    document is.
14                 MR. HARDT:   Can you give us
15         the Bates Number?
16                 MR. CYR:   Yes.   It's Bates
17         TG 20850, 20851.
18                 THE COURT:   What's the
19         question?
20                 MR. CYR:   Can we proceed?
21                 THE COURT:   Yes, please do.
22    BY MR. CYR:
23           Q.    Could you tell the Judge and
24    plaintiffs' counsel what that document
```

```
 1   is?
 2        A.   It is a capital verification
 3   description issued by a third-party
 4   accounting firm to Shandong Taihe Dongxin
 5   Plasterboard Company, Limited.
 6        Q.   Was it prepared at the
 7   request of TTP?
 8        A.   Yes.  It was requested by
 9   TTP because Shandong TG Company was going
10   to add registered capital, therefore,
11   capital verification was needed.
12        Q.   Please look at Defendant's
13   Exhibit 45, 46 and 47.  While Mr. Jia is
14   looking at those documents, I'll quickly
15   cite the TG numbers.
16             45 is TG 26004 through TG
17   26006.
18             Defendant's Exhibit 46 is TG
19   26007 through TG 26009.
20             And Defendant's 47 is TG
21       26010 through TG 26012.
22             MS. BASS:  Are they being
23        separately marked in this?
24             MR. CYR:  They have already
```

Case 2:09-md-02047-EEF-MBN   Document 13154-23   Filed 03/21/12   Page 13 of 13
Confidential - Subject to Further Confidentiality Review

```
 1      been marked as Defendant's 45, 46
 2      and 47.
 3            MS. BASS:  So they are not
 4      being separately marked in this
 5      deposition?
 6            MR. CYR:  I believe that Ms.
 7      Bass correctly points out that
 8      although they were premarked, it
 9      hasn't been reflected in the
10      transcript of this deposition.
11      Thank you.
12                   - - -
13            (Whereupon, Deposition
14      Exhibit Jia Defendant's-45,
15      Document in Chinese, Bates stamped
16      TG 0026004 through TG 0026006;
17      Deposition Exhibit Jia
18      Defendant's-45A, 2006 Financial
19      Statement of Taian Taishan
20      Plasterboard Co., Ltd., Bates
21      stamped TG 0026004 through TG
22      0026006.
23                   - - -
24            (Whereupon, Deposition
```