Confidential - Subject to Further Confidentiality Review

```
 1              Exhibit Jia Defendant's-46,
 2         Document in Chinese, Bates stamped
 3         TG 0026007 through TG 0026009;
 4         Deposition Exhibit Jia
 5         Defendant's-46A, Balance Sheet,
 6         Bates stamped TG 0026007 through
 7         TG 0026009.
 8                    - - -
 9              (Whereupon, Deposition
10         Exhibit Jia Defendant's-47,
11         Document in Chinese, Bates stamped
12         TG 0026010 through TG 0026012, and
13         Deposition Exhibit Jia
14         Defendant's-47A, 2008 Financial
15         Statement of Taian Taishan
16         Plasterboard Co., Ltd. Balance
17         Sheet, Bates stamped TG 0026010
18         through TG 0026012, were marked
19         for identification.)
20                    - - -
21    BY MR. CYR:
22         Q.   Mr. Peng, could you tell The
23    Court and plaintiffs' counsel what these
24    documents are?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    These are the accounting
 2   report provided by a third-party
 3   accounting firm regarding TTP's
 4   accounting report in the years of 2006,
 5   2007 and 2008.
 6        Q.    Did TTP provide information
 7   to the independent accounting firm for
 8   the purposes of their preparation of
 9   those three reports?
10        A.    All the information provided
11   was through the independent financial
12   department of TTP.
13             MR. CYR:  Thank you, Your
14        Honor.  I have no further
15        questions.
16             THE COURT:  Any redirect?
17             MR. MEUNIER:  Briefly, Your
18        Honor.
19                   - - -
20              EXAMINATION
21                   - - -
22   BY MR. MEUNIER:
23        Q.    Mr. Peng, in response to
24   your attorney's questions, you say that
```

```
 1    Peng Wenlong did tell you that some TTP
 2    drywall was being sold and shipped to
 3    different locations in the USA; is that
 4    true?
 5              MR. CYR:  Objection.
 6         Misstates the record.
 7              THE COURT:  Sustain the
 8         objection.  Restate it.
 9    BY MR. MEUNIER:
10         Q.    Is it true that you knew
11    from Peng Wenlong that TTP drywall was
12    being shipped to the US?
13         A.    I've only heard it from Mr.
14    Peng Wenlong.  He said that some of the
15    trading customers might have shipped some
16    of the gypsum boards to the United
17    States.
18         Q.    Were the sales employees of
19    TTP allowed to enter into sales
20    agreements for TTP drywall which they
21    knew was being shipped to the United
22    States?
23         A.    They may sign such
24    agreements, but as far as I know, all
```

```
 1   these products that was mentioned in the
 2   agreements were transactioned through the
 3   trading companies in China.
 4        Q.   Did it matter to you where
 5   TTP board was being shipped to and used
 6   in the United States as long as TTP made
 7   a profit on those sales?
 8             MR. CYR:  Objection, vague.
 9             THE COURT:  I don't see that
10        being vague.  I overrule the
11        objection.
12             MR. CYR:  Answer the
13        question, Mr. Peng.
14             THE WITNESS:  Can you repeat
15        the question?
16   BY MR. MEUNIER:
17        Q.   Did it matter to you where
18   the TTP board was being shipped to and
19   used in the United States as long as TTP
20   made a profit on those sales?
21        A.   We're not sure exactly where
22   would be our gypsum board be shipped to.
23        Q.   It was okay if it was
24   shipped to the US and used in the U.S. as
```

```
 1   long as you made a profit; is that true?
 2        A.   After entering into
 3   agreements with our customers, I'm sure
 4   our customers had their own benefits in
 5   mind.  We would not take into
 6   consideration where they would use the
 7   product at.
 8        Q.   So, it was okay if you made
 9   sales agreements for the sale of drywall
10   that was shipped and used in the U.S.,
11   right?
12        A.   Our trading customers may
13   ship our gypsum board to the United
14   States, but as of where did they use the
15   gypsum board in, we don't have the right
16   to ask.
17             MR. MEUNIER:  I have no
18        further questions.
19             THE COURT:  We'll come back
20        at 2:30.
