# EXHIBIT E



Transcript of the Testimony of:  **Gang Che**

01/11/2012

Chinese Drywall

1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
2

3    _____      § MDL NO. 2047
     IN RE:                      §
4    CHINESE-                    § SECTION: L
     MANUFACTURED                §
5    DRYWALL PRODUCTS            § JUDGE FALLON
     LIABILITY                   §
6    LITIGATION                  § MAGISTRATE
     _____      § JUDGE WILKINSON
7                          -   -   -

8       CROSS NOTICED IN VARIOUS OTHER ACTIONS

9                        -   -   -

10                  January 11, 2012

11                        -   -   -

12
        CONFIDENTIAL - SUBJECT TO FURTHER
13           CONFIDENTIALITY REVIEW
14                       -   -   -
15         Videotaped deposition of  GANG
     CHE, held at the Executive Centre, Level
16   3, Three Pacific Place, One Queen's Road
     East, Hong Kong, China, commencing at
17   2:29 p.m., on the above date, before Ann
     Marie Mitchell, Certified Court Reporter,
18   Registered Diplomate Reporter, Certified
     Realtime Reporter and Notary Public.
19                       -   -   -
20
21
          GOLKOW TECHNOLOGIES, INC.
22   877.370.3377 ph | 917.591.5672 fax
             deps@golkow.com
23
24

