Confidential - Subject to Further Confidentiality Review

```
1              wasn't sure, I thought.

2                      Is that what he said?

3                      MR. GONZALEZ:  I don't think

4          he answered.

5                      THE COURT:  Oh, okay.  He

6          didn't answer.  Okay.  Objection

7          as to form.

8                      What's the form, Frank?

9                      MR. SPANO:  Vagueness,

10         particularly in the way many

11         colleagues would be interpreted,

12         concerned.

13                     THE COURT:  Say other

14         colleagues.

15   BY MR. GONZALEZ:

16         Q.    And you know of many other

17   colleagues that previously worked at TG

18   before working at TTP.  Correct?

19         A.    I don't know your definition

20   of many.  Is it two or three?

21         Q.    What's your definition of

22   many, sir?

23         A.    It is a vague concept.

24                     THE COURT:  Ask him all of
```

Confidential - Subject to Further Confidentiality Review

1        the people that -- name all of

2        them.

3   BY MR. GONZALEZ:

4        Q.    Can you name all of the

5   individuals that you know who worked at

6   TG before they joined TTP?

7        A.    I'm sorry, my memory is not

8   that good.

9        Q.    You don't remember any other

10  name?

11       A.    You can say a name, then I

12  will try to refresh my memory.  But if

13  you want me to try to recollect my

14  memory, it's too general of a question.

15       Q.    What's your educational

16  background, sir?

17       A.    AA degree.  AA degree.

18       Q.    Associate in arts from a

19  college?

20       A.    In China we just call it AA

21  college graduate.

22       Q.    So you are a college

23  graduate?

24       A.    I'm not sure what's your

Confidential - Subject to Further Confidentiality Review

 1   definition of college.  We just call it

 2   AA degree college.

 3        Q.    Sir, you are an individual

 4   with an AA degree college.  Yes?

 5        A.    Correct.

 6        Q.    What is your degree in?

 7        A.    Accounting.

 8        Q.    When did you graduate with

 9   an accounting degree?

10             THE INTERPRETER:

11        Interpreter needs clarification.

12        There is a difference in

13        translation.

14             In America you say a degree,

15        you have a degree, but he said he

16        doesn't have a degree.  I don't

17        know how should I translate it.

18   BY MR. GONZALEZ:

19        Q.    When did you receive the AA

20   college?  What is the date?

21             THE INTERPRETER:

22        Interpreter clarification.

23             When you mean, when did he

24        receive the college, what do you

Confidential - Subject to Further Confidentiality Review

```
 1        mean?

 2                 MR. GONZALEZ:  The college

 3        AA.

 4                 THE INTERPRETER:  The degree

 5        or the college?

 6                 MR. GONZALEZ:  That's what

 7        he said.  He said he has an AA

 8        college degree.

 9                 THE INTERPRETER:  Sorry,

10        interpreter doesn't understand

11        your question.

12   BY MR. GONZALEZ:

13        Q.    When did you receive your AA

14   college degree?  What is the date?

15        A.    I graduated in 1997.

16        Q.    In those five years before

17   you started working at TG after

18   graduation, where did you work?

19        A.    In a garment factory.

20        Q.    As an accountant?

21        A.    No.

22        Q.    Did you ever work as an

23   accountant?

24        A.    No.
```

Confidential - Subject to Further Confidentiality Review

1          Q.     What did you do in the

2     garment factory?  Sales?

3          A.     Everything.

4          Q.     What do you mean by

5     everything?

6          A.     Whenever I was needed to

7     carry stuff or I was needed to deliver

8     stuff, I did those kind of odd jobs.

9          Q.     And how did you get your job

10    at TG?

11         A.     TG was hiring.  I also

12    volunteered.

13         Q.     You volunteered to work at

14    TG?

15              THE INTERPRETER:  Sorry,

16         interpreter clarification.

17              THE WITNESS:  I volunteered.

18    BY MR. GONZALEZ:

19         Q.     And they accepted your

20    willingness to work at TG?

