Confidential - Subject to Further Confidentiality Review

1           the document.

2    BY MR. GONZALEZ:

3           Q.    Yes.   They paid you for some

4    drywall, didn't they?

5                 MR. SPANO:   Objection to

6           form.

7                 THE COURT:   Sustained.

8                 When you say some --

9                 MR. GONZALEZ:   Say some?

10                THE COURT:   No.   You said

11          some.

12                MR. GONZALEZ:   Yes.   It's an

13          ongoing agreement, Judge.

14                THE COURT:   I see.

15                MR. GONZALEZ:   Which

16          ended --

17                THE COURT:   Did you receive

18          any.

19   BY MR. GONZALEZ:

20          Q.    Did you receive any payments

21   from Oriental Trading Company for

22   drywall?

23          A.    Can you repeat that?   You

24   were on and off.   I didn't quite

Confidential - Subject to Further Confidentiality Review

1   understand.

2          Q.    Did you receive any payments

3   for drywall from Oriental Trading

4   Company?

5                  MR. SPANO:  Objection to

6          form.  Ever?

7                  THE COURT:  Yes.  When?

8   BY MR. GONZALEZ:

9          Q.    After October 20, 2006,

10  which is the date of this sole agency

11  agreement, did you receive any payments

12  for drywall from a company known to you

13  as Oriental Trading Company, LLC?

14         A.    Please let me know what is

15  the expiration date of this.

16         Q.    Sir, my question is, did you

17  receive any monies from Oriental Trading

18  Company after October 20, 2006 for

19  drywall?

20         A.    Yes.

21         Q.    And you actually sent some

22  drywall to be shipped to the United

23  States?

24         A.    The term I did was FOB.

Confidential - Subject to Further Confidentiality Review

1        Q.     Yes.  Drywall?

2        A.     The term of shipment that I

3    handled was FOB Chinese port.  As of

4    where did the customer ship the product

5    to, I'm not sure about it.

6        Q.     You knew it was the United

7    States of America because they had the

8    exclusive agency agreement to sell the

9    product there.  Correct, sir?

10       A.     The customer did tell us so,

11   but I do not know exactly where it's

12   finally ended in.

13       Q.     In fact, the customer even

14   worked with you to make sure that the

15   labels that were used on the product

16   would have red, white and blue, as in the

17   American flag, with the words "Dun" on

18   it.  Correct?

19       A.     The customer designed it.

20       Q.     And you assisted him.

21   Correct?

22       A.     The customer designed it

23   himself.

24       Q.     With your authority.  Right,

Confidential - Subject to Further Confidentiality Review

1    sir?

2        A.    I do not have the right to

3    authorize people.

4        Q.    I'm going to show you what

5    will be marked as -- well, actually, it's

6    already marked as Jia-28.

7              And you used the e-mail

8    address SDTH818@163.com.  Correct?

9        A.    That's mine.

10       Q.    And you also used Wuyu,

11   W-U-Y-U?

12       A.    That's a MSN account.

13       Q.    That's your MSN account?

14       A.    Correct.

15       Q.    All right, sir.

16             And you received this e-mail

17   that I'm showing you.  Correct?

18       A.    As it appears here, it did

19   send to my inbox.

20       Q.    And if we look at the first

21   page, which is Bates stamp number TG

22   23841 on the bottom, it is from Ivan

23   Gonima to Wuyu.  And it says, "Dear

24   Bill."

Confidential - Subject to Further Confidentiality Review

1           And that's your Western

2      name.  Correct?

3           MR. SPANO:  You have the

4           wrong Bates number.

5      BY MR. GONZALEZ:

6           Q.    Correction.  Exhibit 28 is

7      Bates stamp number 21643.

8           Bill is the name that you

9      were being referenced to by Ivan Gonima.

10     He called you Bill?

11          A.    Yes.

12          Q.    And here, Bill writes to

13     you, "Dear" -- I'm sorry, Ivan Gonima

14     writes to you, "Dear Bill:  Attached you

15     will find a Microsoft Power Point file

16     showing the final arts for the binding

17     tapes to be used with the" 4 foot by

18     8 foot by 1/2 inch and the 4 foot by

19     12 inch by 1/2 inch "drywall sheets.  We

20     went thru all the issues we have already

21     discussed and everything is reviewed and

22     checked.

