Confidential - Subject to Further Confidentiality Review

```
 1          some of the comments that you're

 2          making.  I mention that to you

 3          because I want you to understand

 4          this process, which you may not

 5          understand.

 6               Let's continue.

 7               THE WITNESS:  First of all,

 8          thank you, Judge, for your

 9          reminding -- for your reminder.

10               But what this friend has

11          said has been too long indeed.

12          It's impossible for me to store so

13          many information in my brain.  I

14          can try to help him to recollect.

15               THE COURT:  And if you don't

16          remember, just say you don't

17          remember.

18               THE WITNESS:  I only want to

19          state the facts.

20               THE COURT:  Right.

21               THE WITNESS:  Thank you.

22     BY MR. GONZALEZ:

23          Q.   In addition to drywall, you

24     do recall having discussed selling metal
```

Confidential - Subject to Further Confidentiality Review

```
 1   framing for purposes of shipment to the

 2   United States to Oriental Trading.

 3   Correct?

 4        A.    It was reflected on the

 5   document earlier.

 6        Q.    If you can turn to page 28,

 7   sir.  The date is May 8, 2007.  The time

 8   is 10:34:08.  Ivan writes to you, "We are

 9   also going to place our first order for

10   metal framing."

11            Ivan writes to you, "Where

12   in the USA are you exporting your metal

13   framing to?"

14            You respond, as Mr. Che

15   Gang, on May 8, 2007, "The board of first

16   order...have been shipped on 1st" of

17   "May."  The next entry from you to Ivan

18   at 10:35:38 seconds at May 8, 2007,

19   "Miami and New york."

20            Do you recall having that

21   conversation, sir, through this MSN

22   messaging?

23        A.    That's what it appears to

24   be, but I don't recall.
```

Confidential - Subject to Further Confidentiality Review

1          Q.      Page 34, August the 15th,

2    2007, again, metal studs.

3               Do you recall writing to Mr.

4    Che Gang that you on behalf of your

5    company were exporting metal studs to the

6    United States of America?

7          A.      Where is it?

8          Q.      August the 15th, 2007, 10:33

9    53 seconds from Mr. Che Gang to Ivan, "We

10   can operate some metal studs."

11              Answer from Ivan, "Sure, we

12   can do that and it will help."

13              Statement from you at

14   10:34:14, Mr. Che Gang to Ivan, "We are

15   exporting to USA."

16              Do you see that, sir?

17         A.      I am looking at it now.

18         Q.      Do you recall that

19   conversation on August of 2007 by MSN

20   messaging?

21         A.      That's what appears to be

22   here.

23         Q.      Do you recall having

24   discussions for a very long commercial

Confidential - Subject to Further Confidentiality Review

```
 1    relationship with Ivan and your company?
 2                 THE INTERPRETER:
 3           Interpreter clarification.
 4                 THE WITNESS:  Give me
 5           something you're sure of.  I don't
 6           know what you meant by long-term
 7           what.
 8    BY MR. GONZALEZ:
 9           Q.    Page 37.  8/15/2007 is the
10    date.  The time is 10:55:20.  The
11    statement from Ivan to Mr. Che Gang and
12    response by Mr. Che Gang to Ivan.
13    Statement from Mr. Ivan, "We are looking
14    for a very long commercial relationship."
15                 Answer from Che Gang at
16    10:55:52 on the same date, "You can
17    success."
18                 Do you recall that, sir?
19           A.    First of all, let me tell
20    you that the stuff on MSN, as I had also
21    explained to Mr. Judge as well as
22    explained to you, that I do not recall
23    clearly about it.  But from the form that
24    appears here, it should be a polite
```

Confidential - Subject to Further Confidentiality Review

1    response only.  There's no substantial

2    meaning to that.

3         Q.    Well, let me ask you this,

4    sir.  You agree with me that the more

5    product you sell, the better it is for

6    the company.  Correct?

7         A.    For sure.

8         Q.    And the more product you

9    sell, the better it is for you?

10        A.    It's better for me.

11        Q.    You would have no objection

12   to selling a lot of product to Ivan

13   Gonima or Oriental Trading.  Correct?

14        A.    It is the same.  It doesn't

15   matter who I sell it to, as long as I get

16   the money.

17        Q.    That's right.  They have to

18   pay you?

19        A.    And then they get the goods.

20        Q.    Right?

21        A.    Therefore, it doesn't matter

22   who I sell it to.

