# EXHIBIT F



Transcript of the Testimony of:  **Gang Che**

01/12/2012

Chinese Drywall

1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
2

3    ———————————————————        § MDL NO. 2047
     IN RE:                     §
4    CHINESE-                   § SECTION: L
     MANUFACTURED               §
5    DRYWALL PRODUCTS           § JUDGE FALLON
     LIABILITY                  §
6    LITIGATION                 § MAGISTRATE
     ———————————————————        § JUDGE WILKINSON
7
                    -   -   -
8
        CROSS NOTICED IN VARIOUS OTHER ACTIONS
9
                    -   -   -
10
                January 12, 2012
11
                    -   -   -
12
        CONFIDENTIAL - SUBJECT TO FURTHER
13            CONFIDENTIALITY REVIEW
14                  -   -   -
15         Continued videotaped deposition of
     GANG CHE, held at the Executive Centre,
16   Level 3, Three Pacific Place, One Queen's
     Road East, Hong Kong, China, commencing
17   at 8:28 a.m., on the above date, before
     Ann Marie Mitchell, Certified Court
18   Reporter, Registered Diplomate Reporter,
     Certified Realtime Reporter and Notary
19   Public.
                    -   -   -
20
21
22         GOLKOW TECHNOLOGIES, INC.
       877.370.3377 ph | 917.591.5672 fax
23            deps@golkow.com
24

