Confidential - Subject to Further Confidentiality Review

1    company and say, I volunteer to work for

2    your company.

3                    Who did you speak with?

4        A.    At the time I was only a

5    salesperson, a person who was in charge

6    of sales.  I only told Mr. Peng.  And

7    then we went to the other office,

8    expressed our willingness to volunteer

9    work at TTP.  TTP's office, that was.

10        Q.    Who is Mr. Peng?

11        A.    Peng Wenlong.

12        Q.    And Mr. Peng Wenlong also

13    went with you to TTP?

14        A.    Correct.

15        Q.    Who did you speak with at

16    TTP to volunteer?

17        A.    I went to register at TTP's

18    office.

19        Q.    Did you speak with a person?

20        A.    Of course I talked to a

21    person.

22        Q.    Can you tell us who you

23    talked to?

24        A.    I don't recall.

Confidential - Subject to Further Confidentiality Review

1          Q.     Who was the first person you

2    recall speaking with about working at TTP

3    as a salesperson?  For example, if I were

4    you, and you were the person that was

5    going to be in charge of making sure you

6    have a sales staff, I may say, hi, I'm

7    Ervin, I would like to work in your sales

8    department, can you use me.

9               Did you have such a

10   conversation?

11         A.     I don't understand what you

12   mean.

13         Q.     Did you have to apply for

14   the position, or once you volunteered,

15   you had the position?

16         A.     As long as you register at

17   the TTP office, which I mentioned

18   earlier, and they thought it was okay,

19   then it was okay.

20         Q.     So you didn't go through an

21   interview process.  Correct?

22         A.     I don't know whether go to

23   register would be count as interview.

24         Q.     When was your last day at TG

Confidential - Subject to Further Confidentiality Review

```
 1    and when was your first day at TTP?

 2           A.    I don't have a clear

 3    recollection of that.

 4           Q.    Did you change offices,

 5    physical offices?

 6           A.    You mean after I changed my

 7    company?

 8           Q.    Yes.

 9           A.    Yes.

10           Q.    Where did you move from?

11           A.    From TG's office.

12           Q.    Where was it, TG's office,

13    in comparison to the TTP office?

14           A.    Do I need to let you know

15    the details?

16           Q.    Yes, if you know them.

17           A.    TG's office was located in

18    Shandong province, Taian city, Daiyue

19    district, Dawenkou, while TTP's office

20    was located in Shandong province, Taian

21    city, Daiyue district, Dawenkou town,

22    Houzhou village.

23           Q.    And you worked in both

24    places?  First when you worked at TG you
```

Confidential - Subject to Further Confidentiality Review

```
1    worked at the address you just gave me

2    for TG, and when you worked at TTP, you

3    worked at the address for TTP; is that

4    correct?

5           A.    Correct.

6           Q.    I'm going to show you what's

7    been marked as Exhibit 31 to Mr. Jia.  It

8    is an e-mail from Tanader Tang to Wuyu,

9    sdth818@163.com, dated July 27, 2006,

10   Bates stamp number TG 19348 through TG

11   19352.  And it starts with Chinese

12   language for two pages and then continues

13   on to some invoice looking matter.

14                THE INTERPRETER:  Sorry,

15          Counsel, what was your question?

16          The last of the question.

17   BY MR. GONZALEZ:

18          Q.    Yes.

19                Was this e-mail sent to you?

20          A.    Can you give me a moment to

21   take a look?

22          Q.    I'm talking about the first

23   page.  At the top, yes.

24          A.    Do I only look at the first
```

Confidential - Subject to Further Confidentiality Review

1    page?

2            Q.    For right now.

3            A.    Yes.

4            Q.    And is the bottom part in

5    Chinese something that you sent?

6            A.    You mean this page and this

7    page following that page?

8            Q.    If you look at the e-mail on

9    the top it says from Wuyu.  I think it

10   says it.

11               What does it say here in

12   Chinese?  Is that to or --

13           A.    Is this a title of the

14   e-mail?

15           Q.    No.  I'm asking you because

16   I don't understand Chinese.

17               What does this say?

18           A.    Sender.

19           Q.    Sender.

20               And is that you, the sender?

21           A.    The sender's e-mail address

22   is mine.

23           Q.    And you sent it to whom?

24               THE INTERPRETER:  I'm sorry,

Confidential - Subject to Further Confidentiality Review

1              what did you say?

