Confidential - Subject to Further Confidentiality Review

```
 1    referring to?

 2           Q.    Any bar code.

 3                 If you go to a store and the

 4    cashier slides the bar code --

 5           A.    Do you mean the sealing tape

 6    of the gypsum board?

 7           Q.    No.  I have been talking

 8    about a bar code.

 9                 Do you know what that is?

10           A.    I'm sorry.

11           Q.    I'm showing you a Coca-Cola

12    Zero can.

13                 Do you see the bar code on

14    this can?  It's in the shape of a bottle.

15           A.    This is called bar code?

16           Q.    Yes, sir.

17                 It is slid by the cashier

18    across a machine at the time of purchase.

19    Correct?  You know what bar codes are

20    used for?

21           A.    No.  Because in China, we

22    don't have this.  I thought it's a

23    pattern.  I really don't know what is

24    that for.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.     Perhaps you didn't
 2   understand my earlier question.  We'll
 3   leave this area, but I want to be clear
 4   for the record.
 5                 Did you agree at the request
 6   of Mr. Gonima during his visit to the
 7   factory that your company could print
 8   Oriental Trading's bar code on the
 9   drywall that you were manufacturing for
10   that company?
11          A.     I'd like to repeat.  The
12   customer, Mr. Irvine, designed a pattern.
13   My understanding is that it's only a
14   pattern.  I don't understand what you
15   said about that.  He requested us to put
16   the pattern on the product he was going
17   to purchase from us.  I complied with the
18   customer's request and put it there,
19   because he promised that he would buy big
20   volume of our products.  But in fact, he
21   bragged about it.
22          Q.     After you signed the sole
23   agency agreement of October 20, 2006 with
24   Oriental Trading, which is Che Number 1,
```

Confidential - Subject to Further Confidentiality Review

```
 1      you sent Mr. Gonima prices for different

 2      sizes and shipping costs of gypsum board.

 3                  Is that true?

 4           A.     Can I take a look at the

 5      document?  Where is the exhibit?

 6           Q.     I'm showing you documents

 7      that are Bates numbered TG 521 through

 8      526, which I'll mark as Che Number 8.

 9                          -   -   -

10                  (Deposition Exhibit No.

11                  Che-8, E-mail chain, top one dated

12                  8 Nov 2006, Bates stamped TG

13                  0000521 through TG 0000526, was

14                  marked for identification.)

15                          -   -   -

16      BY MR. MEUNIER:

17           Q.     Please refer to the e-mail

18      from you that begins at the bottom of the

19      page marked 522 and concludes on the page

20      marked 525.

21           A.     This is the beginning?

22           Q.     Yes.  Bottom of 522.

23           A.     So this is the beginning and

24      up to here?
```

Confidential - Subject to Further Confidentiality Review

1        Q.    Yes.

2        A.    What's your question?

3        Q.    You sent this e-mail of

4   November 6, 2006 to Mr. Gonima after the

5   sole agency agreement was signed and

6   provided him with shipping costs for

7   various sizes of gypsum board.  Is that

8   true?

9        A.    Where is it?

10       Q.    Did you provide him with

11  pricing information for drywall?

12       A.    Isn't it FOB Qingdao Chinese

13  port price?

14       Q.    You gave him prices per

15  sheet for shipping from China.  Is that

16  true?

17       A.    FOB is to deliver in China.

18       Q.    So these prices were what it

19  would cost him to get the drywall from a

20  factory to the Qingdao port?

21       A.    Which is to say that I

22  deliver the goods to the customer in

23  Qingdao port or to the shipping agency

24  that he had entrusted with.  The shipping

Confidential - Subject to Further Confidentiality Review

1    agency that the customer had entrusted.

2         Q.    Now, please look at Mr.

3    Gonima's reply e-mail of November 8,

4    2006, beginning on the bottom of 521 and

5    concluding at 522.

6         A.    This one?

7         Q.    Yes.

8         A.    Where does it start?

9         Q.    Bottom of 521.

10        A.    I know that.

11        Q.    To the middle of 522.

12        A.    But the title of the e-mail

13   like this one, like this one, like who

14   sent it and what's the date?  Where is

15   that part, like this one?

16        Q.    Mr. Che, the e-mail I'm

17   referring to indicates that it is from

18   ivangonima@orientaltradingusa.com.  Is

19   that true?

20        A.    I can't confirm that because

21   you don't have the start, starting part.

22        Q.    Mr. Che, do you deny getting

23   this e-mail?

