Confidential - Subject to Further Confidentiality Review

```
 1                    MR. MEUNIER:  Sorry, Judge.

 2    BY MR. MEUNIER:

 3            Q.    Mr. Che, why is APIC

 4    Building Materials identified under the

 5    reference shipping mark on both of these

 6    documents?

 7            A.    I don't know.  I did not

 8    make this document.

 9            Q.    The other two documents are

10    Peng-6 and Peng-7.  Both are invoices

11    dated July 20, 2006.  Both refer to 5,760

12    pieces of drywall being shipped to New

13    Orleans.  One is an invoice addressed to

14    Advanced Products International

15    Corporation in California.  The other

16    invoice is addressed to Triax Trading &

17    Logistics.

18                  Do you know why separate

19    invoices from TTP were sent to those

20    different companies for the same

21    transaction?

22                    MR. SPANO:  Objection, lack

23        of foundation.

24                    THE COURT:  If he doesn't
```

Confidential - Subject to Further Confidentiality Review

```
 1          know, he can say no.  I'll

 2          overrule it.

 3               THE WITNESS:  I didn't make

 4          this, so I don't know.

 5   BY MR. MEUNIER:

 6          Q.   Do you recall that around

 7   the time of the July 3, 2006 invoice and

 8   packing list for the shipment to New

 9   Orleans, you learned from the vice

10   president of Advanced Products that there

11   was a problem on receiving the drywall

12   because it was broken on the corners?

13               MR. SPANO:  Objection to the

14          shipment part of the question.

15               MR. MEUNIER:  I'll reask the

16          question.

17   BY MR. MEUNIER:

18          Q.   Do you remember hearing from

19   the vice president of Advanced Products

20   International on or about July 3, 2006

21   that a shipment of drywall received was a

22   problem because the drywall was broken on

23   the corners?

24          A.   Can I take a look at that
```

Confidential - Subject to Further Confidentiality Review

1    e-mail?

2           Q.    Do you remember what I'm --

3           A.    I don't have a clear

4    recollection.

5           Q.    I show you a document Bates

6    numbered TG 19383.  We'll mark it as

7    Che-16.

8                      -   -   -

9           (Deposition Exhibit No.

10          Che-16, E-mail chain, top one

11          dated 7/3/2006, TG 0019383, was

12          marked for identification.)

13                   -   -   -

14   BY MR. MEUNIER:

15          Q.    At the top there appears to

16   be an e-mail from Grace Wei to you on

17   July 3, 2006.  Please read her e-mail.

18          A.    Manager Che, hello.  Last

19   time Zhang Nan -- last time when Zhang

20   Nan was there, two containers products

21   were shipped out.  Now there's a problem

22   with the shipment.  Please look at the

23   picture.  Below is an e-mail of the

24   customer.  He said, if that's the case,

Confidential - Subject to Further Confidentiality Review

```
1    they will not want the remaining 11

2    containers.  Please handle it and let us

3    know how should we explain to the

4    customer.  Thank you, Wei Dongling.

5             Q.    How did you respond to this

6    request?

7             A.    On here you can see the

8    handler of this transaction has always

9    been Ms. Wei.  I don't remember whatever

10   handled this issue.

11            Q.    Did your company not agree

12   to respond to Mr. Scudder, the vice

13   president of Advanced Products

14   International?

15            A.    I don't recall.

16            Q.    You were earlier shown an

17   e-mail which is previously marked Jia

18   Number 32.  You may have already read

19   this for the record, but tell me what Ms.

20   Wei in her e-mail of August 2, 2006 told

21   you at the top of --

22                  MR. BRENNER:  Can you give

23        us the Bates number?

24                  MR. MEUNIER: I'm sorry.
```

Confidential - Subject to Further Confidentiality Review

```
 1              It's TG 19381 and 19382,

 2              previously marked as Jia Number

 3              32.

 4                   THE WITNESS:  This is the

 5              e-mail that sent by Ms. Wei to me

 6              and copied to Manager Peng.

 7    BY MR. MEUNIER:

 8              Q.    What does it say?

 9                   MR. SPANO:  Objection, asked

10              and answered.

11                   THE WITNESS:  We were asked

12              to provide a verification.

13                   THE COURT:  I'll let him

14              answer it.

15    BY MR. MEUNIER:

16              Q.    Was that done?

17              A.    No.

18              Q.    Was this problem with the

19    shipment to Advanced Products ever

20    resolved with that company?

21              A.    As far as I can remember.

22    It was not our product's problem.  It was

23    because the way they packed in the

24    container was not in accordance with our
```

