Confidential - Subject to Further Confidentiality Review

1   away those original copies of this

2   agreement back to his office and

3   said after signing and stamping on

4   the agreement, he would provide us

5   with the original agreement. But

6   from my recollection and the

7   documents of our company, Jorge

8   did not give us back such

9   documents. Therefore, in our

10   company, we believe this is a void

11   agreement.

12           MR. GONZALEZ: Your Honor, I

13   have several objections addressed

14   to the last answer. One, to the

15   extent that they are discussing

16   oral discussions with respect to

17   affecting the written contract, it

18   violates the statute of frauds.

19   To the extent that they're -- they

20   requested --

21           Gerry, can you move your

22   head.

23           To the extent that they

24   requested a legal opinion on the

Confidential - Subject to Further Confidentiality Review

```
 1          effectiveness of the written

 2          contract, it calls for a legal

 3          conclusion and should be stricken.

 4          The statements about,

 5          quote/unquote, the state of mind

 6          of Jorge is pure speculation, and

 7          the transactional discussions are

 8          hearsay.

 9               On all those grounds, we

10          move to strike the answer.

11               THE COURT:  All right.

12               MR. SPANO:  Your Honor, this

13          is discovery, and the statute of

14          frauds is not an objection to a

15          question at a deposition.

16               THE COURT:  This may go to

17          whether or not it's admissible in

18          evidence or whether or not it's

19          admissible at trial, but I'm going

20          to allow it in discovery at this

21          stage.

22               MR. GONZALEZ:  Just so I'm

23          clear, Your Honor, I won't make

24          these objections if the Court is
```

Confidential - Subject to Further Confidentiality Review

1    saying that trial and

2    admissibility matters are

3    preserved.  My understanding,

4    perhaps erroneously, was that the

5    Court was here to address these

6    issues once and for all.

7          THE COURT:  Well, when I do,

8    I can make some rulings on it, but

9    I'm not going to exclude this.

10   I'll take those motions into

11   consideration, and I'll decide

12   whether or not they're admissible.

13   But they go to the weight of the

14   evidence and they go to something

15   whether or not it's admissible at

16   trial.  But I'm not going to deal

17   with that at this time.

18         MR. GONZALEZ:  I simply ask

19   so that I wouldn't waste the

20   Court's time with additional

21   objections if it wasn't

22   appropriate.  Thank you, Your

23   Honor.

24         THE COURT:  Yes.

Confidential - Subject to Further Confidentiality Review

1              MR. MEUNIER:  Judge, just

2          for the record, on behalf of the

3          PSC in the MDL, we join in the

4          request that the testimony be

5          considered inadmissible.

6              THE COURT:  I don't mind you

7          keep mentioning it.  If there is

8          something that you feel is

9          excluded, mention it and I'll deal

10         with it one way or the other.  But

11         this one I'm going to allow.

12   BY MR. SPANO:

13         Q.   Mr. Che, did Oriental

14   Trading perform the requirements of

15   paragraph 3 of the sole agency agreement?

16         A.   Can you summarize what the

17   third paragraph is saying here?

18         Q.   Yes.  I'll ask my questions

19   in English and I'll ask you to translate

20   them.

21              Assuming the agreement

22   required that Oriental Trading purchased

23   not less than 20,000 sheets of one unique

24   size of drywall from the beginning of

Confidential - Subject to Further Confidentiality Review

1    November of 2006 to the end of February

2    2007, did Oriental Trading perform that

3    requirement of the agreement?

4           A.    No.

5           Q.    And assuming the agreement

6    required Oriental Trading to purchase not

7    less than 1 million sheets of drywall in

8    the 12 months following February 2007,

9    did Oriental Trading perform that

10   requirement of the agreement?

11          A.    Neither.

12          Q.    Did Oriental Trading ever

13   serve as a distributor for TTP under the

14   terms of the sole agency agreement,

15   Exhibit 13 Jia?

16               MR. GONZALEZ:  Objection,

17          Your Honor, lack of foundation,

18          speculation.

19               THE COURT:  He's speaking --

20          the difficulty I'm having with

21          some of the objections, all of

22          which may be valid, is that the

23          focus in these depositions is

24          jurisdiction.  Also, this witness

Confidential - Subject to Further Confidentiality Review

1          is testifying as a 30(b)(6)

2          witness who's giving us the

3          company's view.  There's also an

4          issue of whether or not the

5          contract was signed, or if it was,

6          whether it was void because of

7          lack of compliance.

