Confidential - Subject to Further Confidentiality Review

1          that?

2    BY MR. MEUNIER:

3          Q.    On all of the Dun drywall,

4    you agreed at Mr. Gonima's request to put

5    the colors of the American flag on the

6    tape, red, white and blue; is that

7    correct?

8          A.    We agreed to produce the

9    label according to customer's design.

10   However, the color the customer indicated

11   was only for us to be able to find the

12   same color, because we can find American

13   flag on any website.  If that is a flag

14   of his own company, I'm nowhere --

15   there's nowhere to be found.  When he

16   choose red, he could also indicate it is

17   the color red on the flag of China.

18         Q.    Mr. Che, we want to end this

19   deposition.

20               Do I have to go back to the

21   instant messaging where you were told by

22   Mr. Gonima he wanted those colors because

23   they were the colors of the American

24   flag?  Do we have to repeat that?

Confidential - Subject to Further Confidentiality Review

```
 1                MR. SPANO:  Objection, asked

 2           and answered.

 3                THE COURT:  Overrule the

 4           objection.

 5                THE WITNESS:  Please repeat.

 6   BY MR. MEUNIER:

 7           Q.    Do you recall the instant

 8   messaging conversation we went over

 9   earlier today where Mr. Gonima told you,

10   we want to use blue, red and white

11   because those are the colors of the

12   American flag?  Do you remember that?

13           A.    I don't recall what was on

14   the instant message, but I do recall what

15   you mentioned regarding the tape.

16           Q.    Thank you.

17                And therefore, according to

18   this profile form prepared by your

19   company, 37,980 pieces of drywall made by

20   TTP were exported to the United States

21   with the colors of the American flag put

22   on them by your company.  Is that true?

23                MR. SPANO:  Objection to

24           form, compound, lack of
```

Confidential - Subject to Further Confidentiality Review

```
 1          foundation.
 2                THE COURT:  I'll overrule
 3          the objection and allow it.
 4   BY MR. MEUNIER:
 5          Q.    Isn't that true?
 6          A.    Please repeat.
 7          Q.    Therefore, according to this
 8   profile form prepared by your company,
 9   37,980 pieces of drywall made by TTP were
10   exported to the United States with the
11   colors of the American flag put on them
12   by your company.  Is that true?
13          A.    The 30,000-something pieces
14   of drywall, did you mean the drywall of
15   Oriental Trading Company?
16          Q.    The Dun drywall of Oriental
17   Trading Company.
18          A.    The product Oriental Trading
19   Company purchased from us that we have
20   manufactured the label according to the
21   requirement of Oriental company.  As for
22   what colors they'd use, it was the
23   customer's business.  I thought he
24   reminded me in that way so I could find
```

Confidential - Subject to Further Confidentiality Review

```
 1    the colors easily.  It is as if a color

 2    sample.  Therefore, the American flag

 3    that you mentioned in this document I

 4    personally do not think has any actual

 5    meaning.  We only used it as color

 6    samples.

 7          Q.    Finally -- you're glad.

 8          A.    Thank you.

 9          Q.    You testified when your

10    attorney was asking you questions that

11    TTP did not know the destination of the

12    drywall that it made and sold to American

13    customers.  Is that your testimony?

14          A.    Yes.  What I intended to

15    express was that I was not sure.  I did

16    not verify.

17          Q.    However, Mr. Che, TTP's own

18    business records reflect the US

19    destinations of drywall that it sold to

20    certain American customers.  Isn't that

21    true?

22          A.    Can I look at your record?

23          Q.    For example, do you remember

24    the invoice to Advanced Products and
```

Confidential - Subject to Further Confidentiality Review

```
 1    Triax with the destination New Orleans on
 2    it?
 3             A.    Triax invoice was prepared
 4    by Ms. Wei, not me.
 5             Q.    Yes, yes.
 6                   But you remember the
 7    document we're talking about?
 8             A.    I remember you provided me
 9    and asked me to read those documents.
10             Q.    Yes, yes.
11                   And New Orleans is on there
12    as a destination.  Correct?
13             A.    Ms. Wei filled it up that
14    way.  But what was the final facts, I
15    don't know.
16             Q.    But Ms. Wei, you said,
17    provided the invoice forms to your
18    company, and your company, TTP, put its
19    stamp on the form, you said?
20             A.    What I said was originally
21    that Ms. Wei provided such document and
22    requested us to stamp for her, but we --
23    I do not recollect in my memory what
24    actually happened.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    And the destinations of

 2   Miami, New Orleans, New York and USA are

 3   also reflected on the company's special

 4   invoices for exports.  Correct?

 5          A.    Can I take a look at your

 6   exhibit?

 7          Q.    For the record, he's looking

 8   at Peng Shiliang --

 9                MR. MEUNIER:  What's the

10          number, Frank?

11                MR. SPANO:  8.

12   BY MR. MEUNIER:

13          Q.    -- 8.

14          A.    Let me explain to you

15   regarding the document.

16          Q.    Yes, sir.

17          A.    Upon the requirement of

18   Chinese government taxation institution,

19   we had to completely fill out -- fill up

20   a document as such.  All of the

21   information on it was formality.  We did

22   not have any right to make changes.

23                As for the destination

24   appearing here -- as for the destination
```

