# EXHIBIT G



Transcript of the Testimony of: **Wenlong Peng**

01/13/2012

Chinese Drywall

1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
2

3        _____      § MDL NO. 2047
                               §
         IN RE:                §
4        CHINESE-              § SECTION: L
         MANUFACTURED          §
5        DRYWALL PRODUCTS      § JUDGE FALLON
         LIABILITY             §
6        LITIGATION            § MAGISTRATE
                               § JUDGE WILKINSON
7        _____

                          -   -   -
8
          CROSS NOTICED IN VARIOUS OTHER ACTIONS
9
                          -   -   -
10
                      January 13, 2012
11
                          -   -   -
12
            CONFIDENTIAL - SUBJECT TO FURTHER
13               CONFIDENTIALITY REVIEW
14                        -   -   -
15          Continued videotaped deposition of
      WENLONG PENG, held at the Executive
16    Centre, Level 3, Three Pacific Place, One
      Queen's Road East, Hong Kong, China,
17    commencing at 8:32 a.m., on the above
      date, before Ann Marie Mitchell,
18    Certified Court Reporter, Registered
      Diplomate Reporter, Certified Realtime
19    Reporter and Notary Public.
                          -   -   -
20
21
             GOLKOW TECHNOLOGIES, INC.
22      877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com
23
24

