Confidential - Subject to Further Confidentiality Review

1          Q.    And it discusses the sale of

2    gypsum board and metal stud.

3                Do you see that at the

4    beginning of the e-mail?

5          A.    Yes.  That what -- that's

6    what the e-mail appears to be.

7          Q.    At this time frame, TTP sold

8    gypsum board.  Correct, sir?

9          A.    Right.  In that period of

10    time, TTP did produce and sell gypsum

11    board.

12          Q.    TTP did not sell metal

13    studs.  Correct, Mr. Peng?

14          A.    But at the time, if the

15    customer would like to ask for quotation

16    or purchase from TTP the metal stud, it

17    is possible that we would purchase the

18    product from someone else and in turn

19    sell it to the customer.  However, in my

20    recollection and in our record, we did

21    not make any transaction with this Mr.

22    Yu.

23          Q.    Well, Mr. Peng, if you could

24    just try not to anticipate future

Confidential - Subject to Further Confidentiality Review

```
 1    questions and just answer the one I'm

 2    asking, it will go a lot faster, if you

 3    don't mind.

 4          A.    I was not anticipating.

 5    Looking at the e-mail, I thought about

 6    that and then I just spoke out.

 7          Q.    Thank you.  I didn't mean to

 8    be rude with that correction.  I'm trying

 9    to move it along.

10          A.    I understand.

11          Q.    Thank you, Mr. Peng.

12                The question I have is, did

13    TTP manufacture and sell metal studs in

14    this time frame?

15                MR SPANO:  Objection,

16          compound.

17    BY MR. SEEGER:

18          Q.    I'm going to restate the

19    question, Mr. Peng.

20                In the time frame of this

21    e-mail, did TTP manufacture metal studs?

22          A.    In this time frame, TTP did

23    not.

24          Q.    Thank you.
```

Confidential - Subject to Further Confidentiality Review

```
 1                      Did TTP sell metal studs in
 2       this time frame?
 3            A.      In approximately the same
 4       time frame, TTP, in my recollection, did
 5       sell the metal stud, but I'm not sure the
 6       exact time frame.  I'd say in between
 7       2006 and 2007.  Perhaps in between 2006
 8       and 2007, in the time frame of two years.
 9       But I'm not sure it falls into the exact
10       date as stated here.
11            Q.      And you mentioned earlier
12       that you would buy metal studs from
13       another manufacturer.
14                      Typically that would be a
15       manufacturer of metal studs that was
16       either TG or owned by TG.  Correct, sir?
17            A.      That's not so.  If the
18       customer would like to purchase metal
19       stud from TTP, and we would ask for
20       quotations from all the companies under
21       the umbrella of TG and other companies,
22       because we would like to have the lowest
23       price possible to sell it to a customer.
24       The precondition would be that the
```

Confidential - Subject to Further Confidentiality Review

1 quotation we have has to meet the

2 requirement of the customer.

3 Q. And, Mr. Peng, let's

4 continue to read your e-mail.

5 Right below where it says

6 gypsum board and metal stud, it said, "I

7 would like to take this opportunity to

8 introduce our company and products."

9 Then it says, "Shandong Taihe Dongxin

10 Co., Ltd. is one of the biggest"

11 companies "which is devoting in gypsum

12 board and relative products in China."

13 Did I read that correctly?

14 A. That's what it says in

15 e-mail.

16 Q. Just to be clear, Shandong

17 Taihe Dongxin Company, Ltd. is TG.

18 Correct?

19 A. Correct. TG's name was

20 changed from this company, Shandong Taihe

21 company.

22 Q. Before the name change, TG

23 was referred to as Shandong Taihe Dongxin

24 Company, Ltd. Correct?

Confidential - Subject to Further Confidentiality Review

```
 1              A.     You can say that.

 2              Q.     Well, you say that, right,

 3     Mr. Peng, in your e-mail?

 4              A.     What do you mean?

 5              Q.     It's okay.  Strike it.

 6     We'll go to another question.

 7                     And then Sunny, if you can

 8     find this spot, further down in the

 9     middle of the e-mail, it says, "Our" half

10     inch "board passes."

11                     THE INTERPRETER:  Yes.

12     BY MR. SEEGER:

13              Q.     "Our" half inch "board

14     passes the ASTM C1396 and ASTM C36 test."

15                     Do you see that, Mr. Peng?

16              A.     That's what I wrote in the

17     e-mail, but I would like to further

18     explain.  In that circumstance, the

19     reason I wrote it was because TTP's

20     product was sent to China Building

21     Materials Testing Center, and a testing

22     report was then produced.  Even though TG

23     did not have the report, but I personally

24     think at that time frame that the product
```

