Confidential - Subject to Further Confidentiality Review

1       A.      Like I said, Mr. Phillip

2   mentioned that during the unloading of

3   the product, the first shipment, so that

4   he requested to have some improvement on

5   the packaging of second shipment.

6       Q.      And that involved the use of

7   wooden pallets.  Correct?

8       A.      Correct.  Phillips -- Mr.

9   Phillip mentioned that some plate wood

10  bracket or protection bracket I would

11  call them should be used for that

12  shipment.

13      Q.      And that also involved

14  slings?  Do you remember the term

15  "sling"?

16              THE INTERPRETER:  How do you

17      spell sling?

18              MR. HARDT:  S-L-I-N-G.

19              THE INTERPRETER:  Give me a

20      minute, please.

21  BY MR. HARDT:

22      Q.      Straps that they would use.

23      A.      Yes.  As mentioned by Mr.

24  Phillip, we called it hanging belt.

Confidential - Subject to Further Confidentiality Review

1      Q.     Okay.

2             And TG ended up selling both

3      wooden pallets and the hanging belts to

4      Venture Supply for the second shipment,

5      didn't it?

6             A.     They did not specifically

7      sold that product, but according to the

8      requirement of the customer, it was part

9      of the package, of course, because of

10     that.  The price was calculated into the

11     product price.

12            Q.     There were separate invoices

13     issued by TG for the sale of the

14     pallet -- the wooden pallets and the

15     slings or the hanging belts.  Right?

16            A.     I had explained earlier we

17     did not sell these packaging tools

18     separately to Venture company.  The

19     circumstance was -- I like to use more

20     time to explain.  I'll try to do it as

21     fast as possible.

22            Q.     Okay.

23            A.     May I?

24            Q.     Yeah.  Go ahead.

Confidential - Subject to Further Confidentiality Review

1          A.    At the time of signing of

2     the second contract by Mr. Phillip, he

3     planned to purchase 100,000 pieces of

4     gypsum board.  But in the end, he did not

5     actually purchase the entire 100,000

6     pieces of gypsum board.  We prepared

7     those packing tools for 100,000 piece of

8     gypsum board.  Therefore, when we deliver

9     the product according to the second

10    contract to Mr. Phillip, he requested us

11    to also ship him all the packaging tools.

12          Q.    And TG itself --

13          A.    That was it.

14          Q.    -- paid for half of the

15    costs of the hanging belts; isn't that

16    right?

17          A.    Half and half for two

18    companies.

19          Q.    So TG paid half --

20          A.    Versus Mr. Phillip.

21          Q.    I'm sorry.  Were you done?

22    I'm sorry.

23                So TG paid half and Venture

24    paid half?

Confidential - Subject to Further Confidentiality Review

```
 1          A.      Correct.

 2                  MR. HARDT:  That's all the

 3          questions I have.  Thank you, Mr.

 4          Peng.

 5                  THE COURT:  Anyone else?

 6                  MS. BYRNE:  Yeah.  We just

 7          have a few questions, Your Honor.

 8                  VIDEOTAPE TECHNICIAN:  Going

 9          off the video record at 10:19.

10                      -   -   -

11              (A discussion off the record

12          occurred.)

13                      -   -   -

14                  VIDEOTAPE TECHNICIAN:  Back

15          on the video record at 10:19.

16                      -   -   -

17                      EXAMINATION

18                      -   -   -

19          BY MS. BESKIN:

20          Q.      Good morning.  My name is

21          Julia Beskin.  I'm just going to have a

22          few questions for you this morning.

23          A.      Go ahead, please.

24          Q.      Have you ever heard of a
```

Confidential - Subject to Further Confidentiality Review

1     company called Rothchilt International,

2     spelled R-O-T-H-C-H-I-L-T International?

3          A.    I have not seen this before

4     this time.

5          Q.    Have you ever heard of a

6     gentleman named Sunny Jawahar, last name

7     spelled J-A-W-A-H-A-R?

8          A.    I don't know this person.

9          Q.    Have you ever heard of a

10    company called La Suprema, L-A, new word,

11    S-U-P-R-E-M-A?

12         A.    I have not heard of this

13    company.

14         Q.    Have you ever heard of a

15    gentleman named Soloman Abadi,

16    S-O-L-O-M-A-N, next word, A-B-A-D-I?

17         A.    I have not heard of this

18    person.

