Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. SEEGER:
 2         Q.    Mr. Peng, I think I have one
 3    or two questions.
 4               I want to refer you back to
 5    Exhibit 22, but before I do that, you
 6    were asked a question by your attorney if
 7    David Wei identified himself to you as
 8    being from BNBM USA.
 9               Do you recall that?
10         A.    I'm not very clear about
11    your question.
12               Can you just summarize it
13    again?
14         Q.    Sure.  I appreciate that.
15               Your attorney asked you if
16    David Wei ever identified himself from
17    being from BNBM USA, and you said he had
18    not.
19               Do you recall that?
20         A.    I remember that my attorney
21    asked me that question.
22         Q.    Do you remember your answer
23    being that he did not identify himself as
24    being from BNBM USA?
```

Confidential - Subject to Further Confidentiality Review

```
 1         A.    I said I don't have a
 2   recollection of that.  I said that I only
 3   know David Wei is from Beijing and he
 4   brought his friend to us.
 5         Q.    Mr. Peng, take a look at
 6   Exhibit 22 and tell me what David Wei's
 7   e-mail address is?
 8         A.    This should be his address.
 9         Q.    What is it?  Could you state
10   for the record what it says very clearly
11   on that e-mail what his address is?
12         A.    Second line, David Wei
13   bnbmusa@msn.com.  David Wei
14   bnbmusa@msn.com.
15               MR. SEEGER:  I have no more
16         questions.  Thank you for being
17         here, Mr. Peng.
18               THE COURT:  Anybody else?
19         Any other questions?
20               Okay.  This completes the
21         depositions then.  I appreciate
22         everybody's work.
23               But before we -- this is off
24         the record.
```

Confidential - Subject to Further Confidentiality Review

```
 1              VIDEOTAPE TECHNICIAN:  Going
 2     off the video record.  The time is
 3     11:14 a.m.
 4              (Witness excused.)
 5              (Deposition concluded at
 6     approximately 11:14 a.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1                  C E R T I F I C A T E
 2
 3
                    I, ANN MARIE MITCHELL, a
 4      Registered Diplomate Reporter, Certified
        Court Reporter and Notary Public, do
 5      hereby certify that, pursuant to notice,
        the deposition of PENG WENLONG was duly
 6      taken on January 13, 2012 at 8:32 a.m.
        before me.
 7
 8                  The said PENG WENLONG was
        duly sworn by The Court according to law
 9      to tell the truth, the whole truth and
        nothing but the truth and thereupon did
10      testify as set forth in the above
        transcript of testimony.  The testimony
11      was taken down stenographically by me.
12
                    I do further certify that
13      the above deposition is full, complete
        and a true record of all the testimony
14      given by the said witness.
15
16
                Ann Marie Mitchell
17              Registered Diplomate Reporter
                Certified Realtime Reporter
18
19
20                  (The foregoing certification
        of this transcript does not apply to any
21      reproduction of the same by any means,
        unless under the direct control and/or
22      supervision of the certifying reporter.)
23
24
```

```
 1                INSTRUCTIONS TO WITNESS
 2
 3
 4                 Please read your deposition
 5    over carefully and make any necessary
 6    corrections.  You should state the reason
 7    in the appropriate space on the errata
 8    sheet for any corrections that are made.
 9
10                 After doing so, please sign
11    the errata sheet and date it.  It will be
12    attached to your deposition.
13
14                 It is imperative that you
15    return the original errata sheet to the
16    deposing attorney within thirty (30) days
17    of receipt of the deposition transcript
18    by you.  If you fail to do so, the
19    deposition transcript may be deemed to be
20    accurate and may be used in court.
21
22
23
24
```

```
 1                  - - - - - -

                     E R R A T A

 2                  - - - - - -

 3      PAGE    LINE    CHANGE

 4      ____    ____    _____

 5         REASON:  ____  _____

 6      ____    ____    _____

 7         REASON:  ____  _____

 8      ____    ____    _____

 9         REASON:  ____  _____

10      ____    ____    _____

11         REASON:  ____  _____

12      ____    ____    _____

13         REASON:  ____  _____

14      ____    ____    _____

15         REASON:  ____  _____

16      ____    ____    _____

17         REASON:  ____  _____

18      ____    ____    _____

19         REASON:  ____  _____

20      ____    ____    _____

21         REASON:  ____  _____

22      ____    ____    _____

23         REASON:  ____  _____

24
```

Confidential - Subject to Further Confidentiality Review

```
 1
 2                ACKNOWLEDGMENT OF DEPONENT
 3
                I,_____, do
 4     hereby certify that I have read the
       foregoing pages, 447-551, and that the
 5     same is a correct transcription of the
       answers given by me to the questions
 6     therein propounded, except for the
       corrections or changes in form or
 7     substance, if any, noted in the attached
       Errata Sheet.
 8
 9     _____
       WENLONG PENG                        DATE
10
11
12
13
14
15
16     Subscribed and sworn
       to before me this
17     _____ day of _____, 20____.
18     My commission expires:_____
19
       _____
20     Notary Public
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    LAWYER'S NOTES
 2      PAGE    LINE
 3      ____    ____    _____
 4      ____    ____    _____
 5      ____    ____    _____
 6      ____    ____    _____
 7      ____    ____    _____
 8      ____    ____    _____
 9      ____    ____    _____
10      ____    ____    _____
11      ____    ____    _____
12      ____    ____    _____
13      ____    ____    _____
14      ____    ____    _____
15      ____    ____    _____
16      ____    ____    _____
17      ____    ____    _____
18      ____    ____    _____
19      ____    ____    _____
20      ____    ____    _____
21      ____    ____    _____
22      ____    ____    _____
23      ____    ____    _____
24      ____    ____    _____
```