# EXHIBIT H

Hogan
Lovells

March 15, 2012

HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100

**BY FIRST CLASS MAIL**

Chinese Drywall Depository
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

RE:   IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION; MDL NO. 2047

Dear Sir or Madam:

In accordance with Fed. R. Civ. P. 30(e), enclosed please find the signed and notarized certifications and errata sheets for the following depositions in the above-referenced matter:

- Deposition of Tongchun Jia on January 9, 2012;
- Deposition of Tongchun Jia on January 10, 2012;
- Deposition of Tinghuan Fu on January 10, 2012;
- Deposition of Shiliang Peng on January 11, 2012;
- Deposition of Gang Che on January 11, 2012;
- Deposition of Gang Che on January 12, 2012;
- Deposition of Wenlong Peng on January 13, 2012.

Sincerely,

Courtney Colligan
Associate
Direct 212-918-3039

Enclosures

cc:   Kristie Martello (all by e-mail)
      Lenny Davis, Esq.
      Russ M. Herman, Esq.
      Arnold Levin, Esq.
      Fred Longer, Esq.
      Gerald E. Meunier, Esq.
      Dorothy Wimberly, Esq.

Hilarie Bass, Esq.
Nick Panayotolpoulos, Esq.
Ken Hardt, Esq.
Jim Garner, Esq.
Ted Brenner, Esq.
J. Brian Slaughter, Esq.
David Black, Esq.
Carline Eiselen, Esq.
Chris Seeger, Esq.
Richard Serpe, Esq.
Patrick Montoya, Esq.
Jane Byrne, Esq.
Julia Beskin, Esq.
Mark Salky, Esq.
Tim Kolaya, Esq.
Matthew Clark, Esq.
Shubhra Mashelkar, Esq.
Scott George, Esq.
Bruce Steckler, Esq.
Anthony Irpino, Esq.
Jordan Chaikin, Esq.
Andrew Lemmon, Esq.
Bob Brown, Esq.
Tom Owen, Esq.

# 公　证　书

中华人民共和国山东省泰安市岱岳公证处

**Errata Sheet of Transcript of the Testimony of: Tongchun Jia**

贾同春证人证言勘误表

**January 9 2012**

2012 年 1 月 9 日

| Page: Line(s)<br><br>页码: 行数 | Change from<br><br>原文 | Change to<br><br>更正 | Reason<br><br>原因 |
|---|---|---|---|
| 510:11-12 | "stamped  TG  0020686 through TG 0020789"<br><br>"盖章的 TG 0020686 至 TG 0020789" | "stamped TG 0020686 through TG 0020709"<br><br>"盖章的 TG 0020686 至 TG 0020709" | Bates number correction<br><br>贝茨编号校正 |
| 530:1 | "Director"<br><br>"董事" | "Chairman"<br><br>"董事长" | Translation correction<br><br>翻译校正 |
| 551:9 | "33"<br><br>"33" | "33.33"<br><br>"33.33" | Clarification<br><br>具体说明 |
| 553:4-5 | "many other company's executives"<br><br>"许多其他公司高管" | "many other of the company's executives"<br><br>"公司高管中的其他多人" | Translation correction<br><br>翻译校正 |
| 561:22-23 | "which stock was to be transferred by Xue Yuli Guobiao –"<br><br>"薛玉利 、Guobiao 转让的股票 –" | "under which Taihe Dongxin's stocks were to be transferred from Xue Yuli, Gao Yubao, Zhu Jinghua, Zhang Jianchun and Mi Weimin to Taian Donglian Investment Trading Company Limited"<br><br>"泰和东新的股票由薛玉利、高玉宝、朱经华、张建春及米为民转让给泰安东联投资贸易有限公司" | Translation correction<br><br>翻译校正 |
| 578:4 | "bargain"<br><br>"bargain" | "bargaining"<br><br>"bargaining" | Translation correction<br><br>翻译校正 |
| 579:19 | "shareholders' brief"<br><br>"股东书面文件" | "shareholders' registered capital"<br><br>"股东注册资本" | Translation correction<br><br>翻译校正 |
| 592:13 | "TG 0020789"<br><br>"TG 0020789" | "TG 0020709"<br><br>"TG 0020709" | Bates number correction |

