# 公　证　书

（2012）泰岱岳证外字第 209 号

申请人：贾同春，男，一九六〇年二月八日出生，公民身份号码：370902196002081514。

公证事项：译本与原本相符

兹证明前面的（2012）泰岱岳证外字第 208 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.209

Applicant: Jia Tongchun, male, born on February 8, 1960, citizen ID No.:370902196002081514.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.208 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公 证 书

中华人民共和国山东省泰安市岱岳公证处

### Errata Sheet of Transcript of the Testimony of: Tinghuan Fu

付廷环证人证言勘误表

### January 10 2012

2012 年 1 月 10 日

| Page: Line(s) | Change from | Change to | Reason |
|---|---|---|---|
| 页码: 行数 | 原文 | 更正 | 原因 |
| 30:3 | "2007"<br><br>"2007" | "2008"<br><br>"2008" | Translation correction<br><br>翻译校正 |
| 34:9-15 | "I was the general -- I was the deputy general manager and the director of the sales company. There's supposed to be a separate director for the sales company, but there was none of that. So, I also became the manager of the sales company."<br><br>"我是销售公司的总——我是销售公司的副总经理兼董事。销售公司本应该有一名独立的董事，但实际并没有，我也是销售公司的经理。" | "I also worked as a manager at the sales company. There's supposed to be a separate manager who is responsible for the sales, but nobody else signed an agreement for this position. Thus, I took both positions."<br><br>"我兼职销售公司经理。按道理说，副总下边应该有一个销售公司经理，但经理没签成。这两个职务我都兼。" | Translation correction<br><br>翻译校正 |
| 70:1 | "advertisement"<br><br>"广告" | "reports"<br><br>"报告" | Translation correction<br><br>翻译校正 |
| 81:1 | "This is not necessarily be the fact."<br><br>"这不一定是事实。" | "This is not necessarily the fact."<br><br>"这不一定是事实。" | Clarification<br><br>具体说明 |
| 82:6 | "Chinese"<br><br>"中文" | "English"<br><br>"英语" | Translation correction<br><br>翻译校正 |
| 83:21 | "The office"<br><br>"办公室" | "The administrative office"<br><br>"行政办公室" | Clarification<br><br>具体说明 |
| 92:14 | "manufacturer"<br><br>"生产商" | "Manufacturing Department"<br><br>"生产部" | Clarification<br><br>具体说明 |

- 2 -

| 112:11-13 | "After adding of the dryer, it is not necessary that the speed was added."<br><br>"加上烘干机后并不一定加快速度" | "It's not that way. Adding dryers does not necessarily mean speed will increase."<br><br>"不是这样的，加上烘干机后不一定意味着速度的加快。" | Clarification<br><br>具体说明 |
|---|---|---|---|
| 115:10 | "TG"<br><br>"泰山石膏" | "[but from] TG"<br><br>"【但从】泰山石膏" | Clarification<br><br>具体说明 |
| 116:18 | "volunteer"<br><br>"志愿" | "make a personal decision"<br><br>"自愿" | Translation correction<br><br>翻译校正 |
| 116:19 | "volunteer"<br><br>"志愿" | "make a personal decision"<br><br>"自愿" | Translation correction<br><br>翻译校正 |
| 118:6 | "the office"<br><br>"办公室" | "the administrative office"<br><br>"行政办公室" | Clarification<br><br>具体说明 |

Confidential - Subject to Further Confidentiality Review

1
2          ACKNOWLEDGMENT OF DEPONENT
3
           I, _____, do
4    hereby certify that I have read the
     foregoing pages, 1-126, and that the same
5    is a correct transcription of the answers
     given by me to the questions therein
6    propounded, except for the corrections or
     changes in form or substance, if any,
7    noted in the attached Errata Sheet.
8
     _____    2012.3.13
9    TINGHUAN FU                 DATE
10
11
12
13
14
15

     Subscribed and sworn
16   to before me this
     _____ day of _____, 20____.
17
     My commission expires:_____
18
19   _____
     Notary Public
20
21
22
23
24

证人宣誓书

我付廷环特此证实，我已经阅读过上述第 1 页至第 126 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该第 1 页至第 126 页是我被问及各个问题的答复的正确笔录记载。

付廷环                                        日期

2012.3.13

签于          年          月          日

在本人前宣誓后成作本宣誓书

本人公证资格有效截止日期为          年          月          日

（公证人签名）

# 公　证　书

（2012）泰岱岳证外字第 204 号

　　申请人：付廷环，男，一九六八年四月十二日出生，公民身份号码：370206196804121677。

　　公证事项：签名

　　兹证明付廷环于二〇一二年三月十三日在泰山石膏股份有限公司办公室，在本公证员的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

# NOTARIAL    CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.204

Applicant: Fu Tinghuan, male, born on April 12, 1968, citizen ID No.:370206196804121677.

