证人宣誓书

我车刚特此证实，我已经阅读过上述第 1 至第 124 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该第 1 至第 124 页是我被问及各个问题的答复的正确笔录记载。

_____          2012·3·13
车刚                                                              日期

兹于            年            月            日

在本人前宣誓后成作本宣誓书

本人公证资格有效截止日期为            年            月            日

（公证人签名）

# 公 证 书

（2012）泰岱岳证外字第 200 号

申请人：车刚，男，一九七六年五月二日出生，公民身份号码：370902197605020950。

公证事项：签名

兹证明车刚于二〇一二年三月十三日在泰山石膏股份有限公司办公室，在本公证员的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员

二〇一二年三月十三日

# NOTARIAL    CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.200

Applicant: Che Gang, male, born on May 2, 1976, citizen ID No.:370902197605020950.

Issue under notarization: Signature.

This is to certify that Che Gang on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公 证 书

（2012）泰岱岳证外字第 201 号

申请人：车刚，男，一九七六年五月二日出生，公民身份号码：370902197605020950。

公证事项：译本与原本相符

兹证明前面的（2012）泰岱岳证外字第 200 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二〇一二年三月十三日

XW27106922

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.201

Applicant: Che Gang, male, born on May 2, 1976, citizen ID No.:370902197605020950.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.200 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

中华人民共和国山东省泰安市岱岳公证处

## Errata Sheet of Transcript of the Testimony of: Gang Che

车刚证人证言勘误表

### January 12 2012

2012 年 1 月 12 日

| Page: Line(s)<br>页码：行数 | Change from<br>原文 | Change to<br>更正 | Reason<br>原因 |
|---|---|---|---|
| 146:12 | "I didn't pay attention"<br><br>"我没注意" | "I didn't notice that"<br><br>"我没注意到那件事" | Translation correction<br><br>翻译校正 |
| 190:12 | Jorge"<br><br>"Jorge" | "Jorge [the American pronunciation: George]"<br><br>" Jorge 【美式发音为 George】" | Clarification<br><br>具体说明 |
| 190:14 | Jorge"<br><br>"Jorge" | "Jorge [the Spanish pronunciation]"<br><br>" Jorge 【西班牙发音方式】" | Clarification<br><br>具体说明 |
| 227:5 | "replacement"<br><br>"替代" | "place"<br><br>"座位" | Translation correction<br><br>翻译校正 |
| 249:17 | "customed"<br><br>"定制" | "customary"<br><br>"习惯的" | Clarification<br><br>具体说明 |
| 250:18 | "our intercompany"<br><br>"我们公司间" | "Oriental company"<br><br>"Oriental 公司" | Spelling correction<br><br>拼写校正 |
| 270:9 | "he"<br><br>"他" | "she"<br><br>"她" | Clarification<br><br>具体说明 |
| 272:18 | "you can't really prove it"<br><br>"你无法证明" | "these documents alone do not tell anything"<br><br>"这些文件本身并不能说明什么" | Translation correction<br><br>翻译校正 |

- 2 -

| 289:7 | "reverse payment"<br>"反向支付" | "prepayment"<br>"偿还" | Translation correction<br>翻译校正 |
|---|---|---|---|
| 312:3 | "formality"<br>"手续" | "a set form"<br>"固定格式" | Translation correction<br>翻译校正 |
| 312:4 | "formality"<br>"手续" | "a set form"<br>"固定格式" | Translation correction<br>翻译校正 |
| 323:9 | "inland"<br>"内地" | "mainland"<br>"大陆" | Clarification<br>具体说明 |
| 323:10 | "formality way"<br>"手续" | "a set form"<br>"固定格式" | Translation correction<br>翻译校正 |
| 330:4-5 | "document of formality"<br>"格式文件" | "a set document form"<br>"一份格式文件表格" | Translation correction<br>翻译校正 |
| 403:21 | "formality"<br>"手续" | "a set form"<br>"固定格式" | Translation correction<br>翻译校正 |
| 404:11 | "formality"<br>"手续" | "a set form"<br>"固定格式" | Translation correction<br>翻译校正 |

Confidential - Subject to Further Confidentiality Review

1
2                 ACKNOWLEDGMENT OF DEPONENT
3
                        I, _____, do
4    hereby certify that I have read the
     foregoing pages, 125-410, and that the
5    same is a correct transcription of the
     answers given by me to the questions
6    therein propounded, except for the
     corrections or changes in form or
7    substance, if any, noted in the attached
     Errata Sheet.
8
9    _____    2012.3.13
     GANG CHE                            DATE
10
11
12
13
14
15
16   Subscribed and sworn
     to before me this
17   _____ day of _____, 20_____.
18   My commission expires:_____
19

