**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND | |

**ORDER**

Considering the Plaintiffs' Motion to Strike Taishan's Errata Sheets;

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Strike Taishan's Errata Sheets is hereby GRANTED.

IT IS FURTHER ORDERED that Taishan is sanctioned by the Court and must reimburse Plaintiffs for their reasonable attorney's fees in bringing their Motion to Strike Taishan's Errata Sheets.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
ELDON E. FALLON
United States District Court Judge