UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL | ) | MAG. JUDGE WILKINSON |
| CASES | ) | |
|           Defendant. | ) | |
| _____ | ) | |

## ANSWER

COMES NOW the Defendant, Five Star Builders, Inc., by and through the undersigned counsel, and files this Answer to Plaintiff's Complaint as follows:

1. The Defendant denies each and every allegation contained therein and demands strict proof thereof.

2. The Defendant herein adopts each and every defense set forth by any other named Defendant in this matter.

AFFIRMATIVE DEFENSES
First Defense

The Complaint fails to state a claim against the Defendant upon which relief can be granted.

Second Defense

Plaintiffs claims are barred as the Plaintiffs have suffered no damage and have not suffered harm.

Third Defense

Plaintiffs claims are barred by the doctrine of waiver, estoppel, and/or laches.

Fourth Defense

Plaintiffs' claims are barred by the applicable Statute of Limitations.

Fifth Defense

Plaintiffs have failed to mitigate their damages.

Sixth Defense

The Plaintiffs are not proper class representatives.

Seventh Defense

Plaintiffs and some or all of the putative class lacks standing.

Eighth Defense

Plaintiffs claims are barred by their failure to mitigate their damages.

Ninth Defense

Plaintiffs claims are barred as there has been no class wide damage.

This Defendant reserves the right to rely upon other defenses that may become available or during the proceedings in this case and hereby reserves the right to supplement his answer and defenses as necessary.

Respectfully submitted:

/s/ Barry G. Roderman

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided by utilizing the electronic filing system to the interested parties, this 21st day of March, 2012.

 /s/  Barry G. Roderman
Barry G. Roderman, Esq.
Barry G. Roderman & Associates
One East Broward Blvd. Suite 700
Ft. Lauderdale, FL 33301
(954)761-8810 Phone
(954)761-9911 Fax
Florida Bar No: 105637

2