Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0576

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Boardwalk Drywall, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

Name of Server: **Greg Scott**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14th** day of **September**, 20 **11**, at **9:40** o'clock **A** M

Place of Service: at 4231 Grand Boulevard, in New Port Richey, FL 34652

Documents Served: the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX):Exhibits.

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Boardwalk Drywall, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Luis Leal, Field Supervisor**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **Hispanic** ; Hair Color **Black** ; Facial Hair ____
Approx. Age **45** ; Approx. Height **5'8"** ; Approx. Weight **190**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ signature_   9/14/11
Signature of Server    Date

Subscribed and sworn to before me this **16th** day of **September**, 20 **11**
_/s/ Elaine F. Jones_
Notary Public   (Commission Expires)
3/2/13

APS International, Ltd.

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters