Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0570

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J & A Brothers Drywall & Stucco, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Hendry )
Name of Server: Edwin S. Cintron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 27th day of July, 20 11, at 11:20 o'clock A M

Place of Service: at 462 E Cowboy Way, Unit 7, in Labelle, FL  33935

Documents Served: the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**J & A Brothers Drywall & Stucco, Inc.**
By delivering them into the hands of a Secretary whose name and title is: Adriana Moreno, Secretary

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Tan ; Hair Color Brown ; Facial Hair ___
Approx. Age 25 ; Approx. Height 5'2" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server #9001

Subscribed and sworn to before me this 28th day of July, 20 11

_[signature]_
Notary Public                    (Commission Expires)

MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

**APS International, Ltd.**

3614