Service of Process by

Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



**APS International, Ltd.**
1-800-328-7171

**Law Firm Requesting Service:** —
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--K. Hovnanian of Palm Beach XIII, Inc.
Court Case No. 11-1077 Section L

State of: Florida ) ss.
County of: Palm Beach )

| | |
|---|---|
| **Name of Server:** | Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action: |
| **Date/Time of Service** | that on 08-Jul-2011 11:59 am |
| **Place of Service:** | at 3601 Quantum Blvd., Ste. 100, city of Boynton Beach, state of FL |
| **Documents Served:** | the undersigned served the documents described as: Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits. |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: K. Hovnanian of Palm Beach XIII, Inc. By delivering them into the hands of an officer or managing agent whose name and title is Nina Torres, Authorized Agent |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F ; Skin Color white ; Hair Color brown ; Facial Hair N/A Approx. Age 65 ; Approx. Height 5'04" ; Approx. Weight 135 ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. *[signature]* Signature of Server APS International, Ltd. APS International Plaza · 7800 Glenroy Rd. Minneapolis, MN 55439-3122 | Subscribed and sworn to before me this 26 day of July, 20 11 *[signature]* Notary Public (Commission Expires) APS File: 111412-561 |

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.