Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0153

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mazer's Discount Home Centers, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: ALABAMA ) ss.
County of: JEFFERSON )

Name of Server: DANIEL MOORE , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28 day of JUNE , 20 11 , at 2:30 o'clock P M

Place of Service: at 816 Green Spring Hwy , in Homewood, AL 35206

Documents Served: the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Mazer's Discount Home Centers, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: RODNEY CROSBY, AUTHORIZED AGENT

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color BLK ; Hair Color BLK ; Facial Hair N/A
Approx. Age 50 ; Approx. Height 5'7" ; Approx. Weight 240

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Daniel Moore
Signature of Server

Subscribed and sworn to before me this 5 day of JULY , 20 11

Martha Moore — 5/21/14
Notary Public         (Commission Expires)

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014

**APS International, Ltd.**