Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0565

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Pride Homes at Portofino Falls, Ltd.
Court Case No. 11-1077 Section L

State of: Florida ) ss.
County of: BROWARD )

**Name of Server:** Felix Onate, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of July, 20 11, at 3:40 o'clock P M

**Place of Service:** at 4651 Sheridan Street, Suite 480, in Hollywood, FL 33021

**Documents Served:** the undersigned served the documents described as:
**Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Pride Homes at Portofino Falls, Ltd.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Danielle Brittes Executive Assistant

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair
Approx. Age 40 ; Approx. Height 5'9 ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Felix Onate
Signature of Server

Subscribed and sworn to before me this 28 day of July, 20 11

Notary Public       (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Ludelia Garcia
My Commission DD919269
Expires 08/23/2013