Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0631

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Residential Drywall, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 11-1077 Section L

State of: **Florida** ) ss.
County of: **Hillsborough** )

**Name of Server:** Christinia Therien, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 17 day of August, 2011, at 9:00 o'clock A M

**Place of Service:** at 16009 Northlake Village Dr. in Odessa, FL 33556

**Documents Served:** the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Residential Drywall, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Andrea M Fair Esquire – Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F : Skin Color Cauc ; Hair Color Brown : Facial Hair ____
Approx. Age 45+ : Approx. Height 5'5" : Approx. Weight 155 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   22 day of August, 20 11

_Signature of Server_   _Notary Public_   (Commission Expires)

APS International, Ltd.

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters