Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0257

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Reve Development Corporation
Court Case No. 11-1077 Section L

State of: __Florida__ ) ss.
County of: __Escambia__ )
Name of Server: __Gayle Meede__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the __9__ day of __July__, 20 __11__, at __11:00__ o'clock __a__ M

Place of Service: at __1928 Greenbrier Blvd.__, in __Pensacola, FL 32514__

Documents Served: the undersigned served the documents described as:
Summons;Plaintiffs' Omnibus Class Action Complaint (IX);Exhibits.

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Reve Development Corporation

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Raymond Noel, Owner__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __50s__ ; Approx. Height __5'9__ ; Approx. Weight __175__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Gayle Meede_
Signature of Server

Subscribed and sworn to before me this __29th__ day of __July__, 20 __11__

_/s/_ _____ 2014
Notary Public    (Commission Expires)

APS International, Ltd.



KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters