Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0577

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Boardwalk Drywall, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Hillsborough__ )

Name of Server: __Greg Scott__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the __14th__ day of __September__, 20__11__, at __9:40__ o'clock __A__ M

Place of Service: at __4231 Grand Boulevard__, in __New Port Richey, FL 34652__

Documents Served: the undersigned served the documents described as:
Summons and Amended Omnibus Class Action Complaint IX;Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Boardwalk Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Luis Leal  Field Supervisor__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Hispanic__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __45__ ; Approx. Height __5'8"__ ; Approx. Weight __190__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __16th__ day of __September__, 20__11__

_____ 9/14/11
Signature of Server      Date

_____ Notary Public    (Commission Expires) 3/2/13

APS International, Ltd.

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters