Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0571

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J & A Brothers Drywall & Stucco, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Hendry** )

Name of Server: **Edwin S. Cintron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **27th** day of **July**, 20 **11**, at **11:20** o'clock **A** M

Place of Service: at **462 E Cowboy Way, Unit 7**, in **Labelle, FL  33935**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**J & A Brothers Drywall & Stucco, Inc.**
By delivering them into the hands of a **secretary** whose name and title is: **Adriana Moreno, Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **tan**; Hair Color **Brown**; Facial Hair _____
Approx. Age **25**; Approx. Height **5'2"**; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **#9002**

**APS International, Ltd.**

Subscribed and sworn to before me this **28th** day of **July**, 20 **11**

Notary Public   (Commission Expires)

MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

3613