Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0566

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MC-Ft. Myers Associates, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **28** day of **July**, 20 **11**, at **1:30** o'clock **P** M

Place of Service: at **1986 NE 149th Street**, in **North Miami, FL 33181**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**MC-Ft. Myers Associates, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Sonia Vigenova Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair ___
Approx. Age **30**; Approx. Height **5'2**; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **28+7** day of **July**, 20 **11**

_Doris F Collins_
Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Doris F Collins
My Commission DD710151
Expires 08/29/2011