Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0564

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Pride Homes at Portofino Falls, Ltd.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida**  ) ss.
County of: **Broward**  )

Name of Server: **Felix Onate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **27** day of **July**, 20 **11**, at **3:40** o'clock **P** M

Place of Service: at **4651 Sheridan Street, Suite 480**, in **Hollywood, FL 33021**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Pride Homes at Portofino Falls, Ltd.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Danielle Brittes Executive Assistant**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair _____
Approx. Age **40**; Approx. Height **5'9**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Felix Onate**
Signature of Server

Subscribed and sworn to before me this **28** day of **July**, 20 **11**

_____ (Commission Expires)
Notary Public

**APS International, Ltd.**

Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013