Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd. et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0258

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Reve Development Corporation
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Escambia** )

Name of Server: **Gayle Meede**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9** day of **July**, 20 **11**, at **11:00** o'clock **A** M

Place of Service: at **1928 Greenbrier Blvd.**, in **Pensacola, FL 32514**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Reve Development Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Raymond Noel, Owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair _____
Approx. Age **50s** ; Approx. Height **5'9** ; Approx. Weight **175**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Gay Meede_
Signature of Server

Subscribed and sworn to before me this **29th** day of **July**, 20 **11**
_/s/ Notary_  **2014**
Notary Public    (Commission Expires)

**APS International, Ltd.**



KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters