Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0629

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stock Building Supply of Florida, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __North Carolina__ ) ss.
County of: __Johnston__ )

**Name of Server:** __Edwin McCracken__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __10__ day of __August__, 20__11__, at __11:37__ o'clock __A__ M

**Place of Service:** at __8020 Arco Corporate Drive__, in __Raleigh, NC 27617__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Stock Building Supply of Florida, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __David Learner, Associat general counsel__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Gray__ ; Facial Hair __Yes__
Approx. Age __50__ ; Approx. Height __5' 9"__ ; Approx. Weight __175__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Edwin McCracken_
Signature of Server

Subscribed and sworn to before me this __11__ day of __August__, 20 __11__

_(signature)_
Notary Public         (Commission Expires)

**APS International, Ltd.**