Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0636

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--704 N. Ocean Blvd. Associates, Ltd.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **31** day of **August**, 20**11**, at **2:17** o'clock **P** M

Place of Service: at **1986 NE 149 Street**, in **Miami, FL 33181**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**704 N. Ocean Blvd. Associates, Ltd.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Sonia Digenova Secretary**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Black** ; Facial Hair ___
Approx. Age **30** ; Approx. Height **5'4** ; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **1** day of **September**, 20**11**

Signature of Server

APS International, Ltd.

Notary Public  (Commission Expires)
Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013