Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0650

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BFS Townhomes, LLC, d/b/a HighPoint Development
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

Name of Server: __Christinia Theurer__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the __27__ day of __September__, 20__11__, at __8:30__ o'clock __A__ M

Place of Service: at __4515 Legacy Park Drive__, in __Tampa, FL 33611__

Documents Served: the undersigned served the documents described as:
__Summons and Amended Omnibus Class Action Complaint IX; Exhibits__

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
BFS Townhomes, LLC, d/b/a HighPoint Development

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Kris Snow - Leasing Agent - Auth. to Accept__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __Cauc__; Hair Color __Brown__; Facial Hair _____
Approx. Age __30-35__; Approx. Height __5'10"__; Approx. Weight __180 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __29__ day of __Sept__, 20__11__

_____
Notary Public    (Commission Expires)

APS International, Ltd.

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters