Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et.
al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111412-0611

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Custom Construction, Inc.
Court Case No. 11-1077 Section L

> LEVIN, FISHBEIN, ET AL
>
> Ms. Jennifer Lascio
> 510 Walnut St., Ste. 500
> Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Bernard_ )
Name of Server: _Dwayne M. Jeanjacques_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _21_ day of _September_ , 20 _11_ , at _10:15_ o'clock _A_ M

Place of Service: at  _2209 Aramis Drive_ , in  _Meraux, LA  70075_

Documents Served: the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Custom Construction, Inc.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Shontel Gremillion_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Signature of Server_

**APS International, Ltd.**

Subscribed and sworn to before me this
_21_ day of _Sept_ , 20 _11_

Notary Public _____ (Commission Expires)

My Commission
Is For Life
No. 23032
PUBLIC
STATE OF LOUISIANA