Eduardo and Carmen Amorin, et al, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd., f/k/a Shandong taihe Dongxin Co., Ltd., et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113235-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --BNBM of America, Inc.
Court Case No. 11-1395 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __POLK__ )

Name of Server: __Thomas Santarlas__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __1__ day of __Nov.__, 20__11__, at __11:10__ o'clock __AM__

Place of Service: at __245 South Central Avenue__, in __Bartow, FL 33830__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint** w/ __Jury Demand; Exhibit A__

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**BNBM of America, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Donald Wilson, Jr   Registered Agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __Grey__; Facial Hair __No__
Approx. Age __60__; Approx. Height __5'4-5'6__; Approx. Weight __240-300__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Thomas Santarlas_
Signature of Server

Subscribed and sworn to before me this __1__ day of __Nov__, 20__11__

Notary Public    (Commission Expires)

**APS International, Ltd.**

NOKOMIS PFEIFFER
Commission DD 775982
Expires April 7, 2012
Bonded Thru Troy Fain Insurance 800-385-7019