Eduardo and Carmen Amorin, et al, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd., f/k/a Shandong taihe Dongxin Co., Ltd., et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113235-0004

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CNBM USA Corp.
Court Case No. 11-1395 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **California** ) ss.
County of: **Orange** )

Name of Server: **T. Capps**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **15** day of **November**, 20 **11**, at **11:47** o'clock **a** M

Place of Service: at **650 Camino De Gloria**, in **Walnut, CA 91789**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint w/Jury Demand; Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**CNBM USA Corp.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Angeline Kun, Legal assistant authorized to accept**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Asian** ; Hair Color **Black** ; Facial Hair ____
Approx. Age **29** ; Approx. Height **5'6"** ; Approx. Weight **160 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **15** day of **November**, 20 **11**

_____ 9/5/2015
Notary Public    (Commission Expires)

**APS International, Ltd.**

TAMARA A. MORALES
COMM. #1951164
Notary Public - California
Orange County
My Comm. Expires Sep. 5, 2015