Service of Process by

APS International, Ltd.
1-800-328-7171

Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

## AFFIDAVIT OF SERVICE ON A CORPORATION
--Pensacola Stevedore Company, Inc., dba Pate Stevedore Company, Inc.
Court Case No. 11-1077 Section L

State of: **Florida** ) ss.
County of: **Escambia** )

**Name of Server:** Gayle Meade, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action:

**Date/Time of Service:** that on 01-Oct-2011 12:45 pm

**Place of Service:** at 6520 Ard Rd., city of Pensacola, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (IX); Exhibits.

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Pensacola Stevedore Company, Inc., dba Pate Stevedore Company, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is
Steve Pate, Owner

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color brown ; Facial Hair None
Approx. Age 60 ; Approx. Height 6'02" ; Approx. Weight 180

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 18th day of October, 20 11

Signature of Server

Notary Public       (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 111412-651


KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters