Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Pensacola Stevedore Company, Inc., dba Pate Stevedore Company, Inc.
Court Case No. 11-1077 Section L

State of: **Florida** ) ss.
County of: **Escambia** )

| | |
|---|---|
| **Name of Server:** | **Gayle Meade**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 01-Oct-2011 12:45 pm |
| **Place of Service:** | at  6520 Ard Rd., city of  Pensacola, state of  FL |
| **Documents Served:** | the undersigned served the documents described as:<br>Summons and Amended Omnibus Class Action Complaint IX; Exhibits |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on:<br>Pensacola Stevedore Company, Inc., dba Pate Stevedore Company, Inc.<br>By delivering them into the hands of an officer or managing agent whose name and title is<br>**Steve Pate, Owner** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex **M**; Skin Color **white**; Hair Color **brown**; Facial Hair **None**<br>Approx. Age **60**; Approx. Height **6'02"**; Approx. Weight **180**<br>☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br><br>Signature of Server | Subscribed and sworn to before me this 18th day of October, 2011<br><br>Notary Public    (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 111412-652



KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters