Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0311

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--E.L. Cretin, LLC, d/b/a Cretin Homes, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: LOUISIANA ) ss.
Parish of: E. BATON Rouge )

**Name of Server:** Tom Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21st day of October, 20 2011, at 2:35 o'clock P M

**Place of Service:** at 4960 Bluebonnet Blvd., Suite A, in Baton Rouge, LA 70809

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
E.L. Cretin, LLC, d/b/a Cretin Homes, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Susie Tyler, Legal Assistant

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Gray ; Facial Hair N/A
Approx. Age 60 yrs ; Approx. Height 5'5" ; Approx. Weight 190 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Tom Cassisa
Signature of Server

Subscribed and sworn to before me this 22ND day of OCTOBER, 20 11
_____ AT DEATH
Notary Public    (Commission Expires)

**APS International, Ltd.**