Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0035

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Homes, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Orange** )

Name of Server: **Jesse P. Williams Jr**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9** day of **August**, 20 **11**, at **2:40** o'clock **P** M

Place of Service: at **2611 Technology Drive, Ste 200**, in **Orlando, FL 32804**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complain (X); Exhibit "A"; Exhibit "B"**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**American Homes, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Katherine Campbell, Secretary for Doug Long, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair **N/A**
Approx. Age **40**; Approx. Height **5'6"**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

8-10-11
Signature of Server
Jesse P. Williams, Jr.
APS International, Ltd. #7176

Subscribed and sworn to before me this **10** day of **August**, 20 **11**

Notary Public   (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.