Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0107

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Anglada Drywall and Painting
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Mississippi** ) ss.
County of: **Jackson** )

Name of Server: **Donna Davis**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10** day of **August**, 20 **11**, at **6:33** o'clock **P** M

Place of Service: at ~~8303~~ **8310** Vanna Street, in **Biloxi, MS 39532**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Anglada Drywall and Painting**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Louis Anglada, Owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Bl** ; Facial Hair **no**
Approx. Age **45-50** ; Approx. Height **6'** ; Approx. Weight **175**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Donna Davis**
Signature of Server

Subscribed and sworn to before me this **10** day of **August**, 20 **11**

**C.H. Bennett**   **3/28/15**
Notary Public   (Commission Expires)

**APS International, Ltd.**

*STATE OF MISSISSIPPI*
*CRATON H. BENNETT*
NOTARY PUBLIC
ID No. 84526
Commission Expires
March 28, 2015
*JACKSON COUNTY*