Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0042

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ashton Houston Residential, LLC, dba Ashton Woods Homes
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _Texas_ ) ss.
County of: _Harris_ )

**Name of Server:** _Lindell Charles_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _16th_ day of _August_, 20 _11_, at _5:54_ o'clock _P_ M.

**Place of Service:** at _11375 W. Sam Houston Parkway_, in _Houston, TX 77031_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Ashton Houston Residential, LLC, dba Ashton Woods Homes**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Don Hayter, Vice President_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _-_
Approx. Age _40+_ ; Approx. Height _6'0"_ ; Approx. Weight _180_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  # SCH-324

**APS International, Ltd.**

Subscribed and sworn to before me this _19_ day of _August_, 20 _11_

Notary Public    (Commission Expires)

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013