Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0137

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--B & E Construction of Miami Corp.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )
Name of Server: _Carlos Aguirre_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _27_ day of _August_, 20 _11_, at _9.50_ o'clock _A_ M

Place of Service: at  7944 SE 199 Terrace , in  Miami, FL  33189

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**B & E Construction of Miami Corp.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Jose Barrios President_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Black_ ; Facial Hair _NO_
Approx. Age _55_ ; Approx. Height _5'11_ ; Approx. Weight _200_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
_29_ day of _August_, 20 _11_

Signature of Server

**APS International, Ltd.**

Notary Public

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013