# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 20, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 12-30127   In Re: Chinese-Mft Drywall, et al
      USDC No. 2:09-MD-2047
      USDC No. 2:09-CV-6690
      USDC No. 2:09-CV-7628
      USDC No. 2:09-CV-8030
      USDC No. 2:09-CV-8034
      USDC No. 2:10-CV-361
      USDC No. 2:10-CV-362
      USDC No. 2:10-CV-932
      USDC No. 2:11-CV-80
      USDC No. 2:11-CV-252

**RECEIVED MAR 20 2012 — U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA DEPUTY CLERK**

Enclosed is an order entered in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: *Shea E. Pertuit*
          Shea E. Pertuit, Deputy Clerk
          504-310-7666

Ms. Judy Y. Barrasso
Mr. Matthew C. Clark
Mrs. Martha Y. Curtis
Mr. Leonard Arthur Davis
Mr. Richard Guy Duplantier Jr.
Mr. James M. Garner
Mr. Stephen Jay Herman
Mr. Douglas Russell Holwadel
Mr. Fred S. Longer
Ms. Loretta Whyte

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

FILED MAR 20 2012

LORETTA G. WHYTE
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:09-MD-2047

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT