UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 09-2047<br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

*RICHARD AND CONSTANCE ALMEROTH, ET AL., INVIDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*

*V.*

*TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD.; et al*

**CASE NO: 12-0498; MDL NO: 2047 OMNI XIII**

### NOTICE OF APPEARANCE

BEN L. MAYEAUX, ROBERT E. TORIAN, WILL MONTZ and SARA RODRIGUE of the Laborde & Neuner law firm, One Petroleum Center, Suite 200, 1001 W. Pinhook Road, Lafayette, LA 70503, now come and appear as counsel of record for **SUNCOAST BUILDING MATERIALS, INC.** and file this Notice of Appearance in response to Case no: 12-0498; MDL No: 2047 Omni XIII: *Richard and Constance Almeroth, et. al v. Taishan Gypsum Co., LTD, et al.*

Counsel reserve all rights to object to jurisdiction, venue and service; preserve all defenses; and respectfully request that all pleadings, documents, notices, and correspondence be served upon the undersigned in connection with this action.

Dated this 23rd day of March, 2012.

>Respectfully submitted,
>
>**LABORDE & NEUNER**
>
>/s/Ben L. Mayeaux
>**BEN L. MAYEAUX (#19042)**
>**ROBERT E. TORIAN (#18468)**
>**WILL MONTZ (#29355)**
>**SARA RODRIGUE (#32660)**
>One Petroleum Center, Suite 200
>1001 West Pinhook Road
>Lafayette, Louisiana 70503
>Post Office Drawer 52828
>Lafayette, Louisiana 70505-2828
>Telephone: (337) 237-7000
>Fax: (337) 233-9450
>Email: bmayeaux@LN-Law.com
>rtorian@LN-Law.com
>wmontz@LN-Law.com
>srodrigue@LN-Law.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2012.

>/s/Ben L. Mayeaux
>COUNSEL