Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0143

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beta Credit Management, LLC, Ocean Silver, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24** day of **August**, 20 **11**, at **12:30** o'clock **P** M

**Place of Service:** at **5775 Blue Lagoon Drive, Ste. 300**, in **Miami, FL 33126**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Beta Credit Management, LLC, Ocean Silver, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Loiris Lakatos  Comptroller**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Black** ; Facial Hair **160**
Approx. Age **40** ; Approx. Height **5'9** ; Approx. Weight

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **25** day of **August**, 20 **11**

Signature of Server

Doris F Collins
Notary Public        (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Doris F Collins
My Commission DD710151
Expires 08/29/2011