Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0097

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BGS & Associates, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __ALABAMA__ ) ss.
County of: __JEFFERSON__ )

**Name of Server:** __DANIEL MOORE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __9__ day of __AUG__, 20 __11__, at __6:00__ o'clock __P__ M

**Place of Service:** at __1115 Park View__, in __Birmingham, AL  35244__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
BGS & Associates, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __STEPHEN SPENCER, REGISTERED AGENT__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __GRY/WHT__ Facial Hair __N/A__
Approx. Age __65__ ; Approx. Height __6'2"__ ; Approx. Weight __220__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Daniel Moore_
Signature of Server

Subscribed and sworn to before me this __10__ day of __AUG__, 20 __11__

_Martha Moore_  5/21/14
Notary Public       (Commission Expires)

**APS International, Ltd.**

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014