UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering that the opt-out and/or objection deadlines for each of the Interior Exterior, Banner Supply, and Knauf defendants' class action settlement agreements are all on different dates and finding that consistency with these dates assists the Court, counsel, and litigants, IT IS ORDERED that the opt-out and objection deadlines for putative class members in each of the Interior Exterior, Banner Supply, and Knauf defendants' class action settlement agreements are SCHEDULED for May 11, 2012.  IT IS FURTHER ORDERED that all other provisions of these agreements and the preliminary approval orders thereof remain in effect.

New Orleans, Louisiana this 23rd day of March, 2012.

_____
U.S. District Judge