UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

### ORDER

Considering the Plaintiffs' Motion for Leave to File Motion to Strike Taishan's Errata Sheets and to File Exhibit I Under Seal;

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Leave to File Motion to Strike Taishan's Errata Sheets and to File Exhibit I Under Seal is hereby GRANTED.

IT IS FURTHER ORDERED that the Motion to Strike Taishan's Errata Sheets, with supporting memoranda and exhibits, are hereby filed into the record.

IT IS FURTHER ORDERED that Exhibit I to the Memorandum in Support of Motion to Strike Taishan's Errata Sheets be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 23rd day of March, 2012.

_____
ELDON E. FALLON
United States District Court Judge