# EXHIBIT A



## Transcript of the Testimony of Tongchun Jia

**Date:** January 9, 2012

**Case:** Chinese Drywall

Confidential – Subject to Further Confidentiality Review

Page 495

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| | § MDL NO. 2047 |
| IN RE: | § |
| CHINESE- | § SECTION: L |
| MANUFACTURED | § |
| DRYWALL PRODUCTS | § JUDGE FALLON |
| LIABILITY | § |
| LITIGATION | § MAGISTRATE |
| | § JUDGE WILKINSON |

-  -  -

CROSS NOTICED IN VARIOUS OTHER ACTIONS

-  -  -

January 9, 2012

-  -  -

CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

-  -  -

    Continued videotaped deposition of
TONGCHUN JIA, held at the Executive
Centre, Level 3, Three Pacific Place, One
Queen's Road East, Hong Kong, China,
commencing at 8:52 a.m., on the above
date, before Linda L. Golkow, Certified
Court Reporter, Registered Diplomate
Reporter, Certified Realtime Reporter and
Notary Public.

-  -  -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Subject to Further Confidentiality Review

---

Page 496

```
 1   BEFORE:
 2       HONORABLE ELDON E. FALLON
         UNITED STATES FEDERAL COURT -
 3       EASTERN DISTRICT OF LOUISIANA
 4
 5   APPEARANCES:
 6
 7   SEEGER WEISS LLP
     BY: CHRISTOPHER A. SEEGER, ESQUIRE
 8   BY: SCOTT A. GEORGE, ESQUIRE
     One William Street
 9   New York, New York 10004
     (212) 584-0700
10   cseeger@seegerweiss.com
     Sgeorge@seegerweiss.com
11   Representing the Plaintiffs'
     Steering Committee
12
13   HERMAN HERMAN KATZ & COTLAR, LLP
     BY: LEONARD A. DAVIS, ESQUIRE
14   820 O'Keefe Avenue
     New Orleans, Louisiana 70113
15   (504) 581-4892
     Ldavis@hhkc.com
16   Representing the Plaintiffs'
     Steering Committee
17
18   COLSON HICKS EIDSON
     BY: ERVIN GONZALEZ, ESQUIRE
19   BY: PATRICK S. MONTOYA, ESQUIRE
     255 Alhambra Circle
20   Penthouse
     Coral Gables, Florida 33134
21   (305) 476-7400
     Ervin@colson.com
22   Patrick@colson.com
     Representing Plaintiffs' Steering
23   Committee in the Federal and State
     Coordinated Actions
24
```

---

Page 497

```
 1   APPEARANCES (CONTINUED):
 2
     LEVIN, FISHBEIN, SEDRAN & BERMAN
 3   BY: ARNOLD LEVIN, ESQUIRE
     510 Walnut Street
 4   Suite 500
     Philadelphia, Pennsylvania 19106
 5   (215) 592-1500
     Alevin@lfsblaw.com
 6   Representing the Plaintiffs'
     Steering Committee
 7
 8   GAINSBURGH, BENJAMIN, DAVID, MEUNIER
     & WARSHAUER, L.L.C.
 9   BY: GERALD E. MEUNIER, ESQUIRE
     2800 Energy Centre
10   1100 Poydras Street
     New Orleans, Louisiana 70163
11   (504) 522-2304
     gmeunier@gainsben.com
12   Representing the Plaintiffs'
     Steering Committee
13
14   HOGAN LOVELLS US LLP
     BY: JOE CYR, ESQUIRE
15   BY: FRANK T. SPANO, ESQUIRE
     875 Third Avenue
16   New York, New York 10022
     (212) 918-3000
17   joe.cyr@hoganlovells.com
     frank.spano@hoganlovells.com
18   Representing Taishan Gypsum Co.
     Ltd. and Taian Taishan
19   Plasterboard Company Ltd. and the
     Witness, Tongchun Jia
20
21
22
23
24
```

---

Page 498

```
 1   APPEARANCES (CONTINUED):
 2
 3   HOGAN LOVELLS
     BY: ALLAN LEUNG, ESQUIRE
 4   11th Floor, One Pacific Place
     88 Queensway
 5   Hong Kong
     (852) 2219 0888
 6   allan.leung@hoganlovells.com
     Representing Taishan Gypsum Co.
 7   Ltd. and Taian Taishan
     Plasterboard Company Ltd. and the
 8   Witness, Tongchun Jia
 9
     HOGAN LOVELLS INTERNATIONAL LLP
10   BY: EUGENE CHEN, ESQUIRE
     BY: JIENI JI, ESQUIRE
11   18th Floor, Park Place
     1601 Nanjing Road West
12   Shanghai, China 200040
     (86 21) 6122 3800
13   eugene.chen@hoganlovells.com
     Representing Taishan Gypsum Co.
14   Ltd. and Taian Taishan
     Plasterboard Company Ltd. and the
15   Witness, Tongchun Jia
16
17   GREENBERG TRAURIG, LLP
     BY: HILARIE BASS, ESQUIRE
18   1221 Brickell Avenue
     Miami, Florida 33131
19   (305) 579-0745
     bassh@gtlaw.com
20   Representing the Home Builders
     Steering Committee
21   PERKINS COIE LLP
     BY: DAVID L. BLACK, ESQUIRE
22   1899 Wynkoop Street - Suite 700
     Denver, Colorado 80202
23   (303) 291-2300
     DBlack@perkinscoie.com
24   Representing the State of Louisiana
```

---

Page 499

```
 1   APPEARANCES (CONTINUED):
 2
 3   BRENNER, EVANS & MILLMAN, P.C.
     BY: THEODORE I. BRENNER, ESQUIRE
 4   411 East Franklin Street
     Suite 200
 5   Richmond, Virginia 23218
     Tbrenner@beylaw.com
 6   (804) 644-1300
 7   Representing Tobin Trading Company
 8   McKENRY, DANCIGERS, DAWSON & LAKE, P.C.
     BY: J. BRIAN SLAUGHTER, ESQUIRE
 9   192 Ballard Court
     Suite 400
10   Virginia Beach, Virginia 23462
     (757) 461-2500
11   Jbslaughter@va-law.org
     Representing Atlantic Homes LLC and
12   Multiple Other Virginia-Based
     Defendants
13
14   QUINN EMANUEL URQUHART & SULLIVAN, LLP
     BY: JANE M. BYRNE, ESQUIRE
15   BY: JULIA BESKIN, ESQUIRE
     51 Madison Avenue, 22nd Floor
16   New York, New York 10010
     (212) 849-7000
17   Janeburne@quinnemanuel.com
     Juliabeskin@Quinnemanuel.Com
18   Representing Chartis Select Insurance
     Company and Related Chartis Insurers
19
20   WEINBERG, WHEELER, HUDGINS, GUNN &
     DIAL, LLC
21   BY: MICHAEL SEXTON, ESQUIRE
     3344 Peachtree Road, NE
22   Suite 2400
     Atlanta, Georgia 30326
23   (404) 876-2700
     msexton@wwhgd.com
24   Representing Various Banner Defendants
```

---

2 (Pages 496 to 499)

Confidential - Subject to Further Confidentiality Review

Page 500

1
2          APPEARANCES (CONTINUED):
3

4      SINNOTT, NUCKOLS & LOGAN, PC
       BY: KENNETH F. HARDT, ESQUIRE
       13811 Village Mill Drive
5      Midlothian, Virginia 23114
       (804) 378-7600
6      khardt@snllaw.com
       Representing Venture Supply, Inc. and
7      Porter-Blaine Corp.
8
9      ALSO PRESENT:
10        SUNNY WANG, INTERPRETER
11
12
              - - -
13
14
15
16
17
18
19
20
21
22
23
24

Page 501

1
2
3      APPEARANCES VIA TELEPHONE:

       GALLOWAY JOHNSON TOMPKINS BURR and SMITH
4      BY: CARLINA C. EISELEN, ESQUIRE
       One Shell Square
       701 Poydras Street, 40th Floor
5      New Orleans, Louisiana 70139
       (504) 525-6802
6      ceiselen@gjtbs.com
       Representing Interior/Exterior
7      Building Supply
8
       HUNTON & WILLIAMS LLP
9      BY: A. TODD BROWN, ESQUIRE
       Bank of America Plaza
10     101 South Tryon Street
       Suite 3500
11     Charlotte, North Carolina 28280
       (704) 378-4700
12     Representing Stock Building Supply, LLC
13
14     JONES, WALKER, WAECHTER, POITEVENT,
       CARRERE & DENEGRE LLP
15     BY: MEGAN E. DONOHUE, ESQUIRE
       600 Jefferson Street, Suite 1600
16     Lafayette, Louisiana 70501
       (337) 262-9062
17     mdonohue@joneswalker.com
       Representing Fireman's Fund Insurance
18     Company
19
       DUPLASS ZWAIN BOURGEOIS PFISTER &
20     WEINSTOCK
       BY: PHILIP WATSON, ESQUIRE
21     3838 N. Causeway Boulevard
       Suite 2900
22     Metairie, Louisiana 70002
       (504) 832-3700
23     pwatson@duplass.com
       Representing R&H Masonry, Inc., and
24     Swedberg Enterprises, Inc.

Page 502

1      APPEARANCES VIA TELEPHONE (CONTINUED):
2
       FULMER LEROY ALBEE BAUMANN
3      BY: CANDACE MOSS, ESQUIRE
       BY: MICHAEL P. McCAHILL, ESQUIRE
4      2866 East Oakland Park Boulevard
       Ft. Lauderdale, Florida 33306
5      (954) 707-4430
       mosscandace@fulmerleroy.com
6      mmccahill@fulmerleroy.com
       Representing Independent Builders
7      Supply Association (IBSA)
8
       WEINBERG, WHEELER, HUDGINS, GUNN &
9      DIAL, LLC
       BY: P. SHANE O'NEILL, ESQUIRE
10     3344 Peachtree Road, NE
       Suite 2400
11     Atlanta, Georgia 30326
       (404) 876-2700
12     soneill@wwhgd.com
       Representing Various Banner
13     Defendants
14
       WRIGHT, FULFORD, MOORHEAD & BROWN,
15     P.A.
       BY: DORYK B. GRAF, JR., ESQUIRE
16     145 N. Magnolia Ave.
       Orlando, Florida 32801
17     (407) 425-0234
       dgraf@wfmblaw.com
18     Representing West Construction, Inc.
19
20     QUINN EMANUEL URQUHART & SULLIVAN, LLP
       BY: CLINTON DOCKERY, ESQUIRE
21     51 Madison Avenue, 22nd Floor
       New York, New York 10010
22     (212) 849-7000
       clintondockery@quinnemanuel.com
23     Representing Chartis Select Insurance
       Company and Related Chartis Insurers
24

Page 503

1      APPEARANCES VIA TELEPHONE (CONTINUED):
2
       BUCHANAN INGERSOLL & ROONEY P.C.
3      BY: C. ROBERT ZAPPALA, ESQUIRE
       One Oxford Centre
4      301 Grant Street, 20th Floor
       Pittsburgh, Pennsylvania 15219
5      (412) 562-1041
       bobby.zappala@bipc.com
6      Representing 84 Lumber Company, LP
7
       MEIROSE & FRISCIA, P.A.
8      BY: JASON A. LUBLINER, ESQUIRE
       5550 W. Executive Drive
9      Suite 250
       Tampa, Florida 33609
10     (813) 289-8800
       groot@meirosefriscia.com
11     Representing Central Florida
       Finishers and LTL Construction, Inc.
12
13
14
15
16
17
18
19
20
21
22
23
24

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

---

**Page 504**

1  APPEARANCES VIA STREAM:
2
3  BECNEL LAW FIRM, L.L.C.
   BY: ROBERT BECNEL, ESQUIRE
   106 W. 7th Street
4  Reserve, Louisiana 70084
   (985) 536-1186
5  robbecnel@aol.com
   Representing the Plaintiffs'
6  Steering Committee
7
   PARKER WAICHMAN ALONSO LLP
8  BY: JORDAN L. CHAIKIN, ESQUIRE
   3301 Bonita Beach Road
9  Bonita Springs, Florida 34134
   (239) 390-1000
10 Jchaikin@yourlaywer.com
   Representing Plaintiffs' Steering
11 Committee
12
   MORGAN & MORGAN
13 BY: PETE V. ALBANIS, ESQUIRE
   12800 University Drive
14 Suite 600
   Fort Myers, Florida 33907
15 (877) 667-4265
   Representing the Plaintiffs
16
17 IRPINO LAW FIRM
   BY: ANTHONY IRPINO, ESQUIRE
18 2216 Magazine Street
   New Orleans, Louisiana 70130
19 Airpino@irpinolaw.com
   (504) 525-1500
20 Representing the Plaintiffs
21
22
23
24

---

**Page 505**

1  APPEARANCES VIA STREAM (CONTINUED):
2
3  GALLOWAY JOHNSON TOMPKINS BURR and SMITH
   BY: CARLINA C. EISELEN, ESQUIRE
4  One Shell Square
   701 Poydras Street, 40th Floor
5  New Orleans, Louisiana 70139
   (504) 525-6802
6  ceiselen@gjtbs.com
   Representing Interior/Exterior
7  Building Supply
8
   HEARD & MEDACK, P.C.
9  BY: JAMES DAVIS, ESQUIRE
   9494 Southwest Freeway, Suite 700
10 Houston, Texas 77074
   (713) 772-6400
11 jdavis@heardmedackpc.com
   Representing CastleRock Communities, L.P.
12
13 HUNTON & WILLIAMS LLP
14 BY: A. TODD BROWN, ESQUIRE
   Bank of America Plaza
15 101 South Tryon Street
   Suite 3500
16 Charlotte, North Carolina 28280
   (704) 378-4700
17 tbrown@hunton.com
   Representing Stock Building Supply, LLC
18
19
   SHER GARNER CAHILL RICHTER KLEIN &
20 HILBERT, L.L.C.
   BY: MATTHEW C. CLARK, ESQUIRE
21 909 Poydras Street
   Suite 2800
22 New Orleans, Louisiana 70112
   (504) 299-2100
23 mclark@shergarner.com
   Representing the Southern Home
24 Defendants

---

**Page 506**

1  APPEARANCES VIA STREAM (CONTINUED):
2
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   BY: CLINTON DOCKERY, ESQUIRE
4  51 Madison Avenue, 22nd Floor
   New York, New York 10010
5  (212) 849-7000
   clintondockery@quinnemanuel.com
6  Representing Chartis Select Insurance
   Company and Related Chartis Insurers
7
8  JONES, WALKER, WAECHTER, POITEVENT,
   CARRERE & DENEGRE LLP
9  BY: MEGAN E. DONOHUE, ESQUIRE
   600 Jefferson Street, Suite 1600
10 Lafayette, Louisiana 70501
   (337) 262-9062
11 mdonohue@joneswalker.com
   Representing Fireman's Fund Insurance
12 Company
13
   DEUTSCH, KERRIGAN & STILES
14 BY: MELISSA M. SWABACKER, ESQUIRE
   755 Magazine St.
15 New Orleans, Louisiana 70130
   (504) 581-5141
16 mswabacker@dkslaw.com
   Representing Landmark American
17 Insurance Company
18
19
20      - - -
21
22
23
24

---

**Page 507**

1       - - -
2          I N D E X
3  WITNESS                PAGE NO.
4  TONGCHUN JIA
5
6  By Mr. Cyr              529
7  By Mr. Seeger           672
8  By Mr. Gonzalez         784
9
10      - - -
11       E X H I B I T S
12
13 NO.     DESCRIPTION     PAGE NO.
14 Jia       Document in     545
             Chinese, Bates
15 Defendant's-1  stamped TG
             0026001 and TG
16           0026002
17 Jia       Shandong       545
   Defendant's-1A  Province
18           Department of
             Finance
19           Documents, Bates
             stamped TG
20           0026001 and TG
             0026002
21
   Jia       Document in
22 Defendant's-2  Chinese, Bates
             stamped TG
23           0020582 through
             TG 0020584
24

---

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 508

```
 1     Jia          Shandong Taihe   548
       Defendant's-2A  Dongxin Co.,
 2                   Ltd,
                     Shareholder
 3                   List, Bates
                     stamped TG
 4                   0020582 through
                     TG 0020584
 5
 6     Jia          Document in     553
       Defendant's-3  Chinese, Bates
 7                   stamped TG
                     0020630 through
 8                   TG 0020633
 9     Jia          Stock Transfer  553
       Defendant's-3A  Agreement, Bates
10                   stamped TG
                     0020630 through
11                   TG 0020633
12     Jia          Document in     555
       Defendant's-4  Chinese, Bates
13                   stamped TG
                     0020634 through
14                   TG 0020637
15     Jia          Document in     568
       Defendant's-5  Chinese, Bates
16                   stamped 0020638
                     through 0020642
17     Jia          Document in     572
       Defendant's-6  Chinese, Bates
18                   stamped TG
                     0020598 through
19                   TG 0020600
20     Jia          Shandong Taihe  572
       Defendant's-6A  Dongxin Co.,
21                   Ltd. Resolutions
                     of the General
22                   Meeting of
                     Shareholders,
23                   Bates stamped TG
                     0020598 through
24                   TG 0020600
```

Page 510

```
 1     Jia          Shandong Taihe   591
       Defendant's-10A  Dongxin Co.,
 2                   Ltd. Summary of
                     Asset Valuation
 3                   Report, Bates
                     stamped TG
 4                   0020384 through
                     TG 0020390
 5
 6     Jia          Document in     592
       Defendant's-11  Chinese, Bates
 7                   stamped TG
                     0020686 through
 8                   TG 0020789
 9     Jia          Articles of     592
       Defendant's-11A  Association of
                     Shandong Taihe
10                   Dongxin Co.,
                     Ltd., Bates
11                   stamped TG
                     0020686 through
12                   TG 0020789
13     Jia          Document in     600
       Defendant's-12  Chinese, Bates
14                   stamped TG
                     0020725 through
15                   TG 0020748
16     Jia          Articles of     600
       Defendant's-12A  Association of
17                   Tai Shan Gypsum
                     Co., Ltd., Bates
18                   stamped TG
                     0020725 through
19                   TG 0020748
20     Jia          Document in     601
       Defendant's-13  Chinese, Bates
21                   stamped TG
                     0020722 through
22                   TG 0020724
23
24
```

Page 509

```
 1     Jia          Document in     579
       Defendant's-7  Chinese, Bates
 2                   stamped TG
                     0020647 through
 3                   TG 0020649
 4     Jia          Comparison Chart 579
       Defendant's-7A  of Registered
 5                   Capital Before
                     and After
 6                   Changes, Bates
                     stamped TG
 7                   0020647 through
                     TG 0020649
 8
 9     Jia          Document in     583
       Defendant's-8  Chinese, Bates
10                   stamped TG
                     0020601 and TG
11                   0020602
12     Jia          Resolutions of  583
       Defendant's-8A  the General
13                   Meeting of
                     Shareholders,
14                   Bates stamped TG
                     0020601 and TG
15                   0020602
16     Jia          Document in     589
       Defendant's-9  Chinese, Bates
17                   stamped TG
                     0020608 through
18                   TG 0020629
19     Jia          Shandong Taihe  589
       Defendant's-9  Dongxin Co.,
20                   Ltd. Articles of
                     Incorporation,
21                   Bates stamped TG
                     0020608 through
22                   TG 0020629
23     Jia          Document in     591
       Defendant's-10  Chinese, Bates
24                   stamped 20384
                     through 20390
```

Page 511

```
 1     Jia          Shandong Taihe   601
       Defendant's-13  Dongxin Co,
 2                   Ltd. Resolutions
                     of the 2006
 3                   Annual General
                     Meeting of
 4                   Shareholders,
                     Bates stamped TG
 5                   0020722 through
                     TG 0020724
 6
 7     Jia          Document in     603
       Defendant's-14  Chinese, Bates
 8                   stamped TG
                     0020715 through
 9                   TG 0020717
10     Jia          Datasheet of the 603
       Defendant's-14A  Directors,
11                   Supervisors and
                     Manager of
12                   Shandong Taihe
                     Dongxin Co.,
13                   Ltd., Bates
                     stamped TG
14                   0020715 through
                     TG 0020717
15     Jia          Document in     605
       Defendant's-15  Chinese, Bates
16                   stamped TG
                     0020795 through
17                   TG 0020798
18     Jia          Taishan Gypsum  605
       Defendant's-15A  Co., Ltd. 2008
19                   Annual General
                     Meeting, Bates
20                   stamped TG
                     0020795 through
21                   TG 0020798
22     Jia          Document in     618
       Defendant's-16  Chinese, Bates
23                   stamped TG
                     0020799 and TG
24                   0020800
```

5 (Pages 508 to 511)

