Confidential - Subject to Further Confidentiality Review

Page 684

1    MR. CYR: Was that
2    authorized by The Court?
3        MR. SEEGER: I don't know.
4    You will have to ask Lenny.
5        THE COURT: Yes. They had a
6    conference with -- you weren't
7    present, but a representative of
8    your group was present, and I
9    indicated to both sides that if
10   they had documents, which I hoped
11   they didn't have a lot of, but if
12   they did have documents that were
13   solely for impeachment, each side
14   would have to give them to me so I
15   could look at them before they
16   would be used. I did look at,
17   there's two documents, I think,
18   I'm not quite sure, that I
19   reviewed only from the plaintiffs.
20   I didn't receive anything from the
21   defendants.
22   BY MR. SEEGER:
23   Q.   Mr. Jia, I will, with the
24   help of the interpreter, will try to

Page 685

1    identify this document for you. At the
2    very top it says "Sole Agency Agreement."
3        MR. CYR: What's the
4    question?
5        MR. SEEGER: I'm identifying
6    the document right now.
7    BY MR. SEEGER:
8    Q.   Do you see that, sir?
9    A.   I understand the Chinese
10   part but not the English part.
11   Q.   Okay. That's fine. That's
12   why I'm trying to identify it for you.
13       It's dated October 20, 2006.
14   Do you see that, Mr. Jia?
15   A.   I don't see it because I
16   don't understand English, so, I don't
17   know what date you're talking about.
18       MR. SEEGER: (Addressing the
19   interpreter.) I was hoping that
20   you could point that out to him
21   just to show him it's there. It's
22   on the first page.
23       MR. CYR: Let's ask him the
24   questions. Excuse me, ma'am, he

Page 686

1    needs to ask the witness a
2    question.
3        THE COURT: I agree with
4    that, yeah.
5        MR. SEEGER: Well, the first
6    question --
7        THE COURT: Is this the
8    Chinese or not?
9        INTERPRETER: So when you
10   want me to point, do you want me
11   to point --
12       MR. CYR: Excuse me, ma'am.
13   I think we wait for the judge to
14   ask the questions.
15       MR. SEEGER: Joe, let me ask
16   some questions. You've asked me
17   to do that.
18       MR. CYR: I think the judge
19   asked a question.
20       MR. SEEGER: Yeah. The
21   judge asked if that was the
22   Chinese version, and I was about
23   to show her -- tell her to
24   instruct the witness to go to that

Page 687

1    page.
2    BY MR. SEEGER:
3    Q.   You can show him the Chinese
4    version. Can he explain to you what he's
5    reading?
6        INTERPRETER: First let me
7    verify if this is the correct
8    Chinese version. Let me see
9    the Chinese translation of that.
10       MR. SEEGER: Sure.
11       INTERPRETER: I don't see a
12   Chinese translation. I only see
13   the English.
14       MR. SEEGER: I think it's
15   Page 3.
16       MR. CYR: Just state for the
17   record that the document that was
18   handed to me does not have a
19   Chinese version.
20       INTERPRETER: Oh, yes, there
21   it is.
22       MR. CYR: But there is some
23   Chinese written on the third page
24   of this document, but it does not

49 (Pages 684 to 687)

Confidential – Subject to Further Confidentiality Review

Page 688

1    appear to be a Chinese translation
2    of the document.
3         MR. SEEGER:  All right.
4    Let's start over again.  Excuse
5    me, Miss Inter -- hold -- it's
6    okay.  I've got it.
7         INTERPRETER:  Yes.
8         MR. SEEGER:  I'm going to
9    explain it and you tell him what
10   I'm reading.  Okay?
11   BY MR. SEEGER:
12       Q.   On the first page of the
13   document, please explain to the witness
14   at the top it says, "Sole Agency
15   Agreement."  Below that is the date of
16   October 20, 2006.  In the place below
17   that where it says "The seller," it says,
18   "Taian Taishan Plasterboard Co., Ltd."
19   Under that where it says "The buyer" is
20   "Oriental Trading Company, LLC."
21       Do you know who the Oriental
22   Trading Company is, Mr. Jia?
23       A.   I don't know.
24       Q.   Below that where it says

Page 689

1    "Goods Description For Sole Sales," it
2    describes -- I'll read it, and you can
3    read it to him.  "The gypsum board
4    manufactured by" the "seller with the
5    thickness of 1/2 inch or 5/8 inch, the
6    width of 4 feet, the length of 8 feet, 9
7    feet, 10 feet or 12 feet, under the brand
8    name of 'DUN' showing as in the seller's
9    catalogue only."
10       Now, Mr. Jia, those sizes
11   described in that first paragraph, those
12   are sizes used in the United States,
13   correct?
14       A.   Not necessarily.
15       Q.   Are they used -- are those
16   sizes used in the United States, yes or
17   no, Mr. Jia?
18       A.   Not necessarily.  As far as
19   I know, in countries other than America
20   also use these sizes of gypsum board.
21       Q.   Fair enough.
22       Now, in item 2 right below
23   that where it says "Sole Sales Area,"
24   would you read -- go ahead -- it says

Page 690

1    "Limited to the territory of the USA."
2         MR. CYR:  What's the
3    question?
4         THE COURT:  What's the
5    question?
6         MR. SEEGER:  I'm just
7    reading it for him.  I want him to
8    see what's in the document.
9         MR. CYR:  I just want to
10   state the obvious objection, and
11   that is if you wanted to let him
12   see what was in the document, you
13   could have had it translated.  So,
14   I object to the entire line of
15   questioning.
16        THE COURT:  I understand the
17   objection.  I'll overrule the
18   objection.
19   BY MR. SEEGER:
20       Q.   If you go to the second
21   page, Mr. Jia.  At the very bottom where
22   it says "The seller."  Under where it
23   says "Taian Taishan Plasterboard Co.,
24   Ltd.," do you recognize that signature?

Page 691

1        A.   I know this person Che Gang,
2    but I'm not sure whether it's his
3    signature.
4        Q.   Would you know if that's the
5    same individual who also uses the name
6    Bill Cher?
7         MR. CYR:  Object to form.
8         THE WITNESS:  I don't know.
9    BY MR. SEEGER:
10       Q.   Have you ever seen this
11   document before, Mr. Jia?
12       A.   No.
13       Q.   Mr. Jia, you also --
14        MR. SEEGER:  Do you have
15   this, Scott?
16        MR. GEORGE:  Your Honor,
17   this is in Volume 3 of the
18   binders, Tab 4.  Let me get it for
19   you.
20        MR. SEEGER:  It's his
21   affidavit.  Hilarie, it's his
22   affidavit.
23   BY MR. SEEGER:
24       Q.   By the way, Mr. Jia, there

Confidential - Subject to Further Confidentiality Review

Page 692

1  is one more question I want to ask you
2  about this document. The person you
3  identified who signed on behalf of TTP --
4      MR. CYR: Objection,
5  objection.
6      THE COURT: He didn't
7  identify it. Let's restate the
8  question.
9      MR. SEEGER: Well, Your
10  Honor, it says, "I know this
11  person Che Gang, but I'm not sure"
12  if "it's his signature."
13      THE COURT: Yes. Okay.
14  BY MR. SEEGER:
15      Q.  Let me strike the question
16  and reask it this way.
17      You said you know the person
18  Che Gang. This person, Che Gang, does he
19  work for TTP or did he during that time
20  frame?
21      A.  I don't remember.
22      Q.  Mr. Jia, we've marked an
23  affidavit that you have provided in this
24  litigation as Jia Exhibit 14.

Page 693

1      - - -
2      (Whereupon, Deposition
3  Exhibit Jia-14, Affidavit of Jia
4  Tongchun, 11 pages, was marked for
5  identification.)
6      - - -
7      MR. SEEGER: Do you need a
8  copy of it?
9      MR. CYR: Let's see. It's
10  okay, Lenny. We'll see if I need
11  it.
12  BY MR. SEEGER:
13      Q.  Do you recognize this, Mr.
14  Jia?
15      A.  Yes.
16      Q.  Actually, just because we --
17  I'm sorry.
18      You signed this document in
19  connection with this litigation, correct,
20  sir?
21      A.  Yes.
22      Q.  And the answers you give
23  here in this affidavit, are they -- let
24  me ask you specifically. Like item 9

Page 694

1  where it says, "Taishan sells drywall
2  exclusively in China," did you mean that
3  response for TG as well as TTP?
4      MR. CYR: Excuse me. I'm
5  sorry. I think I need to see a
6  copy of the document.
7      MR. GEORGE: (Handing over
8  document.)
9      MR. CYR: Just for the
10  record, Paragraph 2 of this
11  document states that he's the
12  Chairman of the Board and general
13  manager of Taishan Gypsum. And
14  Taishan Gypsum is then defined as
15  Taishan throughout the
16  declaration. So, now counsel has
17  referred the witness to Paragraph
18  9 that says "Taishan sells drywall
19  exclusively in China." I object
20  in that that's misleading. Please
21  don't do that, Mr. Seeger.
22      THE COURT: Let's restate
23  the question and ask whether or
24  not it's -- the other one does

Page 695

1  business.
2      MR. SEEGER: Well, Your
3  Honor, I was actually going to get
4  to this, but counsel doesn't
5  really give me an opportunity to
6  get through any questions.
7      So, Item 26 in this
8  affidavit, which I assume was
9  written by the attorney, says, "In
10  2006, Taishan's subsidiary, Tai'an
11  Taishan Plasterboard...was formed.
12  TTP also manufactures and sells
13  drywall exclusively in China."
14      So, what I want to be clear
15  is if these representations relate
16  to both. So I'll ask.
17      MR. CYR: I suggest you go
18  to Paragraph 26.
19      THE COURT: He's under
20  cross. I'll let counsel handle
21  it. Make your objections, I'll
22  rule on them, and let's continue
23  on, folks.
24  BY MR. SEEGER:

51 (Pages 692 to 695)

Confidential - Subject to Further Confidentiality Review

Page 696

1    Q.   Mr. Jia, item 9 where it
2   says, "Taishan sells drywall exclusively
3   in China," would you intend to make that
4   same representation for TTP?
5    A.   Yes.
6    Q.   Mr. Jia, where it says,
7   "Taishan never...sold drywall in
8   Louisiana," would you make that same
9   representation for TTP?
10       INTERPRETER: Counsel, you
11       mean Number 10? Can you repeat
12       your question, please?
13  BY MR. SEEGER:
14       Q.   In item 11, it says,
15  "Taishan never...sold drywall in
16  Louisiana." I want to know if, Mr. Jia,
17  if you would make the same representation
18  for TTP?
19       A.   Correct.
20       Q.   And "Taishan
21  never...marketed its drywall in
22  Louisiana," would you make that same
23  representation for TTP?
24       A.   Yes.

Page 697

1    Q.   Item 13, "Taishan
2   never...distributed its drywall in
3   Louisiana," would you make that same
4   representation for TTP?
5    A.   Yes.
6    MR. SEEGER: Joe, the
7   document I'm going to mark as
8   Jia-15 is Bates stamped TG
9   00919813 through 14. I think you
10  have it.
11       MR. CYR: Not for
12  interpretation, but just for
13  logistics, is your plan to hand me
14  a copy of the documents you are
15  handing the witness or is that not
16  the plan?
17       MR. SEEGER: I can do that.
18  I thought we provided them to you.
19       MR. CYR: No. You provided
20  about 500 documents, and we didn't
21  know which ones you were going to
22  use in the deposition, so --
23       MR. SEEGER: I'll get you a
24  copy.

Page 698

1    THE COURT: Let's do it this
2   way. Whenever you show the
3   witness a document, give a copy
4   also to counsel.
5    MR. SEEGER: I thought he
6   had a binder. I'll do that,
7   Judge.
8    MR. CYR: Mr. Seeger, I'm
9   not sure this is my business or
10  not, but the judge seems to have a
11  black binder with a lot of
12  exhibits in it. Did plaintiffs'
13  counsel give that binder to the
14  judge?
15       MR. DAVIS: Just so it's
16  clear, from a logistics
17  standpoint, those are the
18  documents that were provided to
19  counsel in the index that were
20  exchanged early on, and then our
21  e-mails back and forth. My
22  appreciation was that you would
23  have a complete set. However, I'm
24  happy to give you my set of

Page 699

1   binders if you'd like it.
2    MR. CYR: That's great. I
3   think we should have whatever
4   you've given the judge.
5    THE COURT: I have a red
6   tabbed document that the
7   defendants have given to me, and I
8   have here on the floor a number of
9   folders that the plaintiffs have
10  placed there. I haven't looked at
11  them yet. Whatever I have, let's
12  give to the defendants, please.
13       MR. CYR: Just so that the
14  record is clear, Mr. Davis has
15  given me three binders. I take it
16  these three binders have already
17  been given to the judge. And now
18  we have four.
19       MR. DAVIS: And the witness
20  has one. You should have five
21  binders at this point.
22       MR. BRENNER: Chris, can you
23  identify the document?
24       MR. SEEGER: Yeah, I'm going

52 (Pages 696 to 699)

Confidential - Subject to Further Confidentiality Review

Page 700

1    to do that right now. We're just
2    having a hard time finding it.
3         - - -
4         (Whereupon, Deposition
5    Exhibit Jia-15, E-mail chain, top
6    one dated 2/10/2007, Bates stamped
7    TG 0000011, was marked for
8    identification.)
9         - - -
10   BY MR. SEEGER:
11       Q.   So, what I'm marking as
12   Jia-15 is TG 11 --
13       MR. CYR:   Off the record.
14       - - -
15       (Whereupon, an
16   off-the-record discussion was
17   held.)
18       - - -
19   BY MR. SEEGER:
20       Q.   Mr. Jia, do you recognize at
21   the very top there's an e-mail address
22   that says "Peng"? Do you see where I'm
23   looking? The "From" line.
24       A.   I don't understand English.

Page 701

1        Q.   Do you know who Peng Wenlong
2    is, Peng Wenlong?
3        A.   I know that.
4        Q.   Who is that?
5        A.   His position before or now?
6        Q.   Let's start with his
7    position in 2007?
8        A.   He used to be the
9    international business department
10   director or deputy director of TG. I'm
11   not sure which one was he.
12       Q.   And when was --
13       When did you testify earlier
14   that TTP was formed?
15       A.   It was formed in 2006. I
16   don't remember the exact month.
17       Q.   And my question is, Peng
18   Wenlong in February 10 of 2007, would he
19   have been an employee of TG or TTP?
20       A.   TTP's employee.
21       Q.   Okay.
22       He would be TTP's employee,
23   Mr. Jia. So, why, on this e-mail, if you
24   look below where he's written an e-mail

Page 702

1    to this person Melvyn, do you see where
2    it says "Yours faithfully, Frank"?
3        MR. CYR:   Objection in that
4    the witness has testified that he
5    cannot read English. And in
6    addition, you are asking him to
7    speculate about why somebody else
8    did something.
9        MR. SEEGER:   I was trying to
10   identify where on the document I
11   was about to go.
12       THE COURT:   Just a moment.
13   I understand -- maybe you didn't
14   understand what I said, but I
15   don't need an explanation.
16       MR. CYR:   Sorry.
17       THE COURT:   You just make
18   the word "objection," I got it,
19   and I'll rule on it.
20       MR. CYR:   I got it. I
21   apologize.
22       THE COURT:   It's okay.
23       Overrule the objection.
24   BY MR. SEEGER:

Page 703

1        Q.   Mr. Jia, my question is -- I
2    know this is in English, and you don't
3    speak English or read it. Beneath the
4    name here of this TTP employee, he signs
5    off as being from the Taihe Group. The
6    Taihe Group is TG, correct?
7        A.   Not necessarily.
8        Q.   Who is the Taihe Group?
9        A.   The businesses in the
10   surrounding, sometimes they're all called
11   Taihe Group.
12       Q.   I would like to point to
13   your attention, this does not relate to
14   Louisiana. I finally found the e-mail I
15   want to show you for that. But you also
16   testified earlier that you never shipped
17   or distributed drywall in Alabama. Do
18   you recall that testimony?
19       MR. CYR:   Objection.
20       THE COURT:   Overrule the
21   objection.
22   BY MR. SEEGER:
23       Q.   Do you recall giving that
24   testimony, Mr. Jia?

53  (Pages 700 to 703)

Confidential - Subject to Further Confidentiality Review

Page 704

```
 1        A.  Can you repeat?
 2        Q.  Do you recall testifying
 3   earlier that you never shipped or
 4   distributed drywall to Alabama?
 5        MR. CYR:  Objection.
 6        THE COURT:  Overruled.
 7        THE WITNESS:  Correct.
 8   BY MR. SEEGER:
 9        Q.  Yet here is an employee, and
10   the interpreter will translate, where he
11   says, "We have a customer in America, who
12   need us to ship about 400000 sheets of
13   gypsumboard to Mobile," Alabama.
14        MR. CYR:  What's the
15   question?
16   BY MR. SEEGER:
17        Q.  Were you unaware that your
18   company was shipping drywall to Mobile,
19   Alabama?
20        MR. CYR:  Objection.
21        THE COURT: I'll sustain
22   that objection.  Restate the
23   question.
24   BY MR. SEEGER:
```

Page 705

```
 1        Q.  Mr. Jia -- let me think how
 2   to ask this.
 3        Mr. Jia, did you have an
 4   understanding one way or another as to
 5   whether your company, prior to your
 6   testimony today, shipped drywall to
 7   Alabama?
 8        MR. CYR:  Objection.
 9        THE COURT:  Overruled.
10   BY MR. SEEGER:
11        Q.  You can answer, Mr. Jia.
12        A.  Repeat the question.
13        (Interpreter repeats the
14        question to the witness.)
15        I know that my company had
16   never shipped products to Alabama.
17        Q.  So this would be 16 and that
18   16A.
19        - - -
20        (Whereupon, Deposition
21        Exhibit Jia-16A, E-mail chain, top
22        one dated 10/15/2005, Bates
23        stamped TG 0019813 and TG 0019814,
24        and Deposition Exhibit Jia-16B,
```

Page 706

```
 1        Translation of E-mail chain, top
 2        one dated 10/15/2005, Bates
 3        stamped TG 0019813 and TG 0019814,
 4        were marked for identification.)
 5        - - -
 6   BY MR. SEEGER:
 7        Q.  All right.
 8        I'm going to mark this as
 9   16A. For the record, we're marking as
10   Jia Exhibit 16A TG 0019813 through 814.
11   16B is TG 0019813.
12        Mr. Jia --
13        MR. CYR:  Excuse me.  Is
14   there -- I'm sorry, withdrawn.
15   BY MR. SEEGER:
16        Q.  Mr. Jia, can you tell me who
17   Apollo Yang is, if that a name that rings
18   a bell?
19        A.  We have never seen this
20   person.
21        Q.  You don't recognize him as
22   an employee of TG or TTP?
23        A.  I don't understand English,
24   so, I don't know who this person you are
```

Page 707

```
 1   referring to.
 2        Q.  Well, Mr. Jia, you're aware
 3   that certain Chinese employees of TG and
 4   TTP have anglicized names as well as
 5   Chinese names, correct?
 6        A.  Yes.
 7        Q.  Okay.
 8        And the only one I have on
 9   this document is the name of Apollo Yang,
10   but you're saying you don't recognize
11   that name, correct?
12        A.  I don't know this name.
13        Q.  The date of the e-mail, as
14   you can see at the top, is October 15,
15   2005.  Can you just point that out for
16   him, please.  Mr. Jia, I'm sorry to
17   interrupt.  I think we just found the
18   Chinese version of Mr. Yang's name.  It's
19   Yang Jiapo.  Does that name ring a bell?
20        A.  I know this name.
21        Q.  Could you identify who he
22   is, what company he worked for?
23        MR. CYR:  Objection, time
24   period.
```

54 (Pages 704 to 707)

Confidential - Subject to Further Confidentiality Review

Page 708

```
 1        MR. SEEGER:  In the time
 2   frame of the document, 2005.
 3        THE WITNESS:  I'm aware of a
 4   person with this name.  But I'm
 5   not sure which company he's worked
 6   at, TTP or TG.  I know this person
 7   later resigned.
 8   BY MR. SEEGER:
 9        Q.  Mr. Jia, I need to ask you
10   this.  You recall that I had asked you
11   questions back in April, correct?  Do you
12   remember we were here for your
13   deposition?
14        A.  I forgot.
15        MR. SEEGER:  Mr. Cyr, do you
16   have the prior transcript nearby
17   that you can refer to?  I want to
18   refer to his transcript.
19        MR. CYR:  My hotel room is
20   nearby.  The answer to your
21   question is yes.  But I'm
22   comfortable in proceeding with
23   your accurately reading from the
24   transcript.
```

Page 709

```
 1        MR. SEEGER:  Thank you.
 2        MS. BASS:  Do you need a
 3   copy?
 4        MR. SEEGER:  If we can give
 5   it to Mr. Cyr.
 6   BY MR. SEEGER:
 7        Q.  Mr. Jia, when we last
 8   deposed you, I asked you this question,
 9   and you gave me this answer.  It's on
10   page -- for the record, it's Page 246,
11   and it's line 16 through 18.
12        I asked you, "Do you know
13   who Apollo Yang is?"  That was the
14   question.
15        The answer is, "I know who
16   he is.
17        "Question:  Could you
18   identify him?  Who" he is, "what is his
19   role?
20        "Answer:  He is one of the
21   employees of the company, but I'm not
22   sure what role he plays."
23        Do you recall being asked
24   those questions and giving those answers?
```

Page 710

```
 1        A.  I don't recall this
 2   question, but since you read it, I
 3   believe what I said at the time was the
 4   truth.
 5        Q.  So, Mr. Jia, the exhibit
 6   we're looking at now that's in front of
 7   you --
 8        MR. CYR:  I'm sorry.  I do
 9   need to say something for the
10   record, just so that the reader of
11   the transcript appreciates that
12   when Mr. Seeger read in English
13   the name Apollo Yang, of course,
14   that reflected questioning that
15   had been interpreted in Chinese.
16        MR. SEEGER:  That's
17   incorrect.  I asked the name
18   Apollo Yang.  That's the way it
19   was asked.
20        THE COURT:  Whatever the
21   transcript is, that's what it is.
22   BY MR. SEEGER:
23        Q.  Now, the question I have on
24   the exhibit in front of you, Mr. Jia, is,
```

Page 711

```
 1   can you see that this is -- can you
 2   identify for him this is an e-mail from
 3   Apollo Yang to a Wenny Yin?  The subject
 4   matter of the e-mail is "New Gypsum Board
 5   quotation."
 6        Mr. Yang writes, "We have
 7   been attempting to finalize the bulk
 8   carrier and" haven't "received any
 9   feedback.  Currently we have the
10   information on" the "bulk carrier and
11   would like to make the quotation for your
12   reference, as follows:  Regular gypsum
13   board," and there's some measurements
14   there, "CNF New Orleans Port."
15        Now, my question, Mr. Jia,
16   is, prior to giving your testimony today,
17   did you have an understanding or not as
18   to whether you had shipped drywall to New
19   Orleans?
20        A.  I don't know.
21        MR. SEEGER:  For the record,
22   the next exhibit we'll go to will
23   be TG 0025216 through 218.
24        MR. CYR:  Excuse me,
```

55 (Pages 708 to 711)

Confidential - Subject to Further Confidentiality Review

Page 712

```
 1    25 what?
 2        MR. SEEGER:  I'm sorry, it's
 3    25216 through 25218.
 4        INTERPRETER:  Give this back
 5    to you.
 6        MR. SEEGER:  You can leave
 7    those right there.  Why don't we
 8    put them here for now.  That one
 9    too.  Let's keep it all together.
10    You can throw them right in that
11    pile.  I'll sort them out.
12        THE COURT:  Let's make sure
13    he has a copy of it, Counsel.
14        MR. SEEGER:  He's got it in
15    front of him, Judge.
16        MR. CYR:  You have to give
17    us a second to find the document.
18        MR. SEEGER:  Go ahead.  Go
19    ahead.
20        MR. CYR:  Thank you.  We
21    found it.
22    BY MR. SEEGER:
23        Q.   Mr. Jia, if you could take a
24    look at what we've just marked as Exhibit
```

Page 713

```
 1    17.
 2                    - - -
 3        (Whereupon, Deposition
 4    Exhibit Jia-17, E-mail dated July
 5    5, 2007, Bates stamped TG 0025216
 6    through TG 0025218, was marked for
 7    identification.)
 8                    - - -
 9    BY MR. SEEGER:
10        Q.   Let me just represent to you
11    that the e-mail address at the top, the
12    "From," I don't expect you to recognize
13    that, but I'll start by asking you if you
14    do.
15        A.   I only see some numbers.  I
16    don't know what they represent.
17        Q.   Fair enough.
18        I'll represent to you,
19    subject to your attorney confirming, that
20    that is the e-mail address of Frank Clem,
21    also known as Peng Wenlong.
22        MR. CYR:  I have no
23    objection for you to continue with
24    your questions.
```

Page 714

```
 1        MR. SEEGER:  Thank you.
 2    BY MR. SEEGER:
 3        Q.   If you look below, there's
 4    an e-mail exchange between Frank Clem or
 5    Peng Wenlong and another individual at a
 6    company called SINA, S-I-N-A.
 7        MR. CYR:  What's the
 8    question?
 9    BY MR. SEEGER:
10        Q.   The question is, do you know
11    who that company is, SINA?
12        A.   I don't know.
13        Q.   Below that, there's a
14    conversation going on between this
15    individual and Frank Clem where it says,
16    "I have located a buyer who would like to
17    receive sheetrock in New Orleans,
18    Louisiana, and also in Philadelphia,
19    Pennsylvania."
20        INTERPRETER:  Interpreter
21    needs to check the definition of
22    sheetrock.
23        THE COURT:  Drywall.
24        MR. SEEGER:  Drywall.
```

Page 715

```
 1        THE COURT:  What's the
 2    question?
 3    BY MR. SEEGER:
 4        Q.   To be clear, I want to be
 5    clear, is it your testimony that you had
 6    no understanding of your company shipping
 7    drywall to New Orleans or Philadelphia,
 8    Pennsylvania?
 9        MR. CYR:  Objection.
10        THE COURT:  Overrule the
11    objection.
12        THE WITNESS:  I don't know.
13    I don't know where our gypsum
14    board were shipped to, and I also
15    don't know where were they used
16    at.
17    BY MR. SEEGER:
18        Q.   Well, you understand, Mr.
19    Jia, that your people made arrangements
20    to ship drywall to places in the United
21    States, correct?
22        MR. CYR:  Objection.
23        THE COURT:  I'll sustain the
24    objection.
```

56 (Pages 712 to 715)

Confidential - Subject to Further Confidentiality Review

Page 716

1  BY MR. SEEGER:
2      Q.   Do you have an understanding
3  one way or another as to whether
4  employees of your company made
5  arrangements to ship drywall to the
6  United States?
7      A.   I don't know.
8          MR. SEEGER: For the record,
9      what we're about to look at is TG
10     415.
11         MR. CYR:  415, that sounds
12     like Binder Number 1.
13         MR. SEEGER: That's probably
14     right.
15             - - -
16         (Whereupon, Deposition
17     Exhibit Jia-18, E-mail chain, top
18     one dated 5/12/2006, Bates stamped
19     TG 0000415, was marked for
20     identification.)
21             - - -
22         MR. SEEGER: Do you have it?
23         MR. CYR:  Yes, sir.
24  BY MR. SEEGER:

Page 717

1      Q.   Mr. Jia, this e-mail that
2  I'm going to refer to is the one in the
3  middle of the page.  And it's dated May
4  12, 2006.  I'll represent to you, it's an
5  e-mail exchange between a Mr. Darren and
6  Frank Clem or Peng Wenlong.  Mr. Peng
7  says, "First, we are exporting our gypsum
8  board to the USA with quantity of 600000
9  sheets every month.  We have much
10 experience on exporting to the USA."
11         MR. SEEGER: Could you
12     translate that, please?
13         INTERPRETER: Sure.
14  BY MR. SEEGER:
15     Q.   Based on your understanding
16  of your company, is that a true
17  statement?
18     A.   No.
19     Q.   And the sizes that are
20  referenced, if you look at the paragraph
21  right below that, it says "Second, we can
22  produce" it says 4 by 8 by 1/2, 4 by 12
23  by 1/2 and so on.
24         MR. CYR:  What's the

Page 718

1  question?
2  BY MR. SEEGER:
3      Q.   Those are all sizes used in
4  the United States, correct?
5      A.   Not necessarily.
6      Q.   But in addition to the
7  places you're referencing, they are also
8  sizes used in the United States, correct?
9      A.   Yes.
10     Q.   And it says, "But at this
11 moment." Do you see that? "But at this
12 moment we normally produce" half inch
13 "gypsum board, and we have get the test
14 report according to ASTM standard."
15         Mr. Jia, what country uses
16     the ASTM standards?
17     A.   I know that ASTM standard is
18 a standard used in America for gypsum
19 board.  Many countries have gypsum board
20 standard.  Many Chinese customers would
21 require the product to be produced
22 according to American standard.
23         MR. CYR:  Chris, when you're
24     ready, we're ready.

Page 719

1          THE WITNESS: As far as I
2  know, Canada, Australia and many
3  other countries also require to
4  produce gypsum board in accordance
5  with American standard.  Many
6  countries who are small and have
7  difficulties in producing their
8  own standard, therefore, they are
9  required to use standard of other
10 countries.  The ASTM American
11 standard not only serve the people
12 of the United States but serve
13 also the people worldwide.  This
14 is a general common sense in
15 gypsum board industry.  Every
16 gypsum board manufacturer would
17 digest and absorb the standard of
18 another country to see whether
19 they are able to produce their
20 drywall according to that
21 standard.  It is a simple matter.
22 BY MR. SEEGER:
23     Q.   Are you finished your
24 answer?

57 (Pages 716 to 719)

Confidential - Subject to Further Confidentiality Review

| Page 720 |
|---|

1     A.  Yes.
2         MR. SEEGER:  You said you
3     needed --
4         MR. CYR:  Can we take a
5     break?
6         MR. SEEGER:  You have to ask
7     the Judge.
8         THE COURT:  Yes.  You want
9     to take a break?  Sure.
10        THE VIDEOTAPE TECHNICIAN:
11    Going off the record.  The time is
12    2:27.
13            - - -
14        (Whereupon, a recess was
15    taken from 2:27 p.m. until
16    2:36 p.m.)
17            - - -
18        THE VIDEOTAPE TECHNICIAN:
19    This is the beginning of Tape
20    Number 5.  We're going back on the
21    record.  The time is 2:36.
22        MR. SEEGER:  Your Honor and
23    Joe, the next exhibits we're going
24    to look at are TG 22728.

| Page 721 |
|---|

1     Actually, it is only a one-page
2     exhibit.
3         THE COURT:  It is in the
4     first volume, first volume.
5         MR. CYR:  It is the second
6     part of the first volume; is that
7     right?
8         MR. SEEGER:  Yes.
9         MR. CYR:  And it is 227.
10        MR. SEEGER:  22728.
11        MR. CYR:  I hate to slow
12    things down, but I'll peak at Mr.
13    Jia's once we go forward here.
14        MR. SEEGER:  Thanks.  I
15    appreciate that.
16            - - -
17        (Whereupon, Deposition
18    Exhibit Jia-19A, E-mail in Chinese
19    dated May 11, 2007, Bates stamped
20    TG 0022728, and Deposition Exhibit
21    Jia-19B, E-mail dated May 11,
22    2007, Bates stamped TG 0022728,
23    were marked for identification.)
24            - - -

| Page 722 |
|---|

1     BY MR. SEEGER:
2         Q.  Mr. Jia, can you take a look
3     at, you can see there is a Chinese
4     version of this e-mail.  It is dated May
5     11, 2007.
6         Just to make sure we're
7     looking at the right e-mail, you see that
8     this is written from Frank Clem or Peng
9     Wenlong, correct?
10        A.  Reflected by the document
11    itself, yes, it was written by Peng
12    Wenlong.
13        Q.  Okay, thank you.
14        In May of 2007, TTP was
15    already up and running for close to two
16    years, correct?
17        MR. CYR:  Objection.
18        THE COURT:  I'll overrule
19    the objection.
20        Can you answer the question?
21        THE WITNESS:  Can you repeat
22    it, please?
23    BY MR. SEEGER:
24        Q.  At the time this e-mail was

| Page 723 |
|---|

1     written, TTP was already in existence and
2     doing business?
3         A.  Yes.
4         Q.  At the bottom of the Chinese
5     version of this e-mail where it says
6     "Yours faithfully, Frank," what company
7     does Frank Clem or Peng Wenlong, what
8     company name appears below his signature?
9         A.  I don't understand what is
10    written here.
11        Q.  Okay, because it's in
12    English.
13        Well, you understand this is
14    an e-mail that came from Frank Clem, Peng
15    Wenlong, correct?
16        MR. CYR:  Objection.
17    BY MR. SEEGER:
18        Q.  Right, Mr. Jia?
19        You understand this to be
20    true?
21        MR. CYR:  Has the judge
22    ruled?
23        THE COURT:  Restate it.
24    BY MR. SEEGER:

58 (Pages 720 to 723)

Confidential – Subject to Further Confidentiality Review

---

Page 724

1     Q.  Mr. Jia, you understand this
2 is an e-mail from Frank Clem?
3     A.  I don't understand what you
4 said about the sender of the e-mail.
5     Q.  I'm asking you now, do you
6 understand this to be an e-mail from
7 Frank Clem? I thought you already
8 testified that you did.
9     A.  It's hard for me to
10 understand the concept in English, the
11 conversion from English to Chinese. You
12 said Frank. I don't know who is Frank.
13     Q.  Do you understand Peng
14 Wenlong also used the name Frank Clem?
15     A.  This is my first time
16 hearing that.
17     Q.  How long have you known Peng
18 Wenlong?
19     A.  Many years.
20     Q.  And you've never heard that
21 he goes by the name Frank Clem?
22     A.  No.
23     Q.  I'll ask you some other
24 questions.

---

Page 725

1     In May of 2007, we agree
2 that TTP was already doing business,
3 correct?
4     A.  What was the time?
5     Q.  In May of 2007.
6     A.  You mean TTP?
7     Q.  Was already doing business
8 in May of 2007, correct?
9     A.  Correct.
10     Q.  If you read the e-mail, and
11 you can read the Chinese version, Mr.
12 Clem is discussing Shandong Taihe Dongxin
13 Company?
14     MR. CYR: Is there a
15 question?
16 BY MR. SEEGER:
17     Q.  Do you see that?
18     MR. CYR: Objection.
19     THE COURT: I'll overrule
20 the objection. He sees it.
21 What's the question?
22     THE WITNESS: Yes, I see it.
23 BY MR. SEEGER:
24     Q.  Just to be clear, Shandong

---

Page 726

1 Taihe Dongxin, that's TG, that is not
2 TTP, correct?
3     A.  Correct.
4     Q.  So he's saying here that TG
5 is a national key manufacturer of new
6 building materials, correct?
7     MR. CYR: Objection.
8     THE COURT: Overruled,
9 overruled.
10     THE WITNESS: Yes.
11 BY MR. SEEGER:
12     Q.  Do you see at the lower part
13 of the e-mail he discusses "Products of
14 our company have been sold to Southeast
15 Asia, Middle East, the United States" so
16 on and so forth. Do you see that?
17     A.  That's what is written.
18     Q.  And that's true? That's a
19 true statement, correct?
20     A.  I believe it is a true
21 statement.
22     Q.  Then beneath that it says,
23 "The export of gypsum boards to the
24 United States last year was 18 million

---

Page 727

1 square meters"?
2     A.  This is not true.
3     Q.  That's a false statement?
4     A.  I believe the lease is
5 inaccurate.
6     Q.  Was it a bigger number, a
7 smaller number?
8     A.  That's not what I meant.
9     Q.  Okay.
10     Do you also see where below
11 that it says that "The board has passed
12 the US Professional ASTM Inspection"?
13     MR. CYR: He's asking if you
14 see it.
15     THE WITNESS: I see it.
16 BY MR. SEEGER:
17     Q.  Do you understand that to be
18 a true statement, that the board exported
19 to the United States had passed US
20 professional ASTM inspection?
21     A.  This is inaccurate.
22     Q.  What aspect of that is
23 inaccurate, Mr. Jia?
24     A.  The company that export

---

Confidential - Subject to Further Confidentiality Review

Page 728

1  gypsum board to America is Taihe Dongxin
2  Company, including TTP, not only Taihe
3  Dongxin. The export volume is also
4  inaccurate. They are inaccurate as of
5  whether the gypsum board had indeed
6  shipped to America or where were they
7  used at. It is inaccurate as its
8  statement of that it has passed the U.S.
9  professional ASTM inspection. No
10 professional institution in America has
11 performed inspection for our gypsum
12 board. It's only that some of the
13 customers of ours required us to be
14 inspected according to American ASTM
15 standard. For those requests of the
16 customer, we say we're unable to go to
17 America to be examined by their
18 professional institutions. Therefore,
19 those customers appointed an inspection
20 institution in Hangzhou for the
21 inspection. Upon the inspection of such
22 institution in Hangzhou, they notified
23 that our gypsum board are up to the
24 standard which met the requirement of the

Page 729

1  customers. That is the process.
2      Q.  So, your board, at some
3  point in time, you had arranged for your
4  board to pass ASTM, US ASTM inspection
5  protocols, correct?
6      A.  I have not arranged such
7  things.
8      Q.  Not you, Mr. Jia, the
9  company, TG?
10     A.  My company, according to the
11 requirement of some of the customers, had
12 brought our products to some Hangzhou
13 inspecting institutions for inspection.
14 Our company have not voluntarily had our
15 product inspected. They have always been
16 upon the request of the customers.
17     Q.  Mr. Jia, your company, TG
18 I'm specifically referring to, has in the
19 past prepared marketing materials over
20 the years advertising your brand, who you
21 ship to, where you export to, things like
22 that, correct?
23     A.  Yes. Similar
24 advertisements.

Page 730

1      Q.  And, in fact, I'm going to
2  mark and show to you, if you can just
3  show the judge.
4          MR. GEORGE:  It is also
5  Jia-2 in the first deposition?
6          MR. CYR:  Was this shown in
7  the April deposition, Mr. Seeger?
8          MR. GEORGE:  Yes. It is
9  Jia-2, a much clearer copy than we
10 had then.
11         MR. CYR:  Are you going to
12 ask different questions?
13         MR. SEEGER:  I'm going to
14 ignore your question to me unless
15 the judge instructs me to answer
16 it.
17         THE COURT:  Let's ask
18 questions, please. What's the
19 question?
20         MR. SEEGER:  Do you have a
21 copy?
22         THE COURT:  I do.
23            -  -  -
24         (Whereupon, Deposition

Page 731

1  Exhibit Jia-20, Brochure of
2  Shandong Taihe Dongxin Co., Ltd.,
3  was marked for identification.)
4            -  -  -
5  BY MR. SEEGER:
6      Q.  Mr. Jia, take a look at what
7  we've just marked as Jia Exhibit 20. Mr.
8  Jia, the name on this, what we marked as
9  Exhibit 20, is Shandong Taihe Dongxin
10 Co., Ltd., which probably indicates this
11 was prepared sometime at or before 2007;
12 is that fair?
13         MR. CYR:  Objection.
14         THE COURT:  I'll overrule
15 the objection.
16         THE WITNESS:  I believe so.
17 BY MR. SEEGER:
18     Q.  Mr. Jia, if you'd take a
19 look at the second page of this document,
20 toward the bottom, and this document, by
21 the way, is in Chinese and English. So,
22 I'll just point out to the interpreter
23 the English portion. I'm going read
24 where it's highlighted.

60 (Pages 728 to 731)

Confidential - Subject to Further Confidentiality Review

Page 732

```
1          From these marketing
2   materials from Exhibit 20, Mr. Jia, it
3   says "We," meaning this is the
4   predecessor to TG, "have a self-supported
5   import and export ability, our products
6   not only sell well in our domestic
7   market" but "also export to many
8   countries," for example, "U.A.E.,
9   Indonesia, India, Russia, U.S.A.," et
10  cetera.
11         Did I read that correctly?
12      A.   It is not necessarily
13  completely accurate, but most of it
14  reflects the true situation of Taishan.
15      Q.   And on Page 15 of this
16  marketing document, Mr. Jia, if you could
17  go to Page 15. It's the second to last
18  page.
19         MR. CYR: Chris, would you
20     state for the record where the
21     highlighting came from?
22         MR. SEEGER: That was
23     probably somebody in my office.
24  BY MR. SEEGER:
```

Page 733

```
1      Q.   Mr. Jia, right here. Do you
2   see there is a map of the world on that
3   page? For the record, it's the second to
4   the last page of this document. Do you
5   agree that's a map of the world?
6          MR. GEORGE: Can we switch
7      these two?
8          MR. SEEGER: Yeah, I'm
9      sorry. We'll substitute them.
10         THE WITNESS: It's blurry.
11  BY MR. SEEGER:
12     Q.   Do you recognize it to be a
13  map of the world or not, Mr. Jia?
14     A.   I believe so.
15     Q.   Yeah. I mean, I know this
16  isn't your first time seeing it, because
17  I showed this to you in April. Do you
18  remember?
19     A.   That one is much more
20  clearer than this one.
21     Q.   Mr. Jia, what do you
22  recognize this to be, this dot I'm
23  pointing to on that map?
24     A.   Korea.
```

Page 734

```
1      Q.   You don't recognize that to
2   be China?
3      A.   Beijing.
4      Q.   And then from that point in
5   Beijing there's a line that goes to here.
6   (Indicating.) What does that say?
7      A.   America.
8      Q.   Thanks.
9          Mr. Jia, I've also marked
10  Jia Exhibit 21.
11          - - -
12         (Whereupon, Deposition
13     Exhibit Jia-21, Brochure of
14     Taishan Ceiling and Wall System,
15     Bates stamped TG 0025132 through
16     TG 0025151, was marked for
17     identification.)
18          - - -
19  BY MR. SEEGER:
20     Q.   Now, this marketing brochure
21  says "Taishan Gypsum Company," correct?
22         MR. CYR: Let us find it,
23     Chris, real quickly.
24         MR. SEEGER: It is on the
```

Page 735

```
1   front page.
2          MR. CYR: Excuse me?
3          MR. SEEGER: On the front
4      page.
5          MR. CYR: 25132.
6          MR. SEEGER: Sorry about
7      that. I didn't understand it.
8   BY MR. SEEGER:
9      Q.   Mr. Jia, the fact this says
10  Taishan Gypsum on it indicates to us,
11  even though there isn't a date, that this
12  was created on or after 2007, when they
13  had the name change, correct?
14     A.   Yes.
15     Q.   And if you'd take a moment
16  to look at this document, I don't want to
17  waste a lot of time on this, Page 2 has
18  the exact same language as the exhibit we
19  just reviewed, doesn't it?
20         MR. CYR: Objection.
21         THE COURT: That's the
22     question. If he doesn't
23     understand it, he can say it.
24     I'll overrule the objection.
```

61 (Pages 732 to 735)

Confidential - Subject to Further Confidentiality Review

Page 736

1      MR. CYR: I would ask that
2   the witness be given an
3   opportunity to see the previous
4   exhibit so he can compare them and
5   then testify whether or not it's
6   exactly the same.
7      THE COURT: That's fair.
8   That's fair.
9      MR. SEEGER: So, ask him if
10  he can find the language that's
11  highlighted in Exhibit 20.
12     THE WITNESS: I don't
13  understand that language.
14     MR. SEEGER: (Addressing the
15  interpreter.)
16     Let me do it a different
17  way. I'm going to mark on here,
18  if you can read this to him.
19  Would you please read to him in
20  Chinese the language I bracketed.
21     For people reading this in
22  English, the language I just asked
23  the interpreter to read from this
24  brochure on the second page is,

Page 737

1      "We have a self-supported import
2   and export approval, our products
3   not only sell well in our domestic
4   market also export to many
5   countries" including -- I'm sorry,
6   for example, "U.A.E., Indonesia,
7   India, Russia, U.S.A.," et cetera.
8   BY MR. SEEGER:
9      Q.  It is more or less the same
10  language that we read from the prior
11  exhibit, correct, Mr. Jia?
12     A.  Yes.
13     Q.  Thank you.
14     Mr. Jia, on the second to
15  last page to this later created marketing
16  document, if you go to the second to last
17  page of this one, okay, that's the same
18  map that we looked at from the prior
19  document where it shows a line drawn from
20  China to America, correct?
21     A.  Yes.
22     Q.  Thank you, Mr. Jia.
23     Now, Mr. Jia, let me ask you
24  some questions on a different subject.

Page 738

1   Who, if you know, is the controlling
2   party in CNBM?
3      MR. CYR: Objection.
4      THE COURT: It is a question
5   of who, if he knows. I'll
6   overrule the objection.
7      THE WITNESS: What is the
8   Chinese name of the complete name
9   in Chinese?
10     MR. SEEGER: (Addressing the
11  interpreter.)
12     You have the glossary. I
13  think we did this earlier on CNBM.
14  So, if you go to C. I forgot.
15     MR. CYR: You may need to
16  restate the question for him.
17     THE WITNESS: I know this
18  company.
19  BY MR. SEEGER:
20     Q.  Do you know who owns the
21  controlling interest in CNBM?
22     MR. CYR: Objection.
23     THE WITNESS: I don't know
24  who are the controlling party of

Page 739

1   the share of the company.
2   BY MR. SEEGER:
3      Q.  Did you ever hold any
4   positions in the past with CNBM?
5      A.  No.
6      Q.  Now, BNBM owns a majority
7   interest in TG, correct?
8      A.  I don't understand your
9   concept of majority interest. I only
10  know numbers.
11     Q.  Okay.
12     So, of all the stock
13  outstanding in TG, BNBM owns the majority
14  stake?
15     MR. CYR: Objection.
16     THE COURT: Why don't you
17  ask him the percentage. It is 65
18  percent, as I understand it.
19     MR. CYR: I just want to --
20  just to be clear for the record,
21  Your Honor, as I believe that the
22  records reflect and his testimony
23  reflects that BNBM has owned 43
24  percent of the stock since April

62 (Pages 736 to 739)

Confidential - Subject to Further Confidentiality Review

Page 740

1    of 2005, and then in the summer of
2    2006 --
3        MR. GONZALEZ:  Your Honor --
4        MR. CYR:  Excuse me.  Excuse
5    me.
6        MR. GONZALEZ:  I'm sorry to
7    interrupt.
8        MR. CYR:  In the summer of
9    2006 --
10       MR. GONZALEZ:  These
11   speeches are inappropriate.
12       THE COURT:  No.  I'm not
13   going to --
14       MR. CYR:  In the summer of
15   2006, they purchased the stock of
16   Donglian, and so they have an
17   indirect interest in that 23
18   percent.  Thank you.
19       THE COURT:  All right.  You
20   don't need to translate that.
21       MR. CYR:  (Addressing Mr.
22   Gonzalez.)
23       Don't interrupt me when I'm
24   talking.

Page 741

1        MR. GONZALEZ:  Your Honor --
2        THE COURT:  Wait, wait,
3    wait.
4        MR. GONZALEZ:  That's
5    getting out of hand.
6        THE COURT:  Yes, look.
7    Let's not talk to each other,
8    please.  Talk to me.
9        Ask the question.
10   BY MR. SEEGER:
11       Q.   BNBM owns 42 percent of TG.
12   Is that what the testimony was, Mr. Jia?
13       A.   Yes.
14       Q.   And BNBM also owns 100
15   percent interest in another company
16   that -- BNBM owns 100 percent interest in
17   Taian Donglian, who also owns an interest
18   in TG, correct, Mr. Jia?
19       A.   I don't understand.  Can you
20   repeat?
21       Q.   Yes.
22       BNBM also owns 100 percent
23   of Taian Donglian Investment Trading
24   Company, correct?

Page 742

1        A.   Taian Donglian?  This
2    company has already been relocated to
3    Beijing and changed its name.
4        Q.   But BNBM owns 100 percent of
5    this company, correct, Mr. Jia?
6        A.   I believe that was before
7    2008.
8        Q.   Do you have an understanding
9    that that is different today, that BNBM
10   does not own 100 percent of Taian
11   Donglian?
12       A.   No, that's not what I meant.
13       Q.   So I just want -- just for
14   the record, I just want to be clear, sir.
15   I'm going to do it again.
16       BNBM owns 42 percent, I
17   believe, or 43 percent of TG, correct?
18       A.   BNBM owns 42 percent of TG.
19       Q.   Taian Donglian owns 23
20   percent of TG, correct?
21       A.   In the year 2008, that's
22   correct.
23       Q.   And BNBM owns 100 percent of
24   Taian Donglian, correct?

Page 743

1        A.   Before 2008, that's correct.
2        Q.   Now, how has it changed
3    since 2008?
4        A.   It's moved, it's relocated
5    to Beijing.  After it's relocated
6    Beijing, I'm not sure whether it sold its
7    share or sold its share partially.
8        Q.   You don't know one way or
9    another?  I just want to be clear.
10       A.   Or they did not share their
11   share at all.  I knew none of those.
12       Q.   You're not sure?  I just
13   want to be clear on what you testified
14   to.
15       A.   I'm not sure.
16       Q.   Now, TG owns 100 percent of
17   TTP and always has, correct?
18       A.   Can you repeat?
19       Q.   TG owns 100 percent of TTP
20   and always has?
21       A.   Correct.
22       Q.   And BNBM, during the time
23   frame of, let's say, 2006 to 2009, was
24   able to elect -- of a five-person board

63  (Pages 740 to 743)

Confidential - Subject to Further Confidentiality Review

Page 744

1  in TG, BNBM got to pick three of the
2  board members, correct?
3      A.   Three what?
4      Q.   Board members.
5      A.   No.
6      Q.   Okay.  So, tell me how it
7  works then.
8      A.   You mean three directors or
9  three shareholders?
10     Q.   I think I understand the
11 confusion now.
12         TG has a board of five
13 directors, correct?
14     A.   Yes.
15     Q.   BNBM gets to pick three of
16 those five directors, correct, Mr. Jia?
17     A.   Yes.
18     Q.   One of the --
19         Of the two remaining
20 directors, you get to pick one of the
21 remaining directors, right?
22     A.   No, I didn't pick that one.
23     Q.   You don't get to pick any of
24 the board members on TG?  Or directors,

Page 745

1  let's use the word "directors."
2      A.   No.
3      Q.   I thought you testified
4  earlier that one director gets appointed
5  by you and TG together?
6      A.   It was the Taian Asset
7  Management Company in TG picked one of
8  the directors.  The person is called Xu
9  Xinghu at the time, and later it was
10 changed to Shang Zianming.  And then it
11 is changed to Zhon Chanxing.  It has
12 changed three times.
13     Q.   So, that accounts for four
14 directors.  How does the fifth director
15 get picked?
16     A.   Anxin Investment Company and
17 I myself had picked me as the director.
18     Q.   And you hold the position on
19 the board of BNBM and on TG, correct, Mr.
20 Jia?
21         MR. CYR:  Objection, vague.
22 Wait for the judge to rule.
23         THE COURT:  I'll overrule
24 that.  I don't see that being

Page 746

1  vague.
2          THE WITNESS:  For a period
3  of time, yes.
4  BY MR. SEEGER:
5      Q.   Tell us the period of time
6  that you're referring to?
7      A.   I have been the director for
8  BNBM and TG ever since the second half
9  year of 2006 up to today.
10     Q.   Okay.  Thank you, Mr. Jia.
11         I want to be clear also
12 about some earlier testimony you gave.  I
13 believe you had testified that TG's
14 drywall is a low to middle end product,
15 whereas BNBM makes a high end product.
16 Do I have that testimony correctly?
17         INTERPRETER:  Interpreter
18 clarification.
19         THE WITNESS:  There are not
20 much differences among high end,
21 middle -- medium end and low end
22 products.  They all had to pass
23 the national standard to be
24 delivered.

Page 747

1          BNBM, together with Lafarge,
2  Knauf and BPB, had been one of the
3  earliest companies that produced
4  gypsum board, so, in the view of
5  the customers, they had better
6  products.  In the general view of
7  the customers, that the products
8  produced by other companies
9  afterwards were medium-end or
10 low-end products.
11 BY MR. SEEGER:
12     Q.   But, Mr. Jia, BNBM and TG
13 actually own plasterboard production
14 plants together, don't they?
15         INTERPRETER:  Interpreter
16 clarification.  You said plastic
17 board?
18         MR. SEEGER:  Plasterboard.
19 Drywall.
20         THE COURT:  Drywall.
21         MR. SEEGER:  Drywall, sorry.
22         MR. CYR:  Objection.
23         THE COURT:  During which
24 area, during which time?

64  (Pages 744 to 747)

Confidential - Subject to Further Confidentiality Review

Page 748

BY MR. SEEGER:
1
2    Q.   Let's say 2005 to 2007.
3    A.   What do you mean by that?
4    Q.   Well, BNBM and TG are
5  actually joint venture partners in
6  certain drywall production plants; isn't
7  that true?
8    A.   No.
9    Q.   That's not true?
10   A.   No.
11   Q.   So, for your attorney, we're
12  going to look at -- oh, here it is.  The
13  English version is TG 0020682 through
14  685.
15            - - -
16         (Whereupon, Deposition
17    Exhibit Jia-22A, Document in
18    Chinese, Bates stamped TG 0020682
19    through TG 0020685, and Deposition
20    Exhibit Jia-22B, Resolution of the
21    4th Extraordinary General Meeting
22    of Shareholders for the Year of
23    2005 of Shandong Taihe Dongxin
24    Co., Ltd., Bates stamped TG

Page 749

1    0020682 through TG 0020685, were
2    marked for identification.)
3            - - -
4         MR. SEEGER:  It's 22.  22A
5    and B.  Sorry.
6         MR. CYR:  So, is it okay if
7    we just show him --
8         MR. SEEGER:  I'm going to
9    give him the Chinese and the...
10         (Handing over document.)
11         MR. CYR:  There's no need to
12    interpret this unless the judge
13    orders you to.  Just so the record
14    is clear, what number exhibit are
15    we now looking at?
16         MR. SEEGER:  What I just
17    marked as 22A and B is what you've
18    got in your hand, right?  It
19    should be the Resolution of the
20    4th Extraordinary General Meeting
21    of Shareholders for the year 2005
22    of Shandong Taihe Dongxin.  22A
23    and B.
24         MR. CYR:  For 22A and B that

Page 750

1    he was shown this morning, it says
2    the third meeting of the third
3    board of directors?
4         MR. SEEGER:  I'm not looking
5    at your exhibits.
6         MR. CYR:  That's what I'm
7    trying to clarify.
8         MR. SEEGER:  Oh, no, no, no.
9    This is our exhibit.  We marked
10    this.  Yeah, I see.  You already
11    premarked it.  I gotcha.  No, I
12    just marked it again.
13         MR. CYR:  Sorry.
14         MR. SEEGER:  That's okay.
15         MR. CYR:  We're ready to go.
16         MR. SEEGER:  We're all good?
17    Judge, do you have it?
18         THE COURT:  Yes.
19         MR. SEEGER:  All right.
20  BY MR. SEEGER:
21    Q.   Mr. Jia, please take a
22  moment to familiarize yourself with this.
23  Can I just ask you a clarifying question
24  before you look at this?

Page 751

1         Do you have any marketing
2  materials that you have either produced
3  in the litigation or that you have
4  anywhere where you describe BNBM as a
5  competitor to TG in the sale of drywall?
6    A.   I have not made such
7  statements in documents, because in doing
8  so would affect the relationship among
9  the shareholders.
10    Q.   So, Mr. Jia, let's take a
11  look at what we just marked, which is the
12  "Resolution of the 4th Extraordinary
13  General Meeting of Shareholders."  Mr.
14  Jia, you attend these meetings, right?
15    A.   Yes.
16    Q.   By the way, just by way of
17  reference, does this document tell you
18  where this meeting occurred?  It's on the
19  top.
20    A.   BNBM conference room.
21    Q.   So, this is a meeting of the
22  TG shareholders, correct?
23    A.   Yes.  Original name was
24  that.

65  (Pages 748 to 751)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 752

1    Q.   It is in a conference room
2    at BNBM, just to be clear?
3        A.   Yes.  It was a temporary
4    shareholders' meeting once.
5        Q.   Only once?
6        A.   I don't recall exactly how
7    many times have we held meeting.
8        Q.   It is more than once,
9    though, right, Mr. Jia?
10       A.   I'm not sure.
11       Q.   Mr. Jia, just take a moment
12   to refresh your recollection of this
13   document, but this indicates a couple of
14   joint venture projects between BNBM and
15   TG, correct?
16       A.   Uh-huh.
17       Q.   "Uh-huh" means yes?
18       A.   I see it.  I see it.
19       Q.   Okay.  Thank you.
20           And the projects that are
21   being described, the way they are
22   described in this document is "to
23   construct the annual 10 million square
24   meters plasterboard production Project in

Page 753

1    Tianping Town," and then it describes it
2    is in the Yunnan Province, correct?
3        A.   Yes.
4        Q.   And it indicates that Taihe,
5    which is TG, is going to pay 80 percent
6    of the costs, and BNBM will pay 20
7    percent of the costs, correct?
8        A.   That's not the expense.
9    That's the investment percentage.
10       Q.   Okay.  Thank you for the
11   correction.
12           And then the second project,
13   it says, will "construct the annual 12
14   million square meters plasterboard
15   production project in Xiantgan City."
16           And again, this is divided,
17   the percentages are divided 80 percent to
18   TG, 20 percent to BNBM, correct?
19       A.   Correct.
20       Q.   Now, if you go to the
21   signature page of this document, you see
22   where it says "For BNBM," there's a
23   signature of somebody by the name of Cao
24   Jianglin.  Did I read that correctly,

Page 754

1    sir?
2        A.   Rather it should be Cao
3    Jianglin, C-A-O, last name, first name,
4    J-I-A-N-G-L-I-N.
5        Q.   Correct, thank you.
6           Now, Mr. Cao was a signatory
7    for BNBM on this document, correct?
8        A.   Not Mr. Cao, but Mr. Cao.
9        Q.   Oh, I'm sorry.  I'm sorry.
10   Mr. Cao.
11           INTERPRETER:  C-A-O, Cao.
12   Cao is spelled C-A-O, C-A-O.
13           MR. SEEGER:  I'm going to
14   show the interpreter, Judge, if
15   it's okay, because we have the
16   translation.  I just want to make
17   sure I've got the -- see how the
18   translator here --
19           INTERPRETER:  It is Cao.
20   The Chinese pronunciation is Cao,
21   not Cao.  The C is pronounced
22   as --
23   BY MR. SEEGER:
24       Q.   Can we just confirm that

Page 755

1    that is, in fact, the same person that
2    signed in Chinese?  I don't know if
3    that's the right -- could that be the
4    same person?
5        A.   According to the Chinese
6    phonetics, yes.
7        Q.   So, I should say Cao
8    Jianglin?
9        A.   Cao.
10       Q.   Got it.  I apologize.
11           Mr. Cao Jianglin signed for
12   BNBM in this document, correct, sir?
13       A.   Correct.
14       Q.   Mr. Cao Jianglin at one time
15   also served on the board of TG; isn't
16   that true?
17       A.   No.
18       Q.   Was he ever a supervisor?
19       A.   Of course not.
20       Q.   Did he hold any --
21           MR. CHEN:  Are you using
22   "supervisor" as the term from
23   board of supervisors?  Because
24   that's a defined term, as opposed

66 (Pages 752 to 755)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 756

1     to just a supervisor meaning
2     somebody who is --
3             MR. SEEGER: I gotcha.
4     Okay.
5     BY MR. SEEGER:
6        Q.   Let me ask it this way.
7        Mr. Jia, did Mr. Cao ever
8     hold a position with TG that you know of?
9        A.   Yes.
10       Q.   What position was that, sir?
11       A.   The chief supervisor of the
12    board of supervisors.
13       Q.   And Mr. Cao also at some
14    point had held a position with CNBM,
15    correct?
16       A.   What company was that?
17       Q.   CNBM.
18            MR. SEEGER: You have the
19    guide there.
20            THE WITNESS: Yes.
21    BY MR. SEEGER:
22       Q.   Mr. Cao at one point in time
23    also held a position with BNBM America,
24    correct, Mr. Jia?

Page 757

1        A.   I don't know.
2        Q.   Mr. Jia, you signed here on
3     behalf of yourself, correct?
4        A.   Yes.
5        Q.   And you signed on behalf of
6     Taian Anxin Investment & Trade Company,
7     correct?
8        A.   Yes. Anxin Company, rather.
9        Q.   Thank you for the
10    correction.
11            Now, with regard to these
12    joint venture projects that BNBM and TG
13    did together, did they share the
14    production in plasterboard or drywall
15    that came out of those plants?
16            MR. CYR: Objection. Don't
17    answer until the judge rules.
18            THE COURT: I'll overrule
19    the objection. If he doesn't
20    understand it, he can say, and you
21    can clarify it on redirect.
22            THE WITNESS: Can you
23    clarify? I don't quite
24    understand.

Page 758

1     BY MR. SEEGER:
2        Q.   So, these joint venture
3     projects that BNBM and TG had gone into
4     together that's referenced in the
5     resolution, did both companies share in
6     the production or get the benefit from
7     these plasterboard production plants?
8             MR. CYR: Same objection.
9        You can answer, Mr. Jia.
10            THE COURT: Overrule the
11    objection.
12            THE WITNESS: They share the
13    benefit together, but they did not
14    produce together. TG was in
15    charge of the production
16    management.
17            I would like to take this
18    opportunity to further explain, if
19    I may, Your Honor, and attorneys.
20            THE COURT: You can do so.
21            THE WITNESS: In the year
22    2005, the company law of China
23    remained the same, which was no
24    change. The old company law

Page 759

1     states that no company can have
2     100 percent of a limited company's
3     share. It has to be shared by two
4     or more shareholders. So, when we
5     established two subsidiaries, we
6     had to find two shareholders. Of
7     course, the company itself should
8     have the majority of stocks. The
9     company TG --
10            INTERPRETER: Interpreter
11    clarification.
12            THE WITNESS: One company
13    was established by TG. In other
14    such, in the background of the
15    law, it was not beneficial to
16    attract other investors. So, we
17    attracted investment from BNBM for
18    a 20 percent share and a 5 percent
19    share. As far as I can remember,
20    the new company law was issued in
21    2008. The new company law states
22    that it is okay to establish a 100
23    percent exclusively-owned company
24    owned by one shareholder.

67 (Pages 756 to 759)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 760

1    I would like to make a
2  correction.  Perhaps as after the
3  year 2006, for one stockholder to
4  share 100 percent of a certain
5  company became approved.  After
6  that time, all the companies
7  Taishan Gypsum had established had
8  been exclusive invested company.
9  That explains why TTP has been a
10  100 percent owned, exclusive owned
11  company, but not the companies
12  before that time.  According to
13  the document, the two companies'
14  production sales and their
15  combined report has always been
16  under the control of TG.
17    THE COURT:  Let's ask
18  another question.
19  BY MR. SEEGER:
20    Q.  Now, Mr. Jia, you
21  understand, don't you, that when -- that
22  BNBM from time puts out like an annual
23  report of its financial situation.  Are
24  you aware of that?

Page 761

1    MR. CYR:  Objection.
2    THE COURT:  You want to put
3  in time?
4  BY MR. SEEGER:
5    Q.  I mean, since 2006, each and
6  every year, BNBM reports its financial
7  status to the corporate world?
8    MR. CYR:  Objection.
9    THE COURT:  I'll overrule
10  the objection.
11    THE WITNESS:  Can you
12  clarify your question?  I don't
13  understand.
14  BY MR. SEEGER:
15    Q.  Yes.  For example -- I'll
16  try to get you an example of what I'm
17  talking about.
18    THE COURT:  Let's take a
19  break at this time, and we can
20  find our material.  Fifteen
21  minutes.
22    THE VIDEOTAPE TECHNICIAN:
23  We're going off the record.  The
24  time is 3:33 p.m.

Page 762

1     - - -
2    (Whereupon, a recess was
3  taken from 3:33 p.m. until
4  3:46 p.m.)
5     - - -
6    THE VIDEOTAPE TECHNICIAN:
7  We're back on the record.  The
8  time is 3:46.  This is the
9  beginning of Tape Number 6.
10     - - -
11    (Whereupon, Deposition
12  Exhibit Jia-23, China National
13  Building Material Company Limited
14  Overseas Regulatory Announcement,
15  Bates stamped Q000155 through
16  Q000223, was marked for
17  identification.)
18     - - -
19  BY MR. SEEGER:
20    Q.  Mr. Jia, I'm marking Jia
21  Exhibit Number 23, which I'm going to
22  hand to you.  It is an announcement by
23  CNBM of BNBM's financial results for
24  2009.

Page 763

1    MR. HARDT:  Do you have a
2  Bates number?
3    MR. SEEGER:  There isn't a
4  Bates number.
5    MR. GEORGE:  Q 155.
6    MR. SEEGER:  Oh, is that how
7  they did it?
8  BY MR. SEEGER:
9    Q.  As far as I know, there
10  isn't -- when these are made, they are
11  not made in Chinese.  They are published
12  in English by CNBM.
13    Mr. Jia, this document
14  purports to be CNBM's announcement of
15  BNBM's financial status as of 2009.  It
16  is the summary of the 2009 annual report,
17  if that can be pointed out to you.
18    MR. CYR:  What's the
19  question?
20  BY MR. SEEGER:
21    Q.  Now, Mr. Jia, are you aware
22  that CNBM reports the financial results
23  of BNBM?
24    A.  I don't know.

68  (Pages 760 to 763)

Confidential - Subject to Further Confidentiality Review

Page 764

```
1      Q.  And, I mean, would it help
2  or would you know that when those results
3  are reported, they also report TG's
4  financial status as being part of
5  BNBM's -- you know, under BNBM's
6  financial umbrella?
7          MR. CYR:  Objection.
8          THE COURT:  Do you
9      understand the question?
10         THE WITNESS:  No.
11         THE COURT:  Restate it.
12 BY MR. SEEGER:
13     Q.  So, Mr. Jia, what I'm saying
14 is, do you have an understanding one way
15 or another that when CNBM reports BNBM's
16 financial results, they also report TG's
17 drywall production and, you know, their
18 financial results as well?
19         MR. CYR:  Objection.
20         THE COURT:  I'll overrule
21     the objection and let him answer
22     if he knows.
23         THE WITNESS:  I'm not sure.
24     But what I do know is that CNBM
```

Page 765

```
1  owns 52 percent of BNBM's share.
2  I'm not sure about their financial
3  arrangements.
4  BY MR. SEEGER:
5      Q.  But what I'm asking you is,
6  are you aware that when CNBM reports
7  BNBM's financial status, they include in
8  that TG's financial status as well?
9      A.  I'm not sure about that.
10     Q.  Okay.
11         Because, Mr. Jia, the reason
12 I ask you this is because you also sit
13 on, you are a board member in BNBM,
14 correct?
15     A.  Like I said before, I'm only
16 an honorary deputy general manager or
17 director of BNBM.  And I had no share
18 with BNBM nor had any individual assets
19 with BNBM.  So, I'm not concerned about
20 the business of BNBM.  For a long period
21 of time, my focus was Taian TG Company
22 which headquarter is located in Taian,
23 which is far away from Beijing.  So, I
24 rarely participate in the business of
```

Page 766

```
1  BNBM, even though I might have attended
2  the board of directors meeting once or
3  so.
4      Q.  Your testimony today,
5  because I asked you about this in April,
6  is that you attended one BNBM board
7  meeting?  I just want to be clear.
8      A.  Correct.
9      Q.  One BNBM board meeting.
10 Okay.
11         But you attend all the board
12 meetings of TG, correct?
13     A.  Yes.
14     Q.  And so BNBM is the -- we
15 established this earlier -- has a
16 significant position within TG as a
17 shareholder and in appointing board
18 members, correct?
19     A.  I don't quite understand
20 you.
21     Q.  Mr. Jia, who is reporting
22 TG's financial information to BNBM, if
23 you know, so that it can be reported by
24 CNBM?
```

Page 767

```
1      A.  Our financial department.
2      Q.  But you're the chairman of
3  TG also, correct, sir?
4      A.  Yes.
5      Q.  So this isn't being done
6  behind your back, you're aware that
7  financial information is being provided
8  to BNBM, correct, sir?
9          MR. CYR:  Objection.
10         THE COURT:  Overrule the
11     objection.
12         THE WITNESS:  As the
13     chairman of the board of
14     directors, I prepare annual report
15     for the board of directors and the
16     board of shareholders for the
17     Taishan Gypsum Company for its
18     performance of the year before and
19     to make an introduction of the
20     upcoming year's plan in order to
21     gain support of the shareholders.
22 BY MR. SEEGER:
23     Q.  And, Mr. Jia, are you aware
24 that the results that you provide to BNBM
```

69 (Pages 764 to 767)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 768

1  are reflected in their own financial
2  statements?
3            INTERPRETER: Interpreter
4       clarification. Reflected in their
5       own --
6       MR. SEEGER: In BNBM's
7       financial statements.
8       THE WITNESS: I'm not a
9       financial expert. I started off
10      as an engineer. I think the
11      director of finance should know
12      the information.
13  BY MR. SEEGER:
14      Q.   Doesn't that person report
15  to you, Mr. Jia, the director of finance?
16      A.   This director of finance
17  reports to me annually of the costs and
18  profit, but he does not report to me how
19  does the profit and other matters of TG
20  reflects on the financial report of
21  CNBM -- BNBM.
22      Q.   Are you -- go ahead. I'm
23  sorry.
24            INTERPRETER: Interpreter

Page 769

1       clarification.
2       THE WITNESS: BNBM owns 42
3  percent of Taishan Gypsum Company
4  and Donglian, which is part of
5  BNBM, owns TG's 23 percent of the
6  share. And BNBM -- CNBM, excuse
7  me, owns BNBM's 52 percent of the
8  share. I believe you should check
9  with a financial expert as of how
10  they combine the financial report
11  together.
12  BY MR. SEEGER:
13      Q.   Mr. Jia, what
14  responsibility, what role do you play in
15  the preparation of financial statements
16  or financial information that go to BNBM?
17      A.   I'm not responsible for it.
18      Q.   But what role do you play,
19  if any? You participate in the
20  preparation of the statements. Do you
21  review them? What role?
22      A.   I don't play any role at
23  all.
24      Q.   So, the chairman of the

Page 770

1  company plays no role in reporting
2  financial information to the owner of the
3  company?
4       MR. CYR: Objection.
5       THE COURT: I'll allow it.
6       Overruled. And let's move on
7       after this.
8       THE WITNESS: I think this
9       is a rather vague question I
10      cannot answer.
11  BY MR. SEEGER:
12      Q.   Mr. Jia, one last thing.
13      Would you agree with the
14  statement where BNBM reports Taishan
15  Gypsum Company as a holding subsidiary of
16  BNBM? Do you agree with that?
17      A.   Yes.
18       MR. SEEGER: For the record,
19      I'm marking Q 10.
20       MR. CYR: Is this the new
21      one?
22       MR. GEORGE: No.
23       MR. CYR: We're good to go.
24       MR. SEEGER: For the record,

Page 771

1  we've marked Jia-24. That's Q 10.
2          - - -
3       (Whereupon, Deposition
4       Exhibit Jia-24, China National
5       Building Material Company Limited
6       Connected Transaction, Acquisition
7       of the Entire Equity Interest in
8       Taian Donglian Investment Trading
9       Company Limited; Connected
10      Transaction, Provision of
11      Financial Assistance to Taian
12      State Owned Assets Management
13      Group, Bates stamped Q000010
14      through Bates stamped Q000012, was
15      marked for identification.)
16          - - -
17  BY MR. SEEGER:
18      Q.   Mr. Jia, do you, from time
19  to time, review statements like this made
20  by CNBM about, you know, acquisitions or
21  business that involves TG?
22      A.   I have never seen this
23  document before.
24      Q.   Let me ask you if you agree

70 (Pages 768 to 771)

Confidential - Subject to Further Confidentiality Review

Page 772

1  with this statement in this announcement
2  by CNBM. It says, "Following BNBM's
3  acquisition of the 42% equity interest of
4  Taihe, the Company has become the largest
5  producer of gypsum boards in the PRC.
6  The acquisition also has enhanced the
7  Company," meaning BNBM's, "ability to
8  serve a broader base of customers. The
9  directors of the Company," BNBM, "believe
10 that the Acquisition will enable CNBM
11 Group to further enhance its
12 competitiveness and consolidate its
13 leading position in the PRC gypsum board
14 market as it will participate more
15 actively in the daily operations and
16 management of Taihe" -- what does that
17 say there?
18        MR. GEORGE: "With a view"?
19 BY MR. SEEGER:
20    Q.  -- "with a view to improving
21 its" productivity -- "profitability."
22        MR. SEEGER: I know that's a
23 long one, but you will have to
24 translate for him.

Page 773

1        MR. CHEN: No. That's CNBM
2  Group, not CNBM. The second one.
3  CNBMG, CNBM Group.
4        THE INTERPRETER: This is
5  the second?
6        MR. CYR: No. This one. It
7  says the Group, (indicating), the
8  one that has the G there.
9        Objection.
10       THE COURT: I'll overrule
11 it.
12 BY MR. SEEGER:
13    Q.  Do you agree with the
14 statement that was just read to you, made
15 by CNBM?
16    A.  I disagree.
17    Q.  Just as the chairman of TG,
18 how would you handle this disagreement
19 that you have with a public statement
20 made by CNBM about your company?
21       MR. CYR: Objection.
22       THE COURT: What's the
23 question? How would he handle it?
24       MR. SEEGER: Yes. I mean,

Page 774

1  he says he disagrees with a public
2  statement made by a company about
3  TG. I mean, is it --
4        MR. CYR: The judge needs to
5  rule on the objection.
6        THE COURT: I'll overrule
7  the objection.
8        What's your answer?
9        THE WITNESS: This report is
10 an advertisement serving the
11 purpose of attracting the eyeballs
12 of the shareholders to buy their
13 share. After BNBM had purchased
14 42 percent of TG's share, it is
15 nothing but only a shareholder.
16 In the production and operation of
17 the business, all of it should be
18 in accordance with company law.
19 Since 2005 up until today,
20 Taishan's business operation has
21 been in compliance with company
22 law to have management and
23 decision-making people. As it
24 says that they have control of the

Page 775

1  daily operation, it is neither
2  legal nor reasonable, and also it
3  is impossible to do. I called to
4  raise my objection to this.
5  BY MR. SEEGER:
6    Q.  Who did you call, Mr. Jia?
7    A.  Cao Jianglin.
8    Q.  Was anything done about it?
9    A.  No.
10       MR. SEEGER: I just have a
11 couple more questions, Judge, if
12 you can tolerate a little bit
13 here.
14            - - -
15       (Whereupon, Deposition
16 Exhibit Jia-25, China National
17 Building Material Company Limited
18 Overseas Regulatory Announcement,
19 Bates stamped Q000975 through
20 Q000981, was marked for
21 identification.)
22            - - -
23 BY MR. SEEGER:
24    Q.  Mr. Jia, I want to hand to

71 (Pages 772 to 775)

Confidential - Subject to Further Confidentiality Review

Page 776

1  you to what we just marked as Jia Exhibit
2  25. For the record, it's Q 975 through
3  981.
4       Mr. Jia, I want to ask you
5  just a few more questions, all right, and
6  then we'll leave you alone.
7       When I asked you questions
8  back in April, you testified that you
9  could not calculate the amount of drywall
10 that had been exported to the US by TG.
11 Do you recall that testimony?
12      A.  I said I was not sure about
13 it. I was not sure.
14      Q.  Well, we can find your
15 testimony.
16      MR. SEEGER:  (Addressing
17 co-counsel.)  Why don't you dig
18      that out.
19 BY MR. SEEGER:
20      Q.  But let me move on to my
21 point. What I've just marked as an
22 exhibit in front of you is an
23 announcement again by CNBM on behalf of
24 BNBM and TG regarding the litigation in

Page 777

1  the U.S. over Chinese drywall. Have you
2  ever seen this before in either English
3  or Chinese?
4       A.  No.
5       Q.  Has anybody ever brought
6  this to your attention in preparation for
7  your deposition, this announcement?
8       A.  No.
9       Q.  In this report, in this
10 announcement by CNBM, on behalf of BNBM
11 and TG, they specifically state the
12 amount of drywall that was shipped to the
13 US. And my question to you is, as the
14 chairman of TG, how did they get this
15 information, if not from you?
16      MR. CYR:  Objection.
17      THE COURT:  If he knows, he
18 can testify.  If he doesn't know,
19 he just has to say I don't know.
20      THE WITNESS:  I cannot
21 speculate.
22 BY MR. SEEGER:
23      Q.  Is there anybody in TG who
24 could answer that question, how BNBM gets

Page 778

1  this information?
2       A.  I'm not sure for now.
3       Q.  You signed off on the fact
4  sheet that was produced in this
5  litigation on behalf of TG.  It's your
6  signature on that fact sheet, correct?
7       MR. SEEGER:  I don't know
8  how you explain it to him.
9  BY MR. SEEGER:
10      Q.  It's a manufacturer's
11 profile form.
12      A.  What form? I'm not aware of
13 that.
14      Q.  That's all right.  Strike
15 it.
16      MR. SEEGER:  Judge, if I
17 could take like a five-minute
18 break, I can probably boil this
19 down to another five minutes, or a
20 two-minute break.
21      THE COURT:  Let's take just
22 a couple-minute break.
23      THE VIDEOTAPE TECHNICIAN:
24 Going off the record.  The time is

Page 779

1  4:12.
2            - - -
3       (Whereupon, a recess was
4  taken from 4:12 p.m. until
5  4:17 p.m.)
6            - - -
7       THE VIDEOTAPE TECHNICIAN:
8  This is the beginning of Tape
9  Number 7.  We're going back on the
10 record at 4:17.
11 BY MR. SEEGER:
12      Q.  Mr. Jia, let me ask you to
13 take one more -- I just have a couple of
14 follow-up questions about Exhibit Jia-13.
15      MR. SEEGER:  Now, Ms.
16 Interpreter, can you turn to the
17 page where there's Chinese
18 writing?  I think it's the third
19 page.
20 BY MR. SEEGER:
21      Q.  Mr. Jia, there's Chinese
22 writing at the top, and below it there's
23 writing in English.  And I want you to
24 tell me if you agree that the English --

72  (Pages 776 to 779)

Confidential - Subject to Further Confidentiality Review

Page 780

1  that the Chinese version that's on there
2  says what the English version says. In
3  English, it says, "TAIAN TAISHAN
4  PLASTERBOARD CO., LTD. certifies that
5  ORIENTAL TRADING Company, LLC as its
6  exclusive agency for the DUN brand in the
7  United States of America."
8       Does it say that in Chinese?
9       A.   That's what it says in the
10  Chinese.
11      Q.   Thank you. I'm done with
12  that.
13      Mr. Jia, from the time frame
14  of 2006 to the present, TG has maintained
15  a website, correct?
16      A.   Our company has a website
17  for others to obtain information from.
18      Q.   About your products,
19  correct, sir?
20      A.   Correct.
21      Q.   Mr. Jia, I just have a few
22  more questions for you.
23      MR. SEEGER:  Let's mark
24  these.

Page 781

1        - - -
2       (Whereupon, Deposition
3  Exhibit Jia-26, Taishan 2006
4  STRUCTURE - Pre Global Offering,
5  August 4, 2011 Mtg., Bates stamped
6  Q000953 and Q000954, was marked
7  for identification.)
8        - - -
9  BY MR. SEEGER:
10      Q.   Mr. Jia, I want to hand you
11  an organizational chart. The words on
12  the chart are in English. The names of
13  the companies are in English, but in the
14  glossary of terms, we have the Chinese
15  names. I would like to know if you can
16  tell me if this is consistent with your
17  understanding of the organizational
18  structure that I'm showing you.
19      I'm marking this as Jia-26,
20  and it is Q 953 through 954.
21      INTERPRETER:  Do you want me
22  to interpret it to Mr. Jia?
23      MR. SEEGER:  If you can,
24  yeah. And you have the glossary

Page 782

1  of names there?
2       INTERPRETER:  Yes.
3       MR. CHEN:  I'll note for the
4  interpreter this actually says
5  BNBM Group, not BNBM.
6       INTERPRETER:  BNBM --
7       MR. CHEN:  Group.
8       MR. CYR:  And state for the
9  record your point.
10      MR. CHEN:  For the record,
11  I'm pointing to the third line,
12  the small square on the far left.
13      MR. BLACK:  What's the Bates
14  number on this one?
15      MR. GEORGE:  Q 953.
16      INTERPRETER:  Where does it
17  say trading company? Is it import
18  and export company, is this the
19  trading company?
20      MR. CHEN:  CNBM Trading is
21  actually not on the defined list.
22      MR. GEORGE:  The trading
23  company?
24      INTERPRETER:  Mr. Chen, is

Page 783

1  Cinda, Cinda -- China Cinda Asset
2  Management Company, is it the same
3  company as shown on the glossary?
4       MR. CHEN:  I don't know for
5  sure, actually. I'm just looking
6  at this document.
7       MR. SEEGER:  Hold on. This
8  looks like it's turning into a big
9  complicated thing. I think
10  that we could -- can we submit
11  this to you in the form of
12  Interrogatories and just get
13  answers from you that way after
14  the deposition? That might be the
15  easiest way to do it than to sit
16  here with the witness and make
17  them look at it.
18      MR. CYR:  Based on the
19  information that's recently
20  available to TG or TTP, yes.
21      MR. SEEGER:  We'll accept
22  that. That's fine. We can take
23  that. Ervin, do you want to sit
24  down there or you want to stay

73 (Pages 780 to 783)

Confidential - Subject to Further Confidentiality Review

Page 784

1    there?
2        Thanks for your patience.
3    Thank you, Mr. Jia.  Thank you,
4    Mr. Cyr.
5        THE COURT:  Ready?
6        MR. GONZALEZ:  Yes.
7        THE COURT:  You may proceed.
8          - - -
9        EXAMINATION
10          - - -
11   BY MR. GONZALEZ:
12       Q.   Good afternoon, sir.  I'm
13   Ervin Gonzalez on behalf of the MDL
14   liaison states.  Pleasure to meet you.
15       Mr. Jia, my understanding is
16   that since 2006 to the present, you have
17   been on the board of directors of TG and
18   BNBM; is that correct?
19       A.   Starting from what time?
20       Q.   2006.
21       A.   Yes.
22       Q.   And currently you're being
23   presented as a spokesperson on behalf of
24   TG and TTP, correct?

Page 785

1        A.   Yes.
2        Q.   TTP and TG have the same
3    address, correct?
4        A.   What's the definition of
5    address?
6        Q.   The information you put on
7    an envelope when you want to mail
8    something to one of the companies would
9    be the same?
10       A.   Correct.
11       Q.   And they both have the same
12   phone number, correct?
13       A.   I don't think they have the
14   same phone number.
15       Q.   Can you look at Exhibit 20,
16   please.
17       THE COURT:  Does he have the
18   exhibit?
19       MR. GONZALEZ:  Exhibit 20.
20       MR. CYR:  We just found one
21   version of -- is this the
22   document, sir, that you're looking
23   for?
24       MR. GONZALEZ:  Yeah.

Page 786

1    Exhibit 20.
2        MR. MONTOYA:  Yes.  That
3    would be the last version -- last
4    page.
5    BY MR. GONZALEZ:
6        Q.   If you could look at the
7    last page, this is the -- looking under
8    Shandong Taihe Dongxin, which is now
9    known as TG, correct?
10       A.   Yes.
11       Q.   The phone number listed here
12   is 0086-538-8812017, correct?
13       A.   Yes.
14       Q.   And if you'd look at Exhibit
15   15, do you have the e-mail?  If you'll
16   look at the e-mail number there,
17   underneath, it says, "From: Peng."  And
18   Peng worked for TTP in 2007, correct?
19       A.   What time?
20       Q.   2007.
21       A.   Yes.
22       Q.   And if you look at the
23   number underneath where it says "Yours
24   faithfully, Frank, Taihe Group," the

Page 787

1    number is 0086-538-8812017, correct?
2        A.   Yes.
3        Q.   That's the same number that
4    we had for TG, correct?
5        A.   Not completely same.
6        Q.   Okay.
7        It says 88, and I'm looking
8    now at Exhibit 20, and the phone number
9    is 8812017, correct?
10       A.   Part of their phone numbers
11   are the same, not in its entirety.
12       Q.   All right, sir.
13       The first four digits for
14   both are 0086, correct?
15       A.   Yes.
16       Q.   The next three digits for
17   both of them are 53 and 8, correct?
18       A.   Yes.
19       Q.   The final numbers for both
20   of them are 8811077, correct?  I'm sorry,
21   8812017?
22       A.   You have only read the same
23   number.  You have not read the different
24   numbers.

74 (Pages 784 to 787)

Confidential - Subject to Further Confidentiality Review

Page 788

1    Q.   Sir, I'm reading the only
2  number that's listed as -- what exhibit
3  number is this?
4         The only number listed for
5  Exhibit 15 is 00865388812017, right, sir?
6    A.   Yes.
7    Q.   And that is with respect to
8  an e-mail from Mr. Peng, correct?
9    A.   It's in English. I don't
10 understand. But I believe it should be
11 him.
12   Q.   All right, sir.
13        And the first number that's
14 listed under the first exhibit that we
15 were discussing together, that is the
16 Shandong Taihe Dongxin Company, which is
17 now known as TG, Exhibit 20, is
18 0086-538-8812017, right, sir?
19   A.   Correct.
20   Q.   All right.
21        So, those numbers are the
22 same, right, sir?
23   A.   They have the same phone
24 numbers. But this one has only one phone

Page 789

1  number while the other one has a few
2  numbers. After TTP was established, part
3  of the phone numbers have been separated
4  to the other company, which is natural.
5  There's nothing unnatural about that.
6    Q.   And if you'd look at Bates
7  stamp number TG 001482, which we'll mark
8  as the next exhibit number.
9         MR. BLACK:  What's the Bates
10        number again?
11        MR. GONZALEZ:  Bates stamp
12        number is TG 0001482.
13        MR. BLACK:  Thank you.
14            - - -
15        (Whereupon, Deposition
16        Exhibit Jia-27, Contract, Bates
17        stamped TG 0001482 through TG
18        0001484, was marked for
19        identification.)
20            - - -
21 BY MR. GONZALEZ:
22   Q.   This is a contract between
23 TTP and Wood Nation, Inc., and if you'd
24 turn to the back page, do you recognize

Page 790

1  whose signature that is under Taian
2  Taishan Plasterboard?
3    A.   Yang Jaipo.
4    Q.   And he worked for TTP?
5    A.   I'm not sure in what period
6  had this person worked for TTP.
7    Q.   At some point in time, he
8  did work for TTP?
9         INTERPRETER:  Interpreter
10        clarify gender.
11        THE WITNESS:  Because of his
12        level and my level are very
13        different, so, I cannot be sure of
14        that. I do not want to speculate.
15 BY MR. GONZALEZ:
16   Q.   Do you know if he worked for
17 TTP?
18   A.   I don't know.
19   Q.   How do you know him?
20   A.   Because when he get on --
21 when he got on and off his car, people
22 would greet him as Yang Jiapo. He
23 purchased his own car, which is rare in
24 our company. That's why I am aware of

Page 791

1  this person.
2    Q.   So, you know him from seeing
3  him at work?
4    A.   Yes. Because I've heard
5  other people saying that Yang Jiapo got
6  his own car. Our company is poor. He
7  was the first one who got his own car.
8  That's why I knew him.
9    Q.   So, if you look at the first
10 page of this Exhibit Number 27, please,
11 and you look at the telephone number, it
12 says 0086-538-8812002, correct?
13        MR. CYR:  Objection.
14        THE COURT:  If he doesn't
15        understand it, he can tell us.
16        Otherwise, I'm going to overrule
17        the objection.
18        THE WITNESS:  I understand
19        the Arab numerals. Yes, that's
20        the correct number.
21 BY MR. GONZALEZ:
22   Q.   If you go back to Exhibit
23 Number 20, to the same page we were
24 looking at before, and you look under the

75 (Pages 788 to 791)

Confidential - Subject to Further Confidentiality Review

Page 792

1  telephone number for Shandong Taihe
2  Dongxin now known as TG, you have the
3  number 8812002 listed under that,
4  correct?
5      A.   Yes.
6      Q.   So, the same phone number is
7  listed in Exhibit 20 as it is -- for TG
8  as it is for Exhibit 27 for TTP, correct?
9      A.   Yes.
10     Q.   And then looking at Exhibit
11  27, there's a slash, and then it says
12  2017, correct?
13     A.   Yes.
14     Q.   And if you go back to
15  Exhibit Number 20, the first number
16  listed under Shandong Taihe Dongxin now
17  known as TG is 8812017, correct?
18     A.   Yes.
19     Q.   Have you seen this contract
20  before, Exhibit 27?
21     A.   No.
22     Q.   Were you aware of its
23  existence?
24     A.   Which one?

Page 793

1      Q.   Exhibit 20. Were you aware
2  of its existence?
3          INTERPRETER: 20?
4          MR. GONZALEZ: I'm sorry.
5      My apologies.
6  BY MR. GONZALEZ:
7      Q.   Were you aware of the
8  existence of Exhibit 27, the contract
9  between the Taian Taishan Plasterboard as
10  the seller, and Wood Nation Inc. as the
11  buyer?
12     A.   No.
13     Q.   Were you aware that drywall
14  in the amount of 1,386,000 US dollars
15  were being sold by TTP for discharge in
16  Tampa, Florida, United States of America?
17         MR. CYR: This question
18     doesn't relate to this document.
19         INTERPRETER: Oh, it's not
20     on the document?
21         THE WITNESS: I don't know.
22  BY MR. GONZALEZ:
23     Q.   Were you aware that 500 40-
24  foot high cube container loads, each

Page 794

1  containing 660 pieces of drywall, were
2  shipped to Tampa, Florida for product
3  made by Taian Taishan Plasterboard?
4          INTERPRETER: Each container
5      contained 660 pieces?
6  BY MR. GONZALEZ:
7      Q.   660 pieces, 500 40-foot high
8  cube containers each containing 660
9  pieces.
10     A.   I don't know. Who are you
11  referring to when you say "Taishan"?
12     Q.   TTP.
13     A.   I don't know.
14     Q.   Is there a difference
15  between the drywall made by TTP in terms
16  of quality as the drywall made by
17  Taishan -- I'm sorry -- by TG?
18         MR. CYR: Objection, time
19     period.
20  BY MR. GONZALEZ:
21     Q.   You may answer.
22         THE COURT: Wait. One
23     moment.
24         MR. GONZALEZ: I'm sorry. I

Page 795

1  forgot The Court is here.
2          THE COURT: Let's put the
3      time in.
4  BY MR. GONZALEZ:
5      Q.   During the existence of the
6  corporation TTP, which I believe was
7  incorporated in 2007; is that right?
8      A.   No. I believe it was 2006.
9      Q.   2006. TTP is a wholly-owned
10  company by TG, correct?
11     A.   TG is the only shareholder
12  of TTP. I don't understand what you
13  meant by "solely owned."
14     Q.   The only owner?
15     A.   Correct.
16     Q.   Taishan created -- I'm
17  sorry, TG created TTP to benefit from VAT
18  credits, right?
19         INTERPRETER: Interpreter
20     clarification. To benefit from
21     what credits?
22  BY MR. GONZALEZ:
23     Q.   From VAT credits?
24         INTERPRETER: Value added

76 (Pages 792 to 795)

Confidential - Subject to Further Confidentiality Review

Page 796

```
1    tax?
2           MR. GONZALEZ: Yes.
3           THE WITNESS: No.
4    BY MR. GONZALEZ:
5        Q.   I thought you testified
6    earlier that Taishan was created as a
7    result of having discussions with
8    individuals with the state government
9    that advised you that you could benefit
10   from VAT credits in terms of exemptions
11   if you created a corporation such as TTP?
12       A.   I don't think you have a
13   clear understanding of my prior answer.
14   You just said that the purpose of
15   establishing TTP is for TG to enjoy the
16   tax benefits. That's not what I meant.
17          MR. GONZALEZ: Did you get
18   all of that?
19          INTERPRETER: Yeah. Just
20   one moment.
21          MR. CHEN: FGD.
22          INTERPRETER: FGD. Well,
23   I'll have to ask him to repeat.
24          THE WITNESS: Since 2006, TG
```

Page 797

```
1    started using FGD synthetic gypsum
2    as the raw material to make gypsum
3    board. From 2002, it enjoyed the
4    VAT benefit, but the taxation
5    institution did not allow TG to
6    issue VAT invoice even though it
7    enjoys the benefit of VAT. But
8    some of the customers do request
9    the issuing of VAT invoices. In
10   order to satisfy these customers,
11   we formed TTP, because TTP was
12   able to issue VAT invoices. You
13   don't know if I explained myself
14   well.
15   BY MR. GONZALEZ:
16       Q.   Thank you.
17          MR. CYR: Sir, may I make a
18   statement that's not interpreted
19   just to help?
20          MR. GONZALEZ: Sure.
21          MR. CYR: I think that your
22   original question related to the
23   difference between TG and TTP's
24   drywall. I objected to it because
```

Page 798

```
1    of the time period, and it's
2    already in the record, I believe,
3    in the previous deposition that
4    TTP presently doesn't produce
5    drywall. That's all I was trying
6    to protect in the record. And
7    we're happy for you to continue if
8    you wanted to go back to that
9    question during the time period
10   that TTP produced drywall. Thank
11   you.
12   BY MR. GONZALEZ:
13       Q.   During the period that TTP
14   produced drywall, you would agree with me
15   that it was the same product that TG was
16   making, correct?
17       A.   I don't understand your
18   question.
19       Q.   TTP's drywall was the same
20   as Taishan's drywall during the years
21   that TTP was making drywall, correct?
22       A.   What do you mean, "the
23   same"? How do you define "the same"?
24       Q.   I define "the same" by
```

Page 799

```
1    meaning the same product with the same
2    ingredients made the same way.
3        A.   Not in this entirety.
4        Q.   How were they similar? Tell
5    me every way they were similar, please.
6        A.   TTP's gypsum board was
7    produced according to the requirement of
8    TG's customer to customers, while TTP's
9    gypsum board were produced according to
10   the requirement of TTP's customers.
11       Q.   Other than -- oh, I'm sorry.
12   Were you done?
13       A.   Sometimes TTP shares the
14   same customers of TG. Sometimes they
15   have different customers. For the same
16   customers, the production procedure are
17   basically the same. When they are
18   different requirements, the production
19   procedures are not necessarily the same.
20   I would like to also stress that each
21   gypsum board production line has its
22   difference from the others. For even the
23   two production lines of TTP company has
24   difference process. When you were
```

77 (Pages 796 to 799)

Confidential - Subject to Further Confidentiality Review

Page 800

1  talking about the same, this would be my
2  response.
3      Q.  If a customer is the same
4  customer for TG and TTP requesting the
5  same specifications, both TG and TTP
6  would provide the same product to that
7  customer, correct?
8          MR. CYR:  Objection.
9          THE COURT:  Can you answer
10  the question?  Do you understand
11  it?
12          THE WITNESS:  Like I
13  explained earlier, two production
14  lines may not produce the exact
15  same products.  They only meet
16  requirements and certain standard
17  of the product.  Just like the
18  fingerprint of one person, it's
19  impossible to be the same of
20  another person's.
21  BY MR. GONZALEZ:
22      Q.  What brand did TTP sell of
23  drywall from 2006 until it stopped making
24  the drywall?

Page 801

1      A.  As far as I know, it would
2  be Taishan brand.
3      Q.  How about Dun, D-U-N?
4      A.  There's no production for
5  that.
6      Q.  What is Dun, D-U-N?
7      A.  That's another brand.
8      Q.  Who makes Dun?
9      A.  TG is able to produce Dun
10  brand, product.
11      Q.  Is TG the only one that
12  manufactured Dun products, to your
13  knowledge?
14      A.  Not necessarily.
15      Q.  Who else produces Dun
16  product?
17      A.  For example, Yunnan or
18  Qinhuangdao and other subsidiaries that
19  TG could authorize to manufacture this
20  product.
21          INTERPRETER:  Interpreter
22  clarification.
23          THE WITNESS:  Many of the
24  subsidiaries of Taishan company

Page 802

1  had received such authorization.
2  BY MR. GONZALEZ:
3      Q.  Including TTP, correct?
4          MR. CYR:  I'm sorry, go
5  ahead.
6          THE WITNESS:  As far as I
7  know, TTP did not have the
8  authorization.  Therefore, it has
9  not produced Dun brand gypsum
10  board.
11  BY MR. GONZALEZ:
12      Q.  If we look at Exhibit Number
13  20, which you have in front of you, one
14  of the pages shows the Dun brand logo,
15  correct?  Is that the Dun brand logo?
16      A.  Yes.
17      Q.  That's one of the brands
18  that was prepared -- manufactured by TG,
19  correct?
20      A.  Yes.
21          MR. GONZALEZ:  This will be
22  Exhibit 28.
23          - - -
24          (Whereupon, Deposition

Page 803

1  Exhibit Jia-28, E-mail chain, top
2  one dated February 25, 2007, Bates
3  stamped TG 0021643 through TG
4  0021644 and TG 0023843 and TG
5  0026079, was marked for
6  identification.)
7          - - -
8          MR. GONZALEZ:  This is Bates
9  stamp number TG 0021643 through
10  21644, and TG 23843 and TG 02619.
11  It will be composite Exhibit
12  Number 28.
13  BY MR. GONZALEZ:
14      Q.  This is e-mails with an
15  attachment.  It's a series from Ivan
16  Gonima with Oriental Trading.  It's
17  IvanGonima@gonimaconstructors.com to
18  Wuyu.  Do you know who Wuyu is?
19      A.  I don't know who that person
20  is.
21      Q.  Do you know who Bill Cher
22  is?
23      A.  Can you say it in Chinese?
24      Q.  Che Gang?

78  (Pages 800 to 803)

Confidential - Subject to Further Confidentiality Review

Page 804

```
1        INTERPRETER: I think you'd
2   better write it down so I can
3   pronounce it.
4        MR. MONTOYA: C-H-E,
5   G-A-N-G.
6        MR. GONZALEZ: Che Gang.
7        INTERPRETER: Che Gang.
8        MR. GONZALEZ: Che Gang.
9   Sorry.
10  BY MR. GONZALEZ:
11      Q.   Che Gang.
12      A.   Yes, I do.  I know that
13  person.
14      Q.   This is in English.  But the
15  third page of the document indicates the
16  use of the product, the distributor is
17  Dun with labeling, and I'm going to show
18  you this document, but, in essence,
19  they're discussing the use of the Dun
20  product for Mr. Gonima in the United
21  States through Oriental Trading Company.
22  Were you aware of that?
23      INTERPRETER: Interpreter
24  clarification.
```

Page 805

```
1        THE WITNESS: I think Che
2   Gang made a mistake.  TTP did not
3   authorize him to produce Dun
4   product in the United States.
5   BY MR. GONZALEZ:
6       Q.   If you look --
7       A.   He himself made the decision
8   and came up with such a letter of
9   entrustment.  After he was aware of that,
10  we -- the production of gypsum board was
11  never a reality.  In fact, TTP had never
12  produced Dun brand gypsum board.
13      Q.   So, you were aware of this
14  then?
15      A.   Now I know.
16      Q.   But you knew it then because
17  you told them not to do it, right?
18      A.   No, I didn't know.  I don't
19  know how you got that information.
20      Q.   Mr. Che worked for TTP,
21  correct?
22      A.   Yes.
23      Q.   You didn't work for TTP,
24  correct?
```

Page 806

```
1       A.   Correct.
2       Q.   You were shown previously
3   Exhibit 13.  Right, sir, you were shown
4   Exhibit 13?
5        MR. CYR: You need to show
6   it to him so he can answer.
7        MR. GONZALEZ: I'm going to
8   show you another copy that's a
9   little cleaner.
10  BY MR. GONZALEZ:
11      Q.   This is in English.  It
12  says, "Sole Agency Agreement" on the top.
13  And the seller is TTP, and it's dated
14  October 20, 2006.  The buyer is Oriental
15  Trading Company.  This is the predicate
16  to the question.  The sole sales area for
17  the sole agency agreement between TTP and
18  Oriental Trading Company is listed as the
19  territory of the USA and the --
20      INTERPRETER: I'm sorry,
21  Counsel.  Where are you reading
22  from?
23      MR. GONZALEZ: Here,
24  (Indicating), paragraph 2.
```

Page 807

```
1   (Indicating).  2.
2        INTERPRETER: Can you read
3   it again, please?
4        MR. GONZALEZ: Yes.
5   BY MR. GONZALEZ:
6       Q.   The sole sales area on this
7   sole agency agreement is listed in
8   Paragraph 2 as the territory of the
9   United States of America.  And if you'd
10  turn to the signature line, you told us
11  previously that it appeared to be the
12  signature of Mr. Yang; is that correct?
13  Is that Che Gang?
14      A.   Che Gang.
15      Q.   Che Gang?
16      A.   Yes, it is the signature of
17  Che Gang.
18      Q.   That's the same individual
19  that we were referring to in Exhibit 27,
20  correct, or 28?
21      INTERPRETER: Where is 28?
22  This is 27?
23      MR. GONZALEZ: I'm sorry,
24  27.
```

79 (Pages 804 to 807)

Confidential - Subject to Further Confidentiality Review

Page 808

1      MR. CYR: Objection.
2      THE COURT: Let's get the
3  right one.
4      MR. GONZALEZ: 28.
5      MR. CYR: Objection.
6      INTERPRETER: Where is 28?
7      THE COURT: Just rephrase
8  the question so we know which is
9  the exhibit number. I'm confused
10  whether it is 20, 27 or 28.
11      MR. GONZALEZ: It's 28,
12  Judge, and I apologize.
13  BY MR. GONZALEZ:
14      Q.   Referring to Exhibit Number
15  28, Mr. Bill Cher, also known as Che
16  Gang? Known as Che Gang?
17      MR. CYR: Objection.
18      THE WITNESS: What? Can I
19  take a look?
20  BY MR. GONZALEZ:
21      Q.   Yes. But my question is, is
22  Mr. Che Gang --
23      A.   Let me take a look.
24      Q.   Yes. But my question first

Page 809

1  is, Mr. Che Gang is also known as Bill
2  Cher, correct?
3      MR. CYR: Objection, asked
4  and answered.
5      THE COURT: That's what he
6  said before.
7      MR. GONZALEZ: Right.
8      THE COURT: So let's show
9  him the document.
10      THE WITNESS: I don't see
11  Che Gang here. I don't
12  understand.
13  BY MR. GONZALEZ:
14      Q.   Do you see the name Bill
15  Cher? Turn to TG 0023842, please. Right
16  here, second page of Exhibit 28. Do you
17  see that name there (indicating)?
18      A.   Yes, I know this name.
19      Q.   What is it?
20      A.   Che Gang.
21      Q.   Underneath that it says Bill
22  Cher, correct?
23      MR. CYR: Objection. He
24  doesn't read English. He's

Page 810

1  testified about that several
2  times.
3  BY MR. GONZALEZ:
4      Q.   All right.
5      There's a Chinese language
6  signature as Che Gang, correct?
7      A.   Yes.
8      MR. GONZALEZ: Madam
9  Interpreter, can you please read
10  the name in English underneath
11  that?
12      INTERPRETER: Bill Cher.
13  BY MR. GONZALEZ:
14      Q.   If we'd turn to now Exhibit
15  13 under the sole agency agreement
16  signed -- I'm sorry -- between the
17  seller, TTP, and the buyer, Oriental
18  Trading Company, dated October 20, 2006,
19  it is signed by Che Gang, correct?
20      A.   Yes.
21      Q.   And if you'd go to the last
22  page, please, of the same exhibit, it
23  says "Certificate." There's some Chinese
24  language. The first two sentences or

Page 811

1  paragraphs appear to be Chinese. Can you
2  please read to us in Chinese what that
3  says from the top?
4      A.   It says, "Taian Taishan
5  Plasterboard Company Limited certifies
6  that" -- it is in English. I don't
7  understand.
8      Q.   And the word in English is
9  Oriental Trading Company, LLC?
10      A.   Oriental Trading Company,
11  LLC is the general agent, agency in
12  America for Dun brand of Taishan -- Taian
13  Taishan Plasterboard Company Limited
14  products.
15      Q.   What does it say here on the
16  top?
17      A.   TTP.
18      Q.   And then there, at the
19  bottom of that page, there's also a
20  signature of Che Gang, correct?
21      INTERPRETER: Counsel, he
22  read only one paragraph. Do you
23  want me to -- just to let you
24  know.

80  (Pages 808 to 811)

Confidential - Subject to Further Confidentiality Review

Page 812

```
 1          MR. GONZALEZ:  Yes, but
 2   let's -- we'll go back.  Thank
 3   you.  I appreciate that, but let's
 4   go back to --
 5   BY MR. GONZALEZ:
 6       Q.  This is signed by Che Gang?
 7       A.  Yes.
 8       Q.  Can you read the next
 9   paragraph, please?
10       A.  It says, "This agreement
11   will take force upon the signatures, and
12   this is to certify that its effectiveness
13   and legal effectiveness should be in
14   accordance with the terms and conditions
15   in the exclusive agency agreements made
16   by both parties (SDTH" -- oh, I'm sorry.
17   For this part, it's in English.  I don't
18   understand.
19       Q.  And then the words after
20   that?
21       A.  Can I further explain?
22       Q.  Let me just finish with
23   this, please.
24          What are the words after --
```

Page 813

```
 1          MR. CYR:  I'm sorry.  Your
 2   Honor, should the witness be
 3   allowed to further explain?
 4          THE COURT:  Yeah, let him
 5   explain what he was saying, and
 6   let's make it brief.
 7          MR. GONZALEZ:  Your Honor,
 8   if I may, I only asked him to read
 9   the Chinese, and we're not done
10   with that yet.  There's nothing to
11   explain in the reading.
12          THE COURT:  I understand.
13          MR. GONZALEZ:  All right,
14   Your Honor.
15          MR. CYR:  You can explain.
16          THE WITNESS:  I have
17   stressed it repeatedly.  This
18   agreement was signed under the
19   circumstance that Che Gang was not
20   aware whether TTP was authorized
21   to produce Dun brand products.
22          Number two, TTP had never
23   manufactured Dun brand products.
24   TTP had neither produced nor sold
```

Page 814

```
 1   Dun brand gypsum board.
 2   Therefore, I believe this
 3   agreement had never really came
 4   into force.
 5   BY MR. GONZALEZ:
 6       Q.  After the English letters
 7   and numbers, there's another phrase in
 8   Chinese.  Can you tell us what that says?
 9          INTERPRETER:  Where is it?
10          MR. GONZALEZ:  Right here.
11   (Indicating.)
12          INTERPRETER:  This is
13   included in the sentence before.
14   BY MR. GONZALEZ:
15       Q.  Did you read it accurately?
16       A.  After which?  What?
17       Q.  I asked you to read
18   everything in Chinese to us in this
19   contract, and I'm asking you if you read
20   it accurately?
21       A.  It is accurate.
22       Q.  And it says it takes effect
23   when signed by both parties, correct?
24       A.  Yes.
```

Page 815

```
 1       Q.  Looking at this document,
 2   there seems to be two signatures there,
 3   correct?
 4       A.  Yes.
 5       Q.  One of them from Che Gang,
 6   who worked for TTP?
 7          MR. CYR:  Objection.  This
 8   is the third time.
 9          THE COURT:  It's all right.
10   I'll allow it.
11   BY MR. GONZALEZ:
12       Q.  Right?
13       A.  It is Che Gang.
14       Q.  And in October of -- it says
15   it takes effect on the date of the
16   contract, correct?
17       A.  That's what it says.
18       Q.  And the date of the contract
19   is October 20, 2006, correct?
20       A.  Yes.  But it had never been
21   performed.
22       Q.  The contract has some stamps
23   on it, correct?
24       A.  Yes.
```

81 (Pages 812 to 815)

Confidential - Subject to Further Confidentiality Review

Page 816

1    Q.  Can you tell us what the
2  stamp with the star is?
3    A.   The stamp with the star is
4  the contract stamp of TTP.  It is not the
5  company's stamp.
6    Q.   What does the contract's
7  stamp say in Chinese?
8    A.   TTP Company in Chinese.
9    Q.   How do you know it's the
10  contract stamp for TTP?
11    A.   Chinese clearly stated that.
12  I understand Chinese.
13    Q.   And you've seen it before?
14    A.   No, I have not seen it
15  before.
16    Q.   That's what it says?  Is
17  that what it says?
18         MR. CYR:  Objection.  It's
19  the third time.
20         THE COURT:  The question
21  that I don't understand is that
22  when you say he didn't see it
23  before, are you talking about the
24  stamp or the contract?

Page 817

1         MR. GONZALEZ:  I'm talking
2  about the stamp.
3  BY MR. GONZALEZ:
4    Q.   And I'll clarify the
5  question.
6         Have you seen this stamp
7  before?  Not necessarily in this
8  document, but that stamp?
9    A.   I don't have TG's stamp,
10  neither do I have TTP's stamp.  So, I
11  have never seen those stamps.  This is
12  the first time I've seen this document
13  today.
14    Q.   I'm talking about the
15  particular stamp.  Have you ever seen
16  that stamp anywhere else in any document
17  ever?
18    A.   I've never seen TTP's stamp,
19  and I rarely pay attention to contract
20  stamp like this for TG Company also.
21    Q.   The stamp that is over Che
22  Gang's name has a star on it, correct?
23    A.   Yes.
24    Q.   And then there's some

Page 818

1  Chinese language all around it in a
2  circle, correct?
3    A.   I have already replied to
4  you.  I understand all of them because
5  they are in Chinese.
6    Q.   Now, I want you to read me
7  exactly what it says, because I don't
8  understand Chinese.
9    A.   Taian Taishan Plasterboard
10  Company Limited especially used for
11  contract.
12    Q.   Then there's some Chinese
13  language down there in parentheses.  What
14  does that say?
15    A.   Signature, Che Gang.
16    Q.   And if we go back to Exhibit
17  Number 20, the Dun symbol that we looked
18  at before, that you previously told us
19  was made by TG, is what's being referred
20  to in Exhibit 13, correct?
21    A.   I don't know.  What is
22  Exhibit 13?
23    Q.   The contract.  Exhibit 13 is
24  the contract we're looking at.  It refers

Page 819

1  to Dun in Chinese, correct?
2    A.   Yes.
3    Q.   And Exhibit Number 20, which
4  is the TG catalog that we were referring
5  to before, has the Dun symbol, correct?
6    A.   TG has it.
7    Q.   Is Dun still made today?
8    A.   Yes.
9    Q.   Now, you were telling us
10  before that companies that are authorized
11  by TG to make the Dun product are allowed
12  to do so.  What companies during the
13  years 2005 through 2008 were making the
14  Dun brand with TG's authority?
15    A.   I know that TG authorized
16  some companies, but I don't know the
17  detailed names of the company, because
18  I'm the general manager of TG, I'm in
19  charge of 7,000 employees.  It's
20  impossible for me to know every details.
21  If necessary, I can check and come back
22  with you through my attorney after I go
23  home.
24    Q.   Okay.  That's fine.

82  (Pages 816 to 819)

Confidential - Subject to Further Confidentiality Review

Page 820

1    Which ones do you remember,
2  as you sit here today, as having
3  authority from TG to make the Dun brand?
4    A.  I don't want to make
5  guesses.
6    Q.  Were they subsidiaries of
7  TG?
8    A.  Of course.  TG only
9  authorized to its subsidiaries.
10    MR. GONZALEZ:  Do you want
11  to take a break, Judge?
12    THE COURT:  Well, it's about
13  5:30.
14    MR. GONZALEZ:  All right.
15    THE COURT:  We'll stop here
16  and come back tomorrow.  How are
17  we doing time wise, folks?  How
18  much longer do you have?
19    MR. GONZALEZ:  I don't think
20  more than an hour, Your Honor.
21    THE COURT:  How about you?
22    MS. BASS:  I'll have less
23  than an hour.
24    MR. CYR:  So that means --

Page 821

1    THE COURT:  We don't need to
2  go on the record with this.  It's
3  just logistics.  Go ahead.
4    THE VIDEOTAPE TECHNICIAN:
5  We're off the record.  The time is
6  5:25.  This is the end of Tape
7  Number 7.
8      - - -
9    (Whereupon, the deposition
10  adjourned at 5:25 p.m.)
11      - - -

Page 822

1  C E R T I F I C A T E
2
3
4    I, LINDA L. GOLKOW, a
   Registered Diplomate Reporter, Certified
   Court Reporter and Notary Public, do
5  hereby certify that, pursuant to notice,
   the deposition of TONGCHUN JIA was duly
6  taken on January 9, 2012 at 8:52 a.m.
   before me.
7
8    The said TONGCHUN JIA was
   duly sworn by The Court according to law
9  to tell the truth, the whole truth and
   nothing but the truth and thereupon did
10  testify as set forth in the above
   transcript of testimony.  The testimony
11  was taken down stenographically by me.
12
13    I do further certify that
   the above deposition is full, complete
14  and a true record of all the testimony
   given by the said witness.
15
16
17    Linda L. Golkow
   Registered Diplomate Reporter
   Certified Realtime Reporter
18
19
20    (The foregoing certification
   of this transcript does not apply to any
21  reproduction of the same by any means,
   unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24

Page 823

1  INSTRUCTIONS TO WITNESS
2
3
4    Please read your deposition
5  over carefully and make any necessary
6  corrections.  You should state the reason
7  in the appropriate space on the errata
8  sheet for any corrections that are made.
9
10    After doing so, please sign
11  the errata sheet and date it.  It will be
12  attached to your deposition.
13
14    It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24

83 (Pages 820 to 823)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 824

```
 1          ------
            E R R A T A
 2          ------
 3   PAGE LINE CHANGE _____
 4        _____
 5   REASON: ___ _____
 6        _____
 7   REASON: ____ _____
 8        _____
 9   REASON: _____
10        _____
11   REASON: _____ _____
12        _____
13   REASON: _____
14        _____
15   REASON: _____
16        _____
17   REASON: _____
18        _____
19   REASON: _____
20        _____
21   REASON: _____
22        _____
23   REASON: _____ _____
24
```

Page 826

```
 1   LAWYER'S NOTES
 2   PAGE LINE
 3   _____ _____ _____
 4   _____ _____ _____
 5   _____ _____ _____
 6   _____ _____ _____
 7   _____ _____ _____
 8   _____ _____ _____
 9   _____ _____ _____
10   _____ _____ _____
11   _____ _____ _____
12   _____ _____ _____
13   _____ _____ _____
14   _____ _____ _____
15   _____ _____ _____
16   _____ _____ _____
17   _____ _____ _____
18   _____ _____ _____
19   _____ _____ _____
20   _____ _____ _____
21   _____ _____ _____
22   _____ _____ _____
23   _____ _____ _____
24
```

Page 825

```
 1
 2        ACKNOWLEDGMENT OF DEPONENT
 3
         I,_____, do
 4   hereby certify that I have read the
     foregoing pages, 495-826, and that the
 5   same is a correct transcription of the
     answers given by me to the questions
 6   therein propounded, except for the
     corrections or changes in form or
 7   substance, if any, noted in the attached
     Errata Sheet.
 8
 9   _____
     TONGCHUN JIA          DATE
10
11
12
13
14
15
16   Subscribed and sworn
     to before me this
17   _____ day of _____, 20____.
18   My commission expires:_____
19
20   _____
     Notary Public
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

## A

**ability** 595:3 599:3
  604:14 732:5
  772:7
**able** 535:15 556:22
  646:3 719:19
  743:24 797:12
  801:9
**absent** 561:6
**absorb** 719:17
**accept** 537:6
  783:21
**accepted** 646:5
**accommodation**
  668:15
**accountant** 584:24
**accounting** 516:12
  516:20 580:1,6
  636:11,20 638:15
  639:1,3,7,8,12,19
  639:20 640:2
  642:6,9,13 643:8
  643:12 645:24
  664:16 669:4,6
  673:19,24 674:1,3
  675:14,18,19
  676:5,8
**accounts** 536:3
  745:13
**accuracy** 545:14
**accurate** 581:17,23
  584:4 611:10
  622:5 682:24
  732:13 814:21
  823:20
**accurately** 573:7
  581:3 583:24
  708:23 814:15,20
**acknowledge** 560:4
**acknowledgment**
  825:2
**acquired** 594:2,17
**acquisition** 523:15
  594:7 771:6 772:3
  772:6,10
**acquisitions** 771:20

**acted** 609:19 610:8
**acting** 680:17
  682:20
**action** 526:13,14
**actions** 495:8
  496:23 525:16
**active** 617:6
**actively** 772:15
**activities** 586:3
**acts** 609:16
**add** 657:8,10
**added** 645:4,8,10
  645:12,20,22
  795:24
**addition** 702:6
  718:6
**address** 535:5
  537:2 545:14
  555:22 668:18
  700:21 713:11,20
  785:3,5
**addressing** 685:18
  736:14 738:10
  740:21 776:16
**adjourned** 821:10
**admissibility**
  564:23 565:11,19
**admissible** 533:7
  564:10
**admission** 565:7
**admitted** 564:9
**advance** 571:3
**advertisement**
  774:10
**advertisements**
  729:24
**advertising** 729:20
**advised** 796:9
**affairs** 596:15
**affect** 751:8
**affidavit** 521:17
  691:21,22 692:23
  693:3,23 695:8
**afraid** 610:15
**afternoon** 672:8
  784:12

**agency** 521:15
  683:3 685:2
  688:14 780:6
  806:12,17 807:7
  810:15 811:11
  812:15
**agent** 537:6 608:10
  609:20 610:9
  612:4,13 811:11
**agents** 537:11,14
  677:5,9,22 680:16
  682:20
**ago** 616:12
**agree** 562:20
  564:22 565:18
  614:19 686:3
  725:1 733:5
  770:13,16 771:24
  773:13 779:24
  798:14
**agreed** 577:11
  663:3
**agreement** 508:9
  519:19 520:6,11
  520:16 521:15
  538:4,10,10 545:7
  545:10 553:18
  554:7 561:22
  563:15 568:16
  575:19,22 576:14
  594:16 597:9
  603:24 609:7,15
  659:11,21,23
  660:1,8,16 662:4
  662:15 663:14
  664:1,5,11,14
  665:8 666:2,5
  676:19,24 683:4
  685:2 688:15
  806:12,17 807:7
  810:15 812:10
  813:18 814:3
**agreements** 812:15
**ahead** 571:12
  637:15 675:4
  689:24 712:18,19

768:22 802:5
  821:3
**airpino** 504:19
**alabama** 539:20
  544:7 703:17
  704:4,13,19 705:7
  705:16
**albanis** 504:13
**albee** 502:2
**alevin** 497:5
**alexander** 526:13
**alhambra** 496:19
**allan** 498:3,6
  527:24
**allow** 535:16
  542:17 560:14
  561:1,9 569:14,20
  575:21 581:10
  582:3 594:21
  596:20 770:5
  797:5 815:10
**allowed** 532:14
  563:24 577:14
  813:3 819:11
**allows** 568:12
**alonso** 504:7
**amendment** 512:1
  618:4,24 619:18
**america** 501:9
  505:14 538:18
  689:19 704:11
  718:18 728:1,6,10
  728:17 734:7
  737:20 756:23
  780:7 793:16
  807:9 811:12
**american** 506:16
  718:22 719:5,10
  728:14
**americas** 628:3
**amount** 549:20
  657:10 660:13
  671:12 776:9
  777:12 793:14
**anglicized** 707:4
**announcement**

523:10 524:4
  762:14,22 763:14
  772:1 775:18
  776:23 777:7,10
**annual** 511:3,19
  512:17 513:2,10
  513:18 601:20
  605:9 606:8,15
  621:12 622:16
  623:17 624:15
  625:9,13,21 626:2
  638:14,21 752:23
  753:13 760:22
  763:16 767:14
**annually** 768:17
**answer** 531:10
  534:20 557:8
  558:2 562:14,17
  562:18,18 563:1,3
  563:7 566:6
  581:16 610:6
  649:18 675:11
  678:1 705:11
  708:20 709:9,15
  709:20 719:24
  722:20 730:15
  757:17 758:9
  764:21 770:10
  774:8 777:24
  794:21 796:13
  800:9 806:6
**answered** 809:4
**answering** 541:7
  557:6
**answers** 556:9
  693:22 709:24
  783:13 825:5
**anthony** 504:17
**anxin** 568:12
  570:17 571:23,23
  572:1 581:4
  745:16 757:6,8
**anybody** 777:5,23
**aol** 504:5
**apart** 578:17
**apollo** 706:17 707:9

Confidential - Subject to Further Confidentiality Review

709:13 710:13,18
711:3
apologies 793:5
apologize 681:6
702:21 755:10
808:12
apparently 575:16
appear 688:1 811:1
appearances 496:5
497:1 498:1 499:1
500:1 501:1 502:1
503:1 504:1 505:1
506:1
appeared 807:11
appearing 526:12
526:18 527:1,3
appears 547:9,14
549:11 554:2
572:21 583:14
588:2 723:8
applied 607:12
apply 822:20
appoint 604:15,18
appointed 728:19
745:4
appointing 766:17
appointment
518:10,18 652:12
653:5 654:12
appreciate 542:3
721:15 812:3
appreciates 710:11
appreciation
698:22
approaching
532:22
appropriate 566:20
573:21 823:7
approval 597:10
737:2
approve 547:20
approved 597:14
760:5
approximately
534:19 598:1,4
602:18 633:10

april 531:7 534:19
541:23 542:6
580:8,17,22 581:5
581:21 583:15,17
584:3,16,22 585:3
585:8 586:20
587:5,18 588:19
590:19 621:21,23
622:4 627:5,8,16
708:11 730:7
733:17 739:24
766:5 776:8
arab 791:19
area 541:11 689:23
747:24 806:16
807:6
argumentative
556:11
arnold 497:3
527:10
arranged 729:3,6
arrangement 515:6
630:19
arrangements
634:16 635:3
715:19 716:5
765:3
arrived 577:18
660:17 663:1
article 593:5,12,14
593:16 600:24
604:1 606:20
625:12 651:24
658:18 659:2,3
662:19
articles 509:19
510:8,16 512:1
518:1 519:12
589:10,22 592:15
593:8,20 594:19
594:23 600:12
609:11 618:5
619:1,14 625:10
625:22 626:10
651:2,14 658:2
asia 726:15

aside 608:15,19
asked 534:17 541:4
541:12 542:5
559:11 567:4
598:17 607:14
613:8 674:22
675:12 677:4,7,20
686:16,19,21
708:10 709:8,12
709:23 710:17,19
736:22 766:5
776:7 809:3 813:8
814:17
asking 533:24
534:2 546:8
557:15 566:8
567:24 602:17
638:10 702:6
713:13 724:5
727:13 765:5
814:19
aspect 561:7
727:22
asset 510:2 548:4
550:13 551:21,23
552:11,23 582:19
585:10 591:6,17
598:5 599:4,6,16
599:20 604:21
649:7 745:6 783:1
assets 523:22
538:16,18 550:20
592:4 765:18
771:12
assign 547:21
assigned 548:1,6
646:23 647:3
assignments 632:23
633:6
assistance 523:21
771:11
association 502:7
510:9,16 512:2
518:1 519:13
550:14,24 551:15
551:16 552:24

554:12,23 568:12
568:17 582:17
592:16 593:8
600:13 618:5
651:3,14 658:3
assume 530:15
531:1 695:8
assumption 541:22
astm 718:14,16,17
719:10 727:12,20
728:9,14 729:4,4
atlanta 499:22
502:11
atlantic 499:11
526:22
attached 823:12
825:7
attachment 803:15
attempted 558:18
559:15
attempting 711:7
attend 751:14
766:11
attended 586:14
766:1,6
attention 535:5
549:6 573:6
579:22 581:2,20
582:9 583:23
588:1 589:17
590:18 592:23
593:12 594:19
600:2 601:5,10
602:16 604:24
605:21 606:19
638:18 651:18
703:13 777:6
817:19
attorney 614:8
677:4,7,20 680:2
695:9 713:19
748:11 819:22
823:16
attorneys 678:9
679:17 758:19
attract 759:16

attracted 759:17
attracting 774:11
auditing 640:13
august 524:8
549:12 550:4,7
551:2 553:3 593:2
593:21 781:5
australia 719:2
authentic 567:5
authenticity 566:14
authority 819:14
820:3
authorization
520:1 661:3,20
802:1,8
authorize 801:19
805:3
authorized 684:2
813:20 819:10,15
820:9
available 783:20
ave 502:16
avenue 496:14
497:15 498:17
499:15 502:21
506:4
avoid 578:17
aware 546:19
597:21 707:2
708:3 760:24
763:21 765:6
767:6,23 778:12
790:24 792:22
793:1,7,13,23
804:22 805:9,13
813:20

B

b 502:15 507:11
571:7,11 670:18
749:5,17,23,24
back 542:23 575:12
578:15 590:3,14
610:17 635:20
638:6 650:8 671:6
671:6 672:2,22

Confidential - Subject to Further Confidentiality Review

673:10,14 698:21
708:11 712:4
720:20 762:7
767:6 776:8 779:9
789:24 791:22
792:14 798:8
812:2,4 818:16
819:21 820:16
**background** 759:14
**baili** 616:23,24
**balance** 521:4,12
667:15 668:1
669:3,6
**ballard** 499:9
**bank** 501:9 505:14
536:2 577:7
607:11,11
**banner** 499:24
502:12 527:5
**bargain** 578:4
**base** 772:8
**based** 532:19
541:22 550:5
557:9 565:15
578:3 580:4
606:14 660:19
663:3 664:15
668:8 717:15
783:18
**basically** 799:17
**basis** 586:23
**bass** 498:17 526:3,3
546:12,17 569:21
605:15 641:16
666:15 709:2
820:22
**bassh** 498:19
**bates** 507:14,19,22
508:3,6,9,12,15
508:17,23 509:1,6
509:9,13,16,20,23
510:3,6,10,13,17
510:20 511:4,7,12
511:15,19,22
512:3,6,11,14,19
512:22 513:4,6,12

513:14,20,22
514:4,7,13,15,21
515:1,7,10,14,17
515:21 516:1,5,8
516:13,16,20
517:1,6,8,13,15
517:19,22 518:3,6
518:11,14,19,22
519:2,5,7,10,14
519:17,20,22
520:2,4,7,9,11,13
520:16,18,23
521:1,4,7,12,20
521:23 522:3,6,9
522:13,15,20,23
523:5,11,23,24
524:4,8,10,14
545:21 546:2,14
546:15 547:6
548:19,24 549:10
553:14,18 554:1
555:9 568:24
569:22,24 570:7
571:4 572:6,12,19
578:24 579:1,6,11
583:1,6,13 589:6
589:11,18 591:2,7
591:14 592:12,17
592:24 600:9,14
600:21 601:15,21
602:1 603:4,10,16
605:5,10,15,17
618:2,6 619:19
620:2,7,13 621:8
621:14,20 622:12
622:18 623:13,19
624:11,17 626:17
626:23 628:8,14
629:12,18 630:14
630:20,23 631:4,7
631:11,14,19
636:7,12,16,21
641:4,9 642:19,24
649:22 650:2,23
651:4 652:7,12
654:7,13 655:14

655:18 656:14,17
657:23 658:4
659:8,11 660:24
661:3 662:1,4
663:11,14 665:5,8
667:2,7,12,16,20
668:2 697:8 700:6
705:22 706:2
713:5 716:18
721:19,22 734:15
748:18,24 762:15
763:2,4 771:13,14
775:19 781:5
782:13 789:6,9,11
789:16 803:2,8
**baumann** 502:2
**beach** 499:10 504:8
**bears** 555:15
**becnel** 504:2,3
**beginning** 638:7
672:1 720:19
762:9 779:8
**begins** 606:11
**behalf** 525:24
526:4,8,11 527:11
527:14,19,21
647:13 652:24
661:11 677:9,23
680:17 682:21
692:3 757:3,5
776:23 777:10
778:5 784:13,23
**beijing** 573:15,24
574:3,9 576:1,3
734:3,5 742:3
743:5,6 765:23
**beixin** 619:17
**believe** 542:7,10
560:5 565:22
571:21 596:24
620:23 643:24
675:3 677:3 710:3
726:20 727:4
731:16 733:14
739:21 742:6,17
746:13 769:8

772:9 788:10
795:6,8 798:2
814:2
**bell** 706:18 707:19
**belongs** 661:19
**beneath** 703:3
726:22
**beneficial** 759:15
**benefit** 549:19
614:12 758:6,13
795:17,20 796:9
797:4,7
**benefits** 549:18
796:16
**benjamin** 497:8
**berman** 497:2
**beskin** 499:15
527:2,2
**best** 559:2 614:22
647:15
**better** 576:9 747:5
804:2
**beylaw** 499:5
**big** 577:13 657:13
657:14 664:3
783:8
**bigger** 727:6
**bill** 672:23 691:6
803:21 808:15
809:1,14,21
810:12
**binder** 673:14
698:6,11,13
716:12
**binders** 691:18
699:1,15,16,21
**bing** 584:5,9
**bipc** 503:5
**bit** 610:21 775:12
**black** 498:21 527:6
527:6 698:11
782:13 789:9,13
**blackened** 582:12
**blurry** 733:10
**bnb** 573:18
**bnbm** 573:16,19

574:6,10 576:3,5
576:9,23 577:9,14
577:19 581:4
584:8,11,13,17,19
584:21,24 585:17
585:23 586:5,13
593:24 594:2,14
594:17 595:2,12
595:24 597:2,18
598:22 599:1,2,3
604:14 606:21
607:12,18 608:7,9
608:13,15 609:7,9
609:15 612:16,20
612:24 613:9,14
615:7,11 616:6,17
616:18,20 617:4,7
617:9,10 739:6,13
739:23 741:11,14
741:16,22 742:4,9
742:16,18,23
743:22 744:1,15
745:19 746:8,15
747:1,12 748:4
751:4,20 752:2,14
753:6,18,22 754:7
755:12 756:23
757:12 758:3
759:17 760:22
761:6 763:23
765:13,17,18,19
765:20 766:1,6,9
766:14,22 767:8
767:24 768:21
769:2,5,6,16
770:14,16 772:9
774:13 776:24
777:10,24 782:5,5
782:6 784:18
**bnbmg** 576:7
**bnbms** 574:5 594:7
762:23 763:15
764:5,5,15 765:1
765:7 768:6 769:7
772:2,7
**board** 514:3,11,20

Confidential - Subject to Further Confidentiality Review

530:1 531:2
584:10,19 585:10
588:2,4,5,19,22
588:23 598:8
604:10 626:7,22
627:13,21,24
628:1,13 629:2,17
630:7 632:12,12
634:24 635:1,9,10
653:13 680:4,8
689:3,20 694:12
711:4,13 715:14
717:8 718:13,19
718:19 719:4,15
719:16 727:11,18
728:1,5,12,23
729:2,4 743:24
744:2,4,12,24
745:19 747:4,17
750:3 755:15,23
756:12 765:13
766:2,6,9,11,17
767:13,15,16
772:13 784:17
797:3 799:6,9,21
802:10 805:10,12
814:1
**boards** 726:23
772:5
**bobby** 503:5
**boil** 778:18
**bonita** 504:8,9
**book** 578:17,21
**books** 536:22
670:14
**borrow** 598:15,16
599:2
**bottom** 549:12
579:22 606:2
619:8 662:22
665:15 690:21
723:4 731:20
811:19
**bought** 649:16
**boulevard** 501:21
502:4

**bound** 609:16
**bourgeois** 501:19
**box** 549:12
**bpb** 615:12 616:6
747:2
**bracketed** 736:20
**brand** 616:16,16,19
616:20,22,23
617:4 676:20
689:7 729:20
780:6 800:22
801:2,7,10 802:9
802:14,15 805:12
811:12 813:21,23
814:1 819:14
820:3
**branded** 616:18,18
**brands** 802:17
**break** 540:12 588:9
588:12 590:2
720:5,9 761:19
778:18,20,22
820:11
**brenner** 499:2,3
526:16,17 682:8
699:22
**brian** 499:8 526:21
**brickell** 498:17
**brief** 579:19 669:18
813:6
**briefly** 554:4 568:6
570:10 662:12
**broad** 535:13
612:10
**broader** 772:8
**brochure** 522:16,19
731:1 734:13,20
736:24
**brought** 729:12
777:5
**brown** 501:9
502:14 505:14
**buchanan** 503:2
**build** 607:6,9
**builders** 498:19
502:6 526:5

**building** 501:7,12
505:7,17 523:8,13
524:2 573:15,24
576:2,4 610:23
726:6 762:13
771:5 775:17
**bulk** 711:7,10
**bureau** 645:16,17
646:9,11
**burr** 501:3 505:3
**business** 535:8
536:13 537:15,20
538:1,8 649:3,4,7
649:11 664:9
677:9,23 695:1
698:9 701:9 723:2
725:2,7 765:20,24
771:21 774:17,20
**businesses** 703:9
**busy** 633:18 672:10
**buy** 594:13 616:1
774:12
**buyer** 688:19
714:16 793:11
806:14 810:17
**byrne** 499:14
527:17,17 683:13

— — — — — — —
**C**

**c** 497:8 499:2,8
501:3 503:2,3
504:2 505:3,8,20
505:20 610:23
738:14 754:21
822:1,1
**cahill** 505:19
**calculate** 776:9
**calculation** 664:12
664:15
**call** 573:24 625:17
633:17 775:6
**called** 598:8 610:13
674:2 703:10
714:6 745:8 775:3
**calls** 535:10 540:11
555:1 609:23

**canada** 719:2
**candace** 502:3
**cant** 556:5 671:12
**cao** 753:23 754:2,3
754:6,8,8,10,11
754:11,12,12,12
754:19,20,21
755:7,9,11,14
756:7,13,22 775:7
**capital** 509:5 519:1
579:10 649:9
655:17 657:15
659:1 675:15
**car** 790:21,23 791:6
791:7
**care** 576:7
**carefully** 823:5
**carlina** 501:3 505:3
**carolina** 501:11
505:16
**carrere** 501:14
506:8
**carrier** 711:8,10
**cash** 594:13
**castlerock** 505:11
**catalog** 819:4
**catalogue** 689:9
**categorized** 615:9
**category** 615:14
**causeway** 501:21
**ceiling** 522:19
734:14
**ceiselen** 501:6
505:6
**central** 503:11
**centre** 495:16
497:9 503:3
**certain** 551:19
580:20 662:18
707:3 748:6 760:4
800:16
**certainly** 559:10
**certificate** 810:23
**certification** 822:20
**certified** 495:17,18
528:4 579:24

673:23 822:4,17
811:5
**certifies** 780:4
811:5
**certify** 812:12
822:5,12 825:4
**certifying** 822:22
**cetera** 732:10 737:7
**chaikin** 504:8
**chain** 521:19,22
522:2,8 524:13
700:5 705:21
706:1 716:17
803:1
**chairman** 531:2
680:4 694:12
767:2,13 769:24
773:17 777:14
**chance** 528:23
614:2
**change** 579:20
602:22 616:10,15
619:12 637:18
644:19 735:13
758:24 824:3
**changed** 602:19
604:3,11 619:17
742:3 743:2
745:10,11,12
**changes** 509:6
579:11 825:6
**channel** 577:9
**chanxing** 745:11
**chapter** 593:13,15
**characterize**
550:17
**charge** 586:6
758:15 819:19
**charlotte** 501:11
505:16
**chart** 509:4 579:9
579:18 781:11,12
**chartis** 499:18,18
502:23,23 506:6,6
527:3,19
**che** 672:23 691:1
692:11,18,18

Confidential - Subject to Further Confidentiality Review

803:24 804:4,6,7
804:8,11 805:1,20
807:13,14,15,17
808:15,16,22
809:1,11,20 810:6
810:19 811:20
812:6 813:19
815:5,13 817:21
818:15
**cheap** 594:10
**check** 571:17
598:22 644:11
714:21 769:8
819:21
**chen** 498:10,13
527:24 552:13
644:13 755:21
773:1 782:3,7,10
782:20,24 783:4
796:21
**cher** 691:6 803:21
808:15 809:2,15
809:22 810:12
**chief** 515:12,19
516:4 631:2,10,17
756:11
**china** 495:16
498:12 523:8,13
524:1 525:10
568:11 574:4,7
610:23 612:22
613:2 615:6,9
694:2,19 695:13
696:3 734:2
737:20 758:22
762:12 771:4
775:16 783:1
**chinas** 568:11
588:20 644:24
649:2
**chinese** 495:4
507:14,22 508:6
508:12,15,17
509:1,9,16,23
510:6,13,20 511:7
511:15,22 512:6

512:14,22 513:6
513:14,22 514:7
514:15 515:1,10
515:17 516:1,8,16
517:1,8,15,22
518:6,14,22 519:5
519:10,17,22
520:4,9,13,18
521:1,7 522:12,23
525:11 545:21
548:19 551:11
553:14 555:9
557:1,9 565:4
568:24 569:11
572:6 579:6
582:11 583:1
589:6 591:2
592:12 600:9
601:15 603:4
605:5 618:2 620:2
621:2,8 622:12
623:13 624:11
625:10 626:17
628:8 629:12
630:14,23 631:7
631:14 636:7,16
639:6 641:4
642:19 644:14
649:22 650:23
652:7 654:7
655:14 656:14
657:23 659:8
660:24 662:1
663:11 665:5
667:2,12,20 673:2
673:9,20 685:9
686:8,22 687:3,8
687:9,12,19,23
688:1 707:3,5,18
710:15 718:20
721:18 722:3
723:4 724:11
725:11 731:21
736:20 738:8,9
748:18 749:9
754:20 755:2,5

763:11 777:1,3
779:17,21 780:1,8
780:10 781:14
803:23 810:5,23
811:1,2 813:9
814:8,18 816:7,8
816:11,12 818:1,5
818:8,12 819:1,1
**chris** 525:23 675:4
683:13 699:22
718:23 732:19
734:23
**christopher** 496:7
**cinda** 783:1,1,1
**circle** 496:19 818:2
**circumstance**
616:11 813:19
**circumstances**
607:2 625:15
**city** 550:12,19
551:21,23 552:5
552:10,22 585:10
598:5 604:21
607:7 674:2
753:15
**clarification** 538:7
548:11 552:3
577:21 580:11
610:1 644:22
746:18 747:16
759:11 768:4
769:1 795:20
801:22 804:24
**clarified** 598:11
**clarify** 607:17
673:13 674:16
750:7 757:21,23
761:12 790:10
817:4
**clarifying** 750:23
**clark** 505:20
**class** 613:5
**clause** 593:13
**cleaner** 806:9
**clear** 530:21 544:22
557:10 566:11

611:17 621:1
674:4 680:3
695:14 698:16
699:14 715:4,5
725:24 739:20
742:14 743:9,13
746:11 749:14
752:2 766:7
796:13
**clearer** 730:9
733:20
**clearly** 596:12
816:11
**clem** 713:20 714:4
714:15 717:6
722:8 723:7,14
724:2,7,14,21
725:12
**clients** 645:11
**clinton** 502:20
506:3
**clintondockery**
502:22 506:5
**close** 722:15
**cnbm** 609:19 610:1
610:2,8,11,13
611:19 612:3,12
738:2,13,21 739:4
756:14,17 762:23
763:12,22 764:15
764:24 765:6
766:24 768:21
769:6 771:20
772:2,10 773:1,2
773:3,15,20
776:23 777:10
782:20
**cnbmg** 773:3
**cnbms** 763:14
**cnf** 711:14
**cocounsel** 776:17
**coie** 498:21
**colleague** 587:11
**colorado** 498:22
**colson** 496:18,21,22
**com** 495:24 496:10

496:10,15,21,22
497:5,11,17,17
498:6,13,19,23
499:5,17,17,23
500:6 501:6,17,23
502:5,6,12,17,22
503:5,10 504:5,10
504:19 505:6,11
505:17,23 506:5
506:11,16 803:17
**combine** 769:10
**combined** 568:16
760:15
**come** 576:23
585:15 590:2
595:2 597:17
610:17 671:5
673:10 819:21
820:16
**comfortable** 708:22
**coming** 545:6
632:14 633:5
**commencing**
495:17
**comment** 681:11
**comments** 532:20
613:20
**commission** 825:18
**committee** 496:11
496:16,23 497:6
497:12 498:20
504:6,11 526:5
527:12,16
**common** 719:14
**communication**
598:24
**communities**
505:11
**companies** 538:4
547:22,24 570:16
575:16 616:6
617:1 639:6 747:3
747:8 758:5 760:6
760:11,13 781:13
785:8 819:10,12
819:16

Confidential - Subject to Further Confidentiality Review

**company** 497:19
498:7,14 499:6,18
501:18 502:23
503:6 506:6,12,17
516:11,19 517:5
517:12 523:9,18
524:2 526:17
530:4 541:9,15
547:21 548:4,13
548:15 549:21
550:13,20 551:22
551:24 552:1,11
552:23 554:14,16
563:19,20 568:11
568:13,14,15,18
568:19,20 570:18
570:20 571:23,24
572:2 573:2,13,15
573:24 574:1,4,8
575:15 576:2,4
577:4,13 578:5
582:6,19 583:22
585:6,11 586:7
587:20 588:20,21
588:24 589:24
591:18 592:5
593:6,9 595:23
596:7,11,11,14,16
596:20,21 597:3,5
597:7,8,16 598:6
598:7,18,20 599:5
599:7,10,12,16,21
599:23 601:1
602:23,24 603:21
604:21,23 606:8
607:5 608:15
609:12 610:11,13
610:15,16 611:2
611:13 612:3
615:13 616:21
617:6 619:2,16,17
620:18 627:22
629:4 636:11,19
638:16 639:16,17
640:23 641:9
642:7,24 643:9,20

643:24 644:17,18
645:3,18,19
646:10 647:20
648:5,7,17 649:2
649:5,14,16,17
653:6,21,22,23
657:6 680:11
688:20,22 704:18
705:5,15 707:22
708:5 709:21
714:6,11 715:6
716:4 717:16
723:6,8 725:13
726:14 727:24
728:2 729:9,10,14
729:17 734:21
738:18 739:1
741:15,24 742:2,5
745:7,16 756:16
757:6,8 758:22,24
759:1,7,9,12,20
759:21,23 760:5,8
760:11 762:13
765:21 767:17
769:3 770:1,3,15
771:5,9 772:4,7,9
773:20 774:2,18
774:21 775:17
780:5,16 782:17
782:18,19,23
783:2,3 788:16
789:4 790:24
791:6 795:10
799:23 801:24
804:21 806:15,18
810:18 811:5,9,10
811:13 816:8
817:20 818:10
819:17
**companys** 553:5
597:1 598:14
602:14 648:6
759:2 816:5
**compare** 736:4
**compared** 664:4
**comparison** 509:4

579:9,18
**compensation**
676:23
**compete** 612:17
**competed** 613:10
**competing** 617:4
**competition** 617:8
**competitiveness**
772:12
**competitor** 617:6
751:5
**complete** 572:1
698:23 738:8
822:13
**completed** 599:14
633:16
**completely** 732:13
787:5
**compliance** 615:18
639:18 774:21
**complicated** 783:9
**comply** 639:11
**composite** 803:11
**compound** 540:10
540:10
**concept** 609:1
724:10 739:9
**concern** 564:8
575:14 614:11
**concerned** 765:19
**concerns** 564:4
**conclude** 582:15
**conclusion** 535:10
555:2 609:23
**conditions** 812:14
**conference** 556:16
684:6 751:20
752:1
**confident** 529:6
**confidential** 495:12
**confidentiality**
495:13
**confirm** 582:13
610:14 754:24
**confirming** 713:19
**confused** 808:9

**confusing** 681:15
**confusion** 744:11
**connected** 523:14
523:19 771:6,9
**connection** 674:6
693:19
**conscious** 680:21
**consider** 532:11
**consideration**
578:3 596:3
664:12
**considered** 634:8
**consistent** 615:22
781:16
**consolidate** 772:12
**construct** 752:23
753:13
**construction**
502:18 503:11
**consumers** 615:22
**contained** 794:5
**container** 793:24
794:4
**containers** 794:8
**containing** 794:1,8
**continue** 576:15
668:21 695:22
713:23 798:7
**continued** 495:15
497:1 498:1 499:1
500:1 502:1 503:1
505:1 506:1
**continuing** 552:19
**contract** 524:10
789:16,22 792:19
793:8 814:19
815:16,18,22
816:4,10,24
817:19 818:11,23
818:24
**contracts** 816:6
**contributed** 551:19
**control** 760:16
774:24 822:21
**controlling** 597:2
738:1,21,24

**conversation**
681:22 714:14
**conversion** 724:11
**cooperated** 560:2
**coordinated** 496:23
**copy** 693:8 694:6
697:14,24 698:3
709:3 712:13
730:9,21 806:8
**coral** 496:20
**corner** 579:22
**corp** 500:7
**corporate** 536:22
541:2 761:7
**corporation** 530:18
537:19,24 610:24
795:6 796:11
**correct** 580:9
581:18 582:21
584:14 587:23
592:8 594:4 619:5
619:6 622:8 625:2
635:4 651:16,22
654:1 666:10
674:7 675:16,17
675:20 676:12,21
677:2 680:12
682:23 687:7
689:13 693:19
696:19 703:6
704:7 707:5,11
708:11 715:21
718:4,8 722:9,16
723:15 725:3,8,9
726:2,3,6,19
729:5,22 734:21
735:13 737:11,20
739:7 741:18,24
742:5,17,20,22,24
743:1,17,21 744:2
744:13,16 745:19
751:22 752:15
753:2,7,18,19
754:5,7 755:12,13
756:15,24 757:3,7
765:14 766:8,12

Confidential - Subject to Further Confidentiality Review

766:18 767:3,8
778:6 780:15,19
780:20 784:18,24
785:3,10,12 786:9
786:12,18 787:1,4
787:9,14,17,20
788:8,19 791:12
791:20 792:4,8,12
792:17 795:10,15
798:16,21 800:7
802:3,15,19
805:21,24 806:1
807:12,20 809:2
809:22 810:6,19
811:20 814:23
815:3,16,19,23
817:22 818:2,20
819:1,5 825:5
**corrected** 533:16
**correction** 753:11
757:10 760:2
**corrections** 823:6,8
825:6
**correctly** 651:13
732:11 746:16
753:24
**cost** 663:4
**costs** 753:6,7
768:17
**cotlar** 496:13
**counsel** 525:17
527:15 531:8
532:13 533:22
547:3,11 549:15
555:20 560:1
562:5,19 567:6
575:18 587:6
594:6,22 597:24
613:14 614:15
615:5 637:8
638:12 644:4
648:24 668:17
679:3 694:16
695:4,20 696:10
698:4,13,19
712:13 806:21

811:21
**counsels** 613:20
**countries** 689:19
718:19 719:3,6,10
732:8 737:5
**country** 645:3
718:15 719:18
**couple** 556:15
565:16,21 673:13
752:13 775:11
779:13
**coupleminute**
778:22
**course** 533:11
710:13 755:19
759:7 820:8
**court** 495:1,18
496:2 499:9
525:13,20 526:14
528:4,9,17,22
529:4,8,13 531:24
533:9 535:1,12
540:12 541:7,18
542:16 546:21
549:15 555:4
558:13 560:12
562:20 563:5,13
564:1,7 566:24
567:20 568:2
569:12 571:16
574:15,24 575:13
576:13 578:23
581:9 582:2 588:8
590:1 610:3 612:9
613:13,17 614:4
614:14,19 615:1,5
617:11,21 618:20
619:19 637:7,17
637:20 638:12
641:24 644:4
648:23 668:20
671:4 674:14,20
675:6,24 677:14
678:14,21 679:1
680:20 682:6
684:2,5 686:3,7

690:4,16 692:6,13
694:22 695:19
698:1 699:5
702:12,17,22
703:20 704:6,21
705:9 710:20
712:12 714:23
715:1,10,23 720:8
721:3 722:18
723:23 725:19
726:8 730:17,22
731:14 735:21
736:7 738:4
739:16 740:12,19
741:2,6 745:23
747:20,23 750:18
757:18 758:10,20
760:17 761:2,9,18
764:8,11,20
767:10 770:5
773:10,22 774:6
777:17 778:21
784:5,7 785:17
791:14 794:22
795:1,2 800:9
808:2,7 809:5,8
813:4,12 815:9
816:20 820:12,15
820:21 821:1
822:4,8 823:20
**cpa** 580:4,13,15,19
**created** 674:6
675:14 735:12
737:15 795:16,17
796:6,11
**creation** 674:7
**credits** 795:18,21
795:23 796:10
**cross** 495:8 567:17
695:20
**crossexamination**
542:19 680:23
**crossexamine** 561:4
569:16
**crossexamined**
564:13

**crossnoticed**
525:15 526:15
**cseeger** 496:10
**cube** 793:24 794:8
**currently** 584:9
711:9 784:22
**customer** 704:11
728:16 799:8
800:3,4,7
**customers** 613:16
615:6 645:14
718:20 728:13,19
729:1,11,16 747:5
747:7 772:8 797:8
797:10 799:8,10
799:14,15,16
**cyr** 497:14,17 507:6
527:24 529:11,17
532:9 534:16
535:3,19 538:9,14
540:14,15 541:20
542:20,24 544:15
546:6,15,23
547:15 549:4
552:7,18 553:22
555:13,17 556:10
556:21 557:1,5,17
557:22 558:9
559:22 561:13
562:2,23 563:8
564:20 565:14
566:4,7 567:19,22
568:5 569:4,7,23
570:1,6,9 571:5
571:17,20 572:16
573:19,22 574:13
574:16 576:8,21
577:24 578:11,16
579:1,15 580:14
581:15 582:7
583:10 586:18
587:2,3,8,15
588:11,15 589:15
590:15 591:11
592:21 599:24
600:18 602:1,5

603:14 605:17,20
608:4 610:2,5
611:3,8,18,23
612:2,11 613:23
614:17,21 615:3
617:14,19 618:10
618:16,21 619:21
620:11 621:18
622:22 623:23
624:21 627:3,9
628:18 629:22
631:23 637:1,19
638:9 641:13,17
641:18 642:3
643:4 646:16
650:6 651:9
652:16,18 654:17
655:22 656:3,4,21
658:9 659:15
661:7 662:8
663:18 665:12
666:16 668:13,24
670:8,19,23 674:8
675:3,21 677:12
678:6,10,23
679:12 680:19
681:10,13 683:16
684:1 685:3,23
686:12,18 687:16
687:22 690:2,9
691:7 692:4 693:9
694:4,9 695:17
697:11,19 698:8
699:2,13 700:13
702:3,16,20
703:19 704:5,14
704:20 705:8
706:13 707:23
708:15,19 709:5
710:8 711:24
712:16,20 713:22
714:7 715:9,22
716:11,23 717:24
718:23 720:4
721:5,9,11 722:17
723:16,21 725:14

Confidential - Subject to Further Confidentiality Review

| | | | | |
|---|---|---|---|---|
| 725:18 726:7 | 815:15,18 823:11 | 602:22 657:5,7 | 510:9 592:15 | **defendants23** 514:7 |
| 727:13 730:6,11 | 825:9 | 805:7 | **defendants12** | 628:7 |
| 731:13 732:19 | **dated** 521:19,22 | **decisionmaking** | 510:13 600:8 | **defendants23a** |
| 734:22 735:2,5,20 | 522:2,5,9,12,14 | 774:23 | **defendants12a** | 514:10 628:11 |
| 736:1 738:3,15,22 | 524:13 547:14 | **decisions** 519:7 | 510:16 600:12 | **defendants24** |
| 739:15,19 740:4,8 | 572:21 583:15,16 | 596:15,18 656:17 | **defendants13** | 514:15 629:11 |
| 740:14,21 745:21 | 590:19 601:2 | **declaration** 694:16 | 510:20 511:1 | **defendants24a** |
| 747:22 749:6,11 | 602:3 619:4 | **deemed** 531:22 | 601:14,18 | 514:18 629:15 |
| 749:24 750:6,13 | 620:20 621:21 | 823:19 | **defendants14** 511:7 | **defendants25** 515:1 |
| 750:15 757:16 | 623:1 624:2 627:4 | **defendants** 499:12 | 603:3 | 630:13 |
| 758:8 761:1,8 | 628:20 629:24 | 499:24 502:13 | **defendants14a** | **defendants25a** |
| 763:18 764:7,19 | 651:11 654:19 | 505:24 528:1 | 511:10 603:7 | 515:4 630:17 |
| 767:9 770:4,20,23 | 656:23 658:11 | 544:19 546:10 | **defendants15** | **defendants26** |
| 773:6,21 774:4 | 659:17 661:10 | 549:6 552:20 | 511:15 605:4 | 515:10 630:22 |
| 777:16 782:8 | 662:10 663:6 | 553:24 564:24 | **defendants15a** | **defendants26a** |
| 783:18 784:4 | 664:20,21 685:13 | 565:20 569:6 | 511:18 605:8 | 515:13 631:2 |
| 785:20 791:13 | 700:6 705:22 | 572:18 578:7 | **defendants16** | **defendants27** |
| 793:17 794:18 | 706:2 713:4 | 583:12 591:13 | 511:22 | 515:17 631:6 |
| 797:17,21 800:8 | 716:18 717:3 | 600:20 605:1 | **defendants17** 512:6 | **defendants27a** |
| 802:4 806:5 808:1 | 721:19,21 722:4 | 618:12 620:13 | 620:1 | 515:20 631:9 |
| 808:5,17 809:3,23 | 803:2 806:13 | 621:19 622:24 | **defendants17a** | **defendants28** 516:1 |
| 813:1,15 815:7 | 810:18 | 624:1,23 626:12 | 512:9 620:5 | 631:13 |
| 816:18 820:24 | **david** 497:8 498:21 | 629:7 632:1,3,5,6 | **defendants18** | **defendants28a** |
| | 527:6 608:19 | 632:9 634:11,21 | 512:14 621:7 | 516:4 631:17 |
| **D** | **davis** 496:13 505:9 | 635:6,12,19,21 | **defendants18a** | **defendants29** 516:8 |
| **d** 507:2 | 527:13,13 558:12 | 636:2 637:3,6,12 | 512:17 621:11 | 636:6 |
| **daily** 772:15 775:1 | 558:15 618:18 | 638:11 640:18 | **defendants19** | **defendants29a** |
| **dan** 525:4 | 698:15 699:14,19 | 641:15 642:14 | 512:22 622:11 | 516:11 636:10 |
| **dancigers** 499:8 | **dawson** 499:8 | 643:5 650:11,18 | **defendants19a** | **defendants2a** 508:1 |
| **darren** 717:5 | **day** 622:3 627:14 | 652:3 654:3 655:9 | 513:1 622:15 | 548:22 |
| **datasheet** 511:9 | 630:9 677:4 | 656:22 657:17 | **defendants1a** | **defendants3** 508:6 |
| 603:7 | 679:22 825:17 | 659:16 661:9 | 507:17 545:24 | 553:13 |
| **date** 495:17 525:7 | **days** 556:16 823:16 | 663:6 664:20,21 | **defendants2** 507:22 | **defendants30** |
| 547:9 549:9,11 | **dblack** 498:23 | 664:24 666:11,13 | 548:18 | 516:16 636:15 |
| 550:2 554:3 559:3 | **deal** 535:15 560:20 | 666:17,19,21 | **defendants20** 513:6 | **defendants30a** |
| 561:15 570:2,4 | 567:20 569:19 | 669:2,10 670:4 | 623:12 | 516:19 636:18 |
| 573:3,4 591:22 | 575:20 668:11 | 684:21 699:7,12 | **defendants20a** | **defendants31** 517:1 |
| 593:1 601:3 604:6 | 670:21 | **defendants1** 507:15 | 513:9 623:16 | 641:3 |
| 605:23 606:11,12 | **dealing** 533:20 | 545:20 | **defendants21** | **defendants31a** |
| 623:5 624:24 | 541:3 561:7 | **defendants10** | 513:14 624:10 | 517:4 641:7 |
| 627:15 629:5 | **dealt** 542:18 | 509:23 591:1 | **defendants21a** | **defendants32** 517:8 |
| 630:1 638:19 | **debt** 657:13 | **defendants10a** | 513:17 624:14 | 642:18 |
| 652:21 653:15 | **december** 556:14 | 510:1 591:5 | **defendants22** | **defendants32a** |
| 665:13 676:3 | 560:7 | **defendants11** 510:6 | 513:22 626:16 | 517:11 642:22 |
| 685:17 688:15 | **decided** 657:14 | 592:11 | **defendants22a** | **defendants33** |
| 707:13 735:11 | **decision** 532:17,21 | **defendants11a** | 514:1 626:20 | 517:15 649:21 |

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

defendants33a 517:18 650:1
defendants34 517:22 650:22
defendants34a 518:1 651:2
defendants35 518:6 652:6
defendants35a 518:9 652:10
defendants36 518:14 654:6
defendants36a 518:17 654:10
defendants37 518:22 655:13
defendants37a 519:1 655:17
defendants38 519:5 656:13
defendants38a 519:7 656:16
defendants39 519:10 657:22
defendants39a 519:13 658:2
defendants3a 508:9 553:17
defendants4 508:12 555:8
defendants40 519:17 659:7
defendants40a 519:20 659:10
defendants41 519:22 660:23
defendants41a 520:1 661:2
defendants42 520:4 661:24 662:9
defendants42a 520:6 662:3
defendants43 520:9 663:10
defendants43a 520:11 663:13

defendants44 520:13 665:4
defendants44a 520:16 665:7
defendants45 520:18 667:1
defendants45a 520:21 667:5
defendants46 521:1 667:11
defendants46a 521:4 667:15
defendants47 521:7 667:19
defendants47a 521:10 667:23
defendants5 508:15 568:23
defendants6 508:17 572:5
defendants6a 508:20 572:9
defendants7 509:1 579:5
defendants7a 509:4 579:9
defendants8 509:9 582:24
defendants8a 509:12 583:4
defendants9 509:16 509:19 589:5,9
deference 680:24
define 798:23,24
defined 552:14 694:14 755:24 782:21
definition 644:11 714:21 785:4
deliberations 595:11
delivered 746:24
demand 577:2
denegre 501:14 506:8
denver 498:22

department 507:18 546:1 547:19 640:12,13 649:3,4 649:12 664:10,16 701:9 767:1
departments 647:20
deponent 528:7 825:2
deposed 709:8
deposing 823:16
deposition 495:15 525:9 531:7,11 532:1,22 533:6 534:18 541:23 545:19,23 548:17 548:21 553:12,16 555:7 556:15 568:22 572:4,8 579:4,8 582:23 583:3 589:4,8 590:24 591:4 592:10,14 600:7 600:11 601:13,17 603:2,6 605:3,7 608:16,20 617:24 618:3 619:24 620:4 621:6,10 622:10,14 623:11 623:15 624:9,13 626:15,19 628:6 628:10 629:10,14 630:12,16,21 631:1,5,8,12,16 636:5,9,14,17 641:2,6 642:17,21 649:20,24 650:15 650:21 651:1 652:5,9 654:5,9 655:12,16 656:8 656:12,15 657:21 658:1 659:6,9 660:22 661:1,23 662:2 663:9,12 665:3,6 666:24 667:4,10,14,18,22

670:2,6 674:11 678:4 679:19 680:12 683:2,24 693:2 697:20 700:4 705:20,24 708:13 713:3 716:16 721:17,20 730:5,7,24 734:12 748:16,19 762:11 771:3 775:15 777:7 781:2 783:14 789:15 798:3 802:24 821:9 822:5,13 823:4,12,17,19
depositions 545:16 683:19
deps 495:24
deputy 585:17,23 586:5 587:19 660:2 701:10 765:16
describe 548:8 549:24 551:13 554:4,8 562:8 563:9 568:6 570:11 576:22 577:17 586:2 588:17 594:5 595:7,17 597:22 615:4 637:14 640:6 644:3 647:24 648:12,22 659:22 662:12 683:16 751:4
described 642:14 643:13 660:11 689:11 752:21,22
describes 555:23 689:2 753:1
description 507:12 567:24 568:9 689:1
descriptions 519:2 655:18
designated 541:6

detailed 664:12 819:17
details 819:20
determined 578:2 657:10
deutsch 506:13
develop 608:2
dgraf 502:17
dial 499:20 502:9
didnt 532:15 556:18 613:24 614:6 668:10 681:20 684:11,20 692:6 697:20 702:13 735:7 744:22 805:18,23 816:22
difference 615:23 664:3,7 794:14 797:9 799:22,24
differences 556:3 746:20
different 596:3,15 609:2 637:14 663:23 730:12 736:16 737:24 742:9 787:23 790:13 799:15,18
difficult 531:19
difficulties 719:7
difficulty 533:18 598:13
dig 776:17
digest 719:17
digits 787:13,16
diligently 596:10
diplomate 495:18 822:4,17
direct 533:13 541:21 549:5 567:18 573:5 579:21 581:1,19 582:8 587:24 589:16 590:18 592:22 593:11 594:18 595:19

Confidential - Subject to Further Confidentiality Review

600:1 601:5,10
602:16 604:24
605:21 606:19
613:22 638:18
651:17 822:21
directing 583:23
directly 595:13
director 518:10
530:1 584:6,10
585:9 598:7
652:11 653:12
680:7,8 701:10,10
745:4,14,17 746:7
765:17 768:11,15
768:16
directors 511:10
514:3,12,20 530:2
531:3 537:10,13
584:1,10,19
585:10 588:23
598:8 603:8 604:4
604:11,15,19
626:8,22 627:13
627:21,24 628:1
628:13 629:3,17
630:8 632:12
633:18 634:24
635:10 653:4,13
744:8,13,16,20,21
744:24 745:1,8,14
750:3 766:2
767:14,15 772:9
784:17
directs 574:17
disadvantage
555:21
disagree 773:16
disagreement
773:18
disagrees 547:11
774:1
discharge 793:15
disclosed 571:2,15
683:23
discovery 532:2
discuss 625:16

discussed 557:23
595:23,24 596:6
discusses 726:13
discussing 725:12
788:15 804:19
discussion 575:8
595:16 644:12
645:15,16 682:13
700:16
discussions 595:11
596:2 796:7
distance 648:7
distributed 697:2
703:17 704:4
distributor 804:16
district 495:1,1
496:3 525:12,13
525:21,22
divided 753:16,17
dkslaw 506:16
dockery 502:20
506:3
document 507:14
507:21 508:5,11
508:14,17 509:1,8
509:15,22 510:5
510:13,20 511:6
511:15,22 512:5
512:13,21 513:6
513:14,22 514:6
514:15 515:1,9,16
516:1,8,15 517:1
517:8,15,21 518:5
518:11,13,19,21
519:4,9,17,21
520:3,8,13,18
521:1,6 522:22
545:21 546:8,11
546:14 547:5,10
547:13,17,18
548:19 549:9,16
550:3,5 553:14
554:3,5,19 555:9
555:19,23 556:7
556:13 557:2,10
557:14,24 558:7

559:9 560:6,14,19
561:1,4,8,14,19
562:16 563:10
564:3,6,9,11,12
564:14,15,17,18
566:12,16,22
567:5,9,14 568:1
568:24 569:10,11
569:17 570:3,4,11
570:12,13,24
572:6,22 579:6,17
581:14,24 583:1
583:18 589:6,21
590:21 591:2,16
592:12 593:4
600:3,9,23 601:7
601:15 602:8,12
603:4,18 604:7
605:5,23 611:6
618:1 620:2 621:8
621:24 622:12
623:6,13 624:4,11
625:3 626:17
627:4,10,19 628:8
628:23 629:12
630:3,14,23 631:6
631:14 634:22
635:18,18,23
636:1,7,15 637:8
638:13 640:21
641:4 642:4,19
649:22 650:16,23
651:20,23 652:7
652:12,22 653:3,5
653:15 654:7,13
655:14,24 656:9
656:14 657:4,23
658:17 659:8,19
660:24 661:16
662:1,13 663:11
665:5,24 667:2,12
667:20 670:1,5
673:18 674:5,5,10
675:13 676:4,4
683:10,21 685:1,6
687:17,24 688:2

688:13 690:8,12
691:11 692:2
693:18 694:6,8,11
697:7 698:3 699:6
699:23 702:10
707:9 708:2
712:17 722:10
731:19,20 732:16
733:4 735:16
737:16,19 748:17
749:10 751:17
752:13,22 753:21
754:7 755:12
760:13 763:13
771:23 783:6
785:22 793:18,20
804:15,18 809:9
815:1 817:8,12,16
documents 507:19
544:17 546:1
558:20 559:6,12
563:22 565:3,8,16
566:2,9 567:2,3
571:1,6 608:7
632:10 643:17
650:8,11 670:16
679:24 680:2
684:10,12,17
697:14,20 698:18
751:7
doesnt 542:22
550:15 570:24
574:22 669:20
674:9 695:4
735:19,22 757:19
768:14 777:18
791:14 793:18
798:4 809:24
doing 567:23 677:9
677:22 723:2
725:2,7 751:7
820:17 823:10
dollars 793:14
domestic 732:6
737:3
donglian 523:17

554:13,16,23
563:20 568:19
570:17 581:5
593:22 594:3,8,16
596:5 619:16,17
740:16 741:17,23
742:1,11,19,24
769:4 771:8
dongxin 508:1,20
509:19 510:1,10
511:1,12 512:9,17
513:1,9,17 514:1
514:10,18 516:11
516:19 522:17
523:5 530:5,9,11
530:16,18,23
531:3 542:13
547:20 548:23
549:22 550:7
551:1,17 553:3
563:19 572:10
573:2,9,12 577:1
578:5 580:7,17
581:23 582:5
583:22 585:5
586:9 587:22
589:10,23 591:6
591:18 592:5,7,17
593:9 595:4,5,22
596:7 597:1,3,15
597:19 598:7,13
598:20 599:9
601:1,19 602:19
602:23 603:9,21
604:23 620:6,18
621:12 622:16
623:17 624:15
626:21 627:22
628:12 629:3,16
636:11,19 638:23
639:11,17 640:1
640:23 653:1,24
658:14 661:12
725:12 726:1
728:1,3 731:2,9
748:23 749:22

| | | | | |
|---|---|---|---|---|
| 786:8 788:16 | 794:10,13 795:12 | 813:21,23 814:1 | 536:2,12,16,17,21 | **engage** 535:7 |
| 792:2,16 | 796:12 797:13 | 818:17 819:1,5,7 | 537:1,5,9,18,23 | **engaged** 586:4,4 |
| **donohue** 501:15, | 798:17 803:19 | 819:11,14 820:3 | 538:3,15,19,23 | **engineer** 768:10 |
| 506:9 | 805:18 809:10,11 | **duplass** 501:19,23 | 539:4,9,14,19,24 | **english** 608:23,24 |
| **dont** 533:4 534:3 | 811:6 812:17 | **duration** 640:14 | 540:5,17 543:2,11 | 670:12,16,20 |
| 534:12 537:22 | 816:21 817:9 | **duties** 586:3 | 543:16,22 544:4 | 671:1 685:10,16 |
| 550:10 552:9 | 818:7,21 819:16 | | 544:10 556:23 | 687:13 700:24 |
| 555:18 557:1 | 820:4,19 821:1 | **E** | 566:17 586:15 | 702:5 703:2,3 |
| 559:4 560:8,8,20 | **doryk** 502:15 | **e** 496:2 497:9 | 595:13 609:5,13 | 706:23 710:12 |
| 563:24 565:16 | **dot** 733:22 | 501:15 506:9 | 679:11 751:2 | 723:12 724:10,11 |
| 567:8 573:20 | **double** 681:14 | 507:2,11 732:8 | 777:2 | 731:21,23 736:22 |
| 574:18 576:7 | **dragon** 616:18,19 | 737:6 822:1,1 | **eldon** 496:2 525:20 | 748:13 763:12 |
| 581:11 586:24 | **drawn** 737:19 | 824:1 | **elect** 743:24 | 777:2 779:23,24 |
| 595:9 608:24 | **drive** 500:4 503:8 | **earlier** 681:20 | **elses** 655:2 | 780:2,3 781:12,13 |
| 643:16 647:9 | 504:13 | 701:13 703:16 | **email** 521:19,22 | 788:9 804:14 |
| 669:8 670:13 | **drywall** 495:5 | 704:3 738:13 | 522:2,5,8,11,14 | 806:11 809:24 |
| 674:14 675:3 | 525:11 539:1,6,11 | 745:4 746:12 | 524:13 700:5,21 | 810:10 811:6,8 |
| 678:21 679:9 | 539:16,21 540:2,6 | 766:15 796:6 | 701:23,24 703:14 | 812:17 814:6 |
| 680:16 681:7 | 540:18 543:3,11 | 800:13 | 705:21 706:1 | **enhance** 772:11 |
| 682:4 684:3 | 543:17,23 544:5 | **earliest** 660:15 | 707:13 711:2,4 | **enhanced** 772:6 |
| 685:15,16,16 | 544:11 577:3 | 747:3 | 713:4,11,20 714:4 | **enjoy** 645:5,21 |
| 687:11 688:23 | 612:18,21 613:1 | **early** 560:7 646:18 | 716:17 717:1,5 | 796:15 |
| 691:8 692:21 | 613:15 615:7,8 | 646:22 647:4 | 721:18,21 722:4,7 | **enjoyed** 797:3 |
| 694:21 700:24 | 617:5,10 694:1,18 | 666:8 677:3 | 722:24 723:5,14 | **enjoys** 797:7 |
| 701:16 702:15 | 695:13 696:2,7,15 | 698:20 | 724:2,4,6 725:10 | **enter** 566:1 616:13 |
| 703:2 706:21,23 | 696:21 697:2 | **earned** 577:6 | 726:13 786:15,16 | 616:14 |
| 706:24 707:10,12 | 703:17 704:4,18 | **easiest** 783:15 | 788:8 803:1 | **entered** 609:6,14 |
| 710:1 711:20 | 705:6 711:18 | **east** 495:16 499:3 | **emails** 698:21 | 647:12 |
| 712:7 713:12,16 | 714:23,24 715:7 | 502:4 648:3 | 803:14 | **enterprises** 501:24 |
| 714:12 715:12,13 | 715:20 716:5 | 726:15 | **emanuel** 499:14 | **entire** 523:16 |
| 715:15 716:7 | 719:20 746:14 | **eastern** 495:1 496:3 | 502:20 506:3 | 607:21 690:14 |
| 723:9 724:3,12 | 747:19,20,21 | 525:13,22 | 527:18 | 771:7 |
| 734:1 735:16 | 748:6 751:5 | **editorial** 614:14 | **employee** 550:24 | **entirety** 787:11 |
| 736:12 738:23 | 757:14 764:17 | **effect** 814:22 | 554:11 568:12,17 | 799:3 |
| 739:8,16 740:20 | 776:9 777:1,12 | 815:15 | 701:19,20,22 | **entities** 527:5 |
| 740:23 741:19 | 793:13 794:1,15 | **effectively** 668:17 | 703:4 704:9 | **entitled** 593:15 |
| 743:8 744:23 | 794:16 797:24 | **effectiveness** | 706:22 | **entrusted** 660:2,6 |
| 745:24 747:14 | 798:5,10,14,19,20 | 812:12,13 | **employees** 537:10 | **entrustment** 805:9 |
| 752:6 755:2 757:1 | 798:21 800:23,24 | **efficiency** 597:5 | 537:14 551:17 | **entry** 582:10,10 |
| 757:16,23 760:21 | **duly** 528:13 822:5 | **efficient** 547:4 | 563:18 640:8,9 | **envelope** 785:7 |
| 761:12 763:24 | 822:8 | **efficiently** 542:2 | 646:2 647:7,11,19 | **equipment** 649:14 |
| 766:19 769:22 | **dun** 689:8 780:6 | 646:12 | 677:5,8,22 682:20 | 662:19 666:1,6,7 |
| 776:17 777:19 | 801:3,3,6,6,8,9,12 | **eidson** 496:18 | 707:3 709:21 | **equity** 523:16 |
| 778:7 783:4 | 801:15 802:9,14 | **eight** 616:2 | 716:4 819:19 | 576:24 771:7 |
| 785:13 788:9 | 802:15 804:17,19 | **eiselen** 501:3 505:3 | **enable** 772:10 | 772:3 |
| 790:18 793:21 | 805:3,12 811:12 | **either** 535:7,21 | **energy** 497:9 | **errata** 823:7,11,15 |

Confidential - Subject to Further Confidentiality Review

825:7
ervin 496:18,21
  526:7 576:16
  783:23 784:13
especially 818:10
esquire 496:7,8,13
  496:18,19 497:3,9
  497:14,15 498:3
  498:10,10,17,21
  499:3,8,14,15,21
  500:4 501:3,9,15
  501:20 502:3,3,9
  502:15,20 503:3,8
  504:3,8,13,17
  505:3,9,14,20
  506:3,9,14
essence 804:18
establish 645:18
  664:8 759:22
established 643:23
  644:1,5 646:6
  647:21 759:5,13
  760:7 766:15
  789:2
establishing 796:15
establishment
  541:16 644:6
  646:7,14
et 732:9 737:7
eugene 498:10,13
  527:24 671:7
evaluation 649:8
  664:15
evans 499:2
event 583:16
everybody 546:18
  567:1 671:13
everyones 542:9
evidence 564:23
  565:19 566:13
  679:8
exact 701:16
  735:18 800:14
exactly 613:21
  673:5 736:6 752:6
  818:7

examination
  529:15 541:21
  672:5 784:9
examined 528:13
  728:17
example 545:2
  732:8 737:6
  761:15,16 801:17
exception 566:18
exchange 559:1
  594:13 597:20
  714:4 717:5
exchanged 698:20
exclude 561:6
exclusive 760:8,10
  780:6 812:15
exclusively 694:2
  694:19 695:13
  696:2
exclusivelyowned
  759:23
excuse 555:24
  562:2,3,23 570:21
  574:12,16 685:24
  686:12 688:4
  694:4 706:13
  711:24 735:2
  740:4,4 769:6
executive 495:15
  503:8 515:13,20
  516:4 586:15
  631:3,10,18
executives 553:5
  588:24 653:21
exempt 645:4,9
exemption 645:22
exemptions 796:10
exhibit 545:3,3,20
  545:23 546:10,19
  548:18,21 549:6
  552:20,20 553:13
  553:16,24 555:8
  555:15 568:7,23
  569:6 572:5,8,18
  578:9,11,15 579:5
  579:8 582:24

583:3,12 589:5,8
  589:17 590:17
  591:1,4,13 592:11
  592:14,23 600:2,8
  600:11,20 601:11
  601:14,17 603:3,6
  603:16 605:1,4,7
  618:1,4,19 620:1
  620:4 621:7,10,20
  622:11,14,24
  623:12,15 624:1
  624:10,13,23
  626:13,16,19
  628:4,7,10 629:11
  629:14 630:13,16
  630:22 631:1,5,9
  631:13,16 632:3,5
  632:6,9,19 634:11
  635:13,19 636:2,6
  636:9,14,18
  637:12 641:3,6
  642:1,18,21 643:6
  649:21,24 650:12
  650:22 651:1
  652:3,6,9 654:3,6
  654:9 655:1,9,13
  655:16 656:3,13
  656:15,23 657:18
  657:22 658:1
  659:7,9 660:23
  661:1,9,24 662:2
  663:6,10,12,24
  664:20 665:4,6
  667:1,4,11,14,19
  667:22 672:15
  673:15 683:3,14
  692:24 693:3
  700:5 705:21,24
  706:10 710:5,24
  711:22 712:24
  713:4 716:17
  721:2,18,20 731:1
  731:7,9 732:2
  734:10,13 735:18
  736:4,11 737:11
  748:17,20 749:14

750:9 762:12,21
  771:4 775:16
  776:1,22 779:14
  781:3 785:15,18
  785:19 786:1,14
  787:8 788:2,5,14
  788:17 789:8,16
  791:10,22 792:7,8
  792:10,15,20
  793:1,8 802:12,22
  803:1,11 806:3,4
  807:19 808:9,14
  809:16 810:14,22
  818:16,20,22,23
  819:3
exhibits 544:19,20
  544:24 547:1
  564:24 565:20
  632:1 642:11
  683:18 698:12
  720:23 750:5
existence 723:1
  792:23 793:2,8
  795:5
expect 567:17
  713:12
expectation 540:7
expense 753:8
experience 717:10
expert 768:9 769:9
expires 825:18
explain 558:16
  564:17 567:13
  575:21 613:13
  687:4 688:9,13
  758:18 778:8
  812:21 813:3,5,11
  813:15
explained 797:13
  800:13
explaining 567:11
explains 760:9
explanation 581:13
  586:11 702:15
export 726:23
  727:24 728:3

729:21 732:5,7
  737:2,4 782:18
exported 727:18
  776:10
exporting 717:7,10
extent 619:11
exterior 501:6
  505:6
extraordinary
  523:2 748:21
  749:20 751:12
eyeballs 774:11

**F**

f 500:4 822:1
facility 660:10
  664:2,4
fact 559:20 565:15
  569:10 668:8
  679:5 680:22
  730:1 735:9 755:1
  778:3,6 805:11
factors 596:3
factory 648:10,13
  648:15,16
factually 535:16
fail 823:18
fair 678:5 679:24
  680:6 689:21
  713:17 731:12
  736:7,8
faithfully 702:2
  723:6 786:24
fallon 495:5 496:2
  525:20
false 727:3
familiar 587:13
  643:19
familiarity 606:14
familiarize 750:22
family 608:22
far 689:18 719:1
  759:19 763:9
  765:23 782:12
  801:1 802:6
favorable 645:6,21

Confidential - Subject to Further Confidentiality Review

**fax** 495:23
**february** 524:14
652:21 654:19
659:17 661:10
662:10 663:7
664:20,22 701:18
803:2
**federal** 496:2,23
**fee** 607:15,20
**feedback** 711:9
**feel** 615:23
**feet** 689:6,6,7,7,7
**fengqin** 653:20
655:7
**fgd** 644:19 796:21
796:22 797:1
**fifteen** 761:20
**fifth** 514:19 629:16
630:7 745:14
**figure** 660:17
**figures** 581:17
**final** 545:10 787:19
**finalize** 711:7
**finally** 596:4
703:14
**finance** 507:18
546:1 547:19
768:11,15,16
**financial** 517:4,11
520:21 521:9
523:21 638:22
639:13 640:12,12
640:22 641:7
642:22 657:15
667:5,23 669:12
760:23 761:6
762:23 763:15,22
764:4,6,16,18
765:2,7,8 766:22
767:1,7 768:1,7,9
768:20 769:9,10
769:15,16 770:2
771:11
**find** 556:22 673:3,9
676:3 712:17
734:22 736:10

759:6 761:20
776:14
**finding** 700:2
**fine** 545:17 574:24
576:18 614:17
685:11 783:22
819:24
**fingerprint** 800:18
**finish** 812:22
**finished** 670:9
671:14 719:23
**finishers** 503:11
**fireman** 501:17
506:11
**firm** 504:2,17 580:1
580:4,6,13,16,19
639:1,3,9,21
642:13 643:12
673:19,24 674:1,3
675:14,19 676:6,8
**firms** 639:13 640:3
**first** 528:20 530:7
530:14 533:23
549:13 572:20
579:23 581:20
582:9 583:24
584:6 606:4,10
623:4 624:3 627:6
627:7 628:21
630:2 644:1 647:2
647:6 649:1
652:19 658:12,16
660:3 669:19
673:17 685:22
686:5 687:6
688:12 689:11
717:7 721:4,4,6
724:15 730:5
733:16 754:3
787:13 788:13,14
791:7,9 792:15
808:24 810:24
817:12
**fishbein** 497:2
**five** 588:9,13
604:12,15 616:12

699:20 744:12,16
778:19
**fiveminute** 778:17
**fiveperson** 743:24
**fix** 558:8
**floor** 498:4,11
499:15 501:4
502:21 503:4
505:4 506:4 699:8
**florida** 496:20
498:18 502:4,16
503:9,11 504:9,14
539:10 543:19
683:12 793:16
794:2
**focus** 765:21
**folders** 699:9
**folks** 695:23 820:17
**follow** 556:8
**following** 547:22
632:1 650:10
772:2
**follows** 528:14
568:10 711:12
**followup** 779:14
**foot** 793:24
**force** 812:11 814:4
**foregoing** 822:20
825:4
**forgot** 610:7 619:22
708:14 738:14
795:1
**form** 517:19 531:13
531:16,20,20
533:10,14 534:22
549:17 568:14
612:8 650:2 691:7
778:11,12 783:11
825:6
**formed** 568:18
695:11 701:14,15
797:11
**fort** 504:14
**forth** 527:8 698:21
726:16 822:10
**forward** 575:24

721:13
**found** 599:1 703:14
707:17 712:21
785:20
**foundation** 540:22
541:14 555:3
566:12
**foundational**
586:23
**four** 588:13 616:6
699:18 745:13
787:13
**fourth** 514:10
628:12 629:1
**frame** 692:20 708:2
743:23 780:13
**frank** 497:15,17
527:23 702:2
713:20 714:4,15
717:6 722:8 723:6
723:7,14 724:2,7
724:12,12,14,21
786:24
**franklin** 499:3
**frankly** 559:7
**freeway** 505:9
**friscia** 503:7
**front** 619:11
673:14 710:6,24
712:15 735:1,3
776:22 802:13
**ft** 502:4
**fu** 653:17,19 655:6
**fulfill** 644:7
**fulford** 502:14
**full** 534:3 559:4
822:13
**fulmer** 502:2
**fulmerleroy** 502:5
502:6
**function** 588:18
**fund** 501:17 506:11
599:4
**funding** 577:9
675:15
**fundings** 577:5,7

577:10
**further** 495:12
758:18 772:11
812:21 813:3
822:12
**future** 596:7

---
**G**
---

**g** 773:8
**gables** 496:20
**gain** 767:21
**gainsben** 497:11
**gainsburgh** 497:8
**galloway** 501:3
505:3
**gang** 691:1 692:11
692:18,18 803:24
804:5,6,7,8,11
805:2 807:13,14
807:15,17 808:16
808:16,22 809:1
809:11,20 810:6
810:19 811:20
812:6 813:19
815:5,13 818:15
**gangs** 817:22
**garner** 505:19
**gender** 598:11
607:17 790:10
**general** 508:21
509:12 511:3,19
523:3 530:2,8,15
530:22 542:12
572:11 583:5,21
584:12,13,24
585:5,17,23 586:5
587:19 597:24
601:20 605:9
615:10 634:13
646:23 653:9,11
660:2 680:5,8
694:12 719:14
747:6 748:21
749:20 751:13
765:16 811:11
819:18

Confidential - Subject to Further Confidentiality Review

generally 531:18
562:8
geographical
612:21 613:1
george 496:8 526:2
691:16 694:7
730:4,8 733:6
763:5 770:22
772:18 782:15,22
georgia 499:22
502:11
gerald 497:9
germano 526:12,18
gerry 526:24
getting 741:5
give 528:18 578:24
614:1 679:7
682:18 684:14
693:22 695:5
698:3,13,24
699:12 709:4
712:4,16 749:9
given 533:21
599:10 699:4,7,15
699:17 736:2
822:14 825:5
giving 703:23
709:24 711:16
gjtbs 501:6 505:6
glance 594:22
global 524:7 781:4
glossary 610:22
738:12 781:14,24
783:3
gmeunier 497:11
go 542:22 561:9
566:12 567:21
569:14,20 571:12
574:13 635:20
637:3,15 640:9
650:7 673:13
675:4 676:14
678:16 686:24
689:24 690:20
695:17 702:11
711:22 712:18,18

721:13 728:16
732:17 737:16
738:14 750:15
753:20 768:22
769:16 770:23
791:22 792:14
798:8 802:4
810:21 812:2,4
818:16 819:22
821:2,3
goes 724:21 734:5
going 534:1,6,9
536:6,8 547:8
549:8 551:14
554:15 558:3,16
559:1,9,13,17
560:13 562:14,16
564:9 566:3,7
569:8 573:14
574:20 575:5,24
576:1,6,7 588:12
590:5 594:24
608:5 614:21
637:23 638:6
643:15 650:7,8
651:12 668:7
671:13 672:2,14
678:15 681:17
683:8 688:8 695:3
697:7,21 699:24
706:8 714:14
717:2 720:11,20
720:23 730:1,11
730:13 731:23
736:17 740:13
742:15 748:12
749:8 753:5
754:13 761:23
762:21 778:24
779:9 791:16
804:17 806:7
golkow 495:17,23
495:24 525:5
822:3,16
gonima 803:16
804:20

gonimaconstruct...
803:17
gonzalez 496:18
507:8 526:6,7
531:12,16 534:21
540:9,21 541:13
554:24 563:12,16
563:21 566:10
576:18 581:7,24
609:22 612:7
614:9 641:21
642:2 674:12
740:3,6,10,22
741:1,4 784:6,11
784:13 785:19,24
786:5 789:11,21
790:15 791:21
793:4,6,22 794:6
794:20,24 795:4
795:22 796:2,4,17
797:15,20 798:12
800:21 802:2,11
802:21 803:8,13
804:6,8,10 805:5
806:7,10,23 807:4
807:5,23 808:4,11
808:13,20 809:7
809:13 810:3,8,13
812:1,5 813:7,13
814:5,10,14
815:11 817:1,3
820:10,14,19
good 526:6,10,20
529:18 546:21
557:5 576:20
578:18 672:8
750:16 770:23
784:12
goods 689:1
gotcha 750:11
756:3
government 552:6
796:8
graf 502:15
grant 503:4
great 577:4 617:3

672:21 699:2
greenberg 498:16
526:4
greet 790:22
groot 503:10
group 523:23 526:9
527:20 550:23
574:10 576:4,5,10
610:24 684:8
703:5,6,8,11
771:13 772:11
773:2,3,7 782:5,7
786:24
gtlaw 498:19
guarantee 606:21
607:1,13,15,20,21
607:22
guaranteed 597:14
guarantor 607:11
guess 567:22
668:11
guesses 820:5
guidance 562:19
680:1
guide 756:19
gunn 499:20 502:8
guobiao 561:23
gypsum 497:18
498:6,13 510:17
511:18 512:2
517:5,12 527:22
528:2 529:19,22
542:13 577:4
586:7 587:20
588:7 600:13
602:20,23 604:11
605:8 606:7 607:5
607:10 608:10
609:6,14,20 610:9
612:5,13,16,20,24
613:10,15 615:7
615:13 617:5
618:6 619:2,15
625:8,20 626:10
628:19 633:24
634:1 638:15,22

639:4,10,24 641:8
642:7,23 643:9
644:17,20 645:1,5
646:19 647:18
648:4,6,17 649:14
649:16,17 650:12
651:10 665:19
689:3,20 694:13
694:14 711:4,12
715:13 717:7
718:13,18,19
719:4,15,16
726:23 728:1,5,11
728:23 734:21
735:10 747:4
760:7 767:17
769:3 770:15
772:5,13 797:1,2
799:6,9,21 802:9
805:10,12 814:1
gypsumboard
704:13

| H |
| --- |

h 501:23 507:11
hadnt 674:21
half 585:21 597:10
598:4 644:1
718:12 746:8
hand 697:13 741:5
749:18 762:22
775:24 781:10
handed 687:18
handing 611:6
694:7 697:15
749:10
handle 695:20
773:18,23
handled 647:8
hangzhou 728:20
728:22 729:12
happen 558:1
587:4 655:4
662:24
happened 598:3
happens 593:14

Confidential - Subject to Further Confidentiality Review

happy 542:4
  557:19,22 607:24
  617:14 698:24
  798:7
hard 560:5 682:10
  700:2 724:9
hardt 500:4 526:10
  526:11 540:23
  763:1
hate 721:11
havent 545:9
  556:21 699:10
  711:8
headquarter 648:4
  648:6 765:22
headquarters
  648:2
heard 505:8 608:14
  608:18 610:12
  611:2,13 724:20
  791:4
heardmedackpc
  505:11
hearing 532:24
  533:8 682:10
  724:16
hearsay 565:12
  566:17,18 581:8
held 495:15 525:10
  552:5 584:21
  585:2 623:9 625:6
  627:16 630:5
  700:17 752:7
  756:14,23
hell 563:7
help 684:24 764:1
  797:19
helpful 567:10,11
  567:12
herman 496:13,13
hes 541:4,5,7,11
  562:16 611:13
  674:9 680:22
  687:4 694:11
  695:19 701:24
  708:5 712:14

726:4 727:13
  809:24
hhkc 496:15
hicks 496:18
high 615:9,16
  616:1 746:15,20
  793:24 794:7
highend 615:12
higher 616:19
highlighted 731:24
  736:11
highlighting
  732:21
hilarie 498:17
  526:3 691:21
hilbert 505:20
hire 580:18,21
hired 580:19
hogan 497:14 498:3
  498:9 528:1
hoganlovells
  497:17,17 498:6
  498:13
hold 529:19,21
  530:3 584:17
  585:22 595:24
  625:9,20 626:8
  688:5 739:3
  745:18 755:20
  756:8 783:7
holding 770:15
home 498:19
  505:23 526:5
  819:23
homes 499:11
  526:22
hong 495:16 498:5
  525:10 529:10
  672:9
honor 525:18 529:3
  529:12 532:8,9,11
  532:24 533:7
  534:22 535:11
  540:14,23 541:15
  541:20 542:20
  544:15 547:2

556:1 558:12,15
  559:23 561:12
  563:12,21 564:21
  566:10 567:19
  614:9,18 617:20
  619:21 668:14
  670:8 674:13,19
  678:17 681:4,19
  682:3 691:16
  692:10 695:3
  720:22 739:21
  740:3 741:1
  758:19 813:2,7,14
  820:20
honorable 496:2
honorary 586:16
  586:17 765:16
honors 532:20
  533:3
hope 542:3
hoped 684:10
hoping 685:19
hotel 708:19
hour 671:6 820:20
  820:23
house 594:10
houses 594:13
houston 505:10
hu 584:21,23
hudgins 499:20
  502:8
humanly 559:7
hunton 501:8
  505:13,17
hurry 664:8

————————
         I
————————
ibsa 502:7
id 672:20
idea 546:22 556:6
  565:5 578:18
identification
  546:4 549:2
  553:20 555:11
  569:2 572:14
  579:13 583:8

589:13 591:9
  592:19 600:16
  601:23 603:12
  605:12 618:8
  620:9 621:16
  622:20 623:21
  624:19 627:1
  628:16 629:20
  631:21 636:23
  641:11 643:2
  650:4 651:7
  652:14 654:15
  655:20 656:19
  658:7 659:13
  661:5 662:6
  663:16 665:10
  668:4 672:18
  683:5 693:5 700:8
  706:4 713:7
  716:20 721:23
  731:3 734:17
  749:2 762:17
  771:15 775:21
  781:7 789:19
  803:6
identified 541:1
  556:13 558:23
  560:6 653:9
  683:18 692:3
identify 525:18
  546:13 672:16
  673:22 685:1,12
  692:7 699:23
  702:10 707:21
  709:18 711:2
identifying 685:5
ignore 730:14
iii 593:15
ill 532:5 535:16
  542:16,20 546:23
  557:20 558:6
  560:14 561:1,2,24
  567:20 569:20
  575:20 581:9
  582:2 610:17
  672:21 673:3,9,10

675:8 679:8 689:2
  690:17 695:16,20
  695:21 697:23
  698:6 702:19
  704:21 712:11
  713:13,18 715:23
  717:4 721:12
  722:18 724:23
  725:19 731:14,22
  735:24 738:5
  745:23 757:18
  761:9,15 764:20
  770:5 773:10
  774:6 782:3
  796:23 815:10
  817:4 820:22
im 525:4 526:16
  531:14 536:6,8
  542:3 546:7 547:8
  549:8 551:14
  554:15 557:6,17
  557:19,22 558:4
  563:16 566:7
  570:21 571:6,9
  573:14 574:18,19
  576:11 578:9
  586:10 587:13
  594:21,24 597:21
  602:17 605:19
  608:5 610:15
  613:10,23 614:21
  618:19 630:9
  633:2 635:7,16
  641:17 643:15
  650:8 651:12
  656:6 666:16
  669:17 670:8
  672:14 673:4
  674:18 676:3
  677:6 678:10,15
  680:13 681:17
  683:8 684:18
  685:5,12 688:8,10
  690:6 691:2
  692:11 693:17
  694:4 697:7 698:8

Confidential - Subject to Further Confidentiality Review

Page 842

698:23 699:24
700:11,22 701:10
706:8,14 707:16
708:3,4,21 709:21
710:8 712:2 717:2
724:5 729:18
730:1,13 731:23
733:8,22 736:11
737:5 740:6,12,23
742:15 743:6,15
749:8 750:4,6
752:10 754:9,9,13
761:16 762:20,21
764:13,23 765:2,5
765:9,15,19 768:8
768:22 769:17
770:19 778:2,12
780:11 781:18,19
782:11 783:5
784:12 787:7,20
788:1 790:5
791:16 793:4
794:17,24 795:16
799:11 802:4
804:17 806:7,20
807:23 808:9
810:16 812:16
813:1 814:19
817:1,14 819:18
819:18
**impact** 617:3
**impeachment**
683:22 684:13
**imperative** 823:14
**import** 732:5 737:1
782:17
**important** 596:18
597:6
**impossible** 565:6
775:3 800:19
819:20
**improving** 772:20
**inaccurate** 727:5
727:21,23 728:4,4
728:7
**inappropriate**

740:11
**inch** 689:5,5 718:12
**include** 633:24
634:5,15 635:2
765:7
**included** 814:13
**includes** 634:2
**including** 595:22
639:16 728:2
737:5 802:3
**incorporated**
530:19 536:17
795:7
**incorporation**
509:20 517:18
551:18 589:11,23
593:6,20 601:1
604:2 609:11
619:1,14 625:11
625:12,23 626:10
650:1 652:1
658:19 659:2,4
**incorrect** 710:17
**increase** 594:15
597:4 616:5,7
**increased** 616:4
**independent** 502:6
580:13 597:15
639:1,3,8,20
642:12 645:24
646:1,2
**independently**
646:11
**index** 698:19
**india** 732:9 737:7
**indicate** 547:9,23
**indicated** 552:21
562:24 662:19
684:9
**indicates** 549:17
581:21 731:10
735:24 752:13
753:4 804:15
**indicating** 734:6
773:7 806:24
807:1 809:17

814:11
**indirect** 595:19
740:17
**indirectly** 595:13
**individual** 533:13
550:18 562:7
568:17 594:11
691:5 714:5,15
765:18 807:18
**individuals** 548:7
550:16,22 562:10
570:15 796:8
**indonesia** 732:9
737:6
**industry** 719:15
**inferences** 535:17
**information** 543:9
639:22 640:2
711:10 766:22
767:7 768:12
769:16 770:2
777:15 778:1
780:17 783:19
785:6 805:19
**ingersoll** 503:2
**ingredients** 799:2
**input** 657:14
658:24
**insofar** 541:10
**inspected** 728:14
729:15
**inspecting** 729:13
**inspection** 727:12
727:20 728:9,11
728:19,21,21
729:4,13
**institution** 728:10
728:20,22 797:5
**institutions** 728:18
729:13
**instruct** 686:24
**instructions** 823:1
**instructs** 678:13,24
730:15
**insurance** 499:18
501:17 502:23

506:6,11,17
527:20
**insurers** 499:18
502:23 506:6
**integrity** 578:22
**intend** 696:3
**intensely** 560:3
**inter** 688:5
**interest** 523:16
537:19,24 538:11
538:16 549:21
550:6 573:8 581:4
593:17 595:12
599:8,18 610:18
738:21 739:7,9
740:17 741:15,16
741:17 771:7
772:3
**interior** 501:6
505:6
**international** 498:9
701:9
**interpret** 574:19
614:3 678:11,15
678:18 679:2
681:21 682:1
749:12 781:22
**interpretation**
697:12
**interpreted** 681:11
710:15 797:18
**interpreter** 500:10
528:3,5,22 529:2
529:7 531:14
533:20 538:6,6
542:22 548:10,10
552:2,2 561:24
573:18 574:12
575:3 577:20,20
578:8,13 580:10
580:10 586:10,11
587:6 598:10,10
607:16,16 609:24
609:24 611:5,22
614:2 618:14
644:9,10,13,15,21

644:21 656:1
672:24 678:11,17
679:13 681:19
684:24 685:19
686:9 687:6,11,20
688:7 696:10
704:10 705:13
712:4 714:20,20
717:13 731:22
736:15,23 738:11
746:17,17 747:15
747:15 754:11,14
754:19 759:10,10
768:3,3,24,24
773:4 779:16
781:21 782:2,4,6
782:16,24 790:9,9
793:3,19 794:4
795:19,19,24
796:19,22 801:21
801:21 804:1,7,23
804:23 806:20
807:2,21 808:6
810:9,12 811:21
814:9,12
**interrogatories**
783:12
**interrupt** 707:17
740:7,23
**introduce** 548:14
567:3
**introduction**
546:24 581:13
767:19
**invest** 568:13,15,19
577:10,14 615:24
**invested** 572:2
760:8
**investigate** 617:8
**investigating**
640:14
**investment** 523:18
554:13 570:15,16
570:17 577:8
741:23 745:16
753:9 757:6

Confidential - Subject to Further Confidentiality Review

759:17 771:8
investors 759:16
invoice 645:10,12
645:20 797:6
invoices 797:9,12
involved 586:13
596:20 648:18
involves 771:21
irpino 504:17,17
irpinolaw 504:19
isnt 551:5 678:5
680:5,18 733:16
735:11 748:6
755:15 763:3,10
767:5
issue 645:12,19
797:6,12
issued 759:20
issues 533:2 597:6
668:18
issuing 797:9
item 689:22 693:24
695:7 696:1,14
697:1
ivan 803:15
ivangonima 803:17
ive 676:17 688:6
734:9 754:17
776:21 791:4
817:12,18
ix 606:20

J

j 499:8
jaipo 790:3
james 505:9
jane 499:14 527:17
janeburne 499:11
january 495:10
525:7 544:20
549:8 665:13
822:6
jason 503:8
jbslaughter 499:11
jchaikin 504:10
jdavis 505:11

jefferson 501:15
506:9
ji 498:10 527:21,21
jia 495:15 497:19
498:8,15 507:4,14
507:17,21 508:1,5
508:8,11,14,17,20
509:1,4,8,11,15
509:18,22 510:1,5
510:8,13,16,20
511:1,6,9,15,18
511:22 512:5,8,13
512:16,21 513:1,6
513:9,14,17,22
514:1,6,9,15,18
515:1,4,9,12,16
515:19 516:1,4,8
516:11,15,18
517:1,4,8,11,15
517:18,21 518:1,5
518:8,13,16,21
519:1,4,7,9,12,17
519:19,21 520:1,3
520:6,8,11,13,15
520:18,21 521:1,4
521:6,9,17 528:8
528:9,12,19,20,20
529:18 534:17
535:4 536:10
538:22 540:16
542:11 543:1,7,10
544:17,19 545:20
545:23 546:7,9
547:17 548:18,21
549:6,14 550:2,6
552:19 553:9,13
553:16,23 554:5
554:17 555:8,14
555:23 557:7,24
560:19,21 561:14
562:4 563:1,11
568:8,23 569:6
570:3,10 572:5,8
572:18,23 573:16
574:22 576:22
578:6,11,19 579:5

579:8,16 581:2,17
581:20 582:16,24
583:3,18 584:17
585:13,16 587:5
587:16 588:12
589:5,8,21 590:16
591:1,4 592:11,14
593:21 594:24
597:17 600:4,8,11
600:23 601:14,17
602:7 603:3,6
604:7 605:4,7,22
606:16 608:5
610:18 612:12
615:4 618:11,23
620:1,4,15 621:7
621:10 622:11,14
623:6,12,15 624:5
624:10,13 625:7
626:16,19 627:11
628:7,10,24
629:11,14 630:4
630:13,16,22
631:1,5,9,13,16
631:24 635:20
636:6,9,14,18
638:10 641:3,6
642:5,18,21
643:17 646:20
647:22 648:19
649:21,24 650:7
650:14,22 651:1
651:12 652:6,9,20
654:6,9,21 655:13
655:16,23 656:6
656:13,16 657:1
657:22 658:1
659:7,10,20
660:23 661:2,17
661:24 662:3,13
663:10,13,20
664:24 665:4,7
666:4,12 667:1,4
667:11,14,19,22
669:1,16 670:2,10
672:8,12 673:12

673:17 674:4
676:16 677:3
678:3 679:16
680:3,15 682:17
684:23 685:14
688:22 689:10,17
690:21 691:11,13
691:24 692:22,24
693:3,14 696:1,6
696:16 700:20
701:23 703:1,24
705:1,3,11 706:10
706:12,16 707:2
707:16 708:9
709:7 710:5,24
711:15 712:23
715:19 717:1
718:15 722:2
723:18 724:1
727:23 729:8,17
731:6,7,8,18
732:2,16 733:1,13
733:21 734:9,10
735:9 737:11,14
737:22,23 741:12
741:18 742:5
744:16 745:20
746:10 747:12
750:21 751:10,14
752:9,11 756:7,24
757:2 758:9
760:20 762:20,20
763:13,21 764:13
765:11 766:21
767:23 768:15
769:13 770:12
771:18 775:6,24
776:1,4 779:12,21
780:13,21 781:10
781:22 784:3,15
822:5,8 825:9
jia13 521:15 683:3
683:9 779:14
jia14 521:17 693:3
jia15 521:19 697:8
700:5,12

jia16 618:1
jia16a 512:1 521:22
618:4 705:21
jia16b 522:2
705:24
jia17 522:6 713:4
jia18 522:9 716:17
jia19a 522:12
721:18
jia19b 522:15
721:21
jia2 730:5,9
jia20 522:17 731:1
jia21 522:19 734:13
jia22a 522:23
748:17
jia22b 523:2
748:20
jia23 523:8 762:12
jia24 523:13 771:1
771:4
jia25 524:2 775:16
jia26 524:7 781:3
781:19
jia27 524:11 789:16
jia28 524:13 803:1
jianglin 753:24
754:3,4 755:8,11
755:14 775:7
jianjun 584:17
jiapo 707:19
790:22 791:5
jias 587:9 721:13
jieni 498:10 527:21
jinyu 584:21,23
joe 497:14,17
527:24 668:6
686:15 697:6
720:23
johnson 501:3
505:3
joint 551:16 748:5
752:14 757:12
758:2
jones 501:14 506:8
joneswalker 501:17

Confidential - Subject to Further Confidentiality Review

506:11
**jordan** 504:8
**jr** 502:15
**judge** 495:5,6
  525:21 556:17
  562:24 571:11
  574:17,23 578:20
  594:6 597:23
  678:12,24 686:13
  686:18,21 698:7
  698:10,14 699:4
  699:17 712:15
  720:7 723:21
  730:3,15 745:22
  749:12 750:17
  754:14 757:17
  774:4 775:11
  778:16 808:12
  820:11
**julia** 499:15 527:2
**juliabeskin** 499:17
**july** 522:6 547:14
  713:4
**june** 601:2,4 602:3
  604:8,9 623:2,5,9
  628:20,22 629:6
  633:20 651:11
  656:24 658:11,20
**jurisdiction** 533:1

### K
**katz** 496:13
**keep** 561:2 712:9
**ken** 526:11
**kenneth** 500:4
**kerrigan** 506:13
**key** 726:5
**khardt** 500:6
**kind** 538:12,17
  567:16 612:5
**klein** 505:19
**knauf** 615:11 616:6
  747:2
**knew** 743:11 791:8
  805:16
**know** 532:15 543:6

556:7 558:1 560:8
560:20 564:1
574:22 580:3
587:4 592:3 594:7
595:8,18 597:23
607:1 612:1 615:1
655:24 660:18
661:17 669:5,8
672:10,15,23
673:6 680:15,22
684:3 685:17
688:21,23 689:19
691:1,4,8 692:10
692:17 696:16
697:21 701:1,3
703:2 705:15
706:24 707:12,20
708:6 709:12,15
711:20 713:16
714:10,12 715:12
715:13,15 716:7
718:17 719:2
724:12 733:15
738:1,17,20,23
739:10 743:8
755:2 756:8 757:1
763:9,24 764:2,5
764:17,24 766:23
768:11 771:20
772:22 777:18,19
778:7 781:15
783:4 790:16,18
790:19 791:2
793:21 794:10,13
797:13 801:1
802:7 803:18,19
803:21 804:12
805:15,18,19
808:8 809:18
811:24 816:9
818:21 819:15,16
819:20
**knowing** 559:16
**knowledge** 537:16
  540:6,16,19 541:8
  541:9,14,16

542:14 543:3,4,8
543:12,15,18,21
543:23 544:3,5,9
544:11 571:5
801:13
**known** 559:8
  713:21 724:17
  786:9 788:17
  792:2,17 808:15
  808:16 809:1
**knows** 567:1
  586:24 738:5
  764:22 777:17
**kong** 495:16 498:5
  525:10 529:10
  672:10
**korea** 733:24

### L
**l** 495:4,17 497:8,8
  498:21 504:2,2,8
  505:11,20,20
  822:3,16
**labeling** 804:17
**lack** 555:2
**lafarge** 615:11
  616:6,21,23 747:1
**lafayette** 501:16
  506:10
**lake** 499:8
**landmark** 506:16
**language** 529:1
  735:18 736:10,13
  736:20,22 737:10
  810:5,24 818:1,13
**largest** 772:4
**late** 633:19 668:9
  668:14
**lauderdale** 502:4
**law** 504:2,17
  568:11 588:21
  596:11,12,22
  609:12 625:10
  646:10 649:2
  758:22,24 759:15
  759:20,21 774:18

774:22 822:8
**lawlor** 525:4
**laws** 536:18
**lawyers** 534:3,4,5
  826:1
**lay** 586:22
**ldavis** 496:15
**lead** 533:14
**leading** 533:15
  555:1 581:8 679:7
  772:13
**leads** 582:15
**lease** 519:19 520:11
  659:10,21 660:8
  663:13 664:1,11
  727:4
**leased** 660:7
**leasing** 664:2,5,17
**leave** 549:8 617:18
  712:6 776:6
**leeway** 533:21
**left** 782:12
**lefthand** 579:22
**legal** 518:17 535:10
  535:14,16 555:1
  609:23 651:20
  654:11 658:13
  665:16,18,22
  775:2 812:13
**lend** 598:19,20
**length** 689:6
**lenny** 684:4 693:10
**leonard** 496:13
  527:13
**leroy** 502:2
**letter** 805:8
**letters** 814:6
**leung** 498:3,6
  527:24
**level** 495:16 595:19
  790:12,12
**levin** 497:2,3
  527:10,10
**lfsblaw** 497:5
**liabilities** 609:8
**liability** 495:5

**liaison** 526:9
  527:14 784:14
**license** 538:4,7,8,11
  649:3,4
**licensing** 538:9
  649:12 664:10
**limit** 533:24
**limited** 516:12,19
  517:5,12 523:9,19
  524:3 547:21
  548:5 552:12
  554:14 563:20
  573:2 574:1 576:3
  576:5 582:20
  585:11 589:24
  591:18 593:9
  606:8 627:22
  636:11,20 641:9
  642:24 653:6
  690:1 759:2
  762:13 771:5,9
  775:17 811:5,13
  818:10
**limiting** 532:12
**linda** 495:17 822:3
  822:16
**line** 572:20 606:10
  624:3 627:7
  628:21 630:2
  640:10 662:16,18
  663:4 690:14
  700:23 709:11
  734:5 737:19
  782:11 799:21
  807:10 824:3
  826:2
**lines** 616:8 799:23
  800:14
**list** 508:3 548:24
  559:18 571:1
  597:6,7 617:1
  782:21
**listed** 584:6 585:12
  786:11 788:2,4,14
  792:3,7,16 806:18
  807:7

Confidential - Subject to Further Confidentiality Review

Page 845

| | | | | |
|---|---|---|---|---|
| literally 616:24 | 621:19 622:23 | 496:3,14 497:10 | 619:18 | manufacturing |
| litigation 495:6 | 623:24 624:22 | 498:24 501:5,16 | maintained 780:14 | 660:5 664:2 |
| 525:12 526:19 | 626:12 628:4 | 501:22 504:4,18 | maintains 578:22 | map 733:2,5,13,23 |
| 692:24 693:19 | 629:7 631:24 | 505:5,22 506:10 | majority 739:6,9 | 737:18 |
| 751:3 776:24 | 634:10,20 635:5 | 506:15 525:14,22 | 739:13 759:8 | march 554:3,20 |
| 778:5 | 635:21 637:2,5,13 | 527:7 539:15 | making 531:18 | 561:18 570:5 |
| little 610:21 682:9 | 637:16 638:11 | 544:1 696:8,16,22 | 798:16,21 800:23 | 572:21 573:4,9,13 |
| 775:12 806:9 | 640:17 641:14 | 697:3 703:14 | 819:13 | 577:1 620:20 |
| llc 499:11,20 | 643:5 650:18 | 714:18 | man 672:10 | 633:16 |
| 501:12 502:9 | 652:2,20 654:2 | lovells 497:14 498:3 | management | mark 672:14 683:8 |
| 505:17 526:22 | 655:9 656:22 | 498:9 528:1 | 523:23 548:4 | 697:7 706:8 730:2 |
| 591:21 688:20 | 657:17 658:10 | low 615:10,14,15 | 550:13,20 551:21 | 736:17 780:23 |
| 780:5 811:9,11 | 659:16 661:8 | 616:10 746:14,21 | 551:24 552:11,23 | 789:7 |
| llp 496:7,13 497:14 | 663:5 664:23 | lowend 616:3,13 | 582:19 585:11 | marked 544:24 |
| 498:9,16,21 | 666:11 669:9,18 | 747:10 | 588:6 596:6 598:5 | 545:3 546:3 549:1 |
| 499:14 501:8,14 | 670:4 671:8 | lower 616:20 | 599:5,6,16,21 | 553:20 555:11 |
| 502:20 504:7 | 684:15,16 701:24 | 726:12 | 604:21 745:7 | 569:2 572:14 |
| 505:13 506:3,8 | 712:24 714:3 | lp 503:6 | 758:16 771:12 | 579:13 583:7 |
| loads 793:24 | 716:9 717:20 | ltl 503:11 | 772:16 774:22 | 589:13 591:9 |
| loan 597:20 599:13 | 720:24 722:2 | lubliner 503:8 | 783:2 | 592:19 600:16 |
| 606:21 607:1,10 | 731:6,19 735:16 | lumber 503:6 | manager 511:11 | 601:23 603:11 |
| 607:12 | 741:6 748:12 | lunch 671:13 | 530:2,8,15,22 | 605:11 618:8 |
| local 660:19 | 750:24 751:11 | luncheon 671:20 | 542:12 584:12,13 | 620:9 621:15 |
| located 537:20 | 783:17 785:15 | | 585:5,17,23 586:5 | 622:19 623:20 |
| 538:1,17 648:3 | 786:6,14,16,22 | **M** | 587:19 603:8 | 624:18 627:1 |
| 714:16 765:22 | 789:6 791:9,11,24 | m 495:17 499:14 | 646:23 647:4 | 628:16 629:20 |
| logan 500:3 | 802:12 805:6 | 506:14 525:8 | 653:9,11 660:2 | 631:20 636:22 |
| logistics 574:21 | 808:19,23 | 590:10,11 638:3,3 | 680:5,8 694:13 | 641:11 643:2 |
| 697:13 698:16 | looked 635:12 | 671:21,22 720:15 | 765:16 819:18 | 650:4 651:6 |
| 821:3 | 642:10 679:23 | 720:16 761:24 | managers 634:14 | 652:14 654:14 |
| logo 802:14,15 | 699:10 737:18 | 762:3,4 779:4,5 | mandarin 528:4 | 655:20 656:18 |
| long 585:22 640:15 | 818:17 | 821:10 822:6 | manner 547:4 | 658:6 659:12 |
| 640:16 647:18 | looking 565:11 | maam 562:4,23 | 642:13 643:12 | 661:4 662:5 |
| 724:17 765:20 | 590:16 619:10 | 574:16 685:24 | manufacture 664:4 | 663:15 665:9 |
| 772:23 | 635:16 674:5 | 686:12 | 801:19 | 668:3 683:4 |
| longer 568:12 | 700:23 710:6 | madam 810:8 | manufactured | 692:22 693:4 |
| 820:18 | 722:7 749:15 | madison 499:15 | 495:4 689:4 | 700:7 706:4 |
| longterm 580:19 | 750:4 783:5 | 502:21 506:4 | 801:12 802:18 | 712:24 713:6 |
| look 542:23 546:8 | 785:22 786:7 | magazine 504:18 | 813:23 | 716:19 721:23 |
| 546:11 552:19 | 787:7 791:24 | 506:14 | manufacturer | 731:3,7,8 734:9 |
| 553:23 555:15 | 792:10 815:1 | magistrate 495:6 | 660:9 719:16 | 734:16 749:2,17 |
| 569:5 572:17 | 818:24 | magnitude 559:6 | 726:5 | 750:9,12 751:11 |
| 578:6,20 583:11 | looks 783:8 | magnolia 502:16 | manufacturers | 762:16 771:1,15 |
| 591:12 600:19 | lot 542:4 684:11 | mail 785:7 | 649:6,15 778:10 | 775:20 776:1,21 |
| 603:15 618:12,16 | 698:11 735:17 | mailing 537:2 | manufactures | 781:6 789:18 |
| 619:3 620:12,19 | louisiana 495:1 | main 532:18 | 695:12 | 803:5 |

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

market 578:4 607:4
615:8,12 616:3,5
616:13,14 617:7,9
732:7 737:4
772:14
marketed 696:21
marketing 729:19
732:1,16 734:20
737:15 751:1
markets 612:22
613:2 615:14
marking 700:11
706:9 762:20
770:19 781:19
masonry 501:23
material 523:9,14
524:2 576:2,4
610:24 640:11
645:1 646:1
761:20 762:13
771:5 775:17
797:2
materials 573:15
574:1 726:6
729:19 732:2
751:2
mathematics
582:15
matter 525:11
711:4 719:21
matters 596:18
597:8,9,12 625:16
768:19
matthew 505:20
mccahill 502:3
mckenry 499:8
mclark 505:23
mdl 495:3 525:14
526:8,23 527:1
784:13
mdonohue 501:17
506:11
mean 530:10 538:8
550:9 556:24
565:2,9 571:11,12
578:8 587:7

653:15 679:19
694:2 696:11
725:6 733:15
744:8 748:3 761:5
764:1 773:24
774:3 798:22
meaning 732:3
756:1 772:7 799:1
means 640:10
752:17 820:24
822:21
meant 627:23
727:8 742:12
795:13 796:16
measurements
711:13
medack 505:8
medium 615:10,14
615:15 616:3,13
746:21
mediumend 747:9
mediumlevel
653:20
meet 646:3 784:14
800:15
meeting 508:22
509:12 511:3,19
512:11,18 513:3
513:11,19 514:2
514:11,19 523:3
572:11 573:1
583:5,21 584:3
601:20 602:15,21
603:20,23,24
604:3 605:10
606:9,17 620:7,17
621:13 622:2,6,17
623:8,18 624:7,16
625:5,14,18 626:3
626:21 627:20
628:12 629:16
630:5,7 633:17,19
748:21 749:20
750:2 751:13,18
751:21 752:4,7
766:2,7,9

meetings 586:15
606:15 625:9,21
626:8 629:1
751:14 766:12
megan 501:15
506:9
meirose 503:7
meirosefriscia
503:10
melissa 506:14
melvyn 702:1
member 765:13
members 604:10
744:2,4,24 766:18
mention 562:7
mentioned 664:5
messrs 653:17
met 672:9 728:24
metairie 501:22
meters 648:8 727:1
752:24 753:14
meunier 497:8,9
526:24,24
miami 498:18
michael 499:21
502:3
middle 570:22
717:3 726:15
746:14,21
midlothian 500:5
mike 527:4
mill 500:4
million 598:17
657:8 726:24
752:23 753:14
millman 499:2
mines 607:6,9
minimize 567:14
minutes 529:9
588:9,13 590:3
761:21 778:19
misleading 694:20
missing 571:3
misstates 677:13
mistake 570:7
611:9,24 633:3

635:17 805:2
mistaken 571:9
mmccahill 502:6
mobile 704:13,18
modifying 604:1
moment 531:24
578:14 644:10
702:12 718:11,12
735:15 750:22
752:11 794:23
796:20
money 577:6
598:15,19,21,23
599:2 616:1
657:10
month 640:15
701:16 717:9
months 640:16
montoya 496:19
526:7 786:2 804:4
moorhead 502:14
morgan 504:12,12
morning 526:6,10
526:21 529:18
678:19 681:24
750:1
moss 502:3
mosscandace 502:5
motion 527:9
613:19
move 613:18
669:20 770:6
776:20
moved 743:4
msexton 499:23
mswabacker
506:16
mtg 524:8 781:5
multiple 499:12
myers 504:14

_____

**N**

n 501:21 502:16
507:2
name 525:3 528:18
528:20,20 571:24

587:8,9,21 602:18
602:22 608:19,21
608:22 610:16
616:23 644:18
647:1,2,5,6 660:3
660:3 673:9,18,23
689:8 691:5 703:4
706:17 707:9,11
707:12,18,19,20
708:4 710:13,17
723:8 724:14,21
731:8 735:13
738:8,8 742:3
751:23 753:23
754:3,3 809:14,17
809:18 810:10
817:22
names 550:16
562:7 575:17
707:4,5 781:12,15
782:1 819:17
nanjing 498:11
nation 789:23
793:10
national 523:8,13
524:1 610:23
726:5 746:23
762:12 771:4
775:16
native 528:24
natural 789:4
nature 681:13
ne 499:21 502:10
nearby 708:16,20
necessarily 689:14
689:18 703:7
718:5 732:12
799:19 801:14
817:7
necessary 542:18
562:6 819:21
823:5
need 533:24 550:15
568:14 574:22
598:16 614:1
637:14 668:16

Confidential - Subject to Further Confidentiality Review

| | | | | |
|---|---|---|---|---|
| 670:10 674:14 | noted 825:7 | 589:18 592:24 | 761:10 764:7,19 | 748:12 750:8 |
| 678:21 679:5 | notes 826:1 | 713:15 739:10 | 764:21 767:9,11 | 754:9 763:6 |
| 693:7,10 694:5 | notice 822:5 | 787:10,19,24 | 770:4 773:9,21 | 793:19 799:11 |
| 702:15 704:12 | noticed 495:8 | 788:21,24 789:2,3 | 774:5,7 775:4 | 812:16 |
| 708:9 709:2 710:9 | notified 728:22 | 814:7 | 777:16 791:13,17 | okay 549:7 566:5 |
| 738:15 740:20 | november 633:15 | numerals 791:19 | 794:18 800:8 | 571:19 575:3 |
| 749:11 806:5 | nuckols 500:3 | | 808:1,5,17 809:3 | 576:11,11,17 |
| 821:1 | number 525:14 | **O** | 809:23 815:7 | 609:4 611:20 |
| **needed** 660:4 720:3 | 532:12 537:3 | oakland 502:4 | 816:18 | 637:19 669:16 |
| **needs** 586:11 | 545:1,3 546:10,19 | object 531:12,20 | objections 531:18 | 670:19 671:4 |
| 644:10 678:11 | 549:7,10 552:20 | 534:5,7,9,11,21 | 532:6,14 533:3,9 | 685:11 688:6,10 |
| 686:1 714:21 | 552:21 553:24 | 540:21,24 541:13 | 533:14 566:23 | 692:13 693:10 |
| 774:4 | 555:15 569:6,22 | 562:12 570:22 | 569:9 668:12 | 701:21 702:22 |
| **negative** 617:9 | 569:24 571:4 | 612:7 668:7 | 678:19 679:5,10 | 707:7 722:13 |
| 681:14 | 572:18,19 578:7,9 | 674:12 690:14 | 695:21 | 723:11 727:9 |
| **neither** 775:1 | 578:9,11,24 579:1 | 691:7 694:19 | obligation 639:12 | 737:17 739:11 |
| 813:24 817:10 | 583:12,13 589:17 | objected 679:6 | observation 569:13 | 744:6 746:10 |
| **never** 586:14 | 590:6,17 591:13 | 797:24 | observed 560:1 | 749:6 750:14 |
| 671:14 696:7,15 | 591:14 592:23 | objection 531:15 | obtain 607:10 | 752:19 753:10 |
| 696:21 697:2 | 600:3,21 601:11 | 531:22,23 533:15 | 780:17 | 754:15 756:4 |
| 703:16 704:3 | 602:2 603:16,17 | 535:2,9,13 540:9 | obtained 541:17 | 759:22 765:10 |
| 705:16 706:19 | 604:10 605:1,15 | 540:10 542:17 | 683:10 | 766:10 787:6 |
| 724:20 771:22 | 605:18 618:18 | 554:24 555:5 | obvious 690:10 | 819:24 |
| 805:11,11 813:22 | 619:20 620:14 | 562:15,21 565:3 | obviously 547:10 | okeefe 496:14 |
| 814:3 815:20 | 621:20 637:22 | 571:14 581:7,10 | occurred 575:9 | old 578:15 758:24 |
| 817:11,18 | 638:8 642:1 | 582:3 586:21 | 598:2 638:2 | oliver 527:18 |
| **new** 496:9,9,14 | 671:17 672:2,17 | 609:22 610:4 | 682:14 751:18 | once 721:13 752:4 |
| 497:10,16,16 | 672:18,20 679:8 | 612:10 613:18 | october 685:13 | 752:5,8 766:2 |
| 499:16,16 501:5 | 696:11 699:8 | 674:8,13,15,16,19 | 688:16 707:14 | oneill 502:9 |
| 502:21,21 504:18 | 716:12 720:20 | 675:7,8,21,22 | 806:14 810:18 | onepage 721:1 |
| 505:5,22 506:4,4 | 727:6,7 749:14 | 677:12,15 678:6 | 815:14,19 | ones 697:21 820:1 |
| 506:15 573:11,15 | 762:9,21 763:2,4 | 678:12,16 679:2 | offer 532:15 | open 561:2 |
| 573:24 576:2,3 | 779:9 782:14 | 680:19 681:14 | offering 524:7 | operate 609:10 |
| 600:24 616:14 | 785:12,14 786:11 | 690:10,17,18 | 781:4 | operated 646:10 |
| 711:4,14,18 | 786:16,23 787:1,3 | 692:4,5 702:3,18 | office 648:15 649:5 | operation 597:15 |
| 714:17 715:7 | 787:8,23 788:2,3 | 702:23 703:19,21 | 649:16 732:23 | 598:14 646:13 |
| 726:5 759:20,21 | 788:4,13 789:1,7 | 704:5,20,22 705:8 | officers 515:13,20 | 774:16,20 775:1 |
| 770:20 | 789:8,10,12 | 707:23 713:23 | 516:5 537:10,13 | operations 542:15 |
| **news** 557:6 | 791:10,11,20,23 | 715:9,11,22,24 | 631:3,10,18 | 772:15 |
| **normally** 563:22 | 792:1,3,6,15,15 | 722:17,19 723:16 | 653:18 | opportunity 545:13 |
| 625:24 718:12 | 802:12 803:9,12 | 725:18,20 726:7 | offices 647:22 | 547:12 560:17 |
| **north** 501:11 | 808:9,14 813:22 | 731:13,15 735:20 | 648:14 | 561:3 695:5 736:3 |
| 505:16 | 818:17 819:3 | 735:24 738:3,6,22 | official 661:13 | 758:18 |
| **notary** 495:19 | 821:7 | 739:15 745:21 | offtherecord | opposed 755:24 |
| 822:4 825:20 | numbers 546:16 | 747:22 757:16,19 | 700:16 | order 594:13 597:4 |
| **note** 552:13 782:3 | 547:6 554:1 570:7 | 758:8,11 761:1,8 | oh 669:21 687:20 | 608:2 615:19 |

Confidential - Subject to Further Confidentiality Review

616:10 645:13
661:21 767:20
797:10
orders 749:13
org 499:11
organization 588:6
organizational
781:11,17
organized 536:17
oriental 688:20,21
780:5 803:16
804:21 806:14,18
810:17 811:9,10
original 751:23
797:22 823:15
orlando 502:16
orleans 496:14
497:10 501:5
504:18 505:5,22
506:15 711:14,19
714:17 715:7
outside 642:12
643:12
outstanding 739:13
overall 515:5
630:18
overrule 535:1
542:16 581:9
582:2 610:3 675:8
677:14 678:16
690:17 702:23
703:20 715:10
722:18 725:19
731:14 735:24
738:6 745:23
757:18 758:10
761:9 764:20
767:10 773:10
774:6 791:16
overruled 704:6
705:9 726:8,9
770:6
overseas 523:9
524:3 762:14
775:18
owned 523:22

550:22 552:23
553:1,1,4 554:22
554:23 581:22
582:4,20 593:21
593:24 599:9,11
646:19 739:23
759:24 760:10,10
771:12 795:13
owner 770:2
795:14
ownership 537:19
537:24 548:13,15
549:23 550:1
595:20 661:18
owning 596:24
owns 582:18
738:20 739:6,13
741:11,14,16,17
741:22 742:4,16
742:18,19,23
743:16,19 765:1
769:2,5,7
oxford 503:3

_____P_____

p 499:2,8 502:3,9
502:15 503:2,7
505:8,11 671:21
671:22 720:15,16
761:24 762:3,4
779:4,5 821:10
pace 588:10
pacific 495:16
498:4
page 507:3,12
549:13 573:6
578:8 579:23
581:2,20 582:9
590:18 593:1
600:2 601:6 602:3
602:7 605:22
606:2,5 619:4,11
620:20 621:22
623:1,4 624:3
627:5,6 630:1
637:10 638:19

651:18 652:20
654:19,20,22,23
654:24 658:11,17
662:22 669:19
673:17 685:22
687:1,15,23
688:12 690:21
709:10,10 717:3
731:19 732:15,17
732:18 733:3,4
735:1,4,17 736:24
737:15,17 753:21
779:17,19 786:4,7
789:24 791:10,23
804:15 809:16
810:22 811:19
824:3 826:2
pages 521:16,18
637:11,14 683:4
693:4 802:14
825:4
paper 672:18
paragraph 567:15
583:24 588:1
602:17 689:11
694:10,17 695:18
717:20 806:24
807:8 811:22
812:9
paragraphs 811:1
parentheses 818:13
park 498:11 502:4
parker 504:7
part 532:23 541:24
542:6 548:2,5,9
552:12,16 560:10
571:24 613:24
683:17 685:10,10
721:6 726:12
764:4 769:4
787:10 789:2
812:17
partial 597:6,7
partially 743:7
participate 595:10
765:24 769:19

772:14
participated
595:15
particular 560:19
570:23 575:15
632:19 637:12
817:15
parties 545:5
576:13 812:16
814:23
partners 748:5
partnership 580:5
party 738:2,24
pass 729:4 746:22
passed 727:11,19
728:8
passing 568:11
patents 538:20
patience 784:2
patrick 496:19,22
526:7
pause 669:15
pausing 594:21
pay 753:5,6 817:19
pc 500:3
peachtree 499:21
502:10
peak 721:12
pending 527:9
peng 647:1,2 653:8
655:6 665:21
700:22 701:1,2,17
713:21 714:5
717:6,6 722:8,11
723:7,14 724:13
724:17 786:17,18
788:8
pennsylvania 497:4
503:4 714:19
715:8
penthouse 496:20
people 533:23
586:24 614:3
715:19 719:11,13
736:21 774:23
790:21 791:5

percent 550:20
551:5,8 552:24
553:1,2,10 576:24
577:15 581:22
582:5,10,20
595:19 596:19,24
599:7,11,17 645:2
646:19 739:18,24
740:18 741:11,15
741:16,22 742:4
742:10,16,17,18
742:20,23 743:16
743:19 753:5,7,17
753:18 759:2,18
759:18,23 760:4
760:10 765:1
769:3,5,7 774:14
percentage 553:8
582:18 739:17
753:9
percentages 753:17
perform 580:22
performance 634:6
767:18
performed 728:11
815:21
period 535:5,6,20
536:1,7 538:22
539:3,8,13,18,23
540:4,17 543:1,16
543:22 544:4,10
593:23 599:19
607:21 625:7,19
626:6 634:4
639:14 646:17
675:22 676:1
707:24 746:2,5
765:20 790:5
794:19 798:1,9,13
perkins 498:21
perkinscoie 498:23
person 533:12,14
534:1 585:12
587:12 653:8
673:6 691:1 692:2
692:11,17,18

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

702:1 706:20,24
708:4,6 745:8
755:1,4 768:14
790:6 791:1
800:18 803:19
804:13
**personal** 535:22
**personally** 648:20
**persons** 800:20
**pete** 504:13
**pfister** 501:19
**ph** 495:23
**philadelphia** 497:4
714:18 715:7
**philip** 501:20
**phone** 785:12,14
786:11 787:8,10
788:23,24 789:3
792:6
**phonetics** 755:6
**phrase** 627:23
814:7
**pick** 744:1,15,20,22
744:23
**picked** 745:7,15,17
**piece** 672:17
**pieces** 794:1,5,7,9
**pile** 712:11
**pittsburgh** 503:4
**place** 495:16 498:4
498:11 688:16
**placed** 699:10
**places** 715:20 718:7
**plaintiffs** 496:11,16
496:22 497:6,12
504:5,10,15,20
521:15,17,19,22
522:1,5,8,11,14
522:16,19,22
523:1,8,13 524:1
524:6,10,13 526:1
527:11,14,15
531:8 532:13
547:3,11 549:15
555:20 560:1,16
561:3 562:5

564:22 565:18
569:15 594:6,22
597:23 613:13
615:5 637:8
638:12 644:4
648:23 668:16
684:19 698:12
699:9
**plan** 632:24 633:22
697:13,16 767:20
**planned** 563:3
633:6 635:3
**planning** 607:5
**plans** 634:6,15
**plants** 747:14 748:6
757:15 758:7
**plasterboard**
497:19 498:7,14
518:2,9,17 519:14
520:22 521:11
651:4,15 652:11
653:6 654:11
658:4 667:7 668:1
688:18 690:23
695:11 747:13,18
752:24 753:14
757:14 758:7
780:4 790:2 793:9
794:3 811:5,13
818:9
**plastic** 747:16
**play** 769:14,18,22
**plays** 709:22 770:1
**plaza** 501:9 505:14
**please** 525:18
528:10,18 529:9
529:13 537:22
546:17 547:23
553:23 578:6,7,14
583:12 591:13
600:20 601:11
603:15,16 605:1
605:16 611:4,12
612:23 617:7,21
618:11 620:13
622:24 624:1,23

626:12,13 629:7
634:21 635:6
637:2 640:7,17
641:15 643:5
650:18 652:2
654:2 655:10
656:22 657:17
658:10,16 659:16
661:8 662:9 663:5
666:11 669:10
676:15 688:13
694:20 696:12
699:12 707:16
717:12 722:22
730:18 736:19
741:8 750:21
785:16 791:10
799:5 807:3
809:15 810:9,22
811:2 812:9,23
823:4,10
**pleasure** 784:14
**pledge** 597:18
599:7,12,15,20
**point** 532:18 575:2
594:2 685:20
686:10,11 699:21
703:12 707:15
729:3 731:22
734:4 756:14,22
776:21 782:9
790:7
**pointed** 611:21
763:17
**pointing** 611:16
733:23 782:11
**points** 532:10
**poitevent** 501:14
506:8
**policy** 645:6,22
**poor** 791:6
**port** 711:14
**porterblaine** 500:7
**portion** 731:23
**portions** 674:24
**position** 529:19,21

529:24 530:15
531:2 584:7,11,17
584:21 585:2,8
586:1,16,17,20
587:18 701:5,7
745:18 756:8,10
756:14,23 766:16
772:13
**positions** 527:8
530:3 739:4
**possibility** 532:11
560:23
**possible** 542:2
546:13 558:22
559:3,7 565:13
**postponed** 633:19
**power** 604:18
**poydras** 497:10
501:4 505:4,21
**prc** 772:5,13
**pre** 524:7 781:4
**predecessor** 530:4
638:23 732:4
**predecessors**
608:11 609:6,14
609:21 610:10
612:6,14
**predicate** 806:15
**premarked** 544:18
546:9 750:11
**preparation** 640:3
769:15,20 777:6
**prepare** 633:9
634:18 635:11,15
635:22 636:1
639:13 678:4
767:14
**prepared** 556:23
566:1 579:23
591:19,20 592:3,6
638:21,24 639:2
639:19 642:12
643:11 669:5
670:1,6 729:19
731:11 802:18
**preparing** 608:15

608:19 633:14
650:14 656:7
674:11 679:17
**present** 500:9
525:19 532:17
537:11 597:11
684:7,8 780:14
784:16
**presented** 784:23
**presently** 798:4
**president** 628:3,3
**pressure** 657:16
**previous** 633:22
635:18,18 736:3
798:3
**previously** 806:2
807:11 818:18
**price** 577:18,19
578:2 594:10
596:1,4 616:19,20
663:1,2 664:3,17
**pricing** 660:20
664:13
**principal** 597:12
649:9
**prior** 632:13,20
644:18 650:14
656:7 674:10
683:23 705:5
708:16 711:16
737:10,18 796:13
**private** 548:14
572:1
**probably** 673:1
716:13 731:10
732:23 778:18
**problem** 558:14
575:20 577:8
588:14 681:23
**procedure** 799:16
**procedures** 799:19
**proceed** 534:13
542:1 563:1 566:8
675:9 784:7
**proceeding** 708:22
**proceedings** 526:23

Confidential - Subject to Further Confidentiality Review

Page 850

process 533:5 537:6
 640:7 729:1
 799:24
produce 615:20,21
 616:22 717:22
 718:12 719:4,19
 758:14 798:4
 800:14 801:9
 805:3 813:21
produced 558:20
 565:8 577:3
 615:17 616:17
 617:5,10 644:19
 668:9,14 718:21
 747:3,8 751:2
 778:4 798:10,14
 799:7,9 802:9
 805:12 813:24
producer 772:5
produces 801:15
producing 719:7
product 615:21
 718:21 729:15
 746:14,15 794:2
 798:15 799:1
 800:6,17 801:10
 801:16,20 804:16
 804:20 805:4
 819:11
production 607:6,9
 616:8 640:10
 647:4 662:16,17
 663:4 747:13
 748:6 752:24
 753:15 757:14
 758:6,7,15 760:14
 764:17 774:16
 799:16,18,21,23
 800:13 801:4
 805:10
productivity
 772:21
products 495:5
 615:16,20 616:1,4
 616:17,22 705:16
 726:13 729:12

732:5 737:2
 746:22 747:6,7,10
 780:18 800:15
 801:12 811:14
 813:21,23
professional 727:12
 727:20 728:9,10
 728:18
profile 778:11
profit 578:5 768:18
 768:19
profitability 772:21
profits 607:7
progress 545:6
project 752:24
 753:12,15
projects 752:14,20
 757:12 758:3
pronounce 804:3
pronounced 754:21
pronunciation
 754:20
proper 557:18
property 535:22,22
 538:11,16
propounded 825:6
protect 798:6
protection 596:8,22
protocol 546:24
protocols 729:5
provide 556:19
 569:21 639:7,19
 640:1 767:24
 800:6
provided 556:12
 558:10 559:14,18
 607:12 639:23
 649:9 670:18
 692:23 697:18,19
 698:18 767:7
province 507:17
 545:24 547:19
 753:2
provision 523:20
 771:10
psc 526:8 527:1

public 495:19
 579:24 673:19,23
 683:11 773:19
 774:1 822:4
 825:20
published 763:11
purchase 520:6,15
 577:18,19 578:2
 648:19 662:3
 663:1 665:7
purchased 648:16
 649:13 666:8
 740:15 774:13
 790:23
purchasers 613:5
purports 566:15
 763:14
purpose 644:8
 774:11 796:14
purposes 532:2,4,5
 564:2 570:14
 683:22
pursuant 822:5
put 577:7 578:14
 712:8 761:2 785:6
 795:2
puts 760:22
pwatson 501:23

 **Q**

q000010 523:24
 771:13
q000012 524:1
 771:14
q000155 523:11
 762:15
q000223 523:12
 762:16
q000953 524:9
 781:6
q000954 524:9
 781:6
q000975 524:5
 775:19
q000981 524:5
 775:20

qinghai 647:5,6
qinhuangdao
 801:18
quality 615:22,24
 794:16
quantity 717:8
queens 495:16
queensway 498:4
question 510,11
 534:14 535:18
 537:21 540:13
 542:21 547:16
 563:2,3,6 565:15
 568:3 570:23
 571:13,21 580:2
 581:16 589:20
 595:1 609:3 610:6
 610:7 612:23
 613:12 614:7
 617:12,20 647:10
 652:19 658:12
 675:5,11 677:18
 677:24 679:14
 681:7,8,18 682:18
 685:4 686:2,6,19
 690:3,5 692:1,8
 692:15 694:23
 696:12 701:17
 703:1 704:15,23
 705:12,14 708:21
 709:8,14,17 710:2
 710:23 711:15
 714:8,10 715:2
 718:1 722:20
 725:15,21 730:14
 730:19 735:22
 738:4,16 741:9
 750:23 760:18
 761:12 763:19
 764:9 770:9
 773:23 777:13,24
 793:17 797:22
 798:9,18 800:10
 806:16 808:8,21
 808:24 816:20
 817:5

questioner 533:16
questioning 533:12
 534:10 690:15
 710:14
questions 531:10
 533:24 534:2,6,18
 534:20 536:5
 541:4 542:5 557:4
 557:7,9,15 560:18
 566:8,19 567:17
 573:16 574:2
 588:16 608:6
 617:12,22 643:16
 650:9 670:9
 674:23 677:11,21
 680:21 685:24
 686:14,16 695:6
 708:11 709:24
 713:24 724:24
 730:12,18 737:24
 775:11 776:5,7
 779:14 780:22
 825:5
quick 532:10 560:9
quickly 558:22
 607:6 734:23
quinn 499:14
 502:20 506:3
 527:18
quinnemanuel
 499:17,17 502:22
 506:5
quite 559:7 647:19
 684:18 757:23
 766:19
quotation 711:5,11

 **R**

r 501:23 822:1
 824:1,1
raise 775:4
ramifications
 535:14
rare 625:18 790:23
rarely 765:24
 817:19

Confidential - Subject to Further Confidentiality Review

Page 851

| | | | | |
|---|---|---|---|---|
| **rate** 616:9 645:1 | 765:11 823:6 | 557:11 558:17 | 694:17 818:19 | 639:18 644:24 |
| **raw** 640:10 645:1 | 824:5,7,9,11,13 | 559:23 560:11 | **referring** 549:20 | 645:7 |
| 646:1 797:2 | 824:15,17,19,21 | 569:8 570:6 | 574:11 641:22 | **regulatory** 523:10 |
| **reach** 546:23 578:1 | 824:23 | 574:14 575:1,5,8 | 653:23 662:18 | 524:3 762:14 |
| 597:9 | **reasonable** 664:17 | 575:12,18 582:13 | 707:1 729:18 | 775:18 |
| **reached** 545:10 | 775:2 | 583:13 590:5,14 | 746:6 794:11 | **regurgitate** 564:15 |
| 575:19 576:14 | **recall** 531:6 553:7 | 611:16 617:16 | 807:19 808:14 | **regurgitation** |
| 594:16 595:18 | 556:12 585:19 | 637:23 638:6 | 819:4 | 566:21 |
| 596:4 604:2 | 643:22 650:15 | 640:12 664:19 | **refers** 623:4 624:3 | **relate** 536:6 633:23 |
| 664:11,16 | 656:8 657:9 | 666:13 670:11,24 | 818:24 | 643:16 695:15 |
| **read** 563:24 567:9 | 658:23 674:10 | 671:17 672:3 | **reflect** 554:19 | 703:13 793:18 |
| 606:6 674:24 | 677:10,17,24 | 673:23 675:1 | 561:20 581:3 | **related** 499:18 |
| 681:7 689:2,3,24 | 703:18,23 704:2 | 677:13 682:13 | 584:1 606:16 | 502:23 506:6 |
| 702:5 703:3 710:2 | 708:10 709:23 | 683:9,17 687:17 | 739:22 | 677:21 797:22 |
| 710:12 725:10,11 | 710:1 752:6 | 694:10 699:14 | **reflected** 622:7 | **relating** 593:16 |
| 731:23 732:11 | 776:11 | 700:13 706:9 | 659:3 670:24 | **relation** 648:1,13 |
| 736:18,19,23 | **receipt** 823:17 | 709:10 710:10 | 676:24 710:14 | **relationship** 751:8 |
| 737:10 753:24 | **receive** 684:20 | 711:21 716:8 | 722:10 768:1,4 | **relatively** 594:10 |
| 773:14 787:22,23 | 714:17 | 720:11,21 732:20 | **reflection** 584:4 | **relevance** 566:16 |
| 807:2 809:24 | **received** 585:16 | 733:3 739:20 | **reflects** 542:11 | **relevant** 541:10 |
| 810:9 811:2,22 | 597:18 599:13 | 742:14 749:13 | 543:10 547:18 | 640:13 |
| 812:8 813:8 | 711:8 802:1 | 761:23 762:7 | 552:22 563:10 | **relieve** 657:15 |
| 814:15,17,19 | **recess** 590:9 638:2 | 770:18,24 776:2 | 568:8 570:11 | **relocated** 742:2 |
| 818:6 823:4 825:4 | 671:21 720:14 | 778:24 779:10 | 573:11 583:16,16 | 743:4,5 |
| **reader** 710:10 | 762:2 779:3 | 782:9,10 798:2,6 | 732:14 739:23 | **remained** 758:23 |
| **reading** 564:5 | **recite** 549:9 550:16 | 821:2,5 822:13 | 768:20 | **remaining** 553:2 |
| 651:13 687:5 | **recognize** 655:4 | **records** 536:22 | **reframe** 534:14 | 744:19,21 |
| 688:10 690:7 | 672:17 690:24 | 683:11 739:22 | **refresh** 752:12 | **remand** 527:9 |
| 708:23 736:21 | 693:13 700:20 | **red** 670:14 673:14 | **regard** 533:22,23 | **remember** 647:19 |
| 788:1 806:21 | 706:21 707:10 | 699:5 | 679:4 680:20 | 663:2 675:12 |
| 813:11 | 713:12 733:12,22 | **redempted** 599:15 | 757:11 | 678:2 692:21 |
| **reads** 579:23 | 734:1 789:24 | **redirect** 757:21 | **regarding** 515:4 | 701:16 708:12 |
| **ready** 718:24,24 | **recognizes** 567:7 | **refer** 551:14 554:15 | 630:18 632:14 | 733:18 759:19 |
| 750:15 784:5 | **recollect** 619:12 | 573:14 576:1,9 | 676:20 776:24 | 820:1 |
| **real** 535:21 609:1 | 662:24 | 588:2 606:4 | **regardless** 615:15 | **reminded** 645:23 |
| 734:23 | **recollection** 573:8 | 610:20 708:17,18 | **register** 547:13 | **removed** 604:3 |
| **reality** 805:11 | 594:1 598:1 626:5 | 717:2 | 616:15 | **ren** 585:2,4 |
| **really** 567:10 695:5 | 647:16 752:12 | **reference** 575:14 | **registered** 495:18 | **rent** 660:14 |
| 814:3 | **recommended** | 606:20 627:7 | 509:4 579:10 | **rental** 660:20 |
| **realtime** 495:18 | 604:20,22 | 628:21 630:1 | 649:2,11 822:4,17 | **rented** 649:15 |
| 822:17 | **record** 525:3 | 635:17 663:3 | **registration** 517:18 | **repeat** 529:20 |
| **reappear** 560:22 | 530:21 532:23 | 711:12 751:17 | 536:13 649:3 | 531:15 536:8 |
| **reask** 542:21 | 541:24 542:7,23 | **referenced** 717:20 | 650:2 | 537:21 612:23 |
| 692:16 | 544:22 546:14 | 758:4 | **regular** 711:12 | 666:15 677:18 |
| **reason** 646:14 | 547:8 551:6 | **referencing** 718:7 | **regularly** 592:5 | 696:11 704:1 |
| 664:7 670:11 | 554:16 555:17 | **referred** 596:11 | **regulation** 615:19 | 705:12 722:21 |

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 852

741:20 743:18
796:23
**repeatedly** 813:17
**repeats** 705:13
**rephrase** 808:7
**replied** 818:3
**report** 510:3 515:4
515:14,21 516:5
591:7,18 592:2
630:17 631:3,11
631:18 632:11,16
632:19 633:5,10
633:15,21 634:14
634:18,23 635:8
635:11,15 639:19
640:22 642:6
643:9 649:8 669:4
669:6,13 718:14
760:15,23 763:16
764:3,16 767:14
768:14,18,20
769:10 774:9
777:9
**reported** 764:3
766:23
**reporter** 495:18,18
495:18 822:4,4,17
822:17,22
**reporting** 632:20
632:24 633:5
766:21 770:1
**reports** 634:5 640:4
642:9 761:6
763:22 764:15
765:6 768:17
770:14
**represent** 526:22
713:10,16,18
717:4
**representation**
696:4,9,17,23
697:4
**representations**
695:15
**representative**
518:18 541:3

612:4 651:21
654:12 658:13
665:16,19,22
684:7
**representatives**
602:10
**representing**
496:11,16,22
497:6,12,18 498:6
498:13,19,24
499:6,11,18,24
500:6 501:6,12,17
501:23 502:6,12
502:18,23 503:6
503:11 504:5,10
504:15,20 505:6
505:11,17,23
506:6,11,16
**represents** 573:7
**reproduction**
822:21
**request** 531:21
592:7 639:4
729:16 797:8
**requesting** 639:12
800:4
**requests** 728:15
**require** 645:11
682:4 718:21
719:3
**required** 588:21
599:6 607:11,22
619:13 625:10,22
639:7 719:9
728:13
**requirement** 646:4
646:8 664:9
728:24 729:11
799:7,10
**requirements** 644:7
645:14 649:10,13
659:1 799:18
800:16
**requires** 625:13
649:4
**reserve** 504:4

**reserved** 545:12
**reserving** 527:7
**resigned** 708:7
**resolution** 512:8,19
513:3,11,19 523:1
572:24 583:20,21
589:2 602:13
603:19 606:9
620:5,17 621:13
622:1,17 623:7,18
624:6,16 625:4
627:12,21 629:7
630:6 748:20
749:19 751:12
758:5
**resolutions** 508:21
509:11 511:2
514:4,12,21
572:10 583:4
601:19 626:23
628:14 629:18
**resolve** 556:3
574:21
**resolved** 577:8
**respect** 533:1 545:7
545:11 584:5
632:18,22 633:4
633:21 650:10
680:24 788:7
**respond** 541:19
**response** 556:10
559:22 560:10
694:3 800:2
**responsibilities**
586:3
**responsibility**
769:14
**responsible** 586:8
769:17
**rest** 534:8 550:21
671:10
**restate** 535:18
563:6 565:14
568:2 692:7
694:22 704:22
723:23 738:16

764:11
**result** 584:2 796:7
**results** 762:23
763:22 764:2,16
764:18 767:24
**return** 599:4
658:16 823:15
**reverse** 607:22
**review** 495:13
517:19 650:2
769:21 771:19
**reviewed** 684:19
735:19
**revised** 593:20
658:20
**revision** 593:7
619:13
**richmond** 499:4
**richter** 505:19
**right** 534:7,8,11
545:13 556:20
560:12 564:16
569:16 571:16
576:19 578:23
587:7,22 596:9,13
596:14,17 599:22
637:17 668:20
673:8 675:24
685:6 688:3
689:22 700:1
706:7 712:7,10
716:14 717:21
721:7 722:7
723:18 733:1
740:19 744:21
749:18 750:19
751:14 752:9
755:3 776:5
778:14 787:12
788:5,12,18,20,22
795:7,18 805:17
806:3 808:3 809:7
809:15 810:4
813:13 814:10
815:9,12 820:14
**righthand** 665:15

**rights** 596:23
599:22
**ring** 707:19
**rings** 706:17
**rmb** 577:22 594:17
596:4 598:17
**road** 495:16 498:11
499:21 502:10
504:8
**robbecnel** 504:5
**robert** 503:3 504:3
**role** 709:19,22
769:14,18,21,22
770:1
**room** 534:3 546:18
708:19 751:20
752:1
**rooney** 503:2
**rounds** 596:2
**rule** 532:5 566:18
614:14 679:9
695:22 702:19
745:22 774:5
**ruled** 723:22
**rules** 564:2 757:17
**ruling** 533:3 560:14
**running** 722:15
**russia** 732:9 737:7

---

**S**

**s** 496:19 501:17
506:11 507:11
525:12 728:8
732:9 737:7 777:1
**sale** 520:6,16
538:24 539:5,10
539:15,20 540:1
612:17 662:4
665:8 751:5
**sales** 541:3,5 647:8
647:12 662:14
666:1 689:1,23
760:14 806:11
807:6
**sandwiches** 671:9
**sasac** 552:8,12,14

Confidential - Subject to Further Confidentiality Review

552:15,17
satisfies 547:2
satisfy 645:13
   682:22 797:10
save 536:9 562:3
   671:11
saw 570:13
saying 558:4 614:3
   707:10 726:4
   764:13 791:5
   813:5
says 551:7,10
   557:14 564:16
   566:22 567:14
   611:18 627:19
   645:8 651:13
   685:2 688:14,17
   688:17,19,24
   689:23,24 690:22
   690:23 692:10
   694:1,18 695:9
   696:2,6,14 700:22
   702:2 704:11
   714:15 717:7,21
   717:22 718:10
   723:5 726:22
   727:11 732:3
   734:21 735:9
   750:1 753:13,22
   772:2 773:7 774:1
   774:24 780:2,2,3
   780:9 782:4
   786:17,23 787:7
   791:12 792:11
   806:12 809:21
   810:23 811:3,4
   812:10 814:8,22
   815:14,17 816:16
   816:17 818:7
scale 657:13,14
schedule 668:10
   670:18
schedules 571:7
   670:17
scope 649:6
scott 496:8 526:1

691:15
sdth 812:16
seal 661:13
seated 528:17
second 573:6
   574:14 585:20
   588:1 598:4
   638:18 652:20
   654:19,24 690:20
   712:17 717:21
   721:5 731:19
   732:17 733:3
   736:24 737:14,16
   746:8 753:12
   773:2,5 809:16
secretary 584:18
section 495:4
securities 597:19
security 599:12,20
sedran 497:2
see 562:11 598:22
   606:21 611:3
   621:2 649:8
   673:16,19 680:2
   685:8,14,15 687:8
   687:11,12 690:8
   690:12 693:9,10
   694:5 700:22
   702:1 707:14
   711:1 713:15
   718:11 719:18
   722:3,7 725:17,22
   726:12,16 727:10
   727:14,15 733:2
   736:3 745:24
   750:10 752:18,18
   753:21 754:17
   809:10,14,17
   816:22
seeger 496:7,7
   507:7 525:23,23
   525:24 526:2
   532:7 535:9
   545:17 555:24
   556:18,24 557:13
   557:20 558:3

561:11 562:11
565:2,24 566:5
569:7 570:21
571:10,19 575:23
576:11,16,19
586:21 610:19
611:15,20 613:21
617:17 668:6,23
670:15,21 672:7
673:3,7 674:18,22
675:10 676:2
677:16 678:7
679:15 681:3,5,12
681:17 682:4,16
683:7,15,20 684:3
684:22 685:5,7,18
686:5,15,20 687:2
687:10,14 688:3,8
688:11 690:6,19
691:9,14,20,23
692:9,14 693:7,12
694:21 695:2,24
696:13 697:6,17
697:23 698:5,8
699:24 700:10,19
702:9,24 703:22
704:8,16,24
705:10 706:6,15
708:1,8,15 709:1
709:4,6 710:12,16
710:22 711:21
712:2,6,14,18,22
713:9 714:1,2,9
714:24 715:3,17
716:1,8,13,22,24
717:11,14 718:2
719:22 720:2,6,22
721:8,10,14 722:1
722:23 723:17,24
725:16,23 726:11
727:16 730:7,13
730:20 731:5,17
732:22,24 733:8
733:11 734:19,24
735:3,6,8 736:9
736:14 737:8

738:10,19 739:2
741:10 746:4
747:11,18,21
748:1 749:4,8,16
750:4,8,14,16,19
750:20 754:13,23
756:3,5,18,21
758:1 760:19
761:4,14 762:19
763:3,6,8,20
764:12 765:4
767:22 768:6,13
769:12 770:11,18
770:24 771:17
772:19,22 773:12
773:24 775:5,10
775:23 776:16,19
777:22 778:7,9,16
779:11,15,20
780:23 781:9,23
783:7,21
seegerweiss 496:10
   496:10
seeing 650:16 656:8
   674:10 733:16
   791:2
seen 669:24 670:5
   674:21 675:1
   691:10 706:19
   771:22 777:2
   792:19 816:13,14
   817:6,11,12,15,18
sees 725:20
select 499:18
   502:23 506:6
selfsupported
   732:4 737:1
sell 540:5,18 543:3
   594:12 596:5
   612:21 613:1,4,15
   615:7,20,21 732:6
   737:3 800:22
seller 688:17 689:4
   690:22 793:10
   806:13 810:17
sellers 689:8

sells 694:1,18
   695:12 696:2
sender 724:4
sense 719:14
sent 671:9
sentence 814:13
sentences 810:24
separated 789:3
september 532:21
series 803:15
serve 719:11,12
   772:8
served 608:9 612:4
   612:13 755:15
service 537:6
serving 774:10
set 527:8 698:23,24
   822:10
seven 584:1 604:12
   616:2
sexton 499:21
   527:4,4
sgeorge 496:10
shan 510:17 600:13
shandong 507:17
   508:1,20 509:18
   510:1,9 511:1,11
   512:9,16 513:1,9
   513:17 514:1,9,18
   516:11,18 522:17
   523:4 530:4,8,10
   530:16,22 531:3
   542:12 545:24
   547:19,20 548:22
   549:22 550:7,23
   551:1,17 553:2
   554:11,21 563:19
   572:9 573:1,9,12
   576:24 578:5
   580:7,16 581:22
   582:5 583:21
   584:2 585:5
   587:22 589:9,23
   591:5 592:5,7,16
   593:8 595:4,14
   597:19 601:18

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

602:14,19,22
603:9,21 620:6,17
621:11 622:15
623:16 624:14
626:20 628:11
629:3,15 636:10
636:19 639:5,11
640:1 651:21
653:1,24 658:13
661:11 725:12,24
731:2,9 748:23
749:22 786:8
788:16 792:1,16
**shane** 502:9
**shang** 745:10
**shanghai** 498:12
**share** 577:23
594:17 596:5,19
597:1 599:8,11,17
739:1 743:7,7,10
743:11 757:13
758:5,12 759:3,18
759:19 760:4
765:1,17 769:6,8
774:13,14
**shared** 609:8 759:3
**shareholder** 508:2
512:10,18 513:2
513:10,18 519:7
548:23 549:21
550:6,14,24
551:15,18 552:24
573:8 577:13
593:17 596:12,17
597:2 602:14
607:13 608:1
620:7 621:13
622:17 623:18
624:16 653:1
656:16 759:24
766:17 774:15
795:11
**shareholders**
508:22 509:13
511:4 523:3
549:18 550:12,18

554:12,22 572:12
573:1,12 577:11
577:14 579:19
582:17 583:5,19
583:20 584:3
589:1 594:11
595:21 596:8,23
597:11,13 598:6
598:21 601:9,21
602:10 603:20,23
606:8,15,17
607:23 620:23
622:6 623:8 624:7
625:5,9,15,17,21
626:2 635:10
657:6 744:9
748:22 749:21
751:9,13,22 752:4
759:4,6 767:16,21
774:12
**shareholding** 574:3
581:4
**shares** 549:23
551:1,19 552:4
554:21 577:15,16
593:15 594:15
595:3,23 646:19
799:13
**sheet** 521:4,12
667:15 668:2
669:3,6 778:4,6
823:8,11,15 825:7
**sheetrock** 714:17
714:22
**sheets** 704:12 717:9
**shell** 501:4 505:4
**sher** 505:19
**shergarner** 505:23
**shiliang** 647:1,2
653:8 655:6
665:21
**ship** 704:12 715:20
716:5 729:21
**shipped** 703:16
704:3 705:6,16
711:18 715:14

728:6 777:12
794:2
**shipping** 704:18
715:6
**short** 567:24 577:5
**shouldnt** 613:22
**show** 680:23
685:21 686:23
687:3 698:2
703:15 730:2,3
749:7 754:14
804:17 806:5,8
809:8
**showed** 594:11,14
733:17
**showing** 544:17
689:8 781:18
**shown** 681:2 730:6
750:1 783:3 806:2
806:3
**shows** 737:19
802:14
**side** 556:23 665:15
679:11 684:13
**sides** 545:12 684:9
**sign** 590:21 600:3
601:7 602:7
620:22,24 651:19
651:20 652:22,24
658:12 660:3,6
823:10
**signatory** 754:6
**signature** 606:1
619:7 621:2
654:21,22 655:1,2
655:3,5 656:24
661:11,12 662:21
663:19 665:14
690:24 691:3
692:12 723:8
753:21,23 778:6
790:1 807:10,12
807:16 810:6
811:20 818:15
**signatures** 601:9
812:11 815:2

**signed** 665:21
692:3 693:18
755:2,11 757:2,5
778:3 810:16,19
812:6 813:18
814:23
**significant** 766:16
**signing** 665:15,18
**signs** 703:4
**similar** 575:17
663:4 729:23
799:4,5
**simple** 595:1
719:21
**simply** 558:4
564:14 567:9
633:23
**sina** 714:6,6,11
**sinnott** 500:3
**sir** 528:10 675:16
676:18 677:1
685:8 693:20
716:23 742:14
754:1 755:12
756:10 767:3,8
780:19 784:12
785:22 787:12
788:1,5,12,18,22
797:17 806:3
**sit** 765:12 783:15
783:23 820:2
**site** 640:9,11 649:6
649:15 660:5,9
**situation** 533:19
732:14 760:23
**six** 616:12
**sizes** 689:10,12,16
689:20 717:19
718:3,8
**slash** 792:11
**slaughter** 499:8
526:20,21
**slow** 533:5 616:7
721:11
**small** 596:8,23
597:8,9 719:6

782:12
**smaller** 727:7
**smith** 501:3 505:3
**snllaw** 500:6
**socalled** 616:1
**sold** 543:11,17,23
544:5,11 666:6
696:7,15 726:14
743:6,7 793:15
813:24
**sole** 521:15 683:3
685:2 688:14
689:1,23 806:12
806:16,17 807:6,7
810:15
**solely** 684:13
795:13
**somebody** 702:7
732:23 753:23
756:2
**soneill** 502:12
**song** 647:5,6
**sorry** 531:14
563:16 569:23
570:22 571:9
578:10 586:10
605:17,19 613:23
618:19 619:22
630:9 633:2 635:7
635:16,21 641:17
656:6 666:16
677:6 678:10
693:17 694:5
702:16 706:14
707:16 710:8
712:2 733:9 735:6
737:5 740:6
747:21 749:5
750:13 754:9,9
768:23 787:20
793:4 794:17,24
795:17 799:11
802:4 804:9
806:20 807:23
810:16 812:16
813:1

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

| | | | | |
|---|---|---|---|---|
| sort 567:16 712:11 | 621:20 789:7,11 | 626:17,23 628:8 | 632:9 784:19 | 715:21 716:6 |
| sounds 716:11 | 803:9 816:2,3,4,5 | 628:14 629:12,18 | state 496:23 498:24 | 718:4,8 719:12 |
| south 501:10 | 816:7,10,24 817:2 | 630:14,20,23 | 523:22 526:9,13 | 726:15,24 727:19 |
| 505:15 | 817:6,8,9,10,15 | 631:4,7,11,14,19 | 527:7 536:18 | 759:1,21 780:7 |
| southeast 726:14 | 817:16,18,20,21 | 636:7,12,16,21 | 539:5,10,15,20 | 784:14 793:16 |
| southern 505:23 | stamped 507:15,19 | 641:4,9 642:19,24 | 540:1,8,20 543:19 | 804:21 805:4 |
| southwest 505:9 | 507:22 508:3,6,9 | 649:22 650:3,23 | 543:24 544:6,12 | 807:9 |
| space 823:7 | 508:12,15,18,23 | 651:5 652:7,13 | 548:13 569:8 | status 761:7 763:15 |
| spano 497:15,17 | 509:2,6,9,13,16 | 654:7,13 655:14 | 615:17 645:7 | 764:4 765:7,8 |
| 527:23,23 | 509:20,23 510:3,6 | 655:19 656:14,17 | 670:10 687:16 | stay 783:24 |
| speak 528:23 557:1 | 510:11,14,18,21 | 657:23 658:5 | 690:10 732:20 | steering 496:11,16 |
| 563:22 564:12 | 511:4,7,13,16,20 | 659:8,11 660:24 | 771:12 777:11 | 496:22 497:6,12 |
| 682:9 703:3 | 511:23 512:3,6,11 | 661:3 662:1,4 | 782:8 796:8 823:6 | 498:20 504:6,10 |
| speaking 674:13 | 512:14,19,22 | 663:11,14 665:5,8 | stated 596:12 | 526:5 527:11,16 |
| speaks 564:18 | 513:4,7,12,15,20 | 667:2,8,12,16,20 | 816:11 | stenographically |
| 582:1 | 513:23 514:4,7,13 | 668:2 697:8 700:6 | statement 516:13 | 822:11 |
| special 625:14,16 | 514:16,21 515:2,7 | 705:23 706:3 | 516:20 520:21 | steps 568:4 |
| specific 565:10 | 515:10,14,17,21 | 713:5 716:18 | 521:10 614:15 | stiles 506:13 |
| specifically 693:24 | 516:2,6,9,13,16 | 721:19,22 734:15 | 636:12,20 667:6 | stingy 607:14 |
| 729:18 777:11 | 516:21 517:2,6,9 | 748:18,24 762:15 | 667:24 717:17 | stipulate 565:6 |
| specifications | 517:13,16,19,22 | 771:13,14 775:19 | 726:19,21 727:3 | stipulated 564:10 |
| 800:5 | 518:3,6,11,14,19 | 781:5 789:17 | 727:18 728:8 | stipulation 565:9 |
| specified 675:23 | 518:22 519:2,5,8 | 803:3 | 770:14 772:1 | 565:10 566:2 |
| speculate 702:7 | 519:10,15,18,20 | stamps 546:15 | 773:14,19 774:2 | stock 501:12 |
| 777:21 790:14 | 519:22 520:2,4,7 | 549:10 592:24 | 797:18 | 505:17 508:8 |
| speculation 540:11 | 520:9,11,14,16,19 | 815:22 817:11 | statements 517:4 | 547:24 550:21 |
| speeches 679:10 | 520:23 521:2,4,7 | stand 528:10 | 517:11 638:15,22 | 553:17 554:6 |
| 740:11 | 521:12,20,23 | 566:22 | 639:7,14 641:8 | 561:21,22 563:14 |
| spell 561:24 | 522:3,6,10,13,15 | standard 615:17 | 642:23 751:7 | 568:18 599:8 |
| spelled 754:12 | 522:20,23 523:6 | 718:14,17,18,20 | 768:2,7 769:15,20 | 739:12,24 740:15 |
| spend 678:8 679:17 | 523:11,24 524:1,4 | 718:22 719:5,8,9 | 771:19 | stockholder 760:3 |
| split 671:11 | 524:9,11,15 | 719:11,17,21 | stateowned 548:4 | stockholders |
| spokesman 680:11 | 545:21 546:2 | 728:15,24 746:23 | 550:13,19 551:21 | 620:16 622:2 |
| spokesperson | 548:19,24 553:14 | 800:16 | 551:23,24 552:11 | 625:14 632:13 |
| 680:13 784:23 | 553:18 555:9 | standards 718:16 | 552:22 582:19 | 635:1 |
| springs 504:9 | 568:24 572:6,12 | standpoint 567:2 | states 495:1 496:2 | stocks 547:21 548:2 |
| square 501:4 505:4 | 579:6,11 583:1,6 | 698:17 | 525:21 535:8,23 | 548:5 563:18 |
| 727:1 752:23 | 589:6,11 591:2,7 | star 816:2,3 817:22 | 536:3,14,19,23 | 594:12 759:8 |
| 753:14 782:12 | 592:12,17 600:9 | start 597:24 650:11 | 537:3,7,11,15,20 | stop 637:17 671:5 |
| st 506:14 | 600:14,21 601:15 | 688:4 701:6 | 538:1,17,24 540:1 | 820:15 |
| stage 580:20,22 | 601:21 603:4,10 | 713:13 | 544:13 608:11 | stopped 616:9 |
| stake 739:14 | 603:17 605:5,10 | started 616:11 | 609:21 610:10 | 800:23 |
| stamp 547:6 554:1 | 618:2,6 620:2,7 | 633:14 768:9 | 612:6,14 615:19 | stream 504:1 505:1 |
| 555:16 569:22 | 620:14 621:8,14 | 797:1 | 677:10,24 680:18 | 506:1 |
| 572:19 583:13 | 622:12,18 623:13 | starting 525:17 | 682:21 683:11 | street 496:8 497:3 |
| 589:18 602:2 | 623:19 624:11,17 | 550:12 616:12 | 689:12,16 694:11 | 497:10 498:22 |

Confidential - Subject to Further Confidentiality Review

Page 856

499:3 501:4,10,15
503:4 504:3,18
505:4,15,21 506:9
**stress** 799:20
**stressed** 813:17
**strike** 613:19
617:15 677:6
681:8,18 692:15
778:14
**structure** 524:7
781:4,18
**studied** 596:10
**subject** 495:12
711:3 713:19
737:24
**submit** 783:10
**subscribed** 825:16
**subsidiaries** 634:1
634:3 759:5
801:18,24 820:6,9
**subsidiary** 647:17
695:10 770:15
**substance** 556:6
825:7
**substantial** 597:12
**substantive** 581:12
**substitute** 733:9
**sufficient** 607:8
**suggest** 695:17
**suggested** 645:17
**suggesting** 563:4
574:18
**suggestion** 646:5
**suite** 497:4 498:22
499:4,9,22 501:10
501:15,21 502:10
503:9 504:14
505:9,15,21 506:9
**sullivan** 499:14
502:20 506:3
527:19
**summary** 510:2
515:5 591:6
630:18 632:15
763:16
**summer** 740:1,8,14

**sunny** 500:10 528:3
**supervise** 588:23
**supervised** 646:12
**supervision** 822:22
**supervisor** 755:18
755:22 756:1,11
**supervisors** 511:10
588:3,4,5,19,22
603:8 755:23
756:12
**supply** 500:6 501:7
501:12 502:7
505:7,17 526:12
527:5
**support** 767:21
**supposed** 571:2
626:9
**sure** 530:20 557:17
578:21 587:2
611:10 613:11
669:17 670:24
673:4 674:18
681:12 682:19
684:18 687:10
691:2 692:11
698:9 701:11
708:5 709:22
712:12 717:13
720:9 722:6 743:6
743:12,15 752:10
754:17 764:23
765:2,9 776:12,13
778:2 783:5 790:5
790:13 797:20
**surrounding** 607:2
703:10
**suspend** 564:1
**sustain** 535:12
555:4 562:21
612:9 613:17,19
704:21 715:23
**swabacker** 506:14
**swedberg** 501:24
**switch** 733:6
**sworn** 528:13 822:8
825:16

**symbol** 818:17
819:5
**synthetic** 644:19
797:1
**system** 522:20
734:14

---

**T**

**t** 497:15 507:11
822:1,1 824:1
**tab** 676:14 691:18
**tabbed** 699:6
**tabs** 618:17
**tai** 510:17 600:13
**taian** 497:18 498:7
498:14 518:2,8,16
519:13 520:22
521:10 523:17,22
548:3 550:12,19
551:21,23 552:5
552:10,22 554:13
563:20 579:24
580:16 582:18
585:10 595:4
598:5 599:4,6,16
599:20 604:20
607:5 619:16
651:3,14 652:10
654:10 658:3
667:6,24 674:2
688:18 690:23
695:10 741:17,23
742:1,10,19,24
745:6 757:6
765:21,22 771:8
771:11 780:3
790:1 793:9 794:3
811:4,12 818:9
**taihe** 508:1,20
509:18 510:1,9
511:1,11 512:9,16
513:1,9,17 514:1
514:9,18 516:11
516:18 522:17
523:5 530:5,9,10
530:16,23 531:3

542:12 547:20
548:22 549:22
550:7,23 551:1,17
553:2 554:11,21
563:19 572:9
573:1,9,12 577:1
578:5 580:7,16
581:23 582:5
583:22 584:2
585:5 586:8
587:22 589:9,23
591:5,18 592:5,7
592:16 593:9
595:4,14,22 596:6
596:24 597:2,15
597:19 598:7,17
598:19 599:9
601:1,18 602:14
602:19,23 603:9
603:21 604:23
620:6,17 621:11
622:15 623:16
624:14 626:20
627:22 628:11
629:3,15 636:10
636:19 638:23
639:5,11 640:1,23
651:21 653:1,24
658:14 661:12
703:5,6,8,11
725:12 726:1
728:1,2 731:2,9
748:23 749:22
753:4 772:4,16
786:8,24 788:16
792:1,16
**taishan** 497:18,18
498:6,7,13,14
511:18 512:2
517:5,12 518:2,8
518:16 519:13
520:22 521:10
522:19 524:6
527:22 528:2
529:19,22 530:18
542:13 577:3

586:7 587:20
588:6 602:20,23
604:11,22 605:8
606:7 608:10
609:5,13,20 610:9
612:5,13,16,20,24
613:9,14 615:7,13
617:5 618:5 619:1
619:14 625:8,20
626:7,9 628:19
633:24 634:1
638:15,22 639:4
639:10,17,24
641:8 642:7,23
643:9 644:17
645:5 646:18
647:17 648:4,5,17
649:14,16,17
650:12 651:3,10
651:15 652:10
653:5 654:10
658:3 661:19
665:19 667:6,24
676:20 688:18
690:23 694:1,13
694:14,15,18
695:11 696:2,7,15
696:20 697:1
732:14 734:14,21
735:10 760:7
767:17 769:3
770:14 780:3
781:3 790:2 793:9
794:3,11,17
795:16 796:6
801:2,24 811:4,12
811:13 818:9
**taishans** 695:10
774:20 798:20
**take** 546:8 555:14
568:3 588:8,12
590:1 637:16
669:18 672:22
699:15 712:23
720:4,9 722:2
731:6,18 735:15

Confidential - Subject to Further Confidentiality Review

| | | | | |
|---|---|---|---|---|
| 750:21 751:10 | 562:4 570:19 | **testimony** 561:7 | 521:2,3,4,5,7,8,12 | 630:24 631:4,5,7 |
| 752:11 758:17 | 571:22 572:22 | 582:14 611:11 | 521:13,20,23,24 | 631:8,11,12,15,15 |
| 761:18 778:17,21 | 579:16 583:17 | 614:7,24 679:18 | 522:3,4,6,7,10,13 | 631:19,20 632:2,4 |
| 779:13 783:22 | 584:7,20 585:1,7 | 682:19 703:18,24 | 522:15,20,21,23 | 632:4,5,6,7,7 |
| 808:19,23 812:11 | 586:19 587:17 | 705:6 711:16 | 522:24 523:6,7 | 636:8,8,12,13,16 |
| 820:11 | 588:3,11 591:15 | 715:5 739:22 | 524:11,12,15,16 | 636:17,21,22 |
| **taken** 531:7 541:23 | 600:22 602:11 | 741:12 746:12,16 | 524:16,17 535:7 | 637:6 640:18 |
| 590:10 671:21 | 603:18,22 606:11 | 766:4 776:11,15 | 535:21 536:2,12 | 641:5,5,9,10,19 |
| 720:15 762:3 | 606:24 618:22 | 822:10,10,13 | 536:16,21 537:1,5 | 641:19 642:20,20 |
| 779:4 822:6,11 | 620:15 627:18 | **texas** 505:10 | 537:9,14,18,23 | 642:24 643:1,6 |
| **takes** 640:15 | 632:8 634:11,21 | **tg** 507:15,15,19,20 | 538:3,15,19,23 | 648:1 649:23,23 |
| 814:22 815:15 | 635:6 637:7 | 507:22,23 508:3,4 | 539:4,9,14,19,24 | 650:3,3,24,24 |
| **talk** 562:22 741:7,8 | 638:11 640:20 | 508:6,7,9,10,12 | 540:5,17 543:2,11 | 651:5,5 652:8,8 |
| **talking** 656:2 | 643:7 655:23 | 508:13,18,19,23 | 543:16,22 544:4 | 652:13,13,16 |
| 685:17 740:24 | 657:3 658:17 | 508:24 509:2,3,6 | 544:11 545:22,22 | 653:18 654:8,8,13 |
| 761:17 800:1 | 663:22,23 669:1 | 509:7,9,10,13,14 | 546:2,2 547:6,7 | 654:14 655:10,10 |
| 816:23 817:1,14 | 669:10,20 672:16 | 509:16,17,20,21 | 548:20,20,24 | 655:15,15,19,19 |
| **talkings** 678:20 | 676:15 682:7 | 510:3,4,6,7,11,12 | 549:1 553:15,15 | 656:15,17 657:18 |
| **tampa** 503:9 | 686:23 688:9 | 510:14,15,18,19 | 553:18,19 555:10 | 657:24,24 658:5,5 |
| 793:16 794:2 | 706:16 744:6 | 510:21,22 511:4,5 | 555:10,16,16 | 659:9,11,17 661:1 |
| **tape** 590:6 637:18 | 746:5 751:17 | 511:7,8,13,14,16 | 572:7,7,12,13 | 661:3,9,14,19,20 |
| 637:22 638:7 | 779:24 781:16 | 511:17,20,21,23 | 579:1,2,7,7,11,12 | 662:2,4,10,15 |
| 672:1 720:19 | 791:15 799:4 | 511:23 512:3,4,6 | 583:2,2,6,6,14 | 663:6,12,14 |
| 762:9 779:8 821:6 | 814:8 816:1 822:9 | 512:7,11,12,14,15 | 589:7,7,11,12 | 664:24 665:6,8 |
| **target** 538:23 539:4 | **telling** 819:9 | 512:19,20,22,23 | 591:7,8 592:13,13 | 666:6,8,14,16,17 |
| 539:9,14,19,24 | **temporary** 603:20 | 513:4,4,7,8,12,13 | 592:18,18,24,24 | 666:18,19,20,21 |
| **tax** 645:4,8,15,17 | 625:17 752:3 | 513:15,16,20,21 | 600:10,10,14,15 | 666:22 667:3,3,8 |
| 646:9,11 796:1,16 | **ten** 587:12 | 513:23,24 514:4,5 | 600:21,21 601:16 | 667:8,13,13,16,17 |
| **taxation** 644:8 | **term** 552:14 755:22 | 514:7,8,13,14,16 | 601:16,21,22 | 667:21,21 668:2,3 |
| 646:4 797:4 | 755:24 | 514:17,21,22 | 603:5,5,10,11,17 | 672:19 675:19 |
| **tbrenner** 499:5 | **terms** 781:14 | 515:2,3,7,8,10,11 | 605:6,6,10,11,18 | 676:6,9,19 677:8 |
| **tbrown** 505:17 | 794:15 796:10 | 515:14,15,17,18 | 605:18 618:2,3,6 | 677:21 680:4,9,13 |
| **technician** 525:2 | 812:14 | 515:21,22 516:2,3 | 618:7,12 620:3,3 | 694:3 697:8 700:7 |
| 528:6 575:4,11 | **territory** 690:1 | 516:6,7,9,10,13 | 620:8,8,14 621:9 | 700:12 701:10,19 |
| 590:4,13 637:21 | 806:19 807:8 | 516:14,16,17,21 | 621:9,14,15,20,21 | 703:6 705:23,23 |
| 638:5 671:15,24 | **test** 718:13 | 516:22 517:2,3,6 | 622:13,13,18,18 | 706:3,3,10,11,22 |
| 720:10,18 761:22 | **testified** 528:14 | 517:7,9,10,13,14 | 622:24 623:1,14 | 707:3 708:6 |
| 762:6 778:23 | 614:5 674:9 702:4 | 517:16,16,19,20 | 623:14,19,20 | 711:23 713:5,6 |
| 779:7 821:4 | 703:16 724:8 | 517:22,23 518:3,4 | 624:1,12,12,17,18 | 716:9,19 720:24 |
| **technologies** | 743:13 745:3 | 518:6,7,11,12,14 | 624:23,24 626:18 | 721:20,22 726:1,4 |
| 495:23 525:6 | 746:13 776:8 | 518:15,19,20,22 | 626:18,23,24 | 729:9,17 732:4 |
| **ted** 526:16 | 796:5 810:1 | 518:23 519:2,3,5 | 627:3,4 628:9,9 | 734:15,16 739:7 |
| **telephone** 501:1 | **testify** 541:2 701:13 | 519:8,10,11,15,16 | 628:14,15,20 | 739:13 741:11,18 |
| 502:1 503:1 537:2 | 736:5 777:18 | 519:18,20,22 | 629:13,13,18,19 | 742:17,18,20 |
| 791:11 792:1 | 822:10 | 520:2,4,7,9,11,14 | 629:23,23 630:15 | 743:16,19 744:1 |
| **tell** 549:14 551:20 | **testifying** 704:2 | 520:16,19,20,23 | 630:15,20,21,24 | 744:12,24 745:5,7 |

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential – Subject to Further Confidentiality Review

745:19 746:8
747:12 748:4,13
748:18,19,24
749:1 751:5,22
752:15 753:5,18
755:15 756:8
757:12 758:3,14
759:9,13 760:16
765:21 766:12,16
767:3 768:19
771:21 773:17
774:3 776:10,24
777:11,14,23
778:5 780:14
783:20 784:17,24
785:2 786:9 787:4
788:17 789:7,12
789:17,17 792:2,7
792:17 794:17
795:10,11,17
796:15,24 797:5
797:23 798:15
799:14 800:4,5
801:9,11,19
802:18 803:3,3,4
803:4,9,10,10
809:15 817:20
818:19 819:4,6,11
819:15,18 820:3,7
820:8
**tgs** 664:2 676:21
746:13 764:3,16
765:8 766:22
769:5 774:14
799:8 817:9
819:14
**thank** 561:11 642:2
644:15 661:15
668:23 671:3
672:10,21,22
673:10 709:1
712:20 714:1
722:13 737:13,22
740:18 746:10
752:19 753:10
754:5 757:9

780:11 784:3,3
789:13 797:16
798:10 812:2
**thanks** 721:14
734:8 784:2
**thats** 532:2,17
534:1 541:5,11
545:17 546:21
557:18 564:7
567:10,16,22
573:21 574:24
578:18 611:20
614:7,10,11,17
619:19 621:20
641:19 650:12
651:10 664:24
668:13 669:16
675:4,18 681:11
682:2 683:13
685:11,11 691:4
694:20 699:2
710:6,16,18,21
716:13 726:1,17
726:18,18 727:3,8
733:5 735:21
736:7,8,10 737:17
741:4 742:12,21
743:1 748:9 750:6
750:14 753:8,9
755:3,24 758:4
771:1 772:22
773:1 778:14
780:1,9 783:19,22
787:3 788:2,13
790:24 791:8,19
796:16 797:18
798:5 801:7
802:17 806:8
807:18 809:5
815:17 816:16
819:24
**theodore** 499:3
**theres** 559:18
606:20 611:8
615:10 627:6
628:21 630:1

638:19 654:20
661:11 673:1,18
676:23 684:17
700:21 711:13
714:3,13 734:5
749:11 753:22
779:17,21,22
789:5 792:11
801:4 810:5,23
811:19 813:10
814:7 817:24
818:12
**theyre** 581:18
703:10 804:19
**thickness** 689:5
**thing** 532:3 556:2,5
770:12 783:9
**things** 673:13
721:12 729:7,21
**think** 556:1,2 558:1
564:7 566:24
573:20 576:8
578:16 581:11
611:8 614:1
617:17 674:9
681:7 684:17
686:13,18 687:14
694:5 697:9 699:3
705:1 707:17
738:13 744:10
768:10 770:8
779:18 783:9
785:13 796:12
797:21 804:1
805:1 820:19
**third** 497:15 514:2
514:3,11,20
626:21,22 627:20
627:21,24 628:13
629:2,17 630:7
687:23 750:2,2
779:18 782:11
804:15 815:8
816:19
**thirdparty** 580:13
580:15 639:1,3,8

639:20 640:2
649:7
**thirty** 823:16
**thorough** 542:14
**thought** 559:13
567:23 697:18
698:5 724:7 745:3
796:5
**thousands** 558:18
558:19,19
**three** 495:16 529:9
565:22 566:17
604:15 628:2
640:16 655:7
699:15,16 744:1,3
744:8,9,15 745:12
787:16
**threefold** 566:13
**throw** 712:10
**tianping** 753:1
**time** 525:8 529:10
531:17,17 533:17
535:5,7,20 536:1
536:7,9,9 538:5
538:23 539:3,8,13
539:18,23 540:4
540:17 542:9
543:2,11,16,22
544:4,10,16 546:7
549:9 553:8
555:19 560:18
561:10 562:3
564:21 567:21
569:19 575:6,21
577:11 582:16
584:11,23 585:2
585:15 587:21
590:2,7 593:19,23
594:14 595:2
597:18 602:18
604:16 607:7
610:18 617:2
632:8 633:11,13
637:4,24 638:8
653:19 657:12
660:20 664:8

671:11 672:3,9
675:22 676:1
678:3,8 679:16,23
682:10 692:19
700:2 707:23
708:1 710:3
720:11,21 722:24
724:15 725:4
729:3 733:16
735:17 743:22
745:9 746:3,5
747:24 755:14
756:22 760:6,12
760:22 761:3,19
761:24 762:8
765:21 771:18,19
778:24 780:13
784:19 786:19
790:7 794:18
795:3 798:1,9
815:8 816:19
817:12 820:17
821:5
**times** 745:12 752:7
810:2
**tinghuan** 653:19
655:7
**title** 585:16,23
606:5 622:7
627:19 651:13
**tobin** 499:6 526:17
**today** 528:7 531:8
646:18 678:4
679:18 680:12
705:6 711:16
742:9 746:9 766:4
774:19 817:13
819:7 820:2
**todays** 525:7
**todd** 501:9 505:14
**told** 598:12 805:17
807:10 818:18
**tolerate** 775:12
**tomorrow** 820:16
**tompkins** 501:3
505:3

Confidential - Subject to Further Confidentiality Review

**tongchun** 495:15
497:19 498:8,15
507:4 521:17
528:7,12,19,21,21
585:13 693:4
822:5,8 825:9
**top** 521:19,22
522:2,9 524:13
554:3 627:19
638:19 669:19
685:2 688:14
700:5,21 705:21
706:1 707:14
713:11 716:17
751:19 779:22
803:1 806:12
811:3,16
**total** 576:24
**town** 753:1
**trade** 554:14 757:6
**trademark** 520:1
661:2,19,21
676:21
**trademarks** 538:20
**trading** 499:6
523:18 526:17
688:20,22 741:23
771:8 780:5
782:17,19,20,22
803:16 804:21
806:15,18 810:18
811:9,10
**transaction** 523:15
523:20 548:9
568:7,10 599:14
648:19,23 662:14
771:6,10
**transactions**
647:12
**transcript** 542:10
708:16,18,24
710:11,21 822:10
822:20 823:17,19
**transcription** 825:5
**transfer** 508:8
553:17 554:6

561:21 562:9
563:10,15,17
**transferee** 554:13
**transferer** 554:11
**transferred** 548:3
554:10 561:23
**transferring** 570:14
**translate** 674:15
704:10 717:12
740:20 772:24
**translated** 564:4
569:18 614:10,12
614:16 616:24
681:16 690:13
**translation** 522:1
545:2 551:7
555:18 556:4,19
556:22 558:5,6,10
559:11 560:9
561:5 673:2 687:8
687:9,12 688:1
706:1 754:16
**translations** 544:23
545:8,11,15
558:21 559:1,5,19
559:21 560:3
565:17,23 670:12
670:20 671:2
**translator** 682:9
754:18
**traurig** 498:16
526:4
**tremendously**
616:4
**trial** 532:4
**tried** 560:5 613:15
**true** 582:17 668:13
675:4 680:16,18
717:16 723:20
726:18,19,20
727:2,18 732:14
748:7,9 755:16
822:13
**truth** 556:8 710:4
822:9,9,9
**truthful** 614:23

**truthfully** 531:11
534:20,23
**try** 546:23 547:8
555:21 558:20
567:13 574:20
614:22 684:24
761:16
**trying** 542:1 557:11
615:2 676:3
685:12 702:9
750:7 798:5
**tryon** 501:10
505:15
**ttp** 528:2 535:7,21
536:2,12,16,21
537:1,5,9,14,18
537:23 538:3,15
538:19,23 539:4,9
539:14,19,24
540:5,18 543:2,11
543:17,23 544:5
544:11 634:7
643:20 644:4,6
646:6,13,15,20,24
647:4,7,8,11,13
647:21,22 648:9
649:11,12 652:1
653:7,10,12 657:8
657:11,12 660:4
660:11 661:19
662:15 664:8
665:22 666:6,8
669:7 674:7
675:16 676:19
677:8,21 680:14
692:3,19 694:3
695:12 696:4,9,18
696:23 697:4
701:14,19 703:4
706:22 707:4
708:6 722:14
723:1 725:2,6
726:2 728:2
743:17,19 760:9
783:20 784:24
785:2 786:18

789:2,23 790:4,6
790:8,17 792:8
793:15 794:12,15
795:6,9,12,17
796:11,15 797:11
797:11 798:4,10
798:13,21 799:13
799:23 800:4,5,22
802:3,7 805:2,11
805:20,23 806:13
806:17 810:17
811:17 813:20,22
813:24 815:6
816:4,8,10
**ttps** 648:13,15
658:18 669:3,12
701:20,22 797:23
798:19 799:6,8,10
817:10,18
**turn** 779:16 789:24
807:10 809:15
810:14
**turning** 783:8
**two** 532:9 565:22
566:15 570:16
574:4 575:16
604:19 648:7
650:9 684:17
722:15 733:7
744:19 759:3,5,6
760:13 799:23
800:13 810:24
813:22 815:2
**twominute** 778:20
**twothird** 596:13,16
597:13
**twothirds** 595:3
**type** 533:19 565:9
**types** 566:19 615:6
**typically** 633:9

_____

**U**

**u** 525:12 728:8
732:8,9 737:6,7
777:1
**uhhuh** 643:18

752:16,17
**umbrella** 764:6
**unable** 728:16
**unaware** 704:17
**underneath** 786:17
786:23 809:21
810:10
**understand** 529:5
536:10,11 537:22
550:10 552:9
554:17 557:14
573:17 587:16
595:9 608:24
613:24 614:6,23
647:9 680:10
685:9,16 690:16
700:24 702:13,14
706:23 715:18
723:9,13,19 724:1
724:3,6,10,13
727:17 735:7,23
736:13 739:8,18
741:19 744:10
757:20,24 760:21
761:13 764:9
766:19 788:10
791:15,18 795:12
798:17 800:10
809:12 811:7
812:18 813:12
816:12,21 818:4,8
**understanding**
532:8 545:9
558:24 560:15
569:15 575:24
582:14 615:11
668:22 705:4
711:17 715:6
716:2 717:15
742:8 764:14
781:17 784:15
796:13
**understands** 529:6
**understood** 613:11
679:12
**united** 495:1 496:2

Confidential - Subject to Further Confidentiality Review

525:21 535:8,23
536:3,14,18,23
537:3,7,11,15,20
538:1,17,24 540:1
544:13 608:11
609:21 610:10
612:6,14 677:10
677:23 680:17
682:21 683:11
689:12,16 715:20
716:6 718:4,8
719:12 726:15,24
727:19 780:7
793:16 804:20
805:4 807:9
**university** 504:13
**unnatural** 789:5
**unnecessary** 542:8
**unrelated** 608:6
**upcoming** 632:6
767:20
**urquhart** 499:14
502:20 506:3
527:18
**usa** 608:15 690:1
717:8,10 806:19
**usage** 616:9
**use** 520:1 542:8
559:13 560:24
566:3 644:24
645:9 661:2,21
668:7 676:18,20
689:20 697:22
719:9 745:1
804:16,19
**uses** 691:5 718:15
**usually** 633:14,18
640:8,15

---
### V
**v** 504:13
**vague** 678:6 745:21
746:1 770:9
**valaw** 499:11
**valid** 564:8,11
**valuate** 592:4

**valuation** 510:2
591:7,17
**value** 645:4,8,10,12
645:19,22 795:24
**various** 495:8
499:24 502:12
525:15 527:5
**vat** 795:17,23
796:10 797:4,6,7
797:9,12
**venture** 500:6
526:11 748:5
752:14 757:12
758:2
**veracity** 556:9
**verification** 519:1
655:18
**verified** 675:14
**verify** 687:7
**version** 582:11
621:3 673:20
686:22 687:4,19
707:18 722:4
723:5 725:11
748:13 780:1,2
785:21 786:3
**vice** 585:4
**video** 525:9 575:12
**videographer** 525:5
**videotape** 525:2
528:6 575:4,11
590:4,13 637:21
638:5 671:15,16
671:24 720:10,18
761:22 762:6
778:23 779:7
821:4
**videotaped** 495:15
**view** 617:9 747:4,6
772:18,20
**village** 500:4
**virginia** 499:4,10
499:10 500:5
526:23 539:5
540:8,20 543:5,13

**virginiabased** 499:12
**visit** 537:15
**volume** 691:17
721:4,4,6 728:3
**voluntarily** 729:14
**volunteer** 557:19
557:23
**vote** 595:3
**voting** 596:13
599:21

---
### W
**w** 503:8 504:3
**waechter** 501:14
506:8
**waichman** 504:7
**wait** 556:1 686:13
741:2,2,3 745:22
794:22
**waive** 565:12
**walker** 501:14
506:8
**wall** 522:20 648:5
734:14
**walnut** 497:3
**wang** 500:10 528:3
584:6,9 653:17,20
655:7
**want** 533:4,6 534:4
541:18 557:10
560:10 565:12
567:8 568:14
578:14 610:14,19
611:9 617:15
672:15 673:12
679:9 682:1
686:10,10 690:7,9
692:1 695:14
696:16 703:15
708:17 715:4
720:8 735:16
739:19 742:13,14
743:9,13 746:11
754:16 761:2
766:7 775:24

776:4 779:23
781:10,21 783:23
783:24 785:7
790:14 811:23
818:6 820:4,10
**wanted** 670:23
690:11 798:8
**wants** 562:6,13,18
564:1 574:23
578:19 615:24
**warehouse** 640:11
**warshauer** 497:8
**wasnt** 558:3 571:14
**waste** 735:17
**watson** 501:20
**way** 555:22 559:19
560:24 562:18
563:2,4 576:6
616:14 675:7
682:18 691:24
692:16 698:2
705:4 710:18
716:3 731:21
736:17 743:8
751:16,16 752:21
756:6 764:14
783:13,15 799:2,5
**website** 780:15,16
**wed** 810:14
**week** 671:10
**wei** 608:19,22
**weinberg** 499:20
502:8
**weinstock** 501:20
**weiss** 496:7 525:24
526:2
**welcome** 533:2
672:13
**wenlong** 701:1,2,18
713:21 714:5
717:6 722:9,12
723:7,15 724:14
724:18
**wenny** 711:3
**west** 498:11 502:18
**weve** 692:22 712:24

731:7 771:1
**wfmblaw** 502:17
**whats** 558:13 570:2
591:22 601:3
604:6 605:22
628:23 630:3
642:4 659:19,24
665:24 685:3
690:2,4,8 704:14
714:7 715:1
717:24 725:21
730:18 763:18
773:22 774:8
782:13 785:4
789:9 818:19
**wheeler** 499:20
502:8
**whollyowned** 795:9
**width** 689:6
**wilkinson** 495:6
**william** 496:8
**williams** 501:8
505:13
**willing** 577:10,12
598:18
**willingness** 594:12
594:14
**wise** 820:17
**withdraw** 548:12
**withdrawn** 550:1
608:8 630:10
632:17 639:23
706:14
**witness** 497:19
498:8,15 507:3
528:16,19,24
534:7,10,23
535:15 538:13
541:1 548:12
552:4,16 562:13
562:14,17,22
563:14,17 564:5
564:13 567:4,8
573:20 577:22
580:12 582:4
586:12 587:10

Confidential - Subject to Further Confidentiality Review

588:14 598:12
605:14 607:18
611:1 612:1
613:22 614:6,8,13
614:16,24 644:16
644:23 673:4
681:1 686:1,24
688:13 691:8
694:17 697:15
698:3 699:19
702:4 704:7
705:14 708:3
715:12 719:1
722:21 725:22
726:10 727:15
731:16 733:10
736:2,12 738:7,17
738:23 746:2,19
756:20 757:22
758:12,21 759:12
761:11 764:10,23
767:12 768:8
769:2 770:8 774:9
777:20 783:16
790:11 791:18
793:21 796:3,24
800:12 801:23
802:6 805:1
808:18 809:10
813:2,16 822:14
823:1
**witnesses** 563:23
**wont** 535:17
**wood** 789:23
793:10
**word** 679:7 702:18
745:1 811:8
**words** 781:11
812:19,24
**work** 515:5,6,13,20
516:5 557:20
558:6 580:16,23
586:7,8,13 630:18
630:19 631:3,10
631:18 632:15,23
633:6 634:14,16

634:23 635:2,8
675:19 676:6,9
692:19 790:8
791:3 805:23
**worked** 558:21
560:2 580:7
707:22 708:5
786:18 790:4,6,16
805:20 815:6
**working** 557:3,21
558:5 587:11
589:1
**works** 744:7
**world** 733:2,5,13
761:7
**worldwide** 719:13
**worried** 599:3
**wouldnt** 556:7
682:22
**wright** 502:14
**write** 672:24 804:2
**writes** 711:6
**writing** 779:18,22
779:23
**written** 687:23
695:9 701:24
722:8,11 723:1,10
726:17
**wrote** 610:20
**wuyu** 803:18,18
**wwhgd** 499:23
502:12
**wynkoop** 498:22

### X

**x** 507:2,11
**xiantgan** 753:15
**xinghu** 585:8,9
598:8 745:9
**xu** 585:8,9 598:9
745:8
**xue** 561:23 586:20
587:5,7,10,14
660:2,3,6
**xulian** 585:2,4

### Y

**yang** 706:17 707:9
707:19 709:13
710:13,18 711:3,6
790:3,22 791:5
807:12
**yangs** 707:18
**yeah** 686:4,20
699:24 733:8,15
750:10 781:24
785:24 796:19
813:4
**year** 523:4 530:7,14
530:17 577:2
585:21 591:24
594:9 598:4 623:8
624:7 625:5 626:1
632:13,14,20,23
633:5,7,11,16,22
633:23 634:14,24
635:9 638:17,20
640:23 642:7
643:10 644:1
669:14,21 726:24
742:21 746:9
748:22 749:21
758:21 760:3
761:6 767:18
**years** 587:13 616:3
616:12 628:2
642:10 722:16
724:19 729:20
767:20 798:20
819:13
**yin** 711:3
**york** 496:9,9
497:16,16 499:16
499:16 502:21,21
506:4,4
**youd** 534:14 699:1
731:18 735:15
786:14 789:6,23
804:1 807:9
810:21
**youll** 786:15
**youre** 534:9 557:15

557:21 574:10
575:1 615:1
632:20 635:16
653:23 672:13
680:5 685:17
707:2,10 718:7,23
743:12 746:6
767:2,6 784:22
785:22
**yourlaywer** 504:10
**youve** 552:21
643:13 675:7
686:16 699:4
724:20 749:17
816:13
**yuli** 561:23 586:20
587:5,7,10 660:2
660:4,6
**yunnan** 753:2
801:17

### Z

**zappala** 503:3,5
**zhon** 745:11
**zhongcheng** 579:24
591:21 674:2
676:11
**zianming** 745:10
**zwain** 501:19

### 0

**0** 582:18
**00** 529:10
**000** 648:8 660:16
664:6,6,14,18
793:14 819:19
**0000011** 521:21
700:7
**0000415** 522:10
716:19
**0001482** 524:11
789:12,17
**0001484** 524:12
789:18
**001482** 789:7
**0019813** 521:24

522:4 705:23
706:3,10,11
**0019814** 521:24
522:4 705:23
706:3
**0020384** 510:4
591:8
**0020390** 510:4
591:8
**0020582** 507:23
508:4 548:20,24
**0020584** 507:23
508:4 548:20
549:1
**0020598** 508:18,23
572:7,13
**0020600** 508:19,24
572:7,13
**0020601** 509:10,14
583:2,6
**0020602** 509:10,14
583:2,7
**0020608** 509:17,21
589:7,12
**0020629** 509:17,21
589:7,12
**0020630** 508:7,10
553:15,19
**0020633** 508:7,10
553:15,19
**0020634** 508:13
555:10
**0020637** 508:13
555:10
**0020638** 508:15
569:1
**0020642** 508:16
569:1
**0020647** 509:2,7
579:7,12
**0020649** 509:3,7
579:7,12
**0020682** 522:24
523:6 748:13,18
749:1
**0020685** 522:24

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

| | | | | |
|---|---|---|---|---|
| 523:7 748:19 749:1 | **0020851** 518:23 519:3 655:15,19 | 513:5 622:13,19 | 641:5,10 | 590:11,14 591:13 652:21 654:20 |
| **0020686** 510:7,11 592:13,18 | **0020855** 519:6,8 656:15,18 | **0025894** 513:7,12 623:14,19 | **0025987** 517:3,7 641:5,10 | 659:17 664:21 689:7 696:11 |
| **0020715** 511:8,13 603:5,10 | **0020856** 519:11,15 657:24 658:5 | **0025896** 513:8,13 623:14,20 | **0025997** 517:9,13 642:20 643:1 | 700:6 701:18 705:22 706:2 |
| **0020717** 511:8,14 603:5,11 | **0020864** 519:11,16 657:24 658:6 | **0025897** 513:15,20 624:12,17 | **0026000** 517:10,14 642:20 643:1 | 752:23 770:19 771:1 |
| **0020722** 510:21 511:5 601:16,22 | **0021643** 524:15 803:3,9 | **0025899** 513:16,21 624:12,18 | **0026001** 507:15,20 545:22 546:2 | **100** 646:19 741:14 741:16,22 742:4 |
| **0020724** 510:22 511:5 601:16,22 | **0021644** 524:16 803:4 | **0025900** 513:23 514:5 626:18,24 | **0026002** 507:16,20 545:22 546:3 | 742:10,23 743:16 743:19 759:2,22 |
| **0020725** 510:14,18 600:10,15 | **0022728** 522:13,16 721:20,22 | **0025902** 513:24 514:5 626:18,24 | **0026004** 520:19,24 667:3,8 | 760:4,10 |
| **0020748** 510:15,19 600:10,15 | **0023842** 809:15 | **0025903** 514:8,13 628:9,15 | **0026006** 520:20 667:3,9 | **10004** 496:9 |
| **0020789** 510:7,12 592:13,18 | **0023843** 524:16 803:4 | **0025905** 514:8,14 628:9,15 | **0026007** 521:2,5 667:13,16 | **10010** 499:16 502:21 506:4 |
| **0020795** 511:16,20 605:6,10 | **0025132** 522:21 734:15 | **0025906** 514:16,22 629:13,19 | **0026009** 521:3,5 667:13,17 | **10022** 497:16 |
| **0020798** 511:17,21 605:6,11 | **0025151** 522:21 734:16 | **0025908** 514:17,22 629:13,19 | **0026010** 521:8,13 667:21 668:2 | **101** 501:10 505:15 |
| **0020799** 511:23 512:4 618:2,7 | **0025216** 522:7 711:23 713:5 | **0025913** 515:2,8 630:15,20 | **0026012** 521:8,13 667:21 668:3 | **106** 504:3 |
| **0020800** 511:24 512:4 618:3,7 | **0025218** 522:7 713:6 | **0025919** 515:3,8 630:15,21 | **0026019** 524:17 803:5 | **10th** 550:4 |
| **0020808** 517:16,20 649:23 650:3 | **0025412** 519:23 520:2 661:1,4 | **0025920** 515:11,15 630:24 631:4 | **0086** 787:14 | **11** 521:17 522:12 522:15 592:23 |
| **0020809** 517:17,20 649:23 650:3 | **0025413** 520:5,7 662:2,5 | **0025926** 515:11,15 630:24 631:5 | **00865388812002** 791:12 | 600:3 637:24 638:3,3,8 693:4 |
| **0020817** 517:23 518:4 650:24 651:5 | **0025414** 520:14,17 665:6,9 | **0025927** 515:18,22 631:7,11 | **00865388812017** 786:12 787:1 | 696:14 700:12 721:19,21 722:5 |
| **0020824** 517:23 518:4 650:24 651:6 | **0025415** 520:10,12 663:12,15 | **0025933** 515:18,22 631:8,12 | 788:5,18 | **1100** 497:10 |
| **0020825** 518:7,12 652:8,13 | **0025446** 519:18,20 659:9,12 | **0025934** 516:2,6 631:15,19 | **00919813** 697:9 | **11th** 498:4 |
| **0020826** 518:7,12 652:8,13 | **0025887** 512:7,12 620:3,8 | **0025941** 516:3,7 631:15,20 | **02619** 803:10 | **12** 522:9 600:20 671:18,21 689:7 |
| **0020827** 518:15,20 654:8,13 | **0025888** 512:7,12 620:3,8 | **0025958** 516:9,14 636:8,13 | **0888** 498:5 | 716:18 717:4,22 753:13 779:1,4 |
| **0020828** 518:15,20 654:8,14 | **0025889** 512:15,20 621:9,14 | **0025961** 516:10,14 636:8,13 | ─────── | **1221** 498:17 |
| **0020850** 518:23 519:3 655:15,19 | **0025891** 512:15,20 621:9,15 | **0025971** 516:17,21 636:16,21 | **1** | **12800** 504:13 |
| | **0025892** 512:23 513:4 622:13,18 | **0025974** 516:17,22 636:17,22 | **1** 544:20 545:3 546:10 564:24 565:20 577:22 | **13** 601:11 683:14 697:1 806:3,4 810:15 818:20,22 818:23 |
| | **0025893** 512:23 | **0025984** 517:2,6 | 590:6 648:8 665:14 671:22 672:3 689:5 716:12 717:22,23 793:14 | **13811** 500:4 |
| | | | **10** 521:20,23 522:3 549:12 590:3,7,10 | **14** 590:7,10 603:16 692:24 697:9 |
| | | | | **145** 502:16 |
| | | | | **15** 521:23 522:3 548:6 590:3 605:1 621:22 622:4 627:5,8 705:22 |

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 863

| | | | | |
|---|---|---|---|---|
| 706:2 707:14 | 688:16 731:7,9 | 602:13 621:22 | 625:8,20 626:7 | **20748** 600:22 |
| 732:15,17 786:15 | 732:2 736:11 | 622:4,16 623:8 | 629:24 630:2,6 | **20795** 605:18 |
| 788:5 | 753:6,18 759:18 | 627:5,8,17 630:20 | 631:17 634:5 | **20797** 605:19 |
| **15219** 503:4 | 785:15,19 786:1 | 631:2 633:1,7 | 635:3 639:15 | **20799** 618:12 |
| **155** 763:5 | 787:8 788:17 | 634:4,14 640:24 | 642:22 643:10 | 619:20 |
| **15th** 621:23 627:17 | 791:23 792:7,15 | 642:11 644:2 | 665:14 667:23 | **20800** 618:13 |
| **16** 581:5 582:20 | 793:1,3 802:13 | 646:18,22 647:4 | 742:7,21 743:1,3 | 619:20 |
| 599:7,10,17 | 806:14 808:10 | 651:11 652:21 | 759:21 819:13 | **20808** 650:13 |
| 618:12,20 705:17 | 810:18 815:19 | 654:20 656:24 | **2009** 605:24 606:13 | **20817** 651:10 |
| 709:11 | 818:17 819:3 | 658:11,21 659:18 | 606:17 619:4 | **20824** 651:11 |
| **1600** 501:15 506:9 | 825:17 | 661:10 662:11 | 625:1 743:23 | **20825** 652:16 |
| **1601** 498:11 | **200** 499:4 | 663:7 664:21,22 | 762:24 763:15,16 | **20826** 652:17 |
| **16a** 705:18 706:9 | **2000** 646:17 | 666:9 667:5 676:5 | **2011** 524:8 531:7 | **20827** 654:18 |
| 706:10 | **200040** 498:12 | 676:6,9 685:13 | 534:19 781:5 | **20828** 654:18 |
| **16b** 706:11 | **2002** 530:17,21 | 688:16 695:10 | **2012** 495:10 525:8 | **20850** 655:10 |
| **17** 593:12,13,13,14 | 531:4 547:14 | 701:15 716:18 | 544:20 549:8 | **20851** 655:10 |
| 620:13 713:1 | 549:12 550:4,8 | 717:4 740:2,9,15 | 822:6 | **20855** 656:23 |
| 779:5,10 | 551:2 553:3 | 743:23 746:9 | **2017** 792:12 | **20856** 657:18 |
| **18** 606:13 619:4 | 644:16 797:3 | 760:3 761:5 | **20384** 509:23 591:3 | **20864** 657:19 |
| 621:20 624:24 | **2004** 632:21 | 780:14 781:3 | 591:14 | **20th** 503:4 601:2,4 |
| 709:11 726:24 | **2005** 512:17 515:5 | 784:16,20 795:8,9 | **20390** 509:24 591:3 | 604:8 623:9 |
| **1899** 498:22 | 521:23 522:3 | 796:24 800:23 | 591:14 | **21** 498:12 581:5 |
| **18th** 498:11 605:24 | 523:4 535:6 536:7 | 806:14 810:18 | **2047** 495:3 525:14 | 624:23 734:10 |
| 625:6 | 554:4,20 561:18 | 815:19 | **20582** 549:10 | **212** 496:9 497:16 |
| **19** 622:24 | 570:5 572:21 | **2007** 513:10 515:19 | **20584** 549:11 | 499:16 502:22 |
| **19106** 497:4 | 573:4,10,13 577:1 | 517:4 521:20 | **20598** 572:19 | 506:5 |
| **192** 499:9 | 577:2 580:8,17,22 | 522:6,12,15 | **20600** 572:20 | **215** 497:5 |
| **1a** 545:4 | 581:6,22 583:17 | 524:14 601:2,4 | **20601** 583:14 | **21644** 803:10 |
| | 584:3,16,22 585:3 | 602:4 604:8,9 | **20602** 583:14 | **218** 711:23 |
| | 585:8,21 586:20 | 623:2,5,9,17 | **20608** 589:18 | **22** 547:14 626:13 |
| **2** | 587:5,18 588:19 | 624:7 628:20,22 | **20629** 589:19 | 656:24 658:11 |
| **2** 521:20 549:7 | 590:19 620:20 | 629:6 631:9 | **20630** 554:1 | 749:4 |
| 552:21 556:14 | 621:12 622:7 | 634:16,24 635:9 | **20632** 554:2 | **2216** 504:18 |
| 567:15 594:17 | 625:8,19 626:6 | 641:7 642:8,11 | **20634** 555:16 | **2219** 498:5 |
| 596:4 637:22 | 630:19 633:3 | 669:22 700:6 | **20637** 555:16 | **227** 721:9 |
| 689:5,22 694:10 | 638:20 639:14 | 701:7,18 713:5 | **20638** 570:8 | **22728** 720:24 |
| 700:6 717:22,23 | 705:22 706:2 | 721:19,22 722:5 | **20642** 570:8 | 721:10 |
| 720:12,15,16,21 | 707:15 708:2 | 722:14 725:1,5,8 | **20647** 579:2 | **22a** 749:4,17,22,24 |
| 735:17 806:24 | 740:1 748:2,23 | 731:11 735:12 | **20649** 579:2 | **22nd** 499:15 502:21 |
| 807:1,8 | 749:21 758:22 | 748:2 786:18,20 | **20686** 592:24 | 506:4 |
| **20** 532:16 602:3 | 774:19 819:13 | 795:7 803:2 | **20709** 593:1 | **23** 628:4 740:17 |
| 623:2,5 624:1,2,4 | **2006** 511:2 513:2 | **2008** 511:18 513:18 | **20715** 603:17 | 742:19 762:21 |
| 628:20,22 629:6 | 515:7,12 520:21 | 516:4 517:11 | **20717** 603:17 | 769:5 |
| 629:24 630:2,6 | 522:9 524:6 592:1 | 521:9 535:6 536:8 | **20722** 602:2 | **23114** 500:5 |
| 651:11 661:10 | 593:2,21 594:2,9 | 605:9 606:8,17,18 | **20724** 602:2 | **23218** 499:4 |
| 662:10 663:7 | 598:5 601:20 | 624:2,4,15 625:5 | **20725** 600:21 | **23462** 499:10 |
| 664:22 685:13 | | | | |

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

| | | | | |
|---|---|---|---|---|
| **23843** 803:10 | **25941** 632:7 | **3** | **3787600** 500:5 | 670:13 |
| **239** 504:9 | **25958** 637:6 | **3** 495:16 553:24 | **38** 656:23 | **4767400** 496:21 |
| **24** 554:4,20 561:18 | **25961** 637:7 | 567:15 594:17 | **3800** 498:12 | **495826** 825:4 |
| 570:5 572:21 | **25971** 640:18 | 596:4 638:8 | **3838** 501:21 | **4th** 523:2 748:21 |
| 573:4,9,13 620:20 | **25974** 640:19 | 662:19 671:17 | **386** 793:14 | 749:20 751:12 |
| 629:8 | **25984** 641:19 | 687:15 691:17 | **39** 594:19 657:18 | |
| **2400** 499:22 502:10 | **25987** 641:20 | 761:24 762:3,4,8 | **3901000** 504:9 | **5** |
| **246** 709:10 | **25997** 643:6 | **30** 550:20 552:23 | | **5** 522:6,9 553:10 |
| **25** 524:14 581:6,21 | **26** 591:23 632:3 | 590:3,11,14 637:3 | **4** | 569:6 581:22 |
| 583:15,17 584:3 | 634:11 695:7,18 | 640:18 642:11 | **4** 521:15 524:8 | 582:4,10 602:17 |
| 590:19 632:2,9,19 | **26000** 643:7 | 645:2 820:13 | 555:15 672:2 | 689:5 713:5 |
| 712:1 776:2 803:2 | **26001** 547:7 | 823:16 | 683:4 689:6 | 716:18 720:20 |
| 821:6,10 | **26002** 547:7 | **301** 503:4 | 691:18 717:22,22 | 759:18 820:13 |
| **250** 503:9 | **26004** 666:14,17 | **303** 498:23 | 779:1,4,5,10 | 821:6,10 |
| **25132** 735:5 | **26006** 666:18 | **30326** 499:22 | 781:5 | **50** 598:16 628:3 |
| **25216** 712:3 | **26007** 666:19 | 502:11 | **40** 659:17 663:24 | **500** 497:4 697:20 |
| **25218** 712:3 | **26009** 666:20 | **305** 496:21 498:18 | 664:20 793:23 | 793:23 794:7 |
| **25412** 661:9 | **26010** 666:21 | **31** 641:16,23,24 | **400** 499:9 664:6,18 | **504** 496:15 497:11 |
| **25413** 662:10 | **26012** 666:22 | 642:1,11 | **400000** 704:12 | 501:5,22 504:19 |
| **25414** 665:1 | **2629062** 501:16 | **32** 641:15 643:6 | **404** 499:23 502:11 | 505:5,22 506:15 |
| **25415** 663:6 | 506:10 | 671:22 | **407** 502:17 | **51** 499:15 502:21 |
| **25446** 659:17 | **27** 632:5 634:21 | **32801** 502:16 | **40foot** 794:7 | 506:4 |
| **255** 496:19 | 635:19,21 720:12 | **33** 551:5,7,7,9 | **40th** 501:4 505:4 | **510** 497:3 |
| **25887** 620:14 | 720:15 791:10 | 553:1,1 650:12 | **41** 594:19 661:9 | **51st** 628:3 |
| **25888** 620:14 | 792:8,11,20 793:8 | 671:18,21 761:24 | 676:14 | **52** 495:17 525:8 |
| **25889** 621:21 | 807:19,22,24 | 762:3 | **411** 499:3 | 765:1 769:7 822:6 |
| **25891** 621:21 | 808:10 | **3301** 504:8 | **412** 503:5 | **5222304** 497:11 |
| **25892** 622:24 | **27703** 569:24 | **33131** 498:18 | **415** 716:10,11 | **5251500** 504:19 |
| **25893** 623:1 | **27707** 569:24 | **33134** 496:20 | **42** 576:23 577:15 | **5256802** 501:5 |
| **25894** 624:2 | **28** 632:7 635:6,13 | **33306** 502:4 | 577:15 581:5 | 505:5 |
| **25896** 624:2 | 636:2 672:3 | **3344** 499:21 502:10 | 637:24 638:3 | **529** 507:6 |
| **25897** 624:23 | 802:22 803:12 | **33609** 503:9 | 741:11 742:16,18 | **53** 575:12 787:17 |
| **25899** 624:24 | 807:20,21 808:4,6 | **337** 501:16 506:10 | 769:2 772:3 | **5361186** 504:4 |
| **25900** 627:3 | 808:10,11,15 | **3377** 495:23 | 774:14 | **54** 575:6 |
| **25902** 627:4 | 809:16 | **33907** 504:14 | **4250234** 502:17 | **545** 507:14,17 |
| **25903** 628:19 | **2800** 497:9 505:21 | **34** 650:19 | **43** 663:6 664:21 | **548** 508:1 |
| **25905** 628:20 | **2809** 650:13 | **34134** 504:9 | 739:23 742:17 | **553** 508:5,8 |
| **25906** 629:23 | **28280** 501:11 | **35** 652:3 | **44** 638:3,8 664:24 | **555** 508:11 |
| **25908** 629:23 | 505:16 | **3500** 501:10 505:15 | **45** 666:12,14,17 | **5550** 503:8 |
| **25913** 632:2 | **2866** 502:4 | **36** 654:3 655:1 | 669:2 670:12 | **5621041** 503:5 |
| **25919** 632:2 | **2898800** 503:10 | 720:16,21 | **46** 666:12,19 | **5672** 495:23 |
| **25920** 632:4 | **29** 637:3,6,12 | **37** 655:10 656:3 | 669:10 670:13 | **568** 508:14 |
| **25926** 632:4 | 638:11 642:14 | 673:15 | 762:4,8 | **572** 508:17,20 |
| **25927** 632:5 | **2900** 501:21 | **370** 495:23 | **4612500** 499:10 | **579** 509:1,4 |
| **25933** 632:6 | **2912300** 498:23 | **3784700** 501:11 | **47** 544:21 565:1,21 | **5790745** 498:18 |
| **25934** 632:7 | **2992100** 505:22 | 505:16 | 666:12,21 670:4 | **5814892** 496:15 |

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential – Subject to Further Confidentiality Review

| | | | |
|---|---|---|---|
| **5815141** 506:15 | **659** 519:17,19 | **757** 499:10 | 575:6,12 589:17 |
| **583** 509:8,11 | **66** 595:20 | **762** 523:8 | 590:17 689:6 |
| **5840700** 496:9 | **660** 519:21 794:1,5 | **77074** 505:10 | 693:24 694:18 |
| **589** 509:15,18 | 794:7,8 | **771** 523:13 | 696:1 822:6 |
| **591** 495:23 509:22 | **661** 520:1 | **7726400** 505:10 | **901** 564:11 |
| 510:1 | **662** 520:3,6 | **775** 524:1 | **909** 505:21 |
| **592** 510:5,8 | **663** 520:8,11 | **781** 524:6 | **917** 495:23 |
| **5921500** 497:5 | **665** 520:13,15 | **784** 507:8 | **9183000** 497:16 |
| | **667** 520:18,21 | **789** 524:10 | **9494** 505:9 |
| ─────── **6** ─────── | 521:1,4,6,9 | **798** 605:19 | **953** 781:20 782:15 |
| **6** 572:18 762:9 | **6674265** 504:15 | **7th** 504:3 | **954** 502:5 781:20 |
| **600** 501:15 504:14 | **672** 507:7 | | **975** 776:2 |
| 506:9 510:13,16 | **683** 521:15 | ─────── **8** ─────── | **981** 776:3 |
| **600000** 717:8 | **685** 748:14 | **8** 495:17 525:8 | **984** 641:22 |
| **601** 510:20 511:1 | **693** 521:17 | 577:22 583:12 | **985** 504:4 |
| **603** 511:6,9 | | 593:2 689:5,6 | **987** 641:22 |
| **605** 511:15,18 | ─────── **7** ─────── | 717:22 787:17 | |
| **611** 581:11 | **7** 578:7,9,9,12 | 822:6 | |
| **6122** 498:12 | 657:8 779:9 | **80** 660:16 664:14 | |
| **618** 511:22 512:1 | 819:19 821:7 | 753:5,17 | |
| **620** 512:5,8 | **70** 664:6 | **80202** 498:22 | |
| **621** 512:13,16 | **700** 498:22 505:9 | **803** 524:13 | |
| **622** 512:21 513:1 | 521:19 | **804** 499:5 500:5 | |
| **623** 513:6,9 | **70002** 501:22 | **813** 503:10 | |
| **624** 513:14,17 | **70084** 504:4 | **814** 706:10 | |
| **626** 513:22 514:1 | **701** 501:4 505:4 | **820** 496:14 | |
| **628** 514:6,9 | **70112** 505:22 | **8323700** 501:22 | |
| **629** 514:15,18 | **70113** 496:14 | **84** 503:6 | |
| **630** 515:1,4,9 | **70130** 504:18 | **8497000** 499:16 | |
| **631** 515:12,16,19 | 506:15 | 502:22 506:5 | |
| 516:1,4 | **70139** 501:5 505:5 | **852** 498:5 | |
| **636** 516:8,11,15,18 | **70163** 497:10 | **86** 498:12 | |
| **641** 517:1,4 | **704** 501:11 505:16 | **875** 497:15 | |
| **642** 517:8,11 | **705** 521:22 | **8762700** 499:23 | |
| **6441300** 499:5 | **70501** 501:16 | 502:11 | |
| **649** 517:15 | 506:10 | **877** 495:23 504:15 | |
| **65** 595:19 596:19 | **706** 522:1 | **88** 498:4 787:7 | |
| 596:24 739:17 | **7074430** 502:5 | **8811077** 787:20 | |
| **650** 517:18,21 | **713** 505:10 522:5 | **8812002** 792:3 | |
| **651** 518:1 | **716** 522:8 | **8812017** 787:9,21 | |
| **652** 518:5,8 | **721** 522:11,14 | 792:17 | |
| **654** 518:13,16 | **73** 551:5 | | |
| **655** 518:21 519:1 | **731** 522:16 | ─────── **9** ─────── | |
| **656** 519:4,7 | **734** 522:19 | **9** 495:10 525:7 | |
| **657** 519:9 | **748** 522:22 523:1 | 529:10 532:21 | |
| **658** 519:12 | **755** 506:14 | 544:20 549:8 | |

Golkow Technologies, Inc. – 1.877.370.DEPS