Confidential - Subject to Further Confidentiality Review

1      A.      Like I said, Mr. Phillip

2   mentioned that during the unloading of

3   the product, the first shipment, so that

4   he requested to have some improvement on

5   the packaging of second shipment.

6      Q.      And that involved the use of

7   wooden pallets.  Correct?

8      A.      Correct.  Phillips -- Mr.

9   Phillip mentioned that some plate wood

10  bracket or protection bracket I would

11  call them should be used for that

12  shipment.

13     Q.      And that also involved

14  slings?  Do you remember the term

15  "sling"?

16             THE INTERPRETER:  How do you

17       spell sling?

18             MR. HARDT:  S-L-I-N-G.

19             THE INTERPRETER:  Give me a

20       minute, please.

21  BY MR. HARDT:

22     Q.      Straps that they would use.

23     A.      Yes.  As mentioned by Mr.

24  Phillip, we called it hanging belt.

Confidential -- Subject to Further Confidentiality Review

```
 1           Q.     Okay.
 2                  And TG ended up selling both
 3      wooden pallets and the hanging belts to
 4      Venture Supply for the second shipment,
 5      didn't it?
 6           A.     They did not specifically
 7      sold that product, but according to the
 8      requirement of the customer, it was part
 9      of the package, of course, because of
10      that.  The price was calculated into the
11      product price.
12           Q.     There were separate invoices
13      issued by TG for the sale of the
14      pallet -- the wooden pallets and the
15      slings or the hanging belts.  Right?
16           A.     I had explained earlier we
17      did not sell these packaging tools
18      separately to Venture company.  The
19      circumstance was -- I like to use more
20      time to explain.  I'll try to do it as
21      fast as possible.
22           Q.     Okay.
23           A.     May I?
24           Q.     Yeah.  Go ahead.
```

```
 1              A.     At the time of signing of

 2      the second contract by Mr. Phillip, he

 3      planned to purchase 100,000 pieces of

 4      gypsum board.  But in the end, he did not

 5      actually purchase the entire 100,000

 6      pieces of gypsum board.  We prepared

 7      those packing tools for 100,000 piece of

 8      gypsum board.  Therefore, when we deliver

 9      the product according to the second

10      contract to Mr. Phillip, he requested us

11      to also ship him all the packaging tools.

12              Q.     And TG itself --

13              A.     That was it.

14              Q.     -- paid for half of the

15      costs of the hanging belts; isn't that

16      right?

17              A.     Half and half for two

18      companies.

19              Q.     So TG paid half --

20              A.     Versus Mr. Phillip.

21              Q.     I'm sorry.  Were you done?

22      I'm sorry.

23                     So TG paid half and Venture

24      paid half?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.     Correct.

 2                 MR. HARDT:   That's all the

 3          questions I have.  Thank you, Mr.

 4          Peng.

 5                 THE COURT:   Anyone else?

 6                 MS. BYRNE:   Yeah.  We just

 7          have a few questions, Your Honor.

 8                 VIDEOTAPE TECHNICIAN:   Going

 9          off the video record at 10:19.

10                      -   -   -

11            (A discussion off the record

12          occurred.)

13                      -   -   -

14                 VIDEOTAPE TECHNICIAN:   Back

15          on the video record at 10:19.

16                      -   -   -

17                    EXAMINATION

18                      -   -   -

19     BY MS. BESKIN:

20          Q.     Good morning.  My name is

21     Julia Beskin.  I'm just going to have a

22     few questions for you this morning.

23          A.     Go ahead, please.

24          Q.     Have you ever heard of a
```

Case 2:09-md-02047-EEF-MCW   Document 13246-15   Filed 03/26/12   Page 5 of 14

Confidential - Subject to Further Confidentiality Review

```
 1       company called Rothchilt International,

 2       spelled R-O-T-H-C-H-I-L-T International?

 3            A.    I have not seen this before

 4       this time.

 5            Q.    Have you ever heard of a

 6       gentleman named Sunny Jawahar, last name

 7       spelled J-A-W-A-H-A-R?

 8            A.    I don't know this person.

 9            Q.    Have you ever heard of a

10       company called La Suprema, L-A, new word,

11       S-U-P-R-E-M-A?

12            A.    I have not heard of this

13       company.

14            Q.    Have you ever heard of a

15       gentleman named Soloman Abadi,

16       S-O-L-O-M-A-N, next word, A-B-A-D-I?

17            A.    I have not heard of this

18       person.

19            Q.    Have you ever heard of a

20       company called Banner Supply Company?

21            A.    No.

22            Q.    Have you ever visited the

23       United States?

24            A.    I have not.
```

Confidential - Subject to Further Confidentiality Review

```
 1                 MS. BESKIN:  Just one

 2        moment, please.

 3   BY MS. BESKIN:

 4        Q.    Have you ever heard of C&K

 5   board?

 6        A.    C&K, I'm not sure.  Perhaps

 7   there is a gypsum board factory.  It may

 8   be called this name in Shandong.  Maybe

 9   this company produce certain brand of

10   gypsum board.  I'm not sure.

11        Q.    What's the name of the

12   company that produces this C&K board?

13        A.    I'm not sure, but I

14   personally think perhaps it's located at

15   Shandong Linyi.

16        Q.    This company that you're

17   thinking of that produce C&K board, is it

18   affiliated with Taishan Gypsum?

19        A.    They're both gypsum board

20   manufacturers, but they don't have any

21   specific relationships in terms of

22   company relationships.  I personally

23   believe they're competitors.

24                 MS. BESKIN:  No further
```

Confidential - Subject to Further Confidentiality Review

```
 1          questions.
 2               THE COURT:  Anyone else?
 3          Questions?
 4               Okay.  Then, Frank, you're
 5          on cross-examination, any cross.
 6                    -  -  -
 7               EXAMINATION
 8                    -  -  -
 9   BY MR. SPANO:
10          Q.    Good morning, Mr. Peng.
11               Did Taishan Gypsum ship
12   either of the two orders sold to Venture
13   Supply to the State of Virginia?
14          A.    No.  Taishan Gypsum board
15   company only shipped the shipment to
16   Lianyungang port, China.  The rest of the
17   matter was handled by Mr. Phillip.
18          Q.    Is that true for both of the
19   Venture Supply orders, that TG delivered
20   them to the Lianyungang port in China?
21          A.    We shipped to Lianyungang
22   port according to the requirement of the
23   customer, and we give the shipment to the
24   buyer in that location.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    At any time prior to

 2   delivering Venture Supply's drywall to

 3   the port in China, did Venture or its

 4   representative, Mr. Perry, inform TG

 5   about anyone to whom Venture planned to

 6   resell the drywall?

 7          A.    We don't know.  He didn't

 8   mention that.

 9          Q.    Did Mr. Perry or anyone from

10   Venture Supply mention to TG prior to

11   when TG delivered the drywall to the port

12   where Venture expected the drywall it was

13   purchasing would be used in the US?

14          A.    He did not.

15          Q.    Did TG use Venture Supply as

16   a distributor of its drywall in Virginia?

17          A.    No.  Venture Supply only

18   came to our company to purchase gypsum

19   board.  Venture Supply company was only a

20   buyer while we are only a seller.

21          Q.    Did TG advertise its drywall

22   in Virginia?

23              THE INTERPRETER:  I'm sorry?

24   BY MR. SPANO:
```

```
 1          Q.    Did TG advertise its drywall

 2    in Virginia?

 3          A.    No.

 4          Q.    I'm going to show the

 5    witness now what was marked yesterday as

 6    Defendant's Che-2, which is the TTP

 7    manufacturer's profile form.

 8               Mr. Peng, could you look at

 9    Exhibit A to the TTP MPF in Chinese,

10    entry number 177 related to Wood Nation?

11          A.    Where is it?

12          Q.    Can you find entry number

13    177?

14               MR. SEEGER:  Excuse me.

15          Before the questions start, are

16          you going to lay a foundational

17          basis for why he's referring to

18          this exhibit?  I won't make any

19          objections after that, I just --

20          is there a foundational basis for

21          him doing this?

22               MR. SPANO:  Yes.

23               MR. SEEGER:  I would like

24          that to be --
```

```
 1                    THE COURT:  Yes.  That's
 2          good.
 3     BY MR. SPANO:
 4          Q.    Mr. Peng, before I ask you
 5     particular questions about the
 6     manufacturer's profile form, are you
 7     familiar with the information contained
 8     in this document?
 9          A.    I'm not very familiar with
10     it.  I have only collected this
11     information upon the request of the
12     attorney.
13          Q.    Did you prepare --
14     withdrawn.
15               Is it correct that you
16     provided information to the attorneys
17     that they used to prepare this document?
18          A.    Upon the requirement of the
19     attorney, I have collected and compiled
20     and provided this information.
21          Q.    Do you understand that
22     you're testifying as a corporate
23     representative of TG and TTP with respect
24     to the manufacturer's profile forms?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.     The attorney told me that.
 2          Q.     Can you explain generally
 3  how you compiled the information that you
 4  provided to the attorneys to use in
 5  preparing these forms?
 6          A.     First of all, I consulted
 7  the sales handler regarding the different
 8  sales information.  And then I reviewed
 9  invoices, contracts and documents in
10  relevant departments.  And I compiled the
11  document according to the format provided
12  by counsel.
13          Q.     Do the manufacturer's
14  profile forms of TG and TTP contain all
15  of the company's information on the
16  subject matters addressed in those
17  documents?
18              MR. SEEGER:  I have to
19          object to that, Judge, because the
20          witness testified that he helped
21          prepare portions of it.  Maybe
22          it's easier to just figure out
23          what portions he prepared and then
24          I won't have to object anymore.
```

Confidential - Subject to Further Confidentiality Review

```
 1                    THE COURT:  I'll let counsel
 2           handle it.  He's got the witness.
 3                    MR. SPANO:  I'll withdraw
 4           the question.
 5    BY MR. SPANO:
 6           Q.    Have you reviewed the
 7    manufacturer's profile forms of TG and
 8    TTP in this litigation?
 9           A.    Under the guidance and upon
10    the request of the attorney, yes, I did
11    review them.
12           Q.    And based upon your review,
13    to the best of the company's knowledge,
14    both TG and TTP, is the information
15    contained in their profile forms accurate
16    and complete?
17           A.    For all the information I
18    could possibly collect, and according to
19    our recollection, I think it is complete
20    and accurate.
21           Q.    Could we look now at entry
22    number 177 related to Wood Nation.
23           A.    I see this entry.
24           Q.    Do you recall answering
```

1    counsel's questions regarding the

2    markings on the drywall sold to Wood

3    Nation?

4           A.    You mean just now?

5           Q.    In this deposition earlier.

6           A.    Yes, I remember.

7           Q.    Do you see the column

8    entitled "Product Markings"?

