UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Considering the Plaintiff's Steering Committee's Motion to Strike Taishan's Errata Sheets (R. Doc. 13154-2), IT IS ORDERED that this Motion is set for hearing following the monthly status conference on April 26, 2012, at 9:00 a.m. central.  IT IS FURTHER ORDERED that responses in opposition to this Motion are to be filed by April 18, 2012.

New Orleans, Louisiana this 23rd day of March 2012.

*[signature: Eldon E. Fallon]*
U.S. District Judge