Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0123

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jack's Home Improvement Center
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Mississippi** ) ss.
County of: **George** )

Name of Server: **Melinda Harvison**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8** day of **August**, 20 **11**, at **10** o'clock **A** M

Place of Service: at **567 Cowart Street**, in **Lucedale, MS 39452**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Jack's Home Improvement Center**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Jack Peters - Owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Gray**; Facial Hair ___
Approx. Age **62**; Approx. Height **6'2"**; Approx. Weight **260**

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Melinda Harvison*
Signature of Server

Subscribed and sworn to before me this **8** day of **August**, 20 **11**

*Deanna Holland*
Notary Public   (Commission Expires)

DEANNA HOLLAND
Commission Expires
Oct. 26, 2012
GEORGE COUNTY

**APS International, Ltd.**