Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0121

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Just-Rite Supply, Inc., Corporation Service Company
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **MS** ) ss.
County of: **Jones** )

Name of Server: **Terry Keith**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9** day of **Aug**, 20 **11**, at **11:30** o'clock **A** .M

Place of Service: at **506 South President Street**, in **Jackson, MS  39201**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Just-Rite Supply, Inc., Corporation Service Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Danny Perry, Registered Agent**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **N**
Approx. Age **45** ; Approx. Height **5'8** ; Approx. Weight **200**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Terry Keith
Signature of Server

Subscribed and sworn to before me this **10** day of **Aug**, 20 **11**
Michelle Murray
Notary Public     (Commission Expires)

**APS International, Ltd.**

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 83932, MICHELLE MURRAY, Commission Expires Feb. 13, 2015, JONES COUNTY]