Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0160

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JVP Drywall & Finish, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 20 day of August, 20 11, at 11:50 o'clock A M

Place of Service: at 2475 NW 16th Street Road 506, in Miami, FL 33125

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**JVP Drywall & Finish, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Jose Perez President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black ; Facial Hair No
Approx. Age 50 ; Approx. Height 5'7 ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 22 day of August, 20 11

Signature of Server

Notary Public (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014