Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0056

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--K.Hovnanian Windward Homes, LLC, c/o NRAI Services, Inc.

Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Leon** )

**Name of Server:** **James A Ali**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **12** day of **Aug**, 20**11**, at **1007** o'clock **A** M

**Place of Service:** at **515 E Park Ave.**, in **Tallahassee, FL 32301**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**K.Hovnanian Windward Homes, LLC, c/o NRAI Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Chris Flores - process clerk**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Blk**; Facial Hair ___
Approx. Age **30**; Approx. Height **5'8**; Approx. Weight **168**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

8·12·11
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **12** day of **Aug**, 20**11**

Notary Public       (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019