Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0033

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L&W Supply Corporation, dba Seacoast Supply Company
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Delaware__ ) ss.
County of: __New Castle__ )

Name of Server: __Adam Golden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __8__ day of __Aug__, 20 __11__, at __2:55__ o'clock __P__ M

Place of Service: at __Corporation Trust Center__, in __Wilmington, DE 19801__
__1209 Orange Street__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complain (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**L&W Supply Corporation, dba Seacoast Supply Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: __Scott LaScala (authorized to accept)__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __cauc__ ; Hair Color __brn__ ; Facial Hair _____
Approx. Age __35__ ; Approx. Height __6'__ ; Approx. Weight __230__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __8__ day of _____, 20 __11__

_____
Notary Public   (Commission Expires)