Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111876-0030

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Maronda Homes, Inc of Florida
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Seminole_ )

**Name of Server:** _J. N. Meadows_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11_ day of _August_, 20 _11_, at _11:25_ o'clock _A_ M

**Place of Service:** at _3993 West First Street_, in _Sanford, FL 32771_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complain (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Maronda Homes, Inc of Florida**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Jane Forest, Executive Assistant_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Dark_ ; Facial Hair _N/A_
Approx. Age _50's_ ; Approx. Height _5'8"_ ; Approx. Weight _150_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

8-12-11

_Signature of Server_

J. N. Meadows #476

**APS International, Ltd.**

Subscribed and sworn to before me this _12_ day of _August_, 20 _11_

_Notary Public_          (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires:   MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.