Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0164

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Milton Construction Company
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **August**, 20 **11**, at **10:15** o'clock **A** M

Place of Service: at  150 W. Flagler Street, #2200 , in  Miami, FL  33130

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Milton Construction Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **MaryAnn Baldoquin Asst. to Bob Weissler**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Grey** ; Facial Hair ____
Approx. Age **55** ; Approx. Height **5'6** ; Approx. Weight **145**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **22** day of **August**, 20 **11**

Signature of Server

Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014