UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: David and Cheryl Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690 | |

### JOHN AND GRACE STEUBBEN'S NOTICE OF
### VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
### OF DEFENDANT, BAILEY LUMBER & SUPPLY COMPANY OF BILOXI

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, John and Grace Steubben, hereby dismiss, without prejudice, all of their claims against Bailey Lumber & Supply Company of Biloxi, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. John and Grace Steubben shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Don Barrett, P.A., counsel for John and Grace Steubben, dated March 9, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated:   March 26, 2012            /s/ Russ M. Herman
                                   Russ M. Herman, Esquire (Bar No. 6819)
                                   Leonard A. Davis, Esquire (Bar No. 14190)
                                   Stephen J. Herman, Esquire (Bar No. 23129)
                                   HERMAN, HERMAN, KATZ & COTLAR, LLP
                                   820 O'Keefe Avenue
                                   New Orleans, Louisiana 70113
                                   Phone: (504) 581-4892
                                   Fax: (504) 561-6024
                                   LDavis@hhkc.com
                                   *Plaintiffs' Liaison Counsel*
                                   *MDL 2047*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of March, 2012.

       /s/ Leonard A. Davis
       Leonard A. Davis, Esquire
       Herman, Herman, Katz & Cotlar, LLP
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       LDavis@hhkc.com
       Plaintiffs' Liaison Counsel
       MDL 2047