UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Dorothy Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al;<br>Cause No. 11-2349 | |

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF DEFENDANT, STAR HOMES, LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Ricardo Garcia (improperly named as Garcai in Complaint) and Marisol Abrahante, hereby dismiss without prejudice all of their claims against DEFENDANT STAR HOMES, LLC, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Plaintiffs, Ricardo Garcia (improperly named as Garcai in Complaint) and Marisol Abrahante, shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.  Attached hereto as Exhibit "A" is an Affidavit from Lenka Valenzuala, as officer and registered agent for Star Homes, LLC and Exhibit "B", correspondence from Bruce Steckler, counsel for Plaintiffs, dated February 15, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                Respectfully submitted,

Dated: March 26, 2012          /s/ Russ M. Herman_____
                                       Russ M. Herman, Esquire (Bar No. 6819)
                                       Leonard A. Davis, Esquire (Bar No. 14190)
                                       Stephen J. Herman, Esquire (Bar No. 23129)
                                       HERMAN, HERMAN, KATZ & COTLAR, LLP
                                       820 O'Keefe Avenue
                                       New Orleans, Louisiana 70113
                                       Phone: (504) 581-4892
                                       Fax: (504) 561-6024
                                       LDavis@hhkc.com
                                       *Plaintiffs' Liaison Counsel*
                                       *MDL 2047*

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of March, 2012.

                                       /s/_Leonard A. Davis_____
                                       Leonard A. Davis, Esquire
                                       Herman, Herman, Katz & Cotlar, LLP
                                       820 O'Keefe Avenue
                                       New Orleans, Louisiana 70113
                                       Phone: (504) 581-4892
                                       Fax: (504) 561-6024
                                       LDavis@hhkc.com
                                       Plaintiffs' Liaison Counsel
                                       MDL 2047