UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| Dorothy Arndt, et al. | Civil Action No. 11-2349 |
|    Plaintiff, | Section L |
| v. | |
| Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. | |

## AFFIDAVIT

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

      BEFORE ME, the undersigned authority, personally appeared Lenka Valenzuela, who being first duly sworn deposes and says:

    1.    My name is Lenka Valenzuela, and I am over the age of 18 years. I am a the sole officer and registered agent for Star Homes, LLC., a defendant in the above captioned case. I make this affidavit based on my personal knowledge as the sole officer of said legal company or entity. A copy of the Department of State printout detailing the corporate information is attached hereto as Exhibit A.

    2.    Defendant, Star Homes LLC., is a business that owns three rental residential properties in Florida. Star Homes, LLC., has never been a builder or contractor. Star Homes, LLC., has never remodeled any homes. The sole business the entity conducts is the renting and managing of the properties that it owns.

    3.    I believe that Star Homes, LLC., was named as a Defendant in this "Chinese Drywall" case because my business has a similar name to Star Homes of Florida, LLC.

                                 *Lenka Valenzuela*

KEITH WILLIAM WYNNE
MY COMMISSION # EE012909
EXPIRES July 29, 2014
(407) 398-0153  FloridaNotaryService.com

                                   Lenka Valenzuala-as officer and registered agent for Star Homes, LLC.

SWORN TO AND ACKNOWLEDGED before me this _____15th_____ day of _Febuary_, 2012, by _Lenka Valenzuela_, who has produced a Florida Driver's License as identification.

_____
Notary Public

My commission expires:

## CERTIFICATE OF SERVICE

I certify that a copy of this document was mailed to the person listed below on February ___, 2012.

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
820 O'Keefe Avenue
New Orleans, LA 70113

_____
Keith William Wynne
Attorney for Defendant Star Hoes, LLC.

2

www.sunbiz.org - Department of State



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List     Next on List     Return To List

Events     No Name History

Entity Name Search

Submit

# Detail by Entity Name

## Florida Limited Liability Company

STAR HOMES , L.L.C.

## Filing Information

| | |
|---|---|
| Document Number | L08000116081 |
| FEI/EIN Number | N/A |
| Date Filed | 12/22/2008 |
| State | FL |
| Status | ACTIVE |
| Effective Date | 12/20/2008 |
| Last Event | REINSTATEMENT |
| Event Date Filed | 09/30/2010 |
| Event Effective Date | NONE |

## Principal Address

3502 BRUTON ROAD
PLANT CITY FL 33565

Changed 09/30/2010

## Mailing Address

3502 BRUTON ROAD
PLANT CITY FL 33565

Changed 09/30/2010

## Registered Agent Name & Address

VALENZUELA, LENKA
3502 BRUTON ROAD
PLANT CITY FL 33565 US

Address Changed: 09/30/2010

## Manager/Member Detail

**Name & Address**

Title MGR

VALENZUELA, LENKA
3502 BRUTON ROAD
PLANT CITY FL 33565

## Annual Reports

**Report Year   Filed Date**
2009          05/03/2009

www.sunbiz.org - Department of State



2010        09/30/2010
2011        01/03/2011

## Document Images

01/03/2011 -- ANNUAL REPORT            View image in PDF format

09/30/2010 -- REINSTATEMENT            View image in PDF format

05/03/2009 -- ANNUAL REPORT            View image in PDF format

12/22/2008 -- Florida Limited Liability    View image in PDF format

**Note:** This is not official record. See documents if question or conflict.

Previous on List      Next on List      Return To List

Events                No Name History

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

Entity Name Search

Submit