

**BARON BUDD, P.C.®**   DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE   |   MIAMI

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

February 15, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      **Re:**    **In re: Chinese Manufactured Drywall Products Liability Litigation**
              **Dorothy Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al;**
              **Cause No. 11-2349**

Dear Russ and Lenny:

      My client, Ricardo Garcia (improperly named as Garcai in Complaint) and Marisol Abrahante, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant, Star Homes, LLC, in the above matter, reserving their rights and claims against any and all other defendants therein.

                                                          Very truly yours,

                                                           Bruce Steckler