# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Block v. Knauf Plasterboard Tianjin Co. et al (EDLA No. 11-1363) | * * * * * | MAG. JUDGE WILKINSON<br>*Case No. 11-1363* |

**************************************

## PLAINTIFFS HOSSAM AND VERA EL HAROUNI'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ROSEN BUILDING SUPPLIES, INC., d/b/a ONSITE MATERIALS

Plaintiffs Hossam and Vera El Harouni hereby dismiss without prejudice all of their claims against Defendant, Rosen Building Supplies, Inc., d/b/a Onsite Materials, in Plaintiffs' Omnibus Complaint X *Block v. Knauf Plasterboard Tianjin Co, et. al.*, Case No. 11-cv-1363 (E.D.La.), reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiffs shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from April S. Goodwin, counsel for Plaintiffs, dated January 10, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

              Respectfully submitted,

By: /s/ Leonard A. Davis_____
   RUSS M. HERMAN, ESQ. (#6819)
   LEONARD A. DAVIS, ESQ. (#14190)
   STEPHEN J. HERMAN, ESQ. (#23129)
   Herman, Herman, Katz & Cotlar, LLP
   820 O'Keefe Avenue
   New Orleans, LA  70113
   Telephone: (504) 581-4892
   Facsimile: (504) 561-6024
   LDavis@hhkc.com
   *Plaintiffs' Liaison Counsel, MDL 2047*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Michael Switzer, Esq. of Wilson Elser Moskowitz Edelman & Dicker, LLP, 222 Lakeview Avenue, Suite 500, West Palm Beach, FL 33401 by U.S. Mail, email or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of March, 2012.

/s/ Leonard A. Davis