**PW Parker | Waichman LLP**
A NATIONAL LAW FIRM

NEW YORK | LONG ISLAND | NEW JERSEY | WASHINGTON, D.C. | FLORIDA

3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone 239.390.1000
Fax 239.390.0055
800.LAW.INFO (529.4636)
www.yourlawyer.com

February 20, 2012

**Via Email and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      Re:    Chinese Manufactured Drywall Products Liability Litigation
                Abreu v. Knauf Plasterboard Tianjin Co.
                Case No. 11-252

Dear Lenny and Russ:

      My clients, Laventure Ronneau and Yvrose Bruno, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to file a Notice of Voluntary Dismissal Without Prejudice of Defendant, Rosen Building Supplies, Inc. d/b/a Onsite Materials, on their behalf in the above-referenced matter, reserving their rights and claims against any all other defendants therein. Thank you for your attention to this matter and please advise if you have any questions or require any additional information.

                                      Very truly yours,
                                      Parker Waichman LLP

                                      By: _____
                                           April S. Goodwin, Esq.

ASG/ns