Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 111876-0111

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Hubert Seals, and Sarah Seals, d/b/a Seals Drywall
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MISSISSIPPI** ss.
County of: **PEARL RIVER**
Name of Server: **STEVEN SCHOLTES**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8** day of **AUGUST**, 20 **11**, at **3:24** o'clock **P** M

Place of Service: at **125 George Mitchell Road**, in **Carrier, MS 39126**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hubert Seals, and Sarah Seals, d/b/a Seals Drywall**

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **SARAH SEALS**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Hubert Seals, and Sarah Seals, d/b/a Seals Drywall**
at the place of service, and whose relationship to the person is: **WIFE/OFFICE MGR**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **GREY**; Facial Hair **NO**
Approx. Age **74**; Approx. Height **5'7"**; Approx. Weight **130**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **8** day of **aug**, 20 **11**

4/24/15

Signature of Server         Notary Public         (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 98899
**TINA FRANCO**
Commission Expires
April 26, 2015
HANCOCK COUNTY