Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0049

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Perry Homes, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Texas_ ) ss.
County of: _Harris_ )

Name of Server: _Cynthia Kelley_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _11th_ day of _August_, 20 _11_, at _2:59_ o'clock _P_ M.

Place of Service: at _9000 Gulf Fwy._, in _Houston, TX 77017_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Perry Homes, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _S. Bradley Todes, V.P. Assistant General Counsel_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Bald_ ; Facial Hair ___
Approx. Age _45_ ; Approx. Height _5'7"_ ; Approx. Weight _150_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Cynthia Kelley_
Signature of Server  #SCH-6143

Subscribed and sworn to before me this _12_ day of _August_, 20 _11_

_Joe Barak_
Notary Public         (Commission Expires)

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013

**APS International, Ltd.**