Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0041

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Precision Drywall, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Okaloosa** )

**Name of Server:** _Darrell Parrish_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11_ day of _August_, 20 _11_, at _4:00_ o'clock _P_ M

**Place of Service:** at _4315 Sundance Way_, in _Holt, FL 32564_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:**
**Person Served, and Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
**Precision Drywall, LLC**

By delivering them into the hands of an officer or managing agent whose name and title is: _Randall Odom, owner_

**Description of Person Receiving Documents:**

The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _Brown_; Facial Hair _No_
Approx. Age _30s_; Approx. Height _5'7"_; Approx. Weight _175_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_ #037
Signature of Server
Darrell Parrish #037

**APS International, Ltd.**

Subscribed and sworn to before me this _12_ day of _August_, 20 _11_

_[signature]_ _10-7-11_
Notary Public   (Commission Expires)

CINDY PATTON
MY COMMISSION # DD 711606
EXPIRES: October 7, 2011
Bonded Thru Notary Public Underwriters