Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0069

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rick Strawbridge, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Polk** )

Name of Server: **Andy Burgess**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **16** day of **August**, 20 **11**, at **9:15** o'clock **A** M

Place of Service: at **5202 Messina**, in **Lakeland, FL 33813**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Rick Strawbridge, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Rick Strawbridge, President**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Brown**; Facial Hair **None**
Approx. Age **64**; Approx. Height **6'2"**; Approx. Weight **205**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Andy Burgess*
Signature of Server

Subscribed and sworn to before me this **16th** day of **August**, 20 **11**

*Nedra Powell*  8-19-12
Notary Public     (Commission Expires)

**APS International, Ltd.**

NEDRA N. POWELL
Comm# DD0815854
Expires 8/19/2012
Florida Notary Assn., Inc