Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0224

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rinker Materials of Florida, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __PALM BEACH__ )

**Name of Server:** __MICHAEL ROCCO__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __22__ day of __AUGUST__, 20 __11__, at __9:20__ o'clock __A.__ M

**Place of Service:** at __1501 Belvedere Boulevard__, in __West Palm Beach, FL 33411__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Rinker Materials of Florida, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __DONNA RYAN, OFFICE ADMINISTRATOR / AUTHORIZED EMPLOYEE__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __WHITE__ ; Hair Color __GREY__ ; Facial Hair _____
Approx. Age __65__ ; Approx. Height __5'5"__ ; Approx. Weight __125__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

Subscribed and sworn to before me this __23__ day of __AUGUST__, 20 __11__

LYNNE GEWANT
Notary Public                    (Commission Expires)

APS International, Ltd.

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission # EE034455
Expires: OCT. 30, 2014
BONDED THRU ATLANTIC BONDING CO., INC.