Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0225

## AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Rinker Materials Southwest, n.k.a. Cemex Construction Materials Florida, LLC;Corporate Creations Network, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

**State of:** FLORIDA ) ss.
**County of:** PALM BEACH )

**Name of Server:** MICHAEL ROCCO , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22 day of AUGUST , 20 11 , at 10:55 o'clock A. M

**Place of Service:** at 11380 Prosperity Farms Road, #221E , in Palm Beach Gardens, FL  33410

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Rinker Materials Southwest, n.k.a. Cemex Construction Materials Florida, LLC;Corporate Creations Network, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: RAZIUR RAHMAN, SUPERVISOR, REGISTERED AGENT

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M  ; Skin Color WHITE ; Hair Color BLACK ; Facial Hair ____
Approx. Age 35 ; Approx. Height 5'8" ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
MICHAEL ROCCO
Signature of Server

Subscribed and sworn to before me this 23 day of AUGUST , 20 11
JONATHAN LEVY
Notary Public           (Commission Expires)

**APS International, Ltd.**