Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0262

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--River Oaks I, LLC

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 11-1363 Section L

State of: FLORIDA ) ss.
County of: BROWARD )

**Name of Server:** JONATHAN LEVY, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 19 day of AUGUST, 20 11, at 4:50 o'clock P. M

**Place of Service:** at 350 Jim Moran Blvd., Suite 100, in Deerfield Beach, FL 33442

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
River Oaks I, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: RODRIGO RODRIGUEZ-CHOMET, SR. PARALEGAL / AUTHORIZED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color WHITE : Hair Color SHAVED : Facial Hair
Approx. Age 40 : Approx. Height 5'10 ; Approx. Weight 220

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

JONATHAN LEVY
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this
21ST day of AUGUST, 20 11

LYNNE GEWANT
Notary Public      (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission # EE034455
Expires: OCT. 30, 2014
BONDED THRU ATLANTIC BONDING CO., INC.