Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0229

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rosen Building Supplies, Inc., dba On-Site Materials
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA                              ) ss.
County of: BROWARD                        )

**Name of Server:**   MR. JESSE PICONE                          , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the    22    day of   AUGUST              , 20 11 , at   6:30   o'clock   P.  M

**Place of Service:**   at   3045 Lake Point Pl.                        , in   Davie, FL 33328

**Documents Served:**   the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**Rosen Building Supplies, Inc., dba On-Site Materials**

**Person Served, and
Method of Service:**   By delivering them into the hands of an officer or managing agent whose name and
title is: DREW ROSEN, MANAGING AGENT

**Description of
Person Receiving
Documents:**   The person receiving documents is described as follows:
Sex M  ; Skin Color  WHITE     ; Hair Color  BROWN       ; Facial Hair
Approx. Age   40      ; Approx. Height   6'1"      ; Approx. Weight    185

☐  To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**   Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
23     day of AUGUST         , 20 11

JESSE PICONE
Signature of Server

JONATHAN LEVY
Notary Public          (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD759719
Expires:  MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.