Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0170

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Shoma Development Corp.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **18** day of **August**, 20 **11**, at **4:10** o'clock **P** M

**Place of Service:** at **3470 NW 82nd Ave., #988**, in **Doral, FL 33122**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Shoma Development Corp.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Halima BelKhodja  Receptionist**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **Brown** ; Hair Color **Black** ; Facial Hair ___
Approx. Age **25** ; Approx. Height **5'6** ; Approx. Weight **125**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **22** day of **August**, 20 **11**

Notary Public                  (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014

**APS International, Ltd.**