Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0055

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Standard Pacific of South Florida GP, Inc., c/o NRAI Services, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Leon__ )

**Name of Server:** __James A Abi__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __12__ day of __Aug__, 20__11__, at __1007__ o'clock __A__ M

**Place of Service:** at __515 E Park Ave.__, in __Tallahassee, FL 32301__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Standard Pacific of South Florida GP, Inc., c/o NRAI Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Chris Flores - process clerk__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __Blk__; Facial Hair ____
Approx. Age __30__; Approx. Height __5'8__; Approx. Weight __168__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

8·12·11
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __12__ day of __Aug__, 20__11__

Notary Public        (Commission Expires)


DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019