Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0062

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Steve Corbett, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Georgia ) ss.
County of: Muscogee )

Name of Server: Edythe L Culpepper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 08 day of August, 20 11, at 4:35 o'clock PM

Place of Service: at 1903 Stadium Drive 2814 C Stadium Dr, in Phenix City, AL 36869

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Steve Corbett, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Lisa Woodham, Secretary

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Cau ; Hair Color Brn ; Facial Hair N/A
Approx. Age 48 ; Approx. Height 5'9" ; Approx. Weight 265

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Edythe L Dupuy/Culpepper
Signature of Server

Subscribed and sworn to before me this 8 day of August, 20 11
Notary Public     April 15, 2015 (Commission Expires)

**APS International, Ltd.**