Robert W Block III, et. al., Plaintiff(s)

vs.

Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**

**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0053

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Supreme Builders, Ltd.
Court Case No. 11-1363 Section L

---

State of: _Texas_ ) ss.

County of: _montgomery_ )

**Name of Server:** _James Richard Gratz_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11_ day of _August_, 20 _11_, at _905_ o'clock _A_ M

**Place of Service:** at _28453 Eagle Ridge_, in _Magnolia, TX 77355_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Supreme Builders, Ltd.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Marcie Hawk as Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Blonde_ ; Facial Hair _NO_
Approx. Age _35-40_ ; Approx. Height _5-6_ ; Approx. Weight _125_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _12_ day of _August_, 20 _11_

_____
Signature of Server

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

ROBERT FLOYD MORELAND
MY COMMISSION EXPIRES
August 29, 2013