Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0052

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
‑‑Supreme Builders
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Texas** ) ss.
County of: **Montgomery** )

Name of Server: **James Richard Gratz**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **11** day of **August**, 20 **11**, at **9:05** o'clock **A** M

Place of Service: at **28453 Eagle Ridge**, in **Magnolia, TX 77355**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Supreme Builders**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Marcie Hawk as Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Blonde** ; Facial Hair **no**
Approx. Age **35-40** ; Approx. Height **5'6** ; Approx. Weight **125**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **12** day of **August**, 20 **11**

Notary Public         (Commission Expires)

**APS International, Ltd.**

ROBERT FLOYD MORELAND
MY COMMISSION EXPIRES
August 29, 2013