Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0120

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Terry Mott Builders
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _MISSISSIPPI_  ) ss.
County of: _HARRISON_    )

**Name of Server:** _JOE R GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8_ day of _August_, 20 _11_, at _4:55 PM_ o'clock _P_ M

**Place of Service:** at _2208 Kevin Court_, in _Gulfport, MS  39507_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Terry Mott Builders**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _TERRY MOTT— OWNER_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _DARK BROWN/GRAY_; Facial Hair _NO_
Approx. Age_50-62_ ; Approx. Height _5'11_ ; Approx. Weight _170  GLASSES_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _11_ day of _August_, 20 _11_

_____
Notary Public     (Commission Expires)   9/22/14

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 97121
KYLE MARCHBANKS
Commission Expires
Sept. 22, 2014
HARRISON COUNTY