Robert W Block III, et. al., Plaintiff(s)

vs.

Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0051

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

--The Haskell Company
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _FLORIDA_ ) ss.

County of: _DUVAL_ )

Name of Server: _DENNIS BARTELUCCI_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _10_ day of _AUG_, 20_11_, at _10:55_ o'clock _A_ M

Place of Service: at _111 Riverside Avenue_, in _Jacksonville, FL  32202_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**The Haskell Company**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _VANESSA McMILLAN, CORPORATE PARALEGAL_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _BLONDE_ ; Facial Hair _--_
Approx. Age _50_ ; Approx. Height _5'7"_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _11_ day of _August_, 20 _11_

_Signature of Server_

_Notary Public_ (Commission Expires)

**APS International, Ltd.**

NATASHIA SKYE MCCARTY
MY COMMISSION #DD881310
EXPIRES: APR 16, 2013
Bonded through 1st State Insurance