Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0043

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The St. Joe Company
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Walton )

**Name of Server:** James Ingle, Jr., undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10 day of August, 2011, at 8:10 o'clock A M

**Place of Service:** at 133 South Watersound Parkway, in Watersound, FL 32413

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
The St. Joe Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Lynne Lewis, Legal Admin. Assistant

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Gray ; Facial Hair No
Approx. Age 50's ; Approx. Height 5'10" ; Approx. Weight 145

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #448

Subscribed and sworn to before me this 10 day of August, 20 11

Cindy Patton 10-7-11
Notary Public (Commission Expires)

**APS International, Ltd.**

CINDY PATTON
MY COMMISSION # DD 711606
EXPIRES: October 7, 2011
Bonded Thru Notary Public Underwriters