Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0065

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
   --Williams-Brown, Inc
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Escambia__ )

Name of Server: __Glenroy Little__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __10th__ day of __August__, 20 __11__, at __1:10 pm__ o'clock __P__ M

Place of Service: at __801 W. Romana Street__, in __Pensacola, FL 32502__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Williams-Brown, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Chao Williams, President__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Wht__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __39__ ; Approx. Height __5'7__ ; Approx. Weight __180__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __11__ day of __August__, 20 __11__
                                                                           2014
_____
Notary Public       (Commission Expires)

APS International, Ltd.



KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters