**PW Parker | Waichman LLP**
A NATIONAL LAW FIRM

NEW YORK | LONG ISLAND | NEW JERSEY | WASHINGTON, D.C. | FLORIDA

3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone 239.390.1000
Fax 239.390.0055
800.LAW.INFO (529.4636)
www.yourlawyer.com

February 21, 2012

**Via Email and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

    Re:    In re:    **Chinese Manufactured Drywall Products Liability Litigation**
                              **Haya v. Taishan Gypsum Co., LTD, et al. Case No. 11-1077**

Dear Russ and Lenny:

    My clients, Brian and Tara Brohm, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Northstar Homes LLC in the above matter, reserving their rights and claims against any and all other defendants therein.

                                    Very truly yours,
                                    Parker Waichman LLP

                                    By: _____
                                         April S. Goodwin, Esq.

ASG/ns