UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO JESSICA CASSIDY, et al. vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, K.G., et al. Case No. 11-03023 | * * * * | JUDGE FALLON MAG. JUDGE |

\* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW Lloyd N. Shields, Elizabeth L. Gordon, Andrew G. Vicknair and Adrian A. D'Arcy of the law firm of Shields Mott Lund L.L.P. who hereby enter their appearance on behalf of defendant, Certified Building Contractors, Inc. It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence in connection

with this action be served upon them in accordance with the address and contact information below. Certified Building Contractors, Inc. reserves all rights to file its objections to jurisdiction, venue, and all other appropriate matters.

>Respectfully submitted,
>
>/s/ Elizabeth L. Gordon
>Lloyd N. Shields (La. Bar No. 12022)
>Elizabeth L. Gordon (La. Bar No. 21619)
>Andrew G. Vicknair (La. Bar No. 28448)
>Adrian A. D'Arcy (La. Bar No. 29137)
>Shields Mott Lund L.L.P.
>650 Poydras Street, Suite 2600
>New Orleans, Louisiana 70130
>Telephone: (504) 581-4445
>Facsimile: (504) 584-4440
>lnshields@shieldsmottlund.com
>elgordon@shieldsmottlund.com
>agvicknair@shieldsmottlund.com
>aadarcy@shieldsmottlund.com
>
>Attorneys for
>   Certified Building Contractors, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 26th day of March, 2012.

/s/ Elizabeth L. Gordon

62065-03\Pleadings\Notice of Appearance.wpd