UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| ******************************************** | |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Robert W. Block, III, et al | MAG. JUDGE WILKINSON |
| Case No. 11-1363 | |

## NOTICE OF APPEARANCE

Kerry J. Miller, Kyle A. Spaulding, and Louis T. Colletta hereby file their Notice of Appearance as counsel of record for Cretin Homes, LLC and E.L. Cretin, LLC, and request that copies of all pleadings be served upon undersigned at the following office.

        Respectfully submitted,

        BY:   /s/Kyle A. Spaulding
        KERRY J. MILLER (#24562)
        KYLE A. SPAULDING (#29000)
        THOMAS LOUIS COLLETTA, JR. (#26851)
        FRILOT L.L.C.
        1100 Poydras Street
        Suite 3700
        New Orleans, LA 70163
        Telephone: (504)599-8249
        Facsimile: (504)599-8137
        Email: kspaulding@frilot.com
        Attorneys for Cretin Homes, LLC and E. L. Cretin, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Kyle A. Spaulding