MINUTE ENTRY
FALLON, J.
MARCH 22, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
        DRYWALL PRODUCTS
        LIABILITY LITIGATION             SECTION: L

THIS DOCUMENT RELATES TO: All Cases     JUDGE FALLON
                                                               MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances: Russ Herman, Esq. for Plaintiffs
               Kerry Miller, Esq. for Defendants

---

I.     Order to All Homebuilders Who Have Failed to Comply with Fee Order (R. Doc. 12546)

      No Argument-The Homebuilders' Steering Committee ("HSC") met with all Homebuilders who appeared pursuant to the Order to tender payments and/or discuss payment details. The HSC is directed to provide the Court with an updated list of those homebuilders who failed to comply with this Order. Thereafter, the Court will issue appropriate contempt and/or sanction rulings with regard to the parties on this list.

II.     The Plaintiffs' Steering Committee's Motion to Compel and for Costs/Sanctions Against CNBM (USA), Corp. (R. Doc. 12641)

      No Argument-GRANTED. CNBM failed to filed an opposition and appear to defend this Motion. Upon review of the Motion, the Courts finds it is grounded in both fact and law. The Court directs movants to provide it with affidavits detailing the expenses and fees incurred in subpoenaing and traveling to the deposition. Thereafter, the Court will issue appropriate contempt orders and/or sanctions against CNBM.

III.     Order Requiring All Builders, Suppliers, and Installers Who Have Failed to Respond to or Rejected the Mediator's Offer to Appear (R. Doc. 12935)

      No Argument-Following the monthly status conference the Court and the Court-appointed mediator met with compliant parties to provide further information about the mediation order and to mediate claims.

In Re: Chinese Drywall                                           Marcy 22, 2012
MDL 2047 - L                                                     Page 2


Additionally, the Court extended the deadline to accept the mediator's offer from this date until Thursday, March 29, 2012.  The Court-appointed mediator is directed to provide the Court with a list of all non-compliant parties subject to this Order.  Thereafter, the Court will issue appropriate contempt orders and/or sanctions against these parties



JS10:   6:00