# EXHIBIT C-1

# Drywall Indicia Guide

**KPT CHINESE Drywall**

# 1     Knauf Plasterboard (Tianjin) Ltd.     page  3 - 4

## NON-KPT CHINESE DRYWALL

# 2     Crescent City     page  5

# 3     Taihe     page  6

# 4     Taishan     page  7 - 8

# 5     Venture Supply     page  9

# 6     BNBM     page  10

# 7     C&K     page  11

# 8     Dragon Brand     page  12

# 9     IMG     page  13

# 10     Bedrock Gypsum     page  14

# 11     IMT     page  15

# 12     ProWall Inc.     page  16

# 13     KNAUF MADE IN GERMANY – Counterfeit Board     page  17

# 14     LAFARGE MADE IN GERMANY – Counterfeit Board     page  18

# 15     Unknown Chinese Manufacturer 1     page  19

# 16     Unknown Chinese Manufacturer 2     page  20

# 17     Unknown Chinese Manufacturer 3     page  21

## NON-REACTIVE DRYWALL

# 18     National Gypsum     page  22

# 19     American Gypsum     page  23 - 25

# 20     CertainTeed/ProRoc     page  26 - 27

# 21     Georgia Pacific     page  28 - 29

# 22     Lafarge     page  30 - 31

# 23     NORGIPS USA Inc.     page  32

# 24     Panel Rey     page  33

# 25     USG     page  34 - 35

# 26     PT Knauf Gypsum Indonesia Ltd.     page  36

# 27     Guangdong Knauf New Building Material Products Co. Ltd.     page  37

# 28     Knauf Plasterboard (Wuhu) Co. Ltd.     page  38

# 29     Knauf do Brasil Ltd.     page  39

# 30     Knauf Gips KG     page  40

# 31     James Hardie     page  41

# 32     Federal Gypsum Company     page  42

# 33     Temple Inland     page  43

# 34     Flintcote Company     page  44

**KPT CHINESE DRYWALL**

# # 1   Knauf Plasterboard (Tianjin) Ltd.

## Reactive KPT Chinese Drywall

**M1:**

Label:



Marking:       **KNAUF – TIANJIN CHINA – ASTM C36**

Printing Type:   BLUE – DOUBLE – DOT

Requirements:   Indicia photos must clearly indicate the presence of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TIANJIN CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

## Non - reactive KPT Chinese Drywall (subject to Section 4.9 of the Settlement   Agreement)

**M 2:**

Label:



Marking:       **KNAUF – TianJin, China – ASTM C36 -  [DATE]  [TIME]**

Printing Type:   BLUE – DOUBLE – DOT

Requirements:   Photo must allow unique identification of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TianJin, CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

### Insufficient Indicia for KPT

| | |
|---|---|
| Edge Tape: | Blue – Yellow |
| Label: | |



| | |
|---|---|
| Marking: | " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD " |
| Note: | The blue-yellow edge tape is also used by other Knauf companies, see Guangdong Knauf New Building Material Products Co. Ltd (# 27, p. 36), and therefore an insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 as stated above. |

| | |
|---|---|
| Front marking: | " **K** " |
| Label: | |



| | |
|---|---|
| Note: | The label "K" on the front side of the drywall sheet is used by most Knauf companies and therefore insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 of the back side of the board as stated above. |

**NON – KPT CHINESE DRYWALL**

## # 2    Crescent City

**Marking:**

Label:



Marking:       **Made in China Crescent City Gypsum**

Printing Type:  black letters

**NON – KPT CHINESE DRYWALL**

### # 3   Taihe

**Marking:**

Label:





Marking:   **MADE IN CHINA, MEETS OR EXCEEDS ASTM C1396 04 STANDARD**

Printing Type:   black letters

---

Edge Tape:   White – Blue – Green

Label





Marking:   " Taihe "   +   white triangle in red circle   +   [chinese symbols]

**NON – KPT CHINESE DRYWALL**

### # 4   Taishan

**M 1:**

Label:



Marking:       **4feetX12feetX1/2inch          DrYwall       [DATE] [TIME]**

Printing Type:   black letters

**M 2:**

Label:



Marking:       **TAIAN  TAISHAN**

Printing Type:   black letters

**M 3:        Drywall  4feetx12feetx1/2inch**

Label:



Marking:       **Drywall  4feetx12feetx1/2inch**

Printing Type:   black letters

**M 4:**

Label:



Marking:   **DRYWALL  4feet*12feet*1/2inch**

Printing Type:   black letters

Edge Tape:   White – Glossy  (<u>Material:</u> plastic)

