# EXHIBIT F-1-2

## Moss and Associates

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

Insured: Home Owner
Property: 1234 My Street
Anywhere, LA

Contractor:                                                                                   Business:   (954) 524-5678
Company:   Moss and Associates
Business:   2101 N. Andrews Ave. Suite 300
Fort Lauderdale, FL 33311

**Claim Number:**                    **Policy Number:**                    **Type of Loss:**

Date of Loss:                              Date Received:
Date Inspected:                            Date Entered:

Price List:   LANO7X_SEP10
Restoration/Service/Remodel
Estimate:    SAMPLE-1

## Moss and Associates

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

### SAMPLE-1

### General

| DESCRIPTION | QNTY |
|---|---|
| 1.  Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA |
| 2.  Clean stud wall | 5476.00 SF |
| 3.  Clean floor or roof joist system | 1617.00 SF |
| 4.  Final cleaning - construction - Residential | 1617.00 SF |
| 5.  Temporary power usage (per month) | 3.00 MO |
| 6.  Temporary water - usage - per month - Commercial | 3.00 MO |

NOTES:

### HVAC

| DESCRIPTION | QNTY |
|---|---|
| 7.  Remove and Replace Coil - 3 ton - cased | 1.00 EA |
| 8.  Remove and Replace Flexible ductwork system - hot or cold air - 1200 to 1599 SF home | 1.00 EA |
| 9.  Detach & Reset Heat/AC register - Mechanically attached | 10.00 EA |
| 10.  Remove and Replace Thermostat - High grade | 1.00 EA |

NOTES:

### Main Level

**Main Level**

### Moss and Associates

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

| DESCRIPTION | QNTY |
|---|---|
| Remove and replace insulation from exterior wall | |

NOTES:



**2 Car Garage**                     **Height: 9' 4"**

| | |
|---|---|
| 731.11  SF Walls | 381.50  SF Ceiling |
| 1112.61  SF Walls & Ceiling | 381.50  SF Floor |
| 42.39  SY Flooring | 78.33  LF Floor Perimeter |
| 78.33  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY |
|---|---|
| 11.  Remove and Replace 1/2" drywall - hung, taped, floated, ready for paint | 1112.61 SF |
| Garage walls and ceiling to remain unpainted. | |
| 12.  Detach & Reset Overhead (garage) door opener - Standard grade | 1.00 EA |
| 13.  Detach and Reset Overhead Door Track | 30.00 LF |
| 14.  Remove and Replace Switch | 1.00 EA |
| 15.  Remove and Replace Outlet for garage door opener | 1.00 EA |
| 16.  Remove and Replace Ground fault interrupter (GFI) outlet | 1.00 EA |

NOTES:

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678



**Bed 3**                                                 **Height: 9'**

| | |
|---|---|
| 384.00 SF Walls | 113.33 SF Ceiling |
| 497.33 SF Walls & Ceiling | 113.33 SF Floor |
| 12.59 SY Flooring | 42.67 LF Floor Perimeter |
| 42.67 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY |
|---|---|
| 17. Remove and Replace 1/2" drywall - hung, taped, ready for texture | 497.33 SF |
| 18. Add for bullnose (rounded) corners | 497.33 SF |
| 19. Texture drywall - heavy hand texture | 497.33 SF |
| 20. Paint the walls and ceiling - two coats | 497.33 SF |
| 21. Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 113.33 SF |
| 22. Remove and Replace Baseboard - 2 1/4" | 42.67 LF |
| 23. Paint baseboard - two coats | 42.67 LF |
| 24. Remove Carpet - Standard grade | 113.33 SF |
| 25. Carpet - Standard grade | 130.33 SF |
| 15 % waste added for Carpet - Standard grade. | |
| 26. Remove and Replace Carpet pad - Standard grade | 113.33 SF |
| 27. Remove and Replace Batt insulation - 4" - R13 | 168.00 SF |
| 28. Remove and Replace Window sill | 2.00 LF |
| 29. Seal & paint window sill | 2.00 LF |
| 30. Detach & Reset Interior door unit - Standard grade | 1.00 EA |
| 31. Remove and Replace Casing - 2 1/4" | 34.00 LF |
| 32. Paint casing - two coats | 34.00 LF |
| 33. Rewire - average residence - copper wiring | 113.33 SF |
| 34. Remove and Replace Smoke detector | 1.00 EA |
| 35. Detach & Reset Light fixture | 1.00 EA |
| 36. Remove and Replace Phone/low voltage outlet rough-in | 1.00 EA |
| 37. Remove and Replace Phone, TV, or speaker outlet | 1.00 EA |
| 38. Remove and Replace Television cable outlet | 1.00 EA |
| 39. Remove and Replace Switch | 1.00 EA |
| 40. Remove and Replace Outlet | 4.00 EA |

