# EXHIBIT F-1-4

# Requirements for Move-out / Move-in

**Move-out**

**Prior to commencement of the Repair Work (as defined in the Work Authorization Agreement) in your property, it will be necessary for you to empty your <u>entire</u> property, including the attic, basement and garage**.

Move out need not occur until the Contractor has confirmed the Move-Out Date which pursuant to the Work Authorization is the date on which the Repair Work will begin. The Contractor will not confirm the Move-Out Date until it has completed the following pre-requisites for conducting the Repair Work efficiently and in compliance with all local rules and regulations:

- Secured all necessary building permits;
- Identified and scheduled for delivery all materials that have long delivery times; and
- Completed all other items as may be set forth in the Schedule of Work

Once ALL of these are complete, the Contractor will confirm the Move-Out Date and you should make all necessary arrangements to move out of the home in accordance with the below requirements.

Move-out includes the removal of all personal property from the property including, but not limited to the following:

- Furniture, area rugs, accessories
- Small appliances such as coffee makers, portable microwaves, mixers
- Owner-purchased/installed appliances, not including refrigerators, freezers, washers and dryers, garbage disposals, stoves, dishwashers, and microwaves
- Clothing/personal effects
- Sports/hobby equipment
- Electronics
- Window treatments including mounting hardware
- Wall decorations (mirrors, photos, pictures, shelving, etc.)
- Tools/lawn equipment (Items can be left in metal sheds on property, but the Contractor has no responsibility for any such items. Risk of damage or loss to such items remains with you, the property owner)
- Food (frozen, refrigerated, dry goods, canned)
- Indoor plants

1

- Pets

In addition to the removal of all personal property, you must also comply with the following:

- Remove all trash and unwanted items from the home.
- No items may be stored within the home including in kitchen cabinets, utility rooms, storage closets, attic spaces, basements, and garage.
- No vehicles, trailers, or storage containers can be left in the driveway or in areas that restrict access to the property in any way.
- Electrical power and water serving the property must remain <u>on</u> during the entire remediation process. Gas service must be turned <u>off</u>.
- Suspend and turn off alarm service monitoring.
- Properly label and provide one (1) complete set of keys which operate all locks to the Contractor.
- To the extent you have property insurance on the property, provide proof of property insurance to the Contractor, and maintain such insurance during the duration of the Repair Work.

Further, we recommend that you forward U.S. mail service to an alternate address, and turn off or suspend your telephone, cable/satellite TV service and/or newspaper service.

You, the property owner, are responsible for ensuring that the above requirements are met prior to the commencement of the Repair Work, including, but not limited to, making all arrangements for moving the above-listed items out of the home and storage of such items. You are also responsible for paying the costs associated with meeting the above requirements from the Lump Sum Payment provided to your pursuant to Section 4.3.1.1 of the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL 2047.

**IF ALL OF THE ITEMS ABOVE ARE NOT COMPLETE, CONTRACTOR WILL NOTIFY YOU. NO WORK WILL START ON YOUR PROPERTY UNTIL ALL OF THESE ITEMS ARE COMPLETE.**

<u>**Move-in**</u>

Prior to moving back into your property, you will be given the opportunity to inspect the completed home with the Contractor. During this inspection you can work with the Contractor to make a list, called a Punch List, of items that are incomplete or incorrect when compared to the conditions in the home prior to the Repair Work, but that will not affect your ability to move back into the home. The Contractor will take care of the items on the Punch List, and may perform some, or all, of the work on the Punch List after you have moved back into the home. Any Punch List item that the Contractor intends to

complete after you have moved back into the home, will be scheduled with you in advance.

Prior to your moving back into the home, the Contractor will do the following:

- Secure a Certificate of Occupancy, Certificate of Completion, or final approval from the Authority Having Jurisdiction (AHJ);

- Deliver the Contractor Certification and Environmental Certification to you, the property owner;

- Provide to you, the property owner, a final release of lien or liens, or such other sufficient evidence, demonstrating that any actual or potential liens filed in relation to the Repair Work have been either released or bonded off such that your title is clear of all liens related to the Repair Work; and

- Require that you sign the Property Release of Contractor

The Contractor has extended a one-year warranty (or other timeframe required by applicable law or regulation, whichever is longer) on the Repair Work.  If any items subject to the warranty are discovered during the warranty period the Contractor should be contacted as soon as possible at the following address and/or phone number:

[enter Contractor contact information for warranty work]