EXHIBIT 4
to CLASS ACTION SETTLEMENT AGREEMENT REGARDING KPT DRYWALL
CLAIMS AGAINST USG AND L&W IN MDL NO. 2047

|    | CASE NUMBER | CASE NAME |
|----|-------------|-----------|
| 1  | 2:09-cv-07628-EEF-JCW | Payton vs. Knauf Gips KG et al (Omni I) |
| 2  | 2:10-cv-00361-EEF-JCW | Wiltz et al v. Beijing New Building Material Public Limited Company et al (Omni II) |
| 3  | 2:09-cv-06690-EEF-JCW | Gross et al v. Knauf Gips KG et al (Omni III) |
| 4  | 2:10-cv-00362-EEF-JCW | Rogers et al v. Knauf Gips KG et al (Omni IV) |
| 5  | 2:10-cv-00932-EEF-JCW | Amato et al v. Liberty Mutual Insurance Company et al (Omni V) |
| 6  | 2:11-cv-00080-EEF-JCW | Abel v. Taishan Gypsum Co. Ltd. et al (Omni VII) |
| 7  | 2:11-cv-00252-EEF-JCW | Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al (Omni VIII) |
| 8  | 2:11-cv-01077-EEF-JCW | Haya et al v. Taishan Gypsum Co. Ltd. et al (Omni IX) |
| 9  | 2:11-cv-01363-EEF-JCW | Block et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al (Omni X) |
| 10 | 2:11-cv-01893-EEF-JCW | Benoit et al v. Lafarge S.A. et al (Omni XI) |
| 11 | 2:11-cv-02349-EEF-JCW | Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al (Omni XII) |
| 12 | 2:11-cv-03023-EEF-JCW | Cassidy vs. Gebrueder Knauf Verwaltungsgesellschaft, KG et al (Omni XIV) |
| 13 | 2:09-cv-04112-EEF-JCW | Allen et al v. Knauf Plasterboard Tianjin Co., Ltd. et al |
| 14 | 2:09-cv-04113-EEF-JCW | Ankney v. Knauf Gips KG et al |
| 15 | 2:09-cv-04118-EEF-JCW | Garcia et al v. Lennar Corporation et al |
| 16 | 2:09-cv-04320-EEF-JCW | Foster v. Northstar Holdings, Inc. et al |
| 17 | 2:09-cv-04351-EEF-JCW | Berthelotte et al v. Knauf Gips KG et al |
| 18 | 2:09-cv-05869-EEF-JCW | Goldstein v. Knauf Gips KG et al |
| 19 | 2:09-cv-05871-EEF-JCW | Plaza v. Knauf Gips KG et al |
| 20 | 2:09-cv-05872-EEF-JCW | Victores et al v. Lennar Homes, LLC et al |
| 21 | 2:09-cv-06051-EEF-JCW | Pastentine v. Knauf Gips KG et al |
| 22 | 2:09-cv-06052-EEF-JCW | Orduna et al v. Knauf Gips KG et al |
| 23 | 2:09-cv-06081-EEF-JCW | Peters v. Knauf Gips KG et al |
| 24 | 2:09-cv-06082-EEF-JCW | Roberts v. Knauf Gips KG et al |
| 25 | 2:09-cv-06083-EEF-JCW | Smith et al v. Knauf Gips KG et al |
| 26 | 2:09-cv-06085-EEF-JCW | Jones v. Knauf Gips KG et al |
| 27 | 2:09-cv-06087-EEF-JCW | Carter v. Knauf Gips KG et al |
| 28 | 2:09-cv-06090-EEF-JCW | Eugene v. Knauf Gips KG et al |
| 29 | 2:09-cv-06092-EEF-JCW | Myles v. Knauf Gips KG et al |
| 30 | 2:09-cv-06093-EEF-JCW | Tromatore et al v. Knauf Gips KG et al |
| 31 | 2:09-cv-06095-EEF-JCW | Zubrowski et al v. Knauf Gips KG et al |
| 32 | 2:09-cv-07042-EEF-JCW | Ashford et al v. Knauf Gips KG et al |
| 33 | 2:09-cv-07495-EEF-JCW | Bartholomew vs. Knauf Plasterboard |
| 34 | 2:09-cv-07549-EEF-JCW | Lewis et al v. Knauf Gips KG et al |
| 35 | 2:09-cv-07550-EEF-JCW | Jordan et al v. Knauf Gips KG et al |
| 36 | 2:09-cv-07551-EEF-JCW | Robins et al v. Knauf Gips KG et al |
| 37 | 2:10-cv-00333-EEF-JCW | McDuffie vs. Knauf Gips KG et al |
| 38 | 2:10-cv-01109-EEF-JCW | Pampel et al vs. Knauf Gips KG et al |

