EXHIBIT 5
to CLASS ACTION SETTLEMENT AGREEMENT REGARDING KPT
DRYWALL CLAIMS AGAINST USG AND L&W IN MDL NO. 2047

|  | STREET ADDRESS | UNIT NO. | CITY/STATE/ZIP | OMNI |
|---|---|---|---|---|
| 1 | 1014 NE 34th Street |  | Cape Coral, FL 33909-3348 | 1,10 |
| 2 | 101 Nature's Way | 1303 | Rotunda West, FL 33947 | 12 |
| 3 | 101 Nature's Way | 1305 | Rotunda West, FL 33947 | 14 |
| 4 | 102 Hallmark Ave. |  | Lake Placid, FL 33852 | 10 |
| 5 | 1147 Campbell Street |  | Port Charlotte, FL 33953 | 1 |
| 6 | 1159 US 27-S |  | Lake Placid, FL 33852-9125 | 1 |
| 7 | 119 Whispering Oaks Circle |  | St. Augustine, FL 32080 | 11 |
| 8 | 1203 NE 19th Place |  | Cape Coral, FL 33909-1664 | 1 |
| 9 | 1288 Sierra Court |  | Gardendale, AL 35071 | 3 |
| 10 | 13506 Citrus Creek Ct. |  | Ft. Myers, FL 33905 | 8 |
| 11 | 13970 Clubhouse Drive |  | Tampa, FL 33618 | 1 |
| 12 | 13972 Clubhouse Drive |  | Tampa, FL 33618 | 1 |
| 13 | 13974 Clubhouse Drive |  | Tampa, FL 33618 | 1 |
| 14 | 13976 Clubhouse Drive |  | Tampa, FL 33618 | 1 |
| 15 | 1822 NE 23 Street |  | Cape Coral, FL 33909 | 4 |
| 16 | 1829 NE 23rd Street |  | Cape Coral, FL 33909 | 11 |
| 17 | 184 Wanatah Avenue |  | Lehigh Acres, FL 33874 | 2 |
| 18 | 1906 Scarlett Ave. |  | North Port, FL 34289-9490 | 1,5 |
| 19 | 1908 Scarlett Ave. |  | North Port, FL 34289-9490 | 1,5 |
| 20 | 1910 Scarlett Ave. |  | North Port, FL 34289-9490 | 1,5 |
| 21 | 1914 Scarlett Ave. |  | North Port, FL 34289-9490 | 1,5 |
| 22 | 1928 Sifield Greens Way |  | Sun City Center, FL 33573 | 1 |
| 23 | 2003 Sifield Greens Way |  | Sun City Center, FL 33573 | 1 |
| 24 | 2021 Sifield Greens Way |  | Sun City Center, FL 33573 | 1,3 |
| 25 | 2036 Sifield Greens Way |  | Sun City Center, FL 33573 | 1 |
| 26 | 2044 Sifield Greens Way |  | Sun City Center, FL 33573 | 1 |
| 27 | 210 NW 27th Ave. |  | Cape Coral, FL 33993 | 1 |
| 28 | 213 Treasure Beach Rd. |  | St. Augustine, FL 32080-7331 | 1 |
| 29 | 214 Stevensville Street |  | Port Charlotte, FL 33954 | 3 |
| 30 | 2517 NW 14th Place |  | Cape Coral, FL 33993 | 1 |
| 31 | 2643 Fairmont Cove |  | Cape Coral, FL 33991-3049 | 1,11 |
| 32 | 2882 43rd Avenue NE | 63 | Naples, FL 34120 | 3 |
| 33 | 2908 Alana Lane |  | Marrero, LA 70072 | 1 |
| 34 | 3031 38th Street SW |  | Lehigh Acres, FL 33976 | 14 |
| 35 | 308 Cimarron Court |  | Poinciana, FL 34759 | 11 |
| 36 | 31920 Buz Bee Rd. |  | Spanish Fort, AL 36527 | 3 |
| 37 | 3273 Oklahoma Street |  | North Port, FL 34286 | 1 |

