Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111876-0064

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:
--Building Materials Wholesale, Inc., c/o McDonald,
Fleming, Moorhead
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Escambia_ )

Name of Server: _Glenroy Little_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _10th_ day of _August_ , 20 _11_ , at _1:42_ o'clock _P_ M

Place of Service: at _25 West Government Street_ , in _Pensacola, FL  32502_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Building Materials Wholesale, Inc., c/o McDonald, Fleming, Moorhead**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Pam Heibebrecht, Paralegal_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Wht_ ; Hair Color _Brown_ ; Facial Hair _N/A_
Approx. Age _62_ ; Approx. Height _5'4_ ; Approx. Weight _120_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
_11th_ day of _Aug_ , 20 _11_
_2014_

_____
Signature of Server

**APS International, Ltd.**

_____
Notary Public          (Commission Expires)


KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters