Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0145

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Caceres Drywall Corp.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida**  ) ss.
County of: **Dade**  )

**Name of Server:** **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27** day of **August**, 20 **11**, at **10:54** o'clock **A** M

**Place of Service:** at **14984 S.W. 93rd Street**, in **Miami, FL 33196**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Caceres Drywall Corp.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **John Doe Co-Resident**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **29** day of **August**, 20 **11**

Notary Public
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013

**APS International, Ltd.**

Comments:
John Doe would'nt open the door of this private house.
Papers were left in front of the door. Cars parked in the driveway
Acura Tag # 772 LMK    Altima Tag # ANFD20
Lexus Tag # 667-LRT   Dodge Pickup 380 LGC