Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0118

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Caliber Properties, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Ice R Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8_ day of _August_, 20_11_, at _3:31_ o'clock _P_ M

**Place of Service:** at _1311 Spring Street, Suite A_, in _Gulfport, MS 39507_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Caliber Properties, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Martin Warren, RA_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _Brown/Gray_ ; Facial Hair _No_
Approx. Age _40-59_ ; Approx. Height _5'10_ ; Approx. Weight _170_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _9th_ day of _August_, 20_11_

_Signature of Server_

Notary Public       Sept 22, 2014 (Commission Expires)

**APS International, Ltd.**

*[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 97120, DAVID EATON, Commission Expires Sept. 22, 2014, HARRISON COUNTY]*