Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 111876-0119

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Carl F. Gonzalez
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: Harrison )

**Name of Server:** Joe R. Gillis, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of August, 20 11, at 12:40 o'clock P M

**Place of Service:** at 15161 Northrup Cuevas Road, in Gulfport, MS 39503

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Carl F. Gonzalez**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of Tammy Gonzales - Wife, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Carl F. Gonzalez** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color WHITE; Hair Color Black; Facial Hair _____
Approx. Age 36-50; Approx. Height 5/6; Approx. Weight 150

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 11 day of August, 20 11

Signature of Server

Notary Public    (Commission Expires) 9/22/14

APS International, Ltd.

