UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 |
| | * * | SECTION "L" JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| *Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* Case No. 2:11-cv-00252-EEF-JCW (E.D.La.) | * * * * * | MAG. DIV. "2" MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel of Steven F. Griffith, Jr. and Laura E. Carlisle, and hereby file this Notice of Appearance as counsel on behalf of Defendant, Universal Construction Company, Inc., in *Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.,* Case No. 2:11-cv-00252-EEF-JCW. Counsel respectfully request that all pleadings, documents, and correspondence be served upon undersigned counsel in connection with these actions.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By:    *s/Steven F. Griffith, Jr.*
           STEVEN F. GRIFFITH, JR. (27232)
           LAURA E. CARLISLE (33760)
           201 St. Charles Avenue, Suite 3600
           New Orleans, Louisiana  70170
           TELEPHONE:  (504) 566-5200
           FACSIMILE:  (504) 636-4000
           sgriffith@bakerdonelson.com
           lcarlisle@bakerdonelson.com

**ATTORNEYS FOR UNIVERSAL
CONSTRUCTION COMPANY, INC.**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2012, the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                  *s/Steven F. Griffith, Jr.*
                                                  STEVEN F. GRIFFITH, JR.