Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0039

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

**Service of Process on:**
--Castle Rock Builders, LLC
Court Case No. 11-1363 Section L

State of: Texas ) ss.
County of: RANDALL )

**Name of Server:** Brad Everett, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12th day of August, 20 11, at 7:50 o'clock P M

**Place of Service:** at 7740 Pinnacle ~~3822 Business Park~~ Drive, in Amarillo, TX 19110

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Castle Rock Builders, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Shane Killham, d/b/a Castle Rock Builders

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair under lip
Approx. Age 38; Approx. Height 6'4"; Approx. Weight 220

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Brad Everett
Signature of Server

Subscribed and sworn to before me this 15th day of Aug., 20 11

Donna Oliver
Notary Public (Commission Expires)

**APS International, Ltd.**

