Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0045

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Castlerock Communities, LLP
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Texas_ ) ss.
County of: _Harris_ )

**Name of Server:** _Lindell Charles_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _9th_ day of _August_, 20 _11_, at _3:20_ o'clock _P_ M

**Place of Service:** at _76070 Woodway Drive, Ste. 30_, in _Houston, TX 77063_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Castlerock Communities, LLP**
By delivering them into the hands of an officer or managing agent whose name and title is: _Maria Mendoza, Vendor Account Specialist_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Hispanic_ ; Hair Color _Black_ ; Facial Hair _—_
Approx. Age _30+_ ; Approx. Height _5'4"_ ; Approx. Weight _135_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server  # SCH-324

Subscribed and sworn to before me this _15_ day of _August_, 20 _11_

_[signature] Joe Barak_
Notary Public    (Commission Expires)

**APS International, Ltd.**

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013