Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0150

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes Construction, Inc., c/o Leopold, Korn, Leopold & Snyder, P.A.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __BROWARD__ )
Name of Server: __Felix Onate__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __19__ day of __August__, 20 __11__, at __1:55__ o'clock __P__ M

Place of Service: at __825 Coral Ridge Dr.__, in __Coral Springs, FL  33071__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes Construction, Inc., c/o Leopold, Korn, Leopold & Snyder, P.A.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Gissela Rogers  Receptionist__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __35__ ; Approx. Height __5'7__ ; Approx. Weight __145__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Felix Onate__
Signature of Server

Subscribed and sworn to before me this __22__ day of __August__, 20 __11__

Notary Public                 (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014