Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0149

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Port St. Lucie, Ltd., c/o Leopold, Korn, Leopold & Snyder, P.A.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Dade )
Name of Server: Felix Onate, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19 day of August, 20 11, at 1:55 o'clock P M

Place of Service: at 825 Coral Ridge Dr., in Coral Springs, FL  33071

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Centerline Port St. Lucie, Ltd., c/o Leopold, Korn, Leopold & Snyder, P.A.**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: Gissela Rogers Receptionist

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair ___
Approx. Age 35 ; Approx. Height 5'7 ; Approx. Weight 145

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Felix Onate*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 22 day of August, 20 11

Notary Public  *[signature]*  (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014