Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN  55439-3122

APS File #:  111876-0113

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Christopher Duet
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Ms** ) ss.
County of: **Hancock** )

Name of Server: **Steven Scholtes**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8** day of **August**, 20 **11**, at **11:26** o'clock **A** M

Place of Service: at **6432 Kome Drive**, in **Diamondhead, MS  39525**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Christopher Duet**

Person Served, and Method of Service:
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Christopher Duet** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Black**; Facial Hair **No**
Approx. Age **43**; Approx. Height **5'6**; Approx. Weight **180**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **8** day of **Aug**, 20 **11**
4/26/15
Notary Public          (Commission Expires)

APS International, Ltd.

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 98899
TINA FRANCO
Commission Expires
April 26, 2015
HANCOCK COUNTY