Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0154

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Coastal Construction of South Florida, Inc., CORPCO, Inc.

Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18** day of **August**, 20 **11**, at **12:50** o'clock **P** M

Place of Service: at **2699 South Bayshore Drive, 7th Fl.**, in **Miami, FL 33133**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Coastal Construction of South Florida, Inc., CORPCO, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Susan Marrero Paralegal**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Blonde** ; Facial Hair ____
Approx. Age **45** ; Approx. Height **6'2** ; Approx. Weight **190**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **22** day of **August**, 20 **11**

Notary Public    (Commission Expires)

Notary Public-State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014