UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION "L" |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Abreu v. Gebrueder Knauf* | * | MAG. DIV. "2" |
| *Verwaltungsgesellschaft, KG et al.* | * | MAG. JUDGE WILKINSON |
| Case No. 2:11-cv-00252-EEF-JCW (E.D.La.) | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO VACATE AND SET ASIDE PRELIMINARY DEFAULT
JUDGMENT AND REQUEST FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927**[1]

**NOW INTO COURT,** through undersigned counsel, comes defendant, Universal

Construction Company, Inc. ("Universal"), and, pursuant to Rules 55(c) and 60(b) of the Federal

Rules of Civil Procedure, respectfully moves this Court to vacate and set aside the entry of

preliminary default entered against Universal on February 24, 2012.  [R. Doc. 12599].

Since June of 2011, plaintiffs' counsel has known that it sued the wrong party.  It

confirmed this fact in writing to Universal at that time.  Yet, despite a host of requests by

Universal for the plaintiffs to dismiss it, it was not dismissed.  Then, plaintiffs' counsel had a

preliminary default entered against Universal.  Then, plaintiffs' counsel refused to prepare and

file a Motion to Set Aside the preliminary default judgment.

---

[1] This Motion to Vacate is unopposed.  The request for sanctions is opposed.

So, Universal has had to engage undersigned counsel, file a Notice of Appearance, and prepare and file this Motion.  Therefore, it requests relief as follows:

- An Order vacating and setting aside the entry of preliminary default against Universal;

- An Order finding plaintiffs' counsel's conduct unreasonably and vexatiously multiplied the proceedings; and

- An Order granting Universal its fees and costs in appearing in this action to set aside a default.

**WHEREFORE,** Universal Construction Company, Inc. respectfully requests that the Court vacate and set aside the preliminary default judgment entered against it and award it the costs, expenses, and fees for defending this proceeding, in an amount to be set by the Court following a Motion to Set Fees and Costs.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By:      *s/Steven F. Griffith, Jr.*
　　　　STEVEN F. GRIFFITH, JR. (27232)
　　　　LAURA E. CARLISLE (33760)
　　　　201 St. Charles Avenue, Suite 3600
　　　　New Orleans, Louisiana  70170
　　　　TELEPHONE:  (504) 566-5200
　　　　FACSIMILE:  (504) 636-4000
　　　　sgriffith@bakerdonelson.com
　　　　lcarlisle@bakerdonelson.com

**ATTORNEYS FOR UNIVERSAL
CONSTRUCTION COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2012, the above and foregoing Motion to Vacate and Set Aside Preliminary Default Judgment and Request for Sanctions Pursuant to 28 U.S.C. § 1927 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

_s/Steven F. Griffith, Jr._
STEVEN F. GRIFFITH, JR.