UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047 |
| | | SECTION "L" |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| *Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* Case No. 2:11-cv-00252-EEF-JCW (E.D.La.) | * * * * * | MAG. DIV. "2" MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Vacate and Set Aside Preliminary Default Judgment and Motion for Sanctions Pursuant to 28 U.S.C. § 1927, filed on behalf of Defendant, Universal Construction Company, Inc., will be submitted before the Hon. Eldon E. Fallon, District Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on April 11, 2012, at 9:00 a.m.

Dated:  March 27, 2012.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**


By:  *s/Steven F. Griffith, Jr.*
STEVEN F. GRIFFITH, JR. (27232)
LAURA E. CARLISLE (33760)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
TELEPHONE:  (504) 566-5200
FACSIMILE:  (504) 636-4000
sgriffith@bakerdonelson.com
lcarlisle@bakerdonelson.com

**ATTORNEYS FOR UNIVERSAL
CONSTRUCTION COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2012, the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

       *s/Steven F. Griffith, Jr.*
       STEVEN F. GRIFFITH, JR.