UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION "L" |
| *THIS DOCUMENT PERTAINS TO*: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| RUSS M. HERMAN AND ARNOLD LEVIN | |
| Plaintiffs, | Case No. 2:12-00497 |
| VERSUS | |
| CATAPHORA, INC. AND ROGER CHADDERDON | |
| Defendants. | |

### CATAPHORA, INC. AND ROGER CHADDERDON'S MOTION TO DE-CONSOLIDATE ABOVE ACTION FROM CHINESE DRYWALL MDL AND TO TRANSFER

**NOW INTO COURT**, through the undersigned counsel, comes defendants, Cataphora, Inc. and Roger Chadderdon (hereinafter, collectively, "Cataphora") who respectfully requests that this Honorable Court grant its Motion to De-Consoldate this case and transfer it back to the originally assigned judge. This case is not a related or "tag-along" action. It should not have been transferred to this Honorable Court as it does not arise out of, nor is it related to, the Chinese drywall litigation. Furthermore, this action is not a collateral case pursuant to Local Rule 3.1E. As such, it should not have been transferred to this Honorable Court to begin with. The claims brought by the plaintiffs in this lawsuit are for defamation and interference with prospective advantage. They arise out of a

breach of contract claim litigated in California and do not share a factual basis with the Chinese drywall products liability litigation centralized in MDL No. 2047.

WHEREFORE, for the foregoing reasons and the reasons set forth in the accompanying Memorandum in Support, Cataphora respectfully requests that this Honorable Court transfer this case back to Section "N" where the case was originally randomly assigned.

**Respectfully submitted:**

/s/ *Nancy J. Marshall*
NANCY J. MARSHALL (#8955)
MELISSA M. SWABACKER (#32710)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile:  (504) 566-1201
nmarshall@dkslaw.com
mswabacker@dkslaw.com
Attorneys for Cataphora, Inc. and
Roger Chadderdon

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record via the Court's electronic filing system on this March 27, 2012.

/s/ *Nancy J. Marshall*

#2632096v1<DKS> -Motion to De-Consolidate