UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *THIS DOCUMENT PERTAINS TO*: | |
| RUSS M. HERMAN AND ARNOLD LEVIN | |
| Plaintiffs, | Case No. 2:12-00497 |
| VERSUS | |
| CATAPHORA, INC. AND ROGER CHADDERDON | |
| Defendants. | |

### ORDER

Considering the foregoing Motion of Cataphora, Inc. and Roger Chadderdon to De-Consolidate and Transfer;

**IT IS ORDERED** that Cataphora, Inc. and Roger Chadderdon to De-Consolidate and Transfer be and is hereby GRANTED; and,

**IT IS ALSO ORDERED** that this case is transferred back to Section "N" for further proceedings.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
**THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE**