UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *THIS DOCUMENT PERTAINS TO*: | |
| RUSS M. HERMAN AND ARNOLD LEVIN | |
| Plaintiffs, | *Case No. 2:12-00497* |
| VERSUS | |
| CATAPHORA, INC. AND ROGER CHADDERDON | |
| Defendants. | |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the undersigned counsel for Cataphora, Inc. and Roger Chadderdon, will submit their Motion to De-Consolidate and Transfer before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on the 25th day of April, 2012.

**Respectfully submitted:**

/s/ *Nancy J. Marshall*
NANCY J. MARSHALL (#8955)
MELISSA M. SWABACKER (#32710)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile:   (504) 566-1201
nmarshall@dkslaw.com
mswabacker@dkslaw.com
Attorneys for Cataphora, Inc. and
Roger Chadderdon

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record via the Court's electronic filing system on this March 27, 2012.

/s/ *Nancy J. Marshall*

Notice of Submission