Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0067

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulf Breeze Construction, Inc
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Brevard** )

**Name of Server:** **Aubrey F. Henderson**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9** day of **August**, 20 **11**, at **12** o'clock **54 P** M

**Place of Service:** at **579 Hwy A1A, #401**, in **Satellite Beach, FL 32937**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gulf Breeze Construction, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Linda Schiegner, President**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Blonde**; Facial Hair **None**
Approx. Age **55**; Approx. Height **5'5"**; Approx. Weight **140-150 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **13** day of **August**, 20 **11**

Notary Public

K. R. HENDERSON
MY COMMISSION # EE 008872
EXPIRES: November 15, 2014
Bonded Thru Notary Public Underwriters

**APS International, Ltd.**