Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0175

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Hessen Construction, Corp.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _FLORIDA_ ) ss.
County of: _BROWARD_ )

**Name of Server:** _Felix Onate_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _20_ day of _August_, 20_11_, at _10:25_ o'clock _A_ M

**Place of Service:** at _1236 Taylor Street_, in _Hollywood, FL 33019_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hessen Construction, Corp.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _ANA MUNOZ Wife of Carlos MUNOZ R.A._

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Black_ ; Facial Hair _____
Approx. Age _55_ ; Approx. Height _5'1_ ; Approx. Weight _130_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Felix Onate_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _22_ day of _August_, 20_11_

_[signature]_
Notary Public                    (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014