Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0100

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Highland Lakes Homes, LLC, d/b/a Eddleman Homes, LLC

Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** **DANIEL MOORE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9** day of **AUG**, 20 **11**, at **1:20** o'clock **P** M

**Place of Service:** at **2700 US Highway 280, Suite 425**, in **Birmingham, AL 35223**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Highland Lakes Homes, LLC, d/b/a Eddleman Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **BRANDY PARSONS, AUTHORIZED AGENT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **BLONDE**; Facial Hair **N/A**
Approx. Age **30**; Approx. Height **5'8"**; Approx. Weight **180**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Daniel Moore*
Signature of Server

Subscribed and sworn to before me this **10** day of **AUG**, 20 **11**

*Martha Moore* 5/21/14
Notary Public (Commission Expires)

**APS International, Ltd.**

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014