UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *Payton v. Knauf Gips KG, et al.* Case No. 09-7628 | * * * | MAG. JUDGE WILKINSON |

### PLAINTIFF HERNAN HOYOS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT STANDARD PACIFIC OF SOUTH FLORIDA GP, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Hernan Hoyos hereby dismisses with prejudice all of his claims against DEFENDANT, STANDARD PACIFIC OF SOUTH FLORIDA GP, INC., incorrectly identified in Amended Exhibit B to Complaint as Standard Pacific Homes of South Florida, a Florida General Partnership, and Standard Pacific Homes of South Florida GP, Inc. Each party is to bear its own respective costs and attorney's fees. Attached hereto as Exhibit "A" is correspondence from April S. Goodwin, counsel for Plaintiff, dated February 20, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                          Respectfully submitted,

By:   /s/ Leonard A. Davis
        RUSS M. HERMAN, ESQ. (#6819)
        LEONARD A. DAVIS, ESQ. (#14190)
        STEPHEN J. HERMAN, ESQ. (#23129)
        Herman, Herman, Katz & Cotlar, LLP
        820 O'Keefe Avenue
        New Orleans, LA  70113
        Telephone: (504) 581-4892
        Facsimile: (504) 561-6024
        LDavis@hhkc.com
        *Plaintiffs' Liaison Counsel, MDL 2047*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of March, 2012.

                                /s/ Leonard A. Davis