Ronald J. Maggio (as Agent for)
RJM Builders North, Inc
154 Plantation Ave
Tavernier, Florida 33070

UNITED STATES DISTRIC COURT

Eastern District Of LOUISIANA

Payton et al.v. Knauf Gips
KG, et al,

NO.209-cv-07628 (E.D. La.)

And

All related Chinese drywall cases

Plaintiff,

        vs.

MDL NO. 2047

SECTION 1

JUDGE FALLON

MAG. JUDGE WILKINSON

**RJM Builders North, Inc. a Florida Corporation.**

**and**

**all other named defendants listed in Exhibit A**

The Defendant (primary), **RJM Builders North, Inc.** is a defunct corporation with no assets, funds or ability to attain appropriate legal representation. Rjm Builders north, Inc has no means of obtaining competent legal Representation. All documents and replies are from its former president. We ask the court to take this into consideration on all technical filings.

TENDERED FOR FILING

MAR 26 12

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

COMES NOW, the Defendant RJM Builders North, Inc, in response to the entry of a preliminary plaintiff's default for non compliance dated February 24, 2012 (see attached exhibit B.)

1. The defendant completed the Builders Profile Sheet and supplied all available information to the plaintiffs' attorneys. The defendant has not failed to plead or defend the action.
2. The defendant had limited knowledge of this property.
3. The defendant returned to the requesting attorneys a completed profile sheet.
4. The defendant supplied all information it could to plaintiff's attorney.
5. The courts where supplied **intentionally, with bogus and false sworn affidavits, from plaintiffs' attorneys. Stating defendant did not respond.**
6. The plaintiffs' attorneys Russ M. Herman, Lenard A. Davis and all other attorneys at Herman, Herman, Katz & Cotlar systematically mailed critical documents and information requests, to defendant's at wrong and incomplete address, in a pre planned scheme to claim defendants' failed to plead or otherwise defend their action.

The Defendant prays for the following relief:

1. The defendant not be held in default since he supplied plaintiffs' attorneys with completed company profile sheets and all other available requested documents.

And /or

And/or

2. The Court immediately and with prejudice rescinds its order for an Entry Of Preliminary Default (Dated February 24, 2012) against RJM Builders North, Inc on the clear grounds of attorney misconduct. In that notices where intentionally or thru total incompetence sent to wrong address and wrong names depriving defendants' the right to respond.

and/or

3. The Court immediately and with prejudice rescinds its order for an Entry Of Preliminary Default (Dated February 24, 2012) against all named defendants on the clear grounds of attorney misconduct. In that notices where intentionally or thru total incompetence sent to wrong address and wrong names depriving defendants' the right to respond.

Ronald J. Maggio Sr.
Acting as Defendants Agent
154 Plantation Ave
Tavernier, Florida 33070
RJMFLA@comcast.net
(561) 718-9680