## VERIFIED RETURN OF SERVICE

State of FLORIDA                County of                         Southern Court

Case Number: MDL-2047   Court Date: 3/28/2011  10:00 am

CPP2012001303

Plaintiff:
**IN RE: CHINESE-MANUFACTURED DRYWALL PROD. LIAB. LIT.**
vs.
Defendant:

For: Patrick S. Montoya, Esq.
    COLSON HICKS EIDSON ^

Received by CIVIL PROCESS, LLC. on the 1st day of March, 2012 at 9:00 am to be served on **SHANNON JONES KONTINOS YAHOO! LEGAL COMPLIANCE MANAGER, 701 FIRST AVENUE, SUNNYVALE, CA 94089.** I, Zac Swigart, being duly sworn, depose and say that on the __7__ day of __March__, 2012 at 13:30 P.m., executed service by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION W/F $45.00** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) OTHER SERVICE: As described in the Comments below by serving __Stephen Murphy__ as __Authorized Representative__

( ) NON-SERVICE: For the reason(s) described below: _____

MILITARY STATUS: _____

MARITAL STATUS: _____

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the ____ day of _____, ____ by the affiant who is personally known to me.

PROCESS SERVER # __1326__
Appointed in accordance with State Statutes

_____
NOTARY PUBLIC

State of California, County of SANTA CLARA
Subscribed and sworn to (or affirmed) before me on this 14 day of MAR 20/12 by Zac A Swigart proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
_(Signature of Notary)_

CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
(   ) 375-9111
Serial Number: 2012001303

PHYLLIS I. ARMENTA
COMM. # 1858595
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Exp. Aug. 19, 2013