## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Jessica Cassidy, et al.<br>v.<br>Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.<br><br>CASE NO.: 11-3023<br>SECTION.: L<br>MAG. 2 | |

### PETE NIETO AND JENNIFER AND FRANK L. CAMINITA'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT, BARNEY CORE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), PLAINTIFFS, Pete Nieto and Jennifer and Frank L. Caminita, hereby dismiss, without prejudice, all of their claims against DEFENDANT Barney Core, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Pete Nieto and Jennifer and Frank L. Caminita shall continue to pursue their claims against the remaining defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Seth J. Smiley of Wolfe Law Group, LLC, counsel for Pete Nieto and Jennifer and Frank L. Caminita, dated March 21, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: March 28, 2012

/s/ Russ M. Herman
_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel; MDL 2047*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of March, 2012.

      /s/ Leonard A. Davis
      _____
      Leonard A. Davis, Esquire (Bar No. 14190)
      HERMAN, HERMAN, KATZ & COTLAR, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      *Plaintiffs' Liaison Counsel; MDL 2047*