# WOLFE LAW GROUP

Scott G. Wolfe Jr. (LA, WA, OR, CA)
Seth J. Smiley (LA, CA)
Bradley Aldrich, Of Counsel (LA)
Jason Stone, Of Counsel (WA, MT)

Louisiana
Washington
Oregon
California

REPLY TO:
4821 Prytania Street
New Orleans, LA 70115
Phone: (504) 894-9653
Fax: (866) 761-8934

March 21, 2012

**VIA FACSIMILE (504) 561-6024 & U.S. Mail**

To: Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: In re: Chinese Manufactured Drywall Products Liability Litigation
*Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
United States District Court for the Eastern District of Louisiana
Case No.: 11-3023; Sect.: L Mag 2

Dear Russ and Lenny:

My clients, Pete Nieto and Jennifer and Frank Caminita, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Barney Core in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,
WOLFE LAW GROUP, L.L.C.

*/s/ Seth Smiley*

Seth J. Smiley

SJS/mb