Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0071

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Horvath & Horvath Drywall, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **OKEECHOBEE**)

**Name of Server:** **GREGORY GERNAT**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9** day of **AUGUST**, 20**11**, at **6:57** o'clock **P** M

**Place of Service:** at 10155 N.E. 101st Street, in Okeechobee, FL 34972

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Horvath & Horvath Drywall, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **RAY HORVATH, REGISTERED AGENT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **GRAY**; Facial Hair **N**
Approx. Age **65**; Approx. Height **5'10"**; Approx. Weight **240**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  06-17

Subscribed and sworn to before me this **10th** day of **August**, 20**11**

Notary Public   (Commission Expires)

LUCELLIA I. WHEATON
MY COMMISSION # DD749604
EXPIRES: January 16, 2012
Fl. Notary Discount Assoc. Co.

**APS International, Ltd.**