Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0101

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--HPH Properties, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: ALABAMA ) ss.
County of: JEFFERSON )

**Name of Server:** DANIEL MOORE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of AUG, 20 11, at 2:30 o'clock P M

**Place of Service:** at 2236 Cahaba Valley Drive, Suite 100, in Birmingham, AL 35242

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
HPH Properties, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: GERALD STOUGH, AUTHORIZED AGENT

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color GRY/WHT; Facial Hair N/A
Approx. Age 55 ; Approx. Height 6'2" ; Approx. Weight 200

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Daniel Moore*
Signature of Server

Subscribed and sworn to before me this 10 day of AUG, 20 11

*Martha Moore* 5/21/14
Notary Public          (Commission Expires)

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014

**APS International, Ltd.**