Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  111876-0111

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Hubert Seals, and Sarah Seals, d/b/a Seals Drywall
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: MISSISSIPPI ss.
County of: PEARL RIVER
Name of Server: STEVEN SCHOLTES , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 8 day of AUGUST, 20 11, at 324 o'clock P M

Place of Service: at 125 George Mitchell Road , in Carrier, MS 39126

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hubert Seals, and Sarah Seals, d/b/a Seals Drywall**

Person Served, and
Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of SARAH SEALS , a person
of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Hubert Seals, and Sarah Seals, d/b/a Seals Drywall**
at the place of service, and whose relationship to the person is: WIFE/OFFICE MGR

Description of Person
Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color GREY ; Facial Hair NO
Approx. Age 74 ; Approx. Height 5'7 ; Approx. Weight 130

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at
the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
8 day of aug , 20 11

_____          _____          4/24/15
Signature of Server                      Notary Public                     (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 98899
**TINA FRANCO**
Commission Expires
April 26, 2015
HANCOCK COUNTY