Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0123

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jack's Home Improvement Center
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: George )

Name of Server: Melinda Harvison, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 8 day of August, 20 11, at 10 o'clock A M

Place of Service: at 567 Cowart Street, in Lucedale, MS 39452

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
Jack's Home Improvement Center

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: Jack Peters - Owner

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair ____
Approx. Age 62 ; Approx. Height 6'2" ; Approx. Weight 260

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Melinda Harvison
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 8 day of August, 20 11

Notary Public

DEANNA HOLLAND
Commission Expires
Oct. 26, 2012
GEORGE COUNTY