Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0134

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Suprema Enterprise, Inc., c/o Steve M. Bimston,
Esquire, Rosenthal, Rosenthal, Rasco, Kaplan, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )
Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **19** day of **August**, 20 **11**, at **12:16** o'clock **P** M

Place of Service: at **One Aventura, Suite 600**, in **Aventura, FL 33180**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**La Suprema Enterprise, Inc., c/o Steve M. Bimston, Esquire, Rosenthal, Rosenthal, Rasco, Kaplan, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Steve M. Bimston R.A.**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Grey**; Facial Hair **NO**
Approx. Age **50**; Approx. Height **5'11**; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **22** day of **August**, 20 **11**

Notary Public (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014