Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0026

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Levet Homes, L.L.C.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **LIVINGSTON PARISH** )

Name of Server: **WILLIAM HUMBLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13TH** day of **AUGUST**, 20 **11**, at **2:10** o'clock **P** M

Place of Service: at **22159 Waterfront East Drive**, in **Maurepas, LA 70449**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complain (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Levet Homes, L.L.C.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **BRETT LEVET - OWNER**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M** ; Skin Color **WHITE** ; Hair Color **GRAY** ; Facial Hair **BEARD**
Approx. Age **55** ; Approx. Height **6'1"** ; Approx. Weight **200 lbs**.

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*William Humble*
Signature of Server

Subscribed and sworn to before me this **16** day of **August**, 20**11**

*Sandra M. Hutchinson*
Notary Public       (Commission Expires)
 At Death

**APS International, Ltd.**

Sandra M. Hutchinson
Notary Public ID #60480