IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 09-2047 SECTION L JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | MAG. JUDGE WILKINSON |

**MOTION OF THE NORTH RIVER INSURANCE COMPANY
TO LIFT STAYS AS TO THE KNAUF ENTITIES AND
INTERIOR/EXTERIOR BUILDING SUPPLY COMPANY**

NOW INTO COURT, through undersigned counsel, comes The North River Insurance Company, and for moving to lift stays that would prevent it from pursuing Certain Knauf Entities ("Knauf")[1] and Interior/Exterior Building Supply Company, respectfully avers as follows:

Interior/Exterior Building Supply Company and Knauf are necessary and proper parties to any claims against The North River Insurance Company. The stays must be lifted in part so that North River can fully litigate the claims against it in a unified proceeding rather than being forced to litigate in multiple piecemeal proceedings. Controlling substantive law, judicial economy, and fundamental fairness require that the stays must be lifted to allow this litigation to proceed in a rational and equitable manner. For these reasons and the reasons stated in the

---

[1] "Certain Knauf Entities" refers to Knauf International GmbH, Knauf Insulation GmbH a/k/a Knauf USA, Knauf GIPS KG, Knauf Plasterboard (Wuhu) Co., Ltd., and Knauf Plasterboard (Tianjin) Co., Ltd.

accompanying Memorandum in Support, The North River Insurance Company prays that its Motion to Lift Stays be granted.

                Respectfully submitted,

                THOMPSON COE COUSINS & IRONS LLP

                By:       */s Eric B. Berger*

                      BRIAN S. MARTIN, ESQ.
                      KEVIN RISLEY, ESQ.
                      RODRIGO "DIEGO" GARCIA, JR., ESQ.
                      One Riverway, Suite 1600
                      Houston, Texas 77056
                      Phone: (713) 403-8206
                      Fax:  (713) 403-8299
                      bmartin@thompsoncoe.com

                LOBMAN CARNAHAN BATT ANGELLE
                & NADER, PLC

                SIDNEY J. ANGELLE, ESQ.
                La. Bar No. 1002
                ERIC B. BERGER, ESQ.
                La. Bar No. 26196
                400 Poydras Street, Suite 2300
                New Orleans, Louisiana 70130
                Phone: (504) 586-9292
                Fax:   (504) 586-1290
                sja@lcba-law.com
                ebb@lcba-law.com

                ATTORNEYS FOR THE NORTH RIVER
                INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on March 29, 2012.

      */s Eric B. Berger*
ERIC B. BERGER