UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES AND <br><br> *Payton, et al. v. Knauf Gips, KG, et al.* <br> **Case No. 09-cv-07628 (E.D. La.)** <br><br> *Gross, et al. v. Knauf Gips, KG, et al.* <br> **Case No. 2:09-cv-06690 (E.D. La.)** <br><br> *Rogers, et al. v. Knauf Gips, KG, et al.* <br> **Case No. 2:10-cv-00362 (E.D. La.)** <br><br> *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> **Case No. 2:11-00252 (E.D. La.)** <br><br> *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> **Case No. 11-cv-1363 (E.D. La.)** <br><br> *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> **Case No. 11-cv-2349 (E.D. La.)** <br><br> *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> **Case No. 11-cv-3023 (E.D. La.)** <br><br> *Vickers, et al. v. Knauf Gips, KG, et al.* <br> **Case No. 2:09-cv-04117 (E.D. La.)** | JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Joint Motion for Leave of Court to Exceed Page Limit and to File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that Proposed L&W Class Counsel, the Plaintiffs' Steering Committee ("PSC"), USG Corporation ("USG"), its subsidiary L&W Supply Corporation

("L&W"), and the Knauf Defendants[1] (collectively, the "Settling Parties") are granted leave of Court to file the Memorandum of Law in Support of Joint Motion for an Order: (1) preliminarily approving the L&W Settlement; (2) certifying an L&W Settlement Class as set forth in the Preliminary Approval Order; (3) approving the form of Notice to the L&W Class; (4) scheduling a joint Settlement Fairness Hearing to consider the Knauf Class Settlement and the L&W Settlement; and (5) staying and enjoining all claims arising out of L&W Supplied KPT Chinese Drywall, which have been asserted against L&W, USG, and/or the Knauf Defendants, which is in excess of the page limits directed by the Court, and the attached Motion, Memorandum in Support and Exhibits are filed into the record.

IT IS FURTHER ORDERED BY THE COURT that Exhibit 1 and Exhibits D and H to Exhibit 2 attached to the Settlement Agreement, which is attached as Exhibit A to the Joint Motion for an Order: (1) preliminarily approving the L&W Settlement; (2) certifying an L&W Settlement Class as set forth in the Preliminary Approval Order; (3) approving the form of Notice to the L&W Class; (4) scheduling a joint Settlement Fairness Hearing to consider the Knauf Class Settlement and the L&W Settlement; and (5) staying and enjoining all claims arising out of L&W Supplied KPT Chinese Drywall, which have been asserted against L&W, USG, and/or the Knauf Defendants, be and they are hereby FILED UNDER SEAL.

---

[1] The "Knauf Defendants" are defined to mean all Knauf entities, including Knauf Gips KG, Knauf Plasterboard (Tianjin) Co. Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda, Gebruder Knauf Verwaltungsgesellschaft, KG, Knauf UK GmbH, and P.T. Knauf Gypsum Indonesia. *See* Knauf Class Settlement, Section 1.1.1 [Rec. Doc. No. 12080-2]; L&W Settlement, Section 1.1.1.

New Orleans, Louisiana, this 28th day of _____March_____, 2011.

_____
Eldon E. Fallon
United States District Court Judge