# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 09-cv-07628 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-06690 (E.D. La.)**<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:10-cv-00362 (E.D. La.)**<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 2:11-00252 (E.D. La.)**<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-1363 (E.D. La.)**<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-2349 (E.D. La.)**<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-3023 (E.D. La.)**<br><br>*Vickers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-04117 (E.D. La.)** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**JOINT MOTION FOR AN ORDER:  (1) PRELIMINARILY APPROVING THE L&W CLASS SETTLEMENT; (2) CONDITIONALLY CERTIFYING AN L&W SETTLEMENT CLASS; (3) ISSUING CLASS NOTICE; (4) SCHEDULING A JOINT FAIRNESS HEARING; AND (5) STAYING CLAIMS AGAINST L&W, USG, AND THE KNAUF DEFENDANTS**

Proposed L&W Class Counsel, the Plaintiffs' Steering Committee ("PSC"), USG Corporation ("USG"), its subsidiary L&W Supply Corporation ("L&W"), and the Knauf Defendants[1] (collectively, the "Settling Parties"), hereby jointly move this Court for an Order:

1. Conditionally certifying an L&W Class for purposes of Settlement;

2. Granting preliminary approval to the proposed Class Action Settlement Agreement Regarding KPT Drywall Claims Against USG and L&W in MDL No. 2047, entered into as of March 19, 2012 (the "L&W Settlement")[2];

3. Appointing the following L&W Class representatives: Paul and Therese Petkin;

4. Appointing Russ Herman and Arnold Levin as L&W Class Counsel and the Plaintiffs' Steering Committee ("PSC") as Of-Counsel;

5. Approving the form and manner of Notice to L&W Class Members with deadlines for Opt-Out Requests and Objections;

6. Scheduling a joint Settlement Fairness Hearing to consider the Knauf Settlement Class, preliminarily approved by the Court on January 10, 2012 [Rec. Doc. No. 12138], and the L&W Settlement; and

7. Staying and enjoining the prosecution of all claims arising out of L&W Supplied KPT Chinese Drywall, which have been asserted against L&W, USG, and/or the Knauf Defendants in the Litigation, all Related Actions, and all Related Claims, whether or not the

---

[1] The "Knauf Defendants" are defined to mean all Knauf entities, including Knauf Gips KG, Knauf Plasterboard (Tianjin) Co. Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda, Gebruder Knauf Verwaltungsgesellschaft, KG, Knauf UK GmbH, and P.T. Knauf Gypsum Indonesia. *See* Knauf Class Settlement, Section 1.1.1 [Rec. Doc. No. 12080-2]; L&W Settlement, Section 1.1.1.

[2] The L&W Settlement Agreement is attached as Exhibit A to the accompanying Memorandum of Law in support of this Joint Motion. Capitalized terms used in this Joint Motion have the same meaning as the same terms used in the L&W Settlement Agreement.

2

Settling Parties are named parties to the lawsuit, pending the L&W Settlement and Knauf Settlement proceedings and further Orders of the Court, consistent with the provisions of the stay order entered by the Court on March 2, 2012 [Rec. Doc. No. 12770].

This Joint Motion is supported by the accompanying Memorandum of Law and the L&W Settlement (with exhibits) filed contemporaneously herewith.

WHEREFORE, proposed L&W Class Counsel, the PSC, USG, L&W, and the Knauf Defendants respectfully request that, after due consideration, the Court grant this Motion for an Order:  (1) preliminarily approving the L&W Settlement; (2) certifying an L&W Settlement Class as set forth in the Preliminary Approval Order; (3) approving the form of Notice to the L&W Class; (4) scheduling a joint Settlement Fairness Hearing to consider the Knauf Class Settlement and the L&W Settlement; and (5) staying and enjoining all claims arising out of L&W Supplied KPT Chinese Drywall, which have been asserted against L&W, USG, and/or the Knauf Defendants in the Litigation, all Related Actions, and all Related Claims, whether or not the Settling Parties are named parties to the lawsuit, pending the L&W Settlement proceedings and further Orders of the Court, consistent with the provisions of the stay order entered by the Court on March 2, 2012 [Rec. Doc. No. 12770].

Respectfully submitted,

Dated: March 27, 2012　　　　　　　　　/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Sandra L. Duggan (On the Brief)
Matthew C. Gaughan (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios | Robert C. Josefsberg |
| BARRIOS, KINGSDORF & CASTEIX, LLP | PODHURST ORSECK, P.A. |
| 701 Poydras Street, Suite 3650 | 25 Flagler Street, 8th Floor |
| New Orleans, LA 70139 | Miami, FL 33130 |
| Phone: (504) 524-3300 | Phone: (305) 358-2800 |
| Fax: (504) 524-3313 | Fax: (305) 358-2382 |
| Barrios@bkc-law.com | rjosefsberg@podhurst.com |
| | |
| Daniel E. Becnel, Jr. | Bruce William Steckler |
| BECNEL LAW FIRM, LLC | BARON & BUDD, P.C. |
| P.O. Drawer H | 3102 Oak Lawn Ave., Suite 1100 |
| 106 W. Seventh Street | Dallas, TX 75219 |
| Reserve, LA 70084 | Phone: (214) 521-3605 |
| Phone: (985) 536-1186 | Fax: (214) 520-1181 |
| Fax: (985) 536-6445 | bsteckler@baronbudd.com |
| dbecnel@becnellaw.com | |

Ervin A. Gonzalez
COLSON, HICKS, EIDSON, COLSON
 MATTHEWS, MARTINEZ, GONZALES,
 KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL
 ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
SEEGER WEISS, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr.
119 Washington Avenue
Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## PROPOSED L&W CLASS COUNSEL

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

Russ M. Herman, Esquire (Bar No. 6819)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Rherman@hhkc.com

## USG CORPORATION AND L&W SUPPLY CORPORATION

W. David Conner
Haynsworth Sinkler Boyd, P.A.
75 Beattie Place, 11th Floor
Greenville, SC 29601
Phone: (864) 240-3226
Fax: (864) 240-3300
dconner@hsblawfirm.com

**THE KNAUF DEFENDANTS**

| | |
|---|---|
| Kerry J. Miller (Bar No. 24562) | Steven Glickstein |
| Kyle A. Spaulding (Bar No. 29000) | Gregory J. Wallance |
| Paul C. Thibodeaux (Bar No. 29446) | Jay P. Mayesh |
| FRILOT L.L.C. | KAYE SCHOLER LLP |
| 1100 Poydras Street, Suite 3700 | 425 Park Avenue |
| New Orleans, LA 70163 | New York, NY 10022 |
| Phone: (504) 599-8194 | Phone: (212) 836-8485 |
| Fax: (504) 599-8145 | Fax: (212) 836-6485 |
| kmiller@frilot.com | sglickstein@kayescholer.com |

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 27th day of March, 2012.

                                                                          /s/ Leonard A. Davis
                                                                          Leonard A. Davis, Esquire
                                                                          Herman, Herman, Katz & Cotlar, LLP
                                                                          820 O'Keefe Avenue
                                                                          New Orleans, Louisiana 70113
                                                                          Phone: (504) 581-4892
                                                                          Fax: (504) 561-6024
                                                                          Ldavis@hhkc.com
                                                                          *Plaintiffs' Liaison Counsel in MDL 2047*
                                                                          *Co-counsel for Plaintiffs*