# EXHIBIT C

**Exhibit C**

**INSPECTION PROTOCOL**

**Phase I  Visual Inspection for Indicia of KPT Chinese Drywall or Non-KPT Chinese Drywall**

    A.    Scope of Visual Inspection

        1.    Inspector will remove one electrical cover plate from an outlet in each room[1] to inspect exposed wires for contamination, including, but not limited to, corrosion, tarnishing and pitting ("Contamination"). The exposed wires will be digitally photographed and the cover plate will be re-attached.

        2.    The Inspector will open accessible HVAC air-handler units to visually inspect all immediately accessible areas of the units, including, but not limited to, coils and air-handling lines, for Contamination. Each unit, including the coils and air-handling lines, will be digitally photographed and returned to its original condition. The Inspector will also inquire of the property owner whether any of the units have previously malfunctioned or whether they have been repaired. Any records produced by the property owner regarding previous repairs to the units shall be provided to the Inspector in advance of the Inspection.

        3.    Inspector will visually inspect for Contamination and digitally photograph (1) at least one plumbing fixture and (2) where present, at least one exposed copper piping in each room with plumbing fixtures and/or exposed piping.

        4.    Inspector will visually inspect and digitally photograph any exposed drywall (*e.g.* unfinished drywall in the attic) for manufacturer labeling using the attached "Drywall Indicia Guide" to confirm the manufacturer.

    B.    Next Steps

        1.    If the Visual Inspection reveals evidence of Contamination and either KPT Chinese Drywall (as defined in Section 1.25 of the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047

---

[1] For purposes of this protocol, a room is defined as a space within the property with walls or other physical separation on all sides, including, for example, a bedroom, a den, a game room, a dining room, a living room, a garage, where a wall is accessible for inspection, a kitchen, or any other such locations that are greater than 50 square feet. Rooms shall not include closets, bathrooms, hallways, laundry rooms, or entranceways, unless they are greater than 50 square feet.

("Agreement")) or Non-KPT Chinese Drywall (as defined in Section 1.41 of the Agreement), a Phase II Room-by Room inspection will be conducted immediately.

    a)    As set forth in Section 1.25.1 of the Agreement and as detailed in the Drywall Indicia Guide, KPT Chinese Drywall does not include drywall bearing the lower-case "TianJin, China" markings, unless the Inspector is notified by the Settlement Administrator that such board in the property has been deemed to be reactive pursuant to Section 4.9 of the Settlement Agreement. If the Settlement Administrator <u>does not</u> notify the Inspector that such board in the property has been deemed to be reactive, to the extent the Inspector finds such board in the property, he shall not count it as either KPT Chinese Drywall or Non-KPT Chinese Drywall and he shall not include such board in the calculation of the KPT Drywall Percentage under Paragraph II (C).

    b)    As set forth in Sections 1.25 and 1.41 of the Agreement, drywall products manufactured, sold, marketed, distributed and/or supplied by any Knauf entity other than Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), including, but not limited to, Knauf Plasterboard (Wuhu) Co., Ltd. ("Wuhu") and Guangdong Knauf New Building Material Products Col., Ltd. ("Dongguan") shall not count as either KPT Chinese Drywall or Non-KPT Chinese Drywall and shall not be included in the calculation of the KPT Drywall Percentage under Paragraph II (C).

2.    If the Visual Inspection does not reveal Contamination, KPT Chinese Drywall, or Non-KPT Chinese Drywall, further inspection is not warranted, and the property shall be deemed ineligible to participate in the settlement program outlined in the Agreement ("Ineligible Property").

**Phase II Room-by-Room Inspection and Determination of KPT Drywall Percentage**

    A.    Inspection Protocol:

        1.    Subject to the Drywall Board Inspection Minimum described in Paragraph II (A) (1) (a), the Inspector shall, at the very least, inspect one drywall board in each room in the property. In a room where the Visual Inspection revealed Contamination in the exposed wires of an electrical outlet, the inspector shall inspect the board closest to the electrical outlet provided that such board is accessible. The Inspector shall inspect the board by cutting three sides of an approximately 18" by 18" opening square located within an interior wall of a room at a randomly chosen location in that wall and to do the least amount of damage as possible. The three sides

will be opened like a small door and digitally photographed.[2] The Inspector will use the attached Drywall Indicia Guide to determine the manufacturer of the exposed drywall. To identify KPT Chinese Drywall, the Inspector must look for KPT Chinese Drywall Markings consistent with the Drywall Indicia Guide; the end tape shall not be used to determine that a board is KPT Chinese Drywall.[3] If the Inspector finds some evidence, but not definitive evidence, of KPT Chinese Drywall – for example, a "Knauf" marking – he shall expand the opening to confirm that such board is in fact KPT Chinese Drywall by photographing at least part of the "TIANJIN" name or such other definitive marking identified in the attached Drywall Indicia Guide.

    a)    Drywall Board Inspection Minimum. The Inspector shall inspect a minimum number of drywall boards in each property according to the following:

        (1)    For properties that are less than or equal to 1,000 square feet, the Inspector shall inspect a minimum of 4 drywall boards;

