# EXHIBIT C-1

# Drywall

# Indicia

# Guide

## KPT CHINESE Drywall

| | | |
|---|---|---|
| # 1 | Knauf Plasterboard (Tianjin) Ltd. | page  3 - 4 |

## NON-KPT CHINESE DRYWALL

| | | |
|---|---|---|
| # 2 | Crescent City | page  5 |
| # 3 | Taihe | page  6 |
| # 4 | Taishan | page  7 - 8 |
| # 5 | Venture Supply | page  9 |
| # 6 | BNBM | page  10 |
| # 7 | C&K | page  11 |
| # 8 | Dragon Brand | page  12 |
| # 9 | IMG | page  13 |
| # 10 | Bedrock Gypsum | page  14 |
| # 11 | IMT | page  15 |
| # 12 | ProWall Inc. | page  16 |
| # 13 | KNAUF MADE IN GERMANY – Counterfeit Board | page  17 |
| # 14 | LAFARGE MADE IN GERMANY – Counterfeit Board | page  18 |
| # 15 | Unknown Chinese Manufacturer 1 | page  19 |
| # 16 | Unknown Chinese Manufacturer 2 | page  20 |
| # 17 | Unknown Chinese Manufacturer 3 | page  21 |

## NON-REACTIVE DRYWALL

| | | |
|---|---|---|
| # 18 | National Gypsum | page  22 |
| # 19 | American Gypsum | page  23 - 25 |
| # 20 | CertainTeed/ProRoc | page  26 - 27 |
| # 21 | Georgia Pacific | page  28 - 29 |
| # 22 | Lafarge | page  30 - 31 |
| # 23 | NORGIPS USA Inc. | page  32 |
| # 24 | Panel Rey | page  33 |
| # 25 | USG | page  34 - 35 |
| # 26 | PT Knauf Gypsum Indonesia Ltd. | page  36 |
| # 27 | Guangdong Knauf New Building Material Products Co. Ltd. | page  37 |
| # 28 | Knauf Plasterboard (Wuhu) Co. Ltd. | page  38 |
| # 29 | Knauf do Brasil Ltd. | page  39 |
| # 30 | Knauf Gips KG | page  40 |
| # 31 | James Hardie | page  41 |
| # 32 | Federal Gypsum Company | page  42 |
| # 33 | Temple Inland | page  43 |
| # 34 | Flintcote Company | page  44 |

**KPT CHINESE DRYWALL**

# # 1    Knauf Plasterboard (Tianjin) Ltd.

## Reactive KPT Chinese Drywall

**M1:**

Label:



Marking:        **KNAUF – TIANJIN CHINA – ASTM C36**

Printing Type:  BLUE – DOUBLE – DOT

Requirements:   Indicia photos must clearly indicate the presence of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TIANJIN CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

## Non - reactive KPT Chinese Drywall (subject to Section 4.9 of the Settlement   Agreement)

**M 2:**

Label:



Marking:        **KNAUF – TianJin, China – ASTM C36 -  [DATE]  [TIME]**

Printing Type:  BLUE – DOUBLE – DOT

Requirements:   Photo must allow unique identification of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TianJin, CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

## Insufficient Indicia for KPT

Edge Tape:        Blue – Yellow

Label:



Marking:        " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD "

Note:        The blue-yellow edge tape is also used by other Knauf companies, see Guangdong Knauf New Building Material Products Co. Ltd (# 27, p. 36), and therefore an insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 as stated above.

Front marking:   **" K "**

Label:



Note:        The label "K" on the front side of the drywall sheet is used by most Knauf companies and therefore insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 of the back side of the board as stated above.

**NON – KPT CHINESE DRYWALL**

# # 2   Crescent City

**Marking:**

Label:



Marking:        **Made in China Crescent City Gypsum**

Printing Type:  black letters

**NON – KPT CHINESE DRYWALL**

### # 3    Taihe

**Marking:**

Label:





Marking:         **MADE IN CHINA, MEETS OR EXCEEDS ASTM C1396 04 STANDARD**

Printing Type:   black letters

Edge Tape:       White – Blue – Green

Label





Marking:         " Taihe "   +   white triangle in red circle   +   [chinese symbols]

**NON – KPT CHINESE DRYWALL**

**M 1:**

Label:



Marking:        **4feetX12feetX1/2inch        DrYwall        [DATE] [TIME]**

Printing Type:  black letters

**M 2:**

Label:



Marking:        **TAIAN  TAISHAN**

Printing Type:  black letters

**M 3:        Drywall  4feetx12feetx1/2inch**

Label:



