# EXHIBIT G

Case 2:09-md-02047-EEF-MBN   Document 12075-29   Filed 12/20/11   Page 2 of 2

Form of Security Agreement to be mutually agreed upon pursuant to Section 1.65