UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Russ M. Herman v. Cataphora, Inc*., **No. 12-497**

## ORDER

Considering Defendants' Motion to De-Consolidate Above Action from Chinese Drywall MDL and Transfer (R. Doc. 13328), IT IS ORDERED that this Motion is set for hearing following the monthly status conference on April 26, 2012, at 9:00 a.m. central.  IT IS FURTHER ORDERED that responses in opposition to this Motion are to be filed by April 18, 2012.

New Orleans, Louisiana this 23rd day of March 2012.

_____
U.S. District Judge