Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0041

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Precision Drywall, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Okaloosa )

**Name of Server:** Darrell Parrish, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 11 day of August, 20 11, at 4:00 o'clock P M

**Place of Service:** at 4315 Sundance Way, in Holt, FL 32564

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Precision Drywall, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Randall Odom, owner

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Brown ; Facial Hair No
Approx. Age 30s ; Approx. Height 5'7" ; Approx. Weight 175

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_ #037
Signature of Server
Darrell Parrish #037
**APS International, Ltd.**

Subscribed and sworn to before me this 12 day of August, 20 11

_[signature]_ 10-7-11
Notary Public   (Commission Expires)

CINDY PATTON
MY COMMISSION # DD 711606
EXPIRES: October 7, 2011
Bonded Thru Notary Public Underwriters