Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0221

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Richard Jones Construction Company, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: PALM BEACH )

**Name of Server:** MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18TH day of AUGUST, 20 11, at 4:50 o'clock P. M

**Place of Service:** at 1575 SW 4th Circle, in Boca Raton, FL 33486

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Richard Jones Construction Company, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: CHANDON JONES, CO-RESIDENT / DAUGHTER, SPOKE WITH MR. JONES VIA PHONE

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BLACK ; Facial Hair ____
Approx. Age 18 ; Approx. Height 5'4" ; Approx. Weight 120

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
MICHAEL ROCCO
Signature of Server

Subscribed and sworn to before me this 21 ST day of AUGUST, 20 11
JONATHAN LEVY
Notary Public         (Commission Expires)

**APS International, Ltd.**