Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0069

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Rick Strawbridge, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Polk__ )

**Name of Server:** __Andy Burgess__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __16__ day of __August__, 20 __11__, at __9:15__ o'clock __A__ M

**Place of Service:** at __5202 Messina__, in __Lakeland, FL  33813__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Rick Strawbridge, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Rick Strawbridge, President__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Brown__ ; Facial Hair __None__
Approx. Age __64__ ; Approx. Height __6'2"__ ; Approx. Weight __205__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Andy Burgess_
Signature of Server

Subscribed and sworn to before me this __16th__ day of __August__, 20 __11__

_Nedra N. Powell_    8-19-12
Notary Public    (Commission Expires)

**APS International, Ltd.**

NEDRA N. POWELL
Comm# DD0815854
Expires 8/19/2012
Florida Notary Assn., Inc