Robert W Block III, et. al., Plaintiff(s)

vs.

Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0224

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:  --Rinker Materials of Florida, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA _____ ) ss.

County of: PALM BEACH _____ )

| | |
|---|---|
| **Name of Server:** | MICHAEL ROCCO _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the  22  day of  AUGUST _____, 20 11 , at  9:20  o'clock  A.  M |
| **Place of Service:** | at  1501 Belvedere Boulevard _____, in  West Palm Beach, FL  33411 |
| **Documents Served:** | the undersigned served the documents described as: Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B" |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Rinker Materials of Florida, Inc.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: DONNA RYAN, OFFICE ADMINISTRATOR / AUTHORIZED EMPLOYEE |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F  ; Skin Color  WHITE  ; Hair Color  GREY  ; Facial Hair _____ Approx. Age  65  ; Approx. Height  5'5"  ; Approx. Weight  125 ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.   Subscribed and sworn to before me this  23  day of AUGUST , 20 11 |

MICHAEL ROCCO
Signature of Server

**APS International, Ltd.**

LYNNE GEWANT
Notary Public          (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission # EE034455
Expires:   OCT. 30, 2014
BONDED THRU ATLANTIC BONDING CO., INC.