| | |
|---|---|
| Robert W Block III, et. al., Plaintiff(s)<br>vs.<br>Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |

APS File #: 111876-0225

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Rinker Materials Southwest, n.k.a. Cemex Construction Materials Florida, LLC;Corporate Creations Network, Inc.
Court Case No. 11-1363 Section L

State of: FLORIDA ) ss.
County of: PALM BEACH )

**Name of Server:** MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22 day of AUGUST, 20 11, at 10:55 o'clock A. M

**Place of Service:** at 11380 Prosperity Farms Road, #221E, in Palm Beach Gardens, FL 33410

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Rinker Materials Southwest, n.k.a. Cemex Construction Materials Florida, LLC;Corporate Creations Network, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: RAZIUR RAHMAN, SUPERVISOR, REGISTERED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BLACK ; Facial Hair
Approx. Age 35 ; Approx. Height 5'8" ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

Subscribed and sworn to before me this 23 day of AUGUST, 20 11

JONATHAN LEVY
Notary Public                (Commission Expires)

**APS International, Ltd.**