Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0263

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Schenley Park Homes, LLC

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 11-1363 Section L

State of: **Florida**
County of: **Dade**
Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **27** day of **August**, 20 **11**, at **11:24** o'clock **A** M

Place of Service: at **3616 SW 108th Avenue** in **Miami, FL 33165**

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Schenley Park Homes, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Fide Martin Vice President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Black** ; Facial Hair _____
Approx. Age **65** ; Approx. Height **5'10** ; Approx. Weight **185**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **29** day of **August**, 20 **11**

_____
Notary Public  (Commission Expires)
Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013