Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 111876-0132

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Shane Heitzman
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Mississippi ) ss.
County of: Hancock )

**Name of Server:** Steven Scholtes, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 8 day of August, 20 11, at 4:13 o'clock P M

**Place of Service:** at 1975 Road 328, in Perkinston, MS  39573

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Shane Heitzman**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of Michael Heitzman, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Shane Heitzman**
at the place of service, and whose relationship to the person is: Son

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair No
Approx. Age 26; Approx. Height 5'11"; Approx. Weight 160

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 8 day of Aug, 20 11

Signature of Server          Notary Public          (Commission Expires) 4/26/15

**APS International, Ltd.**

[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 98899 TINA FRANCO Commission Expires April 26, 2015 HANCOCK CO.]