Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0170

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Shoma Development Corp.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 18 day of August, 20 11, at 4:10 o'clock P M

Place of Service: at 3470 NW 82nd Ave., #988, in Doral, FL 33122

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Shoma Development Corp.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Halima BelKhodja  Receptionist

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color Brown ; Hair Color Black ; Facial Hair ___
Approx. Age 25 ; Approx. Height 5'6 ; Approx. Weight 125

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 22 day of August, 20 11

Notary Public      (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014

**APS International, Ltd.**