Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 111876-0110

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Stephen Steiner, d/b/a Steiner Drywall
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _JOE R. GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _9_ day of _August_, 20_11_, at _8:55_ o'clock _A_ M

**Place of Service:** at _16344 Three Rivers Road_, in _Biloxi, MS 39532_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Stephen Steiner, d/b/a Steiner Drywall**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of _MRS. DELORES STEINER_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Stephen Steiner, d/b/a Steiner Drywall** at the place of service, and whose relationship to the person is: ____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _White_; Hair Color _Gray_; Facial Hair ____
Approx. Age _60-72_; Approx. Height _5'7_; Approx. Weight _150_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _11_ day of _August_, 20_11_

Notary Public      9/22/14 (Commission Expires)

**APS International, Ltd.**

*STATE OF MISSISSIPPI NOTARY PUBLIC ID # 97121 KYLE MARCHBANKS Commission Expires Sept. 22, 2014 HARRISON COUNTY*