Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0052

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Supreme Builders
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Texas ) ss.
County of: Montgomery )

**Name of Server:** James Richard Gratz, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 11 day of August, 20 11, at 9:05 o'clock A M

**Place of Service:** at 28453 Eagle Ridge, in Magnolia, TX  77355

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Supreme Builders**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Marcie Hawk as Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Blonde ; Facial Hair no
Approx. Age 35-40 ; Approx. Height 5'6 ; Approx. Weight 125

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 12 day of August, 20 11

Notary Public        (Commission Expires)

ROBERT FLOYD MORELAND
MY COMMISSION EXPIRES
August 29, 2013