Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0120

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Terry Mott Builders
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Mississippi_  ) ss.
County of: _Harrison_  )

Name of Server: _Jer R Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _8_ day of _August_, 20_11_, at _JG 4:55 PM_ o'clock _P_ M

Place of Service: at _2208 Kevin Court_, in _Gulfport, MS 39507_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Terry Mott Builders**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Terry Mott - Owner_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Dark Brown/Gray_; Facial Hair _No_
Approx. Age _56-62_; Approx. Height _5'11_; Approx. Weight _170_  Glasses

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _11_ day of _August_, 20_11_

Notary Public   _9/22/14_   (Commission Expires)

**APS International, Ltd.**

*Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 97121, KYLE MARCHBANKS, Commission Expires Sept. 22, 2014, HARRISON COUNTY*