Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0129

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Triangle Drywall Supply, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS.  ) ss.
County of: Oktibbeha )

**Name of Server:** SHANK PHELPS, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10th day of Aug, 20 11, at 1015 o'clock A M

**Place of Service:** at 220 Old Highway 82 E, in Starkville, MS 39579

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Triangle Drywall Supply, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Suzanne Wise (Accounting Officer)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Grey ; Facial Hair None
Approx. Age 55 ; Approx. Height 5'7 ; Approx. Weight 150

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 10 day of Aug, 20 11

Notary Public

NOTARY PUBLIC
ID# 64005
Commission Expires
July 19, 2013
OKTIBBEHA COUNTY

**APS International, Ltd.**