# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION L |
| This document relates to: 09-4117 (Vickers), 09-7628 (Payton) | DISTRICT JUDGE FALLON |
| | MAGISTRATE JUDGE WILKINSON |

**************************************************************************

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Susie Morgan moves for leave to withdraw as counsel of record for defendant, J. Helm Construction, Inc. In support of this motion, and in lieu of a memorandum, Ms. Morgan avers:

1. Ms. Morgan began representing defendant, J. Helm Construction, Inc. while she was associated with the law firm of Phelps Dunbar, LLP.

2. Ms. Morgan will no longer be associated with the law firm of Phelps Dunbar, LLP.

3. Ms. Morgan's withdrawal will not prejudice defendant, J. Helm Construction, Inc. because Brent B. Barriere of the law firm of Phelps Dunbar, LLP continues to represent said defendant.

PD.6122167.1

WHEREFORE, Susie Morgan respectfully requests that this Motion be granted and that she be granted leave to withdraw as counsel for defendant, J. Helm Construction, Inc.

Dated:  March 29, 2012                                       Respectfully submitted,

By:      /s/ Susie Morgan
Susie Morgan (La. Bar 09715)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
morgans@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March, 2012.

     /s/ Susie Morgan

PD.6122167.1