UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L |
| THIS DOCUMENTS RELATES TO ALL CASES | * * | JUDGE FALLON MAG. JUDGE WILKINSON |

### NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY NICHOLAS AND JENNIFER CROWE

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Nicholas and Jennifer Crowe hereby give notice of their intention to dispose of the physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B. Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Nicholas & Jennifer Crowe by contacting: Zachary L. Wool, Esq. by telephone at (504) 524-3300 or by email at zwool@bkc-law.com. Upon the expiration of the thirty-day period, Nicholas & Jennifer Crowe may dispose of such physical evidence.

Dated:  March 30, 2012

Respectfully submitted,

**BARRIOS, KINGSDORF & CASTEIX, LLP**

By:__/s/ Dawn M. Barrios_____ _____
Dawn M. Barrios (LA Bar Roll #2821)
Bruce S. Kingsdorf (LA Bar Roll #7403)
Zachary L. Wool (LA Bar Roll # 32778)
701 Poydras Street, Suite 3650
New Orleans, Louisiana  70139
Tel: (504) 524-3300
Fax: (504) 524-3313
barrios@bkc-law.com
bkingsdorf@bkc-law.com
zwool@bkc-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurance Liaison Counsel, Judy Y. Barrasso, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and Pretrial Order No. 1(I), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of March, 2012.



                                          /s/ Dawn M. Barrios