UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: JESSICA CASSIDY, et al. vs. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG et al. Case No. 11-3023 | * * * * * * * | JUDGE FALLON (L)  MAG. WILKINSON (4) |

## ORDER GRANTING DEFENDANT TRIPLE CROWN HOMES, INC.'S MOTION TO EXCEED PAGE LIMITATION

Considering Defendant Triple Crown Homes, Inc.'s Motion to Exceed Page Limitation with regard to its Motion to Dismiss the Complaint in this action,

IT IS ORDERED that the Motion to Exceed Page Limitation is GRANTED.

New Orleans, Louisiana, this _____ day of March, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE