Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0065

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Williams-Brown, Inc
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Escambia** )

**Name of Server:** _Glenroy Little_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _10th_ day of _August_, 20 _11_, at _1:10 pm_ o'clock P M

**Place of Service:** at _801 W. Romana Street_, in _Pensacola, FL 32502_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Williams-Brown, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Chao Williams, President_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _Wht_; Hair Color _Brown_; Facial Hair ___
Approx. Age _39_; Approx. Height _5'7_; Approx. Weight _180_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ M. Little_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _11_ day of _August_, 20 _11_

_/s/ Notary_      2014
Notary Public    (Commission Expires)



KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters