UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| **This document relates to:** | JUDGE FALLON |
| AMATO, ET AL. v. LIBERTY MUTUAL INS. CO., ET AL. CASE NO. 2:10-cv-00932 (E.D. La.) | MAGISTRATE WILKINSON |

**MOTION TO WITHDRAW AND NOTICE OF CHANGE OF ADDRESS**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, American Strategic Insurance Corporation, and upon suggesting to the Court that Jason P. Foote is no longer affiliated with Chopin, Wagar, Richard & Kutcher, LLP, and moves for an Order permitting Chopin, Wagar, Richard & Kutcher, LLP to withdraw a counsel for American Strategic Insurance Corporation, and allowing Jason P. Foote to remain as counsel of record, and that all further notices and pleadings be served upon Jason P. Foote as counsel of record at:

Jason P. Foote, Esq.
Law Offices of Jason P. Foote, LLC
3350 Ridgelake Drive
Suite 221
Metairie, LA 70002
ph: 504-293-0019
fax: 504-293-0020
jfoote@footelawoffices.com

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: */s/ Jason P. Foote*
**JASON P. FOOTE (#25050)**
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3827
Facsimile: (504) 836-9579
E-Mail: jfoote@chopin.com
*Attorney for Defendant, American Strategic Insurance*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

*/s/ Jason P. Foote*
**JASON P. FOOTE**