UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| **This document relates to:** | JUDGE FALLON |
| AMATO, ET AL. v. LIBERTY MUTUAL INS. CO., ET AL. CASE NO. 2:10-cv-00932 (E.D. La.) | MAGISTRATE WILKINSON |

## ORDER

Considering the plaintiff's Motion to Withdraw and Notice of Change of Address, it is hereby ordered that the firm of Chopin, Wagar, Richard & Kutcher, LLP are hereby permitted to withdraw as counsel of record for the plaintiff, American Strategic Insurance Corporation, Jason P. Foote shall remain as counsel of record, and that all further notices and pleadings be served upon Jason P. Foote as counsel of record at:

Jason P. Foote, Esq.
Law Offices of Jason P. Foote, LLC
3350 Ridgelake Drive
Suite 221
Metairie, LA 70002
ph: 504-293-0019
fax: 504-293-0020
jfoote@footelawoffices.com

New Orleans, Louisiana this ___ day of _____, 2012.

_____
**J U D G E**