UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Payton, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:09-cv-07628 (E.D.La.)<br><br>*Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.)<br><br>*Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.)<br><br>*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, Case No. 2:11-cv-252 (E.D.La.)<br><br>*Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-cv-1363 (E.D.La.)<br><br>*Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-cv-2349 (E.D.La.)<br><br>*Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*, Case No. 11-cv-3023 (E.D.La.)<br><br>*Vickers, et. al. v. Knauf Gips, KG, et. al.*, Case No. 2:09-cv-04117 (E.D.La.) | |

**ORDER**

1

Considering the Joint Motion of Proposed Settlement Class Counsel, the PSC, and the L&W Supply Corporation defendants for an order: 1) preliminarily approving the L&W class settlement; 2) conditionally certifying an L&W class settlement; 3) issuing class notice; 4) scheduling a joint fairness hearing; and 5) staying claims against L&W, USG and the Knauf defendants, IT IS ORDERED that this motion is set for hearing on Thursday, April 26, 2012 the Monthly Status Conference at 9:00 a.m. Responses are due by Wednesday, April 11, 2012. Any replies thereto shall be filed by Tuesday, April 24, 2012.

        BY THE COURT,

*[signature: Eldon E. Fallon]*

        U.S. District Judge