UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L |
| This document relates to:<br>09-4117 (Vickers), 09-7628 (Payton) | DISTRICT JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

*****************************************************************************

### ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This Court having fully considered Susie Morgan's Motion for Leave to Withdraw as Counsel, the motion is GRANTED and that she is hereby granted leave to withdraw as counsel for defendant, Hammer Construction Services, Ltd.

New Orleans, Louisiana, this 2nd day of April, 2012.

_____
United States District Court Judge