Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0036

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--1st Drywall, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Seminole )

Name of Server: T. S. Howell, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 16 day of August, 2011, at 6:20 o'clock P M

Place of Service: at 453 Twisting Pine Circle, in Longwood, FL 32779

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**1st Drywall, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Teresa Crofts, wife of Mike Crofts, Registered at residential address.

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Brown; Facial Hair N/A
Approx. Age 40's; Approx. Height 5'5"; Approx. Weight 120

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server       8-18-11
T. S. Howell #469
APS International, Ltd.

Subscribed and sworn to before me this 18 day of August, 20 11
Notary Public       (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission #DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC