Robert W Block III, et. al., Plaintiff(s)
    vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0028

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Acadian Builders and Contractors, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
County of: ASCENSION PARISH )

**Name of Server:** WILLIAM HUMBLE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18TH day of AUGUST, 20 11, at 3:26 o'clock P M

**Place of Service:** at 6473 Hwy. 44 #201, in Gonzales, LA 70737

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complain (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Acadian Builders and Contractors, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: JODIE LOUQUE - SECRETARY

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color GRAY ; Facial Hair N/A
Approx. Age 55 ; Approx. Height 5'4" ; Approx. Weight 160 lbs.

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

William Humble
Signature of Server

Subscribed and sworn to before me this 19 day of August, 20 11

Sandra M. Hutchinson
Notary Public     (Commission Expires)
                  At Death

Sandra M. Hutchinson
Notary Public ID #60480

**APS International, Ltd.**