Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0063

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Adams Homes of Northwest Florida, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: ESCAMBIA )

**Name of Server:** GLENROY LITTLE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10 day of August, 20 11, at 2:55 o'clock P M

**Place of Service:** at 3000 Gulf Breeze Parkway, in Gulf Breeze, FL 32563

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Adams Homes of Northwest Florida, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: SHELLEY SEPULVEDA AS ADMIN ASST.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color white; Hair Color Brown; Facial Hair N/A
Approx. Age 60; Approx. Height 5'3; Approx. Weight 120
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 29th day of Aug, 20 11

Notary Public          (Commission Expires)



KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters