Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0038

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Al Brothers, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ILLINOIS** ) ss.
County of: **COOK** )

Name of Server: **ROBERT W. BRINDAC JR** undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **17** day of **AUGUST**, 20 **11**, at **7:55** o'clock **P** M

Place of Service: at **919 S. Charlotte St.**, in **Lombard, IL 60148**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Al Brothers, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **AL JUSTUS, OWNER**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **Salt + Pepper**; Facial Hair **None**
Approx. Age **44**; Approx. Height **6'0**; Approx. Weight **185**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this day of **AUG 18 2011**, 20

Signature of Server

Notary Public        (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13