Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0177

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aranda Homes, Inc
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22nd** day of **August**, 20 **11**, at **11:35** o'clock **A** M

Place of Service: at **3201 SW 4th Lane**, in **Cape Coral, FL 33991**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Aranda Homes, Inc**

Person Served, and Method of Service:
By delivering them into the hands of an **Agent** whose name and title is: **Dorothy Young, Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Frosted** ; Facial Hair ____
Approx. Age **42** ; Approx. Height **5'2"** ; Approx. Weight **100**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Gray* #15753
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **20th** day of **August**, 20 **11**

*Traci DeSalvo* 10/22/11
Notary Public    (Commission Expires)



TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

4145