Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0088

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Associated Builders and Developers, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __St. Lucie__ )

**Name of Server:** __Bradley A Perron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __17__ day of __August__, 20 __11__, at __4:30__ o'clock __P__ M

**Place of Service:** at __1817 SW Deming Avenue__, in __Port St. Lucie, FL  34952__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Associated Builders and Developers, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Vincent Valicenti, president__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair __No__
Approx. Age __45__ ; Approx. Height __5'10"__ ; Approx. Weight __185 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ BAP_
Signature of Server

Subscribed and sworn to before me this __18__ day of __August__, 20 __11__
_Amy M. Kreyling_   9/25/14
Notary Public      (Commission Expires)

**APS International, Ltd.**



AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
Fl. Notary Discount Assoc. Co.