Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0114

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bailey Lumber & Supply Company
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Hinds** )

**Name of Server:** **Jimmy K Taylor**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **08** day of **August**, 20 **11**, at **134** o'clock **P** M

**Place of Service:** at **2950 Layfair Drive, Suite 101**, in **Flowood, MS 39232**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company** — **John Shows**
By delivering them into the hands of an officer or managing agent whose name and title is: **Agent & Attorney - John Shows**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Gray**; Facial Hair **No**
Approx. Age **65**; Approx. Height **6'2**; Approx. Weight **170**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **08** day of **August**, 20 **11**

Cynthia L Wilson
Notary Public     (Commission Expires)

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 66724 CYNTHIA L. WILSON Commission Expires July 18, 2014 RANKIN COUNTY]