Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0257

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Barnett Drywall
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __ALABAMA__ ) ss.
County of: __BALDWIN__ )

**Name of Server:** __CHARLIE HAUPT__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __1__ day of __SEPT__, 20 __11__, at __2:30__ o'clock __P__ M

**Place of Service:** at __17326 County Road 83__, in __Summerdale, AL  36580__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Barnett Drywall**
By delivering them into the hands of an officer or managing agent whose name and title is: __TIM BARNETT - OWNER__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __WHT__; Facial Hair __NO__
Approx. Age __40__; Approx. Height __6'2"__; Approx. Weight __180__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Charlie Haupt_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __2__ day of __SEPT__, 20 __11__

_Martha Moore_  5/21/14
Notary Public      (Commission Expires)

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014