Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0185

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Coastal Living Homes, L.L.C.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Mark Hritz, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 13th day of September, 20 11, at 3:56 o'clock PM

Place of Service: at 2532 First Street, in Fort Myers FL 33901

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Coastal Living Homes, L.L.C.**

Person Served, and Method of Service: By delivering them into the hands of an Receptionist whose name and title is: Jennifer Case, Receptionist at Hahn Loeser - law firm

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 40's ; Approx. Height 5'7" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server #157600

Subscribed and sworn to before me this 15th day of September, 20 11

_____ 10/22/11
Notary Public     (Commission Expires)

**APS International, Ltd.**



TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

4130