Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0115

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ed Price Building Materials
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Hinds )

Name of Server: Jimmy A Taylor, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 08 day of August, 20 11, at 1341 o'clock P M

Place of Service: at 2950 Layfair Drive, Suite 101, in Flowood, MS 39232

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Ed Price Building Materials — John Shows

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: John Shows - Agent & Attorney

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color Gray; Facial Hair no
Approx. Age 65; Approx. Height 6'2; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 08 day of August, 20 11

Cynthia L. Wilson
Notary Public          (Commission Expires)

APS International, Ltd.

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 66724
CYNTHIA L. WILSON
Commission Expires
July 18, 2014
RANKIN COUNTY