Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0299

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--F. Vicino Drywall, Inc.

LEVIN, FISHBEIN, ET AL.
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 11-1363 Section L

---

State of: FLORIDA ) ss.
County of: BROWARD )

**Name of Server:** JESSE PICONE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

**Date/Time of Service:** that on the 30TH day of AUGUST, 20 11, at 1:18 o'clock P. M

**Place of Service:** at 15 NE 2nd Ave, in Deerfield Beach, FL 33441

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
F. Vicino Drywall, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: LINDA "S." (DECLINED TO PROVIDE LAST NAME)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair ___
Approx. Age 160 ; Approx. Height 5'7" ; Approx. Weight 160

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

JESSE PICONE
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 9TH day of SEPTEMBER, 2011

JONATHAN LEVY
Notary Public     (Commission Expires)