# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**In re: CHINESE-MANUFACTURED**
**DRYWALL PRODUCTS LIABILITY**
**LITIGATION**

**This document relates to:**
**09-7628 (Payton)**

**MDL Docket No. 2047**

**SECTION L**

**DISTRICT JUDGE FALLON**

**MAGISTRATE JUDGE WILKINSON**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This Court having fully considered Susie Morgan's Motion for Leave to Withdraw as Counsel, the motion is GRANTED and that she is hereby granted leave to withdraw as counsel for defendant, Paul Homes of Florida, LLC.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
United States District Court Judge