Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0189

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Florida Style Services, Inc
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 23rd day of August, 20 11, at 9:15 o'clock A M

**Place of Service:** at 2422 SE 28th St., in Cape Coral, FL 33904

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Florida Style Services, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of a spouse of officer whose name and title is: Antoinette Cosman, Spouse of the President David Cosman at their

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair _____
Approx. Age 50-55 ; Approx. Height 5'2" ; Approx. Weight 100

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray #15153
Signature of Server

Subscribed and sworn to before me this 26th day of August, 20 11

Traci DeSalvo   10/22/11
Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

4131