Robert W Block III, et. al., Plaintiff(s)

vs.

Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**

**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0081

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

--GEM Builders, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _Florida_ ) ss.

County of: _St Lucie_ )

**Name of Server:** _Bradley A Perron_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _1_ day of _September_, 20 _11_, at _5:58_ o'clock _P_ M

**Place of Service:** at _1321 Lone Pine Drive_, in _Fort Pierce, FL 34982_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**GEM Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Louis Beninati, V.P._

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _GRAY_ ; Facial Hair _NO_
Approx. Age _65_ ; Approx. Height _5'9"_ ; Approx. Weight _170_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this _2_ day of _September_, 20 _11_

_Amy M. Kreyling_ _9/25/14_
Notary Public          (Commission Expires)

**APS International, Ltd.**

AMY M. KREYLING
MY COMMISSION # EE439
EXPIRES: September 25, 2014
FL Notary Discount Assoc. Co.
1-800-3-NOTARY