Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0191

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hansen Homes of South Florida, Inc
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __22nd__ day of __August__, 20__11__, at __10:50__ o'clock __A__ M

**Place of Service:** at __1436 SE 16th Place__, in __Cape Coral, FL 33990__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hansen Homes of South Florida, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Cindy Davis, Office Manager__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blond__ ; Facial Hair ____
Approx. Age __30-35__ Approx. Height __5'0"__ ; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__ #157153
Signature of Server

Subscribed and sworn to before me this __26th__ day of __August__, 20__11__

__Traci A. DeSalvo__   10/22/11
Notary Public   (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

**APS International, Ltd.**

4139