| | |
|---|---|
| Robert W Block III, et. al., Plaintiff(s) vs. Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 111876-0192

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Horizon Builders, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Edwin S. Cintron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **20th** day of **August**, 20 **11**, at **5:30** o'clock **P** M

**Place of Service:** at **1402 McKinley Avenue**, in **Lehigh Acres, FL 33972**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Horizon Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Jean Silcox, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Gray** ; Facial Hair ____
Approx. Age **65** ; Approx. Height **5'4"** ; Approx. Weight **145**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **#9002**

Subscribed and sworn to before me this **20th** day of **August**, 20 **11**
**Traci A. DeSalvo** 10/22/11
Notary Public (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

4138