UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO<br>Jessica Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.<br>Case No: 2:11-cv-3023 (E.D.La.)<br>_____/ | Judge: Fallon<br>MAG JUDGE WILKINSON |

### DEFENDANT, HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC'S MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XIV) AND SUBSTITUTED AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV) FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)

Defendant, HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC, a Florida limited liability company ("HOLIDAY BUILDERS CONSTRUCTION"), through special appearance of its undersigned counsel, hereby moves to dismiss Plaintiffs' Amended Omnibus Class Action Complaint (XIV) and Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV) under Federal Rule of Civil Procedure 12(b)(2) for the reasons given in the accompanying Memorandum in support of this Motion. Specifically, HOLIDAY BUILDERS CONSTRUCTION is not subject to, nor has it submitted to, the jurisdiction of this Court.

WHEREFORE, Defendant, HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC, prays this Court enter an Order granting its Motion to Dismiss and dismissing the Plaintiffs' claims against HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC, as

- 1 -

this Court lacks personal jurisdiction over HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC.

Respectfully submitted,

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders Construction of Florida, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XIV) AND SUBSTITUTED AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV) FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2), has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM./ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of April, 2012.

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor

- 2 -

- 3 -

        Orlando, FL  32801
        Telephone No:  407.896-2224
        Facsimile No:  407.835.3596

- 3 -

6237531_1