UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION           MDL NO. 2047

                                        SECTION: L

THIS DOCUMENT RELATES TO                JUDGE: Fallon
Jessica Cassidy, et. Al. v. Gebrueder Knauf    MAG. JUDGE WILKINSON
Verwaltungsgesellschaft, KG, et. al.
Case No: 2:11-cv-3023 (E.D.La.)
_____/

**NOTICE OF HEARING ON DEFENDANT HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC'S MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XIV) AND SUBSTITUTED AMENDED OMNIBUS CLASS ACTION COMPLAINT (XIV) FOR LACK OF PERSONAL JURISDICTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)**

PLEASE TAKE NOTICE that Defendant, Holiday Builders Construction of Florida, LLC., has filed the attached Motion to Dismiss Plaintiffs' Omnibus Class Action Complaint (XIV) and Substituted Amended Omnibus Class Action Complaint (XIV) For Lack of Personal Jurisdiction under Federal Rule of Civil Procedure 12(b)(2). PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on May 9, 2012, at 9:00 a.m. before the Honorable Eldon E. Fallon.

                                        Respectfully submitted,

                                        */s /* John Armando Boudet
                                        John Armando Boudet
                                        Florida Bar No. 0515670
                                        jboudet@ralaw.com
                                        Roetzel & Andress, LPA
                                        420 South Orange Avenue
                                        CNL Center II, 7th Floor
                                        Orlando, FL  32801
                                        Telephone No: 407.896-2224
                                        Facsimile No: 407.835.3596
                                        *Counsel for Defendant, Holiday Builders*
                                        *Construction of Florida, LLC*

6237505

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC, NOTICE OF HEARING, has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 2nd day of April, 2012.

/s / John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders Construction of Florida, LLC*

6237505