UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL No. 2047<br>*<br>*   SECTION L<br>*<br>*   JUDGE ELDON E. FALLON<br>*<br>*   MAGISTRATE JUDGE<br>*   JOSEPH C. WILKINSON, JR.<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \*\* \* \*

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 09-6687

### DEFENDANT TAISHAN GYPSUM CO. LTD.'S RENEWED MOTION TO VACATE THE DEFAULT JUDGMENT AND DISMISS THE COMPLAINT

Defendant Taishan Gypsum Co. Ltd. ("TG"), hereby moves (a) pursuant to Federal Rules of Civil Procedure 55(c) and 60(b) for an order vacating the November 20, 2009 order of this Court holding TG in preliminary default and vacating the May 11, 2010 default judgment in the amount of $2,758,356.20; and (b) for an order pursuant to Fed. R. Civ. P. 12(b)(2), dismissing this action on the grounds of lack of personal jurisdiction.

The Judgment is void for lack of personal jurisdiction because TG is not subject to jurisdiction under the long-arm statute of Virginia, the forum State where Plaintiffs filed their original Complaint. In addition the Due Process Clause of the Fourteenth Amendment of the United States Constitution precludes the exercise of personal jurisdiction over TG because TG lacks minimum contacts with Virginia, the forum state where this MDL action was originally filed and Plaintiffs' causes of action do not arise out of or result from TG's alleged contacts with Virginia. In addition, even if Plaintiffs could satisfy the long-arm statute and demonstrate

TG had minimum contacts with Virginia, the assertion of jurisdiction over TG in this case would be unfair and unreasonable, in violation of the Due Process Clause.

The Judgment is also void for the independent reasons that (1) Plaintiff-Intervenors did not properly serve TG with their motion to intervene or the pleading required by Fed. R. Civ. P. 24(c) and 5(a)(2); (2) TG was not served with the Second Amended Complaint, on which the default was entered and on which the Judgment was based; and (3) the Judgment cannot stand to the extent that it is based on a Complaint that this Court has already found fails to state a claim under the Virginia Consumer Protection Act.  Further, the Judgment should be vacated because any failure by TG to timely respond to the Second Amended Complaint was excusable.

WHEREFORE, TG respectfully requests an Order (a) vacating the preliminary default order dated November 20, 2009 and the default judgment dated May 11, 2010; (b) dismissing this action because this Court does not have personal jurisdiction over TG.

Dated: April 2, 2012

Respectfully submitted,

*/s/* Thomas P. Owen Jr.
Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
tpo@stanleyreuter.com

Joe Cyr  
Frank T. Spano  
Eric Statman  
HOGAN LOVELLS US LLP  
875 Third Avenue  
New York, New York 10022  
Telephone: 212-918-3000  
Facsimile: 212-918-3100  
Joe.cyr@hoganlovells.com  
Frank.spano@hoganlovells.com  
Eric.statman@hoganlovells.com  

**Attorneys for Defendant**  
**Taishan Gypsum Co. Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Renewed Motion to Vacate the Default Judgment and Dismiss the Complaint has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of April, 2012.

/s/ Thomas P. Owen Jr.
