IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL No. 2047 Section L |
| This Document Relates to ALL CASES | : | JUDGE FALLON MAG. JUDGE WILKINSON |

## TAI'AN TAISHAN PLASTERBOARD CO. LTD. MANUFACTURER PROFILE FORM

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I. CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM

A. Manufacturer Name: **Tai'an Taishan Plasterboard Co. Ltd. ("TTP")**[1]

B. Address: **Houzhou Villiage, Dawenkou, Daiyue District, Taian, Shandong Province, P.R. China**

C. Phone number: **(0086) (538) 8811966**

D. Email address:

E. Web site:

F. President or CEO: **None. Song Qinghai was the Plant Manager for TTP.**

G. Headquarters if Foreign: **Taian, China**

H. Address of USA Headquarters: **None**

I. Name of supervisor at USA Headquarters: **None**

J. Principal Place of Business in USA: **None**

[1] TTP is responding to Defendant Manufacturers' Profile Form without waiving any of its rights to object, in these or in any other proceedings, to: (i) The relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

EXHIBIT NO. 12
4-5-11
L. GOLKOW

K. List of all offices or locations in USA where entity has done business at any time in 2001 through 2009.

**TTP has never had an office in the US or otherwise operated out of any location in the US.**

L. Name of Manager at each office or location identified in I(J) above **Not applicable**

(If you have identified more than one entity in I(A) above separately answer I(B)-1(L) for each entity.)

II. COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

| | | | |
|---|---|---|---|
| A. | Name: | **Joe Cyr**<br>**Frank Spano**<br>**Eric Statman**<br>**Matthew Galvin** | **Richard C. Stanley**<br>**Thomas P. Owen, Jr.** |
| B. | Address: | **HOGAN LOVELLS US LLP**<br>**875 3rd Avenue**<br>**New York, New York 10022** | **STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC**<br>**909 Poydras Street, Suite 2500**<br>**New Orleans, Louisiana 70112** |
| C. | Phone Number: | **(212) 918-3000** | **504-523-1580** |
| D. | Fax Number: | **(212) 918-3100** | **504-524-0069** |
| E. | E-Mail: | **joe.cyr@hoganlovells.com**<br>**frank.spano@hoganlovells.com**<br>**eric.statman@hoganlovells.com**<br>**matthew.galvin@hoganlovells.com** | **rcs@stanleyreuter.com**<br>**tpo@stanleyreuter.cm** |

III. CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

i. Product Identification:

Name of Manufacturer(s)' drywall product:

**TTP manufactured drywall to US dimensions on a made-to-order OEM basis and sold the drywall exclusively in China. Each such sale is identified on the Chart attached hereto as Exhibit A.**

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

**TTP printed markings on the drywall in accordance with the purchasers' instructions. All such markings are set forth on Exhibit A.**

List all trademarks applicable to the product:

**TTP is unaware whether any other parties applied their own trademarks to drywall manufactured by TTP.**

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

**As set forth above, certain purchasers requested that the drywall bear particular markings. Those markings are described to the best of TTP's knowledge on Exhibit A on the column labeled "Product Markings." Additionally, certain purchasers requested that the tape attached to the edges of the drywall bear certain markings. Those markings are described to**

**the best of TTP's knowledge on Exhibit A on the column labeled "Edge Sealing Tape Markings."**

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

**With regards to drywall that was exported to the US, TTP manufactured only standard drywall to US dimensions.**

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

**TTP has no knowledge of the brand names under which the purchasers of its drywall may have resold it.**

2. Shipment Information (identify the following for each shipment to, or for importation to, the United States):

| | |
|---|---|
| Exporter Name: | **TTP sold drywall to purchasers, which were primarily Chinese trading companies, exclusively in China. The purchasers took title to the drywall in China and the drywall was then shipped to the United States. However, when TTP made sales to US-based distributors in China, TTP referred to itself as the "exporter" for purposes of preparing tax invoices under Chinese tax law. In these instances, TTP is listed in the "Exporter" column on Exhibit A.** |
| Address of Exporter: | **Where known, the address of the purchaser of TTP's drywall in China, which may have arranged for the shipment of the drywall to the United States, is provided on Exhibit A.** |
| Date of Export: | **Approximate dates for each sale of drywall by TTP in China are set forth on Exhibit A.** |

Name of all ports through which shipment was in transit: **Unknown**

Name of final port where shipment was offloaded: **Where TTP has information about the stated destinations of certain shipments of drywall, such information is provided on Exhibit A.**

Date shipment was offloaded: **Unknown**

| | |
|---|---|
| Amount of Drywall exported: | **The quantity of drywall for each TTP sale of drywall in China is set forth at Exhibit A.** |
| Name of shipper: | **Unknown** |
| Address of shipper: | **Unknown** |
| Mode of Shipment: | **Unknown** |
| Name of vessel: | **Unknown** |

3. Importer Information (identify the following for each importer):

| | |
|---|---|
| Importer Name: | **Where known, the party that imported the drywall that TTP sold in China is identified in the "Importer" column on Exhibit A.** |

Address of Importer: **Where known, the addresses of the party that imported the drywall that TTP sold in China are provided on Exhibit A.**

Date of Import: **Unknown**

Amount of Drywall imported:

**The quantity of drywall TTP sold to each purchaser in China is set forth at Exhibit A.**

4. Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

**TTP does not have knowledge regarding whether or to what extent the purchasers of its drywall in China identified on Exhibit A were involved in the distribution or installation of that drywall in the USA. Moreover, TTP does not have knowledge regarding other companies or individuals who may have distributed or installed that drywall in the USA.**

5. Are you aware of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? If so, identify such brokers or intermediary agents by name, address, and phone number, and provide any correspondence or other documentation in your possession concerning such brokers or agents.

**TTP does not have knowledge regarding whether any of the purchasers of its drywall in China identified on Exhibit A served as brokers or intermediary agents involved in the supply chain for the drywall. Moreover, TTP does not have knowledge of other companies or individuals who may served as brokers or intermediary agents with respect to the drywall.**

6. If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: **Generally, TTP stored drywall for a limited time at its facility prior to delivery to the purchaser in China. TTP has no knowledge concerning any further storage of drywall after TTP delivered it to the purchaser in China.**

Address of entity providing storage:

Dates product was stored:

____/____/____ (Month / Day / Year) to ____/____/_____ (Month / Day / Year)

Quantity of product stored:

Price paid for storage:

Name of contact person at storage facility:

Phone number:

Email address:

List any complaints made or received regarding storage of the product:

7. Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

If in litigation: ______________________

Caption of Case: ______________________

______________________

Name and address of attorneys involved:

______________________

______________________

______________________

______________________

Insurance carriers involved:

______________________

______________________

______________________

______________________

***CERTIFICATION***

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

Signature 吴庆海 | Print Name 吴庆海 | Date 2010.10.14

美国地区法院

路易斯安那州东部区

| | | |
|---|---|---|
| 关于、中国制造的石膏板产品责任诉讼 | : | 跨地区诉讼第 2047 号<br>L 部分 |
| 本文件相关案件<br>所有案件 | : | FALLON 法官<br>WILKINSON 司法官 |

泰安市泰山纸面石膏板有限公司制造商资料表

所有被告石膏板制造商均必须填写并提交本被告制造商资料表。每名被告石膏板制造商均必须填写并签署一份被告制造商资料表，列明从 2001 年至 2009 年所有运往或交付至美国境内或供进口美国的中国石膏板。每名被告石膏板制造商均必须对于联邦法院待决诉讼中的任何位原告之列的个人填写并签署一份独立的附件 A。如在完成本被告制造商资料表后得知其它信息，则必须加以补充。如回答任何问题或填写答复的空间不够，可另加附页。此外，如在回复任何问题时需提供任何附件或文件，请指明本被告制造商资料表中与该具体附件或文件相关的具体问题。

本资料表中的问题均为非争议性问题，并应被回答而无异议。填写本资料表，并不表示您放弃律师工作成果和 / 或律师 — 委托人守密特权。同样，通过披露顾问的身份，此等顾问可以保持为非作证专家，且受到法律提供的所有保护。请以英文清楚书写或键入您的答复。

I. 填写本资料表的被告制造商的联系信息

A. 制造商名称：泰安市泰山纸面石膏板有限公司("TTP")[1]

B. 地址：中华人民共和国山东省泰安市岱岳区大汶口后周村

C. 电话号码：(0086) (538) 8811966

D. 电邮地址：

E. 网址：

F. 总裁或首席执行官：无。宋庆海为 TTP 的工厂经理。

G. 总部（如位于国外），中国泰安

H. 美国总部地址：无

I. 美国总部主管姓名：无

J. 美国主要营业地点：无

[1] TTP 填写被告制造商资料表，但不放弃其于此等法律程序或任何其它法律程序中就以下事项提出异议的任何权利：(i) 本表格或其附件所披露任何信息的相关性或可受理性；(ii) 法律程序文件送达的有效性或有关法律程序文件的送达；(iii) 本法院或任何其它法院对其的司法管辖权；和 / 或 (iv) 以任何理由对于可能向其递送的任何证据披露要求提出异议，理由包括但不限于，该等证据披露违反了《关于从国外调取民事或商事证据的海牙公约》。

K. 于 2001 年至 2009 年期间内的任何时间，该实体在美国经营所在的所有办事处或地点列表。

**TTP 从未在美国设立过办事处或以其它方式于美国任何地点经营。**

L. 上文第 I(J) 项中指明的每个办事处或地点的经理姓名不适用

（如果您在上文第 I(A) 项中列明多于一个实体，请就每个实体分别回答第 I(B)-I(L) 项。）

II. 被告制造商的律师信息

| | | | |
|---|---|---|---|
| A. | 姓名： | Joe Cyr<br>Frank Spano<br>Eric Statman<br>Matthew Galvin | Richard C. Stanley<br>Thomas P. Owen, Jr. |
| B. | 地址： | HOGAN LOVELLS US LLP<br>875 3rd Avenue<br>New York, New York 10022 | STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC<br>909 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70112 |
| C. | 电话号码： | (212) 918-3000 | 504-523-1580 |
| D. | 传真号码： | (212) 918-3100 | 504-524-0069 |
| E. | 电邮： | joe.cyr@hoganlovells.com<br>frank.spano@hoganlovells.com<br>eric.statman@hoganlovells.com<br>matthew.galvin@hoganlovells.com | rcs@stanleyreuter.com<br>tpo@stanleyreuter.cm |

III. 中国石膏板产品识别和经销链

i. 产品识别：

制造商石膏板产品的名称：

**TTP 曾按美国尺寸以 OEM 代工定制方式制造石膏板，并仅在中国出售石膏板。每笔有关销售均已在本文随附表格附件 A 中说明。**

说明石膏板产品上的任何标识（例如：批号、批量号、序列号、颜色标识、UPC 代码等）：

**TTP 根据采购商的指示在石膏板上打印标识。全部该等标识均列于附件 A。**

列出适用于该产品的所有商标：

**TTP 并不知晓其他方是否有将其商标使用于 TTP 生产的石膏板上。**

本诉讼中所涉石膏板是否有任何其它名称、品牌名称、称呼或称号为公众所知或所用，或仅在贵公司内部使用？请提供用以指涉案石膏板的所有名称、品牌名称、称呼或称号的详细列表：

