# In Re:

*Chinese Drywall Products Liability Litigation MDL*

*Samuel G. Porter*
*December 16, 2009*

*GOLKOW TECHNOLOGIES, INC.*
*Excellence In Court Reporting For Over 20 Years*
*877.370.3377*
*deps@golkow.com*

Original File sp121609.txt
**Min-U-Script®**

1

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


_____
                              §
IN RE:                        §
CHINESE-MANUFACTURED          §   MDL NO. 2047
DRYWALL PRODUCTS              §
LIABILITY LITIGATION          §   SECTION: L
_____
                              §   JUDGE FALLON
This document applies         §
to all cases                  §   MAG. JUDGE WILKINSON
_____§
```

WEDNESDAY, DECEMBER 16, 2009

- - -

Videotaped deposition of SAMUEL G. PORTER, AS 30(B)(6) REPRESENTATIVE OF VENTURE SUPPLY, INC. and PORTER-BLAINE CORP., held at the offices of McKenry, Dancigers, Dawson & Lake, PC, 192 Ballard Court, Suite 400, Virginia Beach, Virginia, commencing at 9:21 a.m., on the above date, before Michael E. Miller, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

```
 1     number for Venture Supply, Inc. be used,
 2     correct?
 3             A.    Yes.
 4                   (Whereupon, Deposition Exhibit
 5             PSC-VPB-84, 11/24/05 Perry E-mail to
 6             Zhang, Subject: Ocean Freight to
 7             Norfolk, VA, USA, V002507, was marked
 8             for identification.)
 9     BY MR. HERMAN:
10             Q.    Now, I'm going to show you
11     Exhibit 84.  It has a Bates number of V2507.
12     That's Exhibit 84.
13                   MR. HARDT:  Thank you.
14     BY MR. HERMAN:
15             Q.    Dated 11/24/05 from Phillip W.
16     Perry to Z-H-A-N-G-H-W, with a carbon copy to
17     Clem.
18                   And I'm going to direct your
19     attention to these words, "Please provide a
20     list of the ports of call in the Gulf of
21     Mexico and along the East Coast of the USA.
22     We anticipate having cargo on later shipments
23     for delivery at these ports."  And, of
24     course, that's to Mr. Zhang, who was to
```

```
 1     arrange shipping from Mr. Perry of Tobin.
 2              Now, my question is:  Do you
 3     recall ever delivering any Shandong Taishan
 4     drywall to any ports in the Gulf of Mexico?
 5          A.    No.
 6          Q.    Even the packing in China and
 7     the specification of wooden pallets was
 8     directed by you, correct?
 9          A.    Yes.
10          Q.    Now, one of the problems you
11     had was that Taishan Shandong couldn't even
12     determine how to get the air-freight shipping
13     done, correct?
14              MR. HARDT:  Object to the form.
15          A.    Air freight?
16     BY MR. HERMAN:
17          Q.    Yeah.
18          A.    I don't know how you would
19     air-freight drywall.
20              (Whereupon, Deposition Exhibit
21          PSC-VPB-87, 12/5/05 Perry E-mail to
22          Porter, Subject: Air freight of
23          sample, V002452, was marked for
24          identification.)
```

```
 1      or worse.
 2                "The Phoenix purchasing agent
 3      is very nervous and has shipped some board by
 4      container in desperation.  They are now
 5      trying to charter a boat, and I was asked
 6      this evening if we would like to share that
 7      boat.  The only questions are if there will
 8      be space for our cargo and if the ship will
 9      go to Norfolk.
10                "The Phoenix board is to be
11      delivered to NOLA.  I should know by tomorrow
12      what they intend to do."
13                Did I read that correctly?
14          A.    Yes.
15          Q.    Did you ever talk to either
16      Phil Perry or Don Woodson -- Don Woods about
17      other Taishan or Chinese drywall being
18      delivered to NOLA?
19          A.    Not for Venture Supply, no.
20          Q.    No, I -- aside from Venture
21      Supply, you've got this e-mail.  Did you make
22      any inquiry as to, perhaps, sharing space
23      with Phoenix on a vessel that would deliver
24      Taishan gypsum drywall to New Orleans, or
```

255

1   NOLA, and also then deliver your drywall to
2   Norfolk?
3           A.      Yeah, that's what Phil was
4   trying to do.  He was trying to get space on
5   a ship, no matter where it was, and try to
6   get it from -- let's say he could -- for
7   example, if he could have made a deal with
8   the shipper here, the board would have went
9   into New Orleans, then we probably would have
10  trucked it or railed it to Norfolk, just like
11  we did in the second shipment that went to
12  New Jersey and we had to rail it this way,
13  because that was the only ship that I could
14  get.
15          Q.      And this was an e-mail in the
16  regular and ordinary course of your business
17  and related directly to the purchase by
18  Venture Supply of drywall from Taishan and
19  the ability to get it shipped to Venture
20  Supply, correct?
21          A.      That's correct.
22                  (Interruption off the record.)
23                  MR. HARDT:  Can we go off the
24      record for a second?