10/10/13   16:48   156   0556-8611999   p.01

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047 Section L |
| ——————————————— | : | |
| This Document Relates to ALL CASES | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

### TAISHAN GYPSUM CO. LTD. MANUFACTURER PROFILE FORM

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

    A.    Manufacturer Name: Taishan Gypsum Co. Ltd. ("Taishan")[1]

    B.    Address: Dawenkou, Daiyue Distirct, Shandong Province, P.R. China

    C.    Phone number: (0086) (538) 8811449

    D.    Email address: taihe@public.taptt.sd.cn

    E.    Web site: www.taihegroup.com

    F.    President or CEO: None.  Jia Tongchun is the Legal Representative and Chairman of the Board of Taishan

    G.    Headquarters if Foreign: Taian, China

    H.    Address of USA Headquarters: None

    I.    Name of supervisor at USA Headquarters: None

    J.    Principal Place of Business in USA: None

---

[1] Taishan is responding to Defendant Manufacturers' Profile Form in these multidistrict proceedings without waiving any of its rights to object, in these or in any other proceedings, to: (i) the relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

K.   List of all offices or locations in USA where entity has done business at any time in 2001 through 2009

**Taishan has never had an office in the US or otherwise operated out of any location in the US.**

L.   Name of Manager at each office or location identified in I(J) above **Not applicable**

(If you have identified more than one entity in I(A) above separately answer I(B)-1(L) for each entity.)

## II.   COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

| | | | |
|---|---|---|---|
| A. | Name: | Joe Cyr<br>Frank Spano<br>Eric Statman<br>Matthew Galvin | Richard C. Stanley<br>Thomas P. Owen, Jr. |
| B. | Address: | HOGAN LOVELLS US LLP<br>875 3rd Avenue<br>New York, New York 10022 | STANLEY, REUTER, ROSS,<br>THORNTON & ALFORD, LLC<br>909 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70112 |
| C. | Phone Number: | (212) 918-3000 | 504-523-1580 |
| D. | Fax Number: | (212) 918-3100 | 504-524-0069 |
| E. | E-Mail: | joe.cyr@hoganlovells.com<br>frank.spano@hoganlovells.com<br>eric.statman@hoganlovells.com<br>matthew.galvin@hoganlovells.com | rcs@stanleyreuter.com<br>tpo@stanleyreuter.cm |

## III.   CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1.   Product Identification:

Name of Manufacturer(s)' drywall product:

**Taishan manufactured drywall to US dimensions on a made-to-order OEM basis on two isolated occasions for a U.S. purchaser, Venture Supply, Inc. ("Venture Supply").**

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

**The drywall was imprinted with the following marks: VENTURE SUPPLY INC. MFG: SHANDONG TAIHE, CHINA.   The drywall also had sealing tape on its edges with the marking "Venture Supply."**

List all trademarks applicable to the product:

**No Taishan trademarks were applicable to the drywall manufactured by Taishan and sold to Venture Supply.   Taishan is unaware whether Venture Supply or any other parties applied their own trademarks to drywall manufactured by Taishan.**

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

**In 2007, the company changed its name from Shandong Taihe Dongxin Co. to Taishan Gypsum Co. Ltd.   Accordingly to the best of Taishan's knowledge, drywall manufactured**

for Venture Supply was not known by any other names other than the product markings described above.

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

**With regards to drywall that was exported to the US, Taishan manufactured only standard drywall to US dimensions.**

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

**Taishan has no knowledge of the brand names under which Venture Supply may have resold it.**

2.    Shipment Information (identify the following for each shipment to, or for importation to, the United States):

| | |
|---|---|
| Exporter Name: | **Taishan sold the drywall to Venture Supply in China. Venture Supply took title to the drywall in China and shipped the drywall to the United States. However, Taishan referred to itself as the "exporter" for purposes of preparing tax invoices under Chinese tax law.** |
| Address of Exporter: | **See I (B.) above** |

