**From:** peng <clempwl123@163.com>
**To:** phillip perry <phillipwperry@hotmail.com>
**Sent:** 11/30/2005 8:05:02 AM
**Subject:** Re: production

Dear Mr. Perry,

Thank you very much for your kindly attention.

Hoestly speaking, I would like to let you know the following:

First, it is our hope to cooperate with you to enlarge the market at your end. We have adjusted largely the producing line for you.  And we will let this line only for you if you like.And we are certain that we will supply you 100,000 sheets board for you. You know that beside you, we also have to produce boards for the domestic customers. Acturally, the prices for the domestic customer are much higher, we get the RMB5.8/square meter for 1200*3000*12mm boards. On the base of this price, the price for 12.7*1220*3660mm will be up to FOB USD3.80/square meter.Our boss thought the price of USD3.58 is a little lower.I have to persude our sales manager and the factory to deal this business. So please understand my situation at my end.

Second, we just have one purpose of supplying the good quality gypsum boards for you. We produce  board according to the Chinese relative standard. And we do not konw very clearly about the details of your country's standards for gypsum board.  So we just want to let you inspect and confirm the quality and packing at our end.

Third, please amend the L/C item 2, 46A accordingly.

Thank you again and best wishes!

Yours faithfully

Frank

-----原始邮件-----
发件人:"phillip perry"

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000084

发送时间:2005-11-29 21:46:53
收件人:clempwl123@163.com
抄送:(无)
主题:test

Frank

Test e-mail

*Phillip W. Perry*

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000085