Subj: **Finalizing 1st shipment at factory**
Date: 12/17/2005 9:42:19 AM Eastern Standard Time
From: phillipwperry@hotmail.com
To: porterblaine1@aol.com
CC: dwoods3@cox.net

Sam:

I had a full day at the factory office today. The following items were discussed and/or actions taken.

1) Samples provided by Taihe at no charge.

   - Moisture board...4 EA

   - Fire board..........4 EA

   - Gypsum board....4 EA

   - Gypsum board....4 EA

   - Plaster..............2 EA

The moisture may be made with the moisture barrier on only one side....the sample is done on both sides. This fiberglass reinforced material comes from Germany.

I will get pricing for 5/8" fire board and gypsum board. They have provided samples of the gypsum board, moisture board and fire board that they currently make....if you would like to do the ASTM testing on that board.

They did not know of anyone using the plaster on their board.....But if it occurs, I will get the process involved. The plaster is not made by Taihe....

2) The 1st order will be finished tomorrow and all of the board should be in the port by December 20. The ship is scheduled to arrive Lingyungang port by December 28 with a departure December 30, with Jan 28 ETA Norfolk. The Gypsum board will be the first cargo off loaded from the ship. i will sign final QC report after seeing pallets in port and their loading on vessel.

3) I signed the purchase order for the next 100,000 gypsum boards, and I had them include a statement that all future orders will be 100% Letter of Credit.

The assembly line we are using will shut down after completing our first order. They have to take 3-4 days to perform the monthly maintenance on the assembly line....there will be no other interruptions to the production of the next order. Production time is projected to be 22-23 days. They have enough time plus time for weather or other delays to make delivery to the ship. I will check this out with Frank in the morning.

I am going to sign the contract for shipping of the next order of 100,000 boards. I have just been informed by the shipping agent that the next order will leave port around January 20-25

**EXHIBIT**
PSC-VPB100

V002346

with Norfolk as 1ST port of call 30 days later.

I should be able to QC the first board made for this shipment prior to my departure for seeing to the loading of the original 100,000 boards.

4) I have an advance copy of the Bill of Lading...use it and the 1st purchase contract and shipping contract to get insurance....The landed cost is the purchase cost plus the shipping cost plus 10%. The Bill of Lading should provide the info needed with the exception of the actual sailing date.  They may not issue the policy until you get the actual B of L, but this will get you started.

5) I have a letter from Taihe for a one year business VISA. I will have to take it to DC when I get my new passport.

6) 4 x 8 board can be made on the same assembly lines as their normal local production gypsum board.   So that will not interfere with the 4 x 12 board.

7) I will be getting the prices for fine and coarse thread screws, ceiling tiles, gypsum board, and fiberglass insulation from factorys in Thailand.

Since it is a weekend, I will fax all documents to Don for immediate delivery to you.

If you have any questions, please let me know. I will try to get the answers.

Best regards,

Phillip Perry

Tobin Trading Inc.