12-19-05

ATTN: Sam Porter
757-857-0662

Sam:
Enclosed are copies of the commercial Invoice, Packing List, advance copy of Bill of Lading and my letter for a one year Business Visa for China.

For your immediate action I have enclosed the purchase contract for the January purchase of 100,000 boards of gypsum.

The general manager of Taihe has asked that you sign above my name on this contract. He says that my signature will be all that is required in the future. Fax 0086-538-881-2017

Sincerely,
Phillip W. Perry

OK
Sam

EXHIBIT
PSC-VPB24

V001854