ec 11 05 02:17p        Don Woods                    757-333-7633           p.2

FROM : TAIHE GROUP              FAX NO. : 008653888812017    Dec. 02 2005 20:25  P1

# Contract

Contract NO.: SDTH051117A

Date: 17TH, November 2005        Place: TAI'AN CHINA

The seller: Shandong Taihe Dongxin CO., LTD

   Address: Dawenkou Daiyue District Tai'an China

The buyer: Venture Supply, Inc.

   Address: 1140 Azalea Garden Road, Norfolk VA 23502-5612

This contract is made by and between the seller & buyer, whereby the seller agree to sell and the buyer agree to buy the under mentioned commodity according to the terms and conditions stipulated below:

1. term of delivery: delivery commodity in China port.

| Commodity &specification | Quantity | Unit price FOBLiang Yungang | Total value |
|---|---|---|---|
| Standard gypsum board (T/E) 12.7*1220*3000mm | 100,000 sheets | USD 3.58/sheet | USD358,000.00 |
|  |  |  |  |
| Total | 100,000 sheets | USD 3.58/sheet | USD358,000.00 |
| Total value of the contract: US DOLLAR Three hundred fifty-eight thousand ONLY ||||

2. Quality and packing terms: the gypsum board should be produced as per relative standard of China GB/T9775-1999, using plastic inner package and gypsum pallet. It should be inspected and confirmed by Mr. Phillip W

VENTURE SUPPLY, INC.
1140 Azalea Garden Rd.
Norfolk, VA 23502

VENTURE SUPPLY, INC.
1140 Azalea Garden Rd.

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0001567

Perry who come from Tobin Trading Inc and represents the buyer, stating that they have inspected the goods in seller's factory and China loading port and that the quality, specifications and packing meet buyer's requirement, stating that they agree to deliver the good. The stating can be regarded as the satisfactions of the buyer with the gypsum boards and packing. And the stating is the part of the contract.

3. Term of payment: USD128880.00 should be paid in advance, the rest should be by irrevocable letter of credit at sight.

4. The buyer should be in charge of ocean transportation and instance; the ocean freight should be paid at the buyer's end.

5. Force majeure: the seller shall not be hold responsibility for late or non-delivery of the goods owing to the generally recognized "force majeure" cause. However in such case, the seller shall inform the buyer in four working days.

6. Arbitration: All disputes in connection with this contract shall be settled amicably by negotiation. In case no settlement can be reached, the case under dispute may then be submitted to the Foreign Trade Arbitration Commission of the China Council for the Promotion of International Trade. The decision of the arbitration shall be accepted as final and binding upon both parties.

7. The fax copies are regarded as valid.

The seller: Shandong Taihe Dongxin Co., LTD

VENTURE SUPPLY, INC.
1140 Azalea Garden Rd.
Norfolk, VA 23502

The buyer: Venture Supply, Inc.
Stamp and signature

Samuel G. Porter
Venture Supply Inc
1140 Azalea Garden Road
N[...]

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0001568