# Shandong Taihe Dongxin CO., LTD

Address: South suburb of Taian Shandong province, China

TEL: 0086-538-8812017     FAX: 0086-538-8812017

## COMMERCIAL INVOICE

Invoice No.:SDTH051213            Invoice date.: 13th Dec ,2005

To: Venture Supply, Inc.

   Address: 1140 Azalea Garden Road, Norfolk VA 23502-5612

Credit number: IMP-4135           Credit issue date: 051109

SHIP FROM: LIAN YUNGANG PORT CHINA TO Norfolk the U.S.A.

PAYMENT: DEPOSIT AND IRREVOCABLE L/C, AT SIGHT

SHIPMENTS: BY BREAK BULK

SHIPPING MARK: VENTURE SUPPLY INC.

DELIVERY TERMS: FOB ANY PORT IN CHINA

THE DESCRIPTION OF COMMODITY:

| Commodity &specification | Quantity | Unit price FOBLian Yungang | Total value |
|---|---|---|---|
| 3660*1220*12.7mm gypsum board (T/E) | 100,000 sheets | USD 3.58/sheet | USD358, 000.00 |
| Deposit | | | USD128,880.00 |
| Credit amount | | | USD229120.00 |
| SAY : US DOLLAR TWO HUNDRED AND TWENTY-NINE THOUSAND ONE HUNDRED AND TWENTY ONLY. | | | |

Shandong   Taihe   Dongxin   CO.,   LTD



V001864

# Shandong Taihe Dongxin CO., LTD

Address: South suburb of Taian Shandong province, China

TEL: 0086-538-8812017    FAX: 0086-538-8812017

## Packing list

Invoice No.:SDTH051213          Issuing date.: 13th Dec ,2005

To: Venture Supply, Inc.

Address: 1140 Azalea Garden Road, Norfolk VA 23502-5612

Credit number: IMP-4135        Credit issue date: 051109

SHIP FROM: LIAN YUNGANG PORT CHINA TO Norfolk the U.S.A.

PAYMENT: DEPOSIT AND IRREVOCABLE L/C, AT SIGHT

SHIPMENTS: BY BREAK BULK

DELIVERY TERMS: FOB ANY PORT IN CHINA

THE DESCRIPTION OF COMMODITY:

| Commodity &specification | Quantity | Net weight | Net volume |
|---|---|---|---|
| 3660*1220*12.7mm gypsum board (T/E) | 2000 pallets | 2.24 Ton/ pallet | 2.835 M³/pallet |
| Total | 10000 sheets | 4480 Ton | 5670 M³ |
| Credit amount | | | USD229120.00 |
| SAY : US DOLLAR TWO HUNDRED AND TWENTY-NINE THOUSAND ONE HUNDRED AND TWENTY ONLY. | | | |

2000 pallet, each of which containing 50 gypsum boards, each plastic wrapped, gypsum board covered, and steel banded

Shandong Taihe Dongxin CO., LTD

V001865