# 山东泰和东新股份有限公司

## SHANDONG TAIHE DONGXIN CO., LTD

TEL:0086-538-8812017    FAX:0086-538-8812679
DAWENKOU DAIYUE DISTRICT OF TAIAN CHINA

---

### Packing    list

TO: VENTURE SUPPLY INC.          INVOICE NO.: SDTH06061801

ADDRESS: 1140 Azalea Garden Road Norfolk VA 23502-5612

DATE: 2006-6-18

Shipments: by break bulk          Ship from: Lian Yungang port China

Delivery terms: FOB Any China port

The description of commodity:

| Commodity and specification | QUANTITY | Net/Gross weight per pallet | Net volume |
|---|---|---|---|
| gypsum board (T/E) 3660*1220*12.7mm | 53912sheets/586pallets | 4.17T/4.6T | 5.22m$^3$/pallet |
| TOTAL | 586 pallets | 2443.6 T/2695.6 T | 3058.92 m$^3$ |

山东泰和东新股份有限公司
SHANDONG TAIHE DONGXIN CO., LTD

EXHIBIT
PSC-VPB 129

V000655