| | |
|---|---|
| **From:** | phillip perry <phillipwperry@hotmail.com> |
| **To:** | clempwl123@163.com <clempwl123@163.com> |
| **Sent:** | 11/17/2005 10:30:46 PM |
| **Subject:** | Ocean Freight Loading Date |

Frank:

What is the earliest date for a ship for our drywall board to Norfolk, VA?

How many cubic meters and metric tons will this order be?

Can you provide me the names of the shipping companies and contact information?

Is this the shipping line that can provide regular deliveries to Norfolk. Remember that we want to have multiple deliveries of drywall board, drywall screws, and fiberglass insulation.

If we have to work the manufacturing schedule around the shipping schedule, then we need to plan accordingly.

I really do appreciate your assistance in these maters, and if I can be of help to you in some way just let me know.

*Phillip W. Perry*

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000151

**From:** peng <clempwl123@163.com>
**To:** phillip perry <phillipwperry@hotmail.com>
**Sent:** 11/22/2005 8:21:05 PM
**Subject:** Re: contract and L/C

Dear Mr. Perry,

Thank you very much for your efforts. It is our hope to finalize the contract at the early time.

I received the amendment of L/C yesterday afternoon. But I found that it wasn't amended that as our requirement, or maybe the Venture supply misunferstanded our meaning.

The amendment says that:

1-FIELD 46A ITEM 4 NOW TO READ AS FOLLOWS:

INSPECTION CERTIFICATE FROM TOBIN TRADING INC. STATING THAT THEY HAVE INSPECTED THE GOODS (120,000 SHEETS OF 3660*1220*12.7MM GYPSUM BOARD (T/E)) IN SELLER'S FACTORY AND THAT THEY MEET BUYER'S SPECIFIACATIONS, MEET ALL APPLICABLE USA FIRE RATING STANDARDS, AND THAT PALLETS ARE CONSTRUCTED OF DRYWALL MATERIAL OR OTHER MATERIAL NOT SUBJECT TO INSECT INFESTATION(NO WOOD), AND THAT PACKIGN MEETS BUYER'S REQUIREMENTS, AS PER PACKING LIST.

We would like to ask you to delete all the content of 46A ITEM 4.

Also I would like to inform you that there is very exact information on the ship. One ship agent said that there is a ship would come to Lian Yungang on about 20th December. I will infrom you when they confirm the information, and then please amend the L/C accordingly.

Thank you and best wishes!

Yours faithfully

Frank

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000070

-----原始邮件-----
发件人:"phillip perry"
发送时间:2005-11-22 21:04:54
收件人:clempwl123@163.com
抄送:(无)
主题:contract and L/C


Frank:

I have not heard from you about the L/C and contract. Please keep me informed of the progress. I want to get this board made soon.

*Phillip W. Perry*

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000071

| | |
|---|---|
| From: | phillip perry <phillipwperry@hotmail.com> |
| To: | zhanghw@csl.cn <zhanghw@csl.cn> |
| CC: | clempwl123@163.com <clempwl123@163.com> |
| Sent: | 11/24/2005 8:03:23 PM |
| Subject: | Re: Ocean Freight to Norfolk, VA, USA |

Mr. Zhang:

Thank you for your prompt information on the ocean freight to Norfolk, Virginia, USA.

We would like to have you arrange shipment of the Taihe company gypsum board to Norfolk on your vessel loading on December 20, 2005. I would like you to coordinate the land transport requirements for the loading with Frank Clem of the Taihe company in Taian to ensure a smooth transfer of the gypsum board. Frank¡¯s telephone number is 0538-881-2017 and his fax is 0538-881-1348.

Please provide a list of the ports of call in the Gulf of Mexico and along the East Coast of the USA. We anticipate having cargo on later shipments for delivery at these ports.

What is the anticipated date of arrival of the vessel in Norfolk?

Phillip Perry
Tobin Trading Inc.
1361-548-7230

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000188

Subj: **Re: Ocean Freight to Norfolk, VA, USA**
Date: 11/24/2005 8:03:35 PM Eastern Standard Time
From: phillipwperry@hotmail.com
To: zhanghw@csl.cn
CC: clempwl123@163.com

Mr. Zhang:

Thank you for your prompt information on the ocean freight to Norfolk, Virginia, USA.

