# BILL OF LADING

| | |
|---|---|
| ① Shipper<br>SHANDONG TAIHE DONGXIN CO., LTD.<br>SOUTH SUBURB OF TAIAN SHANDONG PROVINCE<br>PEOPLE'S REPUBLIC OF CHINA | SKSMLYN#00022000<br>**SK Shipping Co., Ltd.**<br>IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods, and holder of this bill of lading expressly accept and agree to all its stipulations exceptions and conditions, whether written, stamped or printed as fully as if signed by such shipper, Owner, consignee and/or holder. No agent is authorized to waive any of the provisions of the within clauses.<br>SHIPPED on board the ship named herein by the shipper herein named the goods or packages said to contain goods hereinafter described in apparent good order and condition unless otherwise stated on this Bill of Lading, to be transported from the port of loading or place of receipt with liberty to proceed via any route or ports within the scope of the voyage, to the port of discharge, or so near thereto as the, ship can safely get and leave, always afloat at all stages and conditions of water, and there to be delivered or transhipped on payment of the charges thereon.<br>THE TERM "APPARENT GOOD ORDER AND CONDITION" WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS, WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE. IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY NOTATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S, OR TALLY CLERKS' RECEIPTS.<br>IN WITNESS WHEREOF, the master or agent of the said ship has signed THREE (3) bills of lading, all of this tenor and date, ONE of which being accomplished, the others to stand void. (ON DECK CARGO CLAUSE) CARRIED ON DECK AT SHIPPER'S RISK AS TO PERILS INHERENT IN SUCH CARRIAGE IN ALL OTHER RESPECTS THE RISK SHALL BE SUBJECT TO THE PROVISIONS OF THE UNITED STATES CARRIAGE OF GOODS BY SEA ACT 1936 EXCEPT THAT WITH RESPECT TO DECK CARGO, OWNER WILL NOT HAVE THE BURDEN OF PROOF WITH RESPECT TO ANY CLAIM ARISING FROM OR RELATED TO ALLEGATIONS OF UNSEAWORTHINESS AND THAT BURDEN WILL REST WITH THE SHIPPER AND/OR CARGO INTERESTS.<br>Shippers declared value $ _____ . If value is not declared limits of liability apply per clauses 2.8.14.24 and 31. |
| ② Consignee<br>TO THE ORDER OF RBC CENTURA BANK | |
| ③ Notify party<br>VENTURE SUPPLY, INC.<br>1140 AZALEA GARDEN ROAD, NORFOLK<br>VA 23502-5612 | |
| ④ Vessel  GLYKOFILOUSSA | ⑤ Voyage No  087E |
| ⑥ Port of Loading  LIANYUNGANG PORT CHINA | ⑦ Port of Discharge  NORFOLK THE U.S.A. |

PARTICULARS FURNISHED BY SHIPPER

| ⑨ Marks and Numbers | ⑩ No. & Kind of Pkgs/Units | ⑪ Description of Goods | ⑫ Gross Weight | ⑬ Measurement |
|---|---|---|---|---|
| VENTURE SUPPLY INC. | | "Said to contain, carrier unable to verify number and condition of contents of bundles or containers"<br><br>2000PALLETS<br><br>3660X1220X12.7MM<br>GYPSUM BOARD (T/E)<br><br>L/C ISSUING DATE:NOV.09.2005<br>L/C NO.:IMP-4135<br><br><br><br><br>CLEAN ON BOARD  DEC.25,2005<br><br>SAY TWO THOUSAND PALLETS ONLY | NW:4420000KGS<br>GW:4860000KGS | 5670CBM |

ORIGINAL

| ⑭ Freight & Charge  FREIGHT COLLECT | ⑮ Revenue Tons | ⑯ Rate | ⑰ Per | ⑱ Prepaid | ⑲ Collect |
|---|---|---|---|---|---|
| ⑳ Freight Prepaid at | ㉒ Freight Payable at | | ㉔ Place of Issue  LIANYUNGANG CHINA | | |
| ㉑ Total Prepaid in | ㉓ No. of Original B/L  THREE | | ㉕ Date of Issue  DEC.25,2005 | | |

| Laden on Board the Vessel | ㉘ For and on Behalf of the Master |
|---|---|
| ㉖ Date | **SK Shipping Co., Ltd.**<br>AS AGENT FOR THE CARRIER:<br>SK SHIPPING CO., LTD. |
| ㉗ By | By _____<br>As Carrier |

210mm × 305mm (NCR70g/㎡)

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000308