

**RBC Centura**



International Department
200 Providence Rd., Suite 300
Charlotte, NC 28207
S.W.I.F.T.: CNYAUS33
Telx: 49606655 CENTURABKINGTL
(704) 686-1446 phone
(704) 686-1498 fax
1-800-938-6299

January 23, 2006

Ventura Supply Inc.                          cc: Vernon Towler/RBCC
Attn: Mr. Sam Porter                         Fax:   757-892-2045
1140 Azalea Garden Road                      Fax:   757-857-0662
Norfolk, VA 23502-5612

Re:     Our L/C No. IMP-4135 in favor of  Shandong Taihe Dongxin (Inv. No.
        SDTH051213)

Documents presented by:
Agricultural Bank of China
Taian, China

Documents under above-mentioned references presented in the amount of
**USD229,120.00 All credit terms comply.** We will charge your account for the
following:

| | |
|---|---:|
| Draft amount: | USD229,120.00 |
| Issuance + Cable | 150.00 |
| Amendment + Cable (5 @75.each) | 375.00 |
| LC setup fee | 500.00 |
| Payment commission (1/4) | 572.80 |
| Tracer cable fee | 25.00 |
| Courier fee | 18.00 |
| TOTAL DEBITED: | USD230,760.80 |

Documents attached:  3 Commercial Invoices / 3 Packing Lists /  2 Original and 1 NN
Copy of Ocean B/L

One set of originals has been retained by us for contingencies.

We do not assume any responsibility for the correctness, validity, or genuineness of the documents received
under this credit, nor for the description, quality, quantity or delivery of the goods purporting to be
represented thereby. Documents presented under a letter of credit which are not a documentary requirement
are forwarded without responsibility

RBC Centura Bank
Authorized Signature
Monika Kaldre

EXHIBIT
PSC-11PB106   V000315

# Shandong   Taihe   Dongxin   CO.,   LTD

Address: South suburb of Taian Shandong province, China

TEL: 0086-538-8812017      FAX: 0086-538-8812017

## COMMERCIAL   INVOICE

ORIGINAL

Invoice No.:SDTH051213           Invoice date.: 13th Dec ,2005

To: Venture Supply, Inc.

   Address: 1140 Azalea Garden Road, Norfolk VA 23502-5612

Credit number: IMP-4135           Credit issue date: 051109

SHIP FROM: LIAN YUNGANG PORT CHINA TO Norfolk the U.S.A.

PAYMENT: DEPOSIT AND IRREVOCABLE L/C, AT SIGHT

SHIPMENTS: BY BREAK BULK

DELIVERY TERMS: FOB ANY PORT IN CHINA

THE DESCRIPTION OF COMMODITY:

| Commodity &specification | Quantity | Unit price FOBLian Yungang | Total value |
|---|---|---|---|
| 3660*1220*12.7mm gypsum board      (T/E) | 100,000 sheets | USD 3.58/sheet | USD358, 000.00 |
| Deposit | | | USD128,880.00 |
| Credit amount | | | USD229120.00 |

SAY : US DOLLAR TWO HUNDRED AND TWENTY-NINE THOUSAND ONE HUNDRED AND TWENTY ONLY.

Shandong   Taihe   Dongxin   CO.,   LTD