

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001543

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

137090626307
No 00012282

2006年 7月 20日填制
Date 2006Y 7M 20D

| 出口企业名称： 山东泰和东新股份有限公司 Exporter Name: SHANDONG TAIHE DONGXIN CO., LTD | 出口企业税务登记证号： 370911720743873 Tax Registration No: 370911720743873 |
|---|---|
| 出口企业地址： 泰安市岱岳区 Address: DAWENKOU TAI'AN CITY CHINA | 电话： 86-538-881201 传真： 86-538-8812679 Tel: 86-538-881201 Fax: 86-538-8812679 |
| 成交方式： FOB   提单号： SKSMLYCA00965000 Term of Delivery: FOB   B/L No: SKSMLYCA00765000   No: | |
| 致： VENTURE SUPPLY INC To: VENTURE SUPPLY INC | 付款方式： T/T Payment: T/T 装船口岸：连云港   目的地：美国 From: LIANYUNGANG To: U.S.A |

| 唛头及号码 Mark | 品名及规格 Description | 数 量 Quantity | 单 价 UnitPrice | 金 额 Amount |
|---|---|---|---|---|
| N/M | PLASTER BOARD 3660*1220*12.7mm | 53912pcs | USD3.668/pcs | USD197749.22 |

合 计：
TOTAL: USD197749.22

单位名称：(盖章)
Signature

第一联：存根联（填票单位留存）

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001544