

**China Shipping Logistics Lianyungang Co., LTD.**

## Fixture Note

1st/Dec-2005

1. Performing vesse:MV Glykofiloussa
   Always suitable for carrying following cargo.
2. Part cargo.
3. Charterers: Venture Supply Inc
4. Owner: sk shipping seoul (KSH Shipping pte ltd as agent)
5. Cargo:5668m3 gypsum board,gross size: 3.70X1.3X0.73M,nett size:3.66X1.22X0.63M,
6. Load/disch port:1sbp LianYunGang,China /1sbp Norfolk,us
7. Laycan:20-25th/Dec,2005
8. Load/disch rate:C.Q.D/Liner out
9. Detention:US$16,000 pdpr if cgo/cgo docs not ready before vessel arrival at loading/disch port.Detentions,if any,to be settled betw chtrs and ows within 5 days of presentation of all relevant documents bends.
10. Frt rate:USD78/ nett cbm filo
    Full freight payable to ows nominated back account free of any bank charges levied by remitters bank and/or their correspondence bank to ows w/i 10bkg days acol and s/r bsl marked **Freight Collect** or **Freight Payable as per c/p**,Freight Prepaid .cgo to be released only upon full freight received.Freight deemed earned upon completion of loading,discount-less and non-returnable whether ship and/or cargo lost or not lost.
11. Owners agent at load/disch port.
12. Wharfages/taxes/dues,if any,on cgo tbf chrts acct;same on vsl/frt tbf ows acct.
13. Free exins on vsls age/class/flag.
14. L/S/D if any,tbf owners account and arrangement.
15. Shipside tally tbf charterers acct;dockside tally tbf chtrs acct.
16. Lighterage/lightening,if any,tbf chtr's account,anyhow owr gurantine the vsl's max dft less than limit of dischg ports upon arrival at dischg ports.
17. Arbitration,if any,in Hongkong and English law to apply
18. Others as per gencon c/p 94
End

For and on behalf of owners:            For and on behalf of charterers:

*As broker Only*

163#    8    222042
ADDRESS  8 FLOOR INT'L SHIPPING CENTRE,ZHONGHUA ROAD(W), LIANYUNGANG,CHINA
TEL:86-518-2231208 FAX:86-518-2231204    E-MAIL: zhanghw@csl.cn
地址：江苏连云港市中华西路    国际航运中心    层（邮编：    ）

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000125