| | |
|---|---|
| **From:** | phillip perry <phillipwperry@hotmail.com> |
| **To:** | clempwl123@163.com <clempwl123@163.com> |
| **CC:** | porterblaine1@aol.com <porterblaine1@aol.com> |
| **Sent:** | 6/2/2006 10:03:49 AM |
| **Subject:** | Freight to Tampa |

Frank:

The date is June 10 for Ms Zhang's shipment to Tampa?

What is the total CBM of the gypsum and plywood...?

How many pallets will you be transporting to the port?

Can Ms Zhang carry all of our cargo?

What is the ocean freight to Tampa per CBM?

Use our 3.66 m pallets to load the plywood.  Put half of the plywood on each pallet with 1.22m X 2.44m on the left side and put the 1.22m x 1.22m on the right side.  Then alternate the load with the 1.22m x 1.22m on the left side and the 1.22m x 2.44m on the right side.  This will prevent there being a weak spot when the pallet is lifted.

Provide me with a cost difference between what we have paid you, and the final FOB cost for this cargo.  Provide detailed accounting of all payments you have received and any additional costs.

I need this information quickly as we have to query our customer in Tampa about the shipment.  I also have to get the slings made immediately, if our customer will accept the cargo.

Best regards,

*Phillip W. Perry*

From: *don woods <dwoods3@cox.net>*
To: *phillip perry <phillipwperry@hotmail.com>*
Subject: *[Fwd: shipping]*
Date: *Fri, 02 Jun 2006 06:26:24 -0400*

-------- Original Message --------
**Subject:** shipping
  **Date:** Fri, 2 Jun 2006 18:07:50 +0800 (CST)
  **From:** peng <clempwl123@163.com>
    **To:** donwoods <dwoods3@cox.net>

Dear Mr. Woods,

   I have not received the necessary exact shipping infoamtion until now. We hope to finish it at an early time by joint efforts. The situation really very urgent at our end.

   I would like to infrom you that one of our customer will have a ship on about 10th April. It is said that there is still about 3000 cubic meter space waiting for cargoes. But it will go to the port of Tampa. The situation is that there are so few ships which will go to Norfolk for our

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000289

cargos. We suggest you contacting Miss Zhang, whoes cargos will go to Tampa, by the number is 13801988675 or contact me directly.

Thank you and best wishes!

Yours faithfully
Frank

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000290

| | |
|---|---|
| From: | peng <clempwl123@163.com> |
| To: | phillip perry <phillipwperry@hotmail.com> |
| Sent: | 6/3/2006 8:11:03 AM |
| Subject: | Re: Freight to Tampa |

Dear Sir,
 Thank you for your kindly attention.
 I have talked with Miss Zhang whoes cargos will go to Tampa. This is the information I talked with her:
 1.the total measurement of cargo for you is about 3550 cubic meter.
 2. I have asked her to tyr her bestto let the ship carry all of cargos for your company.

 3. the ocean freight to Tampa is USD 70/ cubic meter, the cost of dunange and consolidation is 8 RMB/cubic meter. Please note that it is the gross measurement

 4. I suggest stronger sling belt than last time in Liang Yungang. Because the pallet is much heavier than last time of 50 sheets/pallet.

 5. The road freight is about USD38.3/ pallet which is USD6.38 more than we expected.

 We hope to deliver the cargos at an early time.
 Thank you and best wishes!

 Yours faithfully
 Frank


-----原始邮件-----
发件人:"phillip perry"
发送时间:2006-06-02 22:03:49
收件人:clempwl123@163.com
抄送:porterblaine1@aol.com
主题:Freight to Tampa


Frank:

The date is June 10 for Ms Zhang's shipment to Tampa?

What is the total CBM of the gypsum and plywood...?

How many pallets will you be transporting to the port?

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000351

Can Ms Zhang carry all of our cargo?

What is the ocean freight to Tampa per CBM?

