Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0075

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Innovative Custom Builders Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: Greg Scott, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 16th day of August, 20 11, at 2:50 o'clock PM

Place of Service: at 9679 Lakeview Drive, in New Port Richey, FL 34654

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Innovative Custom Builders Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Robert Gallahan, Registered Agent

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color blonde ; Facial Hair ___
Approx. Age 45 ; Approx. Height 6' 0" ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  8/22/11

Subscribed and sworn to before me this 22nd day of August, 20 11

Elaine F. Jones
Notary Public    (Commission Expires)

**APS International, Ltd.**


ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters