Case 2:09-md-02047-EEF-MBN   Document 13493   Filed 04/03/12   Page 1 of 1

Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0112

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J-Bec Homes of Diamondhead, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississipp_ ) ss.
County of: _Hancock_ )
Name of Server: _Steve Acholter_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 7 day of _Sept_, 20 _11_, at _2:15_ o'clock _P_ M

Place of Service: at _9532 Kolo Way_, in Diamondhead, MS 39525

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**J-Bec Homes of Diamondhead, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Office Mgr. JoDell Beetham_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _GREY_ ; Facial Hair _NO_
Approx. Age _57_ ; Approx. Height _5'4_ ; Approx. Weight _129_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _9_ day of _Sept_, 20 _11_
4/26/15 (Commission Expires)

Notary Public

APS International, Ltd.



Notary stamp: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 98899, TINA FRANCO, Commission Expires April 26, 2015, HANCOCK COUNTY