Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0092

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JSK Construction, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **St Lucie** )

**Name of Server:** _Bradley A Perron_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **17** day of **August**, 20 **11**, at **5:05** o'clock **P** M

**Place of Service:** at **3418 SE Darwin Blvd.**, in **Port St. Lucie, FL 34953**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**JSK Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Jeff Ketcham, President_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **Mustache**
Approx. Age **40** ; Approx. Height **6'2"** ; Approx. Weight **250+**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

Subscribed and sworn to before me this **18** day of **August**, 20 **11**

_Amy M. Kreyling_  9/25/14
Notary Public     (Commission Expires)

AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
Fl. Notary Discount Assoc. Co.
1-800-3-NOTARY

**APS International, Ltd.**