| | |
|---|---|
| Robert W Block III, et. al., Plaintiff(s)<br>vs.<br>Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 111876-0302

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Kemah Construction, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: E. BATON ROUGE )

**Name of Server:** TOM, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14th day of September, 20 11, at 10:45 o'clock A M

**Place of Service:** at 9425 Burbank Dr., in Baton Rouge, LA

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Kemah Construction, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Mr. Jeff Hauthon, Office Representative

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Grey; Facial Hair N/A
Approx. Age 60 yrs; Approx. Height 6'0"; Approx. Weight 210 lbs

☒ To the best of my knowledge and belief, said person was **not** engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Tom Cassise
Signature of Server

Subscribed and sworn to before me this 14TH day of SEPTEMBER, 20 11
James Galladora  AT DEATH
Notary Public    (Commission Expires)

APS International, Ltd.

*James Galladora*
*Notary #312*
*East Baton Rouge Parish, LA*
*My Commission is for Life*