Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0194

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Likness Construction Corp of Southwest Florida
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27th day of August, 20 11, at 2:40 o'clock P M

**Place of Service:** at 510 SW 7th Terrace, in Cape Coral, FL 33991

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Likness Construction Corp of Southwest Florida

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Dan Likness as Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Gray; Facial Hair ___
Approx. Age 40-45; Approx. Height 6'0"; Approx. Weight 240 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray
Signature of Server #157153

APS International, Ltd.

Subscribed and sworn to before me this 2nd day of September, 20 11

Traci A. DeSalvo 10/22/11
Notary Public    (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

4140