Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0165

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MAC Construction, LLC
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **30** day of **August**, 20 **11**, at **3:46** o'clock **P** M

Place of Service: at **7800 Red Road, Ste. 127**, in **South Miami, FL  33143**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**MAC Construction, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Maria Maran Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black**; Facial Hair ____
Approx. Age **55**; Approx. Height **5'4**; Approx. Weight **190**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
**1** day of **September**, 20 **11**

Notary Public          (Commission Expires)

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013