Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0242

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Miramar Associates IV, LLP, Miramar IV Corporation
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: BROWARD )

**Name of Server:** JESSE PICONE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 31ST day of AUGUST, 20 11, at 4:49 o'clock P. M

**Place of Service:** at 1600 Sawgrass Corp. Pkway., Ste. 400, in Sunrise, FL 33323

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Miramar Associates IV, LLP, Miramar IV Corporation
By delivering them into the hands of an officer or managing agent whose name and title is: HEATHER KEITH, LEGAL REPRESENTATIVE / AUTHORIZED EMPLOYEE

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BLONDE ; Facial Hair ___
Approx. Age 45 ; Approx. Height 5'7" ; Approx. Weight 145

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

JESSE PICONE
Signature of Server

Subscribed and sworn to before me this 6TH day of SEPTEMBER, 20 11
JONATHAN LEVY
Notary Public       (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012