Case 2:09-md-02047-EEF-MBN   Document 13506   Filed 04/03/12   Page 1 of 1

Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0198

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Paul Homes, Inc., n/k/a Management Services of Lee County, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22nd day of August, 20 11, at 10:03 o'clock A M

**Place of Service:** at 4524 SE 16th Pl. #2C, in Cape Coral, FL 33904

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Paul Homes, Inc., n/k/a Management Services of Lee County, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: Alice Doyle, Office Manager

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Red ; Facial Hair ___
Approx. Age 60-65 Approx. Height 5'4" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray
Signature of Server  #157153

**APS International, Ltd.**

Subscribed and sworn to before me this 26th day of August, 20 11

Traci A. DeSalvo  10/22/11
Notary Public  (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

4/22