| | |
|---|---|
| Robert W Block III, et. al., Plaintiff(s)<br>vs.<br>Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 111876-0199

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Paul Homes of Florida, LLC, c/o Knott, Consoer, Ebelini, Hart & Sweet, P.A.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **22nd** day of **August**, 20 **11**, at **10:20** o'clock **A** M

**Place of Service:** at **1625 Hendry Street, Ste 301**, in **Fort Myers, FL  33901**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Paul Homes of Florida, LLC, c/o Knott, Consoer, Ebelini, Hart & Sweet, P.A.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **George Knott, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair ____
Approx. Age **50**; Approx. Height **6'1"**; Approx. Weight **190**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #157154

Subscribed and sworn to before me this **25th** day of **August**, 20 **11**

Notary Public     (Commission Expires) **10/22/11**

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

4119