# AFFIDAVIT OF SERVICE

**State of Louisiana**  **County of Easstern District**  Court

Case Number: 111363SEC L

Plaintiff:
**Robert W. Block, III, et al**

vs.

Defendant:
**Gebrueder Knauf Verwaltungsgellschaft, KG, et al**

For:
Russ Herman, Esq
Herman,Herman,Katz&Cotlar, LLP
820 O'Keefe Avenue
New Orleans,, LA 70113

Received by APS INTERNATIONAL, LTD on the 9th day of August, 2011 at 10:51 am to be served on **Ray Horvath Drywall, Inc., 10155 N.E. 101st St., Okeechobee, FL 34972.**

I, Gregory L. Gernat, being duly sworn, depose and say that on the **9th day of August, 2011** at **6:57 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit"B"** with the date and hour of service endorsed thereon by me, to: **RAY HORVATH** as **REGISTERED AGENT** for **Ray Horvath Drywall, Inc.**, at the address of: **10155 N.E. 101st St., Okeechobee, FL 34972**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 21st day of September, 2011 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PEGGY GERTH
MY COMMISSION # DD768681
EXPIRES March 16, 2012
1-800-3-NOTARY   Fl Notary Discount Assoc Co

_____
Gregory L. Gernat
PS 06-17

APS INTERNATIONAL, LTD
7800 Glenroy Road
Minneapolis,, MN 55439-3122
(952) 831-7776

Our Job Serial Number: UQS-2011001437
Ref: 111876-0072

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e