Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0202

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--S3 Enterprises, Inc., d/b/a A1 Brothers Metal Framing and Drywall
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 6th day of September, 20 11, at 6:38 o'clock P M

Place of Service: at 3323 SW 8th Street, in Cape Coral, FL 33991

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**S3 Enterprises, Inc., d/b/a A1 Brothers Metal Framing and Drywall**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Jeff Spencer, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Blond ; Facial Hair
Approx. Age 35-40; Approx. Height 5'10" ; Approx. Weight 180 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray
Signature of Server #157153

Subscribed and sworn to before me this 9th day of September, 20 11

Traci A. DeSalvo 10/22/11
Notary Public (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

4118