Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0024

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--State Lumber & Supply Company, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish
County of: E. BATON ROUGE )

**Name of Server:** Tom Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 17th day of August, 20 11, at 9:55 o'clock A M

**Place of Service:** at 2646 Highland Road, in Baton Rouge, LA 70802

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complain (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
State Lumber & Supply Company, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Mr. Jude Gremillion, Manager

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair N/A
Approx. Age 35yo ; Approx. Height 5'10" ; Approx. Weight 200 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Tom Cassisa
Signature of Server

Subscribed and sworn to before me this 17TH day of AUGUST, 20 11
James Colley AT DEATH
Notary Public    (Commission Expires)

**APS International, Ltd.**