Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0074

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Villas of San Marino at Carrollwood, (Emerald Greens at Carrollwood, LLC)
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Lynda Herbranson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 17th day of August, 20 11, at 11:33 o'clock AM

**Place of Service:** at 1744 N. Belcher Road, Ste. 150, in Clearwater, FL 33756

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
The Villas of San Marino at Carrollwood, (Emerald Greens at Carrollwood, LLC)
By delivering them into the hands of an officer or managing agent whose name and title is: Rick W. Sadorf, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Bald ; Facial Hair ___
Approx. Age 54 ; Approx. Height 5'9" ; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_ 8-18-11
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 18th day of August, 20 11
_[signature]_
Notary Public   (Commission Expires)
3/2/13

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters