Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0208

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Waterways Joint Venture IV, LLC
Court Case No. 11-1363 Section L

State of: Florida ) ss.
County of: Collier )

**Name of Server:** Joseph R. Cripe, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 23rd day of August, 20 11, at 4:30 o'clock P M

**Place of Service:** at 15489 Summit Place Circle, in Naples, FL 34119

**Documents Served:** the undersigned served the documents described as: Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on: **Waterways Joint Venture IV, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of a spouse of an officer whose name and title is: Mrs. Davenport, Spouse of the Registered Agent Richard Davenport

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Blond; Facial Hair ______
Approx. Age 55; Approx. Height 5'5"; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157299

**APS International, Ltd.**

Subscribed and sworn to before me this 25th day of August, 20 11
Traci A. DeSalvo 10/22/11
Notary Public (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc
NOTARY PUBLIC STATE OF FLORIDA

4113