Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0080

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Windship Homes of Florida Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

Name of Server: Jamie Snyder, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19 day of August, 2011, at 5:16 o'clock P M

Place of Service: at 10627 Broadland Pass, in Thonotosassa, FL 33592

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Windship Homes of Florida Inc. c/o James H Sutton Jr. - R.A.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Ninon Sutton - Wife / Co-Resident

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Cauc ; Hair Color Blond ; Facial Hair ——
Approx. Age 40 ; Approx. Height 5'7" ; Approx. Weight 120 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 23 day of August, 20 11

_____
Notary Public     (Commission Expires)

**APS International, Ltd.**



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters