Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0259

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Yarco, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ALABAMA ) ss.
County of: BALDWIN )

**Name of Server:** NATHAN PETERSEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 2 day of SEPT, 20 11, at 1:45 o'clock P M

**Place of Service:** at 24889 Wolf Bay Terrace, in Orange Beach, AL 36561

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Yarco, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: ALLEN DRESKITT / MANAGER

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color SALT + PEPPER Facial Hair NO
Approx. Age 50 ; Approx. Height 5'10" ; Approx. Weight 210

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Nathan Petersen*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 2 day of SEPT, 20 11

*Martha Moore*   5/21/14
Notary Public     (Commission Expires)

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014