UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| *Jessica Cassidy, et al., v. Gebrueder Knauf* | * | |
| *Verwaltungsgesellschaft, KG, et al.,* | * | |
| **Case No. 11-3023 (E.D. La.)** | * | |

## NOTICE OF LIMITED APPEARANCE

The law firms of Polenberg Cooper, P.A. and Taylor, Porter, Brooks, & Phillips, L.L.P. give notice of their limited appearance as counsel of record for defendant, Richmond Heights Community Development Corporation ("Richmond Heights") in this case. By filing this Notice of Limited Appearance, Richmond Heights does not intend to, and does not, waive any defenses, legal or equitable, and hereby expressly reserves any and all applicable defenses, including, without limitation, defenses stated in Federal Rule of Civil Procedure 12, including without limitation any and all challenges to sufficiency of process, sufficiency of service of process, to jurisdiction, as well as all other challenges available to Richmond Heights in defense of the claims alleged in this forum.

                **Respectfully submitted,**

                **TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

                **BY:** _/s/ Kari A. Bergeron_____
                    Erick Y. Miyagi, #22533
                      hiko.miyagi@taylorporter.com
                    John Stewart Tharp, #24230
                      stewart.tharp@taylorporter.com
                    Edward J. Laperouse, II #29310
                      ted.laperouse@taylorporter.com

Kari A. Bergeron #31043
kari.bergeron@taylorporter.com
(451 Florida Street, 8th Floor, 70801)
P. O. Box 2471
Baton Rouge, LA 70821
Telephone:     225-387-3221
Fax:                 225-346-8049

Polenberg Cooper, P.A.
1351 Sawgrass Corporate Parkway
Suite 101
Fort Lauderdale, FL 33323
(954) 742-9995 (T)
(954) 742-9971 (F)

By: */s/ Jon Polenberg*_____
Jon Polenberg (FBN 653306)
jon@pcpalaw.com

*ATTORNEYS FOR RICHMOND HEIGHTS COMMUNITY DEVELOPMENT CORPORATION*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 3rd day of April, 2012.

/s/ Kari A. Bergeron_____
Kari A. Bergeron