## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | **MDL NO. 2047** |
| DRYWALL PRODUCTS LIABILITY | * | **SECTION: L** |
| LITIGATION | * | |
| | * | |
| | * | **JUDGE FALLON** |
| THIS DOCUMENT RELATES TO: | * | |
| | * | **MAGISTRATE JUDGE** |
| *2:09-cv-6690; 2:09-cv-7628; 2:09-cv-8030; 2:09-cv-* | * | **WILKINSON** |
| *8034; 2:10-cv-361; 2:10-cv-362; 2:10-cv-932; 2:11-* | * | |
| *cv-80; 2:11-cv-252* | * | |

* * * * * * * * * * * * * * * * * * * *

### JOINT DESIGNATION OF RECORD ON APPEAL
### OF THE JANUARY 23, 2012 ORDER [R. DOC. 12246]

Pursuant to the March 20, 2012 Order of the United States Court of Appeals, Fifth Circuit,

[Doc. 00511794352], in Case No. 12-30127, the following are the Joint Designations of Record:

- Joint Motion for an Order Preliminarily Approving INEX Settlement Agreement [R. Doc. 8628];

- Order Granting Motion for an Order [R. Doc. 8634];

- Order [R. Doc. 8647];

- Emergency Motion for Extension of Time to File [R. Doc. 8652];

- Motion for Expedited Consideration [R. Doc. 8673];

- Request for Oral Argument [R. Doc. 8674];

- Response Memorandum in Opposition [R. Doc. 8679];

- Order [R. Doc. 8676];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by Southern Homes [R. Doc. 8699];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by

HPH Properties [R. Doc. 8701];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by Perry Homes [R. Doc. 8700];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by Hal Collums Construction [R. Doc. 8698];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by D. R. Horton [R. Doc. 8697];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by Marsiglia Construction Company [R. Doc. 8694];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by The Mitchell Company [R. Doc. 8693];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by C. Adams Construction & Design [R. Doc. 8691];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by Cockerham Construction [R. Doc. 8690];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by Landmark American Insurance Company and National Surety Corporation [R. Doc. 8688];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by North River Insurance Company [R. Doc. 8683];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by Homebuilders' Steering Committee [R. Doc. 8682];

- Response in Opposition to Preliminary Approval of INEX Settlement Agreement by Homebuilders and Installers' Steering Committee [R. Doc. 8681];

- Motion for Leave to File Supplemental Response in Opposition to Preliminary Approval of INEX Settlement Agreement by Landmark American Insurance Company and National Surety Corporation [R. Doc. 8735];

- Motion for Leave to File Joint Movants' Omnibus Response to the Objections to Their Motion for an Order Preliminarily Approving INEX Settlement Agreement [R. Doc. 8715];

2

- Motion for Joinder in Homebuilders' Steering Committee's Response in Opposition to Preliminary Approval of INEX Settlement Agreement by HPH Properties [R. Doc. 8791];

- Reply to Response in Opposition to Preliminary Approval of INEX Settlement Agreement by PSC [R. Doc. 8783];

- Supplemental Response in Opposition to Preliminary Approval of INEX Settlement Agreement by Landmark American Insurance Company and National Surety Corporation [R. Doc. 8780];

- Order [R. Doc. 8766];

- Order [R. Doc. 8769];

- Order [R. Doc. 8835];

- Order Preliminarily Approving INEX Settlement Agreement [R. Doc. 8818];

- Transcript of Preliminary Approval Hearing [R. Doc. 9956];

- Minute Entry regarding Preliminary Approval Hearing [R. Doc. 8836];

- Emergency Motion for Partial New Trial by Southern Homes [R. Doc. 8848];

- Motion for Expedited Consideration by Southern Homes [R. Doc. 8857];

- Request for Oral Argument by Southern Homes [R. Doc. 8858];

- Response in Opposition to Emergency Motion for Partial New Trial [R. Doc. 8854];

