# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

-------------------------------------------------------------------------

THIS DOCUMENT RELATES TO:
DEAN AND DAWN AMATO, ET AL V. LIBERTY MUTUAL INSURANCE CO., ET AL.;  CASE NO. 2:10-cv-00932

## **MOTION FOE LEAVE TO WITHDRAW**

  Mary Blanche Hankey, moves this Court to enter an order allowing her to withdraw as counsel of record for, MAZER'S DISCOUNT HOME CENTER'S, INC. (hereinafter "Mazer's"). In support of said Motion, the undersigned counsel states as follows:

1. Sara Elizabeth Lee Liles with the Law Firm of Sirote & Permutt, P.C. has entered an appearance as additional counsel for Mazer's and has assumed the undersigned's duties in this case.

2. No party will be prejudiced if the Court grants the Motion.

  WHEREFORE, Mary Blanche Hankey respectfully requests that this Court allow her to withdraw as counsel for Mazer's in this action.

DOCSBHM\1732026\1\

Respectfully Submitted,


/s/ Mary Blanche Hankey
Mary Blanche Hankey
Christopher A. Bottcher
Sara Elizabeth Lee Liles


**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5101
cbottcher@sirote.com
bliles@sirote.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 4th day of April, 2012.


/s/Mary Blanch Hankey
Of Counsel