# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

---

THIS DOCUMENT RELATES TO:
SEAN AND BETH PAYTON ET AL V. KNAUF GIPS KG, ET AL,
CASE NO. 09-7628

DEAN AND DAWN AMATO, ET AL V. LIBERTY MUTUAL INSURANCE CO., ET AL.; CASE NO. 2:10-cv-00932

DAVID GROSS, ET AL V. KNAUF GIPS KG, ET AL, CASE NO. 09-6690

SAMUEL LEDFORD ET AL. V. KNAUF GIPS KG, ET AL.
CASE NO.: 2:09-cv-04292; 2:09-cv-00538-RRA

KENNETH ABEL, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., ET AL. CASE NO.: 2:11-cv-00080-EEF-JCW

LAURA HAYA ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD. ET AL.
CASE NO.: 2:11-cv-1077

---

## ORDER ON MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

2

This Court having fully considered Mary Blanche Hankey's Motion for Leave to Withdraw as Counsel, the motion is GRANTED and she is hereby granted leave to withdraw as counsel for defendant, Mazer's Discount Home Centers, Inc.

Christopher A. Bottcher, Sara Elizabeth Lee Liles and the law firm of Sirote & Permutt remain as counsel for the defendant Mazer's Discount Home Centers. Inc.

Done this _____ day of _____, 2012

_____
Circuit Court Judge