IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

MDL NO. 09-2047

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
SAMUEL LEDFORD ET AL. V. KNAUF GIPS KG, ET AL.
CASE NO.: 2:09-cv-04292; 2:09-cv-00538-RRA

## MOTION FOR LEAVE TO WITHDRAW

Mary Blanche Hankey, moves this Court to enter an order allowing her to withdraw as counsel of record for, MAZER'S DISCOUNT HOME CENTER'S, INC. (hereinafter "Mazer's"). In support of said Motion, the undersigned counsel states as follows:

1. Sara Elizabeth Lee Liles with the Law Firm of Sirote & Permutt, P.C. has entered an appearance as additional counsel for Mazer's and has assumed the undersigned's duties in this case.

2. No party will be prejudiced if the Court grants the Motion.

WHEREFORE, Mary Blanche Hankey respectfully requests that this Court allow her to withdraw as counsel for Mazer's in this action.

DOCSBHM\1768398\1\

        Respectfully submitted,

        /s/Mary Blanche Hankey
        Mary Blanche Hankey
        Christopher A. Bottcher
        Sara Elizabeth Lee Liles
        Attorney for Defendant
        Bailey Lumber and Supply Company

**OF COUNSEL:**
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5101
cbottcher@sirote.com
bliles@sirote.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing Motion to Withdraw has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 4th day of April, 2012.

        /s/Mary Blanche Hankey
        Of Counsel