# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
LAURA HAYA ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD. ET AL.
CASE NO.: 2:11-cv-1077

## MOTION FOR LEAVE TO WITHDRAW

Mary Blanche Hankey, moves this Court to enter an order allowing her to withdraw from this action as counsel of record for, SWIFT SUPPLY, INC. (hereinafter "Swift").

1. Sara Elizabeth Lee Liles with the Law Firm of Sirote & Permutt, P.C. has entered an appearance as additional counsel for Bailey and has assumed the undersigned's duties in this case.

2. No party will be prejudiced if the Court grants the Motion.

WHEREFORE, Mary Blanche Hankey respectfully requests that this Court allow her to withdraw as counsel for Bailey in this action.

DOCSBHM\1847877\1\

                                      Respectfully submitted,

                                      /s/ Mary Blanche Hankey
                                      Mary Blanche Hankey
                                      Christopher A. Bottcher
                                      Sara Elizabeth Lee Liles

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:   (205) 930-5101
cbottcher@sirote.com
bliles@sirote.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion to Withdraw has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, via e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the  4th  day of April 2012.

                                      /s/ Mary Blanche Hankey
                                      Of Counsel