12-178/blb/tth

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | |
|---|---|
| RICHARD and CONSTANCE ALMEROTH, et al., | Civil Action No.: 12-0498 |
| | Sect. L Mag 2 |
| Plaintiff, | |
| vs. | |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TALHE DONGXIN CO., LTD. | |
| Defendants. | |

## NOTICE OF APPEARANCE

COMES NOW the law firm of ROBERTS, REYNOLDS, BEDARD & TUZZIO, P.A., reserving all rights including the right to object to the jurisdiction of this Court, on behalf of Defendant, RINKER MATERIALS OF FLORIDA, INC. N/K/A CEMEX CONSTRUCTION MATERIALS FLORIDA, LLC, and hereby enters its appearance for and on behalf of said Defendant in the above-styled cause.

It is requested that all future pleadings be copied to the undersigned, Attention: BENJAMIN L. BEDARD, ESQUIRE.

It is requested that Roberts, Reynolds, Bedard & Tuzzio, P.A. be added to the Certificate of Service list effective immediately.

Respectfully submitted,

**ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
Counsel for CEMEX
470 Columbia Drive, Bldg 101C
West Palm Beach, FL 33409
PHONE: 561 688-6560
FAX: 561 688-2343
EMAIL: bbedard@rrbpa.com
EMAIL: lbedard@rrbpa.com

By: _____
**BENJAMIN L. BEDARD**
FBN: 983772
**LAURA E. BEDARD**
FBN: 640344

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 4 day of April, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Counsel list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

**ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Phone: 561/688-6560
Fax: 561/688-2343
Email: bbedard@rrbpa.com
Email: lbedard@rrbpa.com
Attorneys for CEMEX

**BENJAMIN L. BEDARD**
Florida Bar No: 983772
**LAURA E. BEDARD**
Florida Bar No: 640344

| | |
|---|---|
| STYLE: | Almeroth v. Rinker Materials of Florida, Inc. n/k/a Cemex Construction Materials Florida, LLC |
| CASE NO.: | 12-0498 |
| OUR FILE NO.: | **12-149** |

## COUNSEL LIST

RUSS M. HERMAN, ESQUIRE
LEONARD A. DAVIS, ESQUIRE
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
PHONE:     504/581-4892
FAX:          504/561-6024
Counsel for Plaintiffs
EMAIL:     rherman@hhkc.com
EMAIL:     ldavis@hhkc.com
Scty: Lillian:  lflemming@hhkc.com
*Served via transmission of Notices of
Electronic filing generated by CM/ECF*

KERRY J. MILLER, ESQUIRE
Frilot L.L.C.
Ste. 3700
1100 Poydras Street
New Orleans, LA 70130
Counsel for
PHONE:     504/599-8194
FAX:          504/599-8145
EMAIL:     kmiller@frilot.com
EMAIL:     scavet@frilot.com
*Served via transmission of Notices of
Electronic filing generated by CM/ECF*

JUDY Y. BARRASSO, ESQUIRE
Barrasso, Usdin Kupperman, Freeman
& Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Counsel for
PHONE:     504/589-9700
FAX:          504/589-9701
EMAIL:     jbarrasso@barrassousdin.com
EMAIL:     ccosse@barrassousdin.com
*Served via transmission of Notices of
Electronic filing generated by CM/ECF*

PHILLIP A. WITTMAN, ESQUIRE
Stone, Pigman, Walther, Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Counsel for Homebuilder & Installer
PHONE: 504/581-3200
FAX:   504/581-3361
EMAIL: pwittmann@stonepigman.com
EMAIL: btigchelaar@stonepigman.com
EMAIL: cmolony@stonepigman.com
EMAIL: pblackman@stonepigman.com
*Served via transmission of Notices of
Electronic filing generated by CM/ECF*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN ARMANDO BOUDET
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, Fl 32801
Counsel for HOLIDAY BUILDERS
CONSTRUCTION OF FLORIDA, LLC
PHONE: 407/896-2224
FAX:      407/835-3596
EMAIL:       jboudet@ralaw.com
*Served via transmission of Notice of
Electronic filing generated by CM/ECF*

JEFREY M. PASKERT, ESQUIRE
ADAM C. KING, ESQUIRE
Mills Paskert Divers
100 N. Tampa Street, Suite 3700
Tampa, Florida 33602
Counsel for: Shelby Building Corp
PHONE:      (813) 229-3500
FAX:           (813) 229-3502
EMAIL:       jpaskert@mpdlegal.com
EMAIL:       aking@mpdlegal.com
*Served via transmission of Notices of
Electronic filing generated by CM/ECF*

PETER R. GOLDMAN
VANESSA M. SERRANO
Broad and Cassel
100 SE Third Ave., Suite 1700
Ft. Lauderdale, Fl 33394
Counsel for
CENTERLINE HOMES, INC;
CENTERLINE HOMES CONSTRUCTION
INC; and CENTERLINE HOMES AT
GEORGETOWN, LLC
PHONE: (954)764-7060
FAX:    (954)761-8135
EMAIL: pgoldman@broadandcassel.com
vserrano@broadandcassel.com

************************************

BENJAMIN L. BEDARD, ESQUIRE
LAURA E. BEDARD, ESQUIRE
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Counsel for CEMEX
PHONE:     561/688-6560
FAX:       561/688-2343
EMAIL:     bbedard@rrbpa.com
EMAIL:     lbedard@rrbpa.com
Scty: Tiffanie:  tharris@rrbpa.com