UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

## AMENDED ORDER

On March 26, 2012, the Court issued an Order authorizing and directing the Finance Unit of the Clerk of Court to draw a check on certain funds in the registry of the Court.  (R. Doc. 13294).  IT IS ORDERED that the third paragraph of this Order is AMENDED, to be substituted with the following language:

IT IS ORDERED that the Finance Unit of the Clerk of Court is authorized and directed to draw a check on the funds on deposit in the registry of the Court in the principal amount of $142,437.31, excluding interest, which shall remain on deposit, payable to Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130, and mail or deliver the check to Dorothy H. Wimberly, Stone Pigman Walther Wittmann L.L.C., at 546 Carondelet Street, New Orleans, Louisiana 70130.

IT IS FURTHER ORDERED that all other language in the original Order is to remain in effect.

New Orleans, Louisiana this 4th day of April, 2012.

_____
U.S. District Judge