UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

### **ORDER**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file its Reply in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment.

New Orleans, Louisiana, this  4th  day of       April       , 2012.

_____
Honorable Eldon E. Fallon
U.S. District Judge