UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION L JUDGE FALLON MAG. WILKINSON |

THIS DOCUMENT RELATES TO:

Payton, et al v. Knauf GIPS KG, etal
Case No. 2:09-cv 07628 (E.D. La.)

Wiltz, et al v. Beijing New Building Materials
Public Limited Co., et al, Case No. 2:10-cv-00361 (E.D. La.)

Gross, et al v. Knauf Gips KG, et al
Case No. 2:09-cv-06690 (E.D. La.)

Rogers, et al v. Knauf Gips KG, et al
Case No. 2:10-cv-00362 (E.D. La.)

Abel, et alv. Taishan Gypsum Co,. Ltd.,
f/k/a Shandong Raihe Dongxin Co., Ltd.
et al, Case No. 2:11-cv-080 (E.D. La.)

Abreau, et al v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, Case No.
2:11-cv-252 (E.D. La.)

Haya, et al v. Taishan Gypsum Co., Ltd.,
f/k/a Shandon Taihe Dongxin Co., Ltd.,
et all, Case No. 2:11-cv-1077 (E.D. La.)

Block, et al v. Debrueder Knauf
Verwaltungsgesellschaft, KG, Case No.
2:11-cv-1363 (E.D. La.)

## DEFENDANT, GARRAWAY STORES, INC.'S DISCLOSURE STATEMENT

Garraway Stores, Inc., by and through undersigned counsel for the purpose of making a limited, special appearance, reserving all rights to contest personal jurisdiction, and pursuant to Rule 7.1 hereby discloses the following:

1. Garraway Stores, Inc. is a Subchapter S Corporation, incorporated under the laws of the State of Mississippi.

2. Garraway Stores, Inc. does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

/s/ Jimmy A. Castex, Jr.
JIMMY A. CASTEX, JR. (#24339)
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA  70130
Tel. No. (504) 593-0607
Fax No. (504) 566-4065
jacastex@dkslaw.com
Attorneys for Garraway Stores, Inc.

### CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this ____ day of March, 2012.

/s/ Jimmy A. Castex, Jr.