① 康萌阁        ① Kong, Ming Guo
                 ① Kan, Yin Guo

② 任绪迟        ② Ren, Xu
                 ② Yan, Zhu Lian

③ 薛玉利        ③ S. t, Yu. ti
                 Xue

① Kong, Ming Guo

② Ren. Xu Lian

③ Xue, Yu Li

J 1A
EXHIBIT NO. 7
4 - 4 - 11
L. GOLKOW



EXHIBIT NO. 8
4-4-6
L. GOLKOW

**Dear Sirs/Madam:**

Thank you for your visite!

Taihe group website will
try best to offer you varioul
service,any question about our website,please contact us:

Add:
in the east of national road 104,25 kilometers south to Tai'an city
P.C：271026
E-mail：
taihe@public.taptt.sd.cn
Website:
http://www.taihegroup.com

Taishan Gypsum  Co.,Ltd,one of the key enterprises in producing new building materials in China,is located in the south of the famous Mt.Tai.With the annual production of 700-million m$^2$ gypsum board,it is the largest gypsum board producing enterprise,and one of the top ten enterprises in this field around the world.It owns 1 billion Yuan of corporate assets and more than 3000 staffs.There are one industrial zone garden and fourteen branch factories,which distribute in Shandong,Shanxi,Jiangsu,Hebei,Hubei,Xinjiang province.It is authorized as "Honest tax-paying Enterprises","the Sample of Quality Management","the Sample of Recourses-All-Round-Using Enterprise","the Excellent Enterprise in Environment-Protection","AAA Banking Reputation Enterprise".

Taishan Gypsum  Stock Co.,Ltd. products more than 60 type products such as normal gypsun board fire-proof gypsun board,water-proof gypsun board and elegant gypsun board of different sizes,surface paper,light steel frame and accessories,stone for building,plastics materials and jade article."TaiShan" brand series gypsum board and accessories are the key products.They are the new type building material,which has the advantages such as fire-proof,sound insulation,heat preservation,quake-proof and good for health,can mbe used for partition and ceiling.It is one of the principle wall materials,used widely for interior decoration.Shandong Taihe Dongxin Stock C0., Ltd.keeps the slogan "quality and reputation are our base".And the company has passed the "IS09001 quality management system certificate"
and "UKAS certificate".The company keeps the belief "harmonious and creative, make both products and environment outstanding,keen social responsibility,build green home", and has got the "certification of IS014001 environmental management system","HJBZ25-1998 environmental labeling products certification".

And it is one of the "double green star enterprises"recommended by the bureau of China environment-protection."TaiShan"brand series gypsum board is authorized as "China environmental labeling products","the well-known brand of China green building material","the trusting products recommended by China building decoration association","Shandong famous products","Shandong free-inspection products",and is appointed as"Recommended components & products for national demonstration projects of housing" by the bureau of national construction."TaiShan" brand is honored "Shandong well-known brand".Taihe building material is popular for its excellent quality and good reputation,sold well in 32 provinces and districts with 44% market share.Our product is exported to many countries such as the Russia, Korea, Indonesia,Thailand,Middle-east countries.Both the annual production and sales volume rank first in this field in China,and both has increased by 30% every year during the last four years.The company is regarded as"the leader of gypsum board industry in China".The "TAISHANWANG"brand excellent gypsum board gets its good reputation for its international standard quality and acceptable price.

Creativity is the source of development for company.We by ourselves completely researched and installed the production line of 20-million m2 gypsum board production. We invent the unique technology of milling gypsum powder also by ourselves.The advantages such as advanced technology,modem equipment,low cost and good quality make our enterprise rank first-class in this line.We first research and apply the technology of completely desulfurizing by smog in this field in China. Using desulfurized gypsum,saves much mineral resources,lowers the destruction on environment in the course of mining and transportation, finds a new way of waste-dealing for power plant,decreases the influence of acid rain on environment,and offers a new type of material sources for gypsum board enterprise.It will largely influence the distribution of China gypsum board industry.

The company always tries to make China well-known products.The advanced technology,strict quality control,all-round service,good reputation can provide consumer great comfortable feeling but lower payment.The well-distributed branch factory and far-ranging logistic system assure the soonest goods-delivery.Morn than 70

sales ofice and skillful salesman
can provide 24-hour service.The professional service-after-sale and special instruction for applying can offer
consumer strong technology support.

"To be the top manufacturey of new building material,prompt the development of green building
material,build green enterprise "is our forever goal.The chairman of board,the general manager Mr.Jia TongChun
and all the staffs sincerely hope to cooperate with every friend for mutual benefits.

@ TAISHI GYPSUM CO.,LTD. 2006 .All rights reserved.   http://www.taihegroup.com      JinChao Design


中国建材百强企业


中国环境标志产品认证

# 泰山系列
## 吊顶及隔墙系统



# TAISHAN
## CEILING AND WALL SYSTEM

泰山石膏股份有限公司
TAISHAN GYPSUM CO., LTD.



EXHIBIT NO. 9
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025132



董事长 总经理：贾同春
Chairman of the Board, General Manager; Mr. Jia Tongchun

泰山石膏股份有限公司（原山东泰和东新股份有限公司）总部地处驰名中外的泰山南麓，古大汶口文化遗址附近，交通便利，是中国建材集团旗下的骨干企业。

公司总部驻地天然石膏资源极为丰富，公司技术力量雄厚，生产的"泰山"系列纸面石膏板，可作隔墙、吊顶等用途，能充分满足室内装潢的各项用途和要求；同时具有防火、隔音、保温、抗震、保健等功能。泰山系列龙骨采用先进技术，选用优质连续热镀锌钢带通过特殊工艺生产的双面压花龙骨，符合国家标准，通过国家权威检测部门的检测，规格齐全、配套完善，是优质工程的首选建材。

公司以"严格管理，质量一流，用户至上，报效社会"为目标，以市场为中心，大搞技术创新和管理创新，主导产品纸面石膏板，年生产能力6亿平方米，居全国首位。公司在国内设有24个分公司，合理分布在全国各地，现有总资产25亿元。未来五年生产能力将达到12亿平方米，公司拥有进出口贸易自营权，产品不仅畅销国内，还远销阿联酋、印度尼西亚、印度、俄罗斯、美国等国家和地区。"泰山"系列石膏板已通过ISO9001：2000质量体系认证、ISO14001：2004环境体系认证、"中国环境标志产品认证"证书。泰山牌纸面石膏板先后荣获"中国名牌产品"、"中国驰名商标"。

企业的高速发展，为国家高速度推行新型墙体材料改革做出了贡献。

地球是我们唯一、共同的家园，她是生命的创造者，是人类文明大厦的基石。社会、企业共同实现可持续发展是社会管理者、企业家的使命。

泰山石膏股份有限公司以实现社会、企业共同发展为己任，实践"和谐创新、报效社会"的企业精神，立志为人类居住条件的改善加快建设节约型社会做出自己不懈的努力。

Shandong Taihe Dongxin Co., Ltd. which devotes to producing gypsum board and other accessories, is one of the key enterprises of China National Building Material Group Corporation. The headquarters is located in Tai' an Shandong province, the south of the famous Mt. Tai, near to the ancient Dawenkou culture Ruins and very convenient for transportation.Our company is one of the Key enterprises of China National Building Material Group Corporation.

It is abundant in raw gypsum resources, the products "Taishan" series gypsum board can be used as partition and ceiling material and have advantages, fire-proof, sound insulation, heat preservation, quakeproof and good for health. "Taiha" series steel frame for gypsum board is made of quality zinc-covered steel belt through advanced technique. The full set of steel frame, with varies specifications and well-fitted, is your first choice for decorations.

"Strict management, high quality, respect customers, contribute to society is our aim, through technology and management creation , the gypsum board production capacity reach 500 million m² per year. Our yearly throughput will reach one billion square meter in future five years.The 24  branches factories, which holding the total assets of 2 billion RMB, distributes well all around China.We have a self-supported import and export approval,our products not only sell well in our domestic market also export to many countries e.g. U.A.E., Indonesia,India,Russia,U.S.A.etc. "Taishan" series gypsum board has passed ISO9001:2000 quality system authorization and certificate of "Green Building Material", "China Top Brand" and so on.

The high-speed development of the company will devote much more to the Reform of wallmaterial in China.



和谐创新

泰山石膏股份公司

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER














CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

装 新 居 住 新 房



# "泰山王" 石膏板 王者风范

"泰山王" 牌纸面石膏板是以优质的原料与专用的高质量护面纸加工而成的高档板。具有防火、隔音、保温、抗震等特点，而且质轻、便于加工，具有施工速度快、劳动强度低、装饰效果好等优点，可用于隔墙、吊顶的覆面板材，适用于各种类型的装饰装修。

"TAISHANWANG" plasterboard is made of the quality gypsum material and elegant surface paper. Besides being of fireproof soundinsulation, heat preservation convenient for installation and cut. "TAISHANWANG" plasterboard is with lower weight and much more beautiful appearance.

It can be used for partition and ceiling, and reach excellent effect of decoration.



"泰山王" 牌纸面石膏板性能指标
Technical data of "TAISHANWANG" plasterboard

| 检验项目 | | 厚度规格（mm） | | 技术指标 |
|---|---|---|---|---|
| 长度偏差 （mm） | | 9.6 | 12.0 | 0<br>-5 |
| 宽度偏差 （mm） | | 9.5 | 12.0 | 0<br>-2 |
| 厚度偏差 （mm） | | 9.5 | | ±0.2 |
| | | 12.0 | | ±0.2 |
| 断裂荷载 （N） | 纵向 | 9.5 | | 560 |
| | | 12.0 | | 700 |
| | 横向 | 9.5 | | 180 |
| | | 12.0 | | 240 |
| 单 重 （kg/m²） | | 9.5 | | 7.2 |
| | | 12.0 | | 9.5 |
| 纸 芯 粘 结 性 能 | | | | 不脱落 |



TAISHAN GYPSUM CO.LTD

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025135

泰山 石膏板 稳当当




中国驰名商标


中国名牌

# "泰山"系列石膏板 专业之选

● "泰山"系列纸面石膏板是以建筑石膏为主要原料，掺入纤维和适当的添加剂制成板芯，与特制的专用护面纸牢固粘结而成的一种新型建筑用板材。

● "泰山"系列纸面石膏板具有质轻、耐火、便于加工等特点，主要用作隔墙和吊顶的覆面板材，采用纸面石膏板与轻钢龙骨组成的轻质隔墙与吊顶。除了满足建筑上的防火、隔音、保温、抗震等要求外，还具有施工速度快，劳动强度低，装饰效果好等优点，适用于各种类型的装饰装修。

● "泰山"牌纸面石膏板先后荣获"中国名牌产品"、"中国驰名商标"。

● 2006年"泰山"牌纸面石膏板荣获"中国最具影响力纸面石膏板品牌"称号，2007年"泰山"牌纸面石膏板荣获"人民信赖品牌奖"称号。

### 普通纸面石膏板
Standard Gypsum Board

| 厚度(mm) | 宽度(mm) | 长度(mm) | 纵向断裂荷载(N) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 9.5 | 1200 | 3000 | ≤360 | ≤140 | ≥9 |
| 12.0 | 1200 | 3000 | ≤500 | ≤180 | ≥11 |

