| From: | feedback@support.alibaba.com |
|---|---|
| Sent: | Friday, September 21, 2007 10:17 PM (GMT) |
| To: | 8812017538@163.com |
| Subject: | [www.leonardoscakecreations@yahoo.com]Iluminated Colums(System Match) |



# You have an inquiry!

**Dear Owen Li,**

You have received an inquiry from a sender at Alibaba.com.
This is the first inquiry from this sender.

This message was sent to you from Ms Nancy Pantoja. This buyer has asked Alibaba to
send this inquiry to all relevant Gold Suppliers.

## Subject: Iluminated Colums

I need to buy iluminated roman towers for a business that I want to start

**Sender's Contact Information**

| | |
|---|---|
| Contact Name: | Ms Nancy Pantoja |
| Company: | Leonardo's Cake Creations |
| Address: | 7134 Elusive Pass |
| Country/Territory: | United States |
| Business Email: | www.leonardoscakecreations@yahoo.com |
| Telephone: | 1-210-967-8994 |
| Fax: | 1- |

Do you think this message is spam? If you do, help us improve our spam filter by reporting this message to
our Anti-Spam Team now!  ▶Report Spam Now

If you encounter problems replying to this inquiry, please find help at
http://sh.vip.alibaba.com/feedback_email_help.htm or contact our service team immediately.



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



TG 0021226

| From: | Kenneth F. Hardt |
|---|---|
| To: | "taihe@public.taptt.sd.cn"; "sdth2008@hotmail.com"; "wuyu374@hotmail.com"; "yjn09@hotmail.com"; "wkdt28@hotmail.com" |
| Cc: | "Mark C. Nanavati"; "WILLIAM D. MAKIMOTO"; "porterblaine1@aol.com" |
| Subject: | Venture Supply, Inc. and The Porter-Blaine Corporation |
| Date: | Thursday, June 18, 2009 1:49:52 PM |
| Attachments: | 20090618134140.pdf |
| | 09-06-18 ltr to Taishan (demand indemnity).pdf |

www.snllaw.com



Dear Sir or Madam....Please see the attached notice and request by Venture Supply, Inc. and The Porter-Blaine Corporation for your company, Taishan Gypsum Co., Ltd., to defend and indemnify them from any claims or lawsuits related to drywall sold by your company or its predecessor, Shandong Taihe Dongxin Co., Ltd., along with the attached sales documents.  Please also note that your company has been named as a defendant in the Germano case, the Nguyen case, and the Hinkley case referenced in the attached letter.  Please reply to this e-mail and let me know your company's position on this request.

www.snllaw.com



http://www.lettermark.net/Staging/mm1/snllaw/images/disclaimer.gif



Pesc

EXHIBIT NO. 22
4-8-11
L. GOLKOW

(804) 378-7600 Ext. 3311                                                                                                khardt@snllaw.com

June 18, 2009

VIA ELECTRONIC MAIL
Taishan Gypsum Co., Ltd
(formerly known as Shandong Taihe Dongxin Co., Ltd.)
c/o
taihe@public.taptt.sd.cn
sdth2008@hotmail.com
wuyu374@hotmail.com
yjp09@hotmail.com
wjx828@hotmail.com


Re:     **Drywall sold to Venture Supply, Inc. and installed by The Porter-Blaine
         Corporation**

Dear Sir or Madam:

        This firm represents Venture Supply, Inc. and The Porter-Blaine Corporation.  Your
company sold 2000 pallets of 3660 x 1220 x 12.7 MM gypsum board to Venture Supply, Inc. in
early 2006.   In addition, your company sold 53,000 sheets of gypsum board, 10% more or less,
on or around May, 2006.  I attach a copy of the relevant sales documents.

        We have received complaints relating to the gypsum board from homeowners, builders
and installers.  Venture Supply, Inc. and The Porter-Blaine Corporation has also been sued, along
with your company, in several lawsuits.  These are:  Germano v. Taishan Gypsum Co., Ltd, et
al., Civil Action No.:  2:09cv202, pending in the U.S. District Court for the Eastern District of
Virginia, Norfolk Division; Proto v. The Futura Group, LLC, et al., Case No.:  CL09-2455,
pending in the Circuit Court for the City of Virginia Beach; Nguyen v. Venture Supply, Inc., et
al., Case No.: CL09-3105, pending in the Circuit Court for the County of Norfolk; and Hinkley
v. Taishan Gypsum Co., Ltd, Case No.2:09 cv 25-D, pending in the United States District Court
for the Eastern District of North Carolina.  In addition, a claim for mediation/arbitration has been
made by The Dragas Companies, a developer of homes in the Virginia Beach area, by Kristen B.
Burch, Esquire, Kaufman & Canoles, P.C., 100 West Main Street, Suite 2100, Norfolk, Virginia
23510, relating to drywall sold by Venture Supply, Inc. and installed by The Porter-Blaine
Corporation.

        Please accept this letter as a formal tender of defense of Venture Supply, Inc. and The
Porter-Blaine Corporation, to your company and any insurance carrier(s).  To the extent the
drywall is defective, also please let this serve as notice of that defect.

Taishan Gypsum Co., Ltd
(formerly known as Shandong Taihe Dongxin Co., Ltd.)
June 18, 2008


      Please contact me and let me know your company's response to this tender and request. Should I not hear from you, I will assume that your company will waive any further formal notice on this matter, waive any rights it may have under its contract with Venture Supply, Inc., as to mediation or arbitration, and submit to jurisdiction of any Court in which an action is filed relating to the gypsum board.



