Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____        § MDL NO. 2047
                               §
IN RE:                         §
CHINESE-                       § SECTION: L
MANUFACTURED                   §
DRYWALL PRODUCTS               § JUDGE FALLON
LIABILITY                      §
LITIGATION                     § MAGISTRATE
_____        § JUDGE WILKINSON

- - -

CROSS NOTICED IN VARIOUS OTHER ACTIONS

- - -

April 6, 2011

- - -

CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW
- - -
        Videotaped deposition of JIANCHUN
ZHANG, held at 3 Pedder Street, Central,
Hong Kong, China, commencing at 9:12
a.m., on the above date, before Linda L.
Golkow, Certified Court Reporter,
Registered Diplomate Reporter, Certified
Realtime Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
ph 877.370.3377 | fax 917.591.5672
deps@golkow.com

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:
 2
 3
        COLSON HICKS EIDSON
 4      BY:  PATRICK S. MONTOYA, ESQUIRE
        255 Alhambra Circle
 5      Penthouse
        Coral Gables, Florida 33134
 6      (305) 476-7400
        patrick@colson.com
 7      Representing Plaintiffs' Steering
        Committee in the Federal and State
 8      Coordinated Actions
 9
10
        SEEGER WEISS LLP
11      BY:  CHRISTOPHER A. SEEGER, ESQUIRE
        BY:  JEFFREY S. GRAND, ESQUIRE
12      One William Street
        New York, New York 10004
13      (212) 584-0700
        cseeger@seegerweiss.com
14      jgrand@seegerweiss.com
        Representing the Plaintiffs' Steering
15      Committee
16
17
        LAW OFFICES OF RICHARD SERPE, P.C.
18      BY:  RICHARD J. SERPE, ESQUIRE
        580 East  Main Street
19      Suite 310
        Norfolk, Virginia 23510
20      (757) 233-0009
        rserpe@serpefirm.com
21      Representing the MDL Plaintiffs and
        the Germano Plaintiffs
22
23              -  -  -
24
```

Confidential - Subject to Further Confidentiality Review

```
 1
    APPEARANCES (CONTINUED):
 2
 3
        HOGAN LOVELLS US LLP
 4      BY:  ERIC D. STATMAN, ESQUIRE
        BY:  RENEE GARCIA, ESQUIRE
 5      875 Third Avenue
        New York, New York 10022
 6      (212) 918-3000
        Renee.garcia@hoganlovells.com
 7      eric.statman@hoganlovells.com
        Representing Taishan Gypsum Co.
 8      Ltd. and Tai'an Taishan
        Plasterboard Company Ltd. and the
 9      Witness, Jianchun Zhang
10
11      HOGAN LOVELLS INTERNATIONAL LLP
        BY:  EUGENE CHEN, ESQUIRE
12      18th Floor, Park Place
        1601 Nanjing Road West
13      Shanghai, China 200040
        (86 21) 6122 3800
14      eugene.chen@hoganlovells.com
        Representing Taishan Gypsum Co.
15      Ltd. and Tai'an Taishan
        Plasterboard Company Ltd. and the
16      Witness, Jianchun Zhang
17
18      HOGAN LOVELLS INTERNATIONAL LLP
        BY:  STACY YUAN, ESQUIRE
19      31st Floor - Tower 3
        China Central Place
20      Beijing, China 100025
        (86 10) 6582 9488
21      stacy.yuan@hoganlovells.com
        Representing Taishan Gypsum Co.
22      Ltd. and Tai'an Taishan
        Plasterboard Company Ltd. and the
23      Witness, Jianchun Zhang
24
```

Confidential - Subject to Further Confidentiality Review

Page 4

```
 1
 2    APPEARANCES (CONTINUED):
 3
 4
        GREENBERG TRAURIG, LLP
 5      BY:  HILARIE BASS, ESQUIRE
        1221 Brickell Avenue
 6      Miami, Florida 33131
        (305) 579-0745
 7      bassh@gtlaw.com
        Representing the Home Builders
 8      Steering Committee
 9
10      GALLOWAY JOHNSON TOMPKINS BURR and
        SMITH
11      BY:  CARLINA C. EISELEN, ESQUIRE
        One Shell Square
12      701 Poydras Street, 40th Floor
        New Orleans, Louisiana 70139
13      (504) 525-6802
        ceiselen@gjtbs.com
14      Representing Interior/Exterior
        Building Supply
15
16
        PERKINS COIE LLP
17      BY:  DAVID L. BLACK, ESQUIRE
             CRAIG M.J. ALLELY, ESQUIRE
18      1899 Wynkoop Street - Suite 700
        Denver, Colorado 80202
19      (303) 291-2300
        DBlack@perkinscoie.com
20      Representing the State of Louisiana
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 5

```
 1
 2    APPEARANCES (CONTINUED):
 3
 4        WEINBERG, WHEELER, HUDGINS, GUNN &
          DIAL, LLC
 5        BY:  NICHOLAS P. PANAYOTOPOULOS, ESQ.
          3344 Peachtree Road, NE
 6        Suite 2400
          Atlanta, Georgia 30326
 7        (404) 876-2700
          npanayo@wwhgd.com
 8        Representing Various Banner
          Defendants
 9
10
          BRENNE, EVANS & MILLMAN, P.C.
11        BY:   THEODORE I. BRENNER, ESQUIRE
          411 East Franklin Street
12        Suite 200
          Richmond, Virginia 23218
13        (804) 644-1300
          Representing Tobin Trading Company
14
15
          McKENRY, DANCIGERS, DAWSON &
16        LAKE, P.C.
          BY:  J. BRIAN SLAUGHTER, ESQUIRE
17        192 Ballard Court
          Suite 400
18        Virginia Beach, Virginia 23462
          (757) 461-2500
19        Jbslaughter@va-law.org
          Representing Atlantic Homes LLC and
20        Multiple Other Virginia-Based
          Defendants
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 6

```
 1
 2    APPEARANCES (CONTINUED):
 3
 4        SHER GARNER CAHILL RICHTER KLEIN &
          HILBERT, L.L.C.
 5        BY:  MATTHEW C. CLARK, ESQUIRE
          909 Poydras Street
 6        Suite 2800
          New Orleans, Louisiana 70112
 7        (504) 299-2100
          mclark@shergarner.com
 8        Representing the Southern Home
          Defendants
 9
10
          SINNOTT, NUCKOLS & LOGAN, PC
11        BY:  KENNETH F. HARDT, ESQUIRE
          13811 Village Mill Drive
12        Midlothian, Virginia 23114
          (804) 378-7600
13        khardt@snllaw.com
          Representing Venture Supply, Inc. and
14        Porter-Blaine Corp.
15
16
17
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE:
 2
 3        KUCHLER POLK SCHELL WEINER &
          RICHESON LLC
 4        BY:  FRANCIS X. deBLANC, III,
          1615 Poydras Street
 5        Suite 1300
          New Orleans, Louisiana 70112
 6        (504) 592-0691
          slauricella@kuchlerpolk.com
 7        Representing Creola Ace Hardware and
          Thomas Gould Inc. in the MDL
 8
 9
          HUNTON & WILLIAMS LLP
10        BY:  A. TODD BROWN, ESQUIRE
          Bank of America Plaza
11        101 South Tryon Street
          Suite 3500
12        Charlotte, North Carolina  28280
          (704) 378-4700
13        Representing Stock Building Supply,
          LLC
14
15
          JONES, WALKER, WAECHTER, POITEVENT,
16        CARRERE & DENEGRE LLP
          BY:  MEGAN E. DONOHUE, ESQUIRE
17        600 Jefferson Street, Suite 1600
          Lafayette, Louisiana 70501
18        (337) 262-9062
          mdonohue@joneswalker.com
19        Representing Fireman's Fund Insurance
          Company
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES VIA TELEPHONE (CONTINUED):
 2
 3       DUPLASS ZWAIN BOURGEOIS PFISTER &
         WEINSTOCK
 4       BY:  PHILIP WATSON, ESQUIRE
         3838 N. Causeway Boulevard
 5       Suite 2900
         Metairie, Louisiana 70002
 6       (504) 832-3700
         pwatson@duplass.com
 7       Representing R&H Masonry, Inc., and
         Swedberg Enterprises, Inc.
 8
 9
         RUMBERGER, KIRK & CALDWELL, P.A.
10       BY:  ABIGAIL ROBERTS, ESQUIRE
         Brickell Bayview Centre
11       Suite 3000
         80 Southwest 8th Street
12       Miami, Florida 33130
         (305) 358-5577
13       aroberts@rumberger.com
         Representing Defendants' Liaison
14       Counsel for  Installers
15
16       PHELPS DUNBAR LLP
         BY:  MITCHELL P. HASENKAMPF, ESQUIRE
17       Canal Place
         365 Canal Street, Suite 2000
18       New Orleans, Louisiana 70130-6534
         (504) 584-9249
19       mitchell.hasenkampf@phelps.com
         Representing State Farm
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
                                                    Page 9

  1    APPEARANCES VIA TELEPHONE (CONTINUED):

  2

  3         FULMER LEROY ALBEE BAUMANN
            BY:  MICHAEL MCCAHILL, ESQUIRE
  4         2866 East Oakland Park Boulevard
            Ft. Lauderdale, Florida 33306
  5         (954) 707-4430
            mosscandace@fulmerleroy.com
  6         Representing Independent Builders
            Supply Association (IBSA)

  7

  8
            THOMPSON COE COUSINS & IRONS, L.L.P.
  9         BY:  SUZANNE M. PATRICK, ESQUIRE
            One Riverway, Suite 1600
 10         Houston, Texas 77056
            (713) 403-8210
 11         spatrick@thompsoncoe.com
            Representing The North River
 12         Insurance Company

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24
```

Confidential - Subject to Further Confidentiality Review

Page 10

```
 1   APPEARANCES VIA STREAM:
 2
 3       BECNEL LAW FIRM, L.L.C.
         BY:  ROBERT BECNEL, ESQUIRE
 4       106 W. 7th Street
         Reserve, Louisiana 70084
 5       (985) 536-1186
         robbecnel@aol.com
 6       Representing the Plaintiffs'
         Steering Committee
 7
 8
         QUINN EMANUEL URQUHART & SULLIVAN,
 9       LLP
         BY: CLINTON DOCKERY,  ESQUIRE
10       51 Madison Avenue, 22nd Floor
         New York, New York 10010
11       (212) 849-7000
         clintondockery@quinnemanuel.com
12       Representing Chartis Select Insurance
         Company and Related Chartis Insurers
13
14
         JONES, WALKER, WAECHTER, POITEVENT,
15       CARRERE & DENEGRE LLP
         BY:  MEGAN E. DONOHUE, ESQUIRE
16       600 Jefferson Street, Suite 1600
         Lafayette, Louisiana 70501
17       (337) 262-9062
         mdonohue@joneswalker.com
18       Representing Fireman's Fund Insurance
         Company
19
20
         HAYNSWORTH SINKLER BOYD, P.A.
21       BY:  CHRISTOPHER B. MAJOR, ESQUIRE
         75 Beattie Place - 11th Floor
22       Greenville, South Carolina 29601
         (864) 240-3200
23       cmajor@hsblawfirm.com
         Representing USG Corporation and L&W
24       Supply Corporation
```

Confidential - Subject to Further Confidentiality Review

 1   APPEARANCES VIA STREAM (CONTINUED):
 2
 3       TAYLOR WALKER, P.C.
         BY:  CHRISTOPHER J. WIEMKEN, ESQUIRE
 4       555 E. Main Street
         Suite 1300
 5       Norfolk, Virginia 23510
         (757) 625-7300
 6       Cwiemken@taylorwalkerlaw.com
 7
 8
 9
         DEUTSCH, KERRIGAN & STILES
10       BY:  MELISSA M. SWABACKER, ESQUIRE
         755 Magazine St.
11       New Orleans, Louisiana  70130
         (504) 581-5141
12       mswabacker@dkslaw.com
         Representing Landmark American
13       Insurance Company
14
15       KUCHLER POLK SCHELL WEINER &
         RICHESON LLC
16       BY:  SOPHIA L. LAURICELLA, ESQUIRE
         1615 Poydras Street
17       Suite 1300
         New Orleans, Louisiana 70112
18       (504) 592-0691
         slauricella@kuchlerpolk.com
19       Representing Creola Ace Hardware and
         Thomas Gould Inc. in the MDL
20
21
22
23
24

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES (CONTINUED):

 2

 3   ALSO PRESENT:

 4

 5   Stephanie Chin, Official Interpreter
     (Interpreter 1)

 6

 7   Una Wong, Check Interpreter
     (Interpreter 2)

 8

 9

10                  -  -  -

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    -  -  -
 2                 I N D E X
 3                    -  -  -
 4
 5   Testimony of:  JIANCHUN ZHANG
 6    By Mr. Montoya                    17
      By Mr. Panayotopoulos            174
 7
 8                    -  -  -
 9              E X H I B I T S
10                    -  -  -
11
     NO.                DESCRIPTION      PAGE
12
     Jianchun-13  Handwritten Note in   56
13                Chinese
14   Jianchun-14  Handwritten note in   74
                  Chinese
15
     Jianchun-15  Handwritten note in   103
16                Chinese
17   Jianchun-16  Handwritten note in   131
                  Chinese
18
     Jianchun-17  Document in Chinese,  163
19                Bates stamped TG
                  0020116 and TG
20                0020117, and English
                  Translation,
21                Reconciliation
                  Agreement, October
22                3, 2008
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 14

```
 1                    -  -  -
 2           DEPOSITION SUPPORT INDEX
 3                    -  -  -
 4

     Direction to Witness Not to Answer
 5
                     Page Line
 6
 7
 8
 9

     Request for Production of Documents
10
                     Page Line
11
12
13
14
                   Stipulations
15
                     Page Line
16
17
18
19
20               Question Marked
21                   Page Line
22                   35    24
                     59    18
23                   60    7
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    -  -  -
 2              THE VIDEOTAPE TECHNICIAN:
 3         We are now going on the record.
 4         The date today is April 6, 2011.
 5         The time now is approximately
 6         9:12 a.m.
 7              This is the videotape
 8         deposition of Mr. Zhang Jianchun
 9         taken in reference to the Chinese
10         Manufactured Drywall Products
11         Liability Litigation.
12              The deposition today is
13         being held in Hong Kong.
14              My name is Melissa Bardwell,
15         videographer, representing Golkow
16         Technologies, and the court
17         reporter today is Linda Golkow.
18              Would the court reporter now
19         please swear in the witness.
20              MR. STATMAN:  Excuse me.
21         Before you do that, can I just
22         mention, I'd like to ask you to
23         affirm the witness rather than to
24         swear him, if you don't mind.
```

Confidential - Subject to Further Confidentiality Review

1           MR. SEEGER:  Excuse me?

2      What's the difference?

3           MR. STATMAN:  I'm asking

4      that she not ask him to swear an

5      oath before God.  I'm asking that

6      she affirm that he tell the truth.

7           MR. PANAYOTOPOULOS:  No

8      objection from us.

9           MR. MONTOYA:  Excuse me?

10          MR. PANAYOTOPOULOS:  No

11     objection.

12               -  -  -

13          (STEPHANIE CHIN, OFFICIAL

14     INTERPRETER, INTERPRETER 1, was

15     sworn to interpret Chinese into

16     English and English into Chinese.)

17               -  -  -

18          JIANCHUN ZHANG, after having

19     been affirmed through the

20     interpreter, was examined and

21     testified as follows:

22               -  -  -

23          (UNA WONG, CHECK

24     INTERPRETER, INTERPRETER 2, was

Confidential - Subject to Further Confidentiality Review

Page 17

1            sworn to interpret Chinese into

2            English and English into Chinese.)

3                     - - -

4                     EXAMINATION

5                     - - -

6     BY MR. MONTOYA:

7            Q.    Tell us your name, please,

8     sir.

9                     MR. STATMAN:  Just before we

10           get started, I want to reserve our

11           right to review and to correct the

12           transcript at a later date.

13    BY MR. MONTOYA:

14           Q.    Please tell us your name,

15    sir.

16           A.    Zhang Jianchun.

17           Q.    Who is your current

18    employer?

19           A.    TG.

20           Q.    Sir, today, to make this

21    process go faster, I'm going to ask you

22    to take a look at Exhibit 2.  And I'm

23    going to read the English that says

24    Shandong Taihe Dongxin Company Limited.

Confidential - Subject to Further Confidentiality Review

1   Do you see that?

2               MR. STATMAN:  Objection.  I

3          just want to clarify that you are

4          only asking him to look at the

5          front page?

6               MR. MONTOYA:  That's

7          correct.

8               MR. STATMAN:  Okay.

9               Can you read that?

10              THE WITNESS:  I see that.

11  BY MR. MONTOYA:

12       Q.    And this is Exhibit 2 from

13  yesterday's deposition of Mr. Jia.  And,

14  sir, my question for you, is, do you

15  understand that the company Shandong

16  Taihe Dongxin Company Limited is now

17  known as Taishan Gypsum or TG?

18       A.    I know.

19       Q.    So, for the purposes of

20  today, I will be referring to Taishan

21  Gypsum as TG.  Is that okay with you?

22       A.    Yes.

23       Q.    And are you familiar with

24  the company known as Tai'an Taishan

Confidential - Subject to Further Confidentiality Review

 1   Plasterboard Company Limited?

 2          A.    I'm familiar.

 3          Q.    We will refer to that

 4   company today as TTP.

 5                MR. CHEN:  Objection.  Just

 6          for clarification to the

 7          interpreter, the Chinese name does

 8          not have --

 9                INTERPRETER 1:  They have it

10          here.

11                MR. CHEN:  For TTP, there is

12          no Guifen.

13                INTERPRETER 1:  I got it

14          from the glossary.

15                MR. CHEN:  Right.  And I

16          told you yesterday that that was a

17          mistake.

18                INTERPRETER 1:  Okay,

19          because I -- okay.

20   BY MR. MONTOYA:

21          Q.    Is that okay with you, sir?

22          A.    Fine.

23                INTERPRETER 1:  Thank you.

24   BY MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

1          Q.    You currently work for which

2    company?

3          A.    I am now the secretary of

4    the board of directors for TG.  I am also

5    the secretary for the board of directors

6    of TTP.

7          Q.    How long have you been the

8    secretary of the board of directors for

9    TG?

10          A.    After the year 2002, I

11    became the secretary of the board of

12    directors of TG.

13          Q.    And you hold that position,

14    that same position today, correct?

15          A.    Yes.

16          Q.    Do you have any other job

17    titles at TG?

18          A.    No.

19          Q.    Have you had in the past any

20    other job titles at TG from 2002 until

21    today?

22          A.    I have always been in this

23    position.  I did not have others.

24          Q.    What are your job

Confidential - Subject to Further Confidentiality Review

1    responsibilities at TG as secretary of

2    the board of directors?

3                    INTERPRETER 1:  The

4            interpreter asked the witness to

5            pause once in a while.

6                    THE WITNESS:  As the

7            secretary of the board of

8            directors of TG, I drafted

9            documents for the board of

10           directors.  I organize and make

11           preparations for the meetings for

12           the board of directors and the

13           shareholders.  At the same time,

14           I'm helping with the directors of

15           the board of directors to run the

16           daily business.

17                   INTERPRETER 2:  The check

18           interpreter believed that it

19           should be the chairman of the

20           board to -- to assist the chairman

21           of the board to manage the

22           everyday operation of the

23           business.

24                   INTERPRETER 1:  It was

Confidential - Subject to Further Confidentiality Review

```
 1              wrong.  That's wrong by the check

 2              interpreter.  He was saying dong

 3              shi ju, he did not say dong shi

 4              zhang.  Dong shi zhang is the

 5              chairman of the board of

 6              directors, but dong shi is the

 7              director.  So, directors.

 8                   MR. CHEN:  We disagree, but

 9              you may wish to clarify.

10    BY MR. MONTOYA:

11              Q.    Have you finished your

12    answer, sir?

13              A.    That's the chairman of the

14    board of directors.

15              Q.    Who is the chairman of the

16    board of directors?

17              A.    Mr. Jia Tongchun.

18              Q.    Do you report directly to

19    Mr. Jia?

20              A.    Yes.

21              Q.    How long have you been

22    secretary of the board of directors for

23    TTP?

24              A.    I acted as the secretary of
```

Confidential - Subject to Further Confidentiality Review

1    the board of directors for TTP after mid

2    August of 2010.

3              Q.    Did you hold any other

4    positions at TTP before August of 2010?

5              A.    No.

6              Q.    Did you have any

7    responsibilities at TTP before August of

8    2010?

9                    INTERPRETER 1:  TTP?

10                   MR. MONTOYA:  Correct.

11                   MR. STATMAN:  Objection,

12             vague and ambiguous.

13   BY MR. MONTOYA:

14             Q.    You can answer, sir.

15             A.    I don't understand.  What do

16   you mean by "responsibilities"?

17             Q.    Did you do any work for TTP

18   before August of 2010?

19             A.    No.

20             Q.    Did you have any

21   communications or interactions with

22   anybody at TTP before August of 2010?

23                   MR. STATMAN:  Objection,

24             time frame.

Confidential - Subject to Further Confidentiality Review

Page 24

1   BY MR. MONTOYA:

2          Q.    You can answer, sir.

3                MR. MONTOYA:  I said before

4          August 2010.

5                THE WITNESS:  We did not

6          have any communication.

7   BY MR. MONTOYA:

8          Q.    How are you able to testify

9   about TTP's activities before 2010?

10         A.    As the secretary of the

11  board of directors of TG also -- as the

12  secretary of the board of directors of

13  TG, I have understanding of TG and of its

14  subsidiaries regarding its operations,

15  organizations and structure.

16         Q.    How do you have that

17  knowledge?

18               MR. STATMAN:  Objection,

19         asked and answered.

20               But you can go ahead and

21         answer.

22               THE WITNESS:  I did answer

23         earlier.

24  BY MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

1        Q.    Sir, do you have any --

2              Do you do any daily

3    activities for TTP?

4              MR. STATMAN:  Objection,

5         time frame.

6              THE WITNESS:  What time

7         frame are you referring to?

8    BY MR. MONTOYA:

9        Q.    Sir, how much English do you

10   understand?

11       A.    I don't understand English.

12       Q.    Do you understand your

13   counsel sitting next to you when he

14   speaks English?

15       A.    He speak English.

16       Q.    Yes.

17             Do you understand your

18   counsel when he speaks to you in English?

19       A.    I don't understand.

20       Q.    Can you read any English?

21       A.    I cannot read it.

22       Q.    It seems that she has not

23   been able to finish her interpretation

24   and you're answering the questions.  It

Confidential - Subject to Further Confidentiality Review

1    seems like you understand my English.

2              MR. STATMAN:  Objection.

3         That's --

4              THE WITNESS:  No.

5              MR. STATMAN:  I object to

6         the form.

7              You can answer.

8              Mr. Montoya --

9              THE WITNESS:  No.  I just

10        want to have a clear understanding

11        of the question earlier for

12        myself.

13             MR. STATMAN:  Are you

14        instructing him to wait until the

15        translator finishes her

16        translation before he answers?

17             MR. MONTOYA:  I am not

18        instructing your witness to do

19        anything.

20             MR. STATMAN:  Do you

21        understand Chinese?

22             MR. MONTOYA:  I'm not

23        answering your questions today.

24             MS. BASS:  He noted an

Confidential - Subject to Further Confidentiality Review

Page 27

```
 1          objection for the record.  Let's

 2          move on.

