# In Re:

*Chinese Drywall Products Liability Litigation MDL*

*Samuel G. Porter*

*December 16, 2009*

*GOLKOW TECHNOLOGIES, INC.*

*Excellence In Court Reporting For Over 20 Years*

*877.370.3377*

*deps@golkow.com*

Original File sp121609.txt

**Min-U-Script®**

139

```
 1                MR. HARDT:  Well, see, those
 2        are different questions.
 3                MR. HERMAN:  All right.  Well,
 4        I'll break them down, Counsel.
 5   BY MR. HERMAN:
 6        Q.    Did you sell any -- what are
 7   the cities that your Taishan drywall -- that
 8   is, Venture Supply's Taishan drywall, ended
 9   up in?
10        A.    That, I don't -- I know what
11   states I had shipped to and which
12   distributors.
13        Q.    Right.
14        A.    Where it went from there, I
15   don't know.
16        Q.    Which states did you ship to,
17   and which distributors?
18        A.    Um...
19        Q.    You can take your time.
20        A.    I know there was New York,
21   Georgia and Florida.
22        Q.    And what distributors in
23   Florida?
24        A.    I had sent a few loads to
```

140

1  Banner Supply.  I think it was maybe ten
2  truckloads.
3          Q.    And in Georgia, who did you
4  send Taishan drywall to?
5              MR. HARDT:  Well, object to the
6      form.  He sold it to somebody in
7      Georgia.
8              MR. HERMAN:  Sold, shipped,
9      send.
10         A.    I think it was Building
11 Materials Warehouse.
12 BY MR. HERMAN:
13         Q.    And do you recall approximately
14 how much of Taishan drywall you sent there?
15             MR. HARDT:  Object to the form.
16         A.    Somewhere -- somewhere between,
17 I think, 30 and 40,000 sheets.  I may be
18 mistaken, though.
19 BY MR. HERMAN:
20         Q.    Okay.  In Tampa, who did you
21 ship or sell Taishan drywall to?
22         A.    Banner Supply.  The manager
23 there used to be a sales rep for a building
24 supply company here when I -- before I became

141

1     a distributor.  His name is Ray Johnson.
2            Q.    Okay.  Do you recall how much
3     you sent him?
4            MR. HARDT:  Object to the form.
5            A.    I think it was ten truckloads
6     of 450 per truck, so 4500 sheets.
7     BY MR. HERMAN:
8            Q.    Now, did you send or sell or
9     ship Taishan drywall to any distributor in
10    Florida other than Tampa?
11           A.    No.
12           Q.    Do you recall the distributor
13    in New York that you shipped or sold Taishan
14    drywall to?
15           A.    I think it was Inter-County
16    Building Supply.  Yeah, Inter-County or
17    Inter-Country.  I'm not sure.
18           Q.    Where in New York were they
19    located, do you recall?
20           A.    I actually don't.
21           Q.    Do you recall how much you
22    shipped or sold to New York?
23           A.    I want to say about 8,000,
24    maybe 9,000 sheets.