IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 |
| | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

A.  Builder Name _The Mitchell Company, Inc_

B.  Address _PO Box 160306 Mobile, AL 36616_

C.  Web site _mitchellcompany.com_

D.  Headquarters if Foreign _N/A_

E.  Address of USA Headquarters _Mobile, AL_

F.  Principal Place of Business in USA _Mobile, AL_

(If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II.  **COUNSEL INFORMATION OF BUILDER DEFENDANT**

A.  Name: _Steven Usdin_

B.  Address: _909 Poydras St. Ste 2400 NOLA 70112_

C.  Phone Number: _(504) 589-9700_

D.  Fax Number: _(504) 589-9701_

E.  E-Mail: _Susdin @ barrassousdin.com_

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

A.  Name _Albritton / Stevenson_

B.  Address of Affected Property: _701 Hinson St. Ave. Prichard, AL 36610_

C.   Case Docket No. ___2:09 - CV - 07628___

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes _✓_ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2/12/09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____
_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes _✓_ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

_Knauf_

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

_The Mitchell Co, Inc_

d.   Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes _✓_ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

3

2.   Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.   Have any statements been taken in connection with the property or claim?

Yes _____        No _____

If yes, provide the following information:

Who provided the statement?

_____

4.   Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.   Have you received a request from anyone to repair the subject property?

Yes_____ No____

If so, from whom did you receive the request?_

_____

V.   **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.   Name of Chinese Drywall manufacturer:  *Knauf*

B.   Address of Chinese Drywall manufacturer:_____

C.   Who installed the Chinese Drywall at the subject property?

*George Drywall, Inc.*

D.   Address of installer *430 Lake Forest Dr. Sterrett, AL 35147*

E.   Name and address from whom the installer purchased the Chinese Drywall?

*Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

F.     Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No __✓__

If so, whom?

G.     Prior to installation of the drywall in the property identified in Section IV above:

    1.    Where was the product stored?_____

    2.    Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

    3.    Were any complaints made or received regarding storage of the product? Yes_____No_____

VI.    **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.     Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes _✓_ No_____

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.     Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes _✓_ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.     Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.     Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.     Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.                                                         **INSURAN**
CE

A.     Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009;  *See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer: _____

Dates policy in effect: ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month / Day / Year)

Policy Number: _____

Type of Policy: _____

Insurance Agent _____

Policy Coverage Limits _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.     Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009;

For each claim please provide the following:

Date: ___/___/_____ (Month / Day / Year)

Insurer: _____

Nature of claim: _____

Insurer's response to claim: _____

Final resolution of claim: _____

C.     Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____                                3/17/10
Signature                      Print Name                                          Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

    A.   Builder Name _The Mitchell Company, Inc._

    B.   Address _PO Box 160306 Mobile, AL 36616_

    C.   Web site _mitchellcompany.com_

    D.   Headquarters if Foreign _N/A_

    E.   Address of USA Headquarters _Mobile, AL_

    F.   Principal Place of Business in USA _Mobile, AL_

    (If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II. **COUNSEL INFORMATION OF BUILDER DEFENDANT**

    A.   Name: _Steven Usdin_

    B.   Address: _909 Poydras St. Ste 2400 Nola 70112_

    C.   Phone Number: _(504) 589-9700_

    D.   Fax Number: _(504) 589-9701_

    E.   E-Mail: _susdin@barrassousdin.com_

III. **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

    A.   Name _Banks_

    B.   Address of Affected Property: _508 Sgt. Harrison Brown St._
        _Prichard, AL 36610_

C.    Case Docket No. *2:09 - CV - 07628*

IV.    **INFORMATION ON SPECIFIC PROPERTIES**

A.    For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.    Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2 / 12 09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stygan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No _____

Were you able to determine any of the following information for the subject property:

a.    Manufacturer(s) of the Chinese Drywall

_Knauf_

b.    Importer/Distributor into the US

_____

c.    Builder/Developer

_The Mitchell Company, Inc._

d.    Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

3

2.  Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.  Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

4.  Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.  Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?

V.  **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.  Name of Chinese Drywall manufacturer: *Knaub*

B.  Address of Chinese Drywall manufacturer:_____

C.  Who installed the Chinese Drywall at the subject property? *George Drywall, INC.*

D.  Address of installer: *430 Forest Lake Dr. Sterrett, AL 35147*

E.  Name and address from whom the installer purchased the Chinese Drywall? *Creola Ace Hardware 10041 Highway 43 Creola, AL 36525*

F.      Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property?  Yes_____  No_____

If so, whom?

G.      Prior to installation of the drywall in the property identified in Section IV above:

1.  Where was the product stored?_____

2.  Dates of storage?  From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

3.  Were any complaints made or received regarding storage of the product? Yes_____No_____

VI.     **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.      Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form?  Yes_✓__ No_____

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.      Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property?  Yes_✓__ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.      Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property?  Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.      Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes____ No___

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.      Have you repaired or replaced any personal items at the subject property?  Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.  Have you made any offers to repair any of the property described in Section VI(A) thru (E) above?  Yes_____ No____

G.  Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE                                                                                                                                  **INSURAN**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
     policies from 2001 -2009:                       *See Insurance Addendum,*
     For each policy, identify the following:                *attached.*

     Insurer:                          _____

     Dates policy in effect:      ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
Day / Year)

     Policy Number:             _____

     Type of Policy:              _____

     Insurance Agent             _____

     Policy Coverage Limits      _____

     Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from
     2001-2009:

     For each claim please provide the following:

     Date:                      ___/___/_____ (Month / Day / Year)

     Insurer:                   _____

     Nature of claim:           _____

     Insurer's response to claim: _____

     Final resolution of claim:  _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies
     received in response to any communication made with an insurer.

                                       ___/___/___

                                   **CERTIFICATION**

     I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____        _____            3/17/10
Signature                               Print Name                                 Date

                                          6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    : MDL No. 2047
PRODUCTS LIABILITY LITIGATION    : Section L
   :
This Document Relates to    : JUDGE FALLON
ALL CASES    : MAG. JUDGE WILKINSON

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.    **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.    Builder Name _The Mitchell Company, Inc._
   B.    Address _PO Box 1110306 Mobile, AL 36616_
   C.    Web site _mitchellcompany.com_
   D.    Headquarters if Foreign _N/A_
   E.    Address of USA Headquarters _Mobile, AL_
   F.    Principal Place of Business in USA _Mobile, AL_

   (If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.    **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.    Name: _Steven Usdin._
   B.    Address: _909 Poydras St. Ste. 2400 NOLA 70112_
   C.    Phone Number: _(504) 589-9700_
   D.    Fax Number: _(504) 589-9701_
   E.    E-Mail: _susdin@barrassousdin.com_

III.    **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.    Name _Brooks / Williams_
   B.    Address of Affected Property: _800 Marsha S. Ratchford St._
            _Prichard, AL 36610_

C.    Case Docket No. _2:09 - CV - 07028_____

IV.    **INFORMATION ON SPECIFIC PROPERTIES**

A.    For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.    Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __2 / 12 / 69__ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____
_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No _____

Were you able to determine any of the following information for the subject property:

a.    Manufacturer(s) of the Chinese Drywall

_____Knauf_____

b.    Importer/Distributor into the US

_____

c.    Builder/Developer

_The Mitchell Co, Inc._____

d.    Installer/Contractor

_George Drywall, Inc._____

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_____Everywhere_____

3

2.    Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.    Have any statements been taken in connection with the property or claim?

Yes _____        No _____

If yes, provide the following information:

Who provided the statement?

4.    Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?   Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.    Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?

V.    **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer: *Knaub*

B.    Address of Chinese Drywall manufacturer:_____

C.    Who installed the Chinese Drywall at the subject property?
*George Drywall, Inc.*

D.    Address of installer *420 Forest Lake Dr. Sterrett, AL 35147*

E.    Name and address from whom the installer purchased the Chinese Drywall?
*Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL   36525*

F.      Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No __✓__

If so, whom?

_____

G.      Prior to installation of the drywall in the property identified in Section IV above:

   1.   Where was the product stored?_____

   2.   Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

   3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.      Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No _✓_

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.      Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.      Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.      Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.      Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.   Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.                                                                                                    **INSURAN**
CE

A.      Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
        policies from 2001 -2009:          *See Insurance Addendum,*
        For each policy, identify the following:          *attached .*

        Insurer:                        _____

        Dates policy in effect:    ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
Day / Year)

        Policy Number:            _____

        Type of Policy:            _____

        Insurance Agent            _____

        Policy Coverage Limits    _____

        Produce a copy of the Declaration page, exclusions and policy of insurance.

B.      Identify all insurance claims you have made to any insurer related to Chinese Drywall from
        2001-2009:

        For each claim please provide the following:

        Date:                    ___/___/_____ (Month / Day / Year)

        Insurer:                _____

        Nature of claim:        _____

        Insurer's response to claim: _____

        Final resolution of claim: _____

C.      Identify all notices provided to insurers, reservation of rights responses and other replies
        received in response to any communication made with an insurer.

                                    ___/___/___

### CERTIFICATION

        I declare under penalty of perjury under the laws of the United States of America and pursuant to 28
U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the
best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent
that such documents are in my possession, custody or control.

_Chester J. Stefan_                    _____        __3/17/10__
Signature                              Print Name                      Date

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

A.   Builder Name   The Mitchell Company, Inc

B.   Address   PO Box 660306 Mobile, AL 36616

C.   Web site   mitchellcompany.com

D.   Headquarters if Foreign   N/A

E.   Address of USA Headquarters   Mobile, AL

F.   Principal Place of Business in USA   Mobile, AL

(If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

A.   Name:   Steven Usdin

B.   Address:   909 Poydras St. Ste 2400 NOLA 70112

C.   Phone Number:   504. 589. 9700

D.   Fax Number:   504. 589. 9701

E.   E-Mail:   Ausdin@banassousdin.com

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

A.   Name   Conway

B.   Address of Affected Property:   824 Marsha S. Ratcliffad St. Prichard, AL 36610

C.      Case Docket No. _2:09-CV-07628_____

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2/12/09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

_Knauf_

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

_The Mitchell Co, Inc._

d.   Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

2. Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3. Have any statements been taken in connection with the property or claim?

Yes _____ No _____

If yes, provide the following information:

Who provided the statement?

4. Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5. Have you received a request from anyone to repair the subject property?

Yes_____ No____

If so, from whom did you receive the request?_

V. **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A. Name of Chinese Drywall manufacturer:   *Knauf*

B. Address of Chinese Drywall manufacturer:_____

C. Who installed the Chinese Drywall at the subject property?
   *George Drywall, Inc.*

D. Address of installer   *430 Forest Lake Dr. Stennett, AL 35147*

E. Name and address from whom the installer purchased the Chinese Drywall?
   *Creola Ace Hardware*
   *10041 Highway 43*
   *Creola, AL 36525*

F.     Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property?  Yes_____  No_____

If so, whom?

G.     Prior to installation of the drywall in the property identified in Section IV above:

1.     Where was the product stored?_____

2.     Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

3.     Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.    **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.     Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form?  Yes__✓__  No_____

If yes, please provide the following information:

Date____/____/_____ (Month / Day / Year)

B.     Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property?  Yes__✓__  No_____

If yes, please provide the following information:    *Coils*

Date: ____/____/_____ (Month / Day / Year)

C.     Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property?  Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

D.     Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

E.     Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

F.     Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.     Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE                                                                                                **INSURAN**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
     policies from 2001 -2009:                 *See attached.*

     For each policy, identify the following:

     Insurer:                    _____

     Dates policy in effect:     ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
Day / Year)

     Policy Number:              _____

     Type of Policy:             _____

     Insurance Agent             _____

     Policy Coverage Limits      _____

     Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from
     2001-2009:

     For each claim please provide the following:

     Date:                       ___/___/_____ (Month / Day / Year)

     Insurer:                    _____

     Nature of claim:            _____

     Insurer's response to claim: _____

     Final resolution of claim:  _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies
     received in response to any communication made with an insurer.

                                 ___/___/___

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_Chester J. Stefan_____          _____          _3/17/10_____
Signature                             Print Name                 Date

                                         6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

This Document Relates to
ALL CASES

: MDL No. 2047
: Section L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

A.   Builder Name  _The Mitchell Company, Inc._
B.   Address  _PO Box 160306  Mobile, AL 36616_
C.   Web site  _mitchellcompany.com_
D.   Headquarters if Foreign  _N/A_
E.   Address of USA Headquarters  _Mobile, AL_
F.   Principal Place of Business in USA  _Mobile, AL_

(If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

A.   Name:  _Steven Usdin_
B.   Address:  _909 Poydras St. Ste. 2400  NOLA 70112_
C.   Phone Number:  _504. 589. 9700_
D.   Fax Number:  _504. 589. 9701_
E.   E-Mail:  _susdin@ barrassousdin.com_

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

A.   Name  _Cummings_
B.   Address of Affected Property: _825 Marsha S. Ratchford St._
_Prichard, AL 36610_

C.    Case Docket No. 2:09- CV- 07628

2

IV.    **INFORMATION ON SPECIFIC PROPERTIES**

A.    For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.    Have you performed any inspection(s), testing or analysis of the property?

Yes _√_ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2/12/09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes _√_ No _____

Were you able to determine any of the following information for the subject property:

a.    Manufacturer(s) of the Chinese Drywall

_Knauf_

b.    Importer/Distributor into the US

_____

c.    Builder/Developer

_The Mitchell Co, Inc._

d.    Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes _√_ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

2.     Have any samples of the drywall been taken from the property?

Yes _____   No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.     Have any statements been taken in connection with the property or claim?

Yes _____        No _____

If yes, provide the following information:

Who provided the statement?

4.     Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____   No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.     Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?

V.   **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.     Name of Chinese Drywall manufacturer:   *Knauf*

B.     Address of Chinese Drywall manufacturer:_____

C.     Who installed the Chinese Drywall at the subject property?
_____ *George Drywall, Inc.*

D.     Address of installer *430 Forest Lake Dr. Sterrett, AL 35147*

E.     Name and address from whom the installer purchased the Chinese Drywall?
_____ *Creola Ace Hardware*
        *10041 Highway 43*
        *Creola, AL   36525*

F.   Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall
used in  the subject property? Yes_____ No__✓__

If so, whom?

G.   Prior to installation of the drywall in the property identified in Section IV above:

   1.   Where was the product
        stored?_____

   2.   Dates of storage? From ____/____/_____(Month/Day/Year) to
        ____/____/_____(Month/Day/Year)

   3.   Were any complaints made or received regarding storage of the product?
        Yes_____No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.   Have you taken any measures to repair, replace, or remediate any drywall at the property
which is the subject of this Builder Defendant Profile Form? Yes_____ No__✓__

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.   Have you repaired or replaced any appliances (air conditioners, hot water heaters,
refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.   Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers,
etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.   Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property?
Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.   Have you repaired or replaced any personal items at the subject property? Yes_____
No_____

If yes, please provide the following information: .

Date: ___/___/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E)
above? Yes_____ No_____

G.   Have you retained the services of any third parties to take any intermediate steps intended to
remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or
through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.                                                                                                      **INSURAN**
**CE**

A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:

For each policy, identify the following:   *See attached.*

Insurer:                        _____

Dates policy in effect:    ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month / Day / Year)

Policy Number:            _____

Type of Policy:            _____

Insurance Agent           _____

Policy Coverage Limits    _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all insurance claims you have made to any Insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:                       ___/___/_____ (Month / Day / Year)

Insurer:                    _____

Nature of claim:            _____

Insurer's response to claim: _____

Final resolution of claim:   _____

C.    Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____                                    _3/17/10_
Signature                    Print Name                       Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    : MDL No. 2047
PRODUCTS LIABILITY LITIGATION            : Section L
                                                  :

This Document Relates to                        : JUDGE FALLON
ALL CASES                                : MAG. JUDGE WILKINSON

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.    **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

     A.    Builder Name _The Mitchell Company, Inc_
     B.    Address _PO Box 160306 Mobile, AL 36616_
     C.    Web site _mitchellcompany.com_
     D.    Headquarters if Foreign _N/A_
     E.    Address of USA Headquarters _Mobile, AL_
     F.    Principal Place of Business in USA _Mobile AL_

     (If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II.    **COUNSEL INFORMATION OF BUILDER DEFENDANT**

     A.    Name: _Steven Usdin_
     B.    Address: _909 Poydras St. Ste. 2400 NOLA 70112_
     C.    Phone Number: _(504) 589-9700_
     D.    Fax Number: _(504) 589-9701_
     E.    E-Mail: _susdin@barrassousdin.com_

III.    **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

     A.    Name _Daniels_
     B.    Address of Affected Property: _5918 Bilek Dr._
                                        _Pensacola, FL 32526_

C.       Case Docket No. _2:09 - CV - 07628_____

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __3 / 8 / 09__ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Tom Caldwell_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No ____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

_Unknown_

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

_The Mitchell Company, Inc._

d.   Installer/Contractor

_Right Way Drywall_

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No ____

If yes, what amount or percentage of Chinese Drywall was found?

_All walls, no ceilings_

3

2.  Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.  Have any statements been taken in connection with the property or claim?

Yes _____           No _____

If yes, provide the following information:

Who provided the statement?

4.  Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.  Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?

V.  **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.  Name of Chinese Drywall manufacturer:  *Unknown*

B.  Address of Chinese Drywall manufacturer:_____

C.  Who installed the Chinese Drywall at the subject property?
*Right Way Drywall*

D.  Address of installer *PO Box 7017 Warner Robbins, GA*

E.  Name and address from whom the installer purchased the Chinese Drywall?

*Right Way Drywall, Inc.*
*7425 Cochran St.*
*Macon, GA*            4

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No__✓__

      If so, whom?

G.    Prior to installation of the drywall in the property identified in Section IV above:

    1.   Where was the product stored?_____

    2.   Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

    3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.    **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes__✓__ No_____

    If yes, please provide the following information:

    Date____/____/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes__✓__ No_____

    If yes, please provide the following information:

    Date: ____/____/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

    If yes, please provide the following information:

    Date: ____/____/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

    If yes, please provide the following information:

    Date: ____/____/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

    If yes, please provide the following information:

    Date: ____/____/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE
INSURAN

A.  Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:

*See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer:  _____

Dates policy in effect:  ___/___/___ (Month / Day / Year) to ___/___/___ (Month / Day / Year)

Policy Number:  _____

Type of Policy:  _____

Insurance Agent  _____

Policy Coverage Limits  _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.  Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:  ___/___/_____ (Month / Day / Year)

Insurer:  _____

Nature of claim:  _____

Insurer's response to claim:  _____

Final resolution of claim:  _____

C.  Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_Chester J. Stefan_____          3/17/10
Signature          Print Name          Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

A. Builder Name _The Mitchell Company, Inc_
B. Address _PO Box 160306 Mobile, AL 36616_
C. Web site _Mitchellcompany.com_
D. Headquarters if Foreign _n/a_
E. Address of USA Headquarters _Mobile, AL_
F. Principal Place of Business in USA _Mobile, AL_

(If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

A. Name: _Steven Usdin_
B. Address: _909 Poydras St. Ste. 2400 NOLA 70112_
C. Phone Number: _(504) 589-9700_
D. Fax Number: _(504) 589-9701_
E. E-Mail: _susdin@barrassousdin.com_

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

A. Name _Douglas/ Pruitt_
B. Address of Affected Property: _808 Marsha S. Ratchford St._
   _Prichard, AL 36610_

C.   Case Docket No. 2:09-CV-07628

2

IV.  **INFORMATION ON SPECIFIC PROPERTIES**

A.  For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.  Have you performed any inspection(s), testing or analysis of the property?

