IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## CONTRACTOR/INSTALLER DEFENDANT PROFILE FORM

All Contractor/Installer Defendants must complete and submit this Contractor/Installer Defendant Profile Form. Each Contractor/Installer Defendant must sign and date a separate Contractor/Installer Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.  If additional knowledge becomes known after completion, this Contractor/Installer Defendant Profile Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question with this Contractor/Installer Defendant Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF CONTRACTOR/INSTALLER DEFENDANT COMPLETING THIS PROFILE FORM**

    A.   Contractor/Installer Name ___Rightway Drywall Inc.___

    B.   Address _7425 Cochran Street, Macon, Georgia 31216_

    C.   Phone number _(478) 785-8444_

    D.   Email ____None____

    E.   President or CEO __Mike Jenkins__

    F.   Headquarters if Foreign _____

    G.   Address of USA Headquarters __Same As Above__

    H.   Principal Place of Business in USA _Georgia_

    (If you have identified more than one entity in IA above separately answer IB-IH for each entity.)

II.  **COUNSEL INFORMATION OF CONTRACTOR/INSTALLER DEFENDANT**

    A.   Name: _S. Greg Burge_

    B.   Address: _420 N. 20th Street, Suite 3400, Birmingham, AL 35203_

    C.   Phone Number: _205-251-3000_

    D.   Fax Number: _205-244-5612_

    E.   E-mail: _gburge@burr.com_

1772542 v1

III.    **INFORMATION ON PLAINTIFF PROPERTY OWNER, ENTER OR OCCUPANT**

   A.    Name ___ Mitchell Homes is the plaintiff.  They may have owned the homes at the time

         they were built.  We have no knowledge of who now owns or occupies them..

   B.    Address of Affected Property:  Bilek Manor lots 4B, 5B, 8B, 20C, 21C, 23C, 25C, 26C ___

   C.    Case Docket No.  **09- 4115** _____

IV.    **INFORMATION ON SPECIFIC PROPERTIES**

   A.    For each property identified in Section III above that you have performed an inspection on or have
         information concerning, answer the following:

      1.    Do you have any contracts or agreements concerning Drywall with the Property owner,
            renter or occupant?  Yes ____  No  √

            If yes, provide the following information:

            Parties to the agreement: _____

            Date of contract or agreement:  ___/___/_____ (Month / Day / Year)

            Subject of contract or agreement: _____

            Provide a complete copy of the contract or agreement.

      2.    Did you issue any warranties for the product installed in the property?

            Yes ____  No  √

            Please provide a complete copy of any warranty.

      3.    Are you aware of any warranties provided by any subcontractors or installers concerning
            the drywall installed on the property?  If yes, describe the terms of the warranty.

            _____

            Provide a copy of any such warranty.

      4.    Have you had any correspondence or other communication with the Property owner,
            renter or occupant or any family member concerning Drywall or any construction or
            remediation matter?  Yes ____  No ____

            If yes, provide the following information:

            All dates of correspondence or communications:

                  ___/___/_____ (Month / Day / Year)

                  ___/___/_____ (Month / Day / Year)

                  ___/___/_____ (Month / Day / Year)

Who was the correspondence or communications by, between or among?

_There is correspondence with Mitchell Homes - after the fact._

What was the substance of the correspondence or communications?

_The correspondence is attached.  It sets out  8 or 9 lots where they claim to have found bad sheetrock._

Attach copies of the correspondence or communications.

5.  Have you performed any inspection(s), testing or analysis of the property?

Yes _____ No _√_

If yes, provide the following information:

Date of inspection, testing or analysis:  ___/___/____ (Month / Day / Year)

Who performed the inspection, testing or analysis? _____

Description of what was inspected, tested or analyzed: _____

Attach copies of the complete inspection, test or analysis report.

Wee any photographs taken?  Yes _____ No _____ How many? _____

Attach copies of all photographs.

What was the reason for the inspection, testing or analysis? _____

Had there been any complaints about this property leading to the inspection, testing or analysis?  _Not to us_ _____

6.  Has any sampling of drywall been performed of the property?  Yes _____ No _√_

If yes, provide the following information:

Date of sampling:  ___/___/____ (Month / Day / Year)

Name and address of entity that performed the sampling:

_____

Describe the sample provided for testing, including approximate size:

_____

Specific location within property from which sample was taken:

_____

Purpose for which samples were taken (e.g., specific tests that were to be performed):

_____

Attach complete copies of all sampling reports.

7.  Have any statements been taken in connection with property or claim?

Yes _____     No _√_

If yes, provide the following information:

Date of statement:  ____/____/_____ (Month / Day / Year)

Who provided the statement? _____

Was it recorded?  Yes _____  No _____

In what form was the statement provided?  Written _____  Verbal _____

Who did the person work for that took the statement? _____

What was the substance of the statement? _____

Attach complete copies of all statements.

8.  Have any communications or correspondence regarding the property taken place with any drywall contractor / installer, building, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall?  Yes _√_  No _____

If yes, provide the following information:

Date of correspondence or communication: _03_/____/2009_ (Month / Day / Year)

Who was the correspondence or communication by, between or among?

____Mike Jenkins and Bill Batting with Emerald Coast Building Materials in Pensacola, Florida_____

What was the substance of the correspondence or communication?

__If they had purchased any Chinese drywall._____
__He said yes for a short period in August, 2006._____

Attach all copies of the correspondence or communication, or report from the communication.

9.  Have you received any communication concerning the subject property regarding the presence of Chinese Drywall?

Attach copies of all communications.

10. Have you received a request from anyone to repair the subject property? Yes ___ No ___

If so, from whom did you receive the request? _____.

11. Have you retained, employed or associated any experts or investigators to evaluate problems associated with Chinese Drywall? Yes _____  No _√_

4

If yes, please provide the following information:

Name: _____

Address: _____

_____

_____

_____

Phone Number: _____

Fax Number: _____

E-Mail: _____

Cell Phone: _____

Date retained: ____/____/_____ (Month / Day / Year)

Purpose for which retained: _____

Area of expertise: _____

Have any reports or findings been issued? Yes ____ No ____

If so, please provide complete copies of any such reports or findings.

Please provide a copy of any Curriculum Vitae for each individual identified.

V.   **INSTALLATION OF DRYWALL AT THE SPECIFIC PROPERTIES**

B.   For each property identified in Section III above that you installed or acted as a contractor for the installation of Drywall, answer the following:

1.   Did you have any contracts or agreements concerning Drywall installation with the Property owner, renter or occupant? Yes ____ No √

If yes, provide the following information:

Parties to the agreement: _____

Date of contract or agreement: ____/____/_____ (Month / Day / Year)

Provide a complete copy of the contract or agreement.

2.   Provide the name and address of each individual employee that installed Drywall at the property:   There are no records to show who would have installed it in those 8 or 9 properties.

3.   Provide the name and address of any subcontractors or installers who were involved in the selection and/or installation of all drywall located on the property: _____

_____

4.   Are you aware of any complaints or other problems with the subject drywall, whether raised by your employees, the installers, finishers, homeowners, or anyone else, concerning the drywall installed in the subject premises?  If so, please state the exact nature of such complaints or problems:   No.

Attach all documents describing such complaints or problems.

5.   Was any action taken to remedy such complaints or other problems? Describe all such actions: __No.__

Attach all documents describing such actions taken.

## VI.   CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1.   For all Drywall installed in the subject property, identify:

    a.   Name of Chinese Drywall Manufacturer: __Unknown__

    b.   Address of Chinese Drywall Manufacturer: __Unknown__

    c.   Name of Drywall product: __Unknown__

    d.   Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.): __Unknown__

    e.   List all trademarks of the product: _____

    f.   The name and address of the supplier of the Drywall: __Emerald Coast Building Materials, 8040 North Palafox Street, Pensacola FL 32534__

    g.   Date you purchased the Drywall from the supplier: __August and September, 2006__

    h.   Amount of Drywall installed in the property: __Its contained on attached invoices.__

    i.   Price you paid for the Drywall installed in the property:: __We are attempting to locate this information__

Provide documents relating to all of the above.

2.   Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes ____ No _√_

If so, whom?

3.   Prior to installation of the drywall in the property identified in Section IV above:

    a.   Where was the product stored: __Unknown__

    b.   Dates of storage? From ___/___/_____ (Month / Day / Year) to _____/___/_____ (Month / Day / Year)

    c.   Were any complaints made or received regarding storage of the product? Yes ____ No ____

Provide copies of all documentation.

VII:     **PROPERTY DRYWALL REPAIR OR REPLACEMENT**

    A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Contractor/Installer Defendant Profile Form? Yes ____ No __√__

        If yes, please provide the following information:

        Date ____/____/_____ (Month / Day / Year)

    B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stove, etc.) at the subject property? Yes ____ No __√__

        If yes, please provide the following information:

        Date ____/____/_____ (Month / Day / Year)

    C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes ____ No __√__

        If yes, please provide the following information:

        Date ____/____/_____ (Month / Day / Year)

    E.    Have you repaired or replaced any personal items at the subject property? Yes ____ No __√__

        If yes, please provide the following information:

        Date ____/____/_____ (Month / Day / Year)

    F.    Have you made any offers to repair any of the property described in Section VI (A) thru (E) above? Yes ____ No __√__ ___It was our understanding that the builder, Mitchell Homes, who sued us, have replaced evaporative coils on these properties.___

        Provide copies of all documentation:

VIII.    **INSURANCE**

    A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001-2009:

        For each policy, identify the following:

        Insurer:        _Auto Owners Insurance Company_

        Dates policy in effect:  _01 / 01 / 06_ (Month / Day / Year) to _01 / 01 / 07_ (Month / Day / Year)

        Policy Number:  _014618-48471088-06_

        Type of Policy:  _CGL_

        Insurance Agent:  _BB&T Insurance Services_

        Policy Coverage Limits:  _2,000,000_

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:    _____/_____/_____ (Month / Day / Year)

Insurer:    This lawsuit was the only claim made concerning

Nature of Claim:    these events.  Auto Owners is defending under a

Insurer's response to claim: reservation of rights.

Final resolution of claim: _____

Please provide copies of any claims.

C.    Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

Please provide copies of any documentation supporting the above.   Attach reservation and Declaration page.

