| | |
|---|---|
| From: | 车刚 <sdth818@163.com> |
| To: | ernest@oegusa.com <ernest@oegusa.com> |
| Sent: | 2/23/2009 2:19:03 AM |
| Subject: | metal stud |

Dear Mr. Ernest,

How are you doing, my old friend? Hope you and your business are going very well.

Thank you for your great efforts and patient on our business during our past cooperation. As far as we know that your government is carrying out many bailout plans. And the economic is turning better and better. We received several inquiries on the gypsum board and metal studs from U.S. You are one of our first-ten customers since we have a very good cooperation record. So we prefer to restarting our U.S business with you rather than others. Please inform us if you are interested on it.

Looking forward to your early reply!

Best wishes to you and your family!


--
车刚
Bill Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

_____

网易邮箱, 中国第一大电子邮件服务商