| | |
|---|---|
| **From:** | jihua xu <mxu@americantrademax.com> |
| **To:** | sdth818@163.com <sdth818@163.com> |
| **Sent:** | 3/20/2006 11:50:02 PM |
| **Subject:** | gypsum boards |

Dear Mr. Che,
It was nice talking to you over the phone. Based on our telephone conversation, I am sending you this request regarding detail information that I needed for gypsum board.
As I told you, we had made some contact earlier and are ready to start importing gypsum board as another line of products. We are one of the largest flooring material importers in southern part of United States, our current import volume in flooring are 110 containers per month.

I would really appreciate if you could provide me with following information,
Price: 4"x8"x1/2"; 4"x8"x5/8"; 4"x12"x1/2"; 4"x12"x5/8" in different finishes.
Packing: How they are packed? Howmany sheets in one package? 68 pieces?
Shipping: How would it be shipped?
Freight cost: What is the freight cost to New Orleans? Does freight charged by cubic volume?
Could you provide me all these information today?
Office in China
2508 Jia Tang Highway, Shanghai 201816
Contact person: Michelle Zhang 13301683552
Looking forward to hear from you soon.

Best Regards

Michael Hsu (General Maneger)
Pacific Products, LLC
1440 Canal Street, Suite1829
New Orleans, Louisiana 70112
Tel.: (504)237-3452, (504)988-3930
Fax: (504)988-7194

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000904

**From:** Russell Ionin <russell11235@yahoo.com>
**To:** Clempwl123@163.com <Clempwl123@163.com>
**Sent:** 3/30/2006 7:33:44 PM
**Subject:** Gypsum Board to USA
**Attachments:** gypsum_board_to_USA.xls

Dear Frank,
The following attached is the specification of the gypsum board I need. I need to purchase 16000000 sq feet. Please, review specification and send me cost for
CNF Miami/ square foot and FOB/square foot.
Thank you
Russell Ionin

Yahoo! Messenger with Voice. PC-to-Phone calls for ridiculously low rates.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0023790

| From: | syv.co <syvco@msn.com> |
|---|---|
| To: | sdth818@163.com <sdth818@163.com> |
| Sent: | 4/11/2006 11:59:03 PM |
| Subject: | 石膏板询价 |

车经理：

您好！以下是我司所需要的石膏板的规格请尽快给我报价，

Gypsum Board　石膏板

| 尺寸Size | 厚度(英寸) Thickness (inch) | | | 尺寸 (英尺) Size (feet) | 重量(大约)Kg./片 Weight(Approx.) kg./sheet | | |
|---|---|---|---|---|---|---|---|
| | 3/8'' | 1/2'' | 5/8'' | 4×7 | 3/8'' | 1/2'' | 5/8'' |
| 正方形面 Square Edge | | | | 4×8 | 17.3 | 22.8 | 28.9 |
| | | | | 4×9 | 19.7 | 26.0 | 33.0 |
| | | | | | 22.2 | 29.3 | 37.1 |
| 变窄面 Tapered Edge | 3/8'' | 1/2'' | 5/8'' | 4×7 | 17.3 | 22.8 | 28.9 |
| | | | | 4×8 | 19.7 | 26.0 | 33.0 |
| | | | | 4×9 | 22.3 | 29.3 | 37.1 |

CIF Newark, New Jersey　　新泽西州纽瓦克港

请报每张及每立方的散装货船（美元）价格，谢谢！

商祺！

李军

2006-4-12

使用世界上最大的电子邮件系统— <u>MSN Hotmail</u> Get 2 months FREE*.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000963

| | |
|---|---|
| From: | darren dai <darren_dai@eupusa.com> |
| To: | clempwl123@163.com <clempwl123@163.com> |
| CC: | clenpwl123@163.com <clenpwl123@163.com> |
| Sent: | 5/11/2006 11:06:00 PM |
| Subject: | sheetrock business |

Hi,

This is Darren from EUPUSA, Suzhou office.

We have a customer in USA (Bit Tom distributor) looking for Sheetrock with order quantity 550 000 pcs/ year

I know you are the biggest Sheertock manufacture in China.

