```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

      _____
 3                           § MDL NO. 2047
      IN RE:                 §
 4    CHINESE-               § SECTION: L
      MANUFACTURED           §
 5    DRYWALL PRODUCTS       § JUDGE FALLON
      LIABILITY              §
 6    LITIGATION             § MAGISTRATE
                             § JUDGE WILKINSON
 7   -----------------------------------------
      CROSS-NOTICED IN VARIOUS OTHER ACTIONS
 8   -----------------------------------------
 9    DEPOSITION OF WOOD NATION, INC., PURSUANT TO FEDERAL
      RULE OF CIVIL PROCEDURE 30(b)(6) - RICHARD L. HANNAM
10
      Taken on Behalf of the Plaintiffs, by and through
11     Counsel for the Plaintiffs' Steering Committee
12
      DATE TAKEN:     FEBRUARY 14, 2011
13
      TIME:           10:13 A.M. - 2:55 P.M.
14
      PLACE:          MORGAN & MORGAN
15                    201 NORTH FRANKLIN STREET
                      SEVENTH FLOOR
16                    TAMPA, FLORIDA 33602
17
18
19
20       Examination of the witness taken before:
21              Susan D. Wasilewski
            Registered Professional Reporter
22            Certified Realtime Reporter
                Certified CART Provider
23       Certified Manager of Reporting Services
              Florida Professional Reporter
24
25
```

1   BNBM, which I think I saw on one of the CPSC e-mails or
2   letters that you sent, was that information that you
3   learned during that era, during this phase two era?
4      A.   Yes, and well into it, frankly.  I only learned
5   it after I visited the plant that they might have an
6   interest in it.
7      Q.   So was that a second trip that you made back to
8   China then in phase two?  The first one was to meet with
9   BNBM and then you returned to Florida, and then back to
10  China again to see the Taishan plant, or was that all
11  part of the same trip?
12     A.   I guess I surely would have returned.  I can't
13  imagine doing all of that at one time.  I can't
14  remember.  I should have brought my passport.
15     Q.   Right.  Where was the second factory that you
16  went out to that I understand was not in operation when
17  you went out?
18     A.   That would have been Taishan.
19     Q.   Taishan.  And how far outside of Beijing is
20  that factory?
21     A.   It was a mere flight.  I don't know.
22     Q.   It was a flight?
23     A.   Yeah.
24     Q.   Did David Wei suggest the contact people at
25  Taishan or did the Taishan people reach out to you?  How

```
 1   did that linkup initially occur between you and the
 2   Taishan people?
 3       A.   Well, you got to understand I don't trust -- I
 4   don't trust doing business with anybody in China if I
 5   don't have confidence in their English-speaking
 6   abilities.  I've seen too much go wrong with that.  And
 7   so I, even though the people will profess that they have
 8   an English-speaking person within their company, when
 9   you indeed try to communicate, they really don't have a
10   good command of the English language.  Of course, it's
11   much better than my Chinese, but you can't negotiate.
12       Q.   How is your Chinese?
13       A.   Ni hao, that's it.  But anyhow, we get down
14   to -- so David acted on my behalf, actually went to the
15   manufacturing plant with me on the weekend.  That's why
16   it wasn't running.  I met with the people.  I can
17   remember one of the names, after going through this,
18   that was supposed to be in charge of handling this for
19   me and his name was Apollo.
20       Q.   Apollo Yang?
21       A.   Apollo, yes.  His English is quite broken, so
22   David actually did all the interpretation and so forth
23   for me.
24       Q.   So as I've looked at many e-mails from Apollo
25   and two other guys in the foreign sales office, there
```

Richard Hannam (Wood Nation Inc.)

```
 1   words and then cutting and pasting, or are they typing
 2   in Mandarin and then some sort of an algorithm --
 3        A.   No.  If they are going to do English, they'll
 4   do English.
 5        Q.   In English, they are typing an English e-mail?
 6        A.   Now, your computer, you know, they have
 7   programming, you can type in what -- when you go into
 8   your computer you can set it for Chinese, but you are
 9   typing on an English ABC keyboard.
10        Q.   Did you use that sort of a system on your end
11   or were you just simply writing in English?
12        A.   I'm doing just like we would do any time over
13   here.
14        Q.   While you began dealing with Taishan for an
15   additional shipment to come through, what percentage of
16   those communications was David handling versus were you
17   doing some of that direct with the Taishan people as
18   well?
19        A.   He would have done the majority.
20        Q.   Was he doing that as a favor to a friend or was
21   it your understanding that BNBM had some interest in the
22   transaction?
23        A.   Favor to a friend.
24        Q.   At the risk of stepping on the toes of a
25   friendship, when you ultimately found out that BNBM did
```

```
 1   have a financial interest in Taishan Gypsum Company,
 2   was that a surprise to you, unpleasant surprise to you?
 3        A.   Oh, how do I answer that?  First, it was
 4   unpleasant because I didn't want BNBM to gain a nickel
 5   out of anything because of them standing me up on that
 6   one order, but then it was pleasant because I knew they
 7   knew what they were doing.
 8        Q.   So it was your understanding then that they
 9   were going to be involved behind the scenes in the
10   transaction?
11        A.   No, not at all.  No.
12        Q.   So when you say it was pleasant because they
13   knew what they were doing --
14        A.   When I say they, BNBM would not have been
15   involved.  If they had been involved with the company,
16   like if they would have been a part of the company, they
17   would have known that it would have had to have met ASTM
18   standards, this type of thing.
19        Q.   The edge tapering, et cetera?
20        A.   All that stuff, yeah.
21        Q.   All that makes for good drywall?
22        A.   Right.  And that company had already been
23   exporting to the United States, so I knew that they knew
24   a little bit of what they were doing.
25        Q.   How did you come to learn that Taishan was
```