```
 1               IN THE UNITED STATES DISTRICT COURT
                   EASTERN DIVISION OF LOUISIANA
 2

 3    IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
      DRYWALL PRODUCTS LIABILITY
 4    LITIGATION                      SECTION:  L

 5                                    JUDGE FALLON

 6                                    MAG. JUDGE WILKINSON

 7    **  THIS DOCUMENT APPLIES TO:  GERMANO,
          et al., vs. TAISHAN GYPSUM CO., LTD.,
 8        f/k/a SHANDONG TAIHE DONGXIN CO. LTD.,
          CASE NO. 2:09-CV-6687 (EDLA)
 9

                    CONFIDENTIAL - SUBJECT TO FURTHER
10                      CONFIDENTIALITY REVIEW

11           VIDEOTAPED DEPOSITION OF RICHARD HANNAM

12      Taken on Behalf of the Plaintiffs, by and through
           Counsel for the Plaintiffs' Steering Committee
13
        DATE TAKEN:    FEBRUARY 13, 2012
14
        TIME:          10:48 A.M. - 1:15 P.M.
15
        PLACE:         MORGAN & MORGAN
16                     201 NORTH FRANKLIN STREET, 7TH FLOOR
                       TAMPA, FLORIDA 33602
17

18

19         Examination of the witness taken before:
                     Susan D. Wasilewski
20             Registered Professional Reporter
                  Certified Realtime Reporter
21                 Certified CART Provider
              ~ Realtime Systems Administrator ~
22

23              GOLKOW TECHNOLOGIES, INC.
24         877.370.3377 ph | 917.591.5672 fax
25                 deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.    No.
 2      Q.    In May of 2008 till February of 2009, it's my
 3   understanding that Mr. Wei was also in the United
 4   States.  Did you meet with him during that time?
 5      A.    2008, May of 2008?
 6      Q.    From May of 2008 till February of 2009.
 7      A.    Something is wrong there.
 8      Q.    After 2007, did Mr. Wei visit the United
 9   States?
10      A.    If he did, it would have been for the same
11   purpose, yeah.
12      Q.    For the visa purposes?
13      A.    Right, uh-huh.
14      Q.    Okay.
15      A.    I want to clarify something.  When you say did
16   I meet with him, I met with him as a friend.  I picked
17   him up at the airport.  David became a good friend over
18   the course of time, but that was it.  I'd pick him up at
19   the airport, he rents his car, and that's it, you know.
20      Q.    Do you know, did he stop being employed with
21   BNBM in China at some point?
22      A.    No.
23      Q.    So if he visited in 2008 or 2009, when you saw
24   him, would he have been an employee of BNBM in China at
25   that point?
```

Confidential - Subject to Further Confidentiality Review

```
 1       A.   Yes.
 2       Q.   Now, at some point after David Wei went back to
 3  China, did he assist you in getting drywall from Taishan
 4  Gypsum?
 5       A.   Yes.
 6       Q.   Do you know how that introduction was made?
 7       A.   Okay.  Now, you should have all that in the
 8  deposition, right?  So you're going to ask me if I can
 9  repeat it word for word?
10       Q.   No, I'm not going to ask -- I'm actually going
11  back to a different question.  I'm understanding -- I'm
12  trying to understand how the connection was made between
13  you and Taishan Gypsum.  My understanding, it's David
14  Wei, and I wanted to get an explanation of that.
15       A.   It's David Wei, it was through David -- with
16  David Wei.  The -- I'm trying to keep from giving long,
17  drawn out answers, but what it gets down to is when the
18  market became a hot commodity one more time over here in
19  the United States because of the quotas put on by the US
20  manufacturers, I had customers come to me wanting
21  drywall.  So, naturally, I called David Wei, not David
22  Lee, David Wei, because David Lee I didn't involve in
23  this.  David Lee was on bad footing with them because of
24  what had all gone down on the first go-around here.
25            This gets too long but, anyhow, there was
```

Confidential - Subject to Further Confidentiality Review

```
 1   Beijing New Building Materials the trading company, and
 2   there was Beijing New Building Materials the
 3   manufacturing.  They split -- you know, they had split
 4   that up into two different entities.  I was dealing with
 5   the trading company, even though they were all in the
 6   same premises and all that, and that's where David Wei
 7   was.
 8       Q.   With the trading company?
 9       A.   Yes.  Uh-huh.  We put together a cargo.  It
10   shipped, everything went fine, and that was sold to
11   Thompson's client, Suncoast.  And then I booked another
12   load.  It didn't ship.  They chose to do a -- they just
13   chose to set my order aside because they were able to
14   get more money from other -- from another customer here
15   in Florida.
16            And that's when David Wei suggested that I come
17   over and meet with manufacturing, because he said we're
18   not getting along, trading and manufacturing are not
19   getting along, which I did, had an order in place.  I
20   went over to try to get it resolved and taken care of,
21   because my customer had put up a fairly sizable letter
22   of credit.
23            As it ended up, it didn't -- nothing was worked
24   out.  I came back and then eventually David Wei let me
25   know that he could possibly get this set up with another
```

```
 1   manufacturer south of Beijing.  That ended up being
 2   Taishan.  I traveled to China, went south to the -- to
 3   visit that manufacturer with David Wei.  We flew down
 4   and he negotiated on my behalf.  He told me that BNBM
 5   had a working -- I've got to choose my words carefully
 6   here -- had an interest in that facility.  An interest
 7   to what degree, I didn't know.
 8           And we go down and the plant was closed that
 9   day.  I looked at product.  We had a round table
10   meeting, lunch.  I examined their ASTM certification
11   documents, we agreed to terms, and I came back home, and
12   David acted on my behalf because my Chinese is far worse
13   than their English, and he -- he was -- I'll call him my
14   front man because he took care of things for me, period.
15       Q.   When David Wei made the introduction to
16   Taishan, he was working for BNBM trading?
17       A.   That's correct.
18           MR. SPANO:  Objection to form.
19           MR. MONTOYA:  What's your objection?
20           MR. SPANO:  Are you asking whether at the time
21       he made the introduction he was working for BNBM
22       trading, or are you saying that he made the
23       introduction as part of his work for BNBM trading?
24       It's ambiguous.
25       Q.   Who was Mr. Wei working for when he made the
```

