| | |
|---|---|
| From: | David Wei <bnbmusa@msn.com> |
| To: | peng <clempwl123@163.com> |
| Sent: | 4/9/2006 10:04:01 PM |
| Subject: | WOOD NATION INC E-MAIL ADDRESS |

DEAR MR. PENG:

My customer's e-mail address is :

woodnation@verizon.net

David Wei

04-10-2006

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000481