

# CONTRACT

THE SELLERS:   TAIAN TAISHAN PLASTERBOARD CO., LTD
DAWENKOU DAIYUE DISTRICT OF TAIAN
SHANDONG PROVINCE, CHINA 271026
TEL:0086-538-8812002 / 2017
FAX:0086-538-8812679
E-MAIL: clempwl123@163.com

THE BUYERS:   WOOD NATION, INC.
10740 PLANTATION BAY DRIVE
TAMPA, FLORIDA  33647
TEL: 813-994-6499
FAX: 813-994-4497
E-MAIL: woodnation@verizon.net

**CONTRACT NUMBER: WN7350**

This contract is made by and between the Buyers and the Sellers, hereby the Buyers agree to buy and the Sellers agree to sell the under mentioned commodity according to the terms and conditions stipulated below:

1. **COMMODITY:** Gypsum Drywall (hereafter referred to as the "Product").

2. **COUNTRY OF ORIGIN AND MANUFACTURERS:** Peoples Republic of China

3. **SIZE SPECIFICATIONS:** Shall be ½" in thickness, 4' in width and 12' in length.

4. **GRADE STANDARDS:** 'Regular' and 'Ceiling' products shall be produced to American Society for Testing and Materials ("ASTM") C 1396-04 Standards. 'ASTM C 1396-04' shall be stamped on the back of each piece.

5. **PACKING:**

   a) To be packed in a manner suitable for long distance ocean container transportation. The Sellers shall be liable for any damage of the commodity and expenses incurred on account of improper packing or improper protective measures taken by the Sellers in regard to the packing.

   b) The 12 unitized portions shall consist of 40 piece units. The remaining 180 pieces do not have to be unitized.

6. **TIME OF SHIPMENT:** Start June 2006 and ship through December 2006 at the rate of 20 to 30 containers per week. Buyer shall advise Seller approximately 10 days in advance container availability for the next shipping segment.

7. **QUANTITIES:** Five hundred (500) forty foot (40') high cube container loads, each to contain six hundred and sixty (660) pieces. 'Regular' and 'Ceiling' products shall not be

PLAINTIFF'S EXHIBIT
13  R. HANNAM
2-14-11 SDW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001482

shipped in the same container. The percentage ratio of 'Regular' vs 'Ceiling' shall be 66.6% 'Regular' and 33.3% 'Ceiling'.

8. **PRICE:** USD $4.20 per piece for both Regular and Ceiling ½" 4'X12' FOB Qingdao, China.

9. **TOTAL VALUE:** One million, three hundred and eighty six thousand dollars. (USD$1,386,000) +/- 2%.

10. **PORT OF LOAD:** Qingdao, China

11. **PORT OF DISCHARGE:** Tampa, Florida, USA

12. **PAYMENT:** Within 10 working days of contract signing, Buyers shall open an irrevocable Letter of Credit (L/C) through "Bank of America, Trade Operations Office, USA" payable against Seller's draft drawn at sight on the Bank of America, Trade Operations Office, USA, accompanied by the commercial documents set out in paragraph 14. The L/C shall show 'Partial Shipments Allowed'. In addition, within 10 working days after signing of contract Buyer will place a USD100,000 security deposit with the Seller. This deposit shall be deducted from the final Seller's invoices. All bank charges at issuing bank are for the account of the applicant and all advising bank charges are for the account of the beneficiary. The L/C shall remain valid for negotiation freely at any bank until January 31, 2007.

13. **CONTINGENCY:** If for any reason the container shipping rates increase to a prohibitive level, Buyer may choose to cancel, or delay shipments on this contract. This, with a thirty day written notice to the Seller from the Buyer. If Seller's costs increase to a prohibitive level, Seller shall give thirty days notice to the Buyer giving Buyer the option of increasing the cost of product, canceling or delaying shipments.

14. **DOCUMENTS:**

    a) Full set (i.e. 3/3 originals) of clean on board ocean bills of lading marked "Freight Collect" made out to order blank endorsed notifying Buyer. The bills of lading shall include the statement "NO SOLID WOOD PACKING MATERIAL".

    b) Signed invoice in 4 originals indicating contract number, made out in details as per the relative contract.

    c) Packing list in 4 originals, including piece count. The packing list shall state "NO SOLID WOOD PACKING MATERIAL".

    .e) Certificate of Origin.

15. **SHIPMENT:** December 31, 2006 or sooner.

16. **SHIPPING ADVICE:** The Sellers shall, immediately upon the completion of the loading of the commodity, advise the Buyers by fax or e-mail of the contract no., commodity, quantity, trade term, invoiced value, container numbers and date of loading.

17. **DELIVERY OF DOCUMENTS:** The Seller shall, within 21 working days after shipment, deliver the original documents specified above directly to the Buyer's bank.



*Richard Hannon*
6-10-2006

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001483

18. CLAIMS: Within 30 days after the arrival of the commodity at destination, should the quality, specification, or quantity be found not in conformity with the stipulations of the contract, except those claims for which the insurance company or the carrier accept liability, the Buyers shall, on the strength of an inspection certificate, have the right to claim for replacement with new commodity, or for compensation.

19. FORCE MAJEURE: Should any of the following circumstances prevent either party from carrying out its obligations under the contract, namely: acts of civil or military authority; government acts, orders, or restrictions; earthquakes; or flood, the contract shall be extended for as long as the circumstances remain. In the event that these circumstances continue for more than 30 days, each party shall have the right to refuse to continue the performance of its obligations under the contract and, in such case; no party shall be entitled to indemnification from the other party for any loss it may sustain. In all cases, the party declaring force majeure is required to provide within 14 days acceptable documentation of the incident issued by the competent Government Authorities where the incident occurs as evidence thereof.

20. CARGO DAMAGE AT SEA: Sellers shall be liable for the full value of any product damaged due to improper stowing. Buyers shall carry ALL RISK cargo insurance.

21. BANKING CHARGES: All the banking charges incurred by the Buyers shall be borne by the Buyers while all the banking charges incurred by the Sellers shall be borne by the Sellers

22. GENERAL PROVISIONS: This contract is subject to interpretation according INCOTERMS 2000. By signing this contract, previous correspondences and negotiations connected herewith shall be null and void. This contract comes into effect from signing date by fax; any amendment and additional clause to these conditions shall be valid only if made in written form and duly confirmed by both sides.

This contract shall come into effect immediately after each party has signed the contract (either by fax or original signature). It is the intent of both Buyers and Sellers to also sign two original copies; with each party holding one copy.

THE BUYERS: WOOD NATION, INC.
BY: _Richard Hannan_   DATE: _June 10, 2006_
TITLE: _President_

THE SELLERS: TAIAN TAISHAN PLASTERBOARD CO., LTD.
BY: _[Chinese signature]_   DATE: _06. 6. 10_
TITLE: _____

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001484