CNTAITAITAI

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DAWENKOU DAIYUE DISTRICT OF TAIAN, SHANDONG PROVINCE

## COMMERCIAL INVOICE

ORIGINAL

INVOICE NO.:06080101             DATE: August 1st, 2006
BUYER : WOOD NATION, INC.
       10740 PLANTATION BAY DRIVE TAMPA, FL 33647

SHIP FROM QINGDAO TO TAMPA, FL USA
SHIP BY: 40'HC CONTAINER
DELIVEERY TERM: FOB QING DAO CHINA
PAYMENT: 75 PERCENT OF INVOICE VALUE PAID BY L/C

6809.110000/ Free 1$/m²

| MARK | DESCRIPTION OF GOODS | QTY (PIECES) | AMOUNT FOB QINGDAO (USD) |
|---|---|---|---|
| N/M | 1/2" GYPSUM DRYWALL 4' X 12' PER ASTM STANDARDS C 1396-04 FREE ON BOARD QINGDAO, CHINA | 13200 | 55360.00 |
| TOTAL: | | 13200 | 55360.00 |
| L/C AMONUT | | | 41520.00 |
| SAY TOTAL VALUE:U.S.DOLLARS FIFTY-FIVE THOUSAND THREE HUNDRED AND SIXTY ONLY ||||
| SAY L/C AMOUNT: FORTY-ONE THOUSAND FIVE HUNDRED AND TWENTY ONLY ||||

TAIAN TAISHAN PLASTERBOARD CO., LTD.

泰安市泰山纸面石膏板有限公司