## Richard Hannam

**From:** "David Wei" <bnbmusa@msn.com>
**To:** "Richard Hannam" <woodnation@verizon.net>
**Sent:** Friday, July 28, 2006 5:37 AM
**Subject:** Fw: shipping report

Dear Richard:

The following e-mail showing you the vessel's name and B/L numbers for the first 20 containers of drywall.

There are 2 B/L numbers in the B/L, one is OBL number and the other is HBL number. Please use both B/L numbers with the vessel's name to buy your insurance.

And the shipment date is July 28th, 2006.

quantity: 660x20=13200 pieces of drywall.

If you need any other information, please let me know.

David

07-28-2006


----- Original Message -----
From: "edward zhou" <zhoubin@amereuro.net>
To: "David Wei" <bnbmusa@msn.com>
Sent: Friday, July 28, 2006 5:19 PM
Subject: (ÈðÐÇÌáÊ¾-´ËÓÊ¼þ¿ÉÄÜÊÇÀ¬»øÓÊ¼þ)shipping report


> dear david,
> DE SHAN V.016
> OBL#£ºESLTAODS0002
> HBL#£ºNQDUS0607019
> 20x40HC,qingdao to tampa cy/cy
> Thanks
> Best Regards
> Edward Zhou
> *******************************
> Amereuro Shipping Agency Co.,Ltd.
> RM B210, 3rd 28,West Dianmen Ave.
> Xicheng Dist, Beijing,China.
> 100009
> TEL:0086-10-66533896
> FAX:0086-10-66533897

No virus found in this incoming message.


PLAINTIFF'S
EXHIBIT
R. HANNAM
28  2-14-11 SD

8/4/2006

**Richard Hannam**

| | |
|---|---|
| **From:** | "David Wei" <bnbmusa@msn.com> |
| **To:** | "Richard Hannam" <woodnation@verizon.net> |
| **Sent:** | Friday, August 04, 2006 12:26 AM |
| **Subject:** | 2nd 20 containers of drywall |

Dear Richard:

The factory finished loading the 2nd 20 containers of drywall. And the following message is the vessel information which is for your insurance thing.

VESSEL'S NAME: JI HAI BAO SHAN /622
OBL #: ESLTAOJH0008
HBL #: NQDUS0608003
20X40HC
QINGDAO TO TAMPA CY/CY
The vessel is scheduled to leave Qingdao on 08-04-2006. However , the B/L date in the Bill Of Lading may show August 3rd ,August 4th, or August 5th, or August 6th. So please go ahead buy the insurance and next Monday I will let you know the correct B/L Date in the Ocean Bill Of Lading.

Best Regards,

David

08-04-2006

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.10.5/407 - Release Date: 8/3/2006

8/4/2006



# WOOD NATION, INC.

July 30, 2006

To    :  Apollo Yang
         Taian Taishan Plasterboard Co., Ltd.
         Shandong Province, China

From  :  Richard Hannam

Re    :  Contract Number WN7350
         L/C Number 5278222

This letter is to inform you that if the shipment date on the remaining 20 containers for order WN7350 is after August 5, 2006 but before August 12, 2006 we will accept the discrepancy.

Regards,
Richard Hannam

*Richard Hannam*

10740 Plantation Bay Drive • Tampa, FL 33647
813-994-6499 ofc • 813-994-4497 fax • 813-267-6732 cell
Email  woodnation@verizon.net

To: IMPORT DEPT  WOOD NATION INC.     From: North China Cargo Service Inc.  909-468-1260        09/11/06   14:24:28   Page 1 of 1

*To: Laura   From: Richard Hearan*

# NORTH CHINA CARGO SERVICE INC.

636 Brea Canyon Road, Walnut, CA 91789

Tel: 909-468-1088   Fax: 909-468-1260

## ***ARRIVAL NOTICE / FREIGHT INVOICE***

| | |
|---|---|
| DATE: | 09-11-2006 |
| REF#: | 64582 |
| HBL / INV#: | NQDUS0608003 |
| OCEAN B/L #: | EPIRCHNTAO100102 |
| *Cargo Control#* | |

| | | | |
|---|---|---|---|
| CONSIGNEE: | WOOD NATION, INC. | VESSEL / VOYAGE: | |
| ATTN: | IMPORT DEPT | ZIM AMERICA / 634 | |
| BROKER: | | I.T. NO. | |
| ATTN: | | I.T. Date / I.T.City: | |
| PORT OF LOADING: | QINGDAO, CHINA | E.T.D. | 08-05-2006 |
| DISCHARGE PORT: | TAMPA, FL | E.T.A. | 09-22-2006 |
| DESTINATION: | TAMPA, FL | E.T.A. | 09-22-2006 |
| FINAL LOCATION: | | LAST FREE DATE: | |
| CARGO LOCATION: | PIO(M669)BERTH 212 | TELEPHONE # : | 813-242-1942 |

MARKS .NOS.

