| | |
|---|---|
| **From:** | 8812017538 <8812017538@163.com> |
| **Sent:** | Friday, August 18, 2006 10:00 AM (GMT) |
| **To:** | woodnation@verizon.net |
| **Subject:** | bill of lading |

Dear Mr. Richard Hannam,

Thank you very much for your great efforts on our business of gypsum board.

We presented the documents to our bank for the first twenty containers. But the bank poited that it is unmarked the port of discharge in the bill of lading today. It will take about 5 working days at least if we ask the send the B/L to the shipping agent to amend it and they send back to us. It will exceed the 21 days since the B/L is signed on July 28th if we ask the shipping agent to amend it. In order to present the documents in time and avoid delaying in unloading, so please accept the discrepant point.

looking forward to your early reply.

Yours faithfully
Frank

抢呀！魔兽点卡1折啦
1. 今秋5类色MM的靓装 2.NIKE\阿迪\Kappa\李宁全场99元！



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0022664