开票 2006年 8月 2日 填制
Date 2006Y 8M 2 D

| | 出口企业税务登记证号: | 370911785030460 |

泰安市泰山纸面石膏板有限公司
Porter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD

| | Tax Registration No: | 370911785030460 |

| 出口企业地址: | 泰安市岱岳区 | 电话: | 86-538-8812002 | 传真: | 86-538-8812002 |
| Address: | DAWENKOU TAI`AN CITY CHINA | Tel: | 86-538-8812002 | Fax: | 86-538-8812002 |

| 成交方式: | FOB | 提单号: | ESLTAODS0001 | 合同号: | |
| Term of Delivery: | FOB | B/L No: | ESLTAODS0001 | Contract No: | |

| 致: | WOOD NATION INC | 付款方式: | T/T &L/C |
| To: | WOOD NATION INC | Payment: | T/T &L/C |

| | | 装箱口岸: | 青岛 | 目的地: | 美国 |
| | | From: | QINGDAO | To: | TAMPA USA |

| 唛头及号码<br>Mark | 品名及规格<br>Description | 数量<br>Quantity | 单价<br>UnitPrice | 金额<br>Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD<br>3660*1220*12.7mm | 13200PCS | USD4.20/PCS | USD55440.00 |

合计:
TOTAL: USD55440.00

Signature
370911785030460
(本发票手写无效)

第三联：记账联（填票单位作记账凭证）

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

PLAINTIFF'S
EXHIBIT
15

R. HANNAM
2-14-11 SDW

TG 0001545

Date 2006年 8月 8日 填制

| 出口企业名称：泰安市泰山纸面石膏板有限公司 | | 出口企业税务登记号： | 37091178S030460 |
|---|---|---|---|
| Exporter Name：TAIAN TAISHAN PLASTERBOARD CO.,LTD | | Tax Registration No： | 37091178S030460 |
| 出口企业地址：泰安市岱岳区 | | 电话： 86-538-8812002 传真： | 86-538-8812002 |
| Address: DAWENKOU TAI`AN CITY CHINA | | Tel： 86-538-8812002 Fax： | 86-538-8812002 |
| 成交方式： FOB | | 提单号： ESLTAOJH6008 号 ： | |
| Term of Delivery： FOB | | B/L No： ESLTAOJH6008 Contract No： | |
| 致 WOOD NATION INC | | 付款方式： T/T &L/C | |
| To： | | Payment： T/T &L/C | |
| WOOD NATION INC | | 装船口岸： 青岛 目的地： 美国 | |
| | | From： QINGDAO To： TAMPA USA | |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 3660*1220*12.7mm | 13200PCS | USD4.20/PCS | USD55440.00 |

| 合计： | |
|---|---|
| TOTAL: USD55440.00 | 税号 37091178S030460 单位名称：(盖章) Signature |

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER