| | |
|---|---|
| From: | Ivan Gonima <ivangonima@orientaltradingusa.com> |
| To: | wuyu374@hotmail.com <wuyu374@hotmail.com> |
| CC: | 'wu jian song' <wjshihuo@163.com> |
| Sent: | 8/30/2006 9:54:42 PM |
| Subject: | Fw: (by wjshihuo@163.com)Drywall from Taihe Group |

Dear Mr. Che:

My name is Ivan Gonima and I am the Executive Vice-President of Oriental Trading Company based in Miami, Florida, USA. Our China Office Manager, Mr. Wu Jian Song, has already contacted you about our interest in doing business with your company for importing drywall (Gypsum Board) to the USA.

I have been already contacting some big customers of us in order to offer them your product and there is a lot of interest for it. I just wanted to know if it is fine to email you at this address (it seems to me is your personal one) or if you have a business email address that I could use. I have several questions I need to present to your attention in order to have everything clear.

I was on a business trip to China between August 5 and August 15 and I was planning on visiting your factory at Taian but we were told you were on a Trade Show in Dubai and you were coming back August 22. I am sorry I missed you this time. For sure next time I will coordinate in advance so we can meet and discuss this potential business. I will be waiting for your answer.

Best regards;


Ivan Gonima
Executive Vice-President
Oriental Trading Company

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000575