```
 1               IN THE UNITED STATES DISTRICT COURT
                    EASTERN DIVISION OF LOUISIANA
 2
 3   IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047
     DRYWALL PRODUCTS LIABILITY
 4   LITIGATION,                    SECTION: L
 5                                  JUDGE FALLON
 6                                  MAG. JUDGE WILKINSON
 7   **  THIS DOCUMENT APPLIES TO:
         GERMANO, et al., vs. TAISHAN GYPSUM CO., LTD.,
 8       f/k/a SHANDONG TAIHE DONGXIN CO. LTD.,
         CASE NO. 2:09-CV-6687 (EDLA)
 9
10   VIDEOTAPED DEPOSITION OF BEST SUNSHINE SERVICES, LLC -
        IVAN GONIMA - PURSUANT TO FED R. CIV. P. 30(B)6)
11
12             CONFIDENTIAL - SUBJECT TO FURTHER
                     CONFIDENTIALITY REVIEW
13
14             Taken on Behalf of the Plaintiffs
15   DATE TAKEN:    DECEMBER 13, 2011
16   TIME:          10:12 A.M. - 3:08 P.M.
17   PLACE:         1512 EAST CONCORD STREET
                    ORLANDO, FLORIDA
18
19         Examination of the witness taken before:
                         Joan L. Pitt
20                 Registered Merit Reporter
                  Certified Realtime Reporter
21              Florida Professional Reporter
22
23               GOLKOW TECHNOLOGIES, INC.
24         877.370.3377 ph | 917.591.5672 fax
25                   deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.   No, 3 to 21.  $18 discount.
 2      Q.   Okay.
 3      A.   The problem was the shipping.  Anyways, I said,
 4  hey, at that price, that would be a great opportunity.
 5  They produced, I remember, and I am pretty sure that I
 6  scanned those, all the ASTM documentation that the
 7  drywall was good under the American standards.  So when
 8  we started Oriental Trading Company, Arevalo demanded
 9  like a certain amount of money for selling his part of
10  the deal, so that was the way to us.  So it was signed
11  by Arevalo.  It was like his contract and he was selling
12  his participation to other people interested in becoming
13  like partners or something, yeah.
14      Q.   Okay.  You've given me a lot of information and
15  a lot of it is very helpful.  I'm going to go back a
16  little bit and try to break it down a little more.
17      A.   Okay.
18      Q.   And it's -- so you understand, it's hard, when
19  you read a dry transcript like that, we're having a
20  conversation, but it's easier to break it down for us to
21  read later.
22      A.   Yeah, no problem.
23      Q.   The -- you mentioned you got a price sheet
24  from Taishan for the drywall?
25      A.   Yeah.
```

1      A.    I think so.  Pretty sure it was.

2      Q.    What was your understanding of the deal that

3   had been reached?

4      A.    That we were going to have the exclusive

5   distribution of drywall in the United States and that

6   there was still something to discuss about the big

7   buyers in New York, and I kept asking about them, and

8   finally I understood they didn't want to.  And, again,

9   in good faith I believe that they were protecting

10  somebody in New York, because I was all the time writing

11  e-mails I want to talk to them, because in good business

12  practices it would be great if we can have a meeting and

13  say, "Okay.  What is your pricing?  I don't want to be

14  your competitor.  I don't want to down the prices."

15           But I never got any -- any answer to that.

16     Q.    Do you recall what the terms of the agreement

17  or the deal, at least preliminarily, that you reached

18  the second day was with Taishan?

19     A.    That we were going to have that contract for

20  two years, that on the first year we had to buy certain

21  number of pieces, and that we had to make a deposit.

