1              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DIVISION OF LOUISIANA
2
3   IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
    DRYWALL PRODUCTS LIABILITY
4   LITIGATION                      SECTION: L
5                                   JUDGE FALLON
6                                   MAG. JUDGE WILKINSON
7   **  THIS DOCUMENT APPLIES TO:  GERMANO,
        et al., vs. TAISHAN GYPSUM CO., LTD.,
8       f/k/a SHANDONG TAIHE DONGXIN CO., LTD.,
        CASE NO. 2:09-CV-6687
9
              VIDEOTAPED DEPOSITION OF IVAN GONIMA
10
              CONFIDENTIAL - SUBJECT TO FURTHER
11                 CONFIDENTIALITY REVIEW
12
    Taken on Behalf of the Plaintiffs' Steering Committee
13
    DATE TAKEN:    FEBRUARY 14, 2012
14  TIME:          10:09 A.M. - 12:29 P.M.
    PLACE:         1512 EAST CONCORD STREET
15                 ORLANDO, FLORIDA 32803
16
17
18      Examination of the witness taken before:
                      Joan L. Pitt
19              Registered Merit Reporter
                Certified Realtime Reporter
20
21
22
23           GOLKOW TECHNOLOGIES, INC.
24       877.370.3377 ph | 917.591.5672 fax
25              deps@golkow.com

Confidential - Subject to Further Confidentiality Review

1   other signature is from the rep at Tai'an Taishan

2   Plasterboard Co.

3        Q.   How do you know Mr. Arevalo's signature?

4        A.   Oh, I was his partner for a long time, and

5   every time I saw his signing, and I saw also this

6   signature in different documents and letters that he

7   sent me.  So it's Jorge's.

8        Q.   And this document was kept in the -- in your --

9   in the course and scope of your business at Oriental

10  Trading Company?

11       A.   Yes, sir.

12       Q.   Okay.  And it was created at or about the time

13  of the events that are described in here?

14       A.   Yes, sir.

15       Q.   Tell me how -- there appears to be a signature

16  under Tai'an Taishan Plasterboard Co.?

17       A.   Yes, sir.

18       Q.   You said that -- I think you said before that

19  was from the representative at Tai'an Taishan

20  Plasterboard?

21       A.   Yes, sir.

22       Q.   And there's also a stamp there as well?

23       A.   Yes, sir, it's the stamp of the company, yes.

24       Q.   Explain to me how these documents were signed

25  and where they were signed.

1      A.    Okay.  On August -- I don't remember exactly,

2    but we went to Tai'an City and went to this factory.

3      Q.    Who is "we?"

4      A.    Jorge and I.  That was the first time.  We went

5    there to discuss with them the possibility of

6    distributing these products in the United States on an

7    exclusive basis.  We went through everything and they

8    said that everything was fine and they signed the

9    agreement at that moment.  They signed and they said

10   that we needed to make it official, the signature for

11   Jorge, so --

12     Q.    Now, you said "they" signed it.  Do you mean

13   someone at Taishan signed Exhibit 4?

14     A.    Yeah.

15     Q.    Okay.  Is that the signature that's on Exhibit

16   4?

17     A.    Yeah.  I don't remember if it was -- I think it

18   was not Bill Cher, but his boss, Peng Long, Peng Wong,

19   something like that.

20     Q.    Peng Wen Long?

21     A.    Yeah, I think.  I am not sure.  I don't recall

22   exactly who, but they signed it.  We came back to the

23   states, Jorge and I, and then with this contract in our

24   hand we started looking for an investor.

25           That's when we found Denise Romano.  So we

Confidential - Subject to Further Confidentiality Review

1  explained the project to Denise, I went through all the

2  numbers and projections financially and everything, and

3  she agreed to get into the business, but because of the

4  investment, the type of investment that she was going to

5  make, she said, "I want to go to China with you, because

6  I want to make sure that this is an official document,

7  you know, and nobody's playing games with me."

