| | |
|---|---|
| From: | Ivan Gonima <ivangonima@orientaltradingusa.com> |
| To: | Mr. Chen Gang - Taihe <sdth818@163.com> |
| CC: | WJS - OTC China <wujiansong@orientaltradingusa.com>;WJS - OTC China <wjshihuo@163.com> |
| Sent: | 9/22/2006 7:55:11 AM |
| Subject: | Drywall Business |

Dear Bill:

First of all let me thank you for sending me the samples; I received them two days ago. I am impressed with your quality and our customers having the opportunity of looking at them are as well.

I want to touch bases with you regarding some very important issues at this moment of our business cooperation. They are as it follows:

1) We have been marketing and visiting several gypsum board wholesalers, as well as builders, in many cities and we need to make sure they do not have a possibility of going around us and trying to get directly in touch with your company. So far I can mention Banner Supply Co., Jorge Perez, Luis Roldan and Tim Zcincz in South Florida, Salvador Corona Supplies, Rinker, Dolphin and JCQ Services in Central Florida and OSH in Los Angeles, CA. It is very important for us to establish a procedure in such a way that they deal with us instead of getting information directly from you. For sure, given your experience, you have had this question before and you already have a policy in place; please let me know about it. As you know, we are making an investment here and we have to protect ourselves. So far we have found a great potential for your product; we have been researching, visiting big distributors and builders, and attending many meetings and we know that it is just a matter of time for us to place a first important order.

2) Here in the USA, drywall comes packed in two sheets per bundle and each bundle has on its edge a bar code identifying the product and containing unique technical information about it. After seeing your samples, several of our clients have requested to see that bar code. Would it be possible for you to fax it or email it to my attention? You could fax it to (321) 221 0774 or email it to me.

3) A question is arising strongly lately is concerning the ocean freight cost. As you know, oil price is a very important fact when talking about ocean freight; they even have a surplus charge for covering oil price spikes. Now, oil price is going down quickly – almost $ 15 per barrel in less than one month – so everybody is expecting cheaper ocean freight. Could you please tell me if that is the case and what would be the ocean freight per container?

4) One of our customers is asking us if your product have the CCCI 35 stamp or code; could you please let me know about it?

5) We have been asked several times if you have a 4' x 8' x ½" sheet. Please let me know about it.

6) I am planning a trip to China soon with the main objective of visiting your plant and meeting you in order to define our business cooperation. It is very important for us to have everything clear and getting a Letter of Intention for our company, Oriental Trading Company, LLC, being your representative here in USA. That way we can penetrate this market without any hesitation. After meeting your requirements during a certain period of time we would expect that letter to become a representation agreement. I would really appreciate if you tell me please what would be a good time window for me to plan my trip; I need to make sure you are going to be there and I know for sure you have to travel a lot.

7) May I have a phone number where I can reach you easily during business hours? I would love to talk to you about our plans.

Well my friend, I think this is it for now. I will email you later with some other questions I have. These ones were the most urgent ones.

Best regards;

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000568

Ivan Gonima
Executive Vice-President
1111 Brickell Bay Drive - Suite 1502
Miami, FL 33131 - USA
Phone: 1-407-656-0711
Sprint Mobile: 1-407-575-5048

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000569

From: wuyu <sdth818@163.com>
To: ivan gonima <ivangonima@orientaltradingusa.com>
Sent: 9/25/2006 10:46:00 PM
Subject: Re: FW: Drywall Business

Dear Mr. Ivan,
    Thank you for your last letter!
1．If there will be a large quantity, we can produce the tape with your company's information according to your require.
You may only supply my telephone number to your customers. I will know how to do , when they attach me.
2. You can tell me your bar code, we can print it on the tape.
3. I think the ocean freight will be lower in November, because now days the ocean shipping is very busy.
4. We are producing the 4'*8'*1/2'' gypsum board. We can produce gypsum board according to customer's need.
   Welcome to our company at any time! I will show you our company and introduce the producing of gypsum board to you. Hope we will have a nice cooperation soon.
   Best regards!
   Sincerely yours,
   Bill

-----原始邮件-----
发件人:"Ivan Gonima"
发送时间:2006-09-25 09:21:10
收件人:"Mr. Chen Gang - Taihe"
抄送:(无)
主题:FW: Drywall Business

Bill:

Here is a copy of my mail from Friday night.

Regards;

Ivan Gonima
Executive Vice-President

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000552