**From:** wuyu <sdth818@163.com>
**To:** ivan gonima <ivangonima@orientaltradingusa.com>
**Sent:** 9/5/2006 5:04:05 AM
**Subject:** Drywall from Taihe Group

Dear Mr. Ivan,

I am very glad to receive your email. I hope that we can succeed in doing the gypsum board business by our common effects. About the questions you have mentioned, I will reply you as following:

First, we can provide the gypsum board and its accessories.

    3660*1220*12.7mm Regular gypsum boards 640sheets/40'HQ by pallet and manual, FOB Qingdao USD4.00/ sheet; 42kg/sheet.

    3660*1220*12.7mm Regular gypsum boards 76sheets/pallet by plywood pallet FOB Qingdao USD4.00/ sheet; 42kg/sheet.

    3660*1220*12.7mm Fireproof gypsum boards 640sheets/40'HQ by pallet and manual, FOB Qingdao USD4.91/ sheet; 42kg/sheet.

    3660*1220*12.7mm Fireproof gypsum boards 76sheets/pallet by plywood pallet FOB Qingdao USD4.91/ sheet; 42kg/sheet.

    3660*1220*12.7mm Waterproof gypsum boards 510sheets/40'HQ by pallet and manual, FOB Qingdao USD10.67/ sheet; 54kg/sheet.

    3660*1220*12.7mm Waterproof gypsum boards 76sheets/pallet by plywood pallet FOB Qingdao USD10.65/ sheet; 54kg/sheet.

    3660*1220*15.9mm Fireproof gypsum boards 460sheets/40'HQ by pallet and manual, FOB Qingdao USD7.79/ sheet; 54kg/sheet.

    3660*1220*15.9mm Fireproof gypsum boards 60sheets/pallet by plywood pallet FOB Qingdao USD7.76/ sheet; 54kg/sheet.

    2440*1220*15.9mm Fireproof gypsum boards 690sheets/40'HQ by pallet and manual, FOB Qingdao USD5.21/ sheet; 54kg/sheet.

    2440*1220*15.9mm Fireproof gypsum boards 60sheets/pallet by plywood pallet FOB Qingdao USD5.19/ sheet; 54kg/sheet.

    1 5/8inch drywall screws FOB Chinese port price USD1400/ton, 500pcs/kg;

    Drywall tape (width is 50mm) FOB Qingdao port price USD 1.88/100m, the tape can be loaded in the rest space in 40' container of loading the gypsum board.

Second, about the ocean freight (the price is paid in advance):

| Port | 40'FCL | 40'HQ |
|---|---|---|
| Miami | USD3400 | USD3600 |
| Port New York | USD3400 | USD3600 |
| Everglades | USD3400 | USD3600 |

Third, generally speaking, according to our experience the reaching coast price of using pallets to load the 40'container is lower than that of using the pallets to load the 20' container. Generally speaking, in our way of loading the container (as the pictures in the attachment), in a 40' container

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000532

about 28t can be loaded. The gypsum boards which lie on the bottom of the container should be stacked on the pallets, so that the folk can be used to unload the goods, but the gypsum boards which stand by the sides should be unloaded by manual. My clients all use this way to import the boards. In accordance with the communication with my customers, when the ship arrives at the destination, the boards which stand by sides should be first unloaded (using the labor cheaper) and made into pack and transported by plan truck. And the rest of it is about 20t, if you worry about it, you can use folk to unload two packs of gypsum boards which lies in the first stack so that the weight can not exceed 42000lbs, thus, you can deliver them to anywhere inside land (the weight limitation you have provided is just that of the transportation inside the land). Generally speaking, to use 40' or 40HQ is reasonable. And the quantity of the boards which are loaded in the two kinds of container is the same. The difference is just that in a 40HQ the gypsum boards lie on the bottom are more, and the in a 40' container the boards loaded by manual are more.

 Forth, the break bulk is always delivered by break bulk ship. The pack way is: using pallets of plywood, steel rope to tie, using the protective boards and the plastic membrane. The pattern is just like the picture.

Fifth, every pack in a container always contains 34-40sheets, and in the way of break bulk ,on a pallet of plywood 68-80 sheets are always stacked.

Sixth, a great number of the boards of our company have exported to USA, of them, there is the use of container, and also there is the use of break bulk ship. But the medium seller does the most part. So I do not know where to buy our products in USA. You can try to order several containers so that you can have a try of the course of operation.

Seventh, if you will order a large quantity I will give you a better price.

Eighth, I make sure that there are papers on the both faces of gypsum board.

The last, you are welcome to our factory in the near future.

 Best wishes!

