山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

发票代码 137090726307
发票号码 00001100

Date 2007 年 月 4 3 日 填制
M 4 3 D

| | | | |
|---|---|---|---|
| 出口企业名称： 泰安市泰山纸面石膏板有限公司 | | 出口企业税务登记证号： | 370903785030460 |
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | | Tax Registration No: | 370903785030460 |
| 出口企业地址： 泰安市岱岳区 | | 电话： 86-538-8811887 | 传真： 86-538-8812679 |
| Address: DAWENKOU TAI`AN CITY CHINA | | Tel: 86-538-8811887 | 86-538-8812679 |
| 成交方式： FOB | 提单号： PMSCHYHYQ2868 | 合同号： | |
| Term of Delivery: FOB | B/L No: PMSCHYHYQ2868 | Contract No: | |
| 致： ORIENTAL TRADING COMPANY, LLC | | 付款方式： | T/T |
| To: ORIENTAL TRADING COMPANY, LLC | | Payment: | T/T |
| | | 装船口岸： From: QINGDAO | 目的地： To: MIAMI |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 3660*1220*12.7mm | 20100PCS | USD3.85/PCS | USD77385.00 |

合 计：
TOTAL: USD77385.00

单位名称：(盖章)
Signature
(本发票手写无效)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001661

山东省泰安市出口商品专用发票　　出　口　专　用
Taian Shandong Province Special Invoice for Export　　Special Use for Export

存　根　联　　发票代码 137090726307
Counterfoil　　发票号码 00001196

Date 2007 Y / 5 M / 28 D 填制

| 出口企业名称： | 泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号： | 370903720743873 |
|---|---|---|---|
| Exporter Name: | TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No: | 370903720743873 |
| 出口企业地址： | 泰安市岱岳区 | 电话： 传真： | 86-538-8811072  86-538-8812679 |
| Address: | DAWENKOU TAI`AN CITY CHINA | Tel: Fax: | 86-538-8811077  86-538-8812679 |
| 成交方式： | FOB　提单号： PMSCHYHYO2973 | 合同号： | |
| Term of Delivery: | FOB　B/L No: PMSCHYHYO2973 | Contract No: | |
| 致： | ORIENTAL TRADING COMPANY,LLC | 付款方式： Payment: | T/T  T/T |
| To: | ORIENTAL TRADING COMPANY,LLC | 装船口岸： 目的地： From: QINGDAO  To: MIAMI | |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 1220*2440*12.7mm | 4900PCS | USD2.6000/PCS | USD12740.00 |
| 合计： TOTAL: | USD12740.00 | | | |

单位名称：(盖章)
Signature
(本发票手写无效)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001663

山东省泰安市出口商品专用发票 — Taian Shandong Province Special Invoice for Export

出 口 专 用 / Special Use for Export

存 根 联 / Counterfoil

发票代码 137090726307
发票号码 00001198

Date 2007 年 5 月 B8 日填制

| 出口企业名称: 泰安市泰山纸面石膏板有限公司 Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | 出口企业税务登记证号: Tax Registration No: | 3709037207438733709037207438733709037207438730370903720743873 |
|---|---|---|
| 出口企业地址: 泰安市岱岳区 Address: DAWENKOU TAI AN CITY CHINA | 电话: Tel: 86-538-8811077 | 传真: Fax: 86-538-8812679 |
| 成交方式: FOB 提单号: PMSCHYGYQ2976 Term of Delivery: FOB B/L No: PMSCHYGYQ2976 | 报关单号: Customs No: | |
| 致: ORIENTAL TRADING COMPANY,LLC To: ORIENTAL TRADING COMPANY,LLC | 付款方式: T/T Payment: T/T | |
| | 装船口岸: From: QINGDAO | 目的地: To: MIAMI |

| 唛头及号码 Mark | 品名及规格 Description | 数 量 Quantity | 单 价 UnitPrice | 金 额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 1220*2440*12.7mm | 5880PCS | USD2.6000/PCS | USD15288.00 |

合 计: TOTAL: USD15288.00

单位名称:(盖章)
Signature
(本发票手写无效)

