# U.S. DUN Distributors

## ORIENTAL TRADING COMPANY, LLC

November 26, 2008

**Taian Taishan Plasterboard Co., LTD**
Attention: Mr. Bill Cher
Dawenkou Daiyue District Tai'an, China

**Re: USD 100,000.00 Reimbursement**

Dear Mr. Bill Cher:

According to the information sent by Denise Romano (owner of Oriental Trading Company), please we are formally requesting from you a full reimbursement of the ONE HUNDRED THOUSAND DOLLARS (USD$100,000.oo) we transferred several months ago (May 30th 2007) without using it yet. Please proceed to transfer us those funds back as soon as possible.

Here is the information you need for such a transfer:

Bank: Wachovia Bank
City: Miami, Florida, United States of America
Account Name: Oriental Trading Company, LLC
Account Number: 2000032162846
Routing (ABA): 067006432

Please inform me as soon as you execute this transaction. Please find attached the copy of the funds transfer and the copies of the e-mails between Taian Taishan and Oriental Trading Company about reimbursement process.

Best regards;

Leonardo Guzman
Office Manager OTC

C.C. Denise Romano – OTC President

State of Florida, County of Orange
The foregoing instrument was acknowledged before me this 1 day of December, 2008, by Leonardo Guzman.

_____ (signature of Notary) Sandra P. Vasquez (name of Notary)

SANDRA P. VASQUEZ
Notary Public - State of Florida
My Comm. Expires Jun 20, 2010
Commission # DD 566208

Personally known. ✓

2 Alhambra Plaza, Suite 801, Coral Gables, FL 33134 / Ph. (407) 227-6067 - (786) 255-6688

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021501