| | |
|---|---|
| From: | Oriental Trading Company LLC <otc.orlando@gmail.com> |
| Sent: | Monday, October 6, 2008 12:14 AM (GMT) |
| To: | 'wuyu' <sdth818@163.com> |
| Cc: | 'DENISE ROMANO' <deniseromano5@yahoo.com> |
| Subject: | FW: Re: USD 100,000.00 Reinbursement |

Dear Mr. Bill Cher

The last week, I sent you the Denise Romano's personal account information. Please, I really appreciate send us the contract where your company and our company all agree to pay the money through a personal account. We will return the contract signed as soon as possible.

After signed the contract, when we have deposited the money in the Denise's account?

Thank you very much Mr. Bill Cher and I wait for your answer.

Sincerely,

Leonardo Guzman
Office Manager OTC

---

**From:** Oriental Trading Company LLC [mailto:otc.orlando@gmail.com]
**Sent:** Monday, September 29, 2008 4:54 PM
**To:** 'wuyu'
**Cc:** 'DENISE ROMANO'
**Subject:** RE: Re: USD 100,000.00 Reinbursement

Dear Mr. Bill Cher

Thank you for your prompt answer. We agree that your company send us the money to the Denise Romano personal's account.

The following is the information of Denise Romano account:

| | |
|---|---|
| Account Name: | DENISE ROMANO |
| Bank: | BANK OF AMERICA |
| City: | Miami, Florida (United States of America) |
| Routing (ABA): | 063000047 |
| Account: | 004281025920 |

Denise Romano Mobile Number:   (786) 255-6688
Office Number:                 (407) 227-6067

Thank you Mr. Bill Cher for all your help, please send us the contract and we will return to you as soon as possible.

Best regards,

**Leonardo Guzman**
Office Manager
Oriental Trading Company, LLC
Ph. (407) 227-6067

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021517

**From:** wuyu [mailto:sdth818@163.com]
**Sent:** Thursday, September 25, 2008 9:15 PM
**To:** otc.orlando@gmail.com
**Subject:** Re:Re: USD 100,000.00 Reinbursement

Dear Mr. Guzman,

    Thanks for your promptly reply, I have asked our bank, and they said that we must send the amount through our personal account to your personal account, so please give me you and Mr. Denise's personal account, and send your and Denise's office number and Mobile number to us, so that I will make the contract which our company and you company all agree through personal account to pay money. Then I will return the amount to you as soon as possible.
    Look forward your reply.
    Yours faithfully

--
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2008-09-26，"Oriental Trading Company LLC" <otc.orlando@gmail.com> 写道：

Dear Mr. Bill Cher,

Yes, the West Union Service way is perfect for our company, thank you.

I have one question sir:  Is the money transfer direct to the Wachovia Account for the West Union way or do you send me some information for pick up the transfer in the West Union Offices?

Please, in the contact names for the transfer: Denise Romano and / or Leonardo Guzman , Company: Oriental Trading Company, LLC

Thank you very much and I wait your confirmation,

Best regards,

Leonardo Guzman
Office Manager OTC.

**From:** wuyu [mailto:sdth818@163.com]
**Sent:** Tuesday, September 23, 2008 10:29 PM
**To:** Leonardo Guzman
**Subject:** Re:Re: USD 100,000.00 Reinbursement

Dear Mr. Guzman,

    Thanks for your reply promptly, our bank tell me I can sent the amount through our personal account. The soonest and easiest way is sending through the West Union Service. Please let us know whether it is acceptable at your end.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021518

Thanks and best wishes!


--
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2008-09-24, "Leonardo Guzman" <otc.orlando@gmail.com> 写道：

Dear Mr. Bill Cher

Thank you very much for your prompt answer.

Yes Mr. Bill Cher, the information that I sent to you yesterday is the company information and the account used for sent the transfer USD 100,000.00 to your company in May 30 - 2007.

Thank you for all your help in this process. As soon as I receive the contracts, we will sign and send back to you.


Bank: Wachovia Bank, N.A.
City: Miami, Florida, United States of America
Account Name: Oriental Trading Company, LLC
Company Address: 2 Alhambra Plaza, Suite 801, Coral Gables, Florida, 33134  (USA)
Account Number: 2000032162846
Routing (ABA): 067006432

Best regards,


Leonardo Guzman

On Tue, Sep 23, 2008 at 3:35 AM, wuyu <sdth818@163.com> wrote:
 Dear Mr. Guzman,
      I am glad to receive your information, I have informed you that I will send back your money, but I need your information to do docments for our goverment, you have send it to me today. I will make two contracts to you, please sign on them and send back to me.
        please confirm the following information (Bank: Wachovia Bank

City: Miami, Florida, United States of America

Account Name: Oriental Trading Company, LLC

Account Number: 2000032162846
Routing (ABA): 067006432)

is the same as the  company and bank information you paid to us. Since our bank requires that the returned bank account and company must be the same as the

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021519

paying bank account and company.

    thanks and best wishes!
    yours faithfully


--
车刚
Bill　Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2008-09-23，"Oriental Trading Company LLC" <otc.orlando@gmail.com> 写道：

Dear Mr. Bill:

According to the information sent by Denise Romano (owner of Oriental Trading Company), please we are formally requesting from you a full reimbursement of the ONE HUNDRED THOUSAND DOLLARS (USD$100,000.oo) we transferred several months ago (May 30th 2007) without using it yet. Please proceed to transfer us those funds back as soon as possible. Please find attached the copy of the funds transfer.

