| | |
|---|---|
| **From:** | Ivan Gonima <Ivan@bssflorida.com> |
| **Sent:** | Thursday, July 15, 2010 4:44 PM (GMT) |
| **To:** | sdth818@163.com; wuyu374@hotmail.com |
| **Cc:** | 8812017538@163.com; clempwl@hotmail.com; George <tgsa@yahoo.cn>; George <bsschina@yahoo.cn>; tgsachina@gmail.com |
| **Subject:** | Authorization Letter for requesting OTC US$100,000 Deposit |
| **Attach:** | 100714 Ivan Gonima Authorization.pdf |

Shandong Taihe Dongxin Co. Ltd.
Taishan Gypsum Co., Ltd.
Attention: Mr. Peng Wen Long – Manager of International Trading Department
　　　　　Mr. Che Gang – International Trading Department One

Attached please find my notarized authorization letter empowering Mr. Yin Hong Bing to be in charge and handling all matters referring to the refunding of our deposit.

Best regards;



Ivan Gonima
Best Sunshine Services, LLC
President

**615 Superior Commerce Boulevard**
**Suite 108 - Apopka, FL 32703**
**Office** (407) 886-2850
**Mobile** (407) 575-5048
**Fax** (407) 886-2853
ivan@bssflorida.com

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021311

To whom it may concern

I, Ivan Gonima, representing and acting in behalf of Oriental Trading Company, LLC incorporated in the State of Florida, United States of America, authorize Mr. Yin Hong Bing. Identified with passport number 26614053 to be in charge and handling all matters concerning the refunding of USD$ 100,000 transferred by us to Taian Taishan Plasterboard Co. Ltd., on May 30, 2007 as a deposit for importing drywall from them into the United States of America.

Mr. Ying Hong Bing will have all legal rights and he will be able, in our name, to take any lawful actions to recover our deposit and transfer it to any account and in any type of currency he estimates necessary or convenient.

This authorization letter will go on to enforce effective today 12 of July, 2010, and will cease any effect once the refunded amount is completely deposited in our bank account.

Ivan Gonima
Representative of Company Oriental Trading Company LLC.

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to or affirmed and signed before me on July 12, 2010 by Ivan Gonima

Notary Public State of Florida
Marixa Piloto
My Commission DD1000427
Expires 08/11/2014

NOTARY PUBLIC or DEPUTY CLERK

Personally Known
Produced identification
Type of identification produced

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021312