Confidential - Subject to Further Confidentiality Review

```
 1                IN THE UNITED STATES DISTRICT COURT
                     EASTERN DIVISION OF LOUISIANA
 2

 3   IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047
     DRYWALL PRODUCTS LIABILITY
 4   LITIGATION,                       SECTION:  L

 5                                     JUDGE FALLON

 6                                     MAG. JUDGE WILKINSON

 7   **  THIS DOCUMENT APPLIES TO:  GERMANO,
         et al., vs. TAISHAN GYPSUM CO., LTD.,
 8       f/k/a SHANDONG TAIHE DONGXIN CO., LTD.,
         CASE NO. 2:09-CV-6687 (EDLA)
 9

                  CONFIDENTIAL - SUBJECT TO FURTHER
10                     CONFIDENTIALITY REVIEW

11         VIDEOTAPED DEPOSITION OF ONYX GBH CORPORATION
                  via REGISTERED AGENT RAFAEL SARDI
12

13
        DATE TAKEN:    FEBRUARY 9, 2012
14
        TIME:          10:54 A.M.- 12:40 P.M.
15
        PLACE:         COLSON HICKS EIDSON
16                     255 ALHAMBRA CIRCLE, PENTHOUSE
                       CORAL GABLES, FLORIDA 33134
17

18
              Examination of the witness taken before:
19                       Susan D. Wasilewski
                   Registered Professional Reporter
20                   Certified Realtime Reporter
                       Certified CART Provider
21             ~ Realtime Systems Administrator ~

22

23                   GOLKOW TECHNOLOGIES, INC.
24            877.370.3377 ph | 917.591.5672 fax

25                       deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.   Correct.  I highly doubt that I would have a
 2   telephone conversation.
 3      Q.   Did you -- do you recall doing any instant
 4   messaging, like an MSN account, anything like that with
 5   anybody at the factory?
 6      A.   No.
 7      Q.   Do you recall -- I asked you a form of this
 8   question before, but do you recall whether the personnel
 9   at the factory -- and when we're talking about the
10   factory, we're talking about Taishan?
11      A.   Yes.
12      Q.   -- whether they contacted you about the
13   drywall?
14      A.   As an initial step you mean?
15      Q.   Yes.
16      A.   That would be highly unlikely.
17      Q.   Okay.  Did you -- do you recall if it was one
18   of your sources in China, perhaps a middleman or a
19   go-between, for lack of a better word, that got you in
20   touch with Taishan?
21      A.   Could have been.
22      Q.   Okay.  But you're not certain at this point?
23      A.   Not 100 percent sure without the e-mails, yeah.
24      Q.   Would those be -- if there were e-mails there
25   back and forth between you and Taishan, would it be in
```

Confidential - Subject to Further Confidentiality Review

```
 1   that BellSouth account?
 2        A.   Correct.
 3        Q.   Would there be anybody else at that time on
 4   behalf of Onyx that was communicating with Taishan
 5   through e-mail?
 6        A.   Besides myself?  No.
 7        Q.   Okay.  What about at BAmerica, do you know if
 8   anybody at BAmerica had direct contact with anyone at
 9   Taishan?
10        A.   That, I don't recall.
11        Q.   Do you recall ever receiving any samples of
12   drywall from Taishan?
13        A.   No samples received.
14        Q.   Okay.  No, you don't -- you didn't receive any,
15   or no, you don't recall receiving any?
16        A.   I don't recall receiving samples.
17        Q.   Okay.  Do you ever recall receiving any
18   promotional materials from Taishan about their products?
19        A.   Catalogs and -- no, I don't recall.
20        Q.   I'm going to show you this.  I'm not going to
21   mark it as an exhibit for the time being but take a look
22   through it and tell me if you recall seeing that.
23             MS. NELSON:  Is that an exhibit, Patrick?
24             MR. MONTOYA:  I'm not going to mark it yet
25        unless he identifies it.
