| From: | Rafael Sardi <rsardi@bellsouth.net> |
|---|---|
| Sent: | Friday, November 24, 2006 6:49 PM (GMT) |
| To: | wuyu <sdth818@163.com> |
| Cc: | Chen Bilai <blchen@163bj.com> |
| Subject: | Fw: contract |
| Attach: | contract 陈壁来20061123.doc; Contract sample陈壁来2006112302.doc |

Hello Sir,
We have received your 2 contracts. Please note that our lawyers have advised us to first sign contract #
SDTH0601123, and then sign contract #SDTH0600902.

Kindly sign contract both contracts, send it to us so we can sign them and return via courier.

Regards,

Rafael Sardi
Onyx Gbh Corp
8003 Nw 29th Street
Miami, Florida 33122  USA
Tel: 305-594-6652
Fax: 305-594-6931
rsardi@bellsouth.net

Please remember to attach all previous e-mail responses when replying back to us please use reply
button. Thanks
----- Original Message -----
**From:** wuyu
**To:** rafaelsardi
**Sent:** Thursday, November 23, 2006 8:03 PM
**Subject:** contract

陈经理：
    您好！我给您发两份合同过去，外汇管理局要壹份合同和壹份终止合同才可以放
款，请客户看后盖章发给我吧。
    祝：商祺！
车刚
13561759284

女友99元buy的新款ONLY
秋冬女人精品女装全场火热促销29元-199元,抢呀(图)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021702

Contract

Contract NO.: SDTH0601123

Date: **23rd November. 2006**                    Place: TAI'AN CHINA

The seller: **TAIAN TAISHAN PLASTERBOARD CO.LTD.**

The buyer: **B AMERICA CORPORATION**

This contract is made by and between the seller and buyer, whereby the

seller and the buyer all agree to stop the contract made on **2th Sep. 2006,**

**whose number is** SDTH0600902. The reason is that the price drops a lot

in the American market.

The seller: TAIAN TAISHAN PLASTERBOARD CO., LTD

The buyer: **B AMERICA CORPORATION**

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021703

# Contract

Contract NO.: SDTH0600902

Date: 2th Sep. 2006                      Place: TAI'AN CHINA

The seller: **TAIAN TAISHAN PLASTERBOARD CO.LTD.**

The buyer: **B AMERICA CORPORATION**

This contract is made by and between the seller and buyer, whereby the seller agrees to sell and the buyer agrees to buy the under mentioned commodity according to the terms and conditions stipulated as below:

1. **COMMODITY**

| COMMODITY& SPECIFICATION (T/E) SIZE (mm) | QUANTITY | CFR PORTSUDAN PRICE | AMOUNT |
|---|---|---|---|
| PLASTERBOARDS | PCS | (USD /PC) | USD |
| 3660 x1220 x112.7 | 1320 | 10.22 | 1349.040 |
| TOTAL | | | 13490.40 |
| SAY USD: THIRTEEN THOUSAND FOUR HUNDRED AND NINTY AND FOURTY CENTS ONLY | | | |

2. Quality and packing term: the gypsum board should be produced as per the relative standard of ASTM C-1396;By container.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021704

3. Term of payment: 50% earnest money should be paid by T/T in advance before producing; the rest 50%T/T should be received by the seller before loading container.

4. **DELIVERY TERM：CFR   MIAMI**

5. Force Majeure: the seller shall not be hold responsibility for late or non-delivery of the goods owing to the generally recognized "force majeure" cause. However in such case, the seller shall inform the buyer in four working days.

6. Arbitration: All distributes in connection with this contract shall be settled amicably by negotiation. In case no settlement can be reached, the case under dispute may then be submitted to the foreign trade arbitration commission of the China council for promotion international trade. The decision of the arbitration shall be accepted as final and binding upon both parties.

The seller: TAIAN TAISHAN PLASTERBOARD CO., LTD

The buyer: **B AMERICA CORPORATION**

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER