# TAIAN TAISHAN PLASTERBOARD CO., LTD

DA WENKOU, DAIYUE DISTRICT, TAI'AN SHAN DONG PROVINCE, CHINA

TEL: 00865388811077    FAX: 00865388812679

## INVOICE

INVOICE NO.: 07040701                           DATE: 7th April, 2007

Buyer: B AMERICA CORPORATION

DELEVERY TERMS: CIF MIAMI PORT

SHIPMENT: From Qingdao /PRC to MIAMI/ U.S.A

PAYMENT: BY T/T

| DESCRIPTION OF GOOD | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Gypsum board | | CIF MIAMI PORT | |
| 1220*3660*12.7mm (REGULAR) | 660SHEETS | USD 8.57/SHEET | USD5656.20 |
| TOTAL: | 660SHEETS | | USD5656.20 |

SAY U.S.DOLLARS FIVE THOUSAND SIX HUNDRED AND FIFTY-SIX AND TWENTY CENS ONLY.

6809.11.0000

SHIPPED BY:   1*40'GP CONTAINERS

COUNTRY OF ORIGIN: CHINA

TAIAN TAISHAN PLASTERBOARD CO., LTD



