

**中国平安** PING AN OF CHINA

# 中国平安财产保险股份有限公司
PING AN PROPERTY & CASUALTY INSURANCE COMPANY OF CHINA, LTD

No. 070500012919    货 物 运 输 保 险 单
**CARGO TRANSPORTATION INSURANCE POLICY**

Claim documents please mail to:
Marine Claim Section, National Integrated Operation Center, Ping An Insurance (Group) Company of China, Ltd.
P.O.BOX 201-003,
Shanghai 201203, P.R.China
Tel: +86-755-95512
Fax: +86-21-5027 4783
E-mail: marine-claim@Pingan.com.cn

◆ 以下信息来源于您的投保申请，是为您提供理赔及售后服务的重要依据，请务必仔细核对。如有错误或遗漏请立刻拨打95512申请修改。
Please confirm the accuracy of following information to ensure that we can provide effective claim and other service accordingly. Should you have any query, please contact us by +86-755-95512.

| 被保险人: Insured: | TAIAN TAISHAN PLASTERBOARD CO., LTD. |
|---|---|
| 通讯地址及邮编: Address: | |

中国平安财产保险股份有限公司根据被保险人的要求及其所交付约定的保险费，按照本保险单背面所载条款与下列特款，承保下述货物运输保险，特立本保险单。
This Policy of Insurance witnesses that Ping An Property & Casualty Insurance Company Of China, LTD., at the request of the Insured and in consideration of the agreed premium paid by the Insured, undertakes to insure the undermentioned goods in transportation subject to the conditions of Policy as per the clauses printed overleaf and other special clauses attached hereon.

| 保单号 Policy No. | 20560078020207011882 | 赔款偿付地点 Claim Payable at | MIAMI, USA IN USD |
|---|---|---|---|
| 发票或提单号 Invoice No. or B/L No. | PMSCHYHYQ2869 | 查勘代理人 Survey By: | EWIG International Marine Corporation Airport 595 Business Center 3311 South Andrews Ave., Unit 11 Ft. Lauderdale, FL 33316 Tel: +1 305 3591415 Fax: +1 305 5798639 |
| 运输工具 Per Conveyance S.S. | MSC STELLA V. T718R | | |
| 起运日期 Slg. on or abt | AS PER B/L  自From   QINGDAO, CHINA | | |
| | Via    至To   MIAMI, USA | | |
| 保险金额 Amount Insured | USD6222.00 (U.S. DOLLARS SIX THOUSAND TWO HUNDRED AND TWENTY TWO ONLY.) | | |

| 保险货物项目、标记、数量及包装: Description, Marks, Quantity & Packing of Goods: | 承保条件 Conditions: |
|---|---|
| AS PER INVOICE NO.:07040701 GYPSUM BOARD 1220*3660*12.7MM (REGULAR) 660SHEETS | COVERING ALL RISKS AS PER OCEAN MARINE CARGO CLAUSES (1/1/1981) (WAREHOUSE TO WAREHOUSE CLAUSE IS INCLUDED) OF THE PEOPLE'S INSURANCE COMPANY OF CHINA. SUBJECT TO TERMS AND CONDITIONS IN "YEAR 2009 EXCLUSION CLAUSES FOR PROPERTY INSURANCE" |

| 签单日期 Date: | MAY. 07, 2007 | *For and on behalf of* **PING AN PROPERTY & CASUALTY INSURANCE COMPANY OF CHINA, LTD.** |
|---|---|---|



*Authorized Signature*

**IMPORTANT**
PROCEDURE IN THE EVENT OF LOSS OR DAMAGE FOR WHICH UNDERWRITERS MAY BE LIABLE
LIABILITY OF CARRIERS, BAILEES OR OTHER THIRD PARTIES

It is the duty of the Assured and their Agents, in all cases, to take such measures as may be reasonable for the purpose of averting or minimizing a loss and to ensure that all rights against Carriers, Bailees or other third parties are properly preserved and exercised. In particular, the Assured or their Agents are required:
1. To claim immediately on the Carriers, Port Authorities or other Bailees for any missing packages.
2. In no circumstances, except under written protest, to give clean receipts where goods are in doubtful condition.
3. When delivery is made by Container, to ensure that the Container and its seals are examined immediately by their responsible official. If the Container is delivered damaged or with seals broken or missing or with seals other than as stated in the shipping documents, to clause the delivery receipt accordingly and retain all defective or irregular seals

**DOCUMENTATION OF CLAIMS**
To enable claims to be dealt with promptly, the Assured or their Agents are advised to submit all available supporting documents without delay, including when applicable:
1. Original policies of insurance.
2. Original or certified copy of shipping invoice, together with shipping specification and / or weight notes.
3. Original or certified copy of Bill of Lading and / or other contract of carriage.
4. Survey report or other documentary evidence to show the extent of the loss or damage.
5. Landing account and weight notes at port of discharge and final destination.
6. Correspondence exchanged with the Carriers and other Parties regarding their liability for the loss or damage.

In the event of loss or damage which may involve a claim under this insurance, no claim shall be paid unless immediate notice of such loss