TAIAN TAISHAN PLASTERBO( ).,LTD.

CONSIGNEE:

R&R BUILDING MATERIALS
2650 NW 75 AVE
MIAMI, FL 33122
TEL:305-883-1149 FAX:305-883-1159

NOTIFY PARTY:
BAMERICA CORP
8005 NW 29TH ST
MIAMI, FLORIDA 33122 USA
TEL: 305-593-0933 FAX:305-593-8688
ATTN:MS,ENLLY CASTRO

ORIENTAL AIR

**ORIENTAL AIR TRANSPORT SERVICE INC.**
International Freight Forwarders
"OTI" License No. 13630NF

# BILL OF LADING

| DATE OF ISSUE | B/L NUMBER |
|---|---|
| | PMSCHYHYQ2869 |

FOR DELIVERY OF GOODS PLEASE APPLY TO:
ORIENTAL AIR TRANSPORT SERVICE,INC
175-41,148TH ROAD
JAMAICA,N.Y.11434
TEL:(1)718-632-0390
FAX:(1)718-632-0597,632-0002

| PLACE OF RECEIPT | PORT OF LOADING |
|---|---|
| | QINGDAO,CHINA |

| OCEAN VESSEL | VOYAGE NO. |
|---|---|
| MSC STELLA | V.T718R |

| PORT OF DISCHARGE | FINAL DESTINATION | FREIGHT PAYABLE AT | NUMBER OF ORIGINAL BS/L |
|---|---|---|---|
| | MIAMI,USA | | |

| MARKS & NUMBERS CONTAINERS & SEAL NUMBERS | NO. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT KILOS | MEASUREMENT CBM |
|---|---|---|---|---|
| N/M<br>MSCU5026365/4262748 | 1X40'DV | SHIPPER'S LOAD & COUNT, SAID TO CONTAIN 660SHEETS<br>GYPSUM BOARD<br>CY/CY<br>SAY:SIX HUNDRED AND SIXTY SHEETS ONLY.<br>FREIGHT PREPAID | 26500 KGS | 43 CBM |
| | TOTAL | TEMPERATURE CONTROL INSTRUCTIONS: | | |

ORIGINAL

| FREIGHT AND DISBURSEMENTS | RATE AT 1 CBM | PREPAID | COLLECT |
|---|---|---|---|
| | | | |

EXCESS VALUE DECLARATION:
REFER TO CLAUSE 6(4)(B) + (C) ON REVERSE SIDE

RECEIVED in apparent good order and condition for transportation from the place of receipt to the place of delivery subject to the terms and conditions of ORIENTAL AIR TRANSPORT SERVICE INC. (see reverse) as well as to the conditions and exceptions of the steamship companies, carriers, organisations of firms who have part in receiving, shipping, carrying, forwarding, storing, handling and delivery of the said goods. The above mentioned packages said to be marked and numbered as in the margin, weight, measure, quality, contents and value unknown subject to the conditions contained in this Bill of Lading. The delivery will be effected at the above designated place of destination thereto via any routes carriers designated by the forwarding agents.

ONE ORIGINAL BILL OF LADING DULY ENDORSED MUST BE SURRENDERED TO THE ABOVE AGENT IN EXCHANGE FOR THE GOODS OR THE DELIVERY ORDER

In Witness Whereof the number of Original Bill of Lading stated above has been signed, all of this tenor and date, one of which being accomplished the other to stand void.

QINGDAO-2007-05-01

青岛[illegible]国际货运代理有限公司
QINGDAO [illegible] INTERNATIONAL FREIGHT FORWARDERS CO., LTD.

SIGNED AS AGENT FOR CARRIER OR B/L TITLE

**ORIENTAL AIR TRANSPORT SERVICE INC.**