| | |
|---|---|
| From: | Maria Muci <mmuci@bamerica.us> |
| To: | wuyu <sdth818@163.com> |
| Sent: | 4/22/2008 6:00:49 PM |
| Subject: | Re: Re:Fw: Re:Sheetrock Prices |

Good Afternoon and thank you for your reply. How soon are you going to produce the sheetrock I am requesting so I have an estimate of when I can receive those samples?

Please, let me know as soon as possible.

Thank you and regards,

Maria Muci

----- Original Message -----
From: wuyu
To: Maria Muci
Sent: Monday, April 21, 2008 9:03 PM
Subject: Re:Fw: Re:Sheetrock Prices

Dear Ms. Maria Muci,

   I am sorry; I do not have the sample of 1/2"and 5/8"thickness now, because this size is not usually size in china, so I will send the sample to you as soon as I produce the gypsum board of 1/2"and 5/8"thickness.

    Thanks and best regards!
  Yours faithfully


--
车刚
Bill Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2008-04-22，"Maria Muci" <mmuci@bamerica.us> 写道：

Thank you very much for your fast reply. Can you please send me a small sample of the sheetrock of both 1/2" and 5/8". It could be a letter size sample (8.5"x11").

Looking forward to your reply.

Sincerely,

Maria Muci
BAMERICA CORPORATION
8005 NW, 29th St.
Doral, Florida 33122
Phone: (305) 5930933
Fax: (305) 5938688
----- Original Message -----
From: wuyu
To: Maria Muci

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0000855