# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RUSS M. HERMAN AND ARNOLD LEVIN,** | : | **Case No. 2:12-cv-00497-KDE-SS** |
| | : | |
| **Plaintiffs,** | : | |
| | : | **SECT. L MAG 2** |
| **v.** | : | |
| | : | |
| **CATAPHORA, INC. AND ROGER** | : | |
| **CHADDERDON,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, on this _____5th_____ Day of _____April_____, 2012, upon consideration of the Plaintiffs' Motion for Issuance of Preservation Order, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED;

Pursuant to this Court's inherent powers, IT IS HEREBY ORDERED that:

All parties and their counsel are reminded of their duty to preserve evidence that may be relevant to this action. The duty extends to documents, data and tangible things in possession, custody and control of the parties to this action, and any employees, agents, contractors, carriers, bailees, or other nonparties who possess materials reasonably anticipated to be subject to discovery in this action. "Documents, data and tangible things" is to be interpreted broadly to include writings, records, files, correspondence, reports, memoranda, calendars, diaries, minutes, electronic messages, voice mail, E-mail, telephone message records or logs, computer and network activity logs, hard drives, backup data, removable computer storage media such as tapes,

1

discs and cards, printouts, document image files, Web pages, databases, spreadsheets, software, books, ledges, journals, orders, invoices, bills, vouchers, check statements, worksheets, summaries, compilations, computations, charts, diagrams, graphic presentations, drawings, films, charts, digital or chemical process photographs, video, phonographic, tape or digital recordings or transcripts thereof, drafts, jottings and notes, studies or drafts of studies or similar such material.  Information that serves to identify, locate, or link such material, such as file inventories, file folders, indices and metadata is also included in this definition.  Preservation includes the obligation not to alter any such thing as to its form, content or manner of filing.

Until the parties reach an agreement on a preservation plan or the Court orders otherwise, each party shall take reasonable steps to preserve all documents, data and tangible things containing information potentially relevant to the subject matter of this litigation.  Each counsel is under an obligation to the Court to exercise all reasonable efforts to identify and notify parties and nonparties, including employees of corporate or institutional parties of the contents of this paragraph.  Failure to comply may lead to dismissal of claims, striking of defenses, imposition of adverse inferences or other dire consequences.

Before any devices, tangible things, documents and other records which are reasonably calculated to lead to admissible evidence are destroyed, altered or erased, counsel shall confer to resolve questions as to whether the information should be preserved.  If counsel are unable to agree, any party may apply to this Court for clarification or relief from this Order upon reasonable notice.

New Orleans, Louisiana this 5th day of April 2012.

JUDGE ELDON E. FALLON