UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND | |

AMENDED ORDER REGARDING INEX ALLOCATION
PLAN OPT OUT AND OBJECTION DATE

Following a telephonic conference involving representatives of the PSC, Knauf Defendants, and Interior Exterior Supply Company, for good cause shown, the Court hereby extends the date for the InEx Allocation Committee to reach an agreement on a proposed allocation plan or report to the Court on their differences until May 3, 2012.  The May 11, 2012 deadline for opt-outs and objections to the InEx Settlement shall remain as stated in the Court's original Order of March 5, 2012.  All other provisions of the Court's March 5, 2012 Order shall remain in effect.

This   5th   day of April, 2012, at New Orleans, Louisiana.

_____
ELDON E. FALLON
United States District Court Judge

1