UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL No. 2047<br>*<br>*   SECTION: L<br>* |
| This Document Relates to: *Amato v. Liberty Mutual Insurance Company, et al*, No. 10-932 (EDLA) | *   JUDGE: FALLON<br>*<br>*   MAGISTRATE JUDGE<br>*   WILKINSON<br>*<br>* |

*******************************************

**O R D E R**

Considering the Plaintiffs' Steering Committee's ("PSC") Motion to Establish Expedited Schedule Re: 30(b)(6) Notice to North River Insurance Company;

THE COURT HEREBY establishes the following schedule in connection with the taking of the 30(b)(6) Deposition of North River Insurance Company ("North River"):

1. North River shall provide responses to the PSC's First Set of Requests for Production by April 18, 2012;

2. Any objection that North River has to the 30(b)(6) deposition proposed by the PSC shall be filed with the Court no later than April 11, 2012;

3. The PSC's response to North River's objections shall be filed with the Court no later than April 16, 2012;

4. A telephonic hearing on North River's objections to the proposed 30(b)(6) deposition shall take place on April 19, 2012, at 10:00 a.m.  The Court will circulate a conference call number to the parties.

New Orleans, Louisiana, this 5th day of April, 2012.

                                              _____

                                              Eldon E. Fallon
                                              United States District Court Judge