# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) | MDL No. 09-2047 |
| ) | |
| ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE FALLON |
| *Richard and Constance Almeroth, et al. v.* ) | MAG. JUDGE WILKINSON |
| *Taishan Gypsum Co., Ltd, et al.* ) | |
| **Case No. 12-0498** ) | |

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT STOCK BUILDING SUPPLY, LLC AND DEFENDANT STOCK BUILDING SUPPLY OF FLORIDA, LLC

NOTICE IS HEREBY GIVEN that A. TODD BROWN OF HUNTON & WILLIAMS LLP and LAWRENCE G. PUGH, III, OF PUGH ACCARDO HAAS RADECKER CAREY & HYMEL, LLC, hereby enter their appearance as counsel for Defendant STOCK BUILDING SUPPLY, LLC and Defendant STOCK BUILDING SUPPLY OF FLORIDA, LLC (collectively "Stock") in the above-numbered and entitled matter. Stock expressly reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court. Stock further avers that this Notice does not constitute a waiver of service.

This the 5th day of April 2012.

Respectfully submitted,

/s/A. Todd Brown
A. Todd Brown
North Carolina Bar No. 13806
tbrown@hunton.com
HUNTON & WILLIAMS LLP
Bank of America Plaza
101 South Tryon Street
Suite 3500
Charlotte, NC  28280
Telephone:  (704) 378-4700
Facsimile:   (704) 378-4890

2

Lawrence G. Pugh, III
LA Bar No. 17351
lpugh@pugh-law.com
PUGH ACCARDO HAAS RADECKER
CAREY & HYMEL, L.L.C.
1100 Poydras Street
Suite 3200
New Orleans, LA 70163-1132
Telephone: (504) 799-4500
Facsimile:  (504) 799-4520

**Attorneys for Defendant Stock Building Supply, LLC and Defendant Stock Building Supply of Florida, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of April 2012.

                                                                 /s/A. Todd Brown
                                                                 A. Todd Brown