# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

------------------------------------------------------------------------

THIS DOCUMENT RELATES TO:
KENNETH ABEL, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., ET AL.
CASE NO.: 2:11-cv-00080-EEF-JCW

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL FOR BAILEY LUMBER AND SUPPLY COMPANY, INC.

PLEASE TAKE NOTICE that Sara Elizabeth Lee Liles with the law firm of SIROTE & PERMUTT, P.C., does hereby make this appearance as additional counsel of record for the Defendant, Bailey Lumber and Supply Company, Inc. in the above-referenced matter.

This Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to service of process, venue, and/or jurisdiction.

It is respectfully requested that all pleadings, motions, correspondence, and any other filings made in the above-referenced case be served upon the undersigned counsel.

Respectfully submitted,

/s/Sara Elizabeth Lee Liles
Sara Elizabeth Lee Liles
Christopher A. Bottcher

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:   (205) 930-5101
bliles@sirote.com
cbottcher@sirote.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, via e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 5th day of April 2012.

/s/Sara Elizabeth Lee Liles
Of Counsel