# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

------------------------------------------------------------------------

THIS DOCUMENT RELATES TO:
ROBERT W. BLOCK III V. TAISHAN GYPSUM CO. LTD, ET AL.;
CASE NO.: 2:11-cv-00252

DEAN and DAWN AMATO V. LIBERTY MUTUAL INSURANCE CO., ET AL.; CASE NO.:  2:10-cv-00932

DAVID AND CHERRYL GROSS, ET AL. V. KNAUF GIPS KG, ET AL.
CASE NO.:  2:09-cv-6690

DANIEL ABREU ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG ET AL. CASE NO.:  2:11-cv-252

SEAN AND BETH PAYTON ET AL V. KNAUF GIPS KG, ET AL, CASE NO. 09-7628

## ORDER ON MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

This Court having fully considered Mary Blanche Hankey's Motion for Leave to Withdraw as Counsel, the motion is GRANTED and she is hereby granted leave to withdraw as counsel for defendant, Bailey Lumber and Supply Co. Inc.

DOCSBHM\1847926\1\

2

Christopher A. Bottcher, Sara Elizabeth Lee Liles and the law firm of Sirote & Permutt remain as counsel for the defendant Bailey Lumber and Supply Co. Inc.

Done this _____ day of _____, 2012

_____
Circuit Court Judge