## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

### AFFIDAVIT OF LEONARD A. DAVIS
### IN SUPPORT OF THE PLAINTIFFS' STEERING COMMITTEE'S
### MOTION TO COMPELAND FOR COSTS/SANCTIONS

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority;

PERSONALLY CAME AND APPEARED:

### LEONARD A. DAVIS

who after being first duly sworn, did depose and declare that:

1)    I am an attorney at the law firm of Herman, Herman, Katz & Cotlar, LLP.

2)    Russ M. Herman of our firm has been appointed as Plaintiffs' Liaison Counsel in this matter, and in connection with that appointment I have assisted him in this litigation.

3)    On December 20, 2011, Ervin A. Gonzalez, one of the members of and on behalf of the Plaintiffs' Steering Committee in this matter issued a subpoena to CNBM (USA) Corp. in connection with a Notice of Oral and Videotaped Deposition pursuant to Fed. R. Civ. P. 30(b)(6)

1

("the Deposition Notice").

4)   The Deposition Notice set the deposition of CNBM (USA) Corp. on February 22, 2012 at 10:00 am at the Beverly Wilshire Hotel, located at 9500 Wilshire Boulevard, Beverly Hills, CA 90212.

5)   On February 22, 2012, a Certificate of Non-Appearance of 30(b)(6) Witness of CNBM (USA) Corp. was taken at the Beverly Wilshire Hotel, commencing at 10:31 am, following the witness's failure to appear at the deposition.   Patrick Montoya, counsel in the office of Ervin Gonzalez, appeared in California to take the deposition (the *proces verbal*") and numerous other counsel participated either in person or by phone.

6)   On February 28, 2012, the Plaintiffs' Steering Committee filed with the Court the Plaintiff Steering Committee's Motion to Compel and for Costs/Sanctions [Rec. Doc. 12641] together with a Memorandum in Support [Rec. Doc. 12641-1] that contains as exhibits the Notice of Deposition, the Subpoena, the Return of Service of Subpoena and the *proces verbal*.

7)   A copy of the Motion to Compel, Memorandum in Support with exhibits and the Order setting the Motion following the Monthly Status Conference on March 22, 2012 at 9:00 am and ordering that Responses in Opposition to the Motion be filed by March 15, 2012 [Rec. Doc. 12776] were all forwarded via Federal Express on March 5, 2012.   A copy of undersigned's letter, dated March 5, 2012, transmitting the documents as well as the Federal Express tracking results evidencing that the March 5, 2012 letter was delivered on March 6, 2012 at 12:45 pm and signed for by M. Zhang is attached hereto as Exhibit "A".

2

8)   CNBM (USA) Corp. did not appear at the Status Conference on March 22, 2012 and did not file an Opposition to the hearing on the Motion to Compel set for March 22, 2012.

9)   On March 22, 2012 this Court issued a Minute Entry [Rec. Doc. 13299] granting the Plaintiffs' Steering Committee's Motion to Compel and for Costs/Sanctions against CNBM (USA) Corp.

10)   The Plaintiffs' Steering Committee has incurred costs in the amount of $4,075.80 as evidenced by the following:

a.   Hotel charges in the amount of $404.13 for February 21, 2012 (Exhibit "B");

b.   Meals in the amount of $52.59, for breakfast on February 21-22, 2012, and lunch on February 21, 2012 (Exhibit "C");

c.   Charges for rental of the deposition location of $733.00, inclusive of the cost of renting the location, refreshments for attendees (water) and phone service for dial-in attendance charged by the hotel (Exhibit "D");

d.   Airfare in the amount of $1,988.40 (Exhibit "E");

e.   Service of subpoena of $585.00 (Exhibit "F");

f.   Federal Express charge to serve the Motion to Compel on CNBM of $57.68 (Exhibit "G");

g.   Court reporting fee for *process verbal* taken on February 22, 2012 of $255.00 (Exhibit "H").

11)     The Plaintiffs' Steering Committee has also incurred 49.25 hours in connection with the drafting of the Subpoena, Notice of Deposition, Motion to Compel, attendance at the deposition and hearings in connection with this matter (See Exhibit "I").

**LEONARD A. DAVIS**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 5th DAY OF
April , 2012.

Notary Public
Print Name: Adam H. Weintraub
Louisiana Bar Roll No.: 33668

4