HERMAN HERMAN KATZ & COTLAR
L.L.P.
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans,
Louisiana 70113-1116

p: (504) 581-4892
F: (504) 561-6024
e: info@hhkc.com

hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Hermán
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Jeremy S. Epstein[1]
Aaron Z. Ahlquist[3]
Craig M. Robinson
Carl A. Woods
Adam H. Weintraub[4]

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in New Jersey & Pennsylvania

March 5, 2012

*VIA FEDERAL EXPRESS*

CNBM (USA) Corp.
Through its Registered Agent
Lina Zhang
1030 Regal Canyon Drive
Walnut, CA 91789

    Re: In re: Chinese-Manufactured Drywall Products Liability Litigation
       MDL 2047
       Relating to: *Germano, et al, v. Taishan Gypsum Company, Ltd., et al*
       (EDLA No. 09-6687)

Dear Sir/Madam:

  Enclosed please find a copy of The Plaintiffs' Steering Committee's Motion to Compel and For Costs/Sanctions [Rec. Doc. 12641] against CNBM (USA) Corp. On March 5, 2012, the Honorable Eldon E. Fallon of the United States District Court, Eastern District of Louisiana, issued the enclosed Order setting this matter for hearing, as well as setting deadlines for filing responsive pleadings [Rec. Doc. 12776]. We wanted you to be aware of the Order.

                  Sincerely,

                  LEONARD A. DAVIS

LAD:lmf
Enclosures
cc: Russ M. Herman, Esq.
   Arnold Levin, Esq.
   Fred Longer, Esq.
   Patrick Montoya, Esq.
   The Plaintiffs' Steering Committee

 **Print page**  |  **Close**



## Detailed Results

| Tracking no.: 875583109386 | Select time format: **12H** |
|---|---|

### Delivered

**Delivered**
Signed for by: M.ZHANG

**Shipment Dates**
Ship date   Mar 5, 2012
Delivery date   Mar 6, 2012 12:45 PM

**Destination**
Signature Proof of Delivery

### Shipment Options

**Hold at FedEx Location**
Hold at FedEx Location service is not available for this shipment.

### Shipment Facts

| Service type | Priority Envelope - Direct Signature Required | Delivered to | Residence |
|---|---|---|---|
| Weight | 1.0 lbs/.5 kg | Reference | 27687 00 CDW |

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Mar 6, 2012 12:45 PM | **Delivered** | | |
| Mar 6, 2012 9:55 AM | Delivery exception | CITY OF INDUSTRY, CA | Customer not available or business closed |
| Mar 6, 2012 8:31 AM | On FedEx vehicle for delivery | CITY OF INDUSTRY, CA | |
| Mar 6, 2012 8:00 AM | At local FedEx facility | CITY OF INDUSTRY, CA | |
| Mar 6, 2012 4:09 AM | At destination sort facility | LOS ANGELES, CA | |
| Mar 6, 2012 3:27 AM | Departed FedEx location | FORT WORTH, TX | |
| Mar 6, 2012 12:03 AM | Arrived at FedEx location | FORT WORTH, TX | |
| Mar 5, 2012 8:54 PM | Left FedEx origin facility | HARAHAN, LA | |
| Mar 5, 2012 4:56 PM | Picked up | HARAHAN, LA | |