

**BEVERLY WILSHIRE**
*Beverly Hills*
A FOUR SEASONS HOTEL

Mr. Patrick Montoya
255 Alhambra Circle, Penthouse
Miami FL 33134
USA

Folio No.    : 272350
Room No.     : 0566
Date         : 02/23/12
Cashier      :
Arrival      : 02/20/12
Departure    : 02/23/12
Page         : 1 of 2

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 02/21/12 | Room Charge | 350.00 | |
| 02/21/12 | Occupancy Surcharge 1.2% | 4.20 | |
| 02/21/12 | Room Tax 14% | 49.59 | |
| 02/21/12 | Tourism Assessment | 0.34 | |
| | | 1,412.74 | |



9500 WILSHIRE BOULEVARD, BEVERLY HILLS, CALIFORNIA 90212, U.S.A.
TEL: (310) 275-5200  FAX: (310) 274-2851  www.fourseasons.com