

## BEVERLY WILSHIRE
### Beverly Hills
A FOUR SEASONS HOTEL

Mr. Patrick Montoya
255 Alhambra Circle, Penthouse
Miami FL 33134
USA

| | | |
|---|---|---|
| Folio No. | : | 272350 |
| Room No. | : | 0566 |
| Date | : | 02/23/12 |
| Cashier | : | |
| Arrival | : | 02/20/12 |
| Departure | : | 02/23/12 |
| Page | : | 1 of 2 |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 02/20/12 | Internet - Standard | | |
| 02/2_ | | | |
| 02/20/12 | Room Charge | | |
| 02/2_ | | | |
| 02/20/12 | Room Tax 14% | | |
| 0_ | | | |
| 02/21/12 | The BLVD Breakfast | 20.95 | |
| 0_ | | | |
| 02/21/12 | Pool Lunch | 9.61 | |
| | Internet - Standard | | |
| | | | |
| 02/21/12 | | | |
| 02/21/12 | Room | | |
| 02/21/12 | | | |
| 02/22/12 | The BLVD Breakfast | 22.03 | |
| 0_ | | | |
| 02/2_ | | | |
| 02/2_ | % | | |
| 02/_ | | | |
| 02/2_ | | | |
| 02/22 | | 1,412.74 | |