# The Beverly Wilshire

9500 Wilshire Boulevard  Beverly Hills, CA 90212
Phone: (310) 275-5200 - Fax: (310) 275-0564

## Banquet Check

Colson Hicks Eidson

Check#: 32,487
Page: 1 of 1
Created: 2/23/2012

| Account: | Monica's Account |
| --- | --- |
| Post As: | Colson Hicks Eidson |
| BEO Name: | Colson Hicks Eidson |
| Address: | 255 Alhambra Circle |
|  | Penthouse |
|  | Coral Gables, FL  33134 |

| Event Date: | 2/22/2012 |
| --- | --- |
| Contact: | Ms. Jaimie Tuchman |
| Phone: | 305-476-7400 |
| Fax: | 305-476-7444 |
| On-Site: | Mr. Patrick Montoya |
| Phone: | 305-476-7400 |
| Fax: | 305-476-7444 |

| Quantity | Beverage | Price | Amount |
| --- | --- | --- | --- |
| 6 | Assorted Mineral Waters | 6.50 each | 39.00 |
|  |  | Subtotal: | 39.00 |
|  |  | Service Charge %:  16.50 | 6.44 |
|  |  | Administrative Fee %:  5.50 | 2.15 |
|  |  | Tax %:  8.75 | 4.16 |
|  |  | Total: | 51.75 |

| Room Rental |  | Price | Amount |
| --- | --- | --- | --- |
| Room: Bordeaux | Function: MTG | 500.00 | 500.00 |
| Room: Bordeaux | Function: CB |  |  |
|  |  | Subtotal: | 500.00 |
|  |  | Room Rental Tax %:  8.75 | 43.75 |
|  |  | Total: | 543.75 |
|  |  | **Grand Total** | **595.50** |
|  |  | **Balance Due:** | **595.50** |

NOTE:   $595.50 PLUS TELEPHONE CHARGE $137.50 = $733 TOTAL

Client Signature                                                                                           Date





BEVERLY WILSHIRE
*Beverly Hills*
A FOUR SEASONS HOTEL

Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134

Date: March 2, 2012
Account No.: 9305

INVOICE
Federal Tax ID # 95-4562149

| Description | Amount |
|---|---|
| "Colson Hicks Eidson" Tuesday, February 21, 2012 | |
| Banquet Charge | 1,199.62 |
| BanquetTelephone Usage | 275.00 |
| (NOTE: 1/2 OF $275 FOR 2/22/2012 = $137.50) | |
| Subtotal | 1,474.62 |
| Deposit Received | (1,000.00) |
| Payment- VISA- XXXXXXXXXXXX01614 | (474.62) |
| **Total Balance Due** | **$0.00** |

9500 WILSHIRE BOULEVARD, BEVERLY HILLS, CALIFORNIA 90212  U.S.A.
Tel: 310.275.5200  •  Accounting Fax: 310.859.8930  •  www.fourseasons.com