

## Travel Management
## Meeting Planning & Cruises

1200 Brickell Avenue, Suite 640 • Miami, Florida 33131

```
SALES PERSON: RB        INVOICE NO: 0287860              DATE: 17 FEB 12
CUSTOMER NBR: COLSONHICK                                 PAGE: 01

TMC OFFICE HOURS AND PHONE CONTACT    COLSON HICKS EIDSON
305-374-0550          9AM-6PM  EST    255 ALHAMBRA CIRCLE
877-877-1053          TOLL FREE       PENTHOUSE
AFTER HOURS RESERVATION CTR  24/7     CORAL GABLES, FL 33134
800-492-2573          VIT CODE SS105
```

---

INVOICE/ITINERARY

FOR: MONTOYA PATRICK

```
20 FEB 12  -MONDAY
    AIR    AMERICAN AIRLINES    FLT:849    COACH CLASS
           LV MIAMI INTERNTNL              1215P          EQP: BOEING 737-800
           AR LOS ANGELES                  315P           NON-STOP
           MONTOYA/PATRICK      SEAT-22A   AA-L2B1844

23 FEB 12  -THURSDAY
    AIR    ALASKA AIRLINES      FLT:461    COACH CLASS
           LV LOS ANGELES                  1230P          EQP: BOEING 737-800
           AR SEATTLE                      306P           NON-STOP
           MONTOYA/PATRICK      SEAT-14E   AA-L2B1844

24 FEB 12  -FRIDAY
    AIR    AMERICAN AIRLINES    FLT:6844   COACH CLASS
           LV SEATTLE                      625P           EQP: BOEING 737-800
           AR LOS ANGELES                  900P           ON-STOP
           MONTOYA/PATRICK      SEAT-20E   AA-L2B1844

24 FEB 12  -FRIDAY
    AIR    AMERICAN AIRLINES    FLT:276    COACH CLASS
           LV LOS ANGELES                  1110P          EQP: BOEING 737-800
           AR MIAMI                        650A           NON-STOP
           MONTOYA/PATRICK      SEAT-10A   AA-L2B1844


AIR TICKET   AA8745267768                                 1988.40
             MONTOYA/PATRICK

                         TOTAL AMOUNT                     1988.40
```

THIS INVOICE REPRESENTS AN IMMEDIATE TRANSFER OF FUNDS FROM OUR AGENCY TO THE PARTICIPATING
CARRIERS UPON ISSUANCE OF TICKETS. YOUR PROMPT REMITTANCE WILL BE APPRECIATED.
INVOICE COPY