

**INVOICE**



Invoice #CPP-2011007924
1/26/2012

Ervin A. Gonzalez Esq.
COLSON HICKS EIDSON ^
255 Alhambra Circle
Ph
Miami, FL 33134

Send Payments To:
CIVIL PROCESS, LLC.
Televisa Building
6355 N.W. 36th Street, Suite 203
Virginia Gardens, FL 33166
Phone: (305) 375-9111
Fax: (305) 444-0454

Case Number: 2:09-MD-02047-EEF-JCW EDLA

Plaintiff:
IN RE: GERMANO, ET AL.

Defendant:
TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.

Received: 12/20/2011    Served: 1/20/2012 8:52 pm  .CORPORATE
To be served on: CNBM (USA) CORP. VIA REGISTERED AGENT: LINA ZHANG

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Out of State WALNUT, CA | 1.00 | 195.00 | 195.00 |
| Witness Fee | 1.00 | 45.00 | 45.00 |
| 2nd: 1030 Regal Canyon Dr, Walnut, CA | 1.00 | 195.00 | 195.00 |
| Skip Trace Fee | 1.00 | 150.00 | 150.00 |
| **TOTAL CHARGED:** | | | **$585.00** |
| **BALANCE DUE:** | | | **$585.00** |

THIS INVOICE IS DUE IN FULL IMMEDIATELY. THE PROCESS SERVER HAS EXECUTED AN AFFIDAVIT OF SERVICE FOR THE JUDGE. PLEASE ROUTE TO ACCOUNTING FOR PROCESSING AND PAYMENT. THERE IS A $20 PER MONTH LATE FEE IF UNPAID AFTER 30 DAYS.  THANK YOU KINDLY.

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.4m