| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| | | | 7 of 12 |



**Picked up:** Mar 05, 2012  **Cust. Ref.:** 27687 00 CDW  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 7
- 1st attempt Mar 06, 2012 at 09:55 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 875583109386 | LENNY DAVIS | LINA ZHANG | |
| Service Type | FedEx Priority Overnight | HERMAN HERMAN KATZ | CNBM USA CORP | |
| Package Type | FedEx Pak | 820 OKEEFE AVE | 1030 REGAL CANYON DR | |
| Zone | 07 | NEW ORLEANS LA 70113-1125 US | WALNUT CA 91789 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 49.95 |
| Delivered | Mar 06, 2012 12:45 | Direct Signature | | 3.50 |
| Svc Area | A1 | Fuel Surcharge | | 6.23 |
| Signed by | M.ZHANG | Residential Delivery | | 3.00 |
| FedEx Use | 006600037/0001596/_ | Discount | | -5.00 |
| | | Total Charge | USD | $57.68 |

**27687 00 CDW Reference Subtotal**  **USD**  **$57.68**

