# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90021 | 2/29/2012 | 47986 |
| Job Date | Case No. | |
| 2/22/2012 | | |

| Case Name |
|---|
| Chinese Drywall (Germano) |

| Payment Terms |
|---|
| Due upon receipt |

Chinese Drywall Depository
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | |
|---|---:|---:|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Certificate of Non Appearance - CNBM (USA) Corp. | | 125.00 |
| Appearance Fee | 95.00 | 95.00 |
| E-Transcript (.ptx - Emailed) | 0.00 | 0.00 |
| Minuscript | 0.00 | 0.00 |
| Shipping and Handling | 35.00 | 35.00 |
| **TOTAL DUE >>>** | | **$255.00** |

Ordered By   : Patrick S. Montoya, Esquire
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Location: Beverly Hills, CA

Thank you. Your business is appreciated.
For billing questions, please email billing@golkow.com.

| | |
|---|---:|
| (-) Payments/Credits: | 255.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Chinese Drywall Depository
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.    : 90021
Invoice Date   : 2/29/2012
**Total Due**    : **$ 0.00**

Remit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA  19103**

Job No.      : 47986
BU ID        : R-Main
Case No.     :
Case Name    : Chinese Drywall (Germano)