| Lwyr Date Entry # | Lawyer Matter | Task | Client Matter Description Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|

42    Patrick Montoya
Feb/14/2012   091202
635111
**No Hold**          CDW3

**Chinese Drywall**
MDL-PSC
Discovery: coordinate China corp and CNBM Amer. depositions re Taishan; coordinate B America deposition re Taishan jurisdiction; review APIC documents for Taishan

| .08 | 4.00 | 575.00 | 2300.00 |

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | jurisdictional deposition. | | | | |
| 42<br>Feb/15/2012<br>635222<br>No Hold | Patrick Montoya<br>091202<br>CDW3 | Chinese Drywall<br>MDL PSC<br>Discovery: coordinate Taishan jurisdictional depositions and depositions of Bank of America and bellsouth re Taishan jurisdictional issues; prepare for depositions of CNBM USA and Stone Pride re Taishan jurisdiction; TC with L. Davis re Gonima and Hannam depositions. | 08 | 4.00 | 575.00 | 2300.00 |
| 42 | Patrick Montoya | | | | | |
| 42<br>Feb/17/2012<br>638314<br>No Hold | Patrick Montoya<br>091202<br>CDW2 | Chinese Drywall<br>MDL PSC<br>Pre-Trial Pleadings and Motions Prepare for Cnbm USA, triax trading, and stone pride for taishan jurisdiction. | 08 | 6.00 | 575.00 | 3450.00 |
| 42 | Patrick Montoya | | | | | |
| 42<br>Feb/20/2012<br>636274<br>No Hold | Patrick Montoya<br>091202<br>CDW3 | Chinese Drywall<br>MDL PSC<br>Discovery: prepare for Taishan jurisdictional depostions of Stone Pride, CNBM-USA and Triax; prepare email correspondence and review documents produced by Stone Pride. | 08 | 6.00 | 575.00 | 3450.00 |
| 42<br>Feb/21/2012<br>636275<br>No Hold | Patrick Montoya<br>091202<br>CDW3 | Chinese Drywall<br>MDL PSC<br>Discovery: prepare for and conduct deposition of Stone Pride; prepare for deposition of CNBM USA. | 08 | 8.00 | 575.00 | 4600.00 |
| 42<br>Feb/22/2012<br>636276<br>No Hold | Patrick Montoya<br>091202<br>CDW3 | Chinese Drywall<br>MDL PSC<br>Discovery: prepare for and attend deposition of CNBM USA; telephone conferences and email with Triax witness;  prepare email correspondence regarding above referenced depositions to L. Davis. | 08 | 4.00 | 575.00 | 2300.00 |

Time Listing
Nov/ 1/2011 To Feb/29/2012

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | the Germano MDL Case against Taishan. | | | | |
| 61 | Belkis Ferrer | | | | | |

| 61 | Belkis Ferrer | Chinese Drywall | | | | |
| Dec/19/2011 630354 No Hold | 091202 CDW3 | MDL PSC Discovery - Prepared subpoenas and depo notices for CNBM (USA) Corp to our process server to have served on defendants to be deposed on the Germano MDL Case against Taishan. Continue to prepare for upcoming depositions on the Germano MDL Case against Taishan. | 08 | 8.00 | 110.00 | 880.00 |

| 61 | Belkis Ferrer | Chinese Drywall | | | | |
| Jan/17/2012 639524 No Hold | 091202 CDW3 | MDL PSC Discovery - Followed up on service of the CNBM USA Corp Subpoena for deposition with Process Server, sent subpoena and deposition notice for Defendant-Advanced Products International, LLC to process server for service for the Germano MDL Case against Taishan and updated the depo chart and physical file with these materials and information. | 08 | 3.00 | 110.00 | 330.00 |

Time Listing
Nov/ 1/2011 To Feb/29/2012



| Lwyr Date Entry # | Lawyer Matter | Task | Client Matter Description Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 61 Feb/22/2012 638729 No Hold | Belkis Ferrer 091202 | CDW3 | Chinese Drywall MDL PSC Discovery – Sent out Records Request for Defendant CNBM USA on the Germano MDL Case. | 08 | | 2.00 | 180.00 | 360.00 |
| 61 | Belkis Ferrer | | | | | | | |

*** Summary by Task Code ***

| Task Code | | *** Billable *** | Hours | Amount |
|---|---|---|---|---|

REPORT SELECTIONS - Time Listing
Layout Template               Default
Advanced Search Filter        None
Requested by                  JLewis
Finished                      Friday, March 30, 2012 at 11:58:53 AM
Ver                           10.0 SP5 HF3 (10.05.20101203)
Date Range                    Nov/ 1/2011 To Feb/29/2012
Matters                       091202
Clients                       All
Major Clients                 All
Client Intro Lawyer           All
Matter Intro Lawyer           All
Responsible Lawyer            All
Type of Law                   All
Select From                   Active, Inactive, Archived Matters
Working Lawyer                61
Task                          All
Summarize by Type of Law      No
Sorted by                     Date
Time/Fee                      Time Entry Only
Include Daily totals          No
Include Held Items only       No
Matter Security Enabled       No

# Herman, Herman, Katz & Cotlar, LLP
## Transactions Listing Report

Search Description:
transaction number = 429102, 424432, 422250, 422214, 410390

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 12/20/2011 | LAD | 27687.0000 / Chinese Drywall<br>Chinese Drywall Cases (MDL)<br>Draft/revise 30(b)(6) Notice of Depo of CNBM (USA) Corp. (Germano 09-6687) | A103<br>L210 | 0.7500 | 0.0000 | 0.0000 |
| 2/14/2012 | LAD | 27687.0000 / Chinese Drywall<br>Chinese Drywall Cases (MDL)<br>Draft/revise Return of NO Service of Subpoena on China Corp. Ltd. (Germano 09-6687) | A103<br>L210 | 0.5000 | 0.0000 | 0.0000 |
| 2/28/2012 | LAD | 27687.0000 / Chinese Drywall<br>Chinese Drywall Cases (MDL)<br>Draft/revise Motion to Compel CNBM (USA) Corp. | A103<br>L210 | 1.5000 | 0.0000 | 0.0000 |
| 3/6/2012 | LAD | 27687.0000 / Chinese Drywall<br>Chinese Drywall Cases (MDL)<br>Draft/revise - CNBM service | A103<br>L120 | 0.5000 | 0.0000 | 0.0000 |
| 3/28/2012 | LAD | 27687.0000 / Chinese Drywall<br>Chinese Drywall Cases (MDL)<br>Draft/revise - Affidavit CNBM | A103<br>L120 | 1.0000 | 0.0000 | 0.0000 |
| | | | Grand Total | 4.2500 | | 0.0000 |