IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

MDL NO. 09-2047

IN RE:  CHINESE-MANUFACTURED DRYWALL      SECTION: L
   PRODUCTS LIABILITY LITIGATION          JUDGE FALLON
                                          MAG. JUDGE
                                          WILKINSON

-----------------------------------------------------------------------------

THIS DOCUMENT RELATES TO:
SAMUEL LEDFORD ET AL. V. KNAUF GIPS KG, ET AL.
CASE NO.:  2:09-cv-04292; 2:09-cv-00538-RRA

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL FOR MAZER'S DISCOUNT HOME CENTERS INC.

PLEASE TAKE NOTICE that Sara Elizabeth Lee Liles with the law firm of SIROTE & PERMUTT, P.C., does hereby make this appearance as additional counsel of record for the Defendant, Mazer's Discount Home Centers, Inc. in the above-referenced matter.

This Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to service of process, venue, and/or jurisdiction.

DOCSBHM\1852658\1\

It is respectfully requested that all pleadings, motions, correspondence, and any other filings made in the above-referenced case be served upon the undersigned counsel.

Respectfully submitted,

/s/Sara Elizabeth Lee Liles
Sara Elizabeth Lee Liles
Christopher A. Bottcher
Attorneys for Defendant
Bailey Lumber and Supply Company

**OF COUNSEL:**
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5101
cbottcher@sirote.com
bliles@sirote.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 5th day of April, 2012.

/s/Sara Elizabeth Lee Liles
Of Counsel