UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \*\* \* \* \* \* \* \*\* \* \*

THIS DOCUMENT RELATES TO:  *Gross v. Knauf Gips KG et al.*, Case No. 09-6690

## DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.'S MOTION PURSUANT TO RULE 12(B)(2) TO DISMISS THE COMPLAINT

Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP") (TG and TTP are also referred to collectively as the "Taishan Defendants") hereby move for an order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure dismissing this action for lack of personal jurisdiction.

This action must be dismissed as to the Taishan Defendants because the Court cannot exercise personal jurisdiction over either TG or TTP consistent with the Due Process Clause of the Fourteenth Amendment of the United States Constitution.  Neither TG nor TTP had the requisite contacts with Louisiana, the forum State of this directly-filed MDL action, that Due Process requires in order for the Court to exercise personal jurisdiction.  Even if Plaintiffs could establish that TG or TTP had minimum contacts with Louisiana and that their causes of action arose from such alleged contacts, the Court's exercise of jurisdiction would be unfair and unreasonable, in violation of Due Process.

WHEREFORE, TG and TTP respectfully request an Order dismissing this action, as against them, because this Court does not have personal jurisdiction over TG and TTP.

Dated: April 6, 2012

Respectfully submitted,

/s/ Thomas P. Owen Jr.
Joe Cyr
Frank T. Spano
Eric Statman
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
tpo@stanleyreuter.com

**Attorneys for Defendants**
**Taishan Gypsum Co. Ltd. and Tai'an**
**Taishan Plasterboard Co., Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of April, 2012.

/s/ Thomas P. Owen Jr.