# Bibliography

一、论文类

1、"'利润剥夺'的请求权基础——兼评《中华人民共和国侵权责任法》第 20 条",载《法商研究》2011 年第 5 期。

2、"违反保护他人法律的过错责任",载《法学研究》2011 年第 4 期。

3、"欧洲合同法原则中的时效制度",载《月旦民商法杂志》2011 年第 3 期。

4、"强制缔约制度研究",载《清华法学》2011 年第 1 期。

5、"我国侵权责任法中的无过错责任",载《中国海洋大学学报》2010 年第 12 期。

6、"社会基础变迁与民法双重体系建构",载《中国社会科学》2010 年第 6 期。

7、Background and Key Contents of the new Chinese Tort Liability Law, (co-author with Helmut Koziol), in: Journal of European Tort Law, Vol. III, Nov. 2010

8、The Chinese Tort Law Draft (Second Edition) (co-author with Helmut Koziol), in: Jounral of European Tort Law, Vol. I, 2010.

9、什么是恢复原状?—— 兼评中国大陆侵权责任承担方式,载《月旦民商法》(台湾地区)2009 年 12 月,总第 26 期。

10、The Background, Principles and Core Contents of The Real Right Law of The People's Republic of China, in: Maryland Series in Contemporary Asian Studies (USA), Number 2-2009 (197), ISBN 1-932330-27-5, 39 pp.

11、The Legislative Background of Chinese Tort Law and Its Key Issues, in: Tort Law in Third Millennium, FS für Gert Brüggemeier, Baden-Baden Germany, 2009

12、"风险社会下的危险责任地位及其立法模式",载《法学杂志》2009 年第 3 期。

13、"从大规模侵权看侵权责任法的体系变迁",载《中国人民大学学报》2009 年第 3 期。

14、"危险责任的一般条款立法模式研究",载《中国法学》2009 年第 3 期。

15、"风险社会与现代侵权责任法体系的基本结构",载《法学研究》2009 年第 5 期。

16、"《物权法》中'交付'的体系解释及其相关疑难问题",载《社会科学研究》2008 年第 3 期。

17、"论企业组织责任——企业责任的一个核心类型",载《法学家》2008 年第 3 期。

18、"面向新千年的民法典体系——二零零八年民法典体系与侵权法专题国际研讨会综述",载《月旦民商法》2008 年 12 月,总第 22 期。

19、"比较法视野下的中德侵权法——第二届中德侵权法研讨会综述"(与王竹博士合著),载《判解研究》2007 年第 3 期。

20、"繁荣发展中的中国民法学"(与王利明教授合著),载《中国法学》2007 年第 1 期。

21、"大规模侵权的实体法问题初探",载《法律适用》2006 年第 10 期。

22、"形式审查抑或实质审查",载《法学杂志》2006 年第 3 期。

23、"物权法草案权利质权评析",载《中外法学》2006 年第 2 期。
24、"宅基地使用权"评释 评《物权法草案》第十三章,载《中外法学》2006 年第 1 期。
25、"当前物权立法和侵权立法中的疑难问题",载《人民法院报》理论与实践周刊,2005 年 8 月 3 日。
26、"民法典一般条款研究",载《月旦民商法》2005 年第 7 期。
27、"论格式条款的特征",载《法学杂志》2005 年第 6 期。
28、"利于第三人合同研究",载《法律科学》2005 年第 5 期。
29、"消灭时效制度中的基本问题——比较法上的分析—兼评我国时效立法",载《中外法学》2005 年第 2 期。
30、"中美侵权法和人格权法综述",载《判解研究》2005 年第 1 期。
31、"添附问题讨论",载《判解研究》2005 年第 1 期。
32、"处在历史和现实之间 – 欧洲合同法原则简介",载《民商法论丛》2004 年第 30 卷。
33、"欧洲合同法原则第三部分",载《华东政法学院学报》2004 年第 6 期。
34、"当代德国侵权法上因果关系理论和实务中的主要问题",载《法学家》2004 年第 6 期。
35、"论请求权",载《判解研究》2003 年第 6 期。
36、"德国侵权法修订一览",载《南京大学中德经济法年鉴》2003 年。

