## Law School, Renmin University of China 

### PERSONAL INFORMATION

**Name:**           Zhu Yan                    **Gender:** Male
**Birth date:**     26 November 1972
**Birth place:**    Lianyungang City, Jiangsu Province, China
**Marital status:** Married, one Son

### EDUCATION AND RESEARCH EXPERIENCE

**Teaching& Research:** Professor at Law School
Renmin University of China          **2011.06-present**
Associate Professor at Law School
Renmin University of China          **2006.06-2011.06**
Researcher in Civil Law Research Center
Renmin University of China          **2004.08-present**

**Visiting Scholar**     Harvard-Yenching Institute and Harvard Law School,
Cambridge, MA, USA                  **2011.08-2012.08**
ECTIL (European Centre of Tort and Insurance Law,
Vienna)                              **2010.01-2010.02**
ZERF (Zentrum für Europäische Rechtspolitik) as
BUKAS (Bundeskanzlerstipendium der AvH)
Comparative Research of Tort Law    **2007.08-2008.08**
Supervisor: Prof. Dr Gert Brüggemeier

**Post Doctorate:**   Max-Planck-Institut für Ausländisches und
Internationales Privatrecht in Hamburg, Germany
Comparative Research on Contract Law
Supervisor: Prof. Dr. Dr. Reinhard Zimmermann
**2003.10-2004.07**

**Doctor of Law:**    Juristische Fakultät der Universität Bremen, Germany
Doktorvater: Prof. Dr. Rolf Knieper    **1999.10-2003.10**
Dissertation: Rechtsvergleich der Inhaltskontrolle von
AGB in Deutschland und Formularklauseln in China,
Peter Lang Verlag, Germany, 2004
Grade: magna cum laude
Second reviewer of the dissertation:
Prof. Dr. Wolfgang Däubler

**Master of Law:**    Law School, Renmin University of China, studying civil
and commercial law.                 **1996.09-1999.07**
Topic of Master Thesis: *Order of Different Rights on a
Same Real Estate*      Rank: A
Instructor of the thesis: Prof. Dr. WANG Liming

Law School, Renmin University of China

| | | |
|---|---|---|
| **Bachelor:** | Major in Worldpolitics & Economy and International Relationship | **1991.09-1995.07** |

## OTHER INFORMATION

| | | |
|---|---|---|
| **Legal Practice:** | Passed State Bar examination | **1996.10** |
| | Attorney | **2006.02-present** |
| **Social Activities** | President of Association of Chinese BUKAS (Bundeskanzlerstuipendiaten) der Homboldt-Stiftung in China | **2009.02 – present** |
| | General Secretary Assistant of Chinese National Association of Civil Law | |
| | Director of Institute of Comparative Research of Chinese and European Private Law, Renmin Law School | |
| | Deputy Director of the Department of Civil and Commercial Law, Renmin Law School | |

## LANGUAGES

**Mother Tongue**    Chinese Mandarin

**Foreign Languages**

English    Excellent
German    Excellent