## DECLARATION OF YUEN HIU SUM

I, Yuen Hiu Sum, declare that the following statements are true and correct:

1.      I am a senior translator with the law firm of Hogan Lovells International LLP, and work in the firm's office in Shanghai, China.

2.      I am fluent in the languages of Chinese and English.

3.      I have obtained a copy of the original Chinese version of the current *People's Republic of China Company Law*, effective January 1, 2006 (the "**PRC Company Law**") from the official website of the Central People's Government of the People's Republic of China (http://www.gov.cn/ziliao/flfg/2005-10/28/content_85478.htm).

4.      Based upon my ability to speak, read and write Chinese and English fluently, I have been responsible for translating certain provisions of the PRC Company Law, which are annexed hereto as "Hogan Lovells Unofficial Translation of the People's Republic of China Company Law (Excerpts)".

5.      I hereby certify that the English version of the provisions of the PRC Company Law annexed hereto is a true and accurate translation of the Chinese version of such provisions.

Executed on March 30, 2012.

Yuen Hiu Sum

# HOGAN LOVELLS UNOFFICIAL TRANSLATION
## OF
# THE PEOPLE'S REPUBLIC OF CHINA COMPANY LAW (EXCERPTS)

### 中华人民共和国公司法

#### PEOPLE'S REPUBLIC OF CHINA COMPANY LAW

(中华人民共和国主席令第四十二号)

(Decree No. 42 of the President of the People's Republic of China)

　　《中华人民共和国公司法》已由中华人民共和国第十届全国人民代表大会常务委员会第十八次会议于 2005 年 10 月 27 日修订通过，现将修订后的《中华人民共和国公司法》公布，自 2006 年 1 月 1 日起施行。

The *People's Republic Of China Company Law* has been amended by, and adopted at, the 18th Session of the Standing Committee of the Tenth National People's Congress held on 27 October 2005. The *People's Republic of China Company Law*, as amended, is hereby promulgated and shall come into force on 1 January 2006.

中华人民共和国主席　胡锦涛

2005 年 10 月 27 日

Hu Jintao, President of the People's Republic of China

27 October 2005

### 中华人民共和国公司法

#### PEOPLE'S REPUBLIC OF CHINA COMPANY LAW

　　（1993 年 12 月 29 日第八届全国人民代表大会常务委员会第五次会议通过　根据 1999 年 12 月 25 日第九届全国人民代表大会常务委员会第十三次会议《关于修改〈中华人民共和国公司法〉的决定》第一次修正　根据 2004 年 8 月 28 日第十届全国人民代表大会常务委员会第十一次会议《关于修改〈中华人民共和国公司法〉的决定》第二次修正；第十届全国人民代表大会常务委员会第十八次会议修订）

　　(Adopted at the 5th Session of the Standing Committee of the Eighth National People's Congress on 29 December 1993. Amended for the first time pursuant to the *Decision on the*

- 2 -

*Amendment of the People's Republic of China Company Law* taken at the 13th session of the Standing Committee of the Ninth People's Congress on 25 December 1999; amended for the second time pursuant to the *Decision on the Amendment of the People's Republic of China Company Law* taken at the 11th session of the Standing Committee of the Tenth National People's Congress of the People's Republic of China on 28 August 2004; amended at the 18th session of the Standing Committee of the Tenth People's Congress.)

第一章 总 则

CHAPTER I: GENERAL PRINCIPLES

第二条    本法所称公司是指依照本法在中国境内设立的有限责任公司和股份有限公司。

ARTICLE 2    A "company", when referred to herein, means a limited liability company or a joint stock limited liability company established in China in accordance with the provisions of this law.

第四条    公司股东依法享有资产收益、参与重大决策和选择管理者等权利。

ARTICLE 4    The shareholders in a company enjoy the right to derive benefits from the company's assets, to participate in major decisions, to select company's management and other such like rights.

第十一条    设立公司必须依法制定公司章程。公司章程对公司、股东、董事、监事、高级管理人员具有约束力。

ARTICLE 11    When establishing a company, its articles of association must be formulated in accordance with law. The articles of association of the company are binding upon the company, its shareholders, directors, supervisors and senior management personnel.

第十三条    公司法定代表人依照公司章程的规定，由董事长、执行董事或者经理担任，并依法登记。公司法定代表人变更，应当办理变更登记。

ARTICLE 13    The chairman of the board, an executive director or manager shall serve as the legal representative of a company in accordance with the provisions of the articles of association of the company, and such appointment shall be registered in accordance with law. In the event that the legal representative of the company is changed, procedures for registration of the changes must be carried out.

