

# 山东泰和东新股份有限公司章程

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020686

Jia Def 1/9/12
EXHIBIT NO. 11
L. GOLKOW

# 目　　录

第一章　总　则 ……………………………………………………… 1

第二章　经营宗旨和范围 ……………………………………… 1

第三章　股　份 ………………………………………………… 2

第四章　股东和股东大会 ……………………………………… 3

第五章　董事会 ……………………………………………… 10

第六章　经　理 ……………………………………………… 14

第七章　监事会 ……………………………………………… 15

第八章　财务会议制度、利润分配和审计 ……………… 17

第九章　合并、分立、解散和清算 ……………………… 18

第十章　修改章程 ………………………………………… 21

第十一章　附　则 ………………………………………… 21

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020687

本章程于二〇〇五年四月二十五日由公司二〇〇五年第一次临时股东大会以特别决议通过，于二〇〇六年八月八日修订。

## 第一章　总　则

第一条 为维护公司、股东和债权人的合法权益，规范公司的组织和行为，根据《中华人民共和国公司法》（以下简称《公司法》）和其他有关规定，制订本章程。

第二条 山东泰和东新股份有限公司系依照《公司法》和其他有关规定成立的股份有限公司（以下简称"公司"）。

公司经山东省经济体制改革委员会《关于同意设立山东泰和东新股份有限公司的函》（鲁体改函字[1998]第49号）批准，以发起方式设立，发起人为：山东泰和泰山纸面石膏板总厂（集团）、泰安市华南企业（集团）总公司、泰安市大汶口建筑安装工程公司、山东肥城巨泰新型建材总厂、山东泰和集团职工持股会；并在山东省工商行政管理局注册登记，取得营业执照。

第三条 公司注册名称：山东泰和东新股份有限公司

第四条 公司住所：山东省泰安市岱岳区大汶口镇。邮政编码 271026

第五条 公司注册资本为人民币肆亿伍仟伍佰陆拾贰万伍千元。

第六条 公司为永久存续的股份有限公司。

第七条 董事长为公司的法定代表人。

第八条 　公司全部资产分为等额股份，股东以其所持股份为限对公司承担责任，公司以其全部资产对公司的债务承担责任。

第九条 本公司章程自生效之日起，即成为规范公司的组织与行为、公司与股东、股东与股东之间权利义务关系的、具有法律约束力的文件。股东可以依据公司章程起诉公司；公司可以依据公司章程起诉股东、董事、监事、经理（包括：总经理、副总经理，以下合称经理人员、经理）和其他高级管理人员；股东可以依据公司章程起诉股东；股东可以依据公司章程起诉公司的董事、监事、经理和其他高级管理人员。

第十条 本章程所称其他高级管理人员是指公司的董事会秘书、财务负责人、总工程师、总经济师、总会计师。

## 第二章　经营宗旨和范围

第十一条 公司的经营宗旨：建立高效的经营管理机制，使企业稳健的

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

发展，使股东获得满意的经济回报，为社会繁荣和人类进步尽企业的责任。

第十二条　经公司登记机关核准，公司经营范围是：纸面石膏板、石膏制品、石膏板护面纸、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸、废纸箱收购、销售；玉石雕刻；装饰装修；许可证范围内普通货运（限分支机构经营）；备案范围进出口业务。

## 第三章　　股　　份

### 第一节　　股份发行

第十三条　公司的股份采取股票的形式。

第十四条　公司发行的所有股份均为普通股。

第十五条　公司股份的发行，实行公开、公平、公正的原则，同股同权、同股同利。

第十六条　公司发行的股票，以人民币标明面值。

第十七条　公司的总股本为 15562.5 万股。其中：

1、北新集团建材股份有限公司持有 6535.25 万股，占公司总股本的 42%；

2、泰安市东联投资贸易有限公司持有 3579.375 万股，占公司总股本的 23%；

3、泰安市国有资产经营有限公司持有 2490 万股，占公司总股本的 16%；

4、泰安市安信投资贸易有限公司持有 2178.75 万股，占公司总股本的 14%；

5、贾同春持有 778.125 万股，占公司总股本的 5%。

### 第二节　　股份增减和回购

第十八条　公司根据经营和发展的需要，依照法律、法规的规定，经股东大会分别作出决议，可以采用下列方式增加资本：

（一）向现有股东配售股份；

（二）向现有股东派送红股；

（三）以公积金转增股本；

（四）法律、行政法规规定批准的其他方式。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020689

公司增加股份时，北新集团建材股份有限公司在同等条件下对新增加的股份有优先认购权。

第十九条  根据公司章程的规定，公司可以减少注册资本。公司减少注册资本，按照《公司法》以及其他有关规定和公司章程规定的程序办理。

### 第三节  股份转让

第二十条  股东持有的股份可以依法转让。公司其他股东转让所持公司股份时，北新集团建材股份有限公司在同等条件下有优先购买权。

第二十一条  发起人持有的公司股票，自公司成立之日起三年以内不得转让。

### 第四章  股东和股东大会

### 第一节    股  东

第二十二条  公司股东为依法持有公司股份的人。

股东按其所持有股份的种类享有权利，承担义务；持有同一种类股份的股东，享有同等权利，承担同种义务。

第二十三条  股东名册是证明股东持有公司股份的充分证据。公司应建立股东名册。

第二十四条  公司股东享有下列权利：

(一) 依照其所持有的股份份额获得股利和其他形式的利益分配；

(二) 参加或者委派股东代理人参加股东会议；

(三) 依照其所持有的股份份额行使表决权；

(四) 对公司的经营行为进行监督，提出建议或者质询；

(五) 依照法律、行政法规及公司章程的规定转让、赠与或质押其所持有的股份；

(六) 依照法律、公司章程的规定获得有关信息，包括查阅公司章程和文件；

(七) 公司终止或者清算时，按其所持有的股份份额参加公司剩余财产的分配；

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

（八）法律、行政法规及公司章程所赋予的其他权利。

第十九条　股东大会、董事会的决议违反法律、行政法规，侵犯股东合法权益的，股东有权向人民法院提起要求停止该违法行为和侵害行为的诉讼。

第二十条　公司股东承担下列义务：

（一）遵守公司章程；

（二）依其所认购的股份和入股方式缴纳股金；

（三）除法律、法规规定的情形外，不得退股；

（四）法律、行政法规及公司章程规定应当承担的其他义务。

第二十一条　股东将其持有的股份进行质押的，需由公司股东会以特别决议审批通过后方可进行。

## 第二节　股东大会

第二十二条　股东大会是公司的最高权力机构，依法行使下列职权：

（一）决定公司经营方针和投资计划；

（二）选举和更换董事，决定有关董事的报酬事项；

（三）选举和更换由股东代表出任的监事，决定有关监事的报酬事项；

（四）审议批准董事会的报告；

（五）审议批准监事会的报告；

（六）审议批准公司的年度财务预算方案、决算方案；

（七）审议批准公司的利润分配方案和弥补亏损方案；

（八）对公司增加或者减少注册资本作出决议；

（九）对发行公司债券作出决议；

（十）对公司合并、分立、解散和清算等事项作出决议；

（十一）修改公司章程；

（十二）对股东将其所持公司股份进行质押作出决议；

（十三）审议法律、法规和公司章程规定应当由股东大会决定的其他事项。

第二十三条　股东大会分为股东年会和临时股东大会。股东年会每年召开一次，并应于上一个会计年度完结之后的六个月之内举行。

第二十四条　有下列情形之一的，公司在事实发生之日起两个月以内召开临时股东大会：

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

  
（一）董事人数不足《公司法》规定的法定最低人数，或者少于章程所定人数的 2/3 时；

（二）公司未弥补的亏损达股本总额的 1/3 时；

（三）单独或者合并持有公司有表决权股份总数 10%（不含投票代理权）以上的股东书面请求时；

（四）董事会认为必要时；

（五）监事会提议召开时；

（六）公司章程规定的其他情形。

第二十五条    临时股东大会只对通知中列明的事项作出决议。

第二十六条    股东大会会议由董事会依法召集，由董事长主持。董事长因故不能履行职务时，由董事长指定的其它董事主持；董事长不能出席会议，也未指定人选的，由董事会指定一名董事主持会议；董事会未指定会议主持人的，由出席会议的股东共同推举一名股东主持会议。

第二十七条    公司召开股东大会，董事会应当在会议召开 30 日以前以书面方式（传真有效）通知公司股东。经公司全体股东同意，上述 30 日通知时限可以豁免或适当缩短。

第二十八条    股东可以亲自出席股东大会，也可以委托代理人代为出席和表决。股东应当以书面形式委托代理人，由委托人签署或者由其以书面形式委托的代理人签署；委托人为法人的，应当加盖法人印章或者由其正式委任的代理人签署。

第二十九条    股东出具的委托他人出席股东大会的授权委托书应当载明下列内容：

（一）代理人的姓名；

（二）是否具有表决权；

（三）分别对列入股东大会议程的每一审议事项投赞成、反对或弃权票的指示；

（四）对可能纳入股东大会议程的临时提案是否有表决权，如果有表决权应行使何种表决权的具体指示；

（五）委托书签发日期和有效期限；

（六）委托人签名（或盖章）。委托人为法人股东的，应加盖法人单位印章。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

委托书应当注明如果股东不作具体指示，股东代理人是否可以按自己的意思表决。

第三十条　出席会议人员的签名册由公司负责制作。签名册载明参加会议人员姓名（或单位名称）、身份证号码、住所地址、持有或者代表有表决权的股份数额、被代理人姓名（或单位名称）等事项。

第三十一条　监事会或者股东要求召集临时股东大会的，应当按照下列程序办理：

（一）签署一份或者数份同样格式内容的书面要求，提请董事会召集临时股东大会，并阐明会议议题。董事会在收到前述书面要求后，应当尽快发出召集临时股东大会的通知。

（二）如果董事会在收到前述书面要求后三十日内没有发出召集会议的通知，提出召集会议的监事会或者股东可以在董事会收到该要求后三个月内自行召集临时股东大会。召集的程序应当尽可能与董事会召集股东会议的程序相同。监事会或者股东因董事会未应前述要求举行会议而自行召集并举行会议的，由公司给予监事会或者股东必要协助，并承担会议费用。

第三十二条　股东大会召开的会议通知发出后，除有不可抗力或者其它意外事件等原因，董事会不得变更股东大会召开的时间。

第三十三条　董事会人数不足《公司法》规定的法定最低人数，或者少于章程规定人数的三分之二，或者公司未弥补亏损额达到股本总额的三分之一，董事会未在规定期限内召集临时股东大会的，监事会或者股东可以按照本章程规定的程序自行召集临时股东大会。

### 第三节　股东大会提案

第三十四条　公司召开股东大会，持有或者合并持有公司有表决权股份总数的百分之五以上的股东，有权向公司提出新的提案。

第三十五条　股东大会提案应当符合下列条件：

（一）内容与法律、法规和章程的规定不相抵触，并且属于公司经营范围和股东大会职权范围；

（二）有明确议题和具体决议事项；

（三）以书面形式提交或送达董事会。

7

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

第三十六条　公司董事会应当以公司和股东的最大利益为行为准则，按照本节第四十四条的规定对股东大会提案进行审议。

第三十七条　董事会决定不将股东大会提案列入会议议程的，应当在该次股东大会上进行解释和说明。

### 第四节　股东大会决议

第三十八条　股东（包括股东代理人）以其所代表的有表决权的股份数额行使表决权，每一股份享有一票表决权。

第三十九条　股东大会决议分为普通决议和特别决议。

股东大会作出普通决议，应当由出席股东大会的股东（包括股东代理人）所持表决权的二分之一以上通过。

股东大会作出特别决议，应当由出席股东大会的股东（包括股东代理人）所持表决权的三分之二以上通过。

第四十条　下列事项由股东大会以普通决议通过：

（一）董事会和监事会的工作报告；

（二）公司年度预算方案、决算方案；

（三）公司年度报告；

（四）董事会拟定的利润分配方案和弥补亏损方案；

（五）董事会和监事会成员的任免及其报酬和支付方法；

（六）除法律、行政法规规定或者公司章程规定应当以特别决议通过以外的其他事项。

第四十一条　下列事项由股东大会以特别决议通过：

（一）公司增加或者减少注册资本；

（二）发行公司债券；

（三）公司的分立、合并、解散和清算；

（四）公司章程的修改；

（五）回购本公司股票；

（六）股东将其所持公司股份进行质押；

（七）公司章程规定和股东大会以普通决议认定会对公司产生重大影响的、需要以特别决议通过的其他事项。

第四十二条　非经股东大会以特别决议批准，公司不得与董事、经理和

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

其它高级管理人员以外的人订立将公司全部或者重要业务的管理交予该人负责的合同。

第四十三条　董事、监事候选人名单以提案的方式提请股东大会决议。

董事会应当向股东提供候选董事、监事的简历和基本情况。

第四十四条　董事、股东代表担任的监事的提名及选举按以下程序进行：

（一）董事、股东代表担任的监事由股东按本章程第七十条和第一百零五条的规定提名，并经股东大会选举决定。

（二）董事、监事的提名人在提名前应当征得被提名人的同意。提名人应当充分了解被提名人职业、学历、职称、详细的工作经历、全部兼职等情况。

公司应在股东大会召开前披露董事、监事候选人的详细资料，保证股东在投票时对候选人有足够的了解。

（三）公司应和董事签订聘任合同，明确公司和董事之间的权利义务，董事的任期、董事违反法律法规和公司章程的责任以及公司因故提前解除合同的补偿等内容。

第四十五条　股东大会采取记名方式投票表决或举手表决，并由清点人代表当场公布表决结果。

第四十六条　会议主持人根据表决结果决定股东大会的决议是否通过，并应当会上宣布表决结果。决议的表决结果载入会议记录。

第四十七条　会议主持人如果对提交表决的决议结果有任何怀疑，可以对所投票数进行点算；如果会议主持人未进行点票，出席会议的股东或者股东代理人对会议主持人宣布结果有异议的，有权在宣布表决结果后立即要求点票，会议主持人应当即时点票。

第四十八条　除涉及公司商业秘密不能在股东大会上公开外，董事会和监事会应当对股东的质询和建议作出答复或说明。

第四十九条　股东大会应有会议记录。会议记录记载以下内容：

（一）出席股东大会的有表决权的股份数，占公司总股份的比例；

（二）召开会议的日期、地点；

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020695

（三）会议主持人姓名、会议议程；

（四）各发言人对每个审议事项的发言要点；

（五）每一表决事项的表决结果；

（六）股东的质询意见、建议及董事会、监事会的答复或说明等内容；

（七）股东大会认为和公司章程规定应当载入会议记录的其他内容。

第五十条　　股东大会记录由出席会议的股东和记录员签名，并作为公司档案由董事会秘书保存。股东大会会议记录的保管期限为永久性保存。

第五十一条　　股东大会到会人数、参会股东持有的股份数额、授权委托书、每一表决事项的表决结果、会议记录、会议程序的合法性等事项，可以进行公证。

## 第五章　董事会

### 第一节　董　事

第五十二条　　公司董事为自然人。董事无需持有公司股份。

第五十三条　　《公司法》第 57 条、第 58 条规定的人员不得担任公司的董事。

第五十四条　　董事由股东大会选举或更换，任期三年。董事任期届满，可连选连任。董事在任期届满以前，股东大会不得无故解除其职务。

董事任期从股东大会决议通过之日起计算，至本届董事会任期届满时为止。

第五十五条　　董事应当遵守法律、法规和公司章程的规定，忠实履行职责，维护公司利益。当其自身的利益与公司和股东的利益相冲突时，应当以公司和股东的最大利益为行为准则，并保证：

（一）在其职权范围内行使权利，不得越权；

（二）除经公司章程规定或者股东大会在知情的情况下批准，不得同本公司订立合同或者进行交易；

（三）不得利用内幕信息为自己或他人谋取利益；

（四）不得自营或者为他人经营与公司同类的营业或者从事损害本公司利益的活动；

（五）不得利用职权收受贿赂或者其他非法收入，不得侵占公司的财产；

10

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020696

（六）不得挪用资金或者将公司资金借贷给他人；

（七）不得利用职务便利为自己或他人侵占或者接受本应属于公司的商业机密；

（八）未经股东会在知情的情况下批准，不得接受与公司交易有关的佣金；

（九）不得将公司资产以其个人名义或者以其他个人名义开立帐户储存；

（十）不得以公司资产为本公司的股东或者其他个人债务提供担保；

（十一）未经股东大会在知情下同意，不得泄漏在任职期间所获得的涉及本公司的机密信息；但在下列情形下，可以向法院或者其他政府主管机关披露该信息：

1、法律有规定；

2、公众利益有要求；

3、该董事本身的合法利益有要求；

第五十六条　董事应当谨慎、认真、勤勉地行使公司所赋予的权利，以保证：

（1）公司的商业行为符合国家的法律、行政法规以及国家各项经济政策的要求，商业活动不超越营业执照规定的业务范围；

（2）公平对待所有股东；

（3）认真阅读公司的各项商务、财务报告，及时了解公司业务经营管理状况；

（4）亲自行使被合法赋予的公司管理处置权，不得受他人操纵；非经法律、行政法规允许或者得到股东大会在知情的情况下批准，不得将其处置权转授他人行使；

（5）接受监事会对其履行职责的合法监督和合理建议。

第五十七条　董事可以在任期届满以前提出辞职。董事辞职应当向董事会提交书面辞职报告。

第五十八条　任职尚未结束的董事，对因其提前离职使公司造成的损失，应当承担赔偿责任。

第五十九条　本节有关董事义务的规定，适用于公司监事、经理和其他高级管理人员。

## 第二节　董事会

第六十条　公司设董事会，对股东大会负责。

第六十一条　董事会由七名董事组成，设董事长一人。其中，北新集团建材股份有限公司提名4名董事，泰安市国有资产经营有限公司提名1名董事，泰安市东联投资贸易有限公司、泰安市安信投资贸易有限公司及贸同共同提名2名董事。

第六十二条　董事会行使下列职权：

（一）负责召集股东大会，并向大会报告工作；

（二）执行股东大会的决议；

（三）决定公司的经营计划和投资方案；

（四）制订公司的年度财务预算方案、决算方案；

（五）制订公司的利润分配方案和弥补亏损方案；

（六）制订公司增加或者减少注册资本、发行债券或其他证券及上市方案；

（七）拟订公司重大收购、回购本公司股票或者合并、分立和解散方案；

（八）在股东大会授权范围内，决定公司的风险投资、资产抵押及其他担保事项；

（九）决定公司内部管理机构的设置；

（十）聘任或者解聘公司经理、董事会秘书、公开招聘的财务负责人；根据经理的提名，聘任或者解聘公司副经理等高级管理人员；并决定上述人员的报酬事项和奖惩事项；

（十一）制订公司的基本管理制度；

（十二）制订公司章程的修改方案；

（十三）听取公司经理的工作汇报并检查经理的工作；

（十四）法律、法规或公司章程规定，以及股东大会授予的其他职权。

第六十三条　董事会制定董事会议事规则，以确保董事会的工作效率和科学决策。

第六十四条　董事长由公司董事担任，以全体董事中的过半数选举产

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

生和罢免。

第六十五条　董事长行使下列职权：

（一）主持股东大会和召集、主持董事会会议；

（二）督促、检查董事会决议的执行；

（三）签署公司股票、公司债券及其他有价证券；

（四）签署董事会重要文件和其他应由公司法定代表人签署的其他文件；

（五）行使法定代表人的职权；

（六）在发生特大自然灾害等不可抗力的紧急情况下，对公司事务行使符合法律规定和公司利益的特别处置权，并在事后向公司董事会和股东大会报告；

（七）董事会授予的其他职权。

第六十六条　董事长不能履行职权时，董事长应当指定一名董事代行其职权。

第六十七条　董事会每年至少召开两次会议，由董事长召集，于会议召开十日以前书面通知全体董事。

第六十八条　有下列情形之一的，董事长应在十个工作日内召集临时董事会会议：

（一）董事长认为必要时；

（二）1/3以上董事联名提议时；

（三）监事会提议时；

（四）经理提议时。

第六十九条　董事会召开临时董事会会议的通知方式可以为专人送出或传真通知；通知时限为会议召开七日前通知。

如有本章七十七条第（二）、（三）、（四）项规定的情形，董事长不能履行职责时，应当指定一名董事代其召集临时董事会会议；董事长无故不履行职责，亦未指定具体人员代其行使职责的，可由1/2以上的董事共同推举一名董事负责召集会议。

第七十条　董事会会议应当由1/2以上的董事出席方可举行。每一董事享有一票表决权。董事会作出决议，必须经全体董事的过半数通过。

第七十一条　董事会临时会议在保障董事充分表达意见的前提下，可

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

以用传真方式进行并作出决议，并由参会董事签字。

第七十二条　董事会会议应当由董事本人出席，董事因故不能出席的，可以书面委托其他董事代为出席。

第七十三条　委托书应当载明代理人的姓名，代理事项、权限和有效期限，并由委托人签名或盖章。

第七十四条　代为出席会议的董事应当在授权范围内行使董事的权利。董事未出席董事会会议，亦未委托代表出席的，视为放弃在该次会议上的投票权。

第七十五条　董事会决议表决方式为记名式投票表决。每名董事有一票表决权。

第七十六条　董事会会议应当有记录，出席会议的董事和记录人，应当在会议记录上签名。出席会议的董事有权要求在记录上对其在会议上的发言作出说明性记载。董事会会议记录作为公司档案由董事会秘书保存，董事会会议记录的保管期限为永久性保存。

第七十七条　董事会会议记录包括以下内容：

(一)会议召开的日期、地点和召集人姓名；

(二)出席董事的姓名以及受他人委托出席董事会的董事(代理人)姓名；

(三)会议议程；

(四)董事发言要点；

(五)每一决议事项的表决方式和结果(表决结果应载明赞成、反对或弃权的票数)。

第七十八条　董事应当在董事会决议上签字并对董事会的决议承担责任。董事会决议违反法律、法规或者章程，致使公司遭受损失的，参与决议的董事对公司负赔偿责任。但经证明在表决时曾表明异议并记载于会议记录的，该董事可以免除责任。

### 第三节　董事会秘书

第七十九条　董事会设董事会秘书。董事会秘书是公司高级管理人员，对董事会负责。

第八十条　董事会秘书应当具有必备的专业知识和经验，由董事会委

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

任。本章程第六十二条规定不得担任公司董事的情形适用于董事会秘书。

第八十一条　董事会秘书的主要职责是：

（一）准备和递交国家有关部门要求的董事会和股东大会出具的报告和文件；

（二）筹备董事会会议和股东大会，并负责会议的记录和会议文件、记录的保管；

（三）负责公司信息披露事务，保证公司信息披露的及时、准确、合法、真实和完整；

（四）保证有权得到公司有关记录和文件的人及时得到有关文件和记录。

第八十二条　董事或者其他高级管理人员可以兼任公司董事会秘书。

第八十三条　董事会秘书由董事长提名，经董事会聘任或者解聘。董事兼任董事会秘书的，如某一行为需由董事、董事会秘书分别作出时，则该兼任董事及公司董事会秘书的人不得以双重身份作出。

### 第六章　经　理

第八十四条　公司设经理一名，由董事会聘任或解聘。董事可受聘兼任经理、副经理或者其他高级管理人员。

第八十五条　《公司法》第57条、第58条规定的人员不得担任公司的经理。

第八十六条　经理每届任期三年，经理连聘可以连任。

第八十七条　经理对董事会负责，行使下列职权：

（一）主持公司的生产经营管理工作，并向董事会报告工作；

（二）组织实施董事会决议、公司年度计划和投资方案；

（三）拟订公司内部管理机构设置方案；

（四）拟订公司的基本管理制度；

（五）制订公司的具体规章；

（六）提请董事会聘任或者解聘公司副经理以及除财务负责人以外的其他高级管理人员；

（七）聘任或者解聘除应由董事会聘任或者解聘以外的管理人员；

（八）拟定公司职工的工资、福利、奖惩，决定公司职工的聘用和解聘；

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020701

(九)提议召开董事会临时会议；

(十)公司章程或董事会授予的其他职权。

第八十八条　经理列席董事会会议，非董事经理在董事会上没有表决权。

第八十九条　经理应当根据董事会或者监事会的要求，向董事会或者监事会报告公司重大合同的签订、执行情况，资金运用情况和盈亏情况。经理必须保证该报告的真实性。

第九十条　经理拟定有关职工工资、福利、安全生产以及劳动保护、劳动保险、解聘(或开除)公司职工等涉及和职工切身利益的问题时，应当事先听取工会和职代会的意见。

第九十一条　公司经理应当遵守法律、行政法规和公司章程的规定，履行诚信和勤勉的义务。

第九十二条　经理可以在任期届满以前提出辞职。有关经理辞职的具体程序和办法由经理与公司之间的劳务合同规定。

第九十三条　公司应当建立经理人员和其他高级管理人员的薪酬与公司绩效和个人业绩相联系的激励机制，以吸引人才，保持该等人员的稳定。

第九十四条　公司对经理人员和其他高级管理人员的绩效评价应成为确定该等人员薪酬以及其他激励方式的依据。

第九十五条　经理人员和其他高级管理人员违反法律、法规和公司章程规定，致使公司遭受损失的，公司董事会应积极采取措施追究其法律责任。

### 第七章　监事会

#### 第一节　监　事

第九十六条　监事由股东代表和公司职工代表担任。北新集团建材股份有限公司提名1名监事，其他股东共同提名1名监事，公司职工代表担任的监事1名。

第九十七条　《公司法》第57条、第58条规定的人员不得担任公司的监事。

董事、经理和财务负责人不得兼任监事。

监事应具有法律、会计等方面的专业知识或工作经验。监事会的人员和

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

结构应确保监事会能够独立有效地行使对董事、经理人员和其他高级管理人员及公司财务的监督和检查。

第九十八条　监事每届任期三年。股东担任的监事由股东大会选举或更换，职工担任的监事由公司职工民主选举产生或更换，监事连选可以连任。

第九十九条　监事可以在任期届满以前提出辞职，章程第五章有关董事辞职的规定，适用于监事。

第一百条　监事应当遵守法律、行政法规和公司章程的规定，履行诚信和勤勉的义务。

### 第二节　监事会

第一百零一条　公司设监事会。监事会由三名监事组成，设监事会主席一名。监事会主席不能履行职权时，由监事会主席指定一名监事代行其职权。

第一百零二条　监事会行使下列职权：

（一）检查公司的财务；

（二）对董事、经理和其他高级管理人员执行公司职务时违反法律、法规或者章程的行为进行监督；

（三）当董事、经理和其他高级管理人员的行为损害公司的利益时，要求其予以纠正，必要时向股东大会或国家有关主管机关报告；

（四）提议召开临时股东大会；

（五）列席董事会会议；

（六）公司章程规定或股东大会授予的其他职权。

第一百零三条　监事会可要求公司董事、经理及其他高级管理人员、内部及外部审计人员出席监事会会议，回答所关注的问题。监事会发现董事、经理和其他高级管理人员存在违反法律、法规或公司章程的行为，可以向董事会、股东大会反映，也可以直接向有关部门报告。监事会行使职权时，必要时可以聘请律师事务所、会计师事务所等专业性机构给予帮助，由此发生的费用由公司承担。

第一百零四条　监事会每年至少召开二次会议。会议通知应当在会议召开十日以前书面送达全体监事。

### 第三节　监事会决议

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

第一百零五条 监事会会议应当由监事本人出席。监事会决议的表决方式采取记名方式投票表决。

第一百零六条 监事会的表决程序为：监事会会议应当由二分之一以上的监事出席方可举行。每一监事享有一票表决权。监事会作出决议，必须经全体监事的二分之一以上通过。

第一百零七条 监事会会议应有记录，出席会议的监事和记录人，应当在会议记录上签名。监事有权要求在记录上对其在会议上的发言作出某种说明性记载。监事会会议记录作为公司档案由监事会秘书保存。监事会会议纪录保管期限为永久性保存。

### 第八章 财务会议制度、利润分配和审计

#### 第一节 财务会计制度

第一百零八条 公司依照法律、行政法规和国家有关部门的规定，建立公司的财务、会计制度。

第一百零九条 公司在每一会计年度终了时编制公司年度财务报告，并依法审查验证。

第一百一十条 公司年度财务报告，包括下列内容：

(1) 资产负债表；

(2) 利润表及利润分配表；

(3) 现金流量表；

(4) 会计报表附注；

第一百一十一条 年度财务报告按照有关法律、法规的规定进行编制。

第一百一十二条 公司除法定的会计帐册外，不另立会计帐册。公司的资产，不以任何个人名义开立帐户存储。

第一百一十三条 公司交纳所得税后的利润，按下列顺序分配：

(1) 弥补上一年度的亏损；

(2) 提取法定公积金 10%；

(3) 提取任意公积金

(4) 支付股东股利。

公司法定公积金累计额为公司注册资本的 50% 以上的，可以不再提取。

提取法定公积金后，是否提取任意公积金由股东大会决定。公司在弥补公司亏损和提取法定公积金之前不向股东分配利润。

第一百一十四条  股东大会决议将公积金转为股本时，按股东原有股份比例派送新股。但法定公积金转为股本时，所留存的该项公积金不得少于注册资本的25%。

第一百一十五条  公司股东大会对利润分配方案作出决议后，公司董事会须在股东大会召开后两个月内完成股利（或股份）的派发事项。

第一百一十六条  公司可以采取现金或者股票方式分配股利。

### 第二节  内部审计

第一百一十七条  公司实行内部审计制度，配备专、兼职审计人员，对公司财务收支和经济活动进行内部审计监督。

第一百一十八条  公司内部审计制度和审计人员的职责，应当经董事会批准后实施。审计负责人向董事会负责并报告工作。

## 第九章  合并、分立、解散和清算

### 第一节  合并或分立

第一百一十九条  公司可以依法进行合并或者分立。公司合并可以采取吸收合并和新设合并两种形式。

第一百二十条  公司合并或者分立，按照下列程序办理：

(一)董事会拟订合并或者分立方案；

(二)股东大会依照章程的规定作出决议；

(三)各方当事人签订合并或者分立合同；

(四)依法办理有关审批手续；

(五)处理债权、债务等各项合并或者分立事宜；

(六)办理解散登记或者变更登记。

第一百二十一条  公司合并或者分立，合并或者分立各方应当编制资产负债表和财产清单。公司自股东大会作出合并或者分立决议之日起十日内通知债权人，并于三十日内在报纸上公告。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

第一百二十二条　债权人自接到通知书之日起三十日内，未接到通知书的自公告之日起四十五日内，有权要求公司清偿债务或者提供相应的担保。公司不能清偿债务或者提供相应担保的，不进行合并或者分立。

第一百二十三条　公司合并或者分立时，公司董事会应当采取必要的措施保护反对公司合并或者分立的股东的合法权益。

第一百二十四条　公司合并或者分立各方的资产、债权、债务的处理，通过签订合同加以明确规定。

公司合并后，合并各方的债权、债务，由合并后存续的公司或者新设的公司承继。

公司分立前的债务按所达成的协议由分立后的公司承担。

第一百二十五条　公司合并或者分立，登记事项发生变更的，依法向公司登记机关办理变更登记；公司解散的，依法办理公司注销登记；设立新公司的，依法办理公司设立登记。

## 第二节　解散和清算

第一百二十六条　有下列情形之一的，公司应当解散并依法进行清算：

(一)营业期限届满；

(二)股东大会决议解散；

(三)因合并或者分立而解散；

(四)不能清偿到期债务依法宣告破产；

(五)违反法律、法规被依法勒令关闭。

第一百二十七条　公司因有本节前条第(一)、(二)项情形而解散的，应当在十五日内成立清算组。清算组人员由股东大会以特别决议的方式选定。

公司因有本节前条(三)项情形而解散的，清算工作由合并或者分立各方当事人依照合并或者分立时签订的合同办理。

公司因有本节前条(四)项情形而解散的，由人民法院依照有关法律的规定，组织股东、有关机关及专业人员成立清算组进行清算。

公司因有本节前条(五)项情形而解散的，由有关主管机关组织股东，有关机关及专业人员成立清算组进行清算。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020706

第一百二十八条　　清算组成立后，董事会、经理的职权立即停止。清算期间，公司不得开展新的经营活动。

第一百二十九条　　清算组在清算期间行使下列职权：

(一)通知或者公告债权人；

(二)清理公司财产、编制资产负债表和财产清单；

(三)处理公司未了结的业务；

(四)清缴所欠税款；

(五)清理债权、债务；

(六)处理公司清偿债务后的剩余财产；

(七)代表公司参与民事诉讼活动。

第一百三十条　　清算组应当自成立之日起十日内通知债权人，并于六十日内公告三次。

第一百三十一条　　债权人应当在章程规定的期限内向清算组申报其债权。债权人申报债权时，应当说明债权的有关事项，并提供证明材料。清算组应当对债权进行登记。

第一百三十二条　　清算组在清理公司财产、编制资产负债表和财产清单后，应当制定清算方案，并报股东大会或者有关主管机关确认。

第一百三十三条　　公司财产按下列顺序清偿：

(一)支付清算费用；

(二)支付公司职工工资和劳动保险费用；

(三)交纳所欠税款；

(四)清偿公司债务；

(五)按股东持有的股份比例进行分配。

公司财产未按前款第(一)至(四)项规定清偿前，不分配给股东。

第一百三十四条　　清算组在清理公司财产、编制资产负债表和财产清单后，认为公司财产不足清偿债务的，应当向人民法院申请宣告破产。公司经人民法院依法宣告破产后，清算组应当将清算事务移交给人民法院。

第一百三十五条　　清算结束后，清算组应当制作清算报告，以及清算期间收支报表和财务账册，报股东大会或者有关主管机关确认。

清算组应当自股东大会或者有关主管机关对清算报告确认之日起三十

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020707

日内，依法向公司登记机关办理注销公司登记，并公告公司终止。

第一百三十六条 清算组人员应当忠于职守，依法履行清算义务，不得利用职权收受贿赂或者其他非法收入，不得侵占公司财产。

清算组人员因故意或者重大过失给公司或者债权人造成损失的，应当承担赔偿责任。

### 第十章 修改章程

第一百三十七条 有下列情形之一的，公司应当修改章程：

（一）《公司法》或有关法律、行政法规修改后，章程规定的事项与修改后的法律、行政法规的规定相抵触；

（二）公司的情况发生变化，与章程记载的事项不一致；

（三）股东大会决定修改章程。

第一百三十八条 股东大会决议通过的章程修改事项应经主管机关审批的，须报原审批的主管机关批准；涉及公司登记事项的，依法办理变更登记。

第一百三十九条 董事会依照股东大会修改章程的决议和有关主管机关的审批意见修改公司章程。

### 第十一章 附 则

第一百四十条 董事会可依照章程的规定，制订章程细则。章程细则不得与章程的规定相抵触。

第一百四十一条 本章程以中文书写，其他任何语种或不同版本的章程与本章程有歧义时，以在山东省工商局最近一次核准登记后的中文版章程为准。

第一百四十二条 本章程所称"以上"、"以内"、"以下"，都含本数；"不满"、"以外"不含本数。

第一百四十三条 本章程由公司董事会负责解释。



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

（此页无正文，为山东泰和东新股份有限公司章程签字页）

法定代表人签字：

二〇〇六年八月八日

山东泰和东新股份有限公司

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

**Updated Jia Tr. Def's Ex. 11A**

**(English Translation of Jia Tr. Def's Ex. 11)**

Translation of TG 0020686

Shandong Administration for Industry & Commerce (seal)

# ARTICLES OF ASSOCIATION OF

# SHANDONG TAIHE DONGXIN CO., LTD.

Partial seal (illegible)

Translation of TG 0020687

# Contents

Chapter I General Principles·································································· 1

Chapter II Purpose and Scope of Business········································· 1

Chapter III The Shares··············································································· 2

Chapter IV Shareholders and General Meeting····································· 3

Chapter V Board of Directors ····························································· 10

Chapter VI Manager ·················································································· 14

Chapter VII Board of Supervisors··························································· 15

Chapter VIII Financial and Meeting Systems, Distribution of Profits and Auditing······· 17

Chapter IX Merger, Division, Dissolution and Liquidation ························· 18

Chapter X Amendments to These Articles of Association·························· 21

Chapter XII Supplemental Provisions ················································· 21

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0020688

These Articles of Association were adopted through a special resolution at the first extraordinary general meeting in 2005 of the Company on May 25, 2005 and amended hereby on August 8, 2006.

