| (1) Shipper | | |
| --- | --- | --- |

SHANDONG TAIHE DONGXIN CO., LTD.
SOUTH SUBURB OF TAIAN SHANDONG PROVINCE
PEOPLE'S REPUBLIC OF CHINA

SK SHIPPING CO., LTD.
SKSMLYNF00022000

**SK** Shipping Co., Ltd.

IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods, and holder of this bill of lading expressly accept and agree to all its stipulations exceptions and conditions, whether written, stamped or printed as fully as if signed by each shipper, Owner, consignee and/or holder. No agent is authorized to waive any of the provisions of the written clauses.

SHIPPED on board the ship named herein by the shipper herein named the goods or packages said to contain goods hereinafter described in apparent good order and condition unless otherwise stated on this Bill of Lading, to be transported from the port of loading or place of receipt with liberty to proceed via any route or ports within the scope of the voyage, to the port of discharge, or so near thereto as the, ship can safely get and leave, always afloat at all tides and conditions of water, and there to be delivered or transshipped on payment of the charges thereon. THE TERM "APPARENT GOOD ORDER AND CONDITION" WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL, OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS, WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE. IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY NOTATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S, OR TALLY CLERKS' RECEIPTS. IN WITNESS WHEREOF, the master or agent of the said ship has signed THREE(3) bills of lading, all of this tenor and date, ONE of which being accomplished, the others to stand void. (ON DECK CARGO CLAUSE) CARRIED ON DECK AT SHIPPER'S RISK AS TO PERILS INHERENT IN SUCH CARRIAGE IN ALL OTHER RESPECTS THE RISK SHALL BE SUBJECT TO THE PROVISIONS OF THE UNITED STATES CARRIAGE OF GOODS BY SEA ACT 1936 EXCEPT THAT WITH RESPECT TO DECK CARGO, OWNER WILL NOT HAVE THE BURDEN OF PROOF WITH RESPECT TO ANY CLAIM ARISING FROM OR RELATED TO ALLEGATIONS OF UNSEAWORTHINESS AND THAT BURDEN WILL REST WITH THE SHIPPER AND/OR CARGO INTERESTS.
Shippers declared value $_____ . If value is not declared limits of liability apply per clauses 2,8,14,24 and 31.

| (2) Consignee |
| --- |

TO THE ORDER OF RBC CENTURA BANK

| (3) Notify party |
| --- |

VENTURE SUPPLY, INC.
1140 AZALEA GARDEN ROAD, NORFOLK
VA 23502-5612

| (4) Vessel | (5) Voyage No |
| --- | --- |
| GLYKOFILOUSSA | 087E |

| (6) Port of Loading | (7) Port of Discharge |
| --- | --- |
| LIANYUNGANG PORT CHINA | NORFOLK THE U.S.A. |

PARTICULARS FURNISHED BY SHIPPER

| (9) Marks and Numbers | (10) No. & Kind of Pkgs/Units | (11) Description of Goods | (12) Gross Weight | (13) Measurement |
| --- | --- | --- | --- | --- |
| VENTURE SUPPLY INC. | | "Said to contain, carrier unable to verify number and condition of contents of bundles or containers" | NW:4420000KGS | 5670CBM |
| | | | GW:4860000KGS | |
| | | 2000PALLETS | | |
| | | 3660X1220X12.7MM | | |
| | | GYPSUM BOARD (T/E) | | |
| | | L/C ISSUING DATE:NOV.09.2005 | | |
| | | L/C NO.:IMP-4135 | | |
| | | CLEAN ON BOARD DEC.25,2005 | | |
| | | SAY TWO THOUSAND PALLETS ONLY | | |
| | | ORIGINAL | | |

| (14) Freight & Charge | (15) Revenue Tons | (16) Rate | (17) Per | (18) Prepaid | (19) Collect |
| --- | --- | --- | --- | --- | --- |
| FREIGHT COLLECT | | | | | |

| (20) Freight Prepaid at | (22) Freight Payable at | (24) Place of Issue LIANYUNGANG CHINA |
| --- | --- | --- |

| (21) Total Prepaid in | (23) No. of Original B/L THREE | (25) Date of Issue DEC.25,2005 |
| --- | --- | --- |

Laden on Board the Vessel

(26) Date

(27) By

(28) For and on Behalf of the Master

**SK** Shipping Co., Ltd.
AS AGENT FOR THE CARRIER:
SK SHIPPING CO.,LTD.

By _____
As Carrier

210mm × 305mm (NCR70g/m²)

