

# FOREIGN WIRE TRANSFER SLIP

REGION: STP  BRANCH\DEPT: MILITARY ROAD  OFFICER: 479
DATE: 07/12/2006
CUSTOMER REQUESTING TRANSFER: DARRIN R STEBER
TITLE/ADDRESS: GD DISTRIBUTORS, LLC
3004 WHITTY DRIVE
SLIDELL LA 70461

PHONE NO: (985) 781-4423
AMOUNT OF WIRE: $5,800.66   ACCOUNT ON ANALYSIS: ☐Yes ☒No  FEE: $40.00
TRANSFER TO BANK: AGRICULTURAL BANK OF CHINA
SWIFT/BANK CODE (if available):
ADDRESS: 96 YINGXUAN ROAD
ADDRESS: TAIAN BRANCH
CITY/COUNTRY: TAIAN, CHINA

BENEFICIARY'S ACCOUNT NO: 1448101008194
BENEFICIARY'S NAME: TAIAN TAISHAN PLASTERBOARD CO LTD
ADDRESS: DAWENKOU DAIYUE DISTRICT OF TAIAN SHANDONG PROVIDENCE
ADDRESS:
CITY/COUNTRY: TAIAN, CHINA

ACCOUNT NO TO DEBIT: 2081049230
BAL PRIOR TO WIRE: ▓▓▓▓    BAL AFTER WIRE: ▓▓▓▓
METHOD OF PAYMENT: ☐ DEBIT ACCOUNT   ☐ RECEIVED CASH IOT #
(A copy of the IOT must be faxed with the request.)   ☐ RECEIVED CHECK IOT #
ADDITIONAL INFORMATION: INVOICE NUMBER SDTH06071101 - 50% OF TOTAL ORDER - FINAL 50% TO BE SENT VIA L/C AT SITE OF BILL OF LADING

ID VERIFIED AND WIRE PROCESSED BY: [signature]   EXTENSION:
VERIFICATION OF CORPORATE AUTHORIZATION: Check One: ☐ Corporate Resolution ☐ Vector 12
CALLBACK SIGNATURE FOR PHONE OR FAX (IF APPLICABLE):
SECOND APPROVAL (IF APPLICABLE):   SIGNATURE#
(Required if processed manually or over $100,000.)
ACCEPTING N.O. WIRE CLERK:   REFERENCE #:

DATE: 07/12/2006   TIME: 09:28:07 AM   USER ID: LAMCLAU1

THE UNDERSIGNED (HEREINAFTER "THE PURCHASER") HEREBY AGREES THAT THE TERMS AND CONDITIONS SET FORTH BELOW GOVERN THE RIGHTS AND LIABILITIES INVOLVED IN THIS TRANSACTION AND THE UNDERSIGNED DOES HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF SAID TERMS AND CONDITIONS.

## TERMS AND CONDITIONS

1. THE PURCHASER UNDERSTANDS AND AGREES THAT TRANSACTIONS UNDER THIS AGREEMENT, WHETHER IN THE FORM OF A DRAFT, MAIL TRANSFER, CABLE OR TRANSFER BY ANY FORM OF TELECOMMUNICATIONS, ARE SUBJECT TO THE FOLLOWING CONDITIONS:

    A. IN EFFECTING ANY TRANSACTION HEREUNDER THE PURCHASER EXPRESSLY AUTHORIZES CAPITAL ONE, N.A., (HEREAFTER CALLED "CAPITAL ONE") AT ITS DISCRETION, TO USE CORRESPONDENTS, BRANCHES, AGENTS, SUBAGENTS OR OTHER AGENCIES (HEREAFTER COLLECTIVELY CALLED "DRAWEE"). UPON CAPITAL ONE'S CREDIT TO DRAWEE, THE AMOUNT CREDITED SHALL BE REGARDED AS BEING HELD BY CAPITAL ONE IN ALL RESPECTS FOR THE ACCOUNT OF THE DRAWEE AS SUBJECT TO ITS ORDER AND CONTROL. NO LIABILITY SHALL ATTACH TO HIBERNIA OR TO SUCH DRAWEE FOR ANY LOSSES OR DAMAGES IN CONSEQUENCE OF PRESENT OR FUTURE LAWS, CENSORSHIPS, REGULATIONS, DECREES, ORDERS, CONTROLS OR RESTRICTIONS RIGHTFULLY OR WRONGFULLY EXERCISED BY ANY DE FACTO OR DE JURE GOVERNMENT OR GOVERNMENTAL AGENCY, OR IN CONSEQUENCE OF ANY DELAYS, MISTAKES, INTERRUPTIONS, OMISSIONS, MUTILATIONS, ERRORS, DEFAULTS, LOSSES OR DESTRUCTION OF ANY KIND IN CONNECTION WITH THE TRANSMISSION OF MESSAGES BY TELECOMMUNICATION OR IN THE MAILS OR BY ANY OTHER CARRIER OR AGENCY, OR IN CONSEQUENCE OF ANY OTHER ACTS OR CAUSES BEYOND THE CONTROL OF CAPITAL ONE OR SUCH DRAWEE, ALL SUCH RISKS BEING ASSUMED BY THE PURCHASER.

