## Law School, Renmin University of China 

### PERSONAL INFORMATION

**Name:** Zhu Yan　　　　　　　　　**Gender:** Male
**Birth date:** 26 November 1972
**Birth place:** Lianyungang City, Jiangsu Province, China
**Marital status:** Married, one Son

### EDUCATION AND RESEARCH EXPERIENCE

**Teaching& Research:** Professor at Law School
　　　　　　　　　　　Renmin University of China　　**2011.06-present**
　　　　　　　　　　　Associate Professor at Law School
　　　　　　　　　　　Renmin University of China　　**2006.06-2011.06**
　　　　　　　　　　　Researcher in Civil Law Research Center
　　　　　　　　　　　Renmin University of China　　**2004.08-present**

**Visiting Scholar**　　Harvard-Yenching Institute and Harvard Law School,
　　　　　　　　　　　Cambridge, MA, USA　　**2011.08-2012.08**
　　　　　　　　　　　ECTIL (European Centre of Tort and Insurance Law,
　　　　　　　　　　　Vienna)　　**2010.01-2010.02**
　　　　　　　　　　　ZERF (Zentrum für Europäische Rechtspolitik) as
　　　　　　　　　　　BUKAS (Bundeskanzlerstipendium der AvH)
　　　　　　　　　　　Comparative Research of Tort Law　　**2007.08-2008.08**
　　　　　　　　　　　Supervisor: Prof. Dr Gert Brüggemeier

**Post Doctorate:**　　Max-Planck-Institut für Ausländisches und
　　　　　　　　　　　Internationales Privatrecht in Hamburg, Germany
　　　　　　　　　　　Comparative Research on Contract Law
　　　　　　　　　　　Supervisor: Prof. Dr. Dr. Reinhard Zimmermann
　　　　　　　　　　　　　　　　　　　　　　　　　**2003.10-2004.07**

**Doctor of Law:**　　Juristische Fakultät der Universität Bremen, Germany
　　　　　　　　　　　Doktorvater: Prof. Dr. Rolf Knieper　　**1999.10-2003.10**
　　　　　　　　　　　Dissertation: Rechtsvergleich der Inhaltskontrolle von
　　　　　　　　　　　AGB in Deutschland und Formularklauseln in China,
　　　　　　　　　　　Peter Lang Verlag, Germany, 2004
　　　　　　　　　　　Grade: magna cum laude
　　　　　　　　　　　Second reviewer of the dissertation:
　　　　　　　　　　　Prof. Dr. Wolfgang Däubler

**Master of Law:**　　Law School, Renmin University of China, studying civil
　　　　　　　　　　　and commercial law.　　**1996.09-1999.07**
　　　　　　　　　　　Topic of Master Thesis: *Order of Different Rights on a
　　　　　　　　　　　Same Real Estate*　　Rank: A
　　　　　　　　　　　Instructor of the thesis: Prof. Dr. WANG Liming

## Law School, Renmin University of China

| | | |
|---|---|---|
| **Bachelor:** | Major in Worldpolitics & Economy and International Relationship | **1991.09-1995.07** |

### OTHER INFORMATION

| | | |
|---|---|---|
| **Legal Practice:** | Passed State Bar examination | **1996.10** |
| | Attorney | **2006.02-present** |
| **Social Activities** | President of Association of Chinese BUKAS (Bundeskanzlerstuipendiaten) der Homboldt-Stiftung in China | **2009.02 – present** |
| | General Secretary Assistant of Chinese National Association of Civil Law | |
| | Director of Institute of Comparative Research of Chinese and European Private Law, Renmin Law School | |
| | Deputy Director of the Department of Civil and Commercial Law, Renmin Law School | |

### LANGUAGES

**Mother Tongue**    Chinese Mandarin

**Foreign Languages**

    English    Excellent
    German    Excellent