| | |
|---|---|
| SOUTHERN HOMES, LLC, ET AL. | No. 2009-6564 Division "J" |
| Plaintiff, | |
| versus | CIVIL DISTRICT COURT |
| INTERIOR/EXTERIOR BUILDING SUPPLY, LP; INTERIOR/EXTERIOR ENTERPRISES, LLC; SOUTH CORTEZ, LLC | PARISH OF ORLEANS STATE OF LOUISIANA |
| Defendants. | |
| PEOPLE'S REPUBLIC OF CHINA ) ) CITY OF TAI'AN ) ) | To Wit: |

## AFFIDAVIT OF JIA TONGCHUN

I, Jia Tongchun, being duly sworn under oath, do state as follows:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts. My native language is Chinese. I do not understand, speak, read, or write English. I signed a Chinese version of this Affidavit as well as the English version of this Affidavit after it was translated for me by a translator with the law firm of Hogan Lovells International LLP.

2. I am Chairman of the Board and General Manager of Taishan Gypsum Co., Ltd. ("Taishan"). I joined Taishan on February 2, 1999 as the leader of the factory and subsequently became General Manager and Chairman of the Board in 2002.

3. When I joined the company, it was called Shandong Taihe Taishan Plasterboard Main Factory (Group). In 2002, the company changed its name to Shandong Taihe Dongxin

**EXHIBIT A**

Co., Ltd. ("Taihe") when it became a company limited by shares under Chinese law. In 2007, Taihe became Taishan.

4. Taishan is a Chinese corporation with its principal place of business in Tai'an City, Shandong Province, People's Republic of China ("China").

5. Taishan has approximately 1,600 employees, all of whom are located in China.

6. In 1992, Taishan started manufacturing paper-coated drywall ("drywall").

7. Taishan manufactures its drywall exclusively in China.

8. Taishan is one of the largest drywall manufacturers in China. Taishan has won numerous awards and accolades for its outstanding quality of operations, company management, resource management and compliance with environmental standards. Taishan has been certified as a "China Top Brand" reflecting official recognition by the national General Administration of Quality Supervision Inspection and Quarantine ("GAQSIQ") of its high quality and superior reputation. Additionally, Taishan has also received other quality and environmental protection certifications, including, for example, the International Organization for Standardization ("ISO") 9001 standard (for quality management), the ISO 14001 standard (for environmental protection) and certification to use the "China Environmental Labeling" mark.

9. Taishan sells drywall exclusively in China.

10. Taishan has never manufactured products in Louisiana.

11. Taishan never has sold drywall in Louisiana.

12. Taishan never has marketed its drywall in Louisiana.

13. Taishan never has distributed its drywall in Louisiana.

14. Taishan never has advertised in Louisiana.

2

15. Taishan never has performed services in Louisiana.

16. Taishan does not have offices and does not own or lease real or personal property in Louisiana.

17. Taishan does not maintain any bank accounts in Louisiana.

18. Taishan never has paid taxes or incurred tax liability in Louisiana.

19. Taishan is not registered to do business in Louisiana.

20. Taishan never has been incorporated in Louisiana.

21. Taishan never has maintained any corporate books or records in Louisiana.

22. Taishan does not have a mailing address or telephone number in Louisiana.

23. Taishan never has appointed an agent to accept service of process in Louisiana.

24. Taishan has no officers, directors, employees, or agents in Louisiana. None of Taishan's officers, directors, employees, or agents maintain a residence or place of business in Louisiana.

25. No officers, directors, employees, or agents of Taishan have visited Louisiana for business purposes.

26. In 2006, Taishan's subsidiary, Tai'an Taishan Plasterboard Co. Ltd. ("TTP"), was formed. TTP also manufactures and sells drywall exclusively in China.

I hereby swear and affirm that the foregoing statements are true and correct.

Executed on September 16, 2010.

_____
Jia Tongchun

3

# 公 证 书

（2010）泰岱岳证外字第 611 号

兹证明贾同春（男，一九六０年二月八日出生，现住山东省泰安市泰山区文化路欣欣家园 10 号楼 2 单元 302 室）于二０一０年九月十六日在泰山石膏股份有限公司办公室，在我的面前，在前面的《贾同春的宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员 [签名]

二０一０年九月十七日

XⅦ37102278

# NOTARIAL   CERTIFICATE

(2010)Tai Daiyue Zheng Wai Zi No.611

This is to certify that Jia Tongchun (male, born on February 8, 1960, now residing in Building No.10, Unit 2, Room 302, Xinxinjiayuan, Wenhua Road, Taishan District, Taian City, Shandong Province) on Taishan Gypsum Co., Ltd. Office on September 16, 2010, and with the presence of the under-mentioned notary signed on the *AFFIDAVIT OF JIA TONGCHUN*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

September 17, 2010

XVI37102283

# 证 明 书

（2010）泰岱岳证外字第 612 号

兹证明前面的（2010）泰岱岳证外字第 611 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二〇一〇年九月十七日

XVI37102288

# NOTARIAL    CERTIFICATE

(2010)Tai Daiyue Zheng Wai Zi No.612

This is to certify that the English translation contents of the (2010) Tai Daiyue Zheng Wai Zi No.611 *NOTARIAL CERTIFICATE* agree with the Chinese contents of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

September 17, 2010

XW37102293

# 公 证 书

中华人民共和国山东省泰安市岱岳公证处

| | |
|---|---|
| SOUTHERN HOMES, LLC等 | "J"部门第2009-6564号 |
| 原告, | |
| 诉 | 民事地方法院 |
| INTERIOR/EXTERIOR BUILDING SUPPLY, LP; INTERIOR/EXTERIOR ENTERPRISES, LLC; SOUTH CORTEZ, LLC | 路易斯安那州 奥尔良县 |
| 被告。 | |
| 中华人民共和国 | 即: |
| 泰安市 | |