21             THE VIDEOTAPE TECHNICIAN:
22        That concludes today's deposition.
23        Going off the record at 1:24.
24                    - - -
```

Confidential - Subject to Further Confidentiality Review

```
 1                    (Whereupon, the deposition
 2            concluded at 1:24 p.m.)
 3                       -  -  -
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                C E R T I F I C A T E
 2
 3
                  I, LINDA L. GOLKOW, a
 4   Registered Diplomate Reporter, Certified
     Court Reporter and Notary Public, do
 5   hereby certify that, pursuant to notice,
     the deposition of SHILIANG PENG was duly
 6   taken on January 11, 2012 at 8:30 a.m.
     before me.
 7
 8                The said SHILIANG PENG was
     duly sworn by The Court according to law
 9   to tell the truth, the whole truth and
     nothing but the truth and thereupon did
10   testify as set forth in the above
     transcript of testimony.  The testimony
11   was taken down stenographically by me.
12
                  I do further certify that
13   the above deposition is full, complete
     and a true record of all the testimony
14   given by the said witness.
15
16
            Linda L. Golkow
17          Registered Diplomate Reporter
            Certified Realtime Reporter
18
19
20                (The foregoing certification
     of this transcript does not apply to any
21   reproduction of the same by any means,
     unless under the direct control and/or
22   supervision of the certifying reporter.)
23
24
```

```
 1                INSTRUCTIONS TO WITNESS
 2
 3
 4             Please read your deposition
 5   over carefully and make any necessary
 6   corrections.  You should state the reason
 7   in the appropriate space on the errata
 8   sheet for any corrections that are made.
 9
10             After doing so, please sign
11   the errata sheet and date it.  It will be
12   attached to your deposition.
13
14             It is imperative that you
15   return the original errata sheet to the
16   deposing attorney within thirty (30) days
17   of receipt of the deposition transcript
18   by you.  If you fail to do so, the
19   deposition transcript may be deemed to be
20   accurate and may be used in court.
21
22
23
24
```

Case 2:09-md-02047-EEF-MBN   Document 13154-24   Filed 03/21/12   Page 9 of 11
Confidential - Subject to Further Confidentiality Review

```
 1                      - - - - -
                        E R R A T A
 2                      - - - - -

 3      PAGE   LINE   CHANGE

 4      ____   ____   _____

 5        REASON:   ___ _____

 6      ____   ____   _____

 7        REASON:   ____ _____

 8      ____   ____   _____

 9        REASON:   ____ _____

10      ____   ____   _____

11        REASON:   _____ _____

12      ____   ____   _____

13        REASON:   _____ _____

14      ____   ____   _____

15        REASON:   _____ _____

16      ____   ____   _____

17        REASON:   _____ _____

18      ____   ____   _____

19        REASON:   _____ _____

20      ____   ____   _____

21        REASON:   _____ _____

22      ____   ____   _____

23        REASON:   _____ _____

24
```

```
 1
 2            ACKNOWLEDGMENT OF DEPONENT
 3
              I,_____, do
 4    hereby certify that I have read the
      foregoing pages, 1-132, and that the same
 5    is a correct transcription of the answers
      given by me to the questions therein
 6    propounded, except for the corrections or
      changes in form or substance, if any,
 7    noted in the attached Errata Sheet.
 8
      _____
 9    SHILIANG PENG                         DATE
10
11
12
13
14
15
      Subscribed and sworn
16    to before me this
      _____ day of _____, 20____.
17
      My commission expires:_____
18
19    _____
      Notary Public
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    LAWYER'S NOTES

 2      PAGE   LINE

 3      ____   ____   _____

 4      ____   ____   _____

 5      ____   ____   _____

 6      ____   ____   _____

 7      ____   ____   _____

 8      ____   ____   _____

 9      ____   ____   _____

10      ____   ____   _____

11      ____   ____   _____

12      ____   ____   _____

13      ____   ____   _____

14      ____   ____   _____

15      ____   ____   _____

16      ____   ____   _____

17      ____   ____   _____

18      ____   ____   _____

19      ____   ____   _____

20      ____   ____   _____

21      ____   ____   _____

22      ____   ____   _____

23      ____   ____   _____

24      ____   ____   _____
```