Confidential - Subject to Further Confidentiality Review

```
 1   BEFORE:
             HONORABLE ELDON E. FALLON
 2           UNITED STATES FEDERAL COURT -
             EASTERN DISTRICT OF LOUISIANA
 3
 4
     APPEARANCES:
 5
 6       GAINSBURGH, BENJAMIN, DAVID, MEUNIER
         & WARSHAUER, L.L.C.
 7       BY:  GERALD E. MEUNIER, ESQUIRE
         2800 Energy Centre
 8       1100 Poydras Street
         New Orleans, Louisiana 70163
 9       (504) 522-2304
         gmeunier@gainsben.com
10       Representing the Plaintiffs'
         Steering Committee
11
12       HERMAN HERMAN KATZ & COTLAR, LLP
         BY:  LEONARD A. DAVIS, ESQUIRE
13       820 O'Keefe Avenue
         New Orleans, Louisiana 70113
14       (504) 581-4892
         Ldavis@hhkc.com
15       Representing the Plaintiffs'
         Steering Committee
16
17       COLSON HICKS EIDSON
         BY:  ERVIN GONZALEZ, ESQUIRE
18       BY:  PATRICK S. MONTOYA, ESQUIRE
         255 Alhambra Circle
19       Penthouse
         Coral Gables, Florida 33134
20       (305) 476-7400
         Ervin@colson.com
21       Patrick@colson.com
         Representing Plaintiffs' Steering
22       Committee in the Federal and State
         Coordinated Actions
23
24
```

```
 1    APPEARANCES (CONTINUED):
 2

       LEVIN, FISHBEIN, SEDRAN & BERMAN
 3     BY:  ARNOLD LEVIN, ESQUIRE
       510 Walnut Street - Suite 500
 4     Philadelphia, Pennsylvania 19106
       (215) 592-1500
 5     Alevin@lfsblaw.com
       Representing the Plaintiffs'
 6     Steering Committee
 7

       SEEGER WEISS LLP
 8     BY:  SCOTT A. GEORGE, ESQUIRE
       One William Street
 9     New York, New York 10004
       (212) 584-0700
10     Sgeorge@seegerweiss.com
       Representing the Plaintiffs'
11     Steering Committee
12

       HOGAN LOVELLS US LLP
13     BY:  FRANK T. SPANO, ESQUIRE
       875 Third Avenue
14     New York, New York 10022
       (212) 918-3000
15     frank.spano@hoganlovells.com
       Representing Taishan Gypsum Co.
16     Ltd. and Taian Taishan
       Plasterboard Company Ltd. and the
17     Witness, Gang Che
18

       HOGAN LOVELLS INTERNATIONAL LLP
19     BY:  EUGENE CHEN, ESQUIRE
       BY:  JIENI JI, ESQUIRE
20     18th Floor, Park Place
       1601 Nanjing Road West
21     Shanghai, China 200040
       (86 21) 6122 3800
22     eugene.chen@hoganlovells.com
       Representing Taishan Gypsum Co.
23     Ltd. and Taian Taishan Plasterboard
       Company Ltd. and the Witness,
24     Gang Che
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2
         GREENBERG TRAURIG, LLP
 3       BY:  HILARIE BASS, ESQUIRE
         1221 Brickell Avenue
 4       Miami, Florida 33131
         (305) 579-0745
 5       bassh@gtlaw.com
         Representing the Home Builders
 6       Steering Committee
 7
         PERKINS COIE LLP
 8       BY:  DAVID L. BLACK, ESQUIRE
         1899 Wynkoop Street
 9       Suite 700
         Denver, Colorado 80202
10       (303) 291-2300
         DBlack@perkinscoie.com
11       Representing the State of Louisiana
12
         THOMPSON COE COUSINS & IRONS, L.L.P.
13       BY:  KEVIN F. RISLEY, ESQUIRE
         One Riverway
14       Suite 1600
         Houston, Texas 77056
15       (713) 403-8210
         krisley@thompsoncoe.com
16       Representing The North River
         Insurance Company
17
18       BRENNER, EVANS & MILLMAN, P.C.
         BY:   THEODORE I. BRENNER, ESQUIRE
19       411 East Franklin Street
         Suite 200
20       Richmond, Virginia 23218
         Tbrenner@beylaw.com
21       (804) 644-1300
         Representing Tobin Trading Company
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2
 3        McKENRY, DANCIGERS, DAWSON & LAKE, P.C.
          BY:  J. BRIAN SLAUGHTER, ESQUIRE
 4        192 Ballard Court
          Suite 400
 5        Virginia Beach, Virginia 23462
          (757) 461-2500
 6        Jbslaughter@va-law.org
          Representing Atlantic Homes LLC and
 7        Multiple Other Virginia-Based
          Defendants
 8
 9        QUINN EMANUEL URQUHART & SULLIVAN,LLP
          BY:  JULIA BESKIN, ESQUIRE
10        51 Madison Avenue
          22nd Floor
11        New York, New York 10010
          (212) 849-7000
12        Juliabeskin@Quinnemanuel.Com
          Representing Chartis Select Insurance
13        Company and Related Chartis Insurers
14
15        WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
          BY:  MICHAEL SEXTON, ESQUIRE
16        3344 Peachtree Road, NE
          Suite 2400
17        Atlanta, Georgia 30326
          (404) 876-2700
18        msexton@wwhgd.com
          Representing Various Banner
19        Defendants
20
          SINNOTT, NUCKOLS & LOGAN, PC
21        BY:  KENNETH F. HARDT, ESQUIRE
          13811 Village Mill Drive
22        Midlothian, Virginia 23114
          (804) 378-7600
23        khardt@snllaw.com
          Representing Venture Supply, Inc. and
24        Porter-Blaine Corp.
```