21         A.     Correct.

22         Q.     And similarly, you

23    volunteered to work as a salesperson at

24    TTP once TG formed TTP for purposes of

Confidential - Subject to Further Confidentiality Review

```
 1   benefiting for VAT matters.  Correct?
 2                 MR. SPANO:  Objection,
 3         compound.
 4                 THE COURT:  It's going to
 5         take us a while to get through
 6         this.  I have to leave Saturday.
 7         So we'll see what we can do with
 8         it.  Let's ask him another
 9         question.
10   BY MR. GONZALEZ:
11         Q.    I want to direct your
12   attention to the day the decision was
13   made to stop the existence of TTP.
14                 How did that come about?
15         A.    I don't understand your
16   question about the day to stop the
17   existence of TTP.
18         Q.    TTP stopped being in
19   existence in 2007.  Right?
20         A.    Till the end of 2007.
21         Q.    Why did it end?
22         A.    I was only a salesperson.  I
23   don't understand.
24         Q.    How did you find out you
```

Confidential - Subject to Further Confidentiality Review

1   were going to get to go back to work at

2   TG?

3           A.     I had to eat.  I had to look

4   for a job.

5           Q.     But you understand that TG

6   owned TTP.   Correct?

7           A.     I'm sorry, I'm only a

8   salesperson.  I don't know anything

9   greater.

10          Q.     How would you describe your

11  command of the English language?

12          A.     I learned a little bit in

13  college, but it was very poor.

14          Q.     In your job for TG, did you

15  work in the export sales department?

16              MR. SPANO:  Objection to

17          form and foundation.

18              THE COURT:  Ask him whether

19          or not they had a department.

20  BY MR. GONZALEZ:

21          Q.     Did the company have an

22  export department, TG?

23          A.     At the time, we call it

24  export department.  I don't know whether

Confidential - Subject to Further Confidentiality Review

1    they had a certificate for that.

2           Q.    Did you work for the export

3    department?

4           A.    I worked in that department.

5           Q.    Did you also work in that

6    department while you were working for

7    TTP?

8                  MR. SPANO:  Objection.

9                  THE WITNESS:  I don't

10                 understand the accurate meaning of

11                 your question.

12   BY MR. GONZALEZ:

13          Q.    Did you work for the export

14   department at TTP?

15          A.    Which export department are

16   you talking about?

17          Q.    How many did you have?

18          A.    Just one.

19          Q.    Did you work at that one?

20          A.    You mean the export

21   department at TG?

22          Q.    TTP.

23          A.    They didn't call it export

24   department.

Confidential - Subject to Further Confidentiality Review

1          Q.      What did they call it?

2          A.      It was only called a sales

3    department.

4          Q.      And in the sales department,

5    did you work on international trades?

6          A.      We only did sales.

7          Q.      Did you sell product to

8    American companies?

9          A.      It depends on how do you

10   define it.

11         Q.      I define it as companies

12   that are out of the United States of

13   America.

14                 Did you sell product to

15   individuals in the United States of

16   America while you were a salesperson for

17   TTP?

18         A.      Please repeat the question.

19   I don't quite understand.

20         Q.      Did you sell products to

21   companies in the United States of America

22   while you worked as a salesperson at TTP?

23         A.      While I worked at TTP as a

24   salesperson, our principle was that we

Confidential - Subject to Further Confidentiality Review

```
 1    deliver our products to buyers in China.

 2    As of where would the buyers ship the

 3    products to, I'm not sure.

 4         Q.    Sir, my question is whether

 5    you sold product to companies in the

 6    United States of America while you were a

 7    salesperson for TTP?

 8         A.    You ask the same question I

 9    thought I have already answered you.

10         Q.    Is the answer yes or is the

11    answer no?

12         A.    I think you have a problem

13    in defining the scope.

14         Q.    Perhaps we can help you

15    understand what the question means, sir.

16              You've heard of the United

17    States of America?

18         A.    Okay.

19         Q.    Correct?

20         A.    Yes.

21         Q.    You've heard of businesses

22    in the United States of America?

23         A.    What do you mean by

24    businesses in America?
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    Do you know what business

 2   means, the term "business"?

 3                THE INTERPRETER:

 4          Interpreter clarification.

 5                In Chinese, business can be

 6          interpreted as a company is a

 7          business, as a transaction is a

 8          business or as commercial is also

 9          translated business.  Which one?

10                MR. GONZALEZ:  A company.

11                THE WITNESS:  You mean

12          company?

13                Some customers claimed that

14          they were companies from the

15          United States.  We couldn't

16          distinguish that.

17   BY MR. GONZALEZ:

18          Q.    And some individuals from

19   the United States contacted you in order

20   to do business with them, transactions

21   with them, where you were willing to sell

22   drywall to them.  Correct?

23                MR. SPANO:  Objection to

24          form.
```