23          "Please notice the

24     following:...The colors BLUE and RED are

Confidential - Subject to Further Confidentiality Review

1    the same ones as the...in the American

2    Flag.  WHITE is regular white."

3                    Do you remember having

4    received that e-mail, sir?

5            A.    On what appears here, it

6    seems that I have received this e-mail.

7    But it has been too long.  I really can't

8    recall.

9            Q.    Okay, sir.

10                   If you could turn the page.

11           A.    I'm sorry, I didn't

12   understand you?

13           Q.    I'm asking you to turn the

14   page.

15                   This e-mail is from you.

16   Right?  Wuyu, SDTH818@163.com?

17           A.    Correct.

18           Q.    And it's dated February 24,

19   2007.  Correct?

20           A.    Isn't it February the 22nd

21   here?

22           Q.    It says 2007-2-22, Ivan

23   Gonima.

24                   And you wrote, "Dear Mr.

Confidential - Subject to Further Confidentiality Review

1     Ivan, I am sorry, Please send the file to

2     this e-mail address, because the office"

3     e-mail "can not be opened by me."

4                   And you sent that e-mail.

5     Right, sir?

6            A.     From what appears to be,

7     that I send it.

8            Q.     And what does this say here

9     in Chinese?

10           A.     My name.

11           Q.     And is that written in your

12    Chinese name?

13           A.     Yes.

14           Q.     So Che Gang?

15           A.     Your Chinese is not bad.

16           Q.     Oh, great.

17                  And then you also wrote the

18    American version, Bill Cher?

19           A.     I believe so.

20           Q.     All right.

21                  And attached to it are the

22    actual strips that are going to be used

23    on the label for the drywall.  Correct?

24           A.     This should be something

Confidential - Subject to Further Confidentiality Review

1    that a customer sent me.  Right?

2         Q.     My question is, attached to

3    it is the tape that's used on -- to be

4    used on the drywall that's going to be

5    sold.  Correct?

6         A.     The customer requested us to

7    put it on the gypsum board that were

8    going to be sold.

9         Q.     That's what the e-mail was

10   referring to when they said they wanted

11   it to be red, white and blue.  Correct?

12   Right, sir?

13        A.     Can you repeat your

14   question?

15        Q.     The e-mail that we just saw

16   was referring to wanting this labeling to

17   be red, white and blue.  Correct?

18        A.     Correct.

19        Q.     And your company did that.

20   Correct?

21        A.     I don't remember clearly.

22        Q.     When the product was sent

23   from China to the port to be sent FOB to

24   the United States of America, it was

Confidential - Subject to Further Confidentiality Review

1   already labeled as Dun brand.  Correct?

2          A.    Can you interpret again?

3          Q.    Yes.

4                When the product was sent

5   from China to the port to be sent FOB to

6   the United States of America, it was

7   already labeled as Dun brand.  Correct?

8          A.    When I sent the products FOB

9   to the shipping company requested by the

10  client, if there was nothing changed to

11  that, it should be the label that is used

12  here, but I do not remember clearly about

13  it.

14         Q.    I'm going to show you what's

15  been marked --

16         A.    I'm sorry, can I drink some

17  water, take a break?

18               THE COURT:  Yes, certainly.

19        You want to take a break?

20               THE WITNESS:  I just want to

21        get some water and take a little

22        break.

23               THE COURT:  Okay.

24               THE WITNESS:  Thank you.

Confidential - Subject to Further Confidentiality Review

1              VIDEOTAPE TECHNICIAN:  Going

2        off the record, the time is 3:35.

3              THE COURT:  Take 15 minutes.

4                    -   -   -

5              (A recess was taken from

6        3:35 p.m. to 3:49 p.m.)

7                    -   -   -

8              THE COURT:  Back on the

9        record, the deposition is

10       resuming.  You're still under

11       oath, sir.

12             VIDEOTAPE TECHNICIAN:  We're

13       back on the video record at 3:49.

14  BY MR. GONZALEZ:

15       Q.    I'm going to show you what's

16  been marked as Exhibit Number 2 to your

17  deposition.  It's Bates stamp numbers TG

18  915 through 920.  And I'd like to direct

19  your attention specifically with page

20  918, Bates stamp number 918.  And the

21  middle of the page where it starts with

22  an e-mail from you, that's Wuyu.  That

23  would be you.  Correct?