23        Q.    In fact, if you look at the

24   promotional materials that your company,

Confidential - Subject to Further Confidentiality Review

1    TTP, had during the time of its

2    existence, it bragged about the fact that

3    it sold to the United States of America.

4    Correct?

5           A.    I don't know what are the

6    materials you're referring to here.

7           Q.    The company held itself out

8    as a worldwide company.  Correct?

9           A.    That's only a way for

10   marketing.

11          Q.    Sure.

12                And for marketing purposes,

13   the company held itself as a worldwide

14   company?

15          A.    I don't recall that.

16          Q.    And TG holds itself out as a

17   worldwide company too, doesn't it?

18          A.    I have not paid attention to

19   that.

20          Q.    Can you look at Exhibit 20

21   then, please, that's in front of you.

22          A.    Yes.

23          Q.    That's Jia-20.  Second page.

24   Second page.  Yes.

Confidential - Subject to Further Confidentiality Review

1                    The paragraph that states --

2                    This is a marketing material

3      from Shandong Taihe Dongxin, now known as

4      TG.   Correct?

5             A.     It is a brochure of Taihe.

6             Q.     Which is now --

7                    The company is now known as

8      TG.   Yes?

9             A.     Yes.

10            Q.     If you turn to the second

11     page, where it's highlighted there,

12     starting with the statement, "We have a

13     self-supported import and export ability,

14     our products not only sell well in our

15     domestic market also export to many

16     countries e.g. U.A.E., Indonesia, India,

17     Russia, U.S.A."

18                   That's what it says.  Right,

19     sir?  That's what it states?

20            A.     If that's what it says,

21     that's what it says.

22            Q.     All right, sir.

23                   And it's truthful, isn't it?

24            A.     That I don't know.

Confidential - Subject to Further Confidentiality Review

1    Q.    You --

2    A.    Because I'm only a

3    salesperson.  I'm a user of this

4    material.  I'm not a decision-maker of

5    this material, neither am I the producer

6    of this material.  I'm sorry, I can't

7    explain to you.

8    Q.    Maybe you can help me a

9    little more.

10   A.    I'd love to.

11   Q.    You consider yourself an

12   honorable person, don't you?

13   A.    Absolutely.

14   Q.    And you believe you work for

15   an honorable company, don't you?

16   A.    That's right.

17   Q.    Because honor is extremely

18   important, isn't it?

19   A.    Correct.  The reason I said

20   that is because I want to explain a fact.

21   I am an honest person.  I am only a

22   salesperson.  For greater issues, I do

23   not know.  If you want to buy gypsum

24   board, you can come to me.

Confidential - Subject to Further Confidentiality Review

1          Q.     You work for an honorable

2    company?

3          A.     I believe so.

4          Q.     In fact, one of the things

5    that is stated in that paragraph about

6    the quality of the company is that it has

7    strict management.  Correct?  I'm not

8    done with the question.

9          A.     I believe personally

10   whatever has been said on a brochure is

11   the fact.  That's my personal opinion,

12   because I work for an honest company.

13         Q.     Thank you, sir.  I

14   appreciate that.

15               THE COURT:  I'd like to go

16         to 5:30 today.

17               MR. GONZALEZ:  Yes, Your

18         Honor, we can.

19               THE WITNESS:  Thank you.

20               Judge, we're all hungry.

21   BY MR. GONZALEZ:

22         Q.     Going to the next statement

23   --

24               You agree with me that the

Confidential - Subject to Further Confidentiality Review

1    product that is provided to your

2    customers should be high quality?

3         A.    Yes.

4         Q.    And you agree with me that

5    your customers should be honored?

6              THE INTERPRETER:

7         Interpreter needs a moment for

8         that.

9              MR. GONZALEZ:  It's right

10        here.

11             THE WITNESS:  Yes.

12   BY MR. GONZALEZ:

13        Q.    And you agree with me that

14   the company has a keen social

15   responsibility?

16        A.    That's my personal belief.

17        Q.    Now, sir, I'm going to show

18   you what is Bates stamp number TG 0021503

19   through TG 0021505.  And it will be the

20   next exhibit number, which will be Che-6.

21                   -   -   -

22             (Deposition Exhibit No.