Confidential - Subject to Further Confidentiality Review

```
 1    BEFORE:
 2           HONORABLE ELDON E. FALLON
             UNITED STATES FEDERAL COURT -
 3           EASTERN DISTRICT OF LOUISIANA
 4
 5    APPEARANCES:
 6
      GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 7    & WARSHAUER, L.L.C.
      BY:  GERALD E. MEUNIER, ESQUIRE
 8    2800 Energy Centre
      1100 Poydras Street
 9    New Orleans, Louisiana 70163
      (504) 522-2304
10    gmeunier@gainsben.com
      Representing the Plaintiffs'
11    Steering Committee
12
      HERMAN HERMAN KATZ & COTLAR, LLP
13    BY:  LEONARD A. DAVIS, ESQUIRE
      820 O'Keefe Avenue
14    New Orleans, Louisiana 70113
      (504) 581-4892
15    Ldavis@hhkc.com
      Representing the Plaintiffs'
16    Steering Committee
17
      COLSON HICKS EIDSON
18    BY:  ERVIN GONZALEZ, ESQUIRE
      BY:  PATRICK S. MONTOYA, ESQUIRE
19    255 Alhambra Circle
      Penthouse
20    Coral Gables, Florida 33134
      (305) 476-7400
21    Ervin@colson.com
      Patrick@colson.com
22    Representing Plaintiffs' Steering
      Committee in the Federal and State
23    Coordinated Actions
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2
      LEVIN, FISHBEIN, SEDRAN & BERMAN
 3    BY:  ARNOLD LEVIN, ESQUIRE
      510 Walnut Street - Suite 500
 4    Philadelphia, Pennsylvania 19106
      (215) 592-1500
 5    Alevin@lfsblaw.com
      Representing the Plaintiffs'
 6    Steering Committee
 7
      SEEGER WEISS LLP
 8    BY:  SCOTT A. GEORGE, ESQUIRE
      One William Street
 9    New York, New York 10004
      (212) 584-0700
10    Sgeorge@seegerweiss.com
      Representing the Plaintiffs'
11    Steering Committee
12
      HOGAN LOVELLS US LLP
13    BY:  JOE CYR, ESQUIRE
      BY:  FRANK T. SPANO, ESQUIRE
14    875 Third Avenue
      New York, New York 10022
15    (212) 918-3000
      Joe.cyr@hoganlovells.com
16    frank.spano@hoganlovells.com
      Representing Taishan Gypsum Co.
17    Ltd. and Taian Taishan
      Plasterboard Company Ltd. and the
18    Witness, Gang Che
19
      HOGAN LOVELLS INTERNATIONAL LLP
20    BY:  EUGENE CHEN, ESQUIRE
      18th Floor, Park Place
21    1601 Nanjing Road West
      Shanghai, China 200040
22    (86 21) 6122 3800
      eugene.chen@hoganlovells.com
23    Representing Taishan Gypsum Co.
      Ltd. and Taian Taishan Plasterboard
24    Company Ltd. and the Witness, Gang Che
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2

      GREENBERG TRAURIG, LLP
 3    BY:  HILARIE BASS, ESQUIRE
      1221 Brickell Avenue
 4    Miami, Florida 33131
      (305) 579-0745
 5    bassh@gtlaw.com
      Representing the Home Builders
 6    Steering Committee
 7

      PERKINS COIE LLP
 8    BY:  DAVID L. BLACK, ESQUIRE
      1899 Wynkoop Street
 9    Suite 700
      Denver, Colorado 80202
10    (303) 291-2300
      DBlack@perkinscoie.com
11    Representing the State of Louisiana
12

      THOMPSON COE COUSINS & IRONS, L.L.P.
13    BY:  KEVIN F. RISLEY, ESQUIRE
      One Riverway
14    Suite 1600
      Houston, Texas 77056
15    (713) 403-8210
      krisley@thompsoncoe.com
16    Representing The North River
      Insurance Company
17
18    BRENNER, EVANS & MILLMAN, P.C.
      BY:  THEODORE I. BRENNER, ESQUIRE
19    411 East Franklin Street
      Suite 200
20    Richmond, Virginia 23218
      Tbrenner@beylaw.com
21    (804) 644-1300
      Representing Tobin Trading Company
22
23
24
```

```
 1    APPEARANCES (CONTINUED):
 2

      McKENRY, DANCIGERS, DAWSON &
 3    LAKE, P.C.
      BY:  J. BRIAN SLAUGHTER, ESQUIRE
 4    192 Ballard Court
      Suite 400
 5    Virginia Beach, Virginia 23462
      (757) 461-2500
 6    Jbslaughter@va-law.org
      Representing Atlantic Homes LLC and
 7    Multiple Other Virginia-Based
      Defendants
 8

 9    QUINN EMANUEL URQUHART & SULLIVAN, LLP
      BY:  JANE M. BYRNE, ESQUIRE
10    BY:  JULIA BESKIN, ESQUIRE
      51 Madison Avenue
11    22nd Floor
      New York, New York 10010
12    (212) 849-7000
      Janeburne@quinnemanuel.com
13    Juliabeskin@Quinnemanuel.Com
      Representing Chartis Select Insurance
14    Company and Related Chartis Insurers
15

      WEINBERG, WHEELER, HUDGINS, GUNN &
16    DIAL, LLC
      BY:  MICHAEL SEXTON, ESQUIRE
17    3344 Peachtree Road, NE
      Suite 2400
18    Atlanta, Georgia 30326
      (404) 876-2700
19    msexton@wwhgd.com
      Representing Various Banner
20    Defendants
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1          APPEARANCES (CONTINUED):
 2

            SINNOTT, NUCKOLS & LOGAN, PC
 3          BY:  KENNETH F. HARDT, ESQUIRE
            13811 Village Mill Drive
 4          Midlothian, Virginia 23114
            (804) 378-7600
 5          khardt@snllaw.com
            Representing Venture Supply, Inc. and
 6          Porter-Blaine Corp.
 7

      ALSO PRESENT:
 8

            SUNNY WANG, INTERPRETER
 9
10

                       -  -  -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE:
 2

      HUNTON & WILLIAMS LLP
 3    BY:  A. TODD BROWN, ESQUIRE
      Bank of America Plaza
 4    101 South Tryon Street
      Suite 3500
 5    Charlotte, North Carolina  28280
      (704) 378-4700
 6    Representing Stock Building Supply, LLC
 7
 8    JONES, WALKER, WAECHTER, POITEVENT,
      CARRERE & DENEGRE LLP
 9    BY:  MEGAN E. DONOHUE, ESQUIRE
      600 Jefferson Street, Suite 1600