2      BY MR. GONZALEZ:

3              Q.     To whom did you send it?

4              A.     The person who received the

5      e-mail.

6              Q.     Is that Tanader Tang?

7              A.     It says this.

8              Q.     Is this Tanader Tang?

9              A.     A Manager Tang.

10             Q.     And the subject is "Taihe:

11     Drywall"; is that correct?

12                    MR. SPANO:  Object to the

13             form of the question.  It

14             mischaracterizes the document,

15             which is a reply to an e-mail that

16             had that subject line.

17                    THE COURT:  Okay.  Yeah.

18             Let's clarify that, Ervin.

19     BY MR. GONZALEZ:

20             Q.     I'm referring to the very

21     top where it says "re."

22                    The "re" says "Taihe:

23     Drywall"; is that correct?

24             A.     Do I need to answer a

Confidential - Subject to Further Confidentiality Review

1    question?

2             Q.    Yes.

3                   Is it correct that it's

4    referring to Taihe drywall?

5             A.    I'm sorry, "re" is reply,

6    which means I did not come up with the

7    subject.

8             Q.    Sir, here's my question.

9                   What does this say in

10   Chinese?

11            A.    Subject.

12            Q.    And the subject is "Taihe:

13   Drywall."  And "060727" is what it says;

14   is that correct?

15            A.    If you read it this way,

16   that's the way it is.  But what I've been

17   trying to tell you is this is the reply

18   of the e-mail prior to that.  It is not

19   the subject that I came up with.

20            Q.    You wrote this e-mail.

21   Correct, sir?

22            A.    The e-mail below that was

23   written by me.

24            Q.    In Chinese?

Confidential - Subject to Further Confidentiality Review

1          A.     Correct.

2          Q.     With some Western language.

3    Correct?

4          A.     You can say that, because

5    some of those cannot be expressed in

6    Chinese.  I had to write it that way.

7          Q.     Tell us what the first

8    sentence says, this one here?

9          A.     Hello.  E-mail received.

10   First of all, here's a reply, according

11   to your request.

12         Q.     And what was the reply?

13         A.     The reply is the reply to

14   the prior e-mail that was sent to me.

15         Q.     What does the next sentence

16   say?  It starts with "2440" star "1220"

17   star "12.7" millimeter star, Chinese

18   language.  What does that say?

19         A.     It says:  Specification,

20   ordinary paper-faced gypsum board, manual

21   tray mixed packing, 40 inches -- 40 feet

22   oversized height.  Container that can

23   contain 960 pieces.  FOB Qingdao port.

24   Price USD 2.65 per piece.

Confidential - Subject to Further Confidentiality Review

1          Q.    And then the last sentence

2     on the next page at Bates stamp number

3     19349, what does that say?

4          A.    The above information is for

5     reference.  I look forward to your reply.

6          Q.    And it's signed by?

7          A.    Che Gang.

8          Q.    You?

9          A.    Yes.

10         Q.    And then the next page,

11    Bates stamp number 19350, this is the

12    e-mail that you were responding to.

13    Correct?

14         A.    I don't understand.

15         Q.    This e-mail, you were -- the

16    Chinese language e-mail that we just read

17    was a response to that.  Correct?

18         A.    I'll have to take a look.

19               From what appears here, that

20    should be the case.

21         Q.    And if you look at the

22    e-mail below that one that starts from

23    Tanader Tang, sent Friday, July 21, 2006,

24    to sdth818@163.com, wuyu374@126.com, that

Confidential - Subject to Further Confidentiality Review

1    is also an e-mail that was sent to you.

2    Correct?

3          A.    Correct.

4          Q.    And this is referring to

5    drywall that is going to be sent from

6    your company to Fort Lauderdale, Florida.

7    Right, sir?

8                MR. SPANO:  Objection to

9          form.  Completely mischaracterizes

10         the document, no foundation.

11               THE COURT:  Let's ask him

12         what is it then.