24        A.    You should provide me the

Confidential - Subject to Further Confidentiality Review

1    complete information so I can see who

2    sent it to who, the complete information.

3    But you're providing me with incomplete

4    information, so it doesn't really help me

5    to refresh my memory.

6          Q.    Mr. Che, these are your

7    company records produced to us.

8                Do you deny getting this

9    e-mail?

10         A.    I'm not saying that I deny,

11   but I want to see a complete document.

12         Q.    It's the most complete

13   document your company has given us, sir.

14               Did Mr. Gonima in this

15   e-mail to you ask you to give him freight

16   costs for Miami and other cities in the

17   United States?

18         A.    Can you translate the

19   content of the e-mail for me?

20         Q.    Paragraph 2 from Mr.

21   Gonima's e-mail to you on 522.  "Could

22   you quote me the actual freight cost for

23   a 40" foot "FLC from Qingdao to Miami,"

24   Florida, "New York," New York, "Los

Confidential - Subject to Further Confidentiality Review

```
 1    Angeles," California "and Orlando,"

 2    Florida.  "(In this case it would include

 3    land freight too from Miami to Orlando)?"

 4              He asked you for that

 5    information, did he not?

 6         A.    First of all, if Mr. Judge

 7    believes the information you're providing

 8    to me is complete from the e-mail, I can

 9    only see that a customer requested us to

10    help him for -- to find out the shipping

11    cost to these destinations.

12              THE INTERPRETER:

13         Interpreter clarification.

14              THE WITNESS:  For us, it

15         doesn't matter what were the

16         destinations they wanted us to ask

17         for, to China or to Hong Kong.  We

18         were only trying to help the

19         customer.  The final operation was

20         FOB in Chinese port.  The

21         decisions had always been made by

22         the customers.  This is only out

23         of politeness.

24    BY MR. MEUNIER:
```

Confidential - Subject to Further Confidentiality Review

1            Q.     In the next paragraph, Mr.

2    Gonima mentioned that Jorge told him you

3    already had a distributor for one of your

4    brands in the New York area, and Mr.

5    Gonima asked if it would be possible to

6    have that company name and phone number.

7                  Please now refer to your

8    reply e-mail, which is at the top of TG

9    521, dated November 8, 2006, addressed to

10   Mr. Ivan Gonima.

11                 Please refer to the second

12   paragraph in which you said, "About the

13   information" --

14           A.     Wait a minute.  So is this

15   the beginning part of this e-mail?  So

16   that's me and this is Irvine.  This is

17   November the 8th, 2006.  Is that the one

18   you're referring to?  Is that the e-mail

19   you're referring to?

20           Q.     Yes, Mr. Che.

21           A.     Yes.  Please ask the

22   question.

23           Q.     In the second paragraph you

24   stated, "About the information about our

Confidential - Subject to Further Confidentiality Review

```
 1    client in New York, I will ask him if he

 2    is willing to let me tell you that.  Then

 3    I will reply" to "you!"

 4                    So you agree you had told

 5    Jorge and Ivan that you had a customer or

 6    client in New York when they visited the

 7    factory.  True?

 8            A.     This is only a marketing

 9    strategy.

10            Q.     Were you lying to Mr. Gonima

11    and to Mr. Arevalo when you told them you

12    had a customer or client in New York?

13            A.     It's not a lie.

14            Q.     Was it the truth?

15            A.     It's a strategy, a way to

16    sale -- for sales.

17            Q.     Was it the truth?

18            A.     How should I explain it to

19    you?  When I communicated with the client

20    regarding this information, the purpose

21    was for me to have a higher price to sell

22    my products to the client.  That's all.

23    It's only the way of sales and strategy

24    of marketing.  It could be a presumption.
```

Confidential - Subject to Further Confidentiality Review

1          Q.     So in order to do business

2     with these customers in the United

3     States, you used the strategy of lying?

4          A.     I don't like the word "lie."

5          Q.     In order to do business with

6     these customers in the United States, you

7     used the strategy of exaggerating?

8          A.     The strategy can be applied

9     to any customer.  Maybe the customer is

10    in China, maybe a customer in a project.

11    It could be applied to anyone.

12               THE COURT:  Ask whether he

13         had a customer.

14    BY MR. MEUNIER:

15         Q.     Did you or did you not have

16    a client in New York as stated in this

17    e-mail to Ivan Gonima on November 8,

18    2006?