Confidential - Subject to Further Confidentiality Review

```
 1    suggestions.

 2                   THE INTERPRETER:

 3         Interpreter clarification.

 4                   THE WITNESS:  On both sides,

 5         there were empty spaces.

 6         Therefore, during the shipping,

 7         damage was done to the products.

 8         We only handle delivery to Chinese

 9         port.  It was the responsibility

10         of the customer to ship the

11         product to the destination.

12         Therefore, it's not our problem.

13    BY MR. MEUNIER:

14         Q.    Have you continued to do

15    business with Advanced Products, this

16    company, Advanced Products International?

17         A.    Where is it?

18         Q.    Mr. Che, this is one of the

19    companies that you are designated to

20    speak about on behalf of TTP and TG.

21              Do you understand that?

22         A.    I testify on Triax.

23         Q.    As well as Advanced

24    Products.  That's what your counsel has
```

Confidential - Subject to Further Confidentiality Review

1    verified on the record.

2           A.    I'm sorry, my English is not

3    good.  I can only remember the first

4    letter of the company name.  I do not

5    remember the whole name of the company.

6    I don't think I've been rude to you.

7           Q.    Tell me on behalf of TTP and

8    TG whether you are still doing business

9    with Advanced Products?

10          A.    You mean Advanced?  In my

11   memory, the end user's name of the form

12   that TTP filled out according to the

13   requirement of the taxation bureau was

14   Triax.  My personal understanding is I

15   have only done business with Triax, the

16   actual business.

17          Q.    So you do not feel that you

18   are able to answer my questions about the

19   business dealings between TTP and TG with

20   Advanced Products International; is that

21   correct?

22                MR. SPANO:  Objection, lack

23          of foundation with regard to the

24          business dealings.

Confidential - Subject to Further Confidentiality Review

```
 1              THE COURT:  Let's ask him
 2         whether or not he knows anything
 3         about them.
 4    BY MR. MEUNIER:
 5         Q.    The problem is that we were
 6    told at the beginning of today's
 7    questioning by me that you were
 8    designated by TTP and TG to testify for
 9    those companies about certain customers.
10    One of those customers is Advanced
11    Products as well as Triax.
12              Do you feel you can answer
13    my questions about TTP and TG and their
14    business relationship with Advanced
15    Products, or should I be asking someone
16    else about that?
17         A.    I think I can answer the
18    questions on that.
19         Q.    So I again ask you whether
20    after the dispute concerning the broken
21    drywall that was shipped to New Orleans
22    after Mr. Scudder of Advanced Products
23    asked for a letter saying that your
24    company would stand behind that product,
```

Confidential - Subject to Further Confidentiality Review

```
 1    did your company, TTP or TG, continue to

 2    do business with Advanced Products?

 3          A.    I have a suggestion for the

 4    judge, because my English is really poor.

 5    This name -- these names are too long.  I

 6    don't know which one is which one.  Can

 7    you make an abbreviation of the company,

 8    call it API?  My memory is API.  You said

 9    so much of the name of the company, I was

10    not able to match the two together.

11          Q.    I'm sorry.  I will refer to

12    the company as API.

13                Do you continue to do

14    business with API?

15          A.    In my memory, I have only

16    had some business communication with API.

17    But the end user reflected on my invoices

18    should be Triax.

19          Q.    As of October 2006, API

20    reported to you that the drywall that you

21    furnished to them for their customers had

22    caused great harm to the company, because

23    after installing some of it, it had to be

24    pulled off the walls because it was
```

Confidential - Subject to Further Confidentiality Review

```
 1    defective.  Is that true?
 2                MR. SPANO:  Objection to
 3         form.
 4                THE COURT:  Show it to him.
 5                MR. MEUNIER:  I'll show him
 6         a document.
 7    BY MR. MEUNIER:
 8         Q.    I'm going to show you now a
 9    document which is Bates numbered TG
10    19376.  It's a letter dated October 31,
11    2006, from James Scudder, vice president,
12    Advanced Products International, to
13    Shandong Taihe Dongxin Company, Limited.
14    And I'll mark it as Che Exhibit 17.
15                     -   -   -
16                (Deposition Exhibit No.
17         Che-17, Letter dated 10-31-06,
18         Bates stamped TG 0019376, was
19         marked for identification.)
20                     -   -   -
21    BY MR. MEUNIER:
22         Q.    This letter is addressed to
23    Frank Clem.  Correct?
24         A.    Correct.
```

Confidential - Subject to Further Confidentiality Review

1          Q.     However, since you are the

2    designated representative and witness on

3    behalf of TTP and TG for matters dealing

4    with API, I ask you whether you recall

5    this letter being received from Mr.