8               Because of all of those

9          things, I'm going to allow him to

10         testify as to what the company's

11         position was.  So that it may

12         be -- it may not be admissible for

13         the substance of the contract, but

14         it may have some relevance in

15         jurisdiction.  And that's the way

16         I see it.

17              So I'm going to overrule

18         this objection for those reasons.

19              THE WITNESS:  Can you ask

20         the question again?

21   BY MR. SPANO:

22         Q.   Did Oriental Trading ever

23   serve as a distributor for TTP under the

24   terms of the sole agency agreement?

Confidential - Subject to Further Confidentiality Review

```
 1          A.    No.
 2          Q.    Sometime after February
 3   2007, did Oriental Trading purchase
 4   drywall from TTP?
 5          A.    Yes, a little bit.
 6          Q.    What were the terms of sale
 7   of the drywall sales that TTP made to
 8   Oriental Trading?
 9               THE COURT:  At what time?
10               MR. SPANO:  The sales made
11          in 2007.
12               THE WITNESS:  After the
13          incompliance of this agreement,
14          TTP treated Oriental company sales
15          just as same as TTP treated the
16          other companies, according to
17          customers' required product size,
18          specification and label.  We had
19          produced the product that the
20          customer had required and
21          delivered to the customer in
22          Chinese port, which was FOB term.
23          The customer arranged the shipping
24          matter.
```

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. SPANO:

 2           Q.    What were the payment terms

 3    of the Oriental Trading sales?

 4           A.    Prepay the full payment, and

 5    then we will deliver our product.

 6           Q.    Were the terms of sale to

 7    Oriental Trading substantially the same

 8    as the terms of sale TTP gave to other

 9    buyers from the US who came to China to

10    purchase drywall?

11           A.    The way and the term of

12    handling Oriental Trading Company was the

13    same as any company that came from abroad

14    to buy our product.

15           Q.    I'm marking TTP's

16    manufacturer's profile form.

17                 Do I need to distribute

18    copies of that or does everybody have it?

19                 MR. MEUNIER:  If you're

20           going to question the witness

21           about it, I'd like to have a copy.

22                 MR. SPANO:  Okay.

23                 MS. BASS:  Is it a composite

24           of both?
```

Confidential - Subject to Further Confidentiality Review

```
 1                  MR. SPANO:  No.  Just TTP

 2          with translation.

 3                     -   -   -

 4                  (Deposition Exhibit No. Che

 5          Defendant's-2, Tai'an Taishan

 6          Plasterboard Co., Ltd.

 7          Manufacturer Profile Form, was

 8          marked for identification.)

 9                     -   -   -

10   BY MR. SPANO:

11          Q.    This will be Defendant's

12   Che-2.

13                  Mr. Che, I'd like to draw

14   your attention to the TTP manufacturer's

15   profile form, Exhibit A, the Chinese

16   version.

17                  Could you look at the

18   entries for Oriental Trading on Exhibit

19   A, which run from number 234 to 243,

20   except for 235?

21          A.    I see it.  I got it.

22          Q.    Did TTP ship any of the

23   drywall reflected in these sales entries

24   on the manufacturer's profile form to
```

Confidential - Subject to Further Confidentiality Review

1    Miami, Florida?

2           A.    No.   We only performed FOB

3    Chinese port delivery to our -- with our

4    client.

5           Q.    Did TTP ship any of the

6    drywall reflected in these Oriental

7    Trading sales shown on the manufacturer's

8    profile form to any destination in the

9    USA?

10          A.    No.   We only delivered in

11   Chinese port.

12          Q.    To the company's --

13          A.    Delivery.

14          Q.    I'm sorry.

15          THE INTERPRETER:   He just

16          said the word "delivery."

17   BY MR. SPANO:

18          Q.    To the company's knowledge,

19   did Oriental Trading distribute anywhere

20   in the USA any of the drywall it

21   purchased from TTP as reflected here on

22   the manufacturer's profile form?

23          MR. GONZALEZ:   Object to

24          foundation.

Confidential - Subject to Further Confidentiality Review

1          THE COURT:  I'm sorry, I

2      didn't hear that.

3          MR. GONZALEZ:  Objection as

4      to foundation.

5          THE COURT:  Let's rephrase

6      it, Frank.

7  BY MR. SPANO:

8      Q.    Did TG or TTP ever receive

9  any information indicating that Oriental

10  Trading distributed in the USA any of the

11  drywall that it purchased from TTP?

12      A.    Oriental company had never

13  told us that they had delivered and

14  distributed the product that it purchased

15  from us, plus the usages of the product.

16      Q.    Did TG or TTP ever receive

17  any information indicating where the

18  drywall that Oriental Trading purchased

19  from TTP would be used?

20      A.    No.  We were never told of

21  that.

22      Q.    Could you look at the column

23  on the manufacturer's profile form

24  entitled "Edge Sealing Tape Markings."

Confidential - Subject to Further Confidentiality Review