Confidential - Subject to Further Confidentiality Review

1    appearing here, we, through the

2    customer's shipping agent -- we through

3    the customer's shipping agent, we were

4    told.  But actually where it was sent to,

5    we did not verify either, because it was

6    handled by the customer.  What we needed

7    to do was only to deliver in Chinese

8    port, according to the term of FOB.  The

9    precondition was that the customer had to

10   pay us first.  Therefore, do not only

11   look at the formality that could not be

12   changed.  We delivered to the shipping

13   agency of the customer in Chinese port.

14   That's all.  We delivered our product.

15              MR. MEUNIER:  Thank you.  No

16         further questions.

17              THE WITNESS:  Thank you.

18              THE COURT:  That completes

19         the deposition.

20              VIDEOTAPE TECHNICIAN:  That

21         concludes today's deposition and

22         also Tape Number 7 and going off

23         the record at 6:21.

24              (Witness excused.)

Confidential - Subject to Further Confidentiality Review

```
 1                    (Deposition concluded at
 2            approximately 6:21 p.m.)
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1              C E R T I F I C A T E
 2
 3
                   I, ANN MARIE MITCHELL, a
 4   Registered Diplomate Reporter, Certified
     Court Reporter and Notary Public, do
 5   hereby certify that, pursuant to notice,
     the deposition of GANG CHE was duly taken
 6   on January 12, 2012 at 8:28 a.m. before
     me.
 7
 8              The said GANG CHE was duly
     sworn by The Court according to law to
 9   tell the truth, the whole truth and
     nothing but the truth and thereupon did
10   testify as set forth in the above
     transcript of testimony.  The testimony
11   was taken down stenographically by me.
12
                   I do further certify that
13   the above deposition is full, complete
     and a true record of all the testimony
14   given by the said witness.
15
16
          Ann Marie Mitchell
17        Registered Diplomate Reporter
          Certified Realtime Reporter
18
19
20              (The foregoing certification
     of this transcript does not apply to any
21   reproduction of the same by any means,
     unless under the direct control and/or
22   supervision of the certifying reporter.)
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1              INSTRUCTIONS TO WITNESS

 2

 3

 4              Please read your deposition

 5     over carefully and make any necessary

 6     corrections.  You should state the reason

 7     in the appropriate space on the errata

 8     sheet for any corrections that are made.

 9

10              After doing so, please sign

11     the errata sheet and date it.  It will be

12     attached to your deposition.

13

14              It is imperative that you

15     return the original errata sheet to the

16     deposing attorney within thirty (30) days

17     of receipt of the deposition transcript

18     by you.  If you fail to do so, the

19     deposition transcript may be deemed to be

20     accurate and may be used in court.

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1                     - - - - - -

                     E R R A T A

 2                     - - - - - -

 3    PAGE   LINE   CHANGE

 4    _____  _____    _____

 5      REASON:    ____  _____

 6    _____  _____    _____

 7      REASON:    _____  _____

 8    _____  _____    _____

 9      REASON:    _____  _____

10    _____  _____    _____

11      REASON:    _____  _____

12    _____  _____    _____

13      REASON:    _____  _____

14    _____  _____    _____

15      REASON:    _____  _____

16    _____  _____    _____

17      REASON:    _____  _____

18    _____  _____    _____

19      REASON:    _____  _____

20    _____  _____    _____

21      REASON:    _____  _____

22    _____  _____    _____

23      REASON:    _____  _____

24
```

Confidential - Subject to Further Confidentiality Review

1
2                  ACKNOWLEDGMENT OF DEPONENT
3
                        I,_____, do
4    hereby certify that I have read the
     foregoing pages, 125-410, and that the
5    same is a correct transcription of the
     answers given by me to the questions
6    therein propounded, except for the
     corrections or changes in form or
7    substance, if any, noted in the attached
     Errata Sheet.
8
9    _____

     GANG CHE                          DATE
10
11
12
13
14
15
16   Subscribed and sworn
     to before me this
17   _____ day of _____, 20____.
18   My commission expires:_____
19
     _____
20   Notary Public
21
22
23
24

Confidential - Subject to Further Confidentiality Review

1                    LAWYER'S NOTES

2     PAGE   LINE

3     ____   ____   _____

4     ____   ____   _____

5     ____   ____   _____

6     ____   ____   _____

7     ____   ____   _____

8     ____   ____   _____

9     ____   ____   _____

10    ____   ____   _____

11    ____   ____   _____

12    ____   ____   _____

13    ____   ____   _____

14    ____   ____   _____

15    ____   ____   _____

16    ____   ____   _____

17    ____   ____   _____

18    ____   ____   _____

19    ____   ____   _____

20    ____   ____   _____

21    ____   ____   _____

22    ____   ____   _____

23    ____   ____   _____

24    ____   ____   _____