Confidential - Subject to Further Confidentiality Review

```
 1   BEFORE:
 2          HONORABLE ELDON E. FALLON
            UNITED STATES FEDERAL COURT -
 3          EASTERN DISTRICT OF LOUISIANA
 4
 5   APPEARANCES:
 6
     GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 7   & WARSHAUER, L.L.C.
     BY:  GERALD E. MEUNIER, ESQUIRE
 8   2800 Energy Centre
     1100 Poydras Street
 9   New Orleans, Louisiana 70163
     (504) 522-2304
10   gmeunier@gainsben.com
     Representing the Plaintiffs'
11   Steering Committee
12
     HERMAN HERMAN KATZ & COTLAR, LLP
13   BY:  LEONARD A. DAVIS, ESQUIRE
     820 O'Keefe Avenue
14   New Orleans, Louisiana 70113
     (504) 581-4892
15   Ldavis@hhkc.com
     Representing the Plaintiffs'
16   Steering Committee
17
     COLSON HICKS EIDSON
18   BY:  ERVIN GONZALEZ, ESQUIRE
     BY:  PATRICK S. MONTOYA, ESQUIRE
19   255 Alhambra Circle
     Penthouse
20   Coral Gables, Florida 33134
     (305) 476-7400
21   Ervin@colson.com
     Patrick@colson.com
22   Representing Plaintiffs' Steering
     Committee in the Federal and State
23   Coordinated Actions
24
```

```
 1      APPEARANCES (CONTINUED):
 2
        LEVIN, FISHBEIN, SEDRAN & BERMAN
 3      BY:  ARNOLD LEVIN, ESQUIRE
        510 Walnut Street - Suite 500
 4      Philadelphia, Pennsylvania 19106
        (215) 592-1500
 5      Alevin@lfsblaw.com
        Representing the Plaintiffs'
 6      Steering Committee
 7
        SEEGER WEISS LLP
 8      BY:  SCOTT A. GEORGE, ESQUIRE
        One William Street
 9      New York, New York 10004
        (212) 584-0700
10      Sgeorge@seegerweiss.com
        Representing the Plaintiffs'
11      Steering Committee
12
        HOGAN LOVELLS US LLP
13      BY:  FRANK T. SPANO, ESQUIRE
        875 Third Avenue
14      New York, New York 10022
        (212) 918-3000
15      frank.spano@hoganlovells.com
        Representing Taishan Gypsum Co.
16      Ltd. and Taian Taishan
        Plasterboard Company Ltd. and the
17      Witness, Wenlong Peng
18
        HOGAN LOVELLS INTERNATIONAL LLP
19      BY:  EUGENE CHEN, ESQUIRE
        BY:  JIENI JI, ESQUIRE
20      18th Floor, Park Place
        1601 Nanjing Road West
21      Shanghai, China 200040
        (86 21) 6122 3800
22      eugene.chen@hoganlovells.com
        Representing Taishan Gypsum Co.
23      Ltd. and Taian Taishan Plasterboard
        Company Ltd. and the Witness, Wenlong
24      Peng
```

```
 1    APPEARANCES (CONTINUED):
 2
      GREENBERG TRAURIG, LLP
 3    BY:  HILARIE BASS, ESQUIRE
      1221 Brickell Avenue
 4    Miami, Florida 33131
      (305) 579-0745
 5    bassh@gtlaw.com
      Representing the Home Builders
 6    Steering Committee
 7
      PERKINS COIE LLP
 8    BY:  DAVID L. BLACK, ESQUIRE
      1899 Wynkoop Street
 9    Suite 700
      Denver, Colorado 80202
10    (303) 291-2300
      DBlack@perkinscoie.com
11    Representing the State of Louisiana
12
      THOMPSON COE COUSINS & IRONS, L.L.P.
13    BY:  KEVIN F. RISLEY, ESQUIRE
      One Riverway
14    Suite 1600
      Houston, Texas 77056
15    (713) 403-8210
      krisley@thompsoncoe.com
16    Representing The North River
      Insurance Company
17
18    BRENNER, EVANS & MILLMAN, P.C.
      BY:  THEODORE I. BRENNER, ESQUIRE
19    411 East Franklin Street
      Suite 200
20    Richmond, Virginia 23218
      Tbrenner@beylaw.com
21    (804) 644-1300
      Representing Tobin Trading Company
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2
 3        McKENRY, DANCIGERS, DAWSON & LAKE, P.C.
          BY:  J. BRIAN SLAUGHTER, ESQUIRE
 4        192 Ballard Court
          Suite 400
 5        Virginia Beach, Virginia 23462
          (757) 461-2500
 6        Jbslaughter@va-law.org
          Representing Atlantic Homes LLC and
 7        Multiple Other Virginia-Based
          Defendants
 8
 9        QUINN EMANUEL URQUHART & SULLIVAN,LLP
          BY:  JANE M. BYRNE, ESQUIRE
10        BY:  JULIA BESKIN, ESQUIRE
          51 Madison Avenue
11        22nd Floor
          New York, New York 10010
12        (212) 849-7000
          Janeburne@quinnemanuel.com
13        Juliabeskin@Quinnemanuel.Com
          Representing Chartis Select Insurance
14        Company and Related Chartis Insurers
15
          WEINBERG, WHEELER, HUDGINS, GUNN &
16        DIAL, LLC
          BY:  MICHAEL SEXTON, ESQUIRE