Confidential - Subject to Further Confidentiality Review

```
 1      of TG and TTP had not much difference,

 2      and it should be able to meet the

 3      requirement on the testing report.

 4             Q.    Mr. Peng, and if we --

 5                   The ASTM standards that

 6      we're looking at in the e-mail, those are

 7      US standards for gypsum board.  Correct,

 8      sir?

 9             A.    I don't think so.  From our

10      understanding, the standard was nothing

11      but an organization called ASTM, which

12      stipulated on the specifications and

13      standards of gypsum board.  It is public,

14      it is international.  I think if you say

15      it is an American standard, it is

16      inappropriate and it is wrong.

17             Q.    Okay.

18                   Mr. Peng, further down in

19      that e-mail, it says, "We largely."

20                   MR. SEEGER:  Sunny, are you

21             able to find that?  The sentence

22             that starts, "We largely."

23                   THE INTERPRETER:  Next

24             paragraph?  Oh, yes, I got it.
```

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. SEEGER:

 2            Q.    See it?  Okay.

 3                  Mr. Peng, will you read

 4    along with the translator.

 5                  It says, "We largely and

 6    steadily export our gypsum boards to the

 7    U.S.A."

 8                  Did I read that correctly?

 9                  MR. SPANO:  Objection.  Can

10         you please read the entire

11         sentence?

12                  MR. SEEGER:  If you think

13         it's relevant.

14                  Want me to read it, Judge?

15                  THE COURT:  Yeah, sure.

16    BY MR. SEEGER:

17            Q.    I'll read it again.

18                  "We largely and steadily

19    export our gypsum boards to the U.S.A.,

20    Southeast Asia, Middleeast, Russia,"

21    Ukraine "and so on."

22                  Did I read that correctly,

23    Mr. Peng?

24            A.    That is what is written in
```

Confidential - Subject to Further Confidentiality Review

```
 1      the e-mail, but at the time, what I was

 2      trying to express was, in that

 3      circumstance, we did have many customers,

 4      but gypsum board from our company, and

 5      those buyers might have shipped the

 6      product to different places.

 7              Q.      Thank you, Mr. Peng.

 8                      And then if you look further

 9      down, it says "We have."  It says, "We

10      have already," it says "expored," I think

11      you mean exported, "more than 15 million

12      square meters of gypsum board to the USA

13      since the beginning of this year."

14                      That's what it says.  Right,

15      sir?

16              A.      It's like what I have

17      explained to you earlier.  In fact, TG

18      and TTP, neither had shipped product

19      directly to America.  It's only that a

20      customer shipped the product to places

21      outside of China.  We call it export.

22              Q.      And, Mr. Peng, the next

23      sentence I'm going to read to you, my

24      question is simply going to be, is that
```

Confidential - Subject to Further Confidentiality Review

1    what you wrote in your e-mail?  So if you

2    can answer that yes or no, I'd appreciate

3    it.

4                  I'm going to read.  "We are

5    the first."

6                  MR. SEEGER:  Do you see

7          that, Sunny?

8    BY MR. SEEGER:

9          Q.    "We are the first who use

10   container to export gypsum board to USA

11   in China, we have the professional

12   salespersons and workers for USA market."

13                 You wrote that.  Right?

14         A.    To be accurate, I don't

15   recall the exact content of the e-mail.

16   But according to the address of the

17   e-mail, I believe that I wrote this

18   e-mail.  And like I said, I used many

19   tools in order to write this e-mail at

20   the time.  Perhaps my expressions were

21   hard to be expressed, and they were not

22   accurate.

23                 Like I said, there were many

24   buyers came to our company and bought our

Confidential - Subject to Further Confidentiality Review

```
 1      gypsum board.  And according to the

 2      requirement of the buyers, we packed them

 3      and we shipped them according to their

 4      requirements.  Our understanding at the

 5      time was very limited.  From the gypsum

 6      board companies that we knew at the time,

 7      we were the first company that was able

 8      to pack the gypsum board according to

 9      customers' requirements.

10                  THE COURT:  Let me make --

11                  Mr. Peng, I'm the judge who

12            is presiding over this case.

13            We're trying to get out of here

14            today.  Please listen to the

15            question and answer the question.

16            If you need to explain yourself,

17            I'll give you an opportunity or

18            your attorney can ask you later on

19            to explain yourself.  But please

20            try to answer the question.