19         Q.    Have you ever heard of a

20    company called Banner Supply Company?

21         A.    No.

22         Q.    Have you ever visited the

23    United States?

24         A.    I have not.

Confidential - Subject to Further Confidentiality Review

1           MS. BESKIN:  Just one

2     moment, please.

3   BY MS. BESKIN:

4           Q.    Have you ever heard of C&K

5     board?

6           A.    C&K, I'm not sure.  Perhaps

7     there is a gypsum board factory.  It may

8     be called this name in Shandong.  Maybe

9     this company produce certain brand of

10    gypsum board.  I'm not sure.

11          Q.    What's the name of the

12    company that produces this C&K board?

13          A.    I'm not sure, but I

14    personally think perhaps it's located at

15    Shandong Linyi.

16          Q.    This company that you're

17    thinking of that produce C&K board, is it

18    affiliated with Taishan Gypsum?

19          A.    They're both gypsum board

20    manufacturers, but they don't have any

21    specific relationships in terms of

22    company relationships.  I personally

23    believe they're competitors.

24          MS. BESKIN:  No further

Confidential - Subject to Further Confidentiality Review

1           questions.

2                   THE COURT:  Anyone else?

3           Questions?

4                   Okay.  Then, Frank, you're

5           on cross-examination, any cross.

6                      -   -   -

7                   EXAMINATION

8                      -   -   -

9    BY MR. SPANO:

10          Q.    Good morning, Mr. Peng.

11                Did Taishan Gypsum ship

12   either of the two orders sold to Venture

13   Supply to the State of Virginia?

14          A.    No.  Taishan Gypsum board

15   company only shipped the shipment to

16   Lianyungang port, China.  The rest of the

17   matter was handled by Mr. Phillip.

18          Q.    Is that true for both of the

19   Venture Supply orders, that TG delivered

20   them to the Lianyungang port in China?

21          A.    We shipped to Lianyungang

22   port according to the requirement of the

23   customer, and we give the shipment to the

24   buyer in that location.

Confidential - Subject to Further Confidentiality Review

```
 1              Q.    At any time prior to

 2    delivering Venture Supply's drywall to

 3    the port in China, did Venture or its

 4    representative, Mr. Perry, inform TG

 5    about anyone to whom Venture planned to

 6    resell the drywall?

 7              A.    We don't know.  He didn't

 8    mention that.

 9              Q.    Did Mr. Perry or anyone from

10    Venture Supply mention to TG prior to

11    when TG delivered the drywall to the port

12    where Venture expected the drywall it was

13    purchasing would be used in the US?

14              A.    He did not.

15              Q.    Did TG use Venture Supply as

16    a distributor of its drywall in Virginia?

17              A.    No.  Venture Supply only

18    came to our company to purchase gypsum

19    board.  Venture Supply company was only a

20    buyer while we are only a seller.

21              Q.    Did TG advertise its drywall

22    in Virginia?

23              THE INTERPRETER:  I'm sorry?

24    BY MR. SPANO:
```

Confidential - Subject to Further Confidentiality Review

```
 1              Q.    Did TG advertise its drywall

 2    in Virginia?

 3              A.    No.

 4              Q.    I'm going to show the

 5    witness now what was marked yesterday as

 6    Defendant's Che-2, which is the TTP

 7    manufacturer's profile form.

 8                    Mr. Peng, could you look at

 9    Exhibit A to the TTP MPF in Chinese,

10    entry number 177 related to Wood Nation?

11              A.    Where is it?

12              Q.    Can you find entry number

13    177?

14                    MR. SEEGER:  Excuse me.

15              Before the questions start, are

16              you going to lay a foundational

17              basis for why he's referring to

18              this exhibit?  I won't make any

19              objections after that, I just --

20              is there a foundational basis for

21              him doing this?

22                    MR. SPANO:  Yes.

23                    MR. SEEGER:  I would like

24              that to be --
```