Hogan Lovells

| | | | 贝茨编号校正 |
|---|---|---|---|
| 592:18 | "TG 0020789"<br><br>"TG 0020789" | "TG 0020709"<br><br>"TG 0020709" | Bates number correction<br><br>贝茨编号校正 |
| 593:1 | "TG 0020789"<br><br>"TG 0020789" | "TG 0020709"<br><br>"TG 0020709" | Bates number correction<br><br>贝茨编号校正 |
| 596:15 | "different"<br><br>"不同的" | "important"<br><br>"重要的" | Clarification<br><br>具体说明 |
| 599:4 | "fund"<br><br>"资金" | "funds"<br><br>"资金（复数）" | Clarification<br><br>具体说明 |
| 604:23 | "Taihe Dongxin Company"<br><br>"泰和东新公司" | "Taihe Anxin Investment & Trading Company"<br><br>"泰和安信投资贸易公司" | Translation correction<br><br>翻译校正 |
| 607:22 | "reverse guarantee"<br><br>"反向担保" | "counter guarantee"<br><br>"反担保" | Translation correction<br><br>翻译校正 |
| 612:16-19 | "no"<br><br>"否" | "yes"<br><br>"是" | Clarification<br><br>具体说明 |
| 617:9-10 | "I have negative view of the drywall that are produced by BNBM"<br><br>"我不看好北新建材所生产的石膏板印象" | "I am very agitated by the fact that drywall is produced by BNBM"<br><br>"我对北新建材所生产石膏板一事感到十分反感" | Translation correction<br><br>翻译校正 |
| 625:17 | "temporary"<br><br>"临时" | "ad hoc"<br><br>"临时（特指针对会议）" | Clarification<br><br>具体说明 |
| 628:2 | "every three years"<br><br>"每三年一次" | "for three-year term"<br><br>"三年一届" | Translation correction<br><br>翻译校正 |
| 644:16-20 | "produced FDG synthetic gypsum"<br><br>"生产脱硫石膏板" | "produced drywall with FDG synthetic gypsum raw material"<br><br>"用脱硫石膏板原料生产石膏板" | Clarification<br><br>具体说明 |
| 645:9 | "use" | "issue" | Clarification |

| | "采用" | "出具" | 具体说明 |
|---|---|---|---|
| 645:10 | "value added invoice"<br><br>"增值发票" | "value added tax invoice"<br><br>"增值税发票" | Translation correction<br><br>翻译校正 |
| 645:12 | "value added invoice"<br><br>"增值发票" | "value added tax invoice"<br><br>"增值税发票" | Translation correction<br><br>翻译校正 |
| 645:19-20 | "value added invoice"<br><br>"增值发票" | "value added tax invoice"<br><br>"增值税发票" | Translation correction<br><br>翻译校正 |
| 649:7-8 | "asset evaluation"<br><br>"资产评估" | "asset valuation"<br><br>"资产估价" | Translation correction<br><br>翻译校正 |
| 653:12 | "director"<br><br>"董事" | "chairman"<br><br>"董事长" | Translation correction<br><br>翻译校正 |
| 664:8-14 | "we were in a hurry to establish TTP according to the requirement of business licensing department, therefore, the lease agreement was reached without detailed consideration and calculation of the pricing, therefore, we only had 80,000 on the agreement"<br><br>"我们急于依照业务许可部门的要求成立泰山纸面石膏板，因此租赁协议签署时并未达成具体对价及定价方式，因而我们在协议中只取得八万元。" | "we were in a rush to establish TTP.  The Administration for Industry and Commerce required a manufacturing facility lease agreement when TTP was registered.  Therefore, we did not think too much about the calculation of the pricing and reported the figure of 80,000 to the Administration for Industry and Commerce"<br><br>"我们成立泰山纸面石膏板比较匆忙。工商局要求泰山纸面石膏板注册时提交生产设施租赁协议。因此我们对租金并没有考虑太多，向工商局报的价格为八万元。" | Clarification<br><br>具体说明 |
| 680:7-9 | "I am the director of the board of director and the general manager of TG."<br><br>"我是泰山石膏的董事兼总经理。" | "I am the general manager and the chairman of the board of directors of TG"<br><br>"我是泰山石膏的总经理兼董事长" | Translation correction<br><br>翻译校正 |
| 701:9-10 | "international business department director or deputy director of TG" | "either deputy director or director of the international trade department of TG" | Translation correction |