Issue under notarization: Signature.

This is to certify that Fu Tinghuan on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

（2012）泰岱岳证外字第 205 号

　　申请人：付廷环，男，一九六八年四月十二日出生，公民身份号码：370206196804121677。

　　公证事项：译本与原本相符

　　兹证明前面的（2012）泰岱岳证外字第 204 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.205

Applicant: Fu Tinghuan, male, born on April 12, 1968, citizen ID No.:370206196804121677.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.204 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

中华人民共和国山东省泰安市岱岳公证处

**Errata Sheet of Transcript of the Testimony of: Shiliang Peng**

彭世亮证人证言勘误表

**January 11 2012**

2012 年 1 月 11 日

| Page: Line(s)<br>页码：行数 | Change from<br>原文 | Change to<br>更正 | Reason<br>原因 |
|---|---|---|---|
| 34:1-2 | "the board of directors meeting in TTP was held irregularly"<br><br>"泰山纸面石膏板董事会不定期召开" | "the board of directors meeting in TTP was not always held at a designated time"<br><br>"泰山纸面石膏板董事会不总是在一个指定的时间召开" | Clarification<br><br>具体说明 |
| 35:3-6 | "I requested the balancing between the production and sales lower the product payments risk to provide good service for the customers."<br><br>"本人要求生产销售达到平衡，降低产品付款风险，以便为客户提供优质服务。" | "In terms of sales, I requested keeping a balance between production and sales, lower the payment risks, and provide good service for the customers."<br><br>"在销售方面，本人的要求是产销平衡、降低支付风险并为客户提供优质服务。" | Clarification<br><br>具体说明 |
| 49:14 | "the trading companies sold to us out of China"<br><br>"向我方在中国以外出售产品的贸易公司" | "the trading companies sold out of China"<br><br>"贸易公司向中国以外销售" | Translation correction<br><br>翻译校正 |
| 70:14-17 | "They would summarize on the experiences in TG. But as for TG's special circumstances, they should base their principles on TG's circumstances."<br><br>"他们将总结在泰山石膏的经验。但是就泰山石膏的特殊情况而言，他们将以泰山石膏的情况作为原则的依据。" | "They summarized rules based on their working experiences in TG. However, they also need to consider TTP's actual circumstances and to work based on TTP's sales rules."<br><br>"他们根据自己在泰山石膏的经验总结出了规律。但是，他们还须考虑泰山纸面石膏板的实际情况，且根据泰山纸面石膏板的销售规定开展工作。" | Translation correction<br><br>翻译校正 |
| 71:17-7 | "Through the two years operation of TTP, the customers who requested value added invoices were not that much – not that many.  However, TTP | "TTP was established so that it could issue value added tax invoices to clients who needed them.  It had two drywall production lines capable of producing 2 times | Clarification |

| 71:17-7 | "Through the two years operation of TTP, the customers who requested value added invoices were not that much – not that many.  However, TTP had two paper-faced gypsum production lines of 2 by 20 million.<br><br>"通过泰山纸面石膏板的两年运营，要求开增值税发票的客户不多——没那么多。不过，泰山纸面石膏板有两条产量为两千万的双面纸石膏板生产线。<br><br>According to the regulation of our country, for those enterprises that had reached the production volume of 20 million paper-faced gypsum board would be able to enjoy half of the value added tax benefit. So TTP's board of directors and its shareholder had decided to stop the operation of TTP.  That's the reason behind TTP's stop of operating."<br><br>依照我国的法律规定，凡是产量达到两千万纸面石膏板的企业可享受增值税减半优惠。因此，泰山纸面石膏板的董事会及其股东决定停止泰山纸面石膏板的运营。这就是泰山纸面石膏板停止运营的背后原因。" | "TTP was established so that it could issue value added tax invoices to clients who needed them.  It had two drywall production lines capable of producing 2 times 20 million square meters.  However, through its two years of operation, we realized that there were not that many customers who actually requested value added invoices.<br><br>"设立泰山纸面石膏板的目的是为了能够向需要增值税发票的客户开具增值税发票。泰山纸面石膏板有两个产量为两千万平方米的石膏板生产线。然而，通过两年的运营，我们意识到并没有多少客户真的需要开增值税发票。<br><br>Our country later issued a new regulation that provided that enterprises with a production capacity of 20 million square meters of drywall were able to enjoy a tax benefit of 50% off value added tax.  Even with that benefit, however, TTP's production line capacity was double that target, and far more than the demand by customers for drywall with value added tax invoices, such that TTP had to pay 50% value added tax even in many transactions where customers did not need the VAT invoices.<br><br>我国后来颁布了一项新规定，规定石膏板产量超过两千万平方米的企业可以享受增值税减半优惠。但是，即使有这一优惠，泰山纸面石膏板生产线产量是该目标的两倍，远远超过了要求开具增值税发票客户的需求量，以至于泰山纸面石膏板不得不在客户不需要增值税发票的许多交易中支付50%的增值税。 | Clarification |