     _____
20   Notary Public
21
22
23
24

证人宣誓书

我在此特此证实，我已经阅读过上述第 125 至第 410 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该第 125 至第 410 页是我被问及各个问题的答复的正确笔录记载。

_____          2012.3.13
车刚                                    日期


誓于          年          月          日

在本人前宣誓后作成本宣誓书

本人公证资格有效截止日期为          年          月          日


（公证人签名）

# 公　证　书

（2012）泰岱岳证外字第 210 号

申请人：车刚，男，一九七六年五月二日出生，公民身份号码：370902197605020950。

公证事项：签名

兹证明车刚于二〇一二年三月十三日在泰山石膏股份有限公司办公室，在本公证员的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

XW37108330

# NOTARIAL   CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.210

Applicant: Che Gang, male, born on May 2, 1976, citizen ID No.:370902197605020950.

Issue under notarization: Signature.

This is to certify that Che Gang on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

（2012）泰岱岳证外字第 211 号

申请人：车刚，男，一九七六年五月二日出生，公民身份号码：370902197605020950。

公证事项：译本与原本相符

兹证明前面的（2012）泰岱岳证外字第 210 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二○一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.211

Applicant: Che Gang, male, born on May 2, 1976, citizen ID No.:370902197605020950.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.210 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

中华人民共和国山东省泰安市岱岳公证处

**Errata Sheet of Transcript of the Testimony of: Wenlong Peng**

彭文龙证人证言勘误表

**January 13 2012**

2012 年 1 月 13 日

| Page: Line(s) 页码：行数 | Change from 原文 | Change to 更正 | Reason 原因 |
|---|---|---|---|
| 485:2 | "superior company" "上级公司" | "upstream company" "上游公司" | Translation correction 翻译校正 |
| 490:13 | "impression" "感觉" | "recollection" "回忆" | Clarification 具体说明 |
| 490:15 | "impression" "感觉" | "recollection" "印象" | Clarification 具体说明 |
| 494:22 | "email" "电子邮件" | "website" "网站" | Clarification 具体说明 |
| 494:23 | "email" "电子邮件" | "website" "网站" | Clarification 具体说明 |
| 499:24 | "set formality" "设定的手续" | "set form" "设定的形式" | Clarification 具体说明 |
| 513:18 | "email address" "电子邮件地址" | "email" "电子邮件" | Clarification 具体说明 |

Confidential - Subject to Further Confidentiality Review

1
2               ACKNOWLEDGMENT OF DEPONENT
3
              I, _____ , do
4     hereby certify that I have read the
      foregoing pages, 447-551, and that the
5     same is a correct transcription of the
      answers given by me to the questions
6     therein propounded, except for the
      corrections or changes in form or
7     substance, if any, noted in the attached
      Errata Sheet.
8
9     _____        2012-3. 13
        WENLONG PENG                    DATE
10
11
12
13
14
15
16    Subscribed and sworn
      to before me this
17    _____ day of _____, 20____ .
18    My commission expires:_____
19
      _____
20    Notary Public
21
22
23
24

证人宣誓书

我彭文龙特此证实，我已经阅读过上述第 447 页至第 551 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该 447 页至第 551 页是我被问及各个问题的答复的正确笔录记载。

_____                    2012.3.12.
彭文龙                                              日期

兹于          年          月          日

在本人前宣誓后成作本宣誓书

本人公证资格有效截止日期为                年          月          日

（公证人签名）

# 公　证　书

（2012）泰岱岳证外字第 202 号

申请人：彭文龙，男，一九八一年九月二十九日出生，公民身份号码：370923198109291512。

公证事项：签名

兹证明彭文龙于二〇一二年三月十三日在泰山石膏股份有限公司办公室，在本公证员的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

# NOTARIAL    CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.202

Applicant: Peng Wenlong, male, born on September 29, 1981, citizen ID No.:370923198109291512.

Issue under notarization: Signature.

This is to certify that Peng Wenlong on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

（2012）泰岱岳证外字第 203 号

　　申请人：彭文龙，男，一九八一年九月二十九日出生，公民身份号码：370923198109291512。

　　公证事项：译本与原本相符

　　兹证明前面的（2012）泰岱岳证外字第 202 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.203

Applicant: Peng Wenlong, male, born on September 29, 1981, citizen ID No.:370923198109291512.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.202 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012