Confidential - Subject to Further Confidentiality Review

Page 512

```
 1    Jia-16A      Amendment to the  618
                   Articles of
 2                 Association of
                   Taishan Gypsum
 3                 Co., Ltd., Bates
                   stamped TG
 4                 0020799 and TG
                   0020800
 5
 6    Jia          Document in       620
      Defendant's-17  Chinese, Bates
 7                 stamped TG
                   0025887 and TG
 8                 0025888
 9    Jia          Resolution of     620
      Defendant's-17A  the Shandong
                   Taihe Dongxin
10                 Co., Ltd.
                   Shareholder
11                 Meeting, Bates
                   stamped TG
12                 0025887 and TG
                   0025888
13
14    Jia          Document in       621
      Defendant's-18  Chinese, Bates
15                 stamped TG
                   0025889 through
16                 TG 0025891
17    Jia          Shandong Taihe    621
      Defendant's-18A  Dongxin Co.,
18                 Ltd. 2005 Annual
                   Shareholder
19                 Meeting
                   Resolution,
20                 Bates stamped TG
                   0025889 through
21                 TG 0025891
22    Jia          Document in       622
      Defendant's-19  Chinese, Bates
23                 stamped TG
                   0025892 and TG
24                 0025893
```

Page 513

```
 1    Jia          Shandong Taihe    622
      Defendant's-19A  Dongxin Co.,
 2                 Ltd. 2006 Annual
                   Shareholder
 3                 Meeting
                   Resolution,
 4                 Bates stamped TG
                   0025892 and TG
 5                 0025893
 6    Jia          Document in       623
      Defendant's-20  Chinese, Bates
 7                 stamped TG
                   0025894 through
 8                 TG 0025896
 9    Jia          Shandong Taihe    623
      Defendant's-20A  Dongxin Co.,
10                 Ltd. 2007 Annual
                   Shareholder
11                 Meeting,
                   Resolution,
12                 Bates stamped TG
                   0025894 through
13                 TG 0025896
14    Jia          Document in       624
      Defendant's-21  Chinese, Bates
15                 stamped TG
                   0025897 through
16                 TG 0025899
17    Jia          Shandong Taihe    624
      Defendant's-21A  Dongxin Co.,
18                 Ltd. 2008 Annual
                   Shareholder
19                 Meeting
                   Resolution,
20                 Bates stamped TG
                   0025897 through
21                 TG 0025899
22    Jia          Document in       626
      Defendant's-22  Chinese, Bates
23                 stamped TG
                   0025900 through
24                 TG 0025902
```

Page 514

```
 1    Jia          Shandong Taihe    626
      Defendant's-22A  Dongxin Co.,
 2                 Ltd. Third
                   Meeting of the
 3                 Third Board of
                   Directors
 4                 Resolutions,
                   Bates stamped TG
 5                 0025900 through
                   TG 0025902
 6
 7    Jia          Document in       628
      Defendant's-23  Chinese, Bates
 8                 stamped TG
                   0025903 through
 9                 TG 0025905
10    Jia          Shandong Taihe    628
      Defendant's-23A  Dongxin Co.,
11                 Ltd. Fourth
                   Meeting of the
12                 Third Board of
                   Directors
13                 Resolutions,
                   Bates stamped TG
14                 0025903 through
                   TG 0025905
15    Jia          Document in       629
      Defendant's-24  Chinese, Bates
16                 stamped TG
                   0025906 through
17                 TG 0025908
18    Jia          Shandong Taihe    629
      Defendant's-24A  Dongxin Co.,
19                 Ltd. Fifth
                   Meeting of the
20                 Third Board of
                   Directors
21                 Resolutions,
                   Bates stamped TG
22                 0025906 through
                   TG 0025908
23
24
```

Page 515

```
 1    Jia          Document in       630
      Defendant's-25  Chinese, Bates
 2                 stamped TG
                   0025913 through
 3                 TG 0025919
 4    Jia          A Report          630
      Defendant's-25A  Regarding
 5                 Overall Work
                   Summary for 2005
 6                 and Work
                   Arrangement for
 7                 2006, Bates
                   stamped TG
 8                 0025913 through
                   TG 0025919
 9
10    Jia          Document in       630
      Defendant's-26  Chinese, Bates
11                 stamped TG
                   0025920 through
12                 TG 0025926
13    Jia          2006 Chief        631
      Defendant's-26A  Executive
14                 Officer's Work
                   Report, Bates
15                 stamped TG
                   0025920 through
16                 TG 0025926
17    Jia          Document in       631
      Defendant's-27  Chinese, Bates
18                 stamped TG
                   0025927 through
19                 TG 0025933
20    Jia          2007 Chief        631
      Defendant's-27A  Executive
21                 Officer's Work
                   Report, Bates
22                 stamped TG
                   0025927 through
23                 TG 0025933
24
```

6 (Pages 512 to 515)

Confidential - Subject to Further Confidentiality Review

Page 516

```
 1      Jia         Document in    631
        Defendant's-28  Chinese, Bates
 2                  stamped TG
                    0025934 through
 3                  TG 0025941
 4      Jia      2008 Chief     631
        Defendant's-28A  Executive
 5                  Officer's Work
                    Report, Bates
 6                  stamped TG
                    0025934 through
 7                  TG 0025941
 8      Jia         Document in    636
        Defendant's-29  Chinese, Bates
 9                  stamped TG
                    0025958 through
10                  TG 0025961
11      Jia      Shandong Taihe   636
        Defendant's-29A  Dongxin Company
12                  Limited
                    Accounting
13                  Statement, Bates
                    stamped TG
14                  0025958 through
                    TG 0025961
15
        Jia         Document in    636
16      Defendant's-30  Chinese, Bates
                    stamped TG
17                  0025971 through
                    TG 0025974
18
        Jia      Shandong Taihe   636
19      Defendant's-30A  Dongxin Company
                    Limited
20                  Accounting
                    Statement, Bates
21                  stamped TG
                    0025971 through
22                  TG 0025974
23
24
```

Page 517

```
 1      Jia         Document in    641
        Defendant's-31  Chinese, Bates
 2                  stamped TG
                    0025984 through
 3                  TG 0025987
 4      Jia      2007 Financial   641
        Defendant's-31A  Statements of
 5                  Taishan Gypsum
                    Company Limited,
 6                  Bates stamped TG
                    0025984 through
 7                  TG 0025987
 8      Jia         Document in    642
        Defendant's-32  Chinese, Bates
 9                  stamped TG
                    0025997 through
10                  TG 0026000
11      Jia      2008 Financial   642
        Defendant's-32A  Statements of
12                  Taishan Gypsum
                    Company Limited,
13                  Bates stamped TG
                    0025997 through
14                  TG 0026000
15      Jia         Document in    649
        Defendant's-33  Chinese, Bates
16                  stamped TG
                    0020808 and TG
17                  0020809
18      Jia      Incorporation    650
        Defendant's-33A  Registration
19                  Review Form,
                    Bates stamped TG
20                  0020808 and TG
                    0020809
21
        Jia         Document in    650
22      Defendant's-34  Chinese, Bates
                    stamped TG
23                  0020817 through
                    TG 0020824
24
```

Page 518

```
 1      Jia      Articles of     651
        Defendant's-34A  Association of
 2                  Tai'an Taishan
                    Plasterboard
 3                  Co., Ltd., Bates
                    stamped TG
 4                  0020817 through
                    TG 0020824
 5
        Jia         Document in    652
 6      Defendant's-35  Chinese, Bates
                    stamped TG
 7                  0020825 and TG
                    0020826
 8
        Jia      Tai'an Taishan   652
 9      Defendant's-35A  Plasterboard
                    Co., Ltd.
10                  Director
                    Appointment
11                  Document, Bates
                    stamped TG
12                  0020825 and TG
                    0020826
13
        Jia         Document in    654
14      Defendant's-36  Chinese, Bates
                    stamped TG
15                  0020827 and TG
                    0020828
16
        Jia      Tai'an Taishan   654
17      Defendant's-36A  Plasterboard
                    Co., Ltd. Legal
18                  Representative
                    Appointment
19                  Document, Bates
                    stamped TG
20                  0020827 and TG
                    0020828
21
        Jia         Document in    655
22      Defendant's-37  Chinese, Bates
                    stamped TG
23                  0020850 and TG
                    0020851
24
```

Page 519

```
 1      Jia      Capital         655
        Defendant's-37A  Verification
 2                  Descriptions,
                    Bates stamped TG
 3                  0020850 and TG
                    0020851
 4
        Jia         Document in    656
 5      Defendant's-38  Chinese, Bates
                    stamped TG
 6                  0020855
 7      Jia      Shareholder      656
        Defendant's-38A  Decisions, Bates
 8                  stamped TG
                    0020855
 9
        Jia         Document in    657
10      Defendant's-39  Chinese, Bates
                    stamped TG
11                  0020856 through
                    TG 0020864
12
        Jia      Articles of     658
13      Defendant's-39A  Association of
                    Tai'an Taishan
14                  Plasterboard
                    Co., Ltd., Bates
15                  stamped TG
                    0020856 through
16                  TG 0020864
17      Jia         Document in    659
        Defendant's-40  Chinese, Bates
18                  stamped TG
                    0025446
19
        Jia      Lease Agreement, 659
20      Defendant's-40A  Bates stamped TG
                    0025446
21
        Jia         Document in    660
22      Defendant's-41  Chinese, Bates
                    stamped TG
23                  0025412
24
```

7 (Pages 516 to 519)

Confidential - Subject to Further Confidentiality Review

---

Page 520

```
 1   Jia          Trademark Use    661
     Defendant's-41A Authorization,
 2                Bates stamped TG
                  0025412
 3
     Jia          Document in      662
 4   Defendant's-42 Chinese, Bates
                  stamped TG
 5                0025413
 6   Jia          Purchase and     662
     Defendant's-42A Sale Agreement,
 7                Bates stamped TG
                  0025413
 8
 9   Jia          Document in      663
     Defendant's-43 Chinese, Bates
                  stamped TG
10                0025415
11   Jia          Lease Agreement, 663
     Defendant's-43A Bates stamped TG
12                0025425
13   Jia          Document in      665
     Defendant's-44 Chinese, Bates
14                stamped TG
                  0025414
15
16   Jia          Purchase and     665
     Defendant's-44A Sale Agreement,
                  Bates stamped TG
17                0025414
18   Jia          Document in      667
     Defendant's-45 Chinese, Bates
19                stamped TG
                  0026004 through
20                TG 0026006
21   Jia          2006 Financial   667
     Defendant's-45A Statement of
22                Taian Taishan
                  Plasterboard
23                Co., Ltd, Bates
                  stamped TG
24                0026004 through
```

---

Page 521

```
 1   Jia          Document in      667
     Defendant's-46 Chinese, Bates
 2                stamped TG
                  0026007 through
 3                TG 0026009
 4   Jia          Balance Sheet,   667
     Defendant's-46A Bates stamped TG
 5                0026007 through
                  TG 0026009
 6
     Jia          Document in      667
 7   Defendant's-47 Chinese, Bates
                  stamped TG
 8                0026010 through
                  TG 0026012
 9
     Jia          2008 Financial   667
10   Defendant's-47A Statement of
                  Taian Taishan
11                Plasterboard
                  Co., Ltd.
12                Balance Sheet,
                  Bates stamped TG
13                0026010 through
                  TG 0026012
14
15   Plaintiff's  Sole Agency      683
     Jia-13          Agreement, 4
16                pages
17   Plaintiff's  Affidavit of Jia 693
     Jia-14          Tongchun, 11
18                pages
19   Plaintiff's  E-mail chain,    700
     Jia-15          top one dated
20                2/10/2007, Bates
                  stamped TG
21                0000011
22   Plaintiff's  E-mail chain,    705
     Jia-16A         top one dated
23                10/15/2005,
                  Bates stamped TG
24                0019813 and TG 0019814
```

---

Page 522

```
 1   Plaintiff's  Translation of   706
     Jia-16B         E-mail chain,
 2                top one dated
                  10/15/2005,
 3                Bates stamped TG
                  0019813 and TG
 4                0019814
 5
     Plaintiff's  E-mail dated     713
 6   Jia-17          July 5, 2007,
                  Bates stamped TG
 7                0025216 through
                  TG 0025218
 8
 9   Plaintiff's  E-mail chain,    716
     Jia-18          top one dated
                  5/12/2006, Bates
10                stamped TG
                  0000415
11
12   Plaintiff's  E-mail in        721
     Jia-19A         Chinese dated
13                May 11, 2007,
                  Bates stamped TG
                  0022728
14
15   Plaintiff's  E-mail dated May 721
     Jia-19B         11, 2007, Bates
16                stamped TG
                  0022728
17   Plaintiff's  Brochure of      731
     Jia-20          Shandong Taihe
18                Dongxin Co.,
                  Ltd.
19   Plaintiff's  Brochure of      734
     Jia-21          Taishan Ceiling
20                and Wall System,
                  Bates stamped TG
21                0025132 through
                  TG 0025151
22
     Plaintiff's  Document in      748
23   Jia-22A         Chinese, Bates
                  stamped TG
24                0020682 through TG 0020685
```

---

Page 523

```
 1   Plaintiff's  Resolution of    748
     Jia-22B         the 4th
 2                Extraordinary
                  General Meeting
 3                of Shareholders
                  for the Year of
 4                2005 of Shandong
                  Taihe Dongxin
 5                Co., Ltd, Bates
                  stamped TG
 6                0020682 through
                  TG 0020685
 7   Plaintiff's  China National   762
     Jia-23          Building
 8                Material Company
                  Limited Overseas
 9                Regulatory
                  Announcement,
10                Bates stamped
                  Q000155 through
11                Q000223
12   Plaintiff's  China National   771
     Jia-24          Building
13                Material Co. Ltd
                  Connected
14                Transaction,
                  Acquisition of
15                the Entire
                  Equity Interest
16                in Taian
                  Donglian
17                Investment
                  Trading Company
18                Limited;
                  Connected
19                Transaction,
                  Provision of
20                Financial
                  Assistance to
21                Taian State
                  Owned Assets
22                Management
                  Group, Bates
23                stamped Q000010 through Bates
24
```

8 (Pages 520 to 523)

Confidential - Subject to Further Confidentiality Review

Page 524

```
 1          stamped Q000012
            Plaintiff's   China National   775
 2          Jia-25        Building
                          Material Company
 3                        Limited Overseas
                          Regulatory
 4                        Announcement,
                          Bates stamped
 5                        Q000975 through
                          Q000981
 6
            Plaintiff's   Taishan 2006    781
 7          Jia-26        STRUCTURE - Pre
                          Global Offering,
 8                        August 4, 2011
                          Mfg., Bates
 9                        stamped Q000953
                          and Q000954
10
            Plaintiff's   Contract, Bates   789
11          Jia-27        stamped TG
                          0001482 through
12                        TG 0001484
            Plaintiff's   E-mail chain,     803
13          Jia-28        top one dated
                          February 25,
14                        2007, Bates
                          stamped TG
15                        0021643 through
                          TG 0021644 and
16                        TG 0023843 and
                          TG 0026019
17
18
19
20
21
22
23
24
```

Page 525

```
 1               - - -
 2          THE VIDEOTAPE TECHNICIAN:
 3   We are now on the record.  My name
 4   is Dan Lawlor.  I'm the
 5   videographer for Golkow
 6   Technologies.
 7          Today's date is January 9,
 8   2012, and the time is 8:52 a.m.
 9          This video deposition is
10   being held in Hong Kong, China in
11   the matter of Chinese Drywall
12   Litigation, for the U.S. District
13   Court, Eastern District of
14   Louisiana, MDL Number 2047, and
15   cross-noticed in various other
16   actions.
17          Counsel, starting with Your
18   Honor, please identify yourselves
19   and all those present.
20          THE COURT:  Eldon Fallon,
21   United States District Judge for
22   the Eastern District of Louisiana.
23          MR. SEEGER:  Chris Seeger,
24   Seeger Weiss, on behalf of
```

Page 526

```
 1   plaintiffs.  With me is Scott
 2   George from Seeger Weiss.
 3          MS. BASS:  Hilarie Bass from
 4   Greenberg Traurig on behalf of the
 5   Home Builders Steering Committee.
 6          MR. GONZALEZ:  Good morning.
 7   Ervin Gonzalez and Patrick Montoya
 8   on behalf of the PSC and the MDL
 9   State Liaison Group.
10          MR. HARDT:  Good morning.
11   Ken Hardt on behalf of Venture
12   Supply appearing in the Germano
13   action and in the Alexander state
14   court action in which this was
15   cross-noticed.
16          MR. BRENNER:  I'm Ted
17   Brenner for Tobin Trading Company
18   appearing in the Germano
19   litigation.
20          MR. SLAUGHTER:  Good
21   morning.  This is Brian Slaughter.
22   I represent Atlantic Homes, LLC in
23   the MDL and Virginia proceedings.
24          MR. MEUNIER:  Gerry Meunier
```

Page 527

```
 1   appearing for the PSC in the MDL.
 2          MS. BESKIN:  Julia Beskin
 3   appearing for Chartis.
 4          MR. SEXTON:  Mike Sexton for
 5   various Banner Supply entities.
 6          MR. BLACK:  David Black for
 7   the State of Louisiana, reserving
 8   the positions set forth in our
 9   pending motion to remand.
10          MR. LEVIN:  Arnold Levin on
11   behalf of the Plaintiffs' Steering
12   Committee.
13          MR. DAVIS:  Leonard Davis on
14   behalf of Plaintiffs' Liaison
15   Counsel for the Plaintiffs'
16   Steering Committee.
17          MS. BYRNE:  Jane Byrne,
18   Quinn, Emanuel, Urquhart, Oliver &
19   Sullivan on behalf of the Chartis
20   Insurance Group.
21          MS. JI:  Jieni Ji on behalf
22   of Taishan Gypsum.
23          MR. SPANO:  Frank Spano,
24   Allan Leung, Eugene Chen, Joe Cyr,
```

9 (Pages 524 to 527)

Confidential - Subject to Further Confidentiality Review

Page 528

1  Hogan Lovells for defendants
2  Taishan Gypsum and TTP.
3      INTERPRETER: Sunny Wang,
4  court certified Mandarin
5  interpreter.
6      THE VIDEOTAPE TECHNICIAN:
7  The deponent today is Tongchun
8  Jia.
9      THE COURT: Mr. Jia, would
10 you stand again, please, sir.
11     - - -
12     TONGCHUN JIA, after having
13 been duly sworn, was examined and
14 testified as follows:
15     - - -
16     THE WITNESS: Yes, I do.
17     THE COURT: Be seated,
18 please, and give us your name.
19     THE WITNESS: Jia Tongchun,
20 J-I-A, last name Jia, first name,
21 Tongchun, T-O-N-G-C-H-U-N.
22     THE COURT: Ms. Interpreter,
23 you have had a chance to speak to
24 the witness in his native

Page 529

1  language?
2      INTERPRETER: Yes, Your
3  Honor.
4      THE COURT: Do you
5  understand him, and are you
6  confident that he understands you?
7      INTERPRETER: Yes, I do.
8      THE COURT: Let's begin,
9  please. It is now three minutes
10 to 9:00 Hong Kong time.
11     MR. CYR: May I begin, Your
12 Honor?
13     THE COURT: Yes, please.
14     - - -
15     EXAMINATION
16     - - -
17 BY MR. CYR:
18     Q. Good morning, Mr. Jia. Do
19 you hold a position with Taishan Gypsum?
20     A. Can you repeat that?
21     Q. Do you hold a position with
22 Taishan Gypsum?
23     A. Yes.
24     Q. What is that position?

Page 530

1      A. Director of the board of
2  directors and general manager.
3      Q. Did you hold those positions
4  with its predecessor company, Shandong
5  Taihe Dongxin?
6      A. Yes.
7      Q. What year did you first
8  become the general manager of Shandong
9  Taihe Dongxin?
10     A. You mean Shandong Taihe
11 Dongxin?
12     Q. Yes.
13     A. Yes.
14     Q. What year did you first
15 assume the position of general manager of
16 Shandong Taihe Dongxin?
17     A. Since the year 2002, it
18 became Taishan Dongxin Corporation,
19 Incorporated.
20     Q. Just to make sure that the
21 record is clear, is it since 2002, he
22 became the general manager of Shandong
23 Taihe Dongxin?
24     A. Yes.