9           A.    Yes, I see it.

10          Q.    And I'm going to read into

11   the record what is written there

12   regarding the product markings on the

13   drywall sold to Wood Nation.

14              "Taian Taishan Plasterboard

15   Co., Gypsum Drywall Per ASTM C 1396 04

16   Contact:  813-994-6499."

17          A.    That's what it appears to

18   be.

19          Q.    To the best of TTP's

20   knowledge, was that the information that

21   was marked on the drywall sold to Wood

22   Nation?

23          A.    From what we have collected

24   and compiled, that should be the case.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    Do you recall counsel
 2    earlier showing you an e-mail,
 3    Exhibit 22, where Mr. Hannam from Wood
 4    Nation requested also the notation Tampa,
 5    Florida to be put on the drywall?
 6          A.    Yes.  That's what the
 7    attorney had asked me earlier.
 8          Q.    To the best of the company's
 9    knowledge, was Tampa, Florida marked on
10    the drywall sold to Wood Nation?
11          A.    According to the information
12    we collected, these were not written
13    there.
14          Q.    Why was it that this
15    information requested by the customer in
16    May 2006 wasn't put on the drywall
17    exactly as they asked?
18          A.    As I explained, our
19    technology did not allow us to print
20    three lines of the mark that customer
21    requested.  Our technology only allowed
22    us to put one line of mark on it.  That's
23    why.  With approval of the customer, we
24    make the mark according to our ordinary
```

```
 1    process.
 2           Q.    What were the terms of sale
 3    to Wood Nation related to shipment?
 4           A.    Our sales term regarding
 5    shipment to Wood Nation was to deliver
 6    the product to a Chinese port to the
 7    shipping agent of Wood Nation.  To that
 8    point, we have completed our work and
 9    performed our duties.
10           Q.    As a matter of fact, is that
11    what occurred?  In other words, did TTP
12    deliver the product to the shipping agent
13    of Wood Nation in China?
14           A.    Can you repeat it?  I didn't
15    get it clearly.
16                 THE COURT:  Why don't you
17           read it again?
18                 Can she just read it, Frank?
19                 MR. SPANO:  Oh, yes, yes.
20                 THE WITNESS:  Correct.  We
21           indeed delivered our product to
22           the shipping agent of Wood Nation
23           in Chinese port.
24    BY MR. SPANO:
```

1        Q.    After TTP delivered the

2  product to the shipping agent of Wood

3  Nation in the Chinese port, did it have

4  any further contact with the drywall sold

5  to Wood Nation?

6        A.    There was no more contact.

7  We had no obligation to do so.

8        Q.    Did TTP ship the drywall it

9  sold to Wood Nation to Tampa, Florida?

10       A.    TTP did not.  Like I said,

11  after the product was delivered to the

12  shipping agent of client, it was the

13  work of -- it was the client's work to

14  decide what to do next.

15       Q.    Did David Wei or Wood Nation

16  prior to when TG delivered -- I'll

17  withdraw that.

18        Did David Wei or Wood

19  Nation, prior to when TTP delivered the

20  drywall to the port in China, inform TTP

21  about who Wood Nation planned to resell

22  the drywall?

23       A.    They did not mention that.

24       Q.    Did David Wei or Wood Nation

```
 1    mention where they expected the drywall
 2    Wood Nation was purchasing would be used?
 3         A.    They did not mention that
 4    either.
 5         Q.    Did David Wei ever tell you
 6    that he was employed by a company called
 7    BNBM USA?
 8         A.    He didn't say that.  He only
 9    said that he introduced his friend to
10    come and purchase our product.
11         Q.    At the time of the Wood
12    Nation sale, were you aware -- I'll
13    withdraw that.
14              At the time of the Wood
15    Nation sale, were either TG or TTP aware
16    that there was a company called BNBM USA?
17         A.    No.
18         Q.    Have either TG or TTP ever
19    sold drywall to a company called BNBM
20    USA?
21         A.    No.
22         Q.    19.  We can use our copy.
23    It's all right.
24              MR. SEEGER:  Is it 20 you're
```

Confidential - Subject to Further Confidentiality Review

```
 1          looking for?  Oh, 19?  Is this it?
 2                  MR. SPANO:  20.
 3                  MR. SEEGER:  Let me give you
 4          both.  Here you go.
 5                  MR. SPANO:  Thank you.
 6                  MR. SEEGER:  You're welcome.
 7   BY MR. SPANO:
 8          Q.    Mr. Peng, do you recall
 9   answering counsel's questions regarding
10   your exchange of e-mails with someone
11   called Jacky Yu, Y-U, as shown on Peng
12   Exhibit 20?
13          A.    Yes.  I did answer the
14   question just now.
15          Q.    Did TG or TTP ever sell
16   drywall to Jacky Yu or his company?
17          A.    No.
18          Q.    Do you see the e-mail dated
19   August 30, 2007 from Mr. Yu to you which
20   makes reference to US counterpart?
21          A.    Yes, I do see the e-mail.
22          Q.    Did Jacky Yu ever inform TG
23   or TTP of who the US counterpart was?
24          A.    No, no.
```

Confidential - Subject to Further Confidentiality Review

1          Q.    Could you look at the second
2     page of the exhibit, which is your e-mail
3     dated August 29, 2007, to Jacky Yu.
4          A.    I see this e-mail.
5          Q.    Is it correct that as of
6     August 29, 2007, you were an employee of
7     TTP?
8          A.    Yes, I was an employee of
9     TTP.
10         Q.    Were you at the same time an
11    employee of TG?
12         A.    No.  I was only employee of
13    TTP at the time.
14         Q.    If you were only an employee
15    of TTP, why does this e-mail discuss an
16    introduction of Shandong Taihe Dongxin,
17    which we understand is TG?
18         A.    Because the customer, the
19    buyer, would like to know some basic
20    information of our -- of us before making
21    a purchase.  So the buyer would require
22    us to provide the greater background of
23    our company in order to show the customer
24    that we're a big company.  So I wrote

Confidential - Subject to Further Confidentiality Review

```
 1      Taihe Dongxin.
 2           Q.    In this e-mail, did you
 3      provide Mr. Yu with any information
 4      concerning TTP?
 5           A.    Not in the e-mail.
 6           Q.    Why didn't you do that?
 7           A.    Because this is only a
 8      general introduction.  Mr. Yu asked me to
 9      give a background and summary
10      introduction of the company.  For
11      details, Mr. Yu would call me directly to
12      inquire.
13           Q.    Could you look at the third
14      paragraph of the e-mail.
15                 Do you see the statement
16      here, "We export the metal frame
17      especially...such as New York and
18      Norfolk"?
19                 What company was the "we"
20      that you were referring to in that
21      sentence?
22           A.    We here refers to TTP, that
23      TTP had exported the metal stud.  TTP has
24      sold its product to OEG company, and OEG
```

```
 1    shipped the product to America.
 2         Q.    Did TTP export metal frame
 3    to Norfolk?
 4         A.    I'm not sure about the
 5    details, because we had only shipped the
 6    product to the delivery port.
 7         Q.    Did TTP sell metal studs to
 8    any other customer besides OEG?
 9         A.    You mean TTP?
10         Q.    Yes.
11         A.    If other customer would want
12    to buy the metal studs, we would also
13    sell it to them.
14         Q.    As a matter of fact, were
15    there any other customers who actually
16    bought metal studs from TTP other than
17    OEG?
18         A.    In China, there were some
19    buyers who bought the product.  Sometimes
20    the buyers would need the metal stud to
21    be used in certain projects, and they
22    also would need to purchase the gypsum
23    board.  So they bought the metal stud as
24    well.
```

Confidential - Subject to Further Confidentiality Review

```
1        Q.    Did TTP sell metal studs to
2   any company that claimed to come from the
3   US besides OEG?
4        A.    No.
5        Q.    Do you recall the reason you
6   mentioned export to Norfolk in this
7   e-mail?
8        A.    I don't have specific
9   recollection of that.
10        Q.    Do you recall answering
11   questions from counsel regarding the
12   Taihe Group website?
13        A.    Yes, I did answer the
14   attorney's question regarding the
15   website.
16        Q.    Is it correct that the
17   website was partially in English as far
18   back as 2003?
19        A.    I'm not sure about 2003.
20        Q.    Do you recall if when you
21   started at TG, the website had some
22   English language portions?
23        A.    Yes.  There were part --
24   there were parts that were in English.
```

Confidential - Subject to Further Confidentiality Review

```
 1              Q.    And did the website have

 2    parts of it in English for some time

 3    before TG made any sales to any customer

 4    from the US?

 5              A.    Yes.  At the time that I

 6    joined the company, part of the website

 7    was already in English.

 8              Q.    And you joined the company

 9    approximately when?

10              A.    In approximately July 2003

11    that I joined Taishan Gypsum board --

12    Gypsum Company.  At the time, it was

13    called Shandong Taihe Dongxin Company.

14              Q.    Do you understand what it

15    means for a website to be interactive?

16              A.    As far as I know,

17    interactive means that you can

18    communicate on the website.

19              Q.    Communicate with who?

20              A.    Anybody.

21              Q.    In the case of the Taihe

22    group website, was it possible for a user

23    to communicate with anybody on the

24    website?
```

Confidential - Subject to Further Confidentiality Review

```
 1            A.    I don't think so.
 2            Q.    Was it possible for someone
 3    to order products on the website or
 4    through the website?
 5            A.    No.
 6                  MR. SPANO:  Tender the
 7            witness.
 8                  THE COURT:  Let's take a
 9            ten-minute break here and then
10            we'll come back and finish the
11            redirect.
12                  VIDEOTAPE TECHNICIAN:  Going
13            off the video record.  The time is
14            11:03.
15                        -  -  -
16                  (A recess was taken from
17            11:03 a.m. to 11:12 a.m.)
18                        -  -  -
19                  VIDEOTAPE TECHNICIAN:  We're
20            back on the video record.  The
21            time is 11:12.
22                        -  -  -
23                  EXAMINATION
24                        -  -  -
```

Confidential - Subject to Further Confidentiality Review

1    BY MR. SEEGER:

2         Q.    Mr. Peng, I think I have one

3    or two questions.

4              I want to refer you back to

5    Exhibit 22, but before I do that, you

6    were asked a question by your attorney if

7    David Wei identified himself to you as

8    being from BNBM USA.

9              Do you recall that?

10        A.    I'm not very clear about

11   your question.

12             Can you just summarize it

13   again?

14        Q.    Sure.  I appreciate that.

15             Your attorney asked you if

16   David Wei ever identified himself from

17   being from BNBM USA, and you said he had

18   not.

19             Do you recall that?

20        A.    I remember that my attorney

21   asked me that question.

22        Q.    Do you remember your answer

23   being that he did not identify himself as

24   being from BNBM USA?

Confidential - Subject to Further Confidentiality Review

```
 1          A.     I said I don't have a
 2   recollection of that.  I said that I only
 3   know David Wei is from Beijing and he
 4   brought his friend to us.
 5          Q.     Mr. Peng, take a look at
 6   Exhibit 22 and tell me what David Wei's
 7   e-mail address is?
 8          A.     This should be his address.
 9          Q.     What is it?  Could you state
10   for the record what it says very clearly
11   on that e-mail what his address is?
12          A.     Second line, David Wei
13   bnbmusa@msn.com.  David Wei
14   bnbmusa@msn.com.
15              MR. SEEGER:  I have no more
16          questions.  Thank you for being
17          here, Mr. Peng.
18              THE COURT:  Anybody else?
19          Any other questions?
20              Okay.  This completes the
21          depositions then.  I appreciate
22          everybody's work.
23              But before we -- this is off
24          the record.
```

Confidential - Subject to Further Confidentiality Review

```
 1              VIDEOTAPE TECHNICIAN:  Going

 2       off the video record.   The time is

 3       11:14 a.m.