Label:



Marking:   no marking on edge tape

**NON – KPT CHINESE DRYWALL**

# 5    Venture Supply

**M 1:**

Label:



Marking:        **VENTURE SUPPLY INC.**  MFG TAJHE CHINA

Printing Type:  black letters

**M 2:**

Label:



Marking:        **VENTURE SUPPLY INC.**  MFG TAIHE CHINA

Printing Type:  black letters

**NON – KPT CHINESE DRYWALL**

# 6    BNBM

**M 1:**

Label:



Marking:        **BEIJING NEW BUILDING MATERIALS CO LTD.**

Printing Type:   Blue letters,  framed

**M 2:**

Label:



Marking:        **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY Beijing, China ASTM 1396-04  [DATE]  [TIME]**

Printing Type:   black letters

**NON – KPT CHINESE DRYWALL**

# 7   C & K

**Marking:**

Label



Marking:   **C&K GYPSUM BOARD ASTM C 1396 MADE IN CHINA**

Printing Type:   black letters

---

Edge Tape:   Blue – Grey – White

Label:





Marking:   " C&K"   +   [Chinese symbol]

**NON – KPT CHINESE DRYWALL**

**# 8    Dragon Brand**

---

**Marking:**

Label:



Marking:    **DRAGON BRAND DRYWALL PER ½" 4`X12`ASTM C 1396  MADE IN CHINA    [TIME] [DATE]**

Printing Type:  black letters

---

Edge Tape:    Light – Dark Blue – White

Label:



Marking:      " DRYWALL "



**# 9    IMG**

**Marking:**

Label:



Marking:         **IMG ASTM C 1396** **Made in CHINA [DATE]**

Printing Type:   black letters

Edge Tape:      Blue – White

Label:



Marking:         n/a

**NON – KPT CHINESE DRYWALL**

## # 10   Bedrock Gypsum

| | |
|---|---|
| Edge Tape: | Yellow – Black – White |
| Label: |  |
| Marking: | Bedrock Gypsum$^{TM}$ Manufactured to ASTM C 1396 388 Market Street 4th Floor, San Francisco CA 94111 Made in China |



# # 11   IMT

**Marking:**

Label:

Marking:       **MADE IN CHINA IMTGYPSUM.COM ASTM C 1396**

Printing Type:   black letters

**NON – KPT CHINESE DRYWALL**

**# 12   Pro Wall Inc.**

Marking:

Label:



Marking:        **MADE IN CHINA MEETS ASTM C36/C1396 STANDARD**

Printing Type:   black letters

Edge Tape:      White – Blue – Yellow

Label:



Marking:        " ½" x 12`TE     ProWall "

**NON – KPT CHINESE DRYWALL**

**# 13   KNAUF MADE IN GERMANY**

**COUNTERFEIT BOARD**

---

**M 1:**

Label:



Marking:     GYPSUM WALLBOARD [DATE] [TIME] -96-  MADE IN     GERMANY BY     **KNAUF**
             MADE TO ASTM C36                  ½"  THICK                FDG GYPSUM

Printing Type:   blue – single – dot   **and**   blue – double – dot

Note:   This marking is apparently a counterfeit board and has not been produced by any Knauf company

          " FDG " is the wrong shortcut of flue gas desulflurization

          **Correct:  FGD**

---

**M 2:**

Label:



Marking:     **[DATE]     MADE IN GERMANY**

Printing Type:   black letters

Note:        Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company

**NON – KPT CHINESE DRYWALL**

# # 14   LAFARGE MADE IN GERMANY

**Marking:**

Label:



| Marking: | **LAFARGE   [DATE]  [TIME]** | **GER 1     ASTM C36** |
|---|---|---|

**MADE IN GERMANY**

Printing Type:   black letters

Note:   This is assumingly a counterfeit board produced in China

Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company

**NON – KPT CHINESE DRYWALL**

# # 15   Unknown Chinese Manufacturer 1

**Marking:**

Label:



| Marking: | **[DATE]  J  [TIME]  1   MEETS ASTM C36** |
| --- | --- |
| Printing Type: | black letters |

| Note: | Unknown Chinese Manufacturer |
| --- | --- |

**NON – KPT CHINESE DRYWALL**

## # 16   Unknown Chinese Manufacturer 2

**Marking:**

Label:





Marking:   **Manufactured to Conform to ASTM Standard C36**

**4 x 12 x 1/2          MADE IN CHINA**

Printing Type:   black letters

Note:          Unknown Chinese Manufacturer

**NON – KPT CHINESE DRYWALL**

# # 17   Unknown Chinese Manufacturer 3

**Marking:**

Label:



Marking: **MADE IN CHINA ASTM C 1396**

Printing Type:   black letters

Note:              Unknown Chinese Manufacturer

**NON REACTIVE DRYWALL**

# # 18   National Gypsum

**M 1:**

Label:



Marking:        **National Gypsum company**

Printing Type:  black letters

**M 2:**

Label:



Marking:        **GridMarX ™ Patent Product**
**National Gypsum Properties**
**PRODUCT  INFO  @  www.gridmarx.com**

Printing Type:  black letters

Edge Tape:      White – Black – Yellow

Label:



Marking:        (12,7 x 3658mm)        National Gypsum Company  Charlotte, NC 28211

NON REACTIVE DRYWALL

**# 19   American Gypsum**

**M 1:**

Label:



Marking:        **ARMENDARTZ  [TIME]**

Printing Type:  black letters

**M 2:**

Label:



Marking:        **UNDERWRITER LABORATORIES INC.  [DATE]**
**[NAME, eg. C. Stone]**

Printing Type:  black letters

Note:           There are different varieties of the marking behind [DATE]

**M 3:**

Label:



Marking: **Gypsum Board F-3724 FIRE RESISTANCE CLASSIFICATION SEE UL FIRE RESISTANCE DIRECTORY R14169**

Printing Type: blue – single – dot

Edge Tape: Blue – White – Red

Label:



**M 1:** AMERICAN GYPSUM, ALBUQUERQUE, NM

Label:



**M 2:** MANUFACTURED TO MEET ASTM C1396 AND C36

**NON REACTIVE DRYWALL**

**# 19  American Gypsum**

Edge Tape:     White – Purple

Label:



**M 1:**     AMERICAN GYPSUM, INTERIOR CEILING BOARD  Panel de techo para interiors

Label:



**M 2:**     MANUFACTURED BY AMERICAN GYPSUM, DALLAS, TX

**NON REACTIVE DRYWALL**

**# 20   CertainTeed / ProRoc**

**Marking:**

Label:





Marking:    **GYPSUM BOARD ISSUE NO. F-3600 FIRE RESISTANCE CLASSIFICATION SEE UL PRODUCTS CERTIFIED FOR CANADA DIRECTORY AND FIRE RESISTANCE DIRECTORY R3660**

**MADE IN USA ASTM 1396 & C36  CAN/CSA**

Printing Type:  black letters

Edge Tape:    Black – Blue

Label:



Marking:    CertainTeed    ProRoc    REGULAR GYPSUM BOARD

**NON REACTIVE DRYWALL**

**# 20   CertainTeed / ProRoc**

| | |
|---|---|
| Edge Tape: | White with Red letters |
| Label: |  |
| Marking: | ProRoc    PANEL DE YESO TIPO X |

**NON REACTIVE DRYWALL**

**# 21   Georgia Pacific**

**M 1:**

Label:



Marking:        **GP DENSGLASS ULTRA**

Printing Type:   black letters

**M 2:**

Label:



Marking:        **[DATE]   IN1B   [TIME]   GP TR: CERTIFIED 96% RECYCLED**

Printing Type:   black letters

**M 3:**

Label:



Marking:        **DENS SHIELD TILE BACKER   [DATE]**

Printing Type:   black letters

NON
REACTIVE
DRYWALL

**M 4:**

Label:

Marking:       **[DATE]  /  TX1   08**

Printing Type:   black letters

Edge Tape:     Black – White – Red

Label:



Marking:        TOUGHROCK

**# 22   Lafarge**

**M 1:**

Label:



Marking:        LABORATORIES INC. GYPSUM BOARD FIRE RESISTANCE
DIRECTORY IN WIDE TYPE LGC6A

Printing Type:   black letters

**M 2:**

Label:



Marking:        [DATE]        PALATKA, FL          [TIME]

Printing Type:   black letters

**NON REACTIVE DRYWALL**

**# 22   Lafarge**

**M 3:**

Label:



Marking:       [TIME]   [COLOUR]   TEAM

Printing Type:  black letters

Note:          [Colour] could be WHITE, YELLOW, BLUE or RED

Edge Tape:     white

Label:



Marking:       LAFARGE    Manufactured by Lafarge North America Inc.

               Fabricado por Lafarge North America Inc.