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

**CONTINUED - Bed 3**

| DESCRIPTION | QNTY |
|---|---|

NOTES:



| LN | | Height: 9' |
|---|---|---|
| | 68.36 SF Walls | 3.60 SF Ceiling |
| | 71.96 SF Walls & Ceiling | 3.60 SF Floor |
| | 0.40 SY Flooring | 7.60 LF Floor Perimeter |
| | 7.60 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY |
|---|---|
| 41.  Remove and Replace 1/2" drywall - hung, taped, ready for texture | 71.96 SF |
| 42.  Texture drywall - heavy hand texture | 71.96 SF |
| 43.  Paint the walls and ceiling - two coats | 71.96 SF |
| 44.  Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 3.60 SF |
| 45.  Remove and Replace Baseboard - 2 1/4" | 7.60 LF |
| 46.  Paint baseboard - two coats | 7.60 LF |
| 47.  Detach & Reset Shelving - 12" - in place | 10.00 LF |
| 48.  Detach & Reset Interior door unit - Standard grade | 1.00 EA |
| 49.  Remove and Replace Casing - 2 1/4" | 34.00 LF |
| 50.  Paint casing - two coats | 34.00 LF |
| 51.  Remove Carpet - Standard grade | 3.60 SF |
| 52.  Carpet - Standard grade | 4.14 SF |
| 15 % waste added for Carpet - Standard grade. | |
| 53.  Remove and Replace Carpet pad - Standard grade | 3.60 SF |

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

CONTINUED - LN

| DESCRIPTION | QNTY |
|---|---|

NOTES:



| Bed 2 | | | Height: 9' |
|---|---|---|---|
| | 383.89 SF Walls | 113.27 SF Ceiling | |
| | 497.17 SF Walls & Ceiling | 113.27 SF Floor | |
| | 12.59 SY Flooring | 42.65 LF Floor Perimeter | |
| | 42.65 LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY |
|---|---|
| 54. Remove and Replace 1/2" drywall - hung, taped, ready for texture | 497.17 SF |
| 55. Add for bullnose (rounded) corners | 497.17 SF |
| 56. Texture drywall - heavy hand texture | 497.17 SF |
| 57. Paint the walls and ceiling - two coats | 497.17 SF |
| 58. Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 113.27 SF |
| 59. Remove and Replace Baseboard - 2 1/4" | 42.65 LF |
| 60. Paint baseboard - two coats | 42.65 LF |
| 61. Remove Carpet - Standard grade | 113.27 SF |
| 62. Carpet - Standard grade | 130.27 SF |
| 15 % waste added for Carpet - Standard grade. | |
| 63. Remove and Replace Carpet pad - Standard grade | 113.27 SF |
| 64. Remove and Replace Batt insulation - 4" - R13 | 80.00 SF |
| 65. Remove and Replace Window sill | 2.00 LF |
| 66. Seal & paint window sill | 2.00 LF |
| 67. Detach & Reset Interior door unit - Standard grade | 1.00 EA |

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

**CONTINUED - Bed 2**

| DESCRIPTION | QNTY |
|---|---|
| 68.  Remove and Replace Casing - 2 1/4" | 34.00 LF |
| 69.  Paint casing - two coats | 34.00 LF |
| 70.  Rewire - average residence - copper wiring | 113.27 SF |
| 71.  Remove and Replace Smoke detector | 1.00 EA |
| 72.  Detach & Reset Light fixture | 1.00 EA |
| 73.  Remove and Replace Phone/low voltage outlet rough-in | 1.00 EA |
| 74.  Remove and Replace Phone, TV, or speaker outlet | 1.00 EA |
| 75.  Remove and Replace Television cable outlet | 1.00 EA |
| 76.  Remove and Replace Switch | 1.00 EA |
| 77.  Remove and Replace Outlet | 4.00 EA |

NOTES:



Cl 3                                                                  Height: 9'

| | |
|---|---|
| 115.41  SF Walls | 8.82  SF Ceiling |
| 124.23  SF Walls & Ceiling | 8.82  SF Floor |
| 0.98  SY Flooring | 12.82  LF Floor Perimeter |
| 12.82  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY |
|---|---|
| 78.  Remove and Replace 1/2" drywall - hung, taped, ready for texture | 124.23 SF |
| 79.  Texture drywall - heavy hand texture | 124.23 SF |
| 80.  Paint the walls and ceiling - two coats | 124.23 SF |
| 81.  Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 8.82 SF |

SAMPLE-1

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

CONTINUED - Cl 3

| DESCRIPTION | QNTY |
|---|---|
| 82.  Remove and Replace Baseboard - 2 1/4" | 12.82 LF |
| 83.  Paint baseboard - two coats | 12.82 LF |
| 84.  Remove Carpet - Standard grade | 8.82 SF |
| 85.  Carpet - Standard grade | 10.15 SF |
| 15 % waste added for Carpet - Standard grade. | |
| 86.  Remove and Replace Carpet pad - Standard grade | 8.82 SF |
| 87.  Detach & Reset Interior door unit - Standard grade | 1.00 EA |
| 88.  Remove and Replace Casing - 2 1/4" | 34.00 LF |
| 89.  Paint casing - two coats | 34.00 LF |
| 90.  Detach & Reset Shelving - 12" - in place | 5.00 LF |
| 91.  Rewire - average residence - copper wiring | 8.82 SF |
| 92.  Detach & Reset Light fixture | 1.00 EA |
| 93.  Remove and Replace Switch | 1.00 EA |