EXHIBIT 4
to CLASS ACTION SETTLEMENT AGREEMENT REGARDING KPT DRYWALL
CLAIMS AGAINST USG AND L&W IN MDL NO. 2047

|    | CASE NUMBER | CASE NAME |
|----|---|---|
| 39 | 2:10-cv-01553-EEF-JCW | Foret et al v. Knauf Gips KG et al |
| 40 | 2:09-cv-03812-EEF-JCW | Greco v. Knauf Gips KG et al |
| 41 | 2:09-cv-03836-EEF-JCW | Harding et al v. Knauf Gips KG et al |
| 42 | 2:09-cv-03837-EEF-JCW | Macombrer et al v. Knauf Gips KG et al |
| 43 | 2:09-cv-03838-EEF-JCW | Pennington v. Knauf Gips KG et al |
| 44 | 2:09-cv-03840-EEF-JCW | Berthaut v. Knauf Gips KG et al |
| 45 | 2:09-cv-03926-EEF-JCW | Maggiore et al v. Knauf Gips KG et al |
| 46 | 2:09-cv-03927-EEF-JCW | Fisher et al v. Knauf Gips KG et al |
| 47 | 2:09-cv-03929-EEF-JCW | Tabor et al v. Knauf Gips KG et al |
| 48 | 2:09-cv-03930-EEF-JCW | Methvin et al v. Knauf Gips KG et al |
| 49 | 2:09-cv-03931-EEF-JCW | Theard et al v. Knauf Gips KG et al |
| 50 | 2:09-cv-03932-EEF-JCW | Antoine et al v. Knauf Gips KG et al |
| 51 | 2:09-cv-04101-EEF-JCW | Lewis et al v. Knauf Gips KG et al |
| 52 | 2:09-cv-04122-EEF-JCW | Guidry et al v. Knauf Gips KG et al |
| 53 | 2:09-cv-04287-EEF-JCW | Pizani et al v. Knauf Gips KG et al |
| 54 | 2:09-cv-04293-EEF-JCW | Rayfield et al v. Knauf Gips KG et al |
| 55 | 2:09-cv-04319-EEF-JCW | Peterson et al v. Treasure Coast Homes, LLC et al |
| 56 | 2:09-cv-04344-EEF-JCW | Schields et al v. Knauf Gips KG et al |
| 57 | 2:09-cv-04345-EEF-JCW | Dunn et al v. Knauf Gips KG et al |
| 58 | 2:09-cv-04381-EEF-JCW | Broesder v. Knauf Gips KG et al |
| 59 | 2:09-cv-04538-EEF-JCW | Evans v. Knauf Gips KG et al |
| 60 | 2:09-cv-04655-EEF-JCW | Smith v. Knauf Gips KG et al |
| 61 | 2:09-cv-04660-EEF-JCW | Ruesch et al v. Knauf Gips KG et al |
| 62 | 2:09-cv-05337-EEF-JCW | Mitchell v. Knauf Gips KG et al |
| 63 | 2:09-cv-05874-EEF-JCW | Green et al v. Knauf Gips KG et al |
| 64 | 2:09-cv-06506-EEF-JCW | Gill v. Knauf Gips KG et al |
| 65 | 2:09-cv-06532-EEF-JCW | Belfour et al v. Knauf Gips KG et al |
| 66 | 2:09-cv-06533-EEF-JCW | Davy et al v. Knauf Gips KG et al |
| 67 | 2:09-cv-06534-EEF-JCW | Carey et al v. Knauf Gips KG et al |
| 68 | 2:09-cv-06538-EEF-JCW | Metzl v. Knauf Gips KG et al |
| 69 | 2:09-cv-06545-EEF-JCW | Steiner et al v. Beijing New Building Material, PLC et al |
| 70 | 2:09-cv-06546-EEF-JCW | DeCarlo et al v. Pulte Home Corporation et al |
| 71 | 2:09-cv-06547-EEF-JCW | Difilippo et al v. Knauf Gips KG et al |
| 72 | 2:09-cv-06737-EEF-JCW | Fulks et al v. Knauf Gips KG et al |
| 73 | 2:09-cv-06741-EEF-JCW | Lebron et al v. Breezes At Galloway, Inc. et al |
| 74 | 2:10-cv-00860-EEF-JCW | Meister v. Knauf Gips KG et al |
| 75 | 2:11-cv-00336-EEF-JCW | Usaga et al v. Knauf Gips KG et al |
| 76 | 50-2010-CA-011046 | Dewar vs. Centerline et al |

EXHIBIT 4
to CLASS ACTION SETTLEMENT AGREEMENT REGARDING KPT DRYWALL
CLAIMS AGAINST USG AND L&W IN MDL NO. 2047

|    | CASE NUMBER        | CASE NAME                                  |
|----|--------------------|--------------------------------------------|
| 77 | 10-1102-CA-B       | Medlen vs. Adams Homes et al               |
| 78 | 10-012855-DIV 1    | Levy vs. LTL Construction vs. L&W Supply   |
| 79 | 09-CA-003181       | Kinelami vs. Shelby Building Corp et al    |
| 80 | 50-2010-CA-015432  | Carroll vs. JSD Builders vs. USG and L&W   |
| 81 | 11-CA-004059       | Jones vs. L&W Supply et al                 |
| 82 | 50-2009-CA-20475   | Goddard vs. Albanese-Popkins et al         |
| 83 | 10-11665-11        | Hamburg vs. Sixy-Fifth and One, LLC et al  |
| 84 | 09-5916 DIV 6-11   | Marrero vs. Interior Exterior et al        |
| 85 | 2009-14897 DIV D   | Poole vs. Knauf Gips KG et al              |
| 86 | 2009-14371 DIV A   | Waguespak vs. Knauf Gips KG et al          |
| 87 | A2410-2010-418     | Clark vs. Knauf Gips KG et al              |
| 88 | A2410-2011-128     | Ladner vs. Knauf Gips KG et al             |
| 89 | A2410-2010-419     | Newman vs. Knauf Gips KG et al             |
| 90 | A2401-2011-127     | Sand vs. Knauf Gips KG et al               |
| 91 | A2401-2011-225     | Sandford vs. Knauf Gips KG et al           |
| 92 | CC-10-06939-E      | Claus vs. Bennett Miller Homes et al       |