EXHIBIT 5
to CLASS ACTION SETTLEMENT AGREEMENT REGARDING KPT
DRYWALL CLAIMS AGAINST USG AND L&W IN MDL NO. 2047

|  | STREET ADDRESS | UNIT NO. | CITY/STATE/ZIP | OMNI |
|---|---|---|---|---|
| 38 | 34249 Sahalee Loop |  | Dade City, FL 33525 | 1,8 |
| 39 | 3485 SW Funtuna St. |  | Port St. Lucie, FL 34953 | 3 |
| 40 | 3705 Springwood Lane |  | Ocean Springs, MS 39564 | 1 |
| 41 | 4017 Courtside Way |  | Tampa, FL 33618 | 1 |
| 42 | 402 Lincoln Blvd. |  | Lehigh Acres, FL 33936 | 2 |
| 43 | 4021 Courtside Way |  | Tampa, FL 33618 | 1 |
| 44 | 4023 Courtside Way |  | Tampa, FL 33618 | 1 |
| 45 | 4027 Courtside Way |  | Tampa, FL 33618 | 1 |
| 46 | 4111 Courtside Way |  | Tampa, FL 33618 | 1 |
| 47 | 4113 Courtside Way |  | Tampa, FL 33618 | 1 |
| 48 | 4115 Courtside Way |  | Tampa, FL 33618 | 1 |
| 49 | 4117 Courtside Way |  | Tampa, FL 33618 | 1 |
| 50 | 4131 Courtside Way |  | Tampa, FL 33618 | 1 |
| 51 | 4133 Courtside Way |  | Tampa, FL 33618 | 1 |
| 52 | 4135 Courtside Way |  | Tampa, FL 33618 | 1 |
| 53 | 4137 Courtside Way |  | Tampa, FL 33618 | 1 |
| 54 | 445 Windermere Drive |  | Lehigh Acres, FL 33972 | 1 |
| 55 | 4563 28th Place SW |  | Naples, FL 34116 | 10 |
| 56 | 4803 Myrtle Drive |  | Fort Pierce, FL 34982 | 1,11 |
| 57 | 4805 Myrtle Drive |  | Fort Pierce, FL 34982 | 1,11 |
| 58 | 5305 Nicklaus Drive |  | Winter Haven, FL 33884-3593 | 1,14 |
| 59 | 6340 Floyd Johnson Road |  | Fort Pierce, FL 34949 | 1,10 |
| 60 | 702 Calvin Avenue |  | Lehigh Acres, FL 33972 | 1,3,11 |
| 61 | 7281 Lemon Grass Drive |  | Parkland, FL 33076 | 1 |
| 62 | 781 NE 130th Court |  | Silver Springs, FL 34488 | 10 |
| 63 | 787 NE 130th Court |  | Silver Springs, FL 34488 | 10 |
| 64 | 8881 SW 229th Street |  | Cutler Bay, FL 33190 | 2 |
| 65 | 8882 SW 229th Street |  | Cutler Bay, FL 33190 | 2,3,7 |
| 66 | 8884 SW 229th Street |  | Cutler Bay, FL 33190 | 7 |
| 67 | 8954 SW 227th Terrace |  | Miami, FL 33190 | 4,11 |
| 68 | 8958 SW 227th Terrace |  | Cutler Bay, FL 33190 | 1,11 |
| 69 | 8962 SW 227th Terrace |  | Cutler Bay, FL 33190 | 1,11 |
| 70 | 9001 Sunrise Lakes Blvd. | 311 | Sunrise, FL 33322 | 1,3,9 |
| 71 | 9184 Wilmington Blvd. |  | Englewood, FL 34224 | 8 |
| 72 | 924 NE 9th Terrace |  | Cape Coral, FL 33909 | 8,11 |
| 73 | 959 Avenue B |  | Westwego, LA 70094 | 1 |
| 74 | 9608 Kenley Court |  | Parkland, FL 33076 | 1,3 |

EXHIBIT 5
to CLASS ACTION SETTLEMENT AGREEMENT REGARDING KPT
DRYWALL CLAIMS AGAINST USG AND L&W IN MDL NO. 2047

|    | STREET ADDRESS | UNIT NO. | CITY/STATE/ZIP | OMNI |
|----|----------------|----------|----------------|------|
| 75 | 963 Avenue B | | Westwego, LA 70094 | 1 |
| 76 | 99 Vivante Blvd. | 210 | Punta Gorda, FL 33950-2034 | 1 |
| 77 | 99 Vivante Blvd. | 404 | Punta Gorda, FL 33950-2036 | 1 |
| 78 | 99 Vivante Blvd. | 217 | Punta Gorda, FL 33950-2034 | 1 |
| 79 | 99 Vivante Blvd. | 202 | Punta Gorda, FL 33950 | 1 |
| 80 | 99 Vivante Blvd. | 303 | Punta Gorda, FL 33950 | 1 |
| 81 | 99 Vivante Blvd. | 401 | Punta Gorda, FL 33950 | 1 |
| 82 | 99 Vivante Blvd. | 201 | Punta Gorda, FL 33950 | 1 |
| 83 | 99 Vivante Blvd. | 208 | Punta Gorda, FL 33950 | 1 |
| 84 | 99 Vivante Blvd. | 209 | Punta Gorda, FL 33950 | 1 |
| 85 | 99 Vivante Blvd. | 301 | Punta Gorda, FL 33950 | 1 |
| 86 | 99 Vivante Blvd. | 99312 | Punta Gorda, FL 33950 | 1,5 |
| 87 | 99 Vivante Blvd. | 313 | Punta Gorda, FL 33950 | 1 |
| 88 | 99 Vivante Blvd. | 406 | Punta Gorda, FL 33950 | 1 |
| 89 | 99 Vivante Blvd. | 207 | Punta Gorda, FL 33950 | 1 |
| 90 | 99 Vivante Blvd. | 302 | Punta Gorda, FL 33950 | 1 |
| 91 | 99 Vivante Blvd. | 410 | Punta Gorda, FL 33950 | 1 |
| 92 | 99 Vivante Blvd. | 9936 | Punta Gorga, FL 33950 | 1,5 |
| 93 | 99 Vivante Blvd. | 205 | Punta Gorda, FL 33950 | 1 |
| 94 | 99 Vivante Blvd. | 412 | Punta Gorda, FL 33950 | 1 |
| 95 | 99 Vivante Blvd. | 213 | Punta Gorda, FL 33950 | 1,5 |
| 96 | 9943 Vivante Blvd. | 9943 | Punta Gorda, FL 33950 | 1 |
| 97 | 9947 Vivante Blvd. | | Punta Gorda, FL 33950 | 1 |

Exhibit 5 is a list of properties in the Litigation to which L&W does not dispute that it supplied ½" drywall after May 17, 2006 through January 31, 2007. Inclusion on this list does not mean that KPT Chinese Drywall has been confirmed in the home. This list includes homes that are under review for participation in the Settlement Agreement for the Demonstration Remediation of Homes with KPT Drywall, entered into on October 15, 2010. This list does not include homes that are the subject of settlements and listed on Exhibit 1.