        (2)    For properties that are greater than 1,000 square feet, but less than or equal to 2,000 square feet, the Inspector shall inspect a minimum of 6 drywall boards;

        (3)    For properties that are greater than 2,000 square feet, the Inspector shall inspect a minimum of 10 drywall boards.

    b)    To limit the number of openings and thereby minimize the inconvenience to the property owner, where two rooms are adjacent and the opening reveals drywall markings both on the 18" by 18" "door" cut into the board and on the drywall board of the adjacent room, the Inspector shall not cut another opening in the adjacent room. Instead, the Inspector shall photograph the markings on the exposed drywall "door" and on the drywall in the adjacent room, and use the Drywall Indicia Guide to determine the manufacturer of both drywall boards. Both drywall boards shall

---

[2] All openings opened during Phase II Inspections will be repaired pursuant to the procedures set forth in Paragraph II (D).

[3] End tape is not sufficient to identify KPT Chinese Drywall because other non-reactive drywall manufactured under the "Knauf" name use identical end tape. In addition, there are other non-reactive drywall brands that use similar end tape. In the event that end-tape indicative of KPT Chinese Drywall is found, the inspector shall continue to inspect the board to confirm the manufacturer of the board.

    separately count toward the Drywall Board Inspection Minimum for the property described in Paragraph II (A) (1) (a).

c) If the Visual Inspection of an attic with exposed board, described in Phase I (A) (4) above, reveals either KPT Chinese Drywall or Non-KPT Chinese Drywall, the board found in the attic shall count as one board toward meeting the Drywall Board Inspection Minimum for the property described in Paragraph II (A) (1) (a) and shall be included, as a single board, in the determination of the KPT Drywall Percentage described in Paragraph II (C) (1).

d) If the Visual Inspection finds non-reactive drywall (*e.g.*, domestic drywall) in a ceiling or in an attic, such board shall not count toward the Drywall Board Inspection Minimum in Paragraph II (A) (1) (a).

e) If the number of rooms in a property is insufficient to meet the Drywall Board Inspection Minimum for the property in Paragraph II (A) (1), the Inspector shall inspect the board in other areas not included in the room count, such as hallways or the entranceway, chosen at random prior to the start of the Room-by-Room Inspection, until the inspector has inspected enough boards to satisfy the Drywall Board Inspection Minimum in Paragraph II (A) (1) (a).

> <u>Illustration 1</u>: In a property that is greater than 2,000 square feet and has 8 rooms, if the Visual Inspection in the attic finds KPT Chinese Drywall in the ceiling board, the attic ceiling board shall count as one board toward the Drywall Board Inspection Minimum in Paragraph II (A) (1) (a). In addition to the 8 rooms and the attic ceiling board, the Inspector will, therefore, only be required to inspect one board in a kitchen, hallway, or entranceway chosen at random prior to the start of the Room-by-Room inspection.

2. Inspection of Unmarked Board

a) If an opening in a drywall board does not reveal any markings sufficient to determine the manufacturer of the exposed drywall, the Inspector shall open a maximum of three additional openings in that drywall board until markings sufficient to identify the manufacturer of the board are exposed.

b) If after making four openings in the drywall board, the Inspector is still unable to identify the manufacturer of the drywall board and the Visual Inspection revealed Contamination in the electrical outlets located in that room, such unmarked drywall shall be considered Non-KPT Chinese Drywall and shall be included in the

    calculation of the KPT Drywall Percentage described in Paragraph II (C) (1). If the Visual Inspection revealed no Contamination in the electrical outlets located in that room, such unmarked drywall shall be considered non-reactive drywall and shall not be included in the calculation of the KPT Drywall Percentage.

B.  Analysis of Inspection Results

 1.  If the inspection exposes only KPT Chinese Drywall and non-reactive drywall (*e.g.*, domestic drywall), the property shall be deemed to be a KPT Property, as defined in Section 1.27 of the Agreement.

 2.  If the inspection exposes both KPT Chinese Drywall and Non-KPT Chinese Drywall, determination as to whether the property is a KPT Property or a Mixed Property, as that term is defined in Section 1.34 of the Agreement, shall be made by calculating the KPT Drywall Percentage pursuant to the procedures set forth in Paragraph C below, which calculation shall be provided in writing to the Settlement Administrator, as that term is defined in Section 1.67 of the Agreement, with copies to the property owner's counsel and the Knauf Defendants.

 3.  If the openings do not reveal any KPT Chinese Drywall, the property shall be deemed an Ineligible Property. The Inspector shall provide a certification to the Settlement Administrator, with copies to the property owner's counsel and the Knauf Defendants, that the home does not contain KPT Chinese Drywall.