Marking:        **Drywall  4feetx12feetx1/2inch**

Printing Type:  black letters

**NON – KPT CHINESE DRYWALL**

**# 4    Taishan**

**M 4:**

Label:



Marking:        **DRYWALL  4feet*12feet*1/2inch**

Printing Type:  black letters

Edge Tape:    White – Glossy  (<u>Material:</u> plastic)

Label:



Marking:        no marking on edge tape

**NON – KPT CHINESE DRYWALL**

## # 5    Venture Supply

**M 1:**

Label:



Marking:         **VENTURE SUPPLY INC.**  MFG TAJHE CHINA

Printing Type:  black letters

**M 2:**

Label:



Marking:         **VENTURE SUPPLY INC.**  MFG TAIHE CHINA

Printing Type:  black letters

**NON – KPT CHINESE DRYWALL**

# 6    BNBM

**M 1:**

Label:



Marking:        **BEIJING NEW BUILDING MATERIALS CO LTD.**

Printing Type:    Blue letters,  framed

**M 2:**

Label:



Marking:        **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY Beijing, China ASTM 1396-04  [DATE]  [TIME]**

Printing Type:    black letters

**NON – KPT CHINESE DRYWALL**

**# 7    C & K**

**Marking:**

Label



Marking:         **C&K GYPSUM BOARD ASTM C 1396 MADE IN CHINA**

Printing Type:   black letters

Edge Tape:       Blue – Grey – White

Label:





Marking:         " C&K"   +   [Chinese symbol]

**NON – KPT CHINESE DRYWALL**

**# 8    Dragon Brand**

**Marking:**

Label:



Marking:     **DRAGON BRAND DRYWALL PER ½" 4`X12`ASTM C 1396  MADE IN CHINA    [TIME] [DATE]**

Printing Type:     black letters

---

Edge Tape:     Light – Dark Blue – White

Label:



Marking:     " DRYWALL "



NON – KPT CHINESE DRYWALL

# 9   IMG

**Marking:**

Label:



Marking:       **IMG ASTM C 1396**  **Made in CHINA [DATE]**

Printing Type:   black letters

Edge Tape:      Blue – White

Label:

Marking:        n/a

**NON – KPT CHINESE DRYWALL**

**# 10   Bedrock Gypsum**

| | |
|---|---|
| Edge Tape: | Yellow – Black – White |
| Label: |  |
| Marking: | Bedrock Gypsum$^{TM}$ Manufactured to ASTM C 1396 388 Market Street 4th Floor, San Francisco CA 94111 Made in China |

p. 14

**NON – KPT CHINESE DRYWALL**

# 11   IMT

**Marking:**

Label:



Marking:   **MADE IN CHINA IMTGYPSUM.COM ASTM C 1396**

Printing Type:   black letters

**NON – KPT CHINESE DRYWALL**

# # 12   Pro Wall Inc.

Marking:

Label:



Marking:        **MADE IN CHINA MEETS ASTM C36/C1396 STANDARD**

Printing Type:   black letters

Edge Tape:      White – Blue – Yellow

Label:



Marking:        " ½" x 12`TE    ProWall "

**NON – KPT CHINESE DRYWALL**

# # 13   KNAUF MADE IN GERMANY

## COUNTERFEIT BOARD

**M 1:**

Label:



Marking:  GYPSUM WALLBOARD [DATE] [TIME]  -96-  MADE IN   GERMANY BY  **KNAUF**
MADE TO ASTM C36         ½"  THICK         FDG GYPSUM

Printing Type:  blue – single – dot   **and**   blue – double – dot

Note:  This marking is apparently a counterfeit board and has not been produced by any Knauf company

" FDG " is the wrong shortcut of flue gas desulflurization

**Correct:  FGD**

**M 2:**

Label:



Marking:  **[DATE]    MADE IN GERMANY**

Printing Type:  black letters

Note:  Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company

**NON – KPT CHINESE DRYWALL**

## # 14   LAFARGE MADE IN GERMANY

**Marking:**

Label:



| Marking: | **LAFARGE   [DATE]  [TIME]                         GER 1     ASTM C36** |
|---|---|
|  | **MADE IN GERMANY** |

Printing Type:   black letters

Note:            This is assumingly a counterfeit board produced in China

Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company

**NON – KPT CHINESE DRYWALL**

# # 15   Unknown Chinese Manufacturer 1

**Marking:**

Label:



Marking:        **[DATE]  J  [TIME]  1  MEETS ASTM C36**

Printing Type:  black letters

Note:           Unknown Chinese Manufacturer

**NON – KPT CHINESE DRYWALL**

# # 16   Unknown Chinese Manufacturer 2

**Marking:**

Label:





Marking:   **Manufactured to Conform to ASTM Standard C36**

**4 x 12 x 1/2          MADE IN CHINA**

Printing Type:   black letters

Note:          Unknown Chinese Manufacturer

**NON – KPT CHINESE DRYWALL**

# # 17   Unknown Chinese Manufacturer 3

**Marking:**

Label:



Marking:        **MADE IN CHINA ASTM C 1396**

Printing Type:  black letters

Note:            Unknown Chinese Manufacturer

**NON REACTIVE DRYWALL**

# # 18   National Gypsum

**M 1:**

Label:



Marking:        **National Gypsum company**

Printing Type:   black letters

**M 2:**

Label:



Marking:        **GridMarX <sup>TM</sup> Patent Product**
**National Gypsum Properties**
**PRODUCT  INFO  @  www.gridmarx.com**

Printing Type:   black letters

Edge Tape:      White – Black – Yellow

Label:



Marking:        (12,7 x 3658mm)      National Gypsum Company  Charlotte, NC 28211

**NON REACTIVE DRYWALL**

## # 19   American Gypsum

**M 1:**

Label:



Marking:        **ARMENDARTZ  [TIME]**

Printing Type:   black letters

**M 2:**

Label:



Marking:        **UNDERWRITER LABORATORIES INC.  [DATE]**
**[NAME, eg. C. Stone]**

Printing Type:   black letters

Note:        There are different varieties of the marking behind [DATE]

**M 3:**

Label:



Marking:        **Gypsum Board F-3724 FIRE RESISTANCE CLASSIFICATION SEE UL FIRE RESISTANCE DIRECTORY R14169**

Printing Type:  blue – single – dot

Edge Tape:    Blue – White – Red

Label:



**M 1:**        AMERICAN GYPSUM, ALBUQUERQUE, NM

Label:



**M 2:**        MANUFACTURED TO MEET ASTM C1396 AND C36

**NON REACTIVE DRYWALL**

**# 19   American Gypsum**

Edge Tape:      White – Purple

Label:



**M 1:**      AMERICAN GYPSUM, INTERIOR CEILING BOARD  Panel de techo para interiors

Label:



**M 2:**      MANUFACTURED BY AMERICAN GYPSUM, DALLAS, TX

NON REACTIVE DRYWALL

**# 20   CertainTeed / ProRoc**

**Marking:**

Label:





Marking:  **GYPSUM BOARD ISSUE NO. F-3600 FIRE RESISTANCE CLASSIFICATION SEE UL PRODUCTS CERTIFIED FOR CANADA DIRECTORY AND FIRE RESISTANCE DIRECTORY R3660**

**MADE IN USA ASTM 1396 & C36  CAN/CSA**

Printing Type:  black letters

Edge Tape:  Black – Blue

Label:



Marking:       CertainTeed     ProRoc        REGULAR GYPSUM BOARD

**NON REACTIVE DRYWALL**

**# 20   CertainTeed / ProRoc**

| Edge Tape: | White with Red letters |
| --- | --- |
| Label: |  |
| Marking: | ProRoc    PANEL DE YESO TIPO X |

**NON REACTIVE DRYWALL**

**# 21  Georgia Pacific**

1 of 2

**M 1:**

Label:



Marking:        **GP DENSGLASS ULTRA**

Printing Type:  black letters

**M 2:**

Label:



Marking:        **[DATE]   IN1B   [TIME]   GP TR: CERTIFIED 96% RECYCLED**

Printing Type:  black letters

**M 3:**

Label:



Marking:        **DENS SHIELD TILE BACKER  [DATE]**

Printing Type:  black letters

Case 2:09-md-02047-EEF-MBN   Document 13375-9   Filed 03/29/12   Page 30 of 45

NON
REACTIVE
DRYWALL

# 21   Georgia Pacific

2 of 2

**M 4:**

Label:

Marking:  **[DATE]  /  TX1   08**

Printing Type:  black letters

Edge Tape:  Black – White – Red

Label:



Marking:  TOUGHROCK

**NON REACTIVE DRYWALL**

**M 1:**

Label:



Marking:  LABORATORIES INC. GYPSUM BOARD FIRE RESISTANCE
DIRECTORY IN WIDE TYPE LGC6A

Printing Type:  black letters

**M 2:**

Label:



Marking:  [DATE]        PALATKA, FL            [TIME]

Printing Type:  black letters

**M 3:**

Label:



Marking:        [TIME]   [COLOUR]   TEAM

Printing Type:  black letters

Note:           [Colour] could be WHITE, YELLOW, BLUE or RED

Edge Tape:      white

Label:



Marking:        LAFARGE    Manufactured by Lafarge North America Inc.