**如上所述，某些采购商要求在石膏板上设置指定标识。我们已根据我们所知，在附件 A 注明"产品标识"的一栏中说明该等标识。此外，某些采购商还要求在石膏板边缘处粘贴的封**

边带上设置某些标识。我们已根据我们所知，在附件 A 注明"封边带标识"的一栏中说明该等标识。

本诉讼所涉石膏板是否具有任何其它类型或版本？请说明这些其它类型以及识别该等类型的方式：

对出口至美国的石膏板，TTP 仅按照美国尺寸生产标准石膏板。

是否有任何其他方以其自身名义出售本诉讼所涉石膏板？如有，请提供以其自身名义出售贵方石膏板的各方列表，以及出售该等石膏板的品牌名称列表：

TTP 不知道其石膏板采购商可能以哪些品牌名称转售这些石膏板。

2. 货运信息（请说明向美国装运输或进口美国的每批货物的以下信息）：

| | |
|---|---|
| 出口商名称： | TTP 仅在中国向采购商（以中国国内贸易公司为主）出售石膏板。该采购商在中国获得石膏板的所有权，然后再将石膏板运至美国。但为根据中国税法报税，当 TTP 于中国向位于美国的经销商出售石膏板时，会将其自身称为"出口商"。在此情况下，TTP 会被列于附件 A 的"出口商"一栏中。 |
| 出口商地址： | 在中国采购 TTP 石膏板并可能将石膏板运至美国的采购商的地址列于附件 A 中（如知晓）。 |
| 出口日期： | TTP 于中国出售每批石膏板的大概日期载于附件 A 中。 |

货物运输经过的所有港口名称：不详

货物卸载的最终目的港名称：特定批次石膏板货运的宣称目的港信息载于附件 A 中（如 TTP 掌握此等信息）。

货物卸载日期：不详

| | |
|---|---|
| 出口的石膏板数量： | TTP 在中国销售的每批石膏板数量均载于附件 A 中。 |
| 运货人名称／姓名： | 不详 |
| 运货人地址： | 不详 |
| 运输方式： | 不详 |
| 轮船名称： | 不详 |

3. 进口商信息（提供每名进口商的以下信息）：

| | |
|---|---|
| 进口商名称： | 进口 TTP 在中国出售的石膏板的进口商情况载于附件 A 的"进口商"一栏（如知晓）。 |
| 进口商地址： | 进口 TTP 在中国出售的石膏板的进口商地址载于附件 A 中（如知晓）。 |

进口日期：不详

进口的石膏板数量：

TTP 在中国向每名采购商出售的石膏板数量载于附件 A 中。

4. 美国经销商：

如您知晓有任何经销商或石膏板承包商 / 安装商将您的产品运往美国，请提供有关信息：

**TTP 并不知道附件 A 所列在中国购买其石膏板的采购商是否在美国参与这些石膏板的经销或安装或其参与程度。此外，TTP 也不知道可能在美国经销或安装这些石膏板的其它公司或个人的情况。**

5. 您是否知晓在整个供应链中是否有任何经纪人或中介代理商直接从您处或从后续经销商购买或拥有您的产品？如有，请说明该等经纪人或中介代理商的名称 / 姓名、地址和电话号码，并提供您掌握的有关该等经纪人或代理商的任何往来信函或其它文件。

**TTP 并不知道附件 A 所列在中国购买其石膏板的任何采购商是否曾作为经纪人或中介代理商参与该等石膏板的供应链。此外，TTP 也不知道可能担任该等石膏板经纪人或中介代理商的其它公司或个人的情况。**

6. 请说明由您或代表您在任何时间将任何您的中国石膏板存放于任何地点的情况：

提供存储的实体名称：　**一般而言，在中国向采购商交货前，TTP 会将石膏板在其工厂内存储一段有限的时间。在 TTP 在中国将石膏板交付予采购商后，TTP 并不知道石膏板的任何进一步存储情况。**

提供存储的实体地址：

产品存储日期：

___/___/____ （月 / 日 / 年）至___/___/____ （月 / 日 / 年）

存储的产品数量：

为存储所付价格：

存储仓库的联络人姓名：

电话号码：

电邮地址：

请列出就产品存储提出或收到的任何投诉：

7. 请说明制造商就每批运往或进口到美国的中国石膏板与出口商、进口商、运货人及经销商签订的所有协议。

**TTP 根据与石膏板采购商的书面协议或非正式信函往来，以 OEM 代工定制方式制造石膏板。**

8. 请就 2001 年至 2009 年运往或进口到美国的中国石膏板的所有货物或交付，说明您是否提供了以下任何事项：

a. 明示担保：　**TTP 与在中国购买其石膏板的采购商的书面协议或非正式信函往来一般会说明石膏板的数量、价格、尺寸和适用于具体订单的任何其它规格（如有）。**

b. 产品规格：　**如附件 A 所示，某些采购商要求石膏板符合 ASTM C1396 04**

规定。

c. 产品信息和 / 或存储或使用说明

在正常业务过程中，TTP 制造的石膏板的包装会载有以下警告信息：

(1) 抬起 / 请勿倒置

(2) 易碎

(3) 避免雨淋 / 潮湿

IV. <u>保险</u>

A. 请列明与索赔有关的所有保单，包括所有一般商业综合责任险、产品责任险、建造险、董监事及高级管理人员责任险和超额保险保单。

1. 请就每份保单提供以下信息：

承保人：TTP 没有就相关批次的货物购买任何保险。

保单生效日期：

___/___/___ （月 / 日 / 年）至 ___/___/___ （月 / 日 / 年）

保单编号：

保单类型：

保险代理：

保单承保范围限制：

请提供保险的声明页、例外情况和保单副本。

B. 请说明您就生产或运输上文第 V 节所述产品对任何保单提起的全部索赔。

1. 请就每项索赔提供以下信息：

日期：___/___/___ （月 / 日 / 年）

承保人：

索赔说明：

承保人对索赔的回应：

是否正进行诉讼：

案件标题：

所涉律师姓名和地址：

所涉保险公司：

______________________________________________

______________________________________________

______________________________________________

______________________________________________



T.T.P

2010 Oct 14 3:22 HP LASERJET FAX p.1

**声明**

本人根据《美国法典》第28编第1746节声明，就本人所知，提供于本被告制造商资料表的全部信息均为真实且准确，并且本人已提供本声明中所要求的所有由本人拥有、照管或控制的文件，否则愿受美利坚合众国法律项下的伪证罪刑罚。

签名 ______________________

正楷姓名 ______________________

日期 2010.10.14

Hogan Lovells

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 2047 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

**DECLARATION OF YUEN HIU SUM**

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Yuen Hiu Sum, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2. I am a senior translator with the law firm of Hogan Lovells International LLP, and work in the firm's office in Shanghai, China.

3. I am fluent in the languages of Chinese and English.

4. Based upon my ability to speak, read, and write Chinese and English fluently, I have been responsible for translating various communications and documents relating to the above-captioned lawsuit.

5. Among the documents I have translated is the Defendant Manufacturers' Profile Form prepared on behalf of Tai'An Taishan Plasterboard Co., Ltd.

6. I hereby certify that I translated the Defendant Manufacturers' Profile Form between the English and Chinese languages. I further certify that the English version of the Defendant Manufacturers' Profile Form is a true and accurate translation of the Chinese version of the Defendant Manufacturers' Profile Form. I also certify that the English version of the Defendant Manufacturers' Profile Form and the Chinese version of the Defendant Manufacturers' Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2010.

[signature]

Yuen Hiu Sum

EXHIBIT A to the Defendant Manufacturers' Profile Form

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | 2006-3-13 | Shandong Oriental International Trading Corp. | Unknown | 82,000 | ¥ 2,052,005 | Made in China Cr | White edge sealing tape (without words printed thereon) | |
| 2 | 2006-3-13 | Shandong Oriental International Trading Corp., Ltd. | Unknown | 109,300 | ¥ 2,736,007 | | | |
| 3 | 2006-3-13 | Shandong Oriental International Trading Corp., Ltd. | Unknown | 4,500 | ¥ 112,999 | | | |
| 4 | 2006-3-21 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 3,500 | ¥ 87,518 | | | |
| 5 | 2006-3-21 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 3000 | ¥ 75,015 | | | |
| 6 | 2006-4-22 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 95,740 | ¥ 2,516,384 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | Shanghai Yuyuan Market Import & Export Co. Ltd. last known address is: 19 Wen Chuan Rd. Shanghai, China. |
| 7 | 2006-4-22 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 4,190 | ¥ 110,118 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |
| 8 | 2006-4-22 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 41,625 | ¥ 1,094,080 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 9 | 2006-4-23 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 3,360 | ¥87,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 10 | 2006-4-23 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 10,080 | ¥173,981 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 11 | 2006-4-26 | Qingdao Aoni Decoration Board and Materials Co., Ltd. | Unknown | 460 | ¥ 11,502 | | White edge sealing tape (without words printed thereon) | |
| 12 | 2006-4-28 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 1,300 | ¥34,190 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |
| 13 | 2006-4-28 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 335,500 | ¥8,819,442 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above, |
| 14 | 2006-4-28 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 4,080 | ¥107,225 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 15 | 2006-4-28 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 44,125 | ¥1,062,810 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | Beijing Building Materials Import & Export Co., Ltd.'s last known address is:<br><br>Jin Yu Mansion Room 2013 No.129 Xuan Wu Men W. Road, Beijing, China. |
| 16 | 2006-5-9 | Taian Taigao Trading Co., Ltd. | Unknown | 19,920 | ¥466,344 | | | Taian Taigao Trading Co.,Ltd.'s last known address is:<br><br>No.157 Dongyue Road, Taian, China. |
| 17 | 2006-5-12 | Nantong Economic and Technological Development Zone Corporation | Unknown | 3,840 | ¥116,796 | | | |
| 18 | 2006-5-14 | Taian Taigao Trading Co., Ltd. | Unknown | 14,250 | ¥333,923 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |
| 19 | 2006-5-15 | Taian Taigao Trading Co., Ltd. | Unknown | 76,085 | ¥1,781,150 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |
| 20 | 2006-5-24 | Taian Taigao Trading Co., Ltd. | Unknown | 16,550 | ¥2,309,688 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 21 | 2006-5-26 | Taian Taigao Trading Co., Ltd. | Unknown | 67,825 | ¥387,345 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |
| 22 | 2006-5-15 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 32,850 | ¥880,037 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | Beijing Building Materials Import & Export Co., Ltd.'s last known address is:<br>Jin Yu Mansion Room 2013 No.129 Xuan Wu Men W. Road, Beijing, China. |
| 23 | 2006-5-15 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,110 | ¥110,165 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 24 | 2006-5-15 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 7,380 | ¥95,645 | | | |
| 25 | 2006-5-15 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 7,380 | ¥95,645 | | | |
| 26 | 2006-5-18 | Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. | Unknown | 4,600 | ¥111,461 | | | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 27 | 2006-5-19 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 3,500 | ¥87,518 | | | |
| 28 | 2006-5-19 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 2,925 | ¥73,015 | | | |
| 29 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,780 | ¥89,926 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 30 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,780 | ¥89,926 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 31 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2,525 | ¥60,732 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 32 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 33 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words [printed thereon]) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 34 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 35 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 36 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 37 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 38 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 39 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 40 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 41 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 42 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 43 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 44 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 45 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 46 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 47 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 48 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥ 102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 49 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥ 102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words [printed thereon]) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 50 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥ 102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 51 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥ 15,859 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 52 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 1,700 | ¥40,681 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 53 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 54 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 55 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 56 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 57 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 58 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 59 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 60 | 2006-5-26 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,000 | ¥80,370 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 61 | 2006-5-26 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2,950 | ¥78,763 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 62 | 2006-5-28 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 6,000 | ¥77,760 | | White edge sealing tape (without words printed thereon) | |
| 63 | 2006-5-28 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 1,380 | ¥17,885 | | White edge sealing tape (without words printed thereon) | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 64 | 2006-5-29 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 3,025 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 65 | 2006-5-29 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 330 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 66 | 2006-5-29 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 6,725 | ¥97,877 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 67 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,625 | ¥89,704 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 68 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,850 | ¥63,439 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 69 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 70 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 71 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 72 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 73 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 74 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 75 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 76 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 77 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 78 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 79 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 80 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 81 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 82 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 83 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 84 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 85 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 86 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 87 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 88 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 89 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 90 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 91 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 92 | 2006-6-10 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,775 | ¥89,926 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 93 | 2006-6-11 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2,025 | ¥34,934 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 94 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 95 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 96 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 97 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 98 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 99 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 100 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,453 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 101 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥16,214 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 102 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥16,214 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 103 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 104 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 105 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 106 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 107 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,800 | ¥94,164 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 108 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2200 | ¥56,906 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 109 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 110 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 111 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 112 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 113 | 2006-6-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 114 | 2006-6-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 115 | 2006-6-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 116 | 2006-6-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 117 | 2006-6-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 118 | 2006-6-25 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3300 | ¥81,774 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 119 | 2006-6-25 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 8,765 | ¥226,848 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 120 | 2006-6-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,800 | ¥66,278 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 121 | 2006-6-26 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥16,570 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 122 | 2006-6-26 | Jiangsu Sainty International Economic & Technical Cooperation Co., Ltd. | Unknown | 550 | ¥14,176 | | | |
| 123 | 2006-6-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 124 | 2006-6-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 125 | 2006-6-27 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 1,350 | ¥34,900 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 126 | 2006-6-27 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 675 | ¥16,702 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 127 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,320 | ¥34,188 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 128 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 129 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 130 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1980 | ¥51,282 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 131 | 2006-6-29 | Zibo International Economic and Technical Cooperation Corporation | Unknown | 985 | ¥25,484 | | White edge sealing tape (without words [printed thereon]) | |
| 132 | 2006-7-8 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 133 | 2006-7-8 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 134 | 2006-7-9 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 135 | 2006-7-9 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 136 | 2006-7-9 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 137 | 2006-7-10 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 138 | 2006-7-10 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 139 | 2006-7-10 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 140 | 2006-7-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 141 | 2006-7-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 142 | 2006-7-14 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 143 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 144 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 145 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 146 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 147 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 148 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 149 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 150 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 151 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 152 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 153 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 154 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 155 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 156 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 157 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 158 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 159 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 160 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 161 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 162 | 2006-7-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 163 | 2006-7-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 164 | 2006-7-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 165 | 2006-7-27 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 166 | 2006-7-27 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 167 | 2006-7-27 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 2,650 | ¥67,916 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 168 | 2006-7-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 169 | 2006-7-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 170 | 2006-7-29 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 171 | 2006-7-29 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 172 | 2006-7-30 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 173 | 2006-7-30 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 174 | 2006-7-31 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 175 | 2006-7-31 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 176 | 2006-8-1 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 177 | 2006-8-2 | TTP | Wood Nation | 13,200 | $55,440.00 | TAIAN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | Edge sealing tape: TTPC | The purchaser reportedly shipped the drywall to Tampa, USA.<br><br>Wood Nation's last known address was:<br><br>10740 Plantation Bay Drive<br>Tampa, FL 33647. |
| 178 | 2006-8-2 | TTP | Triax Trading | 5,760 | $24,422.40 | | | |
| 179 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 180 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 181 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 182 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 183 | 2006-8-8 | TTP | Wood Nation | 13,200 | $55,440.00 | TAIAN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | Edge sealing tape: TTPC | The purchaser reportedly shipped the drywall to Tampa, USA.[1]<br><br>Wood Nation's last known address is listed above at row 177. |
| 184 | 2006-8-15 | Shanghai Kaidun Development Co., Ltd. | Unknown | 950 | ¥16,402 | Mega Gypsum | White edge sealing tape (without words printed thereon) | |
| 185 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 186 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 187 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 188 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