**Date of Export:  2 / 24 / 2006    (Month / Day / Year)**

**Date of Export:  7 / 20 /2006    (Month / Day / Year)**

Name of all ports through which shipment was in transit: **Unknown**

Name of final port where shipment was offloaded: **Taishan does not have knowledge of where the drywall purchased by Venture Supply was offloaded. The drywall left the port in China on vessels bound for Norfolk, VA and Camden, NJ respectively.**

Date shipment was offloaded: **Unknown**

| | |
|---|---|
| Amount of Drywall exported: | **The February 24, 2006 and July 20, 2006 shipments of drywall by Venture Supply to the United States contained 100,000 and 53,912 sheets of drywall respectively.** |
| Name of shipper: | **Unknown** |
| Address of shipper: | |
| Mode of Shipment: | **Venture Supply shipped the drywall to the U.S. by ocean-going freight.** |
| Name of vessel: | **The bills of lading for the February 24, 2006 and July 20, 2006 shipments indicate that the shipments were shipped aboard the Vessel Glykofiloussa and the Vessel Atlantic Fortune respectively.** |

3.    Importer Information (identify the following for each importer):

| | |
|---|---|
| Importer Name: | Venture Supply, Inc. |
| Address of Importer: | 1140 Azalea Garden Road, Norfolk, VA 23502-5612 |

Date of Import:   Unknown

Amount of Drywall imported:

**As described above, the February 24, 2006 and July 20, 2006 shipments of drywall contained 100,000 and 53,912 sheets of drywall respectively.**

4.    Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

**Venture Supply, Inc.**

5.    Are you aware of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? If so, identify such brokers or intermediary agents by name, address, and phone number, and provide any correspondence or other documentation in your possession concerning such brokers or agents.

**Tobin Trading, Inc. executed the contracts for both sales of drywall on behalf of Venture Supply.**

6.    If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:          **Taishan stored the drywall for a limited time at its facility prior to inspection and acceptance by Venture Supply's agent in China.  Taishan has no knowledge regarding any further storage of the drywall after Taishan delivered it to Venture Supply in China.**

Address of entity providing storage:       **See 1 (B.) above**

**Dates product was stored:  Taishan stored Venture Supply's second order of drywall at its facility between February 2006 and June 2006 (dates are approximate).**

_____/_____/_____ (Month / Day / Year) to _____/_____/_____ (Month / Day / Year)

Quantity of product stored:

Price paid for storage:

Name of contact person at storage facility:

Phone number:

Email address:

List any complaints made or received regarding storage of the product:

7.    Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

**Taishan sold drywall to Venture Supply pursuant to two written agreements that are already in the record in _Germano, et al. v. Taishan Gypsum Co., Ltd._, et al., Case No. 09-6687. The agreements were negotiated and executed in China and provided for dispute resolution in China.**

8. For all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001-2009, please indicate whether you provided any of the following

    a. Express warranties; **The Venture Supply agreements described the quantity of drywall, the price, the dimensions and the Chinese GBT specification applicable to the order.**

    b. Product specifications; China GB/T9775-1999.

    c. Product information and/or instructions for storage or use

**In the normal course of business, a package of drywall manufactured by Taishan contained the following warnings:**

**(1) Pickup/do not turn over**

**(2) Breakable**

**(3) Avoid rain/moisture**


IV. **INSURANCE**

    A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

        1. For each policy, identify the following:

        Insurer: **Taishan has no insurance policies that relate to the Shipments.**

        Dates policy in effect:

        ___/___/ (Month / Day / Year) to ___/___/(Month / Day / Year)

        Policy Number: _____

        Type of Policy: _____

        Insurance Agent _____

        Policy Coverage Limits _____

        Produce a copy of the Declaration page, exclusions and policy of insurance.

    B. Identify all claims you have made on any insurance policies relating to the manufacture or shipment of products identified in Section V above.

        1. For each claim please provide the following:

        Date: ___/___/___ (Month / Day / Year)

        Insurer: _____

        Description of claim: _____

        Insurer's response to claim: _____

        If in litigation: _____

        Caption of Case: _____

        Name and address of attorneys involved:

_____
_____
_____
_____

Insurance carriers involved:

_____
_____
_____
_____

### CERTIFICATION

    I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____    _____    2010. 10. 13
Signature                       Print Name                     Date