We would like to have you arrange shipment of the Taihe company gypsum board to Norfolk on your vessel loading on December 20, 2005. I would like you to coordinate the land transport requirements for the loading with Frank Clem of the Taihe company in Taian to ensure a smooth transfer of the gypsum board. Frank¡˜s telephone number is 0538-881-2017 and his fax is 0538-881-1348.

Please provide a list of the ports of call in the Gulf of Mexico and along the East Coast of the USA. We anticipate having cargo on later shipments for delivery at these ports.

What is the anticipated date of arrival of the vessel in Norfolk?

Phillip Perry
Tobin Trading Inc.
1361-548-7230



EXHIBIT
PSC-VPB 84

V002507

**Kurt Riffey**

**From:** Schools, John E. [john.schools@nscorp.com]
**Sent:** Friday, February 03, 2006 2:25 PM
**To:** Jim Ford (E-mail); Kurt Riffey; Phillip Perry (E-mail)
**Cc:** Philip Brotherton (E-mail); Corine Barbour (E-mail); John Powell (E-mail)
**Subject:** GLYKOFILLOUSA pre-discharge meeting.

The ETA on the gypsum vessel GLYKOFILLOUSA remains on schedule for 2/10. The line manager for SK is Phil Brotherton. He will be arriving on the evening of the 8th in Norfolk and wants to meet with CP&O and our newest importer Venture Supply on the 9th to review the sheetrock operation.
I'm asking that you check your schedules and pass on to me some agreeable times to meet so we are all present and comfortable.

Thanks,

John Schools
Manager Administration
Lambert's Point Docks, Inc
(757)-446-1219 (v)
(757)-446-1256 (f)
john.schools@nscorp.com
www.nscorp.com

1



EXHIBIT
PSC-VPB 107

V001370

Subj: **shipping for gypsum board**
Date: 3/8/2006 4:22:13 PM Eastern Standard Time
From: phillipwperry@hotmail.com
To: sclei@waterfrontbeijing.com
CC: porterblaine1@aol.com

Dear Lei:

Thank you for the ship's schedule in the port of Lianyungang. I was surprised at the rate per cubic meter of cargo. You quoted me $70 per cubic meter on Monday. Is this not the correct rate per cubic meter?

Does the term FIOS lsd mean: FIO (Free In and Out) Ship, cost of loading and unloading the vessel is included in the quote for the freight charge per cubic meter?

What type of freighter is this: bulk carrier, general cargo carrier, or roll-on/roll-off? What is the vessel's name?

My cargo is gypsum board, but I have gone to great expense to improve the packing for safe handling operations. The gypsum board is inside of a 12mm thick plywood box resting on a solid plywood pallet. Inside of the plywood box the gypsum board has an additional 12mm layer of gypsum packing, Both of the packing layers are secured to the pallet inside and out with steel belts to ensure safe delivery. This should qualify this cargo for a reduction in the rate per cubic meter.

We would prefer to have the cargo loaded in the Qiandao port. Is this possible?

We require that the cargo be delivered to Lamberts Point Docks in Norfolk, Virginia, USA. The maximum draft at the dock is 32 feet (9.75 m).

There are 1,064 pallets of 1.26m x 1.227m x 3.7m, cubic meters 5.7, weight 4.5 tons, and tier limitation of 5 - 6.

How much space is required for forklift operation on the tween deck? Request that the ship provide the slings required to move the cargo from center of tween deck for forklift operation.

Phillip W. Perry

Venture Supply Inc.

---

From: "sclei" <sclei@waterfrontbeijing.com>
To: "phillip perry" <phillipwperry@hotmail.com>
Subject: Re: shipping for gypsum board
Date: Wed, 8 Mar 2006 14:33:44 +0800

Dear Phillip,

How are you! very glad to contact you and sincerely hope we have opportunities to cooperate in the coming days. Regarding your next shipment 6000cbm gypsum boards to Norfolk, we will have a tweendeck ship at

Thursday, March 09, 2006 America Online: PORTERBLAINE1



V002803

middle of April. We prefer following:

-6000cbm gypsum board please advise how many pallets and size of package and weight of each pallet
-tier limitaiton ?
-Laycan 15-30/April, 06
-Port of Loading: Lianyungang, China
-Freight $75 per cubic meter FIOS lsd
-Pallets in center of each hold to be preslung to have enough access for forklift operation at discharge port, Any delay / add material required at discharge due to insufficient space to be for merchants acct
-Freight prepaid only
-sub details

**Please comments**

**Brgds**
**Lei**

> ----- Original Message -----
> **From:** phillip perry
> **To:** sclei@waterfrontbeijing.com
> **Sent:** Wednesday, March 08, 2006 10:53 AM
> **Subject:** shipping for gypsum board
>
> Lei:
>
> I am the shipper from Tai He gypsum looking to ship about 6,000 m3 from a China port to Norfolk, Virginia, USA. My next shipment will be near the end of March. Please provide the date & port of loading, rate per m3, and type of vessel.
>
> Best regards,
>
> Phillip W. Perry

| | |
|---|---|
| From: | phillip perry <phillipwperry@hotmail.com> |
| To: | clempwl123@163.com <clempwl123@163.com> |
| Sent: | 3/10/2006 11:20:13 AM |
| Subject: | Plywood payment and LOC |

Frank:

The funds for the plywood should be in your account today or tomorrow.....

The L/C will be sent Monday.  It is like I said, they are changing the discharge port in the L/C.  They have orders for about 300,000 boards for delivery to Florida, New Orleans and Georgia.  That is addition to the 100,000 that is needed at the home facility.....

We would like to make continuous use of the assembly line.  I would like to know the lead time required to get the plywood and pallets made.  We will provide the funds in advance for these future orders of pallets and plywood packing....so that we do not have a delay in the funds reaching you like they did this time.

I will be taking the train Sunday afternoon to Qiandao.  I will work on the shipping there, and then go to Hong Kong to get my VISA renewed.  I should be back shortly after that.

I will keep in touch with you to see how the delivery and production are going.    I will tell Kathy that you will have a completion date of the end of March.

Let me know if there is anything I can bring you from Hong Kong.

Please hang on to my notebook...... It is a poor thing, but i like it.

Best regards,

Phillip Perry

Venture Supply Inc.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000331

| | |
|---|---|
| **From:** | phillip perry <phillipwperry@hotmail.com> |
| **To:** | clempwl123@163.com <clempwl123@163.com> |
| **CC:** | porterblaine1@aol.com <porterblaine1@aol.com> |
| **Sent:** | 3/16/2006 11:27:46 PM |
| **Subject:** | Transport of cargo to port |

Frank:

I have a ship for the ocean freight of our cargo to Norfolk.  The shpper will be sclei@waterfrontbeijing.com.  The loading port will be Qingdao.  The LAYCAN will be April 15/25 2006.  The cargo should be in the port by April 15.

I will need slings for the pallets, can you arrange the purchase of suitable slings?  Let me know the cost and we will transfer the funds to you.

Best regards,
Phillip Perry
Venture Supply

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000405

| | |
|---|---|
| **From:** | phillip perry <phillipwperry@hotmail.com> |
| **To:** | clempwl123@163.com <clempwl123@163.com> |
| **Sent:** | 4/21/2006 1:40:08 AM |
| **Subject:** | shipment of gyosum board |

Frank:

I am still trying to locate a ship to Norfolk for the gypsum board.  Please contact me if your sources turn up ocean freight for the cargo.

Best regards,

*Phillip W. Perry*

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000390

Subj: **FW: Weight of pallet**
Date: 5/9/2006 4:21:43 PM Eastern Standard Time
From: jrichardelli@Porterblaine.com
To: porterblaine1@aol.com

**From:** phillip perry [mailto:phillipwperry@hotmail.com]
**Sent:** Tuesday, May 09, 2006 4:16 PM
**To:** Jessica Richardelli
**Cc:** Leslie Waddell
**Subject:** RE: Weight of pallet

Jessica:

I went to the main COSCO office in Singapore. The only ship that they offered was too large to fit into the Lamberts Point docks.....it would have been half way across the river and stuck in the mud....our cargo seems to be too small for what they had to offer.