Use our 3.66 m pallets to load the plywood. Put half of the plywood on each pallet with 1.22m X 2.44m on the left side and put the 1.22m x 1.22m on the right side. Then alternate the load with the 1.22m x 1.22m on the left side and the 1.22m x 2.44m on the right side. This will prevent there being a weak spot when the pallet is lifted.

Provide me with a cost difference between what we have paid you, and the final FOB cost for this cargo. Provide detailed accounting of all payments you have received and any additional costs.

I need this information quickly as we have to query our customer in Tampa about the shipment. I also have to get the slings made immediately, if our customer will accept the cargo.

Best regards,

*Phillip W. Perry*

---

From: *don woods <dwoods3@cox.net>*
To: *phillip perry <phillipwperry@hotmail.com>*
Subject: *[Fwd: shipping]*
Date: *Fri, 02 Jun 2006 06:26:24 -0400*


-------- Original Message --------
**Subject:** shipping
**Date:** Fri, 2 Jun 2006 18:07:50 +0800 (CST)
**From:** peng <clempwl123@163.com>
**To:** donwoods <dwoods3@cox.net>


Dear Mr. Woods,

  I have not received the necessary exact shipping infoamtion until now. We hope to finish it at an early time by joint efforts. The situation really very urgent at our end.

  I would like to infrom you that one of our customer will have a ship on about 10th April. It is said that there is still about 3000 cubic meter space waiting for cargoes. But it will go to the port of Tampa. The situation is that there are so few ships which will go to Norfolk for our cargos. We suggest you contacting Miss Zhang, whoes cargos will go to Tampa, by the number is 13801988675 or contact me directly.

  Thank you and best wishes!

Yours faithfully
Frank

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000352

| | |
|---|---|
| From: | phillip perry <phillipwperry@hotmail.com> |
| To: | clempwl123@163.com <clempwl123@163.com> |
| CC: | porterblaine1@aol.com <porterblaine1@aol.com> |
| Sent: | 4/11/2006 9:37:42 AM |
| Subject: | Venture Supply shipment |

April 11, 2006

Frank:

Venture Supply Inc. has been informed by the China Shipping Company that our cargo of gypsum board will be transported to Savannah, Georgia, USA on April 25. The ship will be in the port of Lianyungang during the period of April 20 thru April 25 for loading. The cargo should be in the port by April 20.

I have been informed by Zhang Hong Wei, Assistant General Manager of China Shipping Company that our cargo of gypsum board has been accepted for loading. He has also informed me that he has had a conversation with you to effect the shipment of the gypsum board to the port of Lianyungang. He has also informed me that he will be sending you a written request tomorrow to send the cargo to the port for storage prior to loading.

The formal shipping contract will be signed later this week, and this message is to serve in its place. I am directing you to finish production of the 100,000 sheets of gypsum board Venture Supply Inc. has paid for and you have contracted to deliver. This entire cargo is to be sent to the port of Lianyungang by April 20.

You may contact me or Zhang Hong Wei if you have any questions, but in any event I want you to have no further delays in producing and delivering this cargo of 100,000 gypsum boards.

Phillip Perry:       Mobil   13455226018

Zhang Hong Wei:   Mobil 13605130925
                  Office 516-2231208
                  Fax    516-2231204

Best regards,
Phillip Perry
Venture Supply Inc.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000407

**Leslie Waddell**

**From:** don woods [dwoods3@cox.net]
**Sent:** Friday, March 31, 2006 6:43 AM
**To:** porterblaine1@aol.com
**Cc:** Jessica Richardelli; Leslie Waddell; Dwoods3@cox.net; philipwperry@hotmail.com
**Subject:** [Fwd: TT FOR EXPENCES]