- Response in Opposition to Emergency Motion for Partial New Trial [R. Doc. 8883];

- Response in Opposition to Emergency Motion for Partial New Trial [R. Doc. 8881];

- Reply in Support of Emergency Motion for Partial New Trial [R. Doc. 9015];

- Order [R. Doc. 9415]; and

- Notice of Appeal by Southern Homes [R. Doc. 9643]

- Motion to Set Evidentiary Hearing by Southern Homes [R. Doc. 9415]

- PSC Opposition [R. Doc. 9609]

3

- Liberty Opposition [R. Doc. 9632]

- INEX Opposition [R. Doc. 9742]

- Motion to Continue Hearing by Southern Homes [R. Doc. 9761]

- Order Resetting Hearing [R. Doc. 9794]

- Motion to Continue Hearing by Southern Homes [R. Doc. 10148]

- Order Resetting Hearing [R. Doc. 10175]

- Minute Entry [R. Doc. 101751]

- Minute Order [R. Doc. 10626]

- Post-Hearing Brief by Southern Homes [R. Doc. 10621]

- Order denying Motion [R. Doc. 12246]

- Notice of Appeal [R. Doc. 13062]

- Hearing Transcript [R. Doc. 13062 reflects that the transcript is due to be added to the Record no earlier than June 2012]

- Pretrial Order No. 3[Rec. Doc. No. 21];

- Pretrial Order No. 4 [Rec. Doc. No. 22];

- Pretrial Order No. 5 [Rec. Doc. No. 24];

- Pretrial Order No. 7 [Rec. Doc. No.  143];

- Pretrial Order No. 8 [Rec. Doc. No. 144];

- Amended Pretrial Order No. 7 [Rec. Doc. No. 152];

- Pretrial Order No. 7B [Rec. Doc. No. 180];

- Pretrial Order No. 18 [Rec. Doc. No. 414];

- Order appointing Special Master [Rec. Doc. No. 505];

- Pretrial Order No. 19 [Rec. Doc. No. 1871];

- Pretrial Order No. 20 [Rec. Doc. No. 2369];

- Complaint in Silva, et al. v. Interior Exterior Building Supply, LP, et al., Civil Action No. 09-08030 (E.D.La.);

- Complaint in Silva, et al. v. Arch Insurance Company, et al., Civil Action No. 09-08034 (E.D.La.);

- Complaint in Payton, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-07628 (E.D. La.)(Omnibus I, I(A), I(B), I(C))[Omni I Rec. Doc. No. 1; Omni I(A) Rec. Doc. 4346; Omni I(B) Rec. Doc. 5668; Omni I(C) Rec. Doc. 6651];

- Complaint in Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al., Case No. 2:10-cv-00361 (E.D.La)(Omnibus II, II(A), II(B), II(C)) [Omni II Rec. Doc. No. 1; Omni II(A) Rec. Doc. 4347; Omni II(B) Rec. Doc. 5669; Omni II(C) Rec. Doc. 6649];

- Complaint in Gross, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-6690 (E.D.La.)(original complaint, Omnibus III, III(A))[Omni III Rec. Doc. 1; Omni III(A) Rec. Doc. 4350];

- Complaint in Rogers, et al. v. Knauf Gips, KG, et al., Case No. 2:10-cv-00362 (E.D.La.)(Omnibus IV, IV(A), IV(B), IV(C))[Omni IV Rec. Doc. No. 1; Omni IV(A) 4349; Omni IV(B) Rec. Doc. 5672; Omni IV(C) Rec. Doc. 6647];

- Complaint in Amato, et al. v. Liberty Mutual Insurance Company, Case No. 2:10-cv-00932 (E.D.La.)(Omnibus V)[Rec. Doc. No. 1];

- Complaint in Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Case No. 2:11-080 (E.D.La.)[Rec. Doc. 1];

- Complaint in Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, Case No. 2:11-252 (E.D.La.)[Rec. Doc. 1];