### 耐火纸面石膏板
Fire-proof Gypsum Board

| 厚度(mm) | 宽度(mm) | 长度(mm) | 遇火稳定性(min) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 9.5 | 1200 | 3000 | ≤20 | ≤180 | ≥11.0 |
| 12.0 | 1200 | 3000 | ≤20 | ≤180 | ≥11.0 |

### 耐水纸面石膏板
Moisure-proof Gypsum Board



| 厚度(mm) | 宽度(mm) | 长度(mm) | 吸水率(%) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 9.5 | 1200 | 3000 | ≥10.0 | ≤180 | ≥11 |
| 12.0 | 1200 | 3000 | ≥10.0 | ≤180 | ≥11 |

注：可根据客户的要求加工定做。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025136



装新居住新房　泰山牌石膏板稳当当

古有秦砖汉瓦　今有泰山建材

我公司产品装饰的标志性建筑——

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

民族建筑装饰用品
the decoration of building for minorities





  



装 新 居 住 新



# "泰山王" 石膏板配套轻钢龙骨系列

包括：隔墙龙骨，上人吊顶龙骨，不上人吊顶龙骨，吊顶龙骨及配件等。
Light Steel Frame and Accessories Partition and manual and automatic ceiling and accessories

## 墙体龙骨产品规格
Specification and Maker of Frame for wall

| 名称 | 断面规格(A×B×t) | 断面 | 备注 |
|---|---|---|---|
| 横龙骨 | QU 50x35x0.6 | | 可打麻点 |
| | QU 75x35x0.6 | | |
| | QU 75x35x0.7 | | |
| | QU 100x35x0.7 | | |
| | QU 100x40x1.0 | | |
| 竖龙骨 | QC 50x45x0.6 | | A:可打麻点 |
| | QC 75x45x0.6 | | B:可按用户要求打孔 |
| | QC 75x45x0.7 | | |
| | QC 100x45x0.7 | | |
| | QC 100x45x1.0 | | |
| 通贯龙骨 | DU 38x12x1.0 | | 按设计要求搭配 |

## 龙骨配件表
Frame Fittings

| 名称 | 简图 | 配套龙骨 | 厚度 | 名称 | 简图 | 配套龙骨 | 厚度 |
|---|---|---|---|---|---|---|---|
| 吊件 | | DU60(上人) | 3.0 | 连接件 | | DC50 | 0.5 |
| | | DU50(上人) | 3.0 | | | DC60 | 0.5 |
| | | DU50 | 2.0 | | | DU38 | 1.2 |
| | | | | | | DU50(上人) | 1.2 |
| | | DU50 | 1.5 | | | DU60(上人) | 1.5 |
| | | DU60 | 1.5 | 水平件 | | DC50 | 0.5 |
| | | DU38 | 2.0 | | | DC60 | 0.5 |
| 长挂件 | | DC60 | 1.0 | 大固定件 | | | 3.0 |
| | | DC50/DU60 | 1.0 | 大固定件 | | | 3.0 |
| | | DC50 | 1.0 | 支撑卡 | | QC75系列 | 0.8 |
| 短挂件 | | DC60 | 0.8 | | | QC100系列 | 0.8 |

## 吊顶龙骨产品规格
Specification and Maker of Frame for wall

| 名称 | 承载(主)龙骨 | | | 覆面(次)龙骨 | | |
|---|---|---|---|---|---|---|
| 断面规格 | DU38x12x1.0 | DU50x15x1.2 | DU60x27x1.2 | DC50x19x0.5 | DC50x20x0.6 | DC60x27x0.6 |
| 断面 | ∟ | ∟ | ∟ | ⊓ | ⊓ | ⊓ |

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

® 泰 山 石 膏 板 稳 当 当




## 安装方法示意图
## *The sketch map for fixing method*

**轻钢龙骨纸面石膏板隔墙**
该隔墙系统功能广泛，如防火、隔音、保温和抗震。
*This kind of partition has wide function includes, fireproof, sound insulation,*
*heat preservation and quakeproof.*




**轻钢龙骨石膏板吊顶（平顶）**
Light Steel Frame Plasterboard Ceiling (Plan Ceiling)

平面石膏板吊顶
●石膏板平顶为水平或斜面，接缝隐蔽，由普通石膏板固定在悬置的轻钢龙骨上或直接连接在支撑架上。
●功能广泛，如隔音、保温、防火和抗震。

Plan Gypsum Board Ceiling
●The gypsum board are horizontal or inclined with convent joint. The boards are fixed on the light steel frame or directly connected on the backstop.
●Function; sound insulation, heat preservation, fireproof and quakeproof.

**轻钢龙骨石膏板吊顶（曲型顶）**
Light Steel Frame Plastarboard Ceiling (Bending Ceiling)

曲面石膏板吊顶
● 曲面石膏板吊顶是用自攻螺钉将普通纸面石膏板固定在弯曲的次龙骨(覆面龙骨)上。次龙骨与悬置的或直接连接在支撑架上的曲形主龙骨(承载龙骨)连接在一起。

Bending Gypsum Board Ceiling
● The bending gypsum board ceiling is fixed on the light steel frame by self-attack bolt.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025140

装 新 居 住 新 *

**轻钢龙骨石膏板隔墙（双层）**
●该隔墙由4层石膏板安装在龙骨上，可安装保温层、埋线。
●用于医院、学校、工厂、办公楼。
●有隔音、保温、防震、防火的功能。

Light steel frame Gypsum Board partition
●This type of partition is formed by 4 layers of plasterboard, which installed on the frame. The insulating layer and sunken cord can also be fixed.
●Used in hospital, School, factory.
●Sound, insulation, heat preservation, fireproof.







**轻钢龙骨石膏板隔墙（单层）**
●将石膏板安装在龙骨上，是简洁、经济的隔墙安装系统。
●用于新建和改建工程。
●家居、办公室、宾馆的标准隔墙。
●有隔音、保温、防震、防火的功能。
●可留出保温层、埋线的部分。

Light Steel Frame and Gypsum Board Partition
●Fix the board on the frame
●Used in the construction and rebuilding project.
●Standard partition for home, office and hotel.
●Function, soundinsulation, heatpreservation, quakeproof, and fireproof.
●Has the space of Heat insulating layer andsunken cord.



安装石膏板时，要错开龙骨之间的接缝。
Arrange the joint to avoid the weakness between two



错开龙骨之间的接缝安装石膏板，该墙由双层石膏板做成，
石膏板应错开接缝。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

> 泰 山 石 膏 板 稳 当 当











### 轻钢龙骨
Steel Frame
- 采用优质热镀锌材料,有效防锈
- 符合最新建筑用轻钢龙骨国家标准 GB／T11981－2008
- 独特的人性化设计,操作方便,省力
- 加工精度高,外观亮丽



### 卡式龙骨
Steel frame
采用优质镀锌带钢、施工便捷。



### 轻钢龙骨配件
Accessories to steel frame
结构强度硬、施工方便。



### 墙板自攻钉
Screw
螺纹坚固、牢固力强。



### 嵌缝带
Jointing Tape
用于接缝处理、拉伸力强、粘度高。



### 金属护角纸带
Strong Corne Tape
用于形成阳角护面角,以承受冲击。



### 嵌缝粉
Jointing Compound
用于接缝处理、施工便捷。





CONFIDENTIAL --- SUBJECT TO
PROTECTIVE ORDER

TG 0025142

装 新 居 住 新

# PVC 贴膜饰面系列

泰山装饰石膏板PVC贴膜系列是经本公司研制生产的新型吊顶装饰板,已批准为国家重点新产品,有上百种饰面可供选择,主要根据饰面天花板在高温度,高温环境下应用的需求,特别开发出PVC饰面天花板系列背部贴上铝箔衬纸,以使天花板在高温度的环境下仍能有效隔热,防止结露,防止下陷。广泛适用于宾馆、酒店、办公楼、院校、制药厂、住宅楼及公共场所等领域使用。

**产品特性**

◇ 防火防水    ◇ 防尘防蛀
◇ 经久耐用    ◇ 环保健康
◇ 图案精美    ◇ 多种饰面


Design no:631


Design no:975


Design no:154

**技术性能**

| | |
|---|---|
| 材质: | 石膏板基材 |
| 表面处理: | PVC贴膜／铝箔衬纸 |
| 厚度: | 8mm |
| 公称尺寸: | 公制 600mm X 600mm |
| | 英制 2' X 2' |
| 实际尺寸: | 公制 595mm X 595mm |
| | 英制 603mm X 603mm |
| 允许误差: | 长度 ≤±2.0mm |
| | 宽度 ≤±2.0mm |
| | 厚度 ≤±0.5mm |
| 单位面积质量: | < 7.0kg/m³ |
| 强度: | 断裂荷载>150N |
| 含水率: | < 1% |
| 防火特性: | 难燃材B1级符合中国标准GB8624—1997 |



产品花色以实物



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



泰山石膏板稳当当　　　泰山牌装饰石膏板

# 压花浮雕系列

压花浮雕系列采用高品质的泰山牌石膏板，表面使用优质进口涂层，压制多种立体花纹，背部贴上铝箔衬纸，使装饰板有效防潮、隔热、吸声、防止下陷等优点。

**产品特性**

◇ 优质涂漆，独特工艺
◇ 压制浮雕，立体效果
◇ 保温吸声，安全健康
◇ 经济实用，安装便捷



春蚕漫游



百合花



满天星
产品花色以实物为准

**技术性能**

| 材质： | 石膏板基材 |
|---|---|
| 表面处理： | 乳胶漆／铝箔衬纸 |
| 厚度： | 8mm |
| 公称尺寸： | 公制 600mm X 600mm |
| | 英制 2′ X 2′ |
| 实际尺寸： | 公制 595mm X 595mm |
| | 英制 603mm X 603mm |
| 允许误差： | 长度 ≤±2.0mm |
| | 宽度 ≤±2.0mm |
| | 厚度 ≤±0.5mm |
| 单位面积质量： | ＜6.5kg/m² |
| 强度： | 断裂荷载＞150N |
| 含水率： | ＜1% |
| 降噪系数： | ≥0.25 |
| 防火特性： | 难燃材B1级符合中国标准GB8624-1997 |
| 环境相对湿度要求： | 90% 以下 |



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025144

装　新　居　住　新　J

# 明 架 烤 漆 龙 骨

泰山系列吊顶材料产品明架烤漆龙骨系统，采用高质量的原材料，专利技术的设计和制造。特别配合泰山牌饰面天花系统提供多种解决方案，使用户在承载能力、安全性方面无后顾之忧。同时它还具有安装快捷，使用方便，拆卸迅速等优点。

### 产品特性

◆高质量双层聚酯烤漆表面，热镀锌骨架，防止生锈，塔接式设计
◆主龙骨一体式接头，插入就位后即可锁定，并可快速且方便的安装和拆卸
◆次龙骨外接式硬制钢叉头，易于拆卸，再利用及再次安装
◆遵循右向安装连结原则一致性，简单方便符合国家标
GB/T11981—2201