               Sincerely,



               Kenneth F. Hardt




cc:    Sam Porter (via electronic mail)
       William Makimoto (via electronic mail)(Claim No. 03-834333-12)

12/19/2005  12:28  8670283        PORTER BLAINE CORP                    PAGE  01

# Contract

Contract NO.SDTH05121601

Date: 16th December 2005                     Place: TAI'AN CHINA

The seller: Shandong Taihe Dongxin CO.,LTD

 Address: Dawenkou Daiyue District Tai'an China

The buyer: Venture Supply, Inc.

 Address: 1140 Azalea Garden Road, Norfolk VA 23502-5612

This contract is made by and between the seller & buyer, whereby the seller

agrees to sell and the buyer agrees to buy the under mentioned commodity

according to the terms and conditions stipulated below.

1. Term of delivery: deliver commodity in China port

| Commodity & Specification | Quantity | Unit Price | Total Value |
|---|---|---|---|
| Standard gypsum board (1/2E) 12.7*1220*3660mm | 100,000 sheets | USD 3.668/sheet | USD366800.00 |
| Total | 100,000 sheets | USD 3.668/sheet | USD366800.00 |
| Total value of the contract:US DOLLAR Three hundred sixty-six thousand and eight hundred ONLY | | | |

2. Quality and packing terms: the gypsum board should be produced as per

the relative standard of China GB/T9775-1999, using plastic inner package,

gypsum pallet, gypsum protecting board and steel belt. It should be

inspected and confirmed by Mr. Phillip W. Perry, who comes from Tobin Trading Inc and represents the buyer, stating that they have inspected the goods in seller's factory and China loading port and that the quality, specifications and packing meet buyer's requirement. The stating can be regarded as the part of the contract.

3. Term of payment: 30% earnest money should be paid in advance, the rest should be by irrevocable letter of credit at sight. We agree to accept the one hundred percent letter of credit for future orders (except this one).

4. The buyer should be in charge of ocean transportation and insurance, the ocean freight should be paid at the buyer's end.

5. Force Majeure: the seller shall not be held responsible for late or non-delivery of the goods owing to the generally recognized "Force Majeure" cause. However in such case, the seller shall inform the buyer in four working days.

6. Arbitration: All disputes in connection with this contract shall be settled amicably by negotiation. In case no settlement can be reached, the case under dispute may then be submitted to the Foreign Trade Arbitration Commission of the China Council for the Promotion of International Trade. The decision of the arbitration shall be accepted as final and binding upon both parties.

The seller: Shandong Taihe                    The buyer: Venture Supply, Inc.

# CONTRACT

DATE: MAY 1, 2006

IT IS THIS DAY MUTUALLY AGREED AND CONFIRM BETWEEN THE UNDERSIGNED
PARTIES ON THE FOLLOWING TERMS AND CONDITIONS:

1. CARGO & QUANTITY: 53000 SHEETS GYPSUM BOARD 10 PERCENT
   MORE OR LESS, 7600 SHEETS PLYWOOD 5 PERCENT MORE OR LESS
   IN 40'GP OR 40 HC CONTAINERS (NOT MORE THAN 27
   MT/CONTAINER)
2. LAYTIME: LOAD ALL CARGO BEFORE JUNE 1, 2006
3. L/D PORT: QINGDAO, CHINA / NORFOLK, USA
4. FREIGHT RATE: USD3200.00/40'GP AND USD 3350.00/40'HC CONTAINER
   YARD/ CONTAINER YARD
5. PAYMENT OF FREIGHT: FULL FERGHT TO BE PAID WITHIN 3
   BANKING DAYS AFTER COMPLETION OF LOADING AND BEFORE
   SIGNING THE ORIGINAL BILLS OF LADING
6. AGENT: OWNERS SHIPAGENT AT BENDS.
7. TAXES/DUES/WHARAGE: ON CARGO TO BE FOR CHARTERS
   ACCOUNT AND ON VESSEL/FREIGHT TO BE FOR OWNERS ACCOUNT.
8. ANY DISPUTE ARISING UNDER THIS AGREEMENT TO BE REFERED TO
   ARBITRATION IN QINGDAO BY RULE OF CHINESE LAW, THE AWARD
   OF THE ARBITRATORS TO BE FINAL AND BINDING ON OTHER
   PARTIES.

MAIN ITEMS END.

CONSIGNEE/NOTIFYEE:        VENTURE SUPPLY, INC.
                          1140 AZALEA GARDEN ROAD
                          NORFOLK, VIRGINIA 23502
                          TEL:  757-855-5433
                          FAX:  757-857-0283

AGENT VENTURE SUPPLY INC.:

QINGDAO   PORT   JINTONG   FREIGHT   TRANSPOTATION   CO.,   LTD.

## 泰山石膏股份有限公司有关出口情况报告

我公司隶属中国建材集团，产品为纸面石膏板，年产量为 3.2 亿平米，在行业中属于技术领先企业。纸面石膏板是一种新型装饰材料，主要用于各类民用、公用建筑室内吊顶、隔墙，它具有质轻、易安装、保温性能好、防火等特点，可钉、可锯、可钻孔，易于施工。纸面石膏板在欧美国家已有 100 多年的生产使用历史，是一种最受欢迎的装饰装修材料之一。石膏板在我国也有 30 多年的生产使用历史了。我公司生产的石膏板是一种是国家推广使用的新型环保建材，不含有害物质，无任何辐射超标现象。我公司"泰山牌"纸面石膏板获有"中国名牌产品""中国驰名商标产品""中国环境标志产品认证证书""国家康居示范工程选用产品"等荣誉称号。

我公司严格按照 ISO9001、ISO14001 国际认证体系要求并按时审核。我公司遵循"信誉第一、质量为先"的方针严格控制产品质量关。正常生产过程中，我公司严格按照 GB/T9775-1999 国家标准组织生产，每个生产班次都有质检员跟踪监测产品质量。公司设有质量保证部负责产品抽检、质量跟踪，对生产单位提出科学指导和整改意见，并设有专人负责售后服务、市场反馈工作。我公司以国内市场为主要战场，每年仅有一小部分出口。最近三年出口情况如下：