 3               MR. MONTOYA:  I just want to

 4          know if he's able to speak

 5          English.  That's why I'm asking,

 6          and that's all I've asked.

 7               MR. STATMAN:  You indicated

 8          that he was answering before she

 9          finished her translation, and I

10          was wondering where that came

11          from.

12               MR. MONTOYA:  Because he had

13          done so.

14    BY MR. MONTOYA:

15          Q.   Sir, do you conduct any

16    business in English?

17          A.   No.

18          Q.   Who at TTP reports to you

19    since you have been secretary of the

20    board of directors at TTP?

21          A.   Not who report to me.

22          Q.   Here's what I'm trying to

23    understand.  How you are able to testify

24    about the activities of TTP?  Where do
```

Confidential - Subject to Further Confidentiality Review

1   you get your information from about TTP?

2           A.    I get it from the office of

3   TTP.

4           Q.    Who at the office of TTP?

5               MR. STATMAN:  Objection to

6           form.

7               INTERPRETER 2:  The check

8           interpreter believes that the

9           interpreter did not interpret

10          every word.

11              INTERPRETER 1:  Which word?

12          I said, who at the office of TTP.

13          I did exactly translate it.

14              INTERPRETER 2:  No.  She

15          said that when --

16              MR. MONTOYA:  Please --

17              INTERPRETER 2:  From whom

18          that you get the information, but

19          not from whom at the office.

20              INTERPRETER 1:  But that's

21          the question being stated.

22              MR. MONTOYA:  Please ask the

23          question again as it's framed.

24              INTERPRETER 1:  I did

Confidential - Subject to Further Confidentiality Review

1          translate exactly, but I will

2          repeat.

3                  MR. MONTOYA:  Thank you.

4                  (Interpreter repeats

5          question.)

6                  THE WITNESS:  Zhang Min.

7    BY MR. MONTOYA:

8          Q.    Could you write the name for

9    us, please, sir.

10         A.    (Witness complies.)

11         Q.    What's the name of the

12   person?

13         A.    Zhang Min.

14         Q.    Is that a male or a female?

15         A.    Female.

16         Q.    Okay.  Would it be Ms.

17   Zhang, would that be the correct

18   pronunciation?  I just want to make sure

19   I'm identifying Ms. Zhang correctly.

20   What is Ms. Zhang's position at TTP?

21         A.    You can call her Ms. Zhang.

22         Q.    Thank you.

23                What is Ms. Zhang's position

24   at TTP?

Confidential - Subject to Further Confidentiality Review

1          A.    She is now responsible for

2    the financial duties at TTP.

3          Q.    Is the only person you talk

4    to at TTP to gain your information of TTP

5    Ms. Zhang?

6               MR. STATMAN:  Objection to

7          form.

8               But you can answer.

9               THE WITNESS:  There is

10         another person.

11   BY MR. MONTOYA:

12         Q.    Who?

13         A.    Meng Fan Long.

14         Q.    Mao Fan Long.

15         A.    Meng.

16         Q.    Meng.

17               Is that a male or a female?

18         A.    Male.

19         Q.    Okay.

20               So, Mr. Meng; is that

21   correct?

22         A.    You can say that.

23         Q.    Okay.  Thank you.

24               What is Mr. Meng's position

Confidential - Subject to Further Confidentiality Review

1    at TTP?

2           A.    He is the assistant of Ms.

3    Zhang.

4           Q.    Regarding the finances of

5    TTP?

6           A.    Now TTP has stopped

7    production.  It has stopped operation.

8           Q.    TTP has stopped its

9    production and operation in 2008?

10          A.    Yes.

11          Q.    After 2008, what business,

12   if any, has TTP done?

13          A.    No business.

14          Q.    Did you --

15                Have you spoken to anybody

16   else besides the two people you've

17   mentioned before regarding the activities

18   of TTP for the information you are

19   designated to testify about today?

20          A.    What time frame are you

21   talking about?

22          Q.    I'm talking about for the

23   information that you're here to testify

24   about today.

Confidential - Subject to Further Confidentiality Review

Page 32

```
 1          A.     We did talk.

 2          Q.     The only people you've

 3   spoken to to get the information that

 4   you're here to testify about today

 5   regarding TTP were the two individuals

 6   you identified before?

 7                 MR. STATMAN:  Objection,

 8          mischaracterizes his testimony.

 9   BY MR. MONTOYA:

10          Q.     You can answer, sir.

11          A.     I did talk to other people.

12          Q.     What people?

13          A.     Mr. Peng Wenlong.

14          Q.     Who else?

15          A.     I can't recall.

16          Q.     Who else?

17          A.     Peng Wenlong's name.

18          Q.     Anybody else?

19          A.     I don't recall.

20          Q.     Is Mr. Peng an employee of

21   TTP?

22          A.     What time frame?

23          Q.     Has he ever been an employee

24   of TTP?
```

Confidential - Subject to Further Confidentiality Review

1          A.    Yes.

2          Q.    When?

3          A.    Between the year 2006 and

4     2007.

5          Q.    Do you know where Mr. Peng

6     was employed before 2006?

7          A.    He was at TG.

8          Q.    While Mr. Peng was an

9     employee of TG, was he also an employee

10     of TTP?

11               MR. STATMAN:  Objection to

12          form.

13     BY MR. MONTOYA:

14          Q.    You may answer, sir.

15               MR. STATMAN:  Form.

16               MR. CHEN:  I'm just going to

17          ask the interpreter not to -- to

18          just translate what he says.

19               INTERPRETER 1:  I need to

20          clarify.  Sometimes I want to make

21          sure --

22               MR. MONTOYA:  If you need to

23          clarify, simply ask if you may

24          clarify, and then we will say yes

Confidential - Subject to Further Confidentiality Review

```
 1          or no, and then you can do so --
 2               INTERPRETER 1:  No problem.
 3               MR. MONTOYA:  -- no problem.
 4               INTERPRETER 1:  Because when
 5          I feel that I may not hear
 6          clearly, I just want to make sure
 7          that I hear clearly.  That's what
 8          I was doing.
 9               MR. MONTOYA:  That's okay.
10               INTERPRETER 1:  I am asking
11          him to repeat because I got
12          interrupted.
13               THE WITNESS:  According to
14          my understanding.
15               MR. STATMAN:  Can I ask the
16          interpreter to speak up, because
17          it's not a private conversation
18          between you and the witness.
19               MR. MONTOYA:  We're not
20          going to understand it anyway, but
21          go ahead.
22               INTERPRETER 1:  Yeah.
23               THE WITNESS:  According to
24          my understanding, Mr. Peng
```

Confidential - Subject to Further Confidentiality Review

1          Wenlong, he was an employee of TTP

2          between 2006 to 2007.

3     BY MR. MONTOYA:

4          Q.    At the same time he was an

5     employee of TTP, was he also employed by

6     TG?

7          A.    No.

8          Q.    Do you know if Mr. Peng at

9     any time has worked for both TTP and TG?

10          MR. STATMAN:  Objection.  I

11          want to clarify.  You are asking

12          him based on his own personal

13          knowledge?

14          MR. MONTOYA:  He's the only

15          person here.

16     BY MR. MONTOYA:

17          Q.    Go ahead.

18          A.    I don't know.

19          MR. STATMAN:  Excuse me.

20          Ms. Interpreter, could you please

21          translate what I said?  It's part

22          of the record.

23     BY MR. MONTOYA:

24          Q.    Sir --

Confidential - Subject to Further Confidentiality Review

    1                Sir, is it your testimony

    2    that Mr. Peng only worked for TTP in 2006

    3    and 2007 and not TG?

    4                MR. STATMAN:  This time I'm

    5           going to object as it's outside

    6           the scope of his designation.  So,

    7           if he's testifying, he's

    8           testifying based on his personal

    9           knowledge.

   10                MR. SEEGER:  He's a

   11           representative of the company.

   12                MR. STATMAN:  Look at the

   13           designations.

   14    BY MR. MONTOYA:

   15           Q.    You can answer the question,

   16    sir.

   17           A.    I have forgotten about what

   18    you asked earlier.

   19           Q.    I understand.

   20                MR. MONTOYA:  Mr. Statman,

   21           I'm going to ask you to --

   22                MR. SEEGER:  I'm sorry, I've

   23           just got to respond to this

   24           objection.

Confidential - Subject to Further Confidentiality Review

```
 1              MR. MONTOYA:  That's what I
 2        was going to do.
 3              MR. SEEGER:  It is
 4        problematic.  You know, saying
 5        that he's here to testify on his
 6        personal knowledge, I don't think
 7        you have read the designations if
 8        you are saying that.  He's here to
 9        testify on the company's position
10        on a bunch of topics.  This topic
11        is clearly dealing with topic 8 in
12        the designations.  You will see
13        that it is clearly a topic he's
14        designated for.
15              MR. STATMAN:  No.
16              MR. SEEGER:  I'm not going
17        to fight with you.  We'll record
18        our position.  We'll mark it for a
19        ruling.  But he's here to give the
20        company's position on the
21        topics --
22              MR. STATMAN:  Mark it for a
23        ruling.
24              MR. MONTOYA:  -- but he's
```

Confidential - Subject to Further Confidentiality Review

```
 1          here to give the company position
 2          on these topics.
 3               MR. STATMAN:  Mark it for a
 4          ruling.
 5               MR. MONTOYA:  His answer was
 6          that Peng was an employee of TTP.
 7          He's here to talk about TTP and
 8          its employees.  If that's outside
 9          the scope, then I don't know what
10          we're doing here today.
11               MR. STATMAN:  He's here to
12          talk about the topics which he's
13          been designated, and if he's asked
14          questions beyond the scope of the
15          designations, he can testify as to
16          his personal knowledge.
17               MS. BASS:  Well, let me just
18          mark for the record that category
19          number 8 for which this witness
20          has been designated to testify
21          states the following:  "Employees
22          of Tai'an Taishan Plasterboard
23          Company Limited and the Taishan
24          entities in the United States and
```

Confidential - Subject to Further Confidentiality Review

1           the job-related duties during the

2           relevant time period."

3               I don't know anything more

4           relevant than the line of

5           questioning --

6               MR. STATMAN:  My

7           understanding --

8               MS. BASS:  -- that's

9           currently being --

10              MR. STATMAN:  My

11          understanding of the designation

12          is that it includes -- it's meant

13          to be TTP and Taishan entities in

14          the United States.  If I'm wrong

15          about that interpretation, the

16          judge will decide that, but he's

17          answering the question.

18              MS. BASS:  Fine.  Let's mark

19          it for the record.  We'll have the

20          judge decide.  And to the extent

21          you prevent him from answering,

22          we'll all be back here at your

23          expense.  That's fine.

24              MR. STATMAN:  Continue --

Confidential - Subject to Further Confidentiality Review

```
 1              MR. GRAND:  Just to be clear
 2         for the record, we're also going
 3         to note that he should testify
 4         under employees of TTP and Taishan
 5         entities, corporate structure and
 6         management of TTP and related
 7         entities --
 8              MR. STATMAN:  I'm sorry,
 9         where is the -- which one is --
10              MR. MONTOYA:  Number 5.
11              MR. STATMAN:  -- employees
12         of TTP in the -- and the first one
13         you mentioned?
14              MR. GRAND:  Number 5.
15              MR. STATMAN:  Corporate
16         structure.
17              MR. GRAND:  Number 8.
18              MR. STATMAN:  Number 8 we
19         discussed.
20              MR. GRAND:  And, frankly,
21         Number 18, in light of the
22         documents that you produced two
23         days ago for these depositions,
24         which include -- it was for TTP to
```

Confidential - Subject to Further Confidentiality Review

1          sell the Taishan brand.

2                    MR. STATMAN:  And you are

3          asking him about employment

4          status?

5                    MR. GRAND:  Right.  Of

6          employees who sold the Taishan

7          brand.

8                    MR. STATMAN:  Right.  I have

9          my objection on the record.  He

10         can answer.

11                   MS. BASS:  Good.

12   BY MR. MONTOYA:

13         Q.    Sir, so while Mr. Peng was

14   employed by TTP from 2006 until 2007, was

15   he paid by TG?

16                   MR. STATMAN:  Same

17         objection.

18                   THE WITNESS:  No.

19   BY MR. MONTOYA:

20         Q.    How do you know that?

21                   INTERPRETER 2:  The check

22         interpreter believes the

23         interpreter did not interpret the

24         objection.

Confidential - Subject to Further Confidentiality Review

```
 1              MR. MONTOYA:  He's already
 2         answered the question.
 3  BY MR. MONTOYA:
 4         Q.    How do you know that, sir?
 5         A.    Employees of TTP, they are
 6  all paid by TTP.
 7         Q.    Did you review the financial
 8  records of TTP to prepare for your
 9  deposition today?
10         A.    I did not look at the
11  records.
12         Q.    Sir, you testified that you
13  joined TTP in 2010, correct?
14         A.    I was the secretary of the
15  board of directors of TTP.  In August of
16  2010, I was hired.
17         Q.    Before August of 2010, you
18  did not have a role at TTP; is that
19  correct?
20              MR. STATMAN:  Objection to
21         form.
22              INTERPRETER 2:  The check
23         interpreter --
24              THE WITNESS:  I don't know
```

Confidential - Subject to Further Confidentiality Review

```
 1          what kind -- what is the content

 2          when you're referring to the

 3          interaction.

 4               INTERPRETER 2:  The check

 5          interpreter doesn't believe -- I

 6          believe that the interpreter did

 7          not correctly interpret the

 8          witness's testimony.  And the

 9          witness stated, I do not

10          understand what you mean by the

11          role that you are talking about.

12          What does it include?

13               INTERPRETER 1:  Objection.

14          That was wrong.  The witness did

15          not say the role.  He wrote it

16          down as to what interaction.  Jiao

17          she, not the role.

18               MR. CHEN:  I will note for

19          the record that the original term

20          that the interpreter used when she

21          was translating your question,

22          "role," was that same term.  So,

23          she's translated it back is a

24          different word.
```

Confidential - Subject to Further Confidentiality Review

Page 44

```
 1                    INTERPRETER 2:  Also, the
 2          check interpreter --
 3                    MR. MONTOYA:  I would like
 4          to proceed.
 5                    INTERPRETER 1:  Disagree.
 6                    MR. MONTOYA:  Thank you.
 7    BY MR. MONTOYA:
 8          Q.    How long have Ms. Zhang and
 9    Mr. Meng been employed by TTP?
10          A.    The two of them, until now,
11    they have always been the employees of
12    TTP.
13          Q.    Starting on what dates?
14          A.    Since the establishment of
15    TTP.
16          Q.    In what year?
17          A.    The year 2006.
18          Q.    Are you aware of Mr. Peng's
19    sales activities regarding the United
20    States?
21                    MR. STATMAN:  Objection to
22          form, vague and ambiguous and
23          assumes facts not in evidence.
24                    You can answer.
```

Confidential - Subject to Further Confidentiality Review

Page 45

1             THE WITNESS:  I did not know
2         about.
3    BY MR. MONTOYA:
4         Q.    Do you know about any of the
5    sales activities of TTP regarding the
6    United States?
7             MR. CHEN:  Objection to the
8         translation.  The way that the
9         interpreter is translating it is,
10        do you know about any of the sales
11        of TTP in the United States.
12             INTERPRETER 1:  Sales
13        activities, I did translate
14        activities.
15             MR. CHEN:  Right.  And you
16        are saying in the United States,
17        as opposed to sales activities
18        regarding the United States.
19             INTERPRETER 1:  That is what
20        is stated on the script, regarding
21        the United States.
22             MR. MONTOYA:  All right.
23        That's the translation.
24    BY MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

Page 46

```
 1          Q.    Go ahead, you may answer.
 2                MR. STATMAN:  Objection to
 3          form, vague and ambiguous and
 4          assumes facts not in evidence.
 5                You can answer.
 6                THE WITNESS:  Can you repeat
 7          the earlier question?
 8   BY MR. MONTOYA:
 9          Q.    Did you ever --
10                Have you ever talked to Mr.
11   Peng about any sales in the United
12   States?
13                MR. STATMAN:  Objection to
14          the form, vague and ambiguous.
15                You can answer.
16                THE WITNESS:  I did not talk
17          to Mr. Peng regarding the sales in
18          the United States.
19   BY MR. MONTOYA:
20          Q.    Have you talked to anybody
21   at TTP regarding any sales of TTP's
22   products in the United States?
23                MR. STATMAN:  Objection,
24          assumes facts not in evidence.
```

Confidential - Subject to Further Confidentiality Review

```
 1              You can answer.
 2              THE WITNESS:  I cannot
 3         respond to any questions that that
 4         is an assumption.
 5              MS. BASS:  Can you repeat
 6         that, please?
 7              MR. MONTOYA:  Could you
 8         repeat that for her, please?
 9                    -  -  -
10              (Whereupon, the requested
11         portion of the transcript was read
12         by the court reporter as follows:
13         "A.   I cannot respond to
14         any questions that that is an
15         assumption.")
16                    -  -  -
17    BY MR. MONTOYA:
18         Q.   Sir, do you have any
19    knowledge regarding any drywall product
20    that was made by TTP being sold to the
21    United States?
22              MR. STATMAN:  Objection to
23         form.
24              You can answer.
```

Confidential - Subject to Further Confidentiality Review

Page 48

1           MR. CHEN:  Can the

2      interpreter please translate the

3      objection?

4           MR. SEEGER:  I need to -- as

5      a matter of protocol, Joe at times

6      wanted his objections translated,

7      and at times he didn't.  So, let's

8      have a policy so we keep this

9      moving.  Either she'll translate

10      them all or none.  Or do you want

11      to just say she won't interpret

12      any unless you want her to?

13           MR. STATMAN:  I would like

14      her to interpret all.

15           MR. SEEGER:  She's not doing

16      anything wrong.  That's what

17      happened yesterday.

18           MR. STATMAN:  I understand.

19      I understand.  He doesn't

20      understand any English whatsoever.

21      I would like the objection

22      interpreted.

23           MR. SEEGER:  Did Mr. Jai

24      understand any English?

Confidential - Subject to Further Confidentiality Review

Page 49

```
 1              MR. STATMAN:  I have no
 2         idea.
 3              INTERPRETER 1:  I was going
 4         to interpret the objection, and I
 5         don't want Eugene to jump into my
 6         interpretation beforehand.  He's
 7         making an assumption that I am not
 8         going to --
 9              MR. SEEGER:  That's fair.
10         Let her finish her interpretation
11         before anybody says anything.
12              INTERPRETER 1:  I prefer
13         just the check interpreter to
14         bring this up.
15              MR. PANAYOTOPOULOS:
16         Actually, I would like to raise an
17         objection as well.  There's been
18         two people check interpreting
19         today.  Can we get an agreement
20         that it is going to be only one
21         person, I don't care who it is,
22         that raises the objections, like
23         we did yesterday?
24              MR. CHEN:  Well, actually,
```

Confidential - Subject to Further Confidentiality Review

```
 1              yesterday one person always spoke
 2              up.  It was either myself or the
 3              check interpreter.  We were
 4              comfortable with that process
 5              yesterday.
 6                   MR. SEEGER:  Today you both
 7              have spoken at the same time.  So,
 8              can we just have one, whatever it
 9              is.  If you want to alternate,
10              that's fine, just one person.
11                   MR. CHEN:  That's fine.
12                   MR. MONTOYA:  What I would
13              like to have you do is read back
14              my question, read Mr. Statman's
15              objection so he can answer.
16                        -  -  -
17                   (Whereupon, the requested
18              portion of the transcript was read
19              by the court reporter as follows:
20                   "Q.  Sir, do you have any
21              knowledge regarding any drywall
22              product that was made by TTP being
23              sold to the United States?")
24                        -  -  -
```

Confidential - Subject to Further Confidentiality Review

```
 1                  (Interpreter repeats the
 2          question.)
 3                  MR. STATMAN:  Then I
 4          objected to form.
 5                  MR. MONTOYA:  Translate his
 6          objection, please.
 7                  THE WITNESS:  Can you make
 8          that question more clear?
 9  BY MR. MONTOYA:
10          Q.   Sir, do you know anything
11  about TTP's sales of drywall to the
12  United States?
13                  MR. STATMAN:  Objection to
14          the form.
15                  THE WITNESS:  According to
16          my knowledge, TTP did not sell
17          products to the United States.
18  BY MR. MONTOYA:
19          Q.   Do you have any knowledge
20  regarding TTP's sales of drywall to
21  customers in the United States?
22                  INTERPRETER 1:  Customers in
23          the United States?
24                  MR. MONTOYA:  Correct.
```

Confidential - Subject to Further Confidentiality Review