Yes _✓_ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2 / 12 / 09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stegan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes _✓_ No _____

Were you able to determine any of the following information for the subject property:

a. Manufacturer(s) of the Chinese Drywall

_Knauf_

b. Importer/Distributor into the US

_____

c. Builder/Developer

_The Mitchell Co, Inc._

d. Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes _✓_ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Entire home_

3

2.     Have any samples of the drywall been taken from the property?

       Yes _____ No _____

       If yes, provide the following information:

       Name and address of entity that performed the sampling:

       _____

3.     Have any statements been taken in connection with the property or claim?

       Yes _____         No _____

       If yes, provide the following information:

       Who provided the statement?

4.     Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

       If yes, provide the following information:

       Who was the correspondence or communication by, between or among?

       _____

5.     Have you received a request from anyone to repair the subject property?

       Yes_____ No_____

       If so, from whom did you receive the request?

V.     <u>CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION</u>

With respect to any Chinese Drywall within the defined property identify the following if known:

A.     Name of Chinese Drywall manufacturer: _Knauf_

B.     Address of Chinese Drywall manufacturer: _____

C.     Who installed the Chinese Drywall at the subject property?

       _George Drywall, inc_

D.     Address of installer _430 Forest Lake Dr. Stennett, AL 35747_

E.     Name and address from whom the installer purchased the Chinese Drywall?

       _Creola Ace Hardware_
       _10041 Highway 43_
       _Creola, AL 36525_

4

F. Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property?  Yes_____ No__✓__

If so, whom?

G. Prior to installation of the drywall in the property identified in Section IV above:

1. Where was the product stored?_____

2. Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

3. Were any complaints made or received regarding storage of the product? Yes_____No_____

VI. **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A. Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form?  Yes_____ No__✓__

If yes, please provide the following information:

Date ____/____/_____ (Month / Day / Year)

B. Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property?  Yes_____ No____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

C. Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property?  Yes_____ No____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

D. Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

E. Have you repaired or replaced any personal items at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

F. Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G. Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE
**INSURAN**

A.  Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:

*See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer:  _____

Dates policy in effect:  ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month / Day / Year)

Policy Number:  _____

Type of Policy:  _____

Insurance Agent  _____

Policy Coverage Limits  _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.  Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:  ___/___/_____ (Month / Day / Year)

Insurer:  _____

Nature of claim:  _____

Insurer's response to claim:  _____

Final resolution of claim:  _____

C.  Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____        _____        3/17/10

Signature                                    Print Name                                     Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    : MDL No. 2047
PRODUCTS LIABILITY LITIGATION          : Section L
                                       :
This Document Relates to               : JUDGE FALLON
ALL CASES                              : MAG. JUDGE WILKINSON

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.    **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

    A.    Builder Name _The Mitchell Company, Inc._

    B.    Address _PO Box 40306   Mobile, AL 36616_

    C.    Web site _mitchellcompany.com_

    D.    Headquarters if Foreign _N/A_

    E.    Address of USA Headquarters _Mobile, AL_

    F.    Principal Place of Business in USA _Mobile, AL_

(If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

    A.    Name: _Steven Usdin_

    B.    Address: _909 Poydras St. Ste 2400 NOLA 70112_

    C.    Phone Number: _(504) 589-9700_

    D.    Fax Number: _(504) 589-9701_

    E.    E-Mail: _susdin@barrassousdin.com_

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

    A.    Name _Grove_

    B.    Address of Affected Property: _509 Sgt Harrison Brown St Prichard, AL 36610_

C.      Case Docket No. _2:0a - CV - 07628_____

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes _✓_ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _7 / 12 / 0 9_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes _✓_ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

_Knauf_

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

_The Mitchell Company, Inc_

d.   Installer/Contractor

_Georg Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes _✓_ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

2.  Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.  Have any statements been taken in connection with the property or claim?

Yes _____        No _____

If yes, provide the following information:

Who provided the statement?

_____

4.  Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.  Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?_

V.  **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.  Name of Chinese Drywall manufacturer:  *Knaub*

B.  Address of Chinese Drywall manufacturer: _____

C.  Who installed the Chinese Drywall at the subject property?
_____  *George Drywall, Inc.*

D.  Address of installer  *430 Forest Lake Dr. Sterrett, AL 35147*

E.  Name and address from whom the installer purchased the Chinese Drywall?
_____  *Creola Ace Hardware*
       *10041 Highway 43*
       *Creola, AL  36525*

F.     Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No __✓__

If so, whom?

G.     Prior to installation of the drywall in the property identified in Section IV above:

     1.    Where was the product stored?_____

     2.    Dates of storage? From ___/___/_____(Month/Day/Year) to ___/___/___(Month/Day/Year)

     3.    Were any complaints made or received regarding storage of the product? Yes_____No_____

VI.     **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.     Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No __✓__

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.     Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.     Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.     Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.     Have you repaired or replaced any personal items at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.     Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.     Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE

**INSURAN**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:   *See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer:                            _____

Dates policy in effect:      ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
Day / Year)

Policy Number:                _____

Type of Policy:                _____

Insurance Agent               _____

Policy Coverage Limits      _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:                            ___/___/_____ (Month / Day / Year)

Insurer:                        _____

Nature of claim:            _____

Insurer's response to claim: _____

Final resolution of claim:  _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____          _____          3/17/10
Signature                                                    Print Name                                         Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

: MDL No. 2047
: Section L
:

This Document Relates to
ALL CASES

: JUDGE FALLON
: MAG. JUDGE WILKINSON

### BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.  Builder Name  _The Mitchell Company, Inc._
   B.  Address  _PO Box 160306 Mobile, AL 36616_
   C.  Web site  _MitchellCompany.com_
   D.  Headquarters if Foreign  _N/A_
   E.  Address of USA Headquarters  _Mobile, AL_
   F.  Principal Place of Business in USA  _Mobile, AL_

   (If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II. **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.  Name:  _Steven Usdin_
   B.  Address:  _909 Poydras St. Ste. 2400  NOLA 70112_
   C.  Phone Number:  _(504) 589-9700_
   D.  Fax Number:  _(504) 589-9701_
   E.  E-Mail:  _SUsdin @ banassusdin.com_

III. **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.  Name  _Harvey_
   B.  Address of Affected Property:  _5919 Bilek Dr._
       _Pensacola, FL 32526_

C.      Case Docket No. 2:09 - CV - 07628

IV.     **INFORMATION ON SPECIFIC PROPERTIES**

A.      For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.      Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _3_ / _8_ / _09___ (Month / Day / Year)

Who performed the inspection, testing or analysis?

Tom Caldwell

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes _✓_ No _____

Were you able to determine any of the following information for the subject property:

a.      Manufacturer(s) of the Chinese Drywall

Unknown

b.      Importer/Distributor into the US

c.      Builder/Developer

The Mitchell Co, Inc.

d.      Installer/Contractor

Right Way Drywall

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes _✓_ No _____

If yes, what amount or percentage of Chinese Drywall was found?

all walls, no ceilings

3

2.     Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.     Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

4.     Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.     Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?

V.     **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.     Name of Chinese Drywall manufacturer:   Unknown

B.     Address of Chinese Drywall manufacturer:_____

C.     Who installed the Chinese Drywall at the subject property?
_____   Right Way Drywall

D.     Address of installer   PO Box 7017 Warner Robbins, GA

E.     Name and address from whom the installer purchased the Chinese Drywall?
_____   Right Way Drywall, INC.
          7425 Cochran St.
          Macon, GA                    4

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No ✓

If so, whom?

G.    Prior to installation of the drywall in the property identified in Section IV above:

    1.   Where was the product stored?_____

    2.   Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

    3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

## VI.  PROPERTY – DRYWALL REPAIR OR REPLACEMENT

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes ✓ No ✓

If yes, please provide the following information:

Date ____/____/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes ✓ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain
such efforts; and provide copies of any documents describing such steps and any contracts
between you and such third parties.

VII.
CE                                                                                        **INSURAN**

A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
      policies from 2001 -2009:                                         *See Insurance Addendum,*
      For each policy, identify the following:                          *attached.*

      Insurer:                    _____

      Dates policy in effect:     ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
      Day / Year)

      Policy Number:              _____

      Type of Policy:             _____

      Insurance Agent             _____

      Policy Coverage Limits      _____

      Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all insurance claims you have made to any insurer related to Chinese Drywall from
      2001-2009:

      For each claim please provide the following:

      Date:                       ___/___/_____ (Month / Day / Year)

      Insurer:                    _____

      Nature of claim:            _____

      Insurer's response to claim: _____

      Final resolution of claim:  _____

C.    Identify all notices provided to insurers, reservation of rights responses and other replies
      received in response to any communication made with an insurer.

                                  ___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28
U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the
best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent
that such documents are in my possession, custody or control.

_____          _____          __3/19/10__
Signature                                  Print Name                                  Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     : MDL No. 2047
PRODUCTS LIABILITY LITIGATION                : Section L
                                             :
This Document Relates to                   : JUDGE FALLON
ALL CASES                                : MAG. JUDGE WILKINSON

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.    __CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM__

     A.    Builder Name _The Mitchell Company, Inc._
     B.    Address _PO Box 160306   Mobile, AL 36616_
     C.    Web site _mitchellcompany.com_
     D.    Headquarters if Foreign _N/A_
     E.    Address of USA Headquarters _Mobile, AL_
     F.    Principal Place of Business in USA _Mobile, AL_

     (If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.    __COUNSEL INFORMATION OF BUILDER DEFENDANT__

     A.    Name: _Steven Usdin_
     B.    Address: _909 Poydras St. Ste. 2400 NOLA 70112_
     C.    Phone Number: _504. 589. 9700_
     D.    Fax Number: _504. 589. 9701_
     E.    E-Mail: _susdin@ banassusdin.com_

III.    __INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT__

     A.    Name: _Henderson_
     B.    Address of Affected Property: _826 Marsha S. Ratchford St. Prichard, AL 36610_

C.     Case Docket No. _2:09 - CV - 07628_

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

    A.    For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

        1.    Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __2 / 12 / 09__ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No ____

Were you able to determine any of the following information for the subject property:

a.    Manufacturer(s) of the Chinese Drywall

_Knauf_

b.    Importer/Distributor into the US

_____

c.    Builder/Developer

_The Mitchell Co, Inc._

d.    Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No ____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

3

F.   Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_____

If so, whom?

G.   Prior to installation of the drywall in the property identified in Section IV above:

1.   Where was the product stored?_____

2.   Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.   Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No_____

If yes, please provide the following information:

Date ____/____/_____ (Month / Day / Year)

B.   Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

C.   Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

D.   Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

E.   Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.   Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

_____

**VII.**                                                     **INSURAN**
**CE**

**A.**      Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:      *See attached.*

For each policy, identify the following:

Insurer:      _____

Dates policy in effect:   __/__/__ (Month / Day / Year)  to  __/__/__ (Month / Day / Year)

Policy Number:     _____

Type of Policy:     _____

Insurance Agent     _____

Policy Coverage Limits   _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

**B.**      Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:        __/__/_____ (Month / Day / Year)

Insurer:      _____

Nature of claim:   _____

Insurer's response to claim: _____

Final resolution of claim: _____

**C.**      Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

__/__/__

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____                              3/17/10
Signature                           Print Name                      Date

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form.  Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.   You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

A.   Builder Name _The Mitchell Company, Inc._

B.   Address _PO Box 1603066  Mobile, AL  36616_

C.   Web site _Mitchellcompany.com_

D.   Headquarters if Foreign _N/A_

E.   Address of USA Headquarters _Mobile, AL_

F.   Principal Place of Business in USA _mobile, AL_

(If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

A.   Name: _Steven Usdin_

B.   Address: _909 Poydras St. Ste 2400 NOLA 70115_

C.   Phone Number: _(504) 589-9700_

D.   Fax Number: _(504) 589-9701_

E.   E-Mail: _susdin@banassoudin.com_

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

A.   Name: _——Hillery_

B.   Address of Affected Property: _802 Marsha S. Ratchford St. Prichard, AL 36610_

C.      Case Docket No. 2:09-CV-07628

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

    A.    For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

        1.    Have you performed any inspection(s), testing or analysis of the property?

            Yes __✓__ No _____

            If yes, provide the following information:

            Date of inspection, testing or analysis: _2_ / _12_ / _69_ (Month / Day / Year)

            Who performed the inspection, testing or analysis?

    _Chester Stefan_

            Description of what was inspected, tested or analyzed:_____

            Were any photographs taken? Yes _____ No _____

            What was the reason for the inspection, testing or analysis?_____

            Had there been any complaints about this property leading to the inspection, testing or analysis?_____

            Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

            Yes __✓__ No _____

            Were you able to determine any of the following information for the subject property:

            a.    Manufacturer(s) of the Chinese Drywall

                _Knauf_

            b.    Importer/Distributor into the US

            c.    Builder/Developer

                _The Mitchell Co, Inc_

            d.    Installer/Contractor

                _George Drywall, Inc._

            As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

            Yes __✓__ No _____

            If yes, what amount or percentage of Chinese Drywall was found?

                _Everywhere_

2.      Have any samples of the drywall been taken from the property?

Yes _____   No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.      Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

_____

4.      Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____  No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.      Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?

V.   **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.      Name of Chinese Drywall manufacturer:  *Knauf*

B.      Address of Chinese Drywall manufacturer:_____

C.      Who installed the Chinese Drywall at the subject property?
        *George Drywall, Inc.*

D.      Address of installer  *430 Forest Lake Dr. Stenett, AL 35147*

E.      Name and address from whom the installer purchased the Chinese Drywall?
        *Creola Ace Hardware*
        *10041 Highway 43*
        *Creola, AL 36525*

4

F. Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No ✓_____

If so, whom?

G. Prior to installation of the drywall in the property identified in Section IV above:

 1. Where was the product stored?_____

 2. Dates of storage? From ___/___/_____(Month/Day/Year) to ___/___/_____(Month/Day/Year)

 3. Were any complaints made or received regarding storage of the product? Yes_____.No_____

VI. **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A. Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes ✓_____ No_____

If yes, please provide the following information:

Date ___/___/_____ (Month / Day / Year)

B. Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes ✓_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C. Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D. Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E. Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F. Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G. Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall? If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

---

VII. CE                                                                                          **INSURAN**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:    *See Insurance Addendum,*

For each policy, identify the following:    *attached.*

   Insurer:                        _____

   Dates policy in effect:    ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month / Day / Year)

   Policy Number:              _____

   Type of Policy:             _____

   Insurance Agent            _____

   Policy Coverage Limits    _____

   Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001 -2009:

   For each claim please provide the following:

   Date:                         ___/___/___ (Month / Day / Year)

   Insurer:                      _____

   Nature of claim:              _____

   Insurer's response to claim:  _____

   Final resolution of claim:    _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

### CERTIFICATION

   I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

*Chester J. Stefan*                                                                       **3/17/10**
Signature                          Print Name                                            Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form.  Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.   You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.    **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.    Builder Name  _The Mitchell Company, Inc._

   B.    Address  _PO Box 160306  Mobile, AL  36616_

   C.    Web site  _mitchellcompany.com_

   D.    Headquarters if Foreign  _N/A_

   E.    Address of USA Headquarters  _Mobile, AL_

   F.    Principal Place of Business in USA  _Mobile, AL_

   (If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.    Name:  _Steven Usdin_

   B.    Address:  _909 Poydras St. Ste. 2400  NOLA 70112_

   C.    Phone Number:  _504-589-9700_

   D.    Fax Number:  _504-589-9701_

   E.    E-Mail:  _susdin@ barrassousdin.com_

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.    Name  _Holmes_

   B.    Address of Affected Property:  _822 Marsha S. Ratchford St._
          _Prichard, AL  36610_

C.        Case Docket No. ___0:09 - CV - 07628_____

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2 / 12 / 09___ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Christen Stefan_

Description of what was inspected, tested or analyzed: _____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis? _____

Had there been any complaints about this property leading to the inspection, testing or analysis? _____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No ____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall
_Knauf_

b.   Importer/Distributor into the US
_____

c.   Builder/Developer
_The Mitchell Co, Inc_

d.   Installer/Contractor
_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No ____

If yes, what amount or percentage of Chinese Drywall was found?
_Everywhere_

3

2.   Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.   Have any statements been taken in connection with the property or claim?

Yes _____        No _____

If yes, provide the following information:

Who provided the statement?

_____

4.   Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.   Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?

V.   **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.   Name of Chinese Drywall manufacturer:  *Knauf*

B.   Address of Chinese Drywall
manufacturer:_____

C.   Who installed the Chinese Drywall at the subject property?
*Geage Drywall, Inc.*

D.   Address of
installer  *430 Forest Lake Dr. Sterrett, AL 35147*

E.   Name and address from whom the installer purchased the Chinese Drywall?
*Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

F. Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No _✓___

If so, whom?

G. Prior to installation of the drywall in the property identified in Section IV above:

 1. Where was the product stored?_____

 2. Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

 3. Were any complaints made or received regarding storage of the product? Yes_____No_____

VI. **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A. Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes _✓__ No _____

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B. Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes _✓__ No_____ *coils*

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C. Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D. Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E. Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F. Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G. Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.                                                                              **INSURAN**
**CE**

A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:                *See Insurance Addendum,*
For each policy, identify the following:                            *attached.*

Insurer:                          _____

Dates policy in effect:        ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
Day / Year)

Policy Number:                    _____

Type of Policy:                   _____

Insurance Agent                   _____

Policy Coverage Limits            _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:                    ___/___/_____ (Month / Day / Year)

Insurer:                        _____

Nature of claim:                _____

Insurer's response to claim: _____

Final resolution of claim:      _____

C.    Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____        _____        3/17/10
Signature                       Print Name                     Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A. Builder Name *The Mitchell Company, Inc.*
   B. Address *PO Box 160306 Mobile, AL 36616*
   C. Web site *Mitchellcompany.com*
   D. Headquarters if Foreign *N/A*
   E. Address of USA Headquarters *Mobile, AL*
   F. Principal Place of Business in USA *Mobile, AL*

   (If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II. **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A. Name: *Steven Usdin*
   B. Address: *909 Poydras St. Ste. 2400 NOLA 70112*
   C. Phone Number: *(504) 589-9700*
   D. Fax Number: *(504) 589-9701*
   E. E-Mail: *Susdin@barrassousdin.com*

III. **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A. Name *Hughes*
   B. Address of Affected Property: *5938 Bilek Dr. Pensacola, FL 32526*

C.      Case Docket No.___2:09 - CV - 07628_____

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __3 / 8 / 09__ (Month / Day / Year)

Who performed the inspection, testing or analysis?

__Tom Caldwell__

Description of what was inspected, tested or analyzed: _____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis? _____

Had there been any complaints about this property leading to the inspection, testing or analysis? _____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

__Unknown__

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

__The Mitchell Co, Inc.__

d.   Installer/Contractor

__Right Way Drywall__

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No _____

If yes, what amount or percentage of Chinese Drywall was found?

__all walls, no ceilings__

3

2.    Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.    Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

_____

4.    Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.    Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?

V.    **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer:  Unknown

B.    Address of Chinese Drywall manufacturer:_____

C.    Who installed the Chinese Drywall at the subject property?
Right Way Drywall

D.    Address of installer  PO Box 7017 Wagner Robbins, GA

E.    Name and address from whom the installer purchased the Chinese Drywall?
Right Way Drywall, Inc.
7425 Cochran St.
Macon, GA          4

F.   Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_____

If so, whom?