### *CERTIFICATION*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Contractor/Installer's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

| | | |
|---|---|---|
| _____ | Michael S. Jenkins | 9-1-09 |
| Signature | Print Name | Date |

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY

## *Auto-Owners Insurance*
### Life Home Car Business
*The 'No Problem' People®*

May 14, 2009

**BRANCH CLAIM OFFICE**
**4900 Bayou Blvd., Suite 100 • P.O. Box 2640**
**Pensacola, Florida 32513-2640**
**850-478-0205   FAX 850-476-3106**
**1-800-437-2240**
**WWW.AUTO-OWNERS.COM**

Rightway Drywall, Inc.
PO Box 7017
Warner Robins, GA  31095
Attention: Mike Jenkins

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**AND REGULAR MAIL**

Re:   Claim No.     : 38-423-09
     Insured        : Rightway Drywall, Inc.
     Date of Loss : Unknown
     Plaintiffs      : The Mitchell Company, Inc., individually and
                      on behalf of others similarly situated
     Subject       : **RESERVATION OF RIGHTS**

Dear Mr. Jenkins:

As you may have been previously advised, Owners Insurance Company has retained Burr & Forman, LLP, Attorneys at Law, PO Box 830719, Birmingham, AL 35283-0719 (205)251-3000 to represent you in connection with the suit filed In the United States District Court for the Northern District of Florida by The Mitchell Company, Inc., individually and on behalf of others similarly situated, Plaintiffs vs. Rightway Drywall, Inc., a Georgia corporation, Defendant.

The purpose of this letter is to reserve the rights of the parties to the policy of insurance that you have with Owners Insurance Company relating to the incident out of which this claim arises. Because the facts of this case may ultimately result in liability against you based upon a claim of pollution, Owners Insurance Company will proceed to handle this case under a Reservation of Rights.

Any action which may be taken by the Owners Insurance Company, its attorneys or representatives, in investigating, appearing in, or defending, the aforesaid suit shall not be held to be an admission of, or an assumption of liability by Owners Insurance Company under the said policy of insurance, nor shall it be a waiver of Owners' rights under such policy of insurance, or of its right to disclaim coverage, nor operate, by any way, as an estoppel against the assertion of any such rights with respect to you or any other person, firm or corporation.

Owners Insurance Company is reserving its rights under the policy of insurance for the following reasons under the following policy provisions:

*~ Serving Our Policyholders and Agents for More Than 90 Years ~*

Mike Jenkins
Rightway Drywall, Inc.
38-423-09
May 14, 2009
Page Two

Your policy is made up of coverage parts that include Commercial General Liability Coverage Form CG 00 01 11 88 along with endorsements that amend this form, which are Amendment of Insuring Agreement - Known Injury or Damage 55229 (1-02); Exclusion - Completed Operations - Property Damage to Your Work 55209 (1-01); and Amendment of Pollution Exclusion - Exception for Building Heating Equipment 55145 (12-01). These forms provide, in part, as follows:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying

as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

COMMERCIAL GENERAL LIABILITY
55229 (1-02)

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the COMMERCIAL GENERAL LIABILITY COVERAGE PART.

It is agreed:

Paragraph 1. Insuring Agreement of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I) is deleted and replaced by the following:

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit"

Mike Jenkins
Rightway Drywall, Inc.
38-423-09
May 14, 2009
Page Three

seeking those damages. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

> **(1)** The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (Section III); and
>
> **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.
>
> No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

> **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
>
> **(2)** The "bodily injury" or "property damage" occurs during the policy period; and
>
> **(3)** Prior to the policy period, no insured listed under Paragraph 1. of WHO IS AN INSURED (Section II) and no employee authorized by you to give or receive notice of an "occurrence" or claim, knew or should have known that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized employee knew or should have known, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of WHO IS AN INSURED (Section II) or any employee authorized by you to give or receive notice of an "occurrence" or claim:

> **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;
>
> **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

Mike Jenkins
Rightway Drywall, Inc.
38-423-09
May 14, 2009
Page Four

> **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.
>
> **d.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

All other policy terms and conditions apply.

In the above captioned claim, the information we have been provided to-date regarding the claimed damages is that: Rightway Drywall supplied defective drywall directly or indirectly from the manufacturers who manufactured the defective drywall from China. Rightway agreed to furnish and install drywall for the Mitchell Company. The Chinese drywall was ultimately purchased from Emerald Coast Drywall in Pensacola, FL.

This drywall is alleged to be made from materials that are so high in sulfur that the drywall is unsuitable for its intended purposes and to be uniformly and inherently defective in that even when properly installed and used for its intended purpose, the drywall chemically reacts with the metals and causes corrosion of other metal products; namely HVAC coils and components, and other affected materials and items, are being attacked by a chemical reaction causing extensive corrosion.

The term "property damage" has a specific definition as set forth in your policy:

> **12.** "Property damage" means:
>
> **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or
>
> **b.** Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

The "property damage" must have been caused by an "occurrence". The term "occurrence" is also defined by your policy:

> **9.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We would also like to point out applicable exclusions we believe may be applicable and they are as follows:

Mike Jenkins
Rightway Drywall, Inc.
38-423-09
May 14, 2009
Page Five

## 2. Exclusions.

This insurance does not apply to:

**f.** **(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

    **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any insured. However, this subparagraph, **(a)**, does not apply to "bodily injury" if sustained within a building at such premises, site or location and caused by smoke, fumes, vapor or soot from equipment used to heat a building at such premises, site or location. **(See Endorsement 55145)**

    **(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    **(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    **(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

        **(i)** if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

        **(ii)** if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

    Subparagraphs (a) and (d) (i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

    As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

Mike Jenkins
Rightway Drywall, Inc.
38-423-09
May 14, 2009
Page Six

      **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

      Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**k.** "Property damage" to "your product" arising out of it or any part of it.

**l.** "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard." **(See endorsement 55209)**

**m.** "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

      **(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work;" or

      **(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

      This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

      **(1)** "Your product;"

      **(2)** "Your work;" or

      **(3)** "Impaired property;"

      if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises rented to you. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (SECTION III).

Mike Jenkins
Rightway Drywall, Inc.
38-423-09
May 14, 2009
Page Seven

Owners Insurance Company has agreed to tender Rightway Drywall, Inc. a defense of this lawsuit in order to obtain additional information about the damages alleged by the Plaintiffs; however, please be aware that defense of this lawsuit may be withdrawn if we find, during discovery, that there is not a covered loss under the provisions outlined in your Commercial General Liability policy.

If any amendment to the lawsuit is filed, please provide a copy to us for purposes of determining what, if any, coverage may be available.

All rights, terms, conditions, and exclusions in your policy are in full force and effect and are completely reserved. No action by any employee, agent, attorney or other person on behalf of Owners Insurance Company; or hired by Owners Insurance Company on your behalf; shall waive or be construed as having waived any right, term, condition, exclusion or any other provision of the policy.

Sincerely,

Kathleen Jernigan, ACA, AIC
Field Claim Representative
Extension 14
"jernigan.kathleen@aoins.com"
Kjj
Enclosures

Cc: BB & T Insurance Services, Inc.
    4951 Forsyth Road, 1st Floor
    Macon, GA  31210

Cc: S. Greg Burge
    Attorney at Law
    420 North 20th Street, Suite 3400
    Birmingham, AL  35203

# *Owners*

Page   1

55040 (11/87)
Issued  11-15-2005

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

AGENCY BB&T INSURANCE SERVICES
18-0130-00     MKT TERR 073     (478) 405-4200
INSURED RIGHTWAY DRYWALL INC

Renewal Effective 01-01-2006

**POLICY NUMBER**   014618-48471088-06

ADDRESS PO BOX 7017

WARNER ROBINS, GA  31095-7017

| Agency Bill | POLICY TERM |
|---|---|
| | 12:01 a.m.   12:01 a.m. |
| | 01-01-2006 to 01-01-2007 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## COMMERCIAL GENERAL LIABILITY COVERAGE

**LIMITS OF INSURANCE**

| | |
|---|---|
| General Aggregate Limit | |
|   (Other Than Products-Completed Operations) | $2,000,000 |
| Products-Completed Operations Aggregate Limit | 2,000,000 |
| Personal And Advertising Injury Limit | 1,000,000 |
| Each Occurrence Limit | 1,000,000 |
| Fire Damage Limit | 300,000 Any One Fire |
| Medical Expense Limit | 10,000 Any One Person |

Twice the "General Aggregate Limit", shown above, is provided at no additional charge for each 12 month period in accordance with form 55050.

**AUDIT TYPE:** Annual Audit

**FORMS THAT APPLY TO LIABILITY:** 59350  (02-03)  55118  (08-91)  55146  (07-96)
IL0021 (11-85)  55029  (07-87)  CG0001 (11-88)  IL0262 (09-94)  IL0017 (11-85)
55064  (07-87)  CL175  (02-86)  55069  (01-88)  55137  (06-92)  CG2147 (09-89)
55068  (08-89)  55202  (05-00)  55145  (12-01)  55229  (01-02)  55091  (01-03)
55050  (06-01)  55298  (05-05)  55282  (04-05)  55214  (12-00)  55209  (01-01)

**LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY**

LOC 001  BLDG 001 102 Samantha Dr
                    Bonaire, GA  31005

TERRITORY:  003   COUNTY:  Houston

| Classification | Subline | Premium Basis | Rates | Premium |
|---|---|---|---|---|
| **CODE 00501** | | | | |
| Commercial General Liability Plus Endorsement Included At 7% Of The Premises Operation Premium | Prem/Op | Prem/Op Prem Inc | Inc | Inc |
| **CODE 91585** | | | | |
| Contractors - Subcontracted Work - In Connection With Construction, Reconstruction, Repair Or Erection Of Buildings | Prem/Op Prod/Comp Op | Total Costs If Any If Any | Each 1000 | Inc Inc |
| **CODE 92338** | | | | |
| Dry Wall Or Wallboard Installation. | Prem/Op Prod/Comp Op | Payroll 800,000 800,000 | Each 1000 13.813 6.388 | $11,050.00 $5,110.00 |

# Mitchell Homes

Mr. Mike Jenkins                                                                March 3, 2009
Rightway Drywall, Inc.
7425 Cochran Street
Macon, Georgia   31216

Dear Mike,

I hope you can be of some assistance.  I am sure you are aware of the Chinese sheetrock issue in southern Florida.  It appears as though Lennar has taken a direct hit.

We have had some of the same symptoms here in Pensacola.  Specifically, we have experienced repeated replacements of evaporative coils.  This has been confined to one subdivision and to date nine homes.

I have enclosed the sheetrock invoices for the homes experiencing the problem.  My request of you is to enquire with Emerald Coast as to the possibility of these homes containing the suspect sheetrock.

The stories from South Florida are trickling North via the Internet.  We would like to be proactive with our action before the trickle turns flood-like.  Our experience is limited to the replacement of evaporative coils only.

Mike if there is any information you can provide, we would be most appreciative.