Would you pls advise if you can produce following Sheetrock for us:

Dimension:
4'"12'" 5/8"    Standard Sheetrock
                Anti-moisture Sheetrock
                Anti-fire Sheetrock
4' *8'*5/8"     Standard Sheetrock
                Anti-moisture Sheetrock
                Anti-fire Sheetrock
4'"12'"1/2"     Standard Sheetrock
                Anti-moisture Sheetrock
                Anti-fire Sheetrock
4'*8'*1/2"      Standard Sheetrock
                Anti-moisture Sheetrock
                Anti-fire Sheetrock

We need to know the containerization and the best cost

Payment:30% T/T payment in advance and 70% T/T payment at sight of document.

By the way, do you ever export Sheetrock to USA before? We need a partner with experience.

Thanks

Darren

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000421

| | |
|---|---|
| From: | darren dai <darren_dai@eupusa.com> |
| To: | 'peng' <clempwl123@163.com> |
| Sent: | 5/16/2006 4:44:01 AM |
| Subject: | 答复: sheetrock business |

Peng:

Sorry but I do not get any email from you for your quotation on sheetrock.

Thanks

Darren

---

发件人: peng [mailto:clempwl123@163.com]
发送时间: 2006年5月12日 19:57
收件人: darren dai
主题: Re: sheetrock business

Dear Mr Darren,
   Thank you very much for your enquiry on gypsum board. It is our hope to get agreement with you at the earliest time.
   As requested, I would like to reply you as following:
   First, we are exporting our gypsum board to the USA with quqntity of 600000 sheets every month. We have much experience on exporting to the USA.

   Second, we can produce 4'*8'*1/2" and 4'*12'*1/2", 4'*8'*5/8" and 4'*12'*5/8" gypsum board. But at this moment we normally produce 1/2" gypsum board, and we have get the test report according to ASTM standard.

   Thrid, we usually export gypsum board both by container of 40 HQ and break bulk.If your order less than 100000 sheets for each shippment, I suggest you take container of 40 HQ.

   Thank you and best wishes!

Yours faithfully
Frank




-----原始邮件-----
发件人:"darren dai"
发送时间:2006-05-12 11:06:03
收件人:""
抄送:""
主题:sheetrock business


Hi,

**This is Darren from EUPUSA, Suzhou office.**

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000417

We have a customer in USA (Bit Tom distributor) looking for Sheetrock with order quantity 550 000 pcs/ year

I know you are the biggest Sheertock manufacture in China.

Would you pls advise if you can produce following Sheetrock for us:

Dimension:
| | |
|---|---|
| 4'*12'* 5/8" | Standard Sheetrock |
| | Anti-moisture Sheetrock |
| | Anti-fire Sheetrock |
| 4' *8'*5/8" | Standard Sheetrock |
| | Anti-moisture Sheetrock |
| | Anti-fire Sheetrock |
| 4'*12'*1/2" | Standard Sheetrock |
| | Anti-moisture Sheetrock |
| | Anti-fire Sheetrock |
| 4'*8'*1/2" | Standard Sheetrock |
| | Anti-moisture Sheetrock |
| | Anti-fire Sheetrock |

We need to know the containerization and the best cost

Payment:30% T/T payment in advance and 70% T/T payment at sight of document.

By the way, do you ever export Sheetrock to USA before? We need a partner with experience.

Thanks

Darren

你不想试试今夏最"酷"的邮箱吗？
蕴涵中华传统文化于世界一流科技之中，创新Ajax技术，126 "D 计划"火热体验中！

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000418

| | |
|---|---|
| **From:** | zjchen58 <zjchen58@163.com> |
| **Sent:** | Wednesday, June 7, 2006 7:32 AM (GMT) |
| **To:** | 8812017538@163.com |
| **Subject:** | Fw: Re: Bullet Point Outline |

Hi Mr Peng,
Very nice to talked with you this morning.Please see below is customer quantity request.Please kindly read it and offer me prices,terms of payment,packages etc... with details