Confidential - Subject to Further Confidentiality Review

```
 1   introduction to Taishan Gypsum?
 2        A.   He was making the introduction -- who was he
 3   working for?
 4        Q.   Yes.
 5        A.   He was working for BNBM.
 6        Q.   When Mr. Wei negotiated on your behalf with
 7   Taishan, was he employed by BNBM trading?
 8        A.   Yes.
 9        Q.   Was BNBM trading in competition with Taishan?
10        A.   It was my understanding that they were.  You
11   ask why?
12        Q.   Why?
13        A.   Because he did not want the company to know
14   that he was taking me down there.  We traveled on a
15   Saturday.  That's the answer.
16        Q.   After the -- through the whole transaction with
17   Taishan, was Mr. Wei employed by BNBM trading?
18        A.   Yes.
19        Q.   Did Mr. Wei ever tell you that there was any
20   problems from his employer, BNBM trading, regarding
21   anything that he did with you in Taishan?
22        A.   No.
23        Q.   Did you know if his employer, BNBM trading,
24   came to find out that Mr. Wei made the introduction to
25   Taishan for you?
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q.   Looking next at the second page, paragraph 8,
 2   the paragraph marked Price, the purchase was FOB
 3   Qingdao, China; is that correct?
 4      A.   Qingdao, yeah.
 5      Q.   Qingdao.  And in fact, that were -- that was
 6   the term of sale related to shipment, it was FOB?
 7      A.   That's -- that's correct.
 8      Q.   And in that FOB sale, Wood Nation paid the cost
 9   of the shipping?
10      A.   Yes.
11      Q.   And Wood Nation selected the destination port?
12      A.   Yes.
13      Q.   And for the drywall purchased from TTP, that
14   destination was Tampa, Florida; is that right?
15      A.   Yes.
16      Q.   Could you look next at paragraph 14 regarding
17   the documents to be presented?
18      A.   Yes.
19      Q.   Subsection a) refers to a full set of bills of
20   lading marked Freight Collect.  Do you see that?
21      A.   Yes.
22      Q.   My question is was that, in fact, the shipping
23   arrangement for the drywall purchased from TTP, that it
24   was shipped freight collect?
25      A.   Yes.
```

```
 1      Q.   And does freight collect mean that Wood Nation
 2   paid the shipping cost after it arrived in Florida?
 3      A.   Yes.
 4      Q.   Did David Wei assist with the shipping
 5   arrangements for the drywall that Wood Nation purchased
 6   from TTP?
 7      A.   He might have assisted TTP or he -- no, he
 8   wouldn't have assisted them.  They had to get this
 9   loaded in the container, right?  Yeah, they had to load
10   it in the container.  So, no, I pretty much handled all
11   of the negotiations with the shipping company, I
12   think.
13      Q.   TTP didn't handle the negotiations with the
14   shipping company.
15      A.   No.
16      Q.   You did.  At the time Wood Nation entered
17   into the contract with TTP to purchase the drywall, did
18   it have a particular resale customer in mind to sell the
19   drywall to?
20      A.   Yes.
21      Q.   Who was that?
22      A.   DWC.
23      Q.   Did -- do you recall mentioning that you were
24   planning to resell to DWC to TTP?
25      A.   No.  I don't recall and would not have.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q.   Why wouldn't you have?
 2      A.   You just don't do that, don't tell your
 3   supplier where you are selling your product.
 4      Q.   Have you received any complaints regarding the
 5   quality of the drywall you purchased from TTP?
 6      A.   No.  Excuse me.  Say that again.  Yes.  Yes.
 7      Q.   What were the complaints?
 8      A.   A homebuilder filed suit.  A homeowner filed
 9   suit against a home builder.  That home builder, in
10   turn, filed a suit against the contractor, the
11   distributor and me, the importer.
12      Q.   Apart from the lawsuits, did you receive
13   anything else in terms of a complaint?
14      A.   No.  No.
15      Q.   Did you pay Mr. Wei a commission or any sort of
16   compensation in connection with his help in arranging
17   the purchase from TTP?
18      A.   No.  No.
19      Q.   I'd like to show you a copy of what has been
20   marked as Plaintiff's Exhibit 21 in your prior
21   deposition.
22           (Hannam Exhibit No. 21 was previously marked
23   for identification.)
24      Q.   Is the top message dated June 5th, 2006, an
25   e-mail that you sent to someone named Grace at BNBM?
```