DESCRIPTIONS: 13200PKGS/520000KGS/800CBM

CONTAINER NO.     TGHU7453515.TGHU7456849.TGHU7456900.TGHU7502646.TGHU7502862.
20X20'                    TGHU7503128.TGHU7505840.TGHU7514061.TGHU7527710.TGHU7553216.
                             TGHU7556977.TGHU7627031.TGHU7642313.TGHU7645380.TGHU7649072.
                             TGHU7665432.TGHU7667815.TGHU7676479.TGHU7676720.TGHU7690219.

| Y | CY/CY |
|---|---|
| | CY/DOOR |
| | REQUEST DELIVERY ORDER |
| | REQUEST ORIGINAL B/L |
| | B/L TLX RLS |

| IMPORTANT | PLEASE PAY THIS AMOUNT IN U.S.DOLLARS | |
|---|---|---|
| FULL PAYMENT and endorsed ORIGINAL BILL OF LADING have to be received at least 24 hours prior to cargo releasing. | PP CHARGE: | 0.00 |
| | OCEAN FREIGHT: | 71,000.00 |
| | DDC: | 0.00 |
| Please call availability prior to pick up. | BAF: | 0.00 |
| Please make check payable to: | TRANSFER FEE: | 75.00 |
| NORTH CHINA CARGO SERVICE INC. | INLAND CHARGE : | 0.00 |
| Please put our HB/L# on your check. | THC: | 0.00 |
| Thanks. | OVER WEIGHT | 0.00 |
| *Fax delivery order to 909-468-1260, 2 days before cargo* | PIER PASS: | 0.00 |
| *arriving to final dest. Must be customs cleard and freight* | ENTRY FEE: | 0.00 |
| *rlsed. or you will be responsible for extra charges.* | AMS: | 25.00 |
| | OTHER CHARGES: | 30.00 |
| | TOTAL: | 71,130.00 |

PLEASE NOTE: NORTH CHINA CARGO SERVICE INC. WILL NOT BE RESPONSIBLE FOR ANY CHARGES FROM YOUR WAREHOUSE. PLEASE BILL ULTIMATE CONSIGNEE. THANKS!

REMARKS.  **9/11/06, RCVD PMT & B/L. THANKS.

Emirates 866 753-3012    Arcadeo Amato    Yvonne

SHIPPER

TAIAN TAISHAN PLASTERBOARD CO., LTD
DAWENKOU DAIYUE DISTRICT OF TAIAN SHANDONG PROVINCE
CHINA 271000

CONSIGNEE

TO THE ORDER OF SHIPPER

NOTIFY PARTY

WOOD NATION INC
10140 PLANTATION BAY DRIVE TAMPA, FL 33647
TEL:813 994 6499

# North China Cargo Service Inc.
# BILL OF LADING

| OCEAN VESSEL | VOY NO. |
|---|---|
| FU HAI HAO CHAN | 6T2 |

B/L: CNLTAOJ08408

S/O: NCCHOEH08003

RECEIVED in apparent good order and condition except as otherwise noted the total number of Containers or other packages or units enumerated below for transportation from the place of receipt to the place of delivery subject to the terms hereof.  One of the original  Bills of Lading must be surrendered duly endorsed in exchange for the Goods or Delivery Order.  IN WITNESS whereof the number of original Bills of Lading stated below have been signed, one of which being accomplished, the other(s) to be void.

| PLACE OF RECEIPT | PORT OF LOADING |
|---|---|
|  | QINGDAO, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| TAMPA, FL USA | TAMPA, FL USA |

| MARKS & NOS | NO. OF PACKAGES | DESCRIPTIONS OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 13200   PIECE(S) | 1/2" GYPSUM DRYWALL 4'X12' | 579000  KGS | 800  CBM |

SHIP ON BOARD ON 2006 08 05

THE MERCHANDISE SHIPPED DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIALS

SHIPPER'S LOAD COUNT&SEAL SAID TO CONTAIN

FREIGHT COLLECT

COPY NON-NEGOTIABLE

CONTINUED ON APPENDIX TO BL NO    SAY THIRTEEN THOUSAND TWO HUNDRED PIECE(S) ONLY
NCCHOEH08003

FOR DELIVERY PLEASE APPLY TO:

NORTH CHINA CARGO SERVICE INC
636 BREA CANYON ROAD WALNUT, CA 91789
TEL:(909)468 1000 FAX:(909)468 1760

| FREIGHT & CHARGES | PREPAID | COLLECT |
|---|---|---|
|  |  |  |

| TOTAL COLLECT AMOUNT | | TOTAL | AS ARRANGED |
|---|---|---|---|

| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED DATE: 2006 08 05 AT: TIANJIN | SHIPPED ON BOARD THE VESSEL DATE: 2006 08 05 | # North China Cargo Service Inc. |
|---|---|---|
| | PER, | FOR AND ON BEHALF OF THE CARRIER NORTH CHINA CARGO SERVICE INC.<br>PER, |