22  That was what I remember.

23     Q.    Was that contract signed?

24     A.    I think so.

25     Q.    And when I say was this contract signed, was it

Confidential - Subject to Further Confidentiality Review

```
 1   signed by both Arevalo and by Taishan?
 2        A.   Oh, yeah, yeah.  Oh, yeah.
 3        Q.   And if it wasn't signed --
 4        A.   Yes.
 5        Q.   Yes.
 6        A.   Yes.
 7        Q.   If it wasn't signed at that meeting, it was
 8   signed later on?
 9        A.   Yes.  Yes.
10        Q.   Okay.
11        A.   That's what I don't recall exactly.  I know the
12   agreement was made orally.  Now, I don't remember if
13   they signed the contract, the paperwork, at that point
14   or later on, but -- but at the end we got it, and I have
15   a hard copy of it.
16        Q.   Do you know who prepared the contract?
17        A.   Taishan, yeah.
18        Q.   Was it prepared in English?
19        A.   Yeah, it is in English.  Yes, it is in English.
20        Q.   Do you know if the agreement was given to you
21   or to Mr. Arevalo at that meeting the second day?
22        A.   I am not sure.
23        Q.   Okay.
24        A.   I am not sure, but my best guess would be that
25   it was.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q.   Okay.
 2      A.   But I cannot tell you 100 percent.
 3      Q.   You know at some point you received it from
 4   Taishan?
 5      A.   That's better, at some point, yes.
 6      Q.   Okay.  What I can't have you do is guess or
 7   speculate.  So when you say guess, it sets off alarm
 8   bells in lawyers' heads.
 9      A.   Oh, okay.
10      Q.   So to the best of your knowledge.
11      A.   Yeah, to the best of my knowledge, it was done
12   at that visit, yes.  Yeah, because I went back to
13   China -- when I went back to China in 2007, it was a
14   done deal, so in the interim from 2006 to 2007 we never
15   went back, so I think, to the best of my knowledge, it
16   was done on the first visit.
17           MR. MONTOYA:  Okay.  How long are your tapes?
18           THE VIDEOGRAPHER:  I have about 15 minutes left
19      on this.
20           MR. MONTOYA:  Okay.
21   BY MR. MONTOYA:
22      Q.   How are you doing right now?  You need a break?
23      A.   Good.  Yeah, I would like to have more coffee,
24   but I am doing good.
25      Q.   Absolutely.  Let's -- why don't we take a
```

Confidential - Subject to Further Confidentiality Review

```
 1   five-minute break.  I can use some coffee too.
 2       A.   Sure.
 3       Q.   And then we'll go from there.
 4       A.   Oh, yeah, no problem.
 5            MR. MONTOYA:  Is that okay with you?
 6            MS. MASHELKAR:  Yes.
 7            THE VIDEOGRAPHER:  The time is 11:17 a.m.
 8       We're off record.  This ends Tape 1.
 9            (Recess from 11:17 until 11:31 a.m.)
10            THE VIDEOGRAPHER:  This begins Tape 2.  It's
11       11:31.  We're back on record.
12   BY MR. MONTOYA:
13       Q.   All right, sir.  Chronologically we were back
14   at the point where you -- where a deal had been reached
15   either at the time you left the Taishan plant the second
16   day or shortly thereafter at some point.  Once you got
17   back to the United States, what happened next in terms
18   of your business dealings with Taishan?
19       A.   Okay.  We -- as I said, Jorge had the
20   agreement, and he was like the owner.  Jorge was the
21   owner of the agreement.  So what he wanted me to do was
22   to prepare all these financial projections, estimates on
23   sales per year and cost and to see if the business was
24   going to produce any profit.  So I did.
25            And the business was showing -- I mean, the
```