8        So we did, and that's when Jorge did the

9  apostille.  Apostille.  He did that on November, I

10  think, November 2006, and he took the documents back

11  with him, and when we were talking with them, Jorge, we

12  went through the document.  That's when they made

13  these -- these lines here.

14        Like because we were discussing if we were

15  going to be able to sell a million pieces of drywall in

16  one -- in one year.  You know, at that moment the

17  construction in the states was booming, so we thought it

18  was possible, but what we were discussing, basically, it

19  was Denise and the guys from -- Peng Long, the other

20  guy.

21        Now, I want to be clear, Denise doesn't speak

22  English at all, so she doesn't speak Chinese either, so

23  she was just sitting there, and we were going through

24  this and we were discussing the number of pieces and the

25  dates, and finally we said, okay, everything is okay,

Confidential - Subject to Further Confidentiality Review

1    and we gave the -- Jorge gave the contract to them and

2    we took our copy and we came back to the states.

3        Q.   Let me rewind a little bit and take that in

4    smaller -- in smaller chunks.  This apostille that's the

5    last page of Exhibit 4 --

6        A.   Yes.

7        Q.   -- that was Mr. Arevalo who had this done,

8    correct, the apostille?

9        A.   Yeah, he did, uh-huh.

10       Q.   Okay.  And my understanding is from your

11   testimony that the purpose of that was to bring it back

12   to China to make the contract official with Taishan?

13       A.   Yeah.

14       Q.   Okay.  Then you, Denise Romano and Mr. Arevalo

15   went back to China with Exhibit 4 signed?

16       A.   Yeah, Jorge has -- had it with him, yes.

17       Q.   Okay.  And at that point the document -- had

18   the document already been signed by Taishan?

19       A.   Yes.

20       Q.   Okay.  And then the three of you went to

21   Taishan and discussed Exhibit 4?

22       A.   Yes, we did.

23       Q.   The underlines that are on Exhibit 4 are from

24   one of the Taishan representatives?

25       A.   Yes, at that moment.

Confidential - Subject to Further Confidentiality Review

1      Q.   And then Mr. Arevalo gave the signed contract,

2    Exhibit 4, to one of the Taishan representatives?

3      A.   Yes, sir, he did.

4      Q.   Were you there when that happened?

5      A.   Yes, I was.

6      Q.   Okay.  Was Ms. Romano there?

7      A.   I think so.  I am not sure, but I think so.

8    She was the whole time at the table with us.  And she

9    wanted to -- she wanted to make -- to be sure that it

10   was official, so when discussing all this I was

11   translating to her what we were saying, and she was

12   going to invest a million -- actually, we lost in this

13   business over 2 million bucks.  So we went over -- we

14   were there from nine o'clock in the morning that day

15   until I'd say five or six.  So, yes, she did.  He did.

16     Q.   When Mr. Arevalo gave this Exhibit 4 back to

17   the Taishan representative, did the Taishan

18   representative reject the contract?

19     A.   No.

20     Q.   Was it your understanding when you left Taishan

21   that day after having -- Mr. Arevalo having given them

22   Exhibit 4 signed that business would proceed under the

23   terms of Exhibit 4?

24     A.   I was so sure that when we came to the states

25   we had to make a deposit of $100,000, and we did it.

Confidential - Subject to Further Confidentiality Review

```
 1          So they didn't contact me, but they talked to
 2   Wu Jian Song, who talked to Jorge, who told me.  So
 3   after all that information, I e-mailed them, but it was
 4   already -- it was already a conversation, a work in
 5   progress, when I -- when I introduced myself.
 6       Q.   So when you introduced yourself, as this e-mail
 7   indicates, Wu Jian Song had already contacted TTP?
 8       A.   Yeah, they had already talked, uh-huh.
 9       Q.   Mr. Gonima, as of August 30th, 2006, did
10   Oriental Trading Company exist as a Florida corporation?
11       A.   At that moment Jorge Arevalo had a company that
12   was called Oriental -- I think it was Oriental Trading,
13   I am not sure, but Jorge had a company, and because of
14   that we used that name.
15       Q.   So it really didn't exist as a company?
16       A.   I don't know.  I don't know.  Let me -- let
17   me -- let me explain something.  Jorge Arevalo came to
18   me and invited me to go to China and go through
19   different businesses.  He -- according to him, he had
20   been in business with China for a long time, and I
21   trusted him and we went to do business in China using
22   his company as the company that we were going to
23   present.
24          At that point I was -- we didn't have any kind
25   of agreement in paper, just only orally, because I
```