Yours faithfully

Bill

-----原始邮件-----
发件人:"Ivan Gonima"
发送时间:2006-09-02 21:07:32
收件人:"'wuyu'"
抄送:"'wu jian song'" ,"'wujiansong'" ,"'Jorge Arevalo'" ,"'Nicol Juanita'"
主题:RE: Drywall from Taihe Group


Dear Mr. Bill:

Thanks a lot for your email giving me your business email address; it will be my pleasure to email you this way.

As you are already aware of, after talking with our China Office Manager Mr. Wu Jian Song, we are very interested in having the opportunity of distributing, selling and representing your products here in the United States. I am the Executive Vice-President of

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000533

Oriental Trading Company, LLC based in Miami, as well as a Civil Engineer and a Certified General Contractor in the State of Florida having a very broad experience in the construction business.

We have already contacted several potential customers along the East Coast of the United States and they have shown a lot of interest in buying your products given that we can assure them a very good quality at the best possible price; we are also now in the process of contacting customers on the West Coast. I have been personally working hard on all the logistics involved and I have yet some questions I need to be answered so I am sure I have all the right information before I can arrive to a selling price for your products.

Following you will find all the questions I have so far. Please help me answering them for me and provide me with all other information you think could be helping us in our objectives:

1) Our clients have been asking us if we can supply them with other products related to drywall hanging. They are interested in:

    a) 1 5/8 inch drywall screws      b) Joint Compound      c) Drywall Tape
    d) Corner Beads L-shaped
    e) Corner Bead Rounded      f) 6-inch Taping Knife      g) 12-inch Mud Knife
    h) 4-inch Corner Knife (Optional)

Please let us know if you can supply us with those products and what the price would be. If not, could you please give us some suggestions about what company should we approach in China for buying them?

2) Actually we think that 80% - 90% of our clients are going to be buying the 4' x 12' x ½ inch sheet; however, we need to have also a price for a 4' x 8' x ½ inch sheet; it is kind of popular among some builders.

3) So far we have gotten an ocean freight of $ 3,800 per container from Qingdao, China to Miami, FL and New York, NY ports in the USA. Given your experience in the exporting business, could you please suggest us a shipping company we could use giving us a better rate? According to the volume we are talking we could be importing over 300 containers a month. By the way, we will be also looking for shipping freight quotes from Qingdao, China to the ports of Los Angeles, CA, Seattle, OR, Oakland, CA, San Francisco, CA and San Diego, CA. This will give us the opportunity, as stated before, to offer your products on the West Coast of USA.

4) So far I gathered that a 20' Container inside dimensions are 233 x 92 x 87, a 40' Container inside dimensions are 474 x 92 x 92 inches and a 40'HQ Container inside dimensions are 474 x 92 x 105 inches. I also have been advised that the maximum weight allowed for a container coming into the USA is approximately 42,000 lbs. Although Mr. Wu has told me many times that you ship your drywall using a 40'HQ container, I need to be sure of this. I think that because of the weight issue, the containers would be 20' containers as we would have a lot of left over space in a 40'HQ or even a 40'. Please clarify this issue for me given it is a very important issue when calculating all shipping costs.

5) I need to know how you are going to load the drywall in the container; that way we would be able to be more exact on the quote for shipping charges. We need to know the following:

    a) Do you load the drywall sheets loose? I do not think so but I have to ask
    b) Do you use skids or pallets? I think it should be this way but need to be sure
    c) If you load them on skids or pallets, I need to know the skid or pallet size, how many sheets you stack on each skid or pallet and what the weight per skid or pallet is

6) I know there are many drywall manufacturers in China and I also know that many of them have tried to introduce their products in the USA market. I have been advised by some builders who already used drywall imported from China that they had a lot of problems when hanging it because the edges were not very compact, or solid, as the rest of the sheet and the sheets were falling apart when they were going to place the screws. I hope you understand we need to make sure this is not a problem you have had in the past with your product and that we can assure our clients we have great quality.

7) I know you have already exported to the USA; at this moment we need to have some drywall samples to test them with our customers and we were thinking if you could tell us where in the USA I could get some pieces of your 4' x 12' x ½ inch sheets. If not possible to get them here we would need to order some from you as soon as possible.

8) I nee to confirm with you how many pieces of drywall you can accommodate per container. What I have now shows 660 (Common Gypsum Board, Fireproof Gypsum Board and Waterproof Gypsum Board all ½ thickness), 460 pieces (Fireproof Gypsum Board 4 x 12 x 5/8) and 690 pieces (Fireproof Gypsum Board 4 x 8 x 5/8). This data is extremely important given the high cost of the ocean freight.