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0001664

山东省泰安市出口商品专用发票 | 出 口 专 用
Taian Shandong Province Special Invoice for Export | Special Use for Export

存 根 联
Counterfoil

发票代码 137090726307
发票号码 00001100

Date 2007 月 5 日 填制
M 5 D 8

| 出口企业名称: 泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号: | 370903720743873 |
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No: | 370903720743873 |
| 出口企业地址: 泰安市岱岳区 | 电话: 86-538-8811077 | 传真: 86-538-8812679 |
| Address: DAWENKOU TAI'AN CITY CHINA | Tel: 86-538-8811077 | Fax: 86-538-8812679 |

成交方式: FOB   提单号: PMSCHYPTQ275   合同号:
Term of Delivery: FOB   B/L No: PMSCHYPTQ275   Contract No:

致: ORIENTAL TRADING COMPANY,LLC   付款方式: T/T
To: ORIENTAL TRADING COMPANY,LLC   Payment: T/T

装船口岸: 目的地:
From: QINGDAO   To: MIAMI

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 1220*2440*12.7mm | 1960PCS | USD2.6000/PCS | USD5096.00 |
| 合计: TOTAL: | USD5096.00 | | | |

单位名称:(盖章)
Signature
(本发票手写无效)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001665

山东省泰安市出口商品专用发票　　出　口　专　用
Taian Shandong Province Special Invoice for Export　Special Use for Export

存　根　联　　发票代码 137090726307
Counterfoil　　　发票号码 **00001200**

Date  2007 年 5 月 28 日 填制
      2007 Y  5 M  28 D

| | | | |
|---|---|---|---|
| 出口企业名称： 泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号： | 370903720743873 |
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No: | 370903720743873 |
| 出口企业地址： 泰安市岱岳区 | 电话： 86-538-8811077 | 传真： 86-538-8812679 |
| Address: DAWENKOU TAI'AN CITY CHINA | Tel: 86-538-8811077 | Fax: 86-538-8812679 |
| 成交方式： FOB  提单号： PMSCHYHYQ2974 | 合同号： |
| Term of Delivery: FOB  B/L No: PMSCHYHYQ2974 | Contract No: |
| 致： ORIENTAL TRADING COMPANY,LLC | 付款方式： T/T |
| | Payment: T/T |
| To: ORIENTAL TRADING COMPANY,LLC | 装船口岸： 目的地： |
| | From: QINGDAO  To: MIAMI |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 1220*2440*12.7mm | 4900PCS | USD2.6000/PCS | USD12740.00 |

合计： TOTAL: USD12740.00

单位名称：(盖章)
Signature
(本发票手写无效)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001666

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出口专用
Special Use for Export

存根联
Counterfoil

发票代码 137090726307
发票号码 00001202

Date 2007 年 6 月 12 日 填制

| | | | |
|---|---|---|---|
| 出口企业名称： 泰安市泰山纸面石膏板有限公司 | | 出口企业税务登记证号： | 370903720743873 |
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | | Tax Registration No: | 370903720743873 |
| 出口企业地址： 泰安市岱岳区 | | 电话： 86-538-8811 | 传真： 86-538-8812679 |
| Address: DAWENKOU TAI`AN CITY CHINA | | Tel: 86-538-8811 | Fax: 86-538-8812679 |
| 成交方式： FOB | 提单号： PMSCHYHQ2995 | 合同号： | |
| Term of Delivery: FOB | B/L No: PMSCHYHQ2995 | Contract No: | |
| 致： ORIENTAL TRADING COMPANY,LLC | | 付款方式： | T/T |
| | | Payment： | T/T |
| To: ORIENTAL TRADING COMPANY,LLC | | 装船口岸： From: QINGDAO | 目的地： To: MIAMI |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 1220*2440*12.7mm | 2940sheets | USD2.6000/sheet | USD7644.00 |

合计：
TOTAL: USD7644.00

单位名称：(盖章)
Signature
(本发票手写无效)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001667