Here is the information you need for such a transfer:

Bank: Wachovia Bank

City: Miami, Florida, United States of America

Account Name: Oriental Trading Company, LLC

Account Number: 2000032162846
Routing (ABA): 067006432

Please inform me as soon as you execute this transaction.

Best regards;

Leonardo Guzman

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021520

Office Manager OTC

Ph. (407) 227-6067

---

[广告] 龙德紫金再次开盘

---

[广告] 买房不必东奔西走,上房老大,看"二手房"网上房展会

---

[广告] 特惠尝必胜客26道新品

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021521

| | |
|---|---|
| From: | 车刚 <sdth818@163.com> |
| Sent: | Friday, March 6, 2009 12:50 AM (GMT) |
| To: | Leonardo Guzman <otc.orlando@gmail.com> |
| Subject: | Re:Fwd: Re: Fwd: Reimbursement USD100,000.00 Oriental Trading Company |

Dear Mr. Guzman,

   I am sorry for that I can not contact you so long time. I still try my best to convince our boss to pay the USD100000.00 to you. but my boss said that making the account of bank is difficult,so he suggust we expot the goods to you, I often talk about this things with our boss .I need wait for that he agree.

   Thanks and best wishes.
   Yours faithfully


--
车刚
Bill  Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com


在2009-03-06, "Leonardo Guzman" <otc.orlando@gmail.com> 写道：
> Dear Mr. Bill Cher,
>
> I hope you still doing well.
>
> Do you have any news about the USD100,000 reimbursement?  The Company requires a prompt answer for a reimbursement day because the Company needs to report the financial movement in 2008 and this money is a very important part in these reports.
>
> Please Mr. Bill Cher, I need your help in this matter, we are working in this process for 8 months or may be more.
>
> Unfortunately, the actual situation in USA is not the best for import new products and the owner to the company needs the reimbursement for the USD 100,000.
>
> I really appreciate all your help with your bank and your accounting departments for help us transferring those funds back as soon as possible.
>
> Best regards,
>
> Leonardo Guzman
> Oriental Trading Company - Orlando Manager
>
>
> ---------- Forwarded message ----------
> From: **Leonardo Guzman** <otc.orlando@gmail.com>
> Date: Mon, Jan 19, 2009 at 9:15 AM
> Subject: Re: Re: Fwd: Reimbursement USD100,000.00 Oriental Trading Company
> To: 车刚 <sdth818@163.com>, deniseromano5@yahoo.com

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021470

Dear Mr. Bill Cher,

I hope you still doing well.

Do you have any news about the USD100,000 reimbursement? The Company owner requires a prompt answer for a reimbursement day because the Company needs to report the financial movement in 2008 and this money is a very important part in these reports.

Please Mr. Bill Cher, I need your help is in the process, our Company needs that this process will be done on this month.

Thank you, best regards,

Leonardo Guzman
OTC Manager.

On Mon, Jan 5, 2009 at 9:47 AM, Leonardo Guzman <otc.orlando@gmail.com> wrote:
> Thank you Mr. Bill Cher,
>
> Best regards,
>
> Leonardo Guzman
>
> On Sat, Jan 3, 2009 at 8:25 PM, 车刚 <sdth818@163.com> wrote:
>> Dear Mr. Guzman,
>>    I sorry for that I have not contact you recently. I am operating the thing of USD100000.00, but our work has reached the end of year, so we have a lot of things need to deal. I will send the information to you, when I get further information.
>>    Thanks and best wishes!
>>    Yours faithfullly
>>
>>
>> --
>> 车刚
>> Bill Cher
>> 13561759284
>> E-mail:SDTH818@163.com
>> MSN:wuyu374@hotmail.com
>>
>> 在2009-01-03, "Leonardo Guzman" <otc.orlando@gmail.com> 写道：
>>
>>> Dear Mr. Bill Cher,
>>>
>>> I hope you still doing well. I wish you a happy new year.
>>>
>>> Do you have any news about the USD100,000 reimbursement? I really appreciate all your help in this process.
>>>
>>> Thank you and best wishes.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021471