```

```
 1   developed, what you recall in terms of Taishan.
 2       A.    How this transaction came about?
 3       Q.    Yes.
 4       A.    This initial transaction was to be sent to
 5   Venezuela.  If you notice, in 2006 there was a purchase
 6   order or some type of contract in between BAmerica and
 7   the factory.  That order fell through, that order was
 8   never placed.  The money was -- the deposit was made to
 9   the factory.  That was in late 2006.
10             Beginning of -- sometime during 2007 I started
11   communications with the factory explaining that the
12   order fell through to Venezuela, please refund us the
13   money.  Several e-mails were exchanged asking for when
14   is the money going to come back to our account, and from
15   my recollection, basically, they were railroading us,
16   they said, you know, just place another order or, you
17   know, we'll return you the money with an order.
18             At that time the decision was made to let's
19   recuperate the money, let's -- I don't even recall the
20   amount but whatever close to the amount was, let's bring
21   it into Miami and send it to R & R Building, BAmerica
22   Distributing, and that's how this transaction happened.
23       Q.    Now, as I understand it, Onyx was not the
24   purchaser --
25       A.    Correct.
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.   Yes.
 2      Q.   Okay.  Did Taishan make the shipping
 3   arrangements to get it to the United States?
 4      A.   Can I look and see?
 5      Q.   Sure.
 6      A.   Delmar International made the shipping
 7   arrangements and if it was Delmar International, it was
 8   done through BAmerica.
 9      Q.   Did Taishan know that the drywall that was
10   ordered was going to be shipped to the United States?
11      A.   I would certainly believe so.
12      Q.   Okay.  What makes you believe that?  Is it
13   referred to in the documents?
14      A.   Well, I would assume that in -- you know, they
15   have to clear customs in China, so they've got to know
16   where it's going.
17      Q.   And in particular, the drywall was -- that was
18   ordered was shipped to Miami, right?
19      A.   Correct.
20      Q.   Into the Port of Miami?
21      A.   Correct.
22      Q.   And we'll go through those documents in just a
23   moment.
24      A.   Well, I don't know if it's Port of Miami or
25   Port Everglades but -- I would have to check and see.
```

```
 1      Q.   If you look at page 2, it says this contract is
 2   made by and between the seller and buyer, whereby the
 3   seller and the buyer agree to cancel the contract made
 4   on September 2nd, 2006 --
 5      A.   Right.
 6      Q.   -- with the number SDTH0600902.
 7           If we go to the next page of the contract, it's
 8   dated September 2nd, 2006, it has the same contract
 9   number.  So my question was is this the -- page 2 of
10   Exhibit 2 is the cancellation of the September 2nd, 2006
11   contract?
12      A.   Correct.
13      Q.   Okay.
14      A.   The cancellation of the $13,490.40 contract.
15      Q.   Correct.
16      A.   Right.
17      Q.   Now, we had talked before about the initial --
18   the reason for Onyx and you being involved and talking
19   to Taishan about bringing drywall was to send it to
20   Venezuela, right?
21      A.   Correct.
22      Q.   This contract of September 2nd, 2006, this
23   drywall was going to go to Venezuela?
24      A.   No.  This was probably most likely coming to
25   Miami.
```

```
 1     Q.   Okay.  Is this -- here is really what I'm
 2   asking.  Was there -- was there going to be more than --
 3   you said directly to Venezuela.  Was this going to be
 4   the replacement for the deposit, or was this a separate
 5   transaction altogether to bring some drywall into Miami?
 6     A.   This was going to be the replacement, from what
 7   my recollection is, to bring into Miami, the $13,490.40.
 8   From my recollection, that would have been the
 9   replacement to bring into Miami, which was later pared
10   down to the next contract, which is the invoice that
11   you see here for $5,656.20.