二、译文
1、"替代因果关系问题的解决路径",载《中外法学》2009 年第 10 期。
2、克里斯蒂安•冯•巴尔(Christian von Bar),"欧洲《共同参考框架草案》及其第六编"合同外责任"——作为欧洲私法的'工具箱'",载《法学家》2009 年第 8 期。
3、海尔姆特•库奇奥(Helmut Koziol),"损害赔偿法的重新构建:欧洲经验与欧洲趋势",载《法学家》2009 年第 6 期。
4、海尔姆特•库奇奥(Helmut Koziol),欧盟纯粹经济损失赔偿研究(朱岩、张玉东译),载《北京大学法律评论》,2009 年第 10 卷第 1 辑。
5、"欧洲合同法原则(第三部分)",载《民商法论丛》2004 年第 30 卷。
6、"德国新债法概述",载《比较法研究》2002 年第 2 期。

三、专著
1、《侵权责任法通论•总论》,法律出版社,2011。
2、《中国侵权法模范法典-条文与立法理由》(与 Prof. Brüggemeier 合著),北京大学出版社,2009。
3、 Entwurf für ein chinesisches Haftungsgesetz, Gert Brüggemeier/Zhu Yan, Mohr Siebeck, 2009 Germany.
4、 《中国物权法评注》(合著、第一作者,承担 50 万字),北京大学出版社,2007 年。

2

5、 Rechtsvergleich der Inhaltskontrolle von AGB in Deutschland and Formualrklauseln in China (Dissertation), Peter Lang, 2004 Germany.

6、《德国新债法（Das Neue Deutsche Schuldrechtsmoderniesierungsgesetz）》，法律出版社，2003。

四、译著

《法律与历史》，法律出版社，2003 年。

（Rolf Knieper, Gesetz und Geschichte: Ein Beitrag zu Bestand und Veränderung des Bürgerlichen Gesetzbuches, Nomos Verlag 1996）

*Bibliography*

*Articles*
*1. The Basis of Claim Right for the Deprivation of Profit - Reviewing Article 20 in Chinese Tort Law, in: Studies in Law and Business, Vol.5, 2011*
*2. The Fault Liability in Violating the laws aim at protecting others, in: Chinese Journal of Law, Vol.4, 2011*
*3. Research on the Prescription System in the Principles of European Contract Law, in: Cross-Strait Law Review, Vol.3, 2011*
*4. Research on the Compulsory Contracting System, in: Tsinghua Law Journal, Vol.1, 2011*
*5. On No-fault Liability in Chinese Tort Law, in: Journal of Ocean University of China (Social Sciences), Vol.12, 2010*
*6. Changes in the Social Foundation and Construction of a Dual System of Civil Law, in: Social Sciences in China, Vol.6, 2010*
*7.Background and Key Contents of the new Chinese Tort Liability Law, (co-author with Helmut Koziol), in: Journal of European Tort Law, Vol. III, Nov. 2010*
*8.The Chinese Tort Law Draft (Second Edition) (co-author with Helmut Koziol), in: Jounral of European Tort Law, Vol. I, 2010.*
*9. What is Restoration in Kind? Reviewing the Liability Remedies in Chinese Tort Law, in: Cross-Strait Law Review, Vol. 26, Dec. 2009*
*10. The Background, Principles and Core Contents of The Real Right Law of The People's Republic of China, in: Maryland Series in Contemporary Asian Studies (USA), Number 2-2009 (197), ISBN 1-932330-27-5, 39 pp*
*11. The Legislative Background of Chinese Tort Law and Its Key Issues, in: Tort Law in Third Millennium, FS fur Gert Bruggemeier, Baden-Baden Germany, 2009*
*12. On The Liability to Hazard and its Legislative Mode In a Risk Society, in: Law Science Magazine, Vol.3, 2009*
*13. On the Systematic Transformation of the Tort Law Based on Mass Tort, in: Journal of Renmin University of China, Vol.3, 2009*
*14. A Study on General Legislative Mode of Liability of Danger, in:China Legal Science, Vol.3, 2009*
*15. Risk Society and Basic Structure of Tort Law System, in: Chinese Journal of Law, Vol.5, 2009*
*16. The Systematical Interpretation and its Problematic Issues of  "Transfer" in Chinese Law of Real Rights, in: Social Science Research, Vol. 3, 2008*
*17. On the Enterprise Organization Liability-as a Key Category of Enterprise Liability, in: Jurist, Vol. 3,2008*
*18. Towards the System of Civil Code in a New Millennium - Summary of the International Symposium of Civil Code System and Tort Law in 2008, in: Cross-Strait Law Review, Vol.22, 2008*
*19. Chinese and German Tort Law-from a Comparative Aspect, Summary of the Second Symposium for Chinese and German Tort Law, (co-authou with WANG Zhu), in: Case Research, Vol.3, 2007*
*20. Chinese Civil Law in the Prosperous Development (co-author with WANG Liming)-Civil Law Research Review, in: China Legal Science, Vol. 1, 2007*
*21. On the Substantial Legal Issues of Mass Torts, in: Journal of Law Application, Vol. 10, 2006*
*22. Formal Examination or Substantial Examination-on The Examination Duty of The Registration Agency for Immovable Property, in: Law Science Magazine, Vol.6,2009*
*23. Reflections on Pledge of Rights in the Draft of Real Right Law,in: Pecking University Law Journal, Vol.2, 2006*
*24. A Critique of " Right to the Use of Curtilage"- Comment on Chapter 13 in the Draft of Real Right Law, in: Pecking University Law Journal, Vol.1, 2006*