第十四条    公司可以设立分公司。设立分公司，应当向公司登记机关申请登记，领取营业执照。分公司不具有法人资格，其民事责任由公司承担。

ARTICLE 14    A company is permitted to establish branch companies. In order to set up a branch company, a company must apply to register the branch company with the company registration authorities, and obtain a business licence for such branch company.  Branch companies do not have legal personality, and their civil liabilities are to be borne by the companies [that formed them].

This translation © Hogan Lovells March 2012, all rights reserved.

Hogan Lovells

- 3 -

公司可以设立子公司，子公司具有法人资格，依法独立承担民事责任。

A company is permitted to establish subsidiary companies with legal personality, which will bear civil liability independently in accordance with law.

**第二十条** 公司股东应当遵守法律、行政法规和公司章程，依法行使股东权利，不得滥用股东权利损害公司或者其他股东的利益；不得滥用公司法人独立地位和股东有限责任损害公司债权人的利益。

**ARTICLE 20** The shareholders of a company must comply with laws, administrative regulations and the company's articles of association, exercise shareholder rights in accordance with law, and must not abuse their rights as shareholders to prejudice the interests of the company or other shareholders; they must not abuse the independent legal personality of the company or shareholder limited liability status to prejudice the interests of the company's creditors

公司股东滥用股东权利给公司或者其他股东造成损失的，应当依法承担赔偿责任。

In the event that an abuse of shareholder rights by a shareholder of a company causes the company or any other shareholder to suffer losses, the [first-named] shareholder must bear liability for compensation in accordance with law.

公司股东滥用公司法人独立地位和股东有限责任，逃避债务，严重损害公司债权人利益的，应当对公司债务承担连带责任。

In the event that a shareholder of a company misuses the independent legal personality of the company or its shareholder limited liability status in order to evade debts, thereby seriously prejudicing the interests of the company's creditors, such shareholder shall bear joint liability for the company's debts.

**第二十一条** 公司的控股股东、实际控制人、董事、监事、高级管理人员不得利用其关联关系损害公司利益。

**ARTICLE 21** The controlling shareholder, actual controller, directors, supervisors, and senior management personnel of a company must not use their connected party relationships to prejudice the interests of the company.

违反前款规定，给公司造成损失的，应当承担赔偿责任。

In the event that a company suffers losses as a result of a breach of the provisions of the preceding paragraph, the relevant person(s) must bear liability for compensation.

This translation © Hogan Lovells March 2012, all rights reserved.

SHALIB01/SHAZOY/1073841.2

Hogan Lovells 

- 4 -

## 第二章　有限责任公司的设立和组织机构

### CHAPTER II: ESTABLISHMENT AND ORGANISATIONAL STRUCTURE OF A LIMITED LIABILITY CCOMPANY

### 第一节　设立

### SECTION 1　ESTABLISHMENT

**第二十四条**　有限责任公司由五十个以下股东出资设立。

**ARTICLE 24**　A limited liability company shall be established through capital contributions made by up to 50 shareholders.

**第二十六条**　有限责任公司的注册资本为在公司登记机关登记的全体股东认缴的出资额。公司全体股东的首次出资额不得低于注册资本的百分之二十，也不得低于法定的注册资本最低限额，其余部分由股东自公司成立之日起两年内缴足；其中，投资公司可以在五年内缴足。

**ARTICLE 26**　The registered capital of a limited liability company is the aggregate amount of capital contributions agreed to be contributed by all its shareholders registered with the company registration authorities.  The [aggregate amount of] the first instalments of capital contributions made by all of the company's shareholders to the company must be not less than 20% of the company's  registered capital, and must not be less than the statutory minimum amount of registered capital.  The balance must be paid in by shareholders within two years of the date of the company's establishment.  However, the registered capital of an investment company is permitted to be paid in within five years.

有限责任公司注册资本的最低限额为人民币三万元。法律、行政法规对有限责任公司注册资本的最低限额有较高规定的，从其规定。

The minimum amount of registered capital for a limited liability company is RMB30,000.  In the event that laws and administrative regulations impose a higher minimum in relation to the registered capital of limited liability companies, such provisions [of the relevant laws and administrative regulations] shall apply.

This translation © Hogan Lovells March 2012, all rights reserved.