## Chapter I General Principles

Article 1 These Articles of Association are formulated pursuant to the *Company Law of the People's Republic China* (the "*Company Law*") and other relevant provisions for the purpose of protecting the legal interests of the Company, the Shareholders and the Creditors and regulating the organization and conduct of the Company.

Article 2 Shandong Taihe Dongxin Co., Ltd. (the "Company") is a company limited by shares incorporated pursuant to the *Company Law* and other relevant provisions.

The Company was incorporated by means of promoters as approved by Shandong Provincial Economic System Reform Commission by the Approval Letter of the Incorporation of Shandong Taihe Dongxin Co., Ltd. (Lu Ti Gai Han Zi [1998] No. 49). The promoters are: Shandong Taihe Taishan Plasterboard Main Factory (Group), Taian Huanan Enterprise (Group) Main Company, Taishan Dawenkou Construction & Installation Engineering Co., Ltd., Shandong Feicheng Lutai New Building Materials Main Factory, Shandong Taihe Group ESOP Association. The Company was registered with and obtained its business license from the Shandong Administration for Industry & Commerce.

Article 3 Registered name of the Company: Shandong Taihe Dongxin Co., Ltd.

Article 4 Domicile the Company: Dawenkou Township, Daiyue District, Tai'an City, Shandong Province. Postal Code: 271026

Article 5 The registered capital of the Company shall be RMB 155,625,000 yuan.

Article 6 The Company shall be a company limited by shares with its term of business being perpetual.

Article 7 Chairman shall be the legal representative of the Company.

Article 8 All capital of the Company shall be divided into equal shares. Each shareholder's liability to the Company shall be limited by the shares held by it. The Company shall be liable for its debts with all its debts.

Article 9 These Articles of Association shall constitute a document legally binding on the organization and conduct of the Company and the rights and obligations as between the Company and the Shareholders and among the Shareholders from its date of effectiveness. Pursuant to these Articles of Association, the Shareholders may sue the Company; the Company may sue its Shareholders, Directors, Supervisors, Managers (including the General Manager and deputy general managers, below "Managers") and other senior management personnel; the Shareholders may sue other Shareholders or the Directors, the Supervisors, the General Manager and other senior management personnel of the Company.

Article 10 For the purpose of these Articles, "other senior management personnel" shall mean the Deputy General Manager, the Board secretary, the financial principal, the chief engineer, the chief economic manager and the chief accountant of the Company.

## Chapter II Purpose and Scope of Business

Article 11 The purpose of the business of the Company shall be to establish efficient operation and management systems to facilitate steady development of the Company, to realize satisfactory economic return for the Shareholders and to discharge the Company's responsibilities to the prosperity of the society and the progress of mankind.

Translation of TG 0020689

Article 12 The business scope of the Company, as approved by its registry, shall include the manufacturing and sales of gypsum board, gypsum products, plaster board surface paper, stone materials, light weight metal studs, construction materials, decoration materials and new building materials; sales of (phosphoric acid) corrosives, phosphogypsum as a by-product of phosphoric acid, construction hardware, ceramics products, machinery and electrical products, furniture, home appliance, general merchandise and fitting parts for mining machinery; retailing of auto parts; recycling and sales of waste paper and waste carton; jade carving; decoration and improvement engineering; general cargo transportation within the licensed scope (may only be operated by the Company's branches); import and export businesses within the registration scope.

## Chapter III The Shares
Section One     Issuance of Shares

Article 13 The shares of the Company shall take the form of share certificates.

Article 14 All shares issued by the Company shall be common shares.

Article 15 Shares of the Company shall be issued on an open, fair and impartial manner with the same kind of shares bearing the same rights and benefits.

Article 16 The par value of the shares issued by the Company shall be represented in RMB.

Article 17 The total capital of the Company shall comprise 155,625,000 shares. Within such shares:
(1) Beijing New Building Materials Co., Ltd. holds 65,362,500 shares, representing 42% of the total capital of the Company;
(2) Tai'an Donglian Investment Trading Co., Ltd. holds 35,793,750 shares, representing 23% of the total capital of the Company;
(3) Tai'an State-owned Assets Operation Co., Ltd. holds 24,900,000 shares, representing 16% of the total capital of the Company;
(4) Tai'an Anxin Investment Trading Co., Ltd. holds 21,787,500 shares, representing 14% of the total capital of the Company;
(5) Jia Tongchun holds 7,781,250 shares, representing 5% of the total capital of the Company.

Section Two     Increase and Reduction of Shares and Repurchase

Article 18 As required by its operation and development, the Company may increase its capital in the following ways by separate special resolutions of the General Meeting pursuant to provisions of the laws and regulations:
(1) allotment of shares to existing shareholders;
(2) allotment of dividend shares to existing shareholders;
(3) converting reserve funds into share capital;
(4) other ways provided or permitted under provisions of laws and regulations.

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0020690

When the Company increases the shares, Beijing New Building Materials Co., Ltd. shall have preemptive right to subscribe the newly issued shares on equal terms.

Article 19 The Company may reduce its registered capital pursuant to the provisions of these Articles of Association. Reduction of shares by the Company shall be carried out pursuant to *the Company Law* and other relevant provisions and the procedures provided by these Articles of Association of the Company.

<div align="center">Section Three     Transfer of Shares</div>

Article 20 Shares held by shareholders may be legally transferred. Beijing New Building Materials Co., Ltd. shall have preemptive right to purchase on equal terms for the shares transferred by the other shareholders of the Company.

Article 21 Shares in the Company held by the promoters may not be transferred within three years as of the date of incorporation of the Company.

<div align="center">

**Chapter IV Shareholders and General Meetings**
Section One    Shareholders

</div>

Article 22 Shareholders shall be the legal owners of the shares of the Company.
The shareholders shall be entitled to rights and undertake obligations pursuant to the kind of shares held by them. Shareholders of the same kind of shares shall be entitled to the same rights and undertake the same obligations.

Article 23 Shareholder Register shall be sufficient evidence of shareholders' ownership of shares in the Company. The Company shall establish a Shareholder Register.

Article 24 The shareholders of the Company shall be entitled to the following rights:
(1) receiving dividends and other distribution of benefits in proportion to their shareholding ratios;
(1) attending general meetings in person or by shareholder proxy;
(3) exercising voting rights in proportion to their shareholding ratio;
(4) supervising the operation activities of the Company and making proposals or inquiries;
(5) transferring, endowing or pledging the shares held by them pursuant to provisions of laws, regulations and these Articles of Association;
(6) obtaining relevant information pursuant to provisions of the law and these Articles of Association, including access to these Articles of Association and other documents of the Company;
(7) participating in the distribution of equity in proportion to its shareholding ratio upon termination or liquidation of the Company;

Translation of TG 0020691

(8) other rights vested by laws, regulations and these Articles of Association.

Article 19 If any resolution of the General Meeting or the Board of Directors violates laws and regulations or legal interests of the shareholders, the shareholders may bring a lawsuit with people's court for an injunction to stop such illegal activity or tort.

Article 20 The shareholders of the Company shall undertake the following obligations:
(1) observing these Articles of Association of the Company;
(2) paying the subscription price pursuant to the number of shares subscribed and the payment mode provided;
(3) refraining from requesting redemption of shares except for under the circumstances provided by laws and regulations;
(4) other obligations imposed by laws, regulations and these Articles of Association.

Article 21 If the Shareholders pledge their own shares, they shall first get approval by the special resolution of the General Meeting of the Company.

<div align="center">Section Two    General Meeting</div>

Article 22 The General Meeting shall be the organ of the highest authority of the Company and shall exercise the following powers:
(1) determining the operation policy and investment plans of the Company;
(2) electing and replacing Directors, and determining the remuneration of the Directors;
(3) electing and replacing the supervisors from Shareholder Representatives, and determining the remuneration of the Supervisors;
(4) deliberating and determining the approval of reports of the Board of Directors;
(5) deliberating and determining the approval of reports of the Board of Supervisors;
(6) deliberating and determining the approval of annual financial budget and final accounting plans of the Company;
(7) deliberating and determining the approval of the profit distribution and loss covering plans of the Company;
(8) adopting resolutions of registered capital increase or reduction of the Company;
(9) adopting resolutions of issuing corporate bonds;
(10) adopting resolutions of merger, division, dissolution, liquidation or change of corporate form of the Company;
(11) amending these Articles of Association of the Company;
(12) adopting resolutions on the pledge of the Company's shares by the Shareholders;
(13) other matters to be determined by the General Meeting pursuant to laws, regulations and these Articles of Association of the Company.

Article 23 Meetings of the General Meeting shall be classified into annual general meetings and extraordinary general meetings. In each year, one annual general meeting shall be convened within six months of the end of the previous financial year.

Article 24 Under any of the following events, the Company shall convene an extraordinary general meeting within two months of the date of occurrence of such event:

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0020692

(1) the number of Directors being less than the statutory minimum number provided in the *Company Law* or the 2/3 of the number provided in these Articles of Association;
(2) the uncovered losses of the Company amounting to 1/3 or more of the total capital;
(3) written request by shareholders holding, individually or collectively, shares representing no less than 10% of the voting rights (not including voting rights held as proxy) of the Company;
(4) the Board of Directors considering such meeting necessary;
(5) the Board of Supervisors proposing the convening of such meeting;
(6) other circumstances provided by these Articles of Association of the Company.

Article 25 Extraordinary general meetings may adopt resolutions only in connection with the matters set out in the notice of such meeting.

Article 26 General meetings shall be legally convened by the Board of Directors and presided over by the Chairman. Where the Chairman fails to perform its responsibilities for cause, the meeting shall be presided over by a Director designated by the Chairman; where the Chairman is not able to attend the meeting and also fails to designate other director, the meeting will be presided over by a director designated by the Board of Directors; where the Board of Directors fails to designate a director to preside over the meeting, the shareholders attending the meeting shall collectively recommend a shareholder to preside over the meeting.

Article 27 For the Company to convene any general meeting, the Board of Directors shall give a written notice (fax shall be valid) at least thirty days in advance of the meeting to the shareholders. With the consent of all the shareholders, the aforesaid notice period may be exempted or appropriately shortened.

Article 28 The shareholders may attend meetings of the General Meeting in person or through their authorized proxies. Shareholders shall authorize their proxies by written power of attorney, which shall be signed by the authorizing shareholders or their agents in fact authorized in writing. If the authorizing shareholder is a legal entity, the power of attorney shall be stamped the seal of such shareholder or be signed by its officially appointed agent.

Article 29 The power of attorney authorizing another person to attend the any general meeting issued by shareholder shall specify the following items:
(1) name of the proxy;
(2) whether the exercise of voting power is granted;
(3) instructions of the casting affirmative, dissenting or abstention vote in connection with each considered matter listed in the agenda of the general meeting;
(4) date and duration of the power of attorney;
(5) signature (or seal) of the authorizing shareholder. If the authorizing shareholder is a legal entity, the seal of such legal entity shall also be affixed.

Translation of TG 0020693

The power of attorney shall specify whether the proxy may vote according to his own intention absenting the shareholder's specific instruction.

Article 30 The Company shall be responsible for preparing a signature register for all the attendees of the meeting. The signature register shall specify items of the attendees such as name (or entity name), ID number, domicile and address, number of voting shares held or represented and the authorizing shareholder's name (entity name).

Article 31 The following procedures shall apply to interim shareholder meetings convened upon requests of the Board of Supervisors or the shareholders:
(1) One or several counterparts of a written request in the same substance and form shall be signed for the purpose of requesting the Board of Directors to convene an extraordinary general meeting, stating the subjects of such meeting. The Board shall, upon its receipt of the aforesaid written request, give a notice for convening the extraordinary general meeting as soon as possible.
(2) If the Board fails to give the notice of convening such meeting within thirty days of its receipt of the aforesaid written request, the Board of Supervisors or the shareholders proposing such meeting may directly convene such extraordinary general meeting within three months of the Board of Director's receipt of such request. The process of convening such meeting shall be as identical as possible to the procedures applying to the Board of Directors' convening of meetings of the General Meeting. Where the Board of Directors or the shareholders directly convene and hold a meeting due to the Board of Directors' failure to hold such meeting upon the aforesaid request, the Company shall provide the Board of Supervisors or the shareholders necessary assistance and bear the costs of such meeting.

Article 32 After the notice of a general meeting is sent, the Board of Directors shall not change the time of such meeting unless there occurs some reason such as force majeure or any other accident.

Article 33 If the Board of Directors fails to convene an extraordinary general meeting within the provided time limit when the number of members of the Board of Directors is less than the minimum statutory number under *the Company Law* or less than 2/3 of the number provided in these Articles of Association, or the uncovered losses of the Company amount to 1/3 or more of the total capital, the Board of Supervisors or the shareholders may directly convene an extraordinary general meeting pursuant to the procedures provided in these Articles of Association.

<div align="center">Section Three     Proposals to the General Meeting</div>

Article 34 For any general meeting, shareholders holding, individually or collectively, 5% or more shares of the Company may raise new proposals.

Article 35 Each proposal to the General Meeting shall meet the following requirements:
(1) the contents of such proposal shall not contravene with provisions of the laws, regulations and these Articles of Association and fall into the business scope of the Company and the scope of responsibilities of the General Meeting;
(2) the proposal shall have explicit subjects and specific matters to be resolved.
(3) the proposal shall be submitted or sent to the Board of Directors in writing.

Translation of TG 0020694

Article 36 It shall be the principle of the Board of Directors to conduct itself in the best interests of the Company and the shareholders. The Board of Directors shall review proposals to the General Meeting pursuant to Article 44 of this Section.

Article 37 If the Board of Directors determines not to include any proposal to the General Meeting in the agenda of the meeting, it shall explain and illustrate such determination at such general meeting.

<div align="center">Section Four          Resolutions at the General Meetings</div>

Article 38 The shareholders (including their proxies) shall exercise their voting rights in proportion to the number of voting shares represented by them, each share bearing one vote.

Article 39 Resolutions at the General Meetings shall be classified into common resolutions and special resolutions.
For the General Meeting to adopt any common resolution, affirmative votes cast by 1/2 or more of the voting rights held by all attending shareholders (including shareholder proxies) of the General Meeting are required.
For the General Meeting to adopt any special resolution, affirmative votes cast by 2/3 or more of the voting rights held by all attending shareholders (including shareholder proxies) of the General Meeting are required.

Article 40 The following matters shall be passed by commons resolutions at a general meeting:
(1) operational reports of the Board of Directors or the Board of Supervisors;
(2) annual budget and final accounting plans of the Company;
(3) annual reports of the Company;
(4) profit distribution and loss covering plans prepared by the Board of Directors;
(5) appointment, dismissal, and compensation and the payment thereof of members of the Board of Directors and the Board of Supervisors;
(6) other matters except for those the passing of which requires special resolutions pursuant to provisions of the laws, regulations or these Articles of Association.

Article 41 The following matters shall be passed by special resolutions of the General Meeting:
(1) increase or reduction of registered capital of the Company;
(1) issuing of corporate bonds of the Company;
(3) division, merger, dissolution and liquidation of the Company;
(4) amending these Articles of Association of the Company;
(5) redemption of shares of the Company;
(6) other matters provided in these Articles of Association or determined by common resolutions of the General Meeting as having material effect on the Company and requiring special resolutions.

Article 42 Unless approved by the General Meeting by a special resolution, the Company may not enter into any contract with any person other than the directors, managers and other senior management personnel for the purpose of entrusting the management of all or major businesses of the Company to such person.

Translation of TG 0020695

Article 43 The name list of both director and supervisor candidates shall be submitted to the general meeting for a resolution in the form of proposal.
The Board of Directors shall provide the Shareholders with the resumes and basic information of both director and supervisor candidates.

Article 44 The nomination and election of a supervisor acting by director or shareholder representative shall be carried out according to the following procedures:
(1) Supervisor acting by director or shareholder representative shall be nominated by Shareholders pursuant to the provisions in Articles 70 and 105 of these Articles of Association, and elected upon decision at the General Meeting;
(2) The nominator of director or supervisor shall get consent of the nominee before nomination. The nominator shall be fully aware of the nominee's job, education, detailed work experience, all full-time and current positions, etc.
Before the holding of General Meeting, the Company shall disclose the detailed materials on the director and supervisor candidates, and ensure that the Shareholders be fully aware of the candidates at the time of voting.
(3) The Company shall sign an employment contract with the director to specify the rights and duties between the Company and the director, the term of the director, the liabilities if the director violates any law, regulation or the Company's Articles of Association, and the compensation to be made by the Company in the case of cancelling the contract in advance.

Article 45 Voting by open ballot shall be used at general meetings and the votes shall be casted either by ballot or by show of hands. The representative of ballot counters shall announce the voting results on spot.

Article 46 The presider of the meeting shall determine whether any resolution of the general meeting is passed pursuant to the voting results and shall announce the voting results at such meeting. The voting results of the resolutions shall be included in the minutes of the general meetings.

Article 47 If the presider has any doubt relating to the voting results of any resolution submitted for voting, he/she may tally the votes casted. If the presider of the meeting fails to tally the votes and the attending shareholders or shareholder proxies have objections against the results announced by the presider, they shall have the right to immediately request the tally of votes after the announcement of the voting results, upon which the presider shall tally the votes seasonably.

Article 48 Except for those relating to business secret of the Company and not able to be disclosed at general meetings, the Board of Directors and the Board of Supervisors shall give reply or explanation to shareholders' inquires and suggestions.

Article 49 Minutes of the general meetings shall be prepared. The following items shall be included in the minutes of general meetings:
(1) the number of voting shares the holders of which are present at the meeting and the ratio they account for total shares;
(2) the date and place of such meeting;

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0020696

(3) name of the presider and agenda of the meeting;
(4) key points of each speaker on each matter being considered;
(5) voting results of each matter subject to voting;
(6) inquiry opinions, suggestions of the shareholders, reply or explanation of the Board of Directors and the Board of Supervisors and other contents;
(7) other contents that should be included in the meeting minutes pursuant to the general meeting's opinions or the provisions of these Articles of Association.

Article 50 Minutes of the general meetings shall be signed by the attending shareholders, Directors and the presider shall be kept as the Company's record by the Board Secretary. Minutes of the general meetings shall be kept for perpetuity.

Article 51 The number of attendees, number of shares held by attending shareholders, powers of attorney, voting results of each matter subject to voting, the meeting minutes, the legality of the procedure and other matters of general meetings may be certified by a notary public.

<div align="center">

**Chapter V     Board of Directors**
Section One     Directors
</div>

Article 52 The Directors of the Company shall be individuals. An individual does not have to hold any shares of the Company to be a Director.

Article 53 Persons listed in Articles 57 and 58 of *the Company Law* may not act as the Directors of the Company.

Article 54 Directors shall be elected or replaced by the General Meeting for three-year tenures. Directors may be re-appointed at the expiration of each tenure. The General Meeting shall not discharge any Director without cause prior to the expiration of its tenure. The tenure of each Director shall begin to run at the date of such Director's appointment by the General Meeting by a resolution and shall end at the expiration of the tenure of the current Board of Directors.

Article 55 Each Director shall abide by laws, regulations and the Company's Articles of Association, faithfully perform responsibilities, and protect the Company's interests. When his own interests are in conflict with the interests of the Company or the Shareholders, he shall act for the maximum interests of the Company or the Shareholders, and ensure that:
(1) he shall exercise rights within the scope of responsibility, and not go beyond the scope of powers;
(2) unless it is otherwise prescribed in the Company's Articles of Association or approved by the informed General Meeting, he shall not conclude a contract or engage in a transaction with the Company;
(3) he shall not seek interests for himself or any other people by using inside information;
(4) he shall not operate by himself or for any other people any same businesses as the Company, or engage in any activities damaging the Company's interests;
(5) he shall not accept bribery or other illegal income by taking advantage of his authority, and not encroach on the Company's property;

Translation of TG 0020697

(6) he shall not misappropriate funds or loan the Company's money to any other people;

(7) he shall not take advantage of authority to usurp or accept the business opportunity, for himself or any other people, that should belong to the Company;

(8) unless it is approved by the informed General Meeting, he shall not accept the commission resulting from the transaction with the Company;

(9) he shall not use the Company's assets to open an account in the name of himself or any other people;

(10) he shall not provide guarantee for the Company's shareholder or other personal debts by using the Company's assets;

(11) without consent of the informed General Meeting, he shall not divulge the confidential information he has access to during the period of employment; however, under any of the following circumstances, he may divulge the said information to the court or any other government agency:

1. where the law stipulates to do so;

2. where the public interest requires to do so;

3. the legitimate interests of the director himself require to do so.

Article 56 Each Director shall exercise its rights vested by the Company prudently, earnestly and diligently to ensure that:

(1) the business activities of the Company comply with the requirements of the laws, regulations and the various economic policies of the government and do not go beyond the business scope stated in the business license;

(2) all shareholders are treated fairly;

(3) he shall carefully read the various business and financial reports of the Company and timely learn the operation and management status of the business of the Company;

(4) he shall personally exercise his granted discretion relating to the management of the Company and shall not be manipulated by any other person; and that he shall not re-delegate its discretion to be exercised by any other person unless permitted under the laws and administrative regulations or approved by an informed general meeting;

(5) he shall accept the legal supervision and reasonable suggestions of the Board of Supervisors concerning his performance of responsibilities.

Article 57 Each Director may resign from his office prior to the expiration of its tenure. The resigning Director shall submit a written resignation report to the Board of Directors for such resignation.

Article 58 Any incumbent Director who has caused losses to the Company due to its departure from office without approval shall be liable for indemnifying the Company.

Translation of TG 0020698

Article 59 The provisions in this Section relating to the duties of Directors shall be applicable to the supervisors, managers and other senior management personnel of the Company.

Section Two    The Board of Directors

Article 60 The Company shall have a Board of Directors, which shall be accountable to the General Meeting.

Article 61 The Board of Directors shall be composed of seven Directors and shall have one Chairman. Of these seven Directors, Beijing New Building Materials Co., Ltd will nominate 4 Directors, Taian State-owned Assets Management Co., Ltd shall nominate one Director, Taian Donglian Investment Trading Co., Ltd, Tai'an Anxin Investment & Trading Co., Ltd and Jia Tongchun shall jointly nominate 2 Directors.

Article 62 The Board of Directors shall exercise the following powers:
(1) convening general meetings and reporting its work to the same;
(2) implementing resolutions of the General Meeting;
(3) determining the operation plan and investment projects of the Company;
(4) formulating annual financial budgets and final accounting plans of the Company;
(5) formulating the profit distribution and loss covering plans of the Company;
(6) formulating plans for registered capital increase or reduction, issuing of corporate bonds or other securities and listing of the Company's securities;
(7) formulating plans of major acquisition, redemption of shares, merger, division or dissolution of the Company;
(8) determining the venture investments and mortgage and other guarantees created on the assets of the Company within the authority vested in it by the General Meeting;
(9) determining the establishment of internal management organs of the Company;
(10) hiring or dismissing General Manager, Board Secretary and the openly recruited financial principal of the Company; hiring and dismissing Deputy General Manager and other senior management personnel of the Company based on nomination by General Manager and determining remuneration and rewards and punishment matters of such personnel;
(11) formulating basic management systems of the Company;
(12) drafting amendments to these Articles of Association of the Company;
(13) listening to operation reports of the General Manager and inspecting its performance;
(14) other powers provided by laws, regulations and these Articles of Association of the Company or vested in it by the General Meeting.

Article 63 The Board of Directors shall formulate rules for discussion of matters by it to ensure its performance efficiency and sound decision-making.

Article 64 Chairman shall be a Director and shall be elected and removed by no less than half of all the Directors.

Translation of TG 0020699

Article 65 Chairman shall exercise the following powers:
(1) presiding over general meetings and convening and presiding over Board meetings;
(2) supervising and inspecting the implementation of Board resolutions;
(3) signing shares, corporate bonds and other securities of value of the Company;
(4) signing important documents of the Board and other documents that should be signed by legal representative of the Company;
(5) exercising the powers of legal representative;
(6) exercising special discretion in conformity to legal provisions and in the interests of the Company in relation to matters of the Company under urgent situations of a force majeure nature such as extreme natural disasters and reporting to the Board and the General Meeting afterwards;
(7) other powers vested by the Board.

Article 66 When the Chairman can not exercise powers, he shall designate a director to exercise powers on his behalf.

Article 67 The Board of Directors shall have at least two meetings in each year, which shall be convened by Chairman and of which written notice shall be given to all Directors ten days in advance of the meeting.

Article 68 Under any of the following circumstances, Chairman shall convene an interim Board meeting within ten business days:
(1) The Chairman deeming such meeting necessary;
(2) 1/3 or more Directors jointly proposing such meeting;
(3) the Board of Supervisors proposing the convening of such meeting;
(4) Managers proposing the convening of such meeting.

Article 69 Notice of interim Board meeting may be served by the Board by personal delivery or fax seven days in advance of the meeting.
Where Chairman is not able to perform responsibilities under the circumstances prescribed in Item (2), (3) or (4) of Article 77 of this Chapter, he shall designate a director to convene the interim Board meeting on his behalf; where the Chairman is unable not perform responsibilities not for cause and also did not designate a specific person to perform responsibilities on his behalf, no less than half the Directors shall jointly elect one Director to convene the meeting.

Article 70 To constitute a quorum at any Board meeting, no less than 1/2 of the Directors must present themselves. Each Director shall have one vote. To adopt any resolution, no less than half of all the Directors shall vote affirmatively.

Article 71 At interim Board meetings, resolutions may be adopted by fax signed by all attending Directors provided that Directors' opportunity to fully express their opinions shall be secured.

Translation of TG 0020700

Article 72 Directors shall attend Board meetings in person. Where a Director is unable to attend any Board meeting for cause, he/she may authorize another Director in writing to attend such meeting.

Article 73 The power of attorney shall specify the name of the agent and matters, power, and validity period of such agency and shall be signed or sealed by the authorizing Director.

Article 74 The Director acting as an agent shall exercise the rights of the authorizing Director within the powers vested. Any Director neither presenting himself/herself in person nor authorizing an agent to attend any meeting shall be deemed as having waived its voting right at such meeting.

Article 75 For voting Board resolutions, open ballot voting shall be applied. Each Director shall have one vote.

Article 76 Minutes of Board meetings shall be prepared. Directors and the clerk attending the meeting shall sign the meeting minutes. Each attending Director shall have the right to request the making of explanatory notes concerning his speaking at the meeting. Board meeting minutes shall be kept by Board Secretary as records of the Company. Board meeting minutes shall be kept for perpetuity.

Article 77 Minutes of Board meetings shall include the following contents:
(1) the date, place and the name of the convening person of such meeting;
(2) names of the attending Directors and Directors (agents) attending under the authorization of other Directors;
(3) agenda of the meeting;
(4) key points of the statements of Directors;
(5) voting manner and results (including the numbers respectively of affirmative votes, dissenting votes and abstention votes) of each voted matter.

Article 78 Directors shall sign and be responsible for Board resolutions. If any Board resolution violates laws, regulations or these Articles of Association and has caused losses to the Company, Directors having participated in the adoption of such resolution shall be responsible for indemnifying the Company. However, where it is established that any Director has indicated its objection to such resolution, which objection has been recorded in the meeting minutes, such Director shall be released from such liability.

<div align="center">Section Three    Board Secretary</div>

Article 79 The Board of Directors shall have one Board Secretary. Board Secretary shall be a senior management personnel of the Company accountable to the Board of Directors.

Article 80 Board Secretary shall have necessary expertise and experience and shall be appointed by the Board of Directors. The provisions in Article 62 of this Chapter concerning the circumstances in which one shall not act as the Director shall be applicable to the Board Secretary.

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0020701

Article 81 The primary responsibilities of Board Secretary shall be as follows:
(1) preparing and submitting reports and documents to be issued by the Board and the General Meeting as required by relevant government authority;
(2) making arrangements for Board meetings and general meetings and being responsible for preparing meeting minutes and keeping the documents and minutes of such meetings;
(3) being responsible for information disclosure by the Company to ensure the timeliness, accuracy, legality and completeness of such disclosure;
(4) ensuring that persons entitled to receiving relevant records and documents of the Company receive the same on time.

Article 82 Board Secretary may be a Director or other senior management personnel of the Company.

Article 83 Board Secretary shall be nominated by Chairman and hired or dismissed by the Board. Where a Director is also Board Secretary, he/she may not, in both of such capacities at the same time, take any activity that needs to be taken by the Directors and Board Secretary respectively.

## Chapter VI General Manager

Article 84 The Company shall have one General Manager which shall be hired or dismissed by the Board of Directors. If hired, the Directors may hold the office of General Manager or other senior management position at the same time.

Article 85 The persons prescribed in Articles 57 and 58 of *the Company Law* may not act as the General Manager of the Company.

Article 86 Each tenure of General Manager shall be three years, renewable upon re-appointment.

Article 87 General Manager shall be accountable to the Board of Directors and shall exercise the following powers:
(1) directing the management of production and operation of the Company and report to the Board of Directors;
(2) coordinating the implementation of Board resolutions and annual plans and investment projects of the Company;
(3) preparing plans for establishing internal management organs of the Company;
(4) preparing the basic management systems of the Company;
(5) formulating specific rules of the Company;
(6) submitting its proposals of hiring or dismissing senior management personnel other than the financial principal for the Board's determination;
(7) hiring or dismissing management personnel other than those that should be hired or dismissed by the Board;
(8) preparing plans of employee's wages, benefits and rewards and punishments and determining the hiring and dismissing of employees of the Company;

Translation of TG 0020702

(9) proposing the convening of interim Board meetings;
(10) other powers vested by these Articles of Association or the Board of the Company.

Article 88 General Manager shall attend the Board meetings, and non-director General Manager shall not have the voting right at the Board meetings.

Article 89 General Manager shall, upon request by the Board of Directors or the Board of Supervisors, report to the Board of Directors or the Board of Supervisors status of matters of the Company such as execution and performance of major contracts, use of funds and profits and losses. General Manager shall ensure the truthfulness of such reports.

Article 90 In preparing plans for issues affecting the vital interests of the employees such as employees' wages, benefits, safe production and labor protection, labor insurance and dismissal or firing of employees, General Manager shall consult with the opinions of the trade union or the employee congress beforehand.

Article 91 General Manager of the Company shall observe provisions of laws, administrative regulations, these Articles of Association and the duties of good faith and diligence.

Article 92 General Manager may resign from its office prior to the expiration of its tenure. Specific procedures and rules applying to General Manager's resignation shall be governed by the employment contract between the Company and General Manager.

Article 93 The Company shall establish an incentive mechanism which represents a correlation between compensation of General Manager and other senior management personnel and the performance of the Company and such individuals to attract talents and maintain a stable team of such personnel.

Article 94 The Company's assessment of the performance of General Manager and other senior management personnel shall be the basis on which such personnel's compensation and other incentive payments should be ascertained.

Article 95 If there is any violation of laws, regulations and these Articles of Association on the part of General Manager or other senior management personnel that has caused losses to the Company, the Board of Directors shall take active measures to hold such personnel legally liable.

### Chapter VII Board of Supervisors
Section One The Supervisors

Article 96 Supervisors shall consist of shareholder representatives and employee representatives. Beijing New Building Materials Co., Ltd. shall nominate one Supervisor, the other shareholders shall jointly nominate one Supervisor and the other Supervisor shall be a representative of the employees.

Article 97 The persons prescribed in Articles 57 and 58 of *the Company Law* may not act as the General Manager of the Company.
None of the Directors, the General Manager and other senior management personnel shall hold the office of Supervisor concurrently.
Supervisors shall have expertise or experience in areas such as law and accounting. The composition and structure of the Board of Directors shall ensure that the Board of Directors is able to carry out supervision and inspection in connection with the Directors, the General Manager and other senior management personnel independently and effectively.

Translation of TG 0020703

Article 98 Each tenure of the Supervisors shall last for three years. Shareholder Supervisors shall be elected or replaced by the General Meeting and employee Supervisors shall be elected or replaced by the employees of the Company democratically. The tenure of each Supervisor may be renewed upon re-appointment.

Section 99 Each Supervisor may resign prior to the expiration of his/her tenure. Provisions in Chapter V of these Articles of Association concerning Directors' resignation shall apply to Supervisors.

Article 100 Supervisors shall comply with laws, administrative regulations, these Articles of Association, carry out the duties of good faith and diligence.

Section Two    The Board of Supervisors

Article 101 The Company shall have a Board of Supervisors. The Board of Supervisors shall have three members, among which one member shall be the Chairman of the Board of Supervisors. Where Chairman of the Board of Supervisors is not able to perform its responsibilities, he shall designate another supervisor to exercise powers on his behalf.

Article 102 The Board of Supervisors shall exercise the following powers:
(1) inspecting the financial matters of the Company;
(2) supervising the Directors, the General Manager and other senior management personnel in their performance of duties with the Company and proposing the removal of any of the Directors, the General Manager and other senior management personnel who has violated any provision of the laws, administrative regulations or these Articles or the resolutions of the Board;
(3) Where any activity of the Directors, the General Manager or other senior management personnel acts against the interests of the Company, requesting correction of such personnel and, if necessary, reporting such activity to the General Meeting or relevant government authority;
(4) proposing the convening of extraordinary general meetings;
(5) observing the Board meetings;
(6) other powers vested by these Articles of Association or the General Meeting.