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0000308

| Shipper | ⑥ B/L NO. SKSMLYCA00765000 |
|---|---|
| SHANDONG TAIHE DONGXIN CO.,LTD. DAWENKOU DAIYUE DISTRICT OF TAIAN CHINA TEL:0086-538-8812017 FAX:0086-538-8812679 | **SK** shipping |

IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods, and holder of this bill of lading expressly accept and agree to all its stipulations exceptions and conditions, whether written, stamped or printed as fully as if signed by such shipper, Owner, consignee and/or holder. No agent is authorized to waive any of the provisions of the within clauses.

SHIPPED on board the ship named herein by the shipper herein named the goods or packages said to contain goods hereinafter described in apparent good order and condition unless otherwise stated on this Bill of Lading, to be transported from the port of loading or place of receipt with liberty to proceed via any route or ports within the scope of the voyage, to the port of discharge, or so near thereto as the ship can safely get and leave, always afloat at all stages and conditions of water, and there to be delivered or transshipped on payment of the charge thereon.

THE TERM "APPARENT GOOD ORDER AND CONDITION" WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS, WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE. IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY NOTATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S OR TALLY CLERKS' RECEIPTS.

IN WITNESS WHEREOF, the master or agent of the said ship has signed THREE(3) bills of lading, all of this tenor and date, ONE of which being accomplished, the others to stand void. (ON DECK CARGO CLAUSE) CARRIED ON DECK AT SHIPPER'S RISK AS TO PERILS INHERENT IN SUCH CARRIAGE IN ALL OTHER RESPECTS THE RISK SHALL BE SUBJECT TO THE PROVISIONS OF THE UNITED STATES CARRIAGE OF GOODS BY SEA ACT 1936 EXCEPT THAT WITH RESPECT TO DECK CARGO, OWNER WILL NOT HAVE THE BURDEN OF PROOF WITH RESPECT TO ANY CLAIM ARISING FROM OR RELATED TO ALLEGATIONS OF UNSEAWORTHINESS AND THAT BURDEN WILL REST WITH THE SHIPPER AND/OR CARGO INTERESTS.

Shippers declared value $ _____ . If value is not declared limits of liability apply per clauses 2.8.14.24 and 31.

| Consignee |
|---|
| VENTURE SUPPLY INC. 1140 AZALEA GARDEN ROAD NORFOLK VA 23502-5612 USA |

| Notify party |
|---|
| VENTURE SUPPLY INC. 1140 AZALEA GARDEN ROAD NORFOLK VA 23502-5612 FAX:757.857 0662 |

| Vessel ATLANTIC FORTUNE | ⑤ Voyage No. 103E |
|---|---|
| Port of Loading LIANYUNGANG PORT CHINA | ⑦ Port of Discharge CAMDEN,NJ,USA |

PARTICULARS FURNISHED BY SHIPPER

| Marks and Numbers | ⑩ No. & Kind of Pkgs/Units | ⑪ Description of Goods | ⑫ Gross Weight | ⑬ Measurement |
|---|---|---|---|---|
| VENTURE SUPPLY INC | 586 PALLETS/53912PCS | "Said to contain, carrier unable to verify number and condition of contents of bundles or containers" GYPSUM BOARD (T/E) 3660X1220X12.7MM 2006 07 09 CLEAN ON BOARD SAY FIVE HUNDRED AND EIGHTY SIX PALLETS ONLY. | NW:2443600KGS GW:2695600KGS | 3058.92M3 |

| Freight & Charge FREIGHT COLLECT | ⑮ Revenue Tons | ⑯ Rate | ⑰ Per | ⑱ Prepaid | ⑲ Collect |
|---|---|---|---|---|---|
| Freight Prepaid at | | ㉒ Freight Payable at | | ㉔ Place of Issue LIANYUNGANG CHINA | |
| Total Prepaid in | | ㉓ No. of Original B/L THREE | | ㉕ Date of Issue 2006 07 09 | |

| Laden on Board the Vessel | ㉘ For and on Behalf of The Master |
|---|---|
| Date | SK shipping co.,ltd. AS AGENT FOR THE CARRIER: SK SHIPPING CO.,LTD. |
| By | By (GENERAL MANAGER) As Carrier |

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0001576