    B. CAPITAL ONE SHALL NOT BE LIABLE ON OR IN CONNECTION WITH ANY DRAFT TRANSACTION, OR TRANSFER BY MAIL OR TELECOMMUNICATION UNLESS THE DRAFT PRESENTED TO THE DRAWEE WITHIN A REASONABLE TIME AFTER DELIVERY, OR UNLESS THE BENEFICIARY OF A TRANSFER BY TELECOMMUNICATION SHALL MAKE DEMAND FOR PAYMENT OF SUCH TRANSFER WITHIN A REASONABLE TIME AFTER THE ISSUANCE THEREOF.

    CAPITAL ONE SHALL NOT BE OBLIGATED TO OBTAIN RECEIPT OF PAYEE OF BENEFICIARY. CAPITAL ONE SHALL NOT BE RESPONSIBLE FOR THE FAILURE OF THE DRAWEE TO IDENTIFY THE PAYEE OR PERSON ENTITLED TO THE PAYMENT OF SUCH CHECK, DRAFT, MAIL, CABLE OR WIRE TRANSFER, FOR ANY ACTS OR FAILURES TO ACT UPON THE PART OF THE DRAWEE OR FOR FAILURE OF THE FUNDS TO REACH THE PAYEE OR BENEFICIARY.

    C. ANY TRANSFER, EXPRESSED TO BE PAYABLE IN A FOREIGN COUNTRY IN U.S. DOLLARS SHALL BE MADE BY CAPITAL ONE IN U.S. DOLLARS, BUT SUCH TRANSFER MAY, UNDER THE LAWS, REGULATIONS, OR CUSTOMS OF SUCH FOREIGN COUNTRY, BE PAYABLE ONLY IN THE CURRENCY OF THE COUNTRY AT THE DRAWEE'S OR ITS PAYING CORRESPONDENT'S BUYING RATE FOR SUCH ITEMS AT THE TIME OF PRESENTATION OR DEMAND.

    D. UNDER NO CIRCUMSTANCES SHALL THERE BE ANY OBLIGATION OR LIABILITY ON THE PART OF CAPITAL ONE TO MAKE REFUND IN CONNECTION WITH ANY TRANSACTION HEREUNDER UNTIL:

        I. CAPITAL ONE RECEIVES CONFIRMATION SATISFACTORY TO CAPITAL ONE THAT PAYMENT ON ACCOUNT OF THE TRANSACTION HAS BEEN EFFECTIVELY STOPPED AND ANY CHECKS OR DRAFTS ISSUED BY CAPITAL ONE IN SUCH CASE (WITH DUPLICATES, IF ISSUED) ARE RETURNED TO CAPITAL ONE, DULY ENDORSED, OR, IN THE CASE WHERE CHECKS OR DRAFTS ISSUED BY CAPITAL ONE ARE NOT RETURNED, ADEQUATE INDEMNITY IS GIVEN; AND

        II. CAPITAL ONE OBTAINS FROM THE DRAWEE THE CORRESPONDING REFUND OR RIGHT TO DISPOSE OF ANY FUNDS ALLOCATED TO SUCH TRANSACTION HEREUNDER.