### 贾同春的宣誓书

本人贾同春,经正式宣誓,陈述如下:

1. 本人年龄超过十八(18)岁,有资格对本宣誓书所述事宜作证,并且本人知悉该等事实。本人的母语是中文。本人不会听、说、读、写英文。本人签署了本宣誓书的中文文本,也签署了一份由霍金路伟国际律师事务所为我翻译的本宣誓书的英文翻译件。

2. 本人系泰山石膏股份有限公司("泰山")的董事长和总经理。本人于1999年2月2日加入泰山,担任厂长职务,后于2002年起担任董事长和总经理职务。

3. 本人加入公司时,公司名称为山东泰和泰山纸面石膏板总厂(集团)。2002年,根据中国法律,公司成为一家股份有限公司,并更名为山东泰和东新股份有限公司("泰和")。2007年,泰和更名为泰山。

4. 泰山为一家中国公司，其主要营业地为中华人民共和国（"中国"）山东省泰安市。

5. 泰山约有1,600名员工，全部在中国境内工作。

6. 泰山自1992年起开始生产纸面石膏板（"石膏板"）。

7. 泰山只在中国境内生产石膏板。

8. 泰山是中国最大的石膏板生产商之一。泰山曾因其出色的经营、公司管理、资源管理及符合环保标准，荣获了很多奖项和赞许。泰山还被中国人民共和国国家质量监督检验检疫总局（"GAQSIQ"）评为"中国名牌"，认可了泰山优异的质量和极高的声誉。另外，泰山还获得了其他质量和环保证书，其中包括国际标准化组织（"ISO"）9001标准（质量管理）认证，ISO14001标准（环境保护）认证，和"中国环境标志"产品认证。

9. 泰山只在中国境内出售石膏板。

10. 泰山从未在路易斯安那州生产过任何产品。

11. 泰山从未在路易斯安那州出售过石膏板。

12. 泰山从未在路易斯安那州营销过其石膏板。

13. 泰山从未在路易斯安那州分销过其石膏板。

14. 泰山从未在路易斯安那州作过广告宣传。

15. 泰山从未在路易斯安那州提供过任何服务。

16. 泰山在路易斯安那州没有办事处，没有任何动产或不动产，也没有租借过任何动产或不动产。

17. 泰山未在路易斯安那州开立任何银行账户。

18. 泰山从未在路易斯安那州纳税或产生任何纳税义务。

19. 泰山并未在路易斯安那州注册从事业务。

20. 泰山从未在路易斯安那州组建过任何实体。

21. 泰山从未在路易斯安那州有过任何公司簿册或记录。

22. 泰山在路易斯安那州没有邮寄地址或电话号码。

23. 泰山从未在路易斯安那州委托过任何代理人接受诉讼书状送达。

24. 泰山在路易斯安那州没有高级职员、董事、员工或代理人。泰山的高级职员、董事、员工或代理人在路易斯安那州均无住所或营业地。

25. 泰山的高级职员、董事、员工或代理人均未以商务目的到访过路易斯安那州。

26. 2006年，泰山的子公司，泰安市泰山纸面石膏板有限公司（"TTP"）成立。TTP也是只在中国境内生产和出售石膏板。

本人特此宣誓并确认上述声明真实、准确。

签署于2010年9月16日。

贾同春 _____

3

| | |
|---|---|
| SOUTHERN HOMES, LLC, ET AL. | No. 2009-6564 Division "J" |
| Plaintiff, | |
| versus | CIVIL DISTRICT COURT |
| INTERIOR/EXTERIOR BUILDING SUPPLY, LP; INTERIOR/EXTERIOR ENTERPRISES, LLC; SOUTH CORTEZ, LLC | PARISH OF ORLEANS STATE OF LOUISIANA |
| Defendants. | |

PEOPLE'S REPUBLIC OF CHINA )
)
CITY OF TAI'AN )   To Wit: People's Republic of China)
)         Municipality of Shanghai )ss:
          Consulate General of the )
          United States of America )

## AFFIDAVIT OF YUEN HIU SUM

I, Yuen Hiu Sum, being duly sworn under oath, do state as follows:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2. I am a senior translator with the law firm of Hogan Lovells International LLP, and work in the firm's office in Shanghai, China.

3. I am fluent in the languages of Chinese and English.

4. Based upon my ability to speak, read, and write Chinese and English fluently, I have been responsible for translating various communications and documents relating to the above-captioned lawsuit.

5. Among the documents I have translated is the Affidavit of Jia Tongchun, Chairman of the Board and General Manager of Taishan Gypsum Co., Ltd., which is being filed in support of Taishan Gypsum Co. Ltd.'s Motion to Dismiss the Complaint.

6. I hereby certify that I translated the Affidavit between the English and Chinese languages. I further certify that the English version of the Affidavit is a true and accurate translation of the Chinese version of the Affidavit. I also certify that the English version of the Affidavit and the Chinese version of the Affidavit, both of which Jia Tongchun signed, are accurate translations of one another.

I hereby swear and affirm that the foregoing statements are true and correct.

Executed on September 16, 2010.

_____
Yuen Hiu Sum

Subscribed and sworn to before me _Larry L. Woodruff_
(Vice) Consul of the United States of American at Shanghai,
duly commissioned and qualified, this _16th_ day of _Sep._,
_2010_.

_____
**Larry L. Woodruff**
**Consular Officer of the United States of America**

American Consulate General
Shanghai China