Confidential - Subject to Further Confidentiality Review

```
 1   ALSO PRESENT:

 2       SUNNY WANG, INTERPRETER

 3

 4


                       -   -   -

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1    APPEARANCES VIA TELEPHONE:
 2
 3         GALLOWAY JOHNSON TOMPKINS BURR and SMITH
           BY:   CARLINA C. EISELEN, ESQUIRE
 4         One Shell Square
           701 Poydras Street, 40th Floor
 5         New Orleans, Louisiana 70139
           (504) 525-6802
 6         ceiselen@gjtbs.com
           Representing Interior/Exterior
 7         Building Supply
 8
           HUNTON & WILLIAMS LLP
 9         BY:   A. TODD BROWN, ESQUIRE
           Bank of America Plaza
10         101 South Tryon Street
           Suite 3500
11         Charlotte, North Carolina  28280
           (704) 378-4700
12         Representing Stock Building Supply, LLC
13
14         JONES, WALKER, WAECHTER, POITEVENT,
           CARRERE & DENEGRE LLP
15         BY:   MEGAN E. DONOHUE, ESQUIRE
           600 Jefferson Street, Suite 1600
16         Lafayette, Louisiana 70501
           (337) 262-9062
17         mdonohue@joneswalker.com
           Representing Fireman's Fund Insurance
18         Company
19
           FULMER LEROY ALBEE BAUMANN
20         BY:   MICHAEL P. McCAHILL, ESQUIRE
           2866 East Oakland Park Boulevard
21         Ft. Lauderdale, Florida 33306
           (954) 707-4430
22         mosscandace@fulmerleroy.com
           mmccahill@fulmerleroy.com
23         Representing Independent Builders
           Supply Association (IBSA)
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):
 2
 3         WRIGHT, FULFORD, MOORHEAD & BROWN, P.A.
           BY:  DORYK B. GRAF, JR., ESQUIRE
 4         145 N. Magnolia Ave.
           Orlando, Florida 32801
 5         (407) 425-0234
           dgraf@wfmblaw.com
 6         Representing West Construction, Inc.
 7
 8         QUINN EMANUEL URQUHART & SULLIVAN, LLP
           BY: CLINTON DOCKERY, ESQUIRE
 9         51 Madison Avenue, 22nd Floor
           New York, New York 10010
10         (212) 849-7000
           clintondockery@quinnemanuel.com
11         Representing Chartis Select Insurance
           Company and Related Chartis Insurers
12
13         RUMBERGER, KIRK & CALDWELL, P.A.
           BY:  MONICA C. SEGURA, ESQUIRE
14         Brickell Bayview Centre, Suite 3000
           80 Southwest 8th Street
15         Miami, Florida 33130
           (305) 358-5577
16         Representing several defendants and
           Defendants' Liaison Counsel for
17         Installers
18
           BUCHANAN INGERSOLL & ROONEY
19         BY:  C. ROBERT ZAPPALA, ESQUIRE
           One Oxford Centre
20         301 Grant Street, 20th Floor
           Pittsburgh, Pennsylvania 15219
21         (412) 392-2135
           bobby.zappala@bipc.com
22         Representing 84 Lumber
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM:
 2

      BECNEL LAW FIRM, L.L.C.
 3    BY:  ROBERT BECNEL, ESQUIRE
      106 W. 7th Street
 4    Reserve, Louisiana 70084
      (985) 536-1186
 5    robbecnel@aol.com
      Representing the Plaintiffs'
 6    Steering Committee
 7

      PARKER WAICHMAN ALONSO LLP
 8    BY:  JORDAN L. CHAIKIN, ESQUIRE
      3301 Bonita Beach Road
 9    Bonita Springs, Florida 34134
      (239) 390-1000
10    Jchaikin@yourlaywer.com
      Representing Plaintiffs' Steering
11    Committee
12

      MORGAN & MORGAN
13    BY:  PETE V. ALBANIS, ESQUIRE
      12800 University Drive
14    Suite 600
      Fort Myers, Florida 33907
15    (877) 667-4265
      Representing the Plaintiffs
16

17    IRPINO LAW FIRM
      BY:  ANTHONY IRPINO, ESQUIRE
18    2216 Magazine Street
      New Orleans, Louisiana 70130
19    Airpino@irpinolaw.com
      (504) 525-1500
20    Representing the Plaintiffs
21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3        GALLOWAY JOHNSON TOMPKINS BURR and SMITH
          BY:  CARLINA C. EISELEN, ESQUIRE
 4        One Shell Square
          701 Poydras Street, 40th Floor
 5        New Orleans, Louisiana 70139
          (504) 525-6802
 6        ceiselen@gjtbs.com
          Representing Interior/Exterior
 7        Building Supply
 8
          HEARD & MEDACK, P.C.
 9        BY:  JAMES DAVIS, ESQUIRE
          9494 Southwest Freeway, Suite 700
10        Houston, Texas 77074
          (713) 772-6400
11        jdavis@heardmedackpc.com
          Representing CastleRock Communities, L.P.
12
13
          HUNTON & WILLIAMS LLP
14        BY:  A. TODD BROWN, ESQUIRE
          Bank of America Plaza
15        101 South Tryon Street
          Suite 3500
16        Charlotte, North Carolina  28280
          (704) 378-4700
17        tbrown@hunton.com