Confidential - Subject to Further Confidentiality Review

```
 1              THE COURT:  Please restate
 2         the question, make it smaller,
 3         please.
 4    BY MR. GONZALEZ:
 5         Q.    Sir, you transacted business
 6    with individuals in the United States
 7    when you were a salesperson for TTP.
 8    Isn't that true, sir?
 9         A.    There were some customers
10    who claimed to be people from the United
11    States, and they came to us for business
12    transactions.
13         Q.    And one of them was Oriental
14    Trading Company, LLC.  Correct?
15         A.    Oriental Trading Company.  I
16    know Oriental.
17         Q.    Ivan Gonima, your friend
18    from Miami.  Do you remember him?
19         A.    I remember Ivan.
20         Q.    Ivan was a friend of yours.
21    Right?
22         A.    He's my customer.
23         Q.    In fact, he's still your
24    customer?
```

Confidential - Subject to Further Confidentiality Review

```
 1         A.     We have not -- we have not
 2   been having business dealings for a long
 3   time.
 4         Q.     The last business dealing
 5   you had with him by virtue of an e-mail
 6   was in May 2011, wasn't it?
 7         A.     2011?
 8         Q.     When was the last time you
 9   spoke with Mr. Gonima through e-mail,
10   text message or instant messaging?
11         A.     I'm sorry, I don't remember
12   clearly.
13         Q.     Do you think it was a year
14   ago or more than a year ago?
15         A.     There are too many stuff.  I
16   really can't remember that.
17         Q.     You can't remember having
18   done business recently with Ivan Gonima
19   in the United States?
20         A.     I don't remember.  When you
21   say recent, what do you mean?
22         Q.     All right, sir.
23                Let's talk about a sole
24   agency agreement that you had on
```

Confidential - Subject to Further Confidentiality Review

1     behalf -- that you signed on behalf of

2     TTP with Oriental Trading Company on

3     October 20, 2006.

4                    Do you remember that, sir?

5          A.     Only to recent couple of

6     days with the assistance of my attorney

7     when I saw these documents did that

8     refresh my memory.

9          Q.     And what do you remember

10    about that agreement?

11         A.     According to our

12    recollection, at the time there was a

13    gentleman called Jorge and the Chinese

14    person came to our company.

15         Q.     Sir, I'm going to show you

16    what we'll mark as Exhibit Number 1 to

17    your deposition.

18                    -   -   -

19                 (Deposition Exhibit No.

20                 Che-1, Sole Agency Agreement, 4

21                 pages, was marked for

22                 identification.)