24                    -   -   -

Confidential - Subject to Further Confidentiality Review

```
 1                (Deposition Exhibit No.

 2           Che-2, E-mail chain, top one dated

 3           4/17/2007, Bates stamped TG

 4           0000915 through TG 0000920, was

 5           marked for identification.)

 6                    -   -   -

 7                THE WITNESS:  That's what it

 8           appears to be.

 9   BY MR. GONZALEZ:

10        Q.    All right, sir.

11              And you're writing in

12   English.  Correct?

13        A.    That's what it appears to

14   be.

15        Q.    How do you write in English?

16        A.    Can I explain?

17        Q.    Yes, please.

18        A.    Well, after we received

19   English e-mails, first of all, we would

20   use tools such as dictionary, electronic

21   tools, computer tools to translate it

22   into Chinese, and with the help of Mr.

23   Peng, the person in charge, to translate

24   from English to Chinese.  After I
```

Confidential - Subject to Further Confidentiality Review

 1    understood the intention of the client,

 2    then I would use Chinese to write my

 3    response.  And again, with the help of

 4    the translation tools, such as the

 5    dictionaries, I will translate -- I will

 6    translate that into English and to send

 7    to the client.

 8          Q.    You just said Mr. Peng who

 9    was in charge, is that Peng Wenlong?

10          A.    Yes.

11          Q.    What's he in charge of?

12          A.    What time period?

13          Q.    TTP?

14          A.    Sales.

15          Q.    So he was the head of sales?

16          A.    At the time there was no

17    such an assignment document.  It was only

18    understood that he was in charge of a few

19    of us.

20          Q.    Were you equal to him or was

21    he your superior?

22          A.    He's my superior.

23          Q.    I'd like you to look at that

24    e-mail that's from you to Mr. Ivan Gonima

Confidential - Subject to Further Confidentiality Review

1    dated April 13, 2007.  And for reference,

2    and I will have a question afterwards, it

3    says, "Dear Mr. Ivan, I am very glad to

4    receive your e-mail."

5              "We indeed operated and are

6    operating with a 28-29ton containers to

7    export our products to America.  And we

8    can show 26-26.5ton on the bill and

9    packing list.  The ocean freight from

10   Qingdao" -- and I apologize for the

11   pronunciation -- "to Miami and New York

12   is $2950-3000/40GP.  If you need, I can

13   operate it for you.

14             "2.  About the clients in

15   five cities you mentioned, they are the

16   clients to which we once exported our

17   products.  Now there is no client to

18   which we can export 800,000 sheets of the

19   boards per month.  Now we are exporting

20   not very large a quantity of the boards

21   to America.  And you are the only

22   distributor of the brand DUN in America,

23   there is no doubt about this point.

24             "Thanks and best regards!

Confidential - Subject to Further Confidentiality Review

1    Yours faithfully," then written in

2    Chinese, Che Gang and the English name

3    Bill Cher.

4              You sent that e-mail.

5    Right, sir?

6         A.    Yes.

7         Q.    And the cities that Mr.

8    Gonima was referencing actually appear on

9    the next page.

10             If you look at paragraph 2,

11   sir, this is from Ivan Gonima to you, and

12   it is dated April the 15th, 2007.

13   Paragraph 2, and I'll read it -- put it

14   into context and then I'll have a

15   question.

16             "Given that you are going to

17   operate it I am going to need your actual

18   freight rates from Qingdao to different

19   cities in the USA for a" 40-foot "GP

20   container.  Here is the list of cities I

21   need so I can review my price lists:  a,

22   Gulfport, Mississippi...; b, New Orleans,

23   Louisiana...; c, Long Beach,

24   California...; d, Las Vegas, Nevada...;

Confidential - Subject to Further Confidentiality Review

1    e, Savannah, Georgia...; f, Atlanta,

2    Georgia...; g, Charleston, South

3    Carolina; h, Wilmington, North Carolina;

4    I, San Juan, Puerto Rico...; j" -- well,

5    those are foreign countries.  So that's

6    it for the United States.

7              So you were aware that Mr.

8    Gonima was interested in selling products

9    in the United States as the exclusive

10   agent for Dun brand to those cities in

11   the United States.  Right, sir?

12        A.    It's a long statement.  You

13   can take out what you read before.  What

14   was the last sentence you said?

15        Q.    You were aware that Mr.

16   Gonima wanted to sell the drywall, the

17   Dun drywall, as the exclusive agent to

18   your company to the cities listed in

19   paragraph 2 of that e-mail, those cities

20   in the United States listed in paragraph

21   2 of the e-mail?