23        Che-6, Letter dated November 26,

24        2008, Bates stamped TG 0021501

Confidential - Subject to Further Confidentiality Review

```
 1            through TG 0021505, was marked for

 2            identification.)

 3                      -  -  -

 4            THE WITNESS:  Can I have

 5            these documents?

 6   BY MR. GONZALEZ:

 7            Q.    Yes.

 8            A.    Should I return it back to

 9   you?

10            THE COURT:  While he's

11            looking at the document, do you

12            want to change the tapes if we

13            need to?

14            VIDEOTAPE TECHNICIAN:  Thank

15            you.  Going off the record at

16            5:12.

17            THE WITNESS:  Can I go to

18            the restroom?

19            THE COURT:  Yes.

20            THE WITNESS:  Thank you.

21                      -  -  -

22            (A recess was taken from

23            5:12 p.m. to 5:19 p.m.)

24                      -  -  -
```

Confidential - Subject to Further Confidentiality Review

1               VIDEOTAPE TECHNICIAN:  We're

2         going back on the record.  This is

3         the beginning of Tape Number 3.

4         The time is 5:19.

5    BY MR. GONZALEZ:

6         Q.    All right, sir.  The exhibit

7    before you is Exhibit Number 6.  And the

8    top e-mail is an e-mail that you sent.

9    Right?

10        A.    Yes.

11        Q.    In fact, it has your name in

12   Chinese and in English, Che Gang and Bill

13   Cher.  Right?

14        A.    I can't see my e-mail

15   address right.

16        Q.    SDTH818@163.com?

17        A.    That's my e-mail address.

18        Q.    All right, sir.

19        A.    But it doesn't have a title

20   like the one that we have.

21        Q.    The document says Bill Cher

22   and it has your name in Chinese as Che

23   Gang.  Right?

24              MR. SPANO:  I object to this

Confidential - Subject to Further Confidentiality Review

1       use of a partial document.  This

2       is not the whole document.  As you

3       can see, it chops half an e-mail

4       off at the top.

5           THE COURT:  Just give him

6       the whole document.

7           MR. SPANO:  I request that

8       you use the whole document as it

9       was --

10          THE COURT:  That's fair.

11          MR. SPANO:  -- produced by

12      the defendants.

13          MR. GONZALEZ:  Your Honor,

14      this is what was produced by the

15      defendant, and it's TG 0021503

16      through TG 0021505.  And I'll show

17      the Court a copy of it.

18          MR. SPANO:  It's not

19      correct.  It starts at 501.

20          MR. GONZALEZ:  I just don't

21      have it.  I'm happy to use yours.

22          THE COURT:  Give him yours,

23      Frank.  You've got the one.  It's

24      fine.  No. Give the witness it.

Confidential - Subject to Further Confidentiality Review

```
 1          That's the main thing.

 2               MR. SPANO:  I want him to

 3          have a chance to look at it.

 4               MR. GONZALEZ:  Thanks very

 5          much.

 6               Do you want me to mark this

 7          one instead?

 8               MR. SPANO:  Please.

 9               MR. GONZALEZ:  It will be TG

10          21501 to TG 21505.

11     BY MR. GONZALEZ:

12          Q.   The first page is a letter

13     from Leonardo Guzman, office manager of

14     OTC, Oriental Trading Company, to you at

15     Taian Taishan Plasterboard Company dated

16     November 26, 2008.  And on the top it

17     says "U.S. DUN Distributors."  And it's

18     actually notarized.

19               Do you recall receiving that

20     letter?  Do you recall receiving that

21     letter?

22          A.   I don't recall clearly about

23     that.

24          Q.   You previously referenced
```

Confidential - Subject to Further Confidentiality Review

1   the $100,000 that TTP needed to reimburse

2   to Oriental Trading Company.

3            Do you recall that testimony

4   earlier today?

5        A.    Yes.

6        Q.    And you were showing me how

7   you were sending out some quotes on

8   products in an attempt to deal with this

9   $100,000 that TTP owed Oriental Trading?

10  Remember --

11       A.    That's the content of the

12  quotation, not the frame.

13       Q.    Now, this letter, November

14  26, 2008, references the $100,000 that

15  you were discussing before.  Correct?

16       A.    That's what it appears to

17  be.