10    Lafayette, Louisiana 70501
      (337) 262-9062
11    mdonohue@joneswalker.com
      Representing Fireman's Fund Insurance
12    Company
13
      FULMER LEROY ALBEE BAUMANN
14    BY:  MICHAEL P. McCAHILL, ESQUIRE
      2866 East Oakland Park Boulevard
15    Ft. Lauderdale, Florida 33306
      (954) 707-4430
16    mmccahill@fulmerleroy.com
      Representing Independent Builders
17    Supply Association (IBSA)
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM:
 2
      BECNEL LAW FIRM, L.L.C.
 3    BY:  DANIEL E. BECNEL, JR., ESQUIRE
      BY:  ROBERT BECNEL, ESQUIRE
 4    106 W. 7th Street
      Reserve, Louisiana 70084
 5    (985) 536-1186
      dbecnel@becnellaw.com
 6    robbecnel@aol.com
      Representing the Plaintiffs'
 7    Steering Committee
 8
      PARKER WAICHMAN ALONSO LLP
 9    BY:  JORDAN L. CHAIKIN, ESQUIRE
      3301 Bonita Beach Road
10    Bonita Springs, Florida 34134
      (239) 390-1000
11    Jchaikin@yourlaywer.com
      Representing Plaintiffs' Steering
12    Committee
13
      MORGAN & MORGAN
14    BY:  PETE V. ALBANIS, ESQUIRE
      12800 University Drive
15    Suite 600
      Fort Myers, Florida 33907
16    (877) 667-4265
      Representing the Plaintiffs
17
18    IRPINO LAW FIRM
      BY:  ANTHONY IRPINO, ESQUIRE
19    2216 Magazine Street
      New Orleans, Louisiana 70130
20    Airpino@irpinolaw.com
      (504) 525-1500
21    Representing the Plaintiffs
22
23
24
```

```
 1     APPEARANCES VIA STREAM (CONTINUED):
 2
 3     GALLOWAY JOHNSON TOMPKINS BURR and SMITH
       BY:  CARLINA C. EISELEN, ESQUIRE
 4     One Shell Square
       701 Poydras Street, 40th Floor
 5     New Orleans, Louisiana 70139
       (504) 525-6802
 6     ceiselen@gjtbs.com
       Representing Interior/Exterior
 7     Building Supply
 8
       HEARD & MEDACK, P.C.
 9     BY:  JAMES DAVIS, ESQUIRE
       9494 Southwest Freeway, Suite 700
10     Houston, Texas 77074
       (713) 772-6400
11     jdavis@heardmedackpc.com
       Representing CastleRock Communities, L.P.
12
13
       HUNTON & WILLIAMS LLP
14     BY:  A. TODD BROWN, ESQUIRE
       Bank of America Plaza
15     101 South Tryon Street
       Suite 3500
16     Charlotte, North Carolina  28280
       (704) 378-4700
17     tbrown@hunton.com
       Representing Stock Building Supply, LLC
18
19
       SHER GARNER CAHILL RICHTER KLEIN &
20     HILBERT, L.L.C.
       BY:  MATTHEW C. CLARK, ESQUIRE
21     909 Poydras Street
       Suite 2800
22     New Orleans, Louisiana 70112
       (504) 299-2100
23     mclark@shergarner.com
       Representing the Southern Home
24     Defendants
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          BY: CLINTON DOCKERY, ESQUIRE
 4        51 Madison Avenue, 22nd Floor
          New York, New York 10010
 5        (212) 849-7000
          clintondockery@quinnemanuel.com
 6        Representing Chartis Select Insurance
          Company and Related Chartis Insurers
 7
 8        JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE LLP
 9        BY:  MEGAN E. DONOHUE, ESQUIRE
          600 Jefferson Street, Suite 1600
10        Lafayette, Louisiana 70501
          (337) 262-9062
11        mdonohue@joneswalker.com
          Representing Fireman's Fund Insurance
12        Company
13
          PUGH, ACCARDO, HAAS, RADECKER, CAREY
14        & HYMEL LLC
          BY:  DONNA M. YOUNG, ESQUIRE
15        1100 Poydras Street
          Suite 3200
16        New Orleans, Louisiana 70163
          (504) 799-4500
17        dyoung@pugh-law.com
          Representing Stock Building Supply
18
19        DEUTSCH, KERRIGAN & STILES
          BY:  MELISSA M. SWABACKER, ESQUIRE
20        755 Magazine St.
          New Orleans, Louisiana  70130
21        (504) 581-5141
          mswabacker@dkslaw.com
22        Representing Landmark American
          Insurance Company
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):

 2

      WEINBERG, WHEELER, HUDGINS, GUNN &

 3    DIAL, LLC

      BY:  SHUBHRA MASHELKAR, ESQUIRE

 4    3344 Peachtree Road, NE

      Suite 2400

 5    Atlanta, Georgia 30326

      (404) 876-2700

 6    Smashelkar@wwhgd.com

      Representing Various Banner

 7    Defendants

 8                   -  -  -

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1                      -  -  -
 2                  I N D E X
 3                      -  -  -
 4
 5    Testimony of:  GANG CHE
 6      By Mr. Gonzalez              141
        By Mr. Meunier               184
 7      By Mr. Spano                 341
        By Mr. Gonzalez              378
 8      By Mr. Meunier               391
 9
                          -  -  -
10
                  E X H I B I T S
11
                      -  -  -
12
13    NO.                  DESCRIPTION      PAGE
14    Che              E-mail dated        342
      Defendant's-1    8/30/2006, Bates
15                     stamped TG
                       0000575
16
      Che              Tai'an Taishan      356
17    Defendant's-2    Plasterboard Co.,
                       Ltd. Manufacturer
18                     Profile Form
19    Che-7            Re-Notice of Oral   185
                       and Videotaped
20                     Deposition
                       Pursuant to Fed.
21                     R. Civ. P.
                       30(b)(6), 17
22                     pages
23
24
```