13   BY MR. GONZALEZ:

14         Q.    This is an e-mail to you.

15   Correct, sir?

16         A.    This one?

17         Q.    Yes.

18         A.    Yes.

19         Q.    You received it on or about

20   July 21, 2006.  Correct?

21         A.    That's what appears.

22         Q.    And in this e-mail, they

23   were asking you information to move

24   forward on a big development.  And I'll

Confidential - Subject to Further Confidentiality Review

```
 1    have the interpreter read the first

 2    sentence which states, "How are you now?

 3    Trust everything is getting well."  And

 4    the next two sentences, "Glad to inform

 5    you that our project has a big

 6    development now.  Now, we shall move

 7    forward drywall case."  Next sentence,

 8    "But we need to get your confirmation on

 9    the price at first."  Final sentence,

10    "Would you please give us your support on

11    this...earlier time?  Thanks."

12                Then there's a grid that

13    follows that goes into the next page with

14    the dimensions for the drywall requested,

15    estimated shipment costs from Qingdao to

16    Port Everglades in Fort Lauderdale,

17    Florida and the number of pieces that are

18    requested.

19                This e-mail was sent to you

20    at or about the time so indicated.

21    Correct?

22          A.    That's what appears to be.

23          Q.    And it's requesting pieces

24    of drywall, 640 normal.  Correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.    Hmm.

 2                THE COURT:  Is that a yes?

 3                THE WITNESS:  Yes, yes.

 4   BY MR. GONZALEZ:

 5          Q.    640 pieces of fire

 6   retardant.  Correct?

 7          A.    Does it mean fireproof?

 8          Q.    Yes.

 9          A.    Yes.

10          Q.    510 pieces of waterproof?

11          A.    Correct.

12          Q.    And they were --

13                The dimensions were 4 feet

14   by 12 feet by half inch.  Correct?

15          A.    Yes.

16          Q.    Going on to the next page,

17   it also requests 460 pieces of normal

18   drywall?

19          A.    Yes.

20          Q.    And 460 pieces of fire

21   retardant drywall.  Correct?

22          A.    Yes.

23          Q.    And the Chinese e-mail that

24   you sent, the e-mail in Chinese language
```

Confidential - Subject to Further Confidentiality Review

```
 1    that you sent, was in response to that
 2    request?
 3            A.    From what it says here, it
 4    looks like the specification that I
 5    provided was a little too much.  I'm not
 6    sure.  It was not in accordance with the
 7    request of the customer, so I'm not sure
 8    whether this e-mail was a response to the
 9    other e-mail.
10            Q.    You were writing to --
11            A.    Because here and there are
12    not the same.
13            Q.    You were writing to Tanader
14    Tang.  Correct?  In Chinese language?
15            A.    To Manager Tang.
16            Q.    And you sent your e-mail on
17    or about July the 27th, 2006?
18            A.    Correct.  That's what
19    appears to be.
20            Q.    And the "re" is "Taihe:
21    Drywall-060727."  Correct?
22            A.    Correct.
23            Q.    What does that number mean,
24    060727?
```

Confidential - Subject to Further Confidentiality Review

```
1              A.     I'll have to ask the
2       customer.
3              Q.     Does it mean anything --
4              A.     Because he wrote it.
5              Q.     Is it an internal number to
6       you or to the customer?
7              A.     This is e-mail that's sent
8       to me by my customer.  I only replied to
9       the subject that was sent to me.
10             Q.     That's my question.
11                    Is the number, is that a
12      reference that the customer uses or a
13      reference that your business uses?
14             A.     The customer's.
15             Q.     Did you have an ongoing
16      relationship with Tang?
17             A.     No.
18             Q.     Do you remember having done
19      business with Tang?
20             A.     I don't remember.
21             Q.     Do you recall this
22      transaction at all, the one you're
23      referring to right now?  Other than
24      reviewing these documents, do you have an
```

Confidential - Subject to Further Confidentiality Review

1    independent recollection of that

2    transaction?

3                    MR. SPANO:  Objection to

4            form, no foundation there was a

5            transaction.

6                    THE COURT:  Let's clear that

7            up.

8                    MR. GONZALEZ:  That's what I

9            asked him.

10   BY MR. GONZALEZ:

11           Q.    Do you have independent

12   recollection of this transaction, outside

13   of the form?

14           A.    I don't really remember.

15           Q.    Would you say you're a

16   person with a good memory or a bad

17   memory?

18           A.    I think I'm an ordinary

19   person.

20           Q.    Ordinary?  Normal memory?

21           A.    Very ordinary.

22           Q.    Some people have very good

23   memory, some people have very bad memory.