19         A.     In my memory, it seems a

20    customer told us that they would want to

21    ship the goods to that place.  But as

22    whether they actually shipped it or not,

23    I'm not sure.  I've never been to

24    America.

Confidential - Subject to Further Confidentiality Review

```
 1            Q.    So you did have a client who
 2    told you he would ship and use your
 3    product in New York?
 4                  MR. SPANO:  Objection,
 5            compound.
 6                  MR. MEUNIER:  I'll break it
 7            down.
 8    BY MR. MEUNIER:
 9            Q.    So you did have a client who
10    told you that he would ship your product
11    to New York?
12            A.    A customer mentioned that to
13    us, saying that they would want to ship
14    the stuff to New York, but it was the
15    client's decision on their final
16    operation.  I did not verify.  All we did
17    was to receive the payment from the
18    customer, and we deliver inside China in
19    Chinese port.
20            Q.    Who was the customer who
21    said he would ship your product to New
22    York?
23            A.    I don't recall.
24            Q.    You then told Mr. Gonima in
```

Confidential - Subject to Further Confidentiality Review

```
 1    your November 8, 2006 e-mail that the

 2    ocean freight of the 40 GP to Miami was

 3    $3,400.  Correct?

 4            A.    Where is it?

 5            Q.    The next sentence after the

 6    statement about the client in New York.

 7            A.    This is to help the client

 8    to find out the shipping cost upon the

 9    customer's request.

10            Q.    But that was the cost to

11    ship the drywall from Qingdao to Miami,

12    Florida in the United States.  True?

13            A.    That's not what it reflects

14    here, but that's what I believe.  But it

15    doesn't reflect here.  It doesn't say

16    from where to where.  It doesn't say from

17    where, but it does say to where.

18            Q.    And you found out the cost

19    of shipping your drywall to Miami,

20    Florida in the United States.  True?

21            A.    This is ocean shipping cost

22    that I have found out for the client to

23    Florida, Miami.

24            Q.    Mr. Che, I show you an
```

Confidential - Subject to Further Confidentiality Review

1    e-mail of January 10, 2007 from Ivan

2    Gonima to you marked as Che Number 9.

3                         -  -  -

4                    (Deposition Exhibit No.

5    Che-9, E-mail dated 1/10/2007,

6    Bates stamped TG 0000628, was

7    marked for identification.)

8                         -  -  -

9                    MR. SPANO:  What's the

10   Bates, please?

11                   MR. MEUNIER:  Oh, I'm sorry,

12   Bates 628, TG 628.

13   BY MR. MEUNIER:

14        Q.    In the second paragraph of

15   this e-mail, Mr. Gonima says, "The test

16   reports Jorge brought with him when he

17   met with you in China are almost 90% in

18   Chinese.  Several customers have asked

19   for" these -- "for those reports but as

20   you can understand they want to see them

21   in English."

22                   What test reports is Mr.

23   Gonima referring to?

24        A.    I don't recall.  It is not

Confidential - Subject to Further Confidentiality Review

1    specified here.

2          Q.    In the next paragraph, Mr.

3    Gonima states, "Basically we need test

4    reports supporting that all test required

5    by American Codes & Standards are

6    passed."

7                Do you know what test

8    reports he refers to?

9          A.    I don't recall, but from

10   here, I can't confirm.

11         Q.    Is it true that both TG and

12   TTP would furnish drywall that met ASTM

13   standards if requested by the customer?

14         A.    Can you repeat that?

15         Q.    Is it true that both TG and

16   TTP would provide drywall that met the

17   standards of the ASTM if requested by the

18   customer?

19         A.    From here, I can't really

20   see which test report did the customer

21   request.  So I can't really guess -- I

22   can't really guess for you.

23         Q.    That does not answer my

24   question, sir.

Confidential - Subject to Further Confidentiality Review

1           My question is whether TG

2     and TTP would agree to provide drywall

3     that met ASTM standards if requested by

4     the customer?

5           A.    This is only a test.  Right?

6     We used to have something like that at

7     TTP.  I believe this in TTP has been too

8     long.  I don't quite remember.  There

9     should be a test report regarding this in

10    TTP.  But I don't remember where did it

11    come from, because I'm only a

12    salesperson.

13          Q.    You know that ASTM stands

14    for the American Society for Testing and

15    Materials?

16          A.    I'm only notified of that

17    during these few days of preparing for

18    the deposition.  I only knew it by ASTM

19    before.  I only knew that it was a test

20    for the purpose of testing reports.  I

21    don't really know too much about these

22    details.