6    Scudder?

7          A.     I don't recall that I have

8    received this letter.

9          Q.     In this letter, Mr. Scudder

10   indicates that his company may "file a

11   complaint to the U.S. and China

12   governments who regulate import and

13   export of products to make sure this does

14   not happen to anyone else."  He further

15   states that "the filing to the United

16   States importing regulators will stop

17   Taihe for exporting to the United

18   States."

19              Did anyone at TTP or TG

20   respond to this letter?

21          A.     In my memory, I did not

22   respond to it.

23          Q.     Did anyone on behalf of TTP

24   or TG respond to the letter?

Confidential - Subject to Further Confidentiality Review

```
 1              A.    I don't know.

 2              Q.    In the same month of July

 3   2006, when thousands of pieces of gypsum

 4   board were shipped to New Orleans, you

 5   provided shipping prices to a customer in

 6   Louisiana for drywall to be used in

 7   Louisiana.  Is that true?

 8                    MR. SPANO:  Objection.

 9                    THE COURT:  If he doesn't

10              understand it, he can answer the

11              question.  I'll overrule the

12              objection.

13                    THE WITNESS:  I don't

14              understand what you're saying.

15                    THE COURT:  Show him.

16   BY MR. MEUNIER:

17         Q.    I'll show you e-mails, an

18   exchange of e-mails from July 2006, Bates

19   numbered TG 631 and TG 633.

20                      -   -   -

21                    (Deposition Exhibit No.

22              Che-18, E-mail chain, top one

23              dated 7/10/2006, Bates stamped TG

24              0000631 and TG 0000633, was marked
```

Confidential - Subject to Further Confidentiality Review

1              for identification.)

2                      -  -  -

3    BY MR. MEUNIER:

4         Q.    In an e-mail of July 10,

5    2006, from you -- from -- addressed to

6    you from Jeff Zhou, Z-H-O-U, he asked you

7    to provide -- to "please find out the

8    freight from Qingdao to New Orleans."

9              Do you see that in the first

10   paragraph of his e-mail?

11        A.    Yes.

12        Q.    And do you see how in

13   paragraph 4 he asked you to send samples

14   to him at TP Construction, Inc. located

15   on Jefferson Highway in Jefferson,

16   Louisiana?

17        A.    Yes, I see it.

18        Q.    Did you send those samples

19   as requested?

20        A.    First of all, I don't have a

21   recollection on this issue at the time

22   it -- at the time it happened.  However,

23   according to the principle of our

24   company, in this circumstance, customer

Confidential - Subject to Further Confidentiality Review

1    had to pay postage in order for us to

2    give them the stuff.

3            Q.    Please refer to the other

4    page of this e-mail exchange, which is TG

5    633.  In the bottom e-mail, Mr. Zhou

6    writes to you on July 6 -- I'm sorry,

7    July 10, 2006 and thanks you for your

8    information but then asks you to explain

9    how freight will be charged.  Correct?

10           A.    That's what it appears to

11   be.

12           Q.    And then in your July 11,

13   2006 reply to him, you gave him that

14   explanation and also sent an attachment

15   with that e-mail.  Correct?

16           A.    You said July the 11th,

17   2006.  I don't have it here.  Where is

18   it?

19           Q.    It's in the middle of TG

20   633, July 11, 2006.

21               You provided an attachment

22   for loading by break bulk.

23               Do you see that?

24               THE INTERPRETER:

Confidential - Subject to Further Confidentiality Review

```
 1              Interpreter clarification.
 2    BY MR. MEUNIER:
 3         Q.    Second sentence, "Please
 4    refer to attachment for loading by break
 5    bulk."
 6              THE INTERPRETER:  There is
 7         no such word B-R-E-A-K in my
 8         dictionary.
 9    BY MR. MEUNIER:
10         Q.    Mr. Che, you wrote this in
11    English?
12         A.    My English is so poor, I
13    don't even know what I wrote.
14         Q.    So you wrote the words in
15    English "break bulk."  Tell us what you
16    meant?
17         A.    I always make mistakes.  I
18    don't know either.
19         Q.    In the e-mail above that,
20    addressed to you on July 16, 2006 from
21    Mr. Zhou, he says, "Dear Mr. Che, I got
22    your samples thanks."
23              Tell me how you mailed
24    drywall samples to a construction company
```