```
 1                   And what does the entry on

 2    the profile form indicate with respect to

 3    the markings on the edge sealing tape of

 4    the drywall TTP sold to Oriental Trading?

 5              MR. GONZALEZ:  Objection,

 6         document speaks for itself.

 7              THE COURT:  I'm going to

 8         overrule the objection.

 9              THE WITNESS:  According to

10         the label that designed by

11         Oriental company, we produced the

12         requested product, which was as

13         same as the other companies that

14         had labels.  It is only --

15              THE INTERPRETER:

16         Interpreter clarification.

17              THE WITNESS:  It is only a

18         mark that we -- that we did

19         according to the request of the

20         customer to put the label on the

21         product.  And it was produced

22         according to the request of the

23         client.

24    BY MR. SPANO:
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    I'd like to show you what
 2    has been previously marked as Jia-28, and
 3    the last page of that exhibit, TG
 4    26000019.
 5                Is this, what is shown here,
 6    what TTP put on the edge sealing tape of
 7    the drywall that it sold to Oriental
 8    Trading?
 9          A.    It is the mark that designed
10    by Oriental Trading Company for its
11    product.
12                MR. GONZALEZ:  Your Honor,
13          may we have a time frame.
14                THE COURT:  Just ask him
15          about the time, when this was
16          done.
17                MR. SPANO:  At the time of
18          sale.
19                THE COURT:  When is that?
20                MR. SPANO:  As reflected in
21          the manufacturer's profile form.
22          It has all these dates.  Would you
23          like me --
24                THE COURT:  No, no, that's
```

Confidential - Subject to Further Confidentiality Review

1          okay.  As reflected on those

2          dates.

3     BY MR. SPANO:

4          Q.    Do you know if the mark

5     shown on Jia-28 was in fact affixed to

6     the drywall that was sold to Oriental

7     Trading as reflected in the sales on the

8     manufacturer's profile form we've been

9     discussing?

10          A.    I believe so.

11          Q.    What is the function of edge

12     sealing tape on drywall?

13          A.    It was only a mark.  It's

14     just like a person's name, to verify --

15     to verify -- it's a name, for people to

16     recognize.

17          Q.    Setting aside what is marked

18     on the tape, what is the function of the

19     tape itself?

20          A.    The tape function is to make

21     sure that the upper side of the gypsum

22     board are not damaged.  And it will be

23     peeled off during usage of the board.

24          Q.    In your understanding, is

Confidential - Subject to Further Confidentiality Review

```
 1    the normal practice to remove the edge

 2    sealing tape before the drywall is

 3    installed?

 4           A.      Correct.

 5           Q.      Did Oriental Trading ever

 6    report to TTP that it resold any of the

 7    drywall that it bought from TTP?

 8           A.      No.

 9           Q.      Who selected the destination

10    for the drywall that Oriental Trading

11    purchased from TTP?

12           A.      Oriental Trading Company

13    itself.

14           Q.      Did Mr. Gonima communicate

15    the selected destination to you?

16                   THE COURT:   The objection is

17           vague, I would sustain that

18           objection.   To whom.

19    BY MR. SPANO:

20           Q.      Did TTP communicate --

21                   THE COURT:   I'm sorry, I

22           didn't hear you.