17        3344 Peachtree Road, NE
          Suite 2400
18        Atlanta, Georgia 30326
          (404) 876-2700
19        msexton@wwhgd.com
          Representing Various Banner
20        Defendants
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1        APPEARANCES (CONTINUED):

 2

          SINNOTT, NUCKOLS & LOGAN, PC

 3        BY:  KENNETH F. HARDT, ESQUIRE

          13811 Village Mill Drive

 4        Midlothian, Virginia 23114

          (804) 378-7600

 5        khardt@snllaw.com

          Representing Venture Supply, Inc. and

 6        Porter-Blaine Corp.

 7

      ALSO PRESENT:

 8

          SUNNY WANG, INTERPRETER

 9

10

11                    -   -   -

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1    APPEARANCES VIA TELEPHONE:
 2
 3        GALLOWAY JOHNSON TOMPKINS BURR and SMITH
          BY:  CARLINA C. EISELEN, ESQUIRE
 4        One Shell Square
          701 Poydras Street, 40th Floor
 5        New Orleans, Louisiana 70139
          (504) 525-6802
 6        ceiselen@gjtbs.com
          Representing Interior/Exterior
 7        Building Supply
 8
          HUNTON & WILLIAMS LLP
 9        BY:  A. TODD BROWN, ESQUIRE
          Bank of America Plaza
10        101 South Tryon Street
          Suite 3500
11        Charlotte, North Carolina  28280
          (704) 378-4700
12        Representing Stock Building Supply, LLC
13
14        JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE LLP
15        BY:  MEGAN E. DONOHUE, ESQUIRE
          600 Jefferson Street, Suite 1600
16        Lafayette, Louisiana 70501
          (337) 262-9062
17        mdonohue@joneswalker.com
          Representing Fireman's Fund Insurance
18        Company
19
          FULMER LEROY ALBEE BAUMANN
20        BY:  MICHAEL P. McCAHILL, ESQUIRE
          2866 East Oakland Park Boulevard
21        Ft. Lauderdale, Florida 33306
          (954) 707-4430
22        mosscandace@fulmerleroy.com
          mmccahill@fulmerleroy.com
23        Representing Independent Builders
          Supply Association (IBSA)
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):
 2
 3        WRIGHT, FULFORD, MOORHEAD & BROWN, P.A.
          BY:  DORYK B. GRAF, JR., ESQUIRE
 4        145 N. Magnolia Ave.
          Orlando, Florida 32801
 5        (407) 425-0234
          dgraf@wfmblaw.com
 6        Representing West Construction, Inc.
 7
 8        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          BY: CLINTON DOCKERY, ESQUIRE
 9        51 Madison Avenue, 22nd Floor
          New York, New York 10010
10        (212) 849-7000
          clintondockery@quinnemanuel.com
11        Representing Chartis Select Insurance
          Company and Related Chartis Insurers
12
13        RUMBERGER, KIRK & CALDWELL, P.A.
          BY:  MONICA C. SEGURA, ESQUIRE
14        Brickell Bayview Centre, Suite 3000
          80 Southwest 8th Street
15        Miami, Florida 33130
          (305) 358-5577
16        Representing several defendants and
          Defendants' Liaison Counsel for
17        Installers
18
          BUCHANAN INGERSOLL & ROONEY
19        BY:  C. ROBERT ZAPPALA, ESQUIRE
          One Oxford Centre
20        301 Grant Street, 20th Floor
          Pittsburgh, Pennsylvania 15219
21        (412) 392-2135
          bobby.zappala@bipc.com
22        Representing 84 Lumber
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1     APPEARANCES VIA STREAM:
 2
       BECNEL LAW FIRM, L.L.C.
 3     BY:  ROBERT BECNEL, ESQUIRE
       106 W. 7th Street
 4     Reserve, Louisiana 70084
       (985) 536-1186
 5     robbecnel@aol.com
       Representing the Plaintiffs'
 6     Steering Committee
 7
       PARKER WAICHMAN ALONSO LLP
 8     BY:  JORDAN L. CHAIKIN, ESQUIRE
       3301 Bonita Beach Road
 9     Bonita Springs, Florida 34134
       (239) 390-1000
10     Jchaikin@yourlaywer.com
       Representing Plaintiffs' Steering
11     Committee
12
       MORGAN & MORGAN
13     BY:  PETE V. ALBANIS, ESQUIRE
       12800 University Drive
14     Suite 600
       Fort Myers, Florida 33907
15     (877) 667-4265
       Representing the Plaintiffs
16
17     IRPINO LAW FIRM
       BY:  ANTHONY IRPINO, ESQUIRE
18     2216 Magazine Street
       New Orleans, Louisiana 70130
19     Airpino@irpinolaw.com
       (504) 525-1500
20     Representing the Plaintiffs
21
22
23
24
```