21                  THE WITNESS:  Okay.  Thank

22            you, Judge.

23      BY MR. SEEGER:

24            Q.    Thank you, Mr. Peng.
```

Confidential - Subject to Further Confidentiality Review

1              Mr. Peng, this isn't the

2    first e-mail you wrote to customers in

3    English.  Correct, sir?

4         A.    I don't have a clear

5    recollection of that.

6         Q.    Well, we could say you wrote

7    more than one e-mail in English to

8    customers or potential customers.  Right,

9    sir?

10        A.    Accurately, beside this one,

11   I should have written others as well.

12        Q.    Mr. Peng, I think we

13   established from your deposition in April

14   that you graduated school with an English

15   literature degree.  Right, sir?

16        A.    Correct.  My study subject

17   was English in college.

18        Q.    Thank you.

19              And if you go to the next

20   page of this e-mail, my last question,

21   where you sign off, you sign off "Yours

22   faithfully, Export manager, Frank."

23   Correct, sir?

24        A.    I remember in my deposition

Confidential - Subject to Further Confidentiality Review

```
 1      in April, I already explained it to you,

 2      which was a set format in a computer.

 3              Q.      Right.  And, Mr. Peng, just

 4      to be clear, I'm asking you that the

 5      words on this page, you agree that in

 6      your e-mail, it signs off, "Yours

 7      faithfully, Export manager, Frank."

 8      Correct, sir?

 9              A.      Yes.  That's what appears in

10      the e-mail.

11              Q.      And that name Frank is a

12      name that you had used from time to time,

13      Frank Clem, in addition to your own

14      Chinese name.  Correct, sir?

15              A.      Correct.

16              Q.      Thank you, Mr. Peng.  That's

17      all I have on that one.

18                      I'm going to mark the next

19      exhibit.

20                      For the record, I'm marking

21      Exhibits 19 and 19A.  19 is Bates stamped

22      TG 0022728.  That's the Chinese version.

23      And 19A is the English translation of

24      22728.
```

Confidential - Subject to Further Confidentiality Review

```
 1                    -  -  -
 2              (Deposition Exhibit No.
 3         Peng-19, E-mail in Chinese dated
 4         May 11, 2007, Bates stamped TG
 5         0022728, and Deposition Exhibit
 6         No. Peng-19A, E-mail in Chinese
 7         dated May 11, 2007, Bates stamped
 8         TG 0022728, were marked for
 9         identification.)
10                    -  -  -
11              THE WITNESS:  Should I take
12         a look at the Chinese version
13         first?
14   BY MR. SEEGER:
15         Q.    Absolutely.  Just tell me
16   when you're ready, Mr. Peng.
17         A.    I'm reading it.
18         Q.    Okay.
19         A.    I'm done reading the Chinese
20   version.
21         Q.    Mr. Peng, this is an
22   e-mail -- I'm working off the English
23   translation, sir.  And you should feel
24   free to look back at the Chinese version
```

Confidential - Subject to Further Confidentiality Review

1    to check the English translation if you

2    feel the need.

3              This e-mail is dated May 11,

4    2007.  Correct?

5         A.    Correct.

6         Q.    And at this time, you're

7    an employee --

8         A.    It was written at that time.

9         Q.    I'm sorry.  I didn't mean to

10   interrupt.

11             At this time, you're an

12   employee of TTP also.  Correct, sir?

13        A.    Correct.

14        Q.    And the subject line on the

15   English version, just confirm the Chinese

16   says it, it says "Taishan gypsum boards."

17   Is that correct?

18        A.    That's what it says on the

19   subject line.

20        Q.    Okay.

21             Do you see who the e-mail is

22   going to?  Because there's only an e-mail

23   address there.

24        A.    There is a Mr. Zhang under

Confidential - Subject to Further Confidentiality Review

1      that, but I'm not sure exactly who that

2      person is.

3          Q.    And then again in this

4      e-mail, Mr. Peng, you describe -- the

5      company you're describing as a key

6      national manufacturer is Shandong Taihe

7      Dongxin.   Correct, sir?   That's TG?

8          A.    The e-mail, especially the

9      first paragraph, was introduction that I

10     did to the client upon their request.

11     Usually before placing order, the buyers

12     would like to know something about the

13     manufacturer.   They would request -- they

14     would require us to give background

15     introduction of the company, some basic

16     information.

17               As a salesperson at the

18     time, in order to reach a deal, and try

19     our best to keep the customer, we would

20     give an introduction of our company.   At

21     the time I worked for TTP, TTP was a

22     newly founded company.   Usually the

23     customer would request us to introduce

24     the background of TTP and whether we have

Confidential - Subject to Further Confidentiality Review