Confidential - Subject to Further Confidentiality Review

```
1                    THE COURT:  Yes.  That's
2          good.
3    BY MR. SPANO:
4          Q.    Mr. Peng, before I ask you
5    particular questions about the
6    manufacturer's profile form, are you
7    familiar with the information contained
8    in this document?
9          A.    I'm not very familiar with
10   it.  I have only collected this
11   information upon the request of the
12   attorney.
13         Q.    Did you prepare --
14   withdrawn.
15               Is it correct that you
16   provided information to the attorneys
17   that they used to prepare this document?
18         A.    Upon the requirement of the
19   attorney, I have collected and compiled
20   and provided this information.
21         Q.    Do you understand that
22   you're testifying as a corporate
23   representative of TG and TTP with respect
24   to the manufacturer's profile forms?
```

Confidential - Subject to Further Confidentiality Review

1      A.      The attorney told me that.

2      Q.      Can you explain generally

3   how you compiled the information that you

4   provided to the attorneys to use in

5   preparing these forms?

6      A.      First of all, I consulted

7   the sales handler regarding the different

8   sales information.  And then I reviewed

9   invoices, contracts and documents in

10   relevant departments.  And I compiled the

11   document according to the format provided

12   by counsel.

13      Q.      Do the manufacturer's

14   profile forms of TG and TTP contain all

15   of the company's information on the

16   subject matters addressed in those

17   documents?

18          MR. SEEGER:  I have to

19          object to that, Judge, because the

20          witness testified that he helped

21          prepare portions of it.  Maybe

22          it's easier to just figure out

23          what portions he prepared and then

24          I won't have to object anymore.

Confidential - Subject to Further Confidentiality Review

```
 1                    THE COURT:  I'll let counsel
 2           handle it.  He's got the witness.
 3                    MR. SPANO:  I'll withdraw
 4           the question.
 5   BY MR. SPANO:
 6           Q.     Have you reviewed the
 7   manufacturer's profile forms of TG and
 8   TTP in this litigation?
 9           A.     Under the guidance and upon
10   the request of the attorney, yes, I did
11   review them.
12           Q.     And based upon your review,
13   to the best of the company's knowledge,
14   both TG and TTP, is the information
15   contained in their profile forms accurate
16   and complete?
17           A.     For all the information I
18   could possibly collect, and according to
19   our recollection, I think it is complete
20   and accurate.
21           Q.     Could we look now at entry
22   number 177 related to Wood Nation.
23           A.     I see this entry.
24           Q.     Do you recall answering
```

Confidential - Subject to Further Confidentiality Review

1       counsel's questions regarding the

2       markings on the drywall sold to Wood

3       Nation?

4              A.      You mean just now?

5              Q.      In this deposition earlier.

6              A.      Yes, I remember.

7              Q.      Do you see the column

8       entitled "Product Markings"?

9              A.      Yes, I see it.

10             Q.      And I'm going to read into

11      the record what is written there

12      regarding the product markings on the

13      drywall sold to Wood Nation.

14                     "Taian Taishan Plasterboard

15      Co., Gypsum Drywall Per ASTM C 1396 04

16      Contact:  813-994-6499."

17             A.      That's what it appears to

18      be.

19             Q.      To the best of TTP's

20      knowledge, was that the information that

21      was marked on the drywall sold to Wood

22      Nation?

23             A.      From what we have collected

24      and compiled, that should be the case.

Confidential - Subject to Further Confidentiality Review

1    Q.    Do you recall counsel

2    earlier showing you an e-mail,

3    Exhibit 22, where Mr. Hannam from Wood

4    Nation requested also the notation Tampa,

5    Florida to be put on the drywall?

6    A.    Yes.  That's what the

7    attorney had asked me earlier.

8    Q.    To the best of the company's

9    knowledge, was Tampa, Florida marked on

10   the drywall sold to Wood Nation?

11   A.    According to the information

12   we collected, these were not written

13   there.

14   Q.    Why was it that this

15   information requested by the customer in

16   May 2006 wasn't put on the drywall

17   exactly as they asked?