| | "泰山石膏国际业务部部长或副部长" | "泰山石膏国际贸易部的副部长或部长" | 翻译校正 |
|---|---|---|---|
| 706:19 | "We"<br><br>"我们" | "I"<br><br>"我" | Clarification<br><br>具体说明 |
| 711:20 | "I don't know."<br><br>"我不知道。" | "I did not have that understanding."<br><br>"我当时并不这样认为。" | Clarification<br><br>具体说明 |
| 721:12 | "peak"<br><br>"山顶" | "peek"<br><br>"瞄" | Spelling error<br><br>拼写错误 |
| 727:4-5 | "I believe the lease is inaccurate."<br><br>"我认为租约不确切。" | I believe, at least, it is inaccurate."<br><br>"我认为这至少是不确切的。" | Spelling error<br><br>拼写错误 |
| 727:24-728:1-3 | "The company that export gypsum board to America is Taihe Dongxin Company, including TTP, not only Taihe Dongxin."<br><br>"向美国出口石膏板的公司是泰和东新公司，包括泰山纸面石膏板，并不仅仅是泰和东新。" | "By saying the company exported gypsum board to America, it is meant that Taihe Dongxin, including TTP, exported.  It does not mean only Taihe Dongxin did."<br><br>"我所指的向美国出口石膏板的公司是泰和东新，包括泰山纸面石膏板都有出口，并非只有泰和东新有出口。" | Clarification<br><br>具体说明 |
| 743:10 | "share"<br><br>"分享" | "sell"<br><br>"出售" | Translation correction<br><br>翻译校正 |
| 745:7 | "in"<br><br>"在……里" | "and"<br><br>"和" | Clarification<br><br>具体说明 |
| 745:10 | "Shang Zianming"<br><br>"Shang Zianming" | Shang Jianming<br><br>"Shang Jianming" | Spelling error<br><br>拼写错误 |
| 745:11 | "Zhon Chanxing"<br><br>"Zhon Chanxing" | Zhou Changxing<br><br>"Zhou Changxing" | Spelling error<br><br>拼写错误 |
| 752:3 | "temporary"<br><br>"临时" | "ad hoc"<br><br>"临时（特指针对会议）" | Clarification<br><br>具体说明 |
| 753:15 | "Xiantgan" | "Xiangtan" | Spelling error |

|  |  |  |  |
|---|---|---|---|
|  | "Xiantgan" | "Xiangtan（湘潭）" | 拼写错误 |
| 765:17-18 | "And I had no share with BNBM"<br><br>"并且我在北新建材并无股份" | "And I have no shares of BNBM"<br><br>"并且我在北新建材并没有任何股份" | Clarification<br><br>具体说明 |
| 790:3 | "Yang Jaipo"<br><br>"Yang Jaipo" | "Yang Jiapo"<br><br>"Yang Jiapo（杨家坡）" | Spelling error<br><br>拼写错误 |
| 796:24 | "2006"<br><br>"2006" | "2002"<br><br>"2002" | Translation correction<br><br>翻译校正 |
| 797:6 | "even though"<br><br>"尽管" | "because"<br><br>"因为" | Clarification<br><br>具体说明 |
| 799:6 | "TTP"<br><br>"泰山纸面石膏板" | "TG"<br><br>"泰山石膏" | Translation correction<br><br>翻译校正 |
| 799:8 | "TG's customer to customers"<br><br>"泰山石膏的客户对客户" | "TG's customers"<br><br>"泰山石膏的客户" | Clarification<br><br>具体说明 |
| 805:19 | "you"<br><br>"你" | "he"<br><br>"他" | Translation correction<br><br>翻译校正 |
| 813:19-20 | "Che Gang was not aware whether TTP was authorized"<br><br>"车刚并不知道泰山纸面石膏板是否获得授权" | "Che Gang was not aware that TTP was not authorized"<br><br>"车刚并不知道泰山纸面石膏板并未获得授权" | Translation correction<br><br>翻译校正 |
| 814:21 | "It is accurate."<br><br>"正确。" | "I read it accurately."<br><br>"我没看错。" | Clarification<br><br>具体说明 |