- 3 -

| | | TTP's board of directors and its shareholder decided the expense of paying unnecessary value added tax was not financially sensible, and decided to cease the operation of TTP. That's the reason why TTP stopped operating." 泰山纸面石膏板的董事会和股东决定，支付没有必要的增值税从财务角度并不明智，故决定停止泰山纸面石膏板的运营。这就是泰山纸面石膏板停止运营的原因。" | |
| 75:3 | "legal person"  "法人" | "legal representative"  "法人代表" | Translation correction  翻译校正 |
| 75:7 | "employee of Taishan Gypsum"  "泰山石膏员工" | "employee of a subsidiary of Taishan Gypsum"  "泰山石膏某子公司员工" | Clarification  具体说明 |
| 75:14 | "Liaocheng"  "聊城" | "Lucheng"  "潞城" | Spelling  拼写错误 |
| 79:4 | "legal person"  "法人" | "legal representative"  "法人代表" | Translation correction  翻译校正 |
| 102:23 | "Yes that's the company."  "是的，是公司。" | "Yes, it was TTP."  "是的，是泰山纸面石膏板。" | Clarification  具体说明 |
| 106:9-107:10 | "Even though the claim was about the nail puncturing power, however, in each of the stages, transportation, storage, loading and usage, if there was improper handling, there would also be quality problem arise from it.  "虽然索赔和钉子穿透力有关，但是在各个环节中，运输、存储、装货及使用，如果处理不当，也 | "Even though the claim was about the ability of the drywall to hold nails, in each of the stages of transportation, storage, loading, and usage, if there was improper handling, this could cause quality problems as well. The opposing party suggested we undertake an on-site investigation of the product, but given the great distance, this would have been costly and difficult to arrange.  "即使索赔和石膏板抓钉力 | Clarification  具体说明 |

- 4 -

会产生质量问题。

The opposing party also suggested us to undertake an investigation on their using sites of the products, but because of the distance, which is rather great, and it's required great cost and personnel arrangements.

对方还建议我们对其使用产品的场所进行调查，但由于距离实在遥远，而且则需要大量的成本和人事安排。

And also based on the friendly cooperation relationship between TTP and Taigao Trading Company, and also in consideration of our capability of bearing such cost, it has to be within the limits of what we can bear. Even though we were sure that we had no such quality problems, however, based on the above points that I just mentioned, because TTP had already stopped its operation, we did not have sufficient energy nor financial capability to carry on, so that we reached such a settlement agreement."

另外，基于泰山纸面石膏板和泰高贸易公司之间的友好合作关系，也考虑到我们承受这些费用的能力，这应该在我们的承受范围之内，虽然我们肯定没有那些质量问题，但是，鉴于我提到的以上几点原因，因为泰山纸面石膏板早已停止运营，我们没有足够精力也没有财力

有关，但在运输、存储、装货及使用阶段如果处理不当，也会造成质量问题。对方建议我们对产品进行现场调查，但是考虑到路途遥远，这将花费大量金钱而且很难安排。

We considered the friendly and cooperative relationship between TTP and Taigao Trading Company and whether we could bear the cost. Even though we were certain our product had no quality problems, considering those points plus the fact that TTP had ceased operation such that we had neither the energy nor resources to carry on a fight, we reached a settlement."

我们考虑了泰山纸面石膏板和泰高贸易公司之间的友好合作关系以及能否承担费用。即使我们肯定自己的产品没有质量问题，但考虑到这些问题，加上泰山纸面石膏板已经停止运营，因此我们没有精力也没有资源拍架，我们达成了和解。"

| | | | |
|---|---|---|---|
| | 维续，因此我们达成了这一和解协议。" | | |
| 108:20-109:1 | "Q. But it was a benefit to TTP to resolve all claims under both US and China law through this agreement, true?<br><br>"问：但通过这一协议解决在美国和中国法律项下的所有索赔，对泰山纸面石膏板是有利的，对吧？<br><br>A. To be able to resolve the disputes of both parties, it is the purpose of our both parties."<br><br>答：能够解决双方的争议，这是我们双方的目的。" | "Q. But it was a benefit to TTP to resolve all claims under both US and China law through this agreement, true?<br><br>"问：但通过这一协议解决在美国和中国法律项下的所有索赔，对泰山纸面石膏板是有利的，对吧？<br><br>A. It was Guardian's attorney who prepared the draft of the Settlement and Release Agreement. We did not pay particular attention to the specific language 'whether such claim arose in the US or in the PRC.' Our only concern was to try and resolve the disputes of both parties as quickly as possible. That was the purpose of both parties."<br><br>答：和解及放款协议是由Guardian 的律师起草的。我们并未特别注意"无论该索赔是在美国还是中国引起的"这一具体说法。我们只想尽力尽快解决双方的争议，这是双方的目的。" | Clarification<br><br>具体说明 |
| 126:2 | "transactioned"<br><br>"transactioned"（交易，错误拼写） | "transacted"<br><br>"transacted"（交易） | Spelling error<br><br>拼写错误 |