Page 531

1      Q. Did he also assume the
2  position of Chairman of the Board of
3  Directors of Shandong Taihe Dongxin in
4  2002?
5      A. Yes.
6      Q. Do you recall having your
7  deposition taken in April of 2011 by the
8  plaintiffs' counsel who are here today?
9      A. Yes.
10     Q. Did you answer the questions
11 truthfully during that deposition?
12     MR. GONZALEZ: Object to
13 form.
14     INTERPRETER: I'm sorry, can
15 you repeat your objection?
16     MR. GONZALEZ: Form.
17     From time to time, we will
18 be making objections. Generally
19 to not to be difficult, we just
20 say object to form or form, and
21 what I request is that an
22 objection by one of us be deemed
23 an objection by all of us.
24     THE COURT: One moment. If

10 (Pages 528 to 531)

Confidential - Subject to Further Confidentiality Review

Page 532

1  we're taking this deposition for
2  discovery purposes, that's one
3  thing. If we're taking it for
4  trial purposes or for all
5  purposes, then I'll rule on the
6  objections.
7        MR. SEEGER: That was my
8  understanding, Your Honor.
9        MR. CYR: Your Honor, two
10  quick points. One is we ask Your
11  Honor to consider the possibility
12  of limiting the number of
13  plaintiffs' counsel who are
14  allowed to make objections. I
15  didn't know that we would offer
16  that up to all 20 of those who are
17  present, but that's your decision.
18       The main point that I would
19  like to make is that, based on
20  Your Honor's comments in the
21  September 9 decision, we are
22  approaching this deposition as if
23  it's a part of the record in the
24  hearing before Your Honor with

Page 533

1  respect to the jurisdiction
2  issues. And so we welcome Your
3  Honor's ruling on any objections
4  that are made. We don't want to
5  slow down the process, but we do
6  want this to be -- this deposition
7  to be admissible before Your Honor
8  in the hearing.
9        THE COURT: With objections
10  to form of the question, the
11  question, of course, is whether or
12  not the person who is questioning
13  an individual under direct can
14  lead the person. Form objections
15  is objection as to leading. They
16  can be corrected by the questioner
17  at that time.
18       So, the difficulty in this
19  type of situation is that we're
20  dealing with an interpreter, and
21  some leeway has to be given to
22  counsel in that regard.
23       First, with regard to people
24  asking questions, I need to limit

Page 534

1  that to the person that's going to
2  be asking questions. We have a
3  room full of lawyers, and I don't
4  want the lawyers to -- all the
5  lawyers to object. Those who are
6  going to ask questions of this
7  witness have the right to object.
8  The rest do not have the right to
9  object. So, if you're going to be
10  questioning the witness, you have
11  a right to object. If not, you
12  don't.
13       So, let's proceed. You can
14  reframe the question if you'd
15  like.
16  BY MR. CYR:
17       Q. Mr. Jia, when you were asked
18  questions in your deposition in
19  approximately April of 2011, did you
20  answer those questions truthfully?
21       MR. GONZALEZ: Object to
22  form, Your Honor.
23       THE WITNESS: Truthfully,
24  yes.

Page 535

1        THE COURT: Overrule the
2  objection.
3  BY MR. CYR:
4        Q. Mr. Jia, I would like to
5  address your attention to the time period
6  of 2005 through 2008. During that period
7  of time, did either TG or TTP engage in
8  business in the United States?
9        MR. SEEGER: Objection,
10  calls for a legal conclusion, Your
11  Honor.
12       THE COURT: I sustain the
13  objection. It's too broad. It
14  has legal ramifications which this
15  witness is not able to deal with.
16  Factually, I'll allow it. Legal
17  inferences, I won't.
18       Restate the question.
19  BY MR. CYR:
20       Q. During that period of time,
21  did either TG or TTP ever have any real
22  property or personal property in the
23  United States?
24       A. No.

11 (Pages 532 to 535)

Confidential – Subject to Further Confidentiality Review

Page 536

1    Q.   During that period of time,
2  did either TG or TTP ever have any bank
3  accounts in the United States?
4    A.   No.
5    Q.   All of the questions that
6  I'm about to ask you are going to relate
7  to that same period of time during 2005
8  through 2008, but I'm not going to repeat
9  that each time to save time.  Do you
10 understand that, Mr. Jia?
11   A.   I understand.
12   Q.   Did either TG or TTP have a
13 business registration anywhere in the
14 United States?
15   A.   No.
16   Q.   Did either TG or TTP, were
17 either of them incorporated or organized
18 under the laws of any state in the United
19 States?
20   A.   No.
21   Q.   Did either TG or TTP have
22 any corporate books or records in the
23 United States?
24   A.   No.

Page 537

1    Q.   Did either TG or TTP ever
2  have a mailing address or telephone
3  number in the United States?
4    A.   No.
5    Q.   Did either TG or TTP have an
6  agent to accept service of process in the
7  United States?
8    A.   No.
9    Q.   Did either TG or TTP have
10 any officers, directors, employees or
11 agents present in the United States?
12   A.   No.
13   Q.   Did the officers, directors,
14 employees or agents of TG or TTP ever
15 visit the United States on business, to
16 your knowledge?
17   A.   No.
18   Q.   Did either TG or TTP have an
19 ownership interest in any corporation or
20 business located in the United States?
21   A.   Can you repeat the question,
22 please?  I don't understand.
23   Q.   Did either TG or TTP have an
24 ownership interest in any corporation or

Page 538

1  business located in the United States?
2    A.   No.
3    Q.   Did either TG or TTP have a
4  license agreement with any US companies
5  during that time?
6        INTERPRETER:  Interpreter
7    clarification.  "License," you
8    mean business license?
9        MR. CYR:  Licensing
10   agreement, an agreement where you
11   license a property interest of
12   some kind.
13       THE WITNESS:  No.
14 BY MR. CYR:
15   Q.   Did either TG or TTP ever
16 have any property interest or assets of
17 any kind located in the United States?
18   A.   No assets in America.
19   Q.   Did either TG or TTP have
20 any US patents or US trademarks?
21   A.   No.
22   Q.   Mr. Jia, during that period
23 of time, did either TG or TTP ever target
24 the United States for the sale of its

Page 539

1  drywall?
2    A.   No.
3    Q.   During that period of time,
4  did either TG or TTP ever target the
5  State of Virginia for the sale of its
6  drywall?
7    A.   No.
8    Q.   During that period of time,
9  did either TG or TTP ever target the
10 State of Florida for the sale of its
11 drywall?
12   A.   No.
13   Q.   During that period of time,
14 did either TG or TTP ever target the
15 State of Louisiana for the sale of its
16 drywall?
17   A.   No.
18   Q.   During that period of time,
19 did either TG or TTP ever target the
20 State of Alabama for the sale of its
21 drywall?
22   A.   No.
23   Q.   During that period of time,
24 did either TG or TTP target any other

12  (Pages 536 to 539)

Confidential - Subject to Further Confidentiality Review

Page 540

1    state in the United States for the sale
2    of its drywall?
3        A.   No.
4        Q.   During that period of time,
5    did either TG or TTP ever sell any
6    drywall with the knowledge or the
7    expectation that it would be used in the
8    State of Virginia?
9            MR. GONZALEZ:  Objection,
10   compound.  Objection, compound,
11   also calls for speculation.
12           THE COURT:  Let's break down
13   the question.
14           MR. CYR:  Yes, Your Honor.
15   BY MR. CYR:
16       Q.   Mr. Jia, to your knowledge,
17   during that period of time, did either TG
18   or TTP ever sell drywall with the
19   knowledge that it would be used in the
20   State of Virginia?
21           MR. GONZALEZ:  Object to
22   foundation.
23           MR. HARDT:  Your Honor, I
24   also object, too, because this

Page 541

1    witness has been identified not to
2    testify as a corporate
3    representative dealing with sales.
4    So, he's being asked questions
5    about sales.  That's not what he's
6    designated as.
7            THE COURT:  He's answering
8    what is within his knowledge and
9    also the knowledge of the company
10   insofar as that is relevant in
11   that area.  That's what he's being
12   asked.
13           MR. GONZALEZ:  I object to
14   foundation on his knowledge of the
15   company, Your Honor.  No
16   establishment of such knowledge or
17   how he obtained it.
18           THE COURT:  You want to
19   respond to that?
20           MR. CYR:  Yes, Your Honor.
21       This direct examination is
22   based on the assumption that the
23   deposition that was taken in April
24   is a part of the record, and so,

Page 542

1    therefore, we're trying to proceed
2    as efficiently as possible.  I
3    hope you appreciate that.  I'm
4    happy to ask a lot of the same
5    questions that were asked last
6    April that are already a part of
7    the record, but I believe that
8    that would be an unnecessary use
9    of everyone's time.
10       I believe that transcript
11   reflects that Mr. Jia is the
12   general manager of Shandong Taihe
13   Dongxin and Taishan Gypsum and had
14   very thorough knowledge of its
15   operations.
16           THE COURT:  I'll overrule
17   the objection and allow it to be
18   dealt with, if necessary, in a
19   cross-examination.
20           MR. CYR:  Your Honor, I'll
21   reask the question so that the
22   interpreter doesn't have to go
23   back and look into the record.
24   BY MR. CYR:

Page 543

1        Q.   Mr. Jia, during that period
2    of time, did either TG or TTP, to your
3    knowledge, ever sell drywall with the
4    knowledge that it would be used in
5    Virginia?
6        A.   I do not know.
7        Q.   Mr. Jia, to your
8    knowledge --
9        Do you have any information,
10   Mr. Jia, that reflects that during that
11   time either TG or TTP sold drywall with
12   the knowledge that it would be used in
13   Virginia?
14       A.   No.
15       Q.   Do you have any knowledge
16   that during that period of time either TG
17   or TTP ever sold drywall with the
18   knowledge that it would be used in the
19   State of Florida?
20       A.   No.
21       Q.   Do you have any knowledge
22   that during that period of time either TG
23   or TTP sold drywall with the knowledge
24   that it would be used in the State of

13  (Pages 540 to 543)

Confidential - Subject to Further Confidentiality Review

Page 544

1  Louisiana?
2      A.   No.
3      Q.   Do you have any knowledge
4  that during that period of time either TG
5  or TTP sold drywall with the knowledge
6  that it would be used in the State of
7  Alabama?
8      A.   No.
9      Q.   Do you have any knowledge
10 that, during that period of time, either
11 TG or TTP sold drywall with the knowledge
12 that it would be used in any other state
13 in the United States?
14     A.   No.
15         MR. CYR:  Your Honor, at
16 this time, I would like to begin
17 showing Mr. Jia some documents
18 that had been premarked as
19 exhibits, Jia Defendant's
20 Exhibits, January 9, 2012, 1
21 through 47.  And so that the
22 record is clear, we have
23 translations of most of those
24 exhibits, and they are marked with

Page 545

1  the number with an A.  So, for
2  example, the translation of
3  Exhibit Number 1 is marked Exhibit
4  1A.
5         Although the parties have
6  made some progress in coming to an
7  agreement with respect to the
8  translations, it's my
9  understanding that we haven't
10 reached any final agreement with
11 respect to the translations, and
12 so both sides have reserved the
13 opportunity and the right to
14 address the accuracy of the
15 translations after the
16 depositions.
17         MR. SEEGER:  That's fine.
18         - - -
19         (Whereupon, Deposition
20 Exhibit Jia Defendant's-1,
21 Document in Chinese, Bates stamped
22 TG 0026001 and TG 0026002, and
23 Deposition Exhibit Jia
24 Defendant's-1A, Shandong Province

Page 546

1  Department of Finance Documents,
2  Bates stamped TG 0026001 and TG
3  0026002, were marked for
4  identification.)
5         - - -
6  BY MR. CYR:
7      Q.   At this time, Mr. Jia, I'm
8  asking you to take a look at a document
9  that has been premarked as Jia
10 Defendant's Exhibit Number 1 and ask you
11 to look at that document.
12         MS. BASS:  Would it be
13 possible to identify for the
14 record the Bates of that document?
15         MR. CYR:  The Bates stamps
16 numbers?
17         MS. BASS:  Yes, please.
18 Since not everybody in the room is
19 aware of what the exhibit number
20 is.
21         THE COURT:  That's a good
22 idea.
23         MR. CYR:  I'll try to reach
24 a protocol for the introduction of

Page 547

1  each of the exhibits that
2  satisfies Your Honor, as well as
3  all of plaintiffs' counsel, in an
4  efficient manner.
5         And the -- this document has
6  the Bates stamp numbers of TG
7  26001 through TG 26002.  And for
8  the record, I'm going to try to
9  indicate the date that appears in
10 the document, but obviously if
11 plaintiffs' counsel disagrees with
12 that, you will have an opportunity
13 to register that.  This document
14 appears to be dated July 22, 2002.
15 BY MR. CYR:
16     Q.   The question for you, Mr.
17 Jia, is, what is this document?
18     A.   This is a document reflects
19 Shandong Province Department of Finance
20 to approve Shandong Taihe Dongxin
21 Company, Limited to assign its stocks to
22 the following companies.
23     Q.   Could you please indicate
24 the companies to which the stock was

14 (Pages 544 to 547)

Confidential - Subject to Further Confidentiality Review

Page 548

1   assigned?
2       A.   Yes.  Part of the stocks
3   were to be transferred to Taian
4   State-Owned Asset Management Company,
5   Limited.  And part of the stocks were
6   assigned to me, myself, and 15 other
7   individuals.
8       Q.   Could you describe the
9   transaction that this was a part of?
10          INTERPRETER:  Interpreter
11  clarification.
12          THE WITNESS:  Is to withdraw
13  the state ownership of the company
14  and to introduce the private
15  ownership into the company.
16          - - -
17          (Whereupon, Deposition
18  Exhibit Jia Defendant's-2,
19  Document in Chinese, Bates stamped
20  TG 0020582 through TG 0020584, and
21  Deposition Exhibit Jia
22  Defendant's-2A, Shandong Taihe
23  Dongxin Co., Ltd., Shareholder
24  List, Bates stamped TG 0020582

Page 549

1       through TG 0020584, were marked
2       for identification.)
3          - - -
4   BY MR. CYR:
5       Q.   I would like to direct your
6   attention to Jia Defendant's Exhibit
7   Number 2.  If it's okay with everyone,
8   I'm going to leave the January 9, 2012
9   date out each time I recite the document.
10  This is Bates stamps number 20582 through
11  20584, and it appears to have the date
12  August 10, 2002 at the bottom of the box
13  on the first page.
14          Mr. Jia, could you tell The
15  Court and plaintiffs' counsel what this
16  document is?
17      A.   This is a form indicates the
18  benefits of the shareholders.
19      Q.   When you say "benefit," are
20  you referring to the amount of
21  shareholder interest in the company
22  Shandong Taihe Dongxin?
23      A.   The ownership of shares.
24      Q.   Could you describe what the

Page 550

1   ownership of -- withdrawn.
2          Mr. Jia, what is the date of
3   this document?
4       A.   August the 10th, 2002.
5       Q.   Based on this document, Mr.
6   Jia, what was the shareholder interest in
7   Shandong Taihe Dongxin as of August of
8   2002?
9       A.   Do you mean for myself?  I
10  don't understand.
11      Q.   No.  For each of the
12  shareholders starting with Taian City
13  State-Owned Asset Management Company and
14  then the shareholder association and then
15  the others.  But he doesn't need to
16  recite the names of the individuals.  He
17  can just characterize that as the
18  individual shareholders.
19      A.   Taian City State-Owned
20  Assets Management Company had 30 percent
21  of the stock.  The rest of them were
22  owned by individuals.
23      Q.   Did Shandong Taihe Group
24  Employee Shareholder Association own

Page 551

1   shares in Shandong Taihe Dongxin in
2   August of 2002?
3       A.   Yes.
4       Q.   How much?
5       A.   Isn't it 33.73 percent?
6       Q.   For the record, the
7   translation that I have says 33.33
8   percent.
9       A.   Yes.  33.
10      Q.   Is that what it says in
11  Chinese?
12      A.   Yes, yes.
13      Q.   Could you describe for us
14  what the, I'm going to refer to it as the
15  Shareholder Association, what that was?
16      A.   It is a joint association of
17  the employees of Shandong Taihe Dongxin
18  Shareholder Incorporation, because they
19  each contributed certain shares.
20      Q.   Could you tell us what the
21  Taian City State-Owned Asset Management
22  Company is?  What was that?
23      A.   Taian City State-Owned Asset
24  Management Company is a state-owned

15 (Pages 548 to 551)

Confidential - Subject to Further Confidentiality Review

Page 552

```
 1    company.
 2           INTERPRETER: Interpreter
 3    clarification.
 4           THE WITNESS: These shares
 5    were held by the Taian city
 6    government.
 7    BY MR. CYR:
 8      Q.  Is that the same as SASAC?
 9      A.  I don't understand.
10      Q.  Is the Taian City
11    State-Owned Asset Management Company,
12    Limited, is that a part of SASAC?
13           MR. CHEN: Let me just note,
14    SASAC is a defined term.
15    S-A-S-A-C.
16           THE WITNESS: It is not part
17    of SASAC.
18    BY MR. CYR:
19      Q.  Mr. Jia, continuing to look
20    at Exhibit Number -- Defendant's Exhibit
21    Number 2, you've indicated that it
22    reflects that the Taian City State-Owned
23    Asset Management Company owned 30
24    percent, that the Shareholder Association
```

Page 553

```
 1    owned 33.33 percent. Who owned the
 2    remaining percent of Shandong Taihe
 3    Dongxin in August of 2002?
 4      A.  It was owned by me and many
 5    other company's executives.
 6      Q.  I would like to --
 7           Do you recall how much --
 8    what percentage you had at that time, Mr.
 9    Jia?
10      A.  5 percent.
11           - - -
12           (Whereupon, Deposition
13    Exhibit Jia Defendant's-3,
14    Document in Chinese, Bates stamped
15    TG 0020630 through TG 0020633, and
16    Deposition Exhibit Jia
17    Defendant's-3A, Stock Transfer
18    Agreement, Bates stamped TG
19    0020630 through TG 0020633, were
20    marked for identification.)
21           - - -
22    BY MR. CYR:
23      Q.  Please look at Jia
24    Defendant's Exhibit Number 3, which has
```

Page 554

```
 1    the Bates stamp numbers 20630 through
 2    20632. It appears as though this
 3    document has the date at the top, March
 4    24, 2005. Could you briefly describe
 5    what this document is, Mr. Jia?
 6      A.  It is a stock transfer
 7    agreement.
 8      Q.  Could you describe from
 9    whom, to whom?
10      A.  It was transferred from the
11    transferer, Shandong Taihe Employee
12    Shareholders Association, to the
13    transferee, Taian Donglian Investment and
14    Trade Company, Limited.
15      Q.  I'm going to refer to that
16    company as Donglian for the record. Do
17    you understand that, Mr. Jia?
18      A.  Yes.
19      Q.  Does this document reflect
20    that as of and after March 24, 2005 that
21    the shares in Shandong Taihe that had
22    been owned by the Shareholders
23    Association were then owned by Donglian?
24           MR. GONZALEZ: Objection,
```

Page 555

```
 1    leading, calls for a legal
 2    conclusion and also lack of
 3    foundation.
 4           THE COURT: Sustain the
 5    objection.
 6           - - -
 7           (Whereupon, Deposition
 8    Exhibit Jia Defendant's-4,
 9    Document in Chinese, Bates stamped
10    TG 0020634 through TG 0020637, was
11    marked for identification.)
12           - - -
13    BY MR. CYR:
14      Q.  Mr. Jia, could you take a
15    look at Exhibit Number 4. It bears the
16    stamp TG 20634 through TG 20637.
17           MR. CYR: For the record, we
18    don't have a translation of this
19    document at this time, so,
20    plaintiffs' counsel are at a
21    disadvantage. We'll try to
22    address that in the way that Mr.
23    Jia describes the document.
24           MR. SEEGER: Excuse me.
```

16 (Pages 552 to 555)

Confidential - Subject to Further Confidentiality Review

Page 556

1  Wait.  I think -- Your Honor, I
2  think it's one thing to say that
3  we'll resolve differences in
4  translation after, it is another
5  thing to say we can't even -- we
6  have no idea what the substance of
7  the document is.  I wouldn't know
8  how to begin to follow the truth
9  or the veracity of his answers.
10      MR. CYR:  Well, in response,
11  not to be argumentative, but you
12  might recall that we provided
13  this, identified this document for
14  you on December 2 to be used in
15  this deposition, only a couple of
16  days after the conference with the
17  judge.
18      MR. SEEGER:  But you didn't
19  provide us with a translation of
20  it, right?
21      MR. CYR:  We haven't been
22  able to find a translation if one
23  was prepared by either side.
24      MR. SEEGER:  I mean, Mr.