 4              (Witness excused.)

 5              (Deposition concluded at

 6       approximately 11:14 a.m.)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1            C E R T I F I C A T E
 2
 3
                   I, ANN MARIE MITCHELL, a
 4    Registered Diplomate Reporter, Certified
      Court Reporter and Notary Public, do
 5    hereby certify that, pursuant to notice,
      the deposition of PENG WENLONG was duly
 6    taken on January 13, 2012 at 8:32 a.m.
      before me.
 7
 8                 The said PENG WENLONG was
      duly sworn by The Court according to law
 9    to tell the truth, the whole truth and
      nothing but the truth and thereupon did
10    testify as set forth in the above
      transcript of testimony.  The testimony
11    was taken down stenographically by me.
12
                   I do further certify that
13    the above deposition is full, complete
      and a true record of all the testimony
14    given by the said witness.
15
16
          Ann Marie Mitchell
17        Registered Diplomate Reporter
          Certified Realtime Reporter
18
19
20                 (The foregoing certification
      of this transcript does not apply to any
21    reproduction of the same by any means,
      unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1              INSTRUCTIONS TO WITNESS

 2

 3

 4                  Please read your deposition

 5    over carefully and make any necessary

 6    corrections.  You should state the reason

 7    in the appropriate space on the errata

 8    sheet for any corrections that are made.

 9

10                  After doing so, please sign

11    the errata sheet and date it.  It will be

12    attached to your deposition.

13

14                  It is imperative that you

15    return the original errata sheet to the

16    deposing attorney within thirty (30) days

17    of receipt of the deposition transcript

18    by you.  If you fail to do so, the

19    deposition transcript may be deemed to be

20    accurate and may be used in court.

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    - - - - - -

                 E R R A T A

 2                    - - - - - -

 3      PAGE   LINE   CHANGE

 4      ____   ____   _____

 5        REASON:  ___  _____

 6      ____   ____   _____

 7        REASON:  ____  _____

 8      ____   ____   _____

 9        REASON:  ____  _____

10      ____   ____   _____

11        REASON:  ____  _____

12      ____   ____   _____

13        REASON:  ____  _____

14      ____   ____   _____

15        REASON:  ____  _____

16      ____   ____   _____

17        REASON:  ____  _____

18      ____   ____   _____

19        REASON:  ____  _____

20      ____   ____   _____

21        REASON:  ____  _____

22      ____   ____   _____

23        REASON:  ____  _____

24
```

Confidential - Subject to Further Confidentiality Review

```
 1
 2                  ACKNOWLEDGMENT OF DEPONENT
 3
                       I,_____, do
 4      hereby certify that I have read the
        foregoing pages, 447-551, and that the
 5      same is a correct transcription of the
        answers given by me to the questions
 6      therein propounded, except for the
        corrections or changes in form or
 7      substance, if any, noted in the attached
        Errata Sheet.
 8
 9      _____
        WENLONG PENG                          DATE
10
11
12
13
14
15
16      Subscribed and sworn
        to before me this
17      _____ day of _____, 20____.
18      My commission expires:_____
19
        _____
20      Notary Public
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    LAWYER'S NOTES