**NON REACTIVE DRYWALL**

# # 23   NORGIPS Inc.

**M 1:**

Label:





Marking:        NORGIPS USA INC. GYPSUM WALLBOARD THICKNESS ½"

Printing Type:  blue letters

**M 2:**

Label:



Marking:        MADE IN POLAND OPOLEN

Printing Type:  blue letters

**NON REACTIVE DRYWALL**

**# 24   Panel Rey**

---

**M 1:**

Label:



Marking:        PANEL REY 2

Printing Type:  black letters

---

**M 2:**

Label:

Marking:        ½"X12´ REG   [TIME]   [DATE]

Printing Type:  black letters

---

Edge Tape:      White - Blue

Label:



Marking:        Hecho en Mèxico por PANEL REY S.A., Hidalgo

**NON REACTIVE DRYWALL**

**# 25   USG**

**M 1:**

Label:





Marking:          100 % RECYCLED PAPER SINCE 1967

Printing Type:   black letters

**M 2:**

Label:



Marking:          GYPSUM BOARD

Printing Type:   black letters,  framed

**NON REACTIVE DRYWALL**

**# 25   USG**

| | |
|---|---|
| Edge Tape: | White – Blue |

Label:



**M 1:**      USG SHEETROCK  Brand     Interior Ceiling Panel  Sag-Resistant

Label:



**M 2:**      United States Gypsum Company
125 South Franklin Street, Chicago, IL 60606
A Subsidiary of USG Corporation

| | |
|---|---|
| Edge Tape: | White – Yellow – Green |

Label:



**Marking:**   United States Gypsum Company
125 South Franklin Street, Chicago, IL 60606
A Subsidiary of USG Corporation

**NON REACTIVE DRYWALL**

**# 26   PT Knauf Gypsum Indonesia Ltd.**

**M 1:**

Label:





Marking:          **KNAUF –**     PLASTERBOARD 48  STD  12,5x1220x3660 mm TE
NATURAL  GYPSUM     [DATE]  ASTM C36

Printing Type:   blue letters

Note:              plant number:  48

Edge Tape:   Grey – Blue

Label:



Marking:        STANDARD BOARD       KNAUF

**NON REACTIVE DRYWALL**

# # 27   Guangdong Knauf New Building Material Products Co. Ltd.

**M 1:**

Label:



Marking:         Dongguan China ASTM C 36

Printing Type:   blue – single – dot

**M 2:**

Label:



Marking:         plant number:  38

Printing Type:   blue – single – dot

Edge Tape:       Blue – Yellow

Label:



Marking:         " KNAUF     CERTIFIED TO ISO 9001     KNAUF     STANDARD BOARD "

**NON REACTIVE DRYWALL**

## # 28   Knauf Plasterboard (Wuhu) Co. Ltd.

**M 1:**

Label:



 

Marking:        KNAUF – WuHu,   China – ASTM C36 – [DATE]  [TIME]

Printing Type:   blue letters

**M 2:**

Label:



Marking:        KNAUF  [Chinese symbols]  18  (plant number)

Printing Type:   blue letters

Edge Tape:      Blue – Yellow - White

Label:



Marking:        " KNAUF "

**NON REACTIVE DRYWALL**

**# 29   Knauf do Brasil Ltd.**

**Marking:**

Label:







Marking:           KNAUF ST – 12,5mm – ARMAZENAR EM LOCAL SECO - OO

Printing Type:   blue – double – dot              blue – single – dot

Edge Tape:     Blue - Yellow

Label:

Marking:           " KNAUF "

**NON REACTIVE DRYWALL**

**# 30   Knauf Gips KG**

**Marking:**

Label:





| | | |
|---|---|---|
| Marking: | CE KNAUF | AUSBAUPLATTE |
| Printing Type: | blue – or – red – double dot | blue – single - dot |

**NON REACTIVE DRYWALL**

## # 31   James Hardie

**Marking:**

Label:



Marking:          HARDIEBACKER

**NON REACTIVE DRYWALL**

# # 32   Federal Gypsum Company

Edge Tape:     White - Green

Label:



Marking:       Federal Gypsum Company

**NON REACTIVE DRYWALL**

# # 33   Temple Inland

**Marking:**

Label:



Marking:        A071806 01144

Printing Type:  black letters

---

Edge Tape:      White – Blue – Pink

Label:







Marking:        Temple Inland      ½" X 12              54

NON
REACTIVE
DRYWALL

**# 34   Flintcote Company**

**Marking:**

Label:



Marking:        THE FLINTCOTE COMPANY