NOTES:



Cl 2                                                                    Height: 9'

116.23  SF Walls                    8.91  SF Ceiling
125.15  SF Walls & Ceiling          8.91  SF Floor
0.99  SY Flooring                   12.91  LF Floor Perimeter
12.91  LF Ceil. Perimeter

| DESCRIPTION | QNTY |
|---|---|
| 94.  Remove and Replace 1/2" drywall - hung, taped, ready for texture | 125.15 SF |
| 95.  Texture drywall - heavy hand texture | 125.15 SF |

SAMPLE-1                                          10/6/2010          Page: 8

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

CONTINUED - Cl 2

| DESCRIPTION | QNTY |
|---|---|
| 96.  Paint the walls and ceiling - two coats | 125.15 SF |
| 97.  Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 8.91 SF |
| 98.  Remove and Replace Baseboard - 2 1/4" | 12.91 LF |
| 99.  Paint baseboard - two coats | 12.91 LF |
| 100.  Remove Carpet - Standard grade | 8.91 SF |
| 101.  Carpet - Standard grade | 10.25 SF |
| 15 % waste added for Carpet - Standard grade. | |
| 102.  Remove and Replace Carpet pad - Standard grade | 8.91 SF |
| 103.  Detach & Reset Interior door unit - Standard grade | 1.00 EA |
| 104.  Remove and Replace Casing - 2 1/4" | 34.00 LF |
| 105.  Paint casing - two coats | 34.00 LF |
| 106.  Remove and Replace Batt insulation - 4" - R13 | 16.00 SF |
| 107.  Detach & Reset Shelving - 12" - in place | 5.00 LF |
| 108.  Rewire - average residence - copper wiring | 8.91 SF |
| 109.  Detach & Reset Light fixture | 1.00 EA |
| 110.  Remove and Replace Switch | 1.00 EA |

NOTES:



| Util | | Height: 9' |
|---|---|---|
| | 228.63  SF Walls | 40.31  SF Ceiling |
| | 268.94  SF Walls & Ceiling | 40.31  SF Floor |
| | 4.48  SY Flooring | 25.40  LF Floor Perimeter |
| | 25.40  LF Ceil. Perimeter | |

SAMPLE-1

## Moss and Associates

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

| DESCRIPTION | QNTY |
|---|---|
| 111.  Remove and Replace 1/2" drywall - hung, taped, ready for texture | 268.94 SF |
| 112.  Texture drywall - heavy hand texture | 268.94 SF |
| 113.  Paint the walls and ceiling - two coats | 268.94 SF |
| 114.  Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 40.31 SF |
| 115.  Remove and Replace Baseboard - 2 1/4" | 25.40 LF |
| 116.  Paint baseboard - two coats | 25.40 LF |
| 117.  Detach & Reset Interior door unit - Standard grade | 2.00 EA |
| 118.  Detach & Reset Washer/Washing Machine - Top-loading - Standard grade | 1.00 EA |
| 119.  Detach & Reset Dryer - Electric - Standard grade | 1.00 EA |
| 120.  Remove and Replace Casing - 2 1/4" | 68.00 LF |
| 121.  Paint casing - two coats | 68.00 LF |
| 122.  Detach & Reset Shelving - 12" - in place | 6.00 LF |
| 123.  Rewire - average residence - copper wiring | 40.31 SF |
| 124.  Detach & Reset Light fixture | 2.00 EA |
| 125.  Floor protection - corrugated cardboard and tape | 40.31 SF |
| 126.  Remove and Replace Switch | 1.00 EA |
| 127.  Remove and Replace Outlet | 2.00 EA |
| 128.  Remove and Replace 220 volt outlet - Heavy duty | 1.00 EA |

NOTES:



**Bath 2**                                                                 **Height: 9'**

278.84  SF Walls
329.57  SF Walls & Ceiling
5.64  SY Flooring
30.98  LF Ceil. Perimeter

50.73  SF Ceiling
50.73  SF Floor
30.98  LF Floor Perimeter

| DESCRIPTION | QNTY |
|---|---|

## Moss and Associates

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

### CONTINUED - Bath 2

| DESCRIPTION | QNTY |
|---|---|
| 129.  Remove and Replace 1/2" drywall - hung, taped, ready for texture | 329.57 SF |
| 130.  Texture drywall - heavy hand texture | 329.57 SF |
| 131.  Add for bullnose (rounded) corners | 329.57 SF |
| 132.  Paint the walls and ceiling - two coats | 329.57 SF |
| 133.  Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 50.73 SF |
| 134.  Remove and Replace Baseboard - 2 1/4" | 30.98 LF |
| 135.  Paint baseboard - two coats | 30.98 LF |
| 136.  Detach & Reset Interior door unit - Standard grade | 1.00 EA |
| 137.  Remove and Replace Casing - 2 1/4" | 34.00 LF |
| 138.  Paint casing - two coats | 34.00 LF |
| 139.  Remove and Replace Mirror - 1/4" plate glass | 10.25 SF |
| 140.  Detach & Reset Vanity | 3.00 LF |
| 141.  Detach & Reset Vanity top - one sink - cultured marble | 3.00 LF |
| 142.  Detach & Reset Toilet | 1.00 EA |
| 143.  Detach & Reset Bathtub | 1.00 EA |
| 144.  Detach & Reset Tub/shower faucet - Standard grade | 1.00 EA |
| 145.  Remove and Replace Tile tub surround - 60 to 75 SF | 1.00 EA |
| 146.  Detach & Reset Towel bar | 2.00 EA |
| 147.  Detach & Reset Toilet paper holder | 1.00 EA |
| 148.  Detach & Reset Sink faucet - Bathroom | 1.00 EA |
| 149.  Detach & Reset Shelving - 12" - in place | 5.00 LF |
| 150.  Rewire - average residence - copper wiring | 50.73 SF |
| 151.  Floor protection - corrugated cardboard and tape | 50.73 SF |
| 152.  Detach & Reset Light bar - 3 lights | 1.00 EA |
| 153.  Remove and Replace Exhaust fan | 1.00 EA |
| 154.  Remove and Replace Switch | 1.00 EA |
| 155.  Remove and Replace Ground fault interrupter (GFI) outlet | 1.00 EA |

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

**CONTINUED - Bath 2**

| DESCRIPTION | QNTY |
|---|---|

NOTES:



**M. CL**                                                    Height: 9'

| | |
|---|---|
| 121.48 SF Walls | 10.76 SF Ceiling |
| 132.24 SF Walls & Ceiling | 10.76 SF Floor |
| 1.20 SY Flooring | 13.50 LF Floor Perimeter |
| 13.50 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY |
|---|---|
| 156.  Remove and Replace 1/2" drywall - hung, taped, ready for texture | 132.24 SF |
| 157.  Texture drywall - heavy hand texture | 132.24 SF |
| 158.  Paint the walls and ceiling - two coats | 132.24 SF |
| 159.  Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 10.76 SF |
| 160.  Remove and Replace Baseboard - 2 1/4" | 13.50 LF |
| 161.  Paint baseboard - two coats | 13.50 LF |
| 162.  Remove Carpet - Standard grade | 10.76 SF |
| 163.  Carpet - Standard grade | 12.37 SF |
| 15 % waste added for Carpet - Standard grade. | |
| 164.  Remove and Replace Carpet pad - Standard grade | 10.76 SF |
| 165.  Detach & Reset Interior door unit - Standard grade | 1.00 EA |
| 166.  Remove and Replace Casing - 2 1/4" | 34.00 LF |
| 167.  Paint casing - two coats | 34.00 LF |
| 168.  Detach & Reset Shelving - 12" - in place | 5.00 LF |
| 169.  Rewire - average residence - copper wiring | 10.76 SF |

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

CONTINUED - M. CL

| DESCRIPTION | QNTY |
|---|---|
| 170. Detach & Reset Light fixture | 1.00 EA |
| 171. Remove and Replace Switch | 1.00 EA |

NOTES:

**M. Cl 2**  Height: 9'



172.39 SF Walls
194.25 SF Walls & Ceiling
2.43 SY Flooring
19.15 LF Ceil. Perimeter

21.85 SF Ceiling
21.85 SF Floor
19.15 LF Floor Perimeter

| DESCRIPTION | QNTY |
|---|---|
| 172. Remove and Replace 1/2" drywall - hung, taped, ready for texture | 194.25 SF |
| 173. Texture drywall - heavy hand texture | 194.25 SF |
| 174. Paint the walls and ceiling - two coats | 194.25 SF |
| 175. Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 21.85 SF |
| 176. Remove and Replace Baseboard - 2 1/4" | 19.15 LF |
| 177. Paint baseboard - two coats | 19.15 LF |
| 178. Detach & Reset Interior door unit - Standard grade | 1.00 EA |
| 179. Remove and Replace Casing - 2 1/4" | 34.00 LF |
| 180. Paint casing - two coats | 34.00 LF |
| 181. Detach & Reset Shelving - 12" - in place | 12.00 LF |
| 182. Remove and Replace Batt insulation - 4" - R13 | 90.00 SF |
| 183. Rewire - average residence - copper wiring | 21.85 SF |

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

CONTINUED - M. Cl 2

| DESCRIPTION | QNTY |
|---|---|
| 184.  Detach & Reset Light fixture | 1.00 EA |
| 185.  Floor protection - corrugated cardboard and tape | 21.85 SF |
| 186.  Remove and Replace Switch | 1.00 EA |

NOTES:



**Mast. Bed**                                                    Height: 9'

504.00  SF Walls                     182.71  SF Ceiling
686.71  SF Walls & Ceiling           182.71  SF Floor
20.30  SY Flooring                   56.00  LF Floor Perimeter
56.00  LF Ceil. Perimeter

| DESCRIPTION | QNTY |
|---|---|
| 187.  Remove and Replace 1/2" drywall - hung, taped, ready for texture | 686.71 SF |
| 188.  Remove and Replace Add on for trayed, dropped or coffered ceiling | 182.71 SF |
| 189.  Add for bullnose (rounded) corners | 686.71 SF |
| 190.  Texture drywall - heavy hand texture | 686.71 SF |
| 191.  Paint the walls and ceiling - two coats | 686.71 SF |
| 192.  Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 182.71 SF |
| 193.  Remove and Replace Baseboard - 2 1/4" | 56.00 LF |
| 194.  Paint baseboard - two coats | 56.00 LF |
| 195.  Remove Carpet - Standard grade | 182.71 SF |
| 196.  Carpet - Standard grade | 210.12 SF |

## Moss and Associates

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

### CONTINUED - Mast. Bed

| DESCRIPTION | QNTY |
|---|---|
| 15 % waste added for Carpet - Standard grade. | |
| 197. Remove and Replace Carpet pad - Standard grade | 182.71 SF |
| 198. Remove and Replace Batt insulation - 4" - R13 | 288.00 SF |
| 199. Remove and Replace Window sill | 4.00 LF |
| 200. Seal & paint window sill | 4.00 LF |
| 201. Detach & Reset Interior door unit - Standard grade | 1.00 EA |
| 202. Remove and Replace Casing - 2 1/4" | 34.00 LF |
| 203. Paint casing - two coats | 34.00 LF |
| 204. Rewire - average residence - copper wiring | 182.71 SF |
| 205. Detach & Reset Light fixture | 1.00 EA |
| 206. Remove and Replace Smoke detector | 1.00 EA |
| 207. Remove and Replace Phone/low voltage outlet rough-in | 1.00 EA |
| 208. Remove and Replace Phone, TV, or speaker outlet | 1.00 EA |
| 209. Remove and Replace Television cable outlet | 1.00 EA |
| 210. Remove and Replace Switch | 1.00 EA |
| 211. Remove and Replace Outlet | 5.00 EA |

NOTES:

## Moss and Associates

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678



**Mast. Bath**                                                                                              **Height: 9'**

433.33  SF Walls                          77.12  SF Ceiling
510.44  SF Walls & Ceiling          77.12  SF Floor
8.57  SY Flooring                       48.15  LF Floor Perimeter
48.15  LF Ceil. Perimeter

**Missing Wall:**        1 -     2' 7" X 9'              **Opens into Exterior**              **Goes to Floor/Ceiling**

| DESCRIPTION | QNTY |
|---|---|
| 212.  Remove and Replace 1/2" drywall - hung, taped, ready for texture | 510.44 SF |
| 213.  Remove and Replace Add on for trayed, dropped or coffered ceiling | 77.12 SF |
| 214.  Add for bullnose (rounded) corners | 510.44 SF |
| 215.  Texture drywall - heavy hand texture | 510.44 SF |
| 216.  Paint the walls and ceiling - two coats | 510.44 SF |
| 217.  Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 77.12 SF |
| 218.  Remove and Replace Baseboard - 2 1/4" | 48.15 LF |
| 219.  Paint baseboard - two coats | 48.15 LF |
| 220.  Detach & Reset Interior door unit - Standard grade | 1.00 EA |
| 221.  Remove and Replace Casing - 2 1/4" | 34.00 LF |
| 222.  Paint casing - two coats | 34.00 LF |
| 223.  Remove and Replace Mirror - 1/4" plate glass | 17.08 SF |
| 224.  Detach & Reset Vanity | 5.00 LF |
| 225.  Detach & Reset Vanity top - one sink - cultured marble | 5.00 LF |
| 226.  Detach & Reset Toilet | 1.00 EA |
| 227.  Detach & Reset Bathtub | 1.00 EA |
| 228.  Detach & Reset Shower faucet - Standard grade | 1.00 EA |
| 229.  Detach & Reset Tub faucet | 1.00 EA |
| 230.  Remove and Replace Tile shower - up to 60 SF | 1.00 EA |
| 231.  Remove Custom shower door & partition - 1/4" glass w/frame | 35.00 SF |
| 232.  (Install) Custom shower door & partition - 1/4" glass w/frame | 35.00 SF |
| 233.  Detach & Reset Towel bar | 2.00 EA |

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

**CONTINUED - Mast. Bath**

| DESCRIPTION | QNTY |
|---|---|
| 234. Detach & Reset Toilet paper holder | 1.00 EA |
| 235. Detach & Reset Sink faucet - Bathroom | 2.00 EA |
| 236. Floor protection - corrugated cardboard and tape | 77.12 SF |
| 237. Remove and Replace Batt insulation - 4" - R13 | 126.00 SF |
| 238. Remove and Replace Window sill | 2.00 LF |
| 239. Seal & paint window sill | 2.00 LF |
| 240. Rewire - average residence - copper wiring | 77.12 SF |
| 241. Detach & Reset Light bar - 5 lights | 1.00 EA |
| 242. Detach & Reset Light fixture - Standard grade | 2.00 EA |
| 243. Remove and Replace Exhaust fan | 1.00 EA |
| 244. Remove and Replace Switch | 2.00 EA |
| 245. Remove and Replace Ground fault interrupter (GFI) outlet | 2.00 EA |