 4.  Second Inspections. Within 15 business days after receiving such certification of the absence of KPT Chinese Drywall or of the KPT Drywall Percentage, the owner of an Ineligible Property or the owner of a Mixed Property may request a second inspection to be conducted by the Approved Inspectors ("Second Inspection").

  a)  The Second Inspection will be conducted pursuant to the protocol set forth in Paragraph II (A). During the Second Inspection, the Inspector shall inspect a board on the wall directly opposite from the wall containing the board that was inspected during the initial Room-By-Room Inspection. If there is no wall directly opposite from the wall containing the board that was inspected during the initial Room-by-Room inspection, the inspector shall inspect a board on one of the walls adjacent to the wall containing the board that was inspected during the initial Room-by-Room inspection.

  b)  Prior to the Second Inspection, the owner must deposit $600 – the cost of the Second Inspection – into an escrow account administered by the Settlement Administrator.

  c)  The Settlement Administrator shall reimburse the $600 to the owner from the escrow account according to the following:

        (1)    If, for properties where the initial inspection did not reveal KPT Chinese Drywall, the Second Inspection revealed KPT Chinese Drywall, or

        (2)    If the Second Inspection results in a higher KPT Drywall Percentage, as determined pursuant to Paragraph II (C), than was calculated on the basis of the initial inspection.

    d)    If the Second Inspection does not reveal KPT Chinese Drywall, or results in the same or lower KPT Drywall Percentage than was calculated on the basis of the initial inspection, the Settlement Administrator shall direct the escrow account to pay the $600 to the Remediation Fund.

    e)    At least five business days prior to the scheduled Second Inspection, the Settlement Administrator shall inform the Knauf Defendants of the Second Inspection, and the Knauf Defendants may, at their own expense, attend the Second Inspection.

    f)    Under no circumstances will there be a Third Inspection.

C.    Determination of KPT Drywall Percentage

    1.    The KPT Drywall Percentage shall be determined by dividing the number of exposed boards that are confirmed to be KPT Chinese Drywall by the total number of exposed boards confirmed to be KPT Chinese Drywall and/or Non-KPT Chinese Drywall and rounding to the next highest 10% increment.

        <u>Illustration 2</u>:  In a 12-room property, that is greater than 2,000 square feet, where the Visual Inspection of the attic ceiling board revealed Non-KPT Chinese Drywall (*e.g.*, board manufactured by Taishan Gypsum Co., Ltd. ("Taishan board")), which pursuant to Paragraph II (A) (1) (c) shall count as 1 board in the calculation of the KPT Drywall Percentage, the Room-by-Room inspection of the 12 rooms confirmed 4 boards as KPT Chinese Drywall, 4 as Non-KPT Chinese Drywall (*e.g.*, Taishan board) and 4 as non-reactive drywall, the KPT Drywall Percentage would be calculated by dividing 4 (*i.e.*, the number of confirmed KPT Chinese Drywall in the property) by 9 (*i.e.*, the number of confirmed KPT Chinese Drywall in the property plus the number of Non-KPT Chinese Drywall in the property, including the attic ceiling board).  Thus, the KPT Drywall Percentage would be 44% and rounded up to 50%.

    2.    If there is a Second Inspection, the KPT Drywall Percentage will take into account both the exposed boards from the initial inspection and the exposed boards from the Second Inspection by averaging the results of the inspections.

>> Illustration 3: After the initial inspection described in Illustration 2 above, the Property Owner requests a Second Inspection. The Second Inspection confirms 2 boards as KPT Chinese Drywall, 6 board as Non-KPT Chinese Drywall (*e.g.* Taishan board) and 4 boards as non-reactive drywall. The KPT Drywall Percentage would be calculated by dividing 6 (*i.e.*, the total number of confirmed KPT Chinese Drywall in the property from the initial and Second Inspections) by 17 (*i.e.*, the total number of confirmed KPT Chinese Drywall in the property from the initial and Second Inspections plus the number of Non-KPT Chinese Drywall in the property, including the attic ceiling board, from the initial and Second Inspections). Thus, the KPT Drywall Percentage would be 35% and rounded up to 40%.

    3. Assessment of Property

        a) If the KPT Drywall Percentage is greater than 90%, the property shall be considered a KPT Property.

        b) If the KPT Drywall Percentage is less than or equal to 90%, the property shall be considered a Mixed Property.

  D. Restoration of Property

    1. For a KPT Property or an Ineligible Property (*i.e.*, where the inspection does not find any KPT Chinese Drywall), after the inspection is complete, the inspector shall close and tape all openings opened during the Room-by-Room Inspection. The areas around the openings will be vacuumed to remove any debris.

    2. For a Mixed Property, after the inspection is complete, each opening shall be repaired and the wall containing the opening shall be repainted to match the condition of the room prior to the commencement of the inspection. The areas around the openings will be vacuumed to remove any debris.

**Inspectors**

Inspections performed pursuant to this protocol, including the Second Inspection, shall be conducted by one of the approved inspectors on the attached list of "Approved Inspectors" which may be amended upon notice to the Settlement Administrator and Settlement Class Counsel (as that term is defined in Section 1.68 of the Agreement).

**Report of Findings**

All findings from such inspections will be carefully documented in a report to the Settlement Administrator, which shall include the following information:

- Property owner's name and counsel

- Address of property
- Description of property
- Date of inspection
- Personnel present
- Pictures with a description of the picture.
- Detailed room-by-room report of the drywall found
- Summary of findings, including the KPT Drywall Percentage