                Fabricado por Lafarge North America Inc.

**NON REACTIVE DRYWALL**

# 23   NORGIPS Inc.

**M 1:**

Label:





Marking:   NORGIPS USA INC. GYPSUM WALLBOARD THICKNESS ½"

Printing Type:   blue letters

**M 2:**

Label:



Marking:   MADE IN POLAND OPOLEN

Printing Type:   blue letters

**NON REACTIVE DRYWALL**

# # 24   Panel Rey

**M 1:**

Label:

PANEL REY 2

Marking:         PANEL REY 2

Printing Type:  black letters

**M 2:**

Label:



Marking:         ½"X12´ REG   [TIME]   [DATE]

Printing Type:  black letters

Edge Tape:      White - Blue

Label:



Marking:         Hecho en Mèxico por PANEL REY S.A., Hidalgo

**NON REACTIVE DRYWALL**

**# 25   USG**

**M 1:**

Label:





Marking:           100 % RECYCLED PAPER SINCE 1967

Printing Type:   black letters

**M 2:**

Label:



Marking:           GYPSUM BOARD

Printing Type:   black letters,  framed

**NON REACTIVE DRYWALL**

# 25   USG

Edge Tape:    White – Blue

Label:



**M 1:**    USG SHEETROCK  Brand    Interior Ceiling Panel  Sag-Resistant

Label:



**M 2:**    United States Gypsum Company
125 South Franklin Street, Chicago, IL 60606
A Subsidiary of USG Corporation

Edge Tape:    White – Yellow – Green

Label:



**Marking:**    United States Gypsum Company
125 South Franklin Street, Chicago, IL 60606
A Subsidiary of USG Corporation

**NON REACTIVE DRYWALL**

## # 26   PT Knauf Gypsum Indonesia Ltd.

**M 1:**

Label:





Marking:     **KNAUF –**    PLASTERBOARD 48  STD  12,5x1220x3660 mm TE
NATURAL  GYPSUM     [DATE]  ASTM C36

Printing Type:   blue letters

Note:        plant number:  48

Edge Tape:   Grey – Blue

Label:



Marking:      STANDARD BOARD      KNAUF

**NON REACTIVE DRYWALL**

## # 27   Guangdong Knauf New Building Material Products Co. Ltd.

**M 1:**

Label:



Marking:        Dongguan China ASTM C 36

Printing Type:   blue – single – dot

**M 2:**

Label:



Marking:        plant number:  38

Printing Type:   blue – single – dot

Edge Tape:      Blue – Yellow

Label:



Marking:        " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD "

**NON REACTIVE DRYWALL**

**# 28   Knauf Plasterboard (Wuhu) Co. Ltd.**

**M 1:**

Label:



Marking:          KNAUF – WuHu,   China – ASTM C36 – [DATE]  [TIME]

Printing Type:   blue letters

**M 2:**

Label:



Marking:          KNAUF  [Chinese symbols]  18  (plant number)

Printing Type:   blue letters

Edge Tape:      Blue – Yellow - White

Label:



Marking:          " KNAUF "

**NON REACTIVE DRYWALL**

## # 29   Knauf do Brasil Ltd.

**Marking:**

Label:







Marking:         KNAUF ST – 12,5mm – ARMAZENAR EM LOCAL SECO - OO

Printing Type:   blue – double – dot          blue – single – dot

Edge Tape:   Blue - Yellow

Label:



Marking:         " KNAUF "

**NON REACTIVE DRYWALL**

## # 30   Knauf Gips KG

**Marking:**

Label:





| | | |
|---|---|---|
| Marking: | CE KNAUF | AUSBAUPLATTE |
| Printing Type: | blue – or – red – double dot | blue – single - dot |

**NON REACTIVE DRYWALL**

# # 31   James Hardie

**Marking:**

Label:



Marking:        HARDIEBACKER

**NON REACTIVE DRYWALL**

## # 32  Federal Gypsum Company

| | |
|---|---|
| Edge Tape: | White - Green |
| Label: |  |
| Marking: | Federal Gypsum Company |

**NON REACTIVE DRYWALL**

# # 33   Temple Inland

**Marking:**

Label:



Marking:        A071806 01144

Printing Type:  black letters

---

Edge Tape:      White – Blue – Pink

Label:







Marking:        Temple Inland        ½" X 12              54



**# 34   Flintcote Company**

**Marking:**

Label:



Marking:    THE FLINTCOTE COMPANY