[1] All references to destinations is based upon a review of documents in TTP's possession. TTP has no first hand knowledge of the products' destination in fact.

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 189 | 2006-8-16 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 4,400 | ¥169,790 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 190 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,940 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 191 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 192 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 193 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 194 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 195 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 2,900 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 196 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 197 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 198 | 2006-8-18 | Shanghai Yujin Industry Co., Ltd. | Unknown | 630 | ¥16,596 | | White edge sealing tape (without words [printed thereon]) | |
| 199 | 2006-8-18 | Hangzhou Great Import and Export Co., Ltd. | Unknown | 500 | ¥12,950 | | White edge sealing tape (without words [printed thereon]) | |
| 200 | 2006-8-18 | Hangzhou Great Import and Export Co., Ltd. | Unknown | 500 | ¥12,950 | | White edge sealing tape (without words [printed thereon]) | |
| 201 | 2006-8-18 | Shanghai Yujin Industry Co., Ltd. | Unknown | 630 | ¥16,596 | | White edge sealing tape (without words [printed thereon]) | |
| 202 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 203 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | "Taishan" edge sealing tape; laser code: MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 204 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 205 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 206 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 207 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 208 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 209 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 210 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 211 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 212 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 213 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 214 | 2006-9-8 | Shandong Yuanhua International Trading Co., Ltd. | Unknown | 2,600 | ¥71,630 | Made in China, ceiling | Edge sealing tape: CRESCENT CITY | |
| 215 | 2006-9-15 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 3,640 | $10,847.20 | Marathon Construction | Edge sealing tape/laser code: Marathon Construction | The purchaser reportedly shipped the drywall to New York.<br><br>Shenzhen Yongfeng Investment. Co., Ltd's last known address was: 1900-12 International Chamber of Commerce Center Shenzhen, China. |
| 216 | 2006-9-15 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 2,730 | $8,105.60 | Marathon Construction | Edge sealing tape/laser code: Marathon Construction | The purchaser reportedly shipped the drywall to New York.<br><br>Shenzhen Yongfeng Investment. Co., Ltd's last known address is listed at row 215 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 217 | 2006-9-15 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 3,640 | $10,847.20 | Marathon Construction | Edge sealing tape/laser code: Marathon Construction | The purchaser reportedly shipped the drywall to New York.<br><br>Shenzhen Yongfeng Investment. Co., Ltd's last known address is listed at row 215 above |
| 218 | 2006-9-15 | TTP | GD Distributors LLC | 880 | $11,601.22 | | | The purchaser reportedly shipped the drywall to New Orleans. |
| 219 | 2006-10-5 | TTP | TOV Trading | 2,000 | $5,200.00 | | Edge sealing tape: OEG | The purchaser reportedly shipped the drywall to New York.<br><br>The last known address for TOV Trading is:<br><br>5014 20th Avenue Brooklyn, NY 11204 |
| 220 | 2006-10-5 | TTP | TOV Trading | 14,000 | $37,100.00 | | Edge sealing tape: OEG | The purchaser reportedly shipped the drywall to New York is listed at row 219 above. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 221 | 2006-10-5 | TTP | TOV Trading | 3,400 | $13,850.00 | | Edge sealing tape: OEG | The last known address for TOV Trading is listed at row 219 above. |
| 222 | 2006-10-5 | TTP | TOV Trading | 9,000 | $23,400.00 | | Edge sealing tape: OEG | The last known address for TOV Trading is listed at row 219 above. |
| 223 | 2006-11-16 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 9,100 | $25,025.00 | | Edge sealing tape/laser code: Marathon Construction. | The purchaser reportedly shipped the drywall to the USA. |
| 224 | 2006-11-24 | Xuzhou Hanbang Global Trade Co., Ltd. | Unknown | 960 | ¥16,213 | | White edge sealing tape (without words [printed thereon]) | |
| 225 | 2006-11-27 | China Xuzhou International Economic & Technological Cooperation Co., Ltd. | Unknown | 810 | ¥13,413 | | White edge sealing tape (without words [printed thereon]) | |
| 226 | 2006-11-27 | China Xuzhou International Economic & Technological Cooperation Co., Ltd. | Unknown | 150 | ¥2,484 | | White edge sealing tape (without words [printed thereon]) | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 227 | 2006-12-2 | TTP | Stone Pride International Corp. | 2,640 | $10,032.00 | | White edge sealing tape (without words [printed thereon]) | |
| 228 | 2006-12-26 | Jiangsu Easthigh Group Import & Export Co. , Ltd. | Unknown | 1,360 | ¥21,855 | | White edge sealing tape (without words [printed thereon]) | The purchaser reportedly shipped the drywall to the USA. |
| 229 | 2006-12-28 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 7,280 | $20,020.00 | | Edge sealing tape/laser code: Marathon Construction, | The purchaser reportedly shipped the drywall to New York. |
| 230 | 2006-12-28 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 2,600 | $11,824.00 | | Edge sealing tape/laser code: Marathon Construction, | |
| 231 | 2007-1-12 | Qingdao Joy Industrial & Development Co., Ltd. | Unknown | 1,900 | ¥31,266 | | White edge sealing tape (without words [printed thereon]), no laser code | |
| 232 | 2007-2-9 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 1,800 | $5,005.00 | | Edge sealing tape/laser code: Marathon Construction, | The purchaser reportedly shipped the drywall to New York.<br><br>Shenzhen Yongfeng Investment. Co., Ltd's last known address is listed at row 215 above |
| 233 | 2007-2-9 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 3,900 | $17,737.20 | | Edge sealing tape/laser code: Marathon Construction, | Shenzhen Yongfeng Investment. Co., Ltd's last known address was listed at row 215 above |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 234 | 2007-4-30 | TTP | Oriental Trading Company LLC | 2,000 | 7738.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 235 | 2007-4-30 | TTP | B America Corporation | 660 | $5,656.20 | | White edge sealing tape (without words [printed thereon]) | The purchaser reportedly shipped the drywall to Miami. |
| 236 | 2007-5-28 | TTP | Oriental Trading Company LLC | 4,900 | $12,740.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 237 | 2007-5-28 | TTP | Oriental Trading Company LLC | 5,880 | $15,288.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 238 | 2007-5-28 | TTP | Oriental Trading Company LLC | 1,960 | $5,096.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 239 | 2007-5-28 | TTP | Oriental Trading Company LLC | 4,900 | $12,740.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 240 | 2007-6-12 | TTP | Oriental Trading Company LLC | 2,940 | $12,740.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 241 | 2007-6-26 | TTP | Oriental Trading Company LLC | 2,000 | $7,738.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 242 | 2007-7-3 | TTP | Oriental Trading Company LLC | 6,700 | $25,795.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami, USA. |
| 243 | 2007-7-3 | TTP | Oriental Trading Company LLC | 6700 | $25,795.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami, USA. |