I have been all over the place looking for ships. We had settled on using a container ship that goes to Norfolk on a regular basis, when suddenly I was approached by two agents that want to provide bulk to Norfolk. One is the agent we used out of Lian Yungang port last time and the second is actually a buyer from the Phoenix company out of Georgia. I had contacted this buyer, Wendy Wong, about a month ago to compare notes and see what progress they had made.

She said that they had 3 full time Chinese industrial engineers at the Taihe factory to assist in the production of the board. From what I saw, they just sit in the office drinking tea, unless she visits the factory. She then does the QA work herself, and berates them and Frank for not performing. They stand there looking down, and I imagine wishing the "American" Chinese woman would go away, so that they can get back to their normal routine of doing as little as possible. Which makes the factory manager happy and willing to provide them a place to drink tea and play board games.

The Phoenix company has had over 20,000 CBM of gypsum board in storage at the Qingdao port warehouse for about 3 months and more being made. They have other goods in storage at another port. Another outfit the Deyon (sp) company has 26,000 CBM of gypsum board sitting outside in the Qingdao port and exposed to the weather. The weather here in Qiandao has been cold, raining and foggy, so you can imagine the condition of that gypsum board.

We have actually been lucky in a way. Our gypsum board is being held in the factory warehouse in a dry environment, and the size of our order of 100,000 pieces is only 6,000 CBM by comparison.

There is gypsum board from other companies here and at other ports. They are all in the same fix as us or worse. The Phoenix purchasing agent is very nervous and has shipped some board by container in desperation....They are now trying to charter a boat, and I was asked this evening if we would like to share that boat. The only questions are if there will be space for our cargo, and if the ship will go to Norfolk. The Phoenix board is to be delivered to NOLA. I should know by tomorrow what they intend to do.

The other bulk ship scheduled for Norfolk is supposed to come about the same time frame of early June to the Lian Yungang port. The agent, Mr. Zhang, has told me that the ship owner will give him an answer about carrying our cargo by May 12. That will give us sufficient time to finish the manufacturing and to get the gypsum board to the port.

My Chinese assistant, Bai Yan Ping, located a third ship company this evening that may have a bulk ship going to

Tuesday, May 09, 2006 America Online: PORTERBLAINE1

EXHIBIT
PSC-VPB123

V001510

Norfolk. So the ice may be breaking for us, and the cargo on the way to Norfolk soon.

I will be returning to Norfolk to attend my son's graduation from the College of William & Mary on April 14. What can be done at this point in time has been done. I can return to China later, when we have a firm shipping date.

Best regards,
Phillip W. Perry

---

From: "Jessica Richardelli" <jrichardelli@Porterblaine.com>
To: "phillip perry" <phillipwperry@hotmail.com>
Subject: RE: Weight of pallet
Date: Tue, 9 May 2006 14:56:47 -0400

Phil,
No, but thank you. I got in contact with a company called Cosco. They are a shipping company that goes in and out of the port of Qingdao and ship both break bulk and containerized materials. Sam and I spoke to him Friday to see if he could help at all and he said that he would get more information and get back with us. Sam would prefer that Bill keep in contact with you since you know what is going on over there, so the below e-mail was simply letting him know to contact you.

Best Regards,
Jessica

---

**From:** phillip perry [mailto:phillipwperry@hotmail.com]
**Sent:** Tuesday, May 09, 2006 2:50 PM
**To:** Jessica Richardelli
**Subject:** RE: Weight of pallet

Jessica:

Can I help you with any info?

Phillip W. Perry

---

From: "Jessica Richardelli" <jrichardelli@Porterblaine.com>
To: "WDavis/William Davis (US/CCLA/BAL)" <WDavis@COSCO-USA.COM>, "phillip perry" <phillipwperry@hotmail.com>
Subject: RE: Weight of pallet
Date: Tue, 9 May 2006 11:01:50 -0400

Bill,

Can you please contact Phil Perry at phillipwperry@hotmail.com and cc: me with any information that you may have regarding any shipping information that you may have. He is currently in China and trying to get the drywall over here.