-------- Original Message --------
**Subject:** TT FOR EXPENCES
   **Date:** Fri, 31 Mar 2006 06:41:16 -0500
   **From:** don woods <dwoods3@cox.net>
      **To:** porterblaine1@aol.com
      **CC:** Jessica Richardelli <jrichardelli@Porterblaine.com>, Leslie Waddell
         <lwaddell@Porterblaine.com>


```
OK SAM HERE IS THE BILL FOR THE  PLYWOOD AND THE PALLETTS FOR THE SECOND
100000 PIECES DESTINED FOR MOBILE
EXPECT ALSO A TT INVOICE FOR SLINGS FOR  THE MOBILE SHIPPMENT


THERE WILL BE COMMING AN INVOICE TT FOR PALLETTS AND PLYWOOD FOR THE
SECOND SHIPMENT THAT DEPARTS AT ABOUT THE SAME TIME  AS THE MOBILE
SHIPPMENT ( TO WHERE EVER YOU CHOOSE) ALSO A SECOND SLING INVOICE.

PLEASE GIVE THIS YOU IMMEDIATEATTENTION AS NOT TO GIVE FRANK A REASON TO
SLOW DOWN AT THIS POINT.
TIME IS VERY CRITICAL NOW AS TO GET THE PRODUCTION AND SHIP DATES
MATCHED PERFECTLY.

IN ADDITION PHIL HAS INFORMED ME THAT WE HAVE A SHIP  SAILIN TO NORFOLK
ON APRIL 14TH.THIS IS VERY GOOD NEWS.
WE WILL TALK ABOUT IF THIS IS WHAT YOU NEED OR NOT. SHOULD WE NOT TAKE
THIS SHIP THE BOARD FOR PHONIEX THAT
IS SITTING ON THE DOCK WILL USE IT.

WE MUST DO ALL TRANSFERS AS SOON AS WE HAVE ALL  INFO  TO DO THEM. THE
SCHEDULE IS VERY TIGHT. ( NOT OUR FAULT BUT THE CHINESE FAULT )  BUT WE
CANT CHANGE THAT.. GITERDONE

WOODY
```

3/31/2006

**EXHIBIT** PSC-VPB116

V001663

Leslie Waddell

| | |
|---|---|
| From: | don woods [dwoods3@cox.net] |
| Sent: | Friday, March 31, 2006 6:41 AM |
| To: | porterblaine1@aol.com |
| Cc: | Jessica Richardelli; Leslie Waddell |
| Subject: | TT FOR EXPENCES |

OK SAM HERE IS THE BILL FOR THE  PLYWOOD AND THE PALLETTS FOR THE SECOND 100000 PIECES
DESTINED FOR MOBILE EXPECT ALSO A TT INVOICE FOR SLINGS FOR  THE MOBILE SHIPPMENT


THERE WILL BE COMMING AN INVOICE TT FOR PALLETTS AND PLYWOOD FOR THE
SECOND SHIPMENT THAT DEPARTS AT ABOUT THE SAME TIME  AS THE MOBILE
SHIPPMENT ( TO WHERE EVER YOU CHOOSE) ALSO A SECOND SLING INVOICE.

PLEASE GIVE THIS YOU IMMEDIATEATTENTION AS NOT TO GIVE FRANK A REASON TO
SLOW DOWN AT THIS POINT.
TIME IS VERY CRITICAL NOW AS TO GET THE PRODUCTION AND SHIP DATES
MATCHED PERFECTLY.

IN ADDITION PHIL HAS INFORMED ME THAT WE HAVE A SHIP  SAILIN TO NORFOLK
ON APRIL 14TH.THIS IS VERY GOOD NEWS.
WE WILL TALK ABOUT IF THIS IS WHAT YOU NEED OR NOT. SHOULD WE NOT TAKE
THIS SHIP THE BOARD FOR PHONIEX THAT
IS SITTING ON THE DOCK WILL USE IT.

WE MUST DO ALL TRANSFERS AS SOON AS WE HAVE ALL  INFO  TO DO THEM. THE
SCHEDULE IS VERY TIGHT. ( NOT OUR FAULT BUT THE CHINESE FAULT )  BUT WE
CANT CHANGE THAT.. GITERDONE

WOODY

V001664