- 12443 Transcript of Proceedings, 6/24/2010 is due to be added to the record no earlier than 5/7/2012;

- 12444 Transcript of Proceedings, 10/14/2010 is due to be added to the record no earlier than 5/7/2012;

- 12445-6 Transcript of Proceedings, 3/23/2011 is due to be added to the record no earlier than 5/7/2012;

5

- Transcript of May 6, 2011 preliminary approval hearing;

- Default Judgment in Germano, et al. v. Taishan Gypsum Co., Ltd., et al., Case No. 09-6687 (E.D.Va.)(May 11, 2010)[Rec. Doc. No. 3013];

- Judgment in Hernandez v. Knauf Gips, KG, et al., CA 09-6050 (E.D.La.)(May 11, 2010)[Rec. Doc. No. 3];

- Motion for class certification in Germano [Rec. Doc. No. 3293];

- Motion for class certification in Silva [Rec. Doc. No. 5567];

- Motion for class certification in Vickers/Payton [Rec. Doc. No. 5611];

- Motion for class certification of Florida and Louisiana Homeowner Classes in Payton [Rec. Doc. No. 5612];

- Minute Entry, 12/2/2010 [Rec. Doc. No. 6525];

- Minute Entry, 2/8/2011 [Rec. Doc. No. 7352];

- Motion for certification of a Louisiana Homeowner Class and for Declaratory Relief in Silva [Rec. Doc. No. 8125];

- Substituted Motion for class certification in Vickers/Payton [Rec. Doc. No. 8195]; and

- Substituted Motion for Class Certification in Payton [Rec. Doc. No. 8197].

The undersigned parties request that all exhibits to the above Record Documents be included in the Record for this Appeal.

Respectfully submitted,


 /s/ James M. Garner
JAMES M. GARNER, T.A. (# 19589)
MARTHA Y. CURTIS (# 20446)
MATTHEW C. CLARK (#31102)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, LLC**
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112-1033
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
COUNSEL FOR SOUTHERN HOMES, LLC;
SPRINGHILL, LLC; TALLOW CREEK, LLC; AND
ADRIAN KORNMAN


/s/ Russ M. Herman
Russ M. Herman
Leonard A. Davis
Stephen J. Herman
**HERMAN, HERMAN, KATZ & COTLER, LLP**
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
rwestenfeld@hhkc.com
*PLAINTIFFS' STEERING COMMITTEE AND
PLAINTIFFS' LIAISON COUNSEL*


/s/ Arnold Levin
Arnold Levin
Fred S. Longer
Matthew Gaughan
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
PLAINTIFFS' STEERING COMMITTEE

7

/s/ Richard G. Duplantier, Jr.
Richard G. Duplantier, Jr.
Benjamin R. Grau
Carlina Eiselen
**GALLOWAY, JOHNSON, TOMPKINS, BURR &
SMITH**
701 Poydras Street, 40th Floor
New Orleans, LA 70139
Phone: (504) 525-6802
Fax: (504) 525-2456
Rduplantier@gjtbs.com

COUNSEL FOR INTERIOR/EXTERIOR
BUILDING SUPPLY, LP AND
INTERIOR/EXTERIOR ENTERPRISES, LLC


/s/ Judy Y. Barrassoo
Judy Y. Barrassoo
H. Minor Pipes, III
**BARRASSOO USDIN KUPPERMAN FREEMAN
& SARVER, LLC**
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: (504) 589-9700
Jbarrasso@barrassousdin.com
ATTORNEYS FOR LIBERTY MUTUAL FIRE
INSURANCE COMPANY

8

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing JOINT DESIGNATION OF RECORD ON APPEAL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of September, 2011.  A copy of the same JOINT DESIGNATIONS has also been filed with the United States Court of Appeal, Fifth Circuit on this 3st day of April, 2012.

/s/ James M. Garner
JAMES M. GARNER