## ■ 宽边平面烤漆龙骨



| 产品名称 | | 包装 |
|---|---|---|
| 平面烤漆主龙骨 | 公制 32x24x3000x0.23 | 25 |
| | 英制 32x24x3050x0.23 | 25 |
| 平面烤漆小龙骨 | 公制 26x24x600x0.23 | 75 |
| | 英制 26x24x610x0.23 | 75 |
| 平面烤漆边龙骨 | 公制 22x22x3000x0.3 | 50 |

## ■ 窄边凹槽烤漆龙骨



| 产品名称 | | 包装 |
|---|---|---|
| 凹槽烤漆主龙骨 | 公制 28x24x3000x0.23 | 25 |
| | 英制 28x24x305x0.23 | 25 |
| 凹槽烤漆小龙骨 | 公制 24x24x600x0.23 | 75 |
| | 英制 24x24x610x0.23 | 75 |
| 凹槽烤漆边龙骨 | 公制 22x22x3000x0.23 | 50 |

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



泰 山 石 膏 板 稳 当 当　　　泰山牌装饰石膏板



饰面天花板
边龙骨
吊杆
主龙骨
次龙骨
承载龙骨
挂件
吊件



采用轻钢烤漆龙骨，按装饰石膏板的规格吊好龙骨架。然后将装饰石膏板直接放在龙骨架上。

1、安装装饰石膏板需按照 GB50210－2001 规范施工，确保施工质量。
2、施工环境需干燥通风，避免潮湿雨季施工。
3、天花板的安装需待地面、隔墙的湿作业全部完成后进行。
4、需留意压花系列石膏板背面的箭头，在施工中保持箭头方向一致，以确保图案花色完整，贴膜饰面系列，如天女散花，安装要注意保持纹理方向一致。
5、装饰石膏板不能用于极端或长期潮湿的环境如卫生间、浴室等。
6、安装装饰石膏板时需戴干净的手套，以防弄脏天花板。
7、同一个房间，尽量使用同一批号产品。
8、建议最后安装喷淋系统。
9、在安装泰山饰面石膏板吊顶系统时，为使您的吊顶更具装饰效果，公司建议您遵循以下安装原则：宜对称布置，并使边跨板宽大于1/2整板宽。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

装 新 居 住 新 房

## 示 范 工 程



上海东方明珠塔



南京紫峰大厦

国家体育场"鸟巢"





CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

®泰 山 石 膏 板 稳 当 当

**我公司生产的石膏板及系统在**
**中国参与的重大工程项目：**



◎ 国家体育场"鸟巢"　　　◎ 南京紫峰大厦
◎ 上海东方明珠塔　　　　　◎ 北京饭店
◎ 上海浦东国际机场　　　　◎ 北京奥体中心
◎ 上海光大会展中心　　　　◎ 北京钓鱼台国宾馆
◎ 青岛华普大厦　　　　　　◎ 北京公安大学
◎ 青岛伊都锦商厦　　　　　◎ 天津银河大酒店
◎ 大连火车站　　　　　　　◎ 广州市人民政府办公大楼
◎ 大连宏孚大厦　　　　　　◎ 广州市万博中心大厦
◎ 北京天下第一城　　　　　◎ 深圳三星彩管有限公司办公楼
◎ 北京西客站　　　　　　　◎ 长春东方广场大楼
◎ 哈尔滨市政府办公大楼　　◎ 深圳富士康有限公司办公大楼
◎ 山东电视大厦　　　　　　◎ 江苏新世纪大酒店
◎ 济南明珠国际商务港　　　◎ 南京黄埔大厦
◎ 郑州邮政大厦　　　　　　◎ 义乌国际商贸城
◎ 西安西北大学办公楼　　　◎ 杭州市政府办公大楼
◎ 西安大唐电信大楼　　　　◎ 杭州萧山国际机场候机大厅
◎ 上海浦东八百伴　　　　　◎ 宁波雅戈尔办公大楼
◎ 无锡三六〇大厦　　　　　◎ 温州华侨大酒店
◎ 中国科技大学图书楼　　　◎ 福州百安居建材广场
◎ 北京首都机场候机大厅　　◎ 沈阳新恒吉大厦
◎ 北京星河湾国际公寓　　　◎ 苏州福记大酒店
◎ 天下第一城　　　　　　　◎ 苏州嘉实大厦

和 谐 创 新 ◎ 报 效 社 会

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025148

## 子公司及销售网络



● 公司总部驻地
◎ 分公司驻地
○ 公司驻各地销售网点

# 让我们在这里相识相知！



●公司总部          ●泰山石膏(江阴)有限公司          ●秦皇岛泰山建材有限公司          ●湖北泰山建材有限

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# 立足中国　走向世界



●潍坊奥泰石膏有限公司　　●泰山石膏（邳州）有限公司　　●泰山石膏（湘潭）有限公司　　●泰山石膏（重庆）有限公司

●云南泰山石膏建材有限公司　　●陕西泰山石膏建材有限公司　　●泰山石膏（衡水）有限公司　　●泰山石膏股份有限公司關城分公司

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025150

装新居住新房  泰山石膏板稳当当

中国驰名商标



自然的◎
环保的◎
这就是我想要的！



中 国 名 牌
泰山牌纸面石膏板

**泰山石膏股份有限公司**

总部地址： 山东省泰安市岱岳区大汶口
Address of Headquarters: Dawenkou, Daiyue district of Taian,
Shandong Province; P.R.China
电话(Tel)： (0538)8811293 8811348 8811448 8811078
国际业务部： (0086-538)8812017 8811077 8812002
传真(Fax)： (0086-538)8811250 8811323
网址(Website)： http://www.taihegroup.com
邮编(P.C.)： 271026

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025151

| | |
|---|---|
| **From:** | 13583817238lb <13583817238lb@163.com> |
| **Sent:** | Saturday, August 15, 2009 1:57 AM (GMT) |
| **To:** | 8812017538 <8812017538@163.com> |
| **Subject:** | 美方有关问题及行程 |
| **Attach:** | CPSC_Questions_to_AQSIQ_Aug_2009_中英[1].doc; 接待方案2[1].doc |

彭经理你好：
现将美方有关问题及行程传给你，请做好准备，如有问题请及时联系。

没有广告的终身免费邮箱,www.yeah.net

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025155

### CPSC Questions to AQSIQ—August 2009

1. Will you provide us a copy in English of China Standard GB/T9775-1999?
你愿意提供中国标准 GB/T9775-1999 的英文版本吗?

2. Is there a more recent version of this standard?
这个标准有最新的版本吗?

3. Have you estimated the total mass of commercial-grade gypsum that is available from the Pingyi and Lu Nueng Mines? How much gypsum has been mined to date? When did you begin mining gypsum from these mines? Did you mine or are you currently mining other materials at these mines?

你是否已经估算了从平邑和鲁能矿出产的商业级石膏的总重量? 目前为止已经开采了多少石膏? 你们是什么时候从这些矿里开采石膏的? 你们在这些矿里曾经开采过或者现在还在开采其它材料吗?

4. Are there other mines (either active or former) in the area of the Pingyi and Lu Nueng Mines? What materials were/are extracted from these other mines?

在平邑和鲁能矿区域还有其它的矿吗（无论是目前活跃的或从前有过的）? 在这些矿里开采的是什么材料呢?

5. Can you tell us how the gypsum deposits associated with these mines appear to have formed?

你能告诉我们这些与矿山有关系的石膏矿床是如何形成的嘛?

6. Have you determined the geologic age of these gypsum deposits?

你们是否已经确定了这些石膏矿床的地质年代?

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

7.  Can you describe the occurrence of the gypsum in these mines?  For example, how many gypsum layers [*or beds, or strata*] have your mining engineers identified?  How many of these layers have been (or are) actively mined?  How thick are the gypsum layers that have been (or are being) mined? What is the areal extent of these gypsum layers?  How deep are the gypsum layers that have been (or are being) mined?  What is the orientation of these layers [*i.e., are these layers horizontal or are they tilted*]?  What other types of materials [*e.g., shale, clay layers, mudstones, etc.*] are found in association with the gypsum layers?  Are these non-gypsum materials [*e.g., shale, clay layers, mudstones, etc.*] found in separate, distinct layers in between the gypsum layers, or are these materials intermixed with the gypsum?

你能否描述这些矿里石膏的情况？例如，你们的采矿工程师已经鉴定有多少石膏层（或者床、或者岩层）。这些岩层里有多少是已经或者正在被开采？已经或正在开采的石膏层有多厚？这些是高层的面积有多大？这些石膏层已经被开采多深？这些石膏层的方向（例如，这些层的水平方向或倾角）？发现的其它类型材料与石膏层结合的情况（例如，页岩，粘土层，泥石等）？这些发现的非石膏材料（例如：页岩，粘土层，泥石等）是与石膏层分开的还是混合在一起的？

8.  Does there appear be a biogenic component to the depositional history of the geologic materials found at these two mines?   That is, can you tell whether any of the non-gypsum layers may either reflect that deposition of organic material(s) or were formed as a result of a biologic process (e.g., the action of sulfur-reducing bacteria)?

在那两个矿里是否发现生物成因地质材料的沉积历史？你能不能告诉是否有任何非石膏层可以反映这一沉积的有机物质形成由于生物过程（例如，硫还原菌的作用）

9.  Have you done any physical or chemical testing to assess the purity of the gypsum from the Lu Nueng Mine?  If so, can you tell us about this testing?  Can you tell us how these analyses were conducted?  How frequently was this testing performed?  Were the

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

testing results compared to certain specifications?  If so, can you provide these specifications?  Were statistical methods used to guide the comparison of the testing results with the appropriate specifications?  What happened if the testing showed that some of the gypsum did not meet the appropriate specifications or standards?

你们是否已经做了来评估鲁能矿出产石膏纯度的物理和化学测试？如果做了，你能告诉我们有关测试的情况吗？你能告诉我这些分析是怎么做的吗？这些测试多长时间做一次？这些测试结果与某些性能规范对照过吗？如果对照过，你能提供这些性能规范吗？这些统计方法过去常常用来与性能规范做测试结果的比较吗？如果测试结果显示这些石膏矿没有达到性能规范或者标准，会如何处理？

10.  Do you have any maps, diagrams, boring logs, reports, or other materials that you can share with us to help us understand the geology of both mines?

你是否有任何的地图、图表、钻井记录、报告或者其它材料能够与我们分享，来帮助我们理解这些矿的地质学信息。

11.      The team wishes to visit the Pingyi Plant that produces the board.  How does the Pingyi Plant mark their production boards?

代表团希望拜访平邑的石膏板厂。平邑石膏板厂是如何标注他们生产的板的？

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

| | |
|---|---|
| **From:** | 8812017538 <8812017538@163.com> |
| **Sent:** | Thursday, July 5, 2007 2:43 AM (GMT) |
| **To:** | thdxgfyxgs@163.com |
| **Subject:** | Fw:采购意想书 |

---------- 转发邮件信息 ----------
发件人:"guoping61616@sina.com"
发送日期:2007-07-05 08:55:51
收件人:8812017538@163.com
主题:采购意想书

Dear James:


Thank you for your e-mail about the Gypsum Mine.