2006 年全年销售额 9.02 亿元，出口额为 2258 万元，占 2.5%，其中出口美国金额为 59.41 万美元，占总额的 0.447%。

2007 年全年销售额 11.8 亿元，出口额为 1591 万元，占 1.34%，没有出口美国的业务。

2008 年全年销售额 16.9 亿元，出口额为 1224 万元，占 0.724%，其中出口美国金额为 1.61 万美元，占总额的 0.0051%。

其中 2006 年出口业务为美国 VENTURE SUPPLY INC(闻绰物资供应公司)在 2 月份、7 月份的两次发货。VENTURE SUPPLY INC(闻绰物资供应公司)派代表 Phillip Perry 先生来我公司考察工厂、签订合同、监督生产、安排发运等事宜。合同规定我们参照 GB/T9775-1999 相关标准进行生产，现场由 Phillip 先生监督。买方提供了其特定的包装标计"VENTURE SUPPLY"封边胶带。在生产之初，Phillip Perry 先生现场监督、亲自检测、随时抽检产品。经过严格测量石膏板的长宽厚误差、楔形边深度、宽度后，Phillip Perry 先生表示产品符合其要求。在 Phillip Perry 先生同意的前提下，我们开始按合同数量为 VENTURE SUPPLY（闻绰物资供应公司）生产石膏



EXHIBIT NO.

L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025222

板直至生产完毕。在工厂装运出厂前，Phillip Perry 先生再次来到工厂验货，验货合格后开始运输上港，Phillip Perry 先生直至监督所有货物装上船才回美国。至此我公司也按合同规定完成了 FOB 交货。在 2006 年 10 月份之后，我们也多次催促 VENTURE SUPPL 继续下订单同时追问跟踪客户接货的情况。Phillip Perry 先生反馈说我公司石膏板到达目的港（诺福克港，弗吉尼亚州）后受到市场的欢迎，已经应用到工程上，无不良反馈；但是由于海运费涨幅太大、当地石膏板价格有下降趋势，后续订单还需待定。

2008 年 8 月分出口美国的订单为客户 GUANGDONG DEVELOPMENT(广东发展贸易公司)发往美属塞班岛有客户需求石膏板的订单。由于塞班岛远离美国大陆，其石膏板标准不同于 ASTMC36 标准。经协商，广东发展公司要求按照 GB/T9775-1999 生产其所需石膏板。由于发货量较少（不足 1 万平米），客户表示到工厂现场考察费用较高，便要求看样订货。我公司寄样后，对方收到样品表示满意发货。发货后，我公司进行了售后服务调查，客户表示收到货物令人满意，市场认可产品质量。

总之，我公司出口订单没有接到国外客户任何质量异议，客户均表示接受我公司产品认可产品质量。

近三年以来受人民币升值、海运成本提高、国内制造成本提高等因素影响，石膏板出口受到的制约也越来越多，出口业务量大幅降落。

泰山石膏股份有限公司

2009 年 7 月 27 日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# Tai Shan Gypsum Co., Ltd Export Report

The Company is a subsidiary of China National Building Materials Group and engages in the production of gypsum plasterboard with an annual production of 320million square meters, which establishing its leading position in the industry. As a new finishing material, gypsum plasterboard is mainly used in residential and public buildings for interior integrated ceiling and partition walls, and has the characteristics of lightness, easy installation, thermal insulation and fireproofing, enabling constructor to nail, saw and drill a hole on it and making the construction more easy. Plasterboard has been produced and used for over 100 years for it is a very popular finishing material and it also has more than 30 years of production and using history in China. Our plasterboard is produced from new environment protection materials promoted by Chinese government which does not contain any harmful materials nor being detected any radiation exceeding the standard. Our "Taishan" brand plasterboard has been successively awarded honors, including "Chinese Famous Brand Products", "Chinese Well-known Trademark", "China Environmental Labeling Products Certification" and "National Healthy Demonstration Projects Selected Products".

The Company strictly complied with the international certification system ISO9001 and ISO14001 and reviewed the complementation regularly. In adherence to the principle of "Credit and Quality First", we managed a strict control of products quality. During the normal production process, we stuck to the national standard GB/T9775-1999, according to which we organized the production and assigned a quality inspector to each shift to track and monitor the quality of products. The Company has established a Quality Assurance department, responsible for random inspection, quality tracing and providing scientific guidance and improving suggestions for the production unit, meanwhile appointed a person specifically in charge of customer service and market feedback. Our company takes domestic market as our principle market, so there are only a small portion of our products are exported. Following shows the export for the last three years:

The total sales for the year 2006 was RMB902million and export was RMB22.58million, representing 2.5% of the total sales and amount from exports to America was US$594,100, representing 0.447% of the total sales.

The total sales for the year 2007 was RMB1.18billion and export was RMB15.91million, representing 1.34% of the total sales and no exports to America

was occurred.

The total sales for the year 2008 was RMB1.69billion and export was RMB12.24million, representing 0.724% of the total sales and amount from exports to America was US$16,100, representing 0.0051% of the total sales.