```
 1              THE WITNESS:  Before the
 2        year 2009?
 3   BY MR. MONTOYA:
 4        Q.    I believe I said between
 5   2002 to --
 6        A.    Before 2009, I did not know.
 7              MR. MONTOYA:  Is his answer
 8        complete?
 9              THE WITNESS:  Before 2009, I
10        did not know.
11   BY MR. MONTOYA:
12        Q.    Meaning you didn't know
13   there were sales of drywall to the United
14   States until 2009?
15              MR. STATMAN:  Objection.
16        Mischaracterizes his testimony,
17        and it's vague and ambiguous.
18   BY MR. MONTOYA:
19        Q.    You can answer, sir.
20        A.    I don't know.
21        Q.    Okay.  My question was, do
22   you have any knowledge regarding TTP's
23   sales of drywall to customers in the
24   United States, and I will say between
```

Confidential - Subject to Further Confidentiality Review

 1   2005 and 2008?

 2              MR. STATMAN:  Objection to

 3         form.

 4              You can answer if you can

 5         answer.

 6              THE WITNESS:  TTP was not

 7         established yet in the year 2005.

 8   BY MR. MONTOYA:

 9         Q.   So, from the time TTP was

10   established until 2008, do you have any

11   knowledge regarding sales of drywall to

12   customers in the United States?

13              MR. STATMAN:  Objection to

14         form.

15              But you can answer.

16              THE WITNESS:  At that time,

17         I did not know there were this

18         type of behavior occurred.

19   BY MR. MONTOYA:

20         Q.   Sir, what has your role been

21   at TTP -- what have you done -- strike

22   that.

23              What have you done for TTP

24   since 2008 since TTP stopped doing

Confidential - Subject to Further Confidentiality Review

 1   business?

 2          A.    I became the secretary of

 3   the board of directors of TTP in mid

 4   August 2008.

 5                MR. CHEN:  2010.

 6                THE WITNESS:  After mid

 7          August of 2010.

 8   BY MR. MONTOYA:

 9          Q.    But what do you do for a

10   company that no longer does business as

11   the secretary of the board of directors?

12                MR. STATMAN:  Objection to

13          form.

14   BY MR. MONTOYA:

15          Q.    You can answer, sir.

16          A.    Now they need a spokesperson

17   on behalf of TTP, therefore, the board of

18   directors of TTP, they selected me.

19          Q.    Are there currently any

20   employees of TTP?

21          A.    I did answer earlier.

22          Q.    And what was that answer?

23          A.    Zhang Min and Meng Fan Long.

24          Q.    Are those two people

Confidential - Subject to Further Confidentiality Review

 1   currently employees of TTP?

 2          A.    I insist on answer that I

 3   provided earlier.

 4          Q.    As a courtesy, sir, I would

 5   ask you to answer my question.

 6                Are those two people

 7   currently employees of TTP?

 8          A.    Yes.

 9          Q.    Are they also currently

10   employees of TG?

11          A.    No.

12          Q.    Who pays them for their work

13   at TTP?

14          A.    TTP pay them.

15          Q.    To do what for a company

16   that is no longer doing business?

17                MR. STATMAN:  Objection to

18          form.

19                You can answer.

20   BY MR. MONTOYA:

21          Q.    You can answer.

22                MR. CHEN:  The objection

23          needs to be translated.

24                MR. STATMAN:  Can you please

Confidential - Subject to Further Confidentiality Review

```
 1          translate my objection?
 2               THE WITNESS:  When you talk
 3          about "them," are you referring to
 4          these two person or TTP?
 5  BY MR. MONTOYA:
 6          Q.   I'm referring to --
 7               MR. MONTOYA:  Let's mark
 8          this as an exhibit.
 9                   -  -  -
10               (Whereupon, Deposition
11          Exhibit Jianchun-13, Handwritten
12          Note in Chinese, was marked for
13          identification.)
14                   -  -  -
15  BY MR. MONTOYA:
16          Q.   Sir, we're going to mark
17  this as Exhibit 13 so it is easier to
18  refer to.
19               MR. MONTOYA:  Translate
20          that.
21  BY MR. MONTOYA:
22          Q.   The people listed on Exhibit
23  13 were the two individuals that you
24  identified that worked at TTP, correct?
```

Confidential - Subject to Further Confidentiality Review

Page 57

1           MR. STATMAN:  Objection to

2       form.

3    BY MR. MONTOYA:

4           Q.    You can answer, sir.

5           A.    Yes, these two, they work

6    for TTP.

7           Q.    What are their daily

8    responsibilities for TTP?

9           A.    TTP has already stopped

10   production and operation, but this

11   company continue to exist.  It still has

12   some assets.  It's still got some

13   business and some left over accounts that

14   requires handling.  Therefore, these two

15   people, meaning they still have to work

16   for TTP and for the matters that happen.

17          Q.    What are the assets that you

18   referred to?

19          A.    It still has some factories

20   and equipment.

21          Q.    Is TTP currently producing

22   any product at all?

23          A.    No.

24          Q.    Sir, I'm going to show you

Confidential - Subject to Further Confidentiality Review

 1   what's been marked as Exhibit 12 from

 2   yesterday's deposition of Mr. Jia.  And

 3   I'm showing you the Chinese language

 4   version.  Have you seen this document

 5   before?

 6              MR. STATMAN:  Are you asking

 7         about the entire document or the

 8         front page?

 9              MR. MONTOYA:  I'm asking

10         about the document, and I'll

11         narrow my question, and I'm

12         referring to the first page of the

13         Chinese translation in Exhibit 12.

14              THE WITNESS:  I need to take

15         time to read this document.

16   BY MR. MONTOYA:

17         Q.   Take a moment.

18         A.   (Reviewing document.)

19              MR. MONTOYA:  Eric, I'm

20         going to stop him, because I don't

21         want to waste any further time

22         here.

23   BY MR. MONTOYA:

24         Q.   Go ahead, sir.

Confidential - Subject to Further Confidentiality Review

1          A.     Only to read this one page?

2          Q.     My question was, have you

3     seen this document before?

4          A.     No.

5          Q.     So, I'm going to ask you to

6     take a second look at Exhibit 12.  Is

7     that your signature?  I'm referring to

8     the Chinese interpretation of the

9     manufacturer profile form, the last page.

10         A.     It is not my signature.

11         Q.     Do you know whose signature

12    it is?

13         A.     Song Qinghai.

14         Q.     Is Mr. Qinghai qualified to

15    talk about the production of TTP drywall

16    and what was exported to the United

17    States?

18              MR. STATMAN:  Objection to

19         the form.  Assumes a fact not in

20         evidence, but you can answer.

21              MR. PANAYOTOPOULOS:  I'm

22         going to object to the speaking

23         objections.  I would appreciate it

24         if counsel would simply state an

Confidential - Subject to Further Confidentiality Review

1          objection to the form, and if any

2          of the rest of counsel asks for a

3          clarification, then make that

4          clarification.  But, otherwise, I

5          would appreciate it if objections

6          are limited as to form.

7                  MR. STATMAN:  I'll object as

8          I see proper.  Thank you.

9                  MR. PANAYOTOPOULOS:  Will

10         you mark that, please.

11                 I think you are going to

12         have to read back the question.

13                 MR. MONTOYA:  Yeah.

14  BY MR. MONTOYA:

15         Q.   Sir, is Mr. Qinghai

16  qualified to talk about the export of TTP

17  drywall to the United States?

18                 MR. STATMAN:  Same

19         objection.

20  BY MR. MONTOYA:

21         Q.   Sir, what was Mr. Qinghai's

22  job at TTP?

23         A.   Manager of production.

24         Q.   How long was he the manager

Confidential - Subject to Further Confidentiality Review

1    of production?

2              A.    Between 2006 to 2007.

3              Q.    Does he work in the sales

4    office of TTP?

5                    MR. STATMAN:  Objection to

6              form.  Assumes a fact not in

7              evidence.

8    BY MR. MONTOYA:

9              Q.    You can answer, sir.

10             A.    I did not know the situation

11   at that time.

12             Q.    Do you know if Mr. Qinghai

13   ever worked in sales at TTP?

14             A.    I don't know.

15             Q.    Do you know where Mr.

16   Qinghai is today?

17             A.    I know.

18             Q.    Where?

19             A.    He work for a company in

20   China for the province -- in the province

21   of Anhui, A-N-H-U-I, one word.

22             Q.    What's the name of the

23   company?

24             A.    It is called --

Confidential - Subject to Further Confidentiality Review

Page 62

```
 1              MR. STATMAN:  Can we take a
 2         break in about ten minutes?
 3              MR. MONTOYA:  Just a moment.
 4         Let me finish this line.
 5              THE WITNESS:  It is called
 6         Taishan Gypsum Co. (Tongling)
 7         Company Limited.
 8    BY MR. MONTOYA:
 9         Q.    Is that company a subsidiary
10    of TG?
11         A.    Yes.
12         Q.    Did you talk with him to
13    prepare for your testimony today?
14         A.    I did not talk to him.
15              MR. MONTOYA:  Let's take a
16         break, sir.
17              THE VIDEOTAPE TECHNICIAN:
18         The time now is approximately
19         10:21 a.m., and we are now off the
20         record.
21              -  -  -
22              (Whereupon, a recess was
23         taken from 10:21 a.m. until
24         10:35 a.m.)
```

Confidential - Subject to Further Confidentiality Review

```
 1                          -  -  -
 2                THE VIDEOTAPE TECHNICIAN:
 3           This begins Tape 2 of today's
 4           deposition.  The time now is
 5           approximately 10:35 a.m., and
 6           we're back on the record.
 7     BY MR. MONTOYA:
 8           Q.    Sir, from 2006 until 2011,
 9     did TTP produce or create an annual
10     report?
11           A.    Mr. Attorney, before I
12     answer your question, can I bring up a
13     request?
14           Q.    I would like you to answer
15     my question first, and then after, you
16     can make your request.
17           A.    Would you mind to repeat
18     that question earlier?
19           Q.    From 2006 until 2011, did
20     TTP create an annual report regarding its
21     business?
22           A.    Between 2006 to 2007, it did
23     create.
24           Q.    Have you reviewed those
```

Confidential - Subject to Further Confidentiality Review

1    reports?

2         A.    I did not review.

3         Q.    Are they available to you?

4         A.    Can you repeat the question?

5         Q.    Could you get the 2006 and

6    2007 reports?

7         A.    I can.

8         Q.    Why were there no annual

9    reports between 2008 until 2011?

10        A.    Because TTP has already

11   stopped production and operation.

12        Q.    But I understood from your

13   testimony before that TTP was still doing

14   business today.

15             MR. STATMAN:  Objection to

16        form.

17   BY MR. MONTOYA:

18        Q.    You may answer.

19        A.    TTP now is no longer doing

20   business.

21        Q.    And it has employees but

22   does not create annual reports; is that

23   correct?

24        A.    I did not see.

Confidential - Subject to Further Confidentiality Review

1          Q.    Do you know if an annual

2    report was created from 2008 until today?

3          A.    Let me recall.  The year '06

4    to the year '09, continue to do it.

5    Between the year 2006 and 2009, it

6    continue to do it.

7          Q.    So, is there an annual

8    report in 2008 and 2009 for TTP?

9               MR. STATMAN:  Object to

10         form.

11              You can answer.

12              THE WITNESS:  Yes.

13   BY MR. MONTOYA:

14         Q.    So, is it your testimony

15   that there are annual reports from TTP

16   from 2006 until 2009 that you have not

17   reviewed?

18              MR. STATMAN:  Objection to

19         form.  I'm sorry.  Objection to

20         form.

21              You may answer.

22              THE WITNESS:  I did not

23         review it.

24   BY MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

Page 66

```
 1          Q.    Does TTP currently have an
 2    income for its operations?
 3          A.    No income.
 4          Q.    How does it pay its
 5    employees?
 6          A.    The salary of these two
 7    employees of TTP now is paid on behalf of
 8    them by TG.
 9              MR. MONTOYA:  Did he finish
10         his answer?
11              THE WITNESS:  Not yet.
12              MR. CHEN:  Actually, hold
13         on.
14              MR. MONTOYA:  And let me
15         stop you for a second.  We've got
16         objections being made by your
17         lawyer, who is also acting as an
18         interpreter.  I would prefer to
19         have the objections to the
20         interpretation made by the
21         interpreter, because she's been
22         sworn in.  It's nothing against
23         you at all.
24              INTERPRETER 2:  The check
```

Confidential - Subject to Further Confidentiality Review

```
 1          interpreter believes the witness
 2          said it is now TG, that these two
 3          employees' salary is being paid by
 4          TG, but advancing by TG.
 5              INTERPRETER 1:  I don't
 6          understand what is advancing.  He
 7          was saying they are to pay on
 8          behalf.  That is exact word.
 9              MR. MONTOYA:  Okay.  Ask him
10          to finish his answer, please.
11              THE WITNESS:  Earlier I
12          wanted to make a request, and you
13          did not allow me.  Now I want to
14          bring this up.
15      BY MR. MONTOYA:
16          Q.    Please do so.
17          A.    I pause -- due to the reason
18      of the interpretation, I pause once in a
19      while for the interpreters to interpret,
20      and then I want to give a complete
21      answer.  When I paused, I did not mean
22      that I had completed my answer.  I want,
23      Mr. Attorney, you allow me to complete my
24      answer before you bring up the next
```

Confidential - Subject to Further Confidentiality Review

Page 68

1    question, therefore, I can complete my

2    answer.

3          Q.    In the future, if I cut you

4    off or stop you from talking early,

5    please let me know.

6          A.    Yes.

7          Q.    And if you let me know when

8    you finish your answer, that would help

9    us.

10         A.    Thank you very much for your

11   request.

12               INTERPRETER 1:  And the

13               interpreter would like to ask, to

14               request that the witness don't do

15               the body language, otherwise, it

16               will be difficult for me to

17               interpret.  I want everything to

18               be verbal instead of using --

19               MR. MONTOYA:  That's okay.

20               You don't need to interpret the

21               body language.

22               MR. STATMAN:  I don't want

23               her instructing him about body

24               language.  He's answered every

Confidential - Subject to Further Confidentiality Review

Page 69

1          question verbally.

2                    MR. MONTOYA:  No, I was

3          talking to her.

4     BY MR. MONTOYA:

5          Q.    Does TTP -- strike that.

6                Did TTP have sales records

7     from 2006 until 2011?

8          A.    Between the year 2006 and

9     2007, there were sales records.

10         Q.    Have you finished?

11         A.    Yes, finished.

12         Q.    Did you review the sales

13    records for 2006 and 2007?

14         A.    I did not hear clearly the

15    question.

16         Q.    Did you review the sales

17    records of TTP from 2006 until 2007?

18         A.    No.

19         Q.    Did you review any sales

20    records, contracts or invoices regarding

21    drywall from TTP to the United States?

22                   MR. STATMAN:  Objection as

23         to form.  Assumes a fact not in

24         evidence.

Confidential - Subject to Further Confidentiality Review

Page 70

1    BY MR. MONTOYA:

2            Q.    You can answer, sir.

3            A.    I did not see any invoice or

4    record.

5            Q.    Do you know --

6                  When did you first become

7    aware of any sales of drywall from TTP to

8    customers in the United States?

9                  MR. STATMAN:  Objection as

10          to form.

11   BY MR. MONTOYA:

12           Q.    You may answer.

13           A.    The first time, are you

14   referring to I, myself?

15           Q.    Yes, sir.

16           A.    I did not discover that.

17           Q.    When have you --

18                 When did you first become

19   aware that any drywall from TTP ended up

20   in the United States?

21                 MR. STATMAN:  Again,

22          objection as to form.

23   BY MR. MONTOYA:

24           Q.    You can answer.

Confidential - Subject to Further Confidentiality Review

1          A.    I did not discover the

2     drywall of TTP ended up in the United

3     States.

4          Q.    As we sit here talking

5     today, do you have any knowledge

6     regarding TTP drywall being in the United

7     States?

8               MR. STATMAN:  I'm going to

9          object to this as outside the

10         scope, and if he has personal

11         knowledge, he can testify about

12         it.  That being said -- I'm sorry.

13         With that objection in mind, I

14         also object to the form of the

15         question.

16    BY MR. MONTOYA:

17         Q.    You can answer.

18         A.    Would you mind repeating

19    your earlier question?

20         Q.    Yes, sir.

21               I just want to know what

22    knowledge you have regarding TTP's

23    drywall that it manufactured being

24    present in the United States?

Confidential - Subject to Further Confidentiality Review

1          MR. STATMAN:  Again, I

2     repeat my objections as to the

3     scope and as to form.

4  BY MR. MONTOYA:

5     Q.   You can answer, sir.

6     A.   I did not know whether our

7  drywall really has a presence in the

8  United States or not.  But in February of

9  2010, TTP receive an allegation.

10         INTERPRETER 2:  The check

11     interpreter believes the witness

12     said in 2010, February, TTP

13     received litigation, not

14     allegation.

15         INTERPRETER 1:  It's the

16     same.

17  BY MR. MONTOYA:

18     Q.   Sir, are you able to list,

19  to provide us a list of names of

20  employees at TTP from 2006 until 2008 and

21  their positions and job responsibilities?

22         MR. STATMAN:  Object to the

23     scope.

24         But you can answer.

Confidential - Subject to Further Confidentiality Review

```
 1                   MR. MONTOYA:  It's number 5.
 2    BY MR. MONTOYA:
 3           Q.    You can proceed, sir.  You
 4    can answer.
 5           A.    TTP has already stopped
 6    production and operation.  I don't know
 7    whether they have kept the list of the
 8    names of the employees.
 9           Q.    As you sit here today, you
10    cannot give us a list of names of
11    employees and their positions at TTP from
12    2006 until 2008; is that correct?
13                   MR. STATMAN:  Objection to
14           form and as to scope.
15                   You can answer.
16                   THE WITNESS:  Now I am
17           unable to provide.  I don't know
18           now whether these names exist or
19           not.
20    BY MR. MONTOYA:
21           Q.    Can you provide us a list
22    and the names of the officers and
23    directors of TTP from 2006 until 2008?
24           A.    I can provide a list of the
```

Confidential - Subject to Further Confidentiality Review

Page 74

1    names of the directors of TTP.

2         Q.    Please give us a listing of

3    the names and the positions of those

4    directors from 2006 until 2008.

5              INTERPRETER 2:  The check

6         interpreter believes the witness

7         said, I can produce the list of

8         names of the directors.

9              MR. STATMAN:  The record

10        just said can't.

11             INTERPRETER 1:  She hasn't

12        finished yet.  She jumps in too

13        early.

14             MR. MONTOYA:  Okay.  It's

15        okay.

16   BY MR. MONTOYA:

17        Q.    Sir, can you write us a list

18   of the directors and officers of TTP from

19   2006 until 2008, please, and we'll mark

20   it as Exhibit 14.

21             -  -  -

22             (Whereupon, Deposition

23        Exhibit Jianchun-14, Handwritten

24        note in Chinese, was marked for

Confidential - Subject to Further Confidentiality Review

```
 1          identification.)

 2                    -  -  -

 3          MR. STATMAN:  Again, just

 4          objection.  I want to clarify.  He

 5          said directors, that he could do a

 6          list of the directors.  I'm sorry,

 7          he said he would do a list of the

 8          directors.

 9              MR. MONTOYA:  Let's clear it

10          up then.

11   BY MR. MONTOYA:

12          Q.    Sir, can you provide us a

13   list of the officers and directors of TTP

14   from 2006 until 2008?

15                  INTERPRETER 2:  The check

16          interpreter believes that

17          officers -- the interpreter

18          interpreted officers into just as

19          staff in the office, but it should

20          be the management, senior

21          management of the office.

22                  INTERPRETER 1:  Objection.

23          As an interpreter, we don't try to

24          digest and figure out what is the
```

Confidential - Subject to Further Confidentiality Review

Page 76

1          meaning of it.

2     BY MR. MONTOYA:

3          Q.    Sir, please write down the

4     list to the best of your ability on

5     Exhibit 14.

6               MR. STATMAN:  The list of

7          what?

8               MR. MONTOYA:  The list of

9          officers and directors.

10              MR. STATMAN:  Again, I

11         object as to form, but do your

12         best.

13    BY MR. MONTOYA:

14         Q.    Sir, we've now asked you to

15    write a list of the officers and

16    directors of TTP from 2006 until 2008.

17    If you could please write them down on

18    Exhibit 14.

19              MR. STATMAN:  Can we take a

20         second?  Apparently the problem is

21         she's asking for all office staff.

22              MR. MONTOYA:  Well, she's

23         the official interpreter, and her

24         interpretation goes.  So, that's

Confidential - Subject to Further Confidentiality Review

1          where we are right now.

2                    If you could please

3          translate the last question.

4                    And perhaps it would satisfy

5          you if we said managers and

6          directors instead and translated

7          that.

8                    MR. STATMAN:  I believe that

9          would work.

10                    INTERPRETER 1:  The word

11          "officers," there are many ways of

12          interpreting.

13                    MR. MONTOYA:  That's okay.

14          I'm going to ask the question.

15                    INTERPRETER 1:  Right.

16   BY MR. MONTOYA:

17          Q.    Sir, we've asked you to

18   write down a list of the managers and

19   directors of TTP from 2006 until 2008.

20   Could you please write that down on

21   Exhibit 14?

22          A.    Yes.

23          Q.    There's a pen right over

24   there.  If you could list them starting

Page 78

1    with the number 1 and list their name and

2    their title.  And if you need to put the

3    year down, or the years, please also do

4    so.

5           A.    I don't understand.  What do

6    you mean by the year?

7           Q.    The years that the people

8    that you are writing down either served

9    as a manager and/or director.

10          A.    Yes.

11          Q.    Sir, is that a complete list

12   of managers and directors of TTP from

13   2006 until 2008?

14          A.    Yes.

15          Q.    Do you know if there are any

16   titles that you listed that are missing

17   from this list?

18          A.    Okay.  The titles they have

19   at TTP are these ones.

20          Q.    So, that's a complete

21   listing of all the managers and directors

22   from 2006 until 2008 at TTP?

23          A.    Yes.

24          Q.    Could you read the names --

Confidential - Subject to Further Confidentiality Review

1           Could you read for us what
2    you wrote on Exhibit 14, please?
3           A.    Yes.
4           Q.    Please do so.
5           A.    Peng Shiliang, chairman of
6    the board, general manager.  Wang FenQin,
7    director.  Fu Tingwen, director.
8                MR. MONTOYA:  I would ask
9           the interpreter to please write to
10          the best of her ability the names
11          and the titles in English, please.
12               INTERPRETER 1:  Counsel, can
13          I ask the witness if he knows the
14          English that he help me?
15   BY MR. MONTOYA:
16          Q.    Sir, do you know the English
17   translations of any of those names that
18   you've listed on Exhibit 14?
19          A.    I don't know.
20               MR. MONTOYA:  If the
21          interpreter can please do it to
22          the best of her ability.
23               INTERPRETER 1:  Okay.  I'll
24          try my best.

Confidential - Subject to Further Confidentiality Review

Page 80

 1                    (Handing over document.)

 2                    MR. MONTOYA:  Thank you.

 3    BY MR. MONTOYA:

 4         Q.    Sir, are any of the people

 5    listed on Exhibit 14 officers or

 6    directors of TG?  Or officers or

 7    managers, excuse me.  Let me reask the

 8    question, and you can object.

 9                    Are any of the people on the

10    list on Exhibit 14 officers or managers

11    of TG?

12                    INTERPRETER 1:  Counsel,

13            would you mind to help me to

14            replace the word -- what's

15            officer, because it is very

16            difficult to translate the word

17            "officers" clearly.

18                    MR. MONTOYA:  That's fine.

19            Let me rephrase the question.

20    BY MR. MONTOYA:

21         Q.    Are any of the people on the

22    list in Exhibit 14, were they ever

23    managers or directors of TG?

24         A.    No.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    Were any of the people on

 2   the list in Exhibit 14 managers or

 3   directors of Beijing New Building

 4   Materials Company?

 5          A.    No.

 6          Q.    Are any of the people on the

 7   list on Exhibit 14 managers or directors

 8   of Chinese National Building Materials

 9   Company?

10          A.    No.

11          Q.    Were any of the people that

12   are listed on Exhibit 14 managers or

13   directors of any other Taishan

14   subsidiary?

15               MR. STATMAN:  Objection as

16          to form with regard to time frame.

17               You can answer.

18   BY MR. MONTOYA:

19          Q.    You can answer.

20          A.    I don't recall.

21          Q.    Who were the shareholders of

22   TTP from 2006 until 2008?

23          A.    TG is the shareholder.

24          Q.    From 2006 until today?
```

Confidential - Subject to Further Confidentiality Review

1         A.    Yes.

2         Q.    Have there been any changes

3    in the shareholders of TTP after 2008

4    when TTP stopped its operations?