G.   Prior to installation of the drywall in the property identified in Section IV above:

1.   Where was the product stored?_____

2.   Dates of storage? From ___/___/_____(Month/Day/Year) to ___/___/_____(Month/Day/Year)

3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.   Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No___

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.   Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.   Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.   Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.   Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.   Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall? If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE                                                                    **INSURAN**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:   *See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer:   _____

Dates policy in effect:   ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month / Day / Year)

Policy Number:   _____

Type of Policy:   _____

Insurance Agent   _____

Policy Coverage Limits   _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:   ___/___/_____ (Month / Day / Year)

Insurer:   _____

Nature of claim:   _____

Insurer's response to claim:   _____

Final resolution of claim:   _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____          _____          __3/19/10__
Signature                                Print Name                Date

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL     : MDL No. 2047
PRODUCTS LIABILITY LITIGATION            : Section L
                                         :
This Document Relates to                 : JUDGE FALLON
ALL CASES                                : MAG. JUDGE WILKINSON

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form.  Each Builder Defendant
must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by
persons who are named plaintiffs in suits pending in the MDL.   You must supplement your response if you learn
they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or
complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By
answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.
Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are
subject to all protections afforded by law.  In addition, if any attachments or documents are provided in response to
any question, please identify the specific question within this Builder Defendant Profile Form that relates to the
specific attachment or document.  Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.   Builder Name  _The Mitchell Company, Inc._
   B.   Address  _P.O. BOX 160306, Mobile AL 36616_
   C.   Web site  _www.Mitchellcompany.com_
   D.   Headquarters if Foreign  _N/A_
   E.   Address of USA Headquarters  _Mobile, AL_
   F.   Principal Place of Business in USA  _Mobile, AL_

   (If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II.  **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.   Name:  _Steve Usdin_
   B.   Address:  _909 Poydras St. Suite 2400 NOla 70112_
   C.   Phone Number:  _(504) 589-9700_
   D.   Fax Number:  _(504) 589-9701_
   E.   E-Mail:  _susdin @ barrassousdin.com_

III. **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.   Name  _Junior_
   B.   Address of Affected Property:  _503 Sgt. Harrison Brown St. Prichard, AL 36610_

C.   Case Docket No. _2:09 - CV - 07628_____

IV.    **INFORMATION ON SPECIFIC PROPERTIES**

    A.    For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

        1.    Have you performed any inspection(s), testing or analysis of the property?

            Yes   ✓   No     

            If yes, provide the following information:

            Date of inspection, testing or analysis: _2/12/09_ (Month / Day / Year)

            Who performed the inspection, testing or analysis?

_Chester Stefan_

            Description of what was inspected, tested or analyzed:_____

            Were any photographs taken? Yes _____ No _____

            What was the reason for the inspection, testing or analysis?_____

            Had there been any complaints about this property leading to the inspection, testing or analysis?_____

            Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

            Yes  ✓  No _____

            Were you able to determine any of the following information for the subject property:

            a.    Manufacturer(s) of the Chinese Drywall

                _Knauf_

            b.    Importer/Distributor into the US

                _____

            c.    Builder/Developer

                _Mitchell Company, Inc._

            d.    Installer/Contractor

                _George Drywall, Inc._

            As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

            Yes  ✓  No _____

            If yes, what amount or percentage of Chinese Drywall was found?

                _Everywhere._

2.    Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.    Have any statements been taken in connection with the property or claim?

Yes _____       No _____

If yes, provide the following information:

Who provided the statement?

4.    Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.    Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?_

## V.   CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer:  *Knauf*

B.    Address of Chinese Drywall manufacturer:_____

C.    Who installed the Chinese Drywall at the subject property?

*George Drywall, INC.*

D.    Address of installer *430 Forest Lake Dr. Sterrett, AL 35147*

E.    Name and address from whom the installer purchased the Chinese Drywall?

*Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

4

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No __✓__

If so, whom?

G.    Prior to installation of the drywall in the property identified in Section IV above:

    1.    Where was the product stored?_____

    2.    Dates of storage? From _____/____/_____(Month/Day/Year) to _____/____/_____(Month/Day/Year)

    3.    Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.    **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No __✓__

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No ____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.  Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE
                                                                   **INSURAN**

A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:

For each policy, identify the following:    *See Insurance Addendum, attached.*

Insurer:   _____

Dates policy in effect:   \_\_/\_\_/\_\_ (Month / Day / Year)  to  \_\_/\_\_/\_\_ (Month / Day / Year)

Policy Number:   _____

Type of Policy:   _____

Insurance Agent   _____

Policy Coverage Limits   _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:   \_\_\_/\_\_/\_\_\_\_ (Month / Day / Year)

Insurer:   _____

Nature of claim:   _____

Insurer's response to claim:   _____

Final resolution of claim:   _____

C.    Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

\_\_/\_\_/\_\_

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

Chester J. Stefan                               3/17/10

Signature                      Print Name                            Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL     : MDL No. 2047
PRODUCTS LIABILITY LITIGATION            : Section L
                                              :
This Document Relates to                 : JUDGE FALLON
ALL CASES                                : MAG. JUDGE WILKINSON

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form.  Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.   You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.    __CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM__

      A.     Builder Name _The Mitchell Company, Inc._
      B.     Address _PO Box 160306 Mobile, AL 36616_
      C.     Web site _mitchellcompany.com_
      D.     Headquarters if Foreign _n/a_
      E.     Address of USA Headquarters _Mobile, AL_
      F.     Principal Place of Business in USA _Mobile, AL_

      (If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.    __COUNSEL INFORMATION OF BUILDER DEFENDANT__

      A.     Name: _Steven Usdin_
      B.     Address: _909 Poydras St. Ste. 2400 NOLA 70112_
      C.     Phone Number: _504. 589. 9700_
      D.     Fax Number: _504. 589. 9701_
      E.     E-Mail: _susdin @ barassousdin.com_

III.    __INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT__

      A.     Name _Jerome Leland_
      B.     Address of Affected Property: _838 Marsha S. Ratchford St. Prichard, AL 36610_

C.  Case Docket No. 2:09 - CV - 07628

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes ___✓___ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2 /12/ 09___ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Sapan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes ✓ No ___

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

_Knauf_

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

_The Mitchell Co, Inc_

d.   Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes ___✓__ No ____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

2.     Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.     Have any statements been taken in connection with the property or claim?

Yes _____      No _____

If yes, provide the following information:

Who provided the statement?

_____

4.     Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.     Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?

_____

V.    **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer: *Knaub*

B.    Address of Chinese Drywall
manufacturer:_____

C.    Who installed the Chinese Drywall at the subject property?
*George Drywall, Inc.*

D.    Address of
installer *430 Forest Lake Dr. Stenett, AL 35147*

E.    Name and address from whom the Installer purchased the Chinese Drywall?
*Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

F.   Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No____

If so, whom?

G.   Prior to installation of the drywall in the property identified in Section IV above:

1.   Where was the product stored?_____

2.   Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.   Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes__✓__ No____

If yes, please provide the following information:

Date____/____/_____ (Month / Day / Year)

B.   Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes__✓__ No____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

C.   Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

D.   Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

E.   Have you repaired or replaced any personal items at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No____

G.   Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

**VII.**
**CE**
 **INSURAN**

A.  Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009;   *See attached.*

For each policy, identify the following:

Insurer:  _____

Dates policy in effect:  ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month / Day / Year)

Policy Number:  _____

Type of Policy:  _____

Insurance Agent  _____

Policy Coverage Limits  _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.  Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:  ___/___/___ (Month / Day / Year)

Insurer:  _____

Nature of claim:  _____

Insurer's response to claim:  _____

Final resolution of claim:  _____

C.  Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____     _____     __3/17/10__
Signature                                    Print Name                                Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL No. 2047
PRODUCTS LIABILITY LITIGATION : Section L
:
————————————————————— :
This Document Relates to : JUDGE FALLON
ALL CASES : MAG. JUDGE WILKINSON

—————————————————————————————

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

A.  Builder Name _The Mitchell Company, Inc._
B.  Address _PO Box 160306 Mobile, AL 36616_
C.  Web site _mitchellcompany.com_
D.  Headquarters if Foreign _n/a_
E.  Address of USA Headquarters _Mobile, AL_
F.  Principal Place of Business in USA _Mobile, AL_

(If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.  **COUNSEL INFORMATION OF BUILDER DEFENDANT**

A.  Name: _Steven Usdin_
B.  Address: _909 Poydras St. Ste. 2400 NOLA 30112_
C.  Phone Number: _(504) 589 - 9700_
D.  Fax Number: _(504) 589 - 9701_
E.  E-Mail: _susdin@barrassousdin.com_

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

A.  Name _Lett_
B.  Address of Affected Property: _570 Sgt. Harrison Brown St. Prichard, AL 36610_

C.     Case Docket No. __2:09 - CV - 07628_____

IV.  **INFORMATION ON SPECIFIC PROPERTIES**

A.  For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.  Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __2 / 12/ 09__ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Styran_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No ____

Were you able to determine any of the following information for the subject property:

a.  Manufacturer(s) of the Chinese Drywall

_Knauf_

b.  Importer/Distributor into the US

_____

c.  Builder/Developer

_The Mitchell Company, Inc._

d.  Installer/Contractor

_George Drywall, Inc_

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No ____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

2. Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3. Have any statements·been taken in connection with the property or claim?

Yes _____ No _____

If yes, provide the following information:

Who provided the statement?

_____

4. Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5. Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?

## V.   CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

With respect to any Chinese Drywall within the defined property identify the following if known:

A. Name of Chinese Drywall manufacturer: *Knauf*

B. Address of Chinese Drywall manufacturer: _____

C. Who installed the Chinese Drywall at the subject property? *George Drywall, Inc.*

D. Address of installer *430 Forest Lake Dr. Sterrett, AL 35147*

E. Name and address from whom the installer purchased the Chinese Drywall?
*Creola Ace Hardware
10041 Highway 43
Creola, AL 36525*

F.   Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No___✓___

If so, whom?

G.   Prior to installation of the drywall in the property identified in Section IV above:

1. Where was the product stored?_____

2. Dates of storage? From ____/____/_____(Month/Day/Year) to ___/____/_____(Month/Day/Year)

3. Were any complaints made or received regarding storage of the product? Yes_____ No_____

## VI.   PROPERTY – DRYWALL REPAIR OR REPLACEMENT

A.   Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes__✓__ No_____

If yes, please provide the following information:

Date ____/____/_____ (Month / Day / Year)

B.   Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes__✓__ No_____

If yes, please provide the following information:

Date:   ____/____/_____ (Month / Day / Year)

C.   Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date:   ____/____/_____ (Month / Day / Year)

D.   Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date:   ____/____/_____ (Month / Day / Year)

E.   Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date:   ____/____/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.   Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII. CE

**INSURAN**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:   *See Insurance Addendum, attached*

For each policy, identify the following:

Insurer:

Dates policy in effect:         __/__/__ (Month / Day / Year)  to  __/__/__ (Month / Day / Year)

Policy Number:

Type of Policy:

Insurance Agent

Policy Coverage Limits

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:                              __/__/__ (Month / Day / Year)

Insurer:

Nature of claim:

Insurer's response to claim:

Final resolution of claim:

C.   Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

__/__/__

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_Chester J. Stefan_                                                              _3/17/10_
Signature                             Print Name                                Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

    A. Builder Name _The Mitchell Company, Inc._

    B. Address _PO Box 160306 Mobile, AL 36616_

    C. Web site _Mitchell company.com_

    D. Headquarters if Foreign _N/A_

    E. Address of USA Headquarters _Mobile, AL_

    F. Principal Place of Business in USA _Mobile, AL_

(If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II. **COUNSEL INFORMATION OF BUILDER DEFENDANT**

    A. Name: _Steven Usdin_

    B. Address: _109 Poydras St. Ste. 2400 NOLA 70112_

    C. Phone Number: _504.589.9700_

    D. Fax Number: _504.589.9701_

    E. E-Mail: _susdin@ barrassousdin.com_

III. **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

    A. Name _Little / Williams_

    B. Address of Affected Property: _816 Marsha S. Ratchford St. Prichard, AL 36610_

C.     Case Docket No. ___2:09 - CV - 07628_____

2

IV. __INFORMATION ON SPECIFIC PROPERTIES__

    A.    For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

        1.    Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __2 / 12 / 09__ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No _____

Were you able to determine any of the following information for the subject property:

    a.    Manufacturer(s) of the Chinese Drywall

        _Knauf_

    b.    Importer/Distributor into the US

    c.    Builder/Developer

        _The Mitchell Co, Inc._

    d.    Installer/Contractor

        _George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

3

2. Have any samples of the drywall been taken from the property?

   Yes _____ No _____

   If yes, provide the following information:

   Name and address of entity that performed the sampling:

   _____

3. Have any statements been taken in connection with the property or claim?

   Yes _____ No _____

   If yes, provide the following information:

   Who provided the statement?

4. Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

   If yes, provide the following information:

   Who was the correspondence or communication by, between or among?

   _____

5. Have you received a request from anyone to repair the subject property?

   Yes_____ No_____

   If so, from whom did you receive the request?_

V. **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A. Name of Chinese Drywall manufacturer: *Knauf*

B. Address of Chinese Drywall manufacturer:_____

C. Who installed the Chinese Drywall at the subject property?
   *George Drywall, Inc.*

D. Address of installer *430 Forest Lake Dr. Stenett, AL 35147*

E. Name and address from whom the installer purchased the Chinese Drywall?
   *Creola Ace Hardware*
   *10041 Highway 43*
   *Creola, AL 36525*

4

F.  Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No___✓___

    If so, whom?

G.  Prior to installation of the drywall in the property identified in Section IV above:

    1.  Where was the product stored?_____

    2.  Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

    3.  Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.  **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

    A.  Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes ✓ No ___

        If yes, please provide the following information:

        Date ___/___/_____ (Month / Day / Year)

    B.  Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes ___✓___ No_____    *coils*

        If yes, please provide the following information:

        Date: ___/___/_____ (Month / Day / Year)

    C.  Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

        If yes, please provide the following information:

        Date: ___/___/_____ (Month / Day / Year)

    D.  Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

        If yes, please provide the following information:

        Date: ___/___/_____ (Month / Day / Year)

    E.  Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

        If yes, please provide the following information:

        Date: ___/___/_____ (Month / Day / Year)

    F.  Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

    G.  Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.                                                                                                    **INSURAN**
CE

A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
      policies from 2001 -2009:                    *See Insurance Addendum,*
      For each policy, identify the following:      *attached.*

      Insurer:                    _____

      Dates policy in effect:     ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
Day / Year)

      Policy Number:              _____

      Type of Policy:             _____

      Insurance Agent             _____

      Policy Coverage Limits      _____

      Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all insurance claims you have made to any insurer related to Chinese Drywall from
      2001-2009:

      For each claim please provide the following:

      Date: ·                     ___/___/_____ (Month / Day / Year)

      Insurer:                    _____

      Nature of claim:            _____

      Insurer's response to claim: _____

      Final resolution of claim:  _____

C.    Identify all notices provided to insurers, reservation of rights responses and other replies
      received in response to any communication made with an insurer.

                                  ___/___/___

### CERTIFICATION

      I declare under penalty of perjury under the laws of the United States of America and pursuant to 28
U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the
best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent
that such documents are in my possession, custody or control.

_____            _____            **3/17/10**
Signature                          Print Name                          Date

                                        6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

: MDL No. 2047
: Section L
:

This Document Relates to
ALL CASES

: JUDGE FALLON
: MAG. JUDGE WILKINSON

### BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.   Builder Name  _The Mitchell Company, Inc._
   B.   Address  _PO Box 160306 Mobile, AL 36606_
   C.   Web site  _mitchellcompany.com_
   D.   Headquarters if Foreign  _N/A_
   E.   Address of USA Headquarters  _Mobile, AL_
   F.   Principal Place of Business in USA  _Mobile, AL_

   (If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.   Name:  _Steven Usdin_
   B.   Address:  _909 Poydras St. Ste. 2400 NOLA 70112_
   C.   Phone Number:  _(504) 589-9700_
   D.   Fax Number:  _(504) 589-9701_
   E.   E-Mail:  _susdin@barrassousdin.com_

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.   Name  _Lussier_
   B.   Address of Affected Property:  _5414 Bilek Dr._
   _Pensacola, FL 32526_

C.    Case Docket No. _2:09 - CV - 07628_____

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes ✓ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: 3 / 8 / 69 (Month / Day / Year)

Who performed the inspection, testing or analysis?

Tom Caldwell

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes ✓ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

Unknown

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

The Mitchell Company, Inc.

d.   Installer/Contractor

Right Way Drywall

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes ✓ No _____

If yes, what amount or percentage of Chinese Drywall was found?

all walls, no ceilings

3

2.    Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.    Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

_____

4.    Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.    Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?

V.    **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer:  *Unknown*

B.    Address of Chinese Drywall manufacturer: _____

C.    Who installed the Chinese Drywall at the subject property?
      *Right Way Drywall*

D.    Address of installer  *PO Box 7017 Warner Robbins, GA*

E.    Name and address from whom the installer purchased the Chinese Drywall?
      *Right Way Drywall, Inc.*
      *7425 Cochran St.*
      *Macon, GA.*    4

F.      Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_____

        If so, whom?

G.      Prior to installation of the drywall in the property identified in Section IV above:

        1.   Where was the product stored?_____

        2.   Dates of storage? From ____/____/_____(Month/Day/Year) to
             ___/____/_____(Month/Day/Year)

        3.   Were any complaints made or received regarding storage of the product?
             Yes_____No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

        A.   Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes √   No_____.

             If yes, please provide the following information:

             Date___/___/_____ (Month / Day / Year)

        B.   Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes √___ No_____

             If yes, please provide the following information:

             Date: ___/___/_____ (Month / Day / Year)

        C.   Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

             If yes, please provide the following information:

             Date: ___/___/_____ (Month / Day / Year)

        D.   Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

             If yes, please provide the following information:

             Date: ___/___/_____ (Month / Day / Year)

        E.   Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

             If yes, please provide the following information:

             Date: ___/___/_____ (Month / Day / Year)

        F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

        G.   Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall? If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE                                                                                    **INSURAN**

A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
      policies from 2001 -2009:        *See Insurance addendum,*
      For each policy, identify the following:   *attached.*

      Insurer:                        _____

      Dates policy in effect:      ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
Day / Year)

      Policy Number:               _____

      Type of Policy:              _____

      Insurance Agent              _____

      Policy Coverage Limits       _____

      Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all insurance claims you have made to any insurer related to Chinese Drywall from
      2001-2009:

      For each claim please provide the following:

      Date:                        ___/___/_____ (Month / Day / Year)

      Insurer:                     _____

      Nature of claim:             _____

      Insurer's response to claim: _____

      Final resolution of claim:   _____

C.    Identify all notices provided to insurers, reservation of rights responses and other replies
      received in response to any communication made with an insurer.
                                   ___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____          _____          **3/17/10**
Signature                          Print Name                         Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

### BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form.  Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.   You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

  A. Builder Name *The Mitchell Company, Inc*

  B. Address *PO Box 160306  Mobile, AL 36616*

  C. Web site *Mitchellcompany. com*

  D. Headquarters if Foreign *N/A*

  E. Address of USA Headquarters *Mobile, AL*

  F. Principal Place of Business in USA *Mobile, AL*

  (If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.  **COUNSEL INFORMATION OF BUILDER DEFENDANT**

  A. Name *Steven Usdin*

  B. Address *909 Poydras St. Ste. 2400  NOLA 70112*

  C. Phone Number: *(504) 589-9700*

  D. Fax Number: *(504) 589-9701*

  E. E-Mail: *susdin@barrassousdin.com*

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

  A. Name *Marsh*

  B. Address of Affected Property: *804 Marsha S. Patchford St. Prichard, AL 36616*

C.     Case Docket No. 2:09-CV-07628

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes ✓ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: 2/12/09 (Month / Day / Year)

Who performed the inspection, testing or analysis?

Chester Stefan

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes ✓ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

Knauf

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

The Mitchell Co, Inc.

d.   Installer/Contractor

George Drywall, Inc.

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes ✓ No _____

If yes, what amount or percentage of Chinese Drywall was found?

Unregistered

3

2. Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3. Have any statements been taken in connection with the property or claim?