Respectfully,

Tom Caldwell
Mitchell homes
Pensacola, Florida

08/29/2006 TUE 10:43 FAX  →→→ Peggy/Joe Daniels                                    ☑004/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 08/29/2006 | Customer ID MIT001 | Invoice ID 112710 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 4 B
P/O # 500002513 & 2514

5919 *Bilek Drive*

Ship Via
None

## INVOICE



| | | |
|---|---|---|
| 1 | 82 pc - 1/2" Drywall | 1,617.00 |
| 2 | 27 pc Ceiling Drywall | 525.15 |
| 3 | Hang & Finish 109 pc Drywall | 3,243.84 |
| 4 | Hang & Finsh Knock Down Ceiling | 194.40 |

RECEIVED
AUG 3 0 2006
BY



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

Amount Billed          $5,480.39

Retainage Held

09/08/2006                                          $5,480.39



Page 1

### PURCHASE ORDER
**500002513**

**JOB NUMBER: 127000004B**
**ORDER DATE: 8/1/2006**

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:            Fax: | Bilek Manor, Lot 4B 5919 Bilek Dr Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1016-AP | FREEPORT | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **** 35110 DRYWALL LABOR **** | | | | | |
| 1000 | Hang & Finish Sheetrock | 109.00 | bd | 29.76 | 3,243.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,296.00 | sqft | 0.15 | 194.40 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 3,438.24 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,438.24** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____     Date _____
Company: RIGHTWAY DRYWALL, INC.

Superintendent _____     Date _____

3298 Summit Boulevard      Pensacola  FL   32503          Phone: 850-433-6400   Fax: 850-433-644?

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES



Page 1

## PURCHASE ORDER
### 500002514

**JOB NUMBER:** 127000004B
**ORDER DATE:** 8/1/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 4B<br>5919 Bilek Dr<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1016-AP | FREEPORT | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| \*\*\*\* 35120 DRYWALL MAT \*\*\*\* | | | | | |
| 1000 | 1/2" Regular Sheetrock | 82.00 | bd | 18.50 | 1,517.00 |
| 1120 | Ceiling Sheetrock | 27.00 | bd | 19.45 | 525.15 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,042.15 |
| Tax | ~~156.16~~ |
| **TOTAL ORDER** | ~~2,198.31~~ |

*Jose 2,042.15*

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by_____      Date_____      Superintendent_____      Date_____
Company: RIGHTWAY DRYWALL, INC.

3298 Summit Boulevard      Pensacola  FL    32503                    Phone: 850-433-6400  Fax: 850-433-644?

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

08/29/2006 TUE 10:44 FAX   →→→ Peggy/Joe Daniels                    ☒005/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 08/29/2006 | Customer ID MIT001 | Invoice ID 112711 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 23 C
P/O # 500003348 & 3349



Ship Via
None

## INVOICE



| | | |
|---|---|---|
| 1 | 92 pc - 1/2" Drywall | 1,702.00 |
| 2 | 40 pc Ceiling Drywall | 778.00 |
| 3 | Hang & Finish 132 pc Drywall | 3,928.32 |
| 4 | Hang & Finish Knock Down Ceilings | 236.10 |

RECEIVED
AUG 3 0 2006
BY:_____



"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| Amount Billed | $6,644.42 |
|---|---|
| Retainage Held | |
| 09/08/2006 | $6,644.42 |



Page 1

## PURCHASE ORDER
### 500003348

**JOB NUMBER:** 127000023C
**ORDER DATE:** 8/9/2006

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:          Fax: | Bilek Manor, Lot 23C 5926 Bilek Dr. Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1254 A | Delmar | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 132.00 | bd | 29.76 | 3,928.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,574.00 | sqft | 0.15 | 236.10 |

NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP
ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA
DE LA OBRA DE CONSTRUCCIÓN
Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 4,164.42 |
| Tax | 0.00 |
| **TOTAL ORDER** | **4,164.42** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____      Date _____      _____      Date _____
Company: RIGHTWAY DRYWALL, INC.                         Superintendent

3298 Summit Boulevard      Pensacola  FL    32503                    Phone: 850-433-6400  Fax: 850-433-6447

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES



Page 1

### PURCHASE ORDER
### 500003349

**JOB NUMBER:** 127000023C
**ORDER DATE:** 8/9/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:                Fax: | Bilek Manor, Lot 23C 5926 Bilek Dr. Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1254 A | Delmar | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35120 DRYWALL MAT* \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 92.00 | bd | 18.50 | 1,702.00 |
| 1120 | Ceiling Sheetrock | 40.00 | bd | 19.45 | 778.00 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,480.00 |
| Tax | ~~186.00~~ |
| TOTAL ORDER | ~~2,666.00~~ |

*$ 2,480.00*

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____                    Date _____
Company: RIGHTWAY DRYWALL, INC.

Superintendent _____                    Date _____

3298 Summit Boulevard          Pensacola   FL   32503                    Phone: 850-433-6400   Fax: 850-433-644

### IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

08/29/2006 TUE 10:44 FAX ——→ Peggy/Joe Daniels                                                      ☑006/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA 31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 08/29/2006 | MIT001 | 112712 |
| Draw ID | Work Order | Ship Date |
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 25 C
P/O # 500003350 & 3351



5934 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 56 pc 1/2" Drywall | 1,036.00 |
| 2 | 28 pc Ceiling Drywall | 544.60 |
| 3 | Hang & Finish 84 pc Drywall | 2,499.84 |
| 4 | Hang & Finish Knock Down Ceilings | 201.60 |

RECEIVED
AUG 3 0 2006
BY:_____



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | |
|---|---|
| Amount Billed | $4,282.04 |
| Retainage Held | |
| 09/08/2006 | $4,282.04 |



Page 1

**PURCHASE ORDER**
**500003350**

JOB NUMBER: 127000025C
ORDER DATE: 8/9/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 25C<br>5934 Bilek Dr.<br>Pensacola FL 32526 |
|---|---|

| Model #<br>S 922 C | Model Name<br>ARBOR | Garage / Driveway<br>LH |
|---|---|---|

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| Net Order | 2,701.44 |
|---|---|
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____    Date _____    _____ Superintendent    Date _____
Company:  RIGHTWAY DRYWALL, INC.

3298 Summit Boulevard     Pensacola   FL    32503              Phone:  850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**



Page 1

**JOB NUMBER: 127000025C**
**ORDER DATE: 8/9/2006**

| | |
|---|---|
| **VENDOR:** RIGHTWAY DRYWALL, INC. <br><br> P. O. BOX 7017 <br> WARNER ROBINS, GA 31095-7017 <br> Phone:                     Fax: | **DELIVER TO:** Bilek Manor (Cottages) <br> Bilek Manor, Lot 25C <br> 5934 Bilek Dr. <br> Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| S 922 C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | 18.50 | 1,036.00 |
| 1120 | Ceiling Sheetrock | 28.00 | bd | 19.45 | 544.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 1,580.60 |
| Tax | ~~118.55~~ |
| **TOTAL ORDER** | ~~1,699.15~~ |

*$1,580.60*

| | |
|---|---|
| The work has been completed according to the terms and conditions stated in our contract. <br> Authorized Signature: <br><br> by _____   Date _____   _____   Date _____ <br> Company: RIGHTWAY DRYWALL, INC.                        Superintendent | |

3298 Summit Boulevard      Pensacola   FL   32503          Phone:  850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

09/05/2006 TUE 16:48 FAX → Peggy/Joe Daniels ☒006/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA 31095-7017

| Invoice Date 09/05/2006 | Customer ID MIT001 | Invoice ID 112748 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor Cottages - Lot 21 C
PO # 500003346 & 3347

5918 Bilek Drive

Ship Via
None

## INVOICE



| | |
|---|---|
| 92 pc 1/2" Drywall | 1,702.00 |
| 40 pc Ceiling Drywall | 778.00 |
| Hang & Finish 132 pc Drywall | 3,928.32 |
| 1574 SF Knock Down Ceilings | 236.10 |

ENTERED

MIKE
185/SHEET!!!
NO CHANGE FROM LAST WEEK!
OUR CONVERSATION
TDM

RECEIVED
SEP - 8 2006

"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | Amount Billed | $6,644.42 |
|---|---|---|
| 09/15/2006 | Retainage Held | $6,644.42 |



Page 1

| PURCHASE ORDER |
|:---:|
| **500003346** |

**JOB NUMBER: 127000021C**
**ORDER DATE: 8/9/2006**

| VENDOR: RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                     Fax: | DELIVER TO: Bilek Manor (Cottages)<br>Bilek Manor, Lot 21C<br>5918 Bilek Drive<br>Pensacola FL 32526 |
|---|---|

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1254-B | DELMAR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 132.00 | bd | 29.76 | 3,928.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,574.00 | sqft | 0.15 | 236.10 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---:|
| Net Order | 4,164.42 |
| Tax | 0.00 |
| **TOTAL ORDER** | **4,164.42** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____          Date _____

Company: RIGHTWAY DRYWALL, INC.          Superintendent _____          Date _____

3298 Summit Boulevard          Pensacola   FL   32503          Phone: 850-433-6400   Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**



Page 1

## PURCHASE ORDER
### 500003347

JOB NUMBER: 127000021C
ORDER DATE: 8/9/2006

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 21C<br>5918 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1254-B | DELMAR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* *35120 DRYWALL MAT* \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 92.00 | bd | 18.50 | 1,702.00 |
| 1120 | Ceiling Sheetrock | 40.00 | bd | 19.45 | 778.00 |

**NOTE; SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN; SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

| | |
|---|---|
| Net Order | 2,480.00 |
| Tax | ~~166.00~~ |
| **TOTAL ORDER** | ~~2,666.00~~ |

Total Price Includes Sales Tax If Applicable.

*for 2,480.00*

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____   Date _____

Company: RIGHTWAY DRYWALL, INC.          Superintendent          Date

3298 Summit Boulevard       Pensacola   FL   32503          Phone:  850-433-6400  Fax: 850-433-64__

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 09/12/2006 | Customer ID MIT001 | Invoice ID 112803 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 5B
P/O #500003387 & 3388

5923 Bilek Drive

Ship Via
None

# INVOICE

| 1 | 71 pc - 1/2" Drywall | 1,139.55 |
|---|---|---|
| 2 | 36 pc Ceiling Drywall | 624.60 |
| 3 | Hang & Finish 107 pc Drywall | 3,184.32 |
| 4 | Hang & Finish 1728 SF Knock Down Ceilings | 259.20 |





SEP 1 3 2006



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | Amount Billed | $5,207.67 |
|---|---|---|
| | Retainage Held | |
| 09/22/2006 | | $5,207.67 |



Page 1

**PURCHASE ORDER**
**500003388**

**JOB NUMBER:** 127000005B
**ORDER DATE:** 8/11/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 5B<br>5923 Bilek Drive<br>Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| S 1200-B | DELAND | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 71.00 | bd | ~~18.50~~ | ~~1,313.50~~ |
| 1120 | Ceiling Sheetrock | 36.00 | bd | ~~19.45~~ | ~~700.20~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

|  |  |
|---|---|
| Net Order | ~~2,013.70~~ |
| Tax | ~~151.03~~ |
| **TOTAL ORDER** | ~~2,164.73~~ |

*(handwritten)*
~~2013.70~~

71 bd. x = 16.05 = 1139.
36 bd x = 17.35 = 624.4
1764.1

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____   Date _____   Superintendent _____   Date _____
Company: RIGHTWAY DRYWALL, INC.