Thanks again

chen zhi ji

tel:025-52253397
cell:13905165360


1. Volume > > > > Demand > > -buyer 1 (Louisiana) - 200,000 sheets immediate need, 100,000 sheets > > monthly > > -buyer 2 (Mississippi) - 300,000(+) sheets monlthly ongoing need > > -buyer 3 (Florida) - 800,000(+) sheets monthly ongoing need > > > > Supply > > -Factory that we want to work with has told us 150,000 sheets for June > > production and 400,000 sheets are available for both July and August > > > > 2. Your desire to lock up the factory and why > > -the demand far outweighs the supply as illustrated in item 1 > > -We want to lock factory into an agreed upon price for at least a one year > > agreement (realizing there may be some agreed upon % increase due to raw > > material, raw material & finished goods transport due to fuel costs, and > > any other factors) > > -Main goal: keep our cost down and relatively constant by buying up full > > lines of drywall production (the factory we've identified we want to work > > with has two production lines) > > > > 3. Need for an export license > > -Factory that we've identified does not have export license as all the > > board that they've produced for end use in the U.S. has been sold through > > distributors/brokers/trading companies in China that have export license > > -Other factories that we visited had export licesnses > > -We are open to identifying and creating partnerships with other gypsum > > board factories > > -From our understanding some factories have export license and some don't > > > > 4. QC/QA > > -We're hoping that this is an area where your company can perform in China > > at the factory(s) > > -I've been in contact with several labs that can perform testing in the > > U.S. for ASTM C1396 standard compliance (one time $7,000 - $8,000 cost > > assessed to end customer(s)) > > -These labs also offer QA programs that can "list" the product, which > > basically registers it and assures the customer of that the board is being > > tested on a continuous basis - we don't view this as necessary right away, > > it may be down the line at some point depending on the end client (send > > this cost onto customer(s)) > > -The board has been tested in China for ASTM C1396 and meets it's > > requirements > > > > 5. PO Financing/Payment Terms and possible options > > -Negotiating point on project by project basis - most will provide > > transferable L/C > > -We feel we should find several more gypsum board manufacturer with your > > help ASAP and make a quick negotiation due to the fact that our > >

您 想 拥 有 abc@188.com 邮 箱 吗 ？

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021467

| | |
|---|---|
| **From:** | JML <jml@jmlovell.com> |
| **To:** | sdth818@163.com <sdth818@163.com> |
| **Sent:** | 6/27/2006 11:42:01 PM |
| **Subject:** | 石膏板 |

请按照下列需求提供贵公司石膏板 (ATSM gypsum board) 报价:

750,000 pieces per month for 12 months

Size 4 feet by 8 feet;   1/2 inch thick

CIF 洛杉矶 (Los Angeles, USA)

谢谢。

罗久福
Joseph M. Lovell
Managing Director
Greywolfe International
New York, NY USA
Tel:   1-646-420-9343

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000482

| | |
|---|---|
| **From:** | Florence Ma <florence.ma@vision-asia.com> |
| **Sent:** | Tuesday, July 11, 2006 9:55 AM (GMT) |
| **To:** | 8812017538@163.com |
| **Subject:** | Need quotation for Gypson Board |

Dear Mr Pang,

It was nice talking to you. We have several clients
from US would like to buy Gypsum board for EXPORT.
Please see the following requirement that they need:

Thickness 12mm, 15,mm, 18mm Size 2.4 x 1.22, or 2.6 x
1.2, 3.0 x1.2 Type

Please also send me quotation for the 12.7 x 1.22 x 3.66 AND 15.9 x 1.22 x 3.66.

All Gypsum board must meet with US Quality standard
and meet with ASTM C36. They must be fire and water
resistant.

Please send me quotation with FOB price asap and the minimum order
Quantity (MOQ).

How many pieces of gypsum board size 12.7x1.22x3.66 can be put in a 40" container?

Additionally, please let me know what size you have in stock or in production and their prices quotation.