PARTICULARS FURNISHED BY SHIPPERS

APPENDIX TO BILL OF LADING NUMBER: NQDUS0608003                     2006-08-05

```
TGHU7453515 000516          40 HC CY/CY
TGHU7456849 000503          40 HC CY/CY
TGHU7456900 000475          40 HC CY/CY
TGHU7502646 000502          40 HC CY/CY
TGHU7502862 000504          40 HC CY/CY
TGHU7503128 000474          40 HC CY/CY
TGHU7505840 000749          40 HC CY/CY
TGHU7514061 000518          40 HC CY/CY
TGHU7527710 000512          40 HC CY/CY
TGHU7553216 000521          40 HC CY/CY
TGHU7556977 000526          40 HC CY/CY
TGHU7627031 000505          40 HC CY/CY
TGHU7642313 000520          40 HC CY/CY
TGHU7645380 000601          40 HC CY/CY
TGHU7649072 000649          40 HC CY/CY
TGHU7665432 000506          40 HC CY/CY
TGHU7667815 000528          40 HC CY/CY
TGHU7676479 000501          40 HC CY/CY
TGHU7676720 000508          40 HC CY/CY
TGHU7690219 000748          40 HC CY/CY
*****************END OF BILL OF LADING*****************
```



SHIPPER

TAIAITAISHAN PLASTERBOARD CO., LTD
DAWEIDU DAIYUE DISTRICT OF TAIAN SHANGDONG PROVINCE.
CHINA271026



CONSIGNEE

TO THE ORDER OF SHIPPER

NOTIFY PARTY

WOOD ATION, INC
10740 PLANTATION BAY DRIVE TAMPA, FL 33647
TEL:813-994-6499

| OCEAN VESSEL | VOY NO. |
|---|---|
| JI HAI BAO SHAN | 622 |
| PLACE OF RECEIPT | PORT OF LOADING |
|  | QINGDAO, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| TAMPA,FL USA | TAMPA,FL USA |

# North China Cargo Service Inc.
## BILL OF LADING

B/L:  ESLTAOJH0008

S/O:  NQDUS0608003

RECEIVED in apparent good order and condition except as otherwise noted the total number of Containers or other packages or units enumerated below for transportation from the place of receipt to the place of delivery subject to the terms hereof. One of the original Bills of Lading must be surrendered duly endorsed in exchange for the Goods or Delivery Order. IN WITNESS whereof the number of original Bills of Lading stated below have been signed, one of which being accomplished, the other(s) to be void.

| MARKS & NOS | NO. OF PACKAGES | DESCRIPTIONS OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 13200   PIECE(S) | 1/2" GYPSUM DRYWALL 4'X12' | 520000 KGS | 800 CBM |

SHIP ON BOARD ON 2006-08-05

THE MERCHANDISE SHIPPED DOES
NOT CONTAIN ANY SOLID WOOD
PACKING MATERIALS

SHIPPER'S LOAD COUNT&SEAL ,
SAID TO CONTAIN

FREIGHT COLLECT

ORIGINAL

CONTINUED ON APPENDIX TO BL NO.     SAY THIRTEEN THOUSAND TWO HUNDRED PIECE(S) ONLY

NQDUS0608003

| FOR DELIVERY PLEASE APPLY TO: | FREIGHT & CHARGES | PREPAID | COLLECT |
|---|---|---|---|

NORTH CHINA CARGO SERVICE INC.
636 BREA CANYON ROAD WALNUT, CA 91789
TEL:(909)468-1088 FAX:(909)468-1260

AMEREURO SHIPPING AGENCY CO.,LTD.

| TOTAL COLLECT AMOUNT |  | TOTAL | AS ARRANGED |
|---|---|---|---|

# North China Cargo Service Inc.

| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED DATE: | AS ARRANGED SHIPPED ON BOARD THE VESSEL DATE: | FOR AND ON BEHALF OF THE CARRIER NORTH CHINA CARGO SERVICE INC. |
|---|---|---|
| 2006-08-05 TIANJIN | 2006-08-05 |  |
| AT: | PER, | PER, |

```
APPENDIX TO BILL OF LADING NUMBER: NQDUS0608003                    2006-08-05
TGHU7453515 000516            40 HC CY/CY
TGHU7456849 000503            40 HC CY/CY
TGHU7456900 000475            40 HC CY/CY
TGHU7502646 000502            40 HC CY/CY
TGHU7502862 000504            40 HC CY/CY
TGHU7503128 000474            40 HC CY/CY
TGHU7505840 000749            40 HC CY/CY
TGHU7514061 000518            40 HC CY/CY
TGHU7527710 000512            40 HC CY/CY
TGHU7553216 000521            40 HC CY/CY
TGHU7556977 000526            40 HC CY/CY
TGHU7627031 000505            40 HC CY/CY
TGHU7642313 000520            40 HC CY/CY
TGHU7645380 000601            40 HC CY/CY
TGHU7649072 000649            40 HC CY/CY
TGHU7665432 000506            40 HC CY/CY
TGHU7667815 000528            40 HC CY/CY
TGHU7676479 000501            40 HC CY/CY
TGHU7676720 000508            40 HC CY/CY
TGHU7690219 000748            40 HC CY/CY
*****************END OF BILL OF LADING*****************
```