Confidential - Subject to Further Confidentiality Review

```
 1   numbers were showing a good profit.  You are buying at
 2   3, probably at a cost of 10 total and selling at 18 or
 3   17 under what it was at that point, the market price, so
 4   we were going to have a profit of over the cost like 70
 5   percent.
 6           The problem we had was that nor Jorge nor me
 7   had money, so we started looking for how to fund this
 8   business.  And Jorge was the one.  He's very good at it.
 9   He's very good at taking people and going around like a
10   boa constrictor and getting them.
11           So he presented the lady to me, Denise Romano.
12   Denise had a materials business, marble and granite, in
13   the Fort Lauderdale area, and she was selling to big
14   projects in Miami.  When I say big projects, I refer
15   like the Jade and that kind of buildings.  High-end
16   product.  So Jorge said she could be interested and we
17   met her.  I presented the numbers.  She went through
18   them with her son Alvaro, and they decided that it was a
19   good opportunity, and at that point it was really a good
20   opportunity.  Now --
21       Q.   This is early part of 2006?  First quarter?
22       A.   End of two -- no, end of 2006, I would say,
23   yeah.
24       Q.   Okay.
25       A.   Yeah, probably December 2006.  So finally Jorge
```

Confidential - Subject to Further Confidentiality Review

 1   was the one putting a price on the business based on my

 2   numbers and we sold -- or Jorge sold 50 percent of the

 3   deal to Denise for a certain -- it was like for

 4   $700,000, probably, and then he said that because of

 5   the -- what I had done and all my participation that I

 6   was going to have 19 percent of the -- 19 percent, yeah,

 7   of that deal.  So I said, "Well, great, that's a lot of

 8   money."  So we decided to open the business in Orlando.

 9       Q.   Who took the remaining percentages?

10       A.   William Dixon that -- William Dixon was the guy

11   who introduced Jorge to me.  Jorge, I think -- let me

12   see.  I think that Denise was 50, 50 or 51, Jorge was

13   like 30, probably, or 25, I was like 19 or 17, and Dixon

14   was like 5 or 6, something like that.

15            So that's when Oriental Trading Company was

16   born.  That was the point where Oriental Trading Company

17   became a company, and that was done by an attorney in

18   Miami, last name Garcia, I think, in this building in

19   Coral Gables.  And we went through all the paperwork

20   with them, and Denise paid Jorge, she paid William.  I

21   didn't get all the money, because at one point Denise

22   said, "Enough is enough."

23            So I was short like $100,000.  I said, "Denise,

24   I don't have any problem.  I am acting in good faith.  I

25   really appreciate what you have done and I understand

Confidential - Subject to Further Confidentiality Review

```
 1   said, okay, this is it, there's nothing we can do.
 2            And Denise one day said, "Ivan, I don't want to
 3   lose more money, so I'm going to take care of it."
 4            I said, "Okay, that's fine, I understand it."
 5            And two, three days later she called me and
 6   said, "I have donated everything.  I'm going to lose
 7   that money, but I want that drywall to go for a good
 8   purpose, so I have donated it."
 9            I am not sure 100 percent, but I think it was
10   Habitat for Humanity.  Many, many, many semis come into
11   the warehouse, and at that point it was Leonardo the one
12   at the warehouse, but I think when -- I went there
13   twice, three times, maybe, and I saw the semis just
14   loading everything and taking it out until the warehouse
15   was empty, and so that was it.
16       Q.   When you got -- help me.  When you got back to
17   the United States, had an order been made from Taishan
18   at that point?
19       A.   No.
20       Q.   Okay.
21       A.   No.
22       Q.   When was the first order made?
23       A.   It was like around, I would say the first
24   three, four months of 2007.  Probably March.  Probably
25   March, yeah.
```

```
 1   expert on the matter and they could do whatever we
 2   wanted.  So they were the ones that suggesting, "Okay.
 3   If you are going to go to Texas, why don't you try Long
 4   Beach?"  "You're going to go to Atlanta, try Savannah."
 5           They also mentioned Jacksonville.
 6   Jacksonville, Florida.
 7       Q.  How much money did Oriental Trading Company
 8   ultimately end up --
 9       A.  Losing?
10       Q.  -- sending to Taishan for drywall?
11       A.  Wow.  I would say, including the deposit, close
12   to, deposit and shipping, like seven thousand hundred.
13       Q.  700,000?
14       A.  700,000, yeah.
15       Q.  How much drywall did Oriental Trading Company
16   ultimately sell that they received from Taishan?
17       A.  None.
18       Q.  What happened to the drywall from Taishan?
19       A.  We had to get rid of it, because we were
20   basically paying a warehouse for keeping it until --
21   Arevalo and Dixon one day they sued Denise, or they were
22   trying to sue Denise for some money that Denise was
23   owing them.  I didn't want to be part of that, and they
24   got out of -- they one day got the money and said, "It's
25   not our problem.  Bye-bye."  And they were never really
```