Confidential - Subject to Further Confidentiality Review

1    hadn't been in China, so I didn't know what to expect.

2    After we came from China, we took the company that he

3    had, I don't remember exactly the name, but he had a

4    company, and we established the Oriental Trading

5    Company, and that's -- when we had that, we went through

6    the process of doing this agreement with Tai'an.

7        Q.   So it's correct that you didn't establish

8    Oriental Trading Company until after you went to China?

9        A.   We established Oriental Trading Company for the

10   only purpose of doing business with Tai'an.

11       Q.   Excuse me.  Excuse me.  Sir, you have to let me

12   finish my questions and then you answer.  Okay?

13   Otherwise, the transcript gets all mixed up.

14           MR. MONTOYA:  You can explain your answer once

15       he's finished.

16       Q.   So the question is, you didn't establish

17   Oriental Trading until after you went to China, met with

18   TTP, came back to the United States and obtained funding

19   from Denise Romano?

20           MR. MONTOYA:  Object to the form.

21       A.   No.  No.

22       Q.   That's not true?

23       A.   That's what I'm telling you.

24       Q.   Okay.  Explain the sequence of events, please.

25       A.   Okay.  I would have to look at a -- at a

Confidential - Subject to Further Confidentiality Review

1    phonogram (phonetic) to see the exact dates, because I

2    don't have in my head exactly what date we established

3    the company, but we went to China, we talked to them.

4    We came back to the states.  We went to talk to Denise.

5    We explained to her what we could do.

6            Now, I don't know exactly what was the date

7    that we established Oriental Trading Company, but it was

8    established for the sole purpose of doing business with

9    Tai'an.  That's what I can tell you now.

10    Q.   And I appreciate you don't know the exact date,

11    but it is true to the best of your recollection that you

12    didn't establish the company until after you came back

13    from China having met with TTP?

14            MR. MONTOYA:  Object to the form.

15    A.   I cannot answer that.

16            MR. MONTOYA:  Go ahead.  Just give me a second

17        after he asks his question if I need to interpose an

18        objection.

19            THE WITNESS:  Okay, sure.

20            MR. MONTOYA:  Go ahead.

21    A.   I cannot answer that out of my head by heart.

22    I don't know.

23    Q.   Do you recall testifying about two months ago

24    at your deposition that Oriental Trading wasn't formed

25    until several months after you first met with TTP in

1    China --

2            MR. MONTOYA:  Form.

3    Q.    -- after you returned to the US?

4            MR. MONTOYA:  Object to the form.

5    Q.    Do you recall giving that testimony?

6            MR. MONTOYA:  Object to the form.  You can

7    answer.

8    A.    What is that again?  I'm sorry.

9    Q.    You recall you gave a deposition --

10   A.    Yes.

11   Q.    -- in December?

12   A.    Yes.

13   Q.    And do you recall testifying in that deposition

14   that Oriental Trading was born several months after you

15   went to China, met with TTP, signed the sole agency

16   agreement and then came back to the US?

17           MR. MONTOYA:  Object to the form.

18   A.    Yes, I recall on that deposition saying that.

19   Now, what I don't know exactly is the date that we

20   established the company.  So that's -- that's my answer,

21   yeah.