9) The information I have right now about the products you can offer us is the following:

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000534

| | |
|---|---|
| Common Gypsum Board | 4' x 12 x ½ inch |
| Fireproof Gypsum Board | 4' x 12' x ½ inch |
| Waterproof Gypsum Board | 4' x 12' x ½ inch |
| Fireproof Gypsum Board | 4' x 12' x 5/8 inch |
| Fireproof Gypsum Board | 4' x 8' x 5/8 inch |

Could you please let us know if you have also a 4' x 8' x ½ inch? We would also like to know if you have a specific product for ceilings.

10) I need to know what the weight per sheet for each one of your products is. That data is needed for calculating the cost of local transportation as well as handling.

11) We need to know what would be the best possible price you can give us FOB Qingdao considering that we could be ordering very soon up to 300,000 pieces a month. Probably you could present us a price list based on volume; that way we could also offer our clients a differential price based on how big their orders are. We could ask our clients $ X per piece if the order is only 10,000 pieces but we could offer a discount if that orders goes up to 50,000 pieces. That would be a good incentive for them to increase it. So far I know that the minimum order you require is 10,000 pieces.

12) Last question, but still a very important one; USA Customs wants to know if your drywall has a paper backing. I am pretty sure it does but it is always better to make sure instead of assuming. They need to know this in order to let us know what item position the drywall will have and if so, what sort of importing taxes we should pay. If it does have a paper backing as I expect we will not have to pay importing taxes at all.

I think this is all for now Mr. Bill. Thanks a lot for all your help and cooperation and please let me have your answers at your best convenience. I am sure we will have in the future a very good commercial relationship and we will be working closely as a team. I hope we can plan a trip soon so we can meet personally at you factory in Taian.

Have a wonderful day! Yours faithfully;


Ivan Gonima
Executive Vice-President
Oriental Trading Company, LLC

---

**From:** wuyu [mailto:sdth818@163.com]
**Sent:** Saturday, September 02, 2006 3:50 AM
**To:** Iván Gónima
**Subject:** Re: Fw: (by wjshihuo@163.com)Drywall from Taihe Group

Dear Mr. Ivan,
 You can send email to me at any time by this email address, because this email address is just my business email address. The affair of our company is very complex, so we do not have the same email.
 Best wishes!
 Yours faithfully
 Bill

---

-----原始邮件-----
发件人:"Ivan Gonima"
发送时间:2006-08-31 09:54:42
收件人:""
抄送:"'wu jian song'"
主题:Fw: (by wjshihuo@163.com)Drywall from Taihe Group


Dear Mr. Che:

My name is Ivan Gonima and I am the Executive Vice-President of Oriental Trading Company based in Miami, Florida,

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000535

USA. Our China Office Manager, Mr. Wu Jian Song, has already contacted you about our interest in doing business with your company for importing drywall (Gypsum Board) to the USA.

I have been already contacting some big customers of us in order to offer them your product and there is a lot of interest for it. I just wanted to know if it is fine to email you at this address (it seems to me is your personal one) or if you have a business email address that I could use. I have several questions I need to present to your attention in order to have everything clear.

I was on a business trip to China between August 5 and August 15 and I was planning on visiting your factory at Taian but we were told you were on a Trade Show in Dubai and you were coming back August 22. I am sorry I missed you this time. For sure next time I will coordinate in advance so we can meet and discuss this potential business. I will be waiting for your answer.

Best regards;

Ivan Gonima
Executive Vice-President
Oriental Trading Company


买这些让女友很兴奋(图)
真会过日子!一个月收入5800漂亮MM的感性生活(组图)

买这些让女友很兴奋(图)
真会过日子!一个月收入5800漂亮MM的感性生活(组图)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000536

From:     Ivan Gonima <ivangonima@orientaltradingusa.com>
To:       'wuyu' <sdth818@163.com>
Sent:     11/7/2006 11:48:21 AM
Subject:  RE: Drywall Business

Dear Bill:

Thanks a lot for your email. I have been working hard on this distribution business getting contacts and talking to different companies and I see a very bright future for us.

At this moment, I have the following questions:

1) Looking at your email I noticed two different prices for the same product. Let us take as an example the 12' × 4' × 1/2" sheet:

12'*4'*1/2" Regular gypsum boards 660sheets/40'FCL by pallet and manual (the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB (Qingdao port) USD3.85/ sheet;

12'*4'*1/2" Regular gypsum boards 76sheets/pallet by plywood pallet (the plywood pallet has nine strip dunnages), FOB (Qingdao port) USD3.95/ sheet;

What is the main difference? I noticed in the first one you mentioned 660 sheets per container but in the second one you just mentioned 76 sheets per pallet. So, in the second case we would need 8 pallets (608 sheets) and a bundle of 52 sheets to complete 660, right? In the second case you also mentioned plywood pallet while in the first case you only mentioned pallet.