山东省泰安市出口商品专用发票  出 口 专 用
Taian Shandong Province Special Invoice for Export  Special Use for Export

存 根 联  发票代码 137090726307
Counterfoil  发票号码 00001214

Date 2007 月6 日 填制
     2007 M6

| 出口企业名称: 泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号: | 370903720743873 |
|---|---|---|
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No: | 370903720743873 |
| 出口企业地址: 泰安市岱岳区 | 电话: 86-538-8811977 | 传真: 86-538-8812679 |
| Address: DAWENKOU TAI'AN CITY CHINA | Tel: 86-538-8811977 | Fax: 86-538-8812679 |
| 成交方式: FOB  提单号: PMSCHYHCQ03037 | | |
| Term of Delivery: FOB  B/L No: PMSCHYHCQ03037 No: | | |
| 致: ORIENTAL TRADING COMPANY,LLC | 付款方式: T/T | |
| To: ORIENTAL TRADING COMPANY,LLC | Payment: T/T | |
| | 装船口岸: | 目的地: |
| | From: QINGDAO | To: MIAMI |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 3660*1220*12.7mm | 2010PCS | USD3.8500/PCS | USD7738.50 |

合 计:
TOTAL:  USD7738.50

单位名称:(盖章)
Signature
(本发票手写无效)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001668

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

发票代码 137090726307
发票号码 00001218

Date 2007 年 7 月 3 日填制
Y   M   D

| | | |
|---|---|---|
| 出口企业名称：<br>Exporter Name: | 泰安市泰山纸面石膏板有限公司<br>TAIAN TAISHAN PLASTERBOARD CO.,LTD | 出口企业税务登记证号：<br>Tax Registration No: 370903720743873 |
| 出口企业地址：<br>Address: | 泰安市岱岳区<br>DAWENKOU TAI'AN CITY CHINA | 电话：86-538-8811077  传真：86-538-8812679<br>Tel: 86-538-8811077  Fax: 86-538-8812679 |
| 成交方式：<br>Term of Delivery: | FOB | 提单号：PMSCHYHYQ3055<br>B/L No: PMSCHYHYQ3055 | 合同号：<br>Contract No: |
| 致：<br>To: | ORIENTAL TRADING COMPANY,LLC<br>ORIENTAL TRADING COMPANY,LLC | 付款方式：T/T<br>Payment: T/T |
| | | 装船口岸：QINGDAO<br>From: | 目的地：MIAMI/USA<br>To: |

| 唛头及号码<br>Mark | 品名及规格<br>Description | 数量<br>Quantity | 单价<br>UnitPrice | 金额<br>Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD<br>1220*3660*12.7 | 6700PCS | USD3.8500/PCS | USD25795.00 |

合计：
TOTAL: USD25795.00

单位名称：(盖章)
Signature
(本发票手写无效)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001669

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

发票代码 137090726307
发票号码 00001219

Date 2007 年 7 月 3 日 填制

| | | | |
|---|---|---|---|
| 口企业名称: 泰安市泰山纸面石膏板有限公司 | | 出口企业税务登记证号: | 370903720743873 |
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | | Tax Registration No: | 370903720743873 |
| 口企业地址: 泰安市岱岳区 | | 电话: 86-538-8811077 | 传真: 86-538-8812679 |
| Address: DAWENKOU TAI'AN CITY CHINA | | Tel: 86-538-8811077 | Fax: 86-538-8812679 |
| 交方式: FOB  提单号: | PMSCHYHXQ3054 | | |
| Term of Delivery: FOB  B/L No: | PMSCHYHXQ3054  Contract No: | | |
| ORIENTAL TRADING COMPANY,LLC | | 付款方式: | T/T |
| | | Payment: | T/T |
| ORIENTAL TRADING COMPANY,LLC | | 装船口岸: | 目的地: |
| | | From: QINGDAO | To: MIAMI/USA |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 1220*3660*12.7 | 6700PCS | USD3.8500/PCS | USD25795.00 |

合计:
TOTAL:  USD25795.00

单位名称:(盖章)
Signature
(本发票手写无效)

Signature
(本发票手写无效)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001670