Leonardo Guzman
OTC - Office Manager

On Mon, Dec 29, 2008 at 8:53 AM, Leonardo Guzman <otc.orlando@gmail.com> wrote:
> Dear Mr. Bill Cher,
>
> I hope this finds you doing well.
>
> Do you have any good news for me about this matter? I really appreciate all your help in this process.
>
> Thank you and best wishes.
>
> Leonardo Guzman
> OTC - Office Manager
>
> On Fri, Dec 19, 2008 at 8:33 AM, Leonardo Guzman <otc.orlando@gmail.com> wrote:
>> Dear Mr. Bill Cher
>>
>> Thank you for your prompt answer.
>>
>> Unfortunately, the actual situation in USA is not the best for import new products and the owner to the company needs the reimbursement for the USD 100,000.
>>
>> I really appreciate all your help with your bank and your accounting departments for help us
>> transferring those funds back as soon as possible.
>>
>> Thank you and best regards,
>>
>> Leonardo Guzman
>> Office Manager - OTC
>>
>>
>> On Tue, Dec 16, 2008 at 4:14 AM, 车刚 <sdth818@163.com> wrote:
>>> Dear Mr. Guzman,
>>>     I have received your email and the documents in attachment; I can understand you, I am working hard to return the money to you, but our bank and our accounting departments need time to operate this thing. It is so complicated and time-consuming. I suggest that we can export something to you, for example the metal keels, the steel belt price have went down in China. And some customers from USA start to order the metal keels now. We think it is the most operable and easiest way.
>>>     Thanks and best wishes!
>>>     Yours faithfully
>>>
>>>
>>> --

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021472

车刚
Bill Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2008-12-16, "Leonardo Guzman" <otc.orlando@gmail.com> 写道：

Dear Mr. Bill Cher

I hope you still doing well. Please I really appreciatte your confirmation and your answer about the attached e-mail sent to you the last December 1 / 2008.

Thank you, best regards.

Leonardo Guzman

---------- Forwarded message ----------
From: **Leonardo Guzman** <otc.orlando@gmail.com>
Date: Mon, Dec 1, 2008 at 9:57 PM
Subject: Reimbursement USD100,000.00 Oriental Trading Company
To: wuyu <sdth818@163.com>
Cc: deniseromano5@yahoo.com, leoguzmangomez@yahoo.com

Dear Mr. Bill Cher,

Please find attached the formal documents (stamped / notarized) requesting for the USD 100,000.00 reimbursement, and the e-mails between Taian Taishan and Oriental Trading Company showing the process during last months.

I really appreciate your help transferring us those funds back as soon as possible.

Best regards,

Leonardo Guzman
Office Manager - OTC
Oriental Trading Company

[广告] 2008年最受关注楼盘

《大话西游外传》贺岁新作，送豪宅、送你5000元压岁钱

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021473

网易邮箱,中国第一大电子邮件服务商

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021474

# Our USD$100,000 Deposit

| | |
|---|---|
| 发件人： | **Ivan Gonima** (Ivan@bssflorida.com) |
| 发送时间： | 2010年3月9日 20:07:58 |
| 收件人： | 吴天 吴 (wuyu374@hotmail.com) |
| 抄送： | deniseromano5@yahoo.com |

Mr. Bill Cher;

Last night and this morning I tried to talk to you on the Windows Messenger but was not able to. I need to talk to you urgently about the deposit for USD$100,000 we made almost 3 years ago and look for alternatives to recover that money. We have tried different ways but always have found that we cannot have that money back.

Here the following alternatives:

1. Just order a transfer from your bank to our bank in the USA. Several months ago you told me you were going to do it but you never did it or gave me a final reason saying why you did not; I would like to know what the real problem for doing so is.
2. Given option number one seems to be out of your possibilities (I still want to know why), we could get some drywall from you in that amount. The main problem I have with that is the way you pack it when loading the containers. You do not protect it by covering it with plastic, as other manufacturers in China do, so it can get wet or affected by humidity while in sea or land transit. Also, you load it loose inside the container so several pieces get damaged (broken corners usually) while being transported. In consequence, although we could get our money worth in drywall we think it would not be the most appropriate way if you do not change the way of packing because we could be losing a lot of sheets. Now, you can offer us different packing alternatives for us to consider.
3. The best alternative we could think of, would be to buy another kind products in China to be exported to us and paying them with that money. As far as you have told us, this situation aroused because the bank is not allowed by the Chinese Government to give us our USD$100,000 deposit back. Hence, I think that if we buy products from other Chinese manufacturers and the money stays in China, we could recover our funds. In that case your company would just have to order the transferring of money from your bank to another bank for paying the products we want to buy from another company or companies.

We are so committed to recover these funds Bill that if I have to travel again to Taian City to meet you, your boss, or the company's President to see how we can find a final solution and solve this situation, I will soon. As you can understand Mr. Cher, USD$100,000 is a lot of money and we need to recover it one way or the other. I hope this time you can give us some real answer looking for a solution to this problem; we really cannot wait too much longer. Seriously Bill, this time I really need you to let me know what sort of avenues we really have to solve this issue.

I will be waiting for your prompt answer; if you think it will help, please give me your boss' email or phone number and I will contact him. Better yet, give me please the company's highest authority phone number or email and I will personally visit him.

Best regards;

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001726



615 Superior Commerce Boulevard
Suite 108 - Apopka, FL 32703
Office    (407) 886-2850
Mobile   (407) 575-5048
Fax       (407) 886-2853
ivan@bssflorida.com

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0001727