12     Q.   Okay.  Let me ask you a few questions about the
13   September 2nd, 2006 contract.
14     A.   Yes.
15     Q.   Was this contract sent by Taishan to you?
16     A.   To Onyx you mean?
17     Q.   Yes.
18     A.   I don't recall.
19     Q.   Okay.  I'll also put it this way.  Was it sent
20   by Taishan to BAmerica?
21     A.   Truthfully, I don't recall if it was sent to
22   BAmerica or to Onyx, but it was obviously sent from
23   Taishan to one of either party.
24     Q.   Okay.  And really what I'm asking you is who
25   drafted the contract?
```

Confidential - Subject to Further Confidentiality Review

```
 1   to Chen Bilai, B-i-l-i-a -- sorry, B-i-l-a-i.  I'm
 2   sorry.
 3              Who was Chen Bilai?
 4       A.    One of our networks in -- person in China.  At
 5   that time she worked for China Building Material.
 6       Q.    Was there a company named China Building
 7   Materials, do you know?
 8       A.    CBM something, China Building -- somewhere
 9   along those lines.  I don't recall the complete name.
10       Q.    Would you have -- do you know if you have her
11   business card?
12       A.    Ms. Chen Bilai's?
13       Q.    Yes.
14       A.    She has moved on.  I don't think she's no
15   longer working, but I may have.  I really didn't -- I
16   may have it.
17       Q.    I'm trying to just -- and it's important for
18   the case, is the reason I'm asking.
19       A.    Yes.
20       Q.    Is to find out exactly who she was working for
21   at the time or if she was, you know, representing
22   several different companies.  I don't know.  You tell
23   me.  Was she working for one company or several, do you
24   know?
25       A.    She worked for China Building Material.
```

```
 1      Q.   Okay.
 2      A.   From what I recall, it was one of our contacts
 3   back in China for -- probably for this transaction, most
 4   likely the person that found the factory for us.
 5      Q.   Was she an agent for Taishan, as far as you
 6   could tell?
 7      A.   I don't recall.
 8      Q.   Okay.
 9      A.   All those, you know, all those Chinese have
10   their own networks and sometimes they work as agents and
11   you don't know it, you know.
12      Q.   Okay.  Do you have any contact with Chen Bilai
13   anymore?
14      A.   Yes.
15      Q.   Okay.  Is that her current e-mail address, do
16   you know?
17      A.   I don't recall.  I know she has moved on from
18   where she used to work before, but I don't recall if
19   that's her current e-mail.
20      Q.   Okay.  You write to Bill Cher:  Hello, sir, we
21   have received your two contracts.
22      A.   Uh-huh.
23      Q.   Please note that our lawyers have advised us to
24   first sign contract number SDTH0601123, and then sign
25   contract number SDTH0600902.
```

```
 1            THE WITNESS:  Yes.
 2            MR. CARLOS SARDI:  Do you see that that's the
 3       Taishan invoice, correct?
 4            THE WITNESS:  Yes.
 5            MR. CARLOS SARDI:  You see there the delivery
 6       terms?
 7            THE WITNESS:  CIF, yes.
 8            MR. CARLOS SARDI:  What does CIF mean?
 9            THE WITNESS:  Cost, insurance and freight.
10            MR. CARLOS SARDI:  So going back to Exhibit
11       Number 2, had the insurance, Ping -- I don't know
12       how to pronounce it -- Ping An Property & Casualty
13       Insurance Company document --
14            THE WITNESS:  Correct.
15            MR. CARLOS SARDI:  -- that you were just
16       looking at, if the shipper is sending goods under
17       CIF terms, would it be unusual for the shipper to
18       get its own insurance?
19            THE WITNESS:  I'm sorry?
20            MR. CARLOS SARDI:  Let me rephrase that.  You
21       understand what CIF means, correct?
22            THE WITNESS:  That's cost, insurance and
23       freight.  That's covering everything.
24            MR. CARLOS SARDI:  Okay.  Typically, when a
25       seller sells under those terms, who pays insurance?
```