*25. Problematic Issues in the Current Legislation of the Law of Real Rights and Torts, in: Newspaper of People's Court, August 3, 2005*
*26. On the General Clause in Civil Code, in: Cross-Strait Law Review, Vol.7, 2005*
*27. On the Characteristics of Standard Terms, in: Law Science Magazine, Vol.6 2005*
*28. On the Contract in Favor of the Third Party, in: Law Science Magazine, Vol.6, 2005*
*29. Basic Issues on Prescription-A Comparative Analysis and a Study on the Relevant Legislation in China, in: Peking University Law Journal, Vol. 2, 2005*
*30. Summary of the Symposium of Chinese and American Tort Law and Law of Personality, in: Cases Research, Vol. 1, 2005*
*31. On Accession, in: Cases Research, Vol. 1, 2005*
*32. Between History and Reality-a Brief Introduction to the Principles of European Contract Law, in: Civil and Commercial Law Review, Vol. 30, 2004*
*33. Introduction to Part III of Principles of European Contract Law, in: Journal of East China University of Law and Politics, Vol.6, 2006*
*34. Key Issues of Causation in the Theory and Practice of Contemporary German Tort Law, in: Jurist, Vol. 6, 2004*
*35. On the Right of Claim, in: Cases Research, Vol. 3, 2006*
*36. Introduction to the New German Law of Obligation, in: Yearbook of the Chinese and German Economic Law of Nanjing University, 2003*

*Translation of Articles*
*1. Helmut Koziol, An Approach to the Alternative Causation, translated by Zhu Yan, Zhang Yudong, in: Peking University Law Journal, Vol.3, 2009*
*2. Christian von Bar, The Common Frame of Reference and Its Book VI "Non-Contractual Liability"-as the Toolbox of European Private Law, in: Jurist, Vol. 4, 2009*
*3. Helmut Koziol, Rebuilding the Law of Damages: European Experiences and Trends, in: Jurist, Vol. 3, 2009*
*4. Helmut Koziol, Study on the Pure Economic Loss, in: Peking University Law Review, Vol. 1, 2009, translated by Zhu Yan, Zhang Yudong*
*5. Part III of Principles of European Contract Law (Translation from the English Edition), in: Civil and Commercial Law Review, Vol. 30, 2004*
*6. Introduction to the New Law of Obligation of Germany (Wolfgang Däubler), in: Journal of Comparative Law, Vol. 2, 2002*

*Monograph*
*1. General Theory of Tort Law-General Provisions, Law Press, 2011*
*2. Model Draft of Chinese Law of Tort-Text and Commentary, co-author with Gert Bruggemeier, Peking University Press 2009.*
*3. Entwurf fur ein chinesisches Haftungsgesetz, Gert Bruggemeier/Zhu Yan, Mohr Siebeck, 2009 Germany. (Draft for a Chinese Tort Law, Gert Bruggemeier/Zhu Yan, Mohr Siebeck, 2009 Germany.)*
*4. Comments and Notes on Chinese Real Right Law (Leader Author, Undertaking Half a Million Words), Pecking University Press, 2007*
*5.  Rechtsvergleich der Inhaltskontrolle von AGB in Deutschland and Formualrklauseln in China (Dissertation), Peter Lang, 2004 Germany.*
*(Comparative Research of the Content Controlling of the Standard Terms in Germany and Formula Clauses in China (Dissertation), 2004 Germany)*
*6.  The New German Modernization Law of Obligation, Law Press Beijing China, 2003*

*Translation of Books*
*1. Rolf Knieper, Gesetz und Geschichte: Ein Beitrag zu Bestand und Veranderung des Burgerlichen Gesetzbuches, Nomos Verlag 1996*
*(Rolf Knieper, Code and History: On the Establishment and Change of the German Civil Code, Nomos Verlag 1996)*