Hogan Lovells 

- 5 -

第二节　组织机构

SECTION 2   ORGANISATIONAL STRUCTURE

第三十八条　　　股东会行使下列职权：

**ARTICLE 38**　　The shareholders' meeting exercises the following functions and powers:

（一）　　　决定公司的经营方针和投资计划；

(1)　　　determining the company's business orientation and investment plans;

（二）　　　选举和更换非由职工代表担任的董事、监事，决定有关董事、监事的报酬事项；

(2)　　　electing and replacing directors and supervisors other than those who are workers' representatives, and determining matters relating to the remuneration of directors and supervisors;

（三）　　　审议批准董事会的报告；

(3)　　　deliberating on and approving reports produced by the board of directors;

（四）　　　审议批准监事会或者监事的报告；

(4)　　　deliberating on and approving reports produced by the supervisory board or the supervisors, as the case may be;

（五）　　　审议批准公司的年度财务预算方案、决算方案；

(5)　　　deliberating on and approving annual financial budget plans and final accounting plans in relation to the company;

（六）　　　审议批准公司的利润分配方案和弥补亏损方案；

(6)　　　deliberating on and approving profit distribution plans in relation to the company and plans to make up losses suffered by the company;

（七）　　　对公司增加或者减少注册资本作出决议；

(7)　　　adopting resolutions relating to increases or reductions in the company's registered capital;

（八）　　　对发行公司债券作出决议；

(8)　　　adopting resolutions relating to the issue of corporate bonds;

（九）　　　对公司合并、分立、解散、清算或者变更公司形式作出决议；

This translation © Hogan Lovells March 2012, all rights reserved.

Hogan Lovells

(9)     adopting resolutions relating to mergers, divisions, changes in corporate form, or the dissolution or liquidation of the company;

（十）     修改公司章程；

(10)     amending the company's articles of association; and

（十一）     公司章程规定的其他职权。

(11)     such other functions and powers as are prescribed in the company's articles of association.

对前款所列事项股东以书面形式一致表示同意的，可以不召开股东会会议，直接作出决定，并由全体股东在决定文件上签名、盖章。

In the event that the shareholders unanimously agree in writing to any of the matters listed in the preceding paragraph, there is no need to call a shareholders' meeting, and a decision can be made directly. All shareholders must sign or chop the document(s) setting forth such decision.

第四十七条     董事会对股东会负责，行使下列职权：

ARTICLE 47     The board of directors is accountable to the shareholders' meeting, and shall exercise the following functions and powers：

（一）     召集股东会会议，并向股东会报告工作；

(1)     being responsible for convening shareholders' meetings and presenting reports to the shareholders' meeting;

（二）     执行股东会的决议；

(2)     implementing resolutions adopted by the shareholders' meeting;

（三）     决定公司的经营计划和投资方案；

(3)     determining the company's business plans and investment plans;

（四）     制订公司的年度财务预算方案、决算方案；

(4)     preparing annual financial budget plans and final accounting plans in relation to the company;

（五）     制订公司的利润分配方案和弥补亏损方案；

(5)     preparing profit distribution plans for the company and plans for making up any losses suffered by the company;

（六）     制订公司增加或者减少注册资本以及发行公司债券的方案；

(6)     preparing plans for increasing or reducing the company's registered capital and for the issue of corporate bonds;

（七）     制订公司合并、分立、解散或者变更公司形式的方案；

This translation © Hogan Lovells March 2012, all rights reserved.

Hogan Lovells

- 7 -

(7)  formulating plans for mergers, divisions, changes of corporate form or the dissolution of the company;

（八）  决定公司内部管理机构的设置；

(8)  determining the company's internal management structure;

（九）  决定聘任或者解聘公司经理及其报酬事项，并根据经理的提名决定聘任或者解聘公司副经理、财务负责人及其报酬事项；

(9)  determining the appointment or removal of the company's manager and the matters relating to his remuneration, and upon the manager's recommendation, the appointment or removal of the company's deputy manager(s) and chief financial officer, as well as the matters relating to their remuneration;

（十）  制定公司的基本管理制度；

(10)  formulating the basic management system for the company; and

（十一）  公司章程规定的其他职权。

(11)  such other functions and powers as are prescribed in the company's articles of association.

**第五十一条**  股东人数较少或者规模较小的有限责任公司，可以设一名执行董事，不设董事会。执行董事可以兼任公司经理。

**ARTICLE 51**  A small-scale limited liability company or a limited liability company with only a few shareholders may appoint an executive director and not establish a board of directors.  The executive director may serve concurrently as the company's manager.