Article 103 The Board of Supervisors may request the Directors, the General Manager and other senior management personnel and internal or external auditors of the Company to attend its meetings and respond to questions of concern. Where the Board of Supervisors identify any activity of the Directors, the General Manager or other senior management personnel that violates the laws, regulations or these Articles of Association of the Company, it may report such activity to the Board of Directors or the General Meeting or directly inform relevant authority the same. In its exercise of official powers, the Board of Supervisors may retain professional agencies such as law firms and accounting firms to offer help if necessary, whereof the costs incurred shall be borne by the Company.

Article 104 The Board of Supervisors shall have at least two meetings in each year. Notice of Supervisors' meetings shall be served to all Supervisors ten days in advance of each meeting in writing.

Section Three Supervisors' Meetings

Translation of TG 0020704

Article 105 Supervisors shall attend Supervisors' meetings in person. When the Supervisors' meetings vote any resolution, open ballot voting shall be applied.

Article 106 Voting procedures of Supervisors' meetings shall be as follows: to constitute a quorum at any Supervisors' meeting, no less than 1/2 of the Supervisors must present themselves; each Supervisor shall have one vote; and to adopt any resolution, no less than half of all the Supervisors shall vote affirmatively.

Article 107 Minutes shall be kept for Supervisors' meetings, which all Supervisors and the clerk attending the meeting shall sign. Each attending Supervisor shall have the right to request the making of certain explanatory notes concerning his speaking at the meeting. Supervisors' meeting minutes shall be kept by Board Secretary as records of the Company. Supervisors' meeting minutes shall be kept for perpetuity.

### Chapter VIII Financial and Accounting Systems, Distribution of Profits and Auditing
Section One Financial and Accounting Systems

Article 108 The Company shall establish its financial and accounting systems pursuant to the provisions of laws, administrative regulations and relevant government authorities.

Article 109 The Company shall prepare its annual financial report at the end of each financial year, which shall be legally audited and verified.

Article 110 The annual financial report shall include the following items:
(1) the balance sheet;
(2) the income statement and the statement of profit distribution;
(3) the cash flow statement;
(4) notes of financial statement.

Article 111 The annual financial report shall be prepared pursuant to relevant provisions of laws and regulations.

Article 112 Except for the statutory account book, the Company shall not set up any other account book. The assets of the Company shall not be deposited in any account under the name of any individual.

Article 113 The after tax income of the Company shall be distributed according to the following priorities:
(1) covering the losses of the previous year;
(2) allocation to statutory reserve fund (10%);
(3) allocation to optional reserve fund;
(4) paying dividend to shareholders.
Where the cumulative balance of the statutory reserve fund of the Company is no less than 50% of its registered capital, the Company may cease the allocation of net income to such fund. After allocations to statutory reserve fund and public welfare fund are made, it shall be determined by the General Meeting whether to make allocation to optional reserve fund. The Company shall not make any distribution of profit to the shareholders before covering its losses and making allocations to statutory reserve fund and public welfare reserve fund.

Translation of TG 0020705

Article 114 Where the General Meeting adopts a resolution to convert reserve fund into capital, new shares shall be allotted to shareholders in proportion to their existing shareholding ratios. However, where statutory reserve fund is converted to capital, retained balance of such reserve fund shall not be less that 25% of the registered capital.

Article 115 After the general meeting adopts a resolution concerning the profit distribution plan, the Board of Directors of the Company shall complete the payment or allotment of dividend or shares within two months of the general meeting.

Article 116 The Company may make distribution of dividends in cash or in stock.

<div align="center">Section Two    Internal Auditing</div>

Article 117 The Company shall apply an internal auditing system, allocating full-time and part-time auditors to perform internal auditing in relation to the financial incomes and expenses and economic activities of the Company.

Article 118 The Company's internal auditing system and the responsibilities of the auditors shall be implemented after being approved by the Board of Directors. The person in charge of auditing shall be accountable and report to the Board of Directors.

<div align="center">

**Chapter X    Merger, Division, Dissolution and Liquidation**
Section One    Merger or Division

</div>

Article 119 The Company may legally carry out merger or division.
Merger of the Company may take either of the following two forms: merger by absorption or merger by incorporation.

Article 120 The following procedures shall apply to merger and division of the Company:
(1) the Board of Directors preparing a plan for the merger or division;
(2) the General Meeting adopting a resolution pursuant to these Articles of Association;
(3) the parties signing the merger or division contract;
(4) legally completing relevant approval formalities;
(5) dealing with the various matters involved in merger or division such as claims and debts;
(6) completing registration of dissolution or change.

Article 121 In the course of merger or division of the Company, the parties to such merger or division shall prepare their respective balance sheets and schedules of assets. The Company shall notify its creditors within ten days of the date when the General Meeting adopts the resolution of merger or division and shall make an announcement in newspaper within thirty days.

Translation of TG 0020706

Article 122 The creditors may request the Company to repay the debts or provide corresponding security within thirty days of receipt of notice or, if no notice is received, within forty five days of the date of the first announcement. If the Company is not able to repay the debts nor provide corresponding security, it shall not proceed with the merger or division.

Article 123 In the course of merger of division of the Company, the Company shall take necessary measures to protect the legal interests of the shareholders objecting to the merger or division of the Company.

Article 124 Disposal of assets, debts and claims of the parties to the merger or division of the Company shall be explicitly provided for by entering into a contract.
After the merger of the Company, the claims and liabilities of the parties to such merger shall be succeeded by the surviving or newly incorporated company after such merger.
The pre-division debts of the Company shall be assumed by the companies existing after such division pursuant to the agreement entered into between the parties.

Article 125 If any change to any matter subject to registration occurs in the course of merger or division of the Company, such change shall be registered with the company registry. If the Company is dissolved, cancellation registration of the Company shall be completed. For the new company legally incorporated, incorporation registration shall be completed.

Section Two    Dissolution and Liquidation

Article 126 If any of the following situations occur, the Company shall be dissolved and legally liquidated:
(1) the business term of the Company expires;
(2) the General Meeting adopts a resolution to dissolve the Company;
(3) the Company is dissolved due to merger or division;
(4) the Company is legally declared bankrupt due to inability to repay due debts;
(5) the Company is legally ordered to shut down due to violation of laws and regulations.

Article 127 Where the Company is dissolved under the situations set out in sub-paragraph (1) and (2) of the foregoing Article 126 of this Section, it shall constitute a liquidation group within fifteen days. The members of the liquidation group shall be elected by the General Meeting by a special resolution.
Where the Company is dissolved under the situation described in sub-paragraph (3) of the foregoing Article 126 of this Section, the liquidation matters shall be completed by the parties to the merger or division pursuant to the contract entered into at the time of such merger or division.
Where the Company is dissolved under the situation described in sub-paragraph (4) of the foregoing Article 126 of this Section, liquidation shall be completed by a liquidation group comprising shareholders, relevant authorities and professionals as coordinated by the people's court pursuant to the provisions of relevant laws.
Where the Company is dissolved under the situation described in sub-paragraph (5) of the foregoing Article 126 of this Section, liquidation shall be completed by a liquidation group comprising relevant authorities and professionals as coordinated by the authority in charge.

Translation of TG 0020707

Article 128 The official powers of the Board of Directors and the General Manager shall cease immediately upon the constitution of the liquidation group. During the liquidation period, the Company shall not conduct any new operation.

Article 129 The liquidation group shall exercise the following official powers during the liquidation period:
(1) notifying or making announcement to creditors;
(2) liquidating the assets of the Company, preparing balance sheet and schedule of assets;
(3) dealing with pending businesses of the Company;
(4) liquidating overdue tax payments;
(5) liquidating clams and debts;
(6) disposing the equity of the Company after liquidating its debts;
(7) representing the Company in civil litigation activities.

Article 130 The liquidation group shall notify the creditors within ten days of its constitution and shall make an announcement in newspaper within sixty days.

Article 131 The creditors shall declare their claims within the time limit provided in these Articles of Association. The creditors shall specify relevant matters of their claims and provide supporting documents thereof when declaring their claims. The liquidation group shall register the claims.

Article 132 The liquidation group shall formulate a liquidation plan and submit the same to the General Meeting or relevant authority in charge for its affirmation after liquidating assets of the Company and preparing the balance sheet and the schedule of assets.

Article 133 The assets of the company shall be used for repaying of the following priorities:
(1) payment of liquidation costs;
(2) payment of wages and social security contributions of the employees of the Company;
(3) payment of overdue taxes;
(4) repayment of the debts of the Company;
(5) distribution to the shareholders in proportion to their shareholding ratio.
No distribution to shareholders shall be made before the assets of the Company have been used to make payments or repayments under sub-paragraph (1)-(4) of the foregoing paragraph.

Article 134 Where the liquidation group believes that the assets of the Company are not sufficient to repay its debts after it has liquidated the assets of the Company and prepared the balance sheet and the schedule of assets, it shall petition declaration of bankruptcy with the people's court and shall hand over the liquidation matters to the people's court upon declaration of bankruptcy by the people's court.

Article 135 On completion of liquidation, the liquidation group shall prepare a liquidation report and the statement of incomes and expenses and the account book in connection with the liquidation period and submit the same to the General Meeting or relevant authority in charge for its affirmation.
The liquidation group shall legally complete registration of cancellation for the Company with the company registry and announce the termination of the Company within thirty days of the date of affirmation of the liquidation report by the General Meeting or relevant authority in charge.

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0020708

Article 136 Members of the liquidation group shall be faithful to their responsibilities, legally perform their duties in connection with liquidation and shall not receive bribe or other illegal incomes by exploiting their official powers or convert the Company's property.

Where the willful conduct or gross negligence of any member of the liquidation group causes any loss to the Company or its creditors, such member shall be liable for indemnifying the Company or the creditors against such loss.

## Chapter XI   Amendments to These Articles of Association

Article 137 If any of the following situations occurs, the Company shall amend these Articles of Association:

(1) any provision of these Articles of Association becomes inconsistent with any provision of any law or administrative regulation as amended after the amending the *Company Law* or relevant law or administrative regulation.

(2) any change occurs to the Company which makes the actual situation different from the content of these Articles of Association;

(3) the General Meeting adopts a resolution to amend these Articles of Association.

Article 138 If any matter in these Articles of Association amended pursuant to a resolution of the General Meeting is subject to approval by the authority in charge, such amendment shall be submitted to the original approval authority for its approval. If any matter in these Articles of Association amended pursuant to a resolution of the General Meeting is subject to registration, registration for change shall be legally completed.

Article 139 The Board of Directors shall amend these Articles of Association pursuant to the resolution of the General Meeting and the approval opinions of relevant authority in charge.

## Chapter XII     Miscellaneous

Article 140 The Board of Directors may formulate by-laws of these Articles of Association, provided that none of such by-laws shall contravene with these Articles of Association.

Article 141 The text of these Articles shall be in Chinese. Where any text in other languages or of other versions is divergent from these Articles of Association, the Chinese version as last approved and registered with the Administration of Industry and Commerce of Shandong Province shall control.

Article 142 For the purpose of these Articles of Association, "no less than", "within" or "no more than" shall include the number following it and "less than" or "beyond" shall not include the number following it.

Article 143 These Articles of Association shall be interpreted by the Board of Directors of the Company.

Translation of TG 0020709

(page for signing of these Articles of Association of Shandong Taihe Dongxin Co., Ltd, no text hereunder)

Signature of Legal Representative: Jia Tongchun

August 8, 2006
Shandong Taihe Dongxin Co., Ltd.
Shandong Taihe Dongxin Co., Ltd. (seal)

TRANSLATION PROVIDED BY QUESTIONERS - FINAL



# 泰山石膏股份有限公司章程

泰山石膏股份有限公司

2007 年 6 月 20 日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020725

Jia Def 1/9/12
EXHIBIT NO. 12
L. GOLKOW

# 目　录

第一章　总则……………………………………………2

第二章　经营宗旨和范围…………………………………2

第三章　股　份……………………………………………3

第四章　股东和股东大会…………………………………4

第五章　董事会……………………………………………9

第六章　总经理…………………………………………13

第七章　监事会…………………………………………14

第八章　公司董事、监事、高级管理人员的资格和义务…16

第九章　财务会议制度、利润分配和审计………………18

第十章　合并、分立、解散和清算……………………19

第十一章　修改章程……………………………………21

第十二章　附　则………………………………………22

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

本章程于二○○五年四月二十五日由公司二○○五年第一次临时股东大会以特别决议通过，本次于二○○七年六月二十日修订。

## 第一章  总  则

第一条   为维护公司、股东和债权人的合法权益，规范公司的组织和行为，根据《中华人民共和国公司法》（以下简称《公司法》）和其他有关规定，制订本章程。

第二条   泰山石膏股份有限公司系依照《公司法》和其他有关规定成立的股份有限公司（以下简称"公司"）。

公司经山东省经济体制改革委员会《关于同意设立山东泰和东新股份有限公司的函》（鲁体改函字[1998]第 49 号）批准，以发起方式设立；在山东省工商行政管理局注册登记，取得营业执照。

第三条   公司注册名称：泰山石膏股份有限公司

第四条   公司住所：山东省泰安市岱岳区大汶口镇。邮政编码 271026

第五条   公司注册资本为人民币壹亿伍千伍佰陆拾贰万伍千元。

第六条   公司为永久存续的股份有限公司。

第七条   董事长为公司的法定代表人。

第八条   公司全部资产分为等额股份，股东以其所持股份为限对公司承担责任，公司以其全部资产对公司的债务承担责任。

第九条   本公司章程自生效之日起，即成为规范公司的组织与行为、公司与股东、股东与股东之间权利义务关系的、具有法律约束力的文件。股东可以依据公司章程起诉公司；公司可以依据公司章程起诉股东、董事、监事、总经理和其他高级管理人员；股东可以依据公司章程起诉股东；董事、监事、总经理和其他高级管理人员。

第十条   本章程所称其他高级管理人员是指公司的副总经理、董事会秘书、财务负责人、总工程师、总经济师、总会计师。

## 第二章  经营宗旨和范围

第十一条   公司的经营宗旨：建立高效的经营管理机制，使企业稳健的发展，使股东获得满意的经济回报，为社会繁荣和人类进步尽企业的责任。

第十二条   经公司登记机关核准，公司经营范围是：纸面石膏板、石膏制

2

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020727

品、石膏板护面纸、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸、废纸箱收购、销售；玉石雕刻；装饰装修；许可证范围内普通货运（限分支机构经营）；备案范围进出口业务。

### 第三章  股  份

#### 第一节  股份发行

第十三条  公司的股份采取股票的形式。

第十四条  公司发行的所有股份均为普通股。

第十五条  公司股份的发行，实行公开、公平、公正的原则，同股同权，同股同利。

第十六条  公司发行的股票，以人民币标明面值。

第十七条  公司的总股本为 15562.5 万股。其中：

1、北新集团建材股份有限公司持有 6536.25 万股，占公司总股本的 42%；

2、泰安市东联投资贸易有限公司持有 3579.375 万股，占公司总股本的 23%；

3、泰安市国有资产经营有限公司持有 2490 万股，占公司总股本的 16%；

4、泰安市安信投资贸易有限公司持有 2178.75 万股，占公司总股本的 14%；

5、贾同睿持有 778.125 万股，占公司总股本的 5%。

#### 第二节  股份增减

第十八条  公司根据经营和发展的需要，依照法律、法规的规定，经股东大会分别作出决议，可以采用下列方式增加资本：

（一）向现有股东配售股份；

（二）向现有股东派送红股；

（三）以公积金转增股本；

（四）法律、行政法规规定批准的其他方式。

第十九条  公司增加股份时，现有股东在同等条件下对新增加的股份有优先认购权。

第二十条  根据公司章程的规定，公司可以减少注册资本。公司减少注册资本，按照《公司法》以及其他有关规定和公司章程规定的程序办理。

3

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020728

### 第三节　股份转让

第二十一条　股东持有的股份可以依法转让。公司其他股东转让所持公司股份时，北新集团建材股份有限公司在同等条件下有优先购买权。

第二十二条　发起人持有的公司股票，自公司成立之日起一年以内不得转让。

第二十三条　公司不得收购本公司股份。但是，有下列情形之一的除外：

（一）减少公司注册资本；

（二）与持有本公司股份的其他公司合并；

（三）将股份奖励给本公司职工；

（四）股东因对股东大会作出的公司合并、分立决议持异议，要求公司收购其股份的。

公司因前款第（一）项至第（三）项的原因收购本公司股份的，应当经股东大会决议。公司依照前款规定收购本公司股份后，属于第（一）项情形的，应当自收购之日起十日内注销；属于第（二）项、第（四）项情形的，应当在六个月内转让或者注销。

公司依照前款第（三）项规定收购的本公司股份，不得超过本公司已发行股份总额的百分之五；用于收购的资金应当从公司的税后利润中支出；所收购的股份应当在一年内转让给职工。

公司不得接受本公司的股票作为质押权的标的。

### 第四章　股东和股东大会

#### 第一节　股　东

第二十四条　公司股东为依法持有公司股份的人。

股东按其所持有股份的种类享有权利，承担义务；持有同一种类股份的股东，享有同等权利，承担同种义务。

第二十五条　股东名册是证明股东持有公司股份的充分证据。公司应建立股东名册。

第二十六条　公司股东享有下列权利：

（一）依照其所持有的股份额获得股利和其他形式的利益分配；

（二）参加或者委派股东代理人参加股东会议；

4

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020729

(三)依照其所持有的股份份额行使表决权；

(四)对公司的经营行为进行监督，提出建议或者质询；

(五)依照法律、行政法规及公司章程的规定转让、赠与或质押其所持有的股份；

(六)依照法律、公司章程的规定获得有关信息，包括查阅公司章程和文件；

(七)公司终止或者清算时，按其所持有的股份份额参加公司剩余财产的分配；

(八)法律、行政法规及公司章程所赋予的其他权利。

第二十七条　股东大会、董事会的决议违反法律、行政法规，侵犯股东合法权益的，股东有权向人民法院提起要求停止该违法行为和侵害行为的诉讼。

第二十八条　公司股东承担下列义务：

(一)遵守公司章程；

(二)依其所认购的股份和入股方式缴纳股金；

(三)除法律、法规规定的情形外，不得退股；

(四)法律、行政法规及公司章程规定应当承担的其他义务。

## 第二节　股东大会

第二十九条　股东大会由全体股东组成，是公司的最高权力机构，依法行使下列职权：

(一)决定公司的经营方针和投资计划；

(二)选举和更换非由职工代表出任的董事、监事，决定有关董事、监事的报酬事项；

(三)审议批准董事会的报告；

(四)审议批准监事会或者监事的报告；

(五)审议批准公司的年度财务预算方案、决算方案；

(六)审议批准公司的利润分配方案和弥补亏损方案；

(七)对公司增加或者减少注册资本作出决议；

(八)对发行公司债券作出决议；

(九)对公司合并、分立、解散、清算或者变更公司形式作出决议；

(十)修改公司章程；

(十一)审议法律、法规和公司章程规定应当由股东大会决定的其他事项。

对前款所列事项股东以书面形式一致表示同意的，可以不召开股东会会议，

5

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020730

——

直接作出决定，并由全体股东在决定文件上签名、盖章。

第三十条　股东大会分为股东年会和临时股东大会。股东年会每年召开一次，并应于上一个会计年度完结之后的六个月之内举行。

第三十一条　有下列情形之一的，公司在事实发生之日起两个月以内召开临时股东大会：

（一）董事人数不足《公司法》规定的法定最低人数，或者少于章程所定人数的 2/3 时；

（二）公司未弥补的亏损达股本总额的 1/3 时；

（三）单独或者合并持有公司有表决权股份总数 10%(不含投票代理权)以上的股东书面请求时；

（四）董事会认为必要时；

（五）监事会提议召开时；

（六）公司章程规定的其他情形。

第三十二条　临时股东大会只对通知中列明的事项作出决议。

第三十三条　股东大会会议由董事会依法召集，由董事长主持；董事长不能履行职务或者不履行职务的，由半数以上董事共同推举一名董事主持；董事会不能履行或者不履行召集股东会会议职责的，监事会应当及时召集和主持；监事会不召集和主持的，连续九十日以上单独或者合并持有公司百分之十以上股份的股东可以自行召集和主持。

第三十四条　公司召开股东大会会议，董事会应当将会议召开的时间、地点和审议事项于会议召开二十日以前以书面方式（传真有效）通知公司各股东；临时股东大会应当于召开十五日前通知各股东。经公司全体股东同意，上述二十日、十五日的通知时限可以豁免或适当缩短。

第三十五条　股东可以亲自出席股东大会，也可以委托代理人代为出席和表决。股东应当以书面形式委托代理人，由委托人签署或者由其以书面形式委托的代理人签署；委托人为法人的，应当加盖法人印章或者由其正式委任的代理人签署。

第三十六条　股东出具的委托他人出席股东大会的授权委托书应当载明下列内容：

（一）代理人的姓名；

（二）是否具有表决权；

5

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020731

(三)分别对列入股东大会议程的每一审议事项投赞成、反对或弃权票的指示；

(四)委托书签发日期和有效期限；

(五)委托人签名(或盖章)。委托人为法人股东的，应加盖法人单位印章。

委托书应当注明如果股东不作具体指示，股东代理人是否可以按自己的意思表决。

第三十七条 出席会议人员的签名册由公司负责制作。签名册载明参加会议人员姓名(或单位名称)、身份证号码、住所地址、持有或者代表有表决权的股份数额、被代理人姓名(或单位名称)等事项。

第三十八条 监事会或者股东要求召集临时股东大会的，应当按照下列程序办理：

(一)签署一份或者数份同样格式内容的书面要求，提请董事会召集临时股东大会，并阐明会议议题。董事会在收到前述书面要求后，应当尽快发出召集临时股东大会的通知。

(二)如果董事会在收到前述书面要求后三十日内没有发出召集会议的通知，提出召集会议的监事会或者股东可以在董事会收到该要求后三个月内自行召集临时股东大会。召集的程序应当尽可能与董事会召集股东会议的程序相同。监事会或者股东因董事会未应前述要求举行会议而自行召集并举行会议的，由公司给予监事会或者股东必要协助，并承担会议费用。

第三十九条 股东大会召开的会议通知发出后，除有不可抗力或者其它意外事件等原因，董事会不得变更股东大会召开的时间。

第四十条 董事会人数不足《公司法》规定的法定最低人数，或者少于章程规定人数的三分之二，或者公司未弥补亏损额达到股本总额的三分之一，董事会未在规定期限内召集临时股东大会的，监事会或者股东可以按照本章程规定的程序自行召集临时股东大会。

### 第三节 股东大会提案

第四十一条 公司召开股东大会，单独或者合计持有公司百分之三以上股份的股东，可以在股东大会召开十日前提出临时提案并书面提交董事会；董事会应当在收到提案后二日内通知其他股东，并将临时提案提交股东大会审议。

第四十二条 股东大会提案应当符合下列条件：

(一)内容与法律、法规和章程的规定不相抵触，并且属于公司经营范围和股东大会职责范围；

7

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020732

（二）有明确议题和具体决议事项；

（三）以书面形式提交或送达董事会。

第四十三条  公司董事会应当以公司和股东的最大利益为行为准则，按照本节第四十二条的规定对股东大会提案进行审查。

第四十四条  董事会决定不将股东大会提案列入会议议程的，应当在该次股东大会上进行解释和说明。

### 第四节  股东大会决议

第四十五条  股东（包括股东代理人）以其所代表的有表决权的股份数额行使表决权，每一股份享有一票表决权。

第四十六条  股东大会决议分为普通决议和特别决议。

股东大会作出普通决议，应当由出席股东大会的股东（包括股东代理人）所持表决权的二分之一以上通过。

股东大会作出特别决议，应当由出席股东大会的股东（包括股东代理人）所持表决权的三分之二以上通过。

第四十七条  下列事项由股东大会以普通决议通过：

（一）董事会和监事会的工作报告；

（二）公司年度预算方案、决算方案；

（三）公司年度报告；

（四）董事会拟定的利润分配方案和弥补亏损方案；

（五）董事会和监事会成员的任免及其报酬和支付方法；

（六）除法律、行政法规规定或者公司章程规定应当以特别决议通过以外的其他事项。

第四十八条  下列事项由股东大会以特别决议通过：

（一）公司增加或者减少注册资本；

（二）发行公司债券；

（三）公司的分立、合并、解散和清算；

（四）公司章程的修改；

（五）回购本公司股票；

（六）公司章程规定和股东大会以普通决议认定会对公司产生重大影响的、需要以特别决议通过的其他事项。

第四十九条  非经股东大会以特别决议批准，公司不得与董事、经理和其它

8

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020733

高级管理人员以外的人订立将公司全部或者重要业务的管理交予该人负责的合同。

第五十条　股东大会采取记名方式投票表决或举手表决，并由清点人代表当场公布表决结果。

第五十一条　会议主持人根据表决结果决定股东大会的决议是否通过，并应当在会上宣布表决结果。决议的表决结果载入会议记录。

第五十二条　会议主持人如果对提交表决的决议结果有任何怀疑，可以对所投票数进行点算；如果会议主持人未进行点算，出席会议的股东或者股东代理人对会议主持人宣布结果有异议的，有权在宣布表决结果后立即要求点算，会议主持人应当即时点票。

第五十三条　除涉及公司商业秘密不能在股东大会上公开外，董事会和监事会应当对股东的质询和建议作出答复或说明。

第五十四条　股东大会应有会议记录。会议记录记载以下内容：

（一）出席股东大会的有表决权的股份数，占公司总股份的比例；

（二）召开会议的日期、地点；

（三）会议主持人姓名、会议议程；

（四）各发言人对每个审议事项的发言要点；

（五）每一表决事项的表决结果；

（六）股东的质询意见、建议及董事会、监事会的答复或说明等内容；

（七）股东大会认为和公司章程规定应当载入会议记录的其他内容。

第五十五条　股东大会记录由出席会议的股东、董事和主持人签名，并作为公司档案由董事会秘书保存。股东大会会议记录的保管期限为永久性保存。

第五十六条　股东大会到会人数、参会股东持有的股份数额、授权委托书、每一表决事项的表决结果。会议记录、会议程序的合法性等事项，可以进行公证。

## 第五章　董事会

### 第一节　董事

第五十七条　公司董事为自然人。董事无需持有公司股份。

第五十八条　董事由股东大会选举或更换，任期三年。董事任期届满，可连选连任。董事在任期届满以前，股东大会不得无故解除其职务。

董事任期从股东大会决议通过之日起计算，至本届董事会任期届满时为止。

9

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020734

第五十九条  董事应当谨慎、认真、勤勉地行使公司所赋予的权利，以保证：

（1）  公司的商业行为符合国家的法律、行政法规以及国家各项经济政策的要求，商业活动不超越营业执照规定的业务范围；

（2）  公平对待所有股东；

（3）  认真阅读公司的各项商务、财务报告，及时了解公司业务经营管理状况；

（4）  亲自行使被合法赋予的公司管理处置权，不得受他人操纵；非经法律、行政法规允许或者得到股东大会在知情的情况下批准，不得将其处置权转授他人行使；

（5）  接受监事会对其履行职责的合法监督和合理建议。

第六十条  董事任期届满未及时改选，或者董事在任期内辞职导致董事会成员低于法定人数的，在改选出的董事就任前，原董事仍应当依照法律、行政法规和公司章程的规定，履行董事职务。

第六十一条  董事可以在任期届满以前提出辞职。董事辞职应当向董事会提交书面辞职报告。任职尚未结束的董事，对因其擅自离职使公司造成的损失，应当承担赔偿责任。

## 第二节  董事会

第六十二条  公司设董事会，对股东大会负责。

第六十三条  董事会由五名董事组成，设董事长一人。其中，北新集团建材股份有限公司和泰安市东联投资贸易有限公司共同提名3名董事，泰安市国有资产经营有限公司提名1名董事，泰安市安信投资贸易有限公司及贾同春共同提名1名董事。

第六十四条  董事会行使下列职权：

（一）负责召集股东大会，并向大会报告工作；

（二）执行股东大会的决议；

（三）决定公司的经营计划和投资方案；

（四）制订公司的年度财务预算方案、决算方案；

（五）制订公司的利润分配方案和弥补亏损方案；

（六）制订公司增加或者减少注册资本、发行债券或其他证券及上市方案；

10

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020735

(七)拟订公司重大收购、回购本公司股票或者合并、分立和解散方案；

(八)在股东大会授权范围内，决定公司的风险投资、资产抵押及其他担保事项；

(九)决定公司内部管理机构的设置；

(十)聘任或者解聘公司总经理、董事会秘书、公开招聘的财务负责人；根据总经理的提名，聘任或者解聘公司副总经理等高级管理人员；并决定上述人员的报酬事项和奖惩事项；

(十一)制定公司的基本管理制度；

(十二)制订公司章程的修改方案；

(十三)听取公司经理的工作汇报并检查经理的工作；

(十四)法律、法规或公司章程规定，以及股东大会授予的其他职权。

第六十五条　董事会制定董事会议事规则，以确保董事会的工作效率和科学决策。

第六十六条　董事长由公司董事担任，以全体董事中的过半数选举产生和罢免。

第六十七条　董事长行使下列职权：

(一)主持股东大会和召集、主持董事会会议；

(二)督促、检查董事会决议的执行；

(三)签署公司股票、公司债券及其他有价证券；

(四)签署董事会重要文件和其他应由公司法定代表人签署的其他文件；

(五)行使法定代表人的职权；

(六)在发生特大自然灾害等不可抗力的紧急情况下，对公司事务行使符合法律规定和公司利益的特别处置权，并在事后向公司董事会和股东大会报告；

(七)董事会授予的其他职权。

第六十八条　董事会每年至少召开两次会议，由董事长召集，于会议召开十日以前书面通知全体董事。

第六十九条　有下列情形之一的，董事长应在十个工作日内召集临时董事会会议：

(一) 1/3 以上董事联名提议时；

(二)监事会提议时；

(三) 代表十分之一以上表决权的股东提议时。

11

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

第七十条　董事会召开临时董事会会议的通知方式可以为专人送出或传真通知；通知时限为会议召开十日前通知。

董事长召集和主持董事会会议，检查董事会决议的实施情况。董事长不能履行职务或者不履行职务的，由半数以上董事共同推举一名董事履行职务。

第七十一条　董事会会议应当由1/2以上的董事出席方可举行。每一董事享有一票表决权。董事会作出决议，必须经全体董事的过半数通过。

第七十二条　董事会临时会议在保障董事充分表达意见的前提下，可以用传真方式进行并作出决议，并由参会董事签字。

第七十三条　董事会会议应当由董事本人出席，董事因故不能出席的，可以书面委托其他董事代为出席。

第七十四条　委托书应当载明代理人的姓名，代理事项、权限和有效期限，并由委托人签名或盖章。

第七十五条　代为出席会议的董事应当在授权范围内行使董事的权利。董事未出席董事会会议，亦未委托代表出席的，视为放弃在该次会议上的投票权。

第七十六条　董事会决议表决方式为记名式投票表决。每名董事有一票表决权。

第七十七条　董事会会议应当有记录，出席会议的董事和记录人，应当在会议记录上签名。出席会议的董事有权要求在记录上对其在会议上的发言作出说明性记载。董事会会议记录作为公司档案由董事会秘书保存。董事会会议记录的保管期限为永久性保存。

第七十八条　董事会会议记录包括以下内容：

(一)会议召开的日期、地点和召集人姓名；

(二)出席董事的姓名以及受他人委托出席董事会的董事(代理人)姓名；

(三)会议议程；

(四)董事发言要点；

(五)每一决议事项的表决方式和结果(表决结果应载明赞成、反对或弃权的票数)。

第七十九条　董事应当在董事会决议上签字并对董事会的决议承担责任。董事会决议违反法律、法规或者章程，致使公司遭受损失的，参与决议的董事对公司负赔偿责任。但经证明在表决时曾表明异议并记载于会议记录的，该董事可以免除责任。

12

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020737

### 第三节　董事会秘书

第八十条　董事会设董事会秘书。董事会秘书是公司高级管理人员，对董事会负责。

第八十一条　董事会秘书应当具有必备的专业知识和经验，由董事会委任。

第八十二条　董事会秘书的主要职责是：

（一）准备和递交国家有关部门要求的董事会和股东大会出具的报告和文件；

（二）筹备董事会会议和股东大会，并负责会议的记录和会议文件、记录的保管；

（三）负责公司信息披露事务，保证公司信息披露的及时、准确、合法、真实和完整；

（四）保证有权得到公司有关记录和文件的人及时得到有关文件和记录。

第八十三条　董事或者其他高级管理人员可以兼任公司董事会秘书。

第八十四条　董事会秘书由董事长提名，经董事会聘任或者解聘。董事兼任董事会秘书的，如某一行为需由董事、董事会秘书分别作出时，则该兼任董事及公司董事会秘书的人不得以双重身份作出。

### 第六章　总经理

第八十五条　公司设总经理一名，由董事会聘任或解聘。董事可受聘兼任总经理或者其他高级管理人员。

第八十六条　总经理每届任期三年，总经理连聘可以连任。

第八十七条　总经理对董事会负责，行使下列职权：

（一）主持公司的生产经营管理工作，并向董事会报告工作；

（二）组织实施董事会决议、公司年度计划和投资方案；

（三）拟订公司内部管理机构设置方案；

（四）拟订公司的基本管理制度；

（五）制定公司的具体规章；

（六）提请董事会聘任或者解聘公司除董事会秘书、财务负责人以外的其他高级管理人员；

（七）聘任或者解聘聘应由董事会聘任或者解聘以外的管理人员；

（八）拟定公司职工的工资、福利、奖惩，决定公司职工的聘用和解聘；

13

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020738

(九)提议召开董事会临时会议；

(十)公司章程或董事会授予的其他职权。

第八十八条　总经理及其他高级管理人员列席董事会会议。

第八十九条　总经理应当根据董事会或者监事会的要求，向董事会或者监事会报告公司重大合同的签订、执行情况，资金运用情况和盈亏情况。总经理必须保证该报告的真实性。

第九十条　总经理拟定有关职工工资、福利、安全生产以及劳动保护、劳动保险、解聘(或开除)公司职工等涉及职工切身利益的问题时，应当事先听取工会和职代会的意见。

第九十一条　公司总经理应当遵守法律、行政法规和公司章程的规定，履行诚信和勤勉的义务。

第九十二条　总经理可以在任期届满以前提出辞职。有关总经理辞职的具体程序和办法由总经理与公司之间的劳务合同规定。

第九十三条　公司应当建立总经理和其他高级管理人员的薪酬与公司绩效和个人业绩相联系的激励机制，以吸引人才，保持该等人员的稳定。

第九十四条　公司对总经理和其他高级管理人员的绩效评价应成为确定该等人员薪酬以及其他激励方式的依据。

第九十五条　总经理和其他高级管理人员违反法律、法规和公司章程规定，致使公司遭受损失的，公司董事会应积极采取措施追究其法律责任。

## 第七章　监事会

### 第一节　监　事

第九十六条　监事由股东代表和公司职工代表担任。北新集团建材股份有限公司提名 1 名监事，其他股东共同提名 1 名监事，公司职工代表担任的监事 1 名。

第九十七条　董事、总经理和其他高级管理人员不得兼任监事。

监事应具有法律、会计等方面的专业知识或工作经验。监事会的人员和结构应确保监事会能够独立有效地行使对董事、总经理和其他高级管理人员及公司财务的监督和检查。

第九十八条　监事每届任期三年。股东担任的监事由股东大会选举或更换，职工担任的监事由公司职工民主选举产生或更换，监事连选可以连任。

14

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

第九十九条　监事可以列席董事会会议，并对董事会决议事项提出质询和建议。

第一百条　监事可以在任期届满以前提出辞职，章程第五章有关董事辞职的规定，适用于监事。

第一百○一条　监事应当遵守法律、行政法规和公司章程的规定，履行诚信和勤勉的义务。

### 第二节　监事会

第一百○二条　公司设监事会。监事会由三名监事组成，设监事会主席一人，由全体监事过半数选举产生。监事会主席召集和主持监事会会议；监事会主席不能履行职务或者不履行职务的，由半数以上监事共同推举一名监事召集和主持监事会会议。