        IN NO EVENT SHALL ANY SUCH REFUND BY CAPITAL ONE EXCEED THE MARKET VALUE IN NEW ORLEANS, LOUISIANA AT THE TIME OF SUCH REFUND OR RIGHT TO DISPOSAL OF FUNDS AS PROVIDED IN 1D(II), OR, IF NO FUNDS WERE ALLOCATED TO SUCH TRANSACTION, THEN THE MARKET VALUE IN NEW ORLEANS AT THE TIME OF SUCH REFUND IN THE AMOUNT OF FOREIGN CURRENCY INVOLVED IN SUCH TRANSACTIONS LESS IN EITHER CASE ANY CHARGES OR EXPENSES OF CAPITAL ONE AND THE DRAWEE.

    E. IT IS FULLY UNDERSTOOD AND AGREED THAT CAPITAL ONE SHALL NOT BE LIABLE FOR ANY LOSS OR DAMAGE ARISING FROM ANY DELAY IN, FAILURE OF, OR ERROR IN CABLE, TELEGRAPH, TELEX OR S.W.I.F.T. TRANSMISSION OF MESSAGES, OR ERROR IN IDENTIFICATION OF PAYEE, OR BY ACTS OR OMISSIONS OF CORRESPONDENTS OR AGENCIES USED BY CAPITAL ONE, OR FOR ANY CAUSE OR ACT BEYOND THE CONTROL OF CAPITAL ONE.

2. THE PURCHASER AGREES TO PAY SUCH FEES AND CHARGES TO CAPITAL ONE AS MAY FROM TIME TO TIME BE IN EFFECT FOR MAKING FUNDS TRANSFERS AND HEREBY AUTHORIZES CAPITAL ONE TO DEDUCT SUCH FEES AND CHARGES FROM ANY ACCOUNT OF THE PURCHASER WITH CAPITAL ONE.

3. IN ADDITION TO THE PROVISIONS OF THIS AGREEMENT, ANY TRANSFERS MADE HEREUNDER SHALL ALSO BE SUBJECT TO THE RULES AND REGULATIONS APPLICABLE TO ANY ACCOUNT INVOLVED IN SUCH TRANSFERS.

THE PURCHASER STATES THAT THE FOREGOING AGREEMENT HAS BEEN CAREFULLY READ AND THAT THE PURCHASER UNDERSTANDS ALL OF THE PROVISIONS CONTAINED IN THIS AGREEMENT, ESPECIALLY THOSE LIMITING THE LIABILITY OF CAPITAL ONE.

CUSTOMER'S SIGNATURE: _____

DATE: 07/12/2006   TIME: 09:28:07 AM   USER ID: LAMCLAU1



# FOREIGN WIRE TRANSFER SLIP

REGION: STP    BRANCH\DEPT: MILITARY ROAD    OFFICER: 479

DATE: 07/17/2006

CUSTOMER REQUESTING TRANSFER: DARRIN R STEBER

TITLE/ADDRESS:
GD DISTRIBUTORS, LLC
3004 WHITTY DRIVE
SLIDELL LA 70461

PHONE NO: (985) 781-4423

AMOUNT OF WIRE: $5,800.66    ACCOUNT ON ANALYSIS: ☐Yes ☒No   FEE: $40.00

TRANSFER TO BANK: AGRICULTURAL BANK OF CHINA

SWIFT/BANK CODE (if available): 
ADDRESS: 96 YINGXUAN RD
ADDRESS: TAIAN BRANCH
CITY/COUNTRY: TAIAN, CHINA

BENEFICIARY'S ACCOUNT NO: 1448101008194
BENEFICIARY'S NAME: TAIAN TAISHAN PLASTERBOARD CO LTD
ADDRESS: DAWENLOU DAIYUE DISTRICT OF TAIAN SHANDONG PROVIDENCE
ADDRESS:
CITY/COUNTRY: TAIAN, CHINA

ACCOUNT NO TO DEBIT: 2081049230

BAL PRIOR TO WIRE: $6,153.94    BAL AFTER WIRE: $313.27

METHOD OF PAYMENT: ☐ DEBIT ACCOUNT  ☐ RECEIVED CASH IOT #
(A copy of the IOT must be faxed with the request.)  ☐ RECEIVED CHECK IOT #

ADDITIONAL INFORMATION: INVOICE NUMBER SDTH06071101 FINAL 50% FOR COMPLETION OF ORDER OF 1320 PIECES OF 1/2 X 4 X 12 SHEET ROCK TO BE DELIVERED TO THE PORT OF NEW ORLEANS

ID VERIFIED AND WIRE PROCESSED BY: Jacqueline R. Pittari    EXTENSION: 64750

VERIFICATION OF CORPORATE AUTHORIZATION:    Check One: ☐ Corporate Resolution  ☐ Vector 12

CALLBACK SIGNATURE FOR PHONE OR FAX (IF APPLICABLE):

SECOND APPROVAL (IF APPLICABLE):    SIGNATURE#
(Required if processed manually or over $100,000.)