          Representing Stock Building Supply, LLC
18
19
          SHER GARNER CAHILL RICHTER KLEIN &
20        HILBERT, L.L.C.
          BY:  MATTHEW C. CLARK, ESQUIRE
21        909 Poydras Street
          Suite 2800
22        New Orleans, Louisiana 70112
          (504) 299-2100
23        mclark@shergarner.com
          Representing the Southern Home
24        Defendants
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3         QUINN EMANUEL URQUHART & SULLIVAN, LLP
           BY: CLINTON DOCKERY, ESQUIRE
 4         51 Madison Avenue, 22nd Floor
           New York, New York 10010
 5         (212) 849-7000
           clintondockery@quinnemanuel.com
 6         Representing Chartis Select Insurance
           Company and Related Chartis Insurers
 7
 8         JONES, WALKER, WAECHTER, POITEVENT,
           CARRERE & DENEGRE LLP
 9         BY:  MEGAN E. DONOHUE, ESQUIRE
           600 Jefferson Street, Suite 1600
10         Lafayette, Louisiana 70501
           (337) 262-9062
11         mdonohue@joneswalker.com
           Representing Fireman's Fund Insurance
12         Company
13
           DEUTSCH, KERRIGAN & STILES
14         BY:  MELISSA M. SWABACKER, ESQUIRE
           755 Magazine St.
15         New Orleans, Louisiana  70130
           (504) 581-5141
16         mswabacker@dkslaw.com
           Representing Landmark American
17         Insurance Company
18         PUGH, ACCARDO, HAAS, RADECKER, CAREY
           & HYMEL, LLC
19         BY:  DONNA M. YOUNG, ESQUIRE
           1100 Poydras Street
20         Suite 3200
           New Orleans, Louisiana 70163
21         Dyoung@pugh-law.com
           (504) 799-4500
22         Representing Stock Building Supply
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):

 2

      WEINBERG, WHEELER, HUDGINS, GUNN &

 3    DIAL, LLC

      BY:  SHUBHRA MASHELKAR, ESQUIRE

 4    3344 Peachtree Road, NE

      Suite 2400

 5    Atlanta, Georgia 30326

      (404) 876-2700

 6    Smashelkar@wwhgd.com

      Representing Various Banner

 7    Defendants

 8
                          -   -   -
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    -  -  -
                   I N D E X
 2                    -  -  -
 3    Testimony of:  GANG CHE
 4      By Mr. Gonzalez              18
 5

 6                    -  -  -

                   E X H I B I T S
 7

                      -  -  -
 8
 9      NO.              DESCRIPTION        PAGE
10      Che-1    Sole Agency Agreement,    37
                 4 pages
11
        Che-2    E-mail chain, top one     59
12               dated 4/17/2007, Bates
                 stamped TG 0000915
13               through TG 0000920
14      Che-3    Packet of Invoices,       67
                 Bates stamped TG
15               0019968 through TG
                 0019975
16
        Che-4    E-mail in Chinese         76
17               dated May 27, 2010
                 with attachment, 2
18               pages
19      Che-5    Printout of Instant       87
                 Messages, 41 pages
20
        Che-6    Letter dated November     108
21               26, 2008, Bates
                 stamped TG 0021501
22               through TG 0021505
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    -   -   -

 2           DEPOSITION SUPPORT INDEX

 3                    -   -   -

 4

        Direction to Witness Not to Answer

 5

                    Page Line

 6

 7

 8

 9

        Request for Production of Documents

10

                    Page Line

11

12

13

14

                  Stipulations

15

                    Page Line

16

17

18

19

20            Question Marked

21                  Page Line

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1              VIDEOTAPE TECHNICIAN:  We

 2         are now on the record.  My name is

 3         Dan Lawlor.  I'm the videographer

 4         for Golkow Technologies.  Today's

 5         date is January 11, 2012, and the

 6         time is 2:29 p.m.  This video

 7         deposition is being held in Hong

 8         Kong, China, in the matter of

 9         Chinese Drywall Litigation for the

10         United States District Court,

11         Eastern District of Louisiana, MDL

12         Number 2047, and cross-noticed in

13         various other actions.  The

14         deponent today is Che Gang.

15              Will Your Honor and all

16         present state appearances for the

17         record, please.

18              THE COURT:  Judge Eldon

19         Fallon, United States District

20         Court, Eastern District of

21         Louisiana.

22              MR. GONZALEZ:  Good

23         afternoon.  Ervin Gonzalez.  I'm

24         joined by Patrick Montoya on
```