23                    -   -   -

24    BY MR. GONZALEZ:

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    And this is identified as
 2    "Sole Agency Agreement."
 3                And that's your signature at
 4    the bottom of the first page, isn't it,
 5    sir?
 6          A.    No.
 7          Q.    Does your signature appear
 8    on the signature line there, sir?
 9          A.    Which one, can you point it?
10          Q.    Yours?
11          A.    You mean this one?
12          Q.    If that's your signature,
13    that's the one I'm asking about, sir.
14          A.    Yes.
15          Q.    And that's underneath the
16    Taishan -- Taian Taishan Plasterboard
17    Company, Ltd.  Right?
18          A.    Correct.
19          Q.    And it has the Taian Taishan
20    Plasterboard contract seal.  Correct?
21          A.    Correct.
22          Q.    And it has the little star
23    in the middle, doesn't it, sir?
24          A.    Yes.
```

Confidential - Subject to Further Confidentiality Review

1    Q.    Then if you turn the page

2    one page before it, your signature

3    appears on that page as well, doesn't it,

4    sir?

5         A.    Correct.

6         Q.    And it says, "The seller."

7    You can read that English, can't you,

8    sir?

9         A.    I can understand simple

10   Chinese -- simple English, as I told you

11   earlier.

12        Q.    You signed this --

13              You signed that contract.

14   Right, sir?

15        A.    The signature is mine.

16        Q.    And can you tell us this

17   contract number, the SDTH, does that

18   stand for you?

19        A.    You're correct.

20        Q.    And this was your

21   relationship, right, at TTP, meaning

22   Oriental Trading Company was a client

23   that you worked with?

24        A.    Correct.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.     And before you entered into

 2     this contract, you asked for permission

 3     to sign it on behalf of the company.

 4     Correct?

 5          A.     I only reported my work to

 6     Mr. Peng Wenlong.

 7          Q.     Your colleague?

 8          A.     You can say that.

 9          Q.     With this agreement, you

10     were going to sell gypsum board

11     manufactured with a thickness of a 1/2

12     inch or 5/8 inch and the width of 4 feet,

13     the length of 8 feet, 9 feet, 10 feet or

14     12 feet, under the brand name of Dun as

15     referenced in the first paragraph.

16     Correct?

17          A.     This should be in accordance

18     with the request of the customer.

19          Q.     And TTP was a seller of the

20     Dun brand drywall.  Correct?

21          A.     No.

22          Q.     It was not?

23          A.     We have never sold that.

24          Q.     TG sold it.  Correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.    Correct.

 2          Q.    So you were selling TG's

 3   drywall in this contract.  Correct?

 4          A.    No.

 5          Q.    I'm going to show you

 6   Exhibit Number 20 to Mr. Jia's

 7   deposition.

 8                This is the Shandong Taihe

 9   Dongxin Company, Ltd.'s catalog, now

10   known as TG.  And I'd like you to turn to

11   the page that has the registered

12   trademarks for the products that it

13   sells.

14                And you see the Dun brand

15   there, sir?

16          A.    Yes.

17          Q.    And that's spelled D-U-N.

18   Correct?

19          A.    Correct.

20          Q.    And this contract is between

21   TTP and Oriental Trading Company.  That's

22   Exhibit Number 1 to your deposition.

23   Correct?

24          A.    Can you repeat that?
```

Confidential - Subject to Further Confidentiality Review

1       Q.     Yes.  The seller under this

2    contract, Exhibit Number 1, is Taian

3    Taishan Plasterboard Company, Ltd.; is

4    that correct?

5       A.     Yes.

6       Q.     And the buyer is Oriental

7    Trading Company, LLC.  Correct?

8       A.     Yes.

9       Q.     And if you look at paragraph

10   number 1, it states, "The brand name of

11   'DUN' showing as in the seller's

12   catalogue only"; is that correct, sir?

13      A.     That's what it said here.

14      Q.     And it's spelled D-U-N.

15   Correct?

16      A.     Correct.

17      Q.     And the area identified in

18   paragraph 2 of this sole agency agreement

19   between TTP and Oriental Trading Company

20   is defined as "limited to the territory

21   of the USA."  Correct, sir?  Paragraph 2.

22      A.     Can you interpret it for me,

23   what he says?

24      Q.     The interpreter will do that

Confidential - Subject to Further Confidentiality Review

```
 1    for you.

 2                  THE INTERPRETER:  Which

 3         paragraph?

 4    BY MR. GONZALEZ:

 5         Q.    Number 2, paragraph 2.

 6         A.    Can you give me a clear

 7    version?  I can't see it very clearly.

 8         Q.    I can show you mine.  It's

 9    got some highlights.  Can you please read

10    paragraph 2.

11         A.    You don't have to show it to

12    me.  You can read it yourself.  Okay.

13                  This is the request of the

14    customer.

15         Q.    It says, "Sole Sales Area:

16    Limited to the territory of the" United

17    States of America.  Right?

18         A.    I'm only hearing the

19    interpretation because I don't understand

20    this.

21         Q.    Sir, my question is,

22    according to the contract that's been

23    interpreted for your benefit, the sole

24    sales area in this sole agency agreement
```

Confidential - Subject to Further Confidentiality Review

1    is limited to the territory of the USA.