22        A.    No.  This is only an

23   intention that a customer expressed.  Our

24   operation was only FOB Chinese port

Confidential - Subject to Further Confidentiality Review

1    delivery.

2           Q.    Well, sir, the paragraph

3    before was an e-mail from you saying that

4    you were happy to be the operator of 28-

5    to 29-ton containers to export products

6    to America.

7                 Do you remember seeing that

8    one?

9           A.    That's what you interpreted,

10   but from my memory, I really can't

11   remember.

12          Q.    If you look at the paragraph

13   at the very top of that page Bates stamp

14   number 917, and the page before that, it

15   starts, that's an e-mail from you, right,

16   sir, Wuyu, SDTH818@163.com?

17          A.    Where is it?

18          Q.    Right here.

19          A.    That's me.

20          Q.    And it's to Ivan Gonima,

21   igonima.  Correct?

22          A.    I don't remember his e-mail

23   address, so this is the same, this one

24   and that one?

Confidential - Subject to Further Confidentiality Review

1          Q.     That's the start of it.    It

2     says igonima.   Correct?

3          A.     I know.   So this is the top

4     of that e-mail.   Right?

5          Q.     Yes, sir.

6          A.     So that's it.

7          Q.     It starts, "Dear Mr. Ivan,

8     Thank you very much for your kindly

9     attention.

10                "The shipping agent in

11     Qingdao confirmed the ocean freight

12     USD2950-3000.00 to Miami or New York.

13     Would you please pay the ocean freight

14     directly to" the "shipping company or

15     indirectly through us to the shipping

16     company?"

17                Do you recall sending those

18     instructions to Mr. Gonima for the

19     shipping of the Dun product to the United

20     States?   Correct?

21                MR. SPANO:   Objection to

22           form.   The question

23           mischaracterizes the question as

24           an instruction.

Confidential - Subject to Further Confidentiality Review

```
 1              THE COURT:  Ask another
 2         question, please.
 3              MR. GONZALEZ:  You want me
 4         to rephrase it, Judge?
 5              THE COURT:  Yes.
 6    BY MR. GONZALEZ:
 7         Q.    You sent that e-mail to Mr.
 8    Gonima.  Correct, sir?
 9         A.    Like I said, yes.
10         Q.    And the first invoices for
11    the orders to Oriental Trading Company as
12    the exclusive agent for the Dun brand on
13    behalf of TTP were from -- the products
14    were sent from Qingdao to Miami.
15    Correct?
16              MR. SPANO:  Object to the
17         form.  Object to the form,
18         compound, and there's no
19         foundation that that company
20         served as an exclusive agent.
21              THE COURT:  Just restate it.
22    BY MR. GONZALEZ:
23         Q.    The first shipment by TTP to
24    Oriental Trading Company was from Qingdao
```

Confidential - Subject to Further Confidentiality Review

```
 1    to Miami, and it was dated May 28, 2007.

 2    Correct?

 3                MR. SPANO:  Objection to

 4         form.

 5                THE COURT:  I'll overrule

 6         it.  You can answer.

 7                THE WITNESS:  Can you repeat

 8         the question?

 9                THE COURT:  Why don't you

10         read it to him.

11                THE WITNESS:  I don't

12         remember clearly about it.

13    BY MR. GONZALEZ:

14         Q.    I'm going to show you what's

15    been marked as composite Exhibit Number 3

16    to your deposition.

17                    -  -  -

18                (Deposition Exhibit No.

19         Che-3, Packet of Invoices, Bates

20         stamped TG 0019968 through TG

21         0019975, was marked for

22         identification.)

23                    -  -  -

24    BY MR. GONZALEZ:
```

Confidential - Subject to Further Confidentiality Review

1      Q.    Bates stamp number TG 19968

2  through TG 19975.

3            These are invoices for

4  export from the Taian Shandong province.

5  Correct, sir?

6      A.    This is the customized

7  invoice produced by the taxation bureau.

8      Q.    The information that's

9  provided is provided by what company?

10      A.    Which part of the

11  information you're talking about?

12      Q.    How does the province

13  bureau, the Taian Shandong Province

14  Bureau, get the information to put on

15  these sheets?  Who provides the

16  information?

17      A.    The form was made by Taian

18  City Taxation Bureau.  But the

19  information was filled out by the

20  financial department of our company.