18       Q.    What it states for reference

19  is the letter to you as Mr. Bill Cher at

20  Taian Taishan Plasterboard Company, Ltd.

21  "Dear Mr. Bill Cher:  According to the

22  information sent by Denise Romano (owner

23  of Oriental Trading Company) please we

24  are formally requesting from you a full

Confidential - Subject to Further Confidentiality Review

```
 1    reimbursement of the ONE HUNDRED THOUSAND

 2    DOLLARS...we transferred several months

 3    ago (May 30th 2007) without using it yet.

 4    Please proceed to," and then they gave

 5    you the bank information, which is Bank

 6    of Wachovia Bank, City:  Miami, Florida,

 7    United States of America.  And it is

 8    signed by Leonardo Guzman, office manager

 9    for OTC, on behalf of United States --

10    U.S. DUN Distributors; is that correct?

11         A.    It is not correct.

12         Q.    It is not correct?  What's

13    not correct about it, sir?

14         A.    Right.  First of all, in

15    2008, I already worked at TG.  And also

16    as Dun Distributor, it had never taken

17    effectiveness.  It is only a document

18    that the customer made himself.

19         Q.    Sir, Dun is requesting

20    $100,000 reimbursement.  Correct?

21              Let me clarify the question.

22    Leonard Guzman as the office manager for

23    OTC on letterhead that states U.S. DUN

24    Distributors is requesting from Taian
```

Confidential - Subject to Further Confidentiality Review

1    Taishan Plasterboard, Attention:  Bill

2    Cher, reimbursement of $100,000.

3    Correct?

4         A.    The request of reimbursement

5    was the fact.  However, the title -- the

6    title of this letter was made by the

7    client.

8         Q.    That's right.  Because on

9    November of 2008, Taian Taishan

10   Plasterboard was no longer in existence.

11   Correct?

12        A.    It had stopped operation.

13        Q.    And at the time you worked

14   for TG.  Correct?

15        A.    Correct.

16        Q.    And if you turn to the next

17   page, you responded to Leonardo Guzman.

18   And at the time, you worked for TG.

19   Correct?

20        A.    May I have the date of this

21   e-mail?

22        Q.    It's a response to an e-mail

23   dated -- a letter dated November 26,

24   2008.  And the notary date is December 1,

Confidential - Subject to Further Confidentiality Review

1    2008.

2              So as of that date, you work

3    for TG.  Correct, sir?

4              MR. SPANO:  Objection to

5         form, to the mischaracterization

6         of this as a response.  There's no

7         basis for that.

8    BY MR. GONZALEZ:

9         Q.    The question is, as of the

10   date of December 1, 2008, you worked for

11   TG?

12        A.    December the 1st, 2008, I

13   was working for TG at the time.

14        Q.    All right, sir.

15              If you turn to the second

16   page of this document and look at a Bates

17   stamp number 21502, you write the

18   following:  "Dear Mr. Guzman, I am glad

19   to receive your information, I have

20   informed you that I will send back your

21   money, but I need your information to do

22   documents for our government, you have

23   send it to me today.  I will make two

24   contracts to you, please sign on them and

Confidential - Subject to Further Confidentiality Review

1   send back to me.  Please confirm the

2   following information.  Bank:  Wachovia

3   Bank, City:  Miami, Florida, United

4   States of America, Account...:  Oriental

5   Trading Company, LLC," and then you have

6   the account number.  And it's signed,

7   "Thanks and best wishes!  yours

8   faithfully," and then your name in

9   Chinese, which is Che Gang.  Correct?

10          A.     The Chinese name, Che Gang,

11   is my name.

12          Q.     And the Bill Cher is your

13   Anglo version.  Correct?

14          A.     It is correct that my

15   English name is Bill Cher, but since this

16   document has neither the title nor the

17   bottom part, if you can for sure confirm

18   that this is the correct document, then

19   that's correct.

20          Q.     Do you recall having sent

21   this letter?

22                 MR. SPANO:  Objection to

23          form.

24                 THE WITNESS:  I don't have a

Confidential - Subject to Further Confidentiality Review

```
1              clear recollection of dates.
2                   THE COURT:  He answered,
3              I'll allow it.
4                   MR. GONZALEZ:  Do you recall
5              -- I'm sorry.
6                   THE WITNESS:  I have already
7              answered.
8                   THE COURT:  Go ahead.
9                   MR. GONZALEZ:  We can break
10             now, Your Honor, if you'd like.
11             It's already past 5:30.
12                  THE COURT:  Why don't we do
13             that.  And we're going to come
14             back at 8:30, folks.
15                  MR. GONZALEZ:  We have to
16             finish him and then one more
17             witness and we're okay.  And I
18             don't have a lot left.
19                  MR. MEUNIER:  Your Honor, I
20             probably have about two hours with
21             this witness.
22                  VIDEOTAPE TECHNICIAN:  This
23             completes --
24                  THE COURT:  Come back at
```