| | | | |
|---|---|---|---|
| 1 | Che-8 | E-mail chain, top one dated 8 Nov 2006, Bates stamped TG 0000521 through TG 0000526 | 200 |
| 2 | | | |
| 3 | | | |
| 4 | Che-9 | E-mail dated 1/10/2007, Bates stamped TG 0000628 | 210 |
| 5 | | | |
| 6 | Che-10 | E-mail chain, top one dated 4/18/2007, Bates stamped TG 0000913 and TG 0000914 | 240 |
| 7 | | | |
| 8 | | | |
| | Che-11 | E-mail dated 5/10/2007, Bates stamped TG 0000902 | 246 |
| 9 | | | |
| 10 | | | |
| | Che-12 | E-mail chain, top one dated Dec 19, 2008, Bates stamped TG 0021477 | 252 |
| 11 | | | |
| 12 | | | |
| 13 | Che-13 | E-mail chain, top one dated March 6, 2009, Bates stamped TG 0021470 | 257 |
| 14 | | | |
| 15 | | | |
| | Che-14 | E-mail dated 1/5/2006, Bates stamped TG 0000886 | 262 |
| 16 | | | |
| 17 | | | |
| | Che-15 | E-mail chain, top one dated 1/10/2006, Bates stamped TG 0000907 and TG 0000908 | 264 |
| 18 | | | |
| 19 | | | |
| 20 | Che-16 | E-mail chain, top one dated 7/3/2006, TG 0019383 | 275 |
| 21 | | | |
| 22 | Che-17 | Letter dated 10-31-06, Bates stamped TG 0019376 | 282 |
| 23 | | | |
| 24 | | | |