24                    You think yours is just

Confidential - Subject to Further Confidentiality Review

```
 1    normal?

 2            A.    You have to perform a test

 3    on me.  I don't quite get you.

 4            Q.    I won't do that, sir.

 5                  I'd like to show you what's

 6    been marked as Exhibit Number 32 to Mr.

 7    Jia and Number 8 to Mr. Peng's

 8    depositions.  It's Bates stamp number TG

 9    19381 through TG 19382.

10                  The very top is from Grace

11    Wei to SDTH818.

12                  That's you.  Right, sir,

13    SDTH818?

14            A.    That's my e-mail address.

15            Q.    It's dated August 2, 2006.

16                  At that time you were

17    working for TTP.  Correct?

18            A.    Correct.

19            Q.    Can you please tell us what

20    you wrote in Chinese to Grace Wei on or

21    about August the 2nd, 2006?

22            A.    This is an e-mail sent to me

23    by Ms. Wei, not the other way around.

24            Q.    I apologize.  You're
```

Confidential - Subject to Further Confidentiality Review

```
 1    correct.
 2              Can you please tell us what
 3    Ms. Grace wrote to you in Chinese?
 4         A.    Do you want me to read it
 5    for you?
 6         Q.    Verbatim, please.
 7         A.    Okay.
 8              Manager Che, Manager Peng,
 9    hello.  Please look at below customer's
10    e-mail.  They requested you to write
11    verification using the letterhead of your
12    company's and to have your boss sign and
13    seal.  And also he said it is best that
14    if you could list one or two of the
15    American companies' name who bought
16    gypsum board from your company.  That
17    will be a powerful verification to verify
18    that our product has no quality problem.
19    Thank you.  Wei, Dongling.
20         Q.    The certification that was
21    requested included the language that was
22    set forth in the e-mail below, which is
23    written in English.  And it states, and
24    I'll ask a question after that, "Shandong
```

Confidential - Subject to Further Confidentiality Review

```
 1    Taihe Dongxin...Gypsum board that is in
 2    the 12 containers (listed below) that
 3    were shipped last week are made to ASTM
 4    C-1396 standards and it is the best
 5    quality gypsum board that Taihe makes and
 6    is the same quality that Taihe sends to
 7    other customers in the United States.
 8    Shandong Taihe Dongxin Co. stands 100%
 9    behind our gypsum board and if any
10    quality problems were detected with" the
11    "gypsum board Taihe will replace the
12    board at no cost to the customer."
13              Was such a certification
14    provided as requested by Ms. Grace Wei to
15    you and Mr. Peng?
16         A.    No.   This is something sent
17    to me by the customer.
18         Q.    Yes.   She's asking you to do
19    something that -- to give her client the
20    language that she put below.
21              Did you do so?
22         A.    That's request of customer.
23         Q.    Did you comply with the
24    request?
```

Confidential - Subject to Further Confidentiality Review

```
 1            A.    But in my recollection, I
 2   did not provide such document.
 3            Q.    Did Mr. Peng Wenlong provide
 4   such documents?
 5            A.    You have to ask Mr. Peng.
 6            Q.    Do you know if the manager
 7   or the supervisor that she was requesting
 8   sign the letter did so?
 9            A.    As far as I can remember,
10   no.
11            Q.    Do you know Grace Wei?
12            A.    Yes.
13            Q.    Who is she?
14            A.    A female comrade in China.
15            Q.    Where did she work?  At the
16   time of the e-mail, where did she work?
17            A.    As far as my personal
18   understanding is, because she had never
19   specified that, she should be freelance
20   trader, because she goes everywhere to
21   help out, to introduce her customers to
22   some company, and in return, to get
23   commission or the price difference.
24            Q.    At the time of this e-mail
```

Confidential - Subject to Further Confidentiality Review

 1      in 2006, did Ms. Grace Wei have a working

 2      relationship with TTP?

 3              A.    Can you repeat that?

 4              Q.    Yes.

 5                    At the time of this e-mail

 6      in August of 2006, did Ms. Grace Wei have

 7      a working relationship with TTP?

 8              A.    She's also a freelancer.

 9      She's not our employee.

10              Q.    Did she work with your

11      company as a freelancer?

12              A.    That depends on how you

13      define work relationship.

14              Q.    Did she introduce customers

15      to your company for the purchase of

16      goods?

17              A.    Yes.

18              Q.    And she was one of other

19      freelancers that your company worked with

20      at the time to introduce customers for

21      the sale of goods.  Correct?

22              A.    If you ask me on the spot, I

23      really can't remember.  But if you give

24      me an example, that may refresh my

Confidential - Subject to Further Confidentiality Review

1    memory.  But I'm sure she is.