23          Q.    Have you now had the

24    opportunity to read the transcription of

Confidential - Subject to Further Confidentiality Review

1    the instant message conversations between

2    you and Mr. Gonima that was marked as Che

3    Number 5 at yesterday's deposition?

4            A.    The gentleman showed me that

5    information yesterday in here.

6            Q.    Have you now had an

7    opportunity to read the document?

8            A.    My English is not very good.

9    I can't read it myself, and I don't have

10   time for it.

11           Q.    Has it been read to you in

12   Chinese?

13           A.    No.

14           Q.    But when you typed your part

15   of those instant message conversations

16   with Mr. Gonima, you typed them in

17   English, did you not?

18           A.    Like I told the gentleman

19   over there yesterday.

20                 Were you here yesterday?

21           Q.    Yes.

22           A.    Okay, thank you.

23           Q.    So you typed them in

24   English?

Confidential - Subject to Further Confidentiality Review

1          A.     Like I said, I'm not sure.

2     Do I need to explain again?

3          Q.     Did you type your part of

4     those instant message conversations in

5     English?

6                 MR. SPANO:  Do you want me

7          to show him?

8                 MR. MEUNIER:  Please.

9                 THE WITNESS:  I had already

10          explained to you yesterday, MSN is

11          not an e-mail account.  After I

12          typed the message in my e-mail

13          account, I will sign off, but MSN

14          has always been online.  And the

15          computer was in my office.  It is

16          possible that he send me a

17          message, however, I replied to him

18          afterwards, after a long time.  It

19          is also possible that I was not in

20          the office and a colleague saw

21          that a customer was sending a

22          message, and then the colleague of

23          mine would be sitting there and

24          chat with the customer.  So I'm

Confidential - Subject to Further Confidentiality Review

```
 1          not sure.  A booklet like this, in

 2          order for me to be able to read it

 3          understandably, it will take me

 4          about a month.

 5   BY MR. MEUNIER:

 6          Q.    Is it true that when you

 7   offered to give Mr. Gonima the lowest

 8   possible prices for drywall in order to

 9   set up a long-term business relationship,

10   you learned from him that American

11   drywall manufacturers were lowering their

12   prices?

13          A.    Where is it?

14          Q.    Please refer to page 2 of

15   Exhibit Che Number 1.  Is it 1?

16              MR. SPANO:  I think it's 5.

17              MR. MEUNIER:  Or Che-5, I'm

18          sorry.

19   BY MR. MEUNIER:

20          Q.    And I will --

21          A.    Which line are you referring

22   to?

23          Q.    I will begin with the entry

24   on February 7, 2007 at 12:55:36 a.m.
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.    There is no 36.

 2          Q.    No.  Bottom of page 2.

 3          A.    There is 26.  26.  Right?

 4   12:51:26?

 5          Q.    No.  12:55:36.

 6          A.    Oh, 55.  Got it.

 7          Q.    I will read the portion I'm

 8   interested in for the record, and you

 9   will hear it from the translator.

10               Ivan.  "Please do not forget

11   if possible to send me a scale price

12   list.  Let's say from 0 to 15,000; from

13   15,000 to 50,000; from 50,000 to 75,000,"

14   et cetera.

15          A.    I'm sorry.  You don't have

16   to read it.  Let her read.  I can't

17   listen to both.

18               Can I have her interpret for

19   me directly?  I can't hear both.

20          Q.    Yes.

21               THE INTERPRETER:  I can wait

22          until you finish and then

23          interpret for him.

24               THE WITNESS:  I'm sorry, I
```

Confidential - Subject to Further Confidentiality Review

```
 1            can't hear.
 2                  MR. MEUNIER:  Why don't I
 3            read it first for the record.  Why
 4            don't I read it first for the
 5            record first.
 6                  THE WITNESS:  I'm sorry, I
 7            don't know the rules.
 8                  THE COURT:  Read it for the
 9            record.
10    BY MR. MEUNIER:
11            Q.    Ivan.  "Please do not forget
12    if possible to send me a scale price
13    list.  Let's say from 0 to 15,000; from
14    15,000 to 50,000; from 50,000 to 75,000,"
15    et cetera.  "Something like that if you
16    have one."
17                  "Some customers asking us
18    what discount we can give them if they
19    sign a long term contract with us."
20                  Mr. Che Gang.  "In order to
21    set up long term business relation, we
22    will offer you the lowest price."
23                  Ivan.  "Great; I really
24    appreciate that."
```