Confidential - Subject to Further Confidentiality Review

```
1    in Jefferson, Louisiana in July 2006?
2           A.    I don't have a clear
3    recollection on how we mailed it out, but
4    there is a principle in our company that
5    in this circumstance, the client had to
6    prepay the postage for us to mail it out.
7    It doesn't matter where the client is
8    located.
9           Q.    Have your companies, TG and
10   TTP, mailed drywall samples to states
11   other than Louisiana, states of the
12   United States?
13          A.    If the customer requested
14   this and had paid, and paid us the
15   postage, we could mail it to wherever the
16   customer would like us to mail it to.
17   The precondition is postage had to be
18   prepaid.
19          Q.    So if the customer prepays,
20   your companies, TTP and TG, will use the
21   United States mail service to send
22   drywall samples to cities in the United
23   States.  True?
24          A.    Usually, the payment of
```

Confidential - Subject to Further Confidentiality Review

```
 1    postage was not paid by the customer in

 2    this channel.  Usually the customer would

 3    assign a specific mailing company --

 4               THE INTERPRETER:

 5          Interpreter clarification.

 6               THE WITNESS:  -- to have a

 7          reverse payment.

 8    BY MR. MEUNIER:

 9          Q.    How big are the drywall

10    samples that --

11               THE INTERPRETER:  I'm sorry,

12          correction.

13               THE WITNESS:  I'd like to

14          give you example of the method of

15          payment.

16    BY MR. MEUNIER:

17          Q.    Yes.

18          A.    For example, if you want a

19    sample and you like me to mail it to you,

20    you want me to use DHL, then I will give

21    you the sample to DHL.  And DHL will

22    deliver it to you, and you will talk

23    about the cost with DHL.  Our job was

24    only to give the sample to DHL.  You
```

Confidential - Subject to Further Confidentiality Review

1    would be the one who take care of the

2    cost.

3           Q.    I will pay for it, but you

4    will put it in a container and address it

5    to a United States city to be sent to

6    that city as a drywall sample.  Is that

7    true?

8           A.    It was a customer who

9    provided me an address.  And it was a

10   customer who should contacted the

11   shipping company.

12          Q.    How large are the drywall

13   samples that TG and TTP customarily

14   mailed to customers in cities in the

15   United States?

16               MR. SPANO:  Objection to

17          form.

18               THE COURT:  What's the

19          problem, Frank?

20               MR. SPANO:  Customarily

21          mailed.

22               THE COURT:  Okay.  How would

23          you do it?

24               MR. MEUNIER:  Overrule?

Confidential - Subject to Further Confidentiality Review

```
 1              THE COURT:  No.  I'll let
 2         you rephrase the question.
 3         Sustained.
 4  BY MR. MEUNIER:
 5         Q.    How large are the drywall
 6  samples that you have known TTP or TG to
 7  mail to customers in United States
 8  cities?
 9         A.    Usually our way of handling
10  customers' requests is as follows:  First
11  of all, the client would give us the
12  specification she requires, the
13  specifications.  Correction.  The model
14  number instead of specifications, the
15  last specification.  If we have such a
16  sample and plus the customer would like
17  to pay for the mailing cost, then we
18  would provide that to the customer.
19         Q.    I understand, sir.
20              My question was, how large
21  physically are the sample sizes that you
22  have known to be sent to customers in the
23  United States?
24         A.    It's not a fixed size.  It
```

Confidential - Subject to Further Confidentiality Review

```
 1    could be this big.

 2          Q.    What's the smallest size

 3    you've -- you had experience with?

 4          A.    The smallest could be this

 5    small.

 6                MR. MEUNIER:  Is that clear

 7          on the record?

 8                THE COURT:  As big as a

 9          baseball.

10                THE WITNESS:  Like this,

11          like a cake.  It depends on how

12          much mailing cost the customer is

13          willing to pay.

14    BY MR. MEUNIER:

15          Q.    And what's the largest size

16    sample you have known to be sent to a

17    customer in the United States?

18          A.    I don't recall.  Usually

19    it's about this size.

20          Q.    Indicate for the camera,

21    please.

22          A.    The normal size, like this

23    size.

24          Q.    Okay.  Thank you.
```