23    BY MR. SPANO:

24           Q.      Did Oriental Trading
```

Confidential - Subject to Further Confidentiality Review

1   communicate to TTP the destination that

2   Oriental Trading selected for the

3   drywall?

4          A.     No.

5          Q.     Did you assist Oriental

6   Trading with the shipping arrangements

7   for the drywall it purchased from TTP?

8          A.     I only assisted Oriental

9   Trading Company to communicate with

10  shipping agent regarding the shipping

11  cost.  But the detailed handling was

12  between Oriental company itself and the

13  shipping agent.

14              THE WITNESS:  Can I go get

15          some water?

16  BY MR. SPANO:

17          Q.     Do you recall answering

18  questions regarding quotes for shipping

19  cost to various cities in the United

20  States that you provided to Oriental

21  Trading?

22          A.     I remember that I've

23  answered those questions, but it has

24  always been copy and copy, so I don't

Confidential - Subject to Further Confidentiality Review

1    really recall those quotations, but I do

2    remember that I answer question regarding

3    that.

4         Q.    For what reason did you

5    provide information on shipping costs to

6    various cities in the United States to

7    Oriental Trading?

8         A.    Upon the request of Ivan.

9         Q.    And why did you provide that

10   information in response to Oriental

11   Trading's request?

12        A.    Because at the time, Mr.

13   Ivan thought that the shipping cost that

14   he got from over there was a little

15   higher, so he would like to compare the

16   shipping cost from both sources and asked

17   us to help him with that and see if we

18   could find something cheaper, which is

19   the ocean shipping cost.

20        Q.    Did the information that TTP

21   provided to Oriental Trading regarding

22   ocean shipping costs to various cities

23   indicate that TTP was willing to ship

24   drywall to those cities?

Confidential - Subject to Further Confidentiality Review

1              MR. GONZALEZ:  Your Honor, I

2         object.  It calls for a legal

3         conclusion and also attempts to

4         usurp the fact-finding capacity of

5         the Court.

6              THE COURT:  I'll overrule

7         the objection and allow it.

8              THE WITNESS:  Can you repeat

9         the question?

10             THE COURT:  Why don't you

11        just read it.

12             THE WITNESS:  Please

13        translate it for me.

14             No.  We deliver to the

15        client only in Chinese ports.  It

16        was the decision of the customer

17        as of where they would like to

18        ship the goods to.

19   BY MR. SPANO:

20        Q.   Do you recall having

21   discussions with Oriental Trading where

22   they indicated to you the amount of

23   drywall they expected to buy from TTP?

24        A.   I don't recall the exact

Confidential - Subject to Further Confidentiality Review

1    amount, but we did have that discussion.

2         Q.    How did it happen that

3    Oriental Trading wound up with an unused

4    $100,000 payment to TTP?

5         A.    Because Oriental Trading

6    wanted to purchase our product.

7    Therefore, they prepaid.  But because of

8    their company's problem, they did not

9    place order for that.  And afterwards,

10   through discussion, we refund the amount

11   of money to a company that they had

12   entrusted, which is a representative

13   office of that company in China.  We

14   refunded to their account in China.

15        Q.    After all of the discussions

16   back and forth with Oriental Trading

17   about how their payment would be

18   refunded, did Oriental Trading ultimately

19   instruct TTP to transfer the money to a

20   company in China?

21        A.    Yes.

22        Q.    And did TTP in fact transfer

23   the $100,000 unused Oriental Trading

24   payment to the bank account in China of

Confidential - Subject to Further Confidentiality Review

1    the company Oriental Trading instructed

2    it to give the money to?

3              A.    Yes.

4              Q.    Could you look at the

5    manufacturer's profile form again,

6    Exhibit A, entry number 235.

7                    Do you see the entry there

8    regarding TTP's sale to B America

9    Corporation?

10             A.    I see it.

11             Q.    What was the term of that

12   sale as it related to shipment?

13             A.    They call it C-I-F.

14             Q.    What does CIF stand for?

15             A.    CIF is -- that's on top of

16   FOB.  Ocean shipment costs and insurance

17   were added.

18             Q.    To what was the ocean

19   shipment and insurance costs added?

20             A.    FOB price.

21             Q.    Did the price of the drywall

22   that TTP charged to B America include the

23   cost of ocean freight and insurance?

24             A.    Yes.  The customer paid all

Confidential - Subject to Further Confidentiality Review

1    the CIF cost and through Madam Chen Bilai

2    to arrange the shipment.  We only, in

3    accordance with the client's request, to

4    pay on their behalf the ocean freight

5    cost and insurance cost.

6             Q.    To whom did TTP pay the

7    ocean freight cost and insurance cost on

8    behalf of B America?

9             A.    To the shipping agent it

10   arranged, which was arranged by the

11   customer which was entrusted by the

12   client.

13            Q.    Who selected the destination

14   for the drywall that B America purchased?

15            A.    The customer.

16            Q.    In the course of the

17   transaction, did TTP learn that the

18   destination selected by B America was

19   Miami, Florida?

20            A.    Client's shipping agent once

21   told us that they would ship the product

22   to the destination requested by the

23   client.  I don't remember the exact name

24   of the destination, but it was written on

1    the invoice. However, whether it was

2    eventually shipped to what place, I am

3    not sure.

4          Q.    Did TTP ship the drywall it

5    sold to B America to Miami, Florida?

6          A.    We did not.

7          Q.    Did TTP ship the drywall it

8    sold to B America to anyplace in the

9    United States of America?

10         A.    No.

11         Q.    Did B America ever indicate

12   that it resold -- I'll withdraw that.

13         Did B America ever report to

14   TTP that it resold any of the drywall

15   that it purchased from TTP?

16         A.    No.

17         Q.    Did B America ever inform or

18   advise TTP about where the drywall it

19   purchased from TTP was going to be used?

20         A.    No.

21         THE INTERPRETER:  May the

22         interpreter request a two minutes

23         break?

24         THE COURT:  Sure.

Confidential - Subject to Further Confidentiality Review