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2

 3        GALLOWAY JOHNSON TOMPKINS BURR and SMITH
          BY:  CARLINA C. EISELEN, ESQUIRE
 4        One Shell Square
          701 Poydras Street, 40th Floor
 5        New Orleans, Louisiana 70139
          (504) 525-6802
 6        ceiselen@gjtbs.com
          Representing Interior/Exterior
 7        Building Supply
 8

          HEARD & MEDACK, P.C.
 9        BY:  JAMES DAVIS, ESQUIRE
          9494 Southwest Freeway, Suite 700
10        Houston, Texas 77074
          (713) 772-6400
11        jdavis@heardmedackpc.com
          Representing CastleRock Communities, L.P.
12
13

          HUNTON & WILLIAMS LLP
14        BY:  A. TODD BROWN, ESQUIRE
          Bank of America Plaza
15        101 South Tryon Street
          Suite 3500
16        Charlotte, North Carolina  28280
          (704) 378-4700
17        tbrown@hunton.com
          Representing Stock Building Supply, LLC
18
19

          SHER GARNER CAHILL RICHTER KLEIN &
20        HILBERT, L.L.C.
          BY:  MATTHEW C. CLARK, ESQUIRE
21        909 Poydras Street
          Suite 2800
22        New Orleans, Louisiana 70112
          (504) 299-2100
23        mclark@shergarner.com
          Representing the Southern Home
24        Defendants
```

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          BY: CLINTON DOCKERY, ESQUIRE
 4        51 Madison Avenue, 22nd Floor
          New York, New York 10010
 5        (212) 849-7000
          clintondockery@quinnemanuel.com
 6        Representing Chartis Select Insurance
          Company and Related Chartis Insurers
 7
 8        JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE LLP
 9        BY:  MEGAN E. DONOHUE, ESQUIRE
          600 Jefferson Street, Suite 1600
10        Lafayette, Louisiana 70501
          (337) 262-9062
11        mdonohue@joneswalker.com
          Representing Fireman's Fund Insurance
12        Company
13
          DEUTSCH, KERRIGAN & STILES
14        BY:  MELISSA M. SWABACKER, ESQUIRE
          755 Magazine St.
15        New Orleans, Louisiana  70130
          (504) 581-5141
16        mswabacker@dkslaw.com
          Representing Landmark American
17        Insurance Company
18
          WEINBERG, WHEELER, HUDGINS, GUNN &
19        DIAL, LLC
          BY:  SHUBHRA MASHELKAR, ESQUIRE
20        3344 Peachtree Road, NE
          Suite 2400
21        Atlanta, Georgia 30326
          (404) 876-2700
22        Smashelkar@wwhgd.com
          Representing Various Banner
23        Defendants
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                       -   -   -
                     I N D E X
 2                       -   -   -
 3     Testimony of:   WENLONG PENG
 4       By Mr. Seeger               464, 544
         By Ms. Bass                 510
 5       By Mr. Hardt                517
         By Ms. Beskin               523
 6       By Mr. Spano                526
 7
                         -   -   -
 8
                   E X H I B I T S
 9
                         -   -   -
10
11     NO.                DESCRIPTION       PAGE
12     Peng-18   E-mail chain, top one      466
                 dated November 20,
13               2006, Bates stamped TG
                 0022595 and TG 0022596
14
       Peng-19   E-mail in Chinese          482
15               dated May 11, 2007,
                 Bates stamped TG
16               0022728
17     Peng-19A  E-mail in Chinese          482
                 dated May 11, 2007,
18               Bates stamped TG
                 0022728
19
       Peng-20   E-mail chain, top one      488
20               dated August 30, 2007,
                 Bates stamped TG
21               0021369 through TG
                 0021372
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1      Peng-21    E-mail chain, top one    500
                   dated August 6, 2007,
 2                 Bates stamped TG
                   0021964, TG 0021966
 3                 and TG 0021991
 4      Peng-22    E-mail chain, top one    505
                   dated 6/3/2006, Bates
 5                 stamped TG 0001377 and
                   TG 0001378
 6
        Peng-23    E-mail dated October     507
 7                 9, 2007, Bates stamped
                   TG 0022650
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                      -   -   -

 2            DEPOSITION SUPPORT INDEX

 3                      -   -   -

 4

         Direction to Witness Not to Answer

 5

                      Page Line

 6

 7

 8

 9

         Request for Production of Documents

10

                      Page Line

11

12

13

14

                    Stipulations

15

                      Page Line

16

17

18

19

                  Question Marked

20

21                    Page Line

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1              VIDEOTAPE TECHNICIAN:   We

 2         are on the record.  My name is Dan

 3         Lawlor.  I'm a videographer for

 4         Golkow Technologies.  Today's date

 5         is January 13, 2012, and the time

 6         is 8:32 a.m.  This video

 7         deposition is being held in Hong

 8         Kong, China in the matter of

 9         Chinese Drywall Litigation, for

10         the United States District Court,

11         Eastern District of Louisiana, MDL

12         Number 2047 and cross-noticed in

13         various other actions.  The

14         deponent today is Peng Wenlong.

15              Will Your Honor and all

16         present state your appearances for

17         the record.

18              THE COURT:  Judge Eldon

19         Fallon, United States District

20         Court, Eastern District of

21         Louisiana.

22              MR. SEEGER:  Chris Seeger,

23         Seeger Weiss, on behalf of the PSC

24         and plaintiffs.  With me is Scott
```