```
 1    any support.  So our -- and what is the
 2    superior company of this company.  Under
 3    that circumstance, I would introduce
 4    Shandong Taihe Dongxin Company to the
 5    customer, to indicate that TTP company
 6    has a strong background.  Of course, for
 7    production and sales of TTP, it had
 8    always been carried on, carried out by
 9    TTP itself.
10              The second paragraph of this
11    e-mail was a quotation for gypsum board
12    that I made.  That's what I see the
13    e-mail is about.
14              THE COURT:  One moment.
15              MR. SPANO:  Your Honor, may
16        I, with the Court's permission,
17        have a moment with the witness?
18              THE COURT:  Yes.  Let's take
19        a ten-minute break at this time,
20        please.
21              VIDEOTAPE TECHNICIAN:  Going
22        off the record.  The time is 9:06.
23                    -   -   -
24              (A recess was taken from
```

Confidential - Subject to Further Confidentiality Review

```
1              9:06 a.m. until 9:14 a.m.)

2                      -   -   -

3              VIDEOTAPE TECHNICIAN:  Going

4         back on the video record.  The

5         time is 9:14.

6    BY MR. SEEGER:

7         Q.    Mr. Peng, the background of

8    the company that you're giving in this

9    e-mail is for TG.  Correct, sir?

10        A.    Yes.  I did mention TG.

11        Q.    And TTP is not specifically

12   mentioned in this e-mail anywhere, is it,

13   sir?

14        A.    No, it was not specifically

15   mentioned.

16        Q.    In fact, if you look on the

17   Chinese version and if you look at the

18   English version and you put that in front

19   of you, under your name on the Chinese

20   version, it says, "Taihe Dongxin Co.,

21   Ltd.," under your name on the Chinese

22   version.  Correct, sir?

23        A.    Like I said earlier, it is a

24   fixed format produced by the computer.
```

Confidential - Subject to Further Confidentiality Review

1       It has always been there.

2               Q.      But Mr. Peng, just to be

3       clear that I'm reading it correctly,

4       "Taihe Dongxin Co., Ltd.," which appears

5       beneath your name on the Chinese version,

6       that's not TTP.  Correct, sir?

7               A.      It does not appear to be

8       TTP.

9               Q.      Then my question also for

10      you is, do you know who did the English

11      translation of the Chinese version of

12      this e-mail?

13              A.      I don't know.

14              MR. SPANO:  Objection.

15              MR. SEEGER:  I just asked

16          him if he knew.

17              MR. SPANO:  Do you mean for

18          purposes of the litigation?

19              MR. SEEGER:  I just wanted

20          to know if he knew who did the

21          translation.

22              MR. SPANO:  I object on work

23          product grounds.

24              MR. SEEGER:  Okay.  I'll go

Confidential - Subject to Further Confidentiality Review