18   A.    As I explained, our

19   technology did not allow us to print

20   three lines of the mark that customer

21   requested.  Our technology only allowed

22   us to put one line of mark on it.  That's

23   why.  With approval of the customer, we

24   make the mark according to our ordinary

Confidential - Subject to Further Confidentiality Review

```
 1    process.
 2           Q.    What were the terms of sale
 3    to Wood Nation related to shipment?
 4           A.    Our sales term regarding
 5    shipment to Wood Nation was to deliver
 6    the product to a Chinese port to the
 7    shipping agent of Wood Nation.  To that
 8    point, we have completed our work and
 9    performed our duties.
10           Q.    As a matter of fact, is that
11    what occurred?  In other words, did TTP
12    deliver the product to the shipping agent
13    of Wood Nation in China?
14           A.    Can you repeat it?  I didn't
15    get it clearly.
16               THE COURT:  Why don't you
17           read it again?
18           Can she just read it, Frank?
19               MR. SPANO:  Oh, yes, yes.
20               THE WITNESS:  Correct.  We
21           indeed delivered our product to
22           the shipping agent of Wood Nation
23           in Chinese port.
24    BY MR. SPANO:
```

Confidential - Subject to Further Confidentiality Review

1        Q.     After TTP delivered the

2    product to the shipping agent of Wood

3    Nation in the Chinese port, did it have

4    any further contact with the drywall sold

5    to Wood Nation?

6        A.     There was no more contact.

7    We had no obligation to do so.

8        Q.     Did TTP ship the drywall it

9    sold to Wood Nation to Tampa, Florida?

10       A.     TTP did not.  Like I said,

11   after the product was delivered to the

12   shipping agent of client, it was the

13   work of -- it was the client's work to

14   decide what to do next.

15       Q.     Did David Wei or Wood Nation

16   prior to when TG delivered -- I'll

17   withdraw that.

18           Did David Wei or Wood

19   Nation, prior to when TTP delivered the

20   drywall to the port in China, inform TTP

21   about who Wood Nation planned to resell

22   the drywall?

23       A.     They did not mention that.

24       Q.     Did David Wei or Wood Nation

Confidential - Subject to Further Confidentiality Review

```
 1        mention where they expected the drywall
 2        Wood Nation was purchasing would be used?
 3             A.     They did not mention that
 4        either.
 5             Q.     Did David Wei ever tell you
 6        that he was employed by a company called
 7        BNBM USA?
 8             A.     He didn't say that.  He only
 9        said that he introduced his friend to
10        come and purchase our product.
11             Q.     At the time of the Wood
12        Nation sale, were you aware -- I'll
13        withdraw that.
14                    At the time of the Wood
15        Nation sale, were either TG or TTP aware
16        that there was a company called BNBM USA?
17             A.     No.
18             Q.     Have either TG or TTP ever
19        sold drywall to a company called BNBM
20        USA?
21             A.     No.
22             Q.     19.  We can use our copy.
23        It's all right.
24                    MR. SEEGER:  Is it 20 you're
```

Confidential - Subject to Further Confidentiality Review

```
 1              looking for?  Oh, 19?  Is this it?
 2                   MR. SPANO:  20.
 3                   MR. SEEGER:  Let me give you
 4              both.  Here you go.
 5                   MR. SPANO:  Thank you.
 6                   MR. SEEGER:  You're welcome.
 7         BY MR. SPANO:
 8                   Q.    Mr. Peng, do you recall
 9         answering counsel's questions regarding
10         your exchange of e-mails with someone
11         called Jacky Yu, Y-U, as shown on Peng
12         Exhibit 20?
13                   A.    Yes.  I did answer the
14         question just now.
15                   Q.    Did TG or TTP ever sell
16         drywall to Jacky Yu or his company?
17                   A.    No.
18                   Q.    Do you see the e-mail dated
19         August 30, 2007 from Mr. Yu to you which
20         makes reference to US counterpart?
21                   A.    Yes, I do see the e-mail.
22                   Q.    Did Jacky Yu ever inform TG
23         or TTP of who the US counterpart was?
24                   A.    No, no.
```

Confidential - Subject to Further Confidentiality Review

```
 1              Q.     Could you look at the second

 2     page of the exhibit, which is your e-mail

 3     dated August 29, 2007, to Jacky Yu.

 4              A.     I see this e-mail.

 5              Q.     Is it correct that as of

 6     August 29, 2007, you were an employee of

 7     TTP?

 8              A.     Yes, I was an employee of

 9     TTP.

10              Q.     Were you at the same time an

11     employee of TG?

12              A.     No.  I was only employee of

13     TTP at the time.

14              Q.     If you were only an employee

15     of TTP, why does this e-mail discuss an

16     introduction of Shandong Taihe Dongxin,

17     which we understand is TG?

18              A.     Because the customer, the

19     buyer, would like to know some basic

20     information of our -- of us before making

21     a purchase.  So the buyer would require

22     us to provide the greater background of

23     our company in order to show the customer

24     that we're a big company.  So I wrote
```