**January 10 2012**

**2012年1月10日**

| Page: Line | Change from | Change to | Reason |
|---|---|---|---|
| 页码：行数 | 原文 | 更正 | 原因 |

- 6 -

| 844:5-9 | "They personally agreed to work for TTP, as the board of directors hired them to work for TTP, and as a big shareholder, also agreed for them to work for TTP."  "由于董事会雇其为泰山纸面石膏板工作，他们个人同意为泰山纸面石膏板工作，作为大股东，也同意他们为泰山纸面石膏板工作。" | "They made a personal decision and agreed to work for TTP. The board of directors of TTP decided to recruit them.  As a large shareholder, I also supported them to work for TTP."  "他们个人决定并同意为泰山纸面石膏板工作。泰山纸面石膏板董事会决定聘用他们。作为大股东，我也支持他们为泰山纸面石膏板工作。" | Clarification  具体说明 |
|---|---|---|---|
| 850:6 | "ASO"  "ASO" | "ISO"  "ISO" | Spelling error  拼写错误 |
| 855:20 | "inimaginable"  "inimaginable" | "unimaginable"  "unimaginable（难以想象的）" | Spelling error  拼写错误 |
| 856:18 | "inimaginable"  "inimaginable" | "unimaginable"  "unimaginable（难以想象的）" | Spelling error  拼写错误 |
| 862:15 | "drywall"  "石膏板" | "drywall [the English word]"  "石膏板[英语单词]" | Clarification  具体说明 |
| 868:21 | "there"  "那里" | "their"  "他们的" | Spelling error  拼写错误 |
| 869:9 | "he"  "he（他）" | "the"  "the（定冠词）" | Spelling error  拼写错误 |
| 874:8 | "no"  "没" | "no meeting"  "没有会议" | Clarification  具体说明 |
| 877:11 | "people are floating"  "人员变动" | "employee count fluctuates"  "员工人数经常变动" | Translation correction  翻译校正 |
| 888:14 | "processing"  "processing" | "process in"  "process in" | Spelling error  拼写错误 |
| 889:18 | "260,000"  "260,000" | "2,600,000"  "2,600,000" | Translation correction  翻译校正 |

- 7 -

| 893:14-17 | "The problem I just said was not a problem as of a problem in quality of our gypsum board but a problem of our company, the trouble."<br><br>"我刚才所说的问题并非石膏板质量问题，而是公司所存在的问题、麻烦。" | "The problem I just said was not a problem as in a problem with quality of our gypsum board, but a trouble for our company."<br><br>"我刚才所说的问题并非石膏板质量问题，而是我们公司的麻烦。" | Clarification<br><br>具体说明 |
|---|---|---|---|
| 909:2 | "we sampled our products, and I was told it was for analysis and testing"<br><br>"我们对产品采用，有人告诉我这是用来分析和测试的" | "we took samples from our products for them to conduct testing and analysis"<br><br>"我们从我们产品中采样供其测试、分析" | Translation correction<br><br>翻译校正 |
| 927:19 | "the office"<br><br>"办公室" | "the administrative office"<br><br>"行政办公室" | Clarification<br><br>具体说明 |

Confidential - Subject to Further Confidentiality Review

Page 824

```
1      ------
         E R R A T A
2      ------
3    PAGE LINE CHANGE
4    _____
5      REASON: _____
6    _____
7      REASON: _____
8    _____
9      REASON: _____
10   _____
11     REASON: _____
12   _____
13     REASON: _____
14   _____
15     REASON: _____
16   _____
17     REASON: _____
18   _____
19     REASON: _____
20   _____
21     REASON: _____
22   _____
23     REASON: _____
24
```

Page 826

```
1         LAWYER'S NOTES
2    PAGE LINE
3    ___ ___ _____
4    ___ ___ _____
5    ___ ___ _____
6    ___ ___ _____
7    ___ ___ _____
8    ___ ___ _____
9    ___ ___ _____
10   ___ ___ _____
11   ___ ___ _____
12   ___ ___ _____
13   ___ ___ _____
14   ___ ___ _____
15   ___ ___ _____
16   ___ ___ _____
17   ___ ___ _____
18   ___ ___ _____
19   ___ ___ _____
20   ___ ___ _____
21   ___ ___ _____
22   ___ ___ _____
23   ___ ___ _____
24   ___ ___ _____
```