Confidential - Subject to Further Confidentiality Review

```
 1
 2           ACKNOWLEDGMENT OF DEPONENT
 3                 I, _____ , do
 4      hereby certify that I have read the
        foregoing pages, 1-132, and that the same
 5      is a correct transcription of the answers
        given by me to the questions therein
 6      propounded, except for the corrections or
        changes in form or substance, if any,
 7      noted in the attached Errata Sheet.
 8
                                  2012. 2. 12
 9      SHILIANG PENG                    DATE
10
11
12
13
14
15
        Subscribed and sworn
16      to before me this
        _____ day of _____, 20_____.
17
        My commission expires:_____
18
19      _____
        Notary Public
20
21
22
23
24
```

证人宣誓书

我彭世亮特此证实，我已经阅读过上述第 1 页至第 132 页，并且除在勘误表中关于的形式或实体上
被更正的内容外，该第 1 页至第 132 页是我被问及各个问题的答复的正确笔录记载。

彭世亮                                日期                2012. 5. 15

签于            年        月        日

在本人前宣誓后成作本宣誓书

本人公证资格有效截止日期为            年        月        日

（公证人签名）

# 公　证　书

（2012）泰岱岳证外字第 206 号

申请人：彭世亮，男，一九七一年二月三日出生，公民身份号码：220621197102030735。

公证事项：签名

兹证明彭世亮于二〇一二年三月十三日在泰山石膏股份有限公司办公室，在本公证员的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处



公证员　张卫总

二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.206

Applicant: Peng Shiliang, male, born on February 3, 1971, citizen ID No.:220621197102030735.

Issue under notarization: Signature.

This is to certify that Peng Shiliang on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

（2012）泰岱岳证外字第 207 号

　　申请人：彭世亮，男，一九七一年二月三日出生，公民
身份号码：220621197102030735。

　　公证事项：译本与原本相符

　　兹证明前面的（2012）泰岱岳证外字第 206 号《公证书》
的英文译本内容与该公证书中文原本相符。

　　　　　　　中华人民共和国山东省泰安市岱岳公证处

　　　　　公证员　

　　　　　　　　　　　二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.207

Applicant: Peng Shiliang, male, born on February 3, 1971, citizen ID No.:220621197102030735.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.206 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

### Errata Sheet of Transcript of the Testimony of: Gang Che

车刚证人证言勘误表

### January 11 2012

2012 年 1 月 11 日

| Page: Line 页码: 行数 | Change from 原文 | Change to 更正 | Reason 原因 |
|---|---|---|---|
| 21:20 | "I volunteered" "我志愿" | "I made a personal decision" "我自愿" | Translation correction 翻译校正 |
| 22:3 | "I volunteered" "我志愿" | "I made a personal decision" "我自愿" | Translation correction 翻译校正 |
| 28:11-12 | "I also volunteered" "我也志愿" | "I made a personal decision" "我自愿" | Translation correction 翻译校正 |
| 28:17 | "I volunteered" "我志愿" | "I made a personal decision" "我自愿" | Translation correction 翻译校正 |
| 48:12 | "to" "to" | "with" "with" | Clarification 具体说明 |
| 82:5-6 | "Do not keep on falling up on the frame." "不要总是拘泥于框架。" | "Do not keep on asking about the form." "不要总是询问格式。" | Clarification 具体说明 |
| 86:4-5 | "to be the representative of a foreign company in China" "是在中国一家外国公司的代表" | "to be the representative in China of a foreign company" "是一家外国公司在中国的代表" | Clarification 具体说明 |
| 113:12 | "frame" "框架" | "form" "格式" | Translation correction 翻译校正 |

Confidential - Subject to Further Confidentiality Review

1
2          ACKNOWLEDGMENT OF DEPONENT
3
           I,_____, do
4    hereby certify that I have read the
     foregoing pages, 1-124, and that the same
5    is a correct transcription of the answers
     given by me to the questions therein
6    propounded, except for the corrections or
     changes in form or substance, if any,
7    noted in the attached Errata Sheet.
8
                                    2012.3.13
9    GANG CHE                       DATE
10
11
12
13
14
15
     Subscribed and sworn
16   to before me this
     _____ day of _____, 20_____.
17
     My commission expires:_____
18
19   _____
     Notary Public
20
21
22
23
24