Page 557

1  Cyr, you don't speak Chinese, so
2  what document, what are you
3  working off of to ask your
4  questions?
5      MR. CYR:  Well, the good
6  news is, is that I'm not answering
7  the questions, and that Mr. Jia
8  is.  And so he can answer the
9  questions based on the Chinese
10  document, if you want a clear
11  record, which is all we're trying
12  to do.
13      MR. SEEGER:  So, do you
14  understand what the document says
15  that you're asking questions
16  about?
17      MR. CYR:  Well, I'm not sure
18  that's proper for you to ask me,
19  but I'm happy to volunteer --
20      MR. SEEGER:  I'll work off
21  what you're working off of.
22      MR. CYR:  I'm happy to
23  volunteer that I have discussed
24  this document with Mr. Jia, and I

Page 558

1  happen to know -- think what his
2  answer is.
3      MR. SEEGER:  I wasn't going
4  there.  I'm simply saying, if you
5  are working off a translation,
6  I'll work off your translation of
7  the document for now, and we'll
8  fix it later.
9      MR. CYR:  If I had a
10  translation, I would have provided
11  it to you.
12      MR. DAVIS:  Your Honor --
13      THE COURT:  What's the
14  problem?
15      MR. DAVIS:  Your Honor, I
16  was just going to explain and make
17  our record, in that we have
18  attempted, with the thousands and
19  thousands and thousands of
20  documents produced, to try to get
21  translations.  We have worked as
22  quickly as possible with those
23  that were identified, and the
24  understanding was that we were

Page 559

1  going to exchange translations,
2  which we have done as best as
3  possible.  But even to this date,
4  we still don't have full
5  translations because of the
6  magnitude of documents.  It's not
7  humanly possible, quite frankly,
8  to have them all.  Had we known
9  that this document was going to be
10  used, we would have certainly
11  asked for that translation, which
12  we did on all documents that we
13  were going to use, and we thought
14  we would get them provided and
15  would have attempted to do so.
16  But not knowing until just
17  recently that it was going on a
18  list provided to us, there's no
19  way to get all the translations
20  done, and, in fact, not all the
21  translations are done.
22      MR. CYR:  In response, Your
23  Honor, just for the record, I
24  would like to say that from what I

17 (Pages 556 to 559)

Confidential - Subject to Further Confidentiality Review

Page 560

1  observed, that plaintiffs' counsel
2  has cooperated and worked
3  intensely on the translations, and
4  we acknowledge that. We also have
5  tried very hard. I do believe
6  that we identified this document
7  in early December to be used, and
8  I don't know why we don't have a
9  translation. It's a very quick
10 response on his part, if you want
11 it on the record.
12      THE COURT: All right.
13 This is going to be my
14 ruling. I'll allow the document
15 to be used with the understanding
16 that the plaintiffs may well have
17 an opportunity later on to ask
18 questions at another time of Mr.
19 Jia on this particular document.
20 Now, I don't know how we deal with
21 that, whether we have Mr. Jia
22 reappear again, which is a
23 possibility, or we do it in some
24 other way. But if you do use the

Page 561

1  document, I'll allow you to do it,
2  but I'll also keep open the
3  opportunity for the plaintiffs to
4  cross-examine on that document if
5  and when they get a translation.
6  Absent that, I may exclude the
7  aspect of the testimony dealing
8  with this document, but I will
9  allow you to go into it at this
10 time.
11      MR. SEEGER: Thank you, Your
12 Honor.
13 BY MR. CYR:
14      Q. Mr. Jia, does this document
15 have a date on it?
16      A. Yes.
17      Q. What is it?
18      A. March 24, 2005.
19      Q. What does this document
20 reflect?
21      A. This is a stock transfer
22 agreement which stock was to be
23 transferred by Xue Yuli Guobiao --
24      THE INTERPRETER: I'll spell

Page 562

1  it out for you.
2      MR. CYR: Excuse me. If I
3  may, to save time, excuse me,
4  ma'am, could you tell Mr. Jia
5  that, unless plaintiffs' counsel
6  wants him to, it's not necessary
7  to mention the individual names,
8  and just describe generally what
9  the transfer is from the
10 individuals to what.
11      MR. SEEGER: You see, I
12 would object to that, because if
13 the witness wants -- if the
14 witness is going to answer it,
15 again, we have the objection on
16 the document, but if he's going to
17 answer, we should let the witness
18 answer the way he wants to answer
19 rather than guidance from counsel.
20      THE COURT: I agree with
21 that. Sustain the objection. Let
22 the witness talk.
23      MR. CYR: Excuse me, ma'am.
24 The judge has indicated that Mr.

Page 563

1  Jia should proceed to answer the
2  question the way that he had
3  planned to answer the question,
4  not the way that I was suggesting.
5      THE COURT: So, let's
6  restate the question, and then
7  he'll answer it.
8  BY MR. CYR:
9      Q. Could you describe what the
10 transfer is that the document reflects,
11 Mr. Jia?
12      MR. GONZALEZ: Your Honor --
13      THE COURT: Yes.
14      THE WITNESS: It is a stock
15 transfer agreement.
16      MR. GONZALEZ: I'm sorry.
17      THE WITNESS: Transfer of
18 stocks from some of the employees
19 of Shandong Taihe Dongxin Company
20 Limited to Taian Donglian Company.
21      MR. GONZALEZ: Your Honor,
22 normally documents speak for
23 themselves, and witnesses are not
24 allowed to read them out. I don't

18 (Pages 560 to 563)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 564

1  know if The Court wants to suspend
2  those rules for purposes of this
3  document which has not been
4  translated, but I have concerns
5  over the witness reading a
6  document.
7       THE COURT:  I think that's a
8  valid concern.  And so if the
9  document is going to be admitted
10  or stipulated as admissible under
11  901 as a valid document, then the
12  document does speak for itself.
13  The witness may be cross-examined
14  on the document, but not simply
15  regurgitate what the document
16  says.  So, he has a right to
17  explain what the document is, but
18  then the document speaks for
19  itself.
20       MR. CYR:  Well, at this
21  time, then, Your Honor, I would
22  ask, do plaintiffs agree to the
23  admissibility into evidence of all
24  of Defendant's Exhibits 1 through

Page 565

1  47?
2       MR. SEEGER:  No.  I mean, we
3  have an objection to documents
4  that are in Chinese.  We have no
5  idea what they say.  It would be
6  impossible to stipulate to their
7  admission.  Besides, these are
8  documents you produced, so, I
9  mean, what type of stipulation --
10  what specific stipulation are you
11  looking for?  Admissibility, what?
12  You want me to waive hearsay,
13  everything possible?
14       MR. CYR:  Let me restate the
15  question based on the fact that a
16  couple of the documents don't have
17  any translations on them.
18       Do plaintiffs agree to the
19  admissibility into evidence of all
20  of the Defendant's Exhibits 1
21  through 47, except for the couple,
22  I believe it's two or three, that
23  do not have any translations?
24       MR. SEEGER:  Are you

Page 566

1  prepared to enter into the same
2  stipulation on all the documents
3  we are going to use?
4       MR. CYR:  No.
5       MR. SEEGER:  Okay.  Then the
6  answer is no.
7       MR. CYR:  So I'm going to
8  proceed asking questions about the
9  documents.
10       MR. GONZALEZ:  Your Honor,
11  just so we're clear, the
12  foundation for a document to go
13  into evidence are threefold.  One,
14  authenticity, it is what it
15  purports to be; two, there is some
16  relevance to the document; and,
17  three, it is either not hearsay or
18  an exception to the hearsay rule.
19  Those are the types of questions
20  that would be appropriate, but not
21  the regurgitation of what the
22  document says.  So, we stand on
23  our objections.
24       THE COURT:  Well, I think

Page 567

1  everybody here knows about the
2  documents from the standpoint of
3  how to introduce documents.  The
4  witness is asked whether or not
5  it's an authentic document, as
6  just counsel said, what is it,
7  whether he recognizes it, and I
8  don't want him or any witness
9  simply to read the document to us.
10  That's not really helpful.
11  Explaining it is helpful, what it
12  is, is helpful.  And he can
13  explain it.  But let's try to
14  minimize what the document says in
15  Paragraph 2 or 3 or something of
16  that sort.  That's the kind of
17  questions that I expect on cross,
18  but not on direct.
19       MR. CYR:  Yes, Your Honor.
20       THE COURT:  I'll deal with
21  it one at a time, but let's go on.
22       MR. CYR:  I guess that's
23  what I thought I was doing, I was
24  asking for a short description of

19 (Pages 564 to 567)

Confidential - Subject to Further Confidentiality Review

Page 568

```
 1      the document.
 2          THE COURT: Restate your
 3      question, and let's take it by
 4      steps.
 5   BY MR. CYR:
 6      Q.  Could you briefly describe
 7   the transaction that this exhibit
 8   reflects, Mr. Jia?
 9      A.  The description of the
10   transaction is as follows: After the
11   passing of China's company law, China no
12   longer allows any employee association to
13   invest in the company, but, rather, they
14   need to form another company if they want
15   to invest in the company. Therefore,
16   this is an agreement that combined the
17   employee association and other individual
18   stock, and it formed a company, which is
19   Donglian Anxin Company, to invest in the
20   company.
21          - - -
22      (Whereupon, Deposition
23      Exhibit Jia Defendant's-5,
24      Document in Chinese, Bates stamped
```

Page 569

```
 1      0020638 through 0020642, was
 2      marked for identification.)
 3          - - -
 4   BY MR. CYR:
 5      Q.  Could you look at
 6   Defendant's Exhibit Number 5, Mr. Jia?
 7          MR. SEEGER:  Mr. Cyr, we're
 8      going to just state for the record
 9      the same objections to the last
10      document and the fact that it's a
11      Chinese document.
12          THE COURT:  It's the same
13      observation that I have.  I will
14      allow you to go into it with the
15      understanding that the plaintiffs
16      may have a right to cross-examine
17      if and when the document becomes
18      translated, and we may have to
19      deal with that at another time.
20      But I'll allow you to go into it.
21          MS. BASS:  Could you provide
22      the Bates stamp number?
23          MR. CYR:  Sorry.  This is
24      Bates number 27703 through 27707.
```

Page 570

```
 1   BY MR. CYR:
 2      Q.  What's the date of this
 3   document, Mr. Jia?
 4      A.  The date of the document is
 5   March 24, 2005.
 6          MR. CYR:  For the record, I
 7      made a mistake.  The Bates numbers
 8      are 20638 through 20642.
 9   BY MR. CYR:
10      Q.  Mr. Jia, could you briefly
11   describe what this document reflects?
12      A.  The same as the document we
13   saw before.  This document was made also
14   for the purposes of transferring the
15   individuals' investment to other
16   investment into the two companies,
17   Donglian and Anxin, as an investment
18   company.
19      Q.  Could you tell us what the
20   company --
21          MR. SEEGER:  Excuse me.  I'm
22      sorry to object in the middle of
23      your question.  This particular
24      document doesn't seem to be on our
```

Page 571

```
 1      list of documents that were
 2      supposed to be disclosed in
 3      advance.  Am I missing something?
 4      Maybe it is the Bates number?
 5          MR. CYR:  To my knowledge,
 6      I'm not using any documents that
 7      weren't on Schedules A and B that
 8      we gave you, but I could be
 9      mistaken.  I'm sorry.
10          MR. SEEGER:  It's not on A
11      or B.  I mean, Judge, we'll
12      just -- I mean, he can go ahead
13      and question him, but we'll just
14      have the objection that it wasn't
15      disclosed.
16          THE COURT:  All right.
17          MR. CYR:  We'll check into
18      that.
19          MR. SEEGER:  Okay.
20   BY MR. CYR:
21      Q.  I believe the question I was
22   about to ask was, could you tell us all
23   what the company Anxin is? A-N-X-I-N was
24   part of the name of that company.
```

20 (Pages 568 to 571)

Confidential - Subject to Further Confidentiality Review

Page 572

1  A. Anxin is a complete private
2  invested company.
3            - - -
4            (Whereupon, Deposition
5       Exhibit Jia Defendant's-6,
6       Document in Chinese, Bates stamped
7       TG 0020598 through TG 0020600, and
8       Deposition Exhibit Jia
9       Defendant's-6A, Shandong Taihe
10      Dongxin Co., Ltd. Resolutions of
11      the General Meeting of
12      Shareholders, Bates stamped TG
13      0020598 through TG 0020600, were
14      marked for identification.)
15            - - -
16 BY MR. CYR:
17   Q. Could you look at
18 Defendant's Exhibit Number 6, Mr. Jia.
19 This has the Bates stamp number of 20598
20 through 20600. And on the first line, it
21 appears to be dated March 24, 2005.
22 Could you tell us what this document is,
23 Mr. Jia?
24   A. This is resolution of the

Page 573

1  meeting of shareholders of Shandong Taihe
2  Dongxin Company, Limited.
3    Q. On what date?
4    A. March 24, 2005 was the date.
5    Q. I would like to direct your
6  attention to the second page and ask you
7  if that accurately represents your
8  recollection of the shareholder interest
9  in Shandong Taihe Dongxin as of March 24,
10 2005?
11   A. It reflects the new
12 shareholders of Shandong Taihe Dongxin
13 Company after March 24, 2005.
14   Q. I'm going to refer to the
15 Beijing New Building Materials Company as
16 BNBM throughout my questions, Mr. Jia.
17 Do you understand that?
18      INTERPRETER: BNB?
19      MR. CYR: BNBM.
20      THE WITNESS: I don't think
21   that's appropriate.
22 BY MR. CYR:
23   Q. What would you like me to
24 call the company Beijing New Building

Page 574

1  Materials Company Limited during the
2  questions that I ask you?
3    A. Beijing Shareholding
4  Company. Because in China, there are two
5  BNBMs.
6    Q. What is the other BNBM in
7  China?
8    A. It's another company in
9  Beijing.
10   Q. Is it BNBM Group that you're
11 referring to?
12      INTERPRETER: Excuse me.
13      MR. CYR: Can we go off the
14   record for just a second?
15      THE COURT: Yes.
16      MR. CYR: Excuse me, ma'am.
17   Unless the judge directs you to,
18   I'm suggesting that you don't
19   interpret what I'm about to say,
20   because we're just going to try to
21   resolve some logistics here, and
22   Mr. Jia doesn't need to know about
23   it unless the judge wants him to.
24      THE COURT: No, that's fine.

Page 575

1  You're off -- we're off the record
2  at this point.
3      INTERPRETER: Okay.
4      THE VIDEOTAPE TECHNICIAN:
5   We're going off the record. The
6   time is 9:54.
7            - - -
8            (A discussion off the record
9       occurred.)
10           - - -
11      THE VIDEOTAPE TECHNICIAN:
12   Back on the video record at 9:53.
13      THE COURT: There was some
14   concern about the reference to a
15   particular company because there
16   apparently are two companies that
17   have the same or similar names.
18   Off the record, counsel have
19   reached an agreement as to how to
20   deal with that problem. I'll
21   allow them at this time to explain
22   the agreement.
23      MR. SEEGER: My
24   understanding is, going forward,

21 (Pages 572 to 575)

Confidential - Subject to Further Confidentiality Review

---

Page 576

1    we are going to refer to Beijing
2    New Building Material Company,
3    Limited as BNBM, and Beijing New
4    Building Material Group Company,
5    Limited as BNBM Group. We're
6    going to say it that way, or we're
7    going to say BNBMG? I don't care.
8        MR. CYR: I think it's
9    better to refer to it as BNBM
10   Group.
11       MR. SEEGER: Okay. I'm okay
12   with that.
13       THE COURT: The parties seem
14   to have reached an agreement.
15   Let's continue.
16       MR. SEEGER: Ervin, you
17   okay?
18       MR. GONZALEZ: Fine.
19       MR. SEEGER: All right.
20   We're good.
21   BY MR. CYR:
22       Q.   Mr. Jia, could you describe
23   for everyone how did BNBM come to own 42
24   percent of the total equity of Shandong

---

Page 577

1    Taihe Dongxin in March of 2005?
2        A.   In the year 2005, the demand
3    for the drywall produced by Taishan
4    Gypsum Company was great, however, we
5    were short of fundings. It was not
6    enough for the money that we have earned
7    and for the bank fundings to be put into
8    investment. So, we resolved the problem
9    by this channel of funding. BNBM was
10   willing to invest fundings for us. At
11   the time, our shareholders agreed.
12   However, we were not willing to have the
13   company as a big shareholder. So other
14   shareholders only allowed BNBM to invest
15   42 of the shares -- 42 percent of the
16   shares. That was about it.
17       Q.   Could you describe how the
18   purchase price was arrived at, the
19   purchase price for BNBM?
20       INTERPRETER: Interpreter
21   clarification.
22       THE WITNESS: 1.8 RMB per
23   share.
24   BY MR. CYR:

---

Page 578

1        Q.   How did you reach that
2    purchase price? How was it determined?
3        A.   Based on the consideration
4    of the market, of the bargain and of the
5    profit of Shandong Taihe Dongxin Company.
6        Q.   Would you please look at Jia
7    Defendant's Number 7, please?
8        INTERPRETER: You mean page
9    number 7 or Exhibit Number 7? I'm
10   sorry.
11       MR. CYR: Jia Exhibit Number
12   7. And that has --
13       INTERPRETER: Just one
14   moment, please. I want to put
15   back the old exhibit.
16       MR. CYR: I think if we can
17   avoid taking the book apart,
18   that's a good idea, but we'll do
19   whatever Mr. Jia wants.
20       Judge, we'll look at this
21   book later on to make sure it
22   maintains its integrity.
23       THE COURT: All right.
24   Let's give the Bates number also.

---

Page 579

1        MR. CYR: Bates Number TG
2    20647 through TG 20649.
3        - - -
4        (Whereupon, Deposition
5    Exhibit Jia Defendant's-7,
6    Document in Chinese, Bates stamped
7    TG 0020647 through TG 0020649, and
8    Deposition Exhibit Jia
9    Defendant's-7A, Comparison Chart
10   of Registered Capital Before and
11   After Changes, Bates stamped TG
12   0020647 through TG 0020649, were
13   marked for identification.)
14       - - -
15   BY MR. CYR:
16       Q.   Mr. Jia, could you tell us
17   what this document is?
18       A.   It is a comparison chart of
19   the shareholders' brief before and after
20   the change.
21       Q.   I would like to direct your
22   attention to the bottom left-hand corner
23   of the first page that reads "Prepared by
24   Taian Zhongcheng Certified Public

---

22  (Pages 576 to 579)

Confidential - Subject to Further Confidentiality Review

Page 580

```
 1   Accounting Firm."
 2          And the question I have is,
 3   do you know who they were?
 4       A.   This is the CPA firm based
 5   on partnership.
 6       Q.   Was this the accounting firm
 7   that worked for Shandong Taihe Dongxin in
 8   about April of 2005?
 9       A.   Correct.
10          INTERPRETER:  Interpreter
11   clarification.
12          THE WITNESS:  This is
13   independent third-party CPA firm.
14   BY MR. CYR:
15       Q.   Did that third-party CPA
16   firm work for Taian -- Shandong Taihe
17   Dongxin in about April of 2005?
18       A.   We do not hire them as a
19   long-term CPA firm, but we hired them at
20   a certain stage.
21       Q.   Did you hire them at this
22   stage in April of 2005 to perform this
23   work?
24       A.   Yes.
```

Page 581

```
 1       Q.   I would like to direct your
 2   attention to the last page, Mr. Jia.
 3   Does it accurately reflect the
 4   shareholding interest of BNBM, Anxin and
 5   Donglian as 42, 16 and 21, as of April
 6   25, 2005?
 7          MR. GONZALEZ:  Objection,
 8   leading and hearsay.
 9          THE COURT:  I'll overrule
10   the objection and allow it under
11   611(a).  I don't think it is
12   substantive.  It's just
13   introduction and explanation of
14   the document.
15   BY MR. CYR:
16       Q.   You can answer the question,
17   Mr. Jia.  Are those accurate figures?
18       A.   They're correct.
19       Q.   I would like to direct your
20   attention to the first page, Mr. Jia,
21   where it indicates that, as of April 25,
22   2005, you owned a 5 percent of Shandong
23   Taihe Dongxin; is that accurate?
24          MR. GONZALEZ:  Document
```

Page 582

```
 1   speaks for itself.
 2          THE COURT:  I'll overrule
 3   the objection and allow it.
 4          THE WITNESS:  I owned 5
 5   percent of Shandong Taihe Dongxin
 6   Company.
 7   BY MR. CYR:
 8       Q.   I would like to direct your
 9   attention to the first page above the
10   entry for the 5 percent entry for you.
11   And on the Chinese version, it's
12   blackened.  And I just would like to
13   confirm for the record what your
14   testimony and our understanding of
15   mathematics leads us to conclude, and
16   that is that as of that time, Mr. Jia, is
17   it true that the Shareholders Association
18   owns 0 percentage and that the Taian
19   State-Owned Asset Management Company,
20   Limited owned 16 percent?
21       A.   Correct.
22               - - -
23          (Whereupon, Deposition
24   Exhibit Jia Defendant's-8,
```

Page 583

```
 1   Document in Chinese, Bates stamped
 2   TG 0020601 and TG 0020602, and
 3   Deposition Exhibit Jia
 4   Defendant's-8A, Resolutions of the
 5   General Meeting of Shareholders,
 6   Bates stamped TG 0020601 and TG
 7   0020602, were marked for
 8   identification.)
 9               - - -
10   BY MR. CYR:
11       Q.   Could you look at
12   Defendant's Exhibit Number 8, please.
13   For the record, it is Bates stamp number
14   TG 20601 through 20602.  And it appears
15   as though it's dated April 25, or it
16   reflects it's dated and reflects an event
17   on April 25, 2005.  Could you tell us
18   what this document is, Mr. Jia?
19       A.   It is the shareholders'
20   resolution -- it's the shareholders'
21   general meeting resolution for Shandong
22   Taihe Dongxin Company.
23       Q.   Directing your attention to
24   the first paragraph, does that accurately
```