 2      PAGE   LINE

 3      ____   ____    _____

 4      ____   ____    _____

 5      ____   ____    _____

 6      ____   ____    _____

 7      ____   ____    _____

 8      ____   ____    _____

 9      ____   ____    _____

10      ____   ____    _____

11      ____   ____    _____

12      ____   ____    _____

13      ____   ____    _____

14      ____   ____    _____

15      ____   ____    _____

16      ____   ____    _____

17      ____   ____    _____

18      ____   ____    _____

19      ____   ____    _____

20      ____   ____    _____

21      ____   ____    _____

22      ____   ____    _____

23      ____   ____    _____

24      ____   ____    _____
```

# EXHIBIT H

**Hogan
Lovells**

March 15, 2012

HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100

***BY FIRST CLASS MAIL***

Chinese Drywall Depository
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

RE:     IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION; MDL NO. 2047

Dear Sir or Madam:

In accordance with Fed. R. Civ. P. 30(e), enclosed please find the signed and notarized certifications
and errata sheets for the following depositions in the above-referenced matter:

- Deposition of Tongchun Jia on January 9, 2012;
- Deposition of Tongchun Jia on January 10, 2012;
- Deposition of Tinghuan Fu on January 10, 2012;
- Deposition of Shiliang Peng on January 11, 2012;
- Deposition of Gang Che on January 11, 2012;
- Deposition of Gang Che on January 12, 2012;
- Deposition of Wenlong Peng on January 13, 2012.

Sincerely,

Courtney Colligan
Associate
Direct 212-918-3039

Enclosures

cc:     Kristie Martello (all by e-mail)
        Lenny Davis, Esq.
        Russ M. Herman, Esq.
        Arnold Levin, Esq.
        Fred Longer, Esq.
        Gerald E. Meunier, Esq.
        Dorothy Wimberly, Esq.

Case 2:09-md-02047-EEF-JCW  Document 13454-7  Filed 03/21/12  Page 3 of 15

March 15, 2012

Hilarie Bass, Esq.
Nick Panayotolpoulos, Esq.
Ken Hardt, Esq.
Jim Garner, Esq.
Ted Brenner, Esq.
J. Brian Slaughter, Esq.
David Black, Esq.
Carline Eiselen, Esq.
Chris Seeger, Esq.
Richard Serpe, Esq.
Patrick Montoya, Esq.
Jane Byrne, Esq.
Julia Beskin, Esq.
Mark Salky, Esq.
Tim Kolaya, Esq.
Matthew Clark, Esq.
Shubhra Mashelkar, Esq.
Scott George, Esq.
Bruce Steckler, Esq.
Anthony Irpino, Esq.
Jordan Chaikin, Esq.
Andrew Lemmon, Esq.
Bob Brown, Esq.
Tom Owen, Esq.

# 公 证 书

中华人民共和国山东省泰安市岱岳公证处

**Errata Sheet of Transcript of the Testimony of: Tongchun Jia**

贾同春证人证言勘误表

**January 9 2012**

2012年1月9日

| Page: Line(s)  页码：行数 | Change from  原文 | Change to  更正 | Reason  原因 |
|---|---|---|---|
| 510:11-12 | "stamped TG 0020686 through TG 0020789"  "盖章的 TG 0020686 至 TG 0020789" | "stamped TG 0020686 through TG 0020709"  "盖章的 TG 0020686 至 TG 0020709" | Bates number correction  贝茨编号校正 |
| 530:1 | "Director"  "董事" | "Chairman"  "董事长" | Translation correction  翻译校正 |
| 551:9 | "33"  "33" | "33.33"  "33.33" | Clarification  具体说明 |
| 553:4-5 | "many other company's executives"  "许多其他公司高管" | "many other of the company's executives"  "公司高管中的其他多人" | Translation correction  翻译校正 |
| 561:22-23 | "which stock was to be transferred by Xue Yuli Guobiao –"  " 薛玉利 、Guobiao 转让的股票 – " | "under which Taihe Dongxin's stocks were to be transferred from Xue Yuli, Gao Yubao, Zhu Jinghua, Zhang Jianchun and Mi Weimin to Taian Donglian Investment Trading Company Limited"  "泰和东新的股票由薛玉利、高玉宝、朱经华、张建春及米为民转让给泰安东联投资贸易有限公司" | Translation correction  翻译校正 |
| 578:4 | "bargain"  "bargain" | "bargaining"  "bargaining" | Translation correction  翻译校正 |
| 579:19 | "shareholders' brief"  "股东书面文件" | "shareholders' registered capital"  "股东注册资本" | Translation correction  翻译校正 |
| 592:13 | "TG 0020789"  "TG 0020789" | "TG 0020709"  "TG 0020709" | Bates number correction |

Hogan Lovells

| | | | 贝茨编号校正 |
|---|---|---|---|
| 592:18 | "TG 0020789"<br><br>"TG 0020789" | "TG 0020709"<br><br>"TG 0020709" | Bates number correction<br><br>贝茨编号校正 |
| 593:1 | "TG 0020789"<br><br>"TG 0020789" | "TG 0020709"<br><br>"TG 0020709" | Bates number correction<br><br>贝茨编号校正 |
| 596:15 | "different"<br><br>"不同的" | "important"<br><br>"重要的" | Clarification<br><br>具体说明 |
| 599:4 | "fund"<br><br>"资金" | "funds"<br><br>"资金（复数）" | Clarification<br><br>具体说明 |
| 604:23 | "Taihe Dongxin Company"<br><br>"泰和东新公司" | "Taihe Anxin Investment & Trading Company"<br><br>"泰和安信投资贸易公司" | Translation correction<br><br>翻译校正 |
| 607:22 | "reverse guarantee"<br><br>"反向担保" | "counter guarantee"<br><br>"反担保" | Translation correction<br><br>翻译校正 |
| 612:16-19 | "no"<br><br>"否" | "yes"<br><br>"是" | Clarification<br><br>具体说明 |
| 617:9-10 | "I have negative view of the drywall that are produced by BNBM"<br><br>"我不看好北新建材所生产的石膏板印象" | "I am very agitated by the fact that drywall is produced by BNBM"<br><br>"我对北新建材所生产石膏板一事感到十分反感" | Translation correction<br><br>翻译校正 |
| 625:17 | "temporary"<br><br>"临时" | "ad hoc"<br><br>"临时（特指针对会议）" | Clarification<br><br>具体说明 |
| 628:2 | "every three years"<br><br>"每三年一次" | "for three-year term"<br><br>"三年一届" | Translation correction<br><br>翻译校正 |
| 644:16-20 | "produced FDG synthetic gypsum"<br><br>"生产脱硫石膏板" | "produced drywall with FDG synthetic gypsum raw material"<br><br>"用脱硫石膏板原料生产石膏板" | Clarification<br><br>具体说明 |
| 645:9 | "use" | "issue" | Clarification |

- 3 -

| | "采用" | "出具" | 具体说明 |
|---|---|---|---|
| 645:10 | "value added invoice"<br><br>"增值发票" | "value added tax invoice"<br><br>"增值税发票" | Translation correction<br><br>翻译校正 |
| 645:12 | "value added invoice"<br><br>"增值发票" | "value added tax invoice"<br><br>"增值税发票" | Translation correction<br><br>翻译校正 |
| 645:19-20 | "value added invoice"<br><br>"增值发票" | "value added tax invoice"<br><br>"增值税发票" | Translation correction<br><br>翻译校正 |
| 649:7-8 | "asset evaluation"<br><br>"资产评估" | "asset valuation"<br><br>"资产估价" | Translation correction<br><br>翻译校正 |
| 653:12 | "director"<br><br>"董事" | "chairman"<br><br>"董事长" | Translation correction<br><br>翻译校正 |
| 664:8-14 | "we were in a hurry to establish TTP according to the requirement of business licensing department, therefore, the lease agreement was reached without detailed consideration and calculation of the pricing, therefore, we only had 80,000 on the agreement"<br><br>"我们急于依照业务许可部门的要求成立泰山纸面石膏板，因此租赁协议签署时并未达成具体对价及定价方式，因而我们在协议中只取得八万元。" | "we were in a rush to establish TTP. The Administration for Industry and Commerce required a manufacturing facility lease agreement when TTP was registered. Therefore, we did not think too much about the calculation of the pricing and reported the figure of 80,000 to the Administration for Industry and Commerce"<br><br>"我们成立泰山纸面石膏板比较匆忙。工商局要求泰山纸面石膏板注册时提交生产设施租赁协议。因此我们对租金并没有考虑太多，向工商局报的价格为八万元。" | Clarification<br><br>具体说明 |
| 680:7-9 | "I am the director of the board of director and the general manager of TG."<br><br>"我是泰山石膏的董事兼总经理。" | "I am the general manager and the chairman of the board of directors of TG"<br><br>"我是泰山石膏的总经理兼董事长" | Translation correction<br><br>翻译校正 |
| 701:9-10 | "international business department director or deputy director of TG" | "either deputy director or director of the international trade department of TG" | Translation correction |

- 4 -

| | "泰山石膏国际业务部部长或副部长" | "泰山石膏国际贸易部的副部长或部长" | 翻译校正 |
|---|---|---|---|
| 706:19 | "We"<br><br>"我们" | "I"<br><br>"我" | Clarification<br><br>具体说明 |
| 711:20 | "I don't know."<br><br>"我不知道。" | "I did not have that understanding."<br><br>"我当时并不这样认为。" | Clarification<br><br>具体说明 |
| 721:12 | "peak"<br><br>"山顶" | "peek"<br><br>"瞄" | Spelling error<br><br>拼写错误 |
| 727:4-5 | "I believe the lease is inaccurate."<br><br>"我认为租约不确切。" | I believe, at least, it is inaccurate."<br><br>"我认为这至少是不确切的。" | Spelling error<br><br>拼写错误 |
| 727:24-728:1-3 | "The company that export gypsum board to America is Taihe Dongxin Company, including TTP, not only Taihe Dongxin."<br><br>"向美国出口石膏板的公司是泰和东新公司，包括泰山纸面石膏板，并不仅仅是泰和东新。" | "By saying the company exported gypsum board to America, it is meant that Taihe Dongxin, including TTP, exported. It does not mean only Taihe Dongxin did."<br><br>"我所指的向美国出口石膏板的公司是泰和东新，包括泰山纸面石膏板都有出口，并非只有泰和东新有出口。" | Clarification<br><br>具体说明 |
| 743:10 | "share"<br><br>"分享" | "sell"<br><br>"出售" | Translation correction<br><br>翻译校正 |
| 745:7 | "in"<br><br>"在……里" | "and"<br><br>"和" | Clarification<br><br>具体说明 |
| 745:10 | "Shang Zianming"<br><br>"Shang Zianming" | Shang Jianming<br><br>"Shang Jianming" | Spelling error<br><br>拼写错误 |
| 745:11 | "Zhon Chanxing"<br><br>"Zhon Chanxing" | Zhou Changxing<br><br>"Zhou Changxing" | Spelling error<br><br>拼写错误 |
| 752:3 | "temporary"<br><br>"临时" | "ad hoc"<br><br>"临时（特指针对会议）" | Clarification<br><br>具体说明 |
| 753:15 | "Xiantgan" | "Xiangtan" | Spelling error |

- 5 -

|  | "Xiantgan" | "Xiangtan（湘潭）" | 拼写错误 |
|---|---|---|---|
| 765:17-18 | "And I had no share with BNBM"<br><br>"并且我在北新建材并无股份" | "And I have no shares of BNBM"<br><br>"并且我在北新建材并没有任何股份" | Clarification<br><br>具体说明 |
| 790:3 | "Yang Jaipo"<br><br>"Yang Jaipo" | "Yang Jiapo"<br><br>"Yang Jiapo（杨家坡）" | Spelling error<br><br>拼写错误 |
| 796:24 | "2006"<br><br>"2006" | "2002"<br><br>"2002" | Translation correction<br><br>翻译校正 |
| 797:6 | "even though"<br><br>"尽管" | "because"<br><br>"因为" | Clarification<br><br>具体说明 |
| 799:6 | "TTP"<br><br>"泰山纸面石膏板" | "TG"<br><br>"泰山石膏" | Translation correction<br><br>翻译校正 |
| 799:8 | "TG's customer to customers"<br><br>"泰山石膏的客户对客户" | "TG's customers"<br><br>"泰山石膏的客户" | Clarification<br><br>具体说明 |
| 805:19 | "you"<br><br>"你" | "he"<br><br>"他" | Translation correction<br><br>翻译校正 |
| 813:19-20 | "Che Gang was not aware whether TTP was authorized"<br><br>"车刚并不知道泰山纸面石膏板是否获得授权" | "Che Gang was not aware that TTP was not authorized"<br><br>"车刚并不知道泰山纸面石膏板并未获得授权" | Translation correction<br><br>翻译校正 |
| 814:21 | "It is accurate."<br><br>"正确。" | "I read it accurately."<br><br>"我没看错。" | Clarification<br><br>具体说明 |

**January 10 2012**

**2012 年 1 月 10 日**

| Page: Line | Change from | Change to | Reason |
|---|---|---|---|
| 页码：行数 | 原文 | 更正 | 原因 |

- 6 -

| | | | |
|---|---|---|---|
| 844:5-9 | "They personally agreed to work for TTP, as the board of directors hired them to work for TTP, and as a big shareholder, also agreed for them to work for TTP." <br><br>"由于董事会雇其为泰山纸面石膏板工作；他们个人同意为泰山纸面石膏板工作，作为大股东，也同意他们为泰山纸面石膏板工作。" | "They made a personal decision and agreed to work for TTP. The board of directors of TTP decided to recruit them. As a large shareholder, I also supported them to work for TTP." <br><br>"他们个人决定并同意为泰山纸面石膏板工作。泰山纸面石膏板董事会决定聘用他们。作为大股东，我也支持他们为泰山纸面石膏板工作。" | Clarification <br><br>具体说明 |
| 850:6 | "ASO" <br><br>"ASO" | "ISO" <br><br>"ISO" | Spelling error <br><br>拼写错误 |
| 855:20 | "inimaginable" <br><br>"inimaginable" | "unimaginable" <br><br>"unimaginable（难以想象的）" | Spelling error <br><br>拼写错误 |
| 856:18 | "inimaginable" <br><br>"inimaginable" | "unimaginable" <br><br>"unimaginable（难以想象的）" | Spelling error <br><br>拼写错误 |
| 862:15 | "drywall" <br><br>"石膏板" | "drywall [the English word]" <br><br>"石膏板[英语单词]" | Clarification <br><br>具体说明 |
| 868:21 | "there" <br><br>"那里" | "their" <br><br>"他们的" | Spelling error <br><br>拼写错误 |
| 869:9 | "he" <br><br>"he（他）" | "the" <br><br>"the（定冠词）" | Spelling error <br><br>拼写错误 |
| 874:8 | "no" <br><br>"没" | "no meeting" <br><br>"没有会议" | Clarification <br><br>具体说明 |
| 877:11 | "people are floating" <br><br>"人员变动" | "employee count fluctuates" <br><br>"员工人数经常变动" | Translation correction <br><br>翻译校正 |
| 888:14 | "processing" <br><br>"processing" | "process in" <br><br>"process in" | Spelling error <br><br>拼写错误 |
| 889:18 | "260,000" <br><br>"260,000" | "2,600,000" <br><br>"2,600,000" | Translation correction <br><br>翻译校正 |

| 893:14-17 | "The problem I just said was not a problem as of a problem in quality of our gypsum board but a problem of our company, the trouble."<br><br>"我刚才所说的问题并非石膏板质量问题，而是公司所存在的问题、麻烦。" | "The problem I just said was not a problem as in a problem with quality of our gypsum board, but a trouble for our company."<br><br>"我刚才所说的问题并非石膏板质量问题，面是我们公司的麻烦。" | Clarification<br><br>具体说明 |
|---|---|---|---|
| 909:2 | "we sampled our products, and I was told it was for analysis and testing"<br><br>"我们对产品采用，有人告诉我这是用来分析和测试的" | "we took samples from our products for them to conduct testing and analysis"<br><br>"我们从我们产品中采样供其测试、分析" | Translation correction<br><br>翻译校正 |
| 927:19 | "the office"<br><br>"办公室" | "the administrative office"<br><br>"行政办公室" | Clarification<br><br>具体说明 |

Confidential - Subject to Further Confidentiality Review

Page 824