NOTES:



| Hall | | | Height: 9' |
|---|---|---|---|
| 266.75 SF Walls | | 44.59 SF Ceiling | |
| 311.34 SF Walls & Ceiling | | 44.59 SF Floor | |
| 4.95 SY Flooring | | 28.94 LF Floor Perimeter | |
| 31.36 LF Ceil. Perimeter | | | |

**Missing Wall:**     1 -    2' 5" X 6' 8"          Opens into FAMILY_RM          Goes to Floor

| DESCRIPTION | QNTY |
|---|---|

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

**CONTINUED - Hall**

| DESCRIPTION | QNTY |
|---|---|
| 246. Remove and Replace 1/2" drywall - hung, taped, ready for texture | 311.34 SF |
| 247. Texture drywall - heavy hand texture | 311.34 SF |
| 248. Paint the walls and ceiling - two coats | 311.34 SF |
| 249. Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 44.59 SF |
| 250. Attic Entrance Pull Down - Detach and Reset | 1.00 EA |
| 251. Paint baseboard - two coats | 28.94 LF |
| 252. Add for bullnose (rounded) corners | 311.34 SF |
| 253. Remove Carpet - Standard grade | 44.59 SF |
| 254. Carpet - Standard grade | 51.28 SF |
| 15 % waste added for Carpet - Standard grade. | |
| 255. Remove and Replace Carpet pad - Standard grade | 44.59 SF |
| 256. Rewire - average residence - copper wiring | 44.59 SF |
| 257. Detach & Reset Light fixture | 1.00 EA |
| 258. Remove and Replace Switch | 2.00 EA |
| 259. Remove and Replace Outlet | 1.00 EA |
| 260. Remove and Replace Smoke detector | 1.00 EA |

NOTES:

SAMPLE-1

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678



**Family Rm**                                                        **Height: 9'**

| | |
|---|---|
| 536.46  SF Walls | 234.63  SF Ceiling |
| 771.08  SF Walls & Ceiling | 234.63  SF Floor |
| 26.07  SY Flooring | 58.91  LF Floor Perimeter |
| 61.33  LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 14' 8 3/16" X 0" | Opens into KITCHEN | Goes to Floor |
|---|---|---|---|---|
| Missing Wall: | 1 - | 2' 5" X 6' 8" | Opens into HALL | Goes to Floor |

| DESCRIPTION | QNTY |
|---|---|
| 261.  Remove and Replace 1/2" drywall - hung, taped, ready for texture | 771.08 SF |
| 262.  Add for bullnose (rounded) corners | 771.08 SF |
| 263.  Remove and Replace Add on for trayed, dropped or coffered ceiling | 234.63 SF |
| 264.  Additional labor charge for arched openings | 1.00 EA |
| 265.  Texture drywall - heavy hand texture | 771.08 SF |
| 266.  Paint the walls and ceiling - two coats | 771.08 SF |
| 267.  Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 234.63 SF |
| 268.  Remove and Replace Baseboard - 2 1/4" | 58.91 LF |
| 269.  Paint baseboard - two coats | 58.91 LF |
| 270.  Remove and Replace Batt insulation - 4" - R13 | 270.00 SF |
| 271.  Remove and Replace Window sill | 6.00 LF |
| 272.  Seal & paint window sill | 6.00 LF |
| 273.  Detach & Reset Interior door unit - Standard grade | 1.00 EA |
| 274.  Remove and Replace Casing - 2 1/4" | 17.00 LF |
| 275.  Paint casing - two coats | 17.00 LF |
| 276.  Remove Carpet - Standard grade | 234.63 SF |
| 277.  Carpet - Standard grade | 269.82 SF |
| 15 % waste added for Carpet - Standard grade. | |
| 278.  Remove and Replace Carpet pad - Standard grade | 234.63 SF |
| 279.  Rewire - average residence - copper wiring | 234.63 SF |
| 280.  Remove and Replace Smoke detector | 1.00 EA |
| 281.  Detach & Reset Ceiling fan & light | 1.00 EA |

## Moss and Associates

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

### CONTINUED - Family Rm

| DESCRIPTION | QNTY |
|---|---|
| 282.  Remove and Replace Television cable outlet | 1.00 EA |
| 283.  Remove and Replace Switch | 2.00 EA |
| 284.  Remove and Replace Outlet | 6.00 EA |

NOTES:



| Kitchen | | Height: 9' |
|---|---|---|
| 371.78  SF Walls | 133.14  SF Ceiling | |
| 504.92  SF Walls & Ceiling | 133.14  SF Floor | |
| 14.79  SY Flooring | 40.52  LF Floor Perimeter | |
| 43.22  LF Ceil. Perimeter | | |

| Missing Wall: | 1 - | 14' 8 3/16" X 0" | Opens into FAMILY_RM | Goes to Floor |
|---|---|---|---|---|
| Missing Wall: | 1 - | 4' 4 3/16" X 9' | Opens into FOYER | Goes to Floor/Ceiling |
| Missing Wall: | 1 - | 2' 8 3/8" X 6' 8" | Opens into DINING_RM | Goes to Floor |

| DESCRIPTION | QNTY |
|---|---|
| 285.  Remove and Replace 1/2" drywall - hung, taped, ready for texture | 504.92 SF |
| 286.  Add for bullnose (rounded) corners | 504.92 SF |
| 287.  Remove and Replace Add on for trayed, dropped or coffered ceiling | 133.14 SF |
| 288.  Texture drywall - heavy hand texture | 504.92 SF |
| 289.  Paint the walls and ceiling - two coats | 504.92 SF |