被告制造商资料表附件 A

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 1 | 2006-3-13 | 山东省东方国际贸易股份有限公司 | 不详 | 82000 | ¥ 2,052,005 | Made in China Cr | 白色无字封边带（无喷码） | |
| 2 | 2006-3-13 | 山东省东方国际贸易股份有限公司 | 不详 | 109300 | ¥ 2,736,007 | | | |
| 3 | 2006-3-13 | 山东省东方国际贸易股份有限公司 | 不详 | 4500 | ¥ 112,999 | | | |
| 4 | 2006-3-21 | 连云港远泰国际贸易有限公司 | 不详 | 3500 | ¥ 87,518 | | | |
| 5 | 2006-3-21 | 连云港远泰国际贸易有限公司 | 不详 | 3000 | ¥ 75,015 | | | |
| 6 | 2006-4-22 | 上海豫园商城进出口有限公司 | 不详 | 95740 | ¥ 2,516,384 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址为：中国上海蕴川路 19 号。 |
| 7 | 2006-4-22 | 上海豫园商城进出口有限公司 | 不详 | 4190 | ¥ 110,118 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见第 6 项备注。 |
| 8 | 2006-4-22 | 上海豫园商城进出口有限公司 | 不详 | 41625 | ¥ 1,094,080 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见第 6 项备注。 |
| 9 | 2006-4-23 | 东方国际集团上海市对外贸易有限公司 | 不详 | 3360 | ¥ 87,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 10 | 2006-4-23 | 东方国际集团上海市对外贸易有限公司 | 不详 | 10080 | ¥ 173,981 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 11 | 2006-4-26 | 青岛澳妮装饰板材有限公司 | 不详 | 460 | ¥ 11,502 | | 白色无字封边带（无喷码） | |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 12 | 2006-4-28 | 上海豫园商城进出口有限公司 | 不详 | 1300 | ¥34,190 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见第6项备注。 |
| 13 | 2006-4-28 | 上海豫园商城进出口有限公司 | 不详 | 335500 | ¥8,819,442 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见第6项备注。 |
| 14 | 2006-4-28 | 上海豫园商城进出口有限公司 | 不详 | 4080 | ¥107,225 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的最后已知地址见第6项备注。 |
| 15 | 2006-4-28 | 北京市建筑材料进出口公司 | 不详 | 44125 | ¥1,062,810 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址为：北京市西城区宣武门西大街甲 129 号金隅大厦 2013 |
| 16 | 2006-5-9 | 泰安泰高贸易有限公司 | 不详 | 19920 | ¥466,344 | | | 泰安泰高贸易有限公司的最后已知地址为：泰安市东岳大街 157 号 |
| 17 | 2006-5-12 | 南通经济技术开发区总公司 | 不详 | 3840 | ¥116,796 | | | |
| 18 | 2006-5-14 | 泰安泰高贸易有限公司 | 不详 | 14250 | ¥333,923 | | | 泰安泰高贸易有限公司的最后已知地址见第 16 项备注。 |
| 19 | 2006-5-15 | 泰安泰高贸易有限公司 | 不详 | 76085 | ¥1,781,150 | | | 泰安泰高贸易有限公司的最后已知地址见第 16 项备注。 |
| 20 | 2006-5-24 | 泰安泰高贸易有限公司 | 不详 | 16550 | ¥2,309,688 | | | 泰安泰高贸易有限公司的最后已知地址见第 16 项备注。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 21 | 2006-5-26 | 泰安泰高贸易有限公司 | 不详 | 67825 | ￥387,345 | | | 泰安泰高贸易有限公司的最后已知地址见第 16 项备注。 |
| 22 | 2006-5-15 | 北京市建筑材料进出口公司 | 不详 | 32850 | ￥880,037 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址为：北京市西城区宣武门西大街甲 129 号金隅大厦 2013 |
| 23 | 2006-5-15 | 北京市建筑材料进出口公司 | 不详 | 4110 | ￥110,165 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第 22 项备注。 |
| 24 | 2006-5-15 | 青岛康鸿进出口有限公司 | 不详 | 7380 | ￥95,645 | | | |
| 25 | 2006-5-15 | 青岛康鸿进出口有限公司 | 不详 | 7380 | ￥95,645 | | | |
| 26 | 2006-5-18 | 浙江省二轻企业集团进出口有限公司 | 不详 | 4600 | ￥111,461 | | | |
| 27 | 2006-5-19 | 连云港远泰国际贸易有限公司 | 不详 | 3500 | ￥87,518 | | | |
| 28 | 2006-5-19 | 连云港远泰国际贸易有限公司 | 不详 | 2925 | ￥73,015 | | | |
| 29 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 3780 | ￥89,926 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第 22 项备注。 |
| 30 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 3780 | ￥89,926 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第 22 项备注。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 31 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 2525 | ￥60,732 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 32 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 33 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 34 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 35 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 36 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 37 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 38 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 39 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 40 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 41 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ￥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 42 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 43 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 44 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 45 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 46 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 47 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 48 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 49 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ¥ 102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 50 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ¥ 102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 51 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 960 | ¥ 15,859 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 52 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 1700 | ¥40,681 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 53 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 54 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 55 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 56 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 57 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 58 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 59 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 60 | 2006-5-26 | 北京市建筑材料进出口公司 | 不详 | 3000 | ¥80,370 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 61 | 2006-5-26 | 北京市建筑材料进出口公司 | 不详 | 2950 | ¥78,763 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 62 | 2006-5-28 | 青岛康鸿进出口有限公司 | 不详 | 6000 | ¥77,760 | | 白色无字封边带（无喷码） | |
| 63 | 2006-5-28 | 青岛康鸿进出口有限公司 | 不详 | 1380 | ¥17,885 | | 白色无字封边带（无喷码） | |
| 64 | 2006-5-29 | 东方国际集团上海市对外贸易有限公司 | 不详 | 3025 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 65 | 2006-5-29 | 东方国际集团上海市对外贸易有限公司 | 不详 | 330 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 66 | 2006-5-29 | 东方国际集团上海市对外贸易有限公司 | 不详 | 6725 | ¥97,877 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 67 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 3625 | ¥89,704 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 68 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 3850 | ¥63,439 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 69 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 70 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 71 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 72 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 73 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 74 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 75 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 76 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 77 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 78 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 79 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 80 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 81 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 82 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 83 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 84 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 85 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 86 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 87 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 88 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 89 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 90 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 91 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 92 | 2006-6-10 | 北京市建筑材料进出口公司 | 不详 | 3775 | ¥89,926 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 93 | 2006-6-11 | 北京市建筑材料进出口公司 | 不详 | 2025 | ¥34,934 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 94 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 95 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 96 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 97 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 98 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 99 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 100 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,453 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 101 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 960 | ¥16,214 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 102 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 960 | ¥16,214 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 103 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 104 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 105 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 106 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 107 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 3800 | ¥94,164 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 108 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 2200 | ¥56,906 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 109 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 110 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 111 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 112 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 113 | 2006-6-13 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 114 | 2006-6-13 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 115 | 2006-6-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 116 | 2006-6-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 117 | 2006-6-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 118 | 2006-6-25 | 北京市建筑材料进出口公司 | 不详 | 3300 | ¥81,774 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 119 | 2006-6-25 | 北京市建筑材料进出口公司 | 不详 | 8765 | ¥226,848 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 120 | 2006-6-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3800 | ¥66,278 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 121 | 2006-6-26 | 北京市建筑材料进出口公司 | 不详 | 960 | ¥16,570 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 122 | 2006-6-26 | 江苏舜天国际经济技术合作有限公司 | 不详 | 550 | ¥14,176 | | | |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 123 | 2006-6-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 124 | 2006-6-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 125 | 2006-6-27 | 北京市建筑材料进出口公司 | 不详 | 1350 | ¥34,900 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 126 | 2006-6-27 | 北京市建筑材料进出口公司 | 不详 | 675 | ¥16,702 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 127 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1320 | ¥34,188 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 128 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 129 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 130 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1980 | ¥51,282 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 131 | 2006-6-29 | 淄博国际经济技术合作有限公司 | 不详 | 985 | ¥25,484 | | 白色无字封边带（无喷码） | |
| 132 | 2006-7-8 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 133 | 2006-7-8 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 134 | 2006-7-9 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 135 | 2006-7-9 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 136 | 2006-7-9 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 137 | 2006-7-10 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 138 | 2006-7-10 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 139 | 2006-7-10 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 140 | 2006-7-13 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 141 | 2006-7-13 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 142 | 2006-7-14 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 143 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 144 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 145 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 146 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 147 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 148 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 149 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 150 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 151 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 152 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 153 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 154 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 155 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 156 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 157 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 158 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 159 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 160 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 161 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 162 | 2006-7-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 163 | 2006-7-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 164 | 2006-7-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 165 | 2006-7-27 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 166 | 2006-7-27 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 167 | 2006-7-27 | 上海上实国际贸易集团浦东有限公司 | 不详 | 2650 | ¥67,916 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 168 | 2006-7-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 169 | 2006-7-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 170 | 2006-7-29 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 171 | 2006-7-29 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 172 | 2006-7-30 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 173 | 2006-7-30 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 174 | 2006-7-31 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 175 | 2006-7-31 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 176 | 2006-8-1 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 177 | 2006-8-2 | 泰安泰山 | Wood Nation | 13200 | $55,440.00 | TAIAN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | 封边带：TTPC | 据称，石膏板被买方运至美国坦帕。Wood Nation 的最后已知地址为：10740 Plantation Bay Drive Tampa, FL 33647。 |
| 178 | 2006-8-2 | 泰安泰山 | Triax Trading | 5760 | $24,422.40 | | | |
| 179 | 2006-8-3 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 180 | 2006-8-3 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 181 | 2006-8-3 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 182 | 2006-8-3 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 183 | 2006-8-8 | 泰安泰山 | Wood Nation | 13200 | $55,440.00 | TAI'AN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | 封边带：TTPC | 据称，石膏板被买方运至美国坦帕[1]。Wood Nation 的最后已知地址见第 177 项备注。 |
| 184 | 2006-8-15 | 上海凯敦实业发展有限公司 | 不详 | 950 | ¥16,402 | Mega Gypsum | 白色无字封边带（无喷码） | |
| 185 | 2006-8-15 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 186 | 2006-8-15 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 187 | 2006-8-15 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 188 | 2006-8-15 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 189 | 2006-8-16 | 上海上实国际贸易集团浦东有限公司 | 不详 | 4400 | ¥169,790 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 190 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1940 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

[1]有关目的地的信息来源于泰安泰山所掌握的文件资料。泰安泰山并没有关于实际目的地的第一手资料。

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 191 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 192 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 193 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 194 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 195 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 2900 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 196 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 197 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 198 | 2006-8-18 | 上海裕金实业有限公司 | 不详 | 630 | ¥16,596 | | 白色无字封边带（无喷码） | |
| 199 | 2006-8-18 | 杭州格瑞德进出口有限公司 | 不详 | 500 | ¥12,950 | | 白色无字封边带（无喷码） | |
| 200 | 2006-8-18 | 杭州格瑞德进出口有限公司 | 不详 | 500 | ¥12,950 | | 白色无字封边带（无喷码） | |
| 201 | 2006-8-18 | 上海裕金实业有限公司 | 不详 | 630 | ¥16,596 | | 白色无字封边带（无喷码） | |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 202 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 203 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | "Taishan" edge sealing tape; laser code: MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 204 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 205 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 206 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 207 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 208 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 209 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 210 | 2006-8-23 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 211 | 2006-8-23 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 212 | 2006-8-23 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 213 | 2006-8-23 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 214 | 2006-9-8 | 山东元华国际贸易有限公司 | 不详 | 2600 | ¥71,630 | Made in China, ceiling | 封边带：CRESCENT CITY | |
| 215 | 2006-9-15 | 泰安泰山 | 深圳永丰投资有限公司 | 3640 | $10,847.20 | Marathon Construction | 封边带/雷射码：Marathon Construction | 据称，石膏板被买方运至美国纽约。深圳永丰投资有限公司的最后已知地址为：中国深圳市福田区福华三路国际商会中心 1900-12 市 |
| 216 | 2006-9-15 | 泰安泰山 | 深圳永丰投资有限公司 | 2730 | $8,105.60 | Marathon Construction | 封边带/雷射码：Marathon Construction | 据称，石膏板被买方运至美国纽约。深圳永丰投资有限公司的最后已知地址见第 215 项备注。 |
| 217 | 2006-9-15 | 泰安泰山 | 深圳永丰投资有限公司 | 3640 | $10,847.20 | Marathon Construction | 封边带/雷射码：Marathon Construction | 据称，石膏板被买方运至美国纽约。深圳永丰投资有限公司的最后已知地址见第 215 项备注。 |
| 218 | 2006-9-15 | 泰安泰山 | GD Distributors LLC | 880 | $11,601.22 | | | 据称，石膏板被买方运至美国新奥尔良。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 219 | 2006-10-5 | 泰安泰山 | TOV Trading | 2000 | $5,200.00 | | 封边带：OEG， | 据称，石膏板被买方运至美国纽约。<br>TOV Trading 的最后已知地址为：5014 20th Avenue, Brooklyn, NY 11204。 |
| 220 | 2006-10-5 | 泰安泰山 | TOV Trading | 14000 | $37,100.00 | | 封边带：OEG， | 据称，石膏板被买方运至美国纽约。<br>TOV Trading 的最后已知地址见第 219 项备注。 |
| 221 | 2006-10-5 | 泰安泰山 | TOV Trading | 3400 | $13,850.00 | | 封边带：OEG， | TOV Trading 的最后已知地址见第 219 项备注。 |
| 222 | 2006-10-5 | 泰安泰山 | TOV Trading | 9000 | $23,400.00 | | 封边带：OEG， | TOV Trading 的最后已知地址见第 219 项备注。 |
| 223 | 2006-11-16 | 泰安泰山 | 深圳永丰投资有限公司 | 9100 | $25,025.00 | | 封边带/喷码：Marathon Construction | 据称，石膏板被买方运至美国。 |
| 224 | 2006-11-24 | 徐州汉邦商贸有限公司 | 不详 | 960 | ¥16,213 | | 白色无字封边带（无喷码） | |
| 225 | 2006-11-27 | 徐州国际经济技术合作有限公司 | 不详 | 810 | ¥13,413 | | 白色无字封边带（无喷码） | |
| 226 | 2006-11-27 | 徐州国际经济技术合作有限公司 | 不详 | 150 | ¥2,484 | | 白色无字封边带（无喷码） | |
| 227 | 2006-12-2 | 泰安泰山 | Stone Pride International Corp. | 2640 | $10,032.00 | | 白色无字封边带（无喷码） | |
| 228 | 2006-12-26 | 江苏东恒集团进出口有限公司 | 不详 | 1360 | ¥21,855 | | 白色无字封边带（无喷码） | 据称，石膏板被买方运至美国。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 229 | 2006-12-28 | 泰安泰山 | 深圳永丰投资有限公司 | 7280 | $20,020.00 | | 封边带/雷射码：Marathon Construction | 据称，石膏板被买方运至美国纽约。 |
| 230 | 2006-12-28 | 泰安泰山 | 深圳永丰投资有限公司 | 2600 | $11,824.00 | | 封边带/雷射码：Marathon Construction | |
| 231 | 2007-1-12 | 青岛九元实业发展有限公司 | 不详 | 1900 | ¥31,266 | | 白色无字封边带（无喷码） | |
| 232 | 2007-2-9 | 泰安泰山 | 深圳永丰投资有限公司 | 1800 | $5,005.00 | | 封边带/雷射码：Marathon Construction | 据称，石膏板被买方运至美国纽约。<br>深圳永丰投资有限公司的最后已知地址见第 215 项备注。 |
| 233 | 2007-2-9 | 泰安泰山 | 深圳永丰投资有限公司 | 3900 | $17,737.20 | | 封边带/雷射码：Marathon Construction | 深圳永丰投资有限公司的最后已知地址见第 215 项备注。 |
| 234 | 2007-4-30 | 泰安泰山 | Oriental Trading Company LLC | 2000 | ¥7,738.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 235 | 2007-4-30 | 泰安泰山 | B America Corporation | 660 | $5,656.20 | | 白色无字封边带（无喷码） | 据称，石膏板被买方运至美国迈阿密。 |
| 236 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 4900 | $12,740.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 237 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 5880 | $15,288.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 238 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 1960 | $5,096.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 239 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 4900 | $12,740.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 240 | 2007-6-12 | 泰安泰山 | Oriental Trading Company LLC | 2940 | $12,740.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 241 | 2007-6-26 | 泰安泰山 | Oriental Trading Company LLC | 2000 | $7,738.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 242 | 2007-7-3 | 泰安泰山 | Oriental Trading Company LLC | 6700 | $25,795.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 243 | 2007-7-3 | 泰安泰山 | Oriental Trading Company LLC | 6700 | $25,795.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |



EXHIBIT NO. 13
1-9-12
L. GOLKOW

# SOLE AGENCY AGREEMENT

Contract NO.: SDTH061020

Date: 20th October 2006 Place: TAI'AN CHINA

The seller: TAIAN TAISHAN PLASTERBOARD CO., LTD

Address: Dawenkou Daiyue District Tai'an China

The buyer: ORIENTAL TRADING COMPANY, LLC

Address: 1111 BRICKELL BAY DRIVE, SUITE 1502 MIAMI, FL 33131-USA

This contract is made by and between the seller and buyer. Both the seller and buyer wish to develop jointly business and through friendly negotiations, enter into this agreement concerning to sole sales subject to the under mentioned the terms and conditions:

1. Goods Description for Sole Sales: the gypsum board manufactured by seller with the thickness of 1/2 inch or 5/8 inch, the width of 4 feet, the length of 8 feet, 9feet, 10 feet or 12feet, under the brand name of "DUN" showing as in the seller's catalogue only.
2. Sole Sales Area: Limited to the territory of the USA.
3. Turnover: Within the validity of this Agreement, the buyer shall undertake to purchase from the seller the products above-mentioned not less than 20000 sheets of one unique size from the beginning of November of 2006 to the end of February 2007, and the turnover should not less than 1,000,000 sheets of the products mentioned in article 1 in the following 12 months. This agreement will be valid for

next 12 months if the buyer can reach 1,000,000 sheets in the first 12 months after February 2007. If the above-mentioned turnover can not be reached, the seller has the right to cancel this agreement.

4. Term of payment: T/T full amount in advance or 30% deposit by T/T and the rest 70% payment by irrevocable sight L/C.
5. Market report: the buyer shall keep the seller well informed of the gypsum board market information such as the current price, market status as well as the market forecast.
6. Right and Obligation: All rights and obligations involved in this Agreement shall not be transferred to any third party without the written consent of both parties.
7. This agreement is valid from the date of signing by both parties and is drawn in two original copies and each party kept one copy.
8. Arbitration: All distributes in connection with this agreement shall be settled amicably by negotiation. In case no settlement can be reached, the case under dispute may then be submitted to the foreign trade arbitration commission of the China council for promotion international trade. The decision of the arbitration shall be accepted as final and binding upon both parties.

The seller: TAIAN TAISHAN PLASTERBOARD CO., LTD

The buyer: ORIENTAL TRADING COMPANY, LLC

State of Florida
County of Miami Dade
Sworn to and subscribed before me this 5 day of Dec/08
by Jorge Arcaute
Produced Identification
Type of ID
Notary

RAMIRO ANGULO
NOTARY PUBLIC, STATE OF FLORIDA



泰安市泰山纸面石膏板有限公司

CERTIFICATE

证明

泰安市泰山纸面石膏板有限公司现证明 ORIENTAL TRADING Company, LLC 是泰安市泰山纸面石膏板有限公司盾牌品牌在美国的总经销。

本证明签字后即生效，本证明的时效和法律效应均依照双方签订的独家经销商协议(SDTH061020)中的条款。

TAIAN TAISHAN PLASTERBOARD CO., LTD certifies that ORIENTAL TRADING Company, LLC as its exclusive agency for the DUN brand in the United States of America.

This certificate shall be considered with the understanding that it may be effective on the date of their signing. The validity period and responsibility in law of this certificate are all subject to the items in the formal Exclusive Agency Agreement (SDTH061020) signed by two parties accordingly.

In witness, the parties hereby have offered their signature as followed:

TAIAN TAISHAN PLASTERBOARD CO., LTD

(签字):

ORIENTAL TRADING COMPANY LLC

(Signature):

STATE OF FLORIDA
COUNTY OF Miami Dade

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 2 DAY OF Dec BY Jorge Arevalo
PERSONALLY KNOWN ___ OR PRODUCED IDENTIFICATION ✓
TYPE OF IDENTIFICATION FDL A614425561890.
NOTARY:

RAMIRO ANGULO
MY COMMISSION EXPIRES October 4, 2009
#DD 359910
NOTARY PUBLIC, STATE OF FLORIDA



A black and white copy of this document is not official

Department of State

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America

This public document

2. has been signed by Ramiro Angulo
3. acting in the capacity of Notary Public of Florida
4. bears the seal/stamp of Notary Public, State of Florida

Certified

5. at Tallahassee, Florida
6. the Twenty-Seventh day of November, A.D., 2006
7. by Secretary of State, State of Florida
8. No. 2006-83346
9. Seal/Stamp:

This apostille is NULL and VOID if the date in Item 6 occurs before the execution date on the attached document.

10. Signature:

Sue M. Cobb

Secretary of State

DSDE 99 (3/03)

The original document has a reflective line mark in paper. Hold at an angle to view when checking.



SOUTHERN HOMES, LLC, ET AL.

Plaintiff,

versus

INTERIOR/EXTERIOR BUILDING SUPPLY, LP; INTERIOR/EXTERIOR ENTERPRISES, LLC; SOUTH CORTEZ, LLC

Defendants.

No. 2009-6564 Division "J"

CIVIL DISTRICT COURT

PARISH OF ORLEANS
STATE OF LOUISIANA

PEOPLE'S REPUBLIC OF CHINA )
)
CITY OF TAI'AN ) To Wit:
)

**AFFIDAVIT OF JIA TONGCHUN**

I, Jia Tongchun, being duly sworn under oath, do state as follows:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts. My native language is Chinese. I do not understand, speak, read, or write English. I signed a Chinese version of this Affidavit as well as the English version of this Affidavit after it was translated for me by a translator with the law firm of Hogan Lovells International LLP.
2. I am Chairman of the Board and General Manager of Taishan Gypsum Co., Ltd. ("Taishan"). I joined Taishan on February 2, 1999 as the leader of the factory and subsequently became General Manager and Chairman of the Board in 2002.
3. When I joined the company, it was called Shandong Taihe Taishan Plasterboard Main Factory (Group). In 2002, the company changed its name to Shandong Taihe Dongxin

**EXHIBIT A**

Co., Ltd. ("Taihe") when it became a company limited by shares under Chinese law. In 2007, Taihe became Taishan.

4. Taishan is a Chinese corporation with its principal place of business in Tai'an City, Shandong Province, People's Republic of China ("China").

5. Taishan has approximately 1,600 employees, all of whom are located in China.

6. In 1992, Taishan started manufacturing paper-coated drywall ("drywall").

7. Taishan manufactures its drywall exclusively in China.

8. Taishan is one of the largest drywall manufacturers in China. Taishan has won numerous awards and accolades for its outstanding quality of operations, company management, resource management and compliance with environmental standards. Taishan has been certified as a "China Top Brand" reflecting official recognition by the national General Administration of Quality Supervision Inspection and Quarantine ("GAQSIQ") of its high quality and superior reputation. Additionally, Taishan has also received other quality and environmental protection certifications, including, for example, the International Organization for Standardization ("ISO") 9001 standard (for quality management), the ISO 14001 standard (for environmental protection) and certification to use the "China Environmental Labeling" mark.

9. Taishan sells drywall exclusively in China.

10. Taishan has never manufactured products in Louisiana.

11. Taishan never has sold drywall in Louisiana.

12. Taishan never has marketed its drywall in Louisiana.

13. Taishan never has distributed its drywall in Louisiana.

14. Taishan never has advertised in Louisiana.

15. Taishan never has performed services in Louisiana.

16. Taishan does not have offices and does not own or lease real or personal property in Louisiana.

17. Taishan does not maintain any bank accounts in Louisiana.

18. Taishan never has paid taxes or incurred tax liability in Louisiana.

19. Taishan is not registered to do business in Louisiana.

20. Taishan never has been incorporated in Louisiana.

21. Taishan never has maintained any corporate books or records in Louisiana.

22. Taishan does not have a mailing address or telephone number in Louisiana.

23. Taishan never has appointed an agent to accept service of process in Louisiana.

24. Taishan has no officers, directors, employees, or agents in Louisiana. None of Taishan's officers, directors, employees, or agents maintain a residence or place of business in Louisiana.

25. No officers, directors, employees, or agents of Taishan have visited Louisiana for business purposes.

26. In 2006, Taishan's subsidiary, Tai'an Taishan Plasterboard Co. Ltd. ("TTP"), was formed. TTP also manufactures and sells drywall exclusively in China.

I hereby swear and affirm that the foregoing statements are true and correct.

Executed on September 16, 2010.