Best Regards,
**Jessica A. Richardelli**
Human Resources Manager
Venture Supply, Inc.
P: 757-855-5433
F: 757-857-0662

---

**From:** WDavis/William Davis (US/CCLA/BAL) [mailto:WDavis@COSCO-USA.COM]
**Sent:** Friday, May 05, 2006 10:33 AM
**To:** Jessica Richardelli

Tuesday, May 09, 2006 America Online: PORTERBLAINE1

V001511

**Subject:** RE: Weight of pallet

Jessica

Thanks Thought I had it wrong; 10,500 lbs is actually about 5 m/t per pallet.

If that's the case the container rates are fairly simple to calculate. 25 m/t would be a maximum payload for most containers and about 5 pallets of wallboard in a 40' box. Given an average low market 40' container rate of 3000 dollars that's 120 dollars per M/T which is no doubt higher than your break bulk rates.

Still there are some savings with Containers, No terminal charges etc and you could possible get lower than the 3000 dollar ball park figure I used.

Big thing I can do is search our data bases and see if any wall board has moved in containers and how the boxes were freighted.

Will get back in touch next week

Bill Davis

---

**From:** Jessica Richardelli [mailto:jrichardelli@Porterblaine.com]
**Sent:** Friday, May 05, 2006 10:23 AM
**To:** WDavis/William Davis (US/CCLA/BAL)
**Subject:** Weight of pallet

Bill,

Thank you for your e-mail. The pallet size is 4x4x12 and <u>10,500 lbs</u>. If you have any further questions, please do not hesitate to call or e-mail.

Best Regards,
Samuel Porter

via

**Jessica A. Richardelli**
Human Resources Director
Venture Supply, Inc.
P: 757-855-5433
F: 757-857-0662

Tuesday, May 09, 2006 America Online: PORTERBLAINE1

V001512

| | |
|---|---|
| **From:** | phillip perry <phillipwperry@hotmail.com> |
| **To:** | clempwl123@163.com <clempwl123@163.com> |
| **CC:** | porterblaine1@aol.com <porterblaine1@aol.com> |
| **Sent:** | 5/16/2006 5:35:34 AM |
| **Subject:** | transport of cargo |

Frank:

Please call Ryan Song at 013708974728 or fax 86-532-85028727 or e-mail zhsusan@public.qd.sd.cn to complete the delivery of the cargo to the port of Qingdao by May 22.

I want you to send the gypsum board you have completed for Venture Supply to Qingdao. That would be the 586 pallets or approximately 54,000 sheets of gypsum.....

I also want you to place the plywood belonging to Venture Supply on pallets and send it to Qingdao. You can use some of the pallets belonging to Venture Supply.

Please hold Venture Supply's unused pallets until Mr. Porter decides on when the next order will be made.

You should compute the amount owened to Taihe. Send Mr. Porter the billing, and he will pay you the amount due as per the contract.

I want this shipment to proceed as quickly as possible, so do not delay in arranging the shipment of the gypsum and plywood to the port of Qingdao.

Best regards and thanks for you efforts,

*Phillip W. Perry*

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000406

**Jessica Richardelli**

From: phillip perry [phillipwperry@hotmail.com]
Sent: Friday, June 02, 2006 2:45 PM
To: Chris.Paras@ThePenrodCompany.com
Cc: porterblaine1@aol.com
Subject: RE: Fwd: break bulk from china

Chris:

Sam Porter has asked me to forward the following information about our supplier and cargo. I am the person who purchased this cargo in China, and I would appreciate being CC on all messages.

Please reference the attachments for the following items.

122 Pallet constructed from plywood. 4' x 12' x 5"
137 Gypsum boards placed on each pallet 94 Each
138 Two layers of plastic wrap
140 Layer of gypsum packing is placed on Top, Bottom and 4 sides.
141 Shows 3 layers of packing...plastic wrap, gypsum board and 12mm plywood w/steel bands
142 Packaging completed.....side view
143 Packaging completed....end view

The pallets measure 4' x 4' x 12', weight 4.4 tons, Cubic Meters 5.7. There are 586 pallets of gypsum for a total of 3,340 CBM. There will also be about 30 pallets of plywood with the same cubic dimensions..

The cargo is currently located in the warehouse of the manufacturer, Shandong Taihe Dongxin Co., Ltd. in Taian, China. It can be transported to the port with 5 to 10 days notice. The nearest ports in China for loading the cargo are Qingdao and Lian Yungang.