I have located a buyer who would like to receive sheetrock in New Orleans, Louisiana and also in Philadelphia, Pennsylvania.


He sells to builders for large developments. Currently he has people who intend to build 700 apartments.


Right now he would like to buy 200,000 sheets. He said, although I don�procedure know if it is accurate, that he sometimes buys as much as 2,500,000 to 3,500,000 sheets at one time. He would like a quote on sheetrock measuring 4 feet x 12 feet x inch and 4 feet x 10 feet x 5/8 inches.


I think we need information from both sides, from the manufacturer in China we need to know:


vmfiltered [if !supportLists]>1.   <! wmfiltered [endif]>Do they sell sheetrock in 3 different sizes for the 2 thicknesses, inch and 5/8 inches? For example;

    4x8x --- and ---- 4x8x 5/8

4x10x ---- and ---- 4x10x 5/8

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025216

4x12x ----and ---- 4x12x5/8

vmfiltered [if !supportLists]>2.   <! wmfiltered [endif]>Does the price get cheaper if he buys in large quantities? If yes, what quantities?

vmfiltered [if !supportLists]>3.   <! wmfiltered [endif]>If you ship by containers, how many sheets of each kind can fit in a single container?

vmfiltered [if !supportLists]>4.   <! wmfiltered [endif]>We would need to know the cost for the product and freight shipped CNF New Orleans and CNF Philadelphia.

vmfiltered [if !supportLists]>5.   <! wmfiltered [endif]>Our buyer would rather not commit to a yearly amount of purchases. The amount he needs go up and down dramatically each year. He does, however, buy in large quantities as I said above.

vmfiltered [if !supportLists]>6.   <! wmfiltered [endif]>We have a problem with moisture in New Orleans so he does not want to store the product too long.

vmfiltered [if !supportLists]>7.   <! wmfiltered [endif]>He needs to know the lead time. The length of time it will take to deliver the goods to New Orleans or Philadelphia after the order is placed. This is important to him because he needs to schedule the delivery of the sheetrock when the general contractors need the sheetrock to finish the apartments.

vmfiltered [if !supportLists]>8.   <! wmfiltered [endif]>He needs a dependable source that will be able to deliver the sheetrock year after year.

vmfiltered [if !supportLists]>9.   <! wmfiltered [endif]>What are the specifications for the sheetrock?

vmfiltered [if !supportLists]>10. <! wmfiltered [endif]>Does this manufacturer have any scientific studies on the effect of moisture on the sheetrock product?

vmfiltered [if !supportLists]>11. <! wmfiltered [endif]>How is the product packaged when shipped overseas?

vmfiltered [if !supportLists]>12. <! wmfiltered [endif]>By the way, I also understand there is a type of wall board that is made of fiberglass or a different type of material that is resistant to water and moisture. They call this 揾ardi-board? Does your contact also make this type of wall board which is used mostly in bathrooms and other areas exposed to water? He is not asking for this product right now.

vmfiltered [if !supportLists]>13. <! wmfiltered [endif]>He needs to know if there are any special price breaks for example: a discount for large quantity purchases, and if so what quantity. Or a discount for a commitment to buy a fixed quantity over time.


I wait to hear from you.


-------------------------------------------------------------------

7月11日《变形金刚》首映电影票开抢了！
（ http://d1.sina.com.cn/sina/limeng3/mail_zhuiyu/2007/mail_zhuiyu_20070702.html ）

注册新浪2G免费邮箱（ http://mail.sina.com.cn/chooseMode.html ）

150 万 人 同 时 在 玩 的 网 游, 你 不 试 试 吗 ？

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025218

| | |
|---|---|
| **From:** | President <president@afsp.us> |
| **Sent:** | Wednesday, July 4, 2007 4:25 AM (GMT) |
| **To:** | wuyu <sdth818@163.com> |
| **Subject:** | Re: Re:Re: Re:Fw: PRICES FOB (AFSP) |

DEAR MR BILL

THANK YOU FOR YOUR EMAIL. OUR COMMERCIAL DEPARTMENT  WILL BEGIN TO PROCESS ALL THE INFORMATION

WE STILL NEED THE PRICES FOR **ALL THE COMPONENTS OF THE SYSTEM OF CEILING TILE.** PLEASE LET ME KNOW IF YOU CAN PROVIDE THIS FOR ME.

HAVE A GREAT DAY

BEST REGARDS

**Jorge Arevalo**
**American Five Star, LLC**
**Chairman&CEO**
**255 Alhambra Circle, Suite 850**
**Coral Gables 33134 USA**
**Phone:786 515 8799**
**Fax:3054242401**
**www.afsp.us**

—— Original Message ——
**From: wuyu**
**To: President**
**Sent: Tuesday, July 03, 2007 10:23 PM**
**Subject: Re:Re: Re:Fw: PRICES FOB (AFSP)**

Dear Mr. Jorge,
    I am glad to receive your email, and thanks for your kindly attention. I will send the price of goods we can provide as following:
Screws 3.5*35mm size 700pcs /box, 20boxes /carton, FOB (Qingdao port) price are USD39/carton.
Screws 3.5*25mm size 1000pcs /box, 20boxes /carton, FOB (Qingdao port) price are USD39/carton.
Jointing tape 50mm*75m size 20 rolls/carton,  FOB (Qingdao port) price are USD23/carton..
We can load the Screws of 750cartons to 20'container and fix the jointing tape of 360cartons.
    Thanks and best wishes!
    Yours faithfully


            Bill  Cher
                    13561759284
                    E-mail:SDTH818@163.com
                    MSN:wuyu374@hotmail.com

在2007-07-03, President <president@afsp.us> 写道：
    Dear Mr Bill

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025253

Thank you very much for the information you sent me . I await the prices of the other items mentioned in my letter. I hope I can receive this information  as soon as possible so we can complete the base of our market study.

Have a great day !

Best Regards.

Jorge Arevalo
American Five Star, LLC
Chairman&CEO
255 Alhambra Circle, Suite 850
Coral Gables 33134 USA
Phone:786 515 8799
Fax:3054242401
www.afsp.us

----- Original Message -----
**From:** wuyu
**To:** President
**Sent:** Monday, July 02, 2007 9:51 PM
**Subject:** Re:Fw: PRICES FOB (AFSP)

Dear Mr. Jorge,
    I first sent the price of metal studs to you by attention.please check it.

--
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2007-06-29, President <president@afsp.us> 写道：

   ----- Original Message -----
   **From:** President
   **To:** wuyu374@126.com
   **Cc:** 8812017538@163.com
   **Sent:** Wednesday, June 27, 2007 12:19 AM
   **Subject:** PRICES FOB (AFSP)

   Dear Bill

   I wanted to say hello and hope you are well . Mr Bill I need to learn all possible information about all other products you have related to drywall such as

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

1) framing tracks (channels)
2) studs, framing
3) drywall screws
4) joint compound
5) drywall tape, metallic
6) plastic L-shaped
7) rounded corner beads.

Our clients have been asking us if we can supply them with these other products.

Also, I requested you to send me the prices of **all the components of the system of ceiling tile**.

We need the above with urgency as we need to luiquidate all the prices of the products and in the same matter begin our cooperation. We have the intetencion of analizing the final prices.

We have contacted a number of transport companies by sea and we are receiving some quotations from Quindao to various ports in the United States.

I want you to understand that the information requested is the first step in our mutual cooperation.

Please email me that information as soon as you can. We have several potential clients interested in buying from us not only the drywall but also all the materials

Best Regards.

Jorge Arevalo
American Five Star, LLC
Chairman&CEO
255 Alhambra Circle, Suite 850
Coral Gables 33134 USA
Phone:786 515 8799
Fax:3054242401
www.afsp.us

150 万 人 同 时 在 玩 的 网游, 你 不 试 试 吗 ?

150 万 人 同 时 在 玩 的 网游, 你 不 试 试 吗 ?

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025255

| From: | pbrinkmann <pbrinkmann@bizjournals.com> |
|---|---|
| Sent: | Tuesday, January 27, 2009 10:38 PM (GMT) |
| To: | clempwl@hotmail.com; sdth818@163.com; yjp2008@gmail.com |
| Subject: | Media Request: drywall complaints |

Dear Sirs:

I am a reporter investigating a story about complaints related to Chinese
imported drywall (plasterboard).

Has your company received any complaints from U.S. Customers about odor or
other problems associated with your drywall product?

PAUL BRINKMANN
South Florida Business Journal
6400 N. Andrews Avenue, #200
Fort Lauderdale, FL 33309
954.949.7562 direct | 954.949.7595 fax
954.949.7600 main | www.southfloridabusinessjournal.com web
pbrinkmann@bizjournals.com

TG 0025275

| From: | Jane Lee <janebcd@gmail.com> |
|---|---|
| Sent: | Monday, March 27, 2006 5:33 AM (GMT) |
| To: | clempwl123@163.com |
| Cc: | YJP09@hotmail.com; yjp09@163.com; YJP09@taihegroup.com |
| Subject: | 紧急! FROM美国BCD公司 |

Mr.Frank & Mr.Yang,

您好!我司有客人每月采购720,000张石膏板(一条船),如下为客人的要求,因此份文件极为重要,已通过传真发给阁下过目。烦请阅后即复我司。

1)付款方式:第一个月,先电汇30%定金,余额做即期信用证。第一个月后定单全额100%做即期信用证。

2)出货时间:请确认在我司付定金后40天之内可以准时出货。

3)贵司品质控制操作流程及相关文件规定。请传真或E-MAIL一份给我司。

4)请按国外客人要求提供电脑条形码(UPC#)。

祝商祺!

李小姐
BCD
Buy Containers Direct
Room 1301&1312, Fl.13rd., Block C
Pearl of Oriental Garden Building, Tianhe Bei Rd.,
Tianhe Dist., Guangzhou, China
(t) +86 20 3884 3498 EXT.202、218
(f)+86 20 3890 6041
www.buycontainersdirect.com

With regard to product, Buyer seeks approximately 25 million square feet per month according to the following s pecifications:

1. Product

The Gypsum board shall consist of a noncombustible core, essentially gypsum, surfaced with paper bonded to the core. The Gypsum board shall conform to ASTM Specification C 1396.

The nominal thickness shall be 1/2 inch [12.7 mm] with tolerance in the nominal thickness of +/- 1/64 inch [+/-0.4 mm] with local variations of +/- 1/32 in [ 0.8 mm] from the nominal thickness. The width shall be 48 inches [1220 mm], with a

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

tolerance of 3/32 inches [3 mm]. The tolerance in length shall be +/- 1/4 inch [6 mm].

The edges shall be straight and tapered. The average thickness of the edge of tapered edge gypsum board shall be not less than 0.020 inches [9.51 mm] but not more than 0.090 inches [2.29 mm] less than the average thickness of the Gypsum boards. Corners shall be square with a tolerance of +/- 1/8 inch [3 mm] in the full width of the board.