The export business to America in 2006 was for VENTURE SUPPLY INC and the goods were delivered two times in February and July separately. VENTURE SUPPLY INC sent a representative Mr. Phillip Perry, who was responsible for visiting our plant, entering the contract, monitoring the production and making an arrangement for delivery. Pursue to the contract, we were subject to carry out the production according to the relevant standard of GB/T9775-1999 and Mr. Phillip would supervise the production on site. The vendor provided their specifically designed edge sealing tape "VENTURE SUPPLY". At the beginning of production, for the products, Mr. Phillip Perry executed on-site supervision, checking in person and random inspection. After carefully measuring the alignment error of length, width and thickness, the depth of feather edge and the breadth of the plasterboard, Mr. Phillip Perry satisfied that the products met the requirements. With the consent from Mr. Phillip Perry, we commenced the production of plasterboard in quantity specified in the contract for VENTURE SUPPLY till completed the production. Before the packaged products left the factory, Mr. Phillip Perry came to the plant again to inspect the goods. Not untill all the goods passed the inspection, they were transported to the port. Mr. Phillip Perry supervised the whole process from the beginning to the goods were loaded onto the ship, then he went back to America. Thus, the Company had delivered the goods on FOB terms as placed in the contract. After October 2006, we repeatedly requested VENTURE SUPPL to place an follow-on order and feedback information on receipt of goods by customers. Mr. Phillip Perry replied that our plasterboard after arriving at the destination (Norfolk, Virginia) was well received by the market and had already been used in the projects, without having any negative feedback. However, due to the shipping cost increased significantly and the local plasterboard price had a trend of decreasing, therefore the decision on placing follow-on order was undermined.

The export order to America in August 2008 was placed by customer GUANGDONG DEVELOPMENT which received an order from a customer requiring plasterboard and delivered to Saipan Island. As Saipan Island away from the continent of America, the plasterboard standard there is different from ASTMC36. Through negotiation, GUANGDONG DEVELOPMENT would produce the plasterboard according to

GB/T9775-1999. As the delivering amount was low (less than 10,000 square meters), the customer considered the on-site visit cost was high and decided to place the order after looking at the sample. After checking the sample we sent to them, they expressed their satisfaction and agreed to deliver the goods. After the delivery, the Company conducted customer service survey and was told that the customer was satisfied when received the goods which were well recognized by the market.

In summery, our export orders have not received any complains on products quality from foreign customers and all the customers accepted our products as well as its quality.

In last three years, affected by the appreciation of RMB, increase of shipping cost and the growing cost of domestic manufacture, the export of plasterboard was restricted by various factors more than before, resulting in a dramatic decrease in export business.

Tai Shan Gypsum Co., Ltd
27th July 2009

| ⟁ | ⟁ | ⟁ | ⟁ | ⟁ | ✕ | ◆ | ◆ | ? | | Close |

**:om:** Jim Geary
**To:** Rayna Atzenhoffer
**Cc:**
**Subject:** FW: quality report
**Sent:** 5/24/2006 8:43 AM                                   **Importance:**   Normal

-----Original Message-----
**From:** David Zhang [mailto:dzhang@metroresourcescorp.com]
**Sent:** Tuesday, May 23, 2006 5:44 PM
**To:** jgeary@interiorexterior.net
**Cc:** tliang@metroresourcescorp.com
**Subject:** quality report

Jim:

Attached testing report is for your reference. If Chinese plant couldn't pass this test, they couldn't stamp "MADE IN CHINA, MEET OR EXCEED ASTM C1396 04 STANDARD". This testing report expiring date is on February 15, 2007.

Regards,
David

🗎Inspection Certificate 062019-2.jpg  🗎Inspection Certificate 062019-1.jpg



INT/EXT01180

国家建筑材料工业
装饰装修建筑材料质量监督检验测试中心
Quality Supervision and Inspection Center of National Building
Materials Industry for Decorating and Finishing Building Materials

# 检 验 报 告
## TEST  REPORT

No. 062019

共2页 第1页 (page 2-t)

| 产品名称<br>Product | 石膏墙板<br>Gypsum Wallboard | 型号规格<br>Type and<br>Dimension | 3660mm×1220mm×12.7mm |
| | | 商 标<br>Trademark | 泰山 |
| 委托单位<br>Entrusted by | 泰安市泰山石膏板有<br>限公司<br>Taian Taishan Plasterboard<br>Co.,Ltd. | 检验类别<br>Test Mode | 委托检验<br>Delivered Sample Test |
| 生产单位<br>Manufacturer | 泰安市泰山石膏板有<br>限公司<br>Taian Taishan Plasterboard<br>Co.,Ltd. | 样品等级<br>Sample Grade | 合格品<br>Qualified |
| 抽样地点<br>Sampling Site | / | 样品状态<br>Sample State | 完好，适合检验<br>Well, Suitable To Be Tested |
| 样品数量<br>Sample Quantity | 1组<br>A Set | 送样日期<br>Delivered Date | 2006.2.12<br>Feb.12, 2006 |
| 抽样基数<br>Cardinal Number | / | 抽样者<br>Sampling Identity | / |
| 检验依据<br>Test Basof Date | ASTM C 473-03 | 生产日期<br>Produced Date | 2006.02.09<br>Feb.9, 2006 |
| 判定依据<br>Judgment Based Upon | ASTM C 1396/C 1396M-04 | 检验项目<br>Tests Item | 全部（限认证所需某项）<br>Complete（except those tested index） |
| 检验结论<br>Conclusion | 按附美国标准 ASTM C 473-03（石膏板产品物理力学性能测试方法）中方法 A 对石膏墙板（3660mm×1220mm×12.7mm）进行委托检验，检验结果为所测指标符合 ASTM C 1396/C 1396M-04《石膏板》标准要求。<br>The product (3660mm×1220mm×12.7mm) of gypsum wallboard delivered by the manufacturer was tested in accordance with the method A of test methods ASTM C 473-03 Test Methods for Physical Testing of Gypsum Panel Products. The conclusion is that the testing datum of the product meet the ASTM C 1396/C 1396M-04 Gypsum Board.<br>签发日期：2006 年12 月10 日<br>Signed Date：Dec.10,2006 | | |
| 备 注<br>Remarks | 本检验报告仅对来样负责，有效期为自签发之日起一年。<br>The test report is responsible only for the sample delivered by the manufacturer. The valid period of the test report will only be within one year exactly after the signed date. | | |