5         A.    No.

6         Q.    Do you have any knowledge

7    regarding any employees of TTP doing work

8    in the United States?

9             MR. STATMAN:  Objection as

10          to form.  Assumes a fact not in

11          evidence.

12   BY MR. MONTOYA:

13        Q.    You can answer, sir.

14        A.    I want to ask, is it TG or

15   TTP?

16        Q.    TTP.

17        A.    No.

18        Q.    Did you have --

19             Who would you ask to find

20   out if there were any employees of TTP

21   that did work in the United States?

22        A.    According to my knowledge,

23   there were no employees of TTP worked in

24   the United States.

Confidential - Subject to Further Confidentiality Review

1          Q.     Sir, you were never in
2     charge of any hiring of employees at TTP,
3     correct?
4          A.     Yes.
5          Q.     You did hiring for TTP?
6          A.     No.
7          Q.     Do you have any knowledge of
8     any employees of TG working in the United
9     States?
10              MR. STATMAN:  Objection as
11          to form, and it's outside the
12          scope, but if he has personal
13          knowledge, he can answer.
14              THE WITNESS:  According to
15          my knowledge, TG also don't have
16          any employee working in the United
17          States.
18     BY MR. MONTOYA:
19          Q.     Have you ever reviewed any
20     documents regarding any business done by
21     TTP relating to the United States?
22              MR. STATMAN:  Are you
23          finished?  I'm sorry.
24              INTERPRETER 1:  Yes.

Confidential - Subject to Further Confidentiality Review

1          MR. STATMAN:  Objection to

2      the form, vague and ambiguous.

3  BY MR. MONTOYA:

4      Q.    You may answer.

5      A.    Mr. Attorney, would you mind

6  to say it more clearly?

7      Q.    Sir, have you ever reviewed

8  any documents regarding any business done

9  by TTP regarding sales of drywall to the

10 United States?

11         MR. STATMAN:  Objection as

12     to form.

13         But you can answer.

14         THE WITNESS:  I have never

15     seen such a document.

16 BY MR. MONTOYA:

17     Q.    Have you ever asked for any

18 such documents?

19         MR. STATMAN:  Same

20     objection.

21 BY MR. MONTOYA:

22     Q.    You can answer.

23     A.    No.

24     Q.    Would those documents be

Confidential - Subject to Further Confidentiality Review

1   important for you to review?

2                   MR. STATMAN:  Objection as

3           to form.

4   BY MR. MONTOYA:

5           Q.    You can answer.

6           A.    I don't know whether this

7   document exists or not.

8           Q.    Because you haven't asked

9   for them; is that right?

10                  MR. STATMAN:  Objection as

11          to form.

12                  If you can answer.

13                  THE WITNESS:  Mr. Attorney,

14          I don't understand the meaning of

15          this question.

16  BY MR. MONTOYA:

17          Q.    You have not requested from

18  anyone at TTP or TG any documents

19  regarding the sales of drywall to the

20  United States; isn't that true?

21                  MR. STATMAN:  Objection as

22          to form.  Among other things, it's

23          compound.

24  BY MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

1          Q.     You may answer, sir.

2          A.     You are confusing me.

3          Q.     You understand the word

4      "compound," apparently.

5                 You didn't ask any of the

6      existing employees at TTP for any

7      documents relating to any sales of

8      drywall to the United States from TTP?

9                 MR. STATMAN:  Objection as

10         to form.

11                You can answer.

12     BY MR. MONTOYA:

13         Q.     Please answer, sir.

14         A.     Well, what do you mean?

15     What are you asking?

16         Q.     I'm asking if you requested

17     from the employees at TTP, the people

18     that you listed in the earlier exhibit,

19     did you ask them for any documents about

20     sales of drywall by TTP to the United

21     States?

22                MR. STATMAN:  Objection as

23         to form.

24     BY MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

1          Q.    You may answer, sir.

2          A.    I did not ask.

3                MR. STATMAN:  Just so the

4          record indicates, he was pointing

5          to the names on Exhibit 14.

6    BY MR. MONTOYA:

7          Q.    Sir, did you ask anybody

8    listed in Exhibit 13 about sales of

9    drywall by TTP to the United States?

10               MR. STATMAN:  Objection as

11         to form.

12               You can answer.

13   BY MR. MONTOYA:

14         Q.    You can answer, sir.

15         A.    Before this, I did not ask.

16   But after we received the litigation, in

17   the process, during the process, I did

18   ask Mr. Peng Wenlong whether this

19   happened or not.

20         Q.    I appreciate your answer,

21   but did you ask -- the answer --

22               My question was, did you ask

23   any of the people listed on Exhibit 13

24   for documents relating to sales of

Confidential - Subject to Further Confidentiality Review

Page 88

1    drywall by TTP to the United States?

2              MR. STATMAN:  Objection.

3         And I just want to point out that

4         Mr. Peng -- I'm told that Mr.

5         Peng's name is on that list.

6              MR. MONTOYA:  That was my

7         question.  Please don't interfere

8         with my questioning.

9              THE WITNESS:  I want to ask,

10        Mr. Attorney, are you asking have

11        I ever have any interaction with

12        these people, or have I obtained

13        any document from these people,

14        these people who are listed on the

15        Exhibit 13?

16   BY MR. MONTOYA:

17        Q.    Yes.

18              MR. STATMAN:  I want to

19        instruct the witness not to be

20        asking the attorney questions

21        unless something is unclear.

22        Okay?  Just answer his questions.

23   BY MR. MONTOYA:

24        Q.    And I'd like to tell the

Confidential - Subject to Further Confidentiality Review

1   witness that it's perfectly okay for him

2   to clarify with me my questions.

3          A.    I am not sure whether your

4   question is referring to obtaining of the

5   document or that I consulted these

6   people.

7          Q.    Let's talk about obtaining

8   the documents first.

9                Did you obtain any documents

10  from Mr. Peng?

11         A.    No.

12         Q.    You never obtained any

13  documents from anybody regarding sales of

14  drywall from TTP to the United States,

15  correct?

16              MR. STATMAN:  Objection as

17         to form.

18              If you can answer.

19              THE WITNESS:  TTP did not

20         sell directly the plasterboard to

21         the United States.  I also did not

22         see such documents.

23  BY MR. MONTOYA:

24         Q.    Did you consult with Mr.

Confidential - Subject to Further Confidentiality Review

Page 90

1    Peng regarding sales of drywall to the

2    United States by TTP?

3                MR. STATMAN:  Objection as

4          to form.

5    BY MR. MONTOYA:

6          Q.    You can answer, sir.

7          A.    I did ask -- I did consult

8    Mr. Peng Wenlong.

9          Q.    Tell me about your

10   conversations with Mr. Peng.

11         A.    I haven't finished it yet.

12               After the litigation, I did

13   have an exchange with Mr. Peng Wenlong.

14   I asked him what happened to the drywall.

15   He told me that some of the customers

16   that were said to come from the United

17   States, they purchase the drywall in

18   China.  They said it could possibly ship

19   to the United States.  I don't know

20   concretely what happened.

21         Q.    Does it surprise you to know

22   that millions of tons of TTP's drywall

23   are now in the United States?

24               MR. STATMAN:  Objection to

Confidential - Subject to Further Confidentiality Review

1          form.

2      BY MR. MONTOYA:

3          Q.    You may answer, sir.

4          A.    I don't know whether that is

5      a fact or not.

6          Q.    Would it surprise you if it

7      were true?

8              MR. STATMAN:  Objection to

9              form.

10             THE WITNESS:  I cannot give

11             out my opinions to speculations.

12     BY MR. MONTOYA:

13         Q.    Did you discuss any other

14     matters relating to TTP with Mr. Peng?

15         A.    Other matters?  I don't know

16     what you're referring to.

17         Q.    Regarding the sales of

18     drywall to the United States.

19             MR. STATMAN:  Objection to

20             form.

21             THE WITNESS:  Earlier I did

22             mention about the interaction I

23             had with Mr. Peng Wenlong, how did

24             this behavior of the trading

Confidential - Subject to Further Confidentiality Review

Page 92

1           happen.  We did not talk about any

2           other thing.

3      BY MR. MONTOYA:

4           Q.    Did you talk with Mr. Peng

5      about the operations of TTP from 2006

6      until 2008?

7           A.    I don't understand what are

8      the content of operations.

9           Q.    The day-to-day business of

10     TTP from 2006 to 2008, did you discuss

11     that with anyone?

12          A.    No.

13               MR. MONTOYA:  Break?  Do you

14          want to break?

15               MR. STATMAN:  Off the

16          record.

17               MR. SEEGER:  It can be on or

18          off.  Yesterday -- the other day

19          Mr. Jia liked to take lunch at

20          11:30.  Mr. Montoya is saying he

21          can break now if he wants to take

22          a lunch break.

23               MR. CHEN:  He usually eats

24          around 11:30 as well.

Confidential - Subject to Further Confidentiality Review

1          MR. SEEGER:  You want to

2     take a break?

3          MR. STATMAN:  Let's take a

4     break.

5          THE VIDEOTAPE TECHNICIAN:

6     The time now is approximately

7     11:35 a.m., and we are now off the

8     record.

9              -  -  -

10         (Whereupon, a luncheon

11    recess was taken from 11:35 a.m.

12    until 12:44 p.m.)

13             -  -  -

14         THE VIDEOTAPE TECHNICIAN:

15    This begins tape 3 of today's

16    deposition.  The time now is

17    approximately 12:45 p.m., and

18    we're back on the record.

19         MR. MONTOYA:  Mr. Statman

20    has let me know that his witness

21    has a supplement to one of his

22    answers.  If you want to have him

23    do that, please.

24         MR. CHEN:  Over the break,

Confidential - Subject to Further Confidentiality Review

1           Mr. Zhang recalled that there was

2           another individual he needed to

3           add to, I believe it was Exhibit

4           14, I think it was described as a

5           list of directors and managers.

6               Can you translate that,

7           Stephanie, so he knows.

8   BY MR. MONTOYA:

9       Q.   Is that true, sir, do you

10  need to make a supplemental answer to

11  Exhibit 14, or do you need to make an

12  addition to Exhibit 14?

13      A.   Yes.  I need to add one

14  person to it.

15      Q.   Please go ahead and do so.

16          MR. MONTOYA:  What has the

17      witness written down?

18          THE WITNESS:  Number 4.

19          MR. MONTOYA:  Let me ask

20      him.

21  BY MR. MONTOYA:

22      Q.   Sir, what did you just write

23  down?

24      A.   Song Qinghai, production

Confidential - Subject to Further Confidentiality Review

```
 1   manager.
 2                   MR. MONTOYA:  And if the
 3           interpreter can please do her best
 4           to put that name in English and
 5           the title as well.
 6                   INTERPRETER 1:  Do I need to
 7           put also the time period?
 8                   MR. MONTOYA:  Yes.
 9   BY MR. MONTOYA:
10           Q.    The first name you just
11   wrote down as Number 4, that was the
12   production manager for TTP from 2006 to
13   2007?
14           A.    Yes.
15           Q.    Sir, do you have any
16   knowledge of any banking relationships
17   between TTP and any banks in the United
18   States?
19           A.    No.
20           Q.    Do you have any basis for
21   knowing about any relationships between
22   TTP?
23                   MR. CHEN:  Objection.
24           Sorry.  Just for the "no," I think
```

Confidential - Subject to Further Confidentiality Review

1          it's unclear as to whether he was

2          saying there is none or no.

3              MR. MONTOYA:  All right.

4          I've got the same issue with the

5          interpretation.  If we're going to

6          have the interpreter object to the

7          interpretation, we need her to do

8          so.

9              INTERPRETER 2:  The check

10         interpreter did not find cause to

11         object because he did say no.  But

12         as to no meaning no to what, I

13         cannot determine.

14             INTERPRETER 1:  But the

15         meaning of the word "no" is not up

16         to the interpreter to speculate.

17             MR. MONTOYA:  Thank you.

18    BY MR. MONTOYA:

19         Q.   Do you have any basis for

20    knowing about the relationship between

21    TTP and any financial institutions in the

22    United States?

23             MR. STATMAN:  Objection to

24         form.

Confidential - Subject to Further Confidentiality Review

 1            MR. MONTOYA:  You can

 2       answer, sir.

 3            INTERPRETER 2:  The check

 4       interpreter does not believe the

 5       interpreter interpret clearly of

 6       the question to the witness.

 7            INTERPRETER 1:  Objection.

 8            MR. MONTOYA:  You don't need

 9       to object.  Are you comfortable

10       with your interpretation?

11            INTERPRETER 1:  I'm

12       comfortable it was 100 percent.

13       It is not the interpreter's job to

14       explain the meaning of the

15       question.

16            MR. MONTOYA:  Please ask the

17       witness the question again.

18            THE WITNESS:  TTP has no

19       relationship with any financial

20       institutes in the United States.

21  BY MR. MONTOYA:

22       Q.    How do you know that?

23       A.    Because TTP did not

24  establish any organizations overseas,

Confidential - Subject to Further Confidentiality Review

1    therefore, it did not establish any

2    relationship.

3           Q.    My question was to financial

4    institutions.  What documents have you

5    reviewed, if any, about any relationships

6    between TTP and any financial

7    institutions in the United States?

8               MR. STATMAN:  Objection to

9          form.

10   BY MR. MONTOYA:

11          Q.    You can answer, sir.

12          A.    I have never seen any such

13   document.  We don't have any such

14   document exist.

15          Q.    How do you know that?

16          A.    I did answer earlier.  TTP

17   did not have any relationship with anyone

18   overseas.

19          Q.    I simply want to know about

20   any banking or financial dealings in the

21   United States by TTP?

22              MR. STATMAN:  Objection.  Do

23          you have a question?

24              MR. MONTOYA:  Yes.

Confidential - Subject to Further Confidentiality Review

 1                    MR.  STATMAN:  What's your

 2          question?

 3    BY MR. MONTOYA:

 4          Q.    You can answer, sir.  Go

 5    ahead.

 6          A.    The institution that you

 7    just mentioned earlier, TTP has no

 8    relationship with them.

 9          Q.    Have you asked to look at

10    any banking records of TTP between TTP

11    and any bank in the United States?

12                    INTERPRETER 2:  The check

13          interpreter believes the

14          interpreter did not interpret

15          "have you asked to."  She simply

16          asked, have you looked at.

17                    MR. MONTOYA:  Do you believe

18          your interpretation is accurate?

19                    INTERPRETER 1:  Yes.

20    BY MR. MONTOYA:

21          Q.    You may answer, sir.  Go

22    ahead, sir.

23          A.    I insist on my answer

24    earlier.  TTP had no relationship with

Confidential - Subject to Further Confidentiality Review

Page 100

1    any organizations overseas, and there's

2    no such relationship with any financial

3    institutions.

4              Q.    Who would have the most

5    knowledge about TTP's relationships with

6    any banks in the United States?

7              MR. STATMAN:  Objection as

8         to form.  Assumes a fact not in

9         evidence.

10             MR. MONTOYA:  You can

11        answer, sir.

12             INTERPRETER 2:  The check

13        interpreter believes the

14        interpreter did not interpret the

15        -- fully the objection.

16             INTERPRETER 1:  I did, but I

17        do upside down grammar.  I did 100

18        percent did it.

19   BY MR. MONTOYA:

20             Q.    Please answer the question,

21   sir.

22             A.    Would you mind to make the

23   question clear.

24             Q.    Sure.

Confidential - Subject to Further Confidentiality Review

Page 101

1              Who would have the most

2      knowledge about TTP's relationships with

3      any banks in the United States?

4                  MR. STATMAN:  Same

5           objection.

6                  THE WITNESS:  I answered,

7           and what I mentioned earlier was a

8           fact.

9      BY MR. MONTOYA:

10          Q.    No.  My question was, who,

11     what person would have the most knowledge

12     regarding TTP's relationship with any

13     banks or financial institutions in the

14     United States?

15                 MR. STATMAN:  Same

16          objection.  Assumes a fact not in

17          evidence.

18                 THE WITNESS:  I insist on

19          answer I gave earlier.  TTP did

20          not have any relationship with any

21          financial institutions or bank

22          overseas.

23     BY MR. MONTOYA:

24          Q.    Sir, are you able to read

Confidential - Subject to Further Confidentiality Review

1   the screen that the interpreter is

2   looking at?

3           A.    I can see it.

4           Q.    Can you read the English on

5   it?

6           A.    I don't understand.

7           Q.    Can you read the English

8   that's on the screen in front of the

9   interpreter?

10          A.    I can see it, but I cannot

11  understand it.

12          Q.    Because it seems to me that

13  you're following along with the

14  transcript on the screen?

15          A.    I want to communicate with

16  the interpreter closely because I worry

17  that I want her to hear me clearly.  I

18  was not looking at the screen.

19          Q.    Okay.

20                Who has the most knowledge

21  regarding the finances of TTP between

22  2006 and 2008?

23          A.    Zhang Min.

24          Q.    Could you write down Zhang

Confidential - Subject to Further Confidentiality Review

Page 103

1    Min's name on Exhibit 15 -- or, actually,

2    let me make a new one -- Exhibit 15 for

3    us?

4             A.    Yes.

5             Q.    Please write it for us.

6             A.    (Witness complies.)

7

8                      -  -  -

9             (Whereupon, Deposition

10            Exhibit Jianchun-15, Handwritten

11            note in Chinese, was marked for

12            identification.)

13                     -  -  -

14            Q.    Could you read the name for

15   us again.

16            A.    Zhang Min.

17            Q.    What was Zhang Min's

18   position at TTP?

19            A.    He is the person in charge

20   of finance, finance department.

21                 MR. MONTOYA:  If the

22            interpreter can please write his

23            name in English to the best of her

24            ability, the name that's written

Confidential - Subject to Further Confidentiality Review

```
 1          on Exhibit 15.
 2                  INTERPRETER 1:  In case the
 3          witness does know the English
 4          name, can I ask him to help me
 5          with this and then I will try?
 6                  MR. MONTOYA:  Is that okay
 7          with you, Counsel?
 8                  MR. STATMAN:  I'm not sure I
 9          understood the request.
10                  MR. MONTOYA:  Does the
11          witness know the English name of
12          the person written down on Exhibit
13          15?
14                  THE WITNESS:  I don't know
15          how to spell it.
16                  INTERPRETER 1:  The
17          interpreter will try her best.
18     BY MR. MONTOYA:
19          Q.   Before you came to testify
20     here today, did you speak with the
21     gentleman identified in Exhibit Number 15
22     regarding the finances in TTP?
23          A.   This is a lady, not a
24     gentleman.
```

Confidential - Subject to Further Confidentiality Review

Page 105

```
 1          Q.     I'm sorry.  Did you speak
 2    with the lady before you came here to
 3    today to testify?
 4          A.     I did communicate with her.
 5          Q.     About what?
 6                 MS. BASS:  Did or did not?
 7                 MR. MONTOYA:  Did.
 8                 INTERPRETER 1:  Did.
 9                 THE WITNESS:  I did.
10    BY MR. MONTOYA:
11          Q.     About what?
12          A.     About the conditions of the
13    operations of TTP.
14          Q.     What did you ask her?
15          A.     The current situation of
16    TTP.
17          Q.     What did she tell you?
18          A.     She told me that now TTP has
19    stopped production and operation.
20          Q.     Did you only ask her about
21    the current financial situation of TTP?
22          A.     Mainly we communicate about
23    the current situation.
24          Q.     She has more knowledge than
```

Confidential - Subject to Further Confidentiality Review

1   you regarding the finances of TTP from

2   2006 to 2008, correct?

3          A.    Yes.

4          Q.    Did you ask the person

5   identified on Exhibit 14 about any loans

6   between TTP and any other Taishan

7   companies?

8                MR. CHEN:  I think that's

9          Exhibit 15, by the way.

10               MR. MONTOYA:  You are right.

11         Let me reask the question.

12  BY MR. MONTOYA:

13         Q.    Did you ask the person

14  identified on Exhibit 15 about any loans

15  between TTP and any other Taishan

16  companies?

17               MR. STATMAN:  Objection,

18         vague and ambiguous.

19  BY MR. MONTOYA:

20         Q.    You can answer, sir.

21         A.    I did ask.

22         Q.    What did you ask?

23         A.    The question that Mr.

24  Attorney, you asked earlier.

Confidential - Subject to Further Confidentiality Review

Page 107

1          Q.    I want to know if you asked

2     her about any loans between TTP and any

3     other Taishan subsidiary?

4               MR. STATMAN:  Objection to

5          form.  Again, vague and ambiguous.

6     BY MR. MONTOYA:

7          Q.    You can answer, sir.

8          A.    I did ask.  He said no.

9          Q.    But what did you ask her?

10    What questions did you ask her?

11         A.    The questions that Mr.

12    Attorney asked earlier.

13         Q.    What I want to know is what

14    your conversation was with the person

15    identified on Exhibit 15.  Tell me about

16    your conversation with her.

17              MR. STATMAN:  Object to

18         form.

19    BY MR. MONTOYA:

20         Q.    You can answer, sir.

21         A.    It is not possible for me to

22    recall what I spoke to her.  It is also

23    impossible for me to recall about her of

24    what she said originally.

Confidential - Subject to Further Confidentiality Review

Page 108

1          Q.     When did you speak with her?

2          A.     When I making preparation

3     for the litigation.

4          Q.     Was it weeks, months ago,

5     days ago?  How long ago?

6          A.     I cannot give you an exact

7     time.

8          Q.     Do you remember your

9     conversation with her at all?

10                MR. STATMAN:  I object to

11          the form.

12    BY MR. MONTOYA:

13          Q.     You can answer.

14          A.     I cannot recall concretely

15    what was being said.

16          Q.     And she was the person who

17    has the most knowledge regarding loans

18    and the financial dealings of TTP from

19    2006 to 2008, correct?

20          A.     Yes.

21          Q.     Where is she working today?

22    Where is she?  Who is her employer now?

23          A.     She is still at TTP.

24          Q.     What is your knowledge

Confidential - Subject to Further Confidentiality Review

Page 109

1    regarding any sharing of equipment

2    between TTP and any other Taishan

3    subsidiary?

4                    MR. STATMAN:  Objection to

5            form, but you can answer.

6                    THE WITNESS:  Can you

7            clearly ask your earlier question?

8    BY MR. MONTOYA:

9        Q.    Sure.

10                   What knowledge do you have,

11    if any, regarding any sharing of

12    equipment between TTP and any other

13    Taishan subsidiary?  For example,

14    machines for the production of drywall,

15    office equipment, laboratories,

16    computers, these type of items.