Yes _____ No _____

If yes, provide the following information:

Who provided the statement?

4. Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5. Have you received a request from anyone to repair the subject property?

Yes_____ No____

If so, from whom did you receive the request?_

V. **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A. Name of Chinese Drywall manufacturer: *Knauf*

B. Address of Chinese Drywall manufacturer:_____

C. Who installed the Chinese Drywall at the subject property?
*George Drywall, Inc.*

D. Address of installer *430 Forest Lake Dr. Sterrett, AL 35747*

E. Name and address from whom the installer purchased the Chinese Drywall?
*Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

4

F.     Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No ✓

If so, whom?

G.     Prior to installation of the drywall in the property identified in Section IV above:

   1.   Where was the product stored?_____

   2.   Dates of storage? From _____/_____/_____(Month/Day/Year) to _____/_____/_____(Month/Day/Year)

   3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.     Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No ✓

If yes, please provide the following information:

Date _____/_____/_____ (Month / Day / Year)

B.     Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: _____/_____/_____ (Month / Day / Year)

C.     Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: _____/_____/_____ (Month / Day / Year)

D.     Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: _____/_____/_____ (Month / Day / Year)

E.     Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: _____/_____/_____ (Month / Day / Year)

F.     Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.     Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall? If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE
**INSURAN**

A.  Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009: *See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer: _____

Dates policy in effect: ___/___/___ (Month / Day / Year) to ___/___/___ (Month / Day / Year)

Policy Number: _____

Type of Policy: _____

Insurance Agent _____

Policy Coverage Limits _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.  Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date: ___/___/___ (Month / Day / Year)

Insurer: _____

Nature of claim: _____

Insurer's response to claim: _____

Final resolution of claim: _____

C.  Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____        _____        3/17/10

Signature                          Print Name                          Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

### BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

    A.   Builder Name  The Mitchell Company, Inc

    B.   Address  PO Box 160306 Mobile, AL 36616

    C.   Web site  Mitchellcompany.com

    D.   Headquarters if Foreign  n/a

    E.   Address of USA Headquarters  Mobile, AL

    F.   Principal Place of Business in USA  Mobile, AL

(If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

    A.   Name:  Steven Usdin

    B.   Address:  909 Poydras St. Ste 2400 NOLA 70112

    C.   Phone Number:  (504) 589-9700

    D.   Fax Number:  (504) 589-9701

    E.   E-Mail:  Susdin @ barrassousdin.com

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

    A.   Name  Padget

    B.   Address of Affected Property:  5923 Bilek Dr.
                                       Pensacola, FL 32526

2.   Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information;

Name and address of entity that performed the sampling:

_____

3.   Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

4.   Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.   Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?

V.   **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.   Name of Chinese Drywall manufacturer:   *Unknown*

B.   Address of Chinese Drywall manufacturer:_____

C.   Who installed the Chinese Drywall at the subject property?
_____   *Right way Drywall*

D. Address of installer   *PO Box 7017 Warner Robbins, GA*

E.   Name and address from whom the installer purchased the Chinese Drywall?
_____   *Right Way Drywall, Inc.*
*7425 Cochran St.*
*Macon, GA*        4

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_√___

If so, whom?

G.    Prior to installation of the drywall in the property identified in Section IV above:

1.    Where was the product stored?_____

2.    Dates of storage? From ___/___/_____(Month/Day/Year) to ___/___/_____(Month/Day/Year)

3.    Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.    **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_√_ No_____

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_√___ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall? If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.                                                         **INSURAN**
CE

A.     Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009: *See Insurance Addendum, attached.*

        For each policy, identify the following:

        Insurer: _____

        Dates policy in effect: ___/___/___ (Month / Day / Year) to ___/___/___ (Month /
Day / Year)

        Policy Number: _____

        Type of Policy: _____

        Insurance Agent _____

        Policy Coverage Limits _____

        Produce a copy of the Declaration page, exclusions and policy of insurance.

B.     Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

        For each claim please provide the following:

        Date: ___/___/_____ (Month / Day / Year)

        Insurer: _____

        Nature of claim: _____

        Insurer's response to claim: _____

        Final resolution of claim: _____

C.     Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

        ___/___/

### CERTIFICATION

    I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____                                         3/17/10
Signature                      Print Name                                  Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A. Builder Name _The Mitchell Company, Inc._

   B. Address _PO Box 160306 Mobile, AL 36616_

   C. Web site _mitchellcompany.com_

   D. Headquarters if Foreign _N/A_

   E. Address of USA Headquarters _Mobile, AL_

   F. Principal Place of Business in USA _Mobile AL_

   (If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II. **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A. Name: _Steven Usdin_

   B. Address: _909 Poydras St. Ste. 2400 NOLA 70112_

   C. Phone Number: _(504) 589-9700_

   D. Fax Number: _(504) 589-9701_

   E. E-Mail: _susdin @ barrassousdin.com_

III. **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A. Name _Posey_

   B. Address of Affected Property: _5934 Bilek Dr._
      _Pensacola, FL 32526_

C.   Case Docket No. 2:09 - cv - 07628

2

IV.  **INFORMATION ON SPECIFIC PROPERTIES**

A.  For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.  Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __3 / 8 / 09__ (Month / Day / Year)

Who performed the inspection, testing or analysis?

__Tom Caldwell__

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No ____

Were you able to determine any of the following information for the subject property:

a.  Manufacturer(s) of the Chinese Drywall

__Unknown__

b.  Importer/Distributor into the US

_____

c.  Builder/Developer

__The Mitchell Co, Inc.__

d.  Installer/Contractor

__Right Way Drywall__

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No ____

If yes, what amount or percentage of Chinese Drywall was found?

__all walls, no ceilings__

3

2.      Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.      Have any statements been taken in connection with the property or claim?

Yes _____ No _____

If yes, provide the following information:

Who provided the statement?

_____

4.      Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.      Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?

_____

V.    **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer: Unknown

B.    Address of Chinese Drywall manufacturer: _____

C.    Who installed the Chinese Drywall at the subject property? Right Way Drywall

D.    Address of installer PO BOX 7017 Warner Robbins, GA

E.    Name and address from whom the installer purchased the Chinese Drywall? Right Way Drywall, Inc. 7425 Cochran St. Macon, GA

4

F.     Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_____

If so, whom?

_____

G.     Prior to installation of the drywall in the property identified in Section IV above:

1.    Where was the product stored?_____

2.    Dates of storage? From _____/_____/_____(Month/Day/Year) to _____/_____/_____(Month/Day/Year)

3.    Were any complaints made or received regarding storage of the product? Yes_____No_____

## VI.   PROPERTY – DRYWALL REPAIR OR REPLACEMENT

A.     Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes _√__ No _____

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.     Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes _√___ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.     Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.     Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.     Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.   Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

**VII.**                                                                         **INSURAN**
**CE**

    **A.**     Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009;  *See Insurance Addendum, attached.*

               For each policy, identify the following:

               Insurer: _____

               Dates policy in effect: ___/___/___ (Month / Day / Year)  to ___/___/___ (Month / Day / Year)

               Policy Number: _____

               Type of Policy: _____

               Insurance Agent _____

               Policy Coverage Limits _____

               Produce a copy of the Declaration page, exclusions and policy of insurance.

    **B.**     Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

               For each claim please provide the following:

               Date: ___/___/___ (Month / Day / Year)

               Insurer: _____

                Nature of claim: _____

               Insurer's response to claim: _____

               Final resolution of claim: _____

    **C.**     Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

                      ___/___/___

### CERTIFICATION

    I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____                          **3/17/10**
Signature             Print Name                        Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

    A.   Builder Name _The Mitchell Company, Inc._

    B.   Address _PO Box 160306 Mobile, AL 36616_

    C.   Web site _mitchellcompany.com_

    D.   Headquarters if Foreign _N/A_

    E.   Address of USA Headquarters _Mobile, AL_

    F.   Principal Place of Business in USA _Mobile, AL_

    (If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

    A.   Name: _Steven Usdin_

    B.   Address: _909 Poydras St. Ste. 2400 NOLA 70112_

    C.   Phone Number: _(504) 589-9700_

    D.   Fax Number: _(504) 589-9701_

    E.   E-Mail: _Susdin @ barrassousdin.com_

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

    A.   Name _Urie, _____ Risco_

    B.   Address of Affected Property: _5910 Bilek Dr._
                                       _Pensacola, FL 32526_

C.      Case Docket No. 2:09- CV - 0762-8

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes ___✓___ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __3 /8 / 09___ (Month / Day / Year)

Who performed the inspection, testing or analysis?

Tom Caldwell

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes _✓_ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

Unknown

b.   Importer/Distributor into the US

c.   Builder/Developer

The Mitchell Co., Inc.

d.   Installer/Contractor

Right Way Drywall

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes _✓_ No _____

If yes, what amount or percentage of Chinese Drywall was found?

all walls, no ceilings

3

2.  Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.  Have any statements been taken in connection with the property or claim?

Yes _____        No _____

If yes, provide the following information:

Who provided the statement?

4.  Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

5.  Have you received a request from anyone to repair the subject property?

Yes _____ No _____

If so, from whom did you receive the request?

V.  **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.  Name of Chinese Drywall manufacturer: _Unknown_

B.  Address of Chinese Drywall manufacturer: _____

C.  Who installed the Chinese Drywall at the subject property?
_Right Way Drywall_

D.  Address of installer _PO Box 7017 Warner Robbins, GA_

E.  Name and address from whom the installer purchased the Chinese Drywall?
_Right Way Drywall, Inc._
_7495 Cochran St._
_Macon, GA_   4

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No ✓

If so, whom?

G.    Prior to installation of the drywall in the property identified in Section IV above:

1.   Where was the product stored?_____

2.   Dates of storage? From ___/___/_____(Month/Day/Year) to ___/___/_____(Month/Day/Year)

3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes ✓ No_

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes ✓ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall? If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE

**INSURAN**

A.  Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:  *See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer:  _____

Dates policy in effect:  ___/___/___ (Month / Day / Year) to ___/___/___ (Month / Day / Year)

Policy Number:  _____

Type of Policy:  _____

Insurance Agent  _____

Policy Coverage Limits  _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.  Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:  ___/___/_____ (Month / Day / Year)

Insurer:  _____

Nature of claim:  _____

Insurer's response to claim:  _____

Final resolution of claim:  _____

C.  Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____          _____          ____3/17/10____
Signature                                Print Name                       Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A. Builder Name _The Mitchell Company, Inc._
   B. Address _PO Box 160306 Mobile, AL 36616_
   C. Web site _mitchellcompany.com_
   D. Headquarters if Foreign _N/A_
   E. Address of USA Headquarters _Mobile, AL_
   F. Principal Place of Business in USA _Mobile, AL_

   (If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.  **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A. Name: _Steven Usdin_
   B. Address: _909 Poydras St. Ste 2400 NOLA 70112_
   C. Phone Number: _(504) 589-9700_
   D. Fax Number: _(504) 589-9701_
   E. E-Mail: _susdin@barrassousdin.com_

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A. Name _Sanders/Murphy_
   B. Address of Affected Property: _806 Marsha S. Ratchford St. Prichard, AL 36610_

C.   Case Docket No. 2:09-CV-07628

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: 2 /12 / 09 (Month / Day / Year)

Who performed the inspection, testing or analysis?

Chester Stefan

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

Knauf

b.   Importer/Distributor into the US

c.   Builder/Developer

The Mitchell Co, Inc

d.   Installer/Contractor

George Drywall, Inc.

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No _____

If yes, what amount or percentage of Chinese Drywall was found?

Everywhere

3

2.      Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.      Have any statements been taken in connection with the property or claim?

Yes _____        No _____

If yes, provide the following information:

Who provided the statement?

4.      Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

5.      Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?_

## V.  CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

With respect to any Chinese Drywall within the defined property identify the following if known:

A.      Name of Chinese Drywall manufacturer: _Knauf_

B.      Address of Chinese Drywall manufacturer:_____

C.      Who installed the Chinese Drywall at the subject property?
_George Drywall, Inc._

D.      Address of installer _430 Forest Lake Dr. Stenett, AL 35147_

E.      Name and address from whom the installer purchased the Chinese Drywall?
_Creola Ace Hardware_
_10041 Highway 43_
_Creola, AL 36525_

4

F.   Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No _✓__

If so, whom?

G.   Prior to installation of the drywall in the property identified in Section IV above:

1.   Where was the product stored?_____

2.   Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.   Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No _✓__

If yes, please provide the following information:

Date ____/____/_____ (Month / Day / Year)

B.   Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

C.   Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

D.   Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

E.   Have you repaired or replaced any personal items at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.   Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

**VII. CE**                                                                                                          **INSURAN**

A.      Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:  *See Insurance Addendum,*

      For each policy, identify the following:  *Attached.*

      Insurer:              _____

      Dates policy in effect:    ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month / Day / Year)

      Policy Number:        _____

      Type of Policy:        _____

      Insurance Agent       _____

      Policy Coverage Limits   _____

      Produce a copy of the Declaration page, exclusions and policy of insurance.

B.      Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

      For each claim please provide the following:

      Date:              ___/___/_____ (Month / Day / Year)

      Insurer:            _____

      Nature of claim:      _____

      Insurer's response to claim: _____

      Final resolution of claim:  _____

C.      Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

      ___/___/___

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____           _____           3/17/10
Signature                          Print Name                          Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.  You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

    A.    Builder Name _The Mitchell Company, Inc._

    B.    Address _P.O. Box 160306 Mobile, AL 36616_

    C.    Web site _www.mitchellcompany.com_

    D.    Headquarters if Foreign _N/A_

    E.    Address of USA Headquarters _Mobile, Alabama_

    F.    Principal Place of Business in USA _Mobile, Alabama_

    (If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

    A.    Name _Steve Usdin_

    B.    Address _909 Poydras St., Ste. 2400, NOLA 70112_

    C.    Phone Number: _(504) 589-9700_

    D.    Fax Number: _(504) 589-9701_

    E.    E-Mail: _susdin@barrassousdin.com_

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

    A.    Name _Unknown_

    B.    Address of Affected Property: _1698 Bright Leaf Ct._
        _Cantonment, FL 32533_

C.    Case Docket No.  2:09- CV- 07638

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes ✓ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: 3 / 5 / 2009 (Month / Day / Year)

Who performed the inspection, testing or analysis?

Tom Caldwell

Description of what was inspected, tested or analyzed: _____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis? _____

Had there been any complaints about this property leading to the inspection, testing or analysis? _____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes ✓ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

Unknown

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

The Mitchell Company, Inc.

d.   Installer/Contractor

Right Way Drywall, Inc.

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes ✓ No _____

If yes, what amount or percentage of Chinese Drywall was found?

all walls, no ceilings

3

2.   Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.   Have any statements been taken in connection with the property or claim?

Yes _____         No _____

If yes, provide the following information:

Who provided the statement?

_____

4.   Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.   Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?

V.   **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.   Name of Chinese Drywall manufacturer:   Unknown

B.   Address of Chinese Drywall manufacturer:   Unknown

C.   Who installed the Chinese Drywall at the subject property?
Right Way Drywall

D.   Address of installer   P.O. Box 7017  Werner Robbins, GA

E.   Name and address from whom the installer purchased the Chinese Drywall?

4

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes ✓ No_____

If so, whom? _____ *Right Way Drywall, Inc. 7425 Cochran St. Macon, GA*

G.    Prior to installation of the drywall in the property identified in Section IV above:

    1.    Where was the product stored?_____

    2.    Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

    3.    Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.    **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes ✓ No_____

If yes, please provide the following information:

Date __/4/09 (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No ✓

If yes, please provide the following information:

Date: ___/___/___ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No ✓

If yes, please provide the following information:

Date: ___/___/___ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No ✓

If yes, please provide the following information:

Date: ___/___/___ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No ✓

If yes, please provide the following information:

Date: ___/___/___ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

*Construction Industry Solutions ; see attached .*

VII.                                                      **INSURAN**
CE

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:

For each policy, identify the following:   *See Insurance Addendum, attached .*

Insurer:                     _____

Dates policy in effect:    ___/___/___ (Month / Day / Year) to ___/___/___ (Month / Day / Year)

Policy Number:            _____

Type of Policy:            _____

Insurance Agent           _____

Policy Coverage Limits     _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:                 ___/___/_____ (Month / Day / Year)

Insurer:                _____

Nature of claim:          _____

Insurer's response to claim: _____

Final resolution of claim:   _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____                                  *3/17/10*
Signature                            Print Name                                Date

6





**CONSTRUCTION INDUSTRY
SOLUTIONS**

April 8, 2009

Mr. Charles Stefan
The Mitchell Company
41 West Interstate 65 Service Road North
Mobile, Alabama 36608-1201

Re:     **Mitchell Company Properties – Pritchard, Alabama**
        CIS Field Testing Protocol – A Non-Destructive Solution to the Chinese Drywall Epidemic

Dear Mr. Stefan,

As a follow up to our conversation yesterday, attached is our introduction that outlines our philosophy to resolving the drywall epidemic with a non-destructive solution. Our field testing protocol is also included and outlines the step by step process involved to successfully perform the testing, air cleansing and coating system application.

We have successfully completed laboratory testing with positive results on those test models. We are confident that once we have completed the prescribed field testing protocol, our product will exhibit favorable results, validating improved air quality and a stabilized interior environment.

Further, in consideration for use of the buildings/units in our field testing protocol phase, the costs to perform the testing, apply coatings to walls primed and ready for final paint, will be paid by our inspection, testing and application teams.

We are hopeful that upon completion of the coating system application and approved final testing, The Mitchell Company will consider our team to successfully resolve similar conditions that may exist at other properties.

We truly appreciate this opportunity and thank you for your time and attention. We await your response.

Respectfully,
CIS - **Construction Industry Solutions, Inc.**

*Robert E. Riffe*

Robert E. Riffe
President

Cc: Mr. Rick Greene – Analytical & Lab Division Lead

---



**CONSTRUCTION INDUSTRY**
**SOLUTIONS**

# Introduction and Philosophy to Resolve the Chinese Drywall Epidemic
## A Non-Destructive Solution

- History
- Mission Statement
- Resolution & Methodology



CONSTRUCTION INDUSTRY
SOLUTIONS

Target Market Sector
Product Introduction

# Resolving the Chinese Drywall Epidemic – A Non-Destructive Solution

## History

• The problem is well publicized with media headlines such as "Tainted Drywall Affects Real Estate", "Chinese Drywall Implicated in Sick-Building Syndrome", "Chinese Drywall May Be Damaging Homes", "Acid Coming From Drywall Could Be Destroying Homes From The Inside Out" and "Chinese Drywall Cited in Building Woes."

Some immediate indicators that a building may contain the gypsum products in question are putrid "sulfur like" odors, visible black powdery residue on air conditioning coils, and other copper bearing materials.

• CIS and colleagues have been following the epidemic since November 2008. Our research has been lengthily and in depth, following up on reports, correspondence, testing and dispositions related to the following gypsum product manufacturers/suppliers:

  ▸ Knauf Plaster Board - Tianjin Co. Ltd. of China
    (listed as subsidiary of German-based manufacturer Knauf International)

  ▸ Knauf Tianjin WuHu China

  ▸ Taishan Gypsum - Secondary manufacturer.

• There is an estimated 30,000 affected homes in the State of Florida, including those currently listed for sale in the real estate market, occupied homes and developer inventory homes and models. The problem extends into the commercial sector, affecting multi-family and mixed use buildings. This is perceived to be the tip of the iceberg as reports of tainted drywall has been reported in Virginia Beach, Virginia and 12 other states including Alabama, Texas, Louisiana, Arizona and California.

## Mission Statement

Our mission is to provide a more proactive and non-destructive solution to resolve the reported problem, whereas the affected buildings would not have to be gutted, removing interior finishes and ultimately the board products; thus, maintaining the integrity of the interior elements, restoring air quality and mechanical systems function ability.