3298 Summit Boulevard      Pensacola   FL   32503                Phone: 850-433-6400   Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**



Page 1

## PURCHASE ORDER
### 500003387

**JOB NUMBER: 127000005B**
**ORDER DATE: 8/11/2006**

| VENDOR: RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                        Fax: | DELIVER TO: Bilek Manor (Cottages)<br><br>Bilek Manor, Lot 5B<br>5923 Bilek Drive<br>Pensacola FL 32526 |
|---|---|

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 1200-B | DELAND | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 107.00 | bd | 29.76 | 3,184.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,728.00 | sqft | 0.15 | 259.20 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 3,443.52 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,443.52** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.     Date _____     Superintendent _____     Date _____

3298 Summit Boulevard      Pensacola   FL    32503                Phone: 850-433-6400   Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

09/12/2006 TUE 7:45 FAX  →→→ Peggy/Joe Daniels                                    ☒002/007

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 09/12/2006 | MIT001 | 112804 |

| Draw ID | Work Order | Ship Date |
|---|---|---|
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 8B
P/O # 500003431 & 3432

5935 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 56 pc 1/2" Regular Drywall | 898.80 |
| 2 | 28 pc Ceiling Drywall | 485.80 |
| 3 | Hang & Finish 84 pc Drywall | 2,499.84 |
| 4 | Hang & Finish 1344 SF Knock Down Ceilings | 201.60 |

'14 ENTERED

SEP 1 8 2006

*"Do It The Right Way; Let Rightway Do It"*

Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | Amount Billed | $4,086.04 |
|---|---|---|
| | Retainage Held | |
| 09/22/2006 | | $4,086.04 |



Page 1

**PURCHASE ORDER**
**500003432**

JOB NUMBER: 127000008B
ORDER DATE: 8/11/2006

**VENDOR:** RIGHTWAY DRYWALL, INC.

P. O. BOX 7017
WARNER ROBINS, GA 31095-7017
Phone:                    Fax:

**DELIVER TO:** Bilek Manor (Cottages)
Bilek Manor, Lot 8B
5935 Bilek Drive
Pensacola FL 32526

| Model # | Model Name | Garage / Driveway |
|---------|------------|-------------------|
| G 922-A | ARBOR | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|------|------------------|----------|------|-----------|-------------|
| | **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | ~~18.50~~ | ~~1,036.00~~ |
| 1120 | Ceiling Sheetrock | 28.00 | bd | ~~18.45~~ | ~~544.60~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Net Order    ~~1,580.60~~
Tax    ~~118.55~~
**TOTAL ORDER**    ~~1,699.15~~

_Total Price Includes Sales Tax If Applicable._

*(handwritten)* Jø B ~~1,580.60~~

$56 \ bd \ x \ 16.05 = 898.80$
$28 \ bd \ x \ 17.35 = 485.80$
$\overline{1384.60}$

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____              Date _____
Company: RIGHTWAY DRYWALL, INC.

Superintendent _____              Date _____

3298 Summit Boulevard      Pensacola   FL   32503          Phone: 850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**



Page 1

### PURCHASE ORDER
**500003431**

**JOB NUMBER:** 127000008B
**ORDER DATE:** 8/11/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:          Fax: | Bilek Manor, Lot 8B 5935 Bilek Drive Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 922-A | ARBOR | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**
Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,701.44 |
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:
by _____     _____     _____     _____
Company: RIGHTWAY DRYWALL, INC.          Date          Superintendent          Date

3298 Summit Boulevard     Pensacola   FL   32503          Phone: 850-433-6400   Fax: 850-433-6447

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA 31095-7017

| Invoice Date 09/12/2006 | Customer ID MIT001 | Invoice ID 112807 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 20 C
P/O # 500003540 & 3541

5914 Bilek Drive

Ship Via
None

## INVOICE

| | | | |
|---|---|---|---|
| 1 | 82 pc 1/2" Regular Drywall | | 1,316.10 |
| 2 | 27 pc Ceiling Sheetrock Drywall | | 468.45 |
| 3 | Hang & Finish 109 pc Drywall | | 3,243.84 |
| 4 | Hang & Finish 1296 SF Knock Down Ceilings | | 194.40 |

'D ENTERED

SEP 1 3 2006



*"Do It The Right Way; Let Rightway Do It"*

Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | Amount Billed | $5,222.79 |
|---|---|---|
| | Retainage Held | |
| 09/22/2006 | | $5,222.79 |



Page 1

| PURCHASE ORDER |
| 500003540 |

**JOB NUMBER: 127000020C**
**ORDER DATE:** 8/14/2006

**VENDOR:** RIGHTWAY DRYWALL, INC.

P. O. BOX 7017
WARNER ROBINS, GA 31095-7017
Phone:                    Fax:

**DELIVER TO:** Bilek Manor (Cottages)

Bilek Manor, Lot 20C
5914 Bilek Dr.
Pensacola FL 32526

| Model # | Model Name | Garage / Driveway |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|------|-----------------|----------|------|------------|-------------|
| **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | | |
| 1000 | Hang & Finish Sheetrock | 109.00 | bd | 29.76 | 3,243.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,296.00 | sqft | 0.15 | 194.40 |

<u>NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP</u>
<u>ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA</u>
<u>DE LA OBRA DE CONSTRUCCIÓN</u>

|  |  |
|--|--|
| Net Order | 3,438.24 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,438.24** |

<u>Total Price Includes Sales Tax If Applicable.</u>

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____        Date _____        Superintendent _____        Date _____
Company: RIGHTWAY DRYWALL, INC.

3298 Summit Boulevard        Pensacola   FL    32503                    Phone: 850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**



Page 1

**PURCHASE ORDER**
**500003541**

**JOB NUMBER:** 127000020C
**ORDER DATE:** 8/14/2006

| VENDOR: RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 20C<br>5914 Bilek Dr.<br>Pensacola FL 32526 |
|---|---|
| **Model #** | **Model Name**                    **Garage / Driveway** |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | 82.00 | bd | 18.50 | 1,517.00 |
| 1000 | 1/2" Regular Sheetrock | 27.00 | bd | 19.45 | 525.15 |
| 1120 | Ceiling Sheetrock | | | | |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,042.15 |
| Tax | 153.16 |
| **TOTAL ORDER** | 2,195.31 |

*(handwritten)* 2047.15

reg ½
ceiling ½

82 bd x 16.05 = 1316.1
27 bd x 17.35 = 468.
1784.5

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:
by
Company: RIGHTWAY DRYWALL, INC.                Date                Superintendent                Date

3298 Summit Boulevard        Pensacola   FL    32503                Phone: 850-433-6400   Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

09/26/2006 TUE 13:55  FAX  →→→ Peggy/Joe Daniels                                    ☑003/005

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 09/26/2006 | Customer ID MIT001 | Invoice ID 112908 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 26 C
P/O # 500008654 83655

*5938 Bilek Drive*

Ship Via
None

## INVOICE

| 1 | 56 pc 1/2" Regular Drywall | 898.80 |
| 2 | 28 pc Ceiling Drywall | 485.80 |
| 3 | Hang & Finish 84 Drywall Boards | 2,499.84 |
| 4 | 1344 SF Knock Down Ceiling Finish | 201.60 |



SEP 2 7 2006



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| Amount Billed | $4,086.04 |
|---|---|
| Retainage Held | |

10/06/2006                                                                $4,086.04



Page 1

### PURCHASE ORDER
### 500003655

**JOB NUMBER:** 127000026C
**ORDER DATE:** 8/14/2006

| | |
|---|---|
| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 26C<br>5938 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922-C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35120 DRYWALL MAT* \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | ~~16.50~~ | ~~1,036.00~~ |
| 1120 | Ceiling Sheetrock | 28.00 | bd | ~~18.45~~ | ~~544.60~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 1,580.60 |
| Tax | ~~118.55~~ |
| **TOTAL ORDER** | ~~1,699.15~~ |

*[handwritten:]*

56 bd x 16.05 = 898.8
28 bd x 17.35 = 485.8
$ 1384.6

$ 1384.60

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.                Date _____      Superintendent _____      Date _____

3298 Summit Boulevard        Pensacola   FL    32503                    Phone: 850-433-6400  Fax: 850-433-644

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES



Page 1

## PURCHASE ORDER
### 500003654

**JOB NUMBER: 127000026C**
**ORDER DATE: 8/14/2006**

| | |
|---|---|
| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 26C<br>5938 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922-C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

| | |
|---|---|
| Net Order | 2,701.44 |
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____          Date _____          _____          Date _____
Company: RIGHTWAY DRYWALL, INC.                                      Superintendent

3298 Summit Boulevard      Pensacola   FL    32503          Phone:  850-433-6400   Fax: 850-433-644

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

This Document Relates to
ALL CASES

: MDL No. 2047
: Section L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

## CONTRACTOR/INSTALLER DEFENDANT PROFILE FORM

All Contractor/Installer Defendants must complete and submit this Contractor/Installer Defendant Profile Form. Each Contractor/Installer Defendant must sign and date a separate Contractor/Installer Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL.  If additional knowledge becomes known after completion, this Contractor/Installer Defendant Profile Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question with this Contractor/Installer Defendant Profile Form that relates to the specific attachment or document.  Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF CONTRACTOR/INSTALLER DEFENDANT COMPLETING THIS PROFILE FORM**

   A.   Contractor/Installer Name ___Rightway Drywall Inc.___

   B.   Address _7425 Cochran Street, Macon, Georgia 31216_

   C.   Phone number _(478) 785-8444_

   D.   Email ___None___

   E.   President or CEO __Mike Jenkins__

   F.   Headquarters if Foreign _____

   G.   Address of USA Headquarters __Same As Above__

   H.   Principal Place of Business in USA __Georgia__

   (If you have identified more than one entity in IA above separately answer IB-IH for each entity.)