Thanks,
Florence

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021439

| | |
|---|---|
| From: | tanadertang <tanadertang@gmail.com> |
| To: | 'wuyu' <sdth818@163.com> |
| Sent: | 7/27/2006 6:29:03 AM |
| Subject: | 答复: Taihe: Drywall-060727 |

Dear Bill,

Thanks for your information.

Best wishes,

# Tanader Tang Merchandiser

Company: Bluefire International
Address: Xianxi Technology Park, Zhen'an Road,
Chang'an Town, Dongguang City, China.
Tel: (86)769-8541-5869 Fax: (86)769-8531-7294
Cell Phone: (86)138-2912-1056
Email: Tanader_Tang@Bluefireintl.com
Tanadertang@gmail.com
Tanader@vip.163.com

发件人: wuyu [mailto:sdth818@163.com]
发送时间: 2006年7月27日 17:10
收件人: tanadertang
主题: Re: Taihe: Drywall_060727

唐经理：
您好！邮件已经收悉，先按您的要求回复如下：
2440*1220*12.7mm规格普通纸面石膏板人工托架混合装箱
40尺超高柜可装960张，FOB青岛港的价格USD2.65/张。
2440*1220*12.7mm规格普通纸面石膏板，胶合板托盘76张/件，FOB青岛港的价格USD2.67/张。
2440*1220*12.7mm规格防火纸面石膏板人工托架混合装箱
40尺超高柜可装960张，FOB青岛港的价格USD3.06/张。
2440*1220*12.7mm规格防火纸面石膏板，胶合板托盘76张/件，FOB青岛港的价格USD3.08/张。
2440*1220*12.7mm规格防水纸面石膏板人工托架混合装箱
40尺超高柜可装760张，FOB青岛港的价格USD7.12/张。
2440*1220*12.7mm规格防水纸面石膏板，胶合板托盘76张/件，FOB青岛港的价格USD7.14/张。
3050*1220*12.7mm规格普通纸面石膏板人工托架混合装箱
40尺超高柜可装770张，FOB青岛港的价格USD3.32/张。
3050*1220*12.7mm规格普通纸面石膏板，胶合板托盘76张/件，FOB青岛港的价格USD3.34/张。
3050*1220*12.7mm规格防火纸面石膏板人工托架混合装箱
40尺超高柜可装770张，FOB青岛港的价格USD4.07/张。
3050*1220*12.7mm规格防火纸面石膏板，胶合板托盘76张/件，FOB青岛港的价

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019348

格USD4.09/张。
3050*1220*12.7mm规格防水纸面石膏板人工托架混合装箱
40尺超高柜可装610张，FOB青岛港的价格USD8.91/张。
3050*1220*12.7mm规格防水纸面石膏板，胶合板托盘76张/件，FOB青岛港的价格USD8.91/张。
3660*1220*12.7mm规格普通纸面石膏板人工托架混合装箱
40尺超高柜可装640张，FOB青岛港的价格USD4.00/张。
3660*1220*12.7mm规格普通纸面石膏板，胶合板托盘76张/件，FOB青岛港的价格USD4.00/张。
3660*1220*12.7mm规格防火纸面石膏板人工托架混合装箱
40尺超高柜可装640张，FOB青岛港的价格USD4.91/张。
3660*1220*12.7mm规格防火纸面石膏板，胶合板托盘76张/件，FOB青岛港的价格USD4.91/张。
3660*1220*12.7mm规格防水纸面石膏板人工托架混合装箱
40尺超高柜可装510张，FOB青岛港的价格USD10.67/张。
3660*1220*12.7mm规格防水纸面石膏板，胶合板托盘76张/件，FOB青岛港的价格USD10.65/张。
3660*1220*15.9mm规格普通纸面石膏板人工托架混合装箱
40尺超高柜可装460张，FOB青岛港的价格USD6.89/张；
3660*1220*15.9mm规格普通纸面石膏板胶合板托盘60张/件，FOB青岛港的价格USD6.85/张。
2440*1220*15.9mm规格普通纸面石膏板人工托架混合装箱
40尺超高柜可装690张，FOB青岛港的价格USD4.61/张；
2440*1220*15.9mm规格普通纸面石膏板胶合板托盘60张/件，FOB青岛港的价格USD4.58/张。