SHIPPER

TAIAN TAISHAN PLASTERBOARD CO., LTD
DAWENKOU DAIYUE DISTRICT OF TAIAN SHANGDONG PROVINCE.
CHINA 271026

CONSIGNEE

TO THE ORDER OF SHIPPER

NOTIFY PARTY

WOOD NATION, INC
10740 PLANTATION BAY DRIVE TAMPA. FL 33647
TEL:813-994-6499



# North China Cargo Service Inc.

# BILL OF LADING

| | |
|---|---|
| B/L: | ESLTAOJH0008 |
| S/O: | NQDUS0608003 |

| OCEAN VESSEL | VOY NO. |
|---|---|
| JI HAI BAO SHAN | 622 |

| PLACE OF RECEIPT | PORT OF LOADING |
|---|---|
| | QINGDAO, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| TAMPA, FL USA | TAMPA,FL USA |

RECEIVED in apparent good order and condition except as otherwise noted the total number of Containers or other packages or units enumerated below for transportation from the place of receipt to the place of delivery subject to the terms hereof. One of the original Bills of Lading must be surrendered duly endorsed in exchange for the Goods or Delivery Order. IN WITNESS whereof the number of original Bills of Lading stated below have been signed, one of which being accomplished, the other(s) to be void.

| MARKS & NOS | NO. OF PACKAGES | DESCRIPTIONS OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 13200    PIECE(S) | 1/2" GYPSUM DRYWALL 4'X12' | 520000  KGS | 800  CBM |

SHIP ON BOARD ON 2006-08-05

THE MERCHANDISE SHIPPED DOES
NOT CONTAIN ANY SOLID WOOD
PACKING MATERIALS

SHIPPER'S LOAD COUNT&SEAL ,
SAID TO CONTAIN

FREIGHT COLLECT

ORIGINAL

← PARTICULARS FURNISHED BY SHIPPERS →

CONTINUED ON APPENDIX TO BL NO.    SAY  THIRTEEN  THOUSAND TWO HUNDRED PIECE(S) ONLY

NQDUS0608003

FOR DELIVERY PLEASE APPLY TO:

NORTH CHINA CARGO SERVICE INC.
636 BREA CANYON ROAD WALNUT. CA 91789
TEL:(909)468-1088 FAX:(909)468-1260

| FREIGHT & CHARGES | PREPAID | COLLECT |
|---|---|---|

AMEREURO SHIPPING AGENCY CO., LTD.

| TOTAL COLLECT AMOUNT | | TOTAL | |
|---|---|---|---|

THREE (3) ORIGINAL BS/L
HAVE BEEN SIGNED
DATE:
       2006-08-05
AT:    TIANJIN

AS ARRANGED
SHIPPED ON BOARD THE
VESSEL
DATE:
       2006-08-05
PER,

AS ARRANGED

# North China Cargo Service Inc.

FOR  AND  ON  BEHALF  OF  THE  CARRIER
NORTH  CHINA  CARGO  SERVICE  INC.
PER,

```
APPENDIX TO BILL OF LADING NUMBER: NQDUS0608003                    2006-08-05

TGHU7453515 000516          40 HC CY/CY
TGHU7456849 000503          40 HC CY/CY
TGHU7456900 000475          40 HC CY/CY
TGHU7502646 000502          40 HC CY/CY
TGHU7502862 000504          40 HC CY/CY
TGHU7503128 000474          40 HC CY/CY
TGHU7505840 000749          40 HC CY/CY
TGHU7514061 000518          40 HC CY/CY
TGHU7527710 000512          40 HC CY/CY
TGHU7553216 000521          40 HC CY/CY
TGHU7556977 000526          40 HC CY/CY
TGHU7627031 000505          40 HC CY/CY
TGHU7642313 000520          40 HC CY/CY
TGHU76645380 000601         40 HC CY/CY
TGHU7649072 000649          40 HC CY/CY
TGHU7665432 000506          40 HC CY/CY
TGHU7667815 000528          40 HC CY/CY
TGHU7676479 000501          40 HC CY/CY
TGHU7676720 000508          40 HC CY/CY
TGHU7690219 000748          40 HC CY/CY
*****************END OF BILL OF LADING*****************
```

SHIPPER

TAIAN TAISHAN PLASTERBOARD CO., LTD
DAWENKOU DAIYUE DISTRICT OF TAIAN SHANGDONG PROVINCE
CHINA 271026



# North China Cargo Service Inc.
# BILL OF LADING

CONSIGNEE

TO THE ORDER OF SHIPPER

NOTIFY PARTY

WOOD NATION, INC
10740 PLANTATION BAY DRIVE TAMPA, FL 33647
TEL:813-994-6499

B/L:   ESLTAODS0002

S/O:   NQDUS0607019

RECEIVED in apparent good order and condition except as otherwise noted, the total number of Containers or other packages or units enumerated below for transportation from the place of receipt to the place of delivery subject to the terms hereof.  One of the original  Bills of Lading must be surrendered duly endorsed in exchange for the Goods or Delivery Order.  IN WITNESS whereof the number of original Bills of Lading stated below have been signed, one of which being accomplished, the other(s) to be void.