Confidential - Subject to Further Confidentiality Review

```
 1   part of the thing.
 2            And I said, "Denise, I'm sorry, but I need to
 3   go out and look for something to do."
 4            I was not getting a penny out of that.  I was
 5   not an employee.  I was just helping and maintaining
 6   myself and my family with the money that I got for
 7   selling, like what Arevalo gave me.  And Leonardo stayed
 8   at the facility, and as I mentioned before, one day he
 9   said, "Ivan, we have some trucks coming to pick up
10   everything, because Denise just decided that enough is
11   enough and she has donated everything to a charity, I
12   think."
13            And I said, "Which one?"
14            And he said, "I think it's Habitat for
15   Humanity."
16            And so that was it.  We just emptied the place.
17   We -- Denise is a very honest, transparent lady.  She
18   paid whatever she had to pay for the warehouse contract,
19   for the forklift contract, and that was it.
20       Q.   Where was the warehouse located?
21       A.   Oh, it was on Rio Grande and 30 -- here is the
22   jail.  You keep -- is that 33rd?
23       Q.   Is this in Orlando?
24       A.   Yeah, Orlando.  Yeah, on the Rio Grande and
25   35th.
```

```
 1              MS. MASHELKAR:  Can I steal these for a second?
 2              THE WITNESS:  (Indicating.)
 3              MS. MASHELKAR:  Thank you.
 4       A.     Ah, okay.  Yes, sir.
 5       Q.     All right.  Can you tell us what Exhibit 11 is?
 6       A.     Okay.  Exhibit 11 is a letter from Leonardo
 7  Guzman to Taihe Taishan Plasterboard Co, Attention Bill
 8  Cher, and it's about the reimbursement of a $100,000
 9  deposit.
10       Q.     Had you seen this letter before?
11       A.     No.
12       Q.     Okay.  Are you familiar with the contents
13  in it?
14       A.     Yeah.
15       Q.     Okay.
16       A.     Yes.
17       Q.     And the letter refers to the -- to a deposit?
18       A.     That we made.
19       Q.     That Oriental Trading Company made with
20  Taishan?
21       A.     Yes, sir.
22       Q.     Okay.  What happened with the deposit?
23       A.     It is still in China.  The money is still in
24  China.  We have been fighting over it for -- this is
25  dated 2008 -- for over three years.
```

Confidential - Subject to Further Confidentiality Review

```
 1     Q.   Why is there a dispute over the deposit?
 2     A.   What they say, and I believe them, was that the
 3   Chinese government doesn't allow a company to transfer
 4   money back to any other country without the direct and
 5   specific permission from the -- from the government.
 6     Q.   Why is the $100,000 at issue?  Did you not get
 7   $100,000 worth of product?  What's the dispute?
 8     A.   Oh, no.  Okay, got it.  No, we -- we had to
 9   make a deposit, actually, Denise made a deposit, and
10   every time that we were placing an order, we had to pay
11   for the order.  In other words, the deposit was like a
12   warranty that we were going to keep doing business.  So
13   when everything went down the drain, we said, okay, now
14   it's time to get back the $100,000.
15     Q.   When you say "when everything went down the
16   drain," when the drywall prices in the United States
17   dropped down --
18     A.   And we closed the operation.
19     Q.   And you were stuck with the Taishan drywall?
20     A.   Oh, yeah.
21     Q.   Okay.  Then did Oriental Trading Company then
22   ask for its money back?
23     A.   Yeah.
24     Q.   Okay.
25     A.   We never used it.  We want it back.
```