22   Q.    Okay.  Getting back to Exhibit 4, as of August

23   30th, 2006, you weren't the executive vice president of

24   Oriental Trading Company, were you?

25   A.    Let me see, how can I answer this?  If we go

1   exactly to the papers --

2       Q.   Yes.

3       A.   -- Oriental Trading Company was not established

4   at that point, so I was not.  If what we had discussed,

5   Arevalo and I, the way we were going to do it and how we

6   were going to change the company that he already had to

7   the other one, that's why I presented myself like that.

8            But I want to be clear that it was not my

9   intention defrauding anybody.  I was just saying what we

10  were going to do and how we were going to do it.  And,

11  actually, that was the name -- exact name that we gave

12  to the company when it was born.

13      Q.   And it was born later on after this e-mail was

14  sent?

15      A.   Yeah, yeah, I already told you that.

16           MR. MONTOYA:  Object to the form.

17      Q.   Also, on August 30th, 2006, Wu Jian Song, W-u

18  J-i-n S-o-n-g, was not the China office manager of

19  Oriental Trading Company, was he?

20      A.   Of my best recollection, he was, because that's

21  what I was told by Jorge.

22      Q.   Can you explain to me how he could have been

23  the China office manager of Oriental Trading Company if

24  the company --

25      A.   No.

1   visit to China, or was it just on the second?

2       A.   No, my first visit to China I didn't go to

3   Tai'an.

4       Q.   I'll withdraw the question.  I meant your first

5   visit with TTP.  Was this agreement prepared in the

6   course of the first visit?  Did you see it in the course

7   of your first visit to TTP?

8       A.   That I cannot tell you.  I don't -- I don't

9   remember.  I could say yes, could say no, so I don't

10  want to be guessing.  But my best guess is yes, but it's

11  just a best guess that I saw the document, and I tell

12  you that based on the fact that we were, Jorge and I, we

13  were going through all these numbers and I used that

14  information to see if we were going to be able to

15  accomplish that, and so that's what I am basing --

16  basing my answer on.

17      Q.   This agreement is between TTP and Oriental

18  Trading Company, LLC; is that right?

19      A.   Yes, uh-huh, that's what it says, yes.

20      Q.   That's what it says.  And as of October 20th,

21  2006, there was no such company as Oriental Trading

22  Company, LLC --

23           MR. MONTOYA:  Form.

24      Q.   -- correct?

25      A.   I don't know.  I don't know the date that -- if

Confidential - Subject to Further Confidentiality Review

1    we agreed with Denise and those guys on the table, that

2    was I think around February 2007, yeah, around February,

3    or January -- at the end of January, first days of

4    February, at that point I am pretty sure Oriental

5    Trading Company was established.

6            So I just want to point that out, so because if

7    at the beginning it was not established and when Jorge

8    signed, I don't know if it was established or not, at

9    the moment that we gave them back the contract and

10   everything, it was already established, I think.  So

11   that's -- that's -- that's what I wanted to add.

12       Q.   You see Paragraph 3 --

13       A.   On this exhibit?

14       Q.   -- on Exhibit 4, please?

15       A.   Uh-huh.

16       Q.   It states:  "Turnover:  Within the validity of

17   this Agreement, the buyer shall undertake to purchase

18   from the seller the products above-mentioned not less

19   than 20,000 sheets of one unique size from the beginning

20   of November of 2006 to the end of February 2007, and the

21   turnover should not less than 1,000,000 sheets of the

22   products mentioned in Article 1 in the following 12

23   months."