2) Could you quote me the actual freight cost for a 40' FLC from Qingdao to Miami, FL, New York, NY, Los Angeles, CA and Orlando, FL (In this case it would include land freight too from Miami to Orlando)?

3) Finally, Jorge mentioned that you already have a distributor for other one of your brands in the New York area. Would it be possible to have their company name and phone number? I would like to talk to them about their experience and the way they have marketed your product. Jorge told me they are already selling close to 800,000 sheets a month.

Thanks for all your help; I will be waiting for your answer.

Best regards;


Ivan Gonima

Executive Vice-President

1111 Brickell Bay Drive - Suite 1502

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000606

Miami, FL 33131 - USA

Cell: (407) 575 5048

---

From: wuyu [mailto:sdth818@163.com]

Sent: Monday, November 06, 2006 12:27 AM

To: ivan gonima

Subject: Drywall Business

Importance: High

Dear Mr. Jorge and Ivan,

  I am glad to meet you in china; I will give you the good price as following:

8'*4'*1/2" Regular gypsum boards 980sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD2.55/ sheet;

8'*4'*1/2" Regular gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has five strip dunnages) , FOB  (Qingdao port) USD2.65/ sheet;

9'*4'*1/2" Regular gypsum boards 880sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD2.85/ sheet;

9'*4'*1/2" Regular gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD2.98/ sheet;

10'*4'*1/2" Regular gypsum boards 790sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD3.15/ sheet;

10'*4'*1/2" Regular gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD3.30/ sheet;

12'*4'*1/2" Regular gypsum boards 660sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD3.85/ sheet;

12'*4'*1/2" Regular gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has nine strip dunnages) , FOB  (Qingdao port) USD3.95/ sheet;

8'*4'*5/8" Regular gypsum boards 720sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD3.95/ sheet;

8'*4'*5/8" Regular gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has five strip dunnages) , FOB  (Qingdao port) USD4.05/ sheet;

9'*4'*5/8" Regular gypsum boards 640sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD4.45/ sheet;

9'*4'*5/8" Regular gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD4.60/ sheet;

10'*4'*5/8" Regular gypsum boards 580sheets/40'FCL by pallet and manual(the laying gypsum

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000607

boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD4.95/ sheet;

10'*4'*5/8" Regular gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD5.10/ sheet;

12'*4'*5/8" Regular gypsum boards 480sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD5.95/ sheet;

12'*4'*5/8" Regular gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has nine strip dunnages) , FOB  (Qingdao port) USD6.10/ sheet;

8'*4'*1/2" fireproof gypsum boards 980sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD2.95/ sheet;

8'*4'*1/2"fireproof gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has five strip dunnages) , FOB  (Qingdao port) USD3.05/ sheet;

9'*4'*1/2" fireproof gypsum boards 880sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD3.30/ sheet;

9'*4'*1/2" fireproof gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD3.45/ sheet;

10'*4'*1/2" fireproof gypsum boards 790sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD3.65/ sheet;

10'*4'*1/2" fireproof gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD3.80/ sheet;

12'*4'*1/2" fireproof gypsum boards 660sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD4.45/ sheet;

12'*4'*1/2" fireproof gypsum boards 76sheets/pallet  by plywood pallet(the plywood pallet has nine strip dunnages) , FOB  (Qingdao port) USD4.55/ sheet;

8'*4'*5/8" fireproof gypsum boards 720sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD4.35/ sheet;

8'*4'*5/8" fireproof gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has five strip dunnages) , FOB  (Qingdao port) USD4.45/ sheet;

9'*4'*5/8" fireproof gypsum boards 640sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD4.90/ sheet;

9'*4'*5/8" fireproof gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD5.05/ sheet;

10'*4'*5/8" fireproof gypsum boards 580sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD5.45/ sheet;

10'*4'*5/8" fireproof gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has seven strip dunnages) , FOB  (Qingdao port) USD5.60/ sheet;

12'*4'*5/8" fireproof gypsum boards 480sheets/40'FCL by pallet and manual(the laying gypsum boards are loaded on pallet, the rest stand on the sides by manual), FOB  (Qingdao port ) USD6.55/ sheet;

12'*4'*5/8" fireproof gypsum boards 60sheets/pallet  by plywood pallet(the plywood pallet has

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000608

nine strip dunnages), FOB (Qingdao port) USD6.70/sheet;

I hope we can establish cooperation relationship early.

Thanks and best wishes!

Yours faithfully

Bill Che




Ｋａｐｐａ＼ＡＮＤ１＼Ｒｅｅｂｏｋ全长场 99元

耐克\阿迪\李宁...所有运动单品１９９元封顶，限时抢购啦！

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000609