执行董事的职权由公司章程规定。

The functions and powers of the executive director shall be prescribed in the company's articles of association.

**第五十二条**  有限责任公司设监事会，其成员不得少于三人。股东人数较少或者规模较小的有限责任公司，可以设一至二名监事，不设监事会。

**ARTICLE 52**  Where a limited liability company establishes a supervisory board, it shall be made up of not fewer than three members.  A small-scale limited liability company or a limited liability company with only a few shareholders is permitted to appoint one or two supervisors, instead of establishing a supervisory board.

监事会应当包括股东代表和适当比例的公司职工代表，其中职工代表的比例不得低于三分之一，具体比例由公司章程规定。监事会中的职工代表由公司职工通过职工代表大会、职工大会或者其他形式民主选举产生。

The supervisory board shall be composed of shareholders' representative(s) and an appropriate proportion of the company's workers' representative(s) as

This translation © Hogan Lovells March 2012, all rights reserved.

Hogan Lovells

prescribed in the articles of association, but the proportion of workers' representative(s) must not be lower than one-third.   The workers' representative(s) on the supervisory board shall be elected by the company's workers through the workers' representatives' congress, workers' meeting or other democratic methods.

监事会设主席一人，由全体监事过半数选举产生。监事会主席召集和主持监事会会议；监事会主席不能履行职务或者不履行职务的，由半数以上监事共同推举一名监事召集和主持监事会会议。

The supervisory board shall have one chairman, who shall be elected by more than half in number of all the supervisors.  The chairman of the supervisory board shall convene and preside over meetings of the supervisory board; in the event that the chairman is unable or fails to perform his duties, another supervisor jointly elected by half or more in number of the supervisors shall convene and preside over the meeting of the supervisory board.

董事、高级管理人员不得兼任监事。

Directors and senior management personnel are not permitted to serve concurrently as supervisors.

**第五十四条**   监事会、不设监事会的公司的监事行使下列职权：

**ARTICLE 54**   The supervisory board or the supervisors in a company which has not established a supervisory board shall exercise the following functions and powers:

（一）    检查公司财务；

(1)    examining the company's finances;

（二）    对董事、高级管理人员执行公司职务的行为进行监督，对违反法律、行政法规、公司章程或者股东会决议的董事、高级管理人员提出罢免的建议；

(2)    monitoring the acts of the directors and senior management personnel when carrying out their duties in relation to the company, and making proposals to remove from their positions those directors or senior management personnel who violate laws, administrative regulations, the company's articles of association or resolutions of the shareholders' meeting;

（三）    当董事、高级管理人员的行为损害公司的利益时，要求董事、高级管理人员予以纠正；

(3)    requiring directors or senior management personnel to rectify their conduct when any of their actions prejudice the interests of the company;

（四）    提议召开临时股东会会议，在董事会不履行本法规定的召集和主持股东会会议职责时召集和主持股东会会议；

This translation © Hogan Lovells March 2012, all rights reserved.

Hogan Lovells

- 9 -

(4)     putting proposals forward for holding ad hoc shareholders' meetings, convening and presiding over shareholders' meetings when the board of directors fails to perform its duty to convene and preside over shareholders' meetings as prescribed in this law;

（五）     向股东会会议提出提案；

(5)     putting forward proposals to shareholders' meetings;

（六）     依照本法第一百五十二条的规定，对董事、高级管理人员提起诉讼；

(6)     bringing lawsuits against directors or senior management personnel in accordance with the provisions of Article 152 of this law;

（七）     公司章程规定的其他职权。

(7)     such other functions and powers as are prescribed by the company's articles of association.

## 第三节　一人有限责任公司的特别规定

## SECTION 3    SPECIAL PROVISIONS ON SINGLE-PERSON LIMITED LIABILITY COMPANIES

**第五十八条**     一人有限责任公司的设立和组织机构，适用本节规定；本节没有规定的，适用本章第一节、第二节的规定。

**ARTICLE 58**     The provisions of this Section shall apply to the establishment and organisational structures of single-person limited liability companies; matters not provided for in this Section shall be governed by the provisions of Section 1 and Section 2 of this Chapter II.

本法所称一人有限责任公司，是指只有一个自然人股东或者一个法人股东的有限责任公司。

The expression "single-person limited liability company" when referred to in this law means a limited liability company with only one natural person or legal person as a shareholder.