第一百○三条　监事会行使下列职权：

(一)检查公司的财务；

(二)对董事、总经理和高级管理人员执行公司职务的违法行为进行监督，对违反法律、行政法规、公司章程或者股东会决议的董事、总经理和高级管理人员提出罢免的建议；

(三)当董事、总经理和其他高级管理人员的行为损害公司的利益时，要求其予以纠正，必要时向股东大会或国家有关主管机关报告；

(四)提议召开临时股东大会，在董事会不履行《公司法》和公司章程规定的召集和主持股东大会会议职责时召集和主持股东大会会议；

(五)向股东大会会议提出提案；

(六)依照《公司法》第一百五十二条的规定，对董事、高级管理人员提起诉讼；

(七)公司章程规定或股东大会授予的其他职权。

第一百○四条　监事会可要求公司董事、总经理及其他高级管理人员、内部及外部审计人员出席监事会会议，回答所关注的问题。监事会发现董事、总经理和其他高级管理人员存在违反法律、法规或公司章程的行为，可以向董事会、股东大会反映，也可以直接向有关部门报告。监事会行使职权时，必要时可以聘请律师事务所、会计师事务所等专业性机构给予帮助，由此发生的费用由公司承担。

第一百○五条　监事会每六个月至少召开一次会议，监事可以提议召开临时

15

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020740

监事会会议。会议通知应当在会议召开十日以前书面（传真有效）送达全体监事。

### 第三节　监事会决议

第一百〇六条　监事会会议应当由监事本人出席。监事会决议的表决方式采取记名方式投票表决。

第一百〇七条　监事会的表决程序为：监事会会议应当由二分之一以上的监事出席方可举行。每一监事享有一票表决权。监事会作出决议，必须经全体监事的二分之一以上通过。

第一百〇八条　监事会会议应有记录，出席会议的监事和记录人，应当在会议记录上签名。监事有权要求在记录上对其在会议上的发言作出某种说明性记载。监事会会议记录作为公司档案由董事会秘书保存。监事会会议纪录保管期限为永久性保存。

### 第八章　公司董事、监事、高级管理人员的资格和义务

第一百〇九条　有下列情形之一的，不得担任公司的董事、监事、高级管理人员：

（一）无民事行为能力或者限制民事行为能力；

（二）因贪污、贿赂、侵占财产、挪用财产或者破坏社会主义市场经济秩序，被判处刑罚，执行期满未逾五年，或者因犯罪被剥夺政治权利，执行期满未逾五年；

（三）担任破产清算的公司、企业的董事或者厂长、经理，对该公司、企业的破产负有个人责任的，自该公司、企业破产清算完结之日起未逾三年；

（四）担任因违法被吊销营业执照、责令关闭的公司、企业的法定代表人，并负有个人责任的，自该公司、企业被吊销营业执照之日起未逾三年；

（五）个人所负数额较大的债务到期未清偿。

公司违反前款规定选举、委派董事、监事或者聘任高级管理人员的，该选举、委派或者聘任无效。

董事、监事、高级管理人员在任职期间出现本条第一款所列情形的，公司应当解除其职务。

第一百一十条　董事、监事、高级管理人员应当遵守法律、行政法规和公司章程，对公司负有忠实义务和勤勉义务。

16

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020741

董事、监事、高级管理人员不得利用职权收受贿赂或者其他非法收入，不得侵占公司的财产。

第一百一十一条  董事、高级管理人员不得有下列行为：

（一）挪用公司资金；

（二）将公司资金以其个人名义或者以其他个人名义开立账户存储；

（三）违反公司章程的规定，未经股东大会或者董事会同意，将公司资金借贷给他人或者以公司财产为他人提供担保；

（四）违反公司章程的规定或者未经股东大会同意，与本公司订立合同或者进行交易；

（五）未经股东大会同意，利用职务便利为自己或者他人谋取属于公司的商业机会，自营或者为他人经营与所任职公司同类的业务；

（六）接受他人与公司交易的佣金归为己有；

（七）擅自披露公司秘密；

（八）违反对公司忠实义务的其他行为。

董事、高级管理人员违反前款规定所得的收入应当归公司所有。

第一百一十二条  董事、监事、高级管理人员执行公司职务时违反法律、行政法规或者公司章程的规定，给公司造成损失的，应当承担赔偿责任。

第一百一十三条  股东大会要求董事、监事、高级管理人员列席会议的，董事、监事、高级管理人员应当列席并接受股东的质询。

董事、高级管理人员应当如实向监事会提供有关情况和资料，不得妨碍监事会或者监事行使职权。

第一百一十四条  董事、高级管理人员有《公司法》第一百五十条规定的情形的，单独或者合计持有公司百分之一以上股份的股东，可以书面请求监事会向人民法院提起诉讼；监事有《公司法》第一百五十条规定的情形的，前述股东可以书面请求董事会向人民法院提起诉讼。

监事会或者董事会收到前款规定的股东书面请求后拒绝提起诉讼，或者自收到请求之日起三十日内未提起诉讼，或者情况紧急、不立即提起诉讼将会使公司利益受到难以弥补的损害的，前款规定的股东有权为了公司的利益以自己的名义直接向人民法院提起诉讼。

他人侵犯公司合法权益，给公司造成损失的，本条第一款规定的股东可以依照前两款的规定向人民法院提起诉讼。

17

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020742

第一百一十五条 董事、高级管理人员违反法律、行政法规或者公司章程的规定，损害股东利益的，股东可以向人民法院提起诉讼。

## 第九章 财务会议制度、利润分配和审计

### 第一节 财务会计制度

第一百一十六条 公司依照法律、行政法规和国家有关部门的规定，建立公司的财务、会计制度。

第一百一十七条 公司在每一会计年度终了时编制公司年度财务报告，并依法审查验证。

第一百一十八条 公司年度财务报告，包括下列内容：

　　(1)资产负债表；

　　(2)利润表及利润分配表；

　　(3)现金流量表；

　　(4)会计报表附注；

第一百一十九条 年度财务报告按照有关法律、法规的规定进行编制。

第一百二十条 公司除法定的会计帐册外，不另立会计帐目。公司的资产，不以任何个人名义开立帐户存储。

第一百二十一条 公司交纳所得税后的利润，按下列顺序分配：

　　(1)弥补上一年度的亏损；

　　(2)提取法定公积金 10%；

　　(3)提取任意公积金；

　　(4)支付股东股利。

　　公司法定公积金累计额为公司注册资本的 50% 以上的，可以不再提取。提取法定公积金、公益金后，是否提取任意公积金由股东大会决定。公司不在弥补公司亏损和提取法定公积金、公益金之前向股东分配利润。

第一百二十二条 股东大会决议将公积金转为股本时，按照股东原有股份比例派送新股。但法定公积金转为股本时，所留存的该项公积金不得少于注册资本的 25%。

第一百二十三条 公司股东大会对利润分配方案作出决议后，公司董事会须在股东大会召开后两个月内完成股利(或股份)的派发事项。

第一百二十四条 公司可以采取现金或者股票方式分配股利。

18

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

## 第二节　内部审计

第一百二十五条　公司实行内部审计制度，配备专、兼职审计人员，对公司财务收支和经济活动进行内部审计监督。

第一百二十六条　公司内部审计制度和审计人员的职责，应当经董事会批准后实施。审计负责人向董事会负责并报告工作。

# 第十章　合并、分立、解散和清算

## 第一节　合并或分立

第一百二十七条　公司可以依法进行合并或者分立。

公司合并可以采取吸收合并和新设合并两种形式。

第一百二十八条　公司合并或者分立，按照下列程序办理：

　　(一)董事会拟订合并或者分立方案；

　　(二)股东大会依照章程的规定作出决议；

　　(三)各方当事人签订合并或者分立合同；

　　(四)依法办理有关审批手续；

　　(五)处理债权、债务等各项合并或者分立事宜；

　　(六)办理解散登记或者变更登记。

第一百二十九条　公司合并或者分立，合并或者分立各方应当编制资产负债表和财产清单。公司自股东大会作出合并或者分立决议之日起十日内通知债权人，并于三十日内在报纸上公告。

第一百三十条　债权人自接到通知书之日起三十日内，未接到通知书的自第一次公告之日起四十五日内，有权要求公司清偿债务或者提供相应的担保。公司不能清偿债务或者提供相应担保的，不进行合并或者分立。

第一百三十一条　公司合并或者分立时，公司董事会应当采取必要的措施保护反对公司合并或者分立的股东的合法权益。

第一百三十二条　公司合并或者分立各方的资产、债权、债务的处理，通过签订合同加以明确规定。

　　公司合并后，合并各方的债权、债务，由合并后存续的公司或者新设的公司承继。

　　公司分立前的债务按所达成的协议由分立后的公司承担。

第一百三十三条　公司合并或者分立，登记事项发生变更的，依法向公司登

19

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020744

记机关办理变更登记；公司解散的，依法办理公司注销登记；设立新公司的，依法办理公司设立登记。

## 第二节　解散和清算

第一百三十四条　有下列情形之一的，公司应当解散并依法进行清算：

（一）营业期限届满；

（二）股东大会决议解散；

（三）因合并或者分立而解散；

（四）不能清偿到期债务依法宣告破产；

（五）违反法律、法规被依法责令关闭。

第一百三十五条　公司因有本节前条第（一）、（二）项情形而解散的，应当在十五日内成立清算组。清算组人员应由股东大会以特别决议的方式选定。

公司因有本节前条（三）项情形而解散的，清算工作由合并或者分立各方当事人依照合并或者分立时签订的合同办理。

公司因有本节前条（四）项情形而解散的，由人民法院依照有关法律的规定，组织股东、有关机关及专业人员成立清算组进行清算。

公司因有本节前条（五）项情形而解散的，由有关主管机关组织股东，有关机关及专业人员成立清算组进行清算。

第一百三十六条　清算组成立后，董事会、总经理的职权立即停止。清算期间，公司不得开展新的经营活动。

第一百三十七条　清算组在清算期间行使下列职权：

（一）通知或者公告债权人；

（二）清理公司财产、编制资产负债表和财产清单；

（三）处理公司未了结的业务；

（四）清缴所欠税款；

（五）清理债权、债务；

（六）处理公司清偿债务后的剩余财产；

（七）代表公司参与民事诉讼活动。

第一百三十八条　清算组应当自成立之日起十日内通知债权人，并于六十日内在报纸上公告。

第一百三十九条　债权人应当在章程规定的期限内向清算组申报其债权。债权人申报债权时，应当说明债权的有关事项，并提供证明材料。清算组应当对

20

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020745

债权进行登记。

第一百四十条   清算组在清理公司财产、编制资产负债表和财产清单后，应当制定清算方案，并报股东大会或者有关主管机关确认。

第一百四十一条   公司财产按下列顺序清偿：

(一)支付清算费用；

(二)支付公司职工工资和劳动保险费用；

(三)交纳所欠税款；

(四)清偿公司债务；

(五)按股东所持有的股份比例进行分配。

公司财产未按前款第(一)至(四)项规定清偿前，不分配给股东。

第一百四十二条   清算组在清理公司财产、编制资产负债表和财产清单后，认为公司财产不足清偿债务的，应当向人民法院申请宣告破产。公司经人民法院宣告破产后，清算组应当将清算事务移交给人民法院。

第一百四十三条   清算结束后，清算组应当制作清算报告，以及清算期间收支报表和财务帐册，报股东大会或者有关主管机关确认。

清算组应当自股东大会或者有关主管机关对清算报告确认之日起三十日内，依法向公司登记机关办理注销公司登记，并公告公司终止。

第一百四十四条   清算组人员应当忠于职守，依法履行清算义务，不得利用职权收受贿赂或者其他非法收入，不得侵占公司财产。

清算组人员因故意或者重大过失给公司或者债权人造成损失的，应当承担赔偿责任。

### 第十一章   修改章程

第一百四十五条   有下列情形之一的，公司应当修改章程：

(一)《公司法》或者有关法律、行政法规修改后，章程规定的事项与修改后的法律、行政法规的规定相抵触；

(二)公司的情况发生变化，与章程记载的事项不一致；

(三)股东大会决定修改章程。

第一百四十六条   股东大会决议通过的章程修改事项应经主管机关审批的，须报原审批的主管机关批准；涉及公司登记事项的，依法办理变更登记。

第一百四十七条   董事会依照股东大会修改章程的决议和有关主管机关的审批意见修改公司章程。

21

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020746

## 第十二章  附  则

第一百四十八条  董事会可依照章程的规定，制订章程细则。章程细则不得与章程的规定相抵触。

第一百四十九条  本章程以中文书写，其他任何语种或不同版本的章程与本章程有歧义时，以在山东省工商局最近一次核准登记后的中文版章程为准。

第一百五十条  本章程所称"以上"、"以内"、"以下"，都含本数；"不满"、"以外"不含本数。

第一百五十一条  本章程由公司董事会负责解释。

22

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020747



此页无正文，为《泰山石膏股份有限公司章程》股东签字页

北新集团建材股份有限公司

代表签字：

泰安市国有资产经营有限公司

代表签字：

泰安市安信投资咨询有限公司

代表签字：

泰安市东联控股贸易有限公司

代表签字：

贾同春（签字）

2007 年 6 月 20 日

23

**Updated Jia Tr. Def's Ex. 12A**

**(English Translation of Jia Tr. Def's Ex. 12)**

Administration for Industry and Commerce of Shandong Province, Enterprise Archive Query Seal

**Articles of Association of Tai Shan Gypsum Co., Ltd.**

Taishan Gypsum Co., Ltd.

June 20, 2007

Translation of TG 0020725

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

## Contents

Chapter I    General Principles··················································································· 2

Chapter II    Purpose and Scope of Business··········································································· 2

Chapter III    The Shares······························································································ 3

Chapter IV    Shareholders and General Meeting ·············································· 4

Chapter V    Board of Directors···················································································· 9

Chapter VI    General Manager ······················································································ 13

Chapter VII    Board of Supervisors······················································································ 14

Chapter VIII    Qualification and Duties of Directors, Supervisors and Senior Management Personnel of the Company   16

Chapter IX    Financial and Accounting Systems, Distribution of Profits and Auditing······ 18

Chapter X    Merger, Division, Dissolution and Liquidation·································· 19

Chapter    XI    Amendments to These Articles of Association ································ 21

Chapter XII    Miscellaneous····················································································· 22

1

Translation of TG 0020726

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

These Articles of Association was adopted through a special resolution at the first interim general meeting in 2005 of the Company on May 25, 2005 and amended hereby on June 20, 2007.

## Chapter I   General Principles

Article 1.   These Articles of Association is formulated pursuant to the *Company Law of the People's Republic China* (the "*Company Law*") and other relevant provisions for the purpose of protecting the legal interests of the Company, the Shareholders and the Creditors and regulating the organization and conduct of the Company.

Article 2.   Tai Shan Gypsum Co., Ltd. (the "Company") shall be a company limited by shares incorporated pursuant to the *Company Law* and other relevant provisions.

The Company shall be incorporated by means of sponsorship as approved by Shandong Provincial Economic System Reform Commission by the Consent Letter of the Incorporation of Shandong Tai He Dong Xin Co., Ltd. (Lu Ti Gai Han Zi [1998] No. 49). The Company shall be registered with and obtain its business license from the Administration of Industry and Commerce of Shandong Province.

Article 3.   Registered name of the Company: Tai Shan Gypsum Co., Ltd.

Article 4.   Domicile the Company: Dawenkou Township, Daiyue District, Tai'an City, Shandong Province.Postal Code: 271026

Article 5.   The registered capital of the Company shall be RMB 1,555,625,000

Section 5   The Company shall be a company limited by shares with its term of business being perpetual.

Article 7.   Chairman shall be the legal representative of the Company.

Article 8.   All capital of the Company shall be divided into equal shares. Each shareholder's liability to the Company shall be limited by the shares held by it. The Company shall be liable for its debts with all its debts.

Article 9.   These Articles of Association shall constitute a document legally binding on the organization and conduct of the Company and the rights and obligations as between the Company and the Shareholders and among the Shareholders from its date of effectiveness. Pursuant to these Articles of Association, the Shareholders may sue the Company; the Company may sue its Shareholders, Directors, Supervisors, the General Manager and other senior management personnel; the Shareholders may sue other Shareholders or the Directors, the Supervisors, the General Manager and other senior management personnel of the Company.

Article 10.   For the purpose of these Articles, "other senior management personnel" shall mean the Deputy General Manager, the Board secretary, the financial principal, the chief engineer, the chief economic manager and the chief accountant of the Company.

## Chapter II   Purpose and Scope of Business

Article 11.   The purpose of the business of the Company shall be to establish efficient operation and management systems to facilitate steady development of the Company, to realize satisfactory economic return for the Shareholders and to discharge the Company's responsibilities to the prosperity of the society and the progress of mankind.

Article 12.   The business scope of the Company, as approved by its registry, shall include

Translation of TG 0020727

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

the manufacturing and sales of plasterboard, gypsum products, plaster tablet mask paper, stone materials, lightgage steel joists, construction materials, decoration materials and new building materials; sales of (phosphoric acid) corrosives, phosphogypsum as a by-product of phosphoric acid, construction hardware, ceramics products, electrical products, furniture, domestic appliance, general merchandise and fitting parts for mining machinery; retailing of auto parts; recycling and sales of waste paper and waste carton; dactylioglyphy; decoration and improvement engineering; general cargo transportation within the licensed scope (may only be operated by the Company's division) and import and export businesses within the filed scope.

## Chapter III   The Shares

### Section One   Issuance of Shares

Article 13.   The shares of the Company shall take the form of share certificates.

Article 14.   All shares issued by the company shall be common shares.

Article 15.   Shares of the Company shall be issued on an open, fair and impartial manner with the same kind of shares bearing the same rights and benefits.

Article 16.   The par value of the shares issued by the Company shall be represented in RMB.

Article 17.   The total capital of the Company shall comprise 155,625,000 shares. Within such shares:

(1) Beijing New Building Material Co., Ltd shall hold 65,362,500 shares, representing 42% of the total capital of the Company;

(2) Tai'an Donglian Investment & Trading Co., Ltd shall hold 35,793,750 shares, representing 23% of the total capital of the Company;

(3) Tai'an State-owned Assets Operation Co., Ltd shall hold 24,900,000 shares, representing 16% of the total capital of the Company;

(4) Tai'an Anxin Investment & Trading Co., Ltd shall hold 21,787,500 shares, representing 14% of the total capital of the Company;

(5) Jia Tongchun shall hold 7,781,250 shares, representing 5% of the total capital of the Company.

### Section Two   Increase and Reduction of Shares

Article 18.   As required by its operation and development, the Company may increase its capital in the following ways by separate special resolutions of the General Meeting pursuant to provisions of the laws and regulations:

(1) allotment of shares to existing shareholders;

(2) allotment of bonus dividends to existing shareholders;

(3) converting reserve funds into share capital;

(4) other ways provided or permitted under provisions of laws and regulations.

Article 19.   When the Company increases its shares, existing shareholders shall have preemptive right to subscribe the newly issued shares on equal terms.

Article 20.   The Company may reduce its registered capital pursuant to the provisions of these Articles of Association. Reduction of shares by the Company shall be carried out pursuant to the *Company Law* and other relevant provisions and the procedures provided by these Articles of Association of the Company.

3

### Section Three    Transfer of Shares

Article 21.    Shares held by shareholders may be legally transferred. Beijing New Building Materials Co., Ltd shall have preemptive right to purchase on equal terms for the shares transferred by the other shareholders of the Company.

Article 22.    Shares in the Company held by the sponsors may not be transferred within one year of the date of incorporation of the Company.

Article 23.    The Company may not acquire its own shares except for under any of the following circumstances:

(1) reduction of capital of the Company;

(2) merger with another company holding shares in the Company;

(3) granting shares to employees of the Company as bonus;

(4) request by any shareholder upon the Company that the Company acquire its shares be reason of its objection to any resolution of the General Meeting concerning merger or division of the Company.

Acquisition by the Company of its own shares under any of the circumstances set out in the foregoing sub-paragraph (1)-(3) shall subject to a resolution of the General Meeting. Shares acquired by the Company pursuant to the aforesaid paragraph shall be canceled within ten days of acquisition, in the case of the aforesaid sub-paragraph (1), or transferred or canceled within six months of acquisition within six months in the case of the aforesaid sub-paragraphs (2) and (4).

Shares of the Company acquired by the Company pursuant to the aforesaid sub-paragraph (3) shall not exceed 5% of the total issued shares of the Company. Such acquisition shall be funded by net income of the Company and the acquired shares shall be transferred to employees within one year.

The Company shall not accept its Shares as the object of pledge.

### Chapter IV    Shareholders and General Meetings

### Section One    Shareholders

Article 24.    Shareholders shall be the legal owners of the shares of the Company.

The shareholders shall be entitled to rights and undertake obligations pursuant to the kind of shares held by them. Shareholders of the same kind of shares shall be entitled to the same rights and undertake the same obligations.

Article 25.    Shareholder Register shall be sufficient evidence of shareholders' ownership of shares in the Company. The Company shall establish a Shareholder Register.

Article 26.    The shareholders of the Company shall be entitled to the following rights:

(1) receiving dividends and other distribution of benefits in proportion to their shareholding ratios;

(1) attending general meetings in person or by shareholder proxy;

4

Translation of TG 0020729

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

(3) exercising voting rights in proportion to their shareholding ratio;

(4) supervising the operation activities of the Company and making proposals or inquiries;

(5) transferring, endowing or pledging the shares held by them pursuant to provisions of laws, regulations and these Articles of Association;

(6) obtaining relevant information pursuant to provisions of the law and these Articles of Association, including access to these Articles of Association and other documents of the Company;

(7) participating in the distribution of equity in proportion to its shareholding ratio upon termination or liquidation of the Company;

(8) other rights vested by laws, regulations and these Articles of Association.

Article 27.   If any resolution of the General Meeting or the Board of Directors violates laws and regulations or legal interests of the shareholders, the shareholders may bring a lawsuit with people's court for an injunction to stop such illegal activity or tort.

Article 28.   The shareholders of the Company shall undertake the following obligations:

(1) observing these Articles of Association of the Company;

(2) paying the subscription price pursuant to the number of shares subscribed and the payment mode provided;

(3) refraining from requesting redemption of shares except for under the circumstances provided by laws and regulations;

(8) other obligations imposed by laws, regulations and these Articles of Association.

Section Two   General Meeting

Article 29.   The General Meeting, constituted by all the shareholders, shall be the organ of the highest authority of the Company and shall exercise the following powers:

(1) Determining the operation policy and investment plans of the Company;

(2) Selecting and replacing non-employee Directors and the Supervisor and determining the remuneration of the Directors and the Supervisor;

(3) Considering and determining the approval of reports of the Board of Directors;

(4) Considering and determining the approval of reports of the Board of Supervisors or the Supervisor;

(5) Considering and determining the approval of annual financial budget and final accounting plans of the Company;

(6) Considering and determining the approval of the profit distribution and loss covering plans of the Company;

(7) Adopting resolutions of registered capital increase or reduction of the Company;

(8) Adopting resolutions of issuing corporate bonds;

(9) Adopting resolutions of merger, division, dissolution, liquidation or change of corporate form of the Company;

(10) Amending these Articles of Association of the Company;

(11) Considering other matters to be determined by the General Meeting pursuant to laws, regulations and these Articles of Association of the Company.

Where all shareholders have indicated their unanimous consent to any of the foregoing matters in writing, a resolution may be adopted without a general meeting

5

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

but directly made by all the shareholders by signing or sealing the document of such resolution.

Article 30.   Meetings of the General meeting shall be classified into annual general meetings and interim general meetings. In each year, one annual general meeting shall be convened within six months of the end of the previous financial year.

Article 31.   Under any of the following events, the Company shall convene an interim general meeting within two months of the date of occurrence of such event;

(1) the number of Directors being less than the statutory minimum number provided in the *Company Law* or the 2/3 of the number provided in these Articles of Association;

(2) the uncovered losses of the Company amounting to 1/3 or more of the total capital;

(3) written request by shareholders holding, individually or collectively, shares representing no less than 10% of the voting rights (not including voting rights held as proxy) of the Company;

(4) the Board of Directors considering such meeting necessary;

(4) the Board of Supervisors proposing the convening of such meeting;

(6) other circumstances provided by these Articles of Association of the Company.

Article 32.   Interim general meetings may adopt resolutions only in connection with the matters set out in the notice of such meeting.

Article 33.   General meetings shall be legally convened by the Board of Directors and presided over by the Chairman. Where the Chairman is not able to or fails to perform its responsibilities, the meeting shall be presided over by a Director elected by on less than half of the Directors. Where the Board of Directors is unable to or fails to convene any general meeting, the Board of Supervisors shall convene and preside over such meeting. Where the Board of Supervisors also fails to convene and preside over any general meeting, shareholders holding, individually or collectively, no less than 10% of the shares of the Company consecutively for no less than nineteen days may directly convene and preside over such meeting.

Article 34.   For the Company to convene any general meeting, the Board of Directors shall give a written (fax shall be valid) notice at least twenty days, or fifteen days in the case of an interim general meeting, in advance of the meeting to all the shareholders, specifying the time, place and agenda of such meeting. With the consent of all the shareholders, the aforesaid notice period of twenty or fifteen days may be exempted or appropriately shortened.

Article 35.   The shareholders may attend meetings of the General Meeting in person or through their authorized proxies. Shareholders shall authorize their proxies by written power of attorney, which shall be signed by the authorizing shareholders or their attorneys in fact authorized in writing. If the authorizing shareholder is a legal entity, the power of attorney shall be stamped the seal of such shareholder or be signed by its officially appointed agent.

Article 36.   The power of attorney authorizing another person to attend the any general meeting issued by shareholder shall specify the following items:

(1) name of the proxy;

(2) whether the exercise of voting power is granted;

6

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

(3) instructions of the casting affirmative, dissenting or abstention vote in connection with each considered matter listed in the agenda of the general meeting;

(4) date and duration of the power of attorney;

(5) signature (or seal) of the authorizing shareholder. If the authorizing shareholder is a legal entity, the seal of such legal entity shall also be affixed.

The power of attorney shall specify whether the proxy may vote according to his own intention absenting the shareholder's specific instruction.

Article 37.   The Company shall be responsible for preparing a signature register for all the attendees of the meeting. The signature register shall specify items of the attendees such as name, ID number, domicile/address, number of voting shares held or represented and the authorizing shareholder's name.

Article 38.   The following procedures shall apply to interim shareholder meetings convened upon requests of the Board of Supervisors or the shareholders:

(1) One or several counterparts of a written request in the same substance and form shall be signed for the purpose of requesting the Board of Directors to convene an interim general meeting, stating the subjects of such meeting. The Board shall, upon its receipt of the aforesaid written request, give a notice for convening the interim general meeting as soon as possible.

(2) If the Board fails to give the notice of convening such meeting within thirty days of its receipt of the aforesaid written request, the Board of Supervisors or the shareholders proposing such meeting may directly convene such interim general meeting within three months of the Board of Director's receipt of such request. The process of convening such meeting shall be as identical as possible to the procedures applying to the Board of Directors' convening of meetings of the General Meeting. Where the Board of Directors or the shareholders directly convene and hold a meeting due to the Board of Directors' failure to hold such meeting upon the aforesaid request, the Company shall provide the Board of Supervisors or the shareholders necessary assistance and bear the costs of such meeting.

Article 39.   After the notice of a general meeting is sent, the Board of Directors shall not change the time of such meeting unless there occurs some reason such as force majeure or any other accident.

Article 40.   If the Board of Directors fails to convene an interim general meeting within the provided time limit under any of the following circumstances, the Board of Supervisors or the shareholders may directly convene an interim general meeting pursuant to the procedures provided in these Articles of Association: (1) the number of members of the Board of Directors is less than the minimum statutory number under the Company Law; (2) the number of members of the Board of Directors is less than the number provided in these Articles of Association; or (3) the uncovered losses of the Company amounting to 1/3 or more of the total capital.

Section Three    Proposals to the General Meeting

Article 41.   For any general meeting, shareholders holding, individually or collectively, 3% or more shares of the Company may raise interim proposals and submit the same to the Board of Directors in writing ten days in advance of the meeting. The Board of Directors shall notify the remaining shareholders within two days of its receipt of any interim proposal and submit the same for consideration at such general meeting.

Article 42.   Each proposal to the General Meeting shall meet the following requirements:

(1) the contents of such proposal shall not contravene with provisions of the laws, regulations and these Articles of Association and fall into the business scope and the scope of responsibilities of the General Meeting;

7

(2) the proposal shall have explicit subjects and specific matters to be resolved.

(3) the proposal shall be submitted or sent to the Board of Directors in writing.

Article 43.   It shall be the principle of the Board of Directors to conduct itself in the best interests of the Company and the shareholders. The Board of Directors shall review proposals to the General Meeting pursuant to Article 42 of this Section.

Article 44.   If the Board of Directors determines not to include any proposal to the General Meeting in the agenda of the meeting, it shall explain and illustrate such determination at such general meeting.

Section Four   Resolutions at the General Meeting

Article 45.   The shareholders (including their proxies) shall exercise their voting rights in proportion to the number of voting shares represented by them, each share bearing one vote.

Article 46.   Resolutions at meetings of the Board Meeting shall be classified into common resolutions and special resolutions.

For the General Meeting to adopt any common resolution, affirmative votes cast by 1/2 or more of the voting rights held by all attending shareholders (including shareholder proxies) of the General Meeting are required.

For the General Meeting to adopt any special resolution, affirmative votes cast by 2/3 or more of the voting rights held by all attending shareholders (including shareholder proxies) of the General Meeting are required.

Article 47.   The following matters shall be passed by commons resolutions at a general meeting:

(1) operational reports of the Board of Directors or the Board of Supervisors;

(2) annual budget and final accounting plans of the Company;

(3) annual reports of the Company;

(4) profit distribution and loss covering plans prepared by the Board of Directors;

(5) appointment, dismissal, and compensation and the payment thereof of members of the Board of Directors and the Board of Supervisors;

(6) other matters except for those the passing of which requires special resolutions pursuant to provisions of the laws, regulations or these Articles of Association.

Article 47.   The following matters shall be passed by special resolutions of the General Meeting:

(1) increase or reduction of registered capital of the Company;

(1) issuing of corporate bonds of the Company;

(3) division, merger, dissolution and liquidation of the Company;

(4) amending these Articles of Association of the Company;

(5) redemption of shares of the Company;

(6) other matters provided in these Articles of Association or determined by common resolutions of the General Meeting as having material effect on the Company and requiring special resolutions.

Article 49.   Unless approved by the General Meeting by a special resolution, the Company may not enter into any contract with any person other than

8

the directors, managers and other senior management personnel for the purpose of entrusting the management of all or major businesses of the Company to such person.

Article 50.   Voting by open ballot shall be used at general meetings and the votes shall be casted either by ballot or by show of hands. The representative of ballot counters shall announce the voting results on spot.

Article 51.   The presider of the meeting shall determine whether any resolution of the general meeting is passed pursuant to the voting results and shall announce the voting results at such meeting. The voting results of the resolutions shall be included in the minutes of the general meetings.

Article 52.   If the presider has any doubt relating to the voting results of any resolution submitted for voting, he/she may tally the votes casted. If the presider of the meeting fails to tally the votes and the attending shareholders or shareholder proxies have objections against the results announced by the presider, they shall have the right to immediately request the tally of votes after the announcement of the voting results, upon which the presider shall tally the votes seasonably.

Article 53.   Except for those relating to business secret of the Company and not able to be disclosed at general meetings, the Board of Directors and the Board of Supervisors shall give reply or explanation to shareholders' inquires and suggestions.

Article 54.   Minutes of the general meetings shall be prepared. The following items shall be included in the minutes of general meetings:

(1) the number of voting shares the holders of which are present at the meeting and the ratio they account for total shares;

(2) the date and place of such meeting;

(3) name of the presider and agenda of the meeting;

(4) key points of each speaker on each matter being considered;

(5) voting results of each matter subject to voting;

(6) inquiry opinions, suggestions of the shareholders, reply or explanation of the Board of Directors and the Board of Supervisors and other contents;

(7) other contents that should be included in the meeting minutes pursuant to the general meeting's opinions or the provisions of these Articles of Association.

Article 55.   Minutes of the general meetings shall be signed by the attending shareholders, Directors and the presider and shall be kept as the Company's record by the Board Secretary. Minutes of the general meetings shall be kept for perpetuity.

Article 56.   The number of attendees, number of shares held by attending shareholders, powers of attorney, voting results of each matter subject to voting, the meeting minutes, the legality of the procedure and other matters of general meetings may be certified by a notary public.

## Chapter V   Board of Directors

### Section One   Directors

Article 57.   The Directors of the Company shall be individuals. An individual does not have to hold any shares of the Company to be a Director.

Article 58.   Directors shall be elected or replaced by the General Meeting for three-year tenures. Directors may be re-appointed at the expiration of each tenure. The General Meeting shall not discharge any Director without cause prior to the expiration of its tenure.

The tenure of each Director shall begin to run at the date of such Director's appointment by the General Meeting by a resolution and shall end at the expiration of the tenure of the current Board of Directors.