ACCEPTING N.O. WIRE CLERK:    REFERENCE #:

DATE: 07/17/2006    TIME: 10:35:05 AM    USER ID: JRPITTAR

FAX PAGE 1 TO THE INTERNATIONAL DEPARTMENT X35739
Capital One, National Association, Member FDIC

81IM13 (4/05) 329553    Page 1 of 2

```
************************************************************************
*                          TRANSACTION REPORT                           *
*                                                       JUL-17-2006 MON 10:42 AM *
*                                                                      *
*   FOR:  CAPITAL ONE MILITARY RD    985 726 4755                      *
*                                                                      *
*   SEND                                                               *
*   DATE  START   RECEIVER         TX TIME  PAGES TYPE    NOTE    M#  DP*
*                                                                      *
*   JUL-17 10:41 AM 91480275370193815  1'05"   1  FAX TX   OK    809   *
*                                                                      *
*                                       TOTAL :   1M 5S  PAGES:  1     *
*                                                                      *
************************************************************************
```

## CapitalOne® — FOREIGN WIRE TRANSFER SLIP

REGION: STP   BRANCH\DEPT: MILITARY ROAD   OFFICER: 479
DATE: 07/17/2006
CUSTOMER REQUESTING TRANSFER: DARRIN R STEBER
TITLE/ADDRESS:
GD DISTRIBUTORS, LLC
3004 WHITTY DRIVE
SLIDELL LA 70461

PHONE NO: (985) 781-4423
AMOUNT OF WIRE: $5,800.66   ACCOUNT ON ANALYSIS: ☐Yes ☒No   FEE: $40.00
TRANSFER TO BANK: AGRICULTURAL BANK OF CHINA
SWIFT/BANK CODE (if available): _____
ADDRESS: 96 YINGXUAN RD
ADDRESS: TAIAN BRANCH
CITY/COUNTRY: TAIAN, CHINA

BENEFICIARY'S ACCOUNT NO: 1448101008194
BENEFICIARY'S NAME: TAIAN TAISHAN PLASTERBOARD CO LTD
ADDRESS: DAWENLOU DAIYUE DISTRICT OF TAIAN SHANDONG PROVIDENCE
ADDRESS:
CITY/COUNTRY: TAIAN, CHINA

ACCOUNT NO TO DEBIT: 2081049230
BAL PRIOR TO WIRE: $6,153.94    BAL AFTER WIRE: $313.27
METHOD OF PAYMENT: ☐ DEBIT ACCOUNT  ☐ RECEIVED CASH IOT # _____
(A copy of the IOT must be faxed with the request.)   ☐ RECEIVED CHECK IOT # _____
ADDITIONAL INFORMATION: INVOICE NUMBER SDTH06071101 FINAL 50% FOR COMPLETION OF ORDER OF 1320 PIECES OF 1/2 X 4 X 12 SHEET ROCK TO BE DELIVERED TO THE PORT OF NEW ORLEANS

ID VERIFIED AND WIRE PROCESSED BY: *Jacqueline R. Pittari*   EXTENSION: 64750
VERIFICATION OF CORPORATE AUTHORIZATION: Check One: ☐ Corporate Resolution ☐ Vector 12
CALLBACK SIGNATURE FOR PHONE OR FAX (IF APPLICABLE):
SECOND APPROVAL (IF APPLICABLE):   SIGNATURE#
(Required if processed manually or over $100,000.)
ACCEPTING N.O. WIRE CLERK:   REFERENCE #:

DATE: 07/17/2006    TIME: 10:35:06 AM   USER ID: JRPITTAR
FAX PAGE 1 TO THE INTERNATIONAL DEPARTMENT X35739
Capital One, National Association, Member FDIC
81IM13 (4/06) 320853                                 Page 1 of 2