Confidential - Subject to Further Confidentiality Review

```
 1          behalf of the PSC and the MDL

 2          liaison states.

 3               MS. BASS:  Hilarie Bass on

 4          behalf of the Home Builders

 5          Steering Committee.

 6               MR. GEORGE:  Scott Alan

 7          George, Seeger Weiss, for PSC.

 8               MR. HARDT:  Ken Hardt on

 9          behalf of Venture Supply in the

10          Germano action and the Alexander

11          state court action.

12               MS. BESKIN:  Julia Beskin

13          from Quinn Emanuel on behalf of

14          the Chartis Insurance Group.

15               MR. RISLEY:  Kevin Risley

16          for the North River Insurance

17          Company.

18               MR. SLAUGHTER:  Brian

19          Slaughter here on behalf of

20          Atlantic Homes, LLC and the

21          Commonwealth of Virginia matters

22          and the MDL.

23               MR. BRENNER:  I'm Ted

24          Brenner, and I'm here for Tobin
```

Confidential - Subject to Further Confidentiality Review

```
 1          Trading in the Germano case.
 2               MR. SEXTON:  Mike Sexton on
 3          behalf of certain Banner Supply
 4          entities.
 5               MR. MEUNIER:  Gerry Meunier
 6          appearing for the Plaintiffs
 7          Steering Committee in the MDL.
 8               MR. BLACK:  David Black
 9          appearing for the State of
10          Louisiana.
11               MR. LEVIN:  Arnold Levin,
12          lead counsel, PSC.
13               MR. DAVIS:  Leonard Davis on
14          behalf of the Plaintiffs Steering
15          Committee and Plaintiffs Liaison
16          Counsel.
17               MR. SPANO:  Frank Spano,
18          Eugene Chen and Jieni Ji for the
19          defendants TG and TTP.
20               VIDEOTAPE TECHNICIAN:  Our
21          court reporter today is Ann Marie
22          Mitchell.  And Your Honor, will
23          you proceed.
24                    -   -   -
```

Confidential - Subject to Further Confidentiality Review

```
 1              GANG CHE, after having been
 2          duly sworn, was examined and
 3          testified as follows:
 4                     -  -  -
 5              THE WITNESS:  What should I
 6          say?  Should I repeat what you
 7          said?
 8              THE COURT:  No.  Say yes.
 9              THE WITNESS:  Yes, I do.
10              THE COURT:  Be seated,
11          please.
12              You may proceed, Counsel.
13                     -  -  -
14              EXAMINATION
15                     -  -  -
16   BY MR. GONZALEZ:
17          Q.    Good afternoon, sir.
18          A.    Good afternoon.
19          Q.    Tell us your name, please.
20          A.    Che Gang, last name C-H-E,
21   first name G-A-N-G.
22          Q.    Do you go by any other
23   names?
24          A.    What are the names you're
```