2    Correct?

3          A.    If that's your

4    interpretation, then that's the

5    interpretation.  That's what it appears

6    to be in the document.

7          Q.    You understand what USA

8    means.  Right, sir?

9          A.    Yes.

10         Q.    It's the United States of

11   America.  Right?

12         A.    Yes.

13         Q.    And if you look at the

14   certificate, sir, at the end, third page,

15   that writing is in Chinese.  Correct?

16         A.    Both English and Chinese.

17         Q.    And do you understand the

18   Chinese?

19         A.    Yes.

20         Q.    Why don't you read that

21   Chinese for us?

22         A.    Can you give me a clearer

23   version of that document?

24         Q.    Yes, sir.  You can use mine.

Confidential - Subject to Further Confidentiality Review

1          A.     Thank you.

2          Q.     You're welcome, sir.

3                 Yes.  The Chinese?

4          A.     I should read everything?

5          Q.     Yes.  All the Chinese.

6          A.     Is the pronunciation

7    Oriental Company?  How do you pronounce

8    this?

9                 Taian Taishan Plasterboard

10   Company, Limited, certificate -- Taian

11   Taishan Plasterboard Company, Limited

12   certifies that Oriental Trading Company,

13   LLC as its exclusive agency for the Dun

14   brand in the United States of America.

15   The certificate shall be considered with

16   the understanding that it may be

17   effective on the date of their signing.

18   The validity period and responsibility

19   and law of the certificate are all

20   subject to the items in the formal

21   exclusive agency agreement (start SDTH

22   061020) and signed by two parties

23   accordingly.  The signature is Che Gang.

24         Q.     And that's your signature.

Confidential - Subject to Further Confidentiality Review

1    Right, sir?

2           A.    Yes.

3           Q.    The Chinese language that

4    you see there, that was prepared by your

5    company.  Right, sir?

6           A.    That has been translated

7    according to the request of the customer.

8           Q.    The Chinese language that

9    was put in this contract was done by your

10   company.  Right, sir?

11          A.    The language here was

12   translated according to the English

13   language provided by the customer.

14          Q.    It was translated in China?

15          A.    The document was signed in

16   China.

17          Q.    And the Chinese language

18   that is there was put there in China?

19          A.    I don't quite understand the

20   question.

21          Q.    Mr. Gonima does not speak

22   Chinese.  Correct?

23          A.    I'm sorry, this person is,

24   according to this document, it appears to

Confidential - Subject to Further Confidentiality Review

 1    be a Jorge, not Gonima.

 2            Q.    Jorge Arevalo who was Mr. --

 3    not law partner.  Let me restate that.

 4            Jorge Arevalo who was Mr.

 5    Gonima's partner in Oriental Trading.

 6    Correct?

 7            A.    That's what he claimed

 8    himself to be.

 9            Q.    He did not speak Chinese.

10    Correct?

11            A.    Yes.

12            Q.    And you spoke Chinese?

13            A.    Yes.

14            Q.    And that Chinese language

15    was there when you signed the agreement.

16    Correct, sir?

17            A.    I don't understand your

18    question.

19            Q.    My question is, the Chinese

20    language that appears on that page over

21    your signature was there when you signed

22    it?

23            A.    Like I said earlier, the

24    Chinese language was a translation of the

Confidential - Subject to Further Confidentiality Review

1    English language that is reflected in the

2    document.  And then I put my signature on

3    it.

4              Q.    Did you keep a copy of this

5    agreement, sir, when you signed it?

6              A.    At the time Mr. Jorge took a

7    Chinese interpreter with him.  He

8    expressed his willingness for this

9    business transaction.  But because he

10   said he didn't have his company seal,

11   therefore, he needed to bring all the

12   original documents to him and put a seal

13   and then mail it to us.  But he did not

14   keep his promise.  I have never received

15   such documents from him.  Therefore, in

16   my memory, and from the record of a

17   company, I have not found this document.

18   I'm sorry.

19             Q.    They paid you for the goods.

20   Right, sir?

21             A.    What time period?

22                   MR. SPANO:  Ob --

23                   THE COURT:  Objection.

24                   The goods as reflected in