21      Q.    Your company being TTP?

22      A.    Yes.

23      Q.    All right, sir.

24            As reflected in these

Confidential - Subject to Further Confidentiality Review

 1   invoices, the shipments on all of these

 2   pages were to Miami.   Correct?

 3        A.    No.   Let me finish, please.

 4        Q.    I haven't said a word.

 5              THE INTERPRETER:  Let me

 6        explain to him what the "bless

 7        you" means.

 8              THE WITNESS:  I'm sorry.

 9   BY MR. GONZALEZ:

10        Q.    No problem.

11        A.    Well, the term of the

12   transaction as it reflects here is FOB

13   Chinese port.  And this is the

14   requirement of the customer for us to

15   give to the shipping company.  We don't

16   really know where exactly was the

17   destination of the customer.  The

18   taxation bureau required us to fill out

19   the form, so we don't really know exactly

20   where the shipment was shipped to.

21        Q.    Have you heard of a city

22   called Miami?

23        A.    Miami Heat.

24        Q.    That's right.

Confidential - Subject to Further Confidentiality Review

```
 1          A.     Basketball.

 2          Q.     That's in Florida, right,

 3   United States of America?

 4          A.     That I don't know.  I only

 5   know Miami Heat.

 6          Q.     United States.  It's in the

 7   United States.  Right?  Yes?

 8          A.     Yes.

 9          Q.     Okay.

10                 The first page refers to

11   "From:  Qingdao."  That's in China.

12   Correct?

13          A.     Yes.

14          Q.     "To:  Miami."  Right?

15          A.     First of all, it's a

16   customized form which is requested by the

17   taxation bureau for us to fill out.  This

18   is only the information provided by the

19   shipping company of the clients.  We did

20   not actually verify that information.  If

21   they had told us the shipments would have

22   been to the destination of Hong Kong, we

23   would have filled out Hong Kong.

24          Q.     But you filled out Miami,
```

Confidential - Subject to Further Confidentiality Review

1    didn't you?

2           A.     The shipping company of the

3    clients told me this information, and I

4    filled it out according to the

5    information being told, just like what

6    you're seeing right now.

7           Q.     Yes, sir.  And what we're

8    seeing is M-I-A-M-I, Miami.  Right?

9           A.     Yes.

10          Q.     The first page is for 4,900

11   pieces, correct, of gypsum board?

12          A.     That's what it appears to

13   be.

14          Q.     The next one says 5,880

15   pieces of gypsum board to Miami.  Right,

16   sir?

17          A.     Miami is, as what I had

18   explained to you earlier, but the 5,880

19   pieces is correct.

20          Q.     Of gypsum board?

21          A.     That's what it appears to

22   be.

23          Q.     The next page says 1,960

24   pieces of gypsum board.  Right, sir?

Confidential - Subject to Further Confidentiality Review

1        A.     Yes.

2        Q.     And the next page says 4,900

3    pieces of gypsum board?

4        A.     Yes.

5        Q.     And the next page says 2,940

6    pieces of gypsum board?

7        A.     Yes.

8        Q.     And the next page says 2,010

9    pieces of gypsum board?

10       A.     Yes.

11       Q.     And the next page says 6,700

12   pieces of gypsum board?

13       A.     Yes.

14       Q.     And the next page says 6,700

15   pieces of gypsum board.  Correct, sir?

16       A.     Yes.

17       Q.     And you complied with that

18   request.  Right?  You provided the

19   drywall set forth in these documents?

20       A.     I don't understand, what do

21   you mean by complied with?  What request?

22       Q.     You provided 4,900 pieces of

23   gypsum board for export as indicated in

24   the first document, Bates stamp number

Confidential - Subject to Further Confidentiality Review

1    19968?

2        A.    I provided to customer at

3    Chinese port this volume of gypsum board.

4        Q.    And the volume indicated in

5    each one of the pages that makes up

6    composite exhibit Che-3 is accurate.

7    Correct?

8        A.    Yes.

9        Q.    Mr. Peng Wenlong went by the

10   name of Frank Clem as his Western

11   version; is that right?

12       A.    I only know for sure his

13   name is Frank, but I'm not sure about the

14   name after that.

15       Q.    So we're clear, that's the

16   individual that you said was your

17   supervisor in sales while you worked for

18   TTP.  Right?

19       A.    He was a person in charge in

20   our TTP for the sales department.

21       Q.    And earlier when you said

22   that you along with Peng were aware of

23   the sole agency agreement that is Exhibit

24   Number 1 to your deposition with Oriental