Confidential - Subject to Further Confidentiality Review

```
1          8:30.

2               MR. GONZALEZ:  We're on

3          schedule, Judge.  We'll be okay.

4               THE WITNESS:  How long will

5          that take for me to finish my

6          deposition?

7               MR. GONZALEZ:  Tomorrow.

8               THE WITNESS:  The whole day?

9               MR. GONZALEZ: Your lawyer

10         has to ask questions too.

11              VIDEOTAPE TECHNICIAN:  We're

12         going off the record at 5:33.

13         This ends today's deposition.

14              (Deposition adjourned at

15         approximately 5:33 p.m.)

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1              C E R T I F I C A T E
 2
 3
                    I, ANN MARIE MITCHELL, a
 4      Registered Diplomate Reporter, Certified
        Court Reporter and Notary Public, do
 5      hereby certify that, pursuant to notice,
        the deposition of GANG CHE was duly taken
 6      on January 11, 2012 at 2:29 p.m. before
        me.
 7
 8                  The said GANG CHE was duly
        sworn by The Court according to law to
 9      tell the truth, the whole truth and
        nothing but the truth and thereupon did
10      testify as set forth in the above
        transcript of testimony.  The testimony
11      was taken down stenographically by me.
12
                    I do further certify that
13      the above deposition is full, complete
        and a true record of all the testimony
14      given by the said witness.
15
16
            Ann Marie Mitchell
17          Registered Diplomate Reporter
            Certified Realtime Reporter
18
19
20                  (The foregoing certification
        of this transcript does not apply to any
21      reproduction of the same by any means,
        unless under the direct control and/or
22      supervision of the certifying reporter.)
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1              INSTRUCTIONS TO WITNESS

 2

 3

 4              Please read your deposition

 5    over carefully and make any necessary

 6    corrections.  You should state the reason

 7    in the appropriate space on the errata

 8    sheet for any corrections that are made.

 9

10              After doing so, please sign

11    the errata sheet and date it.  It will be

12    attached to your deposition.

13

14              It is imperative that you

15    return the original errata sheet to the

16    deposing attorney within thirty (30) days

17    of receipt of the deposition transcript

18    by you.  If you fail to do so, the

19    deposition transcript may be deemed to be

20    accurate and may be used in court.

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1                   - - - - - -

                   E R R A T A

 2                   - - - - - -

 3     PAGE   LINE   CHANGE

 4     ____   ____   _____

 5       REASON:   ____  _____

 6     ____   ____   _____

 7       REASON:   ____  _____

 8     ____   ____   _____

 9       REASON:   _____  _____

10     ____   ____   _____

11       REASON:   _____  _____

12     ____   ____   _____

13       REASON:   _____  _____

14     ____   ____   _____

15       REASON:   _____  _____

16     ____   ____   _____

17       REASON:   _____  _____

18     ____   ____   _____

19       REASON:   _____  _____

20     ____   ____   _____

21       REASON:   _____  _____

22     ____   ____   _____

23       REASON:   _____  _____

24
```

1

2          ACKNOWLEDGMENT OF DEPONENT

3

           I,_____, do

4     hereby certify that I have read the
      foregoing pages, 1-124, and that the same

5     is a correct transcription of the answers
      given by me to the questions therein

6     propounded, except for the corrections or
      changes in form or substance, if any,

7     noted in the attached Errata Sheet.

8

      _____

9     GANG CHE                          DATE

10

11

12

13

14

15

      Subscribed and sworn

16    to before me this
      _____ day of _____, 20_____.

17

      My commission expires:_____

18

19    _____

      Notary Public

20

21

22

23

24

Confidential - Subject to Further Confidentiality Review

1                     LAWYER'S NOTES

2      PAGE  LINE

3      _____  _____    _____

4      _____  _____    _____

5      _____  _____    _____

6      _____  _____    _____

7      _____  _____    _____

8      _____  _____    _____

9      _____  _____    _____

10     _____  _____    _____

11     _____  _____    _____

12     _____  _____    _____

13     _____  _____    _____

14     _____  _____    _____

15     _____  _____    _____

16     _____  _____    _____

17     _____  _____    _____

18     _____  _____    _____

19     _____  _____    _____

20     _____  _____    _____

21     _____  _____    _____

22     _____  _____    _____

23     _____  _____    _____

24     _____  _____    _____