Confidential - Subject to Further Confidentiality Review

| | | | |
|---|---|---|---|
| 1 | Che-18 | E-mail chain, top one dated 7/10/2006, Bates stamped TG 0000631 and TG 0000633 | 284 |
| 2 | | | |
| 3 | | | |
| | Che-19 | Contract dated 2th Sep. 2006, Bates stamped TG 0021704 and TG 0021705 | 293 |
| 4 | | | |
| 5 | | | |
| 6 | Che-20 | Page of Contract, Bates stamped TG 0021695 | 295 |
| 7 | | | |
| 8 | Che-21 | Contract dated 23rd November 2006, Bates stamped TG 0021696 | 298 |
| 9 | | | |
| 10 | Che-22 | E-mail chain, top one dated November 24, 2006, Bates stamped TG 0021702 and TG 0021698 | 301 |
| 11 | | | |
| 12 | | | |
| | Che-23 | E-mail chain, top one dated 2/16/2007, Bates stamped TG 0000485 | 303 |
| 13 | | | |
| 14 | | | |
| | Che-24 | E-mail chain, top one dated 4/10/2007, Bates stamped TG 0000514 | 307 |
| 15 | | | |
| 16 | | | |
| | Che-25 | E-mail chain, top one dated 4/21/2008, Bates stamped TG 0000843 | 310 |
| 17 | | | |
| 18 | | | |
| | Che-26 | Sales Contract dated 13th Feb. 2007, TG 0019685 through TG 0019687 | 316 |
| 19 | | | |
| 20 | | | |
| 21 | Che-27 | E-mail dated 2/13/2007 and attachment, Bates stamped TG 0019683 and TG 0019684 | 318 |
| 22 | | | |
| 23 | | | |
| 24 | | | |

Confidential - Subject to Further Confidentiality Review

| | | | |
|---|---|---|---|
| 1 | Che-28 | E-mail chain, top one dated 1/28/2007, Bates | 320 |
| 2 | | stamped TG 0019701 | |
| 3 | Che-29 | E-mail dated July 14, | 323 |
| | | 2007, Bates stamped TG | |
| 4 | | 0021997 | |
| 5 | Che-30 | E-mail with date in | 328 |
| | | Chinese, Bates stamped | |
| 6 | | TG 0021469 | |
| 7 | Che-31 | E-mail dated June 7, | 331 |
| | | 2007 with attachment, | |
| 8 | | Bates stamped TG | |
| | | 0021242 and TG 0021243 | |
| 9 | | | |
| | Che-32 | E-mail dated June 20, | 335 |
| 10 | | 2007 with attachment, | |
| | | Bates stamped TG | |
| 11 | | 0021228 through TG | |
| | | 0021232 | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |

Confidential - Subject to Further Confidentiality Review

```
 1                    -   -   -

 2            DEPOSITION SUPPORT INDEX

 3                    -   -   -

 4

       Direction to Witness Not to Answer

 5
                    Page Line

 6

 7

 8

 9

       Request for Production of Documents

10
                    Page Line

11

12

13

14

                    Stipulations

15
                    Page Line

16

17

18

19

20            Question Marked

21            Page Line

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1              VIDEOTAPE TECHNICIAN:  We're
 2         now on the record.  My name is Dan
 3         Lawlor.  I'm the videographer for
 4         Golkow Technologies.
 5              Today's date is January 12,
 6         2012, and the time is 8:28 a.m.
 7         This is a continuation of the
 8         deposition of Che Gang.  Our court
 9         reporter today is Ann Marie
10         Mitchell.  And, Your Honor, you
11         may proceed.
12              THE COURT:  Sir, you're
13         still under oath.
14              You may proceed, Counsel.
15              MR. GONZALEZ:  Yes, Your
16         Honor.
17                   -   -   -
18              EXAMINATION
19                   -   -   -
20    BY MR. GONZALEZ:
21         Q.    Good morning, sir.
22         A.    Good morning.
23         Q.    I'm going to show you what's
24    been marked as Exhibit Number 30 to Mr.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Jia's deposition.  This is a contract for

 2      drywall between the seller, Shandong

 3      Taihe Dongxin, now known as TG, and the

 4      buyer, Venture Supply with an address of

 5      Norfolk, Virginia, for the sale of

 6      100,000 sheets of standard gypsum board.

 7              Were you the seller of this

 8      product to that company?

 9              MR. SPANO:  Objection to

10          form.  According to what I'm

11          reading here, the question said

12          Banner Supply.  I don't think that

13          was intended.

14              MR. EUGENE CHEN:  That's how

15          it was translated as well, or in

16          the translation, Banner Supply.

17              THE COURT:  Did you ask

18          Banner?

19              MR. GONZALEZ:  No, Your

20          Honor, I didn't.

21              THE COURT: Okay.

22              THE INTERPRETER:  Venture

23          Supply?

24              MS. BASS:  It's Venture
```

Confidential - Subject to Further Confidentiality Review

1          Supply.  Thank you.

2                    THE COURT:  Okay.  It's

3          Venture.

4     BY MR. GONZALEZ:

5          Q.    Were you the seller of this

6     product to Venture Supply?