2              Q.    Let's use this one with Ms.

3    Wei.

4              You understood that Ms. Wei

5    was referring to customers in the United

6    States that were purchasing your product.

7    Correct?

8              A.    Ms. Wei only introduced to

9    us a customer.  She claimed that the

10    customer was in the United States.  But

11    that's not something we would pay

12    attention to.  I did not verify either.

13             Q.    Well, here she's asking for

14    very specific information regarding

15    matters in the United States, isn't she?

16             A.    Who requested that?

17             Q.    Ms. Grace Wei was asking you

18    to provide a certification that boards

19    that were shipped to the United States

20    met the American Society of Testing and

21    Materials, ASTM, C-1396.  Correct?

22             A.    From what appears on the

23    e-mail, that was her request.

24             Q.    She was also requesting a

Confidential - Subject to Further Confidentiality Review

1    certification from a supervisor at TTP

2    that the drywall that had been sent in

3    the 12 containers listed below was of the

4    same high quality as the drywall that

5    Taihe had sent to other customers in the

6    United States?

7         A.    First of all, this is an

8    e-mail sent to us by the customer.  She

9    asked us to provide that to her.

10   However, in my recollection, we did not

11   provide such document.

12        Q.    Did she also work as a

13   freelance person with TG?

14        A.    I think she is a freelancer

15   to any company, unless as she claims that

16   she has her own company, because we have

17   never verified her identification.

18        Q.    To your knowledge, did she

19   work with you when you were at TG?  I

20   don't mean as a co-employee.  I mean her

21   as a freelance person and you as a

22   salesperson for TG.

23        A.    I don't recall.  I don't

24   remember.

Confidential - Subject to Further Confidentiality Review

1          Q.    Does she still work with you

2     as a freelancer and you as a salesperson

3     now at TG?

4          A.    No.  We have not been

5     contacting with this person for a long

6     time, for either company.

7          Q.    Do you know if the drywall

8     that was manufactured by TTP in 2007 and

9     2008 came from the Luneng mine in China?

10               MR. SPANO:  Objection, form.

11               THE COURT:  Why don't you

12          ask which mine.  Sustained.  Why

13          don't you ask first which mine and

14          then we'll pursue it.

15               I'll let him do that.  I'll

16          overrule the objection.  Go ahead.

17               MR. GONZALEZ:  I had

18          referenced it to Luneng mine, I

19          believe, Your Honor.  I'll rephase

20          it, just so we're clear.  I may

21          have muttered it.

22     BY MR. GONZALEZ:

23          Q.    Do you know if the drywall

24     that was manufactured by TTP in 2008 came

Confidential - Subject to Further Confidentiality Review

1      from materials from the Luneng mine?

2                  MR. SPANO:  Objection to

3            form, lack of foundation.

4                  THE INTERPRETER:  Is that a

5            Chinese name, Luneng mine?

6                  MR. GONZALEZ:  L-U-N-E-N-G,

7            L-U-N-E-N-G, Luneng mine.

8                  THE COURT:  I'll overrule

9            the objection.

10                 Let him answer if he can.

11           You may answer.

12                 THE INTERPRETER:  The

13           interpreter doesn't find this word

14           in the dictionary.  Is that a

15           Chinese word?

16                 MR. GONZALEZ:  It's a

17           location.

18                 MR. EUGENE CHEN:  Right.

19           It's a name.  It's a proper name,

20           Luneng.

21                 THE INTERPRETER:  Luneng?

22                 MR. CHEN:  Yes.

23                 THE WITNESS:  Repeat your

24           question, please.

Confidential - Subject to Further Confidentiality Review

1    BY MR. GONZALEZ:

2           Q.    Yes.

3                 Do you know if the drywall

4    that was produced by TTP during the years

5    of 2000 and 2008 were made with raw

6    materials that were mined from the Luneng

7    mine, 2007 and 2008?

8           A.    I think there is a problem

9    with the time period.  You said 2000?

10   2000 there was no TTP yet.

11          Q.    2007 through 2008.

12          A.    In the year 2008, isn't it

13   that TTP has stopped its operation?

14          Q.    Yes, sir.

15                From 2006 -- let's do it

16   year by year.

17                And with reference to TTP,

18   and it's in 2006, do you know if the

19   materials used to make drywall at TTP

20   came from the Luneng mine in that year?

21          A.    I'm only a salesperson, not

22   a supplier.  I don't know.

23          Q.    You do not know?

24          A.    Correct.