Confidential - Subject to Further Confidentiality Review

```
 1                    "As you know American
 2     manufacturers are lowering their prices."
 3                    Mr. Che Gang.  "Yes, I see.
 4     We need support each other."
 5                    Ivan.  "So, when will you
 6     give me that lowest price list?"
 7                    Mr. Che Gang.  "We will
 8     offer the best price to you in our
 9     proforma invoice."
10                    MR. MEUNIER:  Please
11             translate that portion.
12     BY MR. MEUNIER:
13             Q.    Do you have any fact or
14     reason to disagree that that was the
15     conversation you had with Ivan Gonima?
16             A.    First of all, like I explain
17     to you earlier, I'm not sure -- I'm not
18     sure that this was me who sent the
19     message.  But I think everything on there
20     were polite response.  It is a way to
21     sale, just like if I'm selling this glass
22     of water, I'm selling him for $2.  I'm
23     selling to you for $3.  But in order to
24     sell you for a higher price, I will still
```

Confidential - Subject to Further Confidentiality Review

```
1    tell you that your price is lowest.

2    That's not a problem.  This is only a way

3    to sale.  But I really can't sure that I

4    sent these messages, because I don't

5    recall.

6           Q.    Yes.

7                 And if you want to sell to

8    me in America, and I tell you what the

9    American price for the goods is, you then

10   have an opportunity to give me a lower

11   price in order to sell.  True?

12          A.    Not necessarily.  It depends

13   on whether it will cover my costs or not.

14   I will never do anything that doesn't

15   cover the cost.

16          Q.    But taking costs into

17   account, you would try to compete with

18   the American price if you knew it?

19          A.    Can you repeat that

20   completely?

21          Q.    Taking the shipping costs

22   into account, you would still try to

23   price the drywall to compete with the

24   American price if you knew it?
```

Confidential - Subject to Further Confidentiality Review

```
 1            A.     In order to survive and to

 2      sell.  I don't care where are you sending

 3      the products to.  I compete with other

 4      manufacturer of gypsum board everywhere

 5      in order to make money.  If I could offer

 6      higher price, I will not sell it for

 7      lower price.  If the price in China is

 8      higher than yours, then I'll sell it to

 9      Chinese customer, not to American

10      customers.  We didn't really care about

11      different markets.  We do that only for

12      profit.

13            Q.     How did you keep up with the

14      price of drywall in America?

15                   MR. SPANO:  Objection, lack

16            of foundation.

17                   THE COURT:  Let's restate

18            that and ask whether he knows.

19      BY MR. MEUNIER:

20            Q.     As a salesperson, did you

21      try to find out the price of drywall in

22      other countries where you were selling

23      your drywall?

24            A.     We didn't care --
```

Confidential - Subject to Further Confidentiality Review

```
1              MR. SPANO:  Objection, lack

2         of foundation to that question.

3              THE WITNESS:  We didn't

4         care.

5    BY MR. MEUNIER:

6         Q.    Yesterday you were shown an

7    e-mail to you from Mr. Gonima in which he

8    asked that the drywall that Oriental

9    Trading bought to be sold under the Dun

10   brand should have bonding tape with the

11   colors red, white and blue, the same as

12   the American flag.

13             Do you remember that?

14        A.    Can I see that document?

15        Q.    It's Jia Number 27.

16        A.    Can I go take a glass of

17   water?

18             THE COURT:  Yes.  Take a

19        10-minute break at this time.

20             VIDEOTAPE TECHNICIAN:  Going

21        off the record.  The time is

22        10:39.

23                  -   -   -

24             (A recess was taken from
```

1          10:39 a.m. to 10:54 a.m.)

2                    -   -   -

3               VIDEOTAPE TECHNICIAN:  Going

4          back on the record.  Beginning of

5          Tape Number 3.  The time is 10:54.

6   BY MR. MEUNIER:

7          Q.    Mr. Che, yesterday you were

8   shown an e-mail to you from Mr. Gonima in

9   which he asked that the drywall that

10  Oriental Trading bought under the Dun

11  brand have bonding tape with the colors

12  red, white and blue, the same as the

13  American flag.

14               Do you remember that?

15         A.    Can you repeat that?

16         Q.    Do you remember yesterday

17  talking about this e-mail?

18         A.    Yes.

19         Q.    In fact, you knew from Mr.

20  Gonima that he wanted to use red, white

21  and blue because those are the colors of

22  the American flag.  True?

23         A.    I only remember that at the

24  time the customer designed the label of