Confidential - Subject to Further Confidentiality Review

```
1          A.    Can I go to the rest room?

2                MR. MEUNIER:  Yes.

3                THE COURT:  Let's take a

4          15-minute break.

5                VIDEOTAPE TECHNICIAN:  We're

6          off the record.  The time is 1:57.

7                        -   -   -

8                (A recess was taken from

9          1:57 p.m. to 2:12 p.m.)

10                       -   -   -

11               VIDEOTAPE TECHNICIAN:  Going

12         back on the record.  Beginning of

13         Tape Number 5.  The time is 2:12.

14    BY MR. MEUNIER:

15         Q.    Mr. Che, the next company I

16    want to talk about is B America

17    Corporation.

18               On September 2, 2006, TTP

19    entered into a written contract with B

20    America for the sale of 1,320 pieces of

21    drywall.  Correct?

22                       -   -   -

23               (Deposition Exhibit No.

24         Che-19, Contract dated 2th Sep.
```

Confidential - Subject to Further Confidentiality Review

```
 1          2006, Bates stamped TG 0021704 and
 2          TG 0021705, was marked for
 3          identification.)
 4                    -   -   -
 5   BY MR. MEUNIER:
 6          Q.    For the record, I've handed
 7   the witness a document which is Bates
 8   stamped 21704 and 21705.  I've marked it
 9   as Che -- what's the number?
10              THE INTERPRETER:  19.
11              MR. MEUNIER:  -- 19.
12              THE WITNESS:  I only
13          remember that we had one gypsum
14          board transaction with B America
15          Corporation.  I believe the
16          quantity is smaller than this one.
17   BY MR. MEUNIER:
18          Q.    Did you sign this contract
19   on behalf of Taishan -- I'm sorry, TTP?
20          A.    I don't recall whether I
21   signed a contract or not at the time.
22          Q.    I show you a document which
23   is Bates number TG 21695, which I am
24   marking as Che Number 20.
```

Confidential - Subject to Further Confidentiality Review

```
 1                    -  -  -
 2                 (Deposition Exhibit No.
 3            Che-20, Page of Contract, Bates
 4            stamped TG 0021695, was marked for
 5            identification.)
 6                    -  -  -
 7   BY MR. MEUNIER:
 8            Q.    And I represent to you it is
 9   the second page of that contract in front
10   of you, and this second page is signed on
11   behalf of TTP; is that correct?
12            A.    It's not my signature.
13            Q.    Whose signature is that for
14   TTP?
15            A.    I believe it should be -- I
16   don't recognize it.
17            Q.    Well, since you are
18   designated by the company to talk about B
19   America, I will continue to question you
20   about this contract.
21                 Is it true the contract was
22   for the sale of 1,320 pieces of drywall
23   for a total amount of 1 -- I'm sorry,
24   $13,490.40?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.     That's what it appears to
 2     be.
 3          Q.     And the price per piece
 4     stated in the contract is $10.22 per
 5     piece.  Is that true?
 6          A.     Correct.
 7          Q.     We have seen other
 8     transactions in this case where the TG or
 9     TTP drywall was priced at a little over
10     $3 apiece.
11               Can you tell me why this
12     price is so much higher than the price in
13     other cases?
14          A.     It depends on the way of
15     handling of this company.  First of all,
16     B America company did business through a
17     Madam Chen Bilai in China who approached
18     our company, expressed her willingness to
19     represent a company to purchase our
20     products, and requested our company to
21     provide her with FOB quotation according
22     to her requested specifications.
23               Afterwards -- afterwards,
24     Madam Chen Bilai started operation of her
```

Confidential - Subject to Further Confidentiality Review

 1    ocean shipping business.  And according

 2    to her requirements, we added her ocean

 3    shipping cost on it.  There should be

 4    also the cost of insurance in the money

 5    that we have asked from B America company

 6    includes the ocean shipping cost and

 7    insurance that we pay on their behalf.

 8    That's why the price is high.

 9             Q.    Under this contract, the

10    gypsum board to be produced was required

11    to meet a standard of ASTM C-1396 as

12    stated in paragraph 2 at the bottom of

13    page 1 of the contract.

14                  Do you see that?

15             A.    I see it.

16             Q.    And that is an American

17    standard for drywall.  True?

18             A.    My understanding that it was

19    a standard that has been used by

20    everybody in the world, not necessarily

21    in America only.

22             Q.    The delivery of this drywall

23    was to be in Miami, Florida, as stated in

24    paragraph 4 on page 2; is that correct?