```
 1                    VIDEOTAPE TECHNICIAN:  Going

 2            off the record, the time is 5:03.

 3                    THE COURT:  We'll take a

 4            five-minute break at this time.

 5                       -   -   -

 6                    (A recess was taken from

 7            5:03 p.m. to 5:10 p.m.)

 8                       -   -   -

 9                    VIDEOTAPE TECHNICIAN:  Going

10            back on the video record.  The

11            time is 5:10.

12    BY MR. SPANO:

13            Q.    Mr. Che, could you look next

14    at entry number 178 on the TTP

15    manufacturer's profile form related to

16    Triax Trading?

17            A.    I see it.

18            Q.    Is this the transaction that

19    you discussed also involving API?

20            A.    Yes.

21            Q.    Did TTP ship the drywall

22    sold to API or Triax Trading to New

23    Orleans, Louisiana?

24            A.    No, we did not ship it.
```

Confidential - Subject to Further Confidentiality Review

1          Q.     Did TTP ship that drywall to
2     any port in the United States of America?
3          A.     No.   Our term was only
4     deliver in Chinese port.
5          Q.     Who made the shipping
6     arrangements with respect to the API or
7     Triax Trading sale?
8          A.     In this transaction, there
9     was a Ms. Wei who made the arrangement
10    for everything.   We only had the term FOB
11    Chinese port performed.
12         Q.     Could you please look at
13    what's been previously marked as Peng S.
14    Exhibit 4, which says "Invoice."
15         A.     I see it.
16         Q.     To the company's knowledge,
17    who prepared this document?
18         A.     This is a document that Ms.
19    Wei sent to us.
20         Q.     Why did she send this
21    document to TTP?
22         A.     Because Triax company
23    eventually wire the money to TTP.   Ms.
24    Wei was only a freelance trader.

Confidential - Subject to Further Confidentiality Review

1    Therefore, she send this to us and

2    requested us to stamp on it.

3         Q.    Do you see where on this

4    exhibit it says, "To:  New Orleans, LA"?

5         A.    I see it now, but I did not

6    pay attention before.

7         Q.    To the company's knowledge,

8    where did that information that appears

9    on this document come from?

10        A.    I don't know.  Ms. Wei

11   prepared this.

12        Q.    Do you recall answering

13   questions regarding TTP's sale to a

14   company called TOV, later named OEG?

15        A.    Yes.

16        Q.    Could you look on the

17   manufacturer's profile form to entries

18   219 through 222?

19        A.    I see it.

20        Q.    What were the terms of sale

21   related to shipment for the drywall sales

22   reflected in those entries to TOV?

23        A.    In my memory, TOV was also

24   handled as FOB Chinese port as its term