Confidential - Subject to Further Confidentiality Review

1          George from my office.

2                  MS. BASS:  Hilarie Bass, on

3          behalf of the Home Builders

4          Steering Committee.

5                  MR. GONZALEZ:  Good morning.

6          Ervin Gonzalez and Patrick Montoya

7          on behalf of the PSC and MDL

8          states' liaison counsel.

9                  MR. HARDT:  Good morning.

10         Ken Hardt on behalf of Venture

11         Supply in the Germano action and

12         the Alexander state court action.

13                 MR. BRENNER:  Theodore

14         Brenner on behalf of Tobin Trading

15         in the Germano action.

16                 MR. SLAUGHTER:  Brian

17         Slaughter here on behalf of

18         Atlantic Homes, LLC and the

19         Commonwealth of Virginia matters

20         and the MDL.

21                 MR. SEXTON:  Mike Sexton on

22         behalf of certain Banner Supply

23         entities.

24                 MR. LEVIN:  Arnold Levin,

Confidential - Subject to Further Confidentiality Review

```
 1          lead counsel, PSC.

 2               MR. DAVIS:   Leonard Davis on

 3          behalf of the Plaintiffs' Steering

 4          Committee and Plaintiffs' Liaison

 5          Counsel.

 6               MR. BLACK:   David Black on

 7          behalf of the State of Louisiana,

 8          preserving our rights set forth in

 9          our pending remand motion.

10               MR. MEUNIER:   Gerry Meunier

11          for the PSC and the MDL.

12               MS. BYRNE:   Jane Byrne and

13          Julia Beskin from Quinn Emanuel

14          for the Chartis Group of insurance

15          companies.

16               MR. RISLEY:   Kevin Risley

17          for the North River Insurance

18          Company.

19               MR. SPANO:   Frank Spano,

20          Eugene Chen and Jieni Ji, Hogan

21          Lovells, for the defendants TG and

22          TTP.

23               VIDEOTAPE TECHNICIAN:   The

24          court reporter today is Ann Marie
```

Confidential - Subject to Further Confidentiality Review

```
 1              Mitchell.  And, Your Honor, please
 2              proceed.
 3                     -   -   -
 4                  WENLONG PENG, after having
 5              been duly sworn, was examined and
 6              testified as follows:
 7                     -   -   -
 8                  THE COURT:  You may proceed,
 9              Counsel.
10                  MR. SEEGER:  Thank you, Your
11              Honor.
12                     -   -   -
13                  EXAMINATION
14                     -   -   -
15         BY MR. SEEGER:
16              Q.   Good morning, Mr. Peng.
17         Good to see you again.
18              A.   Hello.
19              Q.   I questioned you in April.
20              A.   That's correct, the last
21         time.
22              Q.   I've got some exhibits I
23         want to go through, and we should be able
24         to get through this relatively quickly
```

Confidential - Subject to Further Confidentiality Review

1    today, from my perspective.

2              Mr. Peng, did you have an

3    opportunity to review your testimony from

4    April?

5         A.    With the direction of Hogan

6    Lovells' attorney, I did review the

7    testimony.

8         Q.    Is there anything about that

9    testimony you'd like to start off with

10   correcting, or are you satisfied with

11   your testimony?

12        A.    I believe with the

13   instruction of my attorney, I did make

14   some corrections.