```
 1              to the next question, Your Honor.
 2   BY MR. SEEGER:
 3        Q.    To be clear, Mr. Peng,
 4   beneath your name on the Chinese version
 5   it says "Taihe Dongxin Co., Ltd.," but
 6   that does not appear in the English
 7   translation, does it, sir?
 8        A.    Let me take a look.
 9        Q.    Go ahead.
10        A.    The English version does not
11   appear to have the company's name.
12        Q.    You can put that aside.
13   Thank you, Mr. Peng.
14              For the record, what I've
15   marked as Exhibit Peng-20 is TG 0021369
16   through 21372.
17                   -  -  -
18              (Deposition Exhibit No.
19         Peng-20, E-mail chain, top one
20         dated August 30, 2007, Bates
21         stamped TG 0021369 through TG
22         0021372, was marked for
23         identification.)
24                   -  -  -
```

Confidential - Subject to Further Confidentiality Review

1    BY MR. SEEGER:

2         Q.    You can go ahead and take a

3    look at this, Mr. Peng.

4              Mr. Peng, you wrote this

5    e-mail, the portions of this e-mail that

6    you wrote, you wrote in English.

7    Correct, sir?

8         A.    Yes.  I wrote a couple of

9    sentences in English.

10        Q.    And if we go to -- if you go

11   to about the third page on this --

12             MR. SEEGER:  Judge, do you

13        want me to wait?

14             THE COURT:  No, that's okay.

15   BY MR. SEEGER:

16        Q.    If you go to the third page

17   of the e-mail, so we can go back in time.

18             You receive an e-mail on

19   August 28, 2007 from a Jacky Yu.

20   Correct, sir?

21        A.    Yes.  On August 28, 2007, I

22   see Jacky Yu here.  I did write, but

23   however, I do not see who is the e-mail

24   written to.

Confidential - Subject to Further Confidentiality Review

1          Q.      It says, "Hi Mr. Peng" right

2     below that.

3                  Right here, sir?

4          A.      Yes, that's what it says.

5          Q.      Are you satisfied that's

6     you, Mr. Peng?

7          A.      But I do not see who the

8     e-mail was sent to in this e-mail, so I

9     can't be sure.

10         Q.      Let's start with Jacky Yu.

11                 Do you know the company

12    Metal Sourcing Specialist - Asia?

13         A.      In my impression that Jacky

14    Yu came to our company.  However, I am --

15    I do not have a lot of impression about

16    his company name.

17         Q.      Okay.

18                 If we look at the paragraph

19    that starts "Right now," on this date,

20    Mr. Yu writes to you, "Right now I am

21    searching for some new potential

22    suppliers which specialize in making

23    metal stud and truck" -- it says "truck,"

24    I think it means track.  "As a USA

Confidential - Subject to Further Confidentiality Review

1    company we mainly deal in North America

2    Market, so it is necessary that

3    you...have business experience with US

4    customer.  Would you" please "introduce

5    me" to "your company such as how big your

6    company?  How long...you in biz with US?

7    Who are the top 5 customers?"

8              Did I read that correctly,

9    sir?

10         A.    That's what it says in the

11   e-mail.

12         Q.    Thank you.

13              Now, if you go, if you turn

14   forward one page to August 29th.

15              Sorry.  I was trying to

16   help.

17              Now, this e-mail at the top

18   is from you to Jacky Yu.  Correct, sir?

19   Do you see that?

20         A.    What it appears to be me and

21   Jacky Yu, not Yu.

22         Q.    Sorry.  I apologize.  I'm

23   going to mess a lot of names up in this

24   deposition, so I apologize in advance.

Confidential - Subject to Further Confidentiality Review

1                    And the date is August 29,

2     2007.  Right, sir?

3              A.    Yes.

4              Q.    And you were a TTP employee

5     at this time.  Correct, sir?

6              A.    Correct.

7              Q.    And the subject line is

8     "Metal stud."

9                    Do you see that?

10             A.    Yes.  Correct.

11             Q.    And your response is,

12    starting with the second sentence, "I

13    would like to take this opportunity to

14    introduce our company and products as

15    following."

16                   And the first name in the

17    next paragraph is the predecessor name

18    for TG.  Correct, sir?

19             A.    Yes.

20             Q.    And then further down where

21    it says "We export," it says, "We export

22    the metal frame especially to USA such as

23    New York and Norfolk."  Correct, sir?

24    Does it say that?

Confidential - Subject to Further Confidentiality Review

1          A.     That's what it says in the

2     e-mail.

3          Q.     The following sentence says,

4     "Any further information please visit,"

5     and it gives a website address, doesn't

6     it?

7          A.     Correct.

8          Q.     It's www.taihegroup.com?

9          A.     Correct.

10         Q.     Now, this is the site that

11    you would refer customers to, US

12    customers or anywhere in the world.

13    Correct, sir?

14         A.     No.

15         Q.     This is the site you

16    referred to in this e-mail to this

17    potential US customer.  Correct, sir?

18         A.     This e-mail is only for Mr.

19    Yu upon his request.

20         Q.     And you understood that Mr.

21    Yu was looking for a supplier of drywall

22    and metal studs for USA customers.

23    Correct, sir?

24         A.     I only know that he was

Confidential - Subject to Further Confidentiality Review

```
 1    willing to buy some metal stud product.

 2            Q.    For US customers.  Correct,

 3    sir?  That's what he says in his e-mail

 4    to you?

 5            A.    That's what it says in Mr.

 6    Yu's e-mail.

 7            Q.    Thank you.

 8                  Now, the site, do you know

 9    when this site, www.taihegroup.com, first

10    became active, the year?

11            A.    I don't know when did it set

12    up and run, but at least it was before I

13    joined the company, I joined TG.

14            Q.    You joined TG, was it 2003?

15            A.    Correct.  2003 I joined the

16    company.

17            Q.    And it was an English

18    version of this website.  Correct, sir?

19            A.    The website was in --

20    majority of the website is in Chinese,

21    and the details are in Chinese.  For the

22    frames of the e-mail and the subject of

23    the e-mail are in English.

24            Q.    Who developed the English
```