Confidential - Subject to Further Confidentiality Review

```
 1      Taihe Dongxin.

 2            Q.     In this e-mail, did you

 3      provide Mr. Yu with any information

 4      concerning TTP?

 5            A.     Not in the e-mail.

 6            Q.     Why didn't you do that?

 7            A.     Because this is only a

 8      general introduction.  Mr. Yu asked me to

 9      give a background and summary

10      introduction of the company.  For

11      details, Mr. Yu would call me directly to

12      inquire.

13            Q.     Could you look at the third

14      paragraph of the e-mail.

15                   Do you see the statement

16      here, "We export the metal frame

17      especially...such as New York and

18      Norfolk"?

19                   What company was the "we"

20      that you were referring to in that

21      sentence?

22            A.     We here refers to TTP, that

23      TTP had exported the metal stud.  TTP has

24      sold its product to OEG company, and OEG
```

Confidential - Subject to Further Confidentiality Review

1  shipped the product to America.

2    Q. Did TTP export metal frame

3 to Norfolk?

4    A. I'm not sure about the

5 details, because we had only shipped the

6 product to the delivery port.

7    Q. Did TTP sell metal studs to

8 any other customer besides OEG?

9    A. You mean TTP?

10    Q. Yes.

11    A. If other customer would want

12 to buy the metal studs, we would also

13 sell it to them.

14    Q. As a matter of fact, were

15 there any other customers who actually

16 bought metal studs from TTP other than

17 OEG?

18    A. In China, there were some

19 buyers who bought the product.  Sometimes

20 the buyers would need the metal stud to

21 be used in certain projects, and they

22 also would need to purchase the gypsum

23 board.  So they bought the metal stud as

24 well.

1          Q.     Did TTP sell metal studs to

2     any company that claimed to come from the

3     US besides OEG?

4          A.     No.

5          Q.     Do you recall the reason you

6     mentioned export to Norfolk in this

7     e-mail?

8          A.     I don't have specific

9     recollection of that.

10          Q.     Do you recall answering

11     questions from counsel regarding the

12     Taihe Group website?

13          A.     Yes, I did answer the

14     attorney's question regarding the

15     website.

16          Q.     Is it correct that the

17     website was partially in English as far

18     back as 2003?

19          A.     I'm not sure about 2003.

20          Q.     Do you recall if when you

21     started at TG, the website had some

22     English language portions?

23          A.     Yes.  There were part --

24     there were parts that were in English.

Confidential - Subject to Further Confidentiality Review

1       Q.      And did the website have

2    parts of it in English for some time

3    before TG made any sales to any customer

4    from the US?

5       A.      Yes.  At the time that I

6    joined the company, part of the website

7    was already in English.

8       Q.      And you joined the company

9    approximately when?

10      A.      In approximately July 2003

11   that I joined Taishan Gypsum board --

12   Gypsum Company.  At the time, it was

13   called Shandong Taihe Dongxin Company.

14      Q.      Do you understand what it

15   means for a website to be interactive?

16      A.      As far as I know,

17   interactive means that you can

18   communicate on the website.

19      Q.      Communicate with who?

20      A.      Anybody.

21      Q.      In the case of the Taihe

22   group website, was it possible for a user

23   to communicate with anybody on the

24   website?

Confidential - Subject to Further Confidentiality Review

```
 1              A.    I don't think so.

 2              Q.    Was it possible for someone

 3     to order products on the website or

 4     through the website?

 5              A.    No.

 6                    MR. SPANO:  Tender the

 7              witness.

 8                    THE COURT:  Let's take a

 9              ten-minute break here and then

10              we'll come back and finish the

11              redirect.

12                    VIDEOTAPE TECHNICIAN:  Going

13              off the video record.  The time is

14              11:03.

15                         -   -   -

16                    (A recess was taken from

17              11:03 a.m. to 11:12 a.m.)

18                         -   -   -

19                    VIDEOTAPE TECHNICIAN:  We're

20              back on the video record.  The

21              time is 11:12.

22                         -   -   -

23                    EXAMINATION

24                         -   -   -
```