Page 825

```
1
2      ACKNOWLEDGMENT OF DEPONENT
3      I, _____, do
4    hereby certify that I have read the
     foregoing pages, 495-826, and that the
5    same is a correct transcription of the
     answers given by me to the questions
6    therein propounded, except for the
     corrections or changes in form or
7    substance, if any, noted in the attached
     Errata Sheet.
8
9    2012.3.13
     TONGCHUN JIA        DATE
10
11
12
13
14
15
16   Subscribed and sworn
     to before me this
17   ____ day of _____, 20____
18   My commission expires:_____
19
20   Notary Public
21
22
23
24
```

证人宣誓书

我贾同春特此证实，我已经阅读过上述第 495 页至第 826 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该第 495 页至第 826 页是我被问及各个问题的答复的正确笔录记载。

_____                    2012.3.13
贾同春                                         日期

兹于            年            月            日

在本人前宣誓后成作本宣誓书

本人公证资格有效截止日期为            年            月            日

（公证人签名）

# 公　证　书

（2012）泰岱岳证外字第 198 号

申请人：贾同春，男，一九六〇年二月八日出生，公民
身份号码：370902196002081514。

公证事项：签名

兹证明贾同春于二〇一二年三月十三日在泰山石膏股
份有限公司办公室，在本公证员的面前，在前面的《证人宣
誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二〇一二年三月十三日

# NOTARIAL     CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.198

Applicant: Jia Tongchun, male, born on February 8, 1960, citizen ID No.:370902196002081514.

Issue under notarization: Signature.

This is to certify that Jia Tongchun on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

（2012）泰岱岳证外字第 199 号

申请人：贾同春，男，一九六〇年二月八日出生，公民身份号码：370902196002081514。

公证事项：译本与原本相符

兹证明前面的（2012）泰岱岳证外字第 198 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.199

Applicant: Jia Tongchun, male, born on February 8, 1960, citizen ID No.:370902196002081514.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.198 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

中华人民共和国山东省泰安市岱岳公证处

**Errata Sheet of Transcript of the Testimony of: Tongchun Jia**

贾同春证人证言勘误表

**January 10 2012**

**2012 年 1 月 10 日**

| Page: Line<br><br>页码：行数 | Change from<br><br>原文 | Change to<br><br>更正 | Reason<br><br>原因 |
|---|---|---|---|
| 844:5-9 | "They personally agreed to work for TTP, as the board of directors hired them to work for TTP, and as a big shareholder, also agreed for them to work for TTP."<br><br>"由于董事会雇其为泰山纸面石膏板工作，他们个人同意为泰山纸面石膏板工作，作为大股东，也同意他们为泰山纸面石膏板工作。" | "They made a personal decision and agreed to work for TTP.  The board of directors of TTP decided to recruit them.   As a large shareholder, I also supported them to work for TTP."<br><br>"他们个人决定并同意为泰山纸面石膏板工作。泰山纸面石膏板董事会决定聘用他们。作为大股东，我也支持他们为泰山纸面石膏板工作。" | Clarification<br><br>具体说明 |
| 850:6 | "ASO"<br><br>"ASO" | "ISO"<br><br>"ISO" | Spelling error<br><br>拼写错误 |
| 855:20 | "inimaginable"<br><br>"inimaginable" | "unimaginable"<br><br>"unimaginable（难以想象的）" | Spelling error<br><br>拼写错误 |
| 856:18 | "inimaginable"<br><br>"inimaginable" | "unimaginable"<br><br>"unimaginable（难以想象的）" | Spelling error<br><br>拼写错误 |
| 862:15 | "drywall"<br><br>"石膏板" | "drywall [the English word]"<br><br>"石膏板[英语单词]" | Clarification<br><br>具体说明 |