23  (Pages 580 to 583)

Page 584

```
1   reflect who the seven directors of
2   Shandong Taihe were as a result of that
3   shareholders' meeting on April 25, 2005?
4       A.   The reflection is accurate.
5       Q.   With respect to Mr. Bing
6   Wang, the first director who is listed,
7   could you tell us if he had a position
8   with BNBM?
9       A.   Currently Wang Bing is the
10  director of the board of directors of
11  BNBM. At the time, his position perhaps
12  was the general manager.
13      Q.   The general manager of BNBM?
14      A.   Correct.
15      Q.   As of --
16           In April of 2005, did Mr.
17  Jianjun Jia hold a position with BNBM?
18      A.   He was the secretary of the
19  board of directors of BNBM.
20      Q.   Could you tell us if Mr.
21  Jinyu Hu held a position with BNBM in
22  April of 2005?
23      A.   At the time, Hu Jinyu was
24  the general accountant of BNBM.
```

Page 585

```
1       Q.   Could you tell us what
2   position Xulian Ren held at the time of
3   April of 2005?
4       A.   Ren Xulian was the vice
5   general manager of Shandong Taihe Dongxin
6   Company.
7       Q.   Could you tell us what
8   position Xinghu Xu had in April of 2005?
9       A.   Xu Xinghu was the director
10  of board of directors of Taian City Asset
11  Management Company, Limited.
12      Q.   Is the next person listed
13  Tongchun Jia you?  Is that you?
14      A.   Yes.
15      Q.   Did there come a time, Mr.
16  Jia, when you received the title of
17  deputy general manager of BNBM?
18      A.   Yes.
19      Q.   Do you recall when that was?
20      A.   Perhaps it was in the second
21  half year of 2005.
22      Q.   How long did you hold the
23  title of deputy general manager of BNBM?
24      A.   Perhaps I am still on the
```

Page 586

```
1   position.
2       Q.   Could you describe what
3   duties or responsibilities or activities
4   you engaged in, have engaged in as the
5   deputy general manager of BNBM?
6       A.   I am only in charge of the
7   work of Taishan Gypsum Company. I am not
8   responsible for any work at Taihe
9   Dongxin --
10           INTERPRETER: I'm sorry,
11  interpreter needs explanation.
12           THE WITNESS: I am not
13  involved with the work of BNBM.
14  And I have never attended their
15  executive meetings either. It is
16  only an honorary position, an
17  honorary position.
18  BY MR. CYR:
19      Q.   Could you tell us what
20  position Yuli Xue had in April of 2005?
21           MR. SEEGER: Objection.
22  Just maybe if you can lay a
23  foundational basis for how he
24  knows these people so we don't
```

Page 587

```
1   have to ask those.
2           MR. CYR: Sure.
3   BY MR. CYR:
4       Q.   Do you happen to know who
5   Yuli Xue was in April of 2005, Mr. Jia?
6           INTERPRETER: Counsel, you
7   mean Xue Yuli, right?
8           MR. CYR: The last name
9   after Mr. Jia's name.
10          THE WITNESS: Xue Yuli is my
11  colleague. I have been working
12  with this person for more than ten
13  years. I'm very familiar with
14  Xue.
15  BY MR. CYR:
16      Q.   I understand, Mr. Jia.
17          Could you tell us what
18  position he had in April of 2005?
19      A.   The deputy general manager
20  of Taishan Gypsum Company.
21      Q.   At the time, the name was
22  Shandong Taihe Dongxin, right?
23      A.   Correct.
24      Q.   I would like to direct your
```

24 (Pages 584 to 587)

Confidential - Subject to Further Confidentiality Review

Page 588

1 attention to the second paragraph, which
2 appears to refer to the board of
3 supervisors. Could you tell us what the
4 board of supervisors was?
5     A.   The board of supervisors is
6 a management organization of Taishan
7 Gypsum.
8           THE COURT:  Let's take a
9 break in five minutes so that you
10 can pace yourself accordingly.
11           MR. CYR:  Would you tell Mr.
12 Jia we're going to take a break in
13 about four or five minutes.
14           THE WITNESS:  No problem.
15 BY MR. CYR:
16     Q.   Just a few more questions.
17           Could you describe for
18 everyone what the function was of the
19 board of supervisors in April of 2005?
20     A.   According to China's company
21 law, each company is required to have a
22 board of supervisors. They are to
23 supervise the directors board and the
24 executives of company, whether they are

Page 589

1 working according to the shareholders'
2 resolution.
3           - - -
4           (Whereupon, Deposition
5     Exhibit Jia Defendant's-9,
6     Document in Chinese, Bates stamped
7     TG 0020608 through TG 0020629, and
8     Deposition Exhibit Jia
9     Defendant's-9, Shandong Taihe
10     Dongxin Co., Ltd. Articles of
11     Incorporation, Bates stamped TG
12     0020608 through TG 0020629, were
13     marked for identification.)
14           - - -
15 BY MR. CYR:
16     Q.   I would like to direct your
17 attention now to Exhibit Number 9, and
18 the Bates stamp numbers are 20608 through
19 20629.
20           And my question for you, Mr.
21 Jia, is, what is that document?
22     A.   It is Articles of
23 Incorporation of Shandong Taihe Dongxin
24 Company, Limited.

Page 590

1           THE COURT:  Let's take a
2 break at this time.  We'll come
3 back at 15 minutes, 10:30.
4           THE VIDEOTAPE TECHNICIAN:
5 We're going off the record.  This
6 is the end of Tape Number 1.  The
7 time is 10:14.
8           - - -
9           (Whereupon, a recess was
10 taken from 10:14 a.m. until
11 10:30 a.m.)
12           - - -
13           THE VIDEOTAPE TECHNICIAN:
14 Back on the record at 10:30.
15 BY MR. CYR:
16     Q.   Mr. Jia, you were looking at
17 Exhibit Number 9, and I would like to
18 direct your attention to the last page.
19 Is it dated April 25, 2005?
20     A.   Yes.
21     Q.   Did you sign this document?
22     A.   Yes.
23           - - -
24           (Whereupon, Deposition

Page 591

1     Exhibit Jia Defendant's-10,
2     Document in Chinese, Bates stamped
3     20384 through 20390, and
4     Deposition Exhibit Jia
5     Defendant's-10A, Shandong Taihe
6     Dongxin Co., Ltd. Summary of Asset
7     Valuation Report, Bates stamped TG
8     0020384 through TG 0020390, were
9     marked for identification.)
10           - - -
11 BY MR. CYR:
12     Q.   Would you look at
13 Defendant's Exhibit Number 10, please.
14 It has Bates Number 20384 through 20390.
15           Could you tell us what this
16 document is?
17     A.   This is the asset valuation
18 report of Taihe Dongxin Company, Limited.
19     Q.   Who prepared it?
20     A.   It was prepared by
21 Zhongcheng, LLC.
22     Q.   What's the date?
23     A.   May 26.
24     Q.   What year?

25 (Pages 588 to 591)

Confidential - Subject to Further Confidentiality Review

Page 592

1    A.    2006.
2    Q.    Why was this report
3 prepared, if you know?
4    A.    We valuate the assets of
5 Shandong Taihe Dongxin Company regularly.
6    Q.    Was it prepared at the
7 request of Shandong Taihe Dongxin?
8    A.    Correct.
9        - - -
10        (Whereupon, Deposition
11    Exhibit Jia Defendant's-11,
12    Document in Chinese, Bates stamped
13    TG 0020686 through TG 0020789, and
14    Deposition Exhibit Jia
15    Defendant's-11A, Articles of
16    Association of Shandong Taihe
17    Dongxin Co., Ltd., Bates stamped
18    TG 0020686 through TG 0020789,
19    were marked for identification.)
20        - - -
21 BY MR. CYR:
22    Q.    Could you direct your
23 attention to Exhibit Number 11.  It has
24 Bates stamps numbers TG 20686 through TG

Page 593

1 20709.  And the last page has the date on
2 it, August 8, 2006.
3    A.    Yes.
4    Q.    What is that document?
5    A.    It is the Article of
6 Incorporation of the company.
7    Q.    Is it a revision of the
8 Articles of Association of the Shandong
9 Taihe Dongxin Company, Limited?
10    A.    Yes.
11    Q.    I would like to direct your
12 attention to Article 17.
13    A.    Chapter 17 or Clause 17?
14    Q.    It happens to be Article 17
15 in Chapter III entitled "The Shares."
16 It's the article relating to the
17 shareholder interest.
18    A.    I got it.
19    Q.    At the time that these
20 articles of incorporation were revised in
21 August of 2006, Mr. Jia, who owned
22 Donglian?
23    A.    In this period of time,
24 perhaps it was owned by BNBM.

Page 594

1    Q.    Is it your recollection that
2 at some point in 2006 BNBM acquired
3 Donglian?
4    A.    Correct.
5    Q.    Could you describe for the
6 judge and plaintiffs' counsel what you
7 know about BNBM's acquisition of
8 Donglian?
9    A.    In the year 2006, while the
10 house price was relatively cheap, many of
11 the individual shareholders showed
12 willingness to sell their stocks in
13 exchange of cash in order to buy houses.
14 At the same time, BNBM showed willingness
15 of increase its shares, therefore, they
16 reached an agreement, and Donglian was
17 acquired by BNBM at RMB 3.2 per share.
18    Q.    I would like to direct your
19 attention now to Articles 39 through 41.
20    A.    I got it.
21    Q.    I'm pausing to allow
22 plaintiffs' counsel to glance at those
23 articles.
24        Mr. Jia, I'm now going to

Page 595

1 just ask you a very simple question.  Did
2 there ever come a time when BNBM had the
3 ability to vote two-thirds of the shares
4 of Taian Dongxin -- Shandong Taihe
5 Dongxin?
6    A.    No.
7    Q.    Could you describe why, if
8 you know, why that is?
9    A.    I don't understand.
10    Q.    Did you participate in the
11 discussions or deliberations about how
12 much of an interest BNBM would have,
13 either directly or indirectly, in
14 Shandong Taihe?
15    A.    I participated in the
16 discussion.
17    Q.    And could you describe, if
18 you know, why it is that they reached the
19 level of 65 percent direct and indirect
20 ownership but not 66?
21    A.    When the shareholders,
22 including myself, of Taihe Dongxin
23 Company, discussed about the shares that
24 BNBM should hold, we discussed not only

26 (Pages 592 to 595)

Confidential - Subject to Further Confidentiality Review

Page 596

1 about the price, even though we did have
2 several rounds of discussions in
3 consideration of different factors, and
4 finally reached 3.2 RMB as the price of
5 share to sell Donglian. We have also
6 discussed about management of Taihe
7 Dongxin Company in the future and the
8 protection of the small shareholders'
9 right.
10 We diligently studied and
11 referred to the company law. The company
12 law clearly stated if a shareholder has
13 more than two-third of the voting right
14 of the company, who would have the right
15 to make decisions on different affairs of
16 the company, while below two-third, the
17 shareholder would not have the right to
18 make decisions on important matters.
19 Having 65 percent of the share would not
20 allow the company to get involved in
21 everything of the company. According to
22 the law, there was the protection of
23 small shareholders' rights. Therefore,
24 we believe owning 65 percent of Taihe

Page 597

1 Dongxin Company's share would not make
2 BNBM the controlling shareholder of Taihe
3 Dongxin Company.
4 In order to increase the
5 efficiency of the company, we made a
6 partial list of important issues of the
7 company and also made a partial list of
8 small matters of the company. For the
9 small matters, can reach agreement
10 whenever there are half of the approval
11 of the shareholders were present. For
12 principal and substantial matters,
13 two-third of all the shareholders had to
14 be approved, which guaranteed the
15 independent operation of Taihe Dongxin
16 Company.
17 Q. Mr. Jia, did there come a
18 time when BNBM received a pledge of
19 Shandong Taihe Dongxin securities in
20 exchange for a loan?
21 A. I'm aware of that, yes.
22 Q. Could you describe what you
23 know to the judge and plaintiffs'
24 counsel? And start off with your general

Page 598

1 recollection of approximately when that
2 occurred.
3 A. This happened in
4 approximately the second half year of
5 2006. Taian City Asset Management
6 Company is one of the shareholders of
7 Taihe Dongxin Company. Its director of
8 the board of directors is called Xinghu
9 Xu --
10 INTERPRETER: Interpreter
11 clarified gender.
12 THE WITNESS: He told me
13 that there was a difficulty in his
14 company's operation. He would
15 like to borrow some money. He
16 said he would need to borrow 50
17 million RMB and asked me if Taihe
18 Dongxin Company was willing to
19 lend him the money. I said Taihe
20 Dongxin Company cannot lend any
21 money to any shareholders, but you
22 could check with BNBM and see if
23 they have the money.
24 After his communication with

Page 599

1 BNBM, he found that he could
2 indeed borrow money from BNBM.
3 BNBM worried about the ability of
4 return the fund from Taian Asset
5 Management Company. So, they
6 required Taian Asset Management
7 Company to pledge the 16 percent
8 of the stock share interest that
9 it owned with Taihe Dongxin
10 Company. After it had given 16
11 percent of the share it had owned
12 as a security pledge, the company
13 received the loan. The
14 transaction is now completed. The
15 pledge has already been redeemed.
16 Taian Asset Management Company has
17 still the 16 percent of the share
18 interest.
19 During the period of
20 security pledge, Taian Asset
21 Management Company had the voting
22 right and all other rights of the
23 company.
24 BY MR. CYR:

27 (Pages 596 to 599)

Confidential - Subject to Further Confidentiality Review

Page 600

1    Q.   I would like to direct your
2  attention to the last page of Exhibit
3  Number 11.  Did you sign this document,
4  Mr. Jia?
5    A.   Yes.
6         - - -
7         (Whereupon, Deposition
8  Exhibit Jia Defendant's-12,
9  Document in Chinese, Bates stamped
10  TG 0020725 through TG 0020748, and
11  Deposition Exhibit Jia
12  Defendant's-12A, Articles of
13  Association of Tai Shan Gypsum
14  Co., Ltd., Bates stamped TG
15  0020725 through TG 0020748, were
16  marked for identification.)
17         - - -
18  BY MR. CYR:
19    Q.   Could you look at
20  Defendant's Exhibit 12, please.  This is
21  Bates stamped number TG 20725 through TG
22  20748.  And could you tell us what that
23  document is, Mr. Jia?
24    A.   This is a new article of

Page 601

1  incorporation of Taihe Dongxin Company
2  dated on June the 20th, 2007.
3    Q.   What's the date?
4    A.   June the 20th, 2007.
5    Q.   And I direct your attention
6  to the last page.
7         Did you sign this document?
8    A.   I did, but there were also
9  signatures of other shareholders.
10    Q.   Can I direct your attention
11  now to Exhibit Number 13, please.
12         - - -
13         (Whereupon, Deposition
14  Exhibit Jia Defendant's-13,
15  Document in Chinese, Bates stamped
16  TG 0020722 through TG 0020724, and
17  Deposition Exhibit Jia
18  Defendant's-13, Shandong Taihe
19  Dongxin Co., Ltd. Resolutions of
20  the 2006 Annual General Meeting of
21  Shareholders, Bates stamped TG
22  0020722 through TG 0020724, were
23  marked for identification.)
24         - - -

Page 602

1         MR. CYR:  This is Bates
2  stamp number 20722 through 20724.
3  The last page is dated June 20,
4  2007.
5  BY MR. CYR:
6    Q.   And while we're on the last
7  page, Mr. Jia, did you sign this
8  document?
9    A.   I did, together with other
10  representatives of shareholders.
11    Q.   Could you tell us what this
12  document is?
13    A.   This is a resolution of 2006
14  Shandong Taihe Company's shareholder
15  meeting.
16    Q.   I direct your attention to
17  Paragraph 5, and I'm asking if this is
18  approximately the time that the name of
19  Shandong Taihe Dongxin was changed to
20  Taishan Gypsum?
21    A.   In that meeting, we made a
22  decision to change the name of Shandong
23  Taihe Dongxin Company into Taishan Gypsum
24  Company.

Page 603

1         - - -
2         (Whereupon, Deposition
3  Exhibit Jia Defendant's-14,
4  Document in Chinese, Bates stamped
5  TG 0020715 through TG 0020717, and
6  Deposition Exhibit Jia
7  Defendant's-14A, Datasheet of the
8  Directors, Supervisors and Manager
9  of Shandong Taihe Dongxin Co.,
10  Ltd., Bates stamped TG 0020715
11  through TG 0020717, were marked
12  for identification.)
13         - - -
14  BY MR. CYR:
15    Q.   Could you please look at
16  Exhibit Number 14, please.  It's Bates
17  stamped number TG 20715 through 20717.
18  Could you tell us what this document is?
19    A.   This is a resolution of a
20  temporary shareholders' meeting of
21  Shandong Taihe Dongxin Company.
22    Q.   Could you tell us what was
23  done at that shareholders' meeting?
24    A.   In the meeting, an agreement

Confidential - Subject to Further Confidentiality Review

Page 604

1  for modifying the article of
2  incorporation was reached, and also in
3  the meeting, we changed or removed some
4  of the directors.
5      Q.   As of --
6          What's the date of this
7  document, Mr. Jia?
8      A.   June 20th, 2007.
9      Q.   As of June 2007, was the
10 number of the members of the board of
11 directors of Taishan Gypsum changed from
12 seven to five?
13     A.   Yes.
14     Q.   Did BNBM have the ability to
15 appoint three of those five directors as
16 of that time?
17     A.   Yes.
18     Q.   Who had the power to appoint
19 the other two directors?
20     A.   One was recommended by Taian
21 City Asset Management Company. Another
22 one was recommended by Taishan -- by
23 Taihe Dongxin Company and myself.
24     Q.   Can I direct your attention

Page 605

1  to Defendant's Exhibit Number 15, please.
2          - - -
3          (Whereupon, Deposition
4  Exhibit Jia Defendant's-15,
5  Document in Chinese, Bates stamped
6  TG 0020795 through TG 0020798, and
7  Deposition Exhibit Jia
8  Defendant's-15A, Taishan Gypsum
9  Co., Ltd. 2008 Annual General
10 Meeting, Bates stamped TG 0020795
11 through TG 0020798, were marked
12 for identification.)
13         - - -
14     THE WITNESS:  I have it.
15     MS. BASS:  Bates number,
16 please?
17     MR. CYR:  Sorry.  Bates
18 Number TG 20795 through TG
19 20797 -- I'm sorry -- 798.
20 BY MR. CYR:
21     Q.   Let me direct your attention
22 to the last page, Mr. Jia.  What's the
23 date of this document?
24     A.   May the 18th, 2009.