```
 1        ------
          E R R A T A
 2        ------
 3   PAGE LINE CHANGE
 4   _____
 5     REASON: _____
 6   _____
 7     REASON: _____
 8   _____
 9     REASON: _____
10   _____
11     REASON: _____
12   _____
13     REASON: _____
14   _____
15     REASON: _____
16   _____
17     REASON: _____
18   _____
19     REASON: _____
20   _____
21     REASON: _____
22   _____
23     REASON: _____
24   _____
```

Page 826

```
 1              LAWYER'S NOTES
 2   PAGE LINE
 3   ___ ___ _____
 4   ___ ___ _____
 5   ___ ___ _____
 6   ___ ___ _____
 7   ___ ___ _____
 8   ___ ___ _____
 9   ___ ___ _____
10   ___ ___ _____
11   ___ ___ _____
12   ___ ___ _____
13   ___ ___ _____
14   ___ ___ _____
15   ___ ___ _____
16   ___ ___ _____
17   ___ ___ _____
18   ___ ___ _____
19   ___ ___ _____
20   ___ ___ _____
21   ___ ___ _____
22   ___ ___ _____
23   ___ ___ _____
24   ___ ___ _____
```

Page 825

```
 1
 2        ACKNOWLEDGMENT OF DEPONENT
 3   I, _____, do
 4   hereby certify that I have read the
     foregoing pages, 495-826, and that the
 5   same is a correct transcription of the
     answers given by me to the questions
 6   therein propounded, except for the
     corrections or changes in form or
 7   substance, if any, noted in the attached
     Errata Sheet.
 8   2012. 3.13
 9   TONGCHUN JIA       DATE
10
11
12
13
14
15
16   Subscribed and sworn
     to before me this
17   ____ day of _____, 20____
18   My commission expires:_____
19
20   Notary Public
21
22
23
24
```

Golkow Technologies, Inc. - 1.877.370.DEPS

证人宣誓书

我贾同春特此证实，我已经阅读过上述第 495 页至第 826 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该第 495 页至第 826 页是我被问及各个问题的答复的正确笔录记载。

_____                    _2012. 3.13_

贾同春                                          日期

兹于　　　　　年　　　　月　　　　日

在本人前宣誓后成作本宣誓书

本人公证资格有效截止日期为　　　　　年　　　　月　　　　日

（公证人签名）

# 公　证　书

（2012）泰岱岳证外字第 198 号

　　申请人：贾同春，男，一九六〇年二月八日出生，公民
身份号码：370902196002081514。

　　公证事项：签名

　　兹证明贾同春于二〇一二年三月十三日在泰山石膏股
份有限公司办公室，在本公证员的面前，在前面的《证人宣
誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二〇一二年三月十三日

# NOTARIAL    CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.198

Applicant: Jia Tongchun, male, born on February 8, 1960, citizen ID No.:370902196002081514.

Issue under notarization: Signature.

This is to certify that Jia Tongchun on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

（2012）泰岱岳证外字第 199 号

　　申请人：贾同春，男，一九六〇年二月八日出生，公民身份号码：370902196002081514。

　　公证事项：译本与原本相符

　　兹证明前面的（2012）泰岱岳证外字第 198 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.199

Applicant: Jia Tongchun, male, born on February 8, 1960, citizen ID No.:370902196002081514.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.198 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公 证 书

中华人民共和国山东省泰安市岱岳公证处

**Errata Sheet of Transcript of the Testimony of: Tongchun Jia**

贾同春证人证言勘误表

**January 10 2012**

2012 年 1 月 10 日

| Page: Line 页码：行数 | Change from 原文 | Change to 更正 | Reason 原因 |
|---|---|---|---|
| 844:5-9 | "They personally agreed to work for TTP, as the board of directors hired them to work for TTP, and as a big shareholder, also agreed for them to work for TTP." <br><br> "由于董事会雇其为泰山纸面石膏板工作，他们个人同意为泰山纸面石膏板工作，作为大股东，也同意他们为泰山纸面石膏板工作。" | "They made a personal decision and agreed to work for TTP.  The board of directors of TTP decided to recruit them.   As a large shareholder, I also supported them to work for TTP." <br><br> "他们个人决定并同意为泰山纸面石膏板工作。泰山纸面石膏板董事会决定聘用他们。作为大股东，我也支持他们为泰山纸面石膏板工作。" | Clarification 具体说明 |
| 850:6 | "ASO" <br><br> "ASO" | "ISO" <br><br> "ISO" | Spelling error 拼写错误 |
| 855:20 | "inimaginable" <br><br> "inimaginable" | "unimaginable" <br><br> "unimaginable（难以想象的）" | Spelling error 拼写错误 |
| 856:18 | "inimaginable" <br><br> "inimaginable" | "unimaginable" <br><br> "unimaginable（难以想象的）" | Spelling error 拼写错误 |
| 862:15 | "drywall" <br><br> "石膏板" | "drywall [the English word]" <br><br> "石膏板[英语单词]" | Clarification 具体说明 |

| 868:21 | "there" | "their" | Spelling error |
| | "那里" | "他们的" | 拼写错误 |
| 869:9 | "he" | "the" | Spelling error |
| | "he（他）" | "the（定冠词）" | 拼写错误 |
| 874:8 | "no" | "no meeting" | Clarification |
| | "没" | "没有会议" | 具体说明 |
| 877:11 | "people are floating" | "employee count fluctuates" | Translation correction |
| | "人员变动" | "员工人数经常变动" | 翻译校正 |
| 888:14 | "processing" | "process in" | Spelling error |
| | "processing" | "process in" | 拼写错误 |
| 889:18 | "260,000" | "2,600,000" | Translation correction |
| | "260,000" | "2,600,000" | 翻译校正 |
| 893:14-17 | "The problem I just said was not a problem as of a problem in quality of our gypsum board but a problem of our company, the trouble." | "The problem I just said was not a problem as in a problem with quality of our gypsum board, but a trouble for our company." | Clarification |
| | "我刚才所说的问题并非石膏板质量问题，而是公司所存在的问题、麻烦。" | "我刚才所说的问题并非石膏板质量问题，而是我们公司的麻烦。" | 具体说明 |
| 909:2 | "we sampled our products, and I was told it was for analysis and testing" | "we took samples from our products for them to conduct testing and analysis" | Translation correction |
| | "我们对产品采用，有人告诉我这是用来分析和测试的" | "我们从我们产品中采样供其测试、分析" | 翻译校正 |

| 927:19 | "the office" | "the administrative office" | Clarification |
|---|---|---|---|
| | "办公室" | "行政办公室" | 具体说明 |

Confidential - Subject to Further Confidentiality Review

Page 940

CERTIFICATE

I, LINDA L. GOLKOW, a
Registered Diplomate Reporter, Certified
Court Reporter and Notary Public, do
hereby certify that, pursuant to notice,
the deposition of TONGCHUN JIA was duly
taken on January 10, 2012 at 8:57 a.m.
before me.

The said TONGCHUN JIA was
duly sworn by the Court according to law
to tell the truth, the whole truth and
nothing but the truth and thereupon did
testify as set forth in the above
transcript of testimony. The testimony
was taken down stenographically by me.

I do further certify that
the above deposition is full, complete
and a true record of all the testimony
given by the said witness.

Linda L. Golkow
Registered Diplomate Reporter
Certified Realtime Reporter

(The foregoing certification
of this transcript does not apply to any
reproduction of the same by any means,
unless under the direct control and/or
supervision of the certifying reporter.)

Page 941

INSTRUCTIONS TO WITNESS

Please read your deposition
over carefully and make any necessary
corrections. You should state the reason
in the appropriate space on the errata
sheet for any corrections that are made.

After doing so, please sign
the errata sheet and date it. It will be
attached to your deposition.

It is imperative that you
return the original errata sheet to the
deposing attorney within thirty (30) days
of receipt of the deposition transcript
by you. If you fail to do so, the
deposition transcript may be deemed to be
accurate and may be used in court.

Page 942

E R R A T A

PAGE LINE CHANGE _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

REASON: _____

Page 943

ACKNOWLEDGMENT OF DEPONENT

I, _____, do
hereby certify that I have read the
foregoing pages, 827-944 through 494 and
that the same is a correct transcription
of the answers given by me to the
questions therein propounded, except for
the corrections or changes in form or
substance, if any, noted in the attached
Errata Sheet.

_____  2017.3.15
TONGCHUN JIA          DATE

Subscribed and sworn
to before me this
_____ day of _____, 20____.
My commission expires:_____

_____
Notary Public

30 (Pages 940 to 943)

证人宣誓书

我谨同在此特此证实，我已经阅读过上述第 494 页，第 827 至第 944 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该第 494 页，第 827 至第 944 页是我被问及各个问题的答复的正确笔录记载。

_____          _____
刘同春                              日期
                                   2012.3.15

证人                              日期

签于          年          月          日

在本人前宣誓后作本宣誓书

本人公证资格有效截止日期为          年          月          日

（公证人签名）

# 公 证 书

（2012）泰岱岳证外字第 208 号

申请人：贾同春，男，一九六〇年二月八日出生，公民身份号码：370902196002081514。

公证事项：签名

兹证明贾同春于二〇一二年三月十三日在泰山石膏股份有限公司办公室，在本公证员的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员　张卫岛

二〇一二年三月十三日

# NOTARIAL    CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.208

Applicant: Jia Tongchun, male, born on February 8, 1960, citizen ID No.:370902196002081514.

Issue under notarization: Signature.

This is to certify that Jia Tongchun on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

（2012）泰岱岳证外字第 209 号

申请人：贾同春，男，一九六〇年二月八日出生，公民身份号码：370902196002081514。

公证事项：译本与原本相符

兹证明前面的（2012）泰岱岳证外字第 208 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.209

Applicant: Jia Tongchun, male, born on February 8, 1960, citizen ID No.:370902196002081514.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.208 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

中华人民共和国山东省泰安市岱岳公证处

## Errata Sheet of Transcript of the Testimony of: Tinghuan Fu

付廷环证人证言勘误表

**January 10 2012**

**2012 年 1 月 10 日**

| Page: Line(s)<br>页码：行数 | Change from<br>原文 | Change to<br>更正 | Reason<br>原因 |
|---|---|---|---|
| 30:3 | "2007"<br>"2007" | "2008"<br>"2008" | Translation correction<br>翻译校正 |
| 34:9-15 | "I was the general -- I was the deputy general manager and the director of the sales company. There's supposed to be a separate director for the sales company, but there was none of that. So, I also became the manager of the sales company."<br>"我是销售公司的总——我是销售公司的副总经理兼董事。销售公司本应该有一名独立的董事，但实际并没有，我也是销售公司的经理。" | "I also worked as a manager at the sales company. There's supposed to be a separate manager who is responsible for the sales, but nobody else signed an agreement for this position. Thus, I took both positions."<br>"我兼职销售公司经理。按道理说，副总下边应该有一个销售公司经理，但经理没签成。这两个职务我都兼。" | Translation correction<br>翻译校正 |
| 70:1 | "advertisement"<br>"广告" | "reports"<br>"报告" | Translation correction<br>翻译校正 |
| 81:1 | "This is not necessarily be the fact."<br>"这不一定是事实。" | "This is not necessarily the fact."<br>"这不一定是事实。" | Clarification<br>具体说明 |
| 82:6 | "Chinese"<br>"中文" | "English"<br>"英语" | Translation correction<br>翻译校正 |
| 83:21 | "The office"<br>"办公室" | "The administrative office"<br>"行政办公室" | Clarification<br>具体说明 |
| 92:14 | "manufacturer"<br>"生产商" | "Manufacturing Department"<br>"生产部" | Clarification<br>具体说明 |

| 112:11-13 | "After adding of the dryer, it is not necessary that the speed was added." <br><br> "加上烘干机后并不一定加快速度" | "It's not that way. Adding dryers does not necessarily mean speed will increase." <br><br> "不是这样的，加上烘干机后不一定意味着速度的加快。" | Clarification <br><br> 具体说明 |
|---|---|---|---|
| 115:10 | "TG" <br><br> "泰山石膏" | "[but from] TG" <br><br> "【但从】泰山石膏" | Clarification <br><br> 具体说明 |
| 116:18 | "volunteer" <br><br> "志愿" | "make a personal decision" <br><br> "自愿" | Translation correction <br><br> 翻译校正 |
| 116:19 | "volunteer" <br><br> "志愿" | "make a personal decision" <br><br> "自愿" | Translation correction <br><br> 翻译校正 |
| 118:6 | "the office" <br><br> "办公室" | "the administrative office" <br><br> "行政办公室" | Clarification <br><br> 具体说明 |

SHALIB01/JIJIENI/1073088.1

Confidential - Subject to Further Confidentiality Review

1
2        ACKNOWLEDGMENT OF DEPONENT
3
         I, _____, do
4    hereby certify that I have read the
     foregoing pages, 1-126, and that the same
5    is a correct transcription of the answers
     given by me to the questions therein
6    propounded, except for the corrections or
     changes in form or substance, if any,
7    noted in the attached Errata Sheet.
8
     _____    2012. 3. 13
9    TINGHUAN FU           DATE
10
11
12
13
14
15
     Subscribed and sworn
16   to before me this
     _____ day of _____, 20____.
17
     My commission expires:_____
18
19   _____
     Notary Public
20
21
22
23
24

证人宣誓书

我付廷环特此证实，我已经阅读过上述第 1 页至第 126 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该第 1 页至第 126 页是我被问及各个问题的答复的正确笔录记载。

付廷环                日期

签于     年     月     日

在本人前宣誓后成作本宣誓书

本人公证资格有效截止日期为     年     月     日

（公证人签名）

# 公　证　书

（2012）泰岱岳证外字第 204 号

申请人：付廷环，男，一九六八年四月十二日出生，公民身份号码：370206196804121677。

公证事项：签名

兹证明付廷环于二〇一二年三月十三日在泰山石膏股份有限公司办公室，在本公证员的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

# NOTARIAL    CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.204

Applicant: Fu Tinghuan, male, born on April 12, 1968, citizen ID No.:370206196804121677.

Issue under notarization: Signature.

This is to certify that Fu Tinghuan on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

（2012）泰岱岳证外字第205号

申请人：付廷环，男，一九六八年四月十二日出生，公民身份号码：370206196804121677。

公证事项：译本与原本相符

兹证明前面的（2012）泰岱岳证外字第204号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.205

Applicant: Fu Tinghuan, male, born on April 12, 1968, citizen ID No.:370206196804121677.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.204 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

中华人民共和国山东省泰安市岱岳公证处

## Errata Sheet of Transcript of the Testimony of: Shiliang Peng

### 彭世亮证人证言勘误表

### January 11 2012

### 2012 年 1 月 11 日

| Page: Line(s)<br><br>页码：行数 | Change from<br><br>原文 | Change to<br><br>更正 | Reason<br><br>原因 |
|---|---|---|---|
| 34:1-2 | "the board of directors meeting in TTP was held irregularly"<br><br>"泰山纸面石膏板董事会不定期召开" | "the board of directors meeting in TTP was not always held at a designated time"<br><br>"泰山纸面石膏板董事会不总是在一个指定的时间召开" | Clarification<br><br>具体说明 |
| 35:3-6 | "I requested the balancing between the production and sales lower the product payments risk to provide good service for the customers."<br><br>"本人要求生产销售达到平衡，降低产品付款风险，以便为客户提供优质服务。" | "In terms of sales, I requested keeping a balance between production and sales, lower the payment risks, and provide good service for the customers."<br><br>"在销售方面，本人的要求是产销平衡、降低支付风险并为客户提供优质服务。" | Clarification<br><br>具体说明 |
| 49:14 | "the trading companies sold to us out of China"<br><br>"向我方在中国以外出售产品的贸易公司" | "the trading companies sold out of China"<br><br>"贸易公司向中国以外销售" | Translation correction<br><br>翻译校正 |