## Moss and Associates

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

**CONTINUED - Kitchen**

| DESCRIPTION | QNTY |
|---|---|
| 290. Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 133.14 SF |
| 291. Remove and Replace Batt insulation - 4" - R13 | 90.00 SF |
| 292. Detach & Reset Refrigerator - top freezer - 18 to 22 cf | 1.00 EA |
| 293. Detach & Reset Range - slide in - gas | 1.00 EA |
| 294. Detach & Reset Microwave oven - over range w/built-in hood | 1.00 EA |
| 295. Detach & Reset Dishwasher | 1.00 EA |
| 296. Detach & Reset Garbage disposer | 1.00 EA |
| 297. Detach & Reset Sink - double | 1.00 EA |
| 298. Detach & Reset Sink faucet - Kitchen - Standard grade | 1.00 EA |
| 299. Floor protection - corrugated cardboard and tape | 133.14 SF |
| 300. Detach & Reset Cabinetry - lower (base) units | 16.00 LF |
| 301. Detach & Reset Cabinetry - upper (wall) units | 9.00 LF |
| 302. Detach & Reset Countertop - Flat laid plastic laminate - Standard grade | 26.00 LF |
| 303. Remove Backsplash - plastic laminate | 29.00 SF |
| 304. (Install) Backsplash - plastic laminate | 29.00 SF |
| 305. Rewire - average residence - copper wiring | 133.14 SF |
| 306. Detach & Reset Recessed light fixture - Standard grade | 1.00 EA |
| 307. Detach & Reset Fluorescent light fixture - Standard grade | 1.00 EA |
| 308. Detach & Reset 220 volt outlet - Heavy duty | 1.00 EA |
| 309. Remove and Replace Phone/low voltage outlet rough-in | 1.00 EA |
| 310. Remove and Replace Phone, TV, or speaker outlet | 1.00 EA |
| 311. Remove and Replace Switch | 3.00 EA |
| 312. Remove and Replace Ground fault interrupter (GFI) outlet | 4.00 EA |

NOTES:

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678



**Dining Rm**                                                                    Height: 9'

| | |
|---|---|
| 294.05  SF Walls | 106.28  SF Ceiling |
| 400.33  SF Walls & Ceiling | 106.28  SF Floor |
| 11.81  SY Flooring | 29.14  LF Floor Perimeter |
| 40.42  LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | 1 - | **5' 11 7/8" X 6' 8"** | **Opens into FOYER** | **Goes to Floor** |
| **Missing Wall:** | 1 - | **2' 8 3/8" X 6' 8"** | **Opens into KITCHEN** | **Goes to Floor** |
| **Missing Wall:** | 1 - | **2' 7" X 6' 8"** | **Opens into Exterior** | **Goes to Floor** |

| DESCRIPTION | QNTY |
|---|---|
| 313.  Remove and Replace 1/2" drywall - hung, taped, ready for texture | 400.33 SF |
| 314.  Add for bullnose (rounded) corners | 400.33 SF |
| 315.  Remove and Replace Add on for trayed, dropped or coffered ceiling | 106.28 SF |
| 316.  Additional labor charge for arched openings | 3.00 EA |
| 317.  Texture drywall - heavy hand texture | 400.33 SF |
| 318.  Paint the walls and ceiling - two coats | 400.33 SF |
| 319.  Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 106.28 SF |
| 320.  Remove and Replace Baseboard - 2 1/4" | 29.14 LF |
| 321.  Paint baseboard - two coats | 29.14 LF |
| 322.  Remove and Replace Batt insulation - 4" - R13 | 162.00 SF |
| Remove and replace insulation from exterior walls | |
| 323.  Seal & paint window sill | 4.00 LF |
| 324.  Remove and Replace Window sill | 4.00 LF |
| 325.  Remove and Replace Carpet pad - Standard grade | 106.28 SF |
| 326.  Remove Carpet - Standard grade | 106.28 SF |
| 327.  Carpet - Standard grade | 122.22 SF |
| 15 % waste added for Carpet - Standard grade. | |
| 328.  Rewire - average residence - copper wiring | 106.28 SF |
| 329.  Detach & Reset Chandelier | 1.00 EA |
| 330.  Remove and Replace Switch | 1.00 EA |
| 331.  Remove and Replace Outlet | 4.00 EA |