Jia Tongchun

# 公 证 书

（2010）泰岱岳证外字第611号

兹证明贾同春（男，一九六0年二月八日出生，现住山东省泰安市泰山区文化路欣欣家园10号楼2单元302室）于二0一0年九月十六日在泰山石膏股份有限公司办公室，在我的面前，在前面的《贾同春的宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员 张卫岳

二0一0年九月十七日

137102278

# NOTARIAL CERTIFICATE

(2010)Tai Daiyue Zheng Wai Zi No.611

This is to certify that Jia Tongchun (male, born on February 8, 1960, now residing in Building No.10, Unit 2, Room 302, Xinxinjiayuan, Wenhua Road, Taishan District, Taian City, Shandong Province) on Taishan Gypsum Co., Ltd. Office on September 16, 2010, and with the presence of the under-mentioned notary signed on the *AFFIDAVIT OF JIA TONGCHUN.*

Notary: Zhang Weibing
Daiyue Notary Public Office
Taian City, Shandong Province
The People's Republic of China
September 17, 2010

XⅥ37102283

# 证 明 书

（2010）泰岱岳证外字第 612 号

兹证明前面的（2010）泰岱岳证外字第 611 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员 张卫乐

二〇一〇年九月十七日

XⅦ37102288

# NOTARIAL CERTIFICATE

(2010)Tai Daiyue Zheng Wai Zi No.612

This is to certify that the English translation contents of the (2010) Tai Daiyue Zheng Wai Zi No.611 *NOTARIAL CERTIFICATE* agree with the Chinese contents of that.

Notary: Zhang Weibing
Daiyue Notary Public Office
Taian City, Shandong Province
The People's Republic of China
September 17, 2010

# 公　证　书

中华人民共和国山东省泰安市岱岳公证处

SOUTHERN HOMES, LLC等 | "J"部门第2009-6564号

原告，

诉 | 民事地方法院

INTERIOR/EXTERIOR BUILDING SUPPLY, LP; INTERIOR/EXTERIOR ENTERPRISES, LLC; SOUTH CORTEZ, LLC | 路易斯安那州 奥尔良县

被告。

中华人民共和国 )
) 即：
泰安市 )

贾同春的宣誓书

本人贾同春，经正式宣誓，陈述如下：

1. 本人年龄超过十八（18）岁，有资格对本宣誓书所述事宜作证，并且本人知悉该等事实。本人的母语是中文。本人不会听、说、读、写英文。本人签署了本宣誓书的中文文本，也签署了一份由霍金路伟国际律师事务所为我翻译的本宣誓书的英文翻译件。

2. 本人系泰山石膏股份有限公司（"泰山"）的董事长和总经理。本人于1999年2月2日加入泰山，担任厂长职务，后于2002年起担任董事长和总经理职务。

3. 本人加入公司时，公司名称为山东泰和泰山纸面石膏板总厂（集团）。2002年，根据中国法律，公司成为一家股份有限公司，并更名为山东泰和东新股份有限公司（"泰和"）。2007年，泰和更名为泰山。

4. 泰山为一家中国公司，其主要营业地为中华人民共和国（“中国”）山东省泰安市。

5. 泰山约有1,600名员工，全部在中国境内工作。

6. 泰山自1992年起开始生产纸面石膏板（“石膏板”）。

7. 泰山只在中国境内生产石膏板。

8. 泰山是中国最大的石膏板生产商之一。泰山曾因其出色的经营、公司管理、资源管理及符合环保标准，荣获了很多奖项和赞许。泰山还被中国人民共和国国家质量监督检验检疫总局（“GAQSIQ”）评为“中国名牌”，认可了泰山优异的质量和极高的声誉。另外，泰山还获得了其他质量和环保证书，其中包括国际标准化组织（“ISO”）9001标准（质量管理）认证，ISO14001标准（环境保护）认证，和“中国环境标志”产品认证。

9. 泰山只在中国境内出售石膏板。

10. 泰山从未在路易斯安那州生产过任何产品。

11. 泰山从未在路易斯安那州出售过石膏板。

12. 泰山从未在路易斯安那州营销过其石膏板。

13. 泰山从未在路易斯安那州分销过其石膏板。

14. 泰山从未在路易斯安那州作过广告宣传。

15. 泰山从未在路易斯安那州提供过任何服务。

16. 泰山在路易斯安那州没有办事处，没有任何动产或不动产，也没有租借过任何动产或不动产。

17. 泰山未在路易斯安那州开立任何银行账户。

18. 泰山从未在路易斯安那州纳税或产生任何纳税义务。

19. 泰山并未在路易斯安那州注册从事业务。

20. 泰山从未在路易斯安那州组建过任何实体。

21. 泰山从未在路易斯安那州有过任何公司籌册或记录。

22. 泰山在路易斯安那州没有邮寄地址或电话号码。

23. 泰山从未在路易斯安那州委托过任何代理人接受诉讼书状送达。

24. 泰山在路易斯安那州没有高级职员、董事、员工或代理人。泰山的高级职员、董事、员工或代理人在路易斯安那州均无住所或营业地。

25. 泰山的高级职员、董事、员工或代理人均未以商务目的到访过路易斯安那州。

26. 2006年，泰山的子公司，泰安市泰山纸面石膏板有限公司（"TTP"）成立。TTP也是只在中国境内生产和出售石膏板。

本人特此宣誓并确认上述声明真实、准确。

签署于2010年9月16日。

贾同春 [signature]



From: peng <clempwl123@163.com>
To: Melvyn <melvyn@lnsteamship.com.sg>
Sent: 2/10/2007 10:15:02 PM
Subject: Re gypsum ship to USA

.. sir,
w fast times fly, I hope you and your business go very well.
.iave a customer in America, who need us to ship about 400000 sheets of gypsumboard to Mobile USA. So we need to find a ship to Mobile. Could you please offer any relative shipping information?

looking forward to your early reply.

Happy spring festival!

Yours faithfully
Frank
Taihe Group
0086-538-8812017

在2006-12-03, Melvyn <melvyn@lnsteamship.com.sg> 写道:

Dear Mr Frank

Of course big bro, tks vm for the introduction. Will contact them on mon.

Sincerely hope to meet up soonest.

rgs / melvyn

```
-----Original message-----
From: "peng" clempwl123@163.com
Date: Sat, 02 Dec 2006 10:48:01 +0800
To: "melvyn quek" melvyn@lnsteamship.com.sg
Subject: [Spam] Re: Metal Studs to USA

>
> Dear Mr. Melvyn,
>     How.are you doing now!
    We have a customer who want to ship metal studs from China to USA. Plea> se contact them if you are interested in it. Their emai

    Thank you and best wishes!

> Yours faithfuly
> Shandong Taihe Dongxin Co., Ltd
> Frank
>
>
>
>
> ??2006-11-13??"Melvyn Quek" <melvyn@lnsteamship.com.sg> ???> ???
>
>
>
>
>
> Fm: LN Steamship Pte Ltd
>        Direct Line: 65-63761038, Fax: 65-62339033
>        Mobile phone: 65-96741382
>        Email: melvyn@lnsteamship.com.sg
>
>
> Dear Chartering Dept
> Direct/Close owrs looking for part cgo to Damietta / Ravenna with 10000mt> stl pdts
> 1) VESSEL PARTICULAR
> - MV FORTUNE BRIGHT
>   HONGKONG FLG  2003 BUILT 53,343MT DWT ON 12.16M SSW  LOA/BEAM  189/32 > M 5/5 H/H  4 x 30T CRANES
> 2) LOADPORT ROTATION
>  - ETA/D SHANGHAI   :  21st/23th NOV, - ETA/D CHANGSHU  :  24th/29th NO> V, - ETA/D LIANYUNGANG  :  01st-05th DEC (IAGW.WP.WOG)
> Other ports subj to cgo inducment
> Rgs / Melvyn
>
```

想加入吗？1.9亿用户正在使用网易邮箱 www.126.com

JIA
EXHIBIT NO. 16A
1-9-12
L. GOLKOW

**From:** yjp09 <yjp09@163.com>
**To:** wenny yin <wenny@sctchina.com.cn>
**Sent:** 10/15/2005 3:03:02 AM
**Subject:** Re: New Gypsum Board quotation
**Attachments:** Dcp_8801在车上吊装船.jpg; Dcp_8802龙门吊装船.jpg; 石膏托架包装.jpg

Dear wenny yin :
您好，一直在落实散货船的问题，一直没有答复，现在船的消息终于有了现在把价格报与您，请过目：
普通石膏板：
3660x1220x12.7mm CNFNEW ORLEANS PORT USD7.22/PCS
包装：石膏板托盘，60张/托盘，塑料内膜套装防潮，外面石膏板保护，纵横钢带捆扎。
付款方式：即期L/C，
另外：没有到JACKSONVILLE PORT 的船。

谢谢，有什么问题请回复。

甲坡
2005.10.15

> Dear Mr. Yang:
>
> As for the conversation between you and Mr. Boonsong, now we have another new quotation for you.
> Pls see the following information:
>
> Gypsum Board -Regular Type
> Size : 1/2" x 4" x 12" (inch)
>
> -- 100,000 pcs to Jacksonville port , Florida (abt 5,000 Mt )
> -- 100,000 pcs to New Orleans port (abt 5,000 Mt )
>
> Packing : To advise how's your packing
> Price : CNF FO ( by bulk vessel )
> Payment : by L/C
> Shipment : every 2 months
> Delivery : Nov 05
>
> Looking forward to your early reply
>
> Best Wishes
> Wenny Yin
> SCT co.,Ltd. (Guangzhou office)
> Tel: (20)-8365-2559 , 8333-8999 Ext.1217-1218
> Fax: (20)-8365-2595
> E-mail: wenny@sctchina.com.cn
> Web-side: www.scttrading.com

------------------------------
杨甲坡(apollo yang)
TEL：0086-538-8812002

FAX:0086-538-8811250
HP: 0086-13793836871
MSN:yjp09@hotmail.com

---

需要一个2000兆的免费邮箱吗？
网易免费邮箱是中国最多人使用的电子邮箱。

---



From: yjp09 <yjp09@163.com>
To: wenny yin <wenny@sctchina.com.cn>
Sent: 10/15/2005 3:03:02 AM
Subject: Re: New Gypsum Board quotation
Attachments: Dcp_8801 Lifting the ship in the car.jpg; Dcp_8802 crane shipment.jpg; Plaster bracket packaging.jpg

Dear Wenny Yin,
We have been attempting to finalize the bulk carrier and hadn't received any feedback. Currently we have the information on bulk carrier and would like to make the quotation for your reference, as follows:
Regular gypsum board:
3660x1220x12.7mm CNF New Orleans Port USD7.22/PCS
Packing: gypsum board pallet, 60 PCS/pallet, plastic internal film as moisture ~~barrier~~ Proof jacket, external gypsum board protection, secured by steel strapping in vertical and horizontal directions
Payment: L/C at sight
PS: there is no scheduled sailing to Jacksonville Port.
Thank you. If you have any question, please feel free to contact me.
Apollo Yang
10/15/2005

\> Dear Mr. Yang:
As for the conversation between you and Mr. Boonsong, now we have another new quotation for you. Please see the following information:
\> Gypsum Board -Regular Type
\> Size: 1/2" x 4" x 12" (inch)
\> --100,000 pcs to Jacksonville port, Florida (abt 5,000 Mt)
\> --100,000 pcs to New Orleans port (abt 5,000 Mt)
\> Packing: To advise how's your packing
\> Price: CNF FO (by bulk vessel)
\> Payment: by L/C
\> Shipment: every 2 months
\> Delivery: Nov 05
\>
\> Looking forward to your early reply
\> Best Wishes
\> Wenny Yin
\> SCT co., Ltd. (Guangzhou office)
\> Tel: (20)-8365-2559, 8333-8999 Ext. 1217-1218
\> Fax: (20)-8365-2595
\> E-mail: wenny@sctchina.com.cn
\> Web-side: www.scttrading.com
Apollo Yang
TEL: 0086-538-8812002

Translation of TG 0019813

JTA
EXHIBIT NO. 17
1-9-12
L. GOLKOW

**From:** 8812017538 <8812017538@163.com>
**Sent:** Thursday, July 5, 2007 2:43 AM (GMT)
**To:** thdxgfyxgs@163.com
**Subject:** Fw:采购意想书

---------- 转发邮件信息 ----------
发件人:"guoping61616@sina.com"
发送日期:2007-07-05 08:55:51
收件人:8812017538@163.com
主题: 采购意想书

Dear James:

Thank you for your e-mail about the Gypsum Mine.