Best regards,
Phillip W. Perry

From: PORTERBLAINE1@aol.com
To: phillipwperry@hotmail.com
Subject: Fwd: break bulk from china
Date: Fri, 2 Jun 2006 13:37:28 EDT

From: "Chris Paras" <Chris.Paras@ThePenrodCompany.com>
To: <porterblaine1@aol.com>
Subject: break bulk from china
Date: Fri, 2 Jun 2006 11:56:56 -0400

6/6/2006

EXHIBIT
PSC-V18127

V001416

**From:** peng <clempwl123@163.com>
**To:** donwoods <dwoods3@cox.net>;phillipperry <phillipwperry@hotmail.com>
**Sent:** 6/5/2006 5:58:02 AM
**Subject:** shipping

Dear Sir,

Thank you for your kindly attention.

I have talked with Miss Zhang again about the shipping. And she told that please contact Mr. Zhang in the USA, who is in charge of booking ship. The number of Mr. Zhang is 001 248 8638562. He can help us to book the ship. So please contact him as soon as possible.

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000392

| | |
|---|---|
| **From:** | peng <clempwl123@163.com> |
| **To:** | donwoods <dwoods3@cox.net>;phillipperry <phillipwperry@hotmail.com> |
| **Sent:** | 6/10/2006 8:51:00 AM |
| **Subject:** | shipping |

Dear Sir,

Thank you for your infromation on the shipping.

We have contacted with Mr. Melyvin whom you mentioned. And he said the shipping contract has not bnne signed, but will signed sooner or later. So please send us a signed and stamped fax note which stating your confirmation on the port and shipping date without any other changes. And also please state that if any extra expenses due to any changes and delay of shipping information, Venture supply Inc will pay them.   And we are going to send the gypsum board and plywood to Lian Yungang port. We have started to look for the trucks to send for us from this afternoon.

Looking forward to your early reply!

Yours faithfully
Frank

Reminder: AOL will never ask you to send us your password or credit card number in an email.   This message has been scanned for known viruses.

| | |
|---|---|
| From: | PORTERBLAINE1@aol.com |
| To: | MARCJSTEIN@aol.com |
| Subject: | Fwd  freight to norfolk |
| Date: | Thu, 20 Jul 2006 9.08 AM |

**Attached Message**

| | |
|---|---|
| From | phillipwperry@hotmail.com |
| To | Cabarker@nscorp.com |
| Cc | porterblaine1@aol.com |
| Subject | RE: freight to norfolk |
| Date | Tue, 18 Jul 2006 10.29.40 -0400 |

Charles:

Our cargo of 586 pallets of gypsum board will arrive in the port of Camden, NJ on or about August 14-20 aboard the MV Atlantic Fortune.   We will need 25 centerbeam flat cars to carry the cargo to the Lambert Point docks in Nrofolk, VA.   We request that the cargo be wrapped to avoid water damage.  What further information do you require from us to arrange the rail transport.

*Phillip W. Perry*
Venture Supply Inc.

---

From: *Barker Charles A <Cabarker@nscorp.com>*
To: *'phillip perry' <phillipwperry@hotmail.com>*
CC: *"'Palin, Renee M'" <IMCEAEX-_O=NSCORP_OU=EXCHANGE_CN=RECIPIENTS_CN=MDRMP@nscorp.com>, McCloskey Bill <wfmcclos@nscorp.com>*
Subject: *RE: freight to norfolk*
Date: *Wed, 05 Jul 2006 11:12:01 -0400*

Recommend method would be either in boxcars or if the crates are wrapped to avoid waterdamage, you many want to consider using centerbeam flat cars, which have restraining devices which are part of the car.

We cannot supply any rates until we know weights and destinations.

**Charlie Barker**

**National Account Manager**

**Norfolk Southern Corp**

**Plymouth Meeting, PA**

**Phone: (610) 832-1946**

**Fax: (610) 832-1941**

-----Original Message-----
From: phillip perry [mailto:phillipwperry@hotmail.com]
Sent: Wednesday, July 05, 2006 10:45 AM
To: cabarker@nscorp.com
Cc: porterblaine1@aol.com
Subject: freight to norfolk

EXHIBIT
PSC-VPB131
V000630