Flexural strength: the specimens shall be tested face up and face down. The average breaking load shall be not less than the following: Method A Bearing Edges Perpendicular to Panel Length, ibf 110 [N 489]. Method A Bearing Edges Parallel to Panel Length, ibf 40 [N 178]. Method B Bearing Edges Perpendicular to Panel Length, ibf 107 [N 478]. Method B Bearing Edges Parallel to Panel Length, ibf 36 [N 160].

The specimens shall have an average hardness of not less than 15 lbf [67N] when tested by Method A and 11 lbf [49 N] when tested by Method B.

Humidified deflection: the specimens shall have an average deflection of not more than the following: 1/2 thickness [12.7 mm], Deflection in eighths of an inch: 10 [32 mm].

Nail pull resistance: the specimens shall have an average nail-pull resistance of not less than the following: Method A, ibf: 80 [N 356 ]. Method B, ibf: 77 [N 343].

Gypsum wallboard shall have a flame spread index of not more than 25 when tested in accordance with ASTM Test Method E 84.

The surfaces of Gypsum board shall be true and free from imperfections that would render it unfit for use with or without decoration.

2.   Testing. Supplier will meet the requirements of ASTM Specification C 473, "Test Methods for Physical Testing of Gypsum Board.

3.   Sampling, inspection, rejection, certification, packaging, marketing, shipping, handling, and storage of Gypsum board shall be in accordance with ASTM Specification C 1264. We need to describe Corner, Weather, and Damage protection measures. Digital photos of typical shipments would be a big help. Further:

   (a). Scannable Universal Product Code ("UPC") label must be affixed to products according to the Uniform Code Council's specifications.  All standard shipping containers (master cartons, bundles, pallets, etc.) must have an "Interleaved 2 of 5" (UPC Shipping Container Code) placed on the packaging according to the Unform Code Council's specifications. The product number and unit count contained must be printed in human readable form. [p2; II(3)]

   (b). We need to incorporate a "penalty clause" with regard to the above, to the effect that In the event that the Vendor: either (1) fails to apply Vendor's scannable UPC label or scannable Interleaved 2 of 5 codes, (2) labels on product with incorrect UPC bar codes or Interleaved 2 of 5 codes, (3) provides inaccurate UPC or Interleaved information, (4) applies nonscannable UPC label or Interleaved codes, or (5) substitutes product without

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

prior writeen notification of the new UPC codes or Interleaved 2 of 5 codes, Vendor shall pay Buyer a $1, 000.00 (one thousand dollar) penalty, plus the cost of other damages, if any.

(c). A detailed packing slip, including item number, the Purchase Order number, store number, quantity and shipper's name must accompany each shipment of merchandise. The contract needs to be written up in such a way that it it clearly the responsibility of ExIm to provide info such as the PO number, store number and other specifics that can only come from the Buyer.

Pallets: all pallets must be hardwood with 4-way forklift entry. All units must be stretch-wrapped prior to shipment. Each Bundle shall consist of ninety (90) 1/2" sheets with a dimension of 4' X 8' (and/or lengths of 10' and 12') and approx 4' (45") high (2440 X 1220 X 12.7mm). Weight of each bundle shall be according to ASTM specs. (Approximately 2.68mt.).

All freight charges must be shown as a separate item on the invoices. Vendor must provide, upon request, a copy of the applicable freight bill for each invoice.

We should acknowledge that in lieu of requiring proof of shipment on all invoices, Buyer reserves the right to request proof of shipment or proof of delivery for selected transactions at a later date.

We need to agree to provide a minimum 60 days written notice for all price increases and we need to acknowledge that a price increase cannot take effect until 30 days after Buyer's authorized agent agrees in writing o the price increase requested.

What warranties, representations, or guarantees do you envision? At the very least we need to represent and warrant that the merchandise will be of good quality, material and workmanship, merchantable, fit for the purpose intended and free from any and all defects. Further,  Before payment is required under terms of the Purchase Order Vendor agrees to provide Buyer with a signed guaranty that: (1) the weights, measures, signs, legends, words, particulars or descriptions (if any) stamped, printed or otherwise attched to the mrechandise or containers or referring to the merchadise delivered are true and correct and comply with all applicable laws and regulations; (2) the merchandise delivered pursuant to the Order conforms and complies with the applicable provisions of the Consumer Product Safety Act, Magnuson-Moss Warrranty-Federal Trade Commission Improvement Act, Federal Hazrdous Substances Act, all other applicable laws, ordinances, codes, rules and regulations of any governmental agencies having jurisdiction and ASTM standards.

We need to describe insurance that will be incorporated into the project.

A performance bond should be incorporated.

We need to acknowledge that taxes are the responsibility of the Vendor.

If requested by Buyer, Vendor agrees to furnish a complete set of current financial statements.

We must affirm that all labor used by the Vendor and/or its Vendors and Suppliers is furnished by employees with a minimum age of no less than 16 years. Also, n o labor used by the Vendor and/or its Vendors and Suppliers will be supplied wholly or in part by

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

convicts or prisoners, except convicts or prisoners on parole, supervised release, or probation, or in any penal or reformatory institution.

Records must be kept for five years.

**Expected target date for first delivery:** 40 days from execution of Contract.

All this has to do with the product and its packaging.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025332

| | |
|---|---|
| **From:** | phillip perry <phillipwperry@hotmail.com> |
| **Sent:** | Wednesday, December 14, 2005 3:19 PM (GMT) |
| **To:** | clempwl123@163.com |
| **Cc:** | porterblaine1@aol.com |
| **Subject:** | FW: [Fwd: Re: Frank Peng letter from Venture |

Dear Frank:
Once again I find myself needing to write to you concerning our business transaction. Phil has arrived back in Taian as you well know and as is it always a pleasure to communicate with you . I want to take this opportunity to thank you for all your hard work and kindness that you have show toward us during his very difficult time of purchasing boards from you factory.

We do know and understand that the entire decisions are not made by you alone and that you have others that you confer with, much the same as it is with me here in America. It seems that a situation has arisen that cannot be resolved by you and I alone, so let me elaborate a bit and I do hope I don't bore you with all the details, they are however very important to us here.

We came to you all alone and at great expense to visit your factory and begin the process of buying boards for both our mutual benefits. We were the first persons to make that trip to you in four years, and we sought you out in part because our research show that you could produce the boards at an acceptable price for the competitive market here.

Your people there have mentioned that perhaps you did not charge enough to us for your labors. We looked at it fairly and said ok maybe that is not fair to them, and we kept the first load price and then increased the second to 11 cents more and the third to 22 cents more. No problem, we wanted you to be happy and also make a good profit. We did not complain nor haggle over this even though it was a tidy sum out of our budget.

The normal mode of payment worldwide between businesses and other entities is to issue payment by a letter of credit. Therefore we are protected and also you are too. You then asked for a 30% deposit up front as cash in your account. After discussing this at length here, we concluded that perhaps you needed funding to enable you to buy paper, labor and provide trucking to the port with out it being a cash flow problem to you. OK we said let's do it and help them help us. We wanted to support your company and we tried.

We changed the LOC several times to the way you wanted. When the production line was not adjusted properly to get the product to the ship on time, we took a lesser amount, with the understanding that we would get the balance on the next shipment.

During this period of time we discover that some one there had wanted to sell our cargo to another firm. This after we ordered it, spent months there, and paid for it up front for the most part. We kept a man on sight to help if needed, and the very time he left to renew his visa and take a short respite, he has to return because of an unethical decision by someone to sell our cargo and move us out of the production line.

Now the demand is for us to take 300K each and every month on a T/T payment to get the sole rights to the USA. After having our cargo almost sold to a stranger, and after all we have been through, we have no guarantee that it wont happen again, do we? Now, how can we feel comfortable even giving you the 40% deposit you want? ( a 10% increase ) we wont feel safe nor

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

welcome.

I know, Frank, that you have worked your heart out trying to help us and were very patient with us during a few rough moments. We have the utmost respect and heart felt liking for you and your gallant efforts.

What I think is this. For us to flood the market here with an additional 300K pcs per month would drive our market down to the point of non profitability. We researched the market carefully and concluded that in our area it would need about 120K to be effective each and every month for a long period.

Other parts of the country would receive similar injections of materials in the 50 K to 100K per month by us. We buy from the 4 largest gypsum plants here on a regular weekly basis and have contracted to so for an extended period of time. We buy from Greece and Thailand and also Mexico on a limited by the need basis.

Earlier on I mentioned that we spent about 18 Million on product last year, and we want to expand and we shall! The oil companies can sell much more than they do at the present moment. So can we! We want to hold back like they do to keep the market stable enough for us to keep doing this for an extended period of time, even if we have to do it on a cost averaging basis. In this area where we reside and work, the market share we dominate is roughly 53% of product. We know exactly how much can be sold here with out harm and how much to sell for a good profit. The other parts of our country will handle goods on a similar guide line. We want to expand but not burst the bubble.

For some one to come in and tell you that they will buy 300K each and every month on a continued basis , by T/T is just not the whole truth on their part. The price is already lower that what we are willing to pay. Look at the proposal I sent you and it will state, we offer you 3.80....just as you asked for and that we want a long term business and at a practical rate of import to adjust upward upon occasion as the need becomes known.

I am sure these other people will just use you to get the shipment they want and then dump you when it is convenient. There are many people out shopping for boards as they are needed, and they will tell you anything you want to hear to get your attention. We have spoken true, and you should know this by our past actions. A few things went slow, I admit that, but they did get done.

You have done a good job getting our boards out and to the port and are almost ready to start making our next load. Why now shift to another customer and destroy the good work you have so laboriously built up? Don't bend in a different direction every time the wind blows my friend. I have an idea that may help you and also preserve our hard built relationship. Will you take a moment, for you and your friends to hear?

Sell to us and ship us our boards as requested in the amounts of 150K this week @ 3.69 each as discussed for the 130 K. ( this is 11 cents more than the beginning scheduled load ) and the original 3.58 for the balance owed us of 20K. Send us 120K each month as we have requested @ 3.80.

Next tell your other inquirers that you can give them 200K each month, after you have the other line running properly, and you will need the terms T/T @ 3.80. But you will not abandon you other clients ( us ) to give them exclusive rights to the product in America. You can give them all they can demonstrate the ability to purchase and sell.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025345

We sell outside the USA also, in some of our transactions, and we would be willing to sell them 20K or whatever they need. While we would really like the sole distributorship rights, so we can make more money by having others go through us, we could abandon that idea if you are not willing. We hope you will reconsider.

We are already established with you now. We like dealing directly with you and would not be willing to use a product that we have to buy from a source not direct. They could how ever buy from us. That's an idea now,is it not?

Also should you be able to construct an idea of how to do it, there could always be a rebate back, just like the steel industry there in China enjoys now. Though sadly enough for them it seems that that will possibly end this spring. Ours however would not be tied to any such area that would be out of your control. A large distribution outside of the USA or a wholesale distribution on a large amount here inside could command a nice rebate, on any referrals from you who buy from us, for factory maintenance and employee salaries and so forth..In USD of course. (this would not include our 120K that we consume each month for our self).