批 准:<br>Approver:

审 核:<br>Checker:

编 制:<br>Drawer:

国家建筑材料工业
装饰装修建筑材料质量监督检验测试中心
Quality Supervision and Inspection Center of National Building
Materials Industry for Decorating and Finishing Building Materials

# 检 验 报 告
## TEST REPORT

No. 062019      共2页 第2页    (page 2-2)

| 序号 Nº | 检验项目 TEST ITEM | | | 单位 UNIT | 检验结果 TEST VALUE | 标准指标 STANDARD VALUE |
|---|---|---|---|---|---|---|
| 1 | 断裂荷载 Flexural Strength (Breaking Load) | 垂 直 Bearing Edges Perpendicular to Panel Length | 正面向上 Face Up | N | 561 | ≥450 |
| | | | 正面向下 Face Down | | 598 | |
| | | 平 行 Bearing Edges Parallel to Panel Length | 正面向上 Face Up | N | 223 | ≥178 |
| | | | 正面向下 Face Down | | 265 | |
| 2 | 受潮挠度 Humidified Deflection | | | mm | 5.6 | ≤32 |
| 3 | 硬 度 Hardness | 板芯 Core | | N | 126 | ≥57 |
| | | 端头 End | | | 134 | |
| | | 棱边 Edge | | | 114 | |
| 4 | 握钉力 Nail Pull Resistance | | | N | 401 | ≥356 |
| 5 | 尺 寸 允许偏差 Dimensions and Tolerances | 厚 度 Thickness | 平均 Average | mm | +0.1 | ±0.4 |
| | | | 最大 Max. | mm | +0.3 | ±0.8 |
| | | 宽度 Width | | mm | -2 | 0~-3 |
| | | 长度 Length | | mm | -1 | ±6 |
| | | 楔形棱边深度 Tapered Edge Depth | | mm | 0.73 | 0.61~2.29 |
| | | 端头垂直度 End Squareness | | mm | 1 | ±8 |
| | | 棱边、端头平直度 Edges and Ends | | — | 平直 straight | 平直 straight |
| 6 | 外观质量 Appearance | | | — | 完好 perfect | 完好 perfect |
| 7 | 火焰传播指数 Flame Spread Index | | | — | 5 | ≤25 |

说 明 REMARK
按照美国标准 ASTM C 473-08 《石膏板产品物理力学性能测试方法》中方法 A 对试样品进行检验。
The sample was tested in accordance with the method A of test methods ASTM C 473-08 Test Methods for Physical Testing of Gypsum Panel Products.

批 准：   审 核：   制 表：
Approver:   Checker:   Drawer:

# TAIAN TAISHAN PLASTERBOARD CO., LTD.

SOUTH SUBURB OF TAIAN, SHANDONG, CHINA

# INVOICE

INVOICE NO.: SDTH0622                          DATE: JULY, 03, 2006
TO: TRIAX TRADING & LOGISTICS, LLC
FROM: QINGDAO                           TO:   NEW ORLEANS, LA

| SHIPPING MARK | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | FOB QINGDAO |
| APIC BUILDING MATERIALS | 4FT X 12FT X1/2 IN GYPSUM BOARD | 5676PCS | USD4.25 | USD24123.00 |

EXHIBIT NO. 16
L. GOLKOW

CONFIDENTIAL — SUBJECT TO



泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

2006年 9月 15 日

137090626307
No 00012416

出口企业名称: 泰安市泰山纸面石膏
Exporter NEWAN TAISHAN PLASTE

登记证号: 370911785030460

No: 370911785030460

出口企业地址: 泰安市
Address: DAWENKOU TAI AN CITY

-538-8811369     电话    86-538-8811369

-538-8811369     Fax:   86-538-8811369

成交方式: CIF   提单
Term of Delivery: CIF   B/L

致: GD DISTRIBUTORS,LLC
To: GD DISTRIBUTORS,LLC

CIF
CIF

青岛   目的地: 新奥尔良
INGDAO   To:   New Orleans

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| | GYPSUM BOARD 3660*1220*12.7 | 1320PCS | USD8.7888/PCS | USD11601.22 |

合 计:
TOTAL: USD11601.22

单位名称:(盖章)
Signature
(本发票手写无效)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

EXHIBIT NO. 17
L. GOLKOW

TG 0020107

| From: | 8812017538 <8812017538@163.com> |
|---|---|
| Sent: | Monday, November 20, 2006 8:34 AM (GMT) |
| To: | owen li <owen23@163.com> |
| Subject: | FW:re: gypsum board and metal stud(by 881 2017538@163.com) |

---------- 转发邮件信息 ----------
From:"Walter Yu"
Date:2006-11-19 14:08:01
Subject:re: gypsum board and metal stud
To:"" <8812017538@163.com>

Hi Frank,

Thanks for your mail!
Please quote us your best prices of the items we are looking for! The list of items and spec and standards as the mail I send you yesterday.