17                   MR. STATMAN:  I object as to

18           form, and I object as to scope.

19                   If you have knowledge, you

20           can answer.

21                   MR. MONTOYA:  Please answer,

22           sir.

23                   THE WITNESS:  TTP has no

24           subsidiaries.

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. MONTOYA:

 2          Q.    I'll ask you the same

 3   question but as to between TTP and any

 4   other company, any Taishan company?

 5              MR. STATMAN:  I object as to

 6          form, as to scope, but you can

 7          answer.

 8              THE WITNESS:  Mr. Attorney,

 9          would ask your earlier question

10          clearly to me again.

11   BY MR. MONTOYA:

12          Q.    Sure.

13              What knowledge do you have

14   regarding any sharing of equipment such

15   as machines for the production of

16   drywall, office equipment, lab equipment,

17   computers, those types of items between

18   TTP and any other Taishan company?

19              MR. STATMAN:  Objection to

20          form, objections to scope.  If you

21          can answer.

22              MR. MONTOYA:  That's topic

23          number 11.

24   BY MR. MONTOYA:
```

Confidential - Subject to Further Confidentiality Review

1       Q.    Please answer the question,

2    sir.

3       A.    Now I understand your

4    question.  TTP, TG and other subsidiaries

5    of TG, they did not share any of these

6    equipments.

7       Q.    How did you find out this

8    information?

9       A.    They are all independent

10   companies.

11      Q.    Did you do any research

12   yourself to determine that TTP did not

13   share any of the types of equipment that

14   I asked you about before with any other

15   Taishan company?

16      A.    Because to the TTG company,

17   their operation have done, I had

18   understanding they don't need any

19   equipment to share.  They themselves have

20   it.

21      Q.    Does TTP have any -- share

22   any of its costs with TG for doing

23   business?

24             MR. STATMAN:  Objection to

Confidential - Subject to Further Confidentiality Review

1          the form.

2    BY MR. MONTOYA:

3          Q.    You can answer.

4          A.    What do you mean by share

5    any of its costs?

6          Q.    When TTP incurs costs for

7    doing -- incurred costs for doing

8    business, did it have any agreements with

9    TG to share those costs between 2006 and

10   2008?

11         A.    I'm still not clear about

12   what are you referring to as "the sharing

13   of costs."

14

15              INTERPRETER 2:  The check

16         interpreter may supply a Mandarin

17         term for sharing the costs?

18              INTERPRETER 1:  It is not

19         upon the interpreter to speculate

20         the meaning of the terms "sharing

21         of cost."

22              MR. MONTOYA:  Please supply

23         the term.

24              (Discussion in Chinese

Confidential - Subject to Further Confidentiality Review

```
 1          between Interpreter 2 and

 2          witness.)

 3                THE WITNESS: Okay.  I

 4          understand.

 5    BY MR. MONTOYA:

 6          Q.    Go ahead, sir, if you can

 7    answer. If you can tell him he can please

 8    answer.

 9          A.    Can you repeat the question

10    earlier that you mentioned?

11          Q.    Yes.  When TTP incurred

12    costs for doing business between 2006 and

13    2008, did they have any agreement with TG

14    to share those costs?

15                MR. CHEN:  She needs to

16          translate his comment.

17                MR. STATMAN:  Let her --

18                MR. MONTOYA:  That's fine.

19                THE WITNESS:  I want to ask

20          the costs that you mentioned

21          earlier, does it come from TG or

22          does it occur from TTG -- TTP?

23    BY MR. MONTOYA:

24          Q.    From TTP to TG.
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.    Are you talking about the

 2   costs coming from TTP to TG?

 3          Q.    Correct.

 4          A.    When TG provide assistance

 5   or help to TTP, TTP has to pay a fee to

 6   TG.

 7          Q.    Where are the records of

 8   those fees being paid?

 9             MR. STATMAN:  Objection to

10        form, but you can answer.

11   BY MR. MONTOYA:

12          Q.    Please answer.

13          A.    Are you talking about the

14   record for paying the fee --

15          Q.    Yes.  You said --

16          A.    -- where it is?

17          Q.    You said TTP has to pay a

18   fee to TG.  Are there any records showing

19   that those fees have been paid?

20             MR. STATMAN:  Object to

21        form.

22             THE WITNESS:  Yes.

23   BY MR. MONTOYA:

24          Q.    Where are those records?
```

Confidential - Subject to Further Confidentiality Review

1          A.     At the finance of TTP.

2          Q.     Who keeps those records,

3    what person?

4                 MR. STATMAN:  Objection to

5          form from the previous question.

6    BY MR. MONTOYA:

7          Q.     You can answer, sir.

8          A.     It should be Zhang Min.

9          Q.     You say there are services

10   that TTP pays TG for.  Are there any

11   services that TG does not charge TTP for?

12                MR. STATMAN:  Objection to

13         form.

14   BY MR. MONTOYA:

15         Q.     You can answer, sir.

16         A.     The support and help that TG

17   provided for TTP, they are all charged.

18         Q.     Do you have any knowledge

19   regarding the business plans of TTP from

20   2006 to 2008?

21                MR. STATMAN:  Objection to

22         form, but you can answer.

23                THE WITNESS:  Mr. Attorney,

24         would you mind to tell me exactly

Confidential - Subject to Further Confidentiality Review

Page 116

```
 1          what do you mean by "business

 2          plans."

 3   BY MR. MONTOYA:

 4          Q.    Did TTP have any written

 5   plans about doing business from 2006 to

 6   2008?

 7          A.    In the years 2006 and 2007,

 8   it has its own plan.

 9               MR. MONTOYA:  Is he

10          finished?

11   BY MR. MONTOYA:

12          Q.    Are you finished?

13          A.    I finished it, but I want to

14   ask you one question.

15          Q.    Go ahead.

16          A.    In order to help to do the

17   interpretation better, I would still like

18   to ask you for permission for me to turn

19   my head to this direction.  Therefore, I

20   can listen to her better.

21          Q.    Absolutely.

22          A.    Is that okay?

23          Q.    Fine with me.

24               INTERPRETER 2:  Check
```

Confidential - Subject to Further Confidentiality Review

Page 117

```
1          interpreter points out that the
2          witness also says it doesn't mean
3          that I am looking at the screen.
4              THE WITNESS:  When you tell
5          me that I can only do this,
6          (indicating), it was very
7          uncomfortable.
8   BY MR. MONTOYA:
9       Q.   Sir, I did not make that
10  instruction to you.  I just wanted to
11  note that I thought that you were reading
12  the screen.
13          You said that there was a
14  business plan for TTP from 2006 and 2007.
15  Where is that document?
16      A.   We might not have kept it.
17      Q.   Do you know if the business
18  records of TTP have been disposed of from
19  2006 to 2008?
20          MR. STATMAN:  Objection to
21          form.  The time frame was
22          confusing.
23  BY MR. MONTOYA:
24      Q.   You can answer, sir.
```

Confidential - Subject to Further Confidentiality Review

Page 118

1          A.    Mr. Attorney, would you mind

2    to repeat it?

3          Q.    Are there any --

4                Do you know of any business

5    records of TTP that have been disposed

6    of, that they no longer have?

7          A.    This I am not sure.

8          Q.    Are you aware of any other

9    documents that may not have been kept by

10   TTP?

11               MR. STATMAN:  Objection to

12         the form, vague and ambiguous.

13         But if you can answer it, go

14         ahead.

15               THE WITNESS:  Mr. Attorney,

16         I would like to ask you to repeat

17         it to me more clearly again.

18   BY MR. MONTOYA:

19         Q.    I believe before you

20   testified that the business plan for 2006

21   to 2007 may not have been kept.  Are you

22   aware of any other documents that may not

23   have been kept by TTP?

24               MR. STATMAN:  Object to

Confidential - Subject to Further Confidentiality Review

1              form, but you can answer.

2                    THE WITNESS:  Yes, I know.

3              Probably there are some documents

4              that may not have been kept.

5    BY MR. MONTOYA:

6              Q.    Do you have any knowledge

7    regarding TTP's marketing plans from 2006

8    to 2008?

9                    MR. STATMAN:  Objection to

10             form.

11   BY MR. MONTOYA:

12             Q.    You can answer, sir.

13             A.    According to my knowledge,

14   they don't have any marketing plans.

15             Q.    Who did you ask --

16                   Did you ask anyone about the

17   marketing plans for TTP and if they exist

18   between 2006 and 2008?

19             A.    We don't have such a plan.

20             Q.    Do you have any knowledge

21   regarding the marketing plans of any

22   other Taishan-related business from 2006

23   to 2008?

24                   MR. STATMAN:  Objection as

Confidential - Subject to Further Confidentiality Review

Page 120

1          to form.

2     BY MR. MONTOYA:

3          Q.    You can answer, sir.

4          A.    I did not understand the

5     questions you asked.

6          Q.    Do you have any knowledge

7     regarding the marketing plans of any

8     other Taishan-related business from 2006

9     to 2008?

10              MR. STATMAN:  Objection to

11          form.

12              THE WITNESS:  Who is related

13          to Taishan?

14     BY MR. MONTOYA:

15          Q.    Any other businesses that

16     have the Taishan as their first name?

17     For example, Taishan Gypsum Jiangyin,

18     Taishan Gypsum Wenzhou, et cetera, or any

19     Taishan subsidiaries?

20              MR. STATMAN:  Objection to

21          form, and here I'm going to jump

22          in.  I think the confusion is

23          Taishan is a place, and by talking

24          about Taishan subsidiaries, it

Confidential - Subject to Further Confidentiality Review

Page 121

```
 1          just isn't a question that makes

 2          sense.

 3  BY MR. MONTOYA:

 4          Q.    You can answer, sir.

 5          A.    I am still not sure what you

 6  are asking about.

 7                INTERPRETER 2:  Counsel, may

 8          the check interpreter try to

 9          interpret your question for the

10          witness.

11          MR. MONTOYA:  That's okay,

12          no.

13  BY MR. MONTOYA:

14          Q.    I'm asking about Taishan

15  Gypsum subsidiaries.  Do you have any

16  knowledge of marketing plans of Taishan

17  Gypsum subsidiaries?

18          A.    I don't know anything about

19  the subsidiaries of Taishan Gypsum of the

20  marketing plans.

21          Q.    Do you have any knowledge

22  regarding any promotional materials by

23  Taishan, by TG subsidiaries?

24                MR. STATMAN:  Objection to
```

Confidential - Subject to Further Confidentiality Review

Page 122

1           form.  Assumes a fact not in

2           evidence.

3                You can answer.

4                THE WITNESS:  Mr. Attorney,

5           would you mind to put it in some

6           other way so that it might help me

7           to understand the question better.

8    BY MR. MONTOYA:

9           Q.   Do you have any knowledge

10   regarding any promotional materials by

11   TTP or sales materials?

12          A.   No.

13          Q.   Sir, tell us about your

14   educational background.  Where did you go

15   to school?  And I don't know the

16   educational system here, so, starting

17   with university level, if you went to a

18   university.

19          A.   Fine.  I went to university

20   between 1999 and 1995.

21          Q.   Let me clarify.  1995 to

22   1999?

23          A.   1991 to 1995.

24                INTERPRETER 1:  I made a

Confidential - Subject to Further Confidentiality Review

```
 1            mistake.
 2                  THE WITNESS:  1991 to 1995.
 3    BY MR. MONTOYA:
 4            Q.    Did you obtain a degree?
 5            A.    Yes.
 6            Q.    In what subject?
 7            A.    Education, to teach
 8    history -- education in history.
 9            Q.    What university did you
10    graduate from?  What was the name of it?
11            A.    Normal University, a
12    teachers college.
13            Q.    Do you have any other
14    degrees besides the teaching degree?
15            A.    I did not have any other
16    degree, but I have done other studies.
17            Q.    What other studies have you
18    done?
19            A.    Between the years 2006 and
20    2009, in Shandong Province at the party
21    school, Communist party school.  I did
22    learn from the distance learning.
23                  MR. CHEN:  Distance or
24            correspondence learning.
```

Confidential - Subject to Further Confidentiality Review

Page 124

1    BY MR. MONTOYA:

2         Q.    In what field, what area of

3    study?

4         A.    Management of economics.

5              INTERPRETER 2:  And

6         management.

7              INTERPRETER 1:  I did say

8         that.

9    BY MR. MONTOYA:

10        Q.    Did you obtain a degree in

11   either economics or management after your

12   studies from 2006 to 2009?

13        A.    I did not have a degree, but

14   I had a certificate for graduation.

15        Q.    From what school from 2006

16   to 2009?

17        A.    I did mention it earlier.

18        Q.    Do you have any other

19   licenses or certifications in any other

20   fields of study?

21        A.    No.

22        Q.    Do you have an office at

23   TTP?

24        A.    No office.

Confidential - Subject to Further Confidentiality Review

Page 125

1          Q.    Are the two people that are

2    still working at TTP, where are their

3    offices located?

4          A.    Still at TTP.

5          Q.    Are there any other

6    employees at TTP besides the two people

7    you mentioned earlier?

8                MR. STATMAN:  Objection to

9          form.

10   BY MR. MONTOYA:

11         Q.    You can answer.

12         A.    Mr. Peng Shiliang, he is

13   still the chairman of the board and the

14   general manager.

15         Q.    Where is his office located?

16         A.    Mr. Peng Shiliang, he has an

17   office at TTP.  He also has an office at

18   the factories that he is at now.

19         Q.    Do those factories include

20   TG factories?

21                MR. STATMAN:  Objection to

22         form.

23   BY MR. MONTOYA:

24         Q.    You can answer.

Confidential - Subject to Further Confidentiality Review

Page 126

1           A.    He is at the factory called

2    Lucheng.

3           Q.    If the witness could please

4    write it down.

5           A.    (Witness complies.)

6                 It is called the branch

7    office of Lucheng.

8           Q.    Is that owned by Taishan

9    Gypsum?

10          A.    Yes.

11          Q.    Are there other employees

12   that share offices between TTP and

13   Taishan Gypsum?

14                MR. STATMAN:  Objection to

15          form.  Assumes a fact not in

16          evidence.

17   BY MR. MONTOYA:

18          Q.    You can answer, sir.

19          A.    I did not understand when

20   you asked it earlier.

21          Q.    Are there other employees

22   that share offices between TG and TTP?

23                MR. STATMAN:  Objection to

24          form.  You can answer the

Confidential - Subject to Further Confidentiality Review

1          question.

2                    THE WITNESS:   What time

3          period?

4    BY MR. MONTOYA:

5          Q.     Any time period, from 2006

6    to present?

7          A.     No.

8          Q.     So, Mr. Peng Shiliang is the

9    only employee of TTP that shares an

10   office with a TG company; is that

11   correct?

12                   MR. STATMAN:   Objection to

13        form.

14   BY MR. MONTOYA:

15        Q.     You can answer, sir.

16        A.     Are you talking about Mr.

17   Peng Shiliang or other people?

18        Q.     I'm asking if there are

19   other people that share offices between

20   TTP and TG like Mr. Peng Shiliang?

21        A.     Now I understand.  No.

22        Q.     Why does Mr. Peng Shiliang

23   have an office at a TG factory?

24        A.     Mr. Peng Shiliang is now a

Confidential - Subject to Further Confidentiality Review

Page 128

1    manager of the factory.

2           Q.    Did TTP have a legal

3    department between 2006 to 2008?

4                 MR. GRAND:  Clarify the

5           answer to what he just said.  Is

6           now a manager or is not a manager?

7                 MR. MONTOYA:  It's "now."

8                 MR. GRAND:  Because you

9           typed "not."

10                MR. STATMAN:  What was the

11          question?

12   BY MR. MONTOYA:

13          Q.    I'll start over again.

14                COURT REPORTER:  Sorry.  Did

15          you say Mr. Peng Shiliang is now a

16          manager?

17                THE WITNESS:  Can we take a

18          break right now?

19                INTERPRETER 1:  Now.  It

20          looks like "now."

21                MR. STATMAN:  It's close to

22          2:00, if you don't mind.

23                THE VIDEOTAPE TECHNICIAN:

24          The time now is approximately 1:54

Confidential - Subject to Further Confidentiality Review

1           p.m., and we are now off the

2           record.

3                   -  -  -

4           (Whereupon, a recess was

5           taken from 1:54 p.m. until

6           2:05 p.m.)

7                   -  -  -

8           THE VIDEOTAPE TECHNICIAN:

9           This begins tape 4 of today's

10          deposition.  The time now is

11          approximately 2:06 p.m., and we're

12          back on the record.

13  BY MR. MONTOYA:

14          Q.    Sir, does TTP have a legal

15  department?

16          A.    No.

17          Q.    Did TTP ever have a legal

18  department?

19          A.    No.

20          Q.    Did TG assist TTP with any

21  legal issues?

22              MR. STATMAN:  Objection,

23          time frame, but go ahead and

24          answer.

Confidential - Subject to Further Confidentiality Review

```
 1                  THE WITNESS:  This I'm not

 2          sure.

 3   BY MR. MONTOYA:

 4          Q.    Who would know?

 5          A.    The people in the legal

 6   department of TG, they would know.

 7          Q.    Who would you ask to answer

 8   that question?

 9          A.    I never ask this type of

10   question before.

11          Q.    I understand.  But if you

12   wanted to know if TG assisted TTP with

13   any legal issues, who would you ask at TG

14   to get that information?

15          A.    I would talk to the head --

16   I would talk to TG, the department head

17   of a department called wei jian fu.

18                  INTERPRETER 1: And the

19          interpreter have difficulty

20          translating this term exactly, but

21          by reading on the surface, it's

22          like protection of the rights the

23          department.

24   BY MR. MONTOYA:
```

Confidential - Subject to Further Confidentiality Review

Page 131

1          Q.    Could you write the name of

2    the head of the department that you just

3    mentioned on Exhibit 16, please.

4          A.    Yes.

5          Q.    Please do so.

6          A.    (Witness complies.)

7                    -  -  -

8                (Whereupon, Deposition

9          Exhibit Jianchun-16, Handwritten

10         note in Chinese, was marked for

11         identification.)

12                   -  -  -

13         Q.    Could you say the name,

14   please, sir?

15         A.    Zhuo jun feng.

16         Q.    If the interpreter could

17   please write it --

18               Do you know the name in

19   English, sir?

20               MR. MONTOYA:  (Addressing

21         the interpreter.)

22               You need to translate what

23         he said.

24               INTERPRETER 1:  The

Confidential - Subject to Further Confidentiality Review

1            interpreter will try, but she

2            cannot guarantee the accuracy.

3            I'll try.

4                    MR. MONTOYA:  Wait a second.

5            I asked him if he could say the

6            name in English.  He gave an

7            answer.  You need to interpret

8            that.  I'll do it again.

9       BY MR. MONTOYA:

10           Q.    Can you write the name in

11      English, sir?

12           A.    I don't know his English

13      name, but I can use the Romanizations to

14      write that in the Romanization form.

15           Q.    What is the Romanization

16      form?

17           A.    It is the Pinyin, but like

18      for the first name, these two words,

19      maybe they are connected together, they

20      should be put together.

21           Q.    Sir, that was very helpful.

22      Thank you.

23                    In 2006 to 2008, did TTP

24      have a department that handled any

Confidential - Subject to Further Confidentiality Review

1   quality issues with the production of

2   drywall?

3         A.    Is it from 2006 to 2008?

4         Q.    Yes.

5         A.    Are you referring to TTP?

6         Q.    Yes.

7         A.    Yes.

8         Q.    What is the name of that

9   department?

10              MR. STATMAN:  Objection to

11        form.

12              You can answer.

13              THE WITNESS:  Some people

14        take up the responsibility for

15        this matter.

16   BY MR. MONTOYA:

17        Q.    Where were those people's --

18              Where was the office of

19   those people?

20        A.    At TTP.

21        Q.    What were the names of those

22   people from 2006 to 2008?

23        A.    That I cannot recall.

24        Q.    Did they consult with anyone

Confidential - Subject to Further Confidentiality Review

1    at TG regarding any quality issues with

2    the production of drywall at TTP?

3           A.    Would you mind to repeat it.

4           Q.    Not a problem.

5                 Did the people that handled

6    any quality issues at the TTP factory for

7    the production of drywall from 2006 to

8    2008 rely upon anyone at TG for advice?

9           A.    That I'm not sure.

10          Q.    Who would know the answer to

11   that question?

12          A.    If this exists, that would

13   also be the people related to the

14   business or people who handle the

15   business.

16          Q.    Do you know the names of

17   those people?

18          A.    I don't know.

19          Q.    Are the people that work in

20   that department at TTP, where are they

21   working now, if you know, for quality

22   issues for drywall production?

23          A.    I still don't understand.

24                INTERPRETER 1: The

Confidential - Subject to Further Confidentiality Review

```
1          interpreter would like to

2          reinterpret by doing it upside

3          down.  That's the Chinese way.

4                   INTERPRETER 2:  The check

5          interpreter may help?

6                   MR. MONTOYA:  You need to

7          say it in English first for us.

8                   INTERPRETER 2:  The

9          interpreter did not interpret it

10         wrong.  It's just that she puts

11         the order rambled up.  So, perhaps

12         that the witness would find it

13         very difficult.

14                  INTERPRETER 1:  It seems

15         like the witness is ready to

16         answer.

17                  MR. MONTOYA:  That's okay.

18    BY MR. MONTOYA:

19         Q.   Sir, if you can answer the

20    question, please do so.