**CONSTRUCTION INDUSTRY**
**SOLUTIONS**

**Target Market Sector**
**Product Introduction**

# Resolving the Chinese Drywall Epidemic – A Non-Destructive Solution

**Resolution / Methodology**

• Our non-destructive method to resolve sulfur/acid emissions, absorbing and neutralizing (eliminating) the air borne elements involves interior air purification and coating applications similar to interior painting.

The byproduct "No more rotten eggs." A stabilized interior environment (equivalent to residences of similar style and finish types that have US gypsum products compliant with standards set forth in ASTM C-1396/C 1396/M -06a.) as wall and ceiling boards.

• Owner / End User receives a certification of compliance that the product application was in accordance with approved product installation protocol along with certification by professional engineer. Certification of Operation will be issued by mechanical engineer on the as-built function ability of mechanical / electrical systems exhibiting black to dark gray dusting.

• We are <u>requesting to use an affected home and/or individual units in multi-family buildings, in a field test</u> and inclusion into our final protocol. <u>Available properties that contain the board and have been on the market in a vacant/closed condition for a month or more are considered ideal test specimen.</u>

Upon air purification, coating application and final testing, the interior walls will be ready for final repaint and finishes.

In consideration for use of the buildings in our field testing protocol phase, <u>the costs to perform the testing, apply coatings to walls, primed and ready for final paint, will be paid by our inspection, testing and application teams.</u>

A detailed testing protocol will be provided for review and approval once a property has been chosen for testing. Please act now to be included in the first testing round.

Please call me to discuss this opportunity to be proactive in resolving this problem. We appreciate the time and consideration.

Respectfully,
**CIS - Construction Industry Solutions, Inc.**

*Robert E. Riffe*

Robert E. Riffe
President



CONSTRUCTION INDUSTRY
SOLUTIONS

# Resolving the Chinese Drywall Epidemic – A Non-Destructive Solution

## ■ Field Test Protocol – Air Tests & Coating System Application



CONSTRUCTION INDUSTRY
SOLUTIONS

**Target Market Sector**
**Product Introduction**

# Resolving the Chinese Drywall Epidemic – A Non-Destructive Solution
### Field Test Protocol – Air Tests & Coating System Application

## Discovery Phase

▪ Locate properties (single family home and/or individual units in multi-family buildings) and obtain permission to conduct field test application as part of final testing protocol. Available properties that contain the board and have been on the market in a vacant/closed condition for a month or more are considered ideal test specimen.

▪ One building/unit will be designated as the test unit that will receive air test and coating system application. The second building will be designated as the neutral unit that will receive air testing only at this time. The neutral units existing condition (initial phase I and final phase II air testing results) will be used as a comparable to confirm improvement (sulfur/acid emissions, absorption and neutralization) within the test unit.

▪ Obtain gypsum board test specimens from affected building (test unit to receive coating system). Six (6) board sections (12" x 12") are required. Sections will be used in laboratory test, documenting content and compatibility measure with lab test models.

## Initial Air Test & Air Cleansing

▪ Mobilize analytical team, certified applicators, inspection team, equipment and materials to test buildings/units.

▪ Perform initial phase I air testing in test unit *and* neutral unit to document existing air condition. Set thermostat to maintain an ambient indoor air temperature of 74 degrees F.

▪ Quarantine neutral unit for a mandatory period of one (1) week. Additional quarantine time may be necessary, depending upon results of final phase II air testing of test unit.

▪ Perform air cleaning (scrubbers) in test unit only.

▪ Perform air test following air cleansing process in test unit only.

## Coating System Application

▪ Apply coating system to interior walls, ceilings and concealed spaces enclosed by gypsum board.

▪ Inspection team will perform in-progress review of the coating system application to document that the system is being installed in accordance with system application protocol.

▪ Set thermostat to maintain ambient indoor air temperature of 74 degrees F.

▪ Quarantine test unit for a mandatory period of one (1) week. Additional quarantine time will be requested following phase 2 air testing of the test and neutral units.



**CONSTRUCTION INDUSTRY**
**S O L U T I O N S**

**Target Market Sector**
**Product Introduction**

# Resolving the Chinese Drywall Epidemic – A Non-Destructive Solution
## Field Test Protocol – Air Tests & Coating System Application

### Coating System Application – Re-Test and Final Inspection

• Perform final phase II air testing in the neutral and test units to document air condition.  Record interior ambient temperatures at thermostat.

• Inspection team will perform in-progress review of the phase II air testing to document the process for final implementation into system application protocol.

• Re-quarantine the test unit and neutral until air test results have been submitted.

• Results of air testing (sampling) of the neutral and test units will be compared in the laboratory to substantiate the notable differences between the neutral and test units, with results showing improved air quality in the test unit.

• Test results provided to substantiate and document within the final test protocol that the interior environment has stabilized, with air cleanliness equivalent to units of similar style and finish types that have US gypsum products compliant with standards set forth in ASTM C-1396/C 1396/M -06a.  Positive test results indicate successful coating system application and function ability.

•   Remove quarantine on neutral unit only.

• Maintain quarantine on test unit for a period of 60 to 90 days.

• Return in 60 days (minimum) and perform follow up phase III air testing in the test unit only; record interior ambient temperatures at thermostat.  The test is performed as a proactive measure to re-affirm and document that the indoor air condition has remained stable and/or equivalent to positive results documented from phase II air testing.

*Note: The phase III air testing is performed as a secondary check during the initial field testing protocol and would not necessarily be required in additional units once phase II air testing provides positive results.*

• Remove quarantine from test unit.

• Interior walls and ceiling ready for finish touch-up, final repaint and desired coverings provided by others.

End of Section

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.   Builder Name  The Mitchell Company, Inc.
   B.   Address  P.O. Box 160306, Mobile AL 36616
   C.   Web site  www.mitchellcompany.com
   D.   Headquarters if Foreign  n/A
   E.   Address of USA Headquarters  Mobile, AL
   F.   Principal Place of Business in USA  Mobile, AL

   (If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.   Name:  Steven Usdin
   B.   Address:  909 Poydras St. Suite 2400, NOLA 70112
   C.   Phone Number:  (504) 589-9700
   D.   Fax Number:  (504) 589-9701
   E.   E-Mail:  susdin@barrassousdin.com

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.   Name  Unknown
   B.   Address of Affected Property:  504 Sgt. Hamison Brown St.
      Prichard, AL 36610

C.    Case Docket No. 2:09-CV-07628

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes ✓ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2 /12 / 09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Mister Stefan_

Description of what was inspected, tested or analyzed: _____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis? _____

Had there been any complaints about this property leading to the inspection, testing or analysis? _____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes ✓ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

_Knauf_

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

_The Mitchell Company, Inc._

d.   Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes ✓ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

3

2. Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3. Have any statements been taken in connection with the property or claim?

Yes _____  No _____

If yes, provide the following information:

Who provided the statement?

_____

4. Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5. Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?

V. **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A. Name of Chinese Drywall manufacturer:

Knauf

B. Address of Chinese Drywall manufacturer: _____

C. Who installed the Chinese Drywall at the subject property?

George Drywall, Inc.

D. Address of installer 430 Forest Lake Dr. Sterrett, AL 35147

E. Name and address from whom the installer purchased the Chinese Drywall?

Creola Ace Hardware
10041 Highway 43
Creola, AL 36525

4

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No____ ✓

If so, whom?

_____

G.    Prior to installation of the drywall in the property identified in Section IV above:

1.    Where was the product stored?_____

2.    Dates of storage? From ____/____/_____(Month/Day/Year) to ___/___/_____(Month/Day/Year)

3.    Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.    **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes ✓ No_____

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes ✓ compressor No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE
                                                             **INSURAN**

A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009;

        For each policy, identify the following: *See Insurance Addendum, attached.*

        Insurer: _____

        Dates policy in effect:  ___/___/___ (Month / Day / Year)  to ___/___/___ (Month / Day / Year)

        Policy Number: _____

        Type of Policy: _____

        Insurance Agent _____

        Policy Coverage Limits _____

        Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009;

        For each claim please provide the following:

        Date: ___/___/_____ (Month / Day / Year)

        Insurer: _____

        Nature of claim: _____

        Insurer's response to claim: _____

        Final resolution of claim: _____

C.    Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

                                  ___/___/___

### CERTIFICATION

    I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____                        **3/17/10**

Signature             Print Name                     Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.  You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

A.  Builder Name  The Mitchell Company, Inc.
B.  Address  PO Box 1160306, Mobile AL 36616
C.  Web site  Mitchellcompany.com
D.  Headquarters if Foreign  N/A
E.  Address of USA Headquarters  Mobile, AL
F.  Principal Place of Business in USA  Mobile, AL

(If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.  **COUNSEL INFORMATION OF BUILDER DEFENDANT**

A.  Name:  Steven Usdin
B.  Address:  909 Poydras St. Ste. 2400 Nola 70112
C.  Phone Number:  (504) 589-9700
D.  Fax Number:  (504) 589-9701
E.  E-Mail:  susdin@barrassousdin.com

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

A.  Name  Unknown
B.  Address of Affected Property:  505 Sgt. Harrison Brown St.
                                     Prichard, AL 36610

C.      Case Docket No. 2:09-CV-07628

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2 / 12 / 09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stugan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No ____    ........

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

_Knauf_

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

_The Mitchell Company, Inc._

d.   Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No ____  .....

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

3

2.     Have any samples of the drywall been taken from the property?

    Yes _____   No _____

    If yes, provide the following information:

    Name and address of entity that performed the sampling:

_____

3.     Have any statements been taken in connection with the property or claim?

    Yes _____   No _____

    If yes, provide the following information:

    Who provided the statement?

4.     Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____   No _____

    If yes, provide the following information:

    Who was the correspondence or communication by, between or among?

_____

5.     Have you received a request from anyone to repair the subject property?

    Yes_____ No_____

    If so, from whom did you receive the request?_

V.     **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.     Name of Chinese Drywall manufacturer: *Knauf*

B.     Address of Chinese Drywall manufacturer:_____

C.     Who installed the Chinese Drywall at the subject property? *George Drywall, INC.*

D.     Address of installer *430 Forest Lake Dr. Sterrett, AL 35147*

E.     Name and address from whom the installer purchased the Chinese Drywall? *Creola Ace Hardware 10041 Highway 43 Creola, AL 36525*

F.   Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in  the subject property?  Yes_____  No___ ✓

If so, whom?

G.   Prior to installation of the drywall in the property identified in Section IV above:

1.   Where was the product stored?_____

2.   Dates of storage? From  ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

3.   Were any complaints made or received regarding storage of the product? Yes_____No_____

VI.   **PROPERTY -- DRYWALL REPAIR OR REPLACEMENT**

A.   Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form?  Yes ✓  No____

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)                    /2015

B.   Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property?  Yes__/___  No_____

If yes, please provide the following information:

Date:  ___/___/_____ (Month / Day / Year)

C.   Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property?  Yes_____  No_____

If yes, please provide the following information:

Date:  ___/___/_____ (Month / Day / Year)

D.   Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date:  ___/___/_____ (Month / Day / Year)

E.   Have you repaired or replaced any personal items at the subject property? Yes_____ No____

If yes, please provide the following information:

Date:  ___/___/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E) above?  Yes_____  No_____

G.   Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII. **INSURAN**
**CE**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:

*See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer:                    _____

Dates policy in effect:     ___/___/___ (Month / Day / Year)  to   ___/___/___ (Month /
Day / Year)

Policy Number:              _____

Type of Policy:             _____

Insurance Agent             _____

Policy Coverage Limits      _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:                       ___/___/_____ (Month / Day / Year)

Insurer:                    _____

Nature of claim:            _____

Insurer's response to claim: _____

Final resolution of claim:  _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____          _____          **3/11/10**
Signature                                 Print Name                Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

### BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form.  Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.   You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

A.  Builder Name  The Mitchell Company, Inc.

B.  Address  PO Box 160306  Mobile, AL 36616

C.  Web site  mitchellcompany.com

D.  Headquarters if Foreign  N/A

E.  Address of USA Headquarters  Mobile, AL

F.  Principal Place of Business in USA  Mobile, AL

(If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.  **COUNSEL INFORMATION OF BUILDER DEFENDANT**

A.  Name:  Steven Usdin

B.  Address:  909 Poydras St. Suite 2400  Nola 30112

C.  Phone Number:  (504) 589-9700

D.  Fax Number:  (504) 589-9701

E.  E-Mail:  Susdin@barrassousdin.com

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

A.  Name  Unknown

B.  Address of Affected Property:  506 Sgt Harrison Brown St. Prichard, AL 36610

C.     Case Docket No. _2:09- CV - 07628_____

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

    A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

        1.   Have you performed any inspection(s), testing or analysis of the property?

            Yes  ✓  No _____

            If yes, provide the following information:

            Date of inspection, testing or analysis: _2 / 12 / 09_  (Month / Day / Year)

            Who performed the inspection, testing or analysis?

_Chester Stefan_

            Description of what was inspected, tested or analyzed:_____

            Were any photographs taken? Yes _____ No _____

            What was the reason for the inspection, testing or analysis?_____

            Had there been any complaints about this property leading to the inspection, testing or analysis?_____

            Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

            Yes  ✓  No _____

            Were you able to determine any of the following information for the subject property:

            a.   Manufacturer(s) of the Chinese Drywall

                _Knauf_

            b.   Importer/Distributor into the US

            c.   Builder/Developer

                 _The Mitchell Co., Inc._

            d.   Installer/Contractor

                 _George Drywall, Inc._

            As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

            Yes  ✓  No _____

            If yes, what amount or percentage of Chinese Drywall was found?

                _Everywhere_

2. Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3. Have any statements been taken in connection with the property or claim?

Yes _____ No _____

If yes, provide the following information:

Who provided the statement?

4. Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5. Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?_

V. **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property Identify the following if known:

A. Name of Chinese Drywall manufacturer:   Knauf

B. Address of Chinese Drywall manufacturer:_____

C. Who installed the Chinese Drywall at the subject property?
   George Drywall, Inc.

D. Address of installer   430 Forest Lake Dr. Stenett, AL 35147

E. Name and address from whom the installer purchased the Chinese Drywall?
   Creola Ace Hardware
   10041 Highway 43
   Creola, AL 36525

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall
used in the subject property? Yes_____ No__✓__

        If so, whom?

G.    Prior to installation of the drywall in the property identified in Section IV above:

    1.   Where was the product
       stored?_____

    2.   Dates of storage? From ___/___/_____(Month/Day/Year) to
       ___/___/_____(Month/Day/Year)

    3.   Were any complaints made or received regarding storage of the product?
       Yes_____No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property
which is the subject of this Builder Defendant Profile Form? Yes_____ No__✓__

    If yes, please provide the following information:

    Date___/___/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters,
refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

    If yes, please provide the following information:

    Date: ___/___/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers,
etc.) at the subject property? Yes_____ No_____

    If yes, please provide the following information:

    Date: ___/___/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property?
Yes_____ No_____

    If yes, please provide the following information:

    Date: ___/___/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____
No_____

    If yes, please provide the following information:

    Date: ___/___/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E)
above? Yes_____ No_____

G.   Have you retained the services of any third parties to take any intermediate steps intended to
remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or
through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII. **INSURAN**
CE

A.  Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:   *See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer: _____

Dates policy in effect: ___/___/___ (Month / Day / Year)  to ___/___/___ (Month /
Day / Year)

Policy Number: _____

Type of Policy: _____

Insurance Agent _____

Policy Coverage Limits _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.  Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date: ___/___/___ (Month / Day / Year)

Insurer: _____

Nature of claim: _____

Insurer's response to claim: _____

Final resolution of claim: _____

C.  Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____        _____        3/12/10
Signature                        Print Name                        Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL     : MDL No. 2047
PRODUCTS LIABILITY LITIGATION              : Section L
                                                      :

This Document Relates to                        : JUDGE FALLON
ALL CASES                                 : MAG. JUDGE WILKINSON

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form.  Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.  You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.    **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

     A.    Builder Name _The Mitchell Company, Inc._
     B.    Address _PO Box 160306  Mobile, AL 36616_
     C.    Web site _mitchellcompany.com_
     D.    Headquarters if Foreign _N/A_
     E.    Address of USA Headquarters _Mobile, AL_
     F.    Principal Place of Business in USA _Mobile, AL_

     (If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II.    **COUNSEL INFORMATION OF BUILDER DEFENDANT**

     A.    Name: _Steven Usdin_
     B.    Address: _909 Poydras St. Ste. 2400  Nola 70112_
     C.    Phone Number: _(504) 589-9700_
     D.    Fax Number: _(504) 589-9701_
     E.    E-Mail: _susdin @ barrassousdin.com_

III.    **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

     A.    Name _Unknown_
     B.    Address of Affected Property _507 Sgt. Harrison Brown St._
                                          _Prichard, AL 36610_

C.    Case Docket No. 2:09 - CV - 07628

IV.    **INFORMATION ON SPECIFIC PROPERTIES**

A.    For each property identified in Section III above that you have performed an inspection or
have information concerning, answer the following:

1.    Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2-/12/.09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stygan_

Description of what was inspected, tested or
analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or
analysis?_____

Had there been any complaints about this property leading to the inspection, testing
or
analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in
this property?

Yes __✓__ No _____

Were you able to determine any of the following information for the subject
property:

a.    Manufacturer(s) of the Chinese Drywall

_Knauf_

b.    Importer/Distributor into the US

_____

c.    Builder/Developer

_The Mitchell Company, Inc_

d.    Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a
determination of the amount and/or percentage of Chinese drywall contained in the
subject property?

Yes __✓__ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

3

2.  Have any samples of the drywall been taken from the property?

Yes _____  No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.  Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

_____

4.  Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.  Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?_

## V.  CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

With respect to any Chinese Drywall within the defined property identify the following if known:

A.  Name of Chinese Drywall manufacturer:  *Knauf*

B.  Address of Chinese Drywall manufacturer:_____

C.  Who installed the Chinese Drywall at the subject property?
_____  *George Drywall, INC.*

D.  Address of installer  *430 Forest Lake Dr. Sterrett, AL 35147*

E.  Name and address from whom the installer purchased the Chinese Drywall?
_____  *Creola Ace Hardware*
*19041 Highway 43*
*Creola, AL 36525*

F.   Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No _✓___

If so, whom?

G.   Prior to installation of the drywall in the property identified in Section IV above:

   1.   Where was the product stored?_____

   2.   Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/____(Month/Day/Year)

   3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.   Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes _✓_ No_____

If yes, please provide the following information:

Date ____/____/_____ (Month / Day / Year)                        / 09 |

B.   Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes _✓_ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

C.   Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

D.   Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

E.   Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.   Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE

**INSURAN**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:

For each policy, identify the following:

*See Insurance Addendum, attached.*

Insurer:

Dates policy in effect:  ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month / Day / Year)

Policy Number:

Type of Policy:

Insurance Agent

Policy Coverage Limits

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:  ___/___/_____ (Month / Day / Year)

Insurer:

Nature of claim:

Insurer's response to claim:

Final resolution of claim:

C.   Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

/___/___/

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____       _____       3/17/10

Signature                                    Print Name                                        Date

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL No. 2047
PRODUCTS LIABILITY LITIGATION : Section L
 :
_____ :
This Document Relates to : JUDGE FALLON
ALL CASES : MAG. JUDGE WILKINSON

_____

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

 A. Builder Name _The Mitchell Company, Inc._
 B. Address _PO Box 160306 Mobile, AL 36616_
 C. Web site _Mitchellcompany.com_
 D. Headquarters if Foreign _n/a_
 E. Address of USA Headquarters _Mobile, AL_
 F. Principal Place of Business in USA _Mobile, AL_

 (If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II. **COUNSEL INFORMATION OF BUILDER DEFENDANT**

 A. Name: _Steven Usdin_
 B. Address: _909 Poydras St. Ste 2400 NOLA 70112_
 C. Phone Number: _(504) 588-9700_
 D. Fax Number: _(504) 589-9701_
 E. E-Mail: _susdin@barrassousdin.com_

III. **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

 A. Name _Unknown_
 B. Address of Affected Property: _703 Hinson Ave._
  _Prichard, AL 36610_

C.    Case Docket No. _2:09 - CV - 07628_____

IV.  **INFORMATION ON SPECIFIC PROPERTIES**

A.  For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.  Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2 / 121 09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No _____

Were you able to determine any of the following information for the subject property:

a.  Manufacturer(s) of the Chinese Drywall

_Knauf_

b.  Importer/Distributor into the US

_____

c.  Builder/Developer

_The Mitchell Co, Inc._

d.  Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

2. Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3. Have any statements been taken in connection with the property or claim?