II.   **COUNSEL INFORMATION OF CONTRACTOR/INSTALLER DEFENDANT**

   A.   Name: _S. Greg Burge_

   B.   Address: _420 N. 20th Street, Suite 3400, Birmingham, AL 35203_

   C.   Phone Number: _205-251-3000_

   D.   Fax Number: _205-244-5612_

   E.   E-mail: _gburge@burr.com_

III.     **INFORMATION ON PLAINTIFF PROPERTY OWNER, ENTER OR OCCUPANT**

    A.    Name ___ Mitchell Homes is the plaintiff.  They may have owned the homes at the time

        they were built.  We have no knowledge of who now owns or occupies them..

    B.    Address of Affected Property:  Bilek Manor lots 4B, 5B, 8B, 20C, 21C, 23C, 25C, 26C ___

    C.    Case Docket No. **09- 4115** _____

IV.     **INFORMATION ON SPECIFIC PROPERTIES**

    A.    For each property identified in Section III above that you have performed an inspection on or have information concerning, answer the following:

        1.    Do you have any contracts or agreements concerning Drywall with the Property owner, renter or occupant? Yes _____ No √

            If yes, provide the following information:

            Parties to the agreement: _____

            Date of contract or agreement:  ___/___/_____ (Month / Day / Year)

            Subject of contract or agreement: _____

            Provide a complete copy of the contract or agreement.

        2.    Did you issue any warranties for the product installed in the property?

            Yes _____ No √

            Please provide a complete copy of any warranty.

        3.    Are you aware of any warranties provided by any subcontractors or installers concerning the drywall installed on the property?  If yes, describe the terms of the warranty.

            _____

            Provide a copy of any such warranty.

        4.    Have you had any correspondence or other communication with the Property owner, renter or occupant or any family member concerning Drywall or any construction or remediation matter? Yes _____ No _____

            If yes, provide the following information:

            All dates of correspondence or communications:

                ___/___/_____ (Month / Day / Year)

                ___/___/_____ (Month / Day / Year)

                ___/___/_____ (Month / Day / Year)

Who was the correspondence or communications by, between or among?

_There is correspondence with Mitchell Homes - after the fact._

What was the substance of the correspondence or communications?

_The correspondence is attached.  It sets out  8 or 9 lots where they claim to have found bad sheetrock._

Attach copies of the correspondence or communications.

5.     Have you performed any inspection(s), testing or analysis of the property?

Yes _____ No _√_

If yes, provide the following information:

Date of inspection, testing or analysis:  ___/___/_____ (Month / Day / Year)

Who performed the inspection, testing or analysis? _____

Description of what was inspected, tested or analyzed: _____

Attach copies of the complete inspection, test or analysis report.

Wee any photographs taken?  Yes _____ No _____ How many? _____

Attach copies of all photographs.

What was the reason for the inspection, testing or analysis? _____

Had there been any complaints about this property leading to the inspection, testing or analysis?  _Not to us_ _____

6.     Has any sampling of drywall been performed of the property?  Yes _____ No _√_

If yes, provide the following information:

Date of sampling:  ___/___/_____ (Month / Day / Year)

Name and address of entity that performed the sampling:

_____

Describe the sample provided for testing, including approximate size:

_____

Specific location within property from which sample was taken:

_____

Purpose for which samples were taken (e.g., specific tests that were to be performed):

_____

Attach complete copies of all sampling reports.

7.  Have any statements been taken in connection with property or claim?

    Yes _____       No _√___

    If yes, provide the following information:

    Date of statement:  ____/____/_____ (Month / Day / Year)

    Who provided the statement? _____

    Was it recorded? Yes _____ No _____

    In what form was the statement provided?  Written _____ Verbal _____

    Who did the person work for that took the statement? _____

    What was the substance of the statement? _____

    Attach complete copies of all statements.

8.  Have any communications or correspondence regarding the property taken place with any drywall contractor / installer, building, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _√___ No _____

    If yes, provide the following information:

    Date of correspondence or communication:  _03_/____/2009_ (Month / Day / Year)

    Who was the correspondence or communication by, between or among?

    _____ Mike Jenkins and Bill Batting with Emerald Coast Building Materials in Pensacola, Florida _____

    What was the substance of the correspondence or communication?

    _ If they had purchased any Chinese drywall. _____
    _ He said yes for a short period in August, 2006. _____

    Attach all copies of the correspondence or communication, or report from the communication.

9.  Have you received any communication concerning the subject property regarding the presence of Chinese Drywall?

    Attach copies of all communications.

10. Have you received a request from anyone to repair the subject property? Yes ____ No ____

    If so, from whom did you receive the request? _____.

11. Have you retained, employed or associated any experts or investigators to evaluate problems associated with Chinese Drywall? Yes _____ No _√_

If yes, please provide the following information:

Name: _____

Address: _____

_____

_____

_____

Phone Number: _____

Fax Number: _____

E-Mail: _____

Cell Phone: _____

Date retained: _____/_____/_____ (Month / Day / Year)

Purpose for which retained: _____

Area of expertise: _____

Have any reports or findings been issued? Yes _____ No _____

If so, please provide complete copies of any such reports or findings.

Please provide a copy of any Curriculum Vitae for each individual identified.

V.   **INSTALLATION OF DRYWALL AT THE SPECIFIC PROPERTIES**

B.   For each property identified in Section III above that you installed or acted as a contractor for the installation of Drywall, answer the following:

1.   Did you have any contracts or agreements concerning Drywall installation with the Property owner, renter or occupant? Yes _____ No √

If yes, provide the following information:

Parties to the agreement: _____

Date of contract or agreement: _____/_____/_____ (Month / Day / Year)

Provide a complete copy of the contract or agreement.

2.   Provide the name and address of each individual employee that installed Drywall at the property:   There are no records to show who would have installed it in those 8 or 9 properties.

3.   Provide the name and address of any subcontractors or installers who were involved in the selection and/or installation of all drywall located on the property: _____

_____

4.   Are you aware of any complaints or other problems with the subject drywall, whether raised by your employees, the installers, finishers, homeowners, or anyone else, concerning the drywall installed in the subject premises? If so, please state the exact nature of such complaints or problems:   No.

Attach all documents describing such complaints or problems.

5.　Was any action taken to remedy such complaints or other problems?  Describe all such actions:  　No.

Attach all documents describing such actions taken.

## VI.　CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1.　For all Drywall installed in the subject property, identify:

　　a.　Name of Chinese Drywall Manufacturer:  　Unknown

　　b.　Address of Chinese Drywall Manufacturer:  　Unknown

　　c.　Name of Drywall product:  　Unknown

　　d.　Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):  　Unknown

　　e.　List all trademarks of the product:

　　f.　The name and address of the supplier of the Drywall:  　Emerald Coast Building Materials, 8040 North Palafox Street, Pensacola FL  32534

　　g.　Date you purchased the Drywall from the supplier:  　August and September, 2006

　　h.　Amount of Drywall installed in the property:  　Its contained on attached invoices.

　　i.　Price you paid for the Drywall installed in the property::  　We are attempting to locate this information

Provide documents relating to all of the above.

2.　Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes ＿＿ No  √

If so, whom?

3.　Prior to installation of the drywall in the property identified in Section IV above:

　　a.　Where was the product stored:  　Unknown

　　b.　Dates of storage?  From ＿＿/＿＿/＿＿＿ (Month / Day / Year) to ＿＿/＿＿/＿＿＿ (Month / Day / Year)

　　c.　Were any complaints made or received regarding storage of the product? Yes ＿＿ No ＿＿

Provide copies of all documentation.

VII:   **PROPERTY DRYWALL REPAIR OR REPLACEMENT**

    A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Contractor/Installer Defendant Profile Form? Yes _____ No √

        If yes, please provide the following information:

        Date _____/_____/_____ (Month / Day / Year)

    B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stove, etc.) at the subject property? Yes _____ No √

        If yes, please provide the following information:

        Date _____/_____/_____ (Month / Day / Year)

    C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes _____ No √

        If yes, please provide the following information:

        Date _____/_____/_____ (Month / Day / Year)

    E.    Have you repaired or replaced any personal items at the subject property? Yes _____ No √

        If yes, please provide the following information:

        Date _____/_____/_____ (Month / Day / Year)

    F.    Have you made any offers to repair any of the property described in Section VI (A) thru (E) above? Yes _____ No √     It was our understanding that the builder, Mitchell Homes, who sued us, have replaced evaporative coils on these properties.

        Provide copies of all documentation:

VIII.   **INSURANCE**

    A.    Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001-2009:

        For each policy, identify the following:

        Insurer:   Auto Owners Insurance Company

        Dates policy in effect:  01 / 01 / 06  (Month / Day / Year) to  01 / 01 / 07  (Month / Day / Year)

        Policy Number:   014618-48471088-06

        Type of Policy:   CGL

        Insurance Agent:   BB&T Insurance Services

        Policy Coverage Limits:   2,000,000

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.     Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date:              ____/____/_____ (Month / Day / Year)

Insurer:          This lawsuit was the only claim made concerning

Nature of Claim:     these events.  Auto Owners is defending under a

Insurer's response to claim:  reservation of rights,

Final resolution of claim:  _____

Please provide copies of any claims.

C.     Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

Please provide copies of any documentation supporting the above.  Attach reservation and Declaration page.

### *CERTIFICATION*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Contractor/Installer's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____      Michael S. Jenkins    9-1-09
Signature                    Print Name              Date

1772542 v1                          9

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY

## *Auto-Owners Insurance*

### Life Home Car Business
*The 'No Problem' People®*

May 14, 2009

**BRANCH CLAIM OFFICE**
**4900 Bayou Blvd., Suite 100 • P.O. Box 2640**
**Pensacola, Florida 32513-2640**
**850-478-0205  FAX 850-476-3106**
**1-800-437-2240**
**WWW.AUTO-OWNERS.COM**

Rightway Drywall, Inc.
PO Box 7017
Warner Robins, GA  31095
Attention: Mike Jenkins

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**AND REGULAR MAIL**

Re:  Claim No.    : 38-423-09
     Insured      : Rightway Drywall, Inc.
     Date of Loss : Unknown
     Plaintiffs   : The Mitchell Company, Inc., individually and
                    on behalf of others similarly situated
     Subject      : **RESERVATION OF RIGHTS**

Dear Mr. Jenkins:

As you may have been previously advised, Owners Insurance Company has retained Burr & Forman, LLP, Attorneys at Law, PO Box 830719, Birmingham, AL 35283-0719 (205)251-3000 to represent you in connection with the suit filed In the United States District Court for the Northern District of Florida by The Mitchell Company, Inc., individually and on behalf of others similarly situated, Plaintiffs vs. Rightway Drywall, Inc., a Georgia corporation, Defendant.