3660*1220*15.9mm规格防火纸面石膏板人工托架混合装箱
40尺超高柜可装460张，FOB青岛港的价格USD7.79/张；
3660*1220*15.9mm规格防火纸面石膏板胶合板托盘60张/件，FOB青岛港的价格USD7.76/张。

2440*1220*15.9mm规格防火纸面石膏板人工托架混合装箱
40尺超高柜可装690张，FOB青岛港的价格USD5.21/张；
2440*1220*15.9mm规格防火纸面石膏板胶合板托盘60张/件，FOB青岛港的价格USD5.19/张。


以上资料敬请参考，盼复！

车刚
13561759284

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019349

-----原始邮件-----
发件人:"tanadertang"
发送时间:2006-07-27 15:45:02
收件人:"",""
抄送:""
主题:Taihe: Drywall-060727

Dear Bill,

Per our call yesterday, you will send us your confirmation today. But I did not get your answer even now. May I get your sometime to confirm this price? Thanks.

Look forward to your earlier information.

Best wishes,

# Tanader Tang Merchandiser

**Company: Bluefire International**
**Address: Xianxi Technology Park, Zhen'an Road,**
           **Chang'an Town, Dongguang City, China.**
**Tel: (86)769-8541-5869 Fax: (86)769-8531-7294**
**Cell Phone: (86)138-2912-1056**
**Email: Tanader_Tang@Bluefireintl.com**
           **Tanadertang@gmail.com**
           **Tanader@vip.163.com**

---

**From:** tanadertang [mailto:tanadertang@gmail.com]
**Sent:** Friday, July 21, 2006 12:47 AM
**To:** sdth818@163.com; wuyu374@126.com
**Cc:** 'Waiyin Lai -gmail'; wyinlai@yahoo.com
**Subject:** Taihe: Drywall-060721

Dear Bill,

How are you now? Trust everything is getting well.

Glad to inform you that our project has a big development now. Now, we shall move forward drywall case. But we need to get your confirmation on the price at first. Would you please give us your support on this in earlier time? Thanks.

| Dimensions (WxLxD) | | Type | FOB Qingdao USD/PCS | Pieces/ 40-HQ | Estimated Shipment Costs Qingdao-to-Port Everglades in Fort Lauderdale, Florida |
|---|---|---|---|---|---|
| 4' x 12' x 1/2" | N | Normal |  | 640 |  |
|  | FR | Fire Retardant |  | 640 |  |
|  | WP | Waterproof |  | 510 |  |

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019350

| Dimensions (WxLxD) | | Type | FOB Qingdao USD/PCS | Pieces/ 40-HQ | Estimated Shipment Costs Qingdao-to-Port Everglades in Fort Lauderdale, Florida |
|---|---|---|---|---|---|
| 4' x 12' x 5/8" | N<br>FR<br>WP | Normal<br>Fire Retardant<br>Waterproof | | 460<br>460 | |

Your kind attention to this matter would be highly appreciated. Thanks.

Best wishes,

# Tanader Tang  Merchandiser

**Company: Bluefire International**
**Address: Xianxi Technology Park, Zhen'an Road,**
     **Chang'an Town, Dongguang City, China.**
**Tel: (86)769-8541-5869 Fax: (86)769-8531-7294**
**Cell Phone: (86)138-2912-1056**
**Email: Tanader_Tang@Bluefireintl.com**
     **Tanadertang@gmail.com**
     **Tanader@vip.163.com**

---

**From:** Waiyin Lai Google [mailto:wyinlai@gmail.com]
**Sent:** Tuesday, July 18, 2006 5:56 PM
**To:** 'sdth818@163.com'
**Cc:** 'Bluefire-Tanader'; 'Bluefire-Jerry Yang'
**Subject:** Taihe: Drywall

Dear Bill Che,

Hope you are doing well. It has been a while since I visited you. Our drywall project got slightly delayed, but now moving forward. If all works well, we are looking at many pieces of drywall for our project. We have 6,000 homes in plan and each home needs over 200 pieces of drywall. So, let work together to get this project.