| OCEAN VESSEL | VOY NO. |
|---|---|
| DE SHAN | V.016 |

| PLACE OF RECEIPT | PORT OF LOADING |
|---|---|
| | QINGDAO, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| | TAMPA, FL USA |

| MARKS & NOS | NO. OF PACKAGES | DESCRIPTIONS OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 13200        PIECE(S) | 1/2" GYPSUM DRYWALL 4'X12' | 540000 KGS | 800 CBM |
| | | SHIP ON BOARD ON 2006-07-28 | | |
| | | THE MERCHANDISE SHIPPED DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIALS | | |
| | | SHIPPER'S LOAD COUNT&SEAL SAID TO CONTAIN | | |
| | | FREIGHT COLLECT | | |

ORIGINAL

CONTINUED ON APPENDIX TO BL NO.

NQDUS0607019

SAY  THIRTEEN  THOUSAND  TWO HUNDRED PIECE(S) ONLY

PARTICULARS FURNISHED BY SHIPPERS

FOR DELIVERY PLEASE APPLY TO:

NORTH CHINA CARGO SERVICE INC.
636 BREA CANYON ROAD WALNUT, CA 91789
TEL:(909)468-1088 FAX:(909)468-1260

| FREIGHT & CHARGES | PREPAID | COLLECT |
|---|---|---|



AMEREURO SHIPPING AGENCY CO., LTD.

| TOTAL COLLECT AMOUNT | AS ARRANGED | TOTAL | AS ARRANGED |
|---|---|---|---|

| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED DATE:        2006-07-28 | SHIPPED ON BOARD THE VESSEL DATE:        2006-07-28 | # North China Cargo Service Inc. |
|---|---|---|
| AT:          TIANJIN | PER, | FOR  AND  ON  BEHALF  OF  THE  CARRIER NORTH  CHINA  CARGO  SERVICE  INC. |
| | PER, | |

```
APPENDIX TO BILL OF LADING NUMBER: NQDUS0607019                  2006-07-28
   TGHU7543687 000452            40 HC CY/CY
   TGHU7304569 000459            40 HC CY/CY
   TGHU7647017 000457            40 HC CY/CY
   TGHU7287610 000454            40 HC CY/CY
   TGHU7238826 000455            40 HC CY/CY
   TGHU7405965 000458            40 HC CY/CY
   TGHU7549746 000301            40 HC CY/CY
   TGHU7466600 000463            40 HC CY/CY
   TGHU7679396 000484            40 HC CY/CY
   TGHU7382725 000465            40 HC CY/CY
   TGHU7557145 000462            40 HC CY/CY
   TGHU7362483 000430            40 HC CY/CY
   TGHU7642329 000401            40 HC CY/CY
   TGHU7577809 000431            40 HC CY/CY
   TGHU7572920 000429            40 HC CY/CY
   TGHU7382561 000468            40 HC CY/CY
   TGHU7304213 000466            40 HC CY/CY
   TGHU7674326 000428            40 HC CY/CY
   TGHU7483891 000461            40 HC CY/CY
   TGHU7602049 000453            40 HC CY/CY
   *****************END OF BILL OF LADING*****************
```

| SHIPPER | |
|---|---|
| TAIAN TAISHAN PLASTERBOARD CO., LTD<br>DAWENKOU DAIYUE DISTRICT OF TAIAN SHANGDONG PROVINCE<br>CHINA 271026 | 

# North China Cargo Service Inc.

## BILL OF LADING |

**CONSIGNEE**

TO THE ORDER OF SHIPPER

**NOTIFY PARTY**

WOOD NATION, INC
10740 PLANTATION BAY DRIVE TAMPA, FL 33647
TEL:813-994-6499

B/L: ESLTAODS0002
S/O: NQDUS0607019

RECEIVED in apparent good order and condition except as otherwise noted the total number of Containers or other packages or units enumerated below for transportation from the place of receipt to the place of delivery subject to the terms hereof. One of the original Bills of Lading must be surrendered duly endorsed in exchange for the Goods or Delivery Order. IN WITNESS whereof the number of original Bills of Lading stated below have been signed, one of which being accomplished, the other(s) to be void.

| OCEAN VESSEL | VOY NO. |
|---|---|
| DE SHAN | V.016 |

| PLACE OF RECEIPT | PORT OF LOADING |
|---|---|
| | QINGDAO, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| | TAMPA,FL USA |

↑ PARTICULARS FURNISHED BY SHIPPERS →

| MARKS & NOS | NO. OF PACKAGES | DESCRIPTIONS OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 13200   PIECE(S) | 1/2" GYPSUM DRYWALL 4'X12' | 540000<br>KGS | 800<br>CBM |

SHIP ON BOARD ON 2006-07-28

THE MERCHANDISE SHIPPED DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIALS

SHIPPER'S LOAD COUNT&SEAL, SAID TO CONTAIN

FREIGHT COLLECT

 ORIGINAL

CONTINUED ON APPENDIX BL NO.