24       A.   Uh-huh.

25       Q.   Oriental Trading, according to this agreement,

Confidential - Subject to Further Confidentiality Review

```
 1    was required to make purchases of 20,000 sheets per

 2    month between November 2006 through February 2007; is

 3    that correct?

 4              MR. MONTOYA:  Form.

 5         A.   No, it's not correct, because it doesn't say on

 6    a monthly basis.  It says "to purchase from the seller

 7    the products above-mentioned not less than 20,000 sheets

 8    of one unique size from the beginning of November of

 9    2006 to the end of February 2007."  It doesn't say

10    monthly.  "And the turnover should not less than a

11    1,000,000 pieces in one year."

12              In other words, we had to buy 1,000,000 pieces

13    in one year, but we -- and we had to buy shipments of

14    20,000, but it doesn't say every month.  Actually, the

15    first orders that we placed were for more than 20,000

16    pieces.

17              Now, what was the problem here?  And I go back

18    again to the fact that we were -- we were -- how could I

19    put it?  We were played.  We were -- how do you say

20    enganado?  We were --

21              MR. MONTOYA:  I can't assist you, I'm sorry.

22         A.   I don't -- I don't know the word in English,

23    but they were lying to us.  They told us, "If you buy

24    shipments of 20,000 pieces and 1,000,000 pieces in one

25    year, we keep this in place, but you have one year to do
```

```
 1    so."  Great.

 2            And it says here, if you go on Exhibit 4 to

 3    page 3, first paragraph in English, because there are

 4    other paragraphs in Chinese, it says exclusive agency.

 5    So if we have exclusive agency, we can commit to a

 6    million pieces in one year.  If we don't know that other

 7    people selling the same product from the same

 8    manufacturer, we can commit to a million pieces a year,

 9    but when we committed to a million pieces a year, we

10    didn't know that other guys were selling the product in

11    the states.

12            So I'm sorry I have to tell you I haven't

13    finished, so please let me finish and then you can talk,

14    all right?  Let's play the same game.  So -- I'm sorry

15    to be rude if you take it like that, but it's -- it goes

16    both ways.

17            So they were -- they knew in advance when they

18    were signing this with us and when they were saying --

19    telling us, "You have to make a deposit of $100,000, you

20    have to pay -- you have to buy 20,000 pieces," they knew

21    in advance.  It doesn't matter that I don't know the

22    names, but they knew in advance they were selling to

23    other people in the states.  And probably they knew,

24    probably, supposedly they knew that we were not going to

25    be able to do it, but we didn't have the whole
```

1   information for knowing that we were being defrauded.

2   Defrauded.  Whatever.

3          Anyways, going back to your question, it

4   doesn't say 20,000 pieces a month.  It says 1,000,000

5   pieces in one year in shipments of 2,000.  So we could

6   have ordered just one shipment of 1,000,000 pieces and

7   it was good.

8          Now, if you go through these -- these papers

9   here, you can see during all this time that I kept

10  telling them, "Hey, guys, we need to do something."

11     Q.   Mr. Gonima, I have to interrupt you now.  You

12  have to just answer the question that I ask you.  I'm

13  going to move to strike your entire answer.  We have to

14  have an accurate record here of questions and answers,

15  and you're rambling off into telling lots of

16  information, which is good information --

17     A.   Regarding --

18     Q.   -- but it doesn't answer the entire question.

19  And you can keep talking, I'm not going to interrupt

20  you, but I'm just telling you that's a problem in a

21  deposition setting, and it makes it longer.  So as a --

22  as a legal matter, I'm going to move to strike your

23  answer to the extent it doesn't answer the question that

24  was asked and goes off into a lot of other things.

25          MR. MONTOYA:  I'd like him to be able to

Confidential - Subject to Further Confidentiality Review

1    answer -- finish his answer, and then you're going

2    to make your motion, that's fine.  Go ahead, sir, if

3    you weren't finished.

4         A.   So what was your question?  You want me to

5    answer the exact question?  Can you repeat it, please?

6    Because if you are striking everything out --

7         Q.   I'll withdraw that question so we can move this

8    along.

9              So your -- your interpretation of Paragraph 3

10   is that Oriental Trading was required to purchase 20,000

11   sheets of drywall between November 2006 and the end of

12   February 2007; is that right?

13             MR. MONTOYA:  Object to the form.

14        A.   That's what it says.

15        Q.   And, in fact, Oriental Trading didn't purchase

16   any drywall from TTP during that period?