**第五十九条**     一人有限责任公司的注册资本最低限额为人民币十万元。股东应当一次足额缴纳公司章程规定的出资额。

**ARTICLE 59**     The minimum registered capital of a single-person limited liability company is RMB100,000.  Such sole shareholder must pay its capital contribution as specified in the company's articles of association in full in a single lump sum.

一个自然人只能投资设立一个一人有限责任公司。该一人有限责任公司不能投资设立新的一人有限责任公司。

This translation © Hogan Lovells March 2012, all rights reserved.

Hogan Lovells

- 10 -

Each natural person is only allowed to establish one single-person limited liability company, which itself is not permitted to invest in and establish any further single-person limited liability companies.

第六十条　一人有限责任公司应当在公司登记中注明自然人独资或者法人独资，并在公司营业执照中载明。

**ARTICLE 60**   A single-person limited liability company must clearly state in its company registration whether it is solely funded by one natural person or by one legal person, and the same information shall be clearly specified in the company's business licence.

第六十一条　一人有限责任公司章程由股东制定。

**ARTICLE 61**   The articles of association of a single-person limited liability company shall be formulated by the sole shareholder.

第六十二条　一人有限责任公司不设股东会。股东作出本法第三十八条第一款所列决定时，应当采用书面形式，并由股东签名后置备于公司。

**ARTICLE 62**   A single-person limited liability company shall not have any shareholders' meeting.  When the sole shareholder makes a decision on any of the matters listed in Article 38 of this law, he shall make it in written form, execute as the sole shareholder and archive it in the company.

第六十三条　一人有限责任公司应当在每一会计年度终了时编制财务会计报告，并经会计师事务所审计。

**ARTICLE 63**   A single-person limited liability company must formulate a financial accounting report by the end of every accounting year, which must be audited by an accounting firm.

第六十四条　一人有限责任公司的股东不能证明公司财产独立于股东自己的财产的，应当对公司债务承担连带责任。

**ARTICLE 64**   If the sole shareholder of a single-person limited liability company is unable to prove that the property of the single-person limited liability company is separate from the shareholder's own property, the shareholder shall bear joint liability for the debts of the company.

This translation © Hogan Lovells March 2012, all rights reserved.

第四章　股份有限公司的设立和组织机构

## CHAPTER IV: ESTABLISHMENT AND ORGANISATIONAL STRUCTURE OF A JOINT STOCK LIABILITY LIMITED COMPANY

第一节　设　立

### SECTION 1　ESTABLISHMENT

第七十八条　　股份有限公司的设立，可以采取发起设立或者募集设立的方式。

**ARTICLE 78**　　A joint stock limited liability company may be established either by way of promotion or public offering.

发起设立，是指由发起人认购公司应发行的全部股份而设立公司。

"Establishment of a company by way of promotion" means establishment of the company through subscription by the company's promoters for all the shares to be issued by such company.

募集设立，是指由发起人认购公司应发行股份的一部分，其余股份向社会公开募集或者向特定对象募集而设立公司。

"Establishment of a company by way of public offering" means establishment of the company through subscription by the company's promoters for part of the shares to be issued by such company and offering the remaining shares to the public by way of public offering or placing the remaining shares with specific subscribers.

第三节　董事会、经理

### SECTION 3　BOARD OF DIRECTORS, MANAGERS

第一百一十六条　公司不得直接或者通过子公司向董事、监事、高级管理人员提供借款。

**ARTICLE 116**　　A company must not directly, or [indirectly] through its subsidiary companies, provide loans to its directors, supervisors, or senior management personnel.

第一百一十七条　公司应当定期向股东披露董事、监事、高级管理人员从公司获得报酬的情况。

**ARTICLE 117**　　A company must periodically disclose to its shareholders the remuneration obtained from the company by its directors, supervisors and senior management personnel.

This translation © Hogan Lovells March 2012, all rights reserved.

Hogan Lovells 

- 12 -

第五节  上市公司组织机构的特别规定

<small>SECTION 5    SPECIAL PROVISIONS ON THE ORGANISATIONAL STRUCTURE OF LISTED COMPANIES</small>

第一百二十三条   上市公司设立独立董事，具体办法由国务院规定。

**ARTICLE 123**   Listed companies shall have independent directors.  The specific procedures shall be stipulated separately by the State Council.

This translation © Hogan Lovells March 2012, all rights reserved.