Translation of TG 0020734

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Article 59.   Each Director shall exercise its rights vested by the Company prudently, earnestly and diligently to ensure that:

(1) the business activities of the Company comply with the requirements of the laws, regulations and the various economic policies of the government and do not go beyond the business scope stated in the business license;

(2) all shareholders are treated fairly;

(3) he shall carefully read the various business and financial reports of the Company and timely learn the operation and management status of the business of the Company;

(4) it shall personally exercise its granted discretion relating to the management of the Company and shall not be manipulated by any other person; and that it shall not re-delegate its discretion to be exercised by any other person unless permitted under the laws and administrative regulations or approved by an informed general meeting;

(5) it shall accept the legal supervision and reasonable suggestions of the Board of Supervisors concerning its performance of responsibilities.

Article 60.   Where the number of Directors is less than the statutory number due to the failure to re-elect new Directors to fill the vacancies generated by reason of expiration of tenure of Directors or resignation of incumbent Directors during their tenure, the vacating Directors shall continue to perform their responsibilities pursuant to the provisions of the laws, administrative regulations and these Articles of Association before the re-elected Directors shall take their offices.

Article 61.   Each Director may resign from its office prior to the expiration of its tenure. The resigning Director shall submit a written resignation report to the Board of Directors for such resignation. Any incumbent Director who has caused losses to the Company due to its departure from office without approval shall be liable for indemnifying the Company.

Section Two    The Board of Directors

Article 62.   The Company shall have a Board of Directors, which shall be accountable to the General Meeting.

Article 63.   The Board of Directors shall be constituted of five Directors and shall have one Chairman. Of these five Directors, Beijing New Building Materials Co., Ltd and Tai'an Donglian Investment & Trading Co., Ltd shall joint nominate three Directors, Tai'an State-owned Assets Operation Co., Ltd shall nominate one Directors and Tai'an Anxin Investment & Trading Co., Ltd and Jia Tongchun shall jointly nominate one Director.

Article 64.   The Board of Directors shall exercise the following powers:

(1) convening general meetings and reporting its work to the same;

(2) implementing resolutions of the General Meeting;

(3) determining the operation plan and investment projects of the Company;

(4) formulating annual financial budgets and final accounting plans of the Company;

(4) formulating the profit distribution and loss covering plans of the Company;

(6) formulating plans for registered capital increase or reduction, issuing of corporate bonds or other securities and listing of the Company's securities;

10

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

(7) drafting plans of major acquisition, redemption of shares, merger, division or dissolution of the Company;

(8) determining the venture investments and mortgage and other security created on the assets of the Company within the authority vested in it by the General Meeting;

(9) determining the establishment of internal management organs of the Company;

(10) hiring or dismissing General Manager, Board Secretary and the openly recruited financial principal of the Company; hiring and dismissing Deputy General Manager and other senior management personnel of the Company based on nomination by General Manager and determining remuneration and rewards and punishment matters of such personnel;

(11) formulating basic management systems of the Company;

(12) reformulating amendments to these Articles of Association of the Company;

(13) listening to operation reports of the General Manager and inspecting its performance;

(14) other powers provided by laws, regulations and these Articles of Association of the Company or vested in it by the General Meeting.

Article 65.    The Board of Directors shall formulate rules for discussion of matters by it to ensure its performance efficiency and sound decision-making.

Article 66.    Chairman shall be a Director and shall be elected and removed by no less than half of all the Directors.

Article 67.    Chairman shall exercise the following powers:

(1) presiding over general meetings and convening and presiding over Board meetings;

(2) supervising and inspecting the implementation of Board resolutions;

(3) signing shares, corporate bonds and other securities of value of the Company;

(4) signing important documents of the Board and other documents that should be signed by legal representative of the Company;

(5) exercising the powers of legal representative;

(6) exercising special discretion in conformity to legal provisions and in the interests of the Company in relation to matters of the Company under urgent situations of a force majeure nature such as extreme natural disasters and reporting to the Board and the General Meeting afterwards.

(7) other powers vested by the Board.

Article 68.    The Board of Directors shall have at least two meetings in each year, which shall be convened by Chairman and of which written notice shall be given to all Directors ten days in advance of the meeting.

Article 69.    Under any of the following circumstances, Chairman shall convene an interim Board meeting within ten business days:

(1) 1/3 or more Directors jointly proposing such meeting;

(4) the Board of Supervisors proposing the convening of such meeting;

(3) shareholders representing 1/10 or more voting shares.

11

Article 70.    Notice of interim Board meeting may be served by the Board by personal delivery or fax ten days in advance of the meeting.

Chairman shall convene and preside over Board meetings and inspect the implementation of Board resolutions. Where Chairman is not able or fails to perform its responsibilities, no less than half the Directors shall jointly elect one Director to perform such responsibilities.

Article 71.    To constitute a quorum at any Board meeting, no less than 1/2 of the Directors must present themselves. Each Director shall have one vote. To adopt any resolution, no less than half of all the Directors shall vote affirmatively.

Article 72.    At interim Board meetings, resolutions may be adopted by fax signed by all attending Directors provided that Directors' opportunity to fully express their opinions shall be secured.

Article 73.    Directors shall attend Board meetings in person. Where a Director is unable to attend any Board meeting for cause, he/she may authorize another Director in writing to attend such meeting.

Article 74.    The power of attorney shall specify the name of the agent and matters, power, and validity period of such agency and shall be signed or sealed by the authorizing Director.

Article 75.    The Director acting as an agent shall exercise the rights of the authorizing Director within the powers vested. Any Director neither presenting himself/herself in person nor authorizing an agent to attend any meeting shall be deemed as having waived its voting right at such meeting.

Article 76.    For voting Board resolutions, open ballot voting shall be applied. Each Director shall have one vote.

Article 77.    Minutes of Board meetings shall be prepared. Directors and the clerk attending the meeting shall sign the meeting minutes. Each attending Director shall have the right to request the making of explanatory notes concerning his speaking at the meeting. Board meeting minutes shall be kept by Board Secretary as records of the Company. Board meeting minutes shall be kept for perpetuity.

Article 78.    Minutes of Board meetings shall include the following contents:

(1) the date, place and the name of the convening person of such meeting;

(2) names of the attending Directors and Directors (agents) attending under the authorization of other Directors;

(3) agenda of the meeting;

(4) key points of the statements of Directors;

(5) voting manner and results (including the numbers respectively of affirmative votes, dissenting votes and abstention votes) of each voted matter;

Article 79.    Directors shall sign and be responsible for Board resolutions. If any Board resolution violates laws, regulations or these Articles of Association and has caused losses to the Company, Directors having participated in the adoption of such resolution shall be responsible for indemnifying the Company. However, where it is established that any Director has indicated its objection to such resolution, which objection has been recorded in the meeting minutes, such Director shall be released from such liability.

Translation of TG 0020737

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Section Three    Board Secretary

Article 80.    The Board of Directors shall have one Board Secretary. Board Secretary shall be a senior management personnel of the Company accountable to the Board of Directors.

Article 81.    Board Secretary shall have necessary expertise and experience and shall be appointed by the Board of Directors.

Article 82.    The primary responsibilities of Board Secretary shall be as follows:

(1) preparing and submitting reports and documents to be issued by the Board and the General Meeting as required by relevant government authority;

(2) making arrangements for Board meetings and general meetings and being responsible for preparing meeting minutes and keeping the documents and minutes of such meetings.

(3) being responsible for information disclosure by the Company to ensure the timeliness, accuracy, legality and completeness of such disclosure;

(4) ensuring that persons entitled to receiving relevant records and documents of the Company receive the same on time.

Article 83.    Board Secretary may be a Director or other senior management personnel of the Company.

Article 84.    Board Secretary shall be nominated by Chairman and hired or dismissed by the Board. Where a Director is also Board Secretary, he/she may not, in both such capacities at the same time, take any activity that needs to be taken by the Directors and Board Secretary respectively.

**Chapter VI    General Manager**

Article 85.    The Company shall have one General Manager which shall be hired or dismissed by the Board of Directors. If hired, the Directors may hold the office of General Manager or other senior management position at the same time.

Article 86. Each tenure of General Manager's shall be three years, renewable upon re-appointment.

Article 87.    General Manager shall be accountable to the Board of Directors and shall exercise the following powers:

(1) directing the management of production and operation of the Company and report to the Board of Directors.

(2) coordinating the implementation of Board resolutions and annual plans and investment projects of the Company;

(3) preparing plans for establishing internal management organs of the Company;

(4) preparing the basic management systems of the Company;

(5) formulating specific rules of the Company;

(6) submitting its proposals of hiring or dismissing senior management personnel other than Board Secretary and the financial principal for the Board's determination;

(7) hiring or dismissing management personnel other than those that should be hired or dismissed by the Board;

(8) preparing plans of employee's wages, benefits and rewards and punishments and determining the hiring and dismissing of employees of the Company;

13

Translation of TG 0020738

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

(9) proposing the convening of interim Board meetings;

(7) other powers vested by these Articles of Association or the Board of the Company.

Article 88.   General Manager and other senior management personnel shall attend Board meetings.

Article 89.   General Manager shall report to the Board of Directors or the Board of Supervisors status of matters of the Company such as execution and performance of major contracts, use of funds and profits and losses. General Manager shall ensure the truthfulness of such reports.

Article 90.   In preparing plans for issues affecting the vital interests of the employees such as employees' wages, benefits, safe production and labor protection, labor insurance and dismissal or firing of employees, General Manager shall consult with the opinions of the trade union or the employee congress beforehand.

Article 91.   General Manager of the Company shall observe provisions of laws, administrative regulations, these Articles of Association and the duties of good faith and diligence.

Article 92.   General Manager may resign from its office prior to the expiration of its tenure. Specific procedures and rules applying to General Manager's resignation shall be governed by the employee contract between the Company and General Manager.

Article 93.   The Company shall establish an incentive mechanism which represents a correlation between compensation of General Manager and other senior management personnel and the performance of the Company and such individuals to attract talents and maintain a stable team of such personnel.

Article 94.   The Company's assessment of the performance of General Manager and other senior management personnel shall be the basis on which such personnel's compensation and other incentive payments should be ascertained.

Article 95.   If there is any violation of laws, regulations and these Articles of Association on the part of General Manager or other senior management personnel that has caused losses to the Company, the Board of Directors shall take active measures to hold such personnel legally liable.

<div align="center">

**Chapter VII   Board of Supervisors**

Section One   The Supervisors

</div>

Article 96.   Supervisors shall consist of shareholder representatives and employee representatives. Beijing New Building Materials Co., Ltd shall nominate one Supervisor, the other shareholders shall jointly nominate 1 Supervisor and the other Supervisor shall be a representative of the employees.

Article 97.   None of the Directors, the General Manager and other senior management personnel shall hold the office of Supervisor concurrently.

Supervisors shall have expertise or experience in areas such as law and accounting. The composition and structure of the Board of Directors shall ensure that the Board of Directors is able to carry out supervision and inspection in connection with the Directors, the General Manager and other senior management personnel independently and effectively.

Article 98.   Each tenure of the Supervisors shall last for three years. Shareholder Supervisors shall be elected or replaced by the General Meeting and employee Supervisors shall be elected or replaced by the employees of the Company democratically. The tenure of each Supervisor may be renewed upon re-appointment.

14

Section 99    The Supervisors may attend Board meetings and raise inquiries or proposals concerning the subject matters of the Board meeting resolutions.

Article 100.    Each Supervisor may resign prior to the expiration of his/her tenure. Provisions in Chapter V of these Articles of Association concerning Directors' resignation shall apply to Supervisors.

Article 101.    Supervisors shall observe provisions of laws, administrative regulations, these Articles of Association and the duties of good faith and diligence.

<div align="center">Section Two    The Board of Supervisors</div>

Article 102.    The Company shall have a Board of Supervisors. The Board of Supervisors shall have three members, among which one member shall be the Chairman of the Board of Supervisors to be elected by more than half of all the Supervisors. Chairman of the Board of Supervisors shall convene and preside over meetings of the Board of Supervisors. Where Chairman of the Board of Supervisors is not able to or fails to perform its responsibilities, no less than half of the Supervisors shall jointly elect one Supervisor to convene and preside over meetings.

Article 103.    The Board of Supervisors shall exercise the following powers:

(1) inspecting the financial matters of the Company;

(2) supervising the Directors, the General Manager and other senior management personnel in their performance of duties with the Company and proposing the removal of any of the Directors, the General Manager and other senior management personnel who has violated any provision of the laws, administrative regulations or these Articles or the resolutions of the Board;

(3) Where any activity of the Directors, the General Manager or other senior management personnel violates the interests of the Company, requesting correction of such personnel and, if necessary, reporting such activity to the General Meeting or relevant government authority.

(4) proposing the convening of interim general meetings and, where the Board of Directors fails to perform its responsibilities of convening and presiding over general meetings as provided in the *Company Law* and these Articles of Association, convening and presiding over general meetings;

(5) submitting proposals to general meetings;

(6) bringing lawsuits against Directors and senior management personnel pursuant to the provisions of Section 152 of the *Company Law*;

(7) other powers vested by these Articles of Association or the General Meeting.

Article 104.    The Board of Supervisors may request the Directors, the General Manager and other senior management personnel and internal or external auditors of the Company to attend its meetings and respond to questions of concern. Where the Board of Directors identify any activity of the Directors, the General Manager or other senior management personnel that violates the laws, regulations or these Articles of Association of the Company, it may report such activity to the Board of Directors or the General Meeting or directly inform relevant authority the same. In its exercise of official powers, the Board of Directors may retain professional agencies such as law firms and accounting firms to offer help if necessary, whereof the costs incurred shall be borne by the Company.

Article 105.    The Board of Supervisors shall have at least one meeting in each month.

Translation of TG 0020740

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

The Supervisors may also propose the convening of interim Supervisors' meetings. Notice of Supervisors' meetings shall be served to all Supervisors ten days in advance of each meeting in writing (fax shall be valid).

<div align="center">Section Three   Resolutions of the Board of Supervisors' Meetings</div>

Article 106.   Supervisors shall attend Supervisors' meetings in person. When the Supervisors' meetings vote any resolution, open ballot voting shall be applied.

Article 107.   Voting procedures of Supervisors' meetings shall be as follows: (1) to constitute a quorum at any Supervisors' meeting, no less than 1/2 of the Supervisors must present themselves; (2) each Supervisor shall have one vote; and (3) to adopt any resolution, no less than half of all the Supervisors shall vote affirmatively.

Article 108.   Minutes shall be kept for Supervisors' meetings, which all Supervisors and the clerk attending the meeting shall sign. Each attending Supervisor shall have the right to request the making of certain explanatory notes concerning his speaking at the meeting. Supervisors' meeting minutes shall be kept by Board Secretary as records of the Company. Supervisors' meeting minutes shall be kept for perpetuity.

**Chapter VIII   Qualification and Duties of Directors, Supervisors and Senior Management Personnel of the Company**

Article 109.   Any person having any of the following situations shall not act as Director, Supervisor or senior management personnel of the Company:

(1) being a person without capacity for civil conduct or with limited capacity for civil conduct;

(2) having been imposed criminal penalty due to conviction of crime of corruption, bribery, larceny, embezzlement or destroying socialism market order, after the execution of which a period of five years has not expired, or having been deprived of political rights due to criminal conviction, after the execution of which a period of five years has not expired;

(3) having acted as director, factory principal or manager of any company or enterprise having been liquidated due to bankruptcy and being personally responsible for the bankruptcy of such company or enterprise, after the bankruptcy liquidation of which a period of three years has not expired;

(4) having acted as legal representative of any company or enterprise whose business license has  been canceled due to violation of the law and being personally responsible for the cancellation of business license of such company or enterprise, after which a period of three years has not expired; or

(5) owing personal overdue debts of a large amount.

The Company's election or appointment of Directors, Supervisors or hiring of senior management personnel in violation of the foregoing paragraph shall be invalid.

Where any of the situations set out in the first paragraph of this Article occur to any Director, Supervisor or senior management personnel during such personnel's tenure, the Company shall remove such personnel from its position.

Article 110.   Directors, Supervisors and senior management personnel shall observe provisions of laws, administrative regulations, these Articles of Association and the duties of good faith and diligence.

<div align="center">16</div>

Translation of TG 0020741

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Directors, Supervisors and senior management personnel shall not receive bribe or other illegal incomes by exploiting their official powers and shall not convert the Company's property.

Article 111.    Directors and senior management personnel shall not have any of the following activities:

(1) embezzling funds of the Company;

(2) depositing funds of the Company into any personal account opened in the name of himself/herself or other individuals;

(3) lending funds of the Company to or creating security on property of the Company for the interest of third parties without approval of the General Meeting or the Board of Directors in violation of these Articles of Association;

(4) entering into contract or dealing with the Company in violation of the provisions of these Articles of Association or without the approval of the General Meeting;

(5) seizing business opportunities belonging to the Company for himself/herself or others or operating for himself/herself or others similar businesses of the Company by exploiting his/her position without the approval of the General Meeting;

(6) receiving and possessing commission on transactions between third parties and the Company;

(7) disclosing confidential information of the Company without approval;

(8) other activities in violation of his duty of loyalty owed to the Company.

Incomes received by any Director or senior management personnel by violating the provisions of the aforesaid paragraph shall be the property of the Company.

Article 112.    If any Director, Supervisor or senior management personnel violates the provisions of laws, administrative regulations or these Articles of Association in its performance of responsibilities with the Company and causes losses to the Company, it shall be responsible for indemnifying the Company against such losses.

Article 113.    Where the Directors, Supervisors or senior management personnel are requested by the General Meeting to attend its meetings, they should attend such meetings and accept inquires of shareholders.

Directors and senior management personnel shall provide relevant information and materials to the Board of Supervisors faithfully and shall not interfere with the Board of Supervisors' or any Supervisor's exercise of official powers.

Article 114.    If any of the situations set out in Section 150 of the *Company Law* occurs to any of the Directors or senior management personnel, shareholders holding, individually or collectively, 1% or more shares of the Company may request in writing the Board of Supervisors to file a lawsuit with the people's court. If any of the situations set out in Section 150 of the *Company Law* occurs to any of the Supervisors, the aforesaid shareholders may request in writing the Board of Supervisors to file a lawsuit with the people's court.

Under any of the following circumstances, the shareholders as described in the foregoing paragraph may directly file a lawsuit in their own names in the interests of the Company: (1) the Board of Supervisors or the Board of Directors refuse to file a lawsuit after receipt of the written request of the shareholders as described in the foregoing paragraph; (2) the Board of Supervisors or the Board of Directors fails to file a lawsuit within thirty days; or (3) failing to file a lawsuit immediately will cause irreparable losses to the Company due to the emergent nature of the situation.

Where the Company suffers losses due to any third party's violation of the Company's legal interests, shareholders described in the first paragraph of this Article may file a lawsuit with the people's court pursuant to the provisions of the foregoing two paragraphs.

17

Translation of TG 0020742

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Article 115.   Where any Director or senior management personnel violates the provisions of laws, administrative regulations or these Articles of Association of the Company in detrimental to the interests of the shareholders, the shareholders may file a lawsuit with the people's court.

## Chapter IX   Financial and Accounting Systems, Distribution of Profits and Auditing

### Section One   Financial and Accounting Systems

Article 116.   The Company shall establish its financial and accounting systems pursuant to the provisions of laws, administrative regulations and relevant government authorities.

Article 117.   The Company shall prepare its annual financial report at the end of each financial year, which shall be legally audited and verified.

Article 118.   The annual financial report shall include the following items:

(1) the balance sheet;

(2) the income statement and the statement of profit distribution;

(3) the cash flow statement;

(4) notes of financial statement;

Article 119.   The annual financial report shall be prepared pursuant to relevant provisions of laws and regulations.

Article 120.   Except for the statutory account book, the Company shall not set up any other account book. The assets of the Company shall not be deposited in any account under the name of any individual.

Article 121.   The after tax income of the Company shall be distributed according to the following priorities:

(1) covering the losses of the previous year;

(2) allocation to statutory reserve fund (10%);

(3) allocation to optional reserve fund;

(4) paying dividend to shareholders.

Where the cumulative balance of the statutory reserve fund of the Company is no less than 50% of its registered capital, the Company may cease the allocation of net income to such fund. After allocations to statutory reserve fund and public welfare fund are made, it shall be determined by the General Meeting whether to make allocation to optional reserve fund. The Company shall not make any distribution of profit to the shareholders before covering its losses and making allocations to statutory reserve fund and public welfare reserve fund.

Article 122.   Where the General Meeting adopts a resolution to convert reserve fund into capital, new shares shall be allotted to shareholders in proportion to their existing shareholding ratios. However, where statutory reserve fund is converted to capital, retained balance of such reserve fund shall not be less that 25% of the registered capital.

Article 123.   After the general meeting adopts a resolution concerning the profit distribution plan, the Board of Directors of the Company shall complete the payment or allotment of dividend or shares within two months of the general meeting.

Article 124.   The Company may make distribution of dividends in cash or in the form of share certificates.

18

Translation of TG 0020743

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Section Two Internal Auditing

Article 125.   The Company shall apply an internal auditing system, allocating full-time and part-time auditors to perform internal auditing in relation to the financial incomes and expenses and economic activities of the Company.

Article 126.   The Company's internal auditing system and the responsibilities of the auditors shall be implemented after being approved by the Board of Directors. The person in charge of auditing shall be accountable and report to the Board of Directors.

### Chapter X   Merger, Division, Dissolution and Liquidation

Section One    Merger or Division

Article 127.   The Company may legally carry out merger or division.

Merger of the Company may take either of the following two forms: merger by absorption or merger by incorporation.

Article 128.   The following procedures shall apply to merger and division of the Company:

(1) the Board of Directors preparing a plan for the merger or division;

(2) the General Meeting adopting a resolution pursuant to these Articles of Association;

(3) the parties signing the merger or division contract;

(4) legally completing relevant approval formalities;

(5) dealing with the various matters involved in merger or division such as claims and debts;

(6) completing registration of dissolution or change.

Article 129.   In the course of merger or division of the Company, the parties to such merger or division shall prepare their respective balance sheets and schedules of assets. The Company shall notify its creditors within ten days of the date when the General Meeting adopts the resolution of merger or division and shall make an announcement in newspaper within thirty days.

Article 130.   The creditors may request the Company to repay the debts or provide corresponding security within thirty days of receipt of notice or, if no notice is received, within forty five days of the date of the first announcement. If the Company is not able to repay the debts nor provide corresponding security, it shall not proceed with the merger or division.

Article 131.   In the course of merger or division of the Company, the Company shall take necessary measures to protect the legal interests of the shareholders objecting to the merger or division of the Company.

Article 132.   Disposal of assets, debts and claims of the parties to the merger or division of the Company shall be explicitly provided for by entering into a contract.

After the merger of the Company, the claims and liabilities of the parties to such merger shall be succeeded by the surviving or newly incorporated company after such merger.

The pre-division debts of the Company shall be assumed by the companies existing after such division pursuant to the agreement entered into between the parties.

Article 133.   If any change to any matter subject to registration occurs in the course of merger or division of the Company,

19

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

such change shall be registered with the company registry. If the Company is dissolved, cancellation registration of the Company shall be completed. For the new company legally incorporated, incorporation registration shall be completed.

Section Two    Dissolution and Liquidation

Article 134.    If any of the following situations occur, the Company shall be dissolved and legally liquidated:

(1) the business term of the Company expires;

(2) the General Meeting adopts a resolution to dissolve the Company;

(3) the Company is dissolved due to merger or division;

(4) the Company is legally declared bankrupt due to inability to repay due debts;

(5) the Company is legally ordered to shut down due to violation of laws and regulations.

Article 135.    Where the Company is dissolved under the situations set out in sub-paragraph (1) and (2) of the foregoing Article 134 of this Section, it shall constitute a liquidation group within fifteen days. The members of the liquidation group shall be elected by the General Meeting by a special resolution.

Where the Company is dissolved under the situation described in sub-paragraph (3) of the foregoing Article 134 of this Section, the liquidation matters shall be completed by the parties to the merger or division pursuant to the contract entered into at the time of such merger or division.

Where the Company is dissolved under the situation described in sub-paragraph (4) of the foregoing Article 134 of this Section, liquidation shall be completed by a liquidation group comprising shareholders, relevant authorities and professionals as coordinated by the people's court pursuant to the provisions of relevant laws.

Where the Company is dissolved under the situation described in sub-paragraph (5) of the foregoing Article 134 of this Section, liquidation shall be completed by a liquidation group comprising relevant authorities and professionals as coordinated by the authority in charge.

Article 136.    The official powers of the Board of Directors and the General Manager shall cease immediately upon the constitution of the liquidation group. During the liquidation period, the Company shall not conduct any new operation.

Article 137.    The liquidation group shall exercise the following official powers during the liquidation period:

(1) notifying or making announcement to creditors;

(2) liquidating the assets of the Company, preparing balance sheet and schedule of assets;

(3) dealing with pending businesses of the Company;

(4) liquidating overdue tax payments;

(5) liquidating claims and debts;

(6) disposing the surplus assets of the Company after liquidating its debts;

(7) representing the Company in civil litigation activities.

Article 138.    The liquidation group shall notify the creditors within ten days of its constitution and shall make an announcement in newspaper within sixty days.

Article 139.    The creditors shall declare their claims within the time limit provided in these Articles of Association. The creditors shall specify relevant matters of their claims and provide supporting documents thereof when declaring their claims. The liquidation group shall

20

register the claims.

Article 140.   The liquidation group shall formulate a liquidation plan and submit the same to the General Meeting or relevant authority in charge for its affirmation after liquidating assets of the Company and preparing the balance sheet and the schedule of assets.

Article 141.   The assets of the company shall be used for repaying of the following priorities:

(1) payment of liquidation costs;

(2) payment of wages and social security contributions of the employees of the Company;

(3) payment of overdue taxes;

(4) repayment of the debts of the Company;

(5) distribution to the shareholders in proportion to their shareholding ratio.

No distribution to shareholders shall be made before the assets of the Company have been used to make payments or repayments under sub-paragraph (1)-(4) of the foregoing paragraph.

Article 142.   Where the liquidation group believes that the assets of the Company are not sufficient to repay its debts after it has liquidated the assets of the Company and prepared the balance sheet and the schedule of assets, it shall petition declaration of bankruptcy with the people's court and shall hand over the liquidation matters to the people's court upon declaration of bankruptcy by the people's court.

Article 143.   On completion of liquidation, the liquidation group shall prepare a liquidation report and the statement of incomes and expenses and the account book in connection with the liquidation period and submit the same to the General Meeting or relevant authority in charge for its affirmation.

The liquidation group shall legally complete registration of cancellation for the Company with the company registry and announce the termination of the Company within thirty days of the date of affirmation of the liquidation report by the General Meeting or relevant authority in charge.

Article 144.   Members of the liquidation group shall be faithful to their responsibilities, legally perform their duties in connection with liquidation and shall not receive bribe or other illegal incomes by exploiting their official powers or convert the Company's property.

Where the willful conduct or gross negligence of any member of the liquidation group causes any loss to the Company or its creditors, such member shall be liable for indemnifying the Company or the creditors against such loss.

## Chapter   XI   Amendments to This Articles of Association

Article 145.   If any of the following situations occurs, the Company shall amend these Articles of Association:

(1) any provision of these Articles of Association becomes inconsistent with any provision of any law or administrative regulation as amended after the amending the *Company Law* or relevant law or administrative regulation.

(2) any change occurs to the Company which makes the actual situation different from the content of these Articles of Association;

(2) the General Meeting adopts a resolution to amend these Articles of Association;

Article 146.   If any matter in these Articles of Association amended pursuant to a resolution of the General Meeting is subject to approval by the authority in charge, such amendment shall be submitted to the original approval authority for its approval. If any matter in these Articles of Association amended pursuant to a resolution of the General Meeting is subject to registration, registration for change shall be legally completed.

Article 147.   The Board of Directors shall amend these Articles of Association pursuant to the resolution of the General Meeting and the approval opinions of relevant authority in charge.

21

**Chapter XII   Miscellaneous**

Article 148.   The Board of Directors may formulate by-laws of these Articles of Association, provided that none of such by-laws shall contravene with these Articles of Association.

Article 149.   The text of these Articles shall be in Chinese. Where any text in other languages or of other versions is divergent from these Articles of Association, the Chinese version as last approved and registered with the Administration of Industry and Commerce of Shandong Province shall control.

Article 150.   For the purpose of these Articles of Association, "no less than", "within" or "no more than" shall include the number following it and "less than" or "beyond" shall not include the number following it.

Article 151.   These Articles of Association shall be interpreted by the Board of Directors of the Company.

22

Translation of TG 0020747

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

(page for signing of these Articles of Association of Tai Shan Gypsum Co., Ltd by shareholder s, no text hereunder)

*(Seal of Beijing New Building Materials Co., Ltd)*
Signature of Representative: *(signature of Wang Lifeng)*


*(Seal of Tai'an State-owned Assets Operation Co., Ltd.)*
Signature of Representative: *(signature of Xu Xinghu)*


*(Seal of Tai'an Anxin Investment & Trading Co., Ltd.)*
Signature of Representative: *(signature of Jiao Wenbo)*


*(Seal of Tai'an Donglian Investment & Trading Co., Ltd.)*
Signature of Representative: *(signature of Wang Lifeng)*


*Signature of Jia Tongchun: (signature of Jia Tongchun)*

June 20, 2007

23

Translation of TG 0020748
Revised as of 3/2/12

# 山东泰和东新股份有限公司
## 2006 年度股东大会决议

2007年6月20日,山东泰和东新股份有限公司(以下简称"公司")在中国建材会议室召开了公司 2006 年度股东大会,公司全体股东均派代表出席会议,代表股份 15562.5 万股,占总股本的 100%,符合《公司法》和《公司章程》有关规定,形成的决议合法有效。会议由公司董事长贾同春主持,经过与会股东充分讨论,出席会议的全体股东一致同意,表决通过了以下议案:

一、审议通过了《2006 年度董事会工作报告》;

该议案 15562.5 万股同意,占出席会议有表决权股东的 100%,0 股反对,0 股弃权。

二、审议通过了《2006 年度监事会工作报告》;

该议案 15562.5 万股同意,占出席会议有表决权股东的 100%,0 股反对,0 股弃权。

三、审议通过了《关于公司 2006 年度财务决算及 2007 年度财务预算的报告》;

该议案 15562.5 万股同意,占出席会议有表决权股东的 100%,0 股反对,0 股弃权。

四、审议通过了《关于公司 2006 年度利润分配的议案》;

根据北京市兴华会计师事务所审定的合并会计报告,公司 2006 年度共实现净利润 99,754,450.26 元,因上年度未向股东分配股利,提取法

1

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020722

Jia Def 1/9/12
EXHIBIT NO. 13

定盈余█████ 可供股东分配的利润为 115,817,538.70 元。

为兼顾股东的派现要求与公司稳定发展给股东带来的长期利益，同意将可供股东分配的利润的50%用于派发股利。具体分配方案为每股派发现金股利 0.372 元，共分配利润 57,892,500 元。未分配利润 57,925,038.70 用于项目建设和生产经营。

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

五、审议通过了《关于公司名称变更的议案》：

为使企业名称与产品商标名称相统一，提升企业品牌价值。只要工商登记允许，同意将公司名字由"山东泰和东新股份有限公司"改为"泰山石膏股份有限公司"。

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

六、审议通过了《关于项目建设的议案》：

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

七、审议通过了《关于修改公司章程的议案》。

会议同意根据股权调整后的变化和新的《公司法》的有关规定，结合公司实际，对公司章程进行修订，具体内容见修订后的章程。

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

2

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020723



（此页无正文，为公司2006年度股东大会的股东签字页）

股东签字：

北新集团建材股份有限公司：

代表人签字：

泰安市国有资产经营有限公司

代表人签字：

泰安市安信投资贸易有限公司

代表人签字：

泰安市东联投资贸易有限公司

代表人签字：

贾同春签字：

2007 年 6 月 20 日

3

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020724

**Updated Jia Tr. Def's Ex. 13A**

**(English Translation of Jia Tr. Def's Ex. 13)**

**Shandong Taihe Dongxin Co., Ltd.**
**Resolutions of the 2006 Annual General Meeting of Shareholders**

On June 20, 2007, Shandong Taihe Dongxin Co., Ltd. (hereinafter referred to as the "Company") convened the 2006 annual general meeting of shareholders in a conference room at the offices of China National Building Materials Co., Ltd. With attendees representing 155,625,000 shares, or 100% of the total equity of the Company, as required by applicable provisions of the *Company Law of the People's Republic of China* and the *Articles of Association* of the Company, the resolutions issued at the meeting were valid and effective. As presided over by Chairman Tongchun Jia, and through extensive deliberation among the shareholders, the following resolutions were unanimously agreed upon and issued:

1. Review and approval of the *2006 Working Report of the Board of Directors*;

This motion was passed with 155,625,000 shares, representing 100% of the voting rights of those present at the meeting (0 shares opposed, 0 shares abstained).

2. Review and approval of *the 2006 Working Report of the Board of Supervisors*;

This motion was passed with 155,625,000 shares, representing 100% of the voting rights of those present at the meeting (0 shares opposed, 0 shares abstained).

3. Review and approval of the *Report on the 2006 Final Financial Statements and the 2007 Financial Budget of the Company*;

This motion was passed with 155,625,000 shares, representing 100% of the voting rights of those present at the meeting (0 shares opposed, 0 shares abstained).

4. Review and approval of the *Motion concerning the 2006 Profit Distribution*;

Based on the  consolidated accounting report issued by Beijing Xinghua Certified Public Accountants, Ltd., the annual net profits of the Company for the 2006 year totaled RMB 99,754,450.26 yuan. Because no dividend distribution had been made for the prior year, the total

1

dividends distributable to the shareholders extracted from the statutory surplus [illegible] totaled RMB 115,817,538.70 yuan.

In order to satisfy both shareholder demand for cash dividends and ensure the long-term interests of the shareholders in the stable growth of the Company, it was agreed to set aside 50% of the total profits distributable to the shareholders as cash dividends. The distribution of cash dividends shall be equal to RMB 0.372 yuan per share, for total dividends worth RMB 57,892,500 yuan. The RMB 57,925,038.70 yuan not distributed as dividends shall be used for project construction, manufacturing and operations.

This motion was passed with 155,625,000 shares, representing 100% of the voting rights of those present at the meeting (0 shares opposed, 0 shares abstained).

5.   Review and approval of the *Motion on the Enterprise Name Change*;

This motion was meant to standardize the name of the Company and the brand name of its products, thereby raising the value of the brand. Pending the approval of the business registration, it was agreed to change the name of the Company from "Shandong Taihe Dongxin Co., Ltd." to "Taishan Gypsum Co., Ltd."

This motion was passed with 155,625,000 shares, representing 100% of the voting rights of those present at the meeting (0 shares opposed, 0 shares abstained).

6.   Review and approval of the *Motion concerning Project Construction*;

This motion was passed with 155,625,000 shares, representing 100% of the voting rights of those present at the meeting (0 shares opposed, 0 shares abstained).