Confidential - Subject to Further Confidentiality Review

```
 1    referring to?

 2            Q.      Your Western names.

 3            A.      Bill.

 4            Q.      Bill Cher or Bill Che?

 5            A.      It should be pronounced Bill

 6    Cher.

 7            Q.      How is it spelled?

 8            A.      B-I-L-L.

 9            Q.      And the last name?

10            A.      C-H-E.

11            Q.      By whom are you employed?

12            A.      What time period?

13            Q.      Currently.

14                    THE COURT:  Would you hold

15            it a minute.

16                    MR. GONZALEZ: Yes, Your

17            Honor.

18                    THE WITNESS:  Taishan

19            Gypsum.

20    BY MR. GONZALEZ:

21            Q.      How long have you worked for

22    Taishan Gypsum, in any of its corporate

23    names?

24            A.      Do you mean that you want me
```

Confidential - Subject to Further Confidentiality Review

1    to let you know my resume?

2            Q.    I will ask you that, but

3    right now I'm asking you how long have

4    you been employed with a company now

5    known as TG?

6            A.    I joined TG in around 2001,

7    and then I was hired to join TTP in

8    around 2006.  In the year 2008, we went

9    back to TG until today.

10           Q.    What position did you start

11   with at TG in 2001?

12           A.    Salesperson.

13           Q.    What position were you hired

14   to do for TTP in 2006?

15           A.    Salesperson.

16           Q.    And when you returned to TG,

17   what position did you return to?

18           A.    I was still a salesperson.

19           Q.    Who did you apply with or

20   how did you get the position at TTP?

21           A.    After the establishment of

22   TTP, the office of TTP put up a notice,

23   like hiring notice.  And then we

24   registered and went to TTP.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.     Who asked you to begin

 2    working at TTP as opposed to TG?

 3                 MR. SPANO:   Objection, lack

 4          of foundation.

 5                 THE COURT:   Ervin, could you

 6          wait a minute.

 7                 Could you get me started?

 8                 VIDEOTAPE TECHNICIAN:   Going

 9          off the record.   The time is 2:36.

10                      -   -   -

11                 (A discussion off the record

12          occurred.)

13                      -   -   -

14                 VIDEOTAPE TECHNICIAN:   Back

15          on the video record.   The time is

16          2:39.

17    BY MR. GONZALEZ:

18          Q.     Who, if anyone, asked you to

19    apply at TTP when it started?

20          A.     I volunteered.

21          Q.     Who asked for volunteers?

22          A.     I don't understand your

23    question.

24          Q.     Yes.   Someone's asking for
```

Confidential - Subject to Further Confidentiality Review

1    volunteers to leave TG to start TTP.  Who

2    is it that issued that request?

3              A.    I volunteered, which

4    means -- which meant that I wanted to do

5    it myself.

6              Q.    To whom did you volunteer?

7              A.    To TTP.

8              Q.    TTP was made up initially of

9    employees that previously worked at TG.

10   Correct?

11             A.    I'm not sure of that.

12             Q.    You used to work for TG,

13   we've already established that, when you

14   started working at TTP.  Correct?

15             A.    Correct.

16             Q.    Your colleague Peng Wenlong

17   also worked at TG before he began working

18   at TTP.  Correct?

19             A.    Correct.

20             Q.    Peng Shiliang also worked at

21   TG before he worked at TTP.  Correct?

22             A.    I have never heard of this

23   name.

24                   Can you give me the

Confidential - Subject to Further Confidentiality Review

1    spelling, please?

2              MR. CHEN:  If you write down

3         the name.  It's being translated

4         by the way you're pronouncing it

5         in English, so if you write down

6         the name --

7    BY MR. GONZALEZ:

8         Q.    The individual who testified

9    prior to him.

10        A.    Peng Shiliang is his name.

11        Q.    He worked at TG before he

12   worked at TTP.  Correct?

13        A.    I'm not sure.

14        Q.    Do you know Yang Jiapo?

15        A.    Yes.

16        Q.    He worked at TG before he

17   started working at TTP.  Correct?

18        A.    Yes.

19        Q.    And you know many other

20   colleagues that previously worked at TG

21   before working at TTP.  Correct?

22              MR. SPANO:  Objection to

23        form.

24              THE COURT:  He said he