7          A.    I'm sorry, I'm not aware of

8     this transaction.

9          Q.    Can you look at the

10    signature line on the second page.

11                Can you tell us whose

12    signature that is?

13         A.    I believe it's Mr. Fu's.  I

14    don't have a clear view of this, but it

15    should be his.  There is a seal on top of

16    it.

17         Q.    Who is Mr. Fu?

18         A.    The Mr. Fu who came to

19    testify the day before yesterday.

20         Q.    He was a co-employee of

21    yours at TTP at the time of this -- oh,

22    I'm sorry.

23                He was a co-employee of

24    yours at TG, December of 2005?

Confidential - Subject to Further Confidentiality Review

```
1            A.    Yes.
2            Q.    Can you tell us what the
3    language in Chinese is inside of the
4    seal?
5            A.    Shandong Taihe Dongxin
6    Company, Limited.
7            Q.    When you were working for
8    TTP, what was the relationship that TTP
9    had with TG, if any?
10                 MR. SPANO:  Objection to
11           form.
12                 THE COURT:  He said if any.
13           I'll allow it.  Overruled.
14                 THE WITNESS:  What is it?
15           Can you repeat?
16   BY MR. GONZALEZ:
17           Q.    Yes, sir.
18                 When you were working for
19   TTP, what relationship did TTP have with
20   TG, if any?
21           A.    What do you mean by if any?
22           Q.    Do you know the working
23   relationship between TTP and TG at the
24   time that you worked for TTP?
```

Confidential - Subject to Further Confidentiality Review

1          A.     I'm sorry, I'm only a

2    salesperson.  I'm not sure.

3          Q.     If somebody from TG asked

4    you to do something while you were

5    working for TTP, would you do it?

6          A.     If it -- if it is private

7    request between friends, because I used

8    to work for TG.  It depends on what was

9    the circumstance.

10         Q.     So if somebody from TG that

11   you knew would ask you to do something

12   for TG while you worked for TTP, you

13   would do it?

14         A.     I said it depends.

15         Q.     Did someone from T --

16                If a big boss from TG came

17   into TTP to want to fire somebody that

18   worked for TTP, were they able to do it,

19   based on your understanding?

20         A.     It's not what I could

21   understand.

22         Q.     You don't know?  I'm sorry,

23   you don't understand my question or...

24         A.     I meant I don't know.

Confidential - Subject to Further Confidentiality Review

1          Q.     You don't know.

2                 And so I can clarify, if a

3     big boss from TG could walk into TTP and

4     say, this needs to change or that person

5     needs to be fired, would they have the

6     authority to do so, based on your

7     understanding?

8          A.     I don't know.

9          Q.     Did you ever have officials

10    from TG tour the TTP offices and plant,

11    to your knowledge?

12         A.     I didn't pay attention.

13         Q.     Do you recall that ever

14    happening?

15         A.     I don't recall.

16         Q.     How many of your employees

17    at TTP do you recall having positions

18    with both TTP and TG at the same time?

19         A.     I don't know.

20         Q.     When you volunteered to work

21    at TTP, did you volunteer to work -- do

22    you need some water?  Please.

23         A.     Thank you.

24         Q.     Okay.

Confidential - Subject to Further Confidentiality Review

1          When you volunteered to work

2    at TTP at the time that you were working

3    at TG, did you volunteer to go to the

4    sales department or did someone ask you

5    to go to the sales department of TTP?

6          A.    I volunteered to work in the

7    sales department of TTP.

8          Q.    Who did you announce that

9    to?

10          A.    A few of us had a

11    discussion, and then we decided there

12    were bigger development space over there,

13    so we went over there.

14          Q.    My question is, who did you

15    tell?

16          A.    Can you explain, what do you

17    mean, who did I tell?

18          Q.    Let me give you an example.

19    If I were going to volunteer to do

20    something at another company, I would

21    first have to tell my current boss in my

22    company, I'm going to go volunteer to

23    work at that company, and then I would

24    have to go speak to the boss at the new