15             MR. SEEGER:  Frank, were

16        those provided to us?

17             MR. SPANO:  Yes.  There was

18        an errata sheet filed.

19             MR. SEEGER:  Just that.

20        Okay.

21   BY MR. SEEGER:

22        Q.    Thank you, Mr. Peng.

23             Mr. Peng, I'd like to start

24   off by marking an exhibit that I'd like

Confidential - Subject to Further Confidentiality Review

1      to ask you some questions about.

2                    For the record, we are

3      marking this as Peng Exhibit 18.  It's

4      Bates stamped TG 22595 through 22623.

5                    Hold on one second.  Let me

6      just check.

7                    No.  I'm sorry.  Let me

8      correct this.  There's two extra pages on

9      this.  It's TG 22595 and 596.

10                         -  -  -

11                    (Deposition Exhibit No.

12            Peng-18, E-mail chain, top one

13            dated November 20, 2006, Bates

14            stamped TG 0022595 and TG 0022596,

15            was marked for identification.)

16                         -  -  -

17     BY MR. SEEGER:

18            Q.    Mr. Peng, first of all, I

19     want to start off, this is your e-mail.

20     Correct?

21            A.    Yes.  The sender of the

22     e-mail, according to what appears here,

23     is mine.

24            Q.    So at the top, it's an

Confidential - Subject to Further Confidentiality Review

1     e-mail from you to Owen Li; is that

2     correct?

3             A.    Yes.   That's the e-mail I

4     sent to Owen Li.

5             Q.    Owen Li is a TG employee at

6     this time.  Right?

7             A.    Yes.  At the time, he was

8     the employee of TG.

9             Q.    And in this time frame,

10    which is November of 2006, you were an

11    employee for TTP.  Correct?

12            A.    Yes.

13            Q.    Okay.

14                  So just to be clear, at the

15    very top, the e-mail exchange at the top

16    of the e-mail is from you and Owen Li,

17    who is with TG?

18            A.    Yes.  It is an e-mail that I

19    sent to Mr. Li.

20            Q.    Thank you.

21                  Mr. Peng, if you look

22    further down on this exhibit --

23                  First of all, this is an

24    e-mail that you wrote in English.

Confidential - Subject to Further Confidentiality Review

```
 1    Correct, sir?
 2            A.    This is an e-mail that I
 3    forwarded.
 4            Q.    But the e-mail below, you
 5    see the further down -- let me just point
 6    it out to you.  Right there.  Let's go to
 7    that one.
 8            A.    Yes.  That's the e-mail I
 9    forwarded.
10            Q.    So that e-mail exchange
11    further down the page is between you and
12    a Walter Yu; is that correct?
13            A.    Correct.
14            Q.    And it's November 18, 2006,
15    while you were a TTP employee.  Correct?
16            A.    At the time Mr. Yu was
17    hoping to purchase product from TG, but
18    at the time I worked for TTP, therefore,
19    I forwarded the e-mail to a Mr. Li in TG.
20            Q.    So the e-mail -- now I'm
21    focused on the one between you and Walter
22    Yu -- it's in English.  Correct?  It was
23    originally drafted in English?
24            A.    Actually, I copied some
```

Confidential - Subject to Further Confidentiality Review

```
 1    formats from the Internet and put it

 2    there, and through the help of some

 3    tools, such as dictionaries and plus some

 4    corrections had been made, I have done a

 5    lot of work, and then I put the e-mail

 6    together like this.

 7         Q.    But just to answer my

 8    question, Mr. Peng, if you can, just to

 9    make it simple, this e-mail that is in

10    English, no matter how you put it

11    together, was composed by you.  Correct,

12    sir?

13         A.    Yes, it is in English.  But

14    I've spent a lot of time in preparing for

15    this e-mail.

16         Q.    Okay.  Well, thank you.  I

17    appreciate that.

18              Mr. Peng, it starts off by

19    saying that it was nice to talk -- it

20    suggests you had a phone discussion with

21    this Mr. Walter Yu and yourself.

22              Was that discussion in

23    English?

24         A.    I don't recall.
```