| 868:21 | "there" | "their" | Spelling error |
| | "那里" | "他们的" | 拼写错误 |
| 869:9 | "he" | "the" | Spelling error |
| | "he（他）" | "the（定冠词）" | 拼写错误 |
| 874:8 | "no" | "no meeting" | Clarification |
| | "没" | "没有会议" | 具体说明 |
| 877:11 | "people are floating" | "employee count fluctuates" | Translation correction |
| | "人员变动" | "员工人数经常变动" | 翻译校正 |
| 888:14 | "processing" | "process in" | Spelling error |
| | "processing" | "process in" | 拼写错误 |
| 889:18 | "260,000" | "2,600,000" | Translation correction |
| | "260,000" | "2,600,000" | 翻译校正 |
| 893:14-17 | "The problem I just said was not a problem as of a problem in quality of our gypsum board but a problem of our company, the trouble." | "The problem I just said was not a problem as in a problem with quality of our gypsum board, but a trouble for our company." | Clarification 具体说明 |
| | "我刚才所说的问题并非石膏板质量问题，而是公司所存在的问题、麻烦。" | "我刚才所说的问题并非石膏板质量问题，而是我们公司的麻烦。" | |
| 909:2 | "we sampled our products, and I was told it was for analysis and testing" | "we took samples from our products for them to conduct testing and analysis" | Translation correction 翻译校正 |
| | "我们对产品采用，有人告诉我这是用来分析和测试的" | "我们从我们产品中采样供其测试、分析" | |

| 927:19 | "the office" | "the administrative office" | Clarification |
|---|---|---|---|
| | "办公室" | "行政办公室" | 具体说明 |

Confidential - Subject to Further Confidentiality Review

---

### Page 940

CERTIFICATE

I, LINDA L. GOLKOW, a
Registered Diplomate Reporter, Certified
Court Reporter and Notary Public, do
hereby certify that, pursuant to notice,
the deposition of TONGCHUN JIA was duly
taken on January 10, 2012 at 8:57 a.m.
before me.

The said TONGCHUN JIA was
duly sworn by the Court according to law
to tell the truth, the whole truth and
nothing but the truth and thereupon did
testify as set forth in the above
transcript of testimony. The testimony
was taken down stenographically by me.

I do further certify that
the above deposition is full, complete
and a true record of all the testimony
given by the said witness.

Linda L. Golkow
Registered Diplomate Reporter
Certified Realtime Reporter

(The foregoing certification
of this transcript does not apply to any
reproduction of the same by any means,
unless under the direct control and/or
supervision of the certifying reporter.)

---

### Page 941

INSTRUCTIONS TO WITNESS

Please read your deposition
over carefully and make any necessary
corrections. You should state the reason
in the appropriate space on the errata
sheet for any corrections that are made.

After doing so, please sign
the errata sheet and date it. It will be
attached to your deposition.

It is imperative that you
return the original errata sheet to the
deposing attorney within thirty (30) days
of receipt of the deposition transcript
by you. If you fail to do so, the
deposition transcript may be deemed to be
accurate and may be used in court.

---

### Page 942

E R R A T A

PAGE LINE CHANGE

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

---

### Page 943

ACKNOWLEDGMENT OF DEPONENT

I, _____, do
hereby certify that I have read the
foregoing pages, 827-944 through 494 and
that the same is a correct transcription
of the answers given by me to the
questions therein propounded, except for
the corrections or changes in form or
substance, if any, noted in the attached
Errata Sheet.

2017.3.13

_____     _____
TONGCHUN JIA                DATE

Subscribed and sworn
to before me this
_____ day of _____, 20____
My commission expires:_____

_____
Notary Public

---

30 (Pages 940 to 943)

Golkow Technologies, Inc. - 1.877.370.DEPS

证人宣誓书

我谨同在特此证实，我已经阅读过上述第 494 页，第 827 至第 944 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该第 494 页，第 827 至第 944 页是我被问及各个问题的答复的正确笔录记载。

_____          2012. 3. 13

刚同春                                     日期

签于          年          月          日

在本人前宣誓后作本宣誓书

本人公证资格有效截止日期为          年          月          日

（公证人签名）

# 公　证　书

（2012）泰岱岳证外字第 208 号

申请人：贾同春，男，一九六〇年二月八日出生，公民身份号码：370902196002081514。

公证事项：签名

兹证明贾同春于二〇一二年三月十三日在泰山石膏股份有限公司办公室，在本公证员的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员　张卫岳

二〇一二年三月十三日

# NOTARIAL    CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.208

Applicant: Jia Tongchun, male, born on February 8, 1960, citizen ID No.:370902196002081514.

Issue under notarization: Signature.

This is to certify that Jia Tongchun on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012