Page 606

1      Q.   Is that your signature on
2  that page at the bottom?
3      A.   Yes.
4      Q.   Can I refer you to the first
5  page and ask you, what does the title
6  read?
7      A.   It is Taishan Gypsum
8  Company, Limited 2008 Annual Shareholders
9  Meeting Resolution.
10     Q.   And on the first line, it
11 begins with the date.  Could you tell us
12 what that date is?
13     A.   May 18, 2009.
14     Q.   Based on your familiarity
15 with the annual shareholders' meetings,
16 Mr. Jia, does this reflect the end of
17 shareholders' meeting for 2008 or 2009?
18     A.   2008.
19     Q.   I would direct your attention
20 to Article IX.  There's a reference to a
21 loan guarantee from BNBM.  Do you see
22 that?
23     A.   Yes.
24     Q.   Could you tell everyone what

Page 607

1  you know about that loan guarantee and
2  what the circumstances were surrounding
3  it?
4      A.   According to the market,
5  Taian Gypsum Company was planning to
6  quickly build up some production mines
7  out of the city.  The profits at the time
8  that we had was not sufficient for us to
9  build so many production mines for
10 gypsum.  We had to obtain a loan from the
11 bank.  The bank required a guarantor when
12 we applied the loan.  BNBM provided the
13 guarantee for us, but the shareholder was
14 very stingy.  They asked for the
15 guarantee fee.
16     INTERPRETER:  Interpreter
17 clarify gender.
18     THE WITNESS:  BNBM,
19 therefore, had been taking our
20 guarantee fee throughout the
21 entire guarantee period.  And they
22 also required a reverse guarantee
23 from other shareholders.  For
24 that, I myself was not very happy

29 (Pages 604 to 607)

Confidential - Subject to Further Confidentiality Review

| Page 608 | Page 610 |
|---|---|
| 1    with that shareholder. But in | 1    clarification. You said CNBM? |
| 2    order to develop, we had to do | 2        MR. CYR: CNBM. |
| 3    that. | 3        THE COURT: Overrule the |
| 4  BY MR. CYR: | 4    objection. |
| 5        Q.  Mr. Jia, I'm going to ask | 5  BY MR. CYR: |
| 6    you a few questions unrelated to the | 6        Q.  You can answer the question. |
| 7    documents. Has BNBM or any of its -- | 7        A.  I forgot your question. |
| 8    withdrawn. | 8        Q.  Has CNBM ever acted as an |
| 9        Has BNBM ever served as an | 9    agent for Taishan Gypsum or its |
| 10   agent for Taishan Gypsum or its | 10   predecessors in the United States? |
| 11   predecessors in the United States? | 11       A.  What company is CNBM? |
| 12       A.  No. | 12       Q.  Have you ever heard of a |
| 13       Q.  Has BNBM -- | 13   company called CNBM? |
| 14       Have you ever heard of the | 14       A.  I want to confirm what that |
| 15   company BNBM USA, aside from preparing | 15   company is. I'm afraid if they are |
| 16   for your deposition? | 16   company of the same name. |
| 17       A.  No. | 17       Q.  I'll come back to that, Mr. |
| 18       Q.  Have you ever heard of the | 18   Jia, in the interest of time. |
| 19   name David Wei, aside from preparing for | 19       MR. SEEGER: You want to |
| 20   your deposition? | 20   just refer to the -- well, I wrote |
| 21       A.  What was that name? | 21   on this a little bit, but she |
| 22       Q.  W-E-I is the family name in | 22   should have it in the glossary |
| 23   English. | 23   under C, China National Building |
| 24       A.  I don't understand English | 24   Material Group Corporation. |

| Page 609 | Page 611 |
|---|---|
| 1    concept real well. | 1        THE WITNESS: I have not |
| 2        Q.  Let me ask a different | 2    heard of this company. |
| 3    question. | 3        MR. CYR: May I see that, |
| 4        A.  Okay. | 4    please? |
| 5        Q.  Have either you or Taishan | 5        INTERPRETER: Yes. |
| 6    Gypsum or its predecessors ever entered | 6    (Handing over document.) |
| 7    into an agreement with BNBM whereby you | 7    Yes. |
| 8    shared the liabilities of anything with | 8        MR. CYR: I think there's |
| 9    BNBM? | 9    just been a mistake. We want to |
| 10       A.  No. We operate according to | 10   make sure we have accurate |
| 11   the articles of incorporation and the | 11   testimony here. |
| 12   company law. | 12       Could you please ask him if |
| 13       Q.  Have either you or Taishan | 13   he's ever heard of this company |
| 14   Gypsum or its predecessors ever entered | 14   here? |
| 15   into an agreement with BNBM whereby each | 15       MR. SEEGER: Just for the |
| 16   of you would be bound by the acts of each | 16   record, you are pointing to what, |
| 17   other? | 17   just so we're clear? |
| 18       A.  No. | 18       MR. CYR: The one that says |
| 19       Q.  Has CNBM ever acted as an | 19   CNBM next to it. |
| 20   agent for Taishan Gypsum or its | 20       MR. SEEGER: Okay. That's |
| 21   predecessors in the United States? | 21   the one I pointed out to you, |
| 22       MR. GONZALEZ: Objection, | 22   Interpreter. |
| 23   calls for a legal conclusion. | 23       MR. CYR: She may have made |
| 24       INTERPRETER: Interpreter | 24   a mistake. |

30 (Pages 608 to 611)

Confidential - Subject to Further Confidentiality Review

| Page 612 |
|---|

1     THE WITNESS: That I know.
2  BY MR. CYR:
3     Q.   Has that company, CNBM, ever
4  served as an agent or a representative of
5  any kind of Taishan Gypsum or its
6  predecessors in the United States?
7     MR. GONZALEZ: Object to
8  form.
9     THE COURT: Sustain the
10 objection. It's too broad.
11 BY MR. CYR:
12    Q.   Mr. Jia, has CNBM ever
13 served as an agent for Taishan Gypsum or
14 its predecessors in the United States?
15    A.   No.
16    Q.   Do BNBM and Taishan Gypsum
17 compete with one another for the sale of
18 drywall?
19    A.   No.
20    Q.   Do BNBM and Taishan Gypsum
21 sell drywall in the same geographical
22 markets within China?
23    A.   Please repeat your question.
24    Q.   Do BNBM and Taishan Gypsum

| Page 613 |
|---|

1  sell drywall in the same geographical
2  markets within China?
3     A.   Yes.
4     Q.   Do they sell to the same
5  class of purchasers?
6     A.   Some of them are. Some of
7  them are not.
8     Q.   Well, before when I asked
9  you whether or not BNBM and Taishan
10 Gypsum competed, you said no. I'm not
11 sure whether or not you understood the
12 question. But I would like you now just
13 to explain to the Court and plaintiffs'
14 counsel whether or not BNBM and Taishan
15 Gypsum tried to sell drywall to the same
16 customers?
17    THE COURT: Sustain the
18 objection and move -- also I
19 sustain the motion to strike
20 counsel's comments.
21    MR. SEEGER: Exactly. You
22 shouldn't direct the witness.
23    MR. CYR: I'm sorry, I
24 didn't understand the last part.

| Page 614 |
|---|

1  And also I think we need to give
2  the interpreter a chance to
3  interpret what people are saying.
4     THE COURT: Well, you
5  said -- you testified that the
6  witness didn't understand the
7  question. That's the testimony of
8  the attorney and not the witness.
9     MR. GONZALEZ: Your Honor,
10 before that's translated, I do
11 have a concern if that's
12 translated for the benefit of the
13 witness. So, I would ask that The
14 Court rule that that editorial
15 statement from counsel not be
16 translated to the witness.
17    MR. CYR: That's fine, Your
18 Honor.
19    THE COURT: I agree with
20 that.
21    MR. CYR: I'm just going to
22 try my best to get what I
23 understand to be the truthful
24 testimony of the witness.

| Page 615 |
|---|

1     THE COURT: I know you're
2  trying.
3  BY MR. CYR:
4     Q.   Mr. Jia, could you describe
5  for The Court and plaintiffs' counsel the
6  types of customers within China that
7  Taishan Gypsum and BNBM sell drywall to?
8     A.   Yes. The drywall market in
9  China can be categorized as high end,
10 medium and low end. There's a general
11 understanding that BNBM, Lafarge, Knauf,
12 BPB had the high-end market, while
13 Taishan Gypsum Company and others has the
14 markets in the category of medium and low
15 end. But regardless of medium or low end
16 or high end, all products have to be
17 produced according to the state standard,
18 and they all had to be in compliance with
19 the state's regulation in order to
20 produce and to sell the products -- to
21 produce and to sell the product. Because
22 the quality is consistent, many consumers
23 do not feel there is a difference in the
24 quality, nobody wants to invest more

31 (Pages 612 to 615)

Confidential - Subject to Further Confidentiality Review

Page 616

1   money to buy so-called high end products.
2        So in recent seven and eight
3   years, the market for medium- and low-end
4   products had increased tremendously,
5   while the increase of the market for the
6   four companies, BNBM, Lafarge, Knauf, BPB
7   was rather slow, or there was no increase
8   at all. Many of the production lines
9   stopped in using. The usage rate was
10  very low. In order to change the
11  circumstance, they have already started,
12  or starting from five, six years ago, to
13  enter into medium- and low-end market.
14  They enter the market with a new way,
15  which is to register and change their
16  brand into another brand.
17       BNBM produced products
18  branded Dragon and branded BNBM. The
19  brand of Dragon had a higher price, while
20  the BNBM brand had a lower price.
21       For the company Lafarge, not
22  only to produce products with the brand
23  name Lafarge, but also the brand Baili,
24  literally translated B-A-I-L-I. I will

Page 617

1   not list all other companies at this
2   time.
3        There was a great impact
4   from BNBM brand competing with the
5   drywall produced by Taishan Gypsum
6   Company. We are an active competitor
7   with BNBM in the market. Please
8   investigate on our competition in the
9   market with BNBM. I have negative view
10  of the drywall that are produced by BNBM.
11       THE COURT: Let's ask a
12  question. Let's ask questions
13  now.
14       MR. CYR: We're happy if you
15  want to strike that from the
16  record.
17       MR. SEEGER: I think we'll
18  leave that one.
19       MR. CYR: I have another
20  question, Your Honor.
21       THE COURT: Please ask
22  questions.
23       - - -
24       (Whereupon, Deposition

Page 618

1   Exhibit Jia-16, Document in
2   Chinese, Bates stamped TG 0020799
3   and TG 0020800, and Deposition
4   Exhibit Jia-16A, Amendment to the
5   Articles of Association of Taishan
6   Gypsum Co., Ltd., Bates stamped TG
7   0020799 and TG 0020800, were
8   marked for identification.)
9        - - -
10  BY MR. CYR:
11       Q.   Mr. Jia, would you please
12  look at Defendant's 16. That is TG 20799
13  through 20800.
14       INTERPRETER: Is this the
15  one?
16       MR. CYR: May I look at the
17  tabs?
18       MR. DAVIS: What number
19  exhibit? I'm sorry.
20       THE COURT: 16.
21  BY MR. CYR:
22       Q.   Could you tell us what that
23  is, Mr. Jia?
24       A.   This is the amendment of the

Page 619

1   Articles of Incorporation of Taishan
2   Gypsum Company.
3        Q.   Could you look at the last
4   page? It's dated May 18, 2009; is that
5   correct?
6        A.   Correct.
7        Q.   Is that your signature at
8   the bottom?
9        A.   Yes.
10       Q.   And just looking at the
11  front page, and also to the extent that
12  you can recollect, what was the change
13  that required this revision to the
14  Articles of Incorporation for Taishan
15  Gypsum?
16       A.   Taian Donglian Company was
17  changed to Beixin Donglian Company. That
18  was the main amendment.
19       THE COURT: That's Bates
20  Number 20799 and 20800?
21       MR. CYR: Yes, Your Honor.
22  Sorry if I forgot.
23       - - -
24       (Whereupon, Deposition

32   (Pages 616 to 619)

Confidential - Subject to Further Confidentiality Review

Page 620

```
 1      Exhibit Jia Defendant's-17,
 2      Document in Chinese, Bates stamped
 3      TG 0025887 and TG 0025888, and
 4      Deposition Exhibit Jia
 5      Defendant's-17A, Resolution of the
 6      Shandong Taihe Dongxin Co., Ltd.
 7      Shareholder Meeting, Bates stamped
 8      TG 0025887 and TG 0025888, were
 9      marked for identification.)
10              - - -
11  BY MR. CYR:
12      Q.   Could you look at
13  Defendant's 17, please.  That is Bates
14  stamped number TG 25887 through 25888.
15  Could you tell us what that is, Mr. Jia?
16      A.   This is the stockholders
17  meeting resolution of Shandong Taihe
18  Dongxin Company.
19      Q.   If you could look at the
20  last page, is it dated March 24, 2005?
21      A.   Yes.
22      Q.   Did you sign it?
23      A.   I believe the shareholders
24  sign on it, me, too.
```

Page 621

```
 1      Q.   Well, just to be clear, do
 2  you see your signature on the Chinese
 3  version?
 4      A.   No.
 5              - - -
 6          (Whereupon, Deposition
 7      Exhibit Jia Defendant's-18,
 8      Document in Chinese, Bates stamped
 9      TG 0025889 through TG 0025891, and
10      Deposition Exhibit Jia
11      Defendant's-18A, Shandong Taihe
12      Dongxin Co., Ltd. 2005 Annual
13      Shareholder Meeting Resolution,
14      Bates stamped TG 0025889 through
15      TG 0025891, were marked for
16      identification.)
17              - - -
18  BY MR. CYR:
19      Q.   Let's look at Defendant's
20  Exhibit 18.  That's Bates stamp number TG
21  25889 through TG 25891.  It's dated April
22  15, 2006 on the last page.
23      A.   Yes.  April the 15th.
24      Q.   What is this document?
```

Page 622

```
 1      A.   This is the resolution of
 2  stockholders' meeting.
 3      Q.   For what day?
 4      A.   April 15, 2006.
 5      Q.   And is it accurate then that
 6  this was the shareholders' meeting for
 7  2005, as reflected in the title?
 8      A.   Correct.
 9              - - -
10          (Whereupon, Deposition
11      Exhibit Jia Defendant's-19,
12      Document in Chinese, Bates stamped
13      TG 0025892 and TG 0025893, and
14      Deposition Exhibit Jia
15      Defendant's-19A, Shandong Taihe
16      Dongxin Co., Ltd. 2006 Annual
17      Shareholder Meeting Resolution,
18      Bates stamped TG 0025892 and TG
19      0025893, were marked for
20      identification.)
21              - - -
22  BY MR. CYR:
23      Q.   Could you look at
24  Defendant's Exhibit 19, please, TG 25892
```

Page 623

```
 1  through TG 25893.  The last page is dated
 2  June 20, 2007?
 3      A.   Yes.
 4      Q.   First page refers to the
 5  date June 20, 2007.  What is this
 6  document, Mr. Jia?
 7      A.   This is a resolution of the
 8  shareholders' meeting for the year 2006,
 9  which was held in June the 20th, 2007.
10              - - -
11          (Whereupon, Deposition
12      Exhibit Jia Defendant's-20,
13      Document in Chinese, Bates stamped
14      TG 0025894 through TG 0025896, and
15      Deposition Exhibit Jia
16      Defendant's-20A, Shandong Taihe
17      Dongxin Co., Ltd. 2007 Annual
18      Shareholder Meeting Resolution,
19      Bates stamped TG 0025894 through
20      TG 0025896, were marked for
21      identification.)
22              - - -
23  BY MR. CYR:
24      Q.   Could you look at
```

33 (Pages 620 to 623)

Confidential - Subject to Further Confidentiality Review

Page 624

1  Defendant's Exhibit 20, please.  It's TG
2  25894 through 25896, dated May 20, 2008
3  on the last page.  First line refers to
4  May 20, 2008.  What is this document, Mr.
5  Jia?
6      A.   This is the resolution of
7  shareholders' meeting for the year 2007.
8          - - -
9          (Whereupon, Deposition
10         Exhibit Jia Defendant's-21,
11         Document in Chinese, Bates stamped
12         TG 0025897 through TG 0025899, and
13         Deposition Exhibit Jia
14         Defendant's-21A, Shandong Taihe
15         Dongxin Co., Ltd. 2008 Annual
16         Shareholder Meeting Resolution,
17         Bates stamped TG 0025897 through
18         TG 0025899, were marked for
19         identification.)
20         - - -
21  BY MR. CYR:
22      Q.   Would you look at
23  Defendant's Exhibit 21, please, TG 25897
24  through TG 25899.  Last date was May 18,

Page 625

1  2009?
2      A.   Correct.
3      Q.   What is this document?
4      A.   This is the resolution of
5  shareholders' meeting for the year 2008
6  which was held in May the 18th.
7      Q.   Mr. Jia, during the period
8  2005 through 2008, did Taishan Gypsum
9  hold the annual shareholders' meetings as
10 required by Chinese law and the articles
11 of incorporation?
12     A.   The Article of Incorporation
13 requires us to have an annual
14 stockholders' meeting.  In special
15 circumstances, when shareholders would
16 like to discuss some special matters, we
17 would call for temporary shareholders'
18 meeting.  But that was rare.
19     Q.   During the period 2005
20 through 2008, did Taishan Gypsum hold the
21 annual shareholders' meetings that it was
22 required to have by the Articles of
23 Incorporation?
24     A.   Yes, normally.

Page 626

1      Q.   Was there a year that it did
2  not have the annual shareholders'
3  meeting?
4      A.   According to my
5  recollection, no.
6      Q.   During the period 2005
7  through 2008, did the Taishan board of
8  directors hold the meetings that it was
9  supposed to have according to the Taishan
10 Gypsum Articles of Incorporation?
11     A.   Yes.
12     Q.   Please look at Defendant's
13 Exhibit 22, please.
14         - - -
15         (Whereupon, Deposition
16         Exhibit Jia Defendant's-22,
17         Document in Chinese, Bates stamped
18         TG 0025900 through TG 0025902, and
19         Deposition Exhibit Jia
20         Defendant's-22A, Shandong Taihe
21         Dongxin Co., Ltd. Third Meeting of
22         the Third Board of Directors
23         Resolutions, Bates stamped TG
24         0025900 through TG 0025902, were

Page 627

1  marked for identification.)
2          - - -
3      MR. CYR:  TG 25900 through
4  TG 25902.  This document is dated
5  April 15, 2006 on the last page.
6  And on the first page, there's a
7  reference on the first line to
8  April 15, 2006.
9  BY MR. CYR:
10     Q.   What is this document, Mr.
11 Jia?
12     A.   This is resolution of the
13 board of directors.
14     Q.   For what day?  For what
15 date?
16     A.   It was held in April the
17 15th, 2006.
18     Q.   Could you tell us what the
19 title of the document says at the top?
20     A.   It is the "Third Meeting of
21 the Third Board of Directors Resolution"
22 for Taihe Dongxin Company, Limited.
23     Q.   What is meant by the phrase
24 "third board of directors"?

34 (Pages 624 to 627)

Confidential - Subject to Further Confidentiality Review

Page 628

1       A.   We have a board of directors
2   every three years.  Just like the
3   America's 50 president, 51st president.
4       Q.   Let's look at Exhibit 23.
5            - - -
6       (Whereupon, Deposition
7       Exhibit Jia Defendant's-23,
8       Document in Chinese, Bates stamped
9       TG 0025903 through TG 0025905, and
10      Deposition Exhibit Jia
11      Defendant's-23A, Shandong Taihe
12      Dongxin Co., Ltd. Fourth Meeting
13      of the Third Board of Directors
14      Resolutions, Bates stamped TG
15      0025903 through TG 0025905, were
16      marked for identification.)
17           - - -
18  BY MR. CYR:
19      Q.   It is Taishan Gypsum 25903
20  through TG 25905 dated June 20, 2007.
21  There's a reference on the first line to
22  June 20, 2007.
23           What's this document, Mr.
24  Jia?

Page 629

1       A.   This is fourth meeting's
2   resolution of the third board of
3   directors of Shandong Taihe Dongxin
4   Company.
5       Q.   For what date?
6       A.   June 20, 2007.
7       Q.   Please look at Defendant's
8   24.
9            - - -
10      (Whereupon, Deposition
11      Exhibit Jia Defendant's-24,
12      Document in Chinese, Bates stamped
13      TG 0025906 through TG 0025908, and
14      Deposition Exhibit Jia
15      Defendant's-24A, Shandong Taihe
16      Dongxin Co., Ltd. Fifth Meeting of
17      the Third Board of Directors
18      Resolutions, Bates stamped TG
19      0025906 through TG 0025908, were
20      marked for identification.)
21           - - -
22  BY MR. CYR:
23      Q.   TG 25906 through TG 25908.
24  And it's dated May 20, 2008 on the last

Page 630

1   page, and there's a reference to the date
2   May 20, 2008 on the first line.
3            What's this document, Mr.
4   Jia?
5       A.   This was a meeting held May
6   20, 2008.  It is a resolution of the
7   fifth meeting of the third board of
8   directors.
9       Q.   For what day?  I'm sorry.
10  Withdrawn.
11           - - -
12      (Whereupon, Deposition
13      Exhibit Jia Defendant's-25,
14      Document in Chinese, Bates stamped
15      TG 0025913 through TG 0025919;
16      Deposition Exhibit Jia
17      Defendant's-25A, A Report
18      Regarding Overall Work Summary for
19      2005 and Work Arrangement for
20      2006, Bates stamped TG 0025913
21      through TG 0025919; Deposition
22      Exhibit Jia Defendant's-26,
23      Document in Chinese, Bates stamped
24      TG 0025920 through TG 0025926;

Page 631

1       Deposition Exhibit Jia
2       Defendant's-26A, 2006 Chief
3       Executive Officer's Work Report,
4       Bates stamped TG 0025920 through
5       TG 0025926; Deposition Exhibit Jia
6       Defendant's-27, Document in
7       Chinese, Bates stamped TG 0025927
8       through TG 0025933; Deposition
9       Exhibit Jia Defendant's-27A, 2007
10      Chief Executive Officer's Work
11      Report, Bates stamped TG 0025927
12      through TG 0025933; Deposition
13      Exhibit Jia Defendant's-28,
14      Document in Chinese, Bates stamped
15      TG 0025934 through TG 0025941, and
16      Deposition Exhibit Jia
17      Defendant's-28A, 2008 Chief
18      Executive Officer's Work Report,
19      Bates stamped TG 0025934 through
20      TG 0025941, were marked for
21      identification.)
22           - - -
23  BY MR. CYR:
24      Q.   Mr. Jia, could you look at

35 (Pages 628 to 631)

Confidential - Subject to Further Confidentiality Review

Page 632

1  the following exhibits now, Defendant's
2  25, which is TG 25913 through 25919, as
3  well as Defendant's Exhibit 26, which is
4  TG 25920 through TG 25926, and
5  Defendant's Exhibit 27, which is TG 25927
6  through TG 25933, and Defendant's Exhibit
7  28, which is TG 25934 through TG 25941.
8  And could you tell us one at a time,
9  starting with Defendant's Exhibit 25,
10  what these documents are?
11      A.   This is a report that I made
12  to the board of directors and the board
13  of stockholders for the year prior and
14  for the year that is coming regarding the
15  summary of the work was done.
16      Q.   Is this the report -- well,
17  withdrawn.
18          With respect to this
19  particular report at Exhibit 25, what was
20  the prior year that you're reporting on?
21      A.   2004.
22      Q.   With respect to the upcoming
23  year, was that the work assignments that
24  you were reporting that the plan was for

Page 633

1  2006?
2      A.   I'm sorry.  I made a
3  mistake.  It should be 2005.
4      Q.   And with respect to the
5  coming year, was this report reporting
6  the work assignments that you planned for
7  the year 2006?
8      A.   Yes.
9      Q.   Did you typically prepare
10  this report at approximately the same
11  time every year?
12      A.   Yes.
13      Q.   And what time was that?
14      A.   Usually we started preparing
15  the report in November, and it should be
16  completed by March the next year.  And
17  then we would call for a meeting.  But if
18  all the directors were busy, usually the
19  meeting would be postponed to as late as
20  May or June.
21      Q.   Was this report with respect
22  to the previous year, as well as the plan
23  for the next year, did it relate simply
24  to Taishan Gypsum, or did it also include

Page 634

1  the subsidiaries of Taishan Gypsum?
2      A.   It includes the
3  subsidiaries.
4      Q.   During the period 2006
5  through 2008, did your reports include
6  the performance as well as the plans for
7  TTP?
8      A.   It is considered all
9  together.
10      Q.   Could you look at
11  Defendant's Exhibit 26 and tell us what
12  that is?
13      A.   This is the general
14  manager's work report for the year 2006.
15      Q.   And does it include plans
16  for and work arrangements for 2007?
17      A.   Yes.
18      Q.   Did you prepare this report?
19      A.   Yes.
20      Q.   Could you look at
21  Defendant's 27, please.  Could you tell
22  us what that document is?
23      A.   It is my work report for the
24  year 2007 made to the board of directors

Page 635

1  and the board of stockholders.
2      Q.   Did it also include the work
3  arrangements planned for 2008?
4      A.   Correct.
5      Q.   Could you look at
6  Defendant's 28, please.  Could you tell
7  us what that is?  I'm sorry.
8      A.   This is my work report for
9  the year 2007 made to the board of
10  directors and the board of shareholders.
11      Q.   Did you prepare the report
12  that you just looked at on Defendant's
13  Exhibit 28?
14      A.   Yes.
15      Q.   Did you prepare this report
16  that you're looking at -- I'm sorry.  I
17  made a mistake in reference to the
18  previous document.  The previous document
19  was Defendant's Exhibit 27.
20          Mr. Jia, could you go back
21  and look at Defendant's 27.  Sorry.
22          Did you prepare that
23  document?
24      A.   Yes.