| 70:14-17 | "They would summarize on the experiences in TG. But as for TG's special circumstances, they should base their principles on TG's circumstances."<br><br>"他们将总结在泰山石膏的经验。但是就泰山石膏的特殊情况而言，他们将以泰山石膏的情况作为原则的依据。" | "They summarized rules based on their working experiences in TG. However, they also need to consider TTP's actual circumstances and to work based on TTP's sales rules."<br><br>"他们根据自己在泰山石膏的经验总结出了规律。但是，他们还须考虑泰山纸面石膏板的实际情况，且根据泰山纸面石膏板的销售规定开展工作。" | Translation correction<br><br>翻译校正 |
| 71:17-7 | "Through the two years operation of TTP, the customers who requested value added invoices were not that much -- not that many. However, TTP | "TTP was established so that it could issue value added tax invoices to clients who needed them. It had two drywall production lines capable of producing 2 times | Clarification |

- 2 -

| 71:17-7 | "Through the two years operation of TTP, the customers who requested value added invoices were not that much – not that many.  However, TTP had two paper-faced gypsum production lines of 2 by 20 million.<br><br>"通过泰山纸面石膏板的两年运营，要求开增值税发票的客户不多——没那么多。不过，泰山纸面石膏板有两条产量为两千万的双面纸石膏板生产线。<br><br>According to the regulation of our country, for those enterprises that had reached the production volume of 20 million paper-faced gypsum board would be able to enjoy half of the value added tax benefit. So TTP's board of directors and its shareholder had decided to stop the operation of TTP.  That's the reason behind TTP's stop of operating."<br><br>依照我国的法律规定，凡是产量达到两千万纸面石膏板的企业可享受增值税减半优惠。因此，泰山纸面石膏板的董事会及其股东决定停止泰山纸面石膏板的运营。这就是泰山纸面石膏板停止运营的背后原因。" | "TTP was established so that it could issue value added tax invoices to clients who needed them.  It had two drywall production lines capable of producing 2 times 20 million square meters. However, through its two years of operation, we realized that there were not that many customers who actually requested value added invoices.<br><br>"设立泰山纸面石膏板的目的是为了能够向需要增值税发票的客户开具增值税发票。泰山纸面石膏板有两个产量为两千万平方米的石膏板生产线。然而，通过两年的运营，我们意识到并没有多少客户真的需要开增值税发票。<br><br>Our country later issued a new regulation that provided that enterprises with a production capacity of 20 million square meters of drywall were able to enjoy a tax benefit of 50% off value added tax.  Even with that benefit, however, TTP's production line capacity was double that target, and far more than the demand by customers for drywall with value added tax invoices, such that TTP had to pay 50% value added tax even in many transactions where customers did not need the VAT invoices.<br><br>我国后来颁布了一项新规定，规定石膏板产量超过两千万平方米的企业可以享受增值税减半优惠。但是，即使有这一优惠，泰山纸面石膏板生产线产量是该目标的两倍，远远超过了要求开具增值税发票客户的需求量，以至于泰山纸面石膏板不得不在客户不需要增值税发票的许多交易中支付50%的增值税。 | Clarification |

- 3 -

| | | | | |
|---|---|---|---|---|
| | | TTP's board of directors and its shareholder decided the expense of paying unnecessary value added tax was not financially sensible, and decided to cease the operation of TTP. That's the reason why TTP stopped operating."<br><br>泰山纸面石膏板的董事会和股东决定，支付没有必要的增值税从财务角度并不明智，故决定停止泰山纸面石膏板的运营。这就是泰山纸面石膏板停止运营的原因。" | | |
| 75:3 | "legal person"<br><br>"法人" | "legal representative"<br><br>"法人代表" | Translation correction<br><br>翻译校正 | |
| 75:7 | "employee of Taishan Gypsum"<br><br>"泰山石膏员工" | "employee of a subsidiary of Taishan Gypsum"<br><br>"泰山石膏某子公司员工" | Clarification<br><br>具体说明 | |
| 75:14 | "Liaocheng"<br><br>"聊城" | "Lucheng"<br><br>"潞城" | Spelling<br><br>拼写错误 | |
| 79:4 | "legal person"<br><br>"法人" | "legal representative"<br><br>"法人代表" | Translation correction<br><br>翻译校正 | |
| 102:23 | "Yes that's the company."<br><br>"是的，是公司。" | "Yes, it was TTP."<br><br>"是的，是泰山纸面石膏板。" | Clarification<br><br>具体说明 | |
| 106:9-107:10 | "Even though the claim was about the nail puncturing power, however, in each of the stages, transportation, storage, loading and usage, if there was improper handling, there would also be quality problem arise from it.<br><br>"虽然索赔和钉子穿透力有关，但是在各个环节中，运输、存储、装货及使用，如果处理不当，也 | "Even though the claim was about the ability of the drywall to hold nails, in each of the stages of transportation, storage, loading, and usage, if there was improper handling, this could cause quality problems as well. The opposing party suggested we undertake an on-site investigation of the product, but given the great distance, this would have been costly and difficult to arrange.<br><br>"即使索赔和石膏板抓钉力 | Clarification<br><br>具体说明 | |

会产生质量问题。

The opposing party also suggested us to undertake an investigation on their using sites of the products, but because of the distance, which is rather great, and it's required great cost and personnel arrangements.

对方还建议我们对其使用产品的场所进行调查，但由于距离实在遥远，而且则需要大量的成本和人事安排。

And also based on the friendly cooperation relationship between TTP and Taigao Trading Company, and also in consideration of our capability of bearing such cost, it has to be within the limits of what we can bear. Even though we were sure that we had no such quality problems, however, based on the above points that I just mentioned, because TTP had already stopped its operation, we did not have sufficient energy nor financial capability to carry on, so that we reached such a settlement agreement."

另外，基于泰山纸面石膏板和泰高贸易公司之间的友好合作关系，也考虑到我们承受这些费用的能力，这应该在我们的承受范围之内。虽然我们肯定没有那些质量问题，但是，鉴于我提到的以上几点原因，因为泰山纸面石膏板早已停止运营，我们没有足够精力也没有财力

有关，但在运输、存储、装货及使用阶段如果处理不当，也会造成质量问题。对方建议我们对产品进行现场调查，但是考虑到路途遥远，这将花费大量金钱而且很难安排。

We considered the friendly and cooperative relationship between TTP and Taigao Trading Company and whether we could bear the cost. Even though we were certain our product had no quality problems, considering those points plus the fact that TTP had ceased operation such that we had neither the energy nor resources to carry on a fight, we reached a settlement."

我们考虑了泰山纸面石膏板和泰高贸易公司之间的友好合作关系以及能否承担费用。即使我们肯定自己的产品没有质量问题，但考虑到这些问题，加上泰山纸面石膏板已经停止运营，因此我们没有精力也没有资源拍架，我们达成了和解。"

- 5 -

| | | | | |
|---|---|---|---|---|
| | 维续，因此我们达成了这一和解协议。" | | | |
| 108:20-109:1 | "Q.  But it was a benefit to TTP to resolve all claims under both US and China law through this agreement, true?<br><br>"问：但通过这一协议解决在美国和中国法律项下的所有索赔，对泰山纸面石膏板是有利的，对吧？<br><br>A.  To be able to resolve the disputes of both parties, it is the purpose of our both parties."<br><br>答：能够解决双方的争议，这是我们双方的目的。" | "Q.  But it was a benefit to TTP to resolve all claims under both US and China law through this agreement, true?<br><br>"问：但通过这一协议解决在美国和中国法律项下的所有索赔，对泰山纸面石膏板是有利的，对吧？<br><br>A.  It was Guardian's attorney who prepared the draft of the Settlement and Release Agreement.  We did not pay particular attention to the specific language 'whether such claim arose in the US or in the PRC.'  Our only concern was to try and resolve the disputes of both parties as quickly as possible.  That was the purpose of both parties."<br><br>答：和解及放款协议是由Guardian 的律师起草的。我们并未特别注意 "无论该索赔是在美国还是中国引起的" 这一具体说法。我们只想尽力尽快解决双方的争议，这是双方的目的。" | Clarification<br><br>具体说明 |
| 126:2 | "transactioned"<br><br>"transactioned"（交易，错误拼写） | "transacted"<br><br>"transacted"（交易） | Spelling error<br><br>拼写错误 |

Confidential - Subject to Further Confidentiality Review

1

2          ACKNOWLEDGMENT OF DEPONENT

3          I, _____ , do

4     hereby certify that I have read the
      foregoing pages, 1-132, and that the same

5     is a correct transcription of the answers
      given by me to the questions therein

6     propounded, except for the corrections or
      changes in form or substance, if any,

7     noted in the attached Errata Sheet.

8

          _____        2012. 2. 12
9     SHILIANG PENG                           DATE

10

11

12

13

14

15

      Subscribed and sworn
16    to before me this
      _____ day of _____, 20_____.
17

      My commission expires:_____
18

19    _____

      Notary Public

20

21

22

23

24

证人宣誓书

我彭世亮特此证实，我已经阅读过上述第 1 页至第 132 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该第 1 页至第 132 页是我被问及各个问题的答复的正确笔录记载。

彭世亮                                        日期

兹于            年        月        日

在本人前宣誓后成作本宣誓书

本人公证资格有效截止日期为            年        月        日

（公证人签名）

# 公　证　书

（2012）泰岱岳证外字第 206 号

　　申请人：彭世亮，男，一九七一年二月三日出生，公民身份号码：220621197102030735。

　　公证事项：签名

　　兹证明彭世亮于二O一二年三月十三日在泰山石膏股份有限公司办公室，在本公证员的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二O一二年三月十三日

XM37106372

# NOTARIAL    CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.206

Applicant: Peng Shiliang, male, born on February 3, 1971, citizen ID No.:220621197102030735.

Issue under notarization: Signature.

This is to certify that Peng Shiliang on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

（2012）泰岱岳证外字第 207 号

　　申请人：彭世亮，男，一九七一年二月三日出生，公民身份号码：220621197102030735。

　　公证事项：译本与原本相符

　　兹证明前面的（2012）泰岱岳证外字第 206 号《公证书》的英文译本内容与该公证书中文原本相符。

　　　　　　中华人民共和国山东省泰安市岱岳公证处

　　　　公证员 

　　　　　　二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.207


Applicant: Peng Shiliang, male, born on February 3, 1971, citizen ID No.:220621197102030735.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.206 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.


Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

**Errata Sheet of Transcript of the Testimony of: Gang Che**

车刚证人证言勘误表

**January 11 2012**

2012 年 1 月 11 日

| Page: Line<br>页码: 行数 | Change from<br>原文 | Change to<br>更正 | Reason<br>原因 |
|---|---|---|---|
| 21:20 | "I volunteered"<br>"我志愿" | "I made a personal decision"<br>"我自愿" | Translation correction<br>翻译校正 |
| 22:3 | "I volunteered"<br>"我志愿" | "I made a personal decision"<br>"我自愿" | Translation correction<br>翻译校正 |
| 28:11-12 | "I also volunteered"<br>"我也志愿" | "I made a personal decision"<br>"我自愿" | Translation correction<br>翻译校正 |
| 28:17 | "I volunteered"<br>"我志愿" | "I made a personal decision"<br>"我自愿" | Translation correction<br>翻译校正 |
| 48:12 | "to"<br>"to" | "with"<br>"with" | Clarification<br>具体说明 |
| 82:5-6 | "Do not keep on falling up on the frame."<br>"不要总是拘泥于框架。" | "Do not keep on asking about the form."<br>"不要总是询问格式。" | Clarification<br>具体说明 |
| 86:4-5 | "to be the representative of a foreign company in China"<br>"是在中国一家外国公司的代表" | "to be the representative in China of a foreign company"<br>"是一家外国公司在中国的代表" | Clarification<br>具体说明 |
| 113:12 | "frame"<br>"框架" | "form"<br>"格式" | Translation correction<br>翻译校正 |

Confidential - Subject to Further Confidentiality Review

1

2                    ACKNOWLEDGMENT OF DEPONENT

3
              I, _____, do

4   hereby certify that I have read the

    foregoing pages, 1-124, and that the same

5   is a correct transcription of the answers

    given by me to the questions therein

6   propounded, except for the corrections or

    changes in form or substance, if any,

7   noted in the attached Errata Sheet.

8
    _____        2012. 3. 13
                                _____

9   GANG CHE                    DATE

10

11

12

13

14

15

    Subscribed and sworn

16  to before me this

    _____ day of _____, 20____.

17

    My commission expires:_____

18

19  _____

    Notary Public

20

21

22

23

24

证人宣誓书

我车刚特此证实，我已经阅读过上述第 1 至第 124 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该第 1 至第 124 页是我被问及各个问题的答复的正确笔录记载。

_____                 2012.3.13                 _____
车刚                                             日期


兹于          年          月          日

在本人前宣誓后成作本宣誓书

本人公证资格有效截止日期为                    年          月          日



（公证人签名）

# 公 证 书

（2012）泰岱岳证外字第 200 号

申请人：车刚，男，一九七六年五月二日出生，公民身份号码：370902197605020950。

公证事项：签名

兹证明车刚于二〇一二年三月十三日在泰山石膏股份有限公司办公室，在本公证员的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员

二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.200

Applicant: Che Gang, male, born on May 2, 1976, citizen ID No.:370902197605020950.

Issue under notarization: Signature.

This is to certify that Che Gang on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公 证 书

（2012）泰岱岳证外字第 201 号

　　申请人：车刚，男，一九七六年五月二日出生，公民身
份号码：370902197605020950。

　　公证事项：译本与原本相符

　　兹证明前面的（2012）泰岱岳证外字第 200 号《公证书》
的英文译本内容与该公证书中文原本相符。

　　　　　　　中华人民共和国山东省泰安市岱岳公证处

　　　　　　公证员　

　　　　　　　　　　二〇一二年三月十三日

XW27106322

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.201

Applicant: Che Gang, male, born on May 2, 1976, citizen ID No.:370902197605020950.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.200 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公 证 书

中华人民共和国山东省泰安市岱岳公证处

## Errata Sheet of Transcript of the Testimony of: Gang Che

车刚证人证言勘误表

### January 12 2012

2012 年 1 月 12 日

| Page: Line(s) 页码: 行数 | Change from 原文 | Change to 更正 | Reason 原因 |
|---|---|---|---|
| 146:12 | "I didn't pay attention" "我没注意" | "I didn't notice that" "我没注意到那件事" | Translation correction 翻译校正 |
| 190:12 | Jorge" "Jorge" | "Jorge [the American pronunciation: George]" "Jorge【美式发音为 George】" | Clarification 具体说明 |
| 190:14 | Jorge" "Jorge" | "Jorge [the Spanish pronunciation]" "Jorge【西班牙发音方式】" | Clarification 具体说明 |
| 227:5 | "replacement" "替代" | "place" "座位" | Translation correction 翻译校正 |
| 249:17 | "customed" "定制" | "customary" "习惯的" | Clarification 具体说明 |
| 250:18 | "our intercompany" "我们公司间" | "Oriental company" "Oriental 公司" | Spelling correction 拼写校正 |
| 270:9 | "he" "他" | "she" "她" | Clarification 具体说明 |
| 272:18 | "you can't really prove it" "你无法证明" | "these documents alone do not tell anything" "这些文件本身并不能说明什么" | Translation correction 翻译校正 |

- 2 -

| 289:7 | "reverse payment"<br>"反向支付" | "prepayment"<br>"偿还" | Translation correction<br>翻译校正 |
|---|---|---|---|
| 312:3 | "formality"<br>"手续" | "a set form"<br>"固定格式" | Translation correction<br>翻译校正 |
| 312:4 | "formality"<br>"手续" | "a set form"<br>"固定格式" | Translation correction<br>翻译校正 |
| 323:9 | "inland"<br>"内地" | "mainland"<br>"大陆" | Clarification<br>具体说明 |
| 323:10 | "formality way"<br>"手续" | "a set form"<br>"固定格式" | Translation correction<br>翻译校正 |
| 330:4-5 | "document of formality"<br>"格式文件" | "a set document form"<br>"一份格式文件表格" | Translation correction<br>翻译校正 |
| 403:21 | "formality"<br>"手续" | "a set form"<br>"固定格式" | Translation correction<br>翻译校正 |
| 404:11 | "formality"<br>"手续" | "a set form"<br>"固定格式" | Translation correction<br>翻译校正 |

Confidential - Subject to Further Confidentiality Review