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

**CONTINUED - Dining Rm**

| DESCRIPTION | QNTY |
|---|---|

NOTES:



| Coat | | Height: 9' |
|---|---|---|
| 82.15 SF Walls | 5.15 SF Ceiling | |
| 87.30 SF Walls & Ceiling | 5.15 SF Floor | |
| 0.57 SY Flooring | 9.13 LF Floor Perimeter | |
| 9.13 LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY |
|---|---|
| 332. Remove and Replace 1/2" drywall - hung, taped, ready for texture | 87.30 SF |
| 333. Texture drywall - heavy hand texture | 87.30 SF |
| 334. Paint the walls and ceiling - two coats | 87.30 SF |
| 335. Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 5.15 SF |
| 336. Remove and Replace Baseboard - 2 1/4" | 9.13 LF |
| 337. Paint baseboard - two coats | 9.13 LF |
| 338. Detach & Reset Interior door unit - Standard grade | 1.00 EA |
| 339. Remove and Replace Casing - 2 1/4" | 34.00 LF |
| 340. Paint casing - two coats | 34.00 LF |
| 341. Floor protection - corrugated cardboard and tape | 5.15 SF |
| 342. Detach & Reset Shelving - 12" - in place | 4.00 LF |

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

CONTINUED - Coat

| DESCRIPTION | QNTY |
|---|---|

NOTES:



**Foyer**                                                                 Height: 9'

| | |
|---|---|
| 251.01  SF Walls | 68.17  SF Ceiling |
| 319.18  SF Walls & Ceiling | 68.17  SF Floor |
| 7.57  SY Flooring | 25.90  LF Floor Perimeter |
| 31.89  LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 2' 3 11/16" X 9' | Opens into Exterior | Goes to Floor/Ceiling |
|---|---|---|---|---|
| Missing Wall: | 1 - | 2' 10 13/16" X 9' | Opens into Exterior | Goes to Floor/Ceiling |
| Missing Wall: | 1 - | 5' 11 7/8" X 6' 8" | Opens into DINING_RM | Goes to Floor |
| Missing Wall: | 1 - | 4' 4 3/16" X 9' | Opens into KITCHEN | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY |
|---|---|
| 343. Remove and Replace 1/2" drywall - hung, taped, ready for texture | 319.18 SF |
| 344. Add for bullnose (rounded) corners | 319.18 SF |
| 345. Texture drywall - heavy hand texture | 319.18 SF |
| 346. Paint the walls and ceiling - two coats | 319.18 SF |
| 347. Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 68.17 SF |
| 348. Remove and Replace Baseboard - 2 1/4" | 25.90 LF |
| 349. Paint baseboard - two coats | 25.90 LF |
| 350. Floor protection - corrugated cardboard and tape | 68.17 SF |
| 351. Rewire - average residence - copper wiring | 68.17 SF |

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

**CONTINUED - Foyer**

| DESCRIPTION | QNTY |
|---|---|
| 352.  Detach & Reset Light fixture | 1.00 EA |
| 353.  Remove and Replace Switch | 1.00 EA |
| 354.  Remove and Replace Outlet | 2.00 EA |

NOTES:



**Pantry**                                                                        Height: 9'

136.21  SF Walls                    12.45  SF Ceiling
148.65  SF Walls & Ceiling          12.45  SF Floor
1.38  SY Flooring               15.13  LF Floor Perimeter
15.13  LF Ceil. Perimeter

| DESCRIPTION | QNTY |
|---|---|
| 355.  Remove and Replace 1/2" drywall - hung, taped, ready for texture | 148.65 SF |
| 356.  Texture drywall - heavy hand texture | 148.65 SF |
| 357.  Paint the walls and ceiling - two coats | 148.65 SF |
| 358.  Remove and Replace Blown-in cellulose insulation - 8" depth - R30 | 12.45 SF |
| 359.  Remove and Replace Baseboard - 2 1/4" | 15.13 LF |
| 360.  Paint baseboard - two coats | 15.13 LF |
| 361.  Detach & Reset Interior door unit - Standard grade | 1.00 EA |
| 362.  Remove and Replace Casing - 2 1/4" | 34.00 LF |
| 363.  Paint casing - two coats | 34.00 LF |
| 364.  Detach & Reset Shelving - 12" - in place | 50.00 LF |
| 365.  Floor protection - corrugated cardboard and tape | 12.45 SF |

**Moss and Associates**

2101 N. Andrews Ave.
Suite 300
Fort Lauderdale, FL 33311
(954) 524-5678

**CONTINUED - Pantry**

| DESCRIPTION | QNTY |
|---|---|
| 366.  Rewire - average residence - copper wiring | 12.45 SF |
| 367.  Detach & Reset Light fixture | 1.00 EA |
| 368.  Remove and Replace Switch | 1.00 EA |

NOTES:

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 5,476.08 | SF Walls | 1,617.34 | SF Ceiling | 7,093.42 | SF Walls and Ceiling |
| 1,617.34 | SF Floor | 179.70 | SY Flooring | 597.84 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 622.65 | LF Ceil. Perimeter |
| 1,617.34 | Floor Area | 1,752.03 | Total Area | 5,607.97 | Interior Wall Area |
| 2,050.60 | Exterior Wall Area | 212.04 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