I have located a buyer who would like to receive sheetrock in New Orleans, Louisiana and also in Philadelphia, Pennsylvania.

He sells to builders for large developments. Currently he has people who intend to build 700 apartments.

Right now he would like to buy 200,000 sheets. He said, although I don抰 know if it is accurate, that he sometimes buys as much as 2,500,000 to 3,500,000 sheets at one time. He would like a quote on sheetrock measuring 4 feet x 12 feet x inch and 4 feet x 10 feet x 5/8 inches.

I think we need information from both sides, from the manufacturer in China we need to know:

vmfiltered [if !supportLists]>1. <! wmfiltered [endif]>Do they sell sheetrock in 3 different sizes for the 2 thicknesses, inch and 5/8 inches? For example;

4x8x --- and ---- 4x8x 5/8

4x10x ---- and ----- 4x10x 5/8

4x12x ----and ---- 4x12x5/8

vmfiltered [if !supportLists]>2. <! wmfiltered [endif]>Does the price get cheaper if he buys in large quantities? If yes, what quantities?

vmfiltered [if !supportLists]>3. <! wmfiltered [endif]>If you ship by containers, how many sheets of each kind can fit in a single container?

vmfiltered [if !supportLists]>4. <! wmfiltered [endif]>We would need to know the cost for the product and freight shipped CNF New Orleans and CNF Philadelphia.

vmfiltered [if !supportLists]>5. <! wmfiltered [endif]>Our buyer would rather not commit to a yearly amount of purchases. The amount he needs go up and down dramatically each year. He does, however, buy in large quantities as I said above.

vmfiltered [if !supportLists]>6. <! wmfiltered [endif]>We have a problem with moisture in New Orleans so he does not want to store the product too long.

vmfiltered [if !supportLists]>7. <! wmfiltered [endif]>He needs to know the lead time. The length of time it will take to deliver the goods to New Orleans or Philadelphia after the order is placed. This is important to him because he needs to schedule the delivery of the sheetrock when the general contractors need the sheetrock to finish the apartments.

vmfiltered [if !supportLists]>8. <! wmfiltered [endif]>He needs a dependable source that will be able to deliver the sheetrock year after year.

vmfiltered [if !supportLists]>9. <! wmfiltered [endif]>What are the specifications for the sheetrock?

vmfiltered [if !supportLists]>10. <! wmfiltered [endif]>Does this manufacturer have any scientific studies on the effect of moisture on the sheetrock product?

vmfiltered [if !supportLists]>11. <! wmfiltered [endif]>How is the product packaged when shipped overseas?

vmfiltered [if !supportLists]>12. <! wmfiltered [endif]>By the way, I also understand there is a type of wall board that is made of fiberglass or a different type of material that is resistant to water and moisture. They call this 揌ardi-board? Does your contact also make this type of wall board which is used mostly in bathrooms and other areas exposed to water? He is not asking for this product right now.

vmfiltered [if !supportLists]>13. <! wmfiltered [endif]>He needs to know if there are any special price breaks for example: a discount for large quantity purchases, and if so what quantity. Or a discount for a commitment to buy a fixed quantity over time.

I wait to hear from you.

---

7月11日《变形金刚》首映电影票开抢了！
( http://d1.sina.com.cn/sina/limeng3/mail_zhuiyu/2007/mail_zhuiyu_20070702.html )

====================================

注册新浪2G免费邮箱( http://mail.sina.com.cn/chooseMode.html )

------------------------------------

150万人同时在玩的网游，你不试试吗？

From: darren dai <darren_dai@eupusa.com>
To: 'peng' <clempwl123@163.com>
Sent: 5/12/2006 10:11:05 AM
ʾubject: 答复: sheetrock business

ı hanks Peng.
Would you pls share with me for the cost 4'*12' 1/2" and 4'*8'*1/2 gypsum board and the containerization for that?

By the way, do you provide Door To Door service (Including all things, freight, duty and what ever)?
Thanks

Darren

发件人: peng [mailto:clempwl123@163.com]
发送时间: 2006年5月12日 19:57
收件人: darren dai
主题: Re: sheetrock business

Dear Mr Darren.
Thank you very much for your enquiry on gypsum board. It is our hope to get agreement with you at the earliest time.
As requested, I would like to reply you as following:
First, we are exporting our gypsum board to the USA with quqntity of 600000 sheets every month. We have much experience on exporting to the USA.

Second, we can produce 4'*8'*1/2" and 4'*12'*1/2", 4'*8'*5/8" and 4'*12'*5/8" gypsum board. But at this moment ve normally produce 1/2" gypsum board, and we have get the test report according to ASTM standard.

Γhrid, we usually export gypsum board both by container of 40 HQ and break bulk.If your order less than 100000 sheets for each shippment, I suggest you take container of 40 HQ.

Thank you and best wishes!

Yours faithfully
Frank

-----原始邮件-----
发件人:"darren dai"
发送时间:2006-05-12 11:06:03
收件人:""
抄送:""
主题:sheetrock business

Hi,

his is Darren from EUPUSA, Suzhou office.

**From:** 8812017538 <8812017538@163.com>
**Sent:** Friday, May 11, 2007 10:00 AM (GMT)
**To:** zhyg_869@163.com
**Subject:** 泰山石膏板
**Attach:** 100_0584.JPG

---

张先生:
您好！十分高兴与您联系.

山东泰和东新股份有限公司是国家重点新型建材生产企业, 国内最大的纸面石膏板生产基地, 中国建材百强企业, 世界十强之一。公司拥有十几个分公司, 分布于山东、江苏、山西、河北、湖北、新疆等省。年产2.6亿平方米石膏板, 国内市场占有率达35%, "泰山"牌石膏板先后获得"中国名牌产品"、"中国驰名商标产品"。我公司产品远销到东南亚、中东、美国、俄罗斯、乌克兰、南非等国家和地区。去年出口美国石膏板1800万平方米, 12.7mm石膏板业已通过美国专业ASTM检验。根据您要求, 报价如下:

普通纸面石膏板12.7*1220*3660mm 76张/件 5.8元/平方(含包装胶合板托架、石膏护板、塑料罩衣、钢带捆扎)。附件另附包装图, 请参阅。

如有疑问, 敬请联系！

彭文龙

*Yours faithfully*

*Frank*

*TAIHE DONGXIN CO., LTD*

*8812017538@163.com*

*TEL:0086-538-8812017*

---

免费试玩2006中国最佳网络游戏--梦幻西游

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

# Updated Jia Tr. Pl's Ex. 19B

# (English Translation of Jia Tr. Pl's Ex. 19A)

From: 8812017538<8812017538@163.com>
Sent: Friday, May 11, 2007 10:00 AM (GMT)
To: zhyg_869@163.com
Subject: Taishan gypsum boards
Attach: 100 0584.JPG

Hello, Mr Zhang! Its' very nice to contact with you.
Shandong Taihe Dongxin Co., Ltd. is a national key manufacturer of new building materials, one of the largest production base of paper-faced gypsum boards, one of top hundred enterprises in building materials industry of china, and one of top ten enterprises in the world. The company has a dozen of branch companies distributed in Shandong, Jiangsu, Shanxi, Hebei, Hubei, Xinjiang and other provinces. Its annual output of gypsum boards is 280 million square meters, and the domestic market share is 35%, "Taishan" gypsum boards successively win titles of "China Top-brand Product" and "China Well-known Trademark product". Products of our company have been sold to Southeast Asia, Middle East, the United States, Ukraine, South Africa and other countries and regions. The export of gypsum boards to the United States last year was 18 million square meters, and the 127mm gypsum board has passed the US Professional ASTM Inspection. Based on your requests, I can provide you with the quotation as follows:
Standard paper-faced gypsum board 12. 7*1220*3660 76 sheets/item 5.8 yuan/m2 (containing plywood pallet, protective gypsum board, plastic gowns and steel strapping). The package drawing is seen attached, please refer to it.
Contact me if you have any questions!
Peng Wen-Long
Yours faithfully
Frank

8812017538@63.com
TEL: 0086-538-8812017

Play the demo of 2006 China best online game - Fantasy Westward Journey

Translation of TG 0022728
TRANSLATIONS PROVIDED BY TAISHAN - FINAL





Taihe东新

中国建材百强
100
2004年度
TOP 100 ENTERPRISES OF CHINA BUILDING MATERIALS INDUSTRY

中国建材百强企业

# 山东泰和东新股份有限公司

# SHANDONG TAIHE DONGXIN CO.,LTD

EXHIBIT NO. 20
1-9-12
L. GOLKOW



董事长 总经理：贾同春

Chairman of the Board, General Manager: Mr. Jia Tongchun

山东泰和东新股份有限公司总部地处驰名中外的泰山南麓，古大汶口文化遗址附近，东临京沪铁路，京沪、京福高速公路，西临104国道，地理位置优越，交通便利，是中国建材集团旗下的骨干企业。

公司总部驻地天然石膏资源极为丰富，公司技术力量雄厚，生产的"泰山"系列纸面石膏板，可作隔墙、吊顶等用途，能充分满足室内装潢的各项用途和要求，同时具有防火、隔音、保温、抗震、保健等功能。

公司以"严格管理，质量一流，用户至上，报效社会"为目标，以市场为中心，大搞技术创新和管理创新，主导产品纸面石膏板，年生产能力3亿平方米，居全国首位。公司在国内设有14个分公司，合理分布在全国各地，现有总资产12亿元。未来五年生产能力将达到10亿余平方米，公司拥有进出口贸易自营权，产品不仅畅销国内，还远销阿联酋、印度尼西亚、印度、俄罗斯、美国等国家和地区。高质量的"泰山"系列石膏板已通过ISO9001：2000质量体系认证，并获得"绿色建材"证书。

企业的高速发展，为国家高速度推行新型墙体材料改革做出了贡献。

地球是我们唯一、共同的家园，她是生命的创造者，是人类文明大厦的基石。社会、企业共同实现可持续发展是社会管理者、企业家的使命。

泰和集团以实现社会、企业共同发展为己任，实践"**和谐创新、报效社会**"的企业精神，立志为人类居住条件的改善加快建设节约型社会做出自己不懈的努力。

Shandong Taihe Dongxin Co., Ltd, one of the key enterprises in producing new building materials in China, is located in the south of the famous Mt. Tai, near the ancient Dawenkou Culture Ruins, neighbors Beijing-Shanghai railway, Beijing-Shanghai, Beijing-Fuzhou express way in the east and National Road NO.104 in the west.

It is abundant in raw gypsum resources, the products "Taishan" series plasterboard can be used as partition and ceiling material and have advantages: fire-proof, sound insulation, heat preservation, quakeproof and good for health.

"Strict management, high quality, honour customers, with keen social responsibility" is our aim. Through technology and management creation, the plasterboard production capacity reach 300 million m² per year. The 14 branch factories hold the total capital assets of 1.2 billion Yuan, which distribute around China in a good order. Our yearly throughput will reach one billion square meter in future five years. We have a self-supported import and export ability, our products not only sell well in our domestic market also export to many countries e.g. U.A.E., Indonesia, India, Russia, U.S.A. etc. The high quality plasterboard is in accordance with ISO9001:2000 standard.

The high-speed development of the company will devote much more to the Reform of wallmaterial in China.

泰和集团
TAI HE GROUP
泰和工业园





公司总部

纸面石膏板生产线

















# “泰山王” 石膏板 王者风范

”泰山王”牌纸面石膏板是以优质的原料与专用的高质量护面纸加工而成的高档板。具有防火、隔音、保温、抗震等特点，而且质轻、便于加工，具有施工速度快、劳动强度低、装饰效果好等优点，可用于隔墙、吊顶的覆面板材，适用于各种类型的装饰装修。

"TAISHANWANG" plasterboard is made of the quality gypsum material and elegant surface paper. Besides being of fireproof soundinsulation, heat preservation convenient for installation and cut. "TAISHANWANG" plasterboard is with lower weight and much more beautiful appearance.