The other thing that will one day cause harm to the export of things will be when the yuan is valued upward against the USD, and governments in both parts of the world are working to do just that. This will cause some new problems to arise with this implementation.

Don't be fooled my friend with these shadowy promises thrown out just to see if you will bite. Stick with us and we shall stick with you. I just don't know what else to say Frank, we feel abandoned and bewildered as to what the wind will blow in next. Help us out! Give us some input. We have a lot of time and effort in this.

We do not want to take an amount on a monthly basis that is not practical nor profitable. We don't want to pay everything up front now either, as we feel like we were just thrown away, because a desperate stranger came by and offered to take the bread we work for and fly away with it.

How can you make us feel safe? We had verbal agreements and a written contract and an already in progress export production. We have wanted nothing for free, in fact we stressed we want you to earn well. Can you do anything? Our terms would only LOC now, the incident in question has caused our banking system to revert back to the protected status of LOC only and there is no recourse from it.

Sam also is requiring Phillip to return to America for marketing purposes in the very near future. His visa will expire in JANUARY first week any way. We can continue any further exports proceedings by mail negotiations until he could return, (Feb first week) should you want to continue. Any other purchases settled on now can also be signed for by him, and other paper work expedited while he is still there though.

Mr. Porter wants me to convey that he is very exhausted with the process of buying goods and wishes that all parties reach an early and final agreement with full cooperation and support from both parties in any future times of business. Please advise ASAP.

The highest good is like that of water..it is free...like friendship and kindness...so the sage considers the belly and not the eye.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025346

Please confer with Phillip and by all means send us your thoughts.

Should you decide to throw us away, do not be hindered in reconnecting us if things change. We shall always be open to dialogue.

Respectfully yours:
Donald Woods   VENTURE / TOBIN
written with the request of Samuel Porter     VENTURE SUPPLY INC.  senior principal


*from Venture*
*Date: Wed, 14 Dec 2005 07:10:32 -0500*

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025347

| | |
|---|---|
| **From:** | don woods <dwoods3@cox.net> |
| **Sent:** | Sunday, December 11, 2005 1:53 PM (GMT) |
| **To:** | peng <clempwl123@163.com> |
| **Subject:** | VENTURE BOARDS |

Dear Frank:

This is Donald Woods again. I have just gotten some disturbing news from Phil. It seems we now have a competitor from here in your factory attempting to purchase our supply. This is not good . Making a business of gypsum has never been easy to do in all these years that I have been involved and it would seem that nothing has changed, despite all that we can do.

OK Phil is on his way back to Taian and shall see you soon. Phil has a letter to allow him to sign for Venture for any agreement we need.

We have a LOC in place at our bank ready to go out. It will be SWIFTED to your account on monday morning here as soon as the bank opens.

The contract you sent us was signed and returned to you and then was returned to us by fax. We sent it again but perhaps it did not go through.

This morning we will go to our office and refax this document to you and will use several numbers to do so, to make sure. Sorry thought you had it.

We have sent you already an e-mail from myself and also Phil has sent one also stating the we are buying the next load now. We had wanted to wait until Phil had returned to you from his short vacation while he waited for production to finish but we have now cut that short, we were not trying to be slow with our next order. Again we apologize if it appeared that we were being deliberately slow, we know you have to plan your part of work too.

We were content and happy making a plan with you, and Frank, we really were hopping that you and your factory would choose Venture to be your sole agents here for your product. We have capital, storage facilities, trucking fleet, experience in this field and a man on the ground in your area and we thought that we were having a good relationship with you there. All of these things seem to us to be positive. We hope we are not proceeding in a manner that is being deemed disrespectful to you.This is not our intention. Some times people from different countries and languages have to work hard to find proper cooperation. We do really thank you for your emails and waiting for Phil to arrive there before doing any other business too. That was very considerate and polite. The world could use more of this indeed!

Frank we are still hopping to get the sole rights here for you companys products and ask that you continue to consider us.

We will continue to negotiate with you the prices and terms , realizing that you need also to profit from this business and as we wrote you before, we want you to be happy together in business with us. We really do look forward to a long and profitable friendship with China products. Phil has been instructed to use the telephone more often to make things faster. He does not need to solely use the emails ,which some time make things slower .

We inform you now of our intention also to purchase the third quantity just as this second one is finished. As I discussed in an earlier communication we need a minimum of 3 back to back purchases to move the product into the market effectively. The shipping time and distance makes it so. We shall over come these obstacles that seem to keep occurring, because we will keep working with you to cooperate.

We are thinking that this same shipping line is also a good partner....any thoughts about this? Phil has also given us an update on production and shipping and we are very please to find that all is progressing well. Looking good!!!

Send me please the exact way you need the LOC so no amendments will be needed.

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

Send me  by e-mail a contract like you need  we will put it back by fax.
Enclose exactly the requirements and terms needed.
E-mail the PERFORMA   with exact terms & conditions
send one copy to   me dwoods3@cox.net       one to Porteblain1@aol.com and one      copy to
philippwperry@hotmail.com

Thank you for your kindness and consideration  we are available for on line discussions  or
telephone conversations at all times.
Respectfully yours :
Donald Woods   Venture /  Tobin

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025349

| | |
|---|---|
| **From:** | Frona Shiu <frona.shiu@rwfehk.com> |
| **Sent:** | Thursday, August 4, 2005 4:35 AM (GMT) |
| **To:** | 楊甲坡 <yjp09@163.com> |
| **Subject:** | Rich Well - 公司簡介 |
| **Attach:** | Co. introduction.jpg |

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

We are a marketing office of a large Gypsum Board Manufacturer in China. Our company is based in Hong Kong with branch office in Qingdao – China and Los Angeles – USA. Major scope of business includes export of Gypsum Board, Gypsum Board Liners from our plants in China, as well as waste paper and pulp to China for paper production use. In addition, we represent several paper mills in China and Indonesia to export paper and board products to overseas market.

Currently, the Gypsum Board we supply is produced by one of the main plants in Shandong province. The plant has a production capacity of 200 million m2 per year. Our product has achieved ISO9001:2000 standard. It is well known for its quality in domestic market and the quality is recognized by overseas buyers. In the recent years, we have distributed the products to overseas market such as Taiwan, Indonesia, Philippines, Malaysia, United States, New Zealand and UAE.

In fact, we are not only the marketing office of the Gypsum Board plant. With the growing demand and potential of Gypsum Board in local and overseas market, our company has joint-ventured with the Group for setting up a new Gypsum Board plant in Jiangyin (near Shanghai), the new plant is currently under construction, and will be completed by August of this year. Once the new production line is on, our production capacity will be much increased, so, we are looking for a larger sales coverage and we target to expand our export volume.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

M= Member of Board of Directors
L= Legal Representative

Translation of TG 0020401

| Company Name | Location (City + Province) | Ownership Ratio (%) | Inclusion or Exclusion to the Consolidated Financial Statements |
|---|---|---|---|
| Taishan Gypsum Co., Ltd. | Tai'an, Shandong | | Inclusion |
| Taishan Gypsum Co., Ltd., Taihe Branch | Tai'an, Shandong | 100 | Inclusion |
| Taishan Gypsum Co., Ltd., Lucheng Branch | Changzhi, Shanxi | 100 | Inclusion |
| Taishan Gypsum Co., Ltd. | Tai'an, Shandong | 100 | Inclusion |
| Xuzhou Falasite Building Material Co., Ltd. Fasite | Xuzhou, Jiangsu | 100 | Inclusion |
| Tai'an Taishan Plasterboard Co., Ltd. | Tai'an, Shandong | 100 | Inclusion |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. | Fuxin, Liaoning | 100 | Inclusion |
| Tai'an Taili Jewelry Co., Ltd. | Tai'an, Shandong | 70 | Inclusion |
| Taishan Gypsum (Baotou) Co., Ltd. | Baotou, Inner Mongolia Autonomous Region | 65 | Inclusion |
| Taishan Gypsum (Tongling) Co., Ltd. | Tongling, Anhui | 65 | Inclusion |
| Taishan Gypsum (Weifang) Co., Ltd. | Weifang, Shandong | 100 | Inclusion |
| Hubei Taishan Building Material Co., Ltd. | Jimen, Hubei | 95 | Inclusion |

M L
M L
M L
M L
M L

M L
M L

M L

M L
M L
M L

1



EXHIBIT NO. 10
# 5-11
L. GOLKOW

TTRNSL0071

| Taishan Gypsum (Jiangyin) Co., Ltd. | Wuxi, Jiangsu | 70 | Inclusion |
|---|---|---|---|
| Taishan Gypsum (Wenzhou) Co., Ltd. | Wenzhou, Zhejiang | 64.9 | Inclusion |
| Qinhuangdao Taishan Gypsum And Building Material Co., Ltd. | Qinhuangdao, Hebei | 70 | Inclusion |
| Taishan Gypsum (Pizhou) Co., Ltd. | Xuzhou, Jiangsu | 95 | Inclusion |
| Tai'an Taishan Green Building Materials Co., Ltd. | Tai'an, Shandong | 75 | Inclusion |
| Taishan Gypsum (Henan) Co., Ltd. | Luoyang, Henan | 100 | Inclusion |
| Taishan Gypsum (Xiangtan) Co., Ltd. | Xiangtan, Hunan | 70 | Inclusion |
| Taishan Gypsum (Chongqing) Co., Ltd. | Yuzhong, Chongqing | 80 | Inclusion |
| Taishan Gypsum (Hengshui) Co., Ltd. | Hengshui, Hebei | 100 | Inclusion |
| Taishan Gypsum (Pingshan) Co., Ltd. | Shijiazhuang, Hebei | 70 | Inclusion |
| Tai'an Taihe Advertising Co., Ltd. | Tai'an, Shandong | 100 | Inclusion |
| Taishan Gypsum (Jiangxi) Co., Ltd. | Yichun, Jiangxi | 70 | Inclusion |
| Taishan Gypsum (Guangdong) Co., Ltd. | Huizhou, Guangdong | 100 | Inclusion |
| Taishan Gypsum (Yinchuan) Co., Ltd. | Yinchuan, Ningxia Hui Autonomous Region | 100 | Inclusion |

2

| | | | |
|---|---|---|---|
| Taishan Gypsum (Yunnan) Co., Ltd. | Yuxi, Yunnan | 100 | Inclusion |
| Taishan Gypsum (Shaanxi) Co., Ltd. | Weinan, Shaanxi | 100 | Inclusion |
| Guizhou Taifu Gypsum Co., Ltd. | Qiannan, Guizhou | 60 | Inclusion |
| Taishan Gypsum (Nantong) Co., Ltd. | Nantong, Jiangsu | 100 | Inclusion |
| Taishan Gypsum (Sichuan) Co., Ltd. | ~~Mian~~yang, Sichuan | 100 | Inclusion |
| Tai'an Jindun Building Material Co., Ltd. | Tai'an, Shandong | 100 | Inclusion |
| Shandong Taihe Light Energy Co., Ltd. | Tai'an, Shandong | 100 | Inclusion |
| Tai'an Taihe Building & Decorative Materials Co., Ltd. | Tai'an, Shandong | 30 | |
| ~~Sinkiang~~ Xin Jiang Tianshan Building Material and Gypsum Product Co., Ltd. | Urumchi, Xinjiang | 25 | |
| Tai'an Taihe Shengyuan Industry & Trade Co., Ltd. | Tai'an, Shandong | 15 | |

3

TTRNSL0073

10/10/13    16:40    156      0336-6611999           p.01

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL No. 2047
PRODUCTS LIABILITY LITIGATION                Section L.