Regards,
Walter?br />

??: "8812017538" <8812017538@163.com>
???: 2006?11?18? 0:58
?: walteryu@in-export.net
??: gypsum board and metal stud

Dear Mr. Walter,
牋?It is very nice to talk with you about the gypsum board and metal stud on the phone thius afternoon.?
I would like to take this opportunity to introduce our company and products.
牋 Shandong Taihe Dongxin Co., Ltd is one of the biggest company which is devoting in gypsum board and relative products in China. The company is authorized by the certification of ISO 9001, and ISO14001.?TAISHAN" brand gypsum board is appointed as "CHINA TOP BRAND PRODUCTS", "MOST INFLUENTIAL GYPSUM BOARD BRAND?IN CHINA". And?our 1/2" board passes the ASTM C1396 and ASTM C36 test.燭he 19 subordinate-factories, which distribute all around China, reach the annual production of 280 million?square meters of gypsum board and 38% of the domestic market share. We largely and steadily export our gypsum boards to the U.S.A., Southeast Asia, MIddleeast, Russia, Urkrain and so on. Our board is nominated by IQAC, US-ETCC and CCPIT as "China Famous Exporting Brand Products".?/div>
牋 We have already expored more than 15 million square meters of gypsum board 爐o the USA since the beginning of this year. We are the first who use container to export?gypsum board to USA in China, we have the professional salespersons and workers for USA market. And we got enough experiences on?quality-control, packing and shipment of gypsum board for U.S. market. The largest shipment for one time we load牋by break bulk is 500 thousand sheets of 1/2"*4'*12'?board .?/div>
牋 Please check the attachment for爏ome pictures of�technacking of container and break bulk for gypsum board. Also please find some metal stud sample in the attachments.
?/div>
牋 Any question please contact us.

Peng
EXHIBIT NO. 18
1/13/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

?/div>
?Best?wushes!
?/div>
Yours faithfully
Export manager ?/div>
Frank
0086-538-8812017
賤
?賤

? ? ? ? ? ? ? ?
? ? 126 ? ? ? ? ? 3G ? ?.280 ? ? ? ? ?!

你邮箱里居然有积分,这你知道吗?
邮箱积分居然能换20元钱,这你也知道吗?点此兑换20元 >>

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0022596

From:       8812017538 <8812017538@163.com>
Sent:       Friday, May 11, 2007 10:00 AM (GMT)
To:         zhyg_869@163.com
Subject:    泰山石膏板
Attach:     100_0584.JPG

张先生：

　　您好！十分高兴与您联系.

　　山东泰和东新股份有限公司是国家重点新型建材生产企业，国内最大的纸面石膏板生产基地，中国建材百强企业，世界十强之一。公司拥有十几个分公司，分布于山东、江苏、山西、河北、湖北、新疆等省。年产2.6亿平方米石膏板，国内市场占有率达35%，"泰山"牌石膏板先后获得"中国名牌产品"、"中国驰名商标产品"。我公司产品远销到东南亚、中东、美国、俄罗斯、乌克兰、南非等国家和地区。去年出口美国石膏板1800万平方米，12.7mm石膏板业已通过美国专业ASTM检验。根据您要求，报价如下：

　　　　普通纸面石膏板12.7*1220*3660mm  76张/件   5.8元/平方(含包装胶合板托架、石膏护板、塑料罩衣、钢带捆扎)。附件另附包装图，请参阅。

　　如有疑问，敬请联系！


彭文龙

*Yours faithfully*

*Frank*

*TAIHE DONGXIN CO., LTD*

*8812017538@163.com*

*TEL:0086-538-8812017*



Peng
EXHIBIT NO. 19
1/13/12
L. GOLKOW

EXHIBIT NO. 19A
1-9-12
L. GOLKOW

免费试玩2006中国最佳网络游戏--梦幻西游

CONFIDENTIAL --- SUBJECT TO
PROTECTIVE ORDER

TG 0022728

**Updated Peng Tr. Pl's Ex. 19A**

**(English Translation of Peng Tr. Pl's Ex. 19)**

From: 8812017538<8812017538@163.com>
Sent: Friday, May 11, 2007 10:00 AM (GMT)
To: zhyg_869@163.com
Subject: Taishan gypsum boards
Attach: 100 0584.JPG

Hello, Mr Zhang! Its' very nice to contact with you.

Shandong Taihe Dongxin Co., Ltd. is a national key manufacturer of new building materials, one of the largest production base of paper-faced gypsum boards, one of top hundred enterprises in building materials industry of china, and one of top ten enterprises in the world. The company has a dozen of branch companies distributed in Shandong, Jiangsu, Shanxi, Hebei, Hubei, Xinjiang and other provinces. Its annual output of gypsum boards is 280 million square meters, and the domestic market share is 35%, "Taishan" gypsum boards successively win titles of "China Top-brand Product" and "China Well-known Trademark product". Products of our company have been sold to Southeast Asia, Middle East, the United States, Ukraine, South Africa and other countries and regions. The export of gypsum boards to the United States last year was 18 million square meters, and the 127mm gypsum board has passed the US Professional ASTM Inspection. Based on your requests, I can provide you with the quotation as follows:

Standard paper-faced gypsum board 12. 7*1220*3660 76 sheets/item 5.8 yuan/m2 (containing plywood pallet, protective gypsum board, plastic gowns and steel strapping). The package drawing is seen attached, please refer to it.

Contact me if you have any questions!

Peng Wen-Long

Yours faithfully

Frank

8812017538@63.com

TEL: 0086-538-8812017

Play the demo of 2006 China best online game - Fantasy Westward Journey

Translation of TG 0022728
TRANSLATIONS PROVIDED BY TAISHAN - FINAL

| From: | 8812017538 <8812017538@163.com> |
|---|---|
| Sent: | Thursday, August 30, 2007 3:36 AM (GMT) |
| To: | Jacky Yu <jyu@industriaplex.com> |
| Subject: | Re: metal stud visit |

Dear Mr. YU,
 Thank you very much for your great effort.

 You are welcome to our factory anytime. I am looking forward to meeting you face to face.

 Thank you again!

*Yours faithfully*

*Frank*

*TAIHE DONGXIN CO., LTD*

*8812017538@163.com*

*TEL:0086-538-8812017*

在2007-08-30. "Jacky Yu" <jyu@industriaplex.com> 写道：

Thank you for your info Frank,

I have sent your introduction to US counterpart today. I will let you know once anything has developed. Probably I will visit your factory in Sep. since I will attend a hardware show held in Sep. from 14~16.