21         A.   I still am not sure what Mr.

22    Attorney, you want to ask.

23         Q.   Here's what I'm trying to

24    ask.
```

Confidential - Subject to Further Confidentiality Review

Page 136

1            MR. CHEN:  Counsel, just

2        for -- it's your deposition.  The

3        more clauses you add on to a

4        sentence, the translation of

5        Chinese becomes very, very

6        disjointed.  And so I think it

7        makes it hard for all the

8        interpreters to try and figure out

9        how to phrase it in a way that

10        makes sense.

11            MR. MONTOYA:  Thank you.

12  BY MR. MONTOYA:

13        Q.    There were people that

14  worked at TTP from 2006 to 2008 that

15  dealt with quality issues for the

16  production of drywall, correct?

17        A.    Are you talking about

18  quality control?

19        Q.    Yes.  Yes.  Quality control.

20        A.    Are you talking about

21  quality control during the process of

22  production?

23        Q.    Yes.

24        A.    Yes, I understand.

Confidential - Subject to Further Confidentiality Review

1          Q.     If you can answer.

2          A.     We do have such a

3    department.

4          Q.     From 2006 to 2008 at TTP,

5    who were the people in that department?

6          A.     They have such a department,

7    but who are the ones in the department

8    there, I don't recall.

9          Q.     Do you know if the people

10   that worked in quality control at TTP

11   from 2006 to 2008 received advice on the

12   quality control from anybody at TG?

13         A.     That is a speculation

14   question.  It is difficult for me to

15   answer.

16         Q.     Who would be the best person

17   to ask that question?  Who would be the

18   best person for me to ask that question

19   to?

20         A.     It should be the person in

21   charge of the QC.

22         Q.     What's the name of that

23   person?

24         A.     I cannot recall, it was such

Confidential - Subject to Further Confidentiality Review

Page 138

1    a long time ago.

2         Q.    Did TG have a quality

3    control department from 2006 to 2008?

4         A.    Yes.

5         Q.    Did the other Taishan

6    subsidiaries rely upon advice from the

7    quality control department from TG?

8              MR. STATMAN:  I'm going to

9              object to this as being outside

10             the scope.  If you can answer, go

11             ahead, based on your own personal

12             knowledge.

13             THE WITNESS:  The

14             subsidiaries of TG, they have

15             their own independent QC

16             department.

17   BY MR. MONTOYA:

18         Q.    But do those people in those

19   subsidiaries, do they rely upon the

20   quality control department of TG?

21             MR. MONTOYA:  I'm letting

22             counsel know that I'm asking this

23             question under topic 17.

24             MR. STATMAN:  I understand

Confidential - Subject to Further Confidentiality Review

Page 139

1          what topic 17 says, and I believe

2          it's outside the scope, but he can

3          go ahead and answer.

4               THE WITNESS:  They don't

5          rely, they are not to rely.  They

6          have their own department.  They

7          can handle it on their own.

8    BY MR. MONTOYA:

9          Q.    Where is your office

10   located, you, personally, your own?

11         A.    At TG.

12         Q.    At a particular plant or

13   factory?

14         A.    Inside an office building.

15         Q.    Where?

16         A.    In the city of Tai'an, the

17   province of Shandong, in China.

18         Q.    Are there any TTP employees

19   in your office?

20              MR. STATMAN:  Objection to

21         form.  It's vague and ambiguous.

22   BY MR. MONTOYA:

23         Q.    You can answer, sir.

24         A.    No.

Confidential - Subject to Further Confidentiality Review

Page 140

1          Q.    At any time were there any

2    employees of TTP that had offices at TG

3    in the building where your office is?

4          A.    No.

5          Q.    Why was TTP formed?

6          A.    For the purpose of issuing

7    the invoice for VAT.

8          Q.    Could TG do the same type of

9    invoicing for VAT?

10              MR. STATMAN:  Objection,

11              time frame.

12   BY MR. MONTOYA:

13         Q.    From 2006 to 2008?

14         A.    Mr. Attorney, would you mind

15   to ask this question again completely.

16         Q.    Sure.

17              Let me first ask you what

18   you mean by TTP being set up for

19   invoicing VAT?

20         A.    According to the rules of

21   the requirement for the tax, TG needs to

22   set up an independent company.

23         Q.    To do what?

24         A.    What do you mean by "what"?

Confidential - Subject to Further Confidentiality Review

Page 141

```
 1          Q.    To set up an independent
 2    company to do what?
 3          A.    To issue the invoice for
 4    VAT.
 5          Q.    Was that a business
 6    advantage for TG?
 7                MR. STATMAN:  Objection to
 8          form, vague and ambiguous.
 9    BY MR. MONTOYA:
10          Q.    You can answer.
11          A.    It is a question related to
12    the finance, so, it is very troublesome
13    to make it clear.
14          Q.    Do your best, please.
15          A.    Some of the customers, they
16    need us to issue the invoices for the VAT
17    purpose.  But TG is an enterprise
18    exempted from the VAT tax.  Let me take a
19    minute to think about it before I respond
20    to you.
21                Do you want me to continue
22    to respond here?
23          Q.    Please, please.
24          A.    The bureau, the tax bureau
```

Confidential - Subject to Further Confidentiality Review

Page 142

1    informed TG during the second half of the

2    year 2006, if TG wants to continue to

3    enjoy the exemption for VAT tax, they

4    cannot issue VAT invoices to these

5    customers that requested for the invoices

6    for VAT.  But for some of the customers,

7    it is a must that they get the invoices

8    for VAT.  In order to fulfill the

9    requirement of these customers that wants

10   to have the VAT invoices, TG must

11   independently establish a company totally

12   independent from TG to produce and to

13   sell the drywalls to the customers that

14   want to have the VAT type of invoices.

15   This company must be totally independent

16   from TG.  The tax bureau must monitor

17   this company.  It is for the purpose of

18   resolving the problem of issuing VAT

19   invoices.  So, after discussion and

20   consultation with the tax bureau, under

21   their suggestion, TG established TTP.

22              When I'm saying this, I

23   don't know whether, Mr. Attorney, whether

24   you can understand me or not.

Confidential - Subject to Further Confidentiality Review

1          Q.    I understand you completely
2    fine.
3                 The customers that requested
4    VAT invoicing, were they outside -- were
5    any of them outside of China?
6                 MR. STATMAN:  Objection to
7          form.
8                 THE WITNESS:  It is a
9          financial knowledge.  I cannot
10         give a professional explanation.
11   BY MR. MONTOYA:
12         Q.    It may be my question that's
13   confusing.
14                Were any of the customers
15   that requested VAT invoicing located
16   outside of China?
17                INTERPRETER 1:  Counsel, a
18         lot of time for the questions to
19         be translated into the way the
20         Chinese says it, a lot of time I
21         need to interpret it upside down.
22         So, sometimes I need to finish
23         listening to the whole sentence
24         before I can flip over to

Confidential - Subject to Further Confidentiality Review

Page 144

```
 1          translate.
 2                    MR. MONTOYA:  Okay.  If you
 3          could translate the way you think
 4          is best, I understand.
 5                    INTERPRETER 1:  Thank you.
 6                    THE WITNESS:  I don't know,
 7          because the policy for taxation is
 8          different for each country.
 9   BY MR. MONTOYA:
10          Q.    Would I need to look at the
11   VAT invoices to see if those customers
12   were outside the United States?
13                    INTERPRETER 1:  Outside the
14          United States?
15                    MR. MONTOYA:  I'm sorry,
16          outside of China.  Thank you.
17                    MR. STATMAN:  Can you reask
18          the question.
19   BY MR. MONTOYA:
20          Q.    Would the best way for me to
21   find out if the VAT invoicing was for
22   customers outside of China be to look at
23   the VAT invoices?
24                    MR. STATMAN:  Objection to
```

Confidential - Subject to Further Confidentiality Review

1              form, but if you can answer, go

2              ahead.

3                    THE WITNESS:  I don't

4              understand.  What do you mean?

5      BY MR. MONTOYA:

6              Q.    Where are the VAT invoices

7      that we've been discussing for TTP

8      located, the documents?

9                    INTERPRETER 1:  What?

10                   MR. MONTOYA:  The documents.

11                   THE WITNESS:  Who are you

12             referring to?

13     BY MR. MONTOYA:

14             Q.    TTP's VAT invoices.

15             A.    At the finance of TTP.

16             Q.    Are those documents still

17     available?

18             A.    Yes.

19             Q.    Do you know if they are in

20     paper or on a computer?

21             A.    Written.

22             Q.    Do you have a company e-mail

23     address for either TTP or TG?

24                   INTERPRETER 1:  Company

Confidential - Subject to Further Confidentiality Review

1          e-mail address?

2     BY MR. MONTOYA:

3          Q.    Do you have an e-mail

4     address that was issued by either TG or

5     TTP for you to use?

6               MR. STATMAN:  Counsel,

7          that's a new question?

8               MR. MONTOYA:  Yes.

9               MR. STATMAN:  I'll object on

10         the grounds that it's compound,

11         but you can answer.

12              THE WITNESS:  I do not

13         understand what you are asking.

14    BY MR. MONTOYA:

15         Q.    Do you have a company e-mail

16    address issued by TG?

17         A.    You mean the company's?

18         Q.    Yes.

19         A.    No.

20         Q.    Are you aware of any

21    licensing agreements between TTP and TG

22    allowing the use of a brand name in

23    February of 2006 to 2008?

24              MR. STATMAN:  I object on

Confidential - Subject to Further Confidentiality Review

1          the ground that it's vague and

2          ambiguous, but you can go ahead

3          and answer.

4                    MR. MONTOYA:  Counsel,

5          you've produced one in this

6          litigation.

7     BY MR. MONTOYA:

8          Q.    But you can go ahead and

9     answer, sir.

10         A.    Can I look at this document?

11         Q.    I just asked you if you were

12    aware of any agreement?

13         A.    Mr. Attorney, would you mind

14    to repeat the question?

15         Q.    Do you know if a licensing

16    agreement exists between TG and TTP for

17    the years 2006 to 2008?

18                    INTERPRETER 1:  Counsel, the

19          licensing agreement for the use of

20          the brand name?

21                    MR. MONTOYA:  No.  I said

22          between TG and TTP.

23                    INTERPRETER 1:  Any

24          licensing agreement or licensing

Confidential - Subject to Further Confidentiality Review

Page 148

1            agreement for using the brand

2            name?

3                    MR. MONTOYA:  Yes.

4                    INTERPRETER 1:  For using

5            the brand name.

6                    MR. STATMAN:  I object as to

7            form.  And I also object to the

8            interpreter reinterpreting your

9            question.  You asked simply was

10           there a licensing agreement, and

11           then she decided that she needed

12           to change it to be a different

13           question entirely.

14                   MR. MONTOYA:  And I object

15           to your speaking objection, and I

16           clarified the question.

17    BY MR. MONTOYA:

18           Q.    You can answer, sir.

19                   MR. STATMAN:  I'll also

20           object to the form of it as

21           compound.

22                   INTERPRETER 1: There are

23           many ways to interpret licensing.

24           I need to know what that is, then

Confidential - Subject to Further Confidentiality Review

Page 149

1          I know how to choose the correct

2          wording.

3    BY MR. MONTOYA:

4          Q.    Are you aware of any

5    licensing agreement for the brand name --

6    for any brand name between TG and TTP

7    between 2006 and 2008?

8          A.    Now I understand.

9               Yes.

10         Q.    Do you know about any sales

11   of equipment between TG and TTP?

12         A.    I don't understand what you

13   mean.

14         Q.    Or production lines or the

15   sales of production lines?

16              MR. STATMAN:  The question

17         is compound and getting more

18         compound by the minute.  I object.

19              THE WITNESS:  Mr. Attorney,

20         would you mind to clearly and

21         completely restate your question.

22   BY MR. MONTOYA:

23         Q.    Sure.

24              Are you aware of any

Confidential - Subject to Further Confidentiality Review

1    contracts or agreements for the sale of

2    equipment between TG and TTP regarding

3    production lines?

4         A.    I want to confirm something.

5         Q.    Please.

6         A.    I want to clarify.  Are you

7    asking the agreement by saying that TTP

8    or TG, is there any sales of equipment

9    from TTP to TG or from TG to TTP, this

10   kind of agreement for this kind of

11   dealing?

12        Q.    I would like to know about

13   either one, from TG to TTP or from TTP to

14   TG.

15        A.    Yes.

16        Q.    Do you know about the

17   existence of those agreements?

18             MR. STATMAN:  Objection to

19        form, but you can answer.

20             THE WITNESS:  I know.

21   BY MR. MONTOYA:

22        Q.    What do you know?

23        A.    I know these agreements

24   exist.

Confidential - Subject to Further Confidentiality Review

Page 151

1          Q.    For what?  What is the

2     nature of the agreements?

3          A.    TG sold to TTP their

4     production line and production equipment.

5          Q.    Between 2006 to 2008, did

6     TTP manufacture drywall under the TG

7     brand name?

8               MR. STATMAN:  Objection to

9               form, but you can answer.

10              THE WITNESS:  To be

11              accurate, it is between the year

12              2006 to the year 2007.

13    BY MR. MONTOYA:

14         Q.    That's fine.

15         A.    They did use.

16         Q.    Why was production stopped

17    for drywall by TTP in 2008?

18         A.    For the consideration of

19    economic interests.

20         Q.    What interests were those?

21         A.    To explain this question, it

22    takes quite some time.

23         Q.    Please do.

24         A.    Let me think about it, and

Confidential - Subject to Further Confidentiality Review

Page 152

 1   then I'll summarize it, and then I will

 2   give you an answer.

 3        Q.    Okay.

 4        A.    During the process of the

 5   operation of TTP, it was discovered that

 6   the customer that required the VAT

 7   invoices were not that many.  The

 8   capacity for the production of the

 9   drywall by TTP was 40 million square

10   meters.

11              Here I need to add a

12   question in order to be able to answer

13   better.

14              MR. MONTOYA:  Is that him

15         speaking or you speaking?

16              INTERPRETER 1:  Him

17         speaking.

18              I need to fix the

19         translation from one word earlier.

20         Now I know what he's talking

21         about.

22              (Interpreter clarification.)

23              To add explanation in order

24         to be able to answer better..

Confidential - Subject to Further Confidentiality Review

Page 153

1              MR. MONTOYA:  Please do.

2              INTERPRETER 1:  The

3        question, the word is not question

4        on page 107 --

5              (Interpreter clarification.)

6              Here I need to add an

7        explanation in order to be able to

8        answer better.

9              THE WITNESS:  In the year

10       between 2006 and 2007, TTP

11       implemented the tax policy coming

12       from the government to cut -- to

13       exempt half of the tax.  However,

14       TG implemented the policy to

15       talk -- to exempt all the VAT tax.

16       I did mention earlier that during

17       the operations, TTP find out that

18       there were not that many customers

19       requiring VAT invoicing, but it

20       has the production capacity for 40

21       million square meters.  If we have

22       to sell this 40 million square

23       meters of drywall, they have to --

24       they can only follow the policy

Confidential - Subject to Further Confidentiality Review

```
 1              exempting only half of the tax.

 2              Even those products that does not

 3              require for the VAT policy, they

 4              still have to pay 50%, half of the

 5              tax.

 6                   Let me think.  If TTP also

 7              wants to enjoy the policy for VAT

 8              exemption, then it also enjoy the

 9              50% tax -- the other policy with

10              the 50% tax exemption.  Therefore,

11              their consideration was coming

12              from this perspective of economic

13              interest.  To establish a company

14              with a smaller capacity of

15              production, it would be okay for

16              this company to fulfill the need

17              of the customers requiring for the

18              VAT invoicing.  Based on this

19              reason, TTP stopped production and

20              operation.

21                   MR. STATMAN:  Are you

22              finished?

23                   THE WITNESS:  That's it.

24      BY MR. MONTOYA:
```

Confidential - Subject to Further Confidentiality Review

Page 155

```
 1        Q.    Did TG make the decision to
 2   shut down TTP's production of drywall?
 3        A.    It was a decision made
 4   together by the board of directors of TG
 5   and TTP.
 6        Q.    After TTP stopped producing
 7   drywall in 2008, did TTP sell back the
 8   equipment for making drywall to TG?
 9        A.    Yes.
10        Q.    What other products between
11   2006 to 2008 did TTP produce apart from
12   drywall?
13            MR. STATMAN:  Objection to
14        form.  You can answer based on
15        your knowledge.
16            THE WITNESS:  TTP only
17        produce drywalls.
18   BY MR. MONTOYA:
19        Q.    What was the name of the
20   factory that the TG production line was
21   purchased -- that TG purchased back from
22   TTP?  Where was the factory?
23            Let me start again.
24            What was the name of the
```

Confidential - Subject to Further Confidentiality Review

 1   factory of the --

 2                What was the name of the TTP

 3   factory that TG bought back the drywall

 4   equipment from?

 5                MR. STATMAN:  Objection to

 6          the form.

 7                THE WITNESS:  Industrial

 8          park production line.

 9   BY MR. MONTOYA:

10          Q.    How many factories did TTP

11   produce drywall at from 2006 until 2008?

12          A.    TTP?

13          Q.    Yes.

14          A.    TTP has only the old

15   factories.  They don't have any other

16   factory.

17          Q.    And what was the name of

18   that factory?

19          A.    TTP?

20          Q.    Yes.  What was the name of

21   the factory where they produced drywall

22   from 2006 to 2008?

23          A.    Let me make a correction.

24   This should be between the year 2006 to

Confidential - Subject to Further Confidentiality Review

1    the year 2007.

2              Q.    Okay.

3              A.    It was called TTP.

4              Q.    The name of the factory was

5    called TTP?

6              A.    I need to explain this, so

7    let me think.

8                   MR. STATMAN:  Do you

9              understand the question?

10                  I'm talking to the

11             interpreter.

12                  THE WITNESS:  Yes, I

13             understand it.  But I want to

14             think about it so that I will be

15             able to respond in a way that he

16             can understand.

17                  You can say -- you can put

18             it this way.  TTP does not have

19             any other factory.  TTP itself on

20             its own is a factory.

21   BY MR. MONTOYA:

22             Q.    And the name of that factory

23   is TTP, right?

24             A.    Let me think about how I can

Confidential - Subject to Further Confidentiality Review

1    explain to you.

2              MR. STATMAN:  Okay.  I'm

3         going to object as to the form

4         because it's vague and ambiguous.

5         He's obviously struggling.  If you

6         can reask him the question --

7              MR. MONTOYA:  I asked him

8         the name of the factory.  I'm not

9         going to reask it.

10             MR. STATMAN:  Assumes facts

11        not in evidence.

12             MR. MONTOYA:  That they

13        don't have a factory for drywall?

14             MR. STATMAN:  No.  If it has

15        a name.

16             MR. GRAND:  Then he can say

17        it doesn't have a name.

18             MR. STATMAN:  He's

19        apparently struggling.

20             MS. BASS:  You don't have

21        any idea why he's struggling.

22             MR. STATMAN:  That's true.

23        That's why I said apparently.

24             THE WITNESS:  The production

Confidential - Subject to Further Confidentiality Review

```
 1         line of TTP is under the name of
 2         TTP.
 3              MR. STATMAN:  Are we ready
 4         for another break?
 5              MR. MONTOYA:  I think we
 6         are, yes.
 7              THE VIDEOTAPE TECHNICIAN:
 8         The time now is approximately 3:09
 9         p.m., and we are now off the
10         record.
11              -  -  -
12              (Whereupon, a recess was
13         taken from 3:09 p.m. until
14         3:21 p.m.)
15              -  -  -
16              THE VIDEOTAPE TECHNICIAN:
17         This begins Tape 5 of today's
18         deposition.  The time now is
19         approximately 3:21 p.m., and we're
20         back on the record.
21              MR. STATMAN:  Before Mr.
22         Montoya recommences with his
23         questions, I just want to note
24         that originally that Mr. Zhang was
```

Confidential - Subject to Further Confidentiality Review

Page 160

```
 1          scheduled to have his deposition

 2          taken over a period of two days.

 3          I understand that yesterday you

 4          all agreed that his deposition

 5          would be taken only today and that

 6          you would take Mr. Peng's

 7          deposition over the next two days

 8          and you would not be taking any

 9          depositions on Saturday.  I see

10          nods on the other side of the

11          table, and I'm assuming that's all

12          correct and no one disagrees with

13          that.

14               MR. PANAYOTOPOULOS:  I've

15          not agreed to that, but I suspect

16          it's okay as long as I have an

17          opportunity to ask a few questions

18          today.

19               MR. STATMAN:  That's what I

20          was getting to.  The time is now

21          3:20 approximately.  My watch

22          never seems to be right here, but

23          it's about 3:20.  I interpret a

24          day to generally mean a 9 to 5
```

Confidential - Subject to Further Confidentiality Review

```
 1        full day.  We've tried to keep the

 2        breaks to a minimum.  I've tried

 3        to keep the testimony flowing as

 4        best we can.  I'm certainly

 5        willing to give a little leeway on

 6        the 5:00 issue, but there isn't

 7        that much room for leeway.  And so

 8        I want you among you, if you can,

 9        to reach an agreement about your

10        time.  I'm not going to tell you

11        how to manage your deposition.

12        But if you want some time to ask

13        questions, I think you need to

14        keep that in mind that he's not

15        going to be here indefinitely

16        merely because you decided to

17        reduce his time from two days to

18        one day.

19            MR. PANAYOTOPOULOS:  You

20        just need to understand that we

21        actually have adverse interests.