Yes _____ No _____

If yes, provide the following information:

Who provided the statement?

_____

4. Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5. Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?_____

V. **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A. Name of Chinese Drywall manufacturer: _Knauf_

B. Address of Chinese Drywall manufacturer:_____

C. Who installed the Chinese Drywall at the subject property?

_George Drywall, Inc._

D. Address of installer _430 Forest Lake Dr. Sterrett, AL 35147_

E. Name and address from whom the installer purchased the Chinese Drywall?

_Creola Ace Hardware_
_10041 Highway 43_
_Creola, AL 36525_

F.      Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_____

        If so, whom?
_____

G.      Prior to installation of the drywall in the property identified in Section IV above:

        1.      Where was the product stored?_____

        2.      Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

        3.      Were any complaints made or received regarding storage of the product? Yes_____ No_____

## VI.   PROPERTY – DRYWALL REPAIR OR REPLACEMENT

A.      Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No_____

        If yes, please provide the following information:

        Date ____/____/_____ (Month / Day / Year)

B.      Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

        If yes, please provide the following information:

        Date: ____/____/_____ (Month / Day / Year)

C.      Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

        If yes, please provide the following information:

        Date: ____/____/_____ (Month / Day / Year)

D.      Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

        If yes, please provide the following information:

        Date: ____/____/_____ (Month / Day / Year)

E.      Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

        If yes, please provide the following information:

        Date: ____/____/_____ (Month / Day / Year)

F.      Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.      Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall? If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE

**INSURAN**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:  *See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer:   _____

Dates policy in effect:   ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month / Day / Year)

Policy Number:   _____

Type of Policy:   _____

Insurance Agent   _____

Policy Coverage Limits   _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:   ___/___/___ (Month / Day / Year)

Insurer:   _____

Nature of claim:   _____

Insurer's response to claim:   _____

Final resolution of claim:   _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____        _____        __3/19/10__
Signature                                                Print Name                Date

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

### BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form.  Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.   You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.   Builder Name  *The Mitchell Company, Inc.*
   B.   Address  *PO Box 160306  Mobile, AL 36616*
   C.   Web site  *mitchellcompany.com*
   D.   Headquarters if Foreign  *n/a*
   E.   Address of USA Headquarters  *Mobile, AL*
   F.   Principal Place of Business in USA  *Mobile, AL*

   (If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.  **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.   Name:  *Steven Usdin*
   B.   Address:  *909 Poydras St. Ste. 2400   NOLA 70112*
   C.   Phone Number:  *(504) 589-9700*
   D.   Fax Number:  *(504) 589-9701*
   E.   E-Mail:  *susdin @ barrassousdin.com*

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.   Name  *Unknown*
   B.   Address of Affected Property:  *705 Hinson Ave.*
       *Pensacola, FL 36610*

2.    Have any samples of the drywall been taken from the property?

Yes _____   No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.    Have any statements been taken in connection with the property or claim?

Yes _____            No _____

If yes, provide the following information:

Who provided the statement?

4.    Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____   No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.    Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?

**V.**    **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer: *Knauf*

B.    Address of Chinese Drywall manufacturer: _____

C.    Who installed the Chinese Drywall at the subject property?

*George Drywall, Inc.*

D.    Address of installer *430 Forest Lake Dr. Sterrett, AL 35147*

E.    Name and address from whom the installer purchased the Chinese Drywall?

*Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

F.      Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No _✓_

     If so, whom?

G.      Prior to installation of the drywall in the property identified in Section IV above:

     1.   Where was the product stored?_____

     2.   Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

     3.   Were any complaints made or received regarding storage of the product? Yes_____No_____

VI.     **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.      Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes _✓_ No ____

     If yes, please provide the following information:

     Date___/___/_____ (Month / Day / Year)

B.      Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_✓_ No____

     If yes, please provide the following information:

     Date: ___/___/_____ (Month / Day / Year)

C.      Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No____

     If yes, please provide the following information:

     Date: ___/___/_____ (Month / Day / Year)

D.      Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No____

     If yes, please provide the following information:

     Date: ___/___/_____ (Month / Day / Year)

E.      Have you repaired or replaced any personal items at the subject property? Yes_____ No____

     If yes, please provide the following information:

     Date: ___/___/_____ (Month / Day / Year)

F.      Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes _____ No_____

G.      Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.                                                                                              **INSURAN**
**CE**

A.  Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:  *See Insurance Addendum,*

For each policy, identify the following:  *attached.*

Insurer:  _____

Dates policy in effect:  ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
Day / Year)

Policy Number:  _____

Type of Policy:  _____

Insurance Agent  _____

Policy Coverage Limits  _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.  Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:  ___/___/___ (Month / Day / Year)

Insurer:  _____

Nature of claim:  _____

Insurer's response to claim:  _____

Final resolution of claim:  _____

C.  Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____        _____        3/17/10
Signature                                   Print Name                                    Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL No. 2047
PRODUCTS LIABILITY LITIGATION : Section L
: 
—————————————————————— :
This Document Relates to : JUDGE FALLON
ALL CASES : MAG. JUDGE WILKINSON

—————————————————————————————————————

### BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.    **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.   Builder Name _The Mitchell Company, Inc_
   B.   Address _PO Box 160306 Mobile, AL 36616_
   C.   Web site _mitchellcompany.com_
   D.   Headquarters if Foreign _N/A_
   E.   Address of USA Headquarters _Mobile, AL_
   F.   Principal Place of Business in USA _Mobile, AL_

   (If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.   Name: _Steven Usdin_
   B.   Address: _909 Poydras St. Ste. 2400 NOLA 70112_
   C.   Phone Number: _(504) 589-9700_
   D.   Fax Number: _(504) 589-9701_
   E.   E-Mail: _susdin@barrassousdin.com_

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.   Name _Unknown_
   B.   Address of Affected Property: _707 Hinson Ave._
        _Prichard, AL 36610_

C.     Case Docket No. _2:09-cv — 07628_____

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __2 / 12 / 09__ (Month / Day / Year)

Who performed the inspection, testing or analysis?

__Chester Stefan__

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

__Knauf__

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

__The Mitchell Co, Inc.__

d.   Installer/Contractor

__George Drywall, Inc.__

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No _____

If yes, what amount or percentage of Chinese Drywall was found?

__Everywhere__

3

2.    Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.    Have any statements been taken in connection with the property or claim?

Yes _____        No _____

If yes, provide the following information:

Who provided the statement?

4.    Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.    Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?_

V.    **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer: *Knauf*

B.    Address of Chinese Drywall manufacturer:_____

C.    Who installed the Chinese Drywall at the subject property?

*George Drywall, Inc.*

D.    Address of installer *420 Forest Lake Dr. Staneth, AL 35747*

E.    Name and address from whom the installer purchased the Chinese Drywall?

*Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

F.  Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No ____

    If so, whom?

G.  Prior to installation of the drywall in the property identified in Section IV above:

1.  Where was the product stored?_____

2.  Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

3.  Were any complaints made or received regarding storage of the product? Yes_____ No_____

## VI.  PROPERTY – DRYWALL REPAIR OR REPLACEMENT

A.  Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes √ No ___

    If yes, please provide the following information:

    Date ____/____/_____ (Month / Day / Year)

B.  Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes √ No____

    If yes, please provide the following information:

    Date: ____/____/_____ (Month / Day / Year)

C.  Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

    If yes, please provide the following information:

    Date: ____/____/_____ (Month / Day / Year)

D.  Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No____

    If yes, please provide the following information:

    Date: ____/____/_____ (Month / Day / Year)

E.  Have you repaired or replaced any personal items at the subject property? Yes_____ No____

    If yes, please provide the following information:

    Date: ____/____/_____ (Month / Day / Year)

F.  Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.  Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE                                                                                    **INSURAN**

A.      Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
        policies from 2001 -2009:    *See Insurance Addendum,*
        For each policy, identify the following:    *attached.*

        Insurer:                    _____

        Dates policy in effect:     ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
Day / Year)

        Policy Number:              _____

        Type of Policy:             _____

        Insurance Agent             _____

        Policy Coverage Limits      _____

        Produce a copy of the Declaration page, exclusions and policy of insurance.

B.      Identify all insurance claims you have made to any insurer related to Chinese Drywall from
        2001-2009:

        For each claim please provide the following:

        Date:                       ___/___/_____ (Month / Day / Year)

        Insurer:                    _____

        Nature of claim:            _____

        Insurer's response to claim: _____

        Final resolution of claim:  _____

C.      Identify all notices provided to insurers, reservation of rights responses and other replies
        received in response to any communication made with an insurer.

                                    ___/___/___

### CERTIFICATION

        I declare under penalty of perjury under the laws of the United States of America and pursuant to 28
U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the
best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent
that such documents are in my possession, custody or control.

_____        _____        __3/17/10_____
Signature                      Print Name                     Date

                                        6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form.  Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.   You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.  Builder Name  *The Mitchell Company, Inc*
   B.  Address  *PO Box 160306 Mobile, AL 36616*
   C.  Web site  *Mitchellcompany.com*
   D.  Headquarters if Foreign  *N/A*
   E.  Address of USA Headquarters  *Mobile, AL*
   F.  Principal Place of Business in USA  *Mobile, AL*

   (If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.  **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.  Name:  *Steven Usdin*
   B.  Address:  *909 Poydras St. Ste 2400 NOLA 70112*
   C.  Phone Number:  *(504) 889-9700*
   D.  Fax Number:  *(504) 589-9701*
   E.  E-Mail:  *susdin@barrassousdin.com*

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.  Name  *Unknown*
   B.  Address of Affected Property:  *709 Hinson Ave.*
       *Prichard, AL 36610*

C.      Case Docket No. _2:09-CV-07628_____

IV.     **INFORMATION ON SPECIFIC PROPERTIES**

A.     For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

   1.   Have you performed any inspection(s), testing or analysis of the property?

        Yes __✓__ No _____

        If yes, provide the following information:

        Date of inspection, testing or analysis: __2 / 12 / 09__ (Month / Day / Year)

        Who performed the inspection, testing or analysis?

        _Chester Stefan_

        Description of what was inspected, tested or analyzed:_____

        Were any photographs taken? Yes _____ No _____

        What was the reason for the inspection, testing or analysis?_____

        Had there been any complaints about this property leading to the inspection, testing or analysis?_____

        Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

        Yes __✓__ No ____

        Were you able to determine any of the following information for the subject property:

        a.    Manufacturer(s) of the Chinese Drywall

              _Knauf_

        b.    Importer/Distributor into the US

              _____

        c.    Builder/Developer

              _The Mitchell Co, Inc._

        d.    Installer/Contractor

              _Croange Drywall, Inc._

        As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

        Yes __✓__ No ____

        If yes, what amount or percentage of Chinese Drywall was found?

        _Prelyuben_

3

2. Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3. Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

_____

4. Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5. Have you received a request from anyone to repair the subject property?

Yes_____ No____

If so, from whom did you receive the request?

V.   **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A. Name of Chinese Drywall manufacturer: *Knauf*

B. Address of Chinese Drywall manufacturer: _____

C. Who installed the Chinese Drywall at the subject property?
*George Drywall, Inc.*

D. Address of installer *430 Forest Lake Dr  Stenett, Al 35747*

E. Name and address from whom the installer purchased the Chinese Drywall?
*Creola ace Hardware*
*10041 Highway 43*
*Creola, al 36525*

F.   Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_____

If so, whom?

G.   Prior to installation of the drywall in the property identified in Section IV above:

1.   Where was the product stored?_____

2.   Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

3.   Were any complaints made or received regarding storage of the product? Yes_____No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.   Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No_____

If yes, please provide the following information:

Date____/____/_____ (Month / Day / Year)

B.   Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

C.   Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

D.   Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

E.   Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.   Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE

**INSURAN**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:

*See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer:                    _____

Dates policy in effect:    ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month / Day / Year)

Policy Number:            _____

Type of Policy:            _____

Insurance Agent           _____

Policy Coverage Limits    _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:                    ___/___/_____ (Month / Day / Year)

Insurer:                _____

Nature of claim:        _____

Insurer's response to claim: _____

Final resolution of claim: _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | |
|---|---|
| Signature | Print Name |
| | Date 3/17/10 |

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

This Document Relates to
ALL CASES

: MDL No. 2047
: Section L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form.  Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.   You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

A.   Builder Name _The Mitchell Company, Inc_
B.   Address _PO Box 160306  Mobile, AL  36616_
C.   Web site _mitchellcompany.com_
D.   Headquarters if Foreign _N/A_
E.   Address of USA Headquarters _Mobile, AL_
F.   Principal Place of Business in USA _Mobile, AL_

(If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

A.   Name: _Steven Usdin_
B.   Address: _909 Poydras St. Ste. 2400 NOLA 70112_
C.   Phone Number: _(504) 589-9700_
D.   Fax Number: _(504) 589-9701_
E.   E-Mail: _susdin@barrassousdin.com_

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

A.   Name _Unknown_
B.   Address of Affected Property: _803 Marsha S. Ratchford St._
_Prichard, AL 36616_

C.      Case Docket No. 2:09-CV- 07628

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __2/12/09__ (Month / Day / Year)

Who performed the inspection, testing or analysis?

__Chester Stefan__

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes _✓_ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

__Knauf__

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

__The Mitchell Co, Inc.__

d.   Installer/Contractor

__George Drywall, Inc__

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes _✓_ No _____

If yes, what amount or percentage of Chinese Drywall was found?

__Everywhere__

3

2.    Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.    Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

4.    Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.    Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?_

V.    CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer:  *Knauf*

B.    Address of Chinese Drywall manufacturer:_____

C.    Who installed the Chinese Drywall at the subject property?
_____ *George Drywall Inc*

D.    Address of installer *430 Forest Lake Dr. Stanell, Al 35147*

E.    Name and address from whom the installer purchased the Chinese Drywall?
_____ *Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 30525*

4

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_____

If so, whom?

G.    Prior to installation of the drywall in the property identified in Section IV above:

1.    Where was the product stored?_____

2.    Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

3.    Were any complaints made or received regarding storage of the product? Yes_____No_____

VI.    **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No_____

If yes, please provide the following information:

Date ____/____/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No_____    Item Desc:

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall? If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

**VII.**
**CE**
                                                                                    **INSURAN**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
     policies from 2001 -2009:     *See Insurance Addendum,*
     For each policy, identify the following:     *attached.*

Insurer:                        _____

Dates policy in effect:   ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
Day / Year)

Policy Number:            _____

Type of Policy:           _____

Insurance Agent           _____

Policy Coverage Limits    _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from
     2001-2009:

For each claim please provide the following:

Date:                   ___/___/___ (Month / Day / Year)

Insurer:                _____

Nature of claim:        _____

Insurer's response to claim:  _____

Final resolution of claim:  _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies
     received in response to any communication made with an insurer.
                        ___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____          _____          __3/17/10__
Signature                          Print Name                          Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.   Builder Name _The Mitchell Company, Inc._
   B.   Address _PO Box 160306 Mobile, AL 36616_
   C.   Web site _mitchellcompany.com_
   D.   Headquarters if Foreign _N/A_
   E.   Address of USA Headquarters _Mobile, AL_
   F.   Principal Place of Business in USA _Mobile, AL_

   (If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II. **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.   Name: _Steven Usdin_
   B.   Address: _909 Poydras St. Ste. 2400 Nola 70112_
   C.   Phone Number: _(504) 588-9700_
   D.   Fax Number: _(504) 588-9701_
   E.   E-Mail: _Susdin@barrassousdin.com_

III. **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.   Name _Unknown_
   B.   Address of Affected Property: _805 Marsha S. Ratchford St._
        _Prichard, AL 36610_

C.     Case Docket No. _2:09-CV-07628_____

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.    For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.    Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__  No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __∂ /12 / 09__ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____  No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__  No _____

Were you able to determine any of the following information for the subject property:

a.    Manufacturer(s) of the Chinese Drywall

_Knauf_

b.    Importer/Distributor into the US

_____

c.    Builder/Developer

_Mitchell Co, Inc._

d.    Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__  No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Everything_

3

2. Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3. Have any statements been taken in connection with the property or claim?

Yes _____ No _____

If yes, provide the following information:

Who provided the statement?

_____

4. Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5. Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?_

V. <u>CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION</u>

With respect to any Chinese Drywall within the defined property identify the following if known:

A. Name of Chinese Drywall manufacturer: *Knauf*

B. Address of Chinese Drywall manufacturer:_____

C. Who installed the Chinese Drywall at the subject property?
*Geage Drywall, Inc.*

D. Address of installer *430 Forest Lake Dr. Sterrett, AL 35147*

E. Name and address from whom the installer purchased the Chinese Drywall?
*Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

4

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No ✓

If so, whom?

G.    Prior to installation of the drywall in the property identified in Section IV above:

1.   Where was the product stored?_____

2.   Dates of storage? From ___/___/_____(Month/Day/Year) to ___/___/_____(Month/Day/Year)

3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.    **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No ✓

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.                                                            **INSURAN**
CE

A.     Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:    *See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer:                     _____

Dates policy in effect:    \_\_\_/\_\_\_/\_\_\_ (Month / Day / Year)  to  \_\_\_/\_\_\_/\_\_\_ (Month / Day / Year)

Policy Number:         _____

Type of Policy:         _____

Insurance Agent        _____

Policy Coverage Limits    _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.     Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:                 \_\_\_/\_\_\_/\_\_\_\_\_ (Month / Day / Year)

Insurer:              _____

Nature of claim:        _____

Insurer's response to claim:  _____

Final resolution of claim:   _____

C.     Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_Chester J. Stefan_                                       3/17/10

Signature                         Print Name                            Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    : MDL No. 2047
PRODUCTS LIABILITY LITIGATION    : Section L
     :
This Document Relates to    : JUDGE FALLON
ALL CASES    : MAG. JUDGE WILKINSON

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.    Builder Name _The Mitchell Company, Inc._
   B.    Address _PO Box 160306 Mobile, AL 36616_
   C.    Web site _mitchellcompany.com_
   D.    Headquarters if Foreign _n/A_
   E.    Address of USA Headquarters _Mobile, AL_
   F.    Principal Place of Business in USA _Mobile, AL_

     (If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II. **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.    Name: _Steven Usdin_
   B.    Address: _909 Poydras St. Ste. 2400 NOLA 70112_
   C.    Phone Number: _(504) 589-9700_
   D.    Fax Number: _(504) 589-9701_
   E.    E-Mail: _susdin@barrassousdin.com_

III. **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.    Name _Unknown_
   B.    Address of Affected Property: _807 Marsha S. Retchford St._
       _Prichard, AL 36610_

C.     Case Docket No. 2:09-CV-07028

IV.     **INFORMATION ON SPECIFIC PROPERTIES**

A.      For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.      Have you performed any inspection(s), testing or analysis of the property?