The purpose of this letter is to reserve the rights of the parties to the policy of insurance that you have with Owners Insurance Company relating to the incident out of which this claim arises. Because the facts of this case may ultimately result in liability against you based upon a claim of pollution, Owners Insurance Company will proceed to handle this case under a Reservation of Rights.

Any action which may be taken by the Owners Insurance Company, its attorneys or representatives, in investigating, appearing in, or defending, the aforesaid suit shall not be held to be an admission of, or an assumption of liability by Owners Insurance Company under the said policy of insurance, nor shall it be a waiver of Owners' rights under such policy of insurance, or of its right to disclaim coverage, nor operate, by any way, as an estoppel against the assertion of any such rights with respect to you or any other person, firm or corporation.

Owners Insurance Company is reserving its rights under the policy of insurance for the following reasons under the following policy provisions:

*~ Serving Our Policyholders and Agents for More Than 90 Years ~*

Mike Jenkins
Rightway Drywall, Inc.
38-423-09
May 14, 2009
Page Two

Your policy is made up of coverage parts that include Commercial General Liability Coverage Form CG 00 01 11 88 along with endorsements that amend this form, which are Amendment of Insuring Agreement - Known Injury or Damage 55229 (1-02); Exclusion - Completed Operations - Property Damage to Your Work 55209 (1-01); and Amendment of Pollution Exclusion - Exception for Building Heating Equipment 55145 (12-01). These forms provide, in part, as follows:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying

as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

COMMERCIAL GENERAL LIABILITY
55229 (1-02)

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the COMMERCIAL GENERAL LIABILITY COVERAGE PART.

It is agreed:

Paragraph 1. Insuring Agreement of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I) is deleted and replaced by the following:

**1. Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit"

Mike Jenkins
Rightway Drywall, Inc.
38-423-09
May 14, 2009
Page Three

seeking those damages. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

> **(1)** The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (Section III); and

> **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

> No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

> **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

> **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

> **(3)** Prior to the policy period, no insured listed under Paragraph 1. of WHO IS AN INSURED (Section II) and no employee authorized by you to give or receive notice of an "occurrence" or claim, knew or should have known that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized employee knew or should have known, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of WHO IS AN INSURED (Section II) or any employee authorized by you to give or receive notice of an "occurrence" or claim:

> **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

> **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

Mike Jenkins
Rightway Drywall, Inc.
38-423-09
May 14, 2009
Page Four

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**d.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

All other policy terms and conditions apply.

In the above captioned claim, the information we have been provided to-date regarding the claimed damages is that: Rightway Drywall supplied defective drywall directly or indirectly from the manufacturers who manufactured the defective drywall from China. Rightway agreed to furnish and install drywall for the Mitchell Company. The Chinese drywall was ultimately purchased from Emerald Coast Drywall in Pensacola, FL.

This drywall is alleged to be made from materials that are so high in sulfur that the drywall is unsuitable for its intended purposes and to be uniformly and inherently defective in that even when properly installed and used for its intended purpose, the drywall chemically reacts with the metals and causes corrosion of other metal products; namely HVAC coils and components, and other affected materials and items, are being attacked by a chemical reaction causing extensive corrosion.

The term "property damage" has a specific definition as set forth in your policy:

**12.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

The "property damage" must have been caused by an "occurrence". The term "occurrence" is also defined by your policy:

**9.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We would also like to point out applicable exclusions we believe may be applicable and they are as follows:

Mike Jenkins
Rightway Drywall, Inc.
38-423-09
May 14, 2009
Page Five

**2. Exclusions.**

This insurance does not apply to:

**f.** **(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

> **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any insured. However, this subparagraph, **(a)**, does not apply to "bodily injury" if sustained within a building at such premises, site or location and caused by smoke, fumes, vapor or soot from equipment used to heat a building at such premises, site or location. **(See Endorsement 55145)**

> **(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

> **(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

> **(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

> > **(i)** if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

> > **(ii)** if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

> Subparagraphs (a) and (d) (i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

> As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**(2)** Any loss, cost or expense arising out of any:

> **(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

Mike Jenkins
Rightway Drywall, Inc.
38-423-09
May 14, 2009
Page Six

     **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

     Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**k.** "Property damage" to "your product" arising out of it or any part of it.

**l.** "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard." **(See endorsement 55209)**

**m.** "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

     **(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work;" or

     **(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

     This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

     **(1)** "Your product;"

     **(2)** "Your work;" or

     **(3)** "Impaired property;"

     if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises rented to you. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (SECTION III).

Mike Jenkins
Rightway Drywall, Inc.
38-423-09
May 14, 2009
Page Seven

Owners Insurance Company has agreed to tender Rightway Drywall, Inc. a defense of this lawsuit in order to obtain additional information about the damages alleged by the Plaintiffs; however, please be aware that defense of this lawsuit may be withdrawn if we find, during discovery, that there is not a covered loss under the provisions outlined in your Commercial General Liability policy.

If any amendment to the lawsuit is filed, please provide a copy to us for purposes of determining what, if any, coverage may be available.

All rights, terms, conditions, and exclusions in your policy are in full force and effect and are completely reserved. No action by any employee, agent, attorney or other person on behalf of Owners Insurance Company; or hired by Owners Insurance Company on your behalf; shall waive or be construed as having waived any right, term, condition, exclusion or any other provision of the policy.

Sincerely,

Kathleen Jernigan, ACA, AIC
Field Claim Representative
Extension 14
"jernigan.kathleen@aoins.com"
Kjj
Enclosures

Cc: BB & T Insurance Services, Inc.
    4951 Forsyth Road, 1st Floor
    Macon, GA  31210

Cc: S. Greg Burge
    Attorney at Law
    420 North 20th Street, Suite 3400
    Birmingham, AL  35203

# *Owners*

Page 1

55040 (11/87)
Issued 11-15-2005

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

AGENCY BB&T INSURANCE SERVICES
18-0130-00     MKT TERR 073     (478) 405-4200

INSURED RIGHTWAY DRYWALL INC

Renewal Effective 01-01-2006

**POLICY NUMBER   014618-48471088-06**

ADDRESS PO BOX 7017

WARNER ROBINS, GA  31095-7017

| Agency Bill | POLICY TERM |
|---|---|
| | 12:01 a.m.   12:01 a.m. |
| | 01-01-2006 to 01-01-2007 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## COMMERCIAL GENERAL LIABILITY COVERAGE

**LIMITS OF INSURANCE**
General Aggregate Limit
(Other Than Products-Completed Operations)                    $2,000,000
Products-Completed Operations Aggregate Limit                  2,000,000
Personal And Advertising Injury Limit                          1,000,000
Each Occurrence Limit                                          1,000,000
Fire Damage Limit                                                300,000 Any One Fire
Medical Expense Limit                                             10,000 Any One Person

Twice the "General Aggregate Limit", shown above, is provided at no additional charge for each 12 month period in accordance with form 55050.

**AUDIT TYPE: Annual Audit**

**FORMS THAT APPLY TO LIABILITY:** 59350  (02-03)  55118  (08-91)  55146  (07-96)
IL0021 (11-85)  55029  (07-87)  CG0001 (11-88)  IL0262 (09-94)  IL0017 (11-85)
55064  (07-87)  CL175  (02-86)  55069  (01-88)  55137  (06-92)  CG2147 (09-89)
55068  (08-89)  55202  (05-00)  55145  (12-01)  55229  (01-02)  55091  (01-03)
55050  (06-01)  55298  (05-05)  55282  (04-05)  55214  (12-00)  55209  (01-01)

**LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY**

LOC 001  BLDG 001 102 Samantha Dr
                 Bonaire, GA  31005

TERRITORY:  003   COUNTY:  Houston

| Classification | Subline | Premium Basis | Rates | Premium |
|---|---|---|---|---|
| CODE 00501 Commercial General Liability Plus Endorsement Included At 7% Of The Premises Operation Premium | Prem/Op | Prem/Op Prem Inc | Inc | Inc |
| CODE 91585 Contractors - Subcontracted Work - In Connection With Construction, Reconstruction, Repair Or Erection Of Buildings | Prem/Op Prod/Comp Op | Total Costs If Any If Any | Each 1000 | Inc Inc |
| CODE 92338 Dry Wall Or Wallboard Installation. | Prem/Op Prod/Comp Op | Payroll 800,000 800,000 | Each 1000 13.813 6.388 | $11,050.00 $5,110.00 |

# Mitchell Homes

Mr. Mike Jenkins                                              March 3, 2009
Rightway Drywall, Inc.
7425 Cochran Street
Macon, Georgia  31216

Dear Mike,

I hope you can be of some assistance.  I am sure you are aware of the Chinese sheetrock issue in southern Florida.  It appears as though Lennar has taken a direct hit.

We have had some of the same symptoms here in Pensacola.  Specifically, we have experienced repeated replacements of evaporative coils.  This has been confined to one subdivision and to date nine homes.

I have enclosed the sheetrock invoices for the homes experiencing the problem.  My request of you is to enquire with Emerald Coast as to the possibility of these homes containing the suspect sheetrock.

The stories from South Florida are trickling North via the Internet.  We would like to be proactive with our action before the trickle turns flood-like.  Our experience is limited to the replacement of evaporative coils only.

Mike if there is any information you can provide, we would be most appreciative.

Respectfully,

Tom Caldwell
Mitchell homes
Pensacola, Florida

08/29/2006 TUE 10:43 FAX  →→→ Peggy/Joe Daniels                                    ☒004/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 08/29/2006 | Customer ID MIT001 | Invoice ID 112710 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 4 B
P/O # 500002513 & 2514

5919 *Bilek Drive*

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 82 pc - 1/2" Drywall | 1,617.00 |
| 2 | 27 pc Ceiling Drywall | 525.15 |
| 3 | Hang & Finish 109 pc Drywall | 3,243.84 |
| 4 | Hang & Finsh Knock Down Ceiling | 194.40 |

RECEIVED
AUG 3 0 2006
BY



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

| DATE DUE: | Amount Billed | $5,480.39 |
|---|---|---|
| | Retainage Held | |
| 09/08/2006 | | $5,480.39 |



Page 1

## PURCHASE ORDER
### 500002513

**JOB NUMBER: 127000004B**
**ORDER DATE: 8/1/2006**

| VENDOR: RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | DELIVER TO: Bilek Manor (Cottages)<br>Bilek Manor, Lot 4B<br>5919 Bilek Dr<br>Pensacola FL 32526 |
| --- | --- |

| Model #<br>G 1016-AP | Model Name<br>FREEPORT | Garage / Driveway<br>RH |
| --- | --- | --- |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
| --- | --- | --- | --- | --- | --- |
| **** 35110 DRYWALL LABOR **** | | | | | |
| 1000 | Hang & Finish Sheetrock | 109.00 | bd | 29.76 | 3,243.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,296.00 | sqft | 0.15 | 194.40 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
| --- | --- |
| Net Order | 3,438.24 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,438.24** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____   Date _____
Company: RIGHTWAY DRYWALL, INC.