Please help to fill in your prices again. The majority of the requirement would be 4'x12'x 5/8" and both FR and WP are needed. I will have Tanader contact you to follow up. Once everything looks good from your side I will fly over to visit you again.

Thank you.

| Dimensions (WxLxD) | | Type | FOB Qingdao USD/PCS | Pieces/ 40-HQ | Estimated Shipment Costs Qingdao-to-Port Everglades in Fort Lauderdale, Florida |
|---|---|---|---|---|---|
| 4' x 12' x 1/2" | N<br>FR<br>WP | Normal<br>Fire Retardant<br>Waterproof | | 640<br>640<br>510 | |
| 4' x 12' x 5/8" | N<br>FR | Normal<br>Fire Retardant | | 460<br>460 | |

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0019351

| | WP | Waterproof | | | |
|---|---|---|---|---|---|

Regards,
Waiyin Lai

你 知 道 3G 时 代 最 火 爆 的 电 子 邮 箱 吗 ?
3G 网 易 免 费 邮, 抢 注 再 得 280 兆 网 盘, 更 有 手 机 邮、网 络 记 事 本 由 你 酷

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019352

| | |
|---|---|
| From: | 杨甲坡 <yjp09@163.com> |
| To: | josephine wang <josephinewang@comcast.net> |
| Sent: | 8/9/2006 2:25:05 AM |
| Subject: | Re: RE: RE: RE: Sheetrock |

From: "Josephine Wang" <josephinewang@comcast.net>
To: "'杨甲坡'" <yjp09@163.com>
Date: Tue, 8 Aug 2006 04:09:41 +0800 (CST)
Subject: RE: RE: RE: Sheetrock

杨先生, 您好:
谢谢您的回信. 请进一步提供以下的资料:

1. 您所提供与您合作的公司, The China Corp, Ltd, Rothchilt International Limited, HLP/GAC International, Metro Resources Corporation等的联络电话.
答复:经过和以上公司协商, 不知道什么原因他们不愿意和竞争对手联系。

1. 贵公司防火板是否正在進行ＵＬ认证? 是否需要美国的任何协助?
答复：我们现在没有进行UL的认证，如果美国市场继续持续，我们会考虑。

1. 4*12*5/8 , FOB 青岛, 40呎货柜, 请报知价钱
答复：普通产品：USD5.35/PCS

1. 与贵公司合作的海运船公司，ＳＫ Shipping, Star Shipping的联络电话
答复：STAR SHINPPING : 0086-21-63302210，亚洲办事处
以上船公司是做散货的船公司，不知道你需要做集装箱还是散货船。

1. 请提供与贵公司在美国Tampa, FL合作的进口公司的联系人及电话. 如果方便, 我想亲自前往参观

请您能尽快的回复我需要的数据

祝
　　商务顺利


王倩如

*Josephine Wang*
*Executive Vice President*
*Switzenbaum & Associates*
*200 South Broad Street*
*Sixth Floor*
*Philadelphia, PA 19102*
*215.772.1100 P*
*215.772.9520 F*
josephine@switzenbaum.com

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019796

| | |
|---|---|
| **From:** | Ivan Gonima <ivangonima@orientaltradingusa.com> |
| **To:** | wuyu374@hotmail.com <wuyu374@hotmail.com> |
| **CC:** | 'wu jian song' <wjshihuo@163.com> |
| **Sent:** | 8/30/2006 9:54:42 PM |
| **Subject:** | Fw: (by wjshihuo@163.com)Drywall from Taihe Group |

Dear Mr. Che:

My name is Ivan Gonima and I am the Executive Vice-President of Oriental Trading Company based in Miami, Florida, USA. Our China Office Manager, Mr. Wu Jian Song, has already contacted you about our interest in doing business with your company for importing drywall (Gypsum Board) to the USA.

I have been already contacting some big customers of us in order to offer them your product and there is a lot of interest for it. I just wanted to know if it is fine to email you at this address (it seems to me is your personal one) or if you have a business email address that I could use. I have several questions I need to present to your attention in order to have everything clear.