NQDUS0607019

SAY THIRTEEN THOUSAND TWO HUNDRED PIECE(S) ONLY

| FOR DELIVERY PLEASE APPLY TO: | FREIGHT & CHARGES | PREPAID | COLLECT |
|---|---|---|---|
| NORTH CHINA CARGO SERVICE INC.<br>636 BREA CANYON ROAD WALNUT, CA 91789<br>TEL:(909)468-1088 FAX:(909)468-1260 | AMEREURO SHIPPING AGENCY CO., LTD. | | |

| TOTAL COLLECT AMOUNT | AS ARRANGED | TOTAL | AS ARRANGED |
|---|---|---|---|

| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED DATE: | SHIPPED ON BOARD THE VESSEL DATE: | # North China Cargo Service Inc. |
|---|---|---|
| 2006-07-28 | 2006-07-28 | FOR AND ON BEHALF OF THE CARRIER NORTH CHINA CARGO SERVICE INC. |
| AT: TIANJIN | PER, | PER, |

```
APPENDIX TO BILL OF LADING NUMBER: NQDUS0607019              2006-07-28
  TGHU7543687 000452              40 HC CY/CY
  TGHU7304569 000459              40 HC CY/CY
  TGHU7647017 000457              40 HC CY/CY
  TGHU7287610 000454              40 HC CY/CY
  TGHU7238826 000455              40 HC CY/CY
  TGHU7405965 000458              40 HC CY/CY
  TGHU7549746 000301              40 HC CY/CY
  TGHU7466600 000463              40 HC CY/CY
  TGHU7679396 000484              40 HC CY/CY
  TGHU7382725 000465              40 HC CY/CY
  TGHU7557145 000462              40 HC CY/CY
  TGHU7362483 000430              40 HC CY/CY
  TGHU7642329 000401              40 HC CY/CY
  TGHU7577809 000431              40 HC CY/CY
  TGHU7572920 000429              40 HC CY/CY
  TGHU7382561 000468              40 HC CY/CY
  TGHU7304213 000466              40 HC CY/CY
  TGHU7674326 000428              40 HC CY/CY
  TGHU7483891 000461              40 HC CY/CY
  TGHU7602049 000453              40 HC CY/CY
  *****************END OF BILL OF LADING*****************
```

SHIPPER

TAIAN TAISHAN PLASTERBOARD CO., LTD
DAWENKOU DAIYUE DISTRICT OF TAIAN SHANGDONG PROVINCE
CHINA 271026

CONSIGNEE

TO THE ORDER OF SHIPPER

NOTIFY PARTY

WOOD NATION, INC
10740 PLANTATION BAY DRIVE TAMPA, FL 33647
TEL:813-994-6499



# North China Cargo Service Inc.

# BILL OF LADING

B/L: ESLTAODS0002
NODUS0607019

S/O:

| OCEAN VESSEL | VOY NO. |
|---|---|
| DE SHAN | V.016 |

| PLACE OF RECEIPT | PORT OF LOADING |
|---|---|
|  | QINGDAO, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
|  | TAMPA,FL USA |

RECEIVED in apparent good order and condition except as otherwise noted the total number of Containers or other packages or units enumerated below for transportation from the place of receipt to the place of delivery subject to the terms hereof. One of the original Bills of Lading must be surrendered duly endorsed in exchange for the Goods or Delivery Order. IN WITNESS whereof the number of original Bills of Lading stated below have been signed, one of which being accomplished, the other(s) to be void.

PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS | NO. OF PACKAGES | DESCRIPTIONS OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 13200          PIECE(S) | 1/2" GYPSUM DRYWALL 4'X12' | 540000
KGS | 800
CBM |

SHIP ON BOARD ON 2006-07-28

THE MERCHANDISE SHIPPED DOES
NOT CONTAIN ANY SOLID WOOD
PACKING MATERIALS

SHIPPER'S LOAD COUNT&SEAL
SAID TO CONTAIN

FREIGHT COLLECT

COPY
NON-NEGOTIABLE

CONTINUED ON APPENDIX TO B/L NO.   SAY THIRTEEN THOUSAND TWO HUNDRED PIECE(S) ONLY

NODUS0607019

| FOR DELIVERY PLEASE APPLY TO: | FREIGHT & CHARGES | PREPAID | COLLECT |
|---|---|---|---|
| NORTH CHINA CARGO SERVICE INC.
636 BREA CANYON ROAD WALNUT, CA 91789
TEL:(909)468-1088 FAX:(909)468-1260 |  |  |  |