17        A.   I don't know when was the first -- the first

18   order, but we bought -- now I don't know if I can answer

19   or just say yes, no, I don't know.  Because we placed

20   the orders.  We gave them the deposit.  There was some

21   delays on their part.  It was not only our part.  They

22   didn't have the product.

23             So if we go to the contract, or the agreement,

24   what was said here, if we couldn't -- and I am not

25   saying that we didn't -- if we couldn't do it on the

Confidential - Subject to Further Confidentiality Review

1  exact dates, it was not only because we didn't want to,

2  it was because they were not able to produce what they

3  said.  Mr. Bill Cher, and somewhere you can find it,

4  kept saying, "We are going to produce your order.  We

5  need the -- we need the bar code.  We need the tape.  We

6  need this, we need that."  And I kept sending them all

7  the information they were requesting.

8        So just to make -- to be clear, it's not

9  that -- it's not that we didn't want to place the order.

10  We were ready to place the order.  We wire-transferred

11  the money.  We wire-transferred the deposit.  In other

12  words, you don't send them $160,000 not to place the

13  order.  But they kept delaying and delaying.  "We don't

14  have the orders yet."  "We are taking care of customers

15  in other countries."  It was a lot of things going on.

16        So probably if -- and I am not sure, but

17  exactly to your question, if we didn't place that order

18  between 2006 and 2007 February, November and February,

19  it was not because of us breaching the agreement; it was

20  because them not being able to produce the drywall.

21        Q.   Do you also see in Paragraph 3 that Oriental

22  Trading was required to purchase not less than 1,000,000

23  sheets in the 12 months following February 2007?

24        A.   Yes, sir, I see it.

25        Q.   And did Oriental Trading meet that requirement

```
 1    of the contract?

 2         MR. MONTOYA:  Form.

 3    A.    That's really funny.  No, we didn't, and let me

 4    tell you why.  Because in the process of dealing with

 5    these guys we saw that something was really fishy.  As I

 6    said before, we were -- enganados.  We were -- they

 7    represented to us what they were not.  And you can -- I

 8    don't know, here is like 40 pages, but if you check

 9    these, you can see that I kept telling him, "Hey, here

10    is something that we have to work with."  Because they

11    were offering to send us marketing brochures.  They were

12    offering, once we started selling, they were going to be

13    part in making some kind of investment, helping us in

14    the marketing.

15         That never happened.  Never happened.  Then I

16    said, "Hey, guys, the situation in the states is bad.

17    The price of drywall is coming down from $20 when we

18    went to China."  One piece of drywall was charged 20

19    bucks at the jobsite.  When we got the first shipment,

20    at Home Depot was already like $8 to the public, and our

21    cost was close to $8 per piece.

22         So at that point we expressed to them, said,

23    "Hey, the situation changed dramatically.  We are losing

24    here a lot of money.  We need to do something."

25         "Yeah, we are going to consider.  We need to
```

Confidential - Subject to Further Confidentiality Review

 1   extend this.  We need to try to do something."

 2          Because we aren't going to be able -- we are

 3   not going to buy 1,000,000 pieces at this point if the

 4   market goes like this.  And so we never went to the --

 5   to the year and we didn't buy the million pieces, no,

 6   but I gave you the reasons why.  At the end we just had

 7   to donate all the drywall, because we were paying like

 8   6- or $7,000 a month for a warehouse to keep it, and

 9   then we said, "No, we cannot take this any longer.

10   Let's go ahead and donate it."  And we wrote to them and

11   said, "Hey, we need our money back, the deposit."  That

12   was 2006 or -7.  So now it's 2012.  We haven't seen a

13   penny.

14      Q.   I move to strike your answer as unresponsive.

15      A.   Okay.

16      Q.   Is it correct that Oriental Trading never

17   distributed any of the drywall it purchased from TTP?

18          MR. MONTOYA:  Form.

19      A.   The way I see it, that question is misleading.

20   Let me tell you why.  It was our intent, our -- now, I

21   don't know what to say, because then you are going to

22   strike it.  When I answer the facts that you don't like,

23   you strike it, but I have to tell you what happened.