- 13 -

第五章　股份有限公司的股份发行和转让

CHAPTER V: ISSUES OF SHARES BY, AND TRANSFERS OF SHARES IN, JOINT STOCK LIMITED LIABLITY COMPANIES

第一节　股份发行

SECTION 1:　ISSUES OF SHARES

第一百二十九条　股票采用纸面形式或者国务院证券监督管理机构规定的其他形式。

**ARTICLE 129**　Shares shall take the form of paper shares or such other forms as may be stipulated by the State Council Securities Supervision and Administration Organs[1].

股票应当载明下列主要事项：

The following items must be stated on the face of the share [certificate];

（一）　　公司名称；

(1)　　the name of the company;

（二）　　公司成立日期；

(2)　　the date of establishment of the company;

（三）　　股票种类、票面金额及代表的股份数；

(3)　　the type of shares, the par value and the numbers of shares it represents;

（四）　　股票的编号。

(4)　　the serial number of the share [certificate].

股票由法定代表人签名，公司盖章。

Share [certificates] must be signed by the [company's] legal representative and affixed with the company seal.

发起人的股票，应当标明发起人股票字样。

Promoters' shares must bear the legend "promoters' shares".

---

[1] TN: i.e., the China Securities Regulatory Commission or CSRC.

This translation © Hogan Lovells March 2012, all rights reserved.

Hogan Lovells

- 14 -

第七章　公司债券

**CHAPTER VII: CORPORATE BONDS**

第一百五十六条　公司以实物券方式发行公司债券的，必须在债券上载明公司名称、债券票面金额、利率、偿还期限等事项，并由法定代表人签名，公司盖章。

ARTICLE 156　Where a company issues corporate bonds in materialised form[2], it must state on the certificate the company name, the face value of the bond, the interest rate, the time limit for repayment and such like matters, and the bond must be signed by [the company's] legal representative and affixed with the company seal.

---

[2] TN: i.e., paper or physical form as opposed to dematerialised bonds traded over a computer system.

This translation © Hogan Lovells March 2012, all rights reserved.

SHALIB01/SHAZOY/1073841.2

Hogan Lovells

第十三章　附　则

CHAPTER XIII: SUPPLEMENTAL PROVISIONS

第二百一十七条　本法下列用语的含义：

ARTICLE 217    In this law, the following expressions have the meanings set out below:

（一）　　高级管理人员，是指公司的经理、副经理、财务负责人，上市公司董事会秘书和公司章程规定的其他人员。

(1)    "senior management personnel" means the company's manager, deputy manager, chief financial officer, company secretary (in case of a listed company) and other officers stipulated in the company's articles of association;

（二）　　控股股东，是指其出资额占有限责任公司资本总额百分之五十以上或者其持有的股份占股份有限公司股本总额百分之五十以上的股东；出资额或者持有股份的比例虽然不足百分之五十，但依其出资额或者持有的股份所享有的表决权已足以对股东会、股东大会的决议产生重大影响的股东。

(2)    "controlling shareholder" means, in the case of a limited liability company, a shareholder who has made 50% or more of the company's total capital contributions, or, in the case of a joint stock limited liability company, a shareholder who owns 50% or more of the total share capital of that joint stock limited liability company; or a shareholder whose capital contribution ratio or shareholding percentage is below 50%, but the voting rights attached to such capital contribution or the shares held are sufficient for the shareholder to exert a material influence on the shareholders' meeting or shareholders' general meeting;

（三）　　实际控制人，是指虽不是公司的股东，但通过投资关系、协议或者其他安排，能够实际支配公司行为的人。

(3)    "actual controller" means a person who is not a shareholder of the company, but who, through an investment relationship, contract or other arrangements, is able to actually control the company's actions;

（四）　　关联关系，是指公司控股股东、实际控制人、董事、监事、高级管理人员与其直接或者间接控制的企业之间的关系，以及可能导致公司利益转移的其他关系。但是，国家控股的企业之间不仅因为同受国家控股而具有关联关系。

(4)    "connected party relationship" means the relationship between a company's controlling shareholder, actual controller, directors, supervisors, senior management personnel and other enterprises directly or indirectly controlled by them, as well as other

This translation © Hogan Lovells March 2012, all rights reserved.

Hogan Lovells

- 16 -

relationships which might cause the company's interests to be transferred. However, as between State-controlled enterprises, they shall not be deemed to have a connected party relationship merely because they are all controlled by the State.

This translation © Hogan Lovells March 2012, all rights reserved.