7.   Review and approval of the *Motion to Amend the Articles of Association*;

In accordance with the changes resulting from the adjustment of voting rights and the applicable provisions of the new *Company Law of the People's Republic of China*, combined with the changing circumstances of the Company, it was agreed to amend the Articles of

1

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Association, with the substance of specific amendments to be set forth in the amended version of the Articles.

This motion was passed with 155,625,000 shares, representing 100% of the voting rights of those present at the meeting (0 shares opposed, 0 shares abstained).

Translation of TG 0020723

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

(No text on this page; reserved for the shareholder signatures of the 2006 general meeting of shareholders)

Shareholder Signatures:

    Beijing New Building Materials Co., Ltd.
    [*seal:  Beijing New Building Materials Co., Ltd.*]

    Signature of representative:  [*signature*]

    Taian State-Owned Asset Management Co., Ltd.
    [*seal: Taian State-Owned Asset Management Co., Ltd.*]

    Signature of representative:  [*signature*]

    Taian Anxin Trust & Investment Co., Ltd.
    [*seal: Taian Anxin Trust & Investment Co., Ltd.*]

    Signature of representative:  [*signature*]

    Taian Donglian Investment Trading Co., Ltd.
    [*seal: Taian Donglian Investment Trading Co., Ltd.*]

    Signature of representative:  [*signature*]

    Tongchun Jia
    [*signature*]

                                     June 20, 2007

Translation of TG 0020724

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

# 山东泰和东新股份有限公司
# 2007 年第一次临时股东大会决议

2007 年 6 月 20 日，山东泰和东新股份有限公司（以下简称"公司"）在北新集团建材股份有限公司会议室召开了 2007 年第一次临时股东大会，公司全体股东均派代表出席会议，代表股份 15562.5 万股，占总股本的 100%，符合《公司法》和《公司章程》有关规定，形成的决议合法有效。会议由公司董事长贾同春主持，经过与会股东充分讨论，表决通过了《关于公司董事会调整的议案》及《章程修正案》。

1、根据公司股权结构调整后的情况和公司发展的需要，全体股东一致同意对公司第三届董事会予以调整，免去薛玉利、任绪连董事职务，董事会由原 7 名董事组成调整为 5 名董事，王兵、徐兴虎、贾同春、贾建军、杨艳军留任，并组成新的董事会；

2、全体股东一致通过了《山东泰和东新股份有限公司章程修正案》。

特 此 决 议

二○○七年六月二十日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020715

Jia Def 1/9/12
EXHIBIT NO. 14
L. GOLKOW

（此页无正文，公司 2007 年第一次股东大会决议的股东签字页）

股东签字：

北新集团建材股份有限公司

代表人签字：

泰安市国有资产经营有限公司

代表人签字：

泰安市安信投资贸易有限公司

代表人签字：

泰安市东联投资贸易有限公司

代表人签字：

贾同春签字：

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

# 山东泰和东新股份有限公司章程修正案

二〇〇七年六月二十日，山东泰和东新股份有限公司在北新集团建材股份有限公司会议室召开了 2007 年第一次临时股东大会，根据本次股东大会决议，对原公司章程修改如下：

原章程第六十一条："董事会由七名董事组成，设董事长一人。其中，北新集团建材股份有限公司提名 4 名董事，泰安市国有资产经营有限公司提名 1 名董事，泰安市东联投资贸易有限公司、泰安市安信投资贸易有限公司及贾同春共同提名 2 名董事。" 变更为 "董事会由五名董事组成，设董事长一人。其中，北新集团建材股份有限公司和泰安市东联投资贸易有限公司共同提名 3 名董事，泰安市国有资产经营有限公司提名 1 名董事，泰安市安信投资贸易有限公司及贾同春共同提名 1 名董事。"

法定代表人签字 

山东泰和东新股份有限公司

二〇〇七年六月二十日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020717

**Updated Jia Tr. Def's Ex. 14A**

**(English Translation of Jia Tr. Def's Ex. 14)**

**Translation of TG 0020715**

**The 1st Extraordinary General Meeting of Shareholders for the Year of 2007 of Shandong Taihe Dongxin Co., Ltd.**

On June 20, 2007, Shandong Taihe Dongxin Co., Ltd. (hereinafter referred to as the "Company") held the 1st Extraordinary General Meeting of Shareholders for the year of 2007 at the conference room of Beijing New Building Materials Co., Ltd. All the shareholders sent representatives to attend the meeting, representing 155.625 million shares, which is 100% of the total stock, complies with the provisions in the "Company Law" and the "Articles of Association" of the Company, and the resolutions are valid and effective. The meeting was presided by the Company's Chairman Jia Tongchun. After thorough discussion by the participating shareholders, the meeting voted for the "Proposal on Changing the Board of Directors of the Company" and the "Amendment to the Articles of Association".

1. Based on the situation after the Company's equity structure adjustment and the needs for developing the Company, the entire shareholders unanimously agreed to adjust the 3rd session of the Board of Directors of the Company, removed Xue Yuli and Ren Xulian from the position of director, and adjusted the Board of Directors from the original 7 directors to the 5 directors: Wang Bing, Xu Xinghu, Jia Tongchun, Jia Jianjun and Yang Yanjun would remain and consist of the new Board of Directors.
2. The entire shareholders unanimously passed the "Amendment to the Articles of Association of Shandong Taihe Dongxin Co., Ltd."

It is hereby resolved.

June 20, 2007

**Translation of TG 0020716**

(This page does not contain any text, and is for the signatures of shareholders present at the 1st Extraordinary General Meeting of Shareholders for the year of 2007.)

Signatures of Shareholders:

Beijing New Building Materials Co., Ltd.
Beijing New Building Materials Co., Ltd. (seal)
Signature of the Representative: Wang Bing

Taian State-owned Assets Management Co., Ltd.
Taian State-owned Assets Management Co., Ltd. (seal)
Signature of the Representative: Xu Xinghu

Taian Anxin Investment and Trade Co., Ltd.
Taian Anxin Investment and Trade Co., Ltd. (seal)
Signature of the Representative: Jiao Wenbo

Taian Donglian Investment and Trade Co., Ltd.
Taian Donglian Investment and Trade Co., Ltd. (seal)
Signature of the Representative: Wang Bing

Signature of Jia Tongchun: Jia Tongchun

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

**Translation of TG 0020717**

**Amendment to the Articles of Association of Shandong Taihe Dongxin Co., Ltd.**

On June 20, 2007, Shandong Taihe Dongxin Co., Ltd. held the 1st Extraordinary General Meeting of Shareholders for the year of 2007 at the conference room of Beijing New Building Materials Co., Ltd. In accordance with the resolution of this General Meeting of Shareholders, the following amendment is made to the original Articles of the Association of the Company:

The original Article 61 of the Articles of Association: "The Board of Directors consists of seven directors, inclusive of one chairman. Of which, Beijing New Building Materials Co., Ltd. will nominate four directors, Taian State-owned Assets Management Co., Ltd. will nominate one director, Taian Donglian Investment and Trade Co., Ltd., Taian Anxin Investment and Trade Co., Ltd. and Jia Tongchun will jointly nominate two directors" will be changed into: "The Board of Directors consists of five directors, inclusive of one chairman. Of which, Beijing New Building Materials Co., Ltd. and Taian Donglian Investment and Trade Co., Ltd. will jointly nominate three directors, Taian State-owned Assets Management Co., Ltd. will nominate one director, Taian Anxin Investment and Trade Co., Ltd. and Jia Tongchun will jointly nominate one director."

Signature of Legal Representative: Tongchun Jia
Shandong Taihe Dongxin Co., Ltd.
(illegible seal)
June 20, 2007

# 泰山石膏股份有限公司
## 2008 年年度股东大会决议

　　2009 年 5 月 18 日，泰山石膏股份有限公司（以下简称"公司"）在中国建材股份有限公司会议室召开了公司 2008 年年度股东大会，公司全体股东均派代表出席会议，代表股份 15562.5 万股，占总股本的 100%，符合《公司法》和《公司章程》有关规定，形成的决议合法有效。会议由公司董事长贾同春主持，经过与会股东充分讨论，出席会议的全体股东一致同意，表决通过了以下议案：

　　一、审议通过了《2008 年年度董事会工作报告》；

　　该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

　　二、审议通过了《2008 年年度监事会工作报告》；

　　该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

　　三、审议通过了《关于公司 2008 年度财务决算及 2009 年度财务预算的报告》；

　　该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

　　四、审议通过了《关于公司 2008 年度利润分配的议案》；

　　会议决定 2008 年度可供分配的利润暂不分配，用于保证项目建设和生产经营的正常进行。

1

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020795

Jia Def 1/9/12
EXHIBIT NO. 15
L. GOLKOW

该议案15562.5万股同意，占出席会议有表决权股东的100%，0股反对，0股弃权。

五、审议通过了《关于修改公司章程的议案》；

因公司股东之一"泰安市东联投资贸易有限公司"更名为"北京东联投资有限公司"，公司章程涉及该股东名称的条款相应修订为变更后的名称。

该议案15562.5万股同意，占出席会议有表决权股东的100%，0股反对，0股弃权。

六、审议通过了《关于项目建设的议案》；

会议同意在江西丰城、广东博罗县分别建设一条年产3000万平方米纸面石膏板项目，将101石膏板生产线搬迁至衡水并进行改造、在泰安建设年产10万吨护面纸项目的投资计划。

该议案15562.5万股同意，占出席会议有表决权股东的100%，0股反对，0股弃权。

七、审议通过了《关于收购云南泰山石膏建材有限公司等四公司股权的议案》；

为进一步整合现有的石膏板及其配套产品资源，迅速增加产能，提高市场占有率，减少关联交易，会议同意公司以2009年4月30日为基准日，收购张栋持有的云南泰山石膏建材有限公司、泰安市金盾建材有限公司各65%（650万股）、60%（300万股）的股权及张晨持有的陕西泰山石膏建材有限公司、潍坊奥泰石膏有限公司各65%（1300万股）、25%（250万股）的股权，转让价格的确定以评估净值为依据，其中：云

2

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020796

南泰山石膏建材有限公司每股6.05元、陕西泰山石膏建材有限公司每股3.30元、泰安市金盾建材有限公司每股4.53元、潍坊奥泰石膏有限公司每股5.18元。本收购事项在上报中国建材总裁办公会审批通过后生效。

该议案15562.5万股同意，占出席会议有表决权股东的100%，0股反对，0股弃权。

八、审议通过了《关于收购银川经济开发区玉林建材有限责任公司的议案》；

会议同意公司出资1720万元收购银川经济开发区玉林建材有限责任公司和"石林"商标，将其现有生产线升级改造，使产能达到1000万平方米，整合竞争对手，扩大在西北地区的市场占有率，为内蒙包头工厂的市场开拓创造空间，提高经济效益。

该议案15562.5万股同意，占出席会议有表决权股东的100%，0股反对，0股弃权。

九、会议决定：根据股东们的约定，北新建材集团股份有限公司向泰山石膏股份有限公司收取的贷款担保费，因泰安市国有资产有限公司向北新建材提供了反担保，担保收费比率逐步降低，直至取消。

特此决议！

3

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

（此页无正文，为泰山石膏股份有限公司2008年年度股东大会决议的股东签字页）



北新集团建材股份有限公司

代表人签字：

泰安市国有资产经营有限公司

代表人签字：

山东泰和建材有限责任公司

代表人签字：

北京东联投资有限公司

代表人签字：

贾同春签字

二〇〇九年五月十八日

4

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020798

**Updated Jia Tr. Def's Ex. 15A**

**(English Translation of Jia Tr. Def's Ex. 15)**

Taishan Gypsum Co., Ltd.
2008 Annual General Meeting

On May 18, 2009, Taishan Gypsum Co., Ltd. (hereinafter "the Company") held its 2008 Annual General Meeting in the conference room of China National Building Material Company Limited, with attendances by representatives from all shareholders representing 155,625,000 shares which account for 100% of the total share capital. The meeting meets the requirements of the Company Law and the Company's Articles of Association and its resolutions are legal and effective. The meeting was presided over by Chairman Jia Tongchun. Upon full discussion by the attending shareholders, the following motions have been passed as voted with unanimous agreement by all attending shareholders:

I. Passed the 2008 Annual Work Report of the Board of Directors upon review;

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

II. Passed the 2008 Annual Work Report of the Board of Supervisors upon review;

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

III. Passed the Report of 2008 Annual Financial Statements and 2009 Annual Budgets upon review;

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

IV. Passed the Motion for 2008 Annual Profit Distribution upon review;

At the meeting, it was resolved not to distribute the profits available in 2008 and the profits will be held for project construction and production operations.

1

Translation of TG 0020795
TRANSLATIONS PROVIDED BY TAISHAN - FINAL

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

V. Passed the Motion for Amending the Articles of Association upon review;

Since the name of one of the shareholder, Tai'an Donglian Investment and Trade Co., Ltd., has been changed to Beijing Donglian Investment Co., Ltd., the articles in the Company's Articles of Association in connection with the shareholder's name shall be changed accordingly.

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

VI. Passed the Motion for Project Construction upon review;

At the meeting, it was approved to launch a project with annual production of 30 million square meters of plasterboard each in Fengcheng of Jiangxi province and Boluo of Guangdong province, and move the 101 plasterboard production line to Hengshui and then make some alterations, and implement an investment plan in Tain'an with annual production of 100 thousand tons of protective paper.

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

VII. Passed the Motion for Acquiring Interest in Four Companies including Yunnan Taishan Gypsum Building Material Co., Ltd. upon review;

In order to further integrate the existing plasterboard and its matching product resources for quickly increasing capacity, improving market penetration and reducing related transactions, it was approved at the meeting that on April 30, 2009 as the base date, the Company will acquire 65% interest (6.5 million shares) and 60% interest (3 million shares) held by Zhang  Dong in Yunnan Taishan Gypsun Building Material Co., Ltd. and Tai'an Jindun Building Material Co., Ltd. respectively, and 65% interest (13 million shares) and 25% interest (2.5 million shares) held by Zhang  Chen in Shaanxi Taishan Gypsum Building Material Co., Ltd. and Weifang Aotai Gypsum Co., Ltd. respectively, with transfer prices to be determined based on net appraisal value, wherein: RMB 6.05 per share for Yunnan Taishan Gypsun Building Material Co., Ltd., RMB 3.30 per share for Shaanxi Taishan Gypsum Building Material Co., Ltd., RMB 4.53 per share for Tai'an Jindun Building Material Co., Ltd. and RMB 5.18 per share for Weifang Aotai Gypsum Co., Ltd. The acquisitions above will become effective upon approval by the President's Office of China National Building Material Company Limited.

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

VIII. Passed the Motion for Acquiring Yinchuan Economic Development Zone Yulin Building Material Co., Ltd. upon review;

At the meeting, it was approved to acquire Yinchuan Economic Development Zone Yulin Building Material Co., Ltd. and Shilin trademark at RMB 17.2 million, upgrade its existing production line to make its capacity reach 10 million square meters, for the purpose of consolidating the competitor, expanding the market share in the Northwest of China, creating room for developing market for our plant in Baotou, Inner Mongolia and improving economic benefits.

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

IX. At the meeting, it was resolved that based on the covenants of the shareholders for the loan guarantee fee charged by Beijing New Building Materials Group Co., Ltd. against Taishan Gypsum Co., Ltd., as Tai' an State Owned Assets Management Co., Ltd. provides counter guarantee for Beijing New Building Materials, the rate of the loan guarantee fee will be lowered gradually until it is cancelled.

In witness thereof, the above resolutions are made.

3

Translation of TG 0020797
Revised as of 3/2/12

(this page in intentionally left blank for signing by shareholders attending the 2008 Annual General Meeting of Taishan Gypsum Co., Ltd.)

Beijing New Building Materials  Co., Ltd.
Seal:  Beijing New Building Materials  Co., Ltd.

Signature of the representative: Wang Lifeng

Tai'an State Owned Assets Management Co., Ltd.
Seal: Tai'an State Owned Assets Management Co., Ltd.

Signature of the representative: Jiao Wenbo


Shandong Taihe Building Material Co., Ltd.
Seal: Shandong Taihe Building Material Co., Ltd.

Signature of the representative: Jiao Wenbo

Beijing Donglian Investment Co., Ltd.
Seal: Beijing Donglian Investment Co., Ltd.
Signature of the representative: [illegible]

Signature of Jia Tongchun: Jia Tongchun

May 18, 2009

4

Translation of TG 0020798
Revised as of 3/2/12

## 泰山石膏股份有限公司章程修正案

因公司股东之一"泰安市东联投资贸易有限公司"更名为"北京东联投资有限公司"，根据公司 2009 年 5 月 18 日股东大会决议，对原公司章程第十八条作如下修改：

第十八条：公司的总股本为 15562.5 万股。其中：

1、北新集团建材股份有限公司持有 6536.25 万股，占公司总股本的 42%;

2、泰安市东联投资贸易有限公司持有 3579.375 万股，占公司总股本的 23%;

3、泰安市国有资产经营有限公司持有 2490 万股，占公司总股本的 16%;

4、山东泰和建材有限责任公司持有 2178.75 万股，占公司总股本的 14%;

5、贾同春持有 778.125 万股，占公司总股本的 5%。

修改为：

第十八条：公司的总股本为 15562.5 万股。其中：

1、北新集团建材股份有限公司持有 6536.25 万股，占公司总股本的 42%;

2、北京东联投资有限公司持有 3579.375 万股，占公司总股本的 23%;

3、泰安市国有资产经营有限公司持有 2490 万股，占公司总股本的 16%;

4、山东泰和建材有限责任公司持有 2178.75 万股，占公司总股本的 14%;

5、贾同春持有 778.125 万股，占公司总股本的 5%。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020799

Jia Def 1/9/12
EXHIBIT NO. 16

L. GOLKOW

（此页无正文，为泰山石膏股份有限公司章程修正案签字页）

股东签字：

北新集团建材股份有限公司

法定代表人或授权代表：

北京东联投资有限公司

法定代表人或授权代表：

泰安市国有资产经营有限公司

法定代表人或授权代表：

山东泰和建材有限责任公司

法定代表人或授权代表：

贾同春（签字）

二〇〇九年五月十八日

2

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020800

**Updated Jia Tr. Def's Ex. 16A**

**(English Translation of Jia Tr. Def's Ex. 16)**

**Amendment to the Articles of Association of Taishan Gypsum Co., Ltd.**

Since the name of one of the shareholders – Tai'an Donglian Investment and Trade Co., Ltd., has been changed to Beijing Donglian Investment Co., Ltd., now according to a resolution adopted at the General Meeting on May 18, 2009, Article XVIII in the Articles of Association of the Company is amended as follows:

Article XVIII. The total share capital of the company consists of 155,625,000 shares. Wherein:

1.  Beijing New Building Materials  Co., Ltd.  holds 65,362,500 shares, accounting for 42% of the Company's total share capital;

2. Tai'an Donglian Investment and Trade Co., Ltd. holds 35,793,750 shares, accounting for 23% of the Company's total share capital;

3. Tai'an State Owned Assets Management Co., Ltd. holds 24,900,000 shares, accounting for 16% of the Company's total share capital;

4. Shandong Taihe Building Material Co., Ltd. holds 21,787,500 shares, accounting for 14% of the Company's total share capital;

5. Mr. Jia Tongchun holds 7,781,250 shares, accounting for 5% of the Company's total share capital. is now changed to:

Article XVIII.  The total share capital of the company consists of 155,625,000 shares. Wherein:

1.  Beijing New Building Materials  Co., Ltd.  holds 65,362,500 shares, accounting for 42% of the Company's total share capital;

2. Beijing Donglian Investment Co., Ltd. holds 35,793,750 shares, accounting for 23% of the Company's total share capital;

3. Tai'an State Owned Assets Management Co., Ltd. holds 24,900,000 shares, accounting for 16% of the Company's total share capital;

4. Shandong Taihe Building Material Co., Ltd. holds 21,787,500 shares, accounting for 14% of the Company's total share capital;

5. Mr. Jia Tongchun holds 7,781,250 shares, accounting for 5% of the Company's total share capital.

1

Translation of TG 0020799

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

(This page is intentionally left black for signing purpose in connection with amendment to the Articles of Association of Taishan Gypsum Co., Ltd.)

Shareholder signatures:

Beijing New Building Materials  Co., Ltd.   Seal:  Beijing New Building Materials  Co., Ltd.
Legal representative or authorized representative: <u>Wang Bing</u>

Beijing Donglian Investment Co., Ltd.     Seal: [illegible]
Legal representative or authorized representative: [illegible]

Tai'an State Owned Assets Management Co., Ltd.     Seal: Tai'an State Owned Assets Management Co., Ltd.
Legal representative or authorized representative:  [illegible]

Shandong Taihe Building Material Co., Ltd.     Seal: Shandong Taihe Building Material Co., Ltd.

Legal representative or authorized representative: <u>Jiao Wenbo</u>

Jia Tongchun (Signature of ): <u>Jia Tongchun</u>

May 18, 2009

2

Translation of TG 0020800

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

# DEFENDANT'S JIA EXHIBITS 17 THROUGH 32A FILED UNDER SEAL

注册号 3702018·2131

## 公司设立登记审核表

| 名　　　称 | 泰安市泰山纸面石膏板有限公司 | | | | |
|---|---|---|---|---|---|
| 住　　　所 | 泰安市岱岳区大汶口后周村 | | | | |
| 法定代表人姓　　名 | 彭世亮 | | | | |
| 注 册 资 本 | 1500 | 出资方式 | 货币 | | |
| 实 收 资 本 | 1500 | 出资方式 | 货币 | 出资时间 | 2006、2、10 |
| 公 司 类 型 | 有限公司（法人独资） | | | | |
| 经 营 范 围 | 纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰材料的生产、销售。　（涉及法律、行政法规规定必须报经审批的项目，应凭国家有关部门的批准文件或证件经营）。 | | | | |
| 营 业 期 限 | 2006年2月10日至2036.2.18. | | | | |

| | 股东或者发起人姓名或者名称 | 认缴出资额 | 持股比例 | 实缴出资额 | 出资时间 | 出资方式 | 余额交付期限 |
|---|---|---|---|---|---|---|---|
| 股东或发起人情况 | 山东泰和东新股份有限公司 | 1500万元 | 100% | 1500万元 | 2006、2、10 | 货币 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 所属行业 | 制造业 | | 行业代码 | C312 |
|---|---|---|---|---|
| 备案事项 | | | | |

(1)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020808


Jia Def  1/9/12
EXHIBIT NO. 33
L. GOLKOW

| 受理日期 | 2006、2、16 | 受理通知书文号 | |
|---|---|---|---|
| 受理意见 | 现陈股东申请公司设立登记，材料齐全，建议核准。<br><br><br><br>受理人员签字：　　　　　　　　　2006 年 2 月 16 日 | | |
| 核准意见 | <br><br><br><br><br>核准人员签字：　　　　　　　　　2006年 2 月 16 日 | | |

(2)

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020809

**Updated Jia Tr. Def's Ex. 33A**

**(English Translation of Jia Tr. Def's Ex. 33)**

Registration No.  3709001802121

# Incorporation Registration Review Form

| Name | Tai'an Taishan Plasterboard Co., Ltd. | | | | | | |
|---|---|---|---|---|---|---|---|
| Domicile | Houzhou Village, Dawenkou, Daiyue District, Tai'an City | | | | | | |
| Name of legal representative | Peng Shiliang | | | | | | |
| Registered capital | 1500 | Type of contribution | | Currency | | | |
| Paid-in capital | 1500 | Type of contribution | | currency | Date of contribution | Feb. 10, 2006 | |
| Type of company | Limited liability company (solely owned by a corporation) | | | | | | |
| Scope of business | production and sale of paper-faced gypsum boards, gypsum products, lightgage steel joists, new construction materials and decoration materials. (for items governed by applicable laws and regulations and subject to approvals, approvals or certificates from appropriate departments are required.) | | | | | | |
| Operation term | From Feb. 16, 2006 to Feb. 15, 2036 | | | | | | |

| Shareholders or initiators | Names of shareholders or initiators | Subscribed contribution | Holding percentage | Contribution made | Date of contribution | Type of contribution | Deadline for balance |
|---|---|---|---|---|---|---|---|
| | Shandong Taihe Dongxin Co. Ltd. | RMB 15 million | 100% | RMB 15 million | Feb. 10, 2006 | currency | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Sector | Manufacturing | Sector code | C312 |
|---|---|---|---|
| Filing issues | | | |

（1）

Translation of TG 0020808
TRANSLATIONS PROVIDED BY TAISHAN - FINAL

| Date of acceptance | Feb. 16, 2006 | Acceptance notification no. | |
|---|---|---|---|
| Acceptance opinion | Now a shareholder files an application of incorporation with a complete set of documents, and we recommend granting the approval.<br><br><br><br><br><br><br><br>Accepted by: [illegible] | | Feb. 16, 2006 |
| Approval opinion | <br><br><br><br>Registration approved.<br><br><br><br>Approved by:  [illegible] | | Feb. 16, 2006 |

（2）

# 泰安市泰山纸面石膏板有限公司章程

为适应社会主义市场经济的要求，发展生产力，依据《中华人民共和国公司法》（以下简称《公司法》）及其他有关法律、行政法规的规定，由山东泰和东新股份有限公司出资设立泰安市泰山纸面石膏板有限公司，特于2006年2月制订本章程。本章程如与国家法律、法规相抵触的，以国家法律、法规为准。

## 第一章　公司名称和住所

第一条　公司名称：泰安市泰山纸面石膏板有限公司（以下简称"公司"）

第二条　公司住所：泰安市岱岳区大汶口

## 第二章　公司经营范围、期限

第三条　公司经营范围：

纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰材料的生产、销售。

第四条　公司经营期限为三十年。从《企业法人营业执照》签发之日起计算。

## 第三章　公司注册资本

第五条　公司注册资本：人民币 1500 万元

公司增加或减少注册资本，必须出股东通过并作出决议。公司减少注册资本还应当自作出减少注册资本决议之日起十日内通知债权人，并于三十日内在报纸上公告。公司变更注册资本应依法向登记机关办理变更登记手续。

## 第四章　公司股东名称、出资方式和出资额

第六条　股东名称、出资方式和出资额如下：

山东泰和东新股份有限公司出资 1500 万元，占注册资本的 100%；

出资方式：货币

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020817



Jia Def 1/9/12
EXHIBIT NO. 34
L. GOLKOW

12

第七条　公司成立后，应向股东签发出资证明书。

出资证明书应当载明下列事项：

（一）公司名称；

（二）公司成立日期；

（三）公司注册资本；

（四）股东的姓名或者名称、缴纳的出资额和出资日期；

（五）出资证明书的编号和核发日期。

出资证明书由公司盖章。

## 第五章股东的权利和义务

第八条　股东享有如下权利：

（一）决定本章程第十二条规定的事项；

（二）了解公司经营状况和财务状况；

（三）委派董事会成员和监事；

（四）按照实缴的出资比例分取红利；

（五）公司新增资本时，股东有权优先按照出资比例认缴出资；

（六）公司终止后，依法分得公司的剩余财产；

（七）查阅、复制公司章程、董事会会议决议、监事决议和财务会计报告；

（八）法律、法规规定的其他权利。

第九条　股东承担以下义务：

（一）遵守公司章程；

（二）按期缴纳所认缴的出资；

（三）在公司办理登记注册手续后，股东不得抽回投资；

（四）法律、法规规定的其他义务。

## 第六章　股东转让出资的条件

第十条　股东可以向股东以外的人转让其部分或全部出资。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

13

第十一条 股东依法转让其出资后，由公司将受让人的名称、住所以及受让的出资额记载于股东名册。

第七章 公司的机构及其产生办法、职权、议事规则

第十二条 公司不设股东，股东是公司的权力机构，行使下列职权：

（一）决定公司的经营方针和投资计划；

（二）委派、更换董事、监事，决定有关董事、监事的报酬事项；

（三）审议批准董事会的报告；

（四）审议批准监事的报告；

（五）审议批准公司的年度财务预算方案、决算方案；

（六）审议批准公司的利润分配方案和弥补亏损方案；

（七）对公司增加或者减少注册资本作出决议；

（八）对发行公司债券作出决议；

（九）对公司合并、分立、解散、清算或者变更公司形式作出决议；

（十）修改公司章程；

（十一）公司向其他企业投资或者为他人提供担保；

（十二）公司章程规定的其他职权。

第十三条 股东作出本章程第十二条所列决定时，应当采用书面形式，并由股东签名后置于公司。

第十四条 公司设立董事会，成员为 3 人，由股东委派。董事任期 3 年，任期届满，经股东继续委派，可以连任。

董事任期届满未及时重新委派，或者董事在任期内辞职导致董事会成员低于法定人数的，在重新委派新的董事就任前，原董事仍应当依照法律、行政法规和公司章程的规定，履行董事职务。

董事会行使下列职权：

（一）向股东报告工作；

（二）执行股东的决议；

3

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020819

14

（三）决定公司的经营计划和投资方案；

（四）制订公司的年度财务预算方案、决算方案；

（五）制订公司的利润分配方案和弥补亏损方案；

（六）制订公司增加或者减少注册资本以及发行公司债券的方案；

（七）制订公司合并、分立、解散或者变更公司形式的方案；

（八）决定公司内部管理机构的设置；

（九）决定聘任或者解聘公司经理及其报酬事项，并根据经理的提名决定聘任或者解聘公司副经理、财务负责人及其报酬事项；

（十）制定公司的基本管理制度；

（十一）公司章程规定的其他职权。

第十五条　董事会会议由董事长召集和主持；董事长不能履行职务或者不履行职务的，由半数以上董事共同推举一名董事召集和主持。

董事会每年至少召开一次会议。董事长应于董事会会议召开前十天，书面通知全体董事会议的时间、地点和主要议题。

第十六条　董事会应在出现任何一种下列情况之日后的五日内召开董事会临时会议：

（一）董事长认为必要时；

（二）三分之一以上董事提议时；

（三）监事提议时。

第十七条　董事会必须有三分之二以上（含三分之二）董事出席方为有效，董事因故不能亲自出席董事会会议时，必须书面委托其他董事参加，由被委托人履行委托书中载明的权力。对所议事项作出的决定应由占全体董事三分之二以上（含三分之二）的董事表决通过方为有效，并应作成会议记录，应当由出席会议的董事或董事委托的其他董事在会议记录上签名。

第十八条　董事会设董事长一人，由董事会选举产生。任期三年，任期届满，可连选连任。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020820

第十九条　公司设经理一名，由董事会聘任或解聘，经理对董事会负责，行使下列职权：

（一）主持公司的生产经营管理工作，组织实施董事会决议；

（二）组织实施公司年度经营计划和投资方案；

（三）拟订公司内部管理机构设置方案；

（四）拟订公司的基本管理制度；

（五）制定公司的具体规章；

（六）提请聘任或者解聘公司副经理、财务负责人；

（七）决定聘任或者解聘除应由董事会决定聘任或者解聘以外的负责管理人员；

（八）董事会授予的其他职权。

经理列席董事会会议。

第二十条　公司设监事一人，由股东委派。监事任期每届 3 年，任期届满，经股东继续委派，可以连任。

监事任期届满未及时重新委派，或者监事在任期内辞职，在重新委派新的监事就任前，原监事仍应当依照法律、行政法规和公司章程的规定，履行监事职务。

第二十一条　监事行使下列职权：

（一）检查公司财务；

（二）对董事、高级管理人员执行公司职务的行为进行监督，对违反法律、行政法规、公司章程或者股东决议的董事、高级管理人员提出罢免的建议；

（三）当董事、高级管理人员的行为损害公司的利益时，要求董事、高级管理人员予以纠正；

（四）向股东会议提出提案；

（五）依照《公司法》第一百五十二条的规定，对董事、高级管理人员

3

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020821

16

提起诉讼。

第二十二条 监事可以列席董事会会议，并对董事会决议事项提出质询或者建议。

监事发现公司经营情况异常，可以进行调查；必要时，可以聘请会计师事务所等协助其工作，费用由公司承担。

第二十三条 公司董事、经理、财务负责人不得兼任公司监事。

## 第八章 公司的法定代表人

第二十四条 董事长为公司的法定代表人，任期为三年，由董事会选举产生和罢免，任期届满，可连选连任。

第二十五条 董事长行使下列职权：

（一）负责召集和主持董事会，检查董事会的落实情况，并向股东和董事会报告工作；

（二）执行股东的决议和董事会决议；

（三）代表公司签署有关文件；

（四）提名经理人选，交董事会任免；

（五）在发生战争、特大自然灾害等紧急情况下，对公司事务行使特别裁决权和处置权，但这类裁决权和处置权须符合公司利益，并在事后向股东和董事会报告。

## 第九章 财务、会计及利润分配

第二十六条 公司应当依照法律、行政法规和国务院财政部门的规定建立本公司的财务、会计制度。

第二十七条 公司应当在每一会计年度终了时编制财务会计报告，并依法经会计师事务所审计。

公司应当于第二年公历三月三十一日前将财务会计报告送交股东。

公司利润分配按照《公司法》及有关法律、法规，国务院财政主管部门的规定执行。

6

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020822

## 第十章  公司的解散事由与清算办法

第二十八条  公司有下列情形之一的，可以解散：

（一）公司章程规定的营业期限届满或者公司章程规定的其他解散事由出现；

（二）股东决议解散；

（三）因公司合并或者分立需要解散；

（四）依法被吊销营业执照、责令关闭或者被撤销；

（五）人民法院依照《公司法》第一百八十三条的规定予以解散。

公司有上述（一）项情形的，可以通过修改公司章程而存续。

第二十九条  公司解散时，应依《公司法》的规定成立清算组对公司进行清算。清算结束后，清算组应当制作清算报告，报送股东确认，并报送公司登记机关，申请注销公司登记，公告公司终止。

## 第十一章  股东认为需要规定的其他事项

第三十条  公司根据需要或涉及公司登记事项变更的可修改公司章程。修改后的公司章程不得与法律、法规相抵触，修改公司章程应由股东通过。修改后的公司章程应送原公司登记机关备案，涉及变更登记事项的，同时应向公司登记机关做变更登记。

第三十一条  公司章程的解释权归属于股东。

第三十二条  公司登记事项以公司登记机关核定的为准。

第三十三条  本章程经出资人订立，自公司设立之日起生效。

第三十四条  本章程一式三份，股东留存一份，公司留存一份并报公司登记机关备案一份。

7

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020823

（此页无正文）

股东签字：



山东泰和东新股份有限公司

法定代表人

二〇〇六年二月十日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

**Updated Jia Tr. Def's Ex. 34A**

**(English Translation of Jia Tr. Def's Ex. 34)**

# Articles of Association of Tai'an Taishan  Plasterboard Co., Ltd.

To meet the demand of socialist market economy and based on the regulations of Company Law of the People's Republic of China (hereinafter referred to as "Company Law") and other laws and administrative regulations, Shandong Taihe Dongxin Co., Ltd. contributed to set up Tai'an Taishan  Plasterboard  Co., Ltd., hereby the Articles of Association were made in February, 2006. In case the Articles of Association conflict with national laws and regulations, the latter shall prevail.