36 (Pages 632 to 635)

Confidential - Subject to Further Confidentiality Review

Page 636

1    Q.  Did you prepare the document
2 at Defendant's Exhibit 28?
3    A.  Yes.
4        - - -
5        (Whereupon, Deposition
6    Exhibit Jia Defendant's-29,
7    Document in Chinese, Bates stamped
8    TG 0025958 through TG 0025961;
9    Deposition Exhibit Jia
10   Defendant's-29A, Shandong Taihe
11   Dongxin Company Limited Accounting
12   Statement, Bates stamped TG
13   0025958 through TG 0025961;
14   Deposition Exhibit Jia
15   Defendant's-30, Document in
16   Chinese, Bates stamped TG 0025971
17   through TG 0025974, and Deposition
18   Exhibit Jia Defendant's-30A,
19   Shandong Taihe Dongxin Company
20   Limited Accounting Statement,
21   Bates stamped TG 0025971 through
22   TG 0025974, were marked for
23   identification.)
24       - - -

Page 637

1 BY MR. CYR:
2    Q.  Could you please look at
3 Defendant's 29 and 30?  Let's go one at a
4 time.
5        Could you look at
6 Defendant's 29, which is 25958 through TG
7 25961.  Could you tell The Court and
8 plaintiffs' counsel what that document
9 is?
10   A.  Until what page?
11   Q.  All of the pages in that
12 particular exhibit of Defendant's 29,
13 could you just look at all of them.  And
14 if you need to describe different pages,
15 go ahead.
16   A.  Let me take a look.
17       THE COURT:  Stop right now
18 and change the tape.
19       MR. CYR:  Okay.
20       THE COURT:  Let's do that.
21       THE VIDEOTAPE TECHNICIAN:
22 This is the end of Tape Number 2.
23 We're going off the record.  The
24 time is 11:42.

Page 638

1        - - -
2        (A recess occurred from
3    11:42 a.m. to 11:44 a.m.)
4        - - -
5        THE VIDEOTAPE TECHNICIAN:
6    We're going back on the record.
7    This is the beginning of Tape
8    Number 3.  The time is 11:44.
9 BY MR. CYR:
10   Q.  Mr. Jia, I was asking you to
11 look at Defendant's 29.  Could you tell
12 The Court and plaintiffs' counsel what
13 that document is?
14   A.  This is the annual
15 accounting statements for Taishan Gypsum
16 Company.
17   Q.  What year is this one for?
18 I direct your attention to the second
19 page.  There's a date at the top.
20   A.  This is for the year 2005.
21   Q.  Who prepared the annual
22 financial statements for Taishan Gypsum
23 or its predecessor Taihe Dongxin?
24   A.  It was prepared by the

Page 639

1 third-party independent accounting firm.
2    Q.  Was it prepared by that
3 third-party independent accounting firm
4 at the request of Taishan Gypsum or
5 Shandong Taihe?
6    A.  All Chinese companies are
7 required to provide accounting statements
8 by a third-party independent accounting
9 firm.
10   Q.  And did Taishan Gypsum and
11 Shandong Taihe Dongxin comply with that
12 obligation by requesting the accounting
13 firms to prepare these financial
14 statements during the period 2005 through
15 2008?
16   A.  Our company, including
17 Dongxin and Taishan Company, had always
18 been in compliance with such a regulation
19 and provide an accounting report prepared
20 by a third-party independent accounting
21 firm.
22   Q.  What information was
23 provided, if any, to -- withdrawn.
24       Did Taishan Gypsum or

37 (Pages 636 to 639)

Confidential - Subject to Further Confidentiality Review

Page 640

1  Shandong Taihe Dongxin provide any
2  information to the third-party accounting
3  firms for their preparation of these
4  reports?
5      A.  Yes.
6      Q.  Could you describe that
7  process, please?
8      A.  Usually their employees and
9  our employees will go to the site, which
10 means the production line, the raw
11 material site, the warehouse, the
12 financial department and financial record
13 department to do relevant auditing and
14 investigating.  The duration is rather
15 long.  Usually it takes about one month,
16 sometimes as long as three months.
17     Q.  Could you please look at
18 Defendant's 30.  It's TG 25971 through
19 25974.
20         Could you tell us what that
21 document is?
22     A.  This is the financial report
23 for Taihe Dongxin Company in the year
24 2006.

Page 641

1          - - -
2          (Whereupon, Deposition
3  Exhibit Jia Defendant's-31,
4  Document in Chinese, Bates stamped
5  TG 0025984 through TG 0025987, and
6  Deposition Exhibit Jia
7  Defendant's-31A, 2007 Financial
8  Statements of Taishan Gypsum
9  Company Limited, Bates stamped TG
10 0025984 through TG 0025987, were
11 marked for identification.)
12         - - -
13 BY MR. CYR:
14     Q.  Could you look at
15 Defendant's 32, please?
16         MS. BASS:  31.
17         MR. CYR:  I'm sorry.
18 BY MR. CYR:
19     Q.  That's TG 25984 through TG
20 25987.
21         MR. GONZALEZ:  When you say
22 984 to 987, are you referring to
23 31?
24         THE COURT:  It is 31,

Page 642

1  Exhibit Number 31.
2          MR. GONZALEZ:  Thank you.
3  BY MR. CYR:
4      Q.  What's that document, Mr.
5  Jia?
6      A.  This is an accounting report
7  of the Taishan Gypsum Company in the year
8  2007.
9      Q.  Were the accounting reports
10 that you just looked at for the years
11 2006 and 2007 at Exhibits 30 and 31, were
12 they prepared by an outside independent
13 accounting firm in the manner that you
14 described for Defendant's 29?
15     A.  Yes.
16         - - -
17         (Whereupon, Deposition
18 Exhibit Jia Defendant's-32,
19 Document in Chinese, Bates stamped
20 TG 0025997 through TG 0026000, and
21 Deposition Exhibit Jia
22 Defendant's-32A, 2008 Financial
23 Statements of Taishan Gypsum
24 Company Limited, Bates stamped TG

Page 643

1  0025997 through TG 0026000, were
2  marked for identification.)
3          - - -
4  BY MR. CYR:
5      Q.  Please look at Defendant's
6  Exhibit 32, which is TG 25997 through
7  26000, and tell us what that is?
8      A.  This is the accounting
9  report for Taishan Gypsum Company for the
10 year 2008.
11     Q.  Was it prepared by an
12 outside accounting firm in the manner
13 that you've described?
14     A.  Yes.
15     Q.  I'm going to ask you some
16 questions now that don't relate to the
17 documents, Mr. Jia.
18     A.  Uh-huh.
19     Q.  Are you familiar with the
20 company TTP?
21     A.  Yes.
22     Q.  Do you recall when it was
23 established?
24     A.  I believe the company was

38 (Pages 640 to 643)

Confidential - Subject to Further Confidentiality Review

Page 644

```
 1   established in the first half year of
 2   2006.
 3       Q.   Could you describe for The
 4   Court and plaintiffs' counsel why TTP was
 5   established?
 6       A.   The establishment of TTP was
 7   to fulfill the requirements for the
 8   purpose of taxation.
 9           INTERPRETER:  Just one
10   moment.  Interpreter needs to
11   check a definition.
12           (Discussion between
13   interpreter and Mr. Chen in
14   Chinese.)
15           INTERPRETER:  Thank you.
16           THE WITNESS:  Since 2002,
17   Taishan Gypsum Company and its
18   prior company, before the name
19   change, produced FGD synthetic
20   gypsum.
21           INTERPRETER:  Interpreter
22   clarification.
23           THE WITNESS:  According to
24   China's regulation, if we use such
```

Page 645

```
 1   gypsum as raw material at a rate
 2   of 30 percent of more, the
 3   company -- the country would
 4   exempt our value added tax.
 5   Taishan Gypsum could indeed enjoy
 6   such a favorable policy; however,
 7   there is another state regulation
 8   which says if our value added tax
 9   was exempt, we could not use the
10   value added invoice.  However,
11   some of our clients did require us
12   to issue them value added invoice.
13   In order to satisfy the
14   requirements of these customers,
15   after a discussion with the tax
16   bureau, after our discussion, the
17   tax bureau suggested that we
18   should establish another company.
19   This company could issue value
20   added invoice; however, it could
21   not enjoy all the favorable
22   exemption of value added policy.
23   They have also reminded us that we
24   must have independent accounting,
```

Page 646

```
 1   also independent raw material and
 2   independent employees.  If not, we
 3   will not be able to meet the
 4   requirement of taxation.  We
 5   accepted their suggestion and
 6   established TTP.
 7           After its establishment,
 8   according to the requirement of
 9   the tax bureau, as well as the
10   company law, we operated
11   independently.  And the tax bureau
12   had efficiently supervised the
13   operation of TTP.  This is the
14   reason for the establishment of
15   TTP.
16   BY MR. CYR:
17       Q.   During the period 2000 --
18   early 2006 and until today, has Taishan
19   Gypsum owned 100 percent of the shares of
20   TTP, Mr. Jia?
21       A.   Yes.
22       Q.   In early 2006, who was
23   assigned to be the general manager of
24   TTP?
```

Page 647

```
 1       A.   Peng Shiliang, last name,
 2   P-E-N-G, first name, S-H-I-L-I-A-N-G.
 3       Q.   Who was assigned to be the
 4   production manager of TTP in early 2006?
 5       A.   Song Qinghai.  Last name,
 6   S-O-N-G, first name, Q-I-N-G-H-A-I.
 7       Q.   Did TTP have employees who
 8   handled sales for TTP?
 9       A.   I don't understand your
10   question.
11       Q.   Did TTP have employees who
12   entered into the sales transactions on
13   behalf of TTP?
14       A.   Yes.
15       Q.   Who were they, to the best
16   of your recollection?
17       A.   It's a subsidiary of Taishan
18   Gypsum.  It has been so long, I do not
19   quite remember all the employees and
20   departments in that company.
21       Q.   When TTP was established,
22   Mr. Jia, did TTP have its own offices?
23       A.   Yes.
24       Q.   Could you describe where
```

39 (Pages 644 to 647)

Page 648

1 they were in relation to the TG
2 headquarters?
3     A.    Is located to the east of
4 Taishan Gypsum headquarter. There was a
5 wall in between this company and Taishan
6 Gypsum Company's headquarter. The
7 distance between the two company is about
8 1,000 meters.
9     Q.    Did TTP have its own
10 factory?
11     A.    Yes.
12     Q.    Could you describe where
13 that factory was in relation to TTP's
14 offices?
15     A.    TTP's factory and its office
16 are together. The factory was purchased
17 by -- from Taishan Gypsum Company.
18     Q.    Were you involved with that
19 purchase transaction, Mr. Jia, you,
20 personally?
21     A.    I did.
22     Q.    Could you describe the
23 transaction for The Court and plaintiffs'
24 counsel?

Page 649

1     A.    First of all, according to
2 China's company law, we registered in the
3 business license registration department.
4 The business license department requires
5 a company to have an office, a
6 manufacturer's site and a scope of
7 business and a third-party asset
8 evaluation report to see whether the
9 principal capital had been provided.
10 According to all the above requirements,
11 TTP registered with the business
12 licensing department. TTP, according to
13 the requirements, had purchased some
14 equipment from Taishan Gypsum Company and
15 rented some manufacturer's site from the
16 Taishan Gypsum Company and bought office
17 from the Taishan Gypsum Company. My
18 answer would be it.
19         - - -
20     (Whereupon, Deposition
21 Exhibit Jia Defendant's-33,
22 Document in Chinese, Bates stamped
23 TG 0020808 and TG 0020809, and
24 Deposition Exhibit Jia

Page 650

1 Defendant's-33A, Incorporation
2 Registration Review Form, Bates
3 stamped TG 0020808 and TG 0020809,
4 were marked for identification.)
5         - - -
6 BY MR. CYR:
7     Q.    Mr. Jia, we're going to go
8 back to the documents, and I'm going to
9 ask you just one or two questions with
10 respect to each of the following
11 documents. Let's start with Defendant's
12 Exhibit 33, and that's Taishan Gypsum
13 20808 through 2809.
14         Mr. Jia, prior to preparing
15 for the deposition, do you recall ever
16 seeing this document before?
17     A.    No.
18     Q.    Please look at Defendant's
19 34.
20         - - -
21     (Whereupon, Deposition
22 Exhibit Jia Defendant's-34,
23 Document in Chinese, Bates stamped
24 TG 0020817 through TG 0020824, and

Page 651

1 Deposition Exhibit Jia
2 Defendant's-34A, Articles of
3 Association of Tai'an Taishan
4 Plasterboard Co., Ltd., Bates
5 stamped TG 0020817 through TG
6 0020824, were marked for
7 identification.)
8         - - -
9 BY MR. CYR:
10     Q.    That's Taishan Gypsum 20817
11 through 20824. It's dated June 20, 2006.
12 Mr. Jia, I'm just going to ask you, am I
13 reading the title correctly? It says
14 "Articles of Association of Tai'an
15 Taishan Plasterboard"?
16     A.    Correct.
17     Q.    I would like to direct your
18 attention to the last page.
19         Did you sign these -- did
20 you sign this document as the legal
21 representative for Shandong Taihe?
22     A.    Correct.
23     Q.    What is this document?
24     A.    This is the Article of

Confidential - Subject to Further Confidentiality Review

Page 652

1   Incorporation of TTP.
2       Q.   Could you please look at
3   Defendant's Exhibit 35.
4           - - -
5           (Whereupon, Deposition
6       Exhibit Jia Defendant's-35,
7       Document in Chinese, Bates stamped
8       TG 0020825 and TG 0020826, and
9       Deposition Exhibit Jia
10      Defendant's-35A, Tai'an Taishan
11      Plasterboard Co., Ltd. Director
12      Appointment Document, Bates
13      stamped TG 0020825 and TG 0020826,
14      were marked for identification.)
15          - - -
16          MR. CYR:  I have TG 20825
17      through 20826.
18  BY MR. CYR:
19      Q.   The first question for you,
20  Mr. Jia, is to look at the second page,
21  which has the date February 10, 2006.
22  Did you sign this document?
23      A.   Yes.
24      Q.   Did you sign on behalf of

Page 653

1   the shareholder Shandong Taihe Dongxin?
2       A.   Yes.
3       Q.   What is this document?
4       A.   This is director's
5   appointment document for Taishan
6   Plasterboard Company, Limited, which is
7   TTP.
8       Q.   Is Peng Shiliang the person
9   who you identified as the general manager
10  of TTP?
11      A.   He is the general manager of
12  TTP, and later he was also a director of
13  the board of directors.
14      Q.   When you say "later," you
15  mean as of the date of this document?
16      A.   Yes.
17      Q.   Were Messrs. Fu and Wang,
18  were they also officers of TG?
19      A.   At the time, Fu Tinghuan and
20  Wang Fengqin were both the medium-level
21  executives of the company.
22      Q.   When you say "the company,"
23  the company you're referring to is
24  Shandong Taihe Dongxin?

Page 654

1       A.   Correct.
2       Q.   Could you please look at
3   Defendant's Exhibit 36.
4           - - -
5           (Whereupon, Deposition
6       Exhibit Jia Defendant's-36,
7       Document in Chinese, Bates stamped
8       TG 0020827 and TG 0020828, and
9       Deposition Exhibit Jia
10      Defendant's-36A, Tai'an Taishan
11      Plasterboard Co., Ltd. Legal
12      Representative Appointment
13      Document, Bates stamped TG 0020827
14      and TG 0020828, were marked for
15      identification.)
16          - - -
17  BY MR. CYR:
18      Q.   That is 20827 through 20828.
19  On the second page, it's dated February
20  10, 2006.  On that page, there's a
21  signature, Mr. Jia.  Is that your
22  signature on that page?
23      A.   Which page?
24      Q.   On the second page of

Page 655

1   Exhibit 36, is that your signature or
2   someone else's signature?
3       A.   It's not my signature.
4       Q.   Do you happen to recognize
5   that signature?
6       A.   Peng Shiliang and Fu
7   Tinghuan and Wang Fengqin, the three of
8   them.
9       Q.   Look at Defendant's Exhibit
10  37, please, TG 20850 through TG 20851.
11          - - -
12          (Whereupon, Deposition
13      Exhibit Jia Defendant's-37,
14      Document in Chinese, Bates stamped
15      TG 0020850 and TG 0020851, and
16      Deposition Exhibit Jia
17      Defendant's-37A, Capital
18      Verification Descriptions, Bates
19      stamped TG 0020850 and TG 0020851,
20      were marked for identification.)
21          - - -
22  BY MR. CYR:
23      Q.   Mr. Jia, could you tell us
24  what this document is, if you know?

41 (Pages 652 to 655)

Confidential - Subject to Further Confidentiality Review

Page 656

1          INTERPRETER: Is this the
2    one you are talking about?
3          MR. CYR: Exhibit 37, yes.
4    BY MR. CYR:
5          Q.   Let me just ask you, Mr.
6    Jia -- I'm sorry.
7          Prior to preparing for the
8    deposition, do you recall ever seeing
9    this document before?
10         A.   No.
11              - - -
12         (Whereupon, Deposition
13    Exhibit Jia Defendant's-38,
14    Document in Chinese, Bates stamped
15    TG 0020855, and Deposition Exhibit
16    Jia Defendant's-38A, Shareholder
17    Decisions, Bates stamped TG
18    0020855, were marked for
19    identification.)
20              - - -
21    BY MR. CYR:
22         Q.   Please look at Defendant's
23    Exhibit 38. It is 20855. It's dated
24    June 22, 2006. Is that your signature,

Page 657

1    Mr. Jia?
2          A.   Yes.
3          Q.   Could you tell us what that
4    document is?
5          A.   It is the decision of
6    company shareholders.
7          Q.   What was the decision?
8          A.   Is to add 7 million to TTP.
9          Q.   Do you recall why it was
10    determined to add that amount of money to
11    TTP?
12         A.   At the time, TTP had a
13    rather big scale and also its debt was
14    big in scale. So, we decided to input
15    capital to relieve its financial
16    pressure.
17         Q.   Please look at Defendant's
18    Exhibit 39, which is TG 20856 through
19    20864.
20              - - -
21         (Whereupon, Deposition
22    Exhibit Jia Defendant's-39,
23    Document in Chinese, Bates stamped
24    TG 0020856 through TG 0020864, and

Page 658

1    Deposition Exhibit Jia
2    Defendant's-39A, Articles of
3    Association of Tai'an Taishan
4    Plasterboard Co., Ltd., Bates
5    stamped TG 0020856 through TG
6    0020864, were marked for
7    identification.)
8              - - -
9    BY MR. CYR:
10         Q.   And please look at the last
11    page, which is dated June 22, 2006. The
12    first question is, did you sign that as
13    the legal representative of Shandong
14    Taihe Dongxin?
15         A.   Yes.
16         Q.   Please return to the first
17    page and tell us what this document is?
18         A.   This is TTP's Article of
19    Incorporation.
20         Q.   Was it revised in June of
21    2006?
22         A.   Yes.
23         Q.   Do you recall why?
24         A.   Because we had input more

Page 659

1    capital. According to the requirements
2    of the Article For Incorporation, it has
3    to be reflected on the Article of
4    Incorporation.
5              - - -
6          (Whereupon, Deposition
7    Exhibit Jia Defendant's-40,
8    Document in Chinese, Bates stamped
9    TG 0025446, and Deposition Exhibit
10    Jia Defendant's-40A, Lease
11    Agreement, Bates stamped TG
12    0025446, were marked for
13    identification.)
14              - - -
15    BY MR. CYR:
16         Q.   Please look at Defendant's
17    40, TG 25446. It's dated February 10,
18    2006.
19         What's this document, Mr.
20    Jia?
21         A.   This is a lease agreement.
22         Q.   Could you describe the
23    agreement? Who is it from, who is it to,
24    what's it for?