```
 1
 2                    ACKNOWLEDGMENT OF DEPONENT
 3
                        I, _____, do
 4      hereby certify that I have read the
        foregoing pages, 125-410, and that the
 5      same is a correct transcription of the
        answers given by me to the questions
 6      therein propounded, except for the
        corrections or changes in form or
 7      substance, if any, noted in the attached
        Errata Sheet.
 8
 9      _____    2012.3.13
        GANG CHE                          DATE
10
11
12
13
14
15
16      Subscribed and sworn
        to before me this
17      _____ day of _____, 20_____.
18      My commission expires:_____
19
        _____
20      Notary Public
21
22
23
24
```

证人宣誓书

我在此特此证实，我已经阅读过上述第 125 至第 410 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该第 125 至第 410 页是我被问及各个问题的答复的正确笔录记载。

_(signature)_      2012.3.13

车刚                 日期


兹于      年       月       日

在本人前宣誓后成作本宣誓书

本人公证资格有效截止日期为       年       月       日


（公证人签名）

# 公　证　书

（2012）泰岱岳证外字第 210 号

申请人：车刚，男，一九七六年五月二日出生，公民身份号码：370902197605020950。

公证事项：签名

兹证明车刚于二〇一二年三月十三日在泰山石膏股份有限公司办公室，在本公证员的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

# NOTARIAL    CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.210

Applicant: Che Gang, male, born on May 2, 1976, citizen ID No.:370902197605020950.

Issue under notarization: Signature.

This is to certify that Che Gang on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

（2012）泰岱岳证外字第 211 号

申请人：车刚，男，一九七六年五月二日出生，公民身份号码：370902197605020950。

公证事项：译本与原本相符

兹证明前面的（2012）泰岱岳证外字第 210 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.211

Applicant: Che Gang, male, born on May 2, 1976, citizen ID No.:370902197605020950.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.210 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公 证 书

中华人民共和国山东省泰安市岱岳公证处

**Errata Sheet of Transcript of the Testimony of: Wenlong Peng**

彭文龙证人证言勘误表

**January 13 2012**

2012 年 1 月 13 日

| Page: Line(s)<br>页码；行数 | Change from<br>原文 | Change to<br>更正 | Reason<br>原因 |
|---|---|---|---|
| 485:2 | "superior company"<br>"上级公司" | "upstream company"<br>"上游公司" | Translation correction<br>翻译校正 |
| 490:13 | "impression"<br>"感觉" | "recollection"<br>"回忆" | Clarification<br>具体说明 |
| 490:15 | "impression"<br>"感觉" | "recollection"<br>"印象" | Clarification<br>具体说明 |
| 494:22 | "email"<br>"电子邮件" | "website"<br>"网站" | Clarification<br>具体说明 |
| 494:23 | "email"<br>"电子邮件" | "website"<br>"网站" | Clarification<br>具体说明 |
| 499:24 | "set formality"<br>"设定的手续" | "set form"<br>"设定的形式" | Clarification<br>具体说明 |
| 513:18 | "email address"<br>"电子邮件地址" | "email"<br>"电子邮件" | Clarification<br>具体说明 |

Confidential - Subject to Further Confidentiality Review