It can be used for partition and ceiling, and reach excellent effect of decoration.

## “泰山王” 牌纸面石膏板性能指标

Technical data of “TAISHANWANG” plasterboard

| 检验项目 | | 厚度规格（mm） | 技术指标 |
|---|---|---|---|
| 长度偏差 (mm) | | 9.5 12.0 | 0 / −2 |
| 宽度偏差 (mm) | | 9.5 12.0 | 0 / −2 |
| 厚度偏差 (mm) | | 9.5 | ±0.2 |
| | | 12.0 | ±0.2 |
| 断裂荷载 (N) | 纵向 | 9.5 | 560 |
| | | 12.0 | 700 |
| | 横向 | 9.5 | 180 |
| | | 12.0 | 240 |
| 单重 ( kg/m² ) | | 9.5 | 6.6 |
| | | 12.0 | 9.0 |
| 纸芯粘结性能 | | | 不裸露 |





# “泰山”系列石膏板 专业之选

山东名牌

著名商标证书

经审定，你单位注册并使用在石膏板上的“泰山”商标为山东省著名商标，有效期三年。

● “泰山”系列纸面石膏板是以建筑石膏为主要原料，掺入纤维和适当的添加剂制成板芯，与特制的专用护面纸牢固粘结而成的一种新型建筑用板材。

● “泰山”系列纸面石膏板具有质轻、耐火、便于加工等特点，主要用作隔墙和吊顶的覆面板材，采用纸面石膏板与轻钢龙骨组成的轻质隔墙与吊顶，除了满足建筑上的防火、隔音、保温、抗震等要求外．还具有施工速度快，劳动强度低，装饰效果好等优点，适用于各种类型的装饰装修。

● “泰山”牌纸面石膏板 1997、2003 年被评为“山东名牌产品”，2003 年被评为“著名商标”。

● 2002、2003、2004、2005 连续四年被评为国家康居示范工程选用部品与产品。

### 普通纸面石膏板

| 厚度(mm) | 宽度(mm) | 长度(mm) | 纵向断裂荷载(N) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 9.5 | 1200 | 3000 | ≮360 | ≮140 | ≯9 |
| 12.0 | 1200 | 3000 | ≮500 | ≮180 | ≯11 |

### 耐火纸面石膏板

| 厚度(mm) | 宽度(mm) | 长度(mm) | 遇火稳定性(min) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 12.0 | 1200 | 3000 | ≮20 | ≮180 | ≯11.0 |

### 防潮纸面石膏板

| 厚度(mm) | 宽度(mm) | 长度(mm) | 吸水率(%) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 12.0 | 1200 | 3000 | ≯10.0 | ≮180 | ≯11 |

注：可根据客户的要求加工定做。

安全防火于未然 泰山牌石膏板您首选

环保质优价更廉 高雅保健永平安

泰和建材

THBM is wi

民族建筑装饰用品
the decoration of building for minorities

# 装饰广厦千万家

Used and much popular.

用我公司产品装饰的标志性建筑——上海东方明珠









# 轻钢龙骨及配件
## Light Steel Frame ang Accessories

包括：隔墙龙骨，上人吊顶龙骨，不上人吊顶龙骨，吊顶龙骨及配件等。
Light Steel Frame and Accessories Partition and manual and automatic ceiling and accessories

### 墙体龙骨产品标记与规格
Specification and Maker of Frame for wall

| 名称 | 标记 | 断面规格 | 断面 | 重量 kg/m | 备注 |
|---|---|---|---|---|---|
| 横龙骨 | LLQ-U | U 50x35x0.6 | | 0.58 | 打麻点 |
| | | U 75x35x0.6 | | 0.70 | |
| | | U 75x35x0.7 | | 0.83 | |
| | | U 100x35x0.7 | | 0.95 | |
| | | U 100x40x1.0 | | 1.36 | |
| 坚龙骨 | LLQ-C | C 50x45x0.6 | | 0.77 | A:打麻点<br>B:可按用户要求打孔 |
| | | C 75x45x0.6 | | 0.89 | |
| | | C 75x45x0.7 | | 1.07 | |
| | | C 100x45x0.7 | | 1.17 | |
| | | C 100x45x1.0 | | 1.67 | |
| 通贯龙骨 | LLQ-U | U 38x12x1.0 | | 0.45 | 按设计要求搭配 |

### 吊顶龙骨产品标记与规格
Specification and Maker of Frame for wall

| 名称 | 简图 | 标记 | 厚度 | 名称 | 简图 | 标记 | 厚度 |
|---|---|---|---|---|---|---|---|
| 吊件 | | CS60-1 | 3.0 | 连接件 | | CB50-L | 0.5 |
| | | CS50-1 | 3.0 | | | CB60-L | 0.5 |
| | | | | | | CB38-L | 1.2 |
| | | CB50-1 | 2.0 | | | CS50-L | 1.2 |
| | | | | | | CS60-L | 1.5 |
| | | CB50-1P | 1.5 | | | | |
| | | CB60-1P | 1.5 | 水平件 | | CB50-4 | 0.5 |
| | | CB38-1 | 2.0 | | | CB60-4 | 0.5 |
| 长挂件 | | CS60-2 | 1.0 | 大固定件 | | | 3.0 |
| | | CS5060-2 | 1.0 | 大固定件 | | | 3.0 |
| | | CB50-2 | 1.0 | 支撑卡 | | LLQ-ZC(75系列) | 0.8 |
| 短挂件 | | CB60-3 | 0.8 | | | LLQ-ZC(100系列) | 0.8 |

### 龙 骨 配 件 表
Frane Fittings

| 名称 | 承载(主)龙骨 | | | 覆面(次)龙骨 | | |
|---|---|---|---|---|---|---|
| 标记 | LLD-C8 | LLD-CS | LLD-CS | LLD-CB | LLD-CB | LLD-CB |
| 断面规格 | CB38x12x1.0 | CS50x15x1.2 | CS60x27x1.2 | CB50x19x0.5 | CB50x20x0.6 | CB60x27x0.6 |
| 断面 | | | | | | |
| 重量kg/m | 0.45 | 0.70 | 1.09 | 0.39 | 0.47 | 0.55 |
| 备注 | | | | 打麻点 | 打麻点 | 打麻点 |




*安装方法示意图*

*The sketch map for fixing method*

***轻钢龙骨纸面石膏板隔墙***

***该隔墙系统功能广泛：如防火、隔音、保温和抗震。***

*This kind of partition has wide function ncludes, fireproof, sound insulation, heat preservation and quakeproof.*

轻钢龙骨石膏板吊顶（平顶）

Light Steel Frame Plasterboard Ceiling (Plan Ceiling)

平面石膏板吊顶

●石膏板平顶为水平或斜面，接缝隐蔽，由普通石膏板固定在悬置的轻钢龙骨上或直接连接在支撑架上。

●功能广泛：如隔音、保温、防火和抗震。

Plan Plasterboard Ceiling

●The Plasterboard are horizonal or inclined with convent joint. The boards are fixed on the light steel frame or directly connected on the backstop.

●Function: sound insulation, heat preservation, fireproof and quakeproof.

轻钢龙骨石膏板吊顶（曲型顶）

Light Steel Frame Plastarboard Ceiling(Bending Ceiling)

曲面石膏板吊项

● 曲面石膏板吊顶是用自攻螺钉将普通纸面石膏板固定在笔直的次龙骨（覆面龙骨）上。次龙骨与悬置的或直接连接在支撑架上的曲形主龙骨（承载龙骨）连接在一起。

Bending Plasterboard Ceiling

● The bending Plasterboard ceiling is fixed on the light steel frame by self-attack bolt.

轻钢龙骨石膏板隔墙（双层）

●该隔墙由4层石膏板安装在龙骨上，可安装保温层、埋线。
●用于医院、学校、工厂、办公楼。
●有隔音、保温、防震、防火的功能，

Light steel frame plasterboard partition

●This type of partition is formed by 4 layers of plasterboard, which installed on the frame. The insulating layer and sunken cord can also be fixed.
● Used in hospital、School、factory.
● Sound、insulation、heat preservation、fireproof.

轻钢龙骨石膏板隔墙(单层)

●将石膏板安装在龙骨上，是简洁、经济的隔墙安装系统。
●用于新建和改建工程。
●家居，办公室、宾馆的标准隔墙。
●有隔音、保温、防震、防火的功能。
●可留出保温层，埋线的部分。

Light Steel Frame and Plasterboard Partition

● Fix the board on the frame
● Used in the construction and rebuilding project.
● Standard partition for home, office and hotel.
●Function：soundinsulation，heatpreservation，quakeproof，and fireproof.
● Has the space of Heat insulating layer andsunken cord.

安装石膏板时，要错开龙骨之间的接缝。
Arrange the joint to avoid the weakness between two boards occurs on one place.

错开龙骨之间的接缝安装石膏板，该墙由双层石膏板做成，石膏板应错开接缝。
Two layers of Plasterboard form this kind of partition.



# 泰和纸业 —— 绿色 • 环保 • 科技

泰和纸业占地200亩，年产7万吨护面纸，生产线设计车速300米／分，主机采用2640三叠网纸机；纸浆设备采用美国KBC公司的产品；污水处理场采用目前国际领先水平的氧化沟技术，关键设备为进口产品，处理后的污泥和污水可用于生产纸面石膏板，整体装备达到国际先进水平。



# 系出名门 称心选者

SHANDONG TAIHE DONGXIN CO.,LTD







# 我公司生产的石膏板在中国参与的重大工程项目：

◎ 上海东方明珠塔
◎ 上海浦东国际机场
◎ 上海光大会展中心
◎ 青岛华普大厦
◎ 青岛伊都锦商厦
◎ 大连火车站
◎ 大连宏孚大厦
◎ 北京天下第一城
◎ 北京西客站
◎ 哈尔滨市政府办公大楼
◎ 山东电视大厦
◎ 济南明珠国际商务港
◎ 郑州邮政大厦
◎ 西安西北大学办公楼
◎ 西安大唐电信大楼
◎ 上海浦东八百伴

◎ 天津银河大酒店
◎ 广州市人民政府办公大楼
◎ 广州市万博中心大厦
◎ 深圳三星彩管有限公司办公楼
◎ 长春东方广场大楼
◎ 深圳富士康有限公司办公大楼
◎ 江苏新世纪大酒店
◎ 南京黄埔大厦
◎ 义乌国际商贸城
◎ 杭州市政府办公大楼
◎ 杭州萧山国际机场候机大厅
◎ 宁波雅戈尔办公大楼
◎ 温州华侨大酒店
◎ 福州百安居建材广场
◎ 沈阳新恒吉大厦

和谐创新 报效社会

# 子公司及销售网络

●江阴泰山建材有限公司● ●秦皇岛泰山建材有限公司● ●湖北泰山建材有限公司● ●潍坊奥泰石膏有限公司●

# 立足中国 走向世界

●邳州泰和建材有限责任公司● ●衡水泰山建材有限公司● ●山东泰和东新股份有限公司踏城分公司● ●新疆天山建材石膏制品有限责任公司●

# 山东泰和东新股份有限公司
## SHANDONG TAIHE DONGXIN CO.,LTD

总部地址：山东省泰安市岱岳区大汶口

Address of Headquarters: Dawenkou,Daiyue district of Taian, Shandong Province, P.R.China

电话(Tel)：(0538)8811293 8811428 8811348 8811448 8811078 8811369 8812001 8812003

国际业务部：(0086-538)8812017 8811077 8812002 8812516

传真(Fax)：(0086-538)8811250 8811323

邮编(P.C.)：271026

网址(Website)：http://www.taihegroup.com

电子信箱(E-mail)：taihe@public.taptt.sd.cn