_____

This Document Relates to                      JUDGE FALLON
ALL CASES                                     MAG. JUDGE WILKINSON

### TAISHAN GYPSUM CO. LTD. MANUFACTURER PROFILE FORM

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I.  CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM

   A.  Manufacturer Name:  Taishan Gypsum Co. Ltd. ("Taishan")[1]

   B.  Address: Dawenkou, Daiyue District, Shandong Province, P.R. China

   C.  Phone number: (0086) (538) 8811449

   D.  Email address: taihe@public.taptt.sd.cn

   E.  Web site: www.taihegroup.com

   F.  President or CEO: None.  Jia Tongchun is the Legal Representative and Chairman of the Board of Taishan

   G.  Headquarters if Foreign: Taian, China

   H.  Address of USA Headquarters: None

   I.  Name of supervisor at USA Headquarters: None

   J.  Principal Place of Business in USA: None

_____

[1] Taishan is responding to Defendant Manufacturers' Profile Form in these multidistrict proceedings without waiving any of its rights to object, in these or in any other proceedings, to: (i) the relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

DPF-TAISHAN GYPSUM CO LTD-1-00001


EXHIBIT NO. 11
4-5-16
L. GOLKOW

10/10/13    16:48    150    0538-6611999    ___ __ __ ____,,,    p.02

K.    List of all offices or locations in USA where entity has done business at any time in 2001 through 2009

Taishan has never had an office in the US or otherwise operated out of any location in the US.

L.    Name of Manager at each office or location identified in I(J) above Not applicable

(If you have identified more than one entity in I(A) above separately answer I(B)-I(L) for each entity.)

II.    COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

| | | | |
|---|---|---|---|
| A. | Name: | Joe Cyr<br>Frank Spano<br>Eric Statman<br>Matthew Galvin | Richard C. Stanley<br>Thomas P. Owen, Jr. |
| B. | Address: | HOGAN LOVELLS US LLP<br>875 3rd Avenue<br>New York, New York 10022 | STANLEY, REUTER, ROSS,<br>THORNTON & ALFORD, LLC<br>909 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70112 |
| C. | Phone Number: | (212) 918-3000 | 504-523-1580 |
| D. | Fax Number: | (212) 918-3100 | 504-524-0069 |
| E. | E-Mail: | joe.cyr@hoganlovells.com<br>frank.spano@hoganlovells.com<br>eric.statman@hoganlovells.com<br>matthew.galvin@hoganlovells.com | rcs@stanleyreuter.com<br>tpo@stanleyreuter.cm |

III.    CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1.    Product Identification:

Name of Manufacturer(s)' drywall product:

Taishan manufactured drywall to US dimensions on a made-to-order OEM basis on two isolated occasions for a U.S. purchaser, Venture Supply, Inc. ("Venture Supply").

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

The drywall was imprinted with the following marks: VENTURE SUPPLY INC. MFG; SHANDONG TAIHE, CHINA. The drywall also had sealing tape on its edges with the marking "Venture Supply."

List all trademarks applicable to the product:

No Taishan trademarks were applicable to the drywall manufactured by Taishan and sold to Venture Supply. Taishan is unaware whether Venture Supply or any other parties applied their own trademarks to drywall manufactured by Taishan.

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

In 2007, the company changed its name from Shandong Taihe Dongxin Co. to Taishan Gypsum Co. Ltd. Accordingly, to the best of Taishan's knowledge, drywall manufactured

10/10/13   16:48   TSG   0538-8811999   p.03

for Venture Supply was not known by any other names other than the product markings described above.

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

With regards to drywall that was exported to the US, Taishan manufactured only standard drywall to US dimensions.

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

Taishan has no knowledge of the brand names under which Venture Supply may have resold it.

2.   Shipment Information (identify the following for each shipment to, or for importation to, the United States):

| | |
|---|---|
| Exporter Name: | Taishan sold the drywall to Venture Supply in China.  Venture Supply took title to the drywall in China and shipped the drywall to the United States.  However, Taishan referred to itself as the "exporter" for purposes of preparing tax invoices under Chinese tax law. |
| Address of Exporter: | See 1 (B.) above |

Date of Export:  2 / 24 / 2006   (Month / Day / Year)

Date of Export:  7 / 20 / 2006   (Month / Day / Year)

Name of all ports through which shipment was in transit: Unknown

Name of final port where shipment was offloaded:  Taishan does not have knowledge of where the drywall purchased by Venture Supply was offloaded.  The drywall left the port in China on vessels bound for Norfolk, VA and Camden, NJ respectively.

Date shipment was offloaded:  Unknown

| | |
|---|---|
| Amount of Drywall exported: | The February 24, 2006 and July 20, 2006 shipments of drywall by Venture Supply to the United States contained 100,000 and 53,912 sheets of drywall respectively. |
| Name of shipper: | Unknown |
| Address of shipper: | |
| Mode of Shipment: | Venture Supply shipped the drywall to the U.S. by ocean-going freight. |
| Name of vessel: | The bills of lading for the February 24, 2006 and July 20, 2006 shipments indicate that the shipments were shipped aboard the Vessel Glykofiloussa and the Vessel Atlantic Fortune respectively. |

3.   Importer Information (identify the following for each importer):

| | |
|---|---|
| Importer Name: | Venture Supply, Inc. |
| Address of Importer: | 1140 Azalea Garden Road, Norfolk, VA 23502-5612 |

DPF-TAISHAN GYPSUM CO LTD-1-00003

10/10/13   16:48   TSG   0538-8811999   p.04

Date of Import:   Unknown

Amount of Drywall imported:

As described above, the February 24, 2006 and July 20, 2006 shipments of drywall contained 100,000 and 53,912 sheets of drywall respectively.

4.   Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

Venture Supply, Inc.

5.   Are you aware of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? If so, identify such brokers or intermediary agents by name, address, and phone number, and provide any correspondence or other documentation in your possession concerning such brokers or agents.

Tobin Trading, Inc. executed the contracts for both sales of drywall on behalf of Venture Supply.

6.   If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:   Taishan stored the drywall for a limited time at its facility prior to inspection and acceptance by Venture Supply's agent in China.  Taishan has no knowledge regarding any further storage of the drywall after Taishan delivered it to Venture Supply in China.

Address of entity providing storage:   See 1 (B.) above

Dates product was stored:   Taishan stored Venture Supply's second order of drywall at its facility between February 2006 and June 2006 (dates are approximate).

_____/_____/_____ (Month / Day / Year) to _____/_____/_____ (Month / Day / Year)

Quantity of product stored:

Price paid for storage:

Name of contact person at storage facility:

Phone number:

Email address:

List any complaints made or received regarding storage of the product:

7.   Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

Taishan sold drywall to Venture Supply pursuant to two written agreements that are already in the record in *Germano, et al. v. Taishan Gypsum Co., Ltd.*, et al., Case No. 09-6687. The agreements were negotiated and executed in China and provided for dispute resolution in China.

10/10/13   16:40   TSG   0538-8811999                     p.05

8.      For all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001-2009, please indicate whether you provided any of the following

    a.   Express warranties;        The Venture Supply agreements described the quantity of
                                     drywall, the price, the dimensions and the Chinese GBT
                                     specification applicable to the order.

    b.   Product specifications;     China GB/T9775-1999.

    c.   Product information and/or instructions for storage or use

In the normal course of business, a package of drywall manufactured by Taishan contained the following warnings:

    (1) Pickup/do not turn over

    (2) Breakable

    (3) Avoid rain/moisture

IV.   INSURANCE

    A.   Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

        i.   For each policy, identify the following:

            Insurer:  Taishan has no insurance policies that relate to the Shipments.

            Dates policy in effect:

            ____/___/___    (Month / Day / Year) to ___/___/___ /(Month / Day /
            Year)

            Policy Number:

            Type of Policy:

            Insurance Agent

            Policy Coverage Limits

            Produce a copy of the Declaration page, exclusions and policy of insurance.

    B.   Identify all claims you have made on any insurance policies relating to the manufacture or shipment of products identified in Section V above.

        i.   For each claim please provide the following:

            Date: ___/___/___    (Month / Day / Year)

            Insurer:

            Description of claim:

            Insurer's response to claim:

            If in litigation:

            Caption of Case:

            Name and address of attorneys involved:

10/10/13   16:48   TSG   0538-8811999         p.06

_____
_____
_____

Insurance carriers involved:

_____
_____
_____

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____          _____          2010. 10. 13
Signature                                    Print Name                                Date

DPF-TAISHAN GYPSUM CO LTD-1-00006

10/10/13   15:45   130   0538-8811999   p.01

美国地区法院

路易斯安那州东部区

关于：中国制造的石膏板产品责任诉讼          :   跨地区诉讼第 2047 号
                                              :   L 部分

本文件相关案件                              :   FALLON 法官
所有案件                                    :   WILKINSON 司法官

泰山石膏股份有限公司制造商资料表

所有被告石膏板制造商均必须填写并提交本被告制造商资料表。每名被告石膏板制造商均必须填写并签署一份被告制造商资料表，列明从 2001 年至 2009 年所有运往或交付至美国境内或供进口入美国的中国石膏板。每名被告石膏板制造商必须对于联邦法院持决诉讼中的任何位原告之列的个人填写并签署一份独立的附件 A。如在完成本被告制造商资料表后的知其它信息，则必须加以补充。如问答任何问题或填写答复的空间不够，可另加附页。此外，如在回复任何问题时需提供任何附件或文件，请指明本被告制造商资料表中与该其体附件或文件相关的具体问题。

本资料表中的问题均为非争议性问题，并应被问答而无异议。填写本资料表，并不表示您放弃律师工作成果和／或律师 — 委托人守密特权。同样，通过披露顾问的身份，此等顾问可以保持为非作证专家，且受到法律提供的所有保护。请以英文翻译并书写或键入您的答复。