Hope to see you soon.

Kindness Regards

Jacky



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

发件人：8812017538 [mailto:8812017538@163.com]
发送时间：2007年8月29日 18:29
收件人：Jacky Yu
主题：Re:metal stud

Dear Mr. Yu,

Thank you very much for your kindly attention on our business. I am sorry for relplying you so late.

I would like to take this opportunity to introduce our company and products as following:

Shandong Taihe Dongxin Co., Ltd is one of the biggest gypsum board and metal studs factory in China. We have 19 branch factories distribute around in China with the annual prduction of 260 million square meters of gypsum board and 8000 tons of metal frame. We have got the certificate of ISO9001\ ISO14001. Our gypsum board reach more than 30% of the demestic market. We also export to USA\RUSSIA\INDINESIA\PHILLIPIN\UAE\SAUDI ARABA\SOUTH AFRICA\KAZAKHSTAN\QATAR and so on.

We export the metal frame especially to USA such as New York and Norfolk. There are many sizes such as 41*30*0.43, 61*30*0.43, 89*30*0.43, 150*40*0.7, 152*30*1.37. We also would like to send some packing picture for your reference.

Any further information please visit www.taihegroup.com .

Thank you and best wishes!

*Yours faithfully*

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021370

*Frank*

*TAIHE DONGXIN CO., LTD*

*8812017538@163.com*

*TEL:0086-538-8812017*

在2007-08-28，"Jacky Yu" <jyu@industriaplex.com> 写道：

Hi Mr. Peng,

It's nice to talk with you just now. I am Jacky Yu working as an Asia Metal Sourcing for BXC based in Shanghai. You can find my contact info from below. For more info about our company you can link below for visit: www.bluelinxco.com

Right now I am searching for some new potential suppliers which specialize in making metal stud and truck. As a USA company we mainly deal in North America Market, so it is necessary that you must have business experience with US customer. Would you pls introduce me your company such as how big your company? How long have you in biz with US? Who are the top 5 customers? Etc.

Hopefully I can get some chance to visit your factory in the future.

I look forward to receiving your reply soon.

Kindnest Regards

Jacky Yu

Metal Sourcing Specialist-Asia

jyu@industriaplex.com

Cell:(86) 1391-6088-932

Office:(86-21)6888-4788*825

Fax:(86-21)6888-4900

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021371

**Industriaplex Inc. Shanghai Rep. Office for BXC Team**

Room#2201~2202,West Tower of Eton Place,

No.69 Dongfang Road,Pudong,

Shanghai 200120,PRC

www.bluelinxco.com

www.industriaplex.com

---

网易 Yeah.net 邮箱夏日大变脸,带你感受新一代邮箱的全新魅力 >>

---

网易 Yeah.net 邮箱夏日大变脸,带你感受新一代邮箱的全新魅力 >>

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021372

| | |
|---|---|
| **From:** | 8812017538 <8812017538@163.com> |
| **Sent:** | Monday, August 6, 2007 3:53 AM (GMT) |
| **To:** | joew@oegusa.com |
| **Cc:** | Bill Che <sdth818@163.com> |
| **Subject:** | Re:SCHEDULE |

Dear Mr. Ernest,

  Thank you very much for your kindly attention.

  1. We have already laoded the last two contianers of the six containers on 4th, August.

  2. And we have finished half of the seven contianers until yesterday. We can finish all seven contaienrs not later than 11th August. And we adjust the mold accordingly meantime. The new mold will be available about twenty days later.

  3. Our bank is still waiting for your bank's formal notice which should mention the changed beneficairy and new account. Please ask your bank inform our bank in the earliest time. It is very important and urgent.

  4. Since we have deliverd all of the six containers, please pay the rest amount for the six containers.
  ALso please arrange the deposit for the next seven containers. Please send all the payment to TAIAN JINDUN BUILDIGN   MATERIALS CO., LTD.

  Thank you and best wishes!

*Yours faithfully*

*Frank*

*TAIHE DONGXIN CO., LTD*

*8812017538@163.com*

*TEL:0086-538-8812017*

在2007-08-06，"Joseph Weiss" <joew@oegusa.com> 写道：

```
Could you please update me on the status of the orders?
The 2 containers from the 6, did you ship?
When are you ready for the next 7 containers with the new mold?
```

人山人海盛景,尽在梦幻西游

Peng

EXHIBIT NO. 21
1/13/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021964

| | |
|---|---|
| **From:** | SRS0=RZaiqM=M7=mycingular.blackberry.net=joew@srs.bis.na.blackberry.com on behalf of<br>Joseph Weiss <joew@oegusa.com> |
| **Sent:** | Thursday, August 2, 2007 3:04 AM (GMT) |
| **To:** | Bill Che <sdth818@163.com> |
| **Subject:** | Re: |

Dear bill,

My bank says that they sent the information about changing the account to your bank, I don't know how they sent it, maybe fax or telex, I am not sure please tell me if you still have a problem.

-----Original Message-----
From: wuyu <sdth818@163.com>

Date: Wed, 1 Aug 2007 12:41:15
To:joew@oegusa.com
Subject: Re:

Dear Mr. Joes,
I am glad to receive your email and thanks for your kindly attention. We have been informed of your payment for the deposit of the six containers from our bank.. But we can not withdraw the money, because our bank has to receive your bank's note which mentions the change of our information including the company name, account number. We would like to show the detail information at the end of email.  So it is very important and urgent to ask your bank to inform our bank of the changed information.
Another, I send the price to you as following:
QC150*40*10*1.37*3045mm size FOB (Qingdao port) price USD5.4728/pc;
QU153*40*1.37*3045mm size FOB (Qingdao port) price USD5.2146/pc;
There are 4 containers have been delivered; they will leave Qingdao port in 3rd August. Please arrange the payment accordingly.