22        There's no team over here working

23        together.  My clients, I'm the

24        only one who represents my
```

Confidential - Subject to Further Confidentiality Review

Page 162

1         clients, and we have directly

2         adverse interests with the people

3         that are asking the questions.

4         So, I don't have a choice in that.

5         So, as long as our rights are

6         preserved, I'm fine with that.

7         But I'm not willing to give up my

8         rights for somebody else.

9             MR.   BRENNER:  The same

10        applies to Mr. Peng.  We've all

11        come here to ask him questions.

12        And to the extent that others with

13        adverse interests monopolize the

14        time, we're not going to waive our

15        rights.  We've got a Saturday set

16        aside.  We're not going to waive

17        our rights.

18            MR. STATMAN:  I'm not going

19        to make any ruling or ask you to

20        waive any rights you may have, but

21        he's here for a full day's worth

22        of deposition today.  We're making

23        an honest effort to give you a

24        full day's worth of deposition,

# FILED UNDER SEAL

**CERTAIN EXCERPTS OF THIS TRANSCRIPT HAVE BEEN DESIGNATED "HIGHLY CONFIDENTIAL" AND HAVE BEEN FILED UNDER SEAL, PURSUANT TO PRE-TRIAL ORDER NO. 16**

Confidential - Subject to Further Confidentiality Review

Page 170

```
 1        of TG 20116 and 20117.
 2               Sir, at this time, I have
 3        finished my questioning, and I
 4        want to thank you for your time
 5        today.
 6               THE WITNESS:  Thank you very
 7        much for your patience to listen
 8        to my answers.
 9               MR. MONTOYA:  And your
10        patience with me.
11               I pass the witness.
12               MS. BASS:  Hello, my name is
13        Hilarie Bass, and I represent the
14        Home Builders steering committee.
15               I am going to pass the
16        witness, but only after making a
17        statement for the record.
18               Through no fault of the
19        witness, I do not believe that
20        this individual was put forth
21        today in good faith as a corporate
22        representative of TTP.  That is
23        the case because, first of all, he
24        was not an employee of TTP at the
```

Confidential - Subject to Further Confidentiality Review

Page 171

```
 1        relevant time.  Secondly, he
 2        appears today and tells us that he
 3        has never even read the profile
 4        form submitted by the client about
 5        which he is theoretically supposed
 6        to be testifying today.  He tells
 7        us that there are annual reports
 8        for the company, but he hasn't
 9        even bothered to review them.  He
10        admits that there are all kinds of
11        documents reflecting the very
12        categories of information that he
13        has been designated to talk about
14        today, and he hasn't reviewed any
15        of them.
16            I would just like to note
17        for the record that there were
18        more than 13 lawyers who flew
19        thousands of miles to come here in
20        good faith to ask questions of a
21        witness which we were told was an
22        individual who had the most
23        knowledge about the specific
24        categories of information
```

Confidential - Subject to Further Confidentiality Review

Page 172

1           described in the deposition

2           designations.  And, in fact, we

3           find that there is somebody still

4           employed by a subsidiary of this

5           company who actually executed the

6           profile form who apparently does

7           have personal knowledge about the

8           information relevant to this

9           lawsuit, but interestingly enough,

10          he is not being produced any time

11          during the week to allow us the

12          appropriate opportunity to ask him

13          questions about issues that are

14          relevant to this lawsuit.

15               It's my view that the bulk

16          of our time today has been wasted.

17          Patrick has been very patient in

18          trying to elicit whatever

19          interesting information this

20          witness might have, but that I

21          believe we are entitled to be

22          reimbursed for our time to be here

23          today, because I do not believe

24          that this individual by anyone's

Confidential - Subject to Further Confidentiality Review

Page 173

1        stretch of the imagination can be

2        described as someone who has the

3        best knowledge about the relevant

4        information that are described in

5        the deposition topics.  And so for

6        that reason, I'm not going to

7        waste any further time by

8        questioning him.

9             I will pass the witness.

10            MR. STATMAN:  I just want to

11       respond briefly.  You're wrong on

12       the facts, and you're wrong on the

13       law.  We'll start with the law.

14       The 30(b)(6) witness does not have

15       to be an employee of the company

16       for which he is giving testimony.

17            Second, he's fully answered

18       questions that were directed and

19       clear about each and every one of

20       the categories in which he's been

21       designated.  He is the -- he is

22       qualified and has shown that he's

23       qualified to answer all of those

24       questions, and that is our

Confidential - Subject to Further Confidentiality Review

Page 174

```
 1        obligation.
 2               MS. BASS:  That's fine.
 3        We'll take it up with Judge
 4        Fallon.  Thank you.
 5               MR. STATMAN:  That's right.
 6               MR. SERPE:  There's no need
 7        to translate that, I wouldn't
 8        think.
 9               MR. STATMAN:  No, absolutely
10        not.
11               MR. PANAYOTOPOULOS:  I also
12        join in the objections from Ms.
13        Bass, but I'm going to try to get
14        some of the questions that
15        possibly this witness has
16        knowledge about while we're here.
17                      -  -  -
18                  EXAMINATION
19                      -  -  -
20    BY MR. PANAYOTOPOULOS:
21        Q.    Hello.  My name is Nick
22    Panayotopoulos, and I represent certain
23    entities by the name of Banner.
24               When did TTP first hear
```

Confidential - Subject to Further Confidentiality Review

Page 175

1    about claims being made in America about

2    its drywall?

3                    INTERPRETER 1:  Counsel, the

4           word claims is not a very --

5           cannot be translated too clearly.

6           Will you help me?

7                    INTERPRETER 2:  The check

8           interpreter disagrees.  Claims

9           should be interpreted as shuo pei.

10                   INTERPRETER 1:  That is one

11          way of interpreting that.

12                   MR. PANAYOTOPOULOS:  That's

13          fine.

14                   INTERPRETER 1:  I did

15          translate it similar to that, but

16          I don't want to guess.

17                   MR. PANAYOTOPOULOS:  You can

18          ask it that way.  That's fine.

19                   MR. STATMAN:  Are you

20          finished with your translation?

21                   INTERPRETER 1:  Yes.

22                   MR. STATMAN:  I object to

23          the form of that question.  I

24          object to the scope of that

Confidential - Subject to Further Confidentiality Review

Page 176

1          question insofar as it concerns

2          the designations, and I am

3          objecting to the scope of that

4          question insofar as it has nothing

5          to do with the jurisdiction.  I'll

6          let him answer because I want to

7          move this along, but out of

8          concern for everybody's time, I'm

9          not going to let a whole series of

10         questions like this be asked.

11         He's designated, and these

12         depositions are meant to be for

13         jurisdictional purposes.

14               MR. PANAYOTOPOULOS:  Thank

15         you.

16               MR. STATMAN:  You can

17         translate that, please.

18               THE WITNESS:  Around the

19         year 2010, TTP received legal

20         documents.

21   BY MR. PANAYOTOPOULOS:

22         Q.    I'm not asking when TTP

23   first received legal documents.  I'm

24   asking when did TTP first hear about

Confidential - Subject to Further Confidentiality Review

Page 177

1    claims in America that the drywall was

2    defective?

3              MR. STATMAN:  Same objection

4         as to form and on scope, but you

5         can answer the question if you

6         can.

7              MR. PANAYOTOPOULOS:  Please

8         translate his objection.

9              INTERPRETER 1:  I did

10        translate it.  Let me try to use

11        another word for claim.  I just

12        used the word from Una.  Let me

13        use another word here.

14             MR. PANAYOTOPOULOS:  And

15        please go ahead and translate his

16        objection again.

17             MR. STATMAN:  Same objection

18        as to the previous question.

19             INTERPRETER 1:  I got this

20        Chinese translation from the

21        glossary.

22             MR. CHEN:  If I could just

23        make one clarification, Mr.

24        Panayotopoulos.  The question is

Confidential - Subject to Further Confidentiality Review

Page 178

```
 1        whether you're referring to
 2        allegations or complaints or if
 3        you're referring to demands for
 4        payment.  I think that's where the
 5        confusion over the term "claims"
 6        between all the interpreters is
 7        occurring.
 8             MR. PANAYOTOPOULOS:  Let me
 9        be clear.  It doesn't matter about
10        litigation.  What I'm asking about
11        is anybody making a claim, making
12        a statement that this drywall was
13        defective.  So, it does not have
14        to be in the legal context.  It
15        just has to be in the context of
16        I'm making this particular claim
17        that something is wrong.  I'm just
18        making a statement.
19             INTERPRETER 1:  I
20        understand.  Counsel, I stated
21        that we tried to translate the
22        word claims in three different
23        ways, and we still don't get the
24        answer across because under
```

Confidential - Subject to Further Confidentiality Review

Page 179

```
 1          different situation, the word

 2          claims can be translated

 3          differently.  Is there a better

 4          word that can help us better

 5          translate?

 6               MR. PANAYOTOPOULOS:  How

 7          about a concern.

 8               MR. STATMAN:  I can never

 9          tell when she's done.

10               MR. PANAYOTOPOULOS:  Are you

11          done?

12               MR. STATMAN:  I object as to

13          form, and I object as to scope,

14          but please answer the question.

15               MR. PANAYOTOPOULOS:  Go

16          ahead and translate what he just

17          said, please.

18               THE WITNESS:  I did not hear

19          clearly what were you asking

20          about.

21     BY MR. PANAYOTOPOULOS:

22          Q.   I'm sorry?

23          A.   I did not hear clearly the

24     questions that you just asked.
```

Confidential - Subject to Further Confidentiality Review

Page 180

```
 1          Q.    When did TTP first hear that
 2    there were concerns in America about its
 3    drywall being defective?
 4                  MR. STATMAN:  Objection to
 5          form, objection to scope.  Please
 6          answer the question.
 7                  INTERPRETER 2:  The check
 8          interpreter believes that the
 9          interpreter did not put defective
10          into the interpretation.
11                  INTERPRETER 1:  I did.  I
12          did exactly every time, I did put
13          a word defective.  Huai diao, that
14          is defect.  Sometimes the check
15          interpreter cannot hear because it
16          is an upside down translation.
17                  MR. PANAYOTOPOULOS:  I don't
18          want a justification.
19                  THE WITNESS:  I answered
20          earlier.
21    BY MR. PANAYOTOPOULOS:
22          Q.    Please answer it again.
23          A.    Around February of 2010.
24          Q.    That's when it received the
```

Confidential - Subject to Further Confidentiality Review

Page 181

```
 1   legal papers?
 2              MR. STATMAN:  I just want to
 3         make sure you understand.  I have
 4         a continuing objection to scope, I
 5         don't want to have to reiterate it
 6         after every question in this line,
 7         so we can move the questioning
 8         forward.
 9              MR. PANAYOTOPOULOS:  I asked
10         a question already.
11              THE WITNESS:  When you're
12         talking about "it," who are you
13         referring to?  I don't understand.
14              INTERPRETER 1:  When "it
15         received the legal papers," who
16         are you referring to as "it?
17   BY MR. PANAYOTOPOULOS:
18         Q.    You gave me a date in 2010,
19   correct?
20         A.    Yes.
21         Q.    That was the date when your
22   company received legal papers; is that
23   correct?
24         A.    Yes.
```

Confidential - Subject to Further Confidentiality Review

Page 182

1          Q.   Before that date, had

2    anybody at your company heard about any

3    complaints about its drywall in America?

4                    MR. STATMAN:  Objection as

5               to form.

6                    THE WITNESS:  TTP has

7               already stopped production.  Only

8               two people stayed.  How can I put

9               it?

10   BY MR. PANAYOTOPOULOS:

11         Q.   Prior to the date you gave

12   me, did anybody at TTP have knowledge

13   about any concerns being raised in

14   America about the TTP drywall?

15         A.   I don't know whether there

16   is anyone who knows it or not.

17         Q.   You don't know when the date

18   is?

19         A.   Just earlier, well, I want

20   to find out what question was he asking?

21         Q.   When was the first time that

22   you found out that anyone in America was

23   complaining about TTP drywall?

24                    MR. STATMAN:  Objection,

Confidential - Subject to Further Confidentiality Review

Page 183

1          vague and ambiguous.  Answer,

2          please.

3               THE WITNESS:  Mr. Attorney,

4          would you mind to clarify this

5          question?

6    BY MR. PANAYOTOPOULOS:

7          Q.    Have you ever heard that

8    there are problems, that people are

9    claiming there are problems with TTP

10   drywall in America?

11              MR. STATMAN:  Objection as

12         to form.

13              THE WITNESS:  Mr. Attorney,

14         would you mind to rephrase it

15         using another method to ask me?

16              MR. CHEN:  The witness also

17         added, the way it's being

18         interpreted, I really don't

19         understand.

20              INTERPRETER 1:  Did he say

21         that?

22              MR. CHEN:  Yes, he did.

23              INTERPRETER 1:  I did not

24         hear that.

Confidential - Subject to Further Confidentiality Review

Page 184

1                THE WITNESS:  I'm talking

2           about, I don't understand the

3           meaning, what is the meaning of

4           what the attorney -- Mr. Attorney,

5           you want to convey.

6    BY MR. PANAYOTOPOULOS:

7           Q.    Are you aware that there are

8    people in America complaining that

9    there's a problem with TTP drywall?

10               MR. STATMAN:  Objection to

11          form.

12               THE WITNESS:  I know.

13   BY MR. PANAYOTOPOULOS:

14          Q.    When did you first find out?

15          A.    I cannot tell the exact

16   time.  After the litigation.

17          Q.    The first time you heard

18   from any source that there were

19   complaints about the drywall was after

20   the litigation was started?

21               MR. STATMAN:  Objection to

22          form.

23               THE WITNESS:  Yes.

24   BY MR. PANAYOTOPOULOS:

Confidential - Subject to Further Confidentiality Review

Page 185

1          Q.    You never read anything in
2    the papers about problems with TTP
3    drywall in America before that time?
4               MR. STATMAN:  Objection to
5          form.
6               INTERPRETER 2:  The check
7          interpreter believe paper here
8          means newspaper.
9               INTERPRETER 1:  Interpreters
10          do not speculate the meaning of
11          the words.  It's up to the lawyers
12          to clarify.
13               MR. PANAYOTOPOULOS:  Please
14          use the word newspaper or press.
15               THE WITNESS:  Yes.
16    BY MR. PANAYOTOPOULOS:
17          Q.    When was that, the first
18    time that you heard that?
19               MR. STATMAN:  Objection to
20          form.
21               THE WITNESS:  I did answer.
22               INTERPRETER 2:  The check
23          interpreter believes that when the
24          question posed to the witness, you

Confidential - Subject to Further Confidentiality Review

Page 186

```
 1          never read from the papers about

 2          the litigation -- about the

 3          complaints, and the witness'

 4          answer is correct, meaning I have

 5          never read from the newspaper,

 6          it's not yes, I have read from the

 7          paper.

 8               INTERPRETER 1:  The check

 9          interpreter is digesting and

10          speculating the meaning of what

11          was being said.  What was said was

12          not as long as what she said.

13  BY MR. PANAYOTOPOULOS:

14          Q.   Did TTP have a customer base

15  in 2006 to 2007?

16               MR. STATMAN:  Objection as

17          to form.

18               THE WITNESS:  I don't

19          understand.  What do you mean by

20          "customer base"?

21  BY MR. PANAYOTOPOULOS:

22          Q.   Did TTP have customers in

23  2006 and 2007 for its drywall?

24          A.   TTP has customers for the
```

Confidential - Subject to Further Confidentiality Review

Page 187

1    drywalls.

2           Q.     In 2006/2007?

3           A.     Yes.

4           Q.     What happened to those

5    customers when TTP and TG boards decided

6    to shut down TTP's business?

7                  MR. STATMAN:  Finished?

8                  Objection to the form.

9                  THE WITNESS:  I don't

10           understand the meaning of this

11           question.  What do you mean?

12   BY MR. PANAYOTOPOULOS:

13           Q.     Did the customers that used

14   to get drywall from TTP begin to get

15   drywall from a different TG entity after

16   TTP shut down?

17           A.     The customers of TTP, they

18   are not fixed customers.  They can buy

19   the drywall from anywhere.

20           Q.     Did TTP give its client list

21   to a different TG client -- TG entity

22   when TTP went out of business?

23                  MR. STATMAN:  Objection as

24           to form.

Confidential - Subject to Further Confidentiality Review

Page 188

```
 1              THE WITNESS:  I did answer
 2         this question earlier.  The
 3         customers of TTP, they are not
 4         fixed customers of TTP.
 5              MR. PANAYOTOPOULOS:  Would
 6         you repeat my question to him,
 7         please.
 8              MR. STATMAN:  Objection to
 9         form.
10              THE WITNESS:  I have never
11         seen such a customer list.
12   BY MR. PANAYOTOPOULOS:
13         Q.   Is it your testimony that
14   TTP never had a list of who its customers
15   were?
16              MR. STATMAN:  Objection as
17         to form, and I'm going to object
18         as to the scope of this.  And I
19         think that's part of the problem.
20              You can answer if you know.
21         And any answer he gives is within
22         the scope of his personal
23         knowledge.
24              THE WITNESS:  According to
```

Confidential - Subject to Further Confidentiality Review

Page 189

1           my personal understanding?

2     BY MR. PANAYOTOPOULOS:

3           Q.     According to any

4     understanding you had from any source

5     whatsoever.

6           A.     What I mean is that the

7     customers of TTP keeps on changing.

8     Therefore, there's no way for them to

9     write out a list.

10          Q.     So, your testimony is that

11    TTP never had a list of who its customers

12    were, correct?

13                 MR. STATMAN:  Objection to

14          form.

15                 THE WITNESS:  That is

16          according to my own understanding,

17          I have never seen such a list.

18    BY MR. PANAYOTOPOULOS:

19          Q.     You spoke earlier about the

20    VAT tax issues, correct?

21          A.     Yes.

22          Q.     And part of the reason that

23    TTP shut down or stopped producing

24    drywall was so that TG could apply for

Confidential - Subject to Further Confidentiality Review

Page 190

1    VAT exemptions, correct?

2              MR. STATMAN:  Objection to

3         form.

4              THE WITNESS:  I don't

5         understand the meaning, Mr.

6         Attorney.

7    BY MR. PANAYOTOPOULOS:

8         Q.    The meaning of what?

9         A.    I don't understand what

10   you're talking about.  What do you imply?

11        Q.    The boards of TTP and TG

12   decided at some point to shut down TTP's

13   production, correct?

14        A.    Yes.

15        Q.    And the reason that they

16   decided to do that was so they could

17   apply for VAT tax exemption, correct?

18             MR. STATMAN:  Objection to

19        form.

20             THE WITNESS:  Mr. Attorney,

21        when you are talking about the

22        word "they," who are you referring

23        to?

24   BY MR. PANAYOTOPOULOS:

Confidential - Subject to Further Confidentiality Review

Page 191

1           Q.     TTP and TG.

2           A.     TTP has already stopped the

3    production, therefore, there is no more

4    tax issue.

5           Q.     It's TG that applies for the

6    VAT exemption, correct?

7                  MR. STATMAN:  Objection to

8           form, time frame.

9                  THE WITNESS:  TG enjoy the

10          VAT tax before this.

11                 MR. CHEN:  Tax exemption.

12                 INTERPRETER 1:  He did not.

13          He did not say the word

14          "exemption."  He just said "enjoy

15          VAT tax."

16                 Let me ask the witness to do

17          it over again.

18                 THE WITNESS:  TG can enjoy

19          the exemption of the VAT tax

20          before this.

21   BY MR. PANAYOTOPOULOS:

22          Q.     The reason --

23                 What was the reason that TTP

24   production was shut down?

Confidential - Subject to Further Confidentiality Review

Page 192

```
 1              MR. STATMAN:  Objection,
 2         asked and answered.
 3              THE WITNESS:  I insist on
 4         the answer I gave before.
 5    BY MR. PANAYOTOPOULOS:
 6         Q.    Please repeat it, if you
 7    could.
 8         A.    The answer I gave earlier
 9    was too long.  I am unable to repeat it.
10         Q.    Was part of the reason the
11    TTP production was shut down so that some
12    Taishan Gypsum entity could enjoy VAT tax
13    exemption?
14         A.    That is not the case.
15         Q.    Please repeat the reason,
16    then, that you said why TTP was shut
17    down.
18              MR. STATMAN:  Objection,
19         asked and answered.  And to the
20         extent you can answer that
21         question, please do.
22              THE WITNESS:  I insist on
23         the answer that I gave out
24         earlier, and I did explain about
```

Confidential - Subject to Further Confidentiality Review

Page 193

```
 1        this because it is a very

 2        professional knowledge regarding

 3        the finance.  I spent a long time

 4        to explain this.  If I have to

 5        repeat it again, it is

 6        meaningless.

 7             MR. PANAYOTOPOULOS:  We're

 8        going to be here a very long time

 9        if I'm not going to get any

10        answers to my questions, and I

11        don't know what the best way to go

12        about it is, but I can't get any

13        answers out of this -- the

14        witness.

15             MR. STATMAN:  Let me suggest

16        that you asked exactly the same

17        question that he had previously

18        been asked which he gave a very

19        long answer.  And he's saying that

20        he can't repeat that answer.  And

21        let me further suggest that you

22        may have misunderstood some of the

23        things he said.  Now, if you'd

24        like to go back and read his
```

Confidential - Subject to Further Confidentiality Review

Page 194

1           answer while someone else takes

2           over the questioning, I have no

3           problem with that.  But he can't

4           give exactly the same answer that

5           he gave before.

6                MR. PANAYOTOPOULOS:  Well,

7           I'm not asking for the exact same

8           answer.

9                MR. STATMAN:  You are asking

10          for an answer to exactly the same

11          question.  There's no reason he

12          has to repeat it.

13               MR. PANAYOTOPOULOS:  The

14          problem is, he's refusing to

15          answer the questions that came

16          before that, and so now I've got

17          to take him through the entire

18          loop.  But it's fine.  I'm going

19          to let somebody else, if they want

20          to go first, then I'll come back.

21               MR. HARDT:  I just have a

22          statement for the record.  This is

23          Ken Hardt.  I represent Venture

24          Supply and Porter-Blaine

Confidential - Subject to Further Confidentiality Review

Page 195

```
 1          Corporation.  I independently
 2          noticed these depositions in the
 3          Germano class action and am making
 4          a special appearance at these
 5          depositions.  Pursuant to that
 6          notice in the Germano action, I
 7          agree with Ms. Bass' statements.
 8          The topics that I would have asked
 9          have been covered by the
10          attorneys.  I don't think the
11          answers are representative of a
12          corporate representative that
13          should have been prepared to
14          answer these questions.  Again, no
15          disrespect to the witness, but I
16          think the wrong witness was put up
17          for -- they could have put up a
18          number of witnesses to address the
19          topics, therefore, I'm not going
20          to ask any questions at this time.
21              MR. STATMAN:  Rather than
22          respond, we'll let the judge
23          decide when it comes to that.
24              MS. EISELEN:  This is
```

Confidential - Subject to Further Confidentiality Review

Page 196

1           Carlina Eiselen.  I represent

2           Interior/Exterior.  I along with

3           other counsel, I cross-noticed

4           this deposition in the MDL, and I

5           share Ms. Bass and Mr. Hardt's

6           objections.

7                MR. BLACK:  I'm David Black

8           representing the State of

9           Louisiana.

10               I also share the statements

11          made by Ms. Bass and Mr. Hardt and

12          Carlina.  I think this witness was

13          a very, very poor representative.

14          There are many other folks who

15          have been identified in exhibits

16          and otherwise who could have been

17          put here.  Instead, they put

18          somebody who didn't have anything

19          to do with the daily operations of

20          TTP during the time that it was in

21          operation for the very clear

22          purpose of avoiding a witness who

23          can answer questions about what

24          TTP did.  And I thought the

Confidential - Subject to Further Confidentiality Review

Page 197

1           purpose of this deposition is to

2           find out what TTP did, how it

3           reacted to what was out there.

4           This witness did not provide that

5           basis.

6                MR. STATMAN:  I'm prepared

7           to let everybody join in with what

8           Ms. Bass said before, but when the

9           attorneys' motives are impugned, I

10          have to say something about that.

11               I think that if you press

12          this further, you'll find out that

13          whatever you ascribe to the

14          attorneys is not true.  I think

15          when you read the transcript, you

16          will see that the witness, in

17          fact, was capable and did answer

18          all the proper questions that were

19          posed to him and was a fine

20          30(b)(6) designee.

21               MR. BLACK:  I respectfully

22          disagree.

23               MR. CLARK:  This is Matthew

24          Clark representing Southern Homes.

Confidential - Subject to Further Confidentiality Review

Page 198