Yes ___✓___ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2 /12 /09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes _✓_ No ____

Were you able to determine any of the following information for the subject property:

a.      Manufacturer(s) of the Chinese Drywall

_Knauf_

b.      Importer/Distributor into the US

_____

c.      Builder/Developer

_The Mitchell Co, Inc._

d.      Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes _✓_ No ____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

3

2.    Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.    Have any statements been taken in connection with the property or claim?

Yes _____        No _____

If yes, provide the following information:

Who provided the statement?

4.    Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.    Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?

V.    **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer: _Knauf_

B.    Address of Chinese Drywall manufacturer:_____

C.    Who installed the Chinese Drywall at the subject property?
_Gray Drywall, Inc._

D.    Address of installer _430 Forest Lake Dr. Stanatl, AL 35147_

E.    Name and address from whom the installer purchased the Chinese Drywall?
_Creola Ace Hardware_
_10047 Highway 43_
_Creola, AL 36525_

4

F.     Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property?  Yes_____  No_____

       If so, whom?

G.     Prior to installation of the drywall in the property identified in Section IV above:

       1.   Where was the product stored?_____

       2.   Dates of storage? From  ___/___/_____(Month/Day/Year) to
            ___/___/_____(Month/Year)

       3.   Were any complaints made or received regarding storage of the product?
            Yes_____No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.     Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form?  Yes__✓__  No_____

       If yes, please provide the following information:

       Date___/___/_____ (Month / Day / Year)

B.     Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property?  Yes__✓__  No_____

       If yes, please provide the following information:

       Date:  ___/___/_____ (Month / Day / Year)

C.     Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property?  Yes_____  No_____

       If yes, please provide the following information:

       Date:  ___/___/_____ (Month / Day / Year)

D.     Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____  No_____

       If yes, please provide the following information:

       Date:  ___/___/_____ (Month / Day / Year)

E.     Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

       If yes, please provide the following information:

       Date:  ___/___/_____ (Month / Day / Year)

F.     Have you made any offers to repair any of the property described in Section VI(A) thru (E) above?  Yes_____  No_____

G.     Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

                                          5

defective drywall? If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.                                                                  **INSURAN**
CE

A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009; *See Insurance addendum, attached.*

For each policy, identify the following:

Insurer:          _____

Dates policy in effect:    ___/___/___ (Month / Day / Year)  to ___/___/___ (Month / Day / Year)

Policy Number:       _____

Type of Policy:       _____

Insurance Agent      _____

Policy Coverage Limits   _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:            ___/___/_____ (Month / Day / Year)

Insurer:         _____

Nature of claim:     _____

Insurer's response to claim: _____

Final resolution of claim: _____

C.    Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

*Chester J. Stefan*                                **3/17/10**

Signature                         Print Name                           Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.  Builder Name _The Mitchell Company, Inc._
   B.  Address _PO Box 160306, Mobile, AL 36616_
   C.  Web site _mitchellcompany.com_
   D.  Headquarters if Foreign _N/A_
   E.  Address of USA Headquarters _Mobile, AL_
   F.  Principal Place of Business in USA _Mobile, AL_

   (If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.  **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.  Name: _Steven Usdin_
   B.  Address: _909 Poydras St. Ste. 2400 NOLA 70112_
   C.  Phone Number: _504.589.9700_
   D.  Fax Number: _504.589.9701_
   E.  E-Mail: _susdin@barrassousdin.com_

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.  Name _Unknown_
   B.  Address of Affected Property: _810 Marsha S. Ratchford St.
       Prichard, AL 36610_

C.     Case Docket No. 2:09-CV-07078

IV. **INFORMATION ON SPECIFIC PROPERTIES**

A. For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1. Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2_ / _12_ / _09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes _✓_ No _____

Were you able to determine any of the following information for the subject property:

a. Manufacturer(s) of the Chinese Drywall

_Knauf_

b. Importer/Distributor into the US

_____

c. Builder/Developer

_The Mitchell Co, Inc._

d. Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes _✓_ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

3

2.  Have any samples of the drywall been taken from the property?

Yes _____  No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.  Have any statements been taken in connection with the property or claim?

Yes _____  No _____

If yes, provide the following information:

Who provided the statement?

4.  Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____  No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

5.  Have you received a request from anyone to repair the subject property?

Yes _____ No_____

If so, from whom did you receive the request?

V.  **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.  Name of Chinese Drywall manufacturer: *Knauf*

B.  Address of Chinese Drywall manufacturer: _____

C.  Who installed the Chinese Drywall at the subject property?
_____ *George Drywall, Inc.*

D.  Address of installer _____ *430 Forest Lake Dr. Sterrett, AL 35147*

E.  Name and address from whom the installer purchased the Chinese Drywall?
_____ *Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

4

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_✓_

If so, whom?

G.    Prior to installation of the drywall in the property identified in Section IV above:

1.    Where was the product stored?_____

2.    Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

3.    Were any complaints made or received regarding storage of the product? Yes_____No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No_✓_

If yes, please provide the following information:

Date____/____/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE                                                                                              **INSURAN**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
     policies from 2001 -2009:   *See Insurance Addendum,*
     For each policy, identify the following:   *attached.*

     Insurer:                      _____

     Dates policy in effect:       ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
     Day / Year)

     Policy Number:                _____

     Type of Policy:               _____

     Insurance Agent               _____

     Policy Coverage Limits        _____

     Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from
     2001-2009:

     For each claim please provide the following:

     Date:                         ___/___/_____ (Month / Day / Year)

     Insurer:                      _____

     Nature of claim:              _____

     Insurer's response to claim:  _____

     Final resolution of claim:    _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies
     received in response to any communication made with an insurer.

                                   ___/___/___

### CERTIFICATION

     I declare under penalty of perjury under the laws of the United States of America and pursuant to 28
U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the
best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent
that such documents are in my possession, custody or control.

_____        _____        __3/17/10__
Signature                               Print Name                               Date

                                   6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

### BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form.  Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.  You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

A.   Builder Name _The Mitchell Company, Inc._
B.   Address _PO Box 160306 Mobile, AL 36616_
C.   Web site _mitchellcompany.com_
D.   Headquarters if Foreign _n/a_
E.   Address of USA Headquarters _Mobile, AL_
F.   Principal Place of Business in USA _Mobile, AL_

(If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

A.   Name: _Steven Usdin_
B.   Address: _909 Poydras St. Ste 2400 NOLA 70112_
C.   Phone Number: _504-889-9700_
D.   Fax Number: _504-589-9701_
E.   E-Mail: _susdin@banassousdin.com_

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

A.   Name _Unknown_
B.   Address of Affected Property: _811 Masha S. Ratchford St. Prichard, AL 36610_

C.      Case Docket No. 2:09- CV - 07628

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes __V__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __2 / 12 / 09__ (Month / Day / Year)

Who performed the inspection, testing or analysis?

__Chester Syfan__

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes _✓_ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall
   __Knauf__

b.   Importer/Distributor into the US
   _____

c.   Builder/Developer
   __The Mitchell Co, Inc.__

d.   Installer/Contractor
   __George Drywall, Inc.__

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes _✓_ No _____

If yes, what amount or percentage of Chinese Drywall was found?
   __Everywhere__

3

2. Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3. Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

4. Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

5. Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?

V.   **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.   Name of Chinese Drywall manufacturer:  *Knauf*

B.   Address of Chinese Drywall manufacturer: _____

C.   Who installed the Chinese Drywall at the subject property?
*George Drywall, Inc.*

D.   Address of installer  *430 Forest Lake Dr. Sterrett, AL 35147*

E.   Name and address from whom the installer purchased the Chinese Drywall?
*Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

4

F.     Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_✓_

If so, whom?

G.     Prior to installation of the drywall in the property identified in Section IV above:

    1.   Where was the product stored?_____

    2.   Dates of storage? From ___/___/_____(Month/Day/Year) to ___/___/_____(Month/Day/Year)

    3.   Were any complaints made or received regarding storage of the product? Yes____No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No_✓_

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall? If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

_____

**VII.**                                                                                  **INSURAN**

**CE**

A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
       policies from 2001 -2009:                          *See Insurance Addendum,*
       For each policy, identify the following:                    *attached.*

       Insurer:                              _____

       Dates policy in effect:        ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
Day / Year)

       Policy Number:                    _____

       Type of Policy:                     _____

       Insurance Agent                   _____

       Policy Coverage Limits          _____

       Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all insurance claims you have made to any insurer related to Chinese Drywall from
       2001-2009:

       For each claim please provide the following:

       Date:                              ___/___/___ (Month / Day / Year)

       Insurer:                            _____

       Nature of claim:                  _____

       Insurer's response to claim:   _____

       Final resolution of claim:       _____

C.    Identify all notices provided to insurers, reservation of rights responses and other replies
       received in response to any communication made with an insurer.

                                             ___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28
U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the
best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent
that such documents are in my possession, custody or control.

_____        _____        _3/17/10_
Signature                                          Print Name                                          Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

### BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.   You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.   Builder Name  _The Mitchell Company, Inc._
   B.   Address _PO Box 160306 Mobile, AL 36616_
   C.   Web site _Mitchellcompany.com_
   D.   Headquarters if Foreign _n/a_
   E.   Address of USA Headquarters _Mobile, AL_
   F.   Principal Place of Business in USA _Mobile, AL_

   (If you have identified more than one entity in I(A) above, separately answer 1(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.   Name: _Steven Usdin_
   B.   Address: _909 Poydras St.  Ste 2400 NOLA 70112_
   C.   Phone Number: _504. 589. 9700_
   D.   Fax Number: _504. 589. 9701_
   E.   E-Mail: _susdin@barassousdin.com_

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.   Name _Unknown_
   B.   Address of Affected Property: _812 Marsha S. Ratchford St._
         _Prichard, AL 36610_

C.    Case Docket No. _2:09 - CV - 07628_____

IV.    **INFORMATION ON SPECIFIC PROPERTIES**

    A.    For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

        1.    Have you performed any inspection(s), testing or analysis of the property?

            Yes _✓_ No _____

            If yes, provide the following information:

            Date of inspection, testing or analysis: _2/12/09_ (Month / Day / Year)

            Who performed the inspection, testing or analysis?

_Chester Stefan_

            Description of what was inspected, tested or analyzed:_____

            Were any photographs taken? Yes _____ No _____

            What was the reason for the inspection, testing or analysis?_____

            Had there been any complaints about this property leading to the inspection, testing or analysis?_____

            Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

            Yes _✓_ No _____ .... any inspect.

            Were you able to determine any of the following information for the subject property:

            a.    Manufacturer(s) of the Chinese Drywall

_Knauf_

            b.    Importer/Distributor into the US

_____

            c.    Builder/Developer

_The Mitchell Co, Inc_

            d.    Installer/Contractor

_George Drywall, Inc_

            As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

            Yes _✓_ No _____

            If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

2.      Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.      Have any statements been taken in connection with the property or claim?

Yes _____        No _____

If yes, provide the following information:

Who provided the statement?

4.      Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

5.      Have you received a request from anyone to repair the subject property?

Yes____ No_____

If so, from whom did you receive the request?

V.    **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer: *Knauf*

B.    Address of Chinese Drywall manufacturer: _____

C.    Who installed the Chinese Drywall at the subject property?
_____ *Grage Drywall, Inc.*

D.    Address of installer _____ *430 Forest Lake Dr. Sterrett, AL 35747*

E.    Name and address from whom the installer purchased the Chinese Drywall?
_____ *Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

4

F.     Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_____

If so, whom?

G.     Prior to installation of the drywall in the property identified in Section IV above:

1.    Where was the product stored?_____

2.    Dates of storage? From ____/____/_____(Month/Day/Year) to ___/___/_____(Month/Day/Year)

3.    Were any complaints made or received regarding storage of the product? Yes_____No_____

VI.    **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.     Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No_____

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.     Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.     Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.     Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.     Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.     Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.     Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.

CE

**INSURAN**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:

For each policy, identify the following:    *See Insurance Addendum, attached.*

Insurer:                                    _____

Dates policy in effect:      __/__/__ (Month / Day / Year)  to  __/__/__ (Month / Day / Year)

Policy Number:                     _____

Type of Policy:                    _____

Insurance Agent                  _____

Policy Coverage Limits       _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any Insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:                          __/__/_____ (Month / Day / Year)

Insurer:                       _____

Nature of claim:          _____

Insurer's response to claim:  _____

Final resolution of claim:  _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

__/__/__

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____            _____         3/17/10
Signature                                              Print Name                                          Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

: MDL No. 2047
: Section L
:

This Document Relates to
ALL CASES

: JUDGE FALLON
: MAG. JUDGE WILKINSON

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.   Builder Name  *The Mitchell Company, MC.*
   B.   Address  *PO Box 160306 Mobile, AL 36616*
   C.   Web site  *MitchellCompany.com*
   D.   Headquarters if Foreign  *N/A*
   E.   Address of USA Headquarters  *Mobile, AL*
   F.   Principal Place of Business in USA  *Mobile, AL*

   (If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.   Name:  *Steven Usdin*
   B.   Address:  *909 Poydras St. Ste 2400 NOLA 70112*
   C.   Phone Number:  *504. 589. 9706*
   D.   Fax Number:  *504. 589. 9701*
   E.   E-Mail:  *Susdin@banassousdin.com*

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.   Name  *Unknown*
   B.   Address of Affected Property:  *814 Marsha S Ratchford St. Prichard, AL 36610*

C.      Case Docket No. 2:09- CV - 07628

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes ___✓___ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2 / 12 0 9_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed: _____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis? _____

Had there been any complaints about this property leading to the inspection, testing or analysis? _____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes ___✓___ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

_Knauf_

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

_The Mitchell Co, Inc._

d.   Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes ___✓___ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_everywhere_

3

2.    Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.    Have any statements been taken in connection with the property or claim?

Yes _____ No _____

If yes, provide the following information:

Who provided the statement?

_____

4.    Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.    Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request?_

## V.   CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer: *Knauf*

B.    Address of Chinese Drywall manufacturer:_____

C.    Who installed the Chinese Drywall at the subject property?
*George Drywall, INC.*

D.    Address of installer *430 Forest Lake Dr, Stenett, AL 35147*

E.    Name and address from whom the installer purchased the Chinese Drywall?
*Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

4

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_____

If so, whom?

G.    Prior to installation of the drywall in the property identified in Section IV above:

    1.   Where was the product stored?_____

    2.   Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

    3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.    **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No_____

If yes, please provide the following information:

Date ____/____/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE
                                                                                                **INSURAN**

A.     Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
       policies from 2001 -2009:                    *See Insurance Addendum,*
       For each policy, identify the following:         *Attached.*

       Insurer:                        _____

       Dates policy in effect:         ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
Day / Year)

       Policy Number:                  _____

       Type of Policy:                 _____

       Insurance Agent                 _____

       Policy Coverage Limits          _____

       Produce a copy of the Declaration page, exclusions and policy of insurance.

B.     Identify all insurance claims you have made to any insurer related to Chinese Drywall from
       2001-2009:

       For each claim please provide the following:

       Date:                           ___/___/_____ (Month / Day / Year)

       Insurer:                        _____

       Nature of claim:                _____

       Insurer's response to claim:    _____

       Final resolution of claim:      _____

C.     Identify all notices provided to insurers, reservation of rights responses and other replies
       received in response to any communication made with an insurer.

                          ___/___/___

                          **CERTIFICATION**

       I declare under penalty of perjury under the laws of the United States of America and pursuant to 28
U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the
best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent
that such documents are in my possession, custody or control.

_____         _____         3/17/10
Signature                          Print Name                         Date

                                        6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     : MDL No. 2047
PRODUCTS LIABILITY LITIGATION            : Section L
                                      :
This Document Relates to                  : JUDGE FALLON
ALL CASES                            : MAG. JUDGE WILKINSON

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.    <u>CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM</u>

      A.    Builder Name _The Mitchell Company, Inc._
      B.    Address _PO Box 160306 Mobile, AL 36616_
      C.    Web site _mitchellcompany.com_
      D.    Headquarters if Foreign _n/a_
      E.    Address of USA Headquarters _Mobile, AL_
      F.    Principal Place of Business in USA _Mobile, AL_

     (If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.    <u>COUNSEL INFORMATION OF BUILDER DEFENDANT</u>

      A.    Name: _Steven Usdin_
      B.    Address: _909 Poydras St. Ste. 2400 NOLA 7042_
      C.    Phone Number: _504. 589. 9700_
      D.    Fax Number: _504. 589. 9701_
      E.    E-Mail: _susdin@barassousdin.com_

III.    <u>INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT</u>

      A.    Name _Unknown_
      B.    Address of Affected Property: _818 Marsha S Ratchford St._
                                             _Prichard, AL 36610_

C.     Case Docket No.____2:09-cv-07628_____

IV.     **INFORMATION ON SPECIFIC PROPERTIES**

    A.    For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

        1.    Have you performed any inspection(s), testing or analysis of the property?

            Yes __✓__ No _____

            If yes, provide the following information:

            Date of inspection, testing or analysis: __2/12/09__ (Month / Day / Year)

            Who performed the inspection, testing or analysis?

__Chester Stefan__

            Description of what was inspected, tested or

analyzed: _____

            Were any photographs taken? Yes _____ No _____

            What was the reason for the inspection, testing or

analysis? _____

            Had there been any complaints about this property leading to the inspection, testing or

analysis? _____

            Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

            Yes __✓__ No ____

            Were you able to determine any of the following information for the subject property:

            a.    Manufacturer(s) of the Chinese Drywall

                  __Knauf__

            b.    Importer/Distributor into the US

            c.    Builder/Developer

                __The Mitchell Co, Inc.__

            d.    Installer/Contractor

                __Osage Drywall, Inc.__

            As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

            Yes __✓__ No ____

            If yes, what amount or percentage of Chinese Drywall was found?

            __Everywhere__

3

2.  Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.  Have any statements been taken in connection with the property or claim?

Yes _____     No _____

If yes, provide the following information:

Who provided the statement?

_____

4.  Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.  Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?_

V.  **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.  Name of Chinese Drywall manufacturer: Knauf

B.  Address of Chinese Drywall manufacturer:_____

C.  Who installed the Chinese Drywall at the subject property?
George Drywall, Inc.

D.  Address of installer 430 Forest Lake Dr. Sterrett, AL 35147

E.  Name and address from whom the installer purchased the Chinese Drywall?
Creola Ace Hardware
10041 Highway 43
Creola, AL 36525

4

F.     Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No __✓__

If so, whom?

G.     Prior to installation of the drywall in the property identified in Section IV above:

1.   Where was the product stored?_____

2.   Dates of storage? From ___/___/_____(Month/Day/Year) to ___/___/_____(Month/Day/Year)

3.   Were any complaints made or received regarding storage of the product? Yes_____No_____

VI.   **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.     Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes _✓_ No_ ...

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)                    *walls*

B.     Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes _✓_ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.     Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.     Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.     Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.   Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.   Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain
such efforts; and provide copies of any documents describing such steps and any contracts
between you and such third parties.

_____

**VII.**
**CE**                                                                    **INSURAN**

A.     Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
       policies from 2001 -2009:     *See Insurance addendum,*
       For each policy, identify the following:        *attached.*

       Insurer:                    _____

       Dates policy in effect:     ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
       Day / Year)

       Policy Number:              _____

       Type of Policy:             _____

       Insurance Agent             _____

       Policy Coverage Limits      _____

       Produce a copy of the Declaration page, exclusions and policy of insurance.

B.     Identify all insurance claims you have made to any insurer related to Chinese Drywall from
       2001-2009:

       For each claim please provide the following:

       Date:                    ___/___/_____ (Month / Day / Year)

       Insurer:                 _____

       Nature of claim:         _____

       Insurer's response to claim:  _____

       Final resolution of claim:  _____

C.     Identify all notices provided to insurers, reservation of rights responses and other replies
       received in response to any communication made with an insurer.