Superintendent _____   Date _____

3298 Summit Boulevard      Pensacola   FL   32503                Phone: 850-433-6400   Fax: 850-433-644

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES



Page 1

| **PURCHASE ORDER** |
|---|
| **500002514** |

**JOB NUMBER:** 127000004B
**ORDER DATE:** 8/1/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 4B<br>5919 Bilek Dr<br>Pensacola FL 32526 |
|---|---|

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| G 1016-AP | FREEPORT | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 82.00 | bd | 18.50 | 1,517.00 |
| 1120 | Ceiling Sheetrock | 27.00 | bd | 19.45 | 525.15 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,042.15 |
| Tax | ~~156.16~~ |
| **TOTAL ORDER** | ~~2,198.31~~ |

*Paid 2,042.15*

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____     Date _____     Superintendent _____     Date _____
Company: RIGHTWAY DRYWALL, INC.

3298 Summit Boulevard     Pensacola  FL   32503                    Phone: 850-433-6400  Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

08/29/2006 TUE 10:44 FAX  →→→ Peggy/Joe Daniels                    @005/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
|--------------|-------------|------------|
| 08/29/2006 | MIT001 | 112711 |

| Draw ID | Work Order | Ship Date |
|---------|------------|-----------|
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 23 C
P/O # 500003348 & 3349

5926  Bilek Due

Ship Via
None

## INVOICE

| | | |
|---|---|---:|
| 1 | 92 pc - 1/2" Drywall | 1,702.00 |
| 2 | 40 pc Ceiling Drywall | 778.00 |
| 3 | Hang & Finish 132 pc Drywall | 3,928.32 |
| 4 | Hang & Finish Knock Down Ceilings | 236.10 |




ENTERED

RECEIVED
AUG 3 0 2006
BY:_____



"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

Amount Billed          $6,644.42

Retainage Held

09/08/2006                          $6,644.42



Page 1

| **PURCHASE ORDER** |
|:---:|
| **500003348** |

**JOB NUMBER: 127000023C**
**ORDER DATE: 8/9/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 23C<br>5926 Bilek Dr.<br>Pensacola FL 32526 |
|---|---|

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| G 1254 A | Delmar | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 132.00 | bd | 29.76 | 3,928.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,574.00 | sqft | 0.15 | 236.10 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

| | |
|---|---|
| Net Order | 4,164.42 |
| Tax | 0.00 |
| **TOTAL ORDER** | **4,164.42** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company:  RIGHTWAY DRYWALL, INC.     Date _____     Superintendent _____     Date _____

3298 Summit Boulevard     Pensacola  FL   32503          Phone:  850-433-6400   Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**



Page 1

## PURCHASE ORDER
### 500003349

**JOB NUMBER: 127000023C**
**ORDER DATE: 8/9/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | Bilek Manor, Lot 23C<br>5926 Bilek Dr.<br>Pensacola FL 32526 |

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| G 1254 A | Delmar | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35120 DRYWALL MAT* \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 92.00 | bd | 18.50 | 1,702.00 |
| 1120 | Ceiling Sheetrock | 40.00 | bd | 19.45 | 778.00 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,480.00 |
| Tax | ~~135.00~~ |
| TOTAL ORDER | ~~2,666.00~~ |

*$2,480.00*

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:
by _____          Date _____
Company: RIGHTWAY DRYWALL, INC.          Date _____          Superintendent          Date _____

3298 Summit Boulevard      Pensacola   FL      32503                    Phone: 850-433-6400   Fax: 850-433-644

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

08/29/2006 TUE 10:44 FAX →→→ Peggy/Joe Daniels ☒006/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 08/29/2006 | Customer ID MIT001 | Invoice ID 112712 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 25 C
P/O # 500003350 & 3351



5934 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 56 pc 1/2" Drywall | 1,036.00 |
| 2 | 28 pc Ceiling Drywall | 544.60 |
| 3 | Hang & Finish 84 pc Drywall | 2,499.84 |
| 4 | Hang & Finish Knock Down Ceilings | 201.60 |

RECEIVED
AUG 3 0 2006
BY: _____



"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | |
|---|---|
| Amount Billed | $4,282.04 |
| Retainage Held | |
| 09/08/2006 | $4,282.04 |



Page 1

**PURCHASE ORDER**
**500003350**

JOB NUMBER: 127000025C
ORDER DATE: 8/9/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 25C<br>5934 Bilek Dr.<br>Pensacola FL 32526 |
|---|---|

| **Model #** | **Model Name** | **Garage / Driveway** |
|---|---|---|
| S 922 C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

| | |
|---|---|
| Net Order | 2,701.44 |
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____     Date _____          Superintendent _____     Date _____
Company: RIGHTWAY DRYWALL, INC.

3298 Summit Boulevard       Pensacola   FL    32503                         Phone:  850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**



Page 1

**PURCHASE ORDER**
**500003351**

**JOB NUMBER: 127000025C**
**ORDER DATE: 8/9/2006**

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:            Fax: | Bilek Manor, Lot 25C<br>5934 Bilek Dr.<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922 C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | 18.50 | 1,036.00 |
| 1120 | Ceiling Sheetrock | 28.00 | bd | 19.45 | 544.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

|  |  |
|---|---|
| Net Order | 1,580.60 |
| Tax | ~~118.55~~ |
| **TOTAL ORDER** | ~~1,699.15~~ |

*$1580.60*

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____        Date _____        _____        Date _____
Company: RIGHTWAY DRYWALL, INC.                Superintendent

3298 Summit Boulevard      Pensacola  FL   32503        Phone:  850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

09/05/2006 TUE 16:48 FAX →→→ Peggy/Joe Daniels ☒006/006

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA 31095-7017

| Invoice Date 09/05/2006 | Customer ID MIT001 | Invoice ID 112748 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor Cottags Lot 21 C
PO # 500003346 & 3347

5918 BILAC DRIVE

Ship Via
None

## INVOICE



| | |
|---|---|
| 92 pc 1/2" Drywall | 1,702.00 |
| 40 pc Ceiling Drywall | 778.00 |
| Hang &Finish 132 pc Drywall | 3,928.32 |
| 1574 SF Knock Down Ceilings | 236.10 |

ENTERED

MiKe
18.5¢/SHEET !!!
No CHANGE from LAST WEEK!
our Conversation
TOM

RECEIVED
SEP - 8 2006

"Do It The Right Way; Let Rightway Do It"
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | | |
|---|---|---|
| | Amount Billed | $6,644.42 |
| | Retainage Held | |
| 09/15/2006 | | $6,644.42 |



Page 1

**PURCHASE ORDER**
**500003346**

**JOB NUMBER: 127000021C**
**ORDER DATE:** 8/9/2006

| **VENDOR:** RIGHTWAY DRYWALL, INC. | **DELIVER TO:** Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:          Fax: | Bilek Manor, Lot 21C 5918 Bilek Drive Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 1254-B | DELMAR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35110 DRYWALL LABOR* \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 132.00 | bd | 29.76 | 3,928.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,574.00 | sqft | 0.15 | 236.10 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 4,164.42 |
| Tax | 0.00 |
| **TOTAL ORDER** | **4,164.42** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____                    _____                    _____                    _____
Company: RIGHTWAY DRYWALL, INC.          Date                         Superintendent                                  Date

3298 Summit Boulevard          Pensacola    FL    32503                         Phone:  850-433-6400   Fax: 850-433-64⁄

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**



Page 1

## PURCHASE ORDER
### 500003347

JOB NUMBER: 127000021C
ORDER DATE: 8/9/2006

| VENDOR: RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | DELIVER TO: Bilek Manor (Cottages)<br>Bilek Manor, Lot 21C<br>5918 Bilek Drive<br>Pensacola FL 32526 |
|---|---|

| Model #<br>G 1254-B | Model Name<br>DELMAR | Garage / Driveway<br>LH |
|---|---|---|

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 92.00 | bd | 18.50 | 1,702.00 |
| 1120 | Ceiling Sheetrock | 40.00 | bd | 19.45 | 778.00 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 2,480.00 |
| Tax | ~~166.00~~ |
| **TOTAL ORDER** | ~~2,666.00~~ |

$2,480.00

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____          Date _____
Company: RIGHTWAY DRYWALL, INC.

Superintendent _____          Date _____

3298 Summit Boulevard      Pensacola   FL   32503          Phone: 850-433-6400  Fax: 850-433-64~~

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 09/12/2006 | Customer ID MIT001 | Invoice ID 112803 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 5B
P/O #500003387 & 3388

5923 *Bilek Drive*

Ship Via
None

# INVOICE

| | | |
|---|---|---|
| 1 | 71 pc - 1/2" Drywall | 1,139.55 |
| 2 | 36 pc Ceiling Drywall | 624.60 |
| 3 | Hang & Finish 107 pc Drywall | 3,184.32 |
| 4 | Hang & Finish 1728 SF Knock Down Ceilings | 259.20 |





SEP 1 3 2006



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| | Amount Billed | $5,207.67 |
|---|---|---|
| | Retainage Held | |
| 09/22/2006 | | $5,207.67 |



Page 1

**PURCHASE ORDER**

**500003388**

**JOB NUMBER:** 127000005B
**ORDER DATE:** 8/11/2006

| | |
|---|---|
| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:            Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 5B<br>5923 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 1200-B | DELAND | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35120 DRYWALL MAT* \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 71.00 | bd | ~~18.50~~ | ~~1,313.50~~ |
| 1120 | Ceiling Sheetrock | 36.00 | bd | ~~19.45~~ | ~~700.20~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | ~~2,013.70~~ |
| Tax | ~~151.03~~ |
| **TOTAL ORDER** | ~~2,164.73~~ |

*71 bd. x = 16.05 = 1139.*
*36 bd x = 17.35 = 624.4*
*1764.1*

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____  Date _____
Company: RIGHTWAY DRYWALL, INC.