I was on a business trip to China between August 5 and August 15 and I was planning on visiting your factory at Taian but we were told you were on a Trade Show in Dubai and you were coming back August 22. I am sorry I missed you this time. For sure next time I will coordinate in advance so we can meet and discuss this potential business. I will be waiting for your answer.

Best regards;


Ivan Gonima
Executive Vice-President
Oriental Trading Company

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000537

```
From:       Rafael Cerna <tortugacerna@hotmail.com>
To:         yjp09@163.com <yjp09@163.com>
Sent:       2/6/2007 8:28:05 PM
Subject:    Re: info
```

el paso, texas u.s.a. zipcode is 79902
i am ready to do business i will wait for your reply


>From: "Ñí¼×ÆÂ" <yjp09@163.com>
>To: "rafael cerna" <tortugacerna@hotmail.com>
>Subject: Re: info
>Date: Wed, 7 Feb 2007 09:06:37 +0800 (CST)
>
>Dear Rafael cerna:
> The mail is received, thanks. Give the price to you now, please look
>over.
>Ordinary gypsum board :
>2440x1220x8mm FOBQINGDAO :USD1.8/PCS 1100PCS/20FCL
>2440x1220x15mm FOBQINGDAO :USD3.55/PCS 600PCS/20FCL
>(load and unload artificially)
>Please give me the destination port, I give you C.N.F.
>
>Best and Regards
>
>apollo yang
>7.2.2007
>
>
>----ÔÒÊ¼þÄÚÈÝÈçÏÂ----
>·¢¼þÈË£º"Rafael Cerna" <tortugacerna@hotmail.com>
>ÊÕ¼þÈË£ºyjp09@163.com
>ÈÕÆÚ£ºTue, 6 Feb 2007 16:55:21 +0800 (CST)
>Ö÷Ìâ£ºinfo
>
>
> > hello,
> >
> > my name is rafael cerna from the usa iwould like to make business with
>your
> > company i am looking for paper plasterboard:
> > 1220x2440x8mm
> > 1220x2440x15mm
> > if you an please give me fob price and cif price.
> >
> > thank you
> >
> > _____
> > From predictions to trailers, check out the MSN Entertainment Guide to
>the
> > Academy Awards?
> > http://movies.msn.com/movies/oscars2007/?icid=ncoscartagline1
> >
> >

_____
Laugh, share and connect with Windows Live Messenger
http://clk.atdmt.com/MSN/go/msnnkwme0020000001msn/direct/01/?href=http://imagine-msn.com
/messenger/launch80/default.aspx?locale=en-us&source=hmtagline

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001266

| | |
|---|---|
| From: | 杨甲坡 <yjp09@163.com> |
| To: | rafael cerna <tortugacerna@hotmail.com> |
| Sent: | 2/6/2007 8:06:03 PM |
| Subject: | Re: info |

Dear Rafael cerna:
The mail is received, thanks. Give the price to you now, please look over.
Ordinary gypsum board :
2440x1220x8mm FOBQINGDAO :USD1.8/PCS 1100PCS/20FCL
2440x1220x15mm FOBQINGDAO :USD3.55/PCS 600PCS/20FCL
(load and unload artificially)
Please give me the destination port, I give you C.N.F.

Best and Regards

apollo yang
7.2.2007


----原邮件内容如下----
发件人:"Rafael Cerna" <tortugacerna@hotmail.com>
收件人:yjp09@163.com
日期:Tue, 6 Feb 2007 16:55:21 +0800 (CST)
主题:info


> hello,
>
> my name is rafael cerna from the usa iwould like to make business with your
> company i am looking for paper plasterboard:
> 1220x2440x8mm
> 1220x2440x15mm
> if you an please give me fob price and cif price.
>
> thank you
>
> _____
> From predictions to trailers, check out the MSN Entertainment Guide to the
> Academy Awards?
> http://movies.msn.com/movies/oscars2007/?icid=ncoscartagline1
>
>

想加入吗?1.9亿用户正在使用网易邮箱 www.126.com

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001267