| TOTAL COLLECT AMOUNT
AS ARRANGED | TOTAL
AS ARRANGED |
|---|---|

| THREE (3) ORIGINAL BS/L
HAVE BEEN SIGNED
DATE:
2006-07-28
AT: TIANJIN | SHIPPED ON BOARD THE
VESSEL
DATE:
2006-07-28
PER, | North China Cargo Service Inc.
FOR AND ON BEHALF OF THE CARRIER
NORTH CHINA CARGO SERVICE INC.
PER, |

```
APPENDIX TO BILL OF LADING NUMBER: NQDUS0607019                    2006-07-28

      TGHU7543687 000452              40 HC CY/CY
      TGHU7304569 000459              40 HC CY/CY
      TGHU7647017 000457              40 HC CY/CY
      TGHU7287610 000454              40 HC CY/CY
      TGHU7238826 000455              40 HC CY/CY
      TGHU7405965 000458              40 HC CY/CY
      TGHU7549746 000301              40 HC CY/CY
      TGHU7466600 000463              40 HC CY/CY
      TGHU7679396 000484              40 HC CY/CY
      TGHU7382725 000465              40 HC CY/CY
      TGHU7557145 000462              40 HC CY/CY
      TGHU7362483 000430              40 HC CY/CY
      TGHU7642329 000401              40 HC CY/CY
      TGHU7577809 000431              40 HC CY/CY
      TGHU7572920 000429              40 HC CY/CY
      TGHU7382561 000468              40 HC CY/CY
      TGHU7304213 000466              40 HC CY/CY
      TGHU7674326 000428              40 HC CY/CY
      TGHU7483891 000461              40 HC CY/CY
      TGHU7602049 000453              40 HC CY/CY
      ****************END OF BILL OF LADING****************
```

| SHIPPER | | |
|---|---|---|

TAIAN TAISHAN PLASTERBOARD CO., LTD
DAWENKOU DAIYUE DISTRICT OF TAIAN SHANDONG PROVINCE
CHINA 271026



# North China Cargo Service Inc.

# BILL OF LADING

| CONSIGNEE | |
|---|---|

TO THE ORDER OF SHIPPER

| NOTIFY PARTY | |
|---|---|

GOOD NATION, INC
10740 PLANTATION BAY DRIVE TAMPA, FL 33647
TEL.813-994-6494

B/L:   NCLTAOGNG012

S/O:   BJSG2060/019

| OCEAN VESSEL | VOY NO. |
|---|---|
| DF STAR | V 016 |

| PLACE OF RECEIPT | PORT OF LOADING |
|---|---|
| | QINGDAO, CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| | TAMPA FL USA |

RECEIVED in apparent good order and condition except as otherwise noted the total number of Containers or other packages or units enumerated below for transportation from the place of receipt to the place of delivery subject to the terms hereof. One of the original Bills of Lading must be surrendered duly endorsed in exchange for the Goods or Delivery Order. IN WITNESS whereof the number of original Bills of Lading stated below have been signed, one of which being accomplished, the other(s) to be void.

| MARKS & NOS | NO. OF PACKAGES | DESCRIPTIONS OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 13760 | PIECE(S) | 13760 | 800 |
| | | GYPSUM DRYWALL 4'X12' | KGS | CBM |

SHIP ON BOARD ON 2006/07/28

THE MERCHANDISE SHIPPED DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIALS

SHIPPER'S LOAD COUNT&SEAL SAID TO CONTAIN

FREIGHT COLLECT

COPY
NON-NEGOTIABLE

CONTINUED ON APPENDIX TO BL NO.    SAY THIRTEEN THOUSAND TWO HUNDRED SIXTY(S) ONLY

BJSG2060/019

| FOR DELIVERY PLEASE APPLY TO: | FREIGHT & CHARGES | PREPAID | COLLECT |
|---|---|---|---|
| NORTH CHINA CARGO SERVICE INC. | | | |
| 812 BREA CANYON ROAD WALNUT, CA 91789 | | | |
| TEL.(909)468-1998 FAX.(909)468-1200 | | | |

| TOTAL COLLECT AMOUNT | | TOTAL | |
|---|---|---|---|

| THREE (3) ORIGINAL BS/L HAVE BEEN SIGNED DATE: | SHIPPED ON BOARD THE VESSEL DATE: | # North China Cargo Service Inc. |
|---|---|---|
| 2006-07-28 TIANJIN | 2006-07-28 | FOR AND ON BEHALF OF THE CARRIER NORTH CHINA CARGO SERVICE INC. |
| AT: | PER, | PER, |

PARTICULARS FURNISHED BY SHIPPERS

```
APPENDIX TO BILL OF LADING NUMBER: NQDUS0607019                    2006-07-28
   TGHU7543687 000452          40 HC CY/CY
   TGHU7304569 000459          40 HC CY/CY
   TGHU7647017 000457          40 HC CY/CY
   TGHU7287610 000454          40 HC CY/CY
   TGHU7238826 000455          40 HC CY/CY
   TGHU7405965 000458          40 HC CY/CY
   TGHU7549746 000301          40 HC CY/CY
   TGHU7466600 000463          40 HC CY/CY
   TGHU7679396 000484          40 HC CY/CY
   TGHU7382725 000465          40 HC CY/CY
   TGHU7557145 000462          40 HC CY/CY
   TGHU7362483 000430          40 HC CY/CY
   TGHU7642329 000401          40 HC CY/CY
   TGHU7577809 000431          40 HC CY/CY
   TGHU7572920 000429          40 HC CY/CY
   TGHU7382561 000468          40 HC CY/CY
   TGHU7304213 000466          40 HC CY/CY
   TGHU7674326 000428          40 HC CY/CY
   TGHU7483891 000461          40 HC CY/CY
   TGHU7602049 000453          40 HC CY/CY
   ****************END OF BILL OF LADING*****************
```

# *TAIAN TAISHAN PLASTERBOARD CO., LTD*

## DAWENKOU DAIYUE DISTRICT OF TAIAN，SHANDONG PROVINCE

## PACKING    LIST

INVOICE NO.:06072801                             DATE: July28, 2006

BUYER : WOOD NATION，INC.

        10740 PLANTATION BAY DRIVE TAMPA, FL 33647

SHIP FROM QINGDAO TO TAMPA, FL USA

SHIP BY: 40'HC CONTAINER

DELIVEERY TERM: FOB QING DAO CHINA

| MARK | DESCRIPTION OF GOODS | QTY （PCS) | GROSS WEIGHT (MT) | VOLUIME (M³) |
|---|---|---|---|---|
| N/M | 1/2" GYPSUM DRYWALL  4' X 12' | 660/  40'HC CONTAINER | 27/  40'HC CONTAINER | 40/  40'HC CONTAINER |
| TOTAL: | 20*40'HC CONTAINER | 13200 | 540 | 800 |

SAY: TWENTY 40' HC CONTAINERS

TAIAN TAISHAN PLASTERBOARD CO., LTD.

泰安市泰山纸面石膏板有限公司

# *TAIAN TAISHAN PLASTERBOARD CO., LTD*

DAWENKOU DAIYUE DISTRICT OF TAIAN，SHANDONG PROVINCE

## PACKING    LIST

INVOICE NO.:06072801                                        DATE: July28, 2006
BUYER : WOOD NATION，INC.
         10740 PLANTATION BAY DRIVE TAMPA, FL 33647

SHIP FROM QINGDAO TO TAMPA, FL USA
SHIP BY: 40'HC CONTAINER
DELIVEERY TERM: FOB QING DAO CHINA

| MARK | DESCRIPTION     OF GOODS | QTY  (PCS) | GROSS WEIGHT (MT) | VOLUIME (M³) |
|------|--------------------------|------------|-------------------|--------------|
| N/M  | 1/2"    GYPSUM DRYWALL  4' X 12' | 660/  40'HC CONTAINER | 27/  40'HC CONTAINER | 40/  40'HC CONTAINER |
| TOTAL: | 20*40'HC CONTAINER | 13200 | 540 | 800 |

SAY: TWENTY 40' HC CONTAINERS

TAIAN TAISHAN PLASTERBOARD CO., LTD.
泰安市泰山纸面石膏板有限公司

# *TAIAN TAISHAN PLASTERBOARD CO., LTD*

## DAWENKOU DAIYUE DISTRICT OF TAIAN，SHANDONG PROVINCE

## PACKING    LIST

INVOICE NO.:06072801                     DATE: July28, 2006

BUYER : WOOD NATION，INC.

       10740 PLANTATION BAY DRIVE TAMPA, FL 33647

SHIP FROM QINGDAO TO TAMPA, FL USA

SHIP BY: 40'HC CONTAINER

DELIVEERY TERM: FOB QING DAO CHINA

| MARK | DESCRIPTION OF GOODS | QTY (PCS) | GROSS WEIGHT (MT) | VOLUIME (M³) |
|------|----------------------|-----------|-------------------|--------------|
| N/M  | 1/2" GYPSUM DRYWALL  4' X 12' | 660/ 40'HC CONTAINER | 27/ 40'HC CONTAINER | 40/ 40'HC CONTAINER |
| TOTAL: | 20*40'HC CONTAINER | 13200 | 540 | 800 |

SAY: TWENTY 40' HC CONTAINERS

TAIAN TAISHAN PLASTERBOARD CO., LTD.

泰安市泰山纸面石膏板有限公司

# CERTIFICATE

We declare that the gypsum drywall under the INVOICE NO.:06072801

were produced in China and they comply with the Rules of Origin of the

People's Republic of China.

Containers No.:

| | | | |
|---|---|---|---|
| TGHU7543687 | 000452 | TGHU7304569 | 000459 |
| TGHU7647017 | 000457 | TGHU7287610 | 000454 |
| TGHU7238826 | 000455 | TGHU7405965 | 000458 |
| TGHU7549746 | 000301 | TGHU7466600 | 000463 |
| TGHU7679369 | 000484 | TGHU7382725 | 000465 |
| TGHU7557145 | 000462 | TGHU7362483 | 000430 |
| TGHU7642329 | 000401 | TGHU7577809 | 000431 |
| TGHU7572920 | 000429 | TGHU7382561 | 000468 |
| TGHU7304213 | 000466 | TGHU7674326 | 000428 |
| TGHU7483891 | 000461 | TGHU7602049 | 000453 |

Manufacturer:

TAIAN TAISHAN PLASTERBOARD CO., LTD.

2006. 7. 28