24          We bought it for selling it, making a profit,

25   like in any -- any capitalist system.  We didn't sell

Confidential - Subject to Further Confidentiality Review

```
 1      Q.   Under the FOB term, TTP was responsible for

 2   delivering the drywall onboard ship in the Chinese port,

 3   yes?

 4           MR. MONTOYA:  Object to the form.

 5      A.   Let's -- let's clarify that a little bit.  FOB

 6   means free on board, and technically what you are saying

 7   is right.  Now, they were in charge of finding the

 8   shipping company, they were in charge of making the deal

 9   with the shipping company, and we were to pay, because

10   they said that they could get a better price through

11   their connections in China.  And we did some research

12   here in the states, and the prices they offered us for

13   the shipping that they gathered from some shipping

14   companies or brokers in China, they were a little bit

15   better than the ones that we got here in the states, so

16   we went with them, uh-huh.  So, yes, it was free on

17   board, the price they were giving us was free on board,

18   but they were the ones hiring or making the arrangements

19   for the shipping.

20      Q.   Did Oriental Trading ask TTP to make the

21   shipping arrangements?

22      A.   Not exactly.  We had an agreement, because when

23   you said -- asked it's like if we were just saying, "You

24   do it," it was not that way.  We said, "Okay.  Why don't

25   you look for shippers in China, we look for shippers in
```

1    the United States, and whatever is most convenient for

2    us, we will decide."

3            So we talked to companies here in the states

4    and we got, it was around $3,000 per -- per 40-foot

5    container, and let's say that they got some people in

6    China for $2900 or -- so we just went for the best.  It

7    was kind of a friendly, at first, friendly business

8    relationship, so we went through whatever was the

9    cheapest, given the conditions were -- were met.

10   Q.   And when they provided a quote that seemed to

11   be all-around the best, including price and other

12   requirements, Oriental Trading then approved that

13   shipping arrangement?

14   A.   Yeah, if the price was good, we said, "Yes,

15   okay, proceed, and we will -- we will take care of it,"

16   yeah.

17   Q.   How about the destination port in the US for

18   the drywall, did Oriental Trading decide on which port

19   to use?

20   A.   It was -- it was a -- it was a -- I would say

21   that at the end we had the final decision, but -- but it

22   was kind of an agreement between both parts, and let me

23   tell you why.  Let's say that we were talking to a huge

24   development that was taking place in Vegas, and there we

25   were talking to another one in Biloxi or Jackson,

Confidential - Subject to Further Confidentiality Review

1   somewhere in Mississippi, Biloxi, I think, it was close

2   to Biloxi, but anyways, we said, "Okay, guys, we, being

3   in Florida, the place for us to get the drywall would be

4   the Everglades."  We were even considering Jacksonville

5   or Miami, but finally we said the Everglades.  "But we

6   probably have customers in Vegas."

7         Then they suggested, like, "Okay, why don't you

8   use Long Beach and from Long Beach you take it by train

9   to Vegas?"  Or another time -- and when we were talking

10  about Texas, New Orleans, they -- they suggested Biloxi

11  in the Gulf of -- in the Gulf of Mexico.  What other?

12  Savannah, Georgia.

13        So it was -- we were not the ones saying, "You

14  have to ship it to this place."  So if they were saying,

15  "Hey, Ivan, if you -- Bill Cher, basically.  When I say

16  "they" it's Bill Cher, because he was the only guy at

17  first talking to me, so if he says, "Ivan, I think it's

18  better if you go through Savannah for that shipment to

19  Atlanta, it's going to be cheaper," and if the price was

20  better, we would do it.  So it was not that we were just

21  close to a port, a specific port in the states.

22    Q.   Just -- just so the record is clear, in the

23  end, the only port you, you meaning Oriental Trading,

24  imported drywall into was Port Everglades?

25    A.   Exactly, yes, sir, yeah.