## Chapter 1 Name of the Company and Its Location

Article 1 Name of the Company: Tai'an Taishan  Plasterboard Co., Ltd. (hereinafter referred to as "Company")

Article 2 Location of the Company: Dawenkou Daiyue District, Tai'an City

## Chapter 2 Business Scope and Duration of the Company

Article 3 Business Scope of the Company:

The manufacturing and sales of gypsum boards, plaster products, lightgage steel joints, new building materials, decoration materials.

Article 4 Duration of the Company is thirty (30) years and shall start from the date on which the *Business License of the Corporation* is issued.

## Chapter 3 Registered Capital of the Company

Article 5 Registered Capital of the Company is RMB 15 million yuan.

The increase or reduction of registered capital of the Company shall be determined by the Shareholder after resolution. When reducing registered capital, the Company shall notify creditors of such reduction within ten (10) day upon the resolution and shall make announcement on newspapers within thirty (30) days. When modifying registered capital of the Company, it shall go through modification formalities with the registration authority.

## Chapter 4 Name of the Shareholder, Mode of  Capital Contribution and Amount of Capital Contribution

Article 6 Name of the Shareholder, Mode of Capital Contribution and Amount of Capital Contribution are as follows:

Shandong Taihe Dongxin Co., Ltd. makes capital contribution of RMB 15 million yuan, accounting for 100% of the total registered capital.

Mode of capital contribution:  Money

1

Translation of TG 0020817

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Article 7 After the establishment of the Company, capital contribution certificate shall be issued or reissued to the shareholder.

The capital contribution certificate shall contain the following matters:

(1) Name of the Company;

(2) Date on which the Company is established;

(3) Registered Capital of the Company;

(4) Name of the shareholder, the amount of capital subscribed and date on which the capital contribution is made; and

(5) Number and date of issuance of the capital contribution certificate.

The capital contribution certificate shall be sealed by the Company.

## Chapter 5 Rights and Obligations of the Shareholder

Article 8 The Shareholder shall have the following rights:

(1) To decide the matters stipulated in Article 12 of this Articles of Association;

(2) To be aware of the state of operation and financial situation;

(3) To appoint members of the Board of Directors and the Supervisor;

(4) To share dividend in proportion to the subscribed capital contribution;

(5) To subscribe capital contribution with priority in proportion to capital contribution when increasing capital;

(6) To share the remaining assets after the termination of the Company in accordance with laws;

(7) To consult and copy the Articles of Association, resolutions of Board meetings, resolutions of the Supervisor and financial statements; and

(8) To enjoy other rights stipulated by laws and regulations.

Article 9 The Shareholder shall undertake the following obligations:

(1) To abide by the Articles of Association of the Company;

(2) To make subscribed capital contribution on schedule;

(3) May not withdraw contributed capital after the Company goes through registration formalities; and

(4) To undertake other obligations stipulated by laws and regulations.

## Chapter 6 Conditions for the Shareholder to Transfer Contributed Capital

Article 10 The Shareholder may transfer all or part of its contributed capital to other persons other than the Shareholder.

Translation of TG 0020818

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Article 11 After the Shareholder transfers its contributed capital pursuant to laws; the Company shall state the name and location of the transferee and the amount of transferred capital in the register of the Shareholder.

## Chapter 7 The Structure of the Company, Method for the Formation, Its powers and Rules of Procedure

Article 12 The Company does not have shareholder, which is the Company's organ of powers and shall exercise the following powers:

(1) To determine the Company's operational guidelines and investment plans;

(2) To appoint and replace Directors and the Supervisor and determine the matters relating to their remuneration;

(3) To deliberate and approve reports of the Board of Directors;

(4) To deliberate and approve reports of the Supervisor;

(5) To deliberate and approve annual financial budget plans and final account plans of the Company;

(6) To deliberate and approve profit distribution plans and loss recovery plans of the Company;

(7) To make resolution about the increase or reduction of the Company's registered capital;

(8) To make resolution about the issuance of the Company's bonds;

(9) To adopt resolutions about the merger, split-up, dissolution, liquidation or change of company form of the Company;

(10) To revise the Articles of Association of the Company;

(11) To provide guarantee for other corporate investors or others; and

(12) Other powers as specified by the Articles of Association.

Article 13 When the Shareholder makes decisions about the matters relating to Article 13 of the Articles of Association, it shall take written form and record in the Company after signed by the Shareholder.

Article 14 The Company shall have the Board of Directors, which shall have three (3) members appointed by the Shareholder. The term of office of the Directors shall be three (3) years and may hold consecutive terms upon appointment of the Shareholder.

If no new appointment is timely carried out after the expiry of the term of office of the Directors or the Directors resign which renders the members of the Board of Director less than the quorum, the original Directors shall, before the newly appointed Directors assume their post, exercise their  powers in accordance with laws, administrative regulations as well as the Articles of Association.

The Board of Directors shall exercise the following powers:

(1) To report the work to the Shareholder;

(2) To exercise the resolutions of the Shareholder;

3

(3) To decide the business plans and investment plans of the Company;

(4) To formulate the annual financial budget plans and final plans of the Company;

(5) To formulate profit distribution plans and loss recovery plans of the Company;

(6) To make registered capital increase or reduction plans and bond issuance plans of the Company;

(7) To make plans for merger, split-up, dissolution or change of company form of the Company;

(8) To decide the establishment of internal management system;

(9) To decide the appointment or dismissal of the Company's manager and their remuneration, and decide the appointment or dismissal of the Company's deputy managers, chief financial officer and their remuneration in accordance with the nomination of the managers;

(10) To formulate basic management system of the Company; and

(11) Other powers as specified by the Articles of Association.

Article 15 The Chairman of the Board shall convene and preside over the Board meetings; in case he is unable to or fails to perform his functions, more than half of the Directors shall jointly recommend a Director to convene and preside over the meeting.

The Board of Directors shall convene at least one (1) meeting every year. The Chairman of the Board shall, ten (10) days before the Board meeting, notify all Directors of the time, place and agenda of the meeting in writing.

Article 16 The Board of Directors shall convene temporary Board meetings within five (5) days upon any of the following circumstances:

(1) When the Chairman of the Board deems it is necessary;

(2) When more than half of the Directors propose; or

(3) When the Supervisor proposes.

Article 17 A Board meeting is effective only over 2/3 of the Directors (including 2/3) attending the meeting; in case a Director fails to present the board meeting himself, he should issue a letter of attorney entrusting other person to attend the Board meeting and the attorney shall exercise the powers stated in the letter of attorney. The decisions on the matters deliberated shall be effective only over 2/3 of the Directors (including 2/3) voted. They shall be recorded as minutes and be signed by the Directors attending the meeting or other Directors entrusted by the Directors.

Article 18 The Board of Directors shall have one (1) Chairman, who shall be elected by the Board of Directors. The term of office of the Chairman shall be three (3) years, and the term may be renewed if continuously elected by the Board of Directors.

4

Translation of TG 0020820

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Article 19 The Company shall have one (1) General Manager, who shall be appointed or dismissed by the Board of Directors. The General Manager shall be responsible for the Board of Directors and exercise the following powers:

(1) To be in charge of production and operation management of the Company, and carry out resolutions of the Board of Directors;

(2) To organize the Company to implement annual operation plans and investment plans;

(3) To formulate plans of internal management system of the Company;

(4) To formulate basic management system of the Company;

(5) To formulate specific rules of the Company;

(6) To employ or dismiss deputy managers and chief financial officer of the Company;

(7) To decide to employ or dismiss executives other than the personnel being employed or dismissed by the Board of Directors; and

(8) Other powers granted by the Board of Directors. The managers shall attend the Board meetings.

Article 20 The Company shall have one (1) Supervisor, who shall be appointed by the Shareholder. The term of office of the Supervisor shall be three (3) years and may hold consecutive terms upon appointment of the Shareholder.

If no new appointment is timely carried out after the expiry of the term of office or the Supervisor resigns, the original Supervisor shall, before the newly appointed supervisor assumes his post, perform his functions in accordance with the stipulations of laws, administrative regulations and the Articles of Association.

Article 21 The Supervisor shall exercise the following powers:

(1) To check the Company's finance;

(2) To supervise the performance of the Directors and senior executives in exercising their powers, and propose to remove the directors and senior executives who violate laws, administrative regulations, the Articles of Association of the Company or the resolutions of the Board of Directors;

(3) To demand the Directors and senior executives to rectify their behavior when they damage the interests of the Company;

(4) To put forward proposals for the Shareholder; and

(5) To file lawsuit against the Directors and senior executives in accordance with the stipulations in Article 152 of the Company Law.

5

Translation of TG 0020821

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Article 22 The Supervisor may attend the Board meetings and propose inquiry or suggestion relating to the resolutions adopted by the Board meetings.

In case the Supervisor finds any abnormality in the operation of the Company, he may conduct investigation; if necessary, he may engage accounting firms to assist his work, and the Company shall bear all the expenses.

Article 23 Any Director, manager or chief financial officer may not concurrently hold the position of supervisor of the Company.

## Chapter 8 Legal Representative of the Company

Article 24 The Chairman of the Board shall be the legal representative of the Company with three (3) years of term of office. The Board of Directors shall elect and remove the Chairman of the Board and if the term of office expires, the Chairman can be continuously elected.

Article 25 The Chairman shall exercise the following powers:

(1) To be responsible for convening and presiding over the Board meetings, check the implementation of the work and report the work to the Shareholder and the Board of Directors;

(2) To carry out resolutions of the Shareholder and the Board of Directors;

(3) To sign relevant documents on behalf of the Company;

(4) To recommend candidates for managers to the Board of Directors; and

(5) To exercise special rights of adjudication and disposition under emergencies such as wars, serious natural calamities, provided that such rights of adjudication and disposition must comply with the interests of the Company and be reported to the Shareholder and the Board of Directors.

## Chapter 9 Finance, Accounting and Distribution of Profits

Article 26 The Company shall establish its financial and accounting systems in accordance with the stipulations of laws, administrative regulations and financial departments of the State Council.

Article 27 The Company shall make financial accounting reports at the end of every accounting year and have them audited by accounting firms in accordance with laws.

The Company shall submit the financial accounting reports to the Shareholder before March, 31 of the next calendar year.

The distribution of profits of the Company shall be carried out in accordance with the stipulations of the Company Law, relevant laws and regulations and the financial departments of the State Council.

Translation of TG 0020822

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

## Chapter 10 Matters Relating to Dissolution of the Company and the Methods for Liquidation

Article 28 The Company may dissolve under any of the following circumstances:

(1) The expiration of the business term stipulated in the Articles of Association of the Company or the occurrence of other matters leading to the dissolution of the Company stipulated in the Articles of Association;

(2) The resolution on dissolution by the Shareholder;

(3) The dissolution required by merger and split-up of the Company;

(4) The revocation of business license pursuant to law, the order to close or repeal the Company; or

(5) The dissolution by the people's court in accordance with the stipulations of Article 183 of the Company Law.

Should any of the aforesaid circumstances exist, the Company may continue to exist by revising the Articles of Association.

Article 29 When in dissolution, the Company shall set up liquidation team to liquidate the Company in accordance with the stipulations of the Company Law. Upon liquidation, the liquidation team shall make liquidation report, and submit it to the Shareholder for confirmation and the registration body of the Company to apply for cancellation of the Company to announce the termination of the Company.

## Chapter 11 Other matters need to be stipulated by the Shareholder

Article 30 The Company may modify the Articles of Association in accordance with its need or involving the change of its registration. The modified articles of association may not conflict with laws and regulations and shall be subject to the approval of the Shareholder. The modified articles of association shall be submitted to the original company's registration body for record, and matters concerning the changes of registration shall be registered with the Company's registration body.

Article 31 The interpretation of the Articles of Association of the Company shall be subject to the Shareholder.

Article 32 The registration matters of the Company shall be subject to the confirmation of the Company's registration body.

Article 33 The Articles of Association is formulated by the capital contributor and shall come into force as of the date on which they are formulated.

Article 34 The Articles of Association shall be in three (3) copies with one (1) copy for the Shareholder, one (1) copy for the Company and one (1) copy for the registration body of the Company.

Translation of TG 0020823

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

(This page is blank, it is for the signature of Tai'an Taishan Gypsum Board Co., Ltd.)

Signature of the Shareholder:

Shandong Taihe Dongxin Co., Ltd.

Shandong Taihe Dongxin Co., Ltd. (Seal)

Legal Representative: Jia Tongchun

February 10, 2006

8

Translation of TG 0020824

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

23

# 泰安市泰山纸面石膏板有限公司
## 董事任职文件

经研究决定，由彭世亮、付廷环、王风琴任泰安市泰

山纸面石膏板有限公司董事，组成董事会。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020825

Jia Def 1/9/12
EXHIBIT NO. 35
L. GOLKOW

24



（此页无正文）

股东签名：

二〇〇六年二月十日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020826

**Updated Jia Tr. Def's Ex. 35A**

**(English Translation of Jia Tr. Def's Ex. 35)**

# Tai'an Taishan Plasterboard Co., Ltd.
# Director Appointment Document

Upon discussion, it is now decided that Peng Shiliang, Fu Tinghuan and

Wang Fengqin will serve as the directors and form the Board of Directors of

Tai'an Taishan Plasterboard Co., Ltd.

Translation of TG 0020825

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

(this page is intentionally left blank)


Shareholder signatures:  Jia Tongchun    seal: Shandong Taihe Dongxin Co. Ltd.


Feb. 10, 2006


Translation of TG 0020826

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

25

# 泰安市泰山纸面石膏板有限公司
## 法定代表人任职文件

经董事会选举决定，由彭世亮任泰安市泰山纸面石膏

板有限公司董事长，并担任公司法定代表人。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020827

Jia Def 1/9/12

EXHIBIT NO. 36

L. GOLKOW

26

（此页无正文）

董事签名： 

二〇〇六年二月十日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

**Updated Jia Tr. Def's Ex. 36A**

**(English Translation of Jia Tr. Def's Ex. 36)**

25

# Tai'an Taishan Plasterboard Co., Ltd.
# Legal Representative Appointment
# Document

Upon election by the Board of Directors, Mr. Peng Shiliang will serve as the

Chairman and legal representative of Tai'an Taishan Plasterboard Co., Ltd.

Translation of TG 0020827



Jia Def 1/9/12
EXHIBIT NO. 36A
L. GOLKOW

26

(this page is intentionally left blank)

Director signature: Peng Shiliang  [illegible]   Wang Fengqin

Feb. 10, 2006

Translation of TG 0020828

泰安市泰山玻纤五金股份有限公司验资报告

附件2

## 验资事项说明

一、变更前后基本情况

贵公司由山东泰和东新股份有限公司出资组建，于 2006 年
2 月 16 日取得泰安市工商行政管理局核发的 370900102121 号
《企业法人营业执照》，原注册资本为人民币 1,500 万元。根据
贵公司股东会决议和修改后章程的规定，贵公司申请增加注册资
本人民币 700 万元，变更后的注册资本为人民币 2,200 万元。

二、申请新增的注册资本及出资规定

根据经批准的修改后章程的规定，贵公司申请新增的注册资
本为人民币 700 万元，由山东泰和东新股份有限公司增加投资
700 万元，于 2006 年 6 月 22 日之前缴足，出资币种为人民币，出
资方式为实物资产。

三、审验结果

截至 2006 年 6 月 22 日止，贵公司已收到山东泰和东新股份
有限公司投入的资产 723.49 万元，其中：新增注册资本合计人
民币 700 万元。

山东泰和东新股份有限公司缴纳人民币 723.49 万元，其中：
2006 年 6 月 22 日投入设备，业经泰安众诚有限责任会计师事务
所评估，并出具了泰众诚评报字（2006）第 020 号资产评估报告
书，评估价值为 723.49 万元，全体股东确认的价值为 723.49 万

电话:0538-8214434          5          泰安众诚会计师事务所

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020850

Jia Def 1/9/12
EXHIBIT NO. 37
L. GOLKOW

泰安市泰山凤凰工贸有限责任公司验资报告

元。

四、其他事项

截至 2006 年 6 月 22 日止，该实物资产已办理过户手续。今后如抽逃注册资本，责任自负。本报告只供办理工商注册登记使用，不能作为日后偿债及持续经营能力、经营效率、效果做出的保证，复印件无效。

电话:0538-8214434          6          泰安众诚会计师事务所

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020851

**Updated Jia Tr. Def's Ex. 37A**

**(English Translation of Jia Tr. Def's Ex. 37)**

Capital Verification Report of Tai'an Taishan Plasterboard Co., Ltd.

9

Appendix 2

**Capital Verification Descriptions**

Seal: Tai'an Zhongcheng Certified Public Accountants

I. Basics before and after the change

The Company was established with investment by Shandong Taihe Dongxin Co. Ltd., and obtained the Business License for Enterprise Legal Person numbered 3709001802121 from Tai'an Industrial and Commercial Administration on February 16, 2006, with original registered capital of RMB 15,000,000. According to the Company's general meeting resolutions and amended Articles of Association, you applied for increasing the registered capital by RMB 7,000,000, with registered capital after the change reaching RMB 22,000,000.

II. Application for increase of registered capital and regulations for capital contribution

According to the approved amended Articles of Association, you applied for increasing the registered capital by RMB 7,000,000, which will be increased by Shandong Taihe Dongxin Co. Ltd. and paid up by June 22, 2006 in the currency of RMB and in the form of in-kind contribution.

III. Verification result

As of June 22, 2006, you have received the assets equivalent to RMB 7,234,900 contributed by Shandong Taihe Dongxin Co., which includes total newly increased registered capital of RMB 7,000,000.

Shandong Taihe Dongxin Co. Ltd. has paid RMB 7,234,900. Wherein:  Equipment contributed on June 22, 2006, has been appraised by Tai'an Zhongcheng Certified Public Accountants and an asset appraisal report TaiZhongChengPingBaoZi (2006) No. 020 has been issued. The appraised value is RMB 7,234,900 and the value confirmed by all shareholders is RMB 7,234,900.

Tel: 0538-8214434                    5              Tai'an Zhongcheng Certified Public Accountants

Translation of TG 0020850

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Capital Verification Report of Tai'an Taishan Plasterboard Co., Ltd.

10

Seal: Tai'an Zhongcheng Certified Public Accountants

IV. Other issues

As of June 22, 2006, transfer procedures have been completed for the assets. It's the sole responsibility of the Company for any future spin-off of the registered capital. This report is made for industrial and commercial registration only, is not a guarantee for the capability of future solvency and ongoing operation, operation efficiency and effectiveness. Photocopy is not valid.

Tel: 0538-8214434          6          Tai'an Zhongcheng Certified Public Accountants

Translation of TG 0020851

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

## 股 东 决 定

二〇〇六年六月二十二日，泰安市泰山纸面石膏板有限公司
的股东山东泰和东新股份有限公司就增加泰安市泰山纸面石膏
板有限公司注册资本、修改公司章程等事宜作出了决定，符合《公
司法》及《公司章程》的规定，形成的决定有效。具体决定如下：

　　1、同意对泰安市泰山纸面石膏板有限公司以设备新增出资
人民币 723.49 万元，其中 700 万元增加注册资本（增资后注册
资本达到人民币 2200 万元），23.49 万元计入"资本公积"。

　　2、同意修改并签署了修改后的《公司章程》。

　　特 此 决 定！



股东：

二〇〇六年六月二十二日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020855

Jia Def 1/9/12
EXHIBIT NO. 38
L. GOLKOW

**Updated Jia Tr. Def's Ex. 38A**

**(English Translation of Jia Tr. Def's Ex. 38)**

# Shareholder Decisions

On June 22, 2006, the shareholder of Tai'an Taishan Plasterboard Co., Ltd., Shandong Taihe Dongxin Co., made a decision regarding increase of registered capital of Tai'an Taishan Plasterboard Co., Ltd. and amendment to its Articles of Association. The procedure meets the requirements of the Company Law and the Company's Articles of Association and the decision made thereby is effective. Specifically the decision is:

1. To approve new contribution of capital RMB 7,234,900 in the form of equipment, wherein RMB 7,000,000 is used to increase registered capital (after which the registered capital reaches RMB 22,000,000) and RMB 234,900 is included in "capital reserve".

2. To approve and sign the amended Articles of Association.


In witness thereof, the above decisions are made.

Shandong Taihe Dongxin Co. Ltd.

Shareholder signature: Jia Tongchun


June 22, 2006

Translation of TG 0020855

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

# 泰安市泰山纸面石膏板有限公司章程

### （2006 年 6 月修改）

为适应社会主义市场经济的要求，发展生产力，依据《中华人民共和国公司法》（以下简称《公司法》）及其他有关法律、行政法规的规定，由山东泰和东新股份有限公司出资设立泰安市泰山纸面石膏板有限公司，特于 2006 年 2 月制订本章程。本章程如与国家法律、法规相抵触的，以国家法律、法规为准。

## 第一章  公司名称和住所

第一条    公司名称：泰安市泰山纸面石膏板有限公司（以下简称"公司"）

第二条    公司住所：泰安市岱岳区大汶口

## 第二章  公司经营范围、期限

第三条    公司经营范围：

纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰材料的生产、销售。

第四条    公司经营期限为三十年。从《企业法人营业执照》签发之日起计算。

## 第三章  公司注册资本

第五条    公司注册资本：人民币 2200 万元

公司增加或减少注册资本，必须由股东通过并作出决议。公司减少注册资本还应当自作出减少注册资本决议之日起十日内通知债权人，并于三十日内在报纸上公告。公司变更注册资本应依法向登记机关办理变更登记手续。

## 第四章  公司股东名称、出资方式和出资额

第六条    股东名称、出资方式和出资额如下：

山东泰和东新股份有限公司出资 2200 万元，占注册资本的 100%；

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020856

Jia Def 1/9/12

EXHIBIT NO. 39

L. GOLKOW

出资方式：1500万元为货币出资、700万元为设备出资。

第七条　公司成立、增加或减少注册资本后，应向股东签发或重新签发出资证明书。

出资证明书应当载明下列事项：

（一）公司名称；

（二）公司成立日期；

（三）公司注册资本；

（四）股东的姓名或者名称、缴纳的出资额和出资日期；

（五）出资证明书的编号和核发日期。

出资证明书由公司盖章。

## 第五章股东的权利和义务

第八条　股东享有如下权利：

（一）决定本章程第十二条规定的事项；

（二）了解公司经营状况和财务状况；

（三）委派董事会成员和监事；

（四）按照实缴的出资比例分取红利；

（五）公司新增资本时，股东有权优先按照出资比例认缴出资；

（六）公司终止后，依法分得公司的剩余财产；

（七）查阅、复制公司章程、董事会会议决议、监事决议和财务会计报告；

（八）法律、法规规定的其他权利。

第九条　股东承担以下义务：

（一）遵守公司章程；

（二）按期缴纳所认缴的出资；

（三）在公司办理登记注册手续后，股东不得抽回投资；

（四）法律、法规规定的其他义务。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020857

## 第六章　股东转让出资的条件

第十条　股东可以向股东以外的人转让其部分或全部出资。

第十一条　股东依法转让其出资后，由公司将受让人的名称、住所以及受让的出资额记载于股东名册。

## 第七章　公司的机构及其产生办法、职权、议事规则

第十二条　公司不设股东，股东是公司的权力机构，行使下列职权：

（一）决定公司的经营方针和投资计划；

（二）委派、更换董事、监事，决定有关董事、监事的报酬事项；

（三）审议批准董事会的报告；

（四）审议批准监事的报告；

（五）审议批准公司的年度财务预算方案、决算方案；

（六）审议批准公司的利润分配方案和弥补亏损方案；

（七）对公司增加或者减少注册资本作出决议；

（八）对发行公司债券作出决议；

（九）对公司合并、分立、解散、清算或者变更公司形式作出决议；

（十）修改公司章程；

（十一）公司向其他企业投资或者为他人提供担保；

（十二）公司章程规定的其他职权。

第十三条　股东作出本章程第十二条所列决定时，应当采用书面形式，并由股东签名后置备于公司。

第十四条　公司设立董事会，成员为 3 人，由股东委派。董事任期 3 年，任期届满，经股东继续委派，可以连任。

董事任期届满未及时重新委派，或者董事在任期内辞职导致董事会成员低于法定人数的，在重新委派新的董事就任前，原董事仍应当依照法律、行政法规和公司章程的规定，履行董事职务。

董事会行使下列职权：

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020858



（一）向股东报告工作；

（二）执行股东的决议；

（三）决定公司的经营计划和投资方案；

（四）制订公司的年度财务预算方案、决算方案；

（五）制订公司的利润分配方案和弥补亏损方案；

（六）制订公司增加或者减少注册资本以及发行公司债券的方案；

（七）制订公司合并、分立、解散或者变更公司形式的方案；

（八）决定公司内部管理机构的设置；

（九）决定聘任或者解聘公司经理及其报酬事项，并根据经理的提名决定聘任或者解聘公司副经理、财务负责人及其报酬事项；

（十）制定公司的基本管理制度；

（十一）公司章程规定的其他职权。

第十五条　董事会会议由董事长召集和主持；董事长不能履行职务或者不履行职务的，由半数以上董事共同推举一名董事召集和主持。

董事会每年至少召开一次会议，董事长应于董事会会议召开前十天，书面通知全体董事会议的时间、地点和主要议题。

第十六条　董事会应在出现任何一种下列情况之日后的五日内召开董事会临时会议：

（一）董事长认为必要时；

（二）三分之一以上董事提议时；

（三）监事提议时。

第十七条　董事会必须有三分之二以上（含三分之二）董事出席方为有效，董事因故不能亲自出席董事会会议时，必须书面委托其他董事参加，由被委托人履行委托书中载明的权力。对所议事项作出的决定应由占全体董事三分之二以上（含三分之二）的董事表决通过方为有效，并应作成会议记录，应当由出席会议的董事或董事委托的其他董事在会议记录上签名。

4

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020859

（一）向股东报告工作；

（二）执行股东的决议；

（三）决定公司的经营计划和投资方案；

（四）制订公司的年度财务预算方案、决算方案；

（五）制订公司的利润分配方案和弥补亏损方案；

（六）制订公司增加或者减少注册资本以及发行公司债券的方案；

（七）制订公司合并、分立、解散或者变更公司形式的方案；

（八）决定公司内部管理机构的设置；

（九）决定聘任或者解聘公司经理及其报酬事项，并根据经理的提名决定聘任或者解聘公司副经理、财务负责人及其报酬事项；

（十）制定公司的基本管理制度；

（十一）公司章程规定的其他职权。

第十五条　董事会会议由董事长召集和主持，董事长不能履行职务或者不履行职务的，由半数以上董事共同推举一名董事召集和主持。

董事会每年至少召开一次会议，董事长应于董事会会议召开前十天，书面通知全体董事会议的时间、地点和主要议题。

第十六条　董事会应在出现任何一种下列情况之日后的五日内召开董事会临时会议：

（一）董事长认为必要时；

（二）三分之一以上董事提议时；

（三）监事提议时。

第十七条　董事会必须有三分之二以上（含三分之二）董事出席方为有效，董事因故不能亲自出席董事会会议时，必须书面委托其他董事参加，由被委托人履行委托书中载明的权力。对所定事项作出的决定应占全体董事三分之二以上（含三分之二）的董事裁决通过方为有效，并应作成会议记录，应当由出席会议的董事或董事委托的其他董事在会议记录上签名。

4

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020860

第十八条　董事会设董事长一人，由董事会选举产生。任期三年，任期届满，可连选连任。

第十九条　公司设经理一名，由董事会聘任或解聘，经理对董事会负责，行使下列职权：

（一）主持公司的生产经营管理工作，组织实施董事会决议；

（二）组织实施公司年度经营计划和投资方案；

（三）拟订公司内部管理机构设置方案；

（四）拟订公司的基本管理制度；

（五）制定公司的具体规章；

（六）提请聘任或者解聘公司副经理、财务负责人；

（七）决定聘任或者解聘除应由董事会决定聘任或者解聘以外的负责管理人员；

（八）董事会授予的其他职权。

经理列席董事会会议。

第二十条　公司设监事一人，由股东委派。监事任期每届3年，任期届满，经股东继续委派，可以连任。

监事任期届满未及时重新委派，或者监事在任期内辞职，在重新委派新的监事就任前，原监事仍应当依照法律、行政法规和公司章程的规定，履行监事职务。

第二十一条　监事行使下列职权：

（一）检查公司财务；

（二）对董事、高级管理人员执行公司职务的行为进行监督，对违反法律、行政法规、公司章程或者股东决议的董事、高级管理人员提出罢免的建议；

（三）当董事、高级管理人员的行为损害公司的利益时，要求董事、高级管理人员予以纠正；

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020861

（四）向股东会议提出提案；

（五）依照《公司法》第一百五十二条的规定，对董事、高级管理人员提起诉讼。

第二十二条 监事可以列席董事会会议，并对董事会决议事项提出质询或者建议。

监事发现公司经营情况异常，可以进行调查；必要时，可以聘请会计师事务所等协助其工作，费用由公司承担。

第二十三条 公司董事、经理、财务负责人不得兼任公司监事。

## 第八章 公司的法定代表人

第二十四条 董事长为公司的法定代表人，任期为三年，由董事会选举产生和罢免，任期届满，可连选连任。

第二十五条 董事长行使下列职权：

（一）负责召集和主持董事会，检查董事会的落实情况，并向股东和董事会报告工作；

（二）执行股东的决议和董事会决议；

（三）代表公司签署有关文件；

（四）提名公司经理人选，交董事会任免；

（五）在发生战争、特大自然灾害等紧急情况时，对公司事务行使特别裁决权和处置权，但这类裁决权和处置权须符合公司利益，并在事后向股东和董事会报告。

## 第九章 财务、会计及利润分配

第二十六条 公司应当依照法律、行政法规和国务院财政部门的规定建立本公司的财务、会计制度。

第二十七条 公司应当在每一会计年度终了时编制财务会计报告，并依法经会计师事务所审计。

公司应当于第二年公历三月三十一日前将财务会计报告送交股东。

6

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020862

公司利润分配按照《公司法》及有关法律、法规，国务院财政主管部门的规定执行。

## 第十章　公司的解散事由与清算办法

第二十八条　公司有下列情形之一的，可以解散：

（一）公司章程规定的营业期限届满或者公司章程规定的其他解散事由出现；

（二）股东决议解散；

（三）因公司合并或者分立需要解散；

（四）依法被吊销营业执照、责令关闭或者被撤销；

（五）人民法院依照《公司法》第一百八十三条的规定予以解散。

公司有上述（一）项情形的，可以通过修改公司章程而存续。

第二十九条　公司解散时，应依《公司法》的规定成立清算组对公司进行清算。清算结束后，清算组应当制作清算报告，报股东确认，并报送公司登记机关，申请注销公司登记，公告公司终止。

## 第十一章　股东认为需要规定的其他事项

第三十条　公司根据需要或涉及公司登记事项变更的可修改公司章程，修改后的公司章程不得与法律、法规相抵触，修改公司章程应由股东通过。修改后的公司章程应送原公司登记机关备案，涉及变更登记事项的，同时应向公司登记机关做变更登记。

第三十一条　公司章程的解释权归属于股东。

第三十二条　公司登记事项以公司登记机关核定的为准。

第三十三条　本章程经出资人订立，自公司设立之日起生效。

第三十四条　本章程一式三份，股东留存一份，公司留存一份并报公司登记机关备案一份。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



（此页无正文，为泰安市泰山纸面石膏板有限公司章程签字页）

股东签字：

山东泰和东新股份有限公司

法定代表人：

二〇〇六年六月二十二日

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0020864

**Updated Jia Tr. Def's Ex. 39A**

**(English Translation of Jia Tr. Def's Ex. 39)**

# Articles of Association of Tai'an Taishan  Plasterboard  Co., Ltd.

(Revised in June, 2006)

To meet the demand of socialist market economy and based on the regulations of Company Law of the People's Republic of China (hereinafter referred to as "Company Law") and other laws and administrative regulations, Shandong Taihe Dongxin Co., Ltd. contributed to set up Tai'an Taishan  Plasterboard  Co., Ltd., hereby the Articles of Association were made in February, 2006. In case the Articles of Association conflict with national laws and regulations, the latter shall prevail.

## Chapter 1 Name of the Company and Its Location

Article 1 Name of the Company: Tai'an Taishan  Plasterboard Co., Ltd. (hereinafter referred to as "Company")

Article 2 Location of the Company: Dawenkou Daiyue District, Tai'an City

## Chapter 2 Business Scope and Duration of the Company

Article 3 Business Scope of the Company:

The manufacturing and sales of gypsum boards, plaster products, lightgage steel joints, new building materials, decoration materials.

Article 4 Duration of the Company is thirty (30) years and shall start from the date on which the *Business License of the Corporation* is issued.

## Chapter 3 Registered Capital of the Company

Article 5 Registered Capital of the Company is RMB 22 million yuan.

The increase or reduction of registered capital of the Company shall be determined by the Shareholder after resolution. When reducing registered capital, the Company shall notify creditors of such reduction within ten (10) day upon the resolution and shall make announcement on newspapers within thirty (30) days. When modifying registered capital of the Company, it shall go through modification formalities with the registration authority.

## Chapter 4 Name of the Shareholder, Mode of  Capital Contribution and Amount of Capital Contribution

Article 6 Name of the Shareholder, Mode of Capital Contribution and Amount of Capital Contribution are as follows:

Shandong Taihe Dongxin Co., Ltd. makes capital contribution of RMB 22 million yuan, accounting for 100% of the total registered capital.

1

Translation of TG 0020856

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Mode of capital contribution: RMB 15 million yuan in money, and RMB 7 million yuan in equipment.

Article 7 After the establishment of the Company, the increase or reduction of registered capital, capital contribution certificate shall be issued or reissued to the shareholder.

The capital contribution certificate shall contain the following matters:

(1) Name of the Company;

(2) Date on which the Company is established;

(3) Registered Capital of the Company;

(4) Name of the shareholder, the amount of capital subscribed and date on which the capital contribution is made; and

(5) Number and date of issuance of the capital contribution certificate.

The capital contribution certificate shall be sealed by the Company.

## Chapter 5 Rights and Obligations of the Shareholder

Article 8 The Shareholder shall have the following rights:

(1) To decide the matters stipulated in Article 12 of this Articles of Association;

(2) To be aware of the state of operation and financial situation;

(3) To appoint members of the Board of Directors and the Supervisor;

(4) To share dividend in proportion to the subscribed capital contribution;

(5) To subscribe capital contribution with priority in proportion to capital contribution when increasing capital;

(6) To share the remaining assets after the termination of the Company in accordance with laws;

(7) To consult and copy the Articles of Association, resolutions of Board meetings, resolutions of the Supervisor and financial statements; and

(8) To enjoy other rights stipulated by laws and regulations.

Article 9 The Shareholder shall undertake the following obligations:

(1) To abide by the Articles of Association of the Company;

(2) To make subscribed capital contribution on schedule;

(3) May not withdraw contributed capital after the Company goes through registration formalities; and

(4) To undertake other obligations stipulated by laws and regulations.

Translation of TG 0020857

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

## Chapter 6 Conditions for the Shareholder to Transfer Contributed Capital

Article 10 The Shareholder may transfer all or part of its contributed capital to other persons other than the Shareholder.

Article 11 After the Shareholder transfers its contributed capital pursuant to laws, the Company shall state the name and location of the transferee and the amount of transferred capital in the register of the Shareholder.

## Chapter 7 The Structure of the Company, Method for the Formation, Its powers and Rules of Procedure

Article 12 The Company does not have shareholder, which is the Company's organ of powers and shall exercise the following powers:

(1) To determine the Company's operational guidelines and investment plans;

(2) To appoint and replace Directors and the Supervisor and determine the matters relating to their remuneration;

(3) To deliberate and approve reports of the Board of Directors;

(4) To deliberate and approve reports of the Supervisor;

(5) To deliberate and approve annual financial budget plans and final account plans of the Company;

(6) To deliberate and approve profit distribution plans and loss recovery plans of the Company;

(7) To make resolution about the increase or reduction of the Company's registered capital;

(8) To make resolution about the issuance of the Company's bonds;

(9) To adopt resolutions about the merger, split-up, dissolution, liquidation or change of company form of the Company;

(10) To revise the Articles of Association of the Company;

(11) To provide guarantee for other corporate investors or others; and

(12) Other powers as specified by the Articles of Association.

Article 13 When the Shareholder makes decisions about the matters relating to Article 13 of the Articles of Association, it shall take written form and record in the Company after signed by the Shareholder.

Article 14 The Company shall have the Board of Directors, which shall have three (3) members appointed by the Shareholder. The term of office of the Directors shall be three (3) years and may hold consecutive terms upon appointment of the Shareholder.

If no new appointment is timely carried out after the expiry of the term of office of the Directors or the Directors resign which renders the members of the Board of Director less than the quorum, the original Directors shall, before the newly appointed Directors assume their post, exercise their the powers in accordance with laws, administrative regulations as well as the Articles of Association.

The Board of Directors shall exercise the following powers:

3

Translation of TG 0020858

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

(1) To report the work to the Shareholder;

(2) To exercise the resolutions of the Shareholder;

(3) To decide the business plans and investment plans of the Company;

(4) To formulate the annual financial budget plans and final plans of the Company;

(5) To formulate profit distribution plans and loss recovery plans of the Company;

(6) To make registered capital increase or reduction plans and bond issuance plans of the Company;

(7) To make plans for merger, split-up, dissolution or change of company form of the Company;

(8) To decide the establishment of internal management system;

(9) To decide the appointment or dismissal of the Company's manager and their remuneration, and decide the appointment or dismissal of the Company's deputy managers, chief financial officer and their remuneration in accordance with the nomination of the managers;

(10) To formulate basic management system of the Company; and

(11) Other powers as specified by the Articles of Association.

Article 15 The Chairman of the Board shall convene and preside over the Board meetings; in case he is unable to or fails to perform his functions, more than half of the Directors shall jointly recommend a Director to convene and preside over the meeting.

The Board of Directors shall convene at least one (1) meeting every year. The Chairman of the Board shall, ten (10) days before the Board meeting, notify all Director of the time, place and agenda of the meeting in writing.

Article 16 The Board of Directors shall convene temporary Board meetings within five (5) days upon any of the following circumstances:

(1) When the Chairman of the Board deems it is necessary;

(2) When more than half of the Directors propose; or

(3) When the Supervisor proposes.

Article 17 A Board meeting is effective only over 2/3 of the Directors (including 2/3) attending the meeting; in case a Director fails to present the Board meeting himself, he should issue a letter of attorney entrusting other person to attend the Board meeting and the attorney shall exercise the powers stated in the letter of attorney. The decisions on the matters deliberated shall be effective only over 2/3 of the Directors (including 2/3) voted. They shall be recorded as minutes and be signed by the Directors attending the meeting or other Directors entrusted by the Directors.

4

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

(1) To report the work to the Shareholder;

(2) To exercise the resolutions of the Shareholder;

(3) To decide the business plans and investment plans of the Company;

(4) To formulate the annual financial budget plans and final plans of the Company;

(5) To formulate profit distribution plans and loss recovery plans of the Company;

(6) To make registered capital increase or reduction plans and bond issuance plans of the Company;

(7) To make plans for merger, split-up, dissolution or change of company form of the Company;

(8) To decide the establishment of internal management system;

(9) To decide the appointment or dismissal of the Company's managers and their remuneration, and decide the appointment or dismissal of the Company's deputy managers, chief financial officer and their remuneration in accordance with the nomination of the managers;

(10) To formulate basic management system of the Company; and

(11) Other powers as specified by the Articles of Association.

Article 15 The Chairman of the Board shall convene and preside over the Board meetings; in case he is unable to or fails to perform his functions, more than half of the Directors shall jointly recommend a Director to convene and preside over the meeting.

The Board of Directors shall convene at least one (1) meeting every year. The Chairman of the Board shall, ten (10) days before the board meeting, notify all Directors of the time, place and agenda of the meeting in writing.

Article 16 The Board of Directors shall convene temporary board meetings within five (5) days upon any of the following circumstances:

(1) When the Chairman of the Board deems it is necessary;

(2) When more than half of the Directors propose; and

(3) When the Supervisor proposes.

Article 17 A Board meeting is effective only over 2/3 of the Directors (including 2/3) attending the meeting; in case a Director fails to present the board meeting himself, he should issue a letter of attorney entrusting other person to attend the Board meeting and the attorney shall exercise the powers stated in the letter of attorney. The decisions on the matters deliberated shall be effective only over 2/3 of the Directors (including 2/3) voted. They shall be recorded as minutes and be signed by the Directors attending the meeting or other Directors entrusted by the Directors.

5

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

Article 18 The Board of Directors shall have one (1) Chairman, who shall be elected by the Board of Directors. The term of office of the Chairman shall be three (3) years, and the term may be renewed if continuously elected by the Board of Directors.

Article 19 The Company shall have one (1) General Manager, who shall be appointed or dismissed by the Board of Directors. The General Manager shall be responsible for the Board of Directors and exercise the following powers:

(1) To be in charge of production and operation management of the Company, and carry out resolutions of the Board of Directors;

(2) To organize the Company to implement annual operation plans and investment plans;

(3) To formulate plans of internal management system of the Company;

(4) To formulate basic management system of the Company;

(5) To formulate specific rules of the Company;

(6) To employ or dismiss deputy managers and chief financial officer of the Company;

(7) To decide to employ or dismiss executives other than the personnel being employed or dismissed by the Board of Directors; and

(8) Other powers granted by the Board of Directors. The managers shall attend the Board meetings.

Article 20 The Company shall have one (1) Supervisor, who shall be appointed by the Shareholder. The term of office of the Supervisor shall be three (3) years and may hold consecutive terms upon appointment of the Shareholder.

If no new appointment is timely carried out after the expiry of the term of office or the Supervisor resigns, the original Supervisor shall, before the newly appointed supervisor assumes his post, perform his functions in accordance with the stipulations of laws, administrative regulations and the Articles of Association.

Article 21 The Supervisor shall exercise the following powers:

(1) To check the Company's finance;

(2) To supervise the performance of the Directors and senior executives in exercising their powers, and propose to remove the directors and senior executives who violate laws, administrative regulations, the Articles of Association of the Company or the resolutions of the Board of Directors;

(3) To demand the Directors and senior executives to rectify their behavior when they damage the interests of the Company;

5

(4) To put forward proposals for the Shareholder; and

(5) To file lawsuit against the Directors and senior executives in accordance with the stipulations in Article 152 of Company Law.

Article 22 The Supervisor may attend the Board meetings and propose inquiry or suggestion relating to the resolutions adopted by the Board meetings.

In case the Supervisor finds any abnormality in the operation of the Company, he may conduct investigation; if necessary, he may engage accounting firms to assist his work, and the Company shall bear all the expenses.

Article 23 Any Director, manager or chief financial officer may not concurrently hold the position of supervisor of the Company.

## Chapter 8 Legal Representative of the Company

Article 24 The Chairman of the Board shall be the legal representative of the Company with three (3) years of term of office. The Board of Directors shall elect and remove the Chairman of the Board and if the term of office expires, the Chairman can be continuously elected.

Article 25 The Chairman shall exercise the following powers:

(1) To be responsible for convening and presiding over the Board meetings, check the implementation of the work and report the work to the Shareholder and the Board of Directors;

(2) To carry out resolutions of the Shareholder and the Board of Directors;

(3) To sign relevant documents on behalf of the Company;

(4) To recommend candidates for managers to the Board of Directors; and

(5) To exercise special rights of adjudication and disposition under emergencies such as wars, serious natural calamities, provided that such rights of adjudication and disposition must comply with the interests of the Company and be reported to the Shareholder and the Board of Directors.

## Chapter 9 Finance, Accounting and Distribution of Profits

Article 26 The Company shall establish its financial and accounting systems in accordance with the stipulations of laws, administrative regulations and financial departments of the State Council.

Article 27 The Company shall make financial accounting reports at the end of every accounting year and have them audited by accounting firms in accordance with laws.

The Company shall submit the financial accounting reports to the Shareholder before March, 31 of the next calendar year.

6

Translation of TG 0020862

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

The distribution of profits of the Company shall be carried out in accordance with the stipulations of the Company Law, relevant laws and regulations and the financial departments of the State Council.

## Chapter 10 Matters Relating to Dissolution of the Company and the Methods for Liquidation

Article 28 The Company may dissolve under any of the following circumstances:

(1) The expiration of the business term stipulated in the Articles of Association of the Company or the occurrence of other matters leading to the dissolution of the Company stipulated in the Articles of Association;

(2) The resolution on dissolution by the Shareholder;

(3) The dissolution required by merger and split-up of the Company;

(4) The revocation of business license pursuant to law, the order to close or repeal the Company; or

(5) The dissolution by the people's court in accordance with the stipulations of Article 183 of the Company Law.

Should any of the aforesaid circumstances exist, the Company may continue to exist by revising the Articles of Association.

Article 29 When in dissolution, the Company shall set up liquidation team to liquidate the Company in accordance with the stipulations of the Company Law. Upon liquidation, the liquidation team shall make liquidation report, and submit it to the Shareholder for confirmation and the registration body of the Company to apply for cancellation of the Company to announce the termination of the Company.

## Chapter 11 Other matters need to be stipulated by the Shareholder

Article 30 The Company may modify the Articles of Association in accordance with its need or involving the change of its registration. The modified articles of association may not conflict with laws and regulations and shall be subject to the approval of the Shareholder. The modified articles of association shall be submitted to the original company's registration body for record, and matters concerning the changes of registration shall be registered with the Company's registration body.

Article 31 The interpretation of the Articles of Association of the Company shall be subject to the Shareholder.

Article 32 The registration matters of the Company shall be subject to the confirmation of the Company's registration body.

Article 33 The Articles of Association is formulated by the capital contributor and shall come into force as of the date on which they are formulated.

Article 34 The Articles of Association shall be in three (3) copies with one (1) copy for the Shareholder, one (1) copy for the Company and one (1) copy for the registration body of the Company.

(This page is blank, it is for the signature of Tai'an Taishan Gypsum Board Co., Ltd.)


Signature of the Shareholder:



Shandong Taihe Dongxin Co., Ltd.

Shandong Taihe Dongxin Co., Ltd. (Seal)



Legal Representative: Jia Tongchun



June 22, 2006


Translation of TG 0020864

TRANSLATIONS PROVIDED BY TAISHAN - FINAL

19

## 租赁协议

出租方：山东泰和东新股份有限公司　　（简称甲方）

承租方：泰安市泰山纸面石膏板有限公司　（简称乙方）

第一条：根据《中华人民共和国合同法》及有关法律法规，经出租人和承租人双方友好协商，订立本合同。

第二条：租赁财产：房屋建筑物 13819.85 平方米

第三条：租赁费：乙方每年按人民币拾万元支付给甲方租金，租金每年缴纳一次。

第四条：租赁期限：为十年，自二○○六年二月十日至二○一六年二月十日止。租赁期满，在同等条件下乙方享有优先承租权，由双方签订新租赁合同。如不续租，双方按国家有关规定或双方约定解除租赁关系。

第五条：租赁期间房屋建筑物产权归甲方所有，乙方只依法享有使用权，租赁期间的生产经营活动受到法律保护。

第六条：甲方有权按时向乙方收取租金；乙方有义务及时缴纳租金。

第七条：租赁期间，如遇不可抗力（如战争、地震、洪水等），使乙方无法经营、无效益时，当年不支付租赁费。

第八条：租赁双方发生争议时，应本着相互信任、相互理解支持的原则协商或调解解决，协商调解不成的，依照法律规定解决。

第九条：本合同一式四份，双方各持两份，四份效力相同。

第十条：本合同自甲、乙双方代表签字或盖章之日起生效。

第十一条：如有未尽事宜，由双方协商解决。

出租方（章）：

代表人：

承租方（章）：

代表人：郭世亮

签约日期：2006 年 2 月 10 日

TG 0025446

Jia Def 1/9/12
EXHIBIT NO. 40
L. GOLKOW

**Updated Jia Tr. Def's Ex. 40A**

**(English Translation of Jia Tr. Def's Ex. 40)**

Translation of TG 0025446

# LEASE AGREEMENT

Lessor: Shandong Taihe Dongxin Co., Ltd. (hereinafter referred to as "Party A")
Lessee: Taian Taishan Plasterboard Co., Ltd. (hereinafter referred to as "Party B")

Article 1: In accordance with the "Contract Law of the People's Republic of China", other relevant laws and regulations, this Agreement was entered into by and between the Lessor and the Lessee on the basis of friendly negotiations.

Article 2: Leased premise: a 13,819.85 ㎡ building.

Article 3: Rent: Party B shall pay Party A an annual rent of RMB EIGHTY THOUSAND YUAN, once a year.

Article 4: Term of lease: ten years from February 10th, 2006 to February 10th, 2016. Upon expiration of the term of lease, Party B shall have preemptive right of lease on the same conditions, and both parties shall make a new agreement. In the case of no renewal of the lease, both parties shall cancel their relationship of lease in accordance with national regulations or their own stipulations.

Article 5: During the term of lease, Party A shall have the ownership rights to the building, whereas Party B shall have the use right to the building, and Party B's business and operating activities during the term of lease shall be protected by law.

Party 6: Party A shall be entitled to the collection of rent on schedule; Party B shall be obliged to the payment of rent in time.

Party 7: During the term of lease, if Party B is unable to operate business and benefit from the use of the building in the event of force majeure (such as war, earthquake, flooding, etc.), it shall be not responsible for payment of rent for that year.

Article 8: Any controversy arising between both parties to the lease shall be settled through negotiation or mediation on the principle of mutual trust and mutual understanding; should such negotiation fails, the controversy shall be settled in accordance with legal provisions.

Article 9: This Agreement shall be executed in quadruplicate, two copies for each party. All four copies shall have the same binding force.

Article 10: This Agreement shall enter into effect upon signature and seal of the representatives for Party A and Party B.

Article 11: Any matters not covered in this Agreement shall be solved by both parties through negotiations.

Lessor (seal): Shandong Taihe Dongxin Co., Ltd.
Representative: Xue Yuli (signature)

Lessee (seal):
Representative: Peng Shiliang (signature)

Date: February 10, 2006

# 商标使用授权书

泰安市泰山纸面石膏板有限公司：

　　　经研究决定，同意你公司使用山东泰和东新股份有限公司注册的"泰山牌"等商标，使用期限暂定五年。

　　　特此授权！



山东泰和东新股份有限公司

二○○六年二月二十日

TG 0025412

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025412



Jia Def 19/12

EXHIBIT NO. 41

L. GOLKOW

**Updated Jia Tr. Def's Ex. 41A**

**(English Translation of Jia Tr. Def's Ex. 41)**

# Trademark Use Authorization

Taian Taishan Plasterboard Co., Ltd.:

Upon review it has been decided to approve your company to use the "Taishan brand" and other trademarks registered by Shandong Taihe Dongxin Co., Ltd. for a period of use tentatively set at five years.

It is hereby authorized!

<div align="center">

Shandong Taihe Dongxin Co., Ltd.

February 20, 2006

[seal: *Shandong Taihe Dongxin Co., Ltd.*]

</div>

# 出 售 协 议

甲方： 泰安市泰山纸面石膏板有限公司

乙方： 山东泰和东新股份有限公司

　　根据国家有关法律法规，就甲方购买乙方纸面石膏板设备事宜协商一致，签订本合同，以共同信守执行。

　　第一条：乙方将原工业园使用的两条年产 2000 万平方米的纸面石膏板生产线及附属设备出售给甲方（设备明细见合同附件《设备出售清单》），购买设备款总计为人民币 35,727,650.75 元（大写：叁仟伍佰柒拾贰万柒仟陆佰伍拾元柒角伍分）。

　　第二条：付款方式与时间：本合同签订后，甲方需在三个月内缴清。

　　第三条：《设备出售清单》中所列设备均按现况出售，于合同生效后十日内交付。

　　第四条：本合同经甲乙双方签字盖章之日起生效，共同信守。若其中一方违约，则由违约方按成交总额的 10%付给对方违约金。

　　第五条：本合同未尽事宜，由甲乙双方协商解决。本合同一式四份，甲、乙双方各持两份，经双方签字盖章后生效。

出卖方：山东泰和东新股份有限公司　　　　购买方：泰安市泰山纸面石膏板有限公司

代表人：　　　　　　　　　　　　　代表人：

签约日期：2006 年 2 月 20 日

TG 0025413

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025413

Jia Def 1/9/12

EXHIBIT NO. 42

L. GOLKOW

**Updated Jia Tr. Def's Ex. 42A**

**(English Translation of Jia Tr. Def's Ex. 42)**

# Purchase and Sale Agreement

Party A:   Taian Taishan  Plasterboard Co., Ltd.

Party B:   Shandong Taihe Dongxin Co., Ltd.

In accordance with applicable national laws and regulations, and on the basis of mutual consensus concerning Party A's purchase of gypsum board equipment from Party B, the parties hereby enter into the following agreement which shall be binding on both parties.

Article 1:  Party B shall sell to Party A two  production lines and auxiliary equipment used to produce 20 million square meters of gypsum board per year  in the Industrial Park (for equipment details, see Appendix entitled *List of Equipment to be Sold*), for a total purchase price of RMB 35,727,650.75 *yuan* (thirty-five  million seven-hundred twenty-seven  thousand six hundred fifty *yuan* seven *jiao* five *fen*).

Article 2: Payment method and timing: Party A shall make payment in full within three (3) months of the execution of this agreement.

Article 3:  The equipment set forth in the *List of Equipment to be Sold* shall be sold "as is," and delivered within ten (10) days of the effective date of this agreement.

Article 4:  This agreement shall be effective and binding upon the signature and seal of both parties. In the event of breach, the breaching party shall pay the non-breaching party liquidated damages equal to 10% of the total amount of the transaction.

Article 5:  Matters not addressed in this agreement shall be resolved through mutual consultation by and between the parties. This agreement shall be executed in four (4) original copies, two for each party, and shall be effective upon the signature and seal of both parties.

Seller: Shandong Taihe Dongxin Co., Ltd.
[seal: *Shandong Taihe Dongxin Co., Ltd.*]
*Ltd.*]

Buyer: Taian Taishan   Plasterboard Co., Ltd.
[seal: *Taian Taishan     Plasterboard Co.,*

Representative: [*signature*] Jia Tongchun

Representative: [*signature*] Peng Shiliang

Date of Signature:  February 20, 2006

# 租 赁 协 议

出租方：山东泰和东新股份有限公司（简称甲方）

承租方：泰安市泰山纸面石膏板有限公司（简称乙方）

第一条：因乙方需要，根据《中华人民共和国合同法》、《中华人民共和国公司法》及有关法律法规，经出租人和承租人双方友好协商，订立本合同。

第二条：租赁财产：房屋、构筑物（后附明细表）。

第三条：租赁费：乙方每年按人民币肆拾贰万元支付给甲方租金（其中房屋每年租金为贰拾柒万元、构筑物每年租金为壹拾伍万元），租金每年缴纳一次，于每年年终前三十天内缴纳本年租金。

第四条：本协议自二〇〇六年三月一日开始执行，双方如有一方要解除协议，应提前六十天通知对方，对方自接到通知之日起六十天内未提出异议，本协议解除。否则，本协议继续有效，双方共同信守。

第五条：租赁期间房屋及构筑物所有权归甲方拥有，乙方只依法享有使用权，租赁期间的生产经营活动受到法律保护，租赁期间所租资产发生的维修费用由乙方支出。

第六条：乙方应及时缴纳租金，如逾期不缴视为解除合同处理。

第七条：租赁期间，如遇不可抗力（如战争、地震、、洪水等），使乙方无法经营、无效益时，当年不支付租赁费。

第八条：乙方租赁的房屋及构筑物只限于泰山纸面石膏板有限公司使用。

第九条：租赁双方发生争议时，应本着相互信任，相互理解支持的原则协商或调解解决，协商调解不成的，依照法律规定解决。

第十条：本合同一式四份，双方各持两份，四份效力相同。

第十一条：本合同自甲、乙双方代表签字或盖章之日起生效。

第十二条：本合同未尽事宜，由双方协商解决。



出租方：山东泰和东新股份有限公司　　　承租方：泰安市泰山纸面石膏板有限公司

代表人：　　　　　　　　　　　　　　　代表人：郭世允

签约日期：2006 年 2 月 20 日

T G 0025415

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025415



Jia Def 1 19 12

EXHIBIT NO. 43

L. GOLKOW

**Updated Jia Tr. Def's Ex. 43A**

**(English Translation of Jia Tr. Def's Ex. 43)**

# Lease Agreement

Lessor:   Shandong Taihe Dongxin Co., Ltd. (hereinafter referred to as "Party A")

Lessee:   Taian Taishan  Plasterboard Co., Ltd. (hereinafter referred to as "Party B")

Article 1:   Based on the needs of Party B, in accordance with the *Contract Law of the People's Republic of China*, the *Company Law of the People's Republic of China*, and applicable laws and regulations, and through mutual and friendly consultation by and between the Lessor and Lessee, the parties hereby enter into the following agreement.

Article 2:   Leased premises: housing and structures (see attached schedule).

Article 3:   Rental amount: Party B shall pay Party A an annual rent of RBM 420,000 *yuan* (including RMB 270,000 *yuan* for housing and RMB 150,000 *yuan* for the structures) to be paid within thirty (30) days prior to the end of each year.

Article 4:   The performance of this agreement shall begin on March 1, 2006. Either party may terminate the agreement by giving sixty (60) days' notice, and if the other party does not object within sixty (60) days of receipt of such notice, the agreement shall be terminated. Otherwise, the agreement shall remain in effect and binding on both parties.

Article 5:   During the term of the lease, the ownership rights to the housing and structures shall belong to Party A and Party B shall only enjoy the use rights in accordance with the law. All production and operational activities during the term of the lease shall be subject to legal protection, and Party B shall be responsible for payment of all maintenance costs in connection with the leased assets during the lease term.

Article 6:   Party B shall pay the rental amount in a timely manner. Late payment shall be grounds for termination of the agreement.

Article 7:   In the event of a force majeure (i.e. war, earthquakes, flooding, etc.) during the term of the lease, such that Party B is unable to operate and benefit from its use of the premises, Party B shall not be responsible for payment of the rental amount for that year.

Article 8:   Use of the housing and structures leased by Party B shall be limited to  Taian Taishan Plasterboard  Co., Ltd.

Article 9:   Disputes between the parties arising out of the lease shall be resolved through consultation or mediation under principles of mutual trust, understanding and support. In the event such consultation fails, they shall be resolved in accordance with the law.

Article 10:  This agreement shall be executed in four (4) original copies, two for each party, with each copy having equal force and effect.

Article 11:  This agreement shall be effective upon the signature or seal of the representatives of both parties.

Article 12:  Matters not addressed in the agreement shall be resolved through mutual consultation by and between the parties.

Lessor:  Shandong Taihe Dongxin Co., Ltd.
[seal: *Shandong Taihe Dongxin Co., Ltd.*]

Lessee: Taian Taishan Plasterboard Co.,       Ltd.
[seal: *Taian Taishan Plasterboard Co., Ltd.*]Representative: [*seal*]  Jia Tongchun
Representative: [*signature*]  Peng Shiliang

Date of Signature: February 20, 2006

# 出 售 协 议

出卖方：泰安市泰山纸面石膏板有限公司（以下简称甲方）

购买方：泰山石膏股份有限公司　　　　（以下简称乙方）

　　根据国家有关法律法规，就乙方购买甲方纸面石膏板设备事宜协商一致，签订本协议，以共同信守执行。

　　第一条：甲方将原自行使用的两条年产 2000 万平方米的纸面石膏板生产线及附属设备出售给乙方（设备明细见协议附件《设备出售清单》），购买设备款总计为人民币 31453579.80 元（大写：叁仟壹佰肆拾伍万叁仟伍佰柒拾玖元捌角整）

　　第二条：付款方式与时间：本协议签订后，乙方需在半年内缴清购买设备款。

　　第三条：《设备出售清单》中所列设备均按现状出售，于协议生效十日内交付。

　　第四条：本协议经甲乙双方签字盖章之日起生效，本协议一式四份，甲、乙双方各持两份，共同信守，若其中一方违约，则由违约方按成交总额的 10%付给对方违约金。

　　第五条：本协议未尽事宜，有甲乙双方协商解决。

出卖方：泰安市泰山纸面石膏板有限公司　　　　购买方：泰山石膏股份有限公司

法定代表人签章：　　　　　　　　　　　　　　法定代表人签章：

签约日期：2008 年 1 月 1 日

TG-0025414

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025414


Jia Det 1/9/12
EXHIBIT NO. 44
L. GOLKOW

**Updated Jia Tr. Def's Ex. 44A**

**(English Translation of Jia Tr. Def's Ex. 44)**

## Purchase and Sale Agreement

Seller:     Taian Taishan  Plasterboard Co., Ltd. (hereinafter referred to as "Party A")

Buyer:     Taishan Gypsum Co., Ltd. (hereinafter referred to as "Party B")

In accordance with applicable national laws and regulations, and on the basis of mutual consensus concerning Party B's purchase of gypsum board equipment from Party A, the parties hereby enter into this agreement which shall be binding on both parties.

Article 1:   Party A shall sell to Party B two  production lines and auxiliary equipment used on its own to produce 20 million square meters of gypsum board per year  (for equipment details, see Appendix entitled *List of Equipment to be Sold*), for a total purchase price of RMB 31,453,579.80 *yuan* (thirty-one  million four hundred fifty-three  thousand five hundred seventy-nine *yuan* eight *jiao*).

Article 2:   Payment method and timing: Party B shall pay the total cost of the equipment within six (6) months of the execution of this agreement.

Article 3:   The equipment set forth in the *List of Equipment to be Sold* shall be sold "as is," and delivered within ten (10) days of the effective date of this agreement.

Article 4:   This agreement shall be effective upon the signature and seal of both parties, and shall be executed in four (4) original copies, two for each party. In the event of breach, the breaching party shall pay the non-breaching party liquidated damages equal to 10% of the total amount of the transaction.

Article 5:   Matters not addressed in the  agreement  shall  be  resolved  through  mutual consultation by and between the parties.

Seller: Taian Taishan Plasterboard Co., Ltd.          Buyer: Taishan Gypsum Co., Ltd.
[seal: *Taian Taishan Plasterboard Co., Ltd.*]        [seal: *Taishan Gypsum Co., Ltd.*]

Signature/Seal of Legal Representative: [*seal*] Peng Shiliang          Signature/Seal of Legal Representative: [*seal*] Jia Tongchun

Date of Signature:  January 1, 2008

TG 0025414
TRANSLATIONS PROVIDED BY TAISHAN - FINAL

# DEFENDANT'S JIA EXHIBITS 45 THROUGH 47A FILED UNDER SEAL

TG

① 张建春 = 董事会秘书
(Secretary, BOD - TG)

② 陈兴华 = 一般工作人员
(General Staff)

③ 赵碧云 = 工程师
(Engineer)

① Zhang, Jian Chun

② Chen, Xinghua

③ Zhao, Siuyun

(Interpreters are not in the position to translate
legal names. Therefore, please double check)

EXHIBIT NO. 1
J·A
4 - 4 - 11
L. GOLKOW





山东泰和东新股份有限公司

SHANDONG TAIHE DONGXIN CO.,LTD



J. A

EXHIBIT NO. 2

4-4-11

L. GOLKOW



山东泰和东新股份有限公司是国内新型建筑材料的生产基地，位于山东泰山南麓，东临京沪铁路，_____西临国道104线，地处便_____

以市_____

，年生产能力_____合理分布在全国各_____公司据_____

产品不仅畅销国内，还远销阿联酋、印_____高质量的"泰山"_____

企业将以_____

黄事长 总经理: 贾同春

Chairman of the Board, General Manager, Mr. Jia Tongchun

地球是我们唯一共同的家园，她是生命的创造者，是人类文明大厦的基石。社会、企业共同实现工种保卫发展是我每一个一企业家的使命。

泰和集国以实现社会、企业共同发展为已任，实践"和谐创新、报答社会"的宗旨，以为人类居住条件的改善和建设节约型社会做出自己不懈的努力。

Shandong Taihe Dongxin Co., Ltd., one of the key enterprises in producing new building materials in China, is located in the south of the famous Mt Tai, near the ancient Dawenkou Culture Ruins, neighbors Beijing—Shanghai railway, Beijing—Shanghai, Beijing—Fuzhou express way in the east and National Road NO. 104 in the west.

It is abundant in raw gypsum resources, the products "Taishan" series plasterboard can be used as partition and ceiling material and have advantages: fire-proof, sound insulation, heat preservation, quakeproof and good for health.

"Strict management, high quality, honour customers, wi h keen social responsibility" is our aim. Through technology and management creation, the plasterboard production capacity reach 300 million m² per year. The 14 branch factories held the total capital assets of 1.2 billion Yuan, which distribute around China in a good order. Our yearly throughput will reach one billion square meter in future five years. We have a self-supported import and export ability, our products not only sell well in our domestic market also export to many countries e.g. U.A.E., Indonesia, India, Russia, U.S.A, etc. The high quality plasterboard is in accordance with ISO9001:2000 standard.

The high-speed development of the company will devote much more to the Reform of wallmaterial in China.


















泰山王　石膏板　王者风范

"TAISHANWANG" plasterboard is made of the quality gypsum material and eleg

of fireproof soundinsulation, heat preservation convenient for installation and use. "TAISHANWANG" plasterboard is with lower weight and much more beautiful appearance.

It can be used for partition and ceiling, and reach excellent effect of decoration.



"泰山王" 厚纸面石膏板性能指标
Technical data of "TAISHANWANG" plasterboard

| 检验项目 | | 厚度规格 (mm) | | 技术指标 |
|---|---|---|---|---|
| | | | | |





"泰山"系列纸面石膏板是以建筑石膏为主要原料，掺入纤维和适当的添加剂
种新型建筑用板材。

主要用作隔墙和

抗 等要求外，

2002、2003、2004、2005连续四年被评为国家级示范工程选用部品与产品。



Light steel ... partition

轻钢龙骨石膏板隔墙(单层

- 将石膏板安装在龙骨上
- 用于新建和改建工程
- 家居、办公室、宾馆的标准隔墙。
- 有隔音、保温、防震、防火的功能。
- 可附and保温层、埋线的部分。

Light St el Frame and Pl :

- Fix the board to the frame
- Used in the construction and rebuilding projec
- Standard partition for homes, office and hotel.
- Function, soundinsulation, heatpreservation, quakeproof, and fireproof.
- H the of Heat insulating layer andsunken cord

，安装在龙骨之间的结构。

Among avoid the weakness between two boards on one place

f partition

年产纸为达 508 余。年产 V 级纸 面
纸。生产各型工程 500 万之多。年生产
2640 吨纸制品。生设备选用国主公司
公司的产品。造水处理场采用国内外领
水平的氧化沟技术。生键设备为进口产品。
处理后污泥和污水可用于生产纸面石膏
板。整体装备达到国际先进水平。







我公司生产的各类板材中有
参与的重大工程项目:

◎ 上海东方明珠塔
◎ 上海浦东国际机场
◎ 上海光大会展中心
◎ 青岛华普大厦
◎ 青岛伊都锦商厦
◎ 大连火车站
◎ 大连宏孚大厦
◎ 北京天下第一城
◎ 北京西客站
◎ 哈尔滨市政府办公大楼
◎ 山东电视大厦
◎ 济南明珠国际商务港
◎ 郑州邮政大厦
◎ 西安西北大学办公楼
◎ 西安大唐电信大楼
◎ 上海浦东八百伴

◎ 天津银河大酒店
◎ 广州市人民政府办公大楼
◎ 广州市万博中心大厦
◎ 深圳三星彩管有限公司办公楼
◎ 长春东方广场大楼
◎ 深圳富士康有限公司办公大楼
◎ 江苏新世纪大酒店
◎ 南京黄埔大厦
◎ 义乌国际商贸城
◎ 杭州市政府办公大楼
◎ 杭州萧山国际机场候机大厅
◎ 宁波雅戈尔办公大楼
◎ 温州华侨大酒店
◎ 福州百安居建材广场
◎ 沈阳新恒吉大厦







山东蒙和东新股份有限公司
SHANDONG FAIHL DONGXIN CO., LTD

Address of Headquarters: Dawenkou, Daiyue district of Taian
Shandong Province, P. R. China

① 江阴泰山有限公司

② 河南泰山有限公司

③ 湖北泰山有限公司

④ 陕西泰山有限公司

⑤ 江苏邳州泰山有限公司

TCA
EXHIBIT NO. 3
4-4-11
L. GOLKOW

彭 世 宽

Shi

Pang, Fu Liang

T/A

EXHIBIT NO.

4-4-11

L. GOLKOW

① 郑环 副总经理

① 武法德 副总经理

① zhou, Wan
      Vice GM

② Wu, Fa De   Fade
      Vice GM

EXHIBIT NO. 5
L. GOLKOW

Mr. Ran, Chu

① 任绪连 先生 Sit, Zhu Lian

② 薛玉利 先生

① Mr. Yan, Zhu Lian

Mr-
② Sit, Yuk Li

① Ren, Xu Lian (Mr.)

② Xue, Yu Li (Mr.)

JIA

EXHIBIT NO. 6
4-4-11
L. GOLKOW