42 (Pages 656 to 659)

Confidential - Subject to Further Confidentiality Review

Page 660

1    A.   This is agreement that I
2  entrusted deputy general manager Xue Yuli
3  to sign, last name X-U-E, first name,
4  Y-U-L-I.  Because TTP needed a
5  manufacturing site, therefore, I
6  entrusted Xue Yuli to sign for me.
7    Q.   What is being leased in this
8  lease agreement?
9    A.   A manufacturer site.
10   Q.   Is it the facility that he
11 described before for TTP?
12   A.   Yes.
13   Q.   What was the amount of your
14 rent?
15   A.   According to the earliest
16 agreement, it was 80,000.
17   Q.   How was that figure arrived
18 at, if you know?
19   A.   It's based on the local
20 rental pricing at the time.
21         - - -
22     (Whereupon, Deposition
23     Exhibit Jia Defendant's-41,
24     Document in Chinese, Bates stamped

Page 661

1     TG 0025412, and Deposition Exhibit
2     Jia Defendant's-41A, Trademark Use
3     Authorization, Bates stamped TG
4     0025412, were marked for
5     identification.)
6         - - -
7  BY MR. CYR:
8    Q.   Could you please look at
9  Defendant's Exhibit 41.  It is TG 25412,
10 and it's dated February 20, 2006.
11 There's a signature on behalf of Shandong
12 Taihe Dongxin.  Whose signature is that?
13   A.   It's the official seal of
14 TG.
15   Q.   Thank you.
16       What is this document, Mr.
17 Jia, if you know?
18   A.   Because the ownership of
19 Taishan trademark belongs to TG, TTP had
20 to have the authorization from TG in
21 order to use such a trademark.
22         - - -
23     (Whereupon, Deposition
24     Exhibit Jia Defendant's-42,

Page 662

1     Document in Chinese, Bates stamped
2     TG 0025413, and Deposition Exhibit
3     Jia Defendant's-42A, Purchase and
4     Sale Agreement, Bates stamped TG
5     0025413, were marked for
6     identification.)
7         - - -
8  BY MR. CYR:
9    Q.   Defendant's-42, please.  And
10 it is TG 25413.  It's dated February 20,
11 2006.
12       Could you briefly describe
13 this document, Mr. Jia?
14   A.   This is a sales transaction
15 agreement between TG and TTP for
16 production line.
17   Q.   When you say "production
18 line," are you referring to certain
19 equipment as indicated in Article 3?
20   A.   Yes.
21   Q.   Is that your signature at
22 the bottom of the page?
23   A.   Yes.
24   Q.   Do you happen to recollect

Page 663

1  how the purchase price was arrived at?
2    A.   I remember the price was
3  agreed upon based on the reference of the
4  cost of similar production line.
5    Q.   Could you please look at
6  Defendant's Exhibit 43, TG 25415, dated
7  February 20, 2006.
8         - - -
9      (Whereupon, Deposition
10     Exhibit Jia Defendant's-43,
11     Document in Chinese, Bates stamped
12     TG 0025415, and Deposition Exhibit
13     Jia Defendant's-43A, Lease
14     Agreement, Bates stamped TG
15     0025415, were marked for
16     identification.)
17         - - -
18 BY MR. CYR:
19   Q.   Is that your signature, Mr.
20 Jia?
21   A.   Yes.
22   Q.   Could you tell us what it is
23 and also tell us if it's any different
24 than Exhibit 40?

43 (Pages 660 to 663)

Confidential - Subject to Further Confidentiality Review

Page 664

```
1       A.   This is a lease agreement
2  leasing TG's manufacturing facility.
3  There is a big difference on price
4  compared to the manufacture facility
5  leasing agreement we mentioned before.
6  One is 400,000.  The other one is 70,000.
7  The reason for the difference was, at the
8  time, we were in a hurry to establish TTP
9  according to the requirement of business
10 licensing department, therefore, the
11 lease agreement was reached without
12 detailed consideration and calculation of
13 the pricing, therefore, we only had
14 80,000 on the agreement.  But afterwards,
15 based on the evaluation and calculation
16 of the accounting department, we reached
17 a more reasonable leasing price of over
18 400,000.
19      Q.   And just for the record,
20 Defendant's Exhibit 40 is dated February
21 10, 2006, and Defendant's 43 is dated
22 February 20, 2006.
23          Could you look at
24 Defendant's 44, Mr. Jia.  That's TG
```

Page 665

```
1  25414.
2            - - -
3          (Whereupon, Deposition
4   Exhibit Jia Defendant's-44,
5   Document in Chinese, Bates stamped
6   TG 0025414, and Deposition Exhibit
7   Jia Defendant's-44A, Purchase and
8   Sale Agreement, Bates stamped TG
9   0025414, were marked for
10  identification.)
11           - - -
12 BY MR. CYR:
13      Q.   And it has the date January
14 1, 2008. Is that your signature on the
15 bottom right-hand side signing as the
16 legal representative for --
17      A.   Yes.
18      Q.   Are you signing as the legal
19 representative for Taishan Gypsum?
20      A.   Yes.
21      Q.   Peng Shiliang signed as the
22 legal representative for TTP?
23      A.   Yes.
24      Q.   What's this document?
```

Page 666

```
1       A.   This is equipment sales
2  agreement.
3       Q.   From whom, to whom, for
4  what, Mr. Jia?
5       A.   This is an agreement for the
6  equipment sold from TTP to TG.
7       Q.   Is it the same equipment
8  that TTP had purchased from TG in early
9  2006?
10      A.   Correct.
11      Q.   Please look at Defendant's
12 45, 46 and 47 now, Mr. Jia.
13          For the record, Defendant's
14 45 is TG 26004 through --
15          MS. BASS:  Repeat that.
16          MR. CYR:  TG -- I'm sorry.
17 Defendant's 45 is TG 26004 through
18 TG 26006.
19          Defendant's 46 is TG 26007
20 through TG 26009.
21          Defendant's 47 is TG 26010
22 through TG 26012.
23            - - -
24          (Whereupon, Deposition
```

Page 667

```
1  Exhibit Jia Defendant's-45,
2  Document in Chinese, Bates stamped
3  TG 0026004 through TG 0026006;
4  Deposition Exhibit Jia
5  Defendant's-45A, 2006 Financial
6  Statement of Taian Taishan
7  Plasterboard Co., Ltd., Bates
8  stamped TG 0026004 through TG
9  0026006.
10          (Whereupon, Deposition
11 Exhibit Jia Defendant's-46,
12 Document in Chinese, Bates stamped
13 TG 0026007 through TG 0026009;
14 Deposition Exhibit Jia
15 Defendant's-46A, Balance Sheet,
16 Bates stamped TG 0026007 through
17 TG 0026009.
18          (Whereupon, Deposition
19 Exhibit Jia Defendant's-47,
20 Document in Chinese, Bates stamped
21 TG 0026010 through TG 0026012, and
22 Deposition Exhibit Jia
23 Defendant's-47A, 2008 Financial
24 Statement of Taian Taishan
```

44 (Pages 664 to 667)

Confidential - Subject to Further Confidentiality Review

Page 668

1     Plasterboard Co., Ltd. Balance
2     Sheet, Bates stamped TG 0026010
3     through TG 0026012, were marked
4     for identification.)
5              - - -
6          MR. SEEGER: Joe, we're just
7     going to object to the use of
8     these based on the fact that these
9     were also produced late, and we
10    didn't have them on the schedule,
11    but I guess we can deal with those
12    objections later.
13         MR. CYR: That's true, Your
14    Honor, they were produced late.
15    And so whatever accommodation we
16    need to make for plaintiffs'
17    counsel for them to effectively
18    address these issues, we're all
19    for it.
20         THE COURT: All right.
21    Let's do it. Let's continue with
22    that understanding.
23         MR. SEEGER: Thank you.
24    BY MR. CYR:

Page 669

1          Q.   Mr. Jia, could you tell us
2     what Defendant's 45 is?
3          A.   This is TTP's balance sheet
4     and accounting report.
5          Q.   Do you know who prepared
6     this balance sheet and accounting report
7     for TTP?
8          A.   I don't know.
9          Q.   Could you look at
10    Defendant's 46, please? Could you tell
11    us what that is?
12         A.   This is also TTP's financial
13    report.
14         Q.   For what year?
15         A.   (Pause.)
16         Q.   That's okay, Mr. Jia.
17         A.   I'm not sure.
18         Q.   Just take a brief look at
19    the very first page at the top, and if
20    that doesn't tell you, we'll move on.
21         A.   Oh, it's for the year of
22    2007.
23         Q.   And could you --
24              Have you ever seen this

Page 670

1     document before we prepared for the
2     deposition, Mr. Jia?
3          A.   No.
4          Q.   Look at Defendant's 47.
5     Have you ever seen that document before
6     we prepared for this deposition?
7          A.   No.
8              MR. CYR: Your Honor, I'm
9     finished with my questions of Mr.
10    Jia. I do need to state for the
11    record that, for some reason, I do
12    have English translations of 45,
13    46 and 47. If you don't have them
14    in your red books --
15             MR. SEEGER: No, we have the
16    English. The documents themselves
17    are not on the schedules that we
18    were provided, Schedule A and B.
19             MR. CYR: Okay. But you
20    have the English translations?
21             MR. SEEGER: And we'll deal
22    with it.
23             MR. CYR: I just wanted to
24    make sure the record reflected

Page 671

1     that they have the English
2     translations.
3              Thank you very much.
4              THE COURT: Okay.
5              We'll stop here and come
6     back. Can we get back in an hour?
7              Eugene, I would like you to
8     look into whether or not we can
9     get some sandwiches sent up here
10    for the rest of the week. It
11    would save us time. We'll split
12    the amount, but we can't have
13    everybody going out for lunch.
14    We'll never get finished.
15             THE VIDEOTAPE TECHNICIAN:
16    This is the end of Videotape
17    Number 3. We're off the record at
18    12:33.
19             - - -
20             (Whereupon, a luncheon
21    recess was taken from 12:33 p.m.
22    until 1:32 p.m.)
23             - - -
24             THE VIDEOTAPE TECHNICIAN:

45 (Pages 668 to 671)

Confidential - Subject to Further Confidentiality Review

Page 672

1   This is the beginning of Tape
2   Number 4. We're going back on the
3   record. The time is 1:28.
4          - - -
5          EXAMINATION
6          - - -
7   BY MR. SEEGER:
8       Q.   Good afternoon, Mr. Jia. I
9   met you last time when I was in Hong
10  Kong. I know you are a busy man. Thank
11  you for being here.
12         Mr. Jia --
13      A.   You're welcome.
14      Q.   -- I'm not going to mark
15  this as an exhibit, but I want to know if
16  you can identify, if you can tell me if
17  you recognize the number on that piece of
18  paper as your identification number at
19  TG?
20      A.   It is my ID number.
21      Q.   Great. Thank you. I'll
22  take that back. Thank you very much.
23         Do you know who Bill Che is?
24         INTERPRETER: Can you write

Page 673

1   it down for me? There's probably
2   no Chinese translation for that.
3          MR. SEEGER: I'll find out.
4          THE WITNESS: I'm not sure
5   who exactly that is, but I may
6   know this person, may not.
7   BY MR. SEEGER:
8       Q.   All right.
9          I'll find his Chinese name,
10  and I'll come back to it later. Thank
11  you.
12         Mr. Jia, I want to just
13  clarify a couple of things. Can you go
14  back to the red binder in front of you to
15  Exhibit 37?
16      A.   I see it.
17      Q.   Mr. Jia, on the first page
18  of that document, there's a name of a
19  public accounting firm. Do you see that
20  in the Chinese version?
21      A.   Yes.
22      Q.   Can you identify for the
23  record the name of that certified public
24  accounting firm?

Page 674

1       A.   It is an accounting firm
2   which is called Tai'an City Zhongcheng
3   Accounting Firm.
4       Q.   Mr. Jia, to be clear, the
5   document we're looking at is a document
6   that was created in connection with the
7   creation of TTP, correct?
8          MR. CYR: Objection. I
9   think he's testified he doesn't
10  recall seeing this document prior
11  to preparing for the deposition.
12         MR. GONZALEZ: Object to the
13  speaking objection, Your Honor.
14         THE COURT: You don't need
15  to translate that. The objection
16  is an objection. So, clarify
17  that.
18         MR. SEEGER: I'm not sure
19  what the objection is, Your Honor.
20         THE COURT: He said he
21  hadn't seen it before.
22         MR. SEEGER: Well, he asked
23  him questions about it. He had
24  him read portions of it into the

Page 675

1   record. Now that he has seen
2   it --
3          MR. CYR: I don't believe
4   that's true, Chris. Go ahead and
5   ask him a question.
6          THE COURT: Let's do it this
7   way. You've made your objection.
8   I'll overrule the objection.
9   Let's proceed.
10  BY MR. SEEGER:
11      Q.   You can answer the question.
12  Do you remember what I asked you?
13      A.   The document was not
14  created, but the accounting firm verified
15  the capital funding for it.
16      Q.   For TTP, correct, sir?
17      A.   Correct.
18      Q.   That's the same accounting
19  firm that does accounting work for TG,
20  correct?
21         MR. CYR: Objection.
22  Objection. No time period
23  specified.
24         THE COURT: All right.

46 (Pages 672 to 675)

Confidential - Subject to Further Confidentiality Review

Page 676

1    Let's ask about the time period.
2    BY MR. SEEGER:
3        Q.  I'm trying to find the date
4    on this document.  This document is from
5    2006.  So, was that the same accounting
6    firm that did work for TG in 2006?
7        A.  It is not.
8        Q.  What accounting firm did
9    work for TG in 2006?
10       A.  This is the one.
11   Zhongcheng.
12       Q.  It's the same one, correct?
13       A.  It is the same.
14       Q.  Could you go to Tab 41,
15   please.  Tell me when you are there, Mr.
16   Jia.
17       A.  I've got it.
18       Q.  Sir, this is the use -- this
19   is an agreement between TTP and TG
20   regarding the use of the Taishan brand,
21   which is TG's trademark, correct?
22       A.  Yes.
23       Q.  There's no compensation
24   reflected in this agreement, is there,

Page 677

1    sir?
2        A.  Correct.
3        Q.  Mr. Jia, I believe early in
4    the day, your attorney asked you whether
5    there were any employees or agents
6    whether -- I'm sorry, let me strike that.
7        Your attorney asked you
8    whether TG or TTP had any employees or
9    agents doing business on their behalf in
10   the United States.  Do you recall those
11   questions?
12       MR. CYR:  Objection,
13   misstates the record.
14       THE COURT:  Overrule the
15   objection.
16   BY MR. SEEGER:
17       Q.  Do you recall?
18       A.  Can you repeat the question?
19       Q.  Yes.
20       Your attorney asked you
21   questions related to whether TG or TTP
22   had any employees or agents doing
23   business on their behalf in the United
24   States.  Do you recall that question and

Page 678

1    your answer?
2        A.  I remember that.
3        Q.  Mr. Jia, you took some time
4    to prepare for your deposition today;
5    isn't that fair?
6        MR. CYR:  Objection, vague.
7    BY MR. SEEGER:
8        Q.  How much time did you spend
9    with your attorneys?
10       MR. CYR:  I'm sorry.  The
11   interpreter needs to interpret my
12   objection, unless the Judge
13   instructs her not to.
14       THE COURT:  You can
15   interpret it, but I'm going to
16   overrule the objection.  Let's go.
17       INTERPRETER:  Your Honor, do
18   I interpret all the -- just like
19   in the morning, all the objections
20   and talkings?
21       THE COURT:  You don't need
22   to.
23       MR. CYR:  Yes, unless the
24   judge instructs you not to.

Page 679

1        THE COURT:  You can
2    interpret the objection that
3    counsel makes.  Now, in that
4    regard, both of you all with
5    objections, I just need the fact
6    that it's objected and maybe one
7    word, whether it's leading or give
8    me the evidence number, and I'll
9    rule on it.  I don't want any
10   objections and speeches from
11   either side.
12       MR. CYR:  Understood.
13       INTERPRETER:  What was the
14   question again?
15   BY MR. SEEGER:
16       Q.  Mr. Jia, how much time did
17   you spend with your attorneys preparing
18   for your testimony today?
19       A.  You mean last deposition or
20   this one?
21       Q.  This one.
22       A.  Over a day.
23       Q.  During that time, you looked
24   at documents.  Is that fair to say?

47 (Pages 676 to 679)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 680

```
1        A.  Under the guidance of the
2   attorney, yes, I did see some documents.
3        Q.  Mr. Jia, to be clear, you
4   are the Chairman of the Board of TG, and
5   you're the general manager; isn't that
6   fair?
7        A.  I am the director of the
8   board of director and general manager of
9   TG.
10       Q.  And you understand you are
11  here to be the spokesman for the company
12  in this deposition today, correct?
13       A.  I'm the spokesperson for TG
14  and TTP.
15       Q.  So, then, Mr. Jia, you know
16  it's not true that you don't have agents
17  acting on your behalf in the United
18  States?  Isn't that true?
19       MR. CYR:  Objection.
20       THE COURT:  With regard to
21  questions, let's be conscious of
22  the fact that -- I know he's under
23  cross-examination, but let's show
24  the same deference and respect for
```

Page 681

```
1   the witness that you would like
2   shown to you.
3        MR. SEEGER:  Will do, Your
4   Honor.
5   BY MR. SEEGER:
6        Q.  And I apologize if -- well,
7   I don't think the question was read to
8   him, so I will strike the question and
9   ask it again.
10       MR. CYR:  May I just make a
11  comment that's not interpreted?
12       MR. SEEGER:  Sure.
13       MR. CYR:  The nature of my
14  objection was the double negative.
15  It might be confusing if it is
16  translated.
17       MR. SEEGER:  I'm going to
18  strike the question.
19       INTERPRETER:  Your Honor,
20  earlier you said that I didn't
21  have to interpret the
22  conversation, but now if I do
23  that, I have no problem with that,
24  because I did that in the morning.
```

Page 682

```
1   Do you want me to interpret
2   everything that's being said
3   between you, you and Your Honor?
4        MR. SEEGER:  I don't require
5   it.
6        THE COURT:  Let's do it
7   unless I tell you not to.
8        MR. BRENNER:  Could the
9   translator speak up a little?  We
10  are having a hard time hearing
11  her.
12       - - -
13       (A discussion off the record
14  occurred.)
15       - - -
16  BY MR. SEEGER:
17       Q.  Mr. Jia, let me ask you the
18  question this way.  Before you would give
19  testimony that you were sure there were
20  no employees or agents acting on your
21  behalf in the United States, you would
22  satisfy yourself, wouldn't you, that that
23  was correct?
24       A.  It is accurate.
```

Page 683

```
1        - - -
2        (Whereupon, Deposition
3   Exhibit Jia-13, Sole Agency
4   Agreement, 4 pages, was marked for
5   identification.)
6        - - -
7   BY MR. SEEGER:
8        Q.  I'm going to mark for the
9   record, and we're -- this is Jia-13, is a
10  document that was obtained from the
11  public records in the United States in
12  Florida.
13       MS. BYRNE:  Chris, that's
14  Exhibit 13?
15       MR. SEEGER:  Yes.
16       MR. CYR:  Could you describe
17  for the record what part of the
18  exhibits that you identified for
19  the depositions that this was in?
20       MR. SEEGER:  This is a
21  document that is now being used
22  for impeachment purposes.  It was
23  not disclosed prior to the
24  deposition.
```

48 (Pages 680 to 683)