```
 1
 2              ACKNOWLEDGMENT OF DEPONENT
 3
            I, _____, do
 4    hereby certify that I have read the
      foregoing pages, 447-551, and that the
 5    same is a correct transcription of the
      answers given by me to the questions
 6    therein propounded, except for the
      corrections or changes in form or
 7    substance, if any, noted in the attached
      Errata Sheet.
 8
 9    _____      2012-3. 13
      WENLONG PENG                DATE
10
11
12
13
14
15
16    Subscribed and sworn
      to before me this
17    _____ day of _____, 20____.
18    My commission expires:_____
19
      _____
20    Notary Public
21
22
23
24
```

证人宣誓书

我彭文龙特此证实，我已经阅读过上述第 447 页至第 551 页，并且除在勘误表中关于的形式或实体上被更正的内容外，该 447 页至第 551 页是我被问及各个问题的答复的正确笔录记载。

_____                    2012. 3. 12.
彭文龙                                               日期

兹于          年          月          日

在本人前宣誓后成作本宣誓书

本人公证资格有效截止日期为                 年          月          日

（公证人签名）

# 公　证　书

（2012）泰岱岳证外字第 202 号

申请人：彭文龙，男，一九八一年九月二十九日出生，公民身份号码：370923198109291512。

公证事项：签名

兹证明彭文龙于二〇一二年三月十三日在泰山石膏股份有限公司办公室，在本公证员的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二〇一二年三月十三日

# NOTARIAL    CERTIFICATE

(2012)Tai Daiyue Zheng Wai Zi No.202

Applicant: Peng Wenlong, male, born on September 29, 1981, citizen ID No.:370923198109291512.

Issue under notarization: Signature.

This is to certify that Peng Wenlong on Taishan Gypsum Co., Ltd Office on March 13, 2012 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

# 公　证　书

（2012）泰岱岳证外字第 203 号

申请人：彭文龙，男，一九八一年九月二十九日出生，公民身份号码：370923198109291512。

公证事项：译本与原本相符

兹证明前面的（2012）泰岱岳证外字第 202 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一二年三月十三日

# NOTARIAL   CERTIFICATE

(2012) Tai Daiyue Zheng Wai Zi No.203

Applicant: Peng Wenlong, male, born on September 29, 1981, citizen ID No.:370923198109291512.

Issue under notarization: The translation is in conformity with the original copy.

This is to certify that the English translation content of (2012) Tai Daiyue Zheng Wai Zi No.202 *NOTARIAL CERTIFICATE* is in conformity with the Chinese original copy of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

March 13, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## EXHIBIT "I" - PAGES 99:5-111:15 OF DEPOSITION OF SHILIANG PENG ON JANUARY 11, 2012

# FILED UNDER SEAL

# EXHIBIT J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEROY BOLDEN ET AL.                          CIVIL ACTION

VERSUS                                       NO. 06-4171

FEDERAL EMERGENCY MANAGEMENT AGENCY          SECTION "C" (2)

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION:     Plaintiffs' Motion to Strike Errata Sheet and for Sanctions, Record
            Doc. No. 55

O R D E R E D:

 XXX : GRANTED IN PART AND DENIED IN PART.  The motion is denied insofar
as it seeks to strike the errata sheet. Fed. R. Civ. P. 30(e) neither expressly permits nor
prohibits substantive changes to deposition testimony of the sort made here by the
designated Rule 30(b)(6) representative of the Federal Emergency Management Agency
("FEMA"). No binding Fifth Circuit precedent has been cited by either party, nor has my
research located any.  Accordingly, the errata sheet will not be stricken.

      However, the revisions by FEMA are so obnoxiously contradictory to its original
substantive deposition testimony that the court finds FEMA's conduct in this regard
egregious and in cavalier disregard of its obligation to provide a knowledgeable, truthful
Rule 30(b)(6) designee.  Accordingly, the motion is granted to the extent it seeks
sanctions against FEMA for its conduct in providing originally inaccurate testimony and
an inadequate designee, as follows:

      IT IS ORDERED that plaintiffs must submit the original deposition transcript and
the original errata sheet to the court for filing in the record so that FEMA's original
testimony, in its unaltered form as it was transcribed from the oral testimony, will be
made a permanent part of this record.  The errata sheet will merely be attached to the
transcript of the original deposition, so that the original testimony and the errata sheet

may be compared by the factfinder at trial and used for impeachment and for any other purposes permitted by the Federal Rules of Civil Procedure. In this way, the factfinder may weigh FEMA's credibility and determine whether FEMA's conduct in originally providing inaccurate testimony constituted mere mistake or incompetence, as opposed to self-serving hindsight or the provision of false testimony.

Because FEMA's substantive changes to its testimony are so glaring, I also find that plaintiffs must be given the opportunity to depose FEMA further to explore the reasons for these drastic changes in testimony, if plaintiffs wish to do so. Accordingly, IT IS FURTHER ORDERED that, if plaintiffs desire to depose FEMA further, FEMA must produce its designated witness in New Orleans within ten (10) days of FEMA's counsel's receipt of a written request by plaintiffs' counsel to do so (which must be filed in the record). The reopening of the deposition, if any, is to be limited in scope to the alterations FEMA made to its original testimony, the reasons for the changes and any follow-up questions necessitated by the new answers. The reopening does not permit plaintiffs to begin the entire deposition anew or to inquire into subject areas unaffected by FEMA's corrections. All expenses associated with this further deposition, including the court reporter's fees and costs and plaintiffs' reasonable attorney's fees, in an amount to be fixed by the court upon subsequent motion by plaintiffs, supported by the affidavit of their counsel and in compliance with Local Rule 54.2, must be paid by FEMA. Medina v. Horseshoe Entertainment, No. 05-0097, 2006 WL 2038057, at *4 (W.D. La. July 19, 2006) (Hayes, M.J.) (citing Reilly v. TXU Corp., 230 F.R.D. 486, 491 (N.D. Tex. 2005); Lugtig v. Thomas, 89 F.R.D. 639, 641, 642 (N.D. Ill. 1981)); accord Podell v. Citicorp Diners Club, Inc., 112 F.3d 98, 103 (2d Cir. 1997).

New Orleans, Louisiana, this ___7th___ day of February, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND | |

## ORDER

Considering the Plaintiffs' Motion to Strike Taishan's Errata Sheets;

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Strike Taishan's Errata Sheets is hereby GRANTED.

IT IS FURTHER ORDERED that Taishan is sanctioned by the Court and must reimburse Plaintiffs for their reasonable attorney's fees in bringing their Motion to Strike Taishan's Errata Sheets.

New Orleans, Louisiana, this _____ day of _____, 2012.


_____
ELDON E. FALLON
United States District Court Judge

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO: ALL CASES AND** | |

## NOTICE OF HEARING

Please take notice that, upon the pleading and other matters of record, the undersigned has moved the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on a date to be determined by the Court, for an order on the Plaintiffs' Motion to Strike Taishan's Errata Sheets, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated: March 21, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
Daniel@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
119 Washington Avenue
Suite 402
Miami Beach, FL 33139
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of March, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047