I.   填写本资料表的被告制造商的联系信息

     A.   制造商名称：泰山石膏股份有限公司（"泰山"）[1]

     B.   地址：中华人民共和国山东省泰安市岱岳区大汶口

     C.   电话号码：(0086) (538) 8811449

     D.   电邮地址：taibe@public.taptt.sd.cn

     E.   网址：www.taihegroup.com

     F.   总裁或首席执行官：无。贾同春为泰山的法定代表人及董事长

     G.   总部（如位于国外）：中国泰安

     H.   美国总部地址：无

     I.   美国总部主管姓名：无

     J.   美国主要营业地点：无

     K.   于 2001 年至 2009 年期间内的任何时间，该实体在美国经营所在的所有办事处或地点列表
          泰山从未在美国设立过办事处或以其它方式于美国任何地点经营。

     L.   上文第 I(J) 项中指明的每个办事处或地点的经理姓名不适用

---

[1] 泰山就此等跨地区法律程序填写被告制造商资料表，但不放弃其于此等法律程序或任何其它法律程序中就以下事项提出异议的任何权利：(i) 本板将或其附件所披露任何信息的相关性或可受理性；(ii) 法律程序文件送达的有效性或有关法律程序文件的送达；(iii) 本法院或任何其它法院对其的司法管辖权；和／或 (iv) 以任何理由对于可能向其递送的任何证据披露要求提出异议，理由包括但不限于，该等证据披露违反了《关于从国外调取民事或商事证据的海牙公约》。

Hogan Lovells

DPF-TAISHAN GYPSUM CO LTD-1-00007

（如果您在上文第 I(A) 项中列明多于一个实体，请就每个实体分别回答第 I(B)-1(L) 项。）

II.   被告制造商的律师信息

A.   姓名：

| Joe Cyr | Richard C. Stanley |
| Frank Spano | Thomas P. Owen, Jr. |
| Eric Statman | |
| Matthew Galvin | |

B.   地址：

| HOGAN LOVELLS US LLP | STANLEY, REUTER, ROSS, |
| 875 3rd Avenue | THORNTON & ALFORD, LLC |
| New York, New York 10022 | 909 Poydras Street, Suite 2500 |
| | New Orleans, Louisiana 70112 |

C.   电话号码：   (212) 918-3000          504-523-1580

D.   传真号码：   (212) 918-3100          504-524-0069

E.   电邮：

| joe.cyr@hoganlovells.com | rcs@stanleyreuter.com |
| frank.spano@hoganlovells.com | tpo@stanleyreuter.com |
| eric.statman@hoganlovells.com | |
| matthew.galvin@hoganlovells.com | |

III.   中国石膏板产品识别和经销链

1.   产品识别：

制造商的石膏板产品的名称：

泰山简单独立分别测次按美国尺寸以 OEM 代工定制方式为美国采购商 Venture Supply, Inc. ("Venture Supply") 制造石膏板。

说出石膏板产品上的任何标识（例如，批号、批盘号、序列号、颜色标识、UPC 代码等）：

该等石膏板印有以下标识：VENTURE SUPPLY INC. MFG：SHANDONG TAIHE, CHINA。边缘处的封边带上印有"Venture Supply"标识。

列出适用于该产品的所有商标：

泰山制造并销售给 Venture Supply 的石膏板上并无使用任何泰山商标，泰山并不知晓 Venture Supply 或任何其他方是否有将其商标使用于泰山为其制造的石膏板上。

本诉讼中所涉石膏板是否有任何其它名称、品牌名称、称呼或称号为公众所知或所用，或仅在贵公司内部使用？请提供用以指涉案石膏板的所有名称、品牌名称、称呼或称号的详细阐述：

2007 年，上述公司由山东泰和东新股份有限公司更名为泰山石膏股份有限公司。因此，就泰山所知，为 Venture Supply 制造的石膏板除上述产品标识外并无使用任何其它名称。

本诉讼所涉石膏板是否具有任何其它类型或版本？请说明这些其它类型以及识别该等类型的方式：

对出口至美国的石膏板，泰山仅按照美国尺寸生产标准石膏板

Hogan Lovells

10/10/15   16:45   130   0000-0011999   p.03

是否有任何其他方以其自身名义出售本诉讼所涉石膏板？如有，请提供以其自身名义出售货的石膏板的各方列表，以及他们该销售石膏板的品牌名称列表：

泰山不知道 Venture Supply 可能以哪些品牌名称转售这些石膏板。

2.    货运信息（请说明向美国装运或进口美国的每批货物的以下信息）：

出口商名称：    泰山在中国将石膏板出售给 Venture Supply。Venture Supply 在中国获得石膏板的所有权，并将石膏板运往美国。但泰山为按照中国税法准备发票，将其自身称为"出口商"。

出口商地址：    请参阅上文第 1 (B.) 项

出口日期：    2 / 24 / 2006（月 / 日 / 年）

出口日期：    7 / 20 / 2006（月 / 日 / 年）

货物运输经过的所有港口名称：不详

货物卸载的最终目的港口名称：泰山不知道 Venture Supply 所购买的石膏板在哪里卸货。石膏板在中国港口分别装载于前往那吉亚州诺福克和新泽西州卡姆登的轮船。

货物卸载日期：不详

出口的石膏板数量：    Venture Supply 于 2006 年 2 月 24 日和 2006 年 7 月 20 日向美国运送的该批石膏板数量分别为 100,000 张和 53,912 张。

运货人名称：    不详

运货人地址：

运输方式：    Venture Supply 通过海运向美国运送石膏板。

轮船名称：    2006 年 2 月 24 日和 2006 年 7 月 20 日的该两批货物的提单显示货物分别装载于 Glykofilousso 号和 Atlantic Fortune 号轮船。

3.    进口商信息（提供任何名进口商的以下信息）：

进口商名称：    Venture Supply, Inc.

进口商地址：    1140 Azalea Garden Road, Norfolk, VA 23502-5612

进口日期：不详

进口的石膏板数量：

如上所述，于 2006 年 2 月 24 日和 2006 年 7 月 20 日运送的该两批石膏板数量分别为 100,000 张和 53,912 张。

4.    美国经销商：

如您知晓有任何经销商或石膏板承包商 / 安装商将您的产品运往美国，请提供有关信息：

Venture Supply, Inc.

Hogan Lovells

10/10/13   16:45      156      0336-0611999            p.04

5.  您是否知晓在整个供应链中是否有任何经纪人或中介代理商直接从您处或从后续经销商购买或拥有您的的产品？如有，请说明该等经纪人或中介代理商的名称／姓名、地址和电话号码，并提供您早掌握的有关该等经纪人或中介代理商的任何往来信函或其它文件。

**Tobin Trading, Inc. 代表 Venture Supply 签订两批石膏板的销售合同。**

6.  请说明由您或代表您在任何时间将任何您的中国石膏板存放于任何地点的情况：

提供存储的实体名称：         于 Venture Supply 的代理在中国验收石膏板前的一段有限时间内，泰山将把石膏板存储在其工厂内。在泰山在中国向 Venture Supply 交货后，泰山并不知道石膏板的任何进一步存储情况。

提供存储的实体地址：         请参阅上文第 1 (B.) 项

产品存储日期：泰山约于 2006 年 2 月至 2006 年 6 月期间将 Venture Supply 订购的第二批石膏板存储于泰山的工厂内。

_____/_____/_____ (月／日／年) 至 _____/_____/_____ (月／日／年)

存储的产品数量：

为存储所付价格：

存储仓库的联络人姓名：

电话号码：

电邮地址：

请列出就产品存储编出或收到的任何投诉：

7.  请说明制逃而就每批运往或运出口到美国的中国石膏板与出口商、进口商、运货人及经销商签订的所有协议。

泰山根据两份书面协议向 Venture Supply 出售了石膏板，该两份协议已载于 *Germano* 夢诉泰山石膏股份有限公司等一案（案件编号：09-6687）的记录中。该两份协议在中国商定并签署，并规定在中国解决任何相关争议。

8.  请涉 2001 年至 2009 年运往或交付至美国境内或供进口美国的中国石膏板，说明您是否提供了以下任何事项：

a.  明示担保：         Venture Supply 协议载明石膏板的数址、价格、尺寸和适用于该等订单的中国 GBT 规格。

b.  产品规格：         中国 GB/T9775-1999。

c.  产品信息和／或存储或使用说明

在正常业务过程中，泰山制造的石膏板的包装会载有以下警告信息：

(1) 拾起／请勿倒置

(2) 易碎

(3) 避免雨淋／潮湿

Hogan Lovells

DPF-TAISHAN GYPSUM CO LTD-1-00010

10/10/13   16:45   150   0336-6611999   p.00

IV.　保险

  A.　请列明与索赔有关的所有保单，包括所有一般商业综合责任保险、产品责任险、建造险、董事及高级管理人员责任险和超额保险保单。

    1.　请就每份保单提供以下信息：

      承保人：　　　　泰山没有就该等批次的货物购买任何保险。

      保单生效日期：

      ___/___/___（月/日/年）至 ___/___/___（月/日/年）

      保单编号：

      保单类型：

      保险代理：

      保单承保范围限制：

      请提供保险的声明页、例外情况和保单副本。

  B.　请说明您就生产或运输上文第 V 节所述产品对任何保单提起的全部索赔。

    1.　请就每项索赔提供以下信息：

      日期：___/___/___（月/日/年）

      承保人：

      索赔说明：

      承保人对索赔的回应：

      是否正进行诉讼：

      案件标题：

      所涉律师姓名和地址：

      所涉保险公司：

Hogan Lovells

DPF-TAISHAN GYPSUM CO LTD-1-00011

10/10/13   10:45   150   0336-8011999                p.06

<u>声明</u>

本人根据《美国法典》第 28 编第 1746 节声明，就本人所知，提供于本被告制造商资料表的全部信息均为真实且准确，并且本人已提供本声明中所要求的所有由本人拥有、照管或控制的文件，否则愿受美利坚合众国法律项下的伪证罪的制裁。

签名 _____   正楷姓名 黄同春 _____   日期 2010. 10. 13 _____

Hogan Lovells

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED | *   MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * |
| LITIGATION | *   SECTION L |
| | * |
| | *   JUDGE ELDON E. FALLON |
| | * |
| | *   MAGISTRATE JUDGE |
| | *   JOSEPH C. WILKINSON, JR. |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

### DECLARATION OF YUEN HIU SUM

This is a declaration being made in accordance with and pursuant to

28 U.S.C. § 1746.

I, Yuen Hiu Sum, declare under penalty of perjury under the laws of

the United States of America that the following statements are true and correct:

1.      I am over eighteen (18) years of age, am competent to testify to

the matters contained herein, and have personal knowledge of these facts.

2.      I am a senior translator with the law firm of Hogan Lovells

International LLP, and work in the firm's office in Shanghai, China.

3.      I am fluent in the languages of Chinese and English.

DPF-TAISHAN GYPSUM CO LTD-1-00013

4.    Based upon my ability to speak, read, and write Chinese and English fluently, I have been responsible for translating various communications and documents relating to the above-captioned lawsuit.

5.    Among the documents I have translated is the Defendant Manufacturers' Profile Form prepared on behalf of Taishan Gypsum Co., Ltd.

6.    I hereby certify that I translated the Defendant Manufacturers' Profile Form between the English and Chinese languages. I further certify that the English version of the Defendant Manufacturers' Profile Form is a true and accurate translation of the Chinese version of the Defendant Manufacturers' Profile Form. I also certify that the English version of the Defendant Manufacturers' Profile Form and the Chinese version of the Defendant Manufacturers' Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2010.

Yuen Hiu Sum