Our new bank information should be:
COMPANY: TAIAN JINDUN BUILDING MATERILS CO., LTD
BANK: AGRICULTURAL BANK OF CHINA, TAIAN BRANCH
BANK ADDRESS: 96 YINGXUAN ROAD, TAIAN, CHINA
ACCOUNT:15510414040000867
SWIFT BIC: ABOCCNBJ150

Thanks and best wishes!
Yours faithfully

--
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com
在2007-08-01, "Joseph Weiss" <joew@oegusa.com> 写道：
  Dear bill, I would like you to quote me a good price on the following: C150*40*10*1.37*3045 U153*40*1.37*3045 I will need 2 additional containers(about 55MT) just from these 2 items, I will do the layout of the containers, after I get the prices and we confirm the order. Joseph Weiss Also can you please confirm that you received the money for the deposit of the 6 containers?(There was the problem with the bank account, is it OK now?)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021966

| From: | wuyu <sdth818@163.com> |
|---|---|
| Sent: | Saturday, July 21, 2007 2:37 AM (GMT) |
| To: | joew@oegusa.com |
| Subject: | Re: |

Dear Mr. Joes,

Thanks for your email and your kindly attention; I have received your deposit, but my friend, you should pay it to my account of the new company we signed contract .Our bank tell me that you can only ask your bank to change the account and name of the beneficiary. The message of our new company is attached in the contract we sent to you. You need not pay once more. also please sign the contract and send it to me.

Thanks and best wishes!

Yours faithfully

--

车刚

Bill  Cher

13561759284

E-mail:SDTH818@163.com

MSN:wuyu374@hotmail.com

在2007-07-19, "Joseph Weiss" <joew@oegusa.com> 写道：

Please see attached TT for USD38,280 for deposit for first 6 containers of order #6, please confirm

---

**Joseph Weiss**

## OEG Building Material

Phone:  (973) 491-6900

Fax:      (973) 491-6901

Mobile: (917) 440-3832

Email:   joew@oegusa.com

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021991

| From: | Richard Hannam <woodnation@verizon.net> |
| To: | David Wei <bnbmusa@msn.com> |
| CC: | Mr. Peng <clempwl123@163.com> |
| Sent: | 6/3/2006 1:34:39 PM |
| Subject: | Fw: (by clempwl123@163.com)Fw: TTPC END TAPE |

Hello David,

Please note revisions in RED.

Regards
Richard

----- Original Message -----
From: Richard Hannam
To: David Wei
Sent: Monday, May 29, 2006 11:10 PM
Subject: Fw: TTPC END TAPE

Hello Chunshan,

Please ask Taian Taishan Plasterboard Co., Ltd. to end tape, print on the back and edges as follows:

END TAPE FOR *REGULAR*:
TTPC 1/2" 4' x 12' PER ASTM C 1396 04    TTPC 1/2" 4' X 12' PER ASTM C 1396 04    TTPC 1/2" 4' X 12' PER ASTM C 1396 04
*prefer blue back ground*

END TAPE FOR *CEILING*:
TTPC 1/2" 4' X 12' CEILING PER ASTM C 1396 04    TTPC 1/2" 4' X 12' CEILING PER ASTM C 1396 04    TTPC 1/2" 4' X 12' CEILING PER ASTM 1396 04
*any color but not the same as the 'Regular' end tape*

PRINTING ON TAPERED EDGE OF *CEILING*:
1/2" CEILING PER ASTM C 1396 04    1/2" CEILING PER ASTM C 1396 04    1/2" CEILING PER ASTM C 1396 04
*The printed lettering should be 16mm to 19mm in height and printed on the taper. The bottom of the lettering should be within 7mm to 10mm from the outside edge of the piece of drywall*

PRINTING ON BACK OF REGULAR:
GYPSUM DRYWALL
MANUFACTURED BY TAIAN TAISHAN PLASTERBOARD CO., LTD PER ASTM C 1396 04
CONTACT: 813-994-6499 TAMPA, FL

PRINTING ON BACK OF CEILING:
CEILING GYPSUM BOARD
MANUFACTURED BY TAIAN TAISHAN PLASTERBOARD CO., LTD PER ASTM C 1396 04
CONTACT: 813-994-6499 TAMPA, FL

Note: Please do not print anything on the drywall except in English.

For every thirty containers of drywall, make ten of those thirty containers 'Ceiling' .

Regards,

*Peng*
EXHIBIT NO. 22
1/13/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001377

Richard

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001378

From:        8812017538 <8812017538@163.com>
Sent:        Tuesday, October 9, 2007 9:01 AM (GMT)
To:          Jacky Yu <jyu@industriaplex.com>
Subject:     metal stud customer

Dear Mr. Yu,
   Thank you very much for your kindly attention.

   Our customer is OEG BUILDING MATERIAL, (16th Ave. Suit #334 Brooklyn NY). I was told that they moved to new address, I am not very sure about the exact address. I will try to get the new address, and will inform you then.

   Thank you and best wishes!

*Yours faithfully*

*Frank*

*TAISHAN GYPSUM CO., LTD.*

*(TAIHE DONGXIN)*

*8812017538@163.com*

*TEL:0086-538-8812017*

在2007-09-30，"Jacky Yu" <jyu@industriaplex.com> 写道：
   Taking On National Holiday from 1to7/Oct.Returning office on Oct8.I will check my email periodically.Urgent case pls reach my cell phone at +0086-139-1608-8932,Thank you!

 把爱心注入牛奶，共同凝聚这份力量
快来参加蒙牛免费赠奶爱心行动



PENG
EXHIBIT NO. 6
4-7-11
L. GOLKOW

Peng
EXHIBIT NO. 23
1/13/12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0022650