```
 1          Southern Homes joins in the
 2          statements of Mr. Black, Ms. Bass
 3          and the others and lodges its
 4          objection.
 5               MR. SLAUGHTER:  This is
 6          Brian Slaughter.  I represent
 7          Atlantic Homes, and I join in the
 8          objections raised by the other
 9          parties previously.
10     BY MR. PANAYOTOPOULOUS:
11          Q.    Hello again.
12               Is it true that as a result
13     of TTP shutting down its operations, TG
14     could enjoy full tax exemption from VAT?
15          A.    You cannot say this.
16          Q.    Is it true that TG
17     implemented a different policy in 2006 --
18     I'm sorry.  Let me start over.
19               What policy did TG implement
20     to exempt all the VAT tax?
21               MR. STATMAN:  Objection to
22          form.
23               THE WITNESS:  Mr. Attorney,
24          would you mind to say your
```

Confidential - Subject to Further Confidentiality Review

1       question to describe it once more.

2    BY MR. PANAYOTOPOULOS:

3       Q.    Sure.

4             And I'm reading from the

5    rough transcript of his testimony from

6    earlier today.  Did TTP implement some

7    tax policy to cut the exemption, the VAT

8    exemption?

9       A.    TTP?  Are you talking about

10   TTP or TG?

11      Q.    TG.  I'm sorry, TG.

12      A.    Mr. Attorney, would you mind

13   to describe this question to me

14   completely.

15      Q.    You talked earlier about a

16   policy that TG implemented related to

17   VAT, correct?

18      A.    Yes.

19      Q.    Tell me about that policy.

20   What is that policy?

21            MR. STATMAN:  Objection to

22       form, asked and answered.  If you

23       can answer the question.

24            THE WITNESS:  I cannot tell

Confidential - Subject to Further Confidentiality Review

Page 200

1          accurately the name of that

2          policy.  I cannot tell accurately

3          the name of this document.  There

4          is a tax policy promulgated by the

5          tax bureau of the Chinese

6          government.

7  BY MR. PANAYOTOPOULOS:

8          Q.   I'm not asking for the name.

9  I'm asking for your understanding of what

10  that policy was.

11          MR. STATMAN:  Okay.  I think

12          this really is outside the scope.

13          But you can answer to the

14          best of your knowledge.

15          THE WITNESS:  To put it

16          simple, TG.

17          MR. STATMAN:  (Addressing

18          the interpreter.)

19          Would you let him finish his

20          entire answer before you start

21          interjecting.

22          Thank you.

23          INTERPRETER 1:  Yeah, sure.

24          No.  I just want to double check.

Confidential - Subject to Further Confidentiality Review

```
 1            I did not hear.
 2                 MR. STATMAN:  You said TG
 3            three times.
 4                 THE WITNESS:  Are you asking
 5            about TG or TTP?
 6    BY MR. PANAYOTOPOULOS:
 7            Q.    Whose policy were you
 8    talking about earlier related to VAT?
 9            A.    The state tax bureau.
10            Q.    I understand that the state
11    issued a new policy related to VAT,
12    correct?
13            A.    I don't know about the new
14    ones.
15            Q.    The one you were talking
16    about just now.
17            A.    Now I understand.  Mr.
18    Attorney, you're referring the tax policy
19    TG implemented at that time, right?
20            Q.    Correct.  Tell me what that
21    policy was, please.
22            A.    TG can enjoy the exemption
23    of VAT.  Finished.
24            Q.    And did that --
```

Confidential - Subject to Further Confidentiality Review

Page 202

1               In order for TG to enjoy

2      that VAT exemption, was that in any way

3      related to the shutdown of TTP

4      production?

5               A.    No relationship.

6               Q.    Does TG submit forms to get

7      VAT exemptions today?

8               MR. STATMAN:  I object as

9               outside the scope.  This witness

10              is clearly designated to talk

11              about TTP.  If he can answer based

12              on his own personal knowledge,

13              that's fine.  But he's not a

14              designated witness of TG.

15              You can answer that.

16              THE WITNESS:  I have already

17              enough regarding the contents of

18              this question.

19              MR. PANAYOTOPOULOS:  I'm

20              going to insist on an answer.

21              MR. STATMAN:  Can you reask

22              the question?  I think he's gotten

23              lost.  I don't know, but I think

24              it --

Confidential - Subject to Further Confidentiality Review

Page 203

1    BY MR. PANAYOTOPOULOS:

2         Q.    Does TG submit forms to get

3    VAT exemptions today?

4         A.    I don't know.

5         Q.    Are you aware whether TG

6    ever submitted for VAT exemptions?

7              MR. STATMAN:  Again, it's

8         outside the scope of his

9         designation, but to the extent he

10        has personal knowledge, he can

11        answer.

12             INTERPRETER 1:  The

13        interpreter needs to clarify with

14        the witness because the Chinese

15        words doesn't have the present

16        tense, past tense.  I want to know

17        what tense he's using.

18             MR. CHEN:  I would just note

19        that she's asking was it in the

20        past or the present.

21             INTERPRETER 1:  No.  Because

22        the Chinese word has no "ed" or

23        future tense.  It's all the same.

24             MR. CHEN:  I just wanted to

Confidential - Subject to Further Confidentiality Review

```
 1          reflect what she's asking.  I'm
 2          fine with that.
 3               MR. PANAYOTOPOULOS:  Fine,
 4          thank you.  Go ahead.
 5               INTERPRETER 1:  I'm
 6          clarifying with the witness.  I
 7          said there's no future tense and
 8          the present tense and past tense
 9          in the Chinese.  I want him to
10          clarify with me.  He said yes,
11          yes, right.  So, that's why he
12          wants you, the attorney, also to
13          clarify what the time frame are
14          you talking about today.
15               INTERPRETER 2:  The check
16          interpreter believe the witness
17          said TG should have submitted some
18          material.
19               INTERPRETER 1:  He did not
20          say that.  It is a speculation of
21          the check interpreter.  That is
22          not right.
23               MR. PANAYOTOPOULOS:  Sorry.
24          Tell me again what you think he
```

Confidential - Subject to Further Confidentiality Review

```
 1           said.
 2                   INTERPRETER 2:  TG should
 3           have submitted some material.
 4                   INTERPRETER 1:  He did not
 5           say that.
 6                   MR. CHEN:  For the record, I
 7           agree with that, with the check
 8           interpreter.
 9                   INTERPRETER 1:  It is a
10           speculation, because it has no
11           tense.
12                   MR. STATMAN: Please ask him
13           again.
14   BY MR. PANAYOTOPOULOS:
15           Q.   In the past, has TG ever
16   submitted for VAT tax exemption?
17                   MR. STATMAN:  Objection to
18           form.
19                   THE WITNESS:  Need to submit
20           some reports.
21   BY MR. PANAYOTOPOULOS:
22           Q.   TG would submit the reports
23   and then get money back from the
24   government, correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. STATMAN:  Objection to
 2         the scope, objection to the form.
 3              THE WITNESS:  The earlier
 4         question, the way you bring it up,
 5         I cannot understand.
 6              MR. PANAYOTOPOULOS:  You
 7         want to go and change the tape
 8         because we're going to be here for
 9         a long time.
10              MR. STATMAN:  No, we're not.
11         You're asking him questions about
12         TG's VAT applications that you may
13         very well have wanted to ask of
14         somebody else, but you are not
15         going to ask them of this witness.
16         This witness is designated to
17         testify on behalf of TTP.  So, I'm
18         going to give you a few more
19         minutes on this line, and then I'm
20         shutting it down.
21              MR. PANAYOTOPOULOS:  I
22         understand that you may want to do
23         that.  I'm going to ask my
24         questions, and then we'll take it
```

Confidential - Subject to Further Confidentiality Review

Page 207

1    up with The Court.  You can

2    obviously instruct the witness not

3    to answer if you want, and then we

4    can deal with it at that point.

5         MR. STATMAN:  I'll instruct

6    him not to answer if you continue

7    this.

8         MR. PANAYOTOPOULOS:  I

9    understand.

10        MR. STATMAN:  I will

11   instruct the witness not to

12   answer.  If you continue, I will

13   get up and leave.  This does not

14   have anything to do with TTP

15   anymore.

16        MR. PANAYOTOPOULOS:  I

17   understand.

18        THE VIDEOTAPE TECHNICIAN:

19   The time now is approximately 4:37

20   p.m. and we're now off the record.

21             -  -  -

22        (Whereupon, a recess was

23   taken from 4:46 p.m. until

24   4:46 p.m.)

Confidential - Subject to Further Confidentiality Review

Page 208

```
 1                    -  -  -
 2              THE VIDEOTAPE TECHNICIAN:
 3         This begins Tape 6 of the
 4         deposition.  The time is
 5         approximately 4:46 p.m., and we're
 6         back on the record.
 7              MR. STATMAN:  Nick, it's my
 8         intention to go no longer than
 9         5:00.  I'll give you a little
10         leeway on that, but only if you
11         are going to be asking questions
12         within the scope of his
13         designation, and I don't see the
14         connection right now on the
15         questions that you are asking and
16         anything having to do with his
17         designation.
18              MR. PANAYOTOPOULOS:  I
19         understand.  Rather than taking
20         the time to argue about it, I
21         figured I'll just ask some
22         questions and maybe we can get
23         through this.
24              MR. STATMAN:  Great.
```

Confidential - Subject to Further Confidentiality Review

Page 209

 1   BY MR. PANAYOTOPOULOS:

 2        Q.    Do you have any knowledge

 3   regarding what TTP did in regards to VAT

 4   in the 2006/2007 time frame?

 5        A.    They don't have particularly

 6   to do anything.

 7        Q.    Do you have knowledge about

 8   what TTP did in relation to VAT?

 9            MR. STATMAN:  Asked and

10        answered.  Go ahead.

11            THE WITNESS:  It is the same

12        question, therefore, I would give

13        the same -- the answer that I gave

14        earlier -- that I gave earlier.

15   BY MR. PANAYOTOPOULOS:

16        Q.    I asked the question

17   earlier.  I didn't get an answer to that

18   question.  Are you saying that TTP didn't

19   have anything to do with VAT?

20            MR. STATMAN:  Object to the

21        form and particularly the

22        statement before the question, but

23        you can answer the question.

24            THE WITNESS:  I don't know

Confidential - Subject to Further Confidentiality Review

Page 210

1          who -- what relationship that

2          you're referring to, the

3          relationship about who.

4     BY MR. PANAYOTOPOULOS:

5          Q.    Did TTP pay VAT in the

6     2006/2007 time period?

7          A.    Yes, they have to pay.

8          Q.    In the 2006/2007 time

9     period, did TTP ever apply for exemptions

10    from VAT?

11         A.    I did explain about this

12    question earlier.  It pays half of the

13    tax and exempt it for half of the tax.

14         Q.    TTP would apply for

15    exemptions from VAT in certain situations

16    in the 2006-2007 time period, correct?

17              INTERPRETER 1:  2006 time

18         period?

19    BY MR. PANAYOTOPOULOS:

20         Q.    '06/07.

21              MR. STATMAN:  Objection as

22         to form.

23              THE WITNESS:  The policy

24         implemented during the period '06

Confidential - Subject to Further Confidentiality Review

Page 211

```
 1            and '07 by TTP was 50% exemption
 2            for the tax.
 3    BY MR. PANAYOTOPOULOS:
 4            Q.    And that was -- that
 5    exemption was in instances where TTP was
 6    exporting its products, correct?
 7                  MR. STATMAN:  Objection.
 8                  Is she finished?
 9                  MR. CHEN:  Yes.
10                  MR. STATMAN:  Objection to
11            form.
12                  You can answer.
13                  THE WITNESS:  I don't know,
14            Mr. Attorney, when you're
15            referring to export, I don't know
16            concretely what you're talking
17            about, export.  How do you define
18            concretely the behavior called
19            export?
20    BY MR. PANAYOTOPOULOS:
21            Q.    You understand that TTP
22    would not have been entitled to the VAT
23    exemption unless it was reporting to the
24    Chinese government that it was exporting
```

Confidential - Subject to Further Confidentiality Review

Page 212

1    the material?

2         A.    Incorrect.

3         Q.    You believe TTP was entitled

4    to a VAT exemption even in instances

5    where it was selling drywall in China?

6              MR. STATMAN:  Are you asking

7         him what his understanding is?

8              MR. PANAYOTOPOULOS:  Yes.

9              MR. STATMAN:  I object to

10        the form.  You can answer if you

11        can.

12             THE WITNESS:  Let me restate

13        this.  The policy implemented by

14        TTP was the policy for 50% tax

15        exemption.

16             MR. PANAYOTOPOULOS:  Would

17        you please reread my question.

18                  -  -  -

19             (Whereupon, the requested

20        portion of the transcript was read

21        by the court reporter as follows:

22             "Q.  You believe TTP was

23        entitled to a VAT exemption even

24        in instances where it was selling

Confidential - Subject to Further Confidentiality Review

Page 213

```
 1          drywall in China?")
 2               -  -  -
 3          MR. STATMAN:  Same
 4      objections.
 5          THE WITNESS:  Regarding this
 6      question, what I can answer is
 7      only that the policies that TTP
 8      implemented was the VAT 50% tax
 9      exemption.
10          MR. PANAYOTOPOULOS:  I'm
11      going to note for the record this
12      witness is not answering my
13      question, and we'll move on, and
14      we'll take it up later with the
15      judge.
16  BY MR. PANAYOTOPOULOS:
17      Q.   Do you know where the
18  VAT-related documents for TTP are today?
19      A.   Documents related to VAT,
20  where they are being kept today?
21      Q.   Correct.
22      A.   What documents are you
23  referring to?
24      Q.   Documents related to VAT
```

Confidential - Subject to Further Confidentiality Review

Page 214

1    from the 2006/2007 time period.

2              MR. STATMAN:  Objection to

3         form.

4              You can answer the question.

5              THE WITNESS:  I'm not sure

6         whether this document exists or

7         not.  If we still have it, that

8         should be in the office of TTP.

9              MR. PANAYOTOPOULOS:  Thank

10        you.  That's all I have.  Subject

11        to our reservations and objections

12        from earlier, I'm done.

13             MR. STATMAN:  I have no

14        direct.  So, unless anybody else

15        has something, I think we're done.

16             THE VIDEOTAPE TECHNICIAN:

17        The time now is approximately 5:00

18        p.m.  Today's deposition

19        consisting of six tapes is now

20        concluded.

21                   -  -  -

22             (Whereupon, the deposition

23        concluded at 5:00 p.m.)

24                   -  -  -

Confidential - Subject to Further Confidentiality Review

Page 215

```
 1            C E R T I F I C A T E
 2
 3
              I, LINDA L. GOLKOW, a
 4    Registered Diplomate Reporter, Certified
      Court Reporter and Notary Public, do
 5    hereby certify that, pursuant to notice,
      the deposition of JIANCHUN ZHANG was duly
 6    taken on April 6, 2011 at 9:12 a.m.
      before me.
 7
 8            The said JIANCHUN ZHANG was
      duly sworn by me through the interpreter
 9    according to law to tell the truth, the
      whole truth and nothing but the truth and
10    thereupon did testify as set forth in the
      above transcript of testimony.  The
11    testimony was taken down stenographically
      by me.
12
13            I do further certify that
      the above deposition is full, complete
14    and a true record of all the testimony
      given by the said witness.
15
16
17        Linda L. Golkow
          Registered Diplomate Reporter
18        Certified Realtime Reporter
19
20            (The foregoing certification
      of this transcript does not apply to any
21    reproduction of the same by any means,
      unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 216

 1             INSTRUCTIONS TO WITNESS

 2

 3

 4             Please read your deposition

 5    over carefully and make any necessary

 6    corrections.  You should state the reason

 7    in the appropriate space on the errata

 8    sheet for any corrections that are made.

 9

10             After doing so, please sign

11    the errata sheet and date it.  It will be

12    attached to your deposition.

13

14             It is imperative that you

15    return the original errata sheet to the

16    deposing attorney within thirty (30) days

17    of receipt of the deposition transcript

18    by you.  If you fail to do so, the

19    deposition transcript may be deemed to be

20    accurate and may be used in court.

21

22

23

24

Confidential - Subject to Further Confidentiality Review

Page 217

```
 1               - - - - - -

               E R R A T A

 2               - - - - - -

 3    PAGE   LINE   CHANGE

 4    _____  _____  _____

 5      REASON:    _____

 6    _____  _____  _____

 7      REASON:    _____

 8    _____  _____  _____

 9      REASON:    _____

10    _____  _____  _____

11      REASON:    _____

12    _____  _____  _____

13      REASON:    _____

14    _____  _____  _____

15      REASON:    _____

16    _____  _____  _____

17      REASON:    _____

18    _____  _____  _____

19      REASON:    _____

20    _____  _____  _____

21      REASON:    _____

22    _____  _____  _____

23      REASON:    _____

24
```

Confidential - Subject to Further Confidentiality Review

Page 218

1

2               ACKNOWLEDGMENT OF DEPONENT

3

            I,_____, do

4     hereby certify that I have read the

      foregoing pages, 1 through 218 and that

5     the same is a correct transcription of

      the answers given by me to the questions

6     therein propounded, except for the

      corrections or changes in form or

7     substance, if any, noted in the attached

      Errata Sheet.

8

9     _____

      JIANCHUN ZHANG                DATE

10

11

12

13

14

15

16    Subscribed and sworn

      to before me this

17    _____ day of _____, 20_____.

18    My commission expires:_____

19

      _____

20    Notary Public

21

22

23

24

Confidential - Subject to Further Confidentiality Review

Page 219

```
 1                    LAWYER'S NOTES

 2      PAGE  LINE

 3      ____  ____    _____

 4      ____  ____    _____

 5      ____  ____    _____

 6      ____  ____    _____

 7      ____  ____    _____

 8      ____  ____    _____

 9      ____  ____    _____

10      ____  ____    _____

11      ____  ____    _____

12      ____  ____    _____

13      ____  ____    _____

14      ____  ____    _____

15      ____  ____    _____

16      ____  ____    _____

17      ____  ____    _____

18      ____  ____    _____

19      ____  ____    _____

20      ____  ____    _____

21      ____  ____    _____

22      ____  ____    _____

23      ____  ____    _____

24      ____  ____    _____
```

# 公　证　书

**中华人民共和国山东省泰安市岱岳公证处**

– – – – – – –

# E R R A T A

## DEPOSITION OF JIANCHUN ZHANG

错误更正表

张建春庭外供述

– – – – – – –

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| 21 | 14-16 | "I'm helping with the directors of the board of directors to run the daily business" to "I assist the chairman of the board of directors to manage the everyday operations of the business." |
| REASON | | 证人供称："我协助董事长处理董事会日常事务" Translation error |
| 理由 | | 翻译错误。 |
| 66 | 6-8 | "paid on behalf of them by TG" to "paid by TTP but advanced by TG" |
| | | 证人供称："TTP 这两个雇员的工资现在由 TG 来垫付" |
| REASON | | Translation error |
| 理由 | | 翻译错误。 |
| 72 | 9 | "allegation" to "litigation" |
| | | 证人供称："诉讼"。 |
| REASON | | Translation error |
| 理由 | | 翻译错误。 |

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| <u>116</u> | <u>19</u> | Add "but it doesn't mean that I can read this thing." (indicating what's being shown on the screen) |
| | REASON<br>理由 | 证人供称："但这并不代表说我懂得看得到这个东西"<br>Translation error<br><br>翻译错误。 |
| <u>152</u> | <u>11-12</u> | "question" to "explanation to an issue" |
| | REASON<br>理由 | 证人供称："问题的解释"<br>Translation error<br><br>翻译错误。 |
| <u>183</u> | <u>15</u> | Add "and the way it's being interpreted, I really don't understand." |
| | REASON<br>理由 | 证人供称："请律师先生换一种方式，刚才你翻译过来我实在不知道"。<br>Translation error (incomplete translation)<br><br>翻译错误。 |
| <u>191</u> | <u>14</u> | "enjoy VAT tax" to "had a tax exemption" |
| | REASON<br>理由 | 证人供称："享受免征增值税"。<br><br>Translation error<br><br>翻译错误。 |

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|

| 205 | 19-20 | "Need to submit some reports" to "TG should have submitted some material." |
|---|---|---|
| | | 证人供称: "TG 应该有提交一些资料。" |
| REASON<br>理由 | | Translation error<br>翻译错误。 |

3

证人宣誓书

我张建春特此证实，我已经阅读过上述第 1 页至第 218 页；并且除开在 "错误更正表" 中关于的形式或实体上被更正的项目外，该第 1 页至第 218 页是我所被问及之各个问题之答复的正确笔录记载。

_张建春_ (signature)                          _2011. 5-26_

张建春                                              日期


兹于        年        月        日，
在本人前宣誓后作成本宣誓书
本人公证资格有效截止日期为        年        月        日


（公证人签名）

```
 1
 2              ACKNOWLEDGMENT OF DEPONENT
 3

                    I,_____, do
 4      hereby certify that I have read the
        foregoing pages, 1 through 218 and that
 5      the same is a correct transcription of
        the answers given by me to the questions
 6      therein propounded, except for the
        corrections or changes in form or
 7      substance, if any, noted in the attached
        Errata Sheet.
 8
 9      _____

        JIANCHUN ZHANG                DATE
10
11
12
13
14
15
16      Subscribed and sworn
        to before me this
17      _____ day of _____, 20____.
18      My commission expires:_____
19

        _____
20      Notary Public
21
22
23
24
```

# 公　证　书

（2011）泰岱岳证外字第 370 号

　　兹证明张建春（男，一九六九年十二月二十二日出生，身份证号：370728196912221857，现住山东省泰安市泰山区泰山大街松园小区 20 号楼 2 单元 301 室）于二 0 一一年五月二十六日在泰山石膏股份有限公司办公室，在我的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二 0 一一年五月二十七日

XM37104282

# NOTARIAL    CERTIFICATE

(2011)Tai Daiyue Zheng Wai Zi No.370

This is to certify that Zhang Jianchun (male, born on December 22, 1969, ID card number:370728196912221857, now residing in Room 301, Unit 2, Building 20, Songyuan Residential Quarters, Taishan Street, Taishan District, Taian City, Shandong Province) on Taishan Gypsum Co., Ltd. Office on May 26, 2011 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

XW37104285

# 证　明　书

## （2011）泰岱岳证外字第 371 号

　　兹证明前面的（2011）泰岱岳证外字第 370 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二 0 一一年五月二十七日

XW 37104286

# NOTARIAL   CERTIFICATE

(2011)Tai  Daiyue  Zheng  Wai  Zi  No.371

This is to certify that the English translation contents of the (2011) Tai Daiyue Zheng Wai Zi No.370 *NOTARIAL CERTIFICATE* agree with the Chinese contents of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

XW37104291



张敏 曾

孟繁荣

彭文龙

J. Anchun
EXHIBIT NO. 13
4 - 6 - 11
L. GOLKOW

1. 彭仕娟 董事长·总经理    2006年至现在
2. 王凤琴 董事           2006年至现在
3. 付廷稳 董事           2006年至现在
4. 宋成海 生产经理 shilsiang  2006年至2007年

1. Peng, ~~Shintring~~ : Chairman of the Board
                        GM  (2006 - present)

2. Wang, FengQin : Director (2006 - present)

3. Fu, Tingwen : Director (2006 - present)

4. Song, Qinghai : Production Manager (2006-2007)

Tianchun
EXHIBIT NO. 14
4-6-11
L. GOLKOW

张敏

Zhang, Min

J. Anchun
EXHIBIT NO. 15
4. 6-16
L. GOLKOW

卓俊峰   zhuo, jun feng

Zou,

Tianchun

EXHIBIT NO. 16

4-6-16

L. GOLKOW

# JIANCHUN / ZHANG EXHIBIT 17
# FILED UNDER SEAL