                              ___/___/___

                          **C**ERTIFICATION

       I declare under penalty of perjury under the laws of the United States of America and pursuant to 28
U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the
best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent
that such documents are in my possession, custody or control.

_____               _____               _8/17/10_____
Signature                                       Print Name                        Date

                                    6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.   You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

    A.   Builder Name _The Mitchell Company, Inc._

    B.   Address _PO Box 160306  Mobile, AL  36616_

    C.   Web site _mitchellcompany.com_

    D.   Headquarters if Foreign _n/a_

    E.   Address of USA Headquarters _Mobile, AL_

    F.   Principal Place of Business in USA _Mobile, AL_

    (If you have identified more than one entity in I(A) above, separately answer I(B)-1(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

    A.   Name: _Steven Usdin_

    B.   Address: _909 Poydras St. Ste 2400  NOLA 7012_

    C.   Phone Number: _504.589.9700_

    D.   Fax Number: _504.589.9701_

    E.   E-Mail: _susdin@barrassousdin.com_

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

    A.   Name _Unknown_

    B.   Address of Affected Property: _820 Marsha S. Ratchford St._
_Prichard, AL  36610_

C.      Case Docket No. 2:09-CV-07628

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes ___✓___ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: __9 / 12 / 09__ (Month / Day / Year)

Who performed the inspection, testing or analysis?

__Chester Stefan__

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes ___✓___ No _____   ~~answer ... any inspec~~

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

__Knauf__

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

__The Mitchell Co, Inc.__

d.   Installer/Contractor

__George Drywall, Inc.__

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes ___✓___ No _____

If yes, what amount or percentage of Chinese Drywall was found?

__Everywhere__

3

2.    Have any samples of the drywall been taken from the property?

Yes _____  No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.    Have any statements been taken in connection with the property or claim?

Yes _____           No _____

If yes, provide the following information:

Who provided the statement?

_____

4.    Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____  No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.    Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?_____

V.    **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer:  _Knauf_

B.    Address of Chinese Drywall manufacturer:_____

C.    Who installed the Chinese Drywall at the subject property?
_____ _George Drywall, Inc._

D.    Address of installer____ _430 Forest Lake Dr. Stenath, Al 35147_

E.    Name and address from whom the installer purchased the Chinese Drywall?
_____ _Creola Ace Hardware_
_10041 Highway 43_
_Creola, AL  36525_

4

F. Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No_✓_

If so, whom?

G. Prior to installation of the drywall in the property identified in Section IV above:

1. Where was the product stored?_____

2. Dates of storage? From ___/___/_____(Month/Day/Year) to ___/___/_____(Month/Day/Year)

3. Were any complaints made or received regarding storage of the product? Yes_____No_____

VI. **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A. Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No_✓_

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B. Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C. Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D. Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E. Have you repaired or replaced any personal items at the subject property? Yes_____ No____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F. Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G. Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

**VII.**    **INSURAN CE**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009: *See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer: _____

Dates policy in effect: ___/___/___ (Month / Day / Year)  to ___/___/___ (Month / Day / Year)

Policy Number: _____

Type of Policy: _____

Insurance Agent _____

Policy Coverage Limits _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date: ___/___/___ (Month / Day / Year)

Insurer: _____

Nature of claim: _____

Insurer's response to claim: _____

Final resolution of claim: _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____  _____  3/17/10
Signature              Print Name              Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

    A.   Builder Name *The Mitchell Company, Inc.*

    B.   Address *PO Box 160306  Mobile, AL 36616*

    C.   Web site *Mitchellcompany.com*

    D.   Headquarters if Foreign *N/A*

    E.   Address of USA Headquarters *Mobile, AL*

    F.   Principal Place of Business in USA *Mobile, AL*

    (If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.   **COUNSEL INFORMATION OF BUILDER DEFENDANT**

    A.   Name: *Steven Usdin*

    B.   Address: *909 Poydras St. Ste 2400  NOLA 70112*

    C.   Phone Number: *504. 589. 9700*

    D.   Fax Number: *504. 589. 9701*

    E.   E-Mail: *susdin@barrassousdin.com*

III.   **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

    A.   Name *Unknown*

    B.   Address of Affected Property: *827 Marsha S. Ratchford St.*
*Prichard, AL 36610*

C.     Case Docket No. 2:09 - CV - 07628

IV.     **INFORMATION ON SPECIFIC PROPERTIES**

    A.     For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

        1.     Have you performed any inspection(s), testing or analysis of the property?

            Yes ___✓___ No _____

            If yes, provide the following information:

            Date of inspection, testing or analysis: _2 / 12 / 09_ (Month / Day / Year)

            Who performed the inspection, testing or analysis?

_Chester Stefan_

            Description of what was inspected, tested or

analyzed:_____

            Were any photographs taken? Yes _____ No _____

            What was the reason for the inspection, testing or

analysis?_____

            Had there been any complaints about this property leading to the inspection, testing or

            analysis?_____

            Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

            Yes _✓_ No _____

            Were you able to determine any of the following information for the subject property:

            a.     Manufacturer(s) of the Chinese Drywall

                _Knauf_

            b.     Importer/Distributor into the US

            c.     Builder/Developer

                _The Mitchell Co, Inc._

            d.     Installer/Contractor

                _George Drywall, Inc._

            As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

            Yes _✓_ No _____

            If yes, what amount or percentage of Chinese Drywall was found?

            _Everywhere_

2.    Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.    Have any statements been taken in connection with the property or claim?

Yes _____ No _____

If yes, provide the following information:

Who provided the statement?

4.    Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.    Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?

V.    **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.    Name of Chinese Drywall manufacturer: _Knauf_

B.    Address of Chinese Drywall manufacturer: _____

C.    Who installed the Chinese Drywall at the subject property?
_Grage Drywall, INC._

D.    Address of Installer _430 Forest Lake Dr. Sterrett, AL 35147_

E.    Name and address from whom the installer purchased the Chinese Drywall?
_Creola Ace Hardware_
_19041 Highway 43_
_Creola, AL 36525_

4

F.  Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No __✓__

If so, whom?

G.  Prior to installation of the drywall in the property identified in Section IV above:

1.  Where was the product stored?_____

2.  Dates of storage? From ____/____/_____(Month/Day/Year) to ____/____/_____(Month/Day/Year)

3.  Were any complaints made or received regarding storage of the product? Yes_____No_____

VI.  **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.  Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No __✓__

If yes, please provide the following information:

Date____/____/_____ (Month / Day / Year)

B.  Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

C.  Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

D.  Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

E.  Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ____/____/_____ (Month / Day / Year)

F.  Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.  Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE

**INSURAN**

A. Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009: *See Insurance Addendum, attached.*

For each policy, identify the following:

Insurer: _____

Dates policy in effect: ___/___/___ (Month / Day / Year)  to ___/___/___ (Month / Day / Year)

Policy Number: _____

Type of Policy: _____

Insurance Agent _____

Policy Coverage Limits _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B. Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date: ___/___/_____ (Month / Day / Year)

Insurer: _____

Nature of claim: _____

Insurer's response to claim: _____

Final resolution of claim: _____

C. Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____    _____    3/17/10

Signature            Print Name            Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 |
| | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

A.  Builder Name  *The Mitchell Company, Inc.*

B.  Address  *PO Box 160306 Mobile, AL 36616*

C.  Web site  *Mitchellcompany.com*

D.  Headquarters if Foreign  *N/A*

E.  Address of USA Headquarters  *Mobile, AL*

F.  Principal Place of Business in USA  *Mobile, AL*

(If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.  **COUNSEL INFORMATION OF BUILDER DEFENDANT**

A.  Name:  *Steven Usdin*

B.  Address:  *909 Poydras St. Ste 2400 NOLA 70112*

C.  Phone Number:  *504.589.9700*

D.  Fax Number:  *504.589.9701*

E.  E-Mail:  *susdin@barrassousdin.com*

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

A.  Name  *Unknown*

B.  Address of Affected Property:  *823 Marsha S. Ratchford St. Prichard, AL 36610*

C.       Case Docket No. 2:09~ CV - 07608

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2-/12/09_____ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed: _____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis? _____

Had there been any complaints about this property leading to the inspection, testing or analysis? _____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No ____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

_Knauf_

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

_The Mitchell Co, Inc_

d.   Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No ____

If yes, what amount or percentage of Chinese Drywall was found?

_Everywhere_

3

2. Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3. Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

_____

4. Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5. Have you received a request from anyone to repair the subject property?

Yes____ No____

If so, from whom did you receive the request? _____

**V.      CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.     Name of Chinese Drywall manufacturer:  *Knauf*

B.     Address of Chinese Drywall
manufacturer: _____

C.     Who installed the Chinese Drywall at the subject property?

*George Drywall, Inc.*

D.     Address of
installer  *430 Forest Lake Dr. Sterrett, Al 35147*

E.     Name and address from whom the installer purchased the Chinese Drywall?

*Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

F.     Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No _____

If so, whom?

G.     Prior to installation of the drywall in the property identified in Section IV above:

1.   Where was the product stored?_____

2.   Dates of storage? From ___/___/_____(Month/Day/Year) to ___/___/_____(Month/Day/Year)

3.   Were any complaints made or received regarding storage of the product? Yes_____ No_____

VI.    **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.     Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes_____ No _____

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.     Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.     Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.     Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.     Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

F.     Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.     Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.                                                                                    **INSURAN**
**CE**

A.   Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance
     policies from 2001 -2009:            *See attached.*

     For each policy, identify the following:

     Insurer:                        _____

     Dates policy in effect:    ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month /
     Day / Year)

     Policy Number:              _____

     Type of Policy:             _____

     Insurance Agent             _____

     Policy Coverage Limits   _____

     Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all insurance claims you have made to any insurer related to Chinese Drywall from
     2001-2009:

     For each claim please provide the following:

     Date:                       ___/___/_____ (Month / Day / Year)

     Insurer:                    _____

     Nature of claim:            _____

     Insurer's response to claim: _____

     Final resolution of claim:  _____

C.   Identify all notices provided to insurers, reservation of rights responses and other replies
     received in response to any communication made with an insurer.

                                   ___/___/___

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____        _____        3/17/10
Signature                                Print Name                               Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form.  Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.   You must supplement your response if you learn they are incomplete or incorrect in any material respect.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.    **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

- A.    Builder Name _The Mitchell Company, Inc._
- B.    Address _PO Box 160306  Mobile, AL 36616_
- C.    Web site _mitchellcompany.com_
- D.    Headquarters if Foreign _N/A_
- E.    Address of USA Headquarters _Mobile, AL_
- F.    Principal Place of Business in USA _Mobile, AL_

(If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.    **COUNSEL INFORMATION OF BUILDER DEFENDANT**

- A.    Name: _Steven Usdin._
- B.    Address: _909 Poydras St. Ste 2400  NOLA 70112_
- C.    Phone Number: _504.589.9700_
- D.    Fax Number: _504.589.9701_
- E.    E-Mail: _susdin@barrassousdin.com_

III.    **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

- A.    Name _Washington_
- B.    Address of Affected Property: _827 Marsha S. Ratchford St._
         _Prichard, AL 36610_

C.     Case Docket No. _2:09 - CV - 07628_____

2

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes __✓__ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _2 / 3 / 09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?

_Chester Stefan_

Description of what was inspected, tested or analyzed: _____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis? _____

Had there been any complaints about this property leading to the inspection, testing or analysis? _____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No _____

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall

_Knauf_

b.   Importer/Distributor into the US

_____

c.   Builder/Developer

_The Mitchell Co, Inc._

d.   Installer/Contractor

_George Drywall, Inc._

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No _____

If yes, what amount or percentage of Chinese Drywall was found?

_Entire house_

3

2.  Have any samples of the drywall been taken from the property?

Yes _____ No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.  Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

_____

4.  Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____ No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.  Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?_____

V.  **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

With respect to any Chinese Drywall within the defined property identify the following if known:

A.  Name of Chinese Drywall manufacturer: *Knauf*

B.  Address of Chinese Drywall
manufacturer:_____

C.  Who installed the Chinese Drywall at the subject property?
_____ *George Drywall, Inc.*

D.  Address of
installer *430 Forest Lake Dr. Stenett, AL 35147*

E.  Name and address from whom the installer purchased the Chinese Drywall?
_____ *Creola Ace Hardware*
*10041 Highway 43*
*Creola, AL 36525*

F.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No__✓__

If so, whom?

G.    Prior to installation of the drywall in the property identified in Section IV above:

1.    Where was the product stored?_____

2.    Dates of storage? From _____/_____/_____(Month/Day/Year) to _____/_____/_____(Month/Day/Year)

3.    Were any complaints made or received regarding storage of the product? Yes_____ No_____

## VI.   PROPERTY – DRYWALL REPAIR OR REPLACEMENT

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes _✓_ No_✗_

If yes, please provide the following information:

Date____/____/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes_✓_ No_____

If yes, please provide the following information:

Date: _____/_____/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: _____/_____/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: _____/_____/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date: _____/_____/_____ (Month / Day / Year)

F.    Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.    Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

VII.
CE
                                                    **INSURAN**

A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009: *See Attached.*

For each policy, identify the following:

Insurer: _____

Dates policy in effect: ___/__/___ (Month / Day / Year)  to  ___/__/___ (Month / Day / Year)

Policy Number: _____

Type of Policy: _____

Insurance Agent _____

Policy Coverage Limits _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date: ___/__/___ (Month / Day / Year)

Insurer: _____

Nature of claim: _____

Insurer's response to claim: _____

Final resolution of claim: _____

C.    Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/__/___

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____                                    **3/17/10**
Signature                       Print Name                             Date

6

#211880

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 : Section L : |
| This Document Relates to ALL CASES | : JUDGE FALLON : MAG. JUDGE WILKINSON |

### BUILDER DEFENDANT PROFILE FORM

All Builder Defendants must complete and submit this Builder Defendant Profile Form. Each Builder Defendant must sign and date a separate Builder Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Builder Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF BUILDER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.  Builder Name  The Mitchell Company, Inc
   B.  Address  PO Box 160306  Mobile, AL 36616
   C.  Web site  Mitchellcompany.com
   D.  Headquarters if Foreign  N/A
   E.  Address of USA Headquarters  Mobile, AL
   F.  Principal Place of Business in USA  Mobile, AL

   (If you have identified more than one entity in I(A) above, separately answer I(B)-I(F) for each entity.)

II.  **COUNSEL INFORMATION OF BUILDER DEFENDANT**

   A.  Name:  Steven Usdin
   B.  Address:  909 Poydras St. Ste 2400 NOLA 70112
   C.  Phone Number:  (504) 589-9700
   D.  Fax Number:  (504) 589-9701
   E.  E-Mail:  susdin @ barrassousdin.com

III.  **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A.  Name  Williams
   B.  Address of Affected Property:  5936 Bilek Dr.
       Pensacola, FL 32526

C.       Case Docket No. _2:09 - CV - 07628_____

IV.   **INFORMATION ON SPECIFIC PROPERTIES**

A.   For each property identified in Section III above that you have performed an inspection or have information concerning, answer the following:

1.   Have you performed any inspection(s), testing or analysis of the property?

Yes ___✓___ No _____

If yes, provide the following information:

Date of inspection, testing or analysis: _3 / 8 / 09_ (Month / Day / Year)

Who performed the inspection, testing or analysis?
_TOM Caldwell_

Description of what was inspected, tested or analyzed:_____

Were any photographs taken? Yes _____ No _____

What was the reason for the inspection, testing or analysis?_____

Had there been any complaints about this property leading to the inspection, testing or analysis?_____

_____

Did the inspection, testing or analysis confirm the presence of Chinese Drywall in this property?

Yes __✓__ No ____     never ?:.
                       any inspect

Were you able to determine any of the following information for the subject property:

a.   Manufacturer(s) of the Chinese Drywall
_____Unknown_____

b.   Importer/Distributor into the US
_____

c.   Builder/Developer
_____The Mitchell Co, Inc._____

d.   Installer/Contractor
_____Right Way Dry wall_____

As a result of the inspection, testing or analysis, were you able to make a determination of the amount and/or percentage of Chinese drywall contained in the subject property?

Yes __✓__ No _____

If yes, what amount or percentage of Chinese Drywall was found?
_____All walls, no ceilings_____

3

2.  Have any samples of the drywall been taken from the property?

Yes _____  No _____

If yes, provide the following information:

Name and address of entity that performed the sampling:

_____

3.  Have any statements been taken in connection with the property or claim?

Yes _____          No _____

If yes, provide the following information:

Who provided the statement?

4.  Have any communications or correspondence regarding drywall/A/C coils/odor or wiring issues at the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _____  No _____

If yes, provide the following information:

Who was the correspondence or communication by, between or among?

_____

5.  Have you received a request from anyone to repair the subject property?

Yes_____ No_____

If so, from whom did you receive the request?

## V.   CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

With respect to any Chinese Drywall within the defined property identify the following if known:

A.  Name of Chinese Drywall manufacturer:  UNKNOWN

B.  Address of Chinese Drywall manufacturer:_____

C.  Who installed the Chinese Drywall at the subject property?
Right Way Drywall

D.  Address of installer  PO BOX 7017 Warner Robbins, GA

E.  Name and address from whom the installer purchased the Chinese Drywall?
Right Way Drywall, INC.
7425 Lochran St.
Macon, GA.

4

F.  Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes_____ No___✓___

If so, whom?

G.  Prior to installation of the drywall in the property identified in Section IV above:

1.  Where was the product stored?_____

2.  Dates of storage? From _____/_____/_____(Month/Day/Year) to _____/_____/_____(Month/Day/Year)

3.  Were any complaints made or received regarding storage of the product? Yes_____No_____

VI.  **PROPERTY – DRYWALL REPAIR OR REPLACEMENT**

A.  Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Builder Defendant Profile Form? Yes _✓_ No_____

If yes, please provide the following information:

Date___/___/_____ (Month / Day / Year)

B.  Have you repaired or replaced any appliances (air conditioners, hot water heaters, _coils_ refrigerators, stoves, etc.) at the subject property? Yes _✓_ No_____

If yes, please provide the following information:

Date:  ___/___/_____ (Month / Day / Year)

C.  Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date:  ___/___/_____ (Month / Day / Year)

D.  Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date:  ___/___/_____ (Month / Day / Year)

E.  Have you repaired or replaced any personal items at the subject property? Yes_____ No_____

If yes, please provide the following information:

Date:  ___/___/_____ (Month / Day / Year)

F.  Have you made any offers to repair any of the property described in Section VI(A) thru (E) above? Yes_____ No_____

G.  Have you retained the services of any third parties to take any intermediate steps intended to remediate the drywall, including by "sealing" the drywall, "neutralizing" the drywall, or through any other means intended to prevent further damage or corrosion caused by the

5

defective drywall?  If so, please identify all such individuals, companies, or entities; explain such efforts; and provide copies of any documents describing such steps and any contracts between you and such third parties.

_____

**VII.**                                                    **INSURAN**
**CE**

**A.**    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:

For each policy, identify the following:  *See Insurance Addendum,*
*Attached*

Insurer: _____

Dates policy in effect: ___/___/___ (Month / Day / Year)  to  ___/___/___ (Month / Day / Year)

Policy Number: _____

Type of Policy: _____

Insurance Agent _____

Policy Coverage Limits _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

**B.**    Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date: ___/___/_____ (Month / Day / Year)

Insurer: _____

Nature of claim: _____

Insurer's response to claim: _____

Final resolution of claim: _____

**C.**    Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

___/___/___

### CERTIFICATION

    I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Builder's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____                    3/17/10
Signature                  Print Name                              Date

6

#211880