Superintendent _____  Date _____

3298 Summit Boulevard      Pensacola   FL    32503                    Phone:  850-433-6400   Fax: 850-433-644?

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**



Page 1

**PURCHASE ORDER**
**500003387**

**JOB NUMBER: 127000005B**
**ORDER DATE: 8/11/2006**

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 WARNER ROBINS, GA 31095-7017 Phone:          Fax: | Bilek Manor, Lot 5B 5923 Bilek Drive Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 1200-B | DELAND | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35110 DRYWALL LABOR* \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 107.00 | bd | 29.76 | 3,184.32 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,728.00 | sqft | 0.15 | 259.20 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 3,443.52 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,443.52** |

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____
Company: RIGHTWAY DRYWALL, INC.          Date _____     Superintendent _____     Date _____

3298 Summit Boulevard      Pensacola    FL    32503                Phone: 850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

09/12/2006 TUE 7:45 FAX  --- Peggy/Joe Daniels                                    ☑002/007

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
|---|---|---|
| 09/12/2006 | MIT001 | 112804 |

| Draw ID | Work Order | Ship Date |
|---|---|---|
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 8B
P/O # 500003831 & 3432

5935 Bilek Drive

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 56 pc 1/2" Regular Drywall | 898.80 |
| 2 | 28 pc Ceiling Drywall | 485.80 |
| 3 | Hang & Finish 84 pc Drywall | 2,499.84 |
| 4 | Hang & Finish 1344 SF Knock Down Ceilings | 201.60 |

SEP 1 8 2006

*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| Amount Billed | $4,086.04 |
|---|---|
| Retainage Held | |
| 09/22/2006 | $4,086.04 |



Page 1

**PURCHASE ORDER**
**500003432**

JOB NUMBER: 127000008B
ORDER DATE: 8/11/2006

**VENDOR:** RIGHTWAY DRYWALL, INC.

P. O. BOX 7017
WARNER ROBINS, GA 31095-7017
Phone:          Fax:

**DELIVER TO:** Bilek Manor (Cottages)
Bilek Manor, Lot 8B
5935 Bilek Drive
Pensacola FL 32526

| Model # | Model Name | Garage / Driveway |
|---------|-----------|-------------------|
| G 922-A | ARBOR | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|------|-----------------|----------|------|-----------|-------------|
| | **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | ~~18.50~~ | ~~1,036.00~~ |
| 1120 | Ceiling Sheetrock | 28.00 | bd | ~~18.45~~ | ~~544.60~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Net Order   ~~1,580.60~~
Tax   ~~118.55~~
**TOTAL ORDER**   ~~1,699.15~~

Total Price Includes Sales Tax If Applicable.

*[handwritten:]* Jd A 1580.60

56  bd  x  16.05 = 898.80
28  bd  x  17.35 = 485.80
1384.60

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____   Date _____   Superintendent _____   Date _____
Company: RIGHTWAY DRYWALL, INC.

3298 Summit Boulevard      Pensacola   FL   32503        Phone:  850-433-6400   Fax: 850-433-6447

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**



Page 1

## PURCHASE ORDER
### 500003431

**JOB NUMBER: 127000008B**
**ORDER DATE: 8/11/2006**

| | |
|---|---|
| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br><br>Bilek Manor, Lot 8B<br>5935 Bilek Drive<br>Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| G 922-A | ARBOR | RH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

| | |
|---|---|
| Net Order | 2,701.44 |
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____          _____          _____          _____
Company: RIGHTWAY DRYWALL, INC.          Date          Superintendent          Date

3298 Summit Boulevard          Pensacola   FL   32503          Phone: 850-433-6400   Fax: 850-433-6447

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date 09/12/2006 | Customer ID MIT001 | Invoice ID 112807 |
|---|---|---|
| Draw ID 2 | Work Order | Ship Date |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 20 C
P/O # 500003540 & 3541

5914 BILEK DRIVE

Ship Via
None

## INVOICE

| | | |
|---|---|---|
| 1 | 82 pc 1/2" Regular Drywall | 1,316.10 |
| 2 | 27 pc Ceiling Sheetrock Drywall | 468.45 |
| 3 | Hang & Finish 109 pc Drywall | 3,243.84 |
| 4 | Hang & Finish 1296 SF Knock Down Ceilings | 194.40 |

ENTERED

SEP 1 3 2006



*"Do It The Right Way; Let Rightway Do It"*

Thank you for choosing Rightway Drywall, Inc.

DATE DUE:                          Amount Billed        $5,222.79

                                   Retainage Held

09/22/2006                                              $5,222.79



Page 1

### PURCHASE ORDER
### 500003540

**JOB NUMBER: 127000020C**
**ORDER DATE:** 8/14/2006

---

**VENDOR:** RIGHTWAY DRYWALL, INC.

P. O. BOX 7017
WARNER ROBINS, GA 31095-7017
Phone:                        Fax:

**DELIVER TO:** Bilek Manor (Cottages)

Bilek Manor, Lot 20C
5914 Bilek Dr.
Pensacola FL 32526

| Model # | Model Name | Garage / Driveway |
|---|---|---|

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35110 DRYWALL LABOR \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 109.00 | bd | 29.76 | 3,243.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,296.00 | sqft | 0.15 | 194.40 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 3,438.24 |
| Tax | 0.00 |
| **TOTAL ORDER** | **3,438.24** |

---

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by
Company: RIGHTWAY DRYWALL, INC.                        Date                        Superintendent                        Date

3298 Summit Boulevard        Pensacola   FL   32503                        Phone: 850-433-6400   Fax: 850-433-6447

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES



Page 1

**PURCHASE ORDER**
500003541

**JOB NUMBER: 127000020C**
**ORDER DATE: 8/14/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:          Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 20C<br>5914 Bilek Dr.<br>Pensacola FL 32526 |
| --- | --- |
| **Model #** | **Model Name**               **Garage / Driveway** |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
| --- | --- | --- | --- | --- | --- |
| **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | | |
| 1000 | 1/2" Regular Sheetrock | 82.00 | bd | ~~18.50~~ | ~~1,517.00~~ |
| 1120 | Ceiling Sheetrock | 27.00 | bd | 19.45 | ~~525.15~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
| --- | --- |
| Net Order | ~~2,042.15~~ |
| Tax | ~~153.16~~ |
| **TOTAL ORDER** | ~~2,195.31~~ |

*(handwritten annotations)*

Reg ½
ceiling ½

82 bd x 16.03 = 1316.1
27 bd. x 17.35 = 468.
1784.5

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____ Date _____     Superintendent _____ Date _____
Company: RIGHTWAY DRYWALL, INC.

3298 Summit Boulevard     Pensacola   FL    32503          Phone:  850-433-6400   Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**

09/26/2006 TUE 13:55  FAX  ---→ Peggy/Joe Daniels                              ☑003/005

Rightway Drywall, Inc.
P.O. Box 7017
Warner Robins, GA  31095-7017

| Invoice Date | Customer ID | Invoice ID |
| 09/26/2006 | MIT001 | 112908 |
| Draw ID | Work Order | Ship Date |
| 2 | | |

To:
Mitchell Homes
3298 Summit Blvd., Suite 18
Pensacola, FL 32503

Job Location:
Bilek Manor - Lot 26 C
P/O # 500008654 83655

5939 Bilek Drive

Ship Via
None

## INVOICE

| 1 | 56 pc 1/2" Regular Drywall | 898.80 |
| 2 | 28 pc Ceiling Drywall | 485.80 |
| 3 | Hang & Finish 84 Drywall Boards | 2,499.84 |
| 4 | 1344 SF Knock Down Ceiling Finish | 201.60 |

SEP 2 7 2006



*"Do It The Right Way; Let Rightway Do It"*
Thank you for choosing Rightway Drywall, Inc.

DATE DUE:

| Amount Billed | $4,086.04 |
| Retainage Held | |

10/06/2006                                                    $4,086.04



Page 1

**PURCHASE ORDER**
**500003655**

**JOB NUMBER: 127000026C**
**ORDER DATE: 8/14/2006**

| VENDOR: RIGHTWAY DRYWALL, INC. | DELIVER TO: Bilek Manor (Cottages) |
|---|---|
| P. O. BOX 7017 <br> WARNER ROBINS, GA 31095-7017 <br> Phone:                    Fax: | Bilek Manor, Lot 26C <br> 5938 Bilek Drive <br> Pensacola FL 32526 |

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922-C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* 35120 DRYWALL MAT \*\*\*\*** | | | | |
| 1000 | 1/2" Regular Sheetrock | 56.00 | bd | ~~16.50~~ | ~~1,038.00~~ |
| 1120 | Ceiling Sheetrock | 28.00 | bd | ~~18.45~~ | ~~544.60~~ |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

Total Price Includes Sales Tax If Applicable.

| | |
|---|---|
| Net Order | 1,580.60 |
| Tax | ~~118.55~~ |
| **TOTAL ORDER** | ~~1,699.15~~ |

*(handwritten)*

56 bd × 16.05 = 898.8
28 bd × 17.35 = 485.8

$ 1384.6

$ 1384.60

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

| by | | Date | | Superintendent | | Date |
|---|---|---|---|---|---|---|
| Company: RIGHTWAY DRYWALL, INC. | | | | | | |

3298 Summit Boulevard        Pensacola  FL    32503          Phone: 850-433-6400  Fax: 850-433-644

**IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES**



Page 1

| PURCHASE ORDER |
|---|
| 500003654 |

**JOB NUMBER: 127000026C**
**ORDER DATE: 8/14/2006**

| **VENDOR:** RIGHTWAY DRYWALL, INC.<br><br>P. O. BOX 7017<br>WARNER ROBINS, GA 31095-7017<br>Phone:                    Fax: | **DELIVER TO:** Bilek Manor (Cottages)<br>Bilek Manor, Lot 26C<br>5938 Bilek Drive<br>Pensacola FL 32526 |
|---|---|

| Model # | Model Name | Garage / Driveway |
|---|---|---|
| S 922-C | ARBOR | LH |

| ITEM | ITEM DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| | **\*\*\*\* *35110 DRYWALL LABOR* \*\*\*\*** | | | | |
| 1000 | Hang & Finish Sheetrock | 84.00 | bd | 29.76 | 2,499.84 |
| 1130 | Hang & Finish Knock Down Ceilings | 1,344.00 | sqft | 0.15 | 201.60 |

**NOTE: SUBCONTRACTOR IS RESPONSIBLE FOR SITE CLEANUP**
**ATENCIÓN: SUBCONTRATISTA ES RESPONSABLE POR LA LIMPIEZA**
**DE LA OBRA DE CONSTRUCCIÓN**

| | |
|---|---|
| Net Order | 2,701.44 |
| Tax | 0.00 |
| **TOTAL ORDER** | **2,701.44** |

Total Price Includes Sales Tax If Applicable.

The work has been completed according to the terms and conditions stated in our contract.
Authorized Signature:

by _____        Date _____          _____        Date _____
Company: RIGHTWAY DRYWALL, INC.                                              Superintendent

3298 Summit Boulevard       Pensacola   FL    32503                    Phone: 850-433-6400   Fax: 850-433-644

## IMPORTANT: PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES