
中国建材百强企业


中国环境标志产品认证

# 泰山系列
## 吊顶及隔墙系统

# TAISHAN
## CEILING AND WALL SYSTEM



泰山石膏股份有限公司
TAISHAN GYPSUM CO.,LTD.



EXHIBIT NO. 21
1-9-12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025132



Chairman of the Board, General Manager, Mr. Jia Tongchun

地球是我们唯一、共同的家园，她是生命的创造者，是人类文明大厦的基石。社会、企业共同实现可持续发展是社会管理者、企业家的使命。

泰山石膏股份有限公司以实现社会、企业共同发展为己任，实践"和谐创新、报效社会"的企业精神，立志为人类居住条件的改善加快建设节约型社会做出自己不懈的努力。

泰山石膏股份有限公司（原山东泰和东新股份有限公司）总部地处驰名中外的泰山南麓，古大汶口文化遗址附近，交通便利，是中国建材集团旗下的骨干企业。

公司总部驻地天然石膏资源极为丰富。公司技术力量雄厚，生产的"泰山"系列纸面石膏板，可作隔墙、吊顶等用途，能充分满足室内装潢的各项用途和要求，同时具有防火、隔音、保温、抗震、保健等功能。泰山系列龙骨采用先进技术，选用优质连续热镀锌钢带通过特殊工艺生产的双面压花龙骨，符合国家标准，通过国家权威检测部门的检测，规格齐全、配套完善，是优质工程的首选建材。

公司以"严格管理、质量一流，用户至上，报效社会"为目标，以市场为中心，大搞技术创新和管理创新，主导产品纸面石膏板，年生产能力6亿平方米，居全国首位。公司在国内设有24个分公司，合理分布在全国各地，现有总资产25亿元。未来五年生产能力将达到12亿平方米，公司拥有进出口贸易自营权，产品不仅畅销国内，还远销阿联酋、印度尼西亚、印度、俄罗斯、美国等国家和地区。"泰山"系列石膏板已通过ISO9001：2000质量体系认证、ISO14001：2004环境体系认证、"中国环境标志产品认证"证书，泰山牌纸面石膏板先后荣获"中国名牌产品"，"中国驰名商标"。

企业的高速发展，为国家高速度推行新型墙体材料改革做出了贡献。

Shandong Taihe Dongxin Co., Ltd, which devotes to producing gypsum board and other accessories, is one of the key enterprises of China National Building Material Group Corporation. The headquarters is located in Tai' an Shandong province, the south of the famous Mt. Tai, near to the ancient Dawenkou culture Ruins and very convenient for transportation. Our company is one of the key enterprises of China National Building Material Group Corporation.

It is abundant in raw gypsum resources, the products "Taishan" series gypsum board can be used as partition and ceiling material and have advantages, fire-proof, sound insulation, heat preservation, quakeproof and good for health. "Taihe" series steel frame for gypsum board is made of quality zinc-covered steel belt through advanced technique. The full set of steel frame, with varies specifications and well-fitted, is your first choice for decorations.

"Strict management, high quality, respect customers, contribute to society is our aim, through technology and management creation, the gypsum board production capacity reach 500 million m² per year. Our yearly throughput will reach one billion square meter in future five years. The 24 branches factories, which holding the total assets of 2 billion RMB, distributes well all around China. We have a self-supported import and export approval, our products not only sell well in our domestic market also export to many countries e.g. U.A.E., Indonesia, India, Russia, U.S.A. etc. "Taishan" series gypsum board has passed ISO9001:2000 quality system authorization and certificate of "Green Building Material", "China Top Brand" and so on.

The high-speed development of the company will devote much more to the Reform of wallmaterial in China.

和谐创新    泰山石膏股份有限公司

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER














CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER



装 新 居 住 新 房 ◁

# "泰山王" 石膏板 王者风范

"泰山王"牌纸面石膏板是以优质的原料与专用的高质量护面纸加工而成的高档板。具有防火、隔音、保温、抗震等特点，而且质轻、便于加工，具有施工速度快、劳动强度低、装饰效果好等优点，可用于隔墙、吊顶的覆面板材，适用于各种类型的装饰装修。

"TAISHANWANG" plasterboard is made of the quality gypsum material and elegant surface paper. Besides being of fireproof soundinsulation, heat preservation convenient for installation and cut, "TAISHANWANG" plasterboard is with lower weight and much more beautiful appearance.

It can be used for partition and ceiling, and reach excellent affect of decoration.





## "泰山王"牌纸面石膏板性能指标
Technical data of "TAISHANWANG" plasterboard

| 检验项目 | 厚度规格 (mm) | | 技术指标 |
|---|---|---|---|
| 长度偏差 (mm) | 9.5 | 12.0 | 0 / -2 |
| 宽度偏差 (mm) | 9.5 | 12.0 | 0 / -2 |
| 厚度偏差 (mm) | 9.5 | | ±0.2 |
| | 12.0 | | ±0.2 |
| 断裂荷载 (N) 纵向 | 9.5 | | 560 |
| | 12.0 | | 700 |
| 横向 | 9.5 | | 180 |
| | 12.0 | | 240 |
| 单 重 ( kg/m² ) | 9.5 | | 7.2 |
| | 12.0 | | 9.5 |
| 纸 芯 粘 结 性 能 | | | 不揭离 |

TAISHAN WING CO., LTD

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025135

 泰 山 石 膏 板 稳 当 当

 **"泰山"** 系列石膏板 专业之选


中国驰名商标


中国名牌

● "泰山"系列纸面石膏板是以建筑石膏为主要原料,掺入纤维和适当的添加剂制成板芯,与特制的专用护面纸牢固粘结而成的一种新型建筑用板材。

● "泰山"系列纸面石膏板具有质轻、耐火、便于加工等特点,主要用作隔墙和吊顶的覆面板材,采用纸面石膏板与轻钢龙骨组成的轻质隔墙与吊顶,除了满足建筑上的防火、隔音、保温、抗震等要求外,还具有施工速度快,劳动强度低,装饰效果好等优点,适用于各种类型的装饰装修。

● "泰山"牌纸面石膏板先后荣获"中国名牌产品"、"中国驰名商标"。

● 2006年"泰山"牌纸面石膏板荣获"中国最具影响力纸面石膏板品牌"称号,2007年"泰山"牌纸面石膏板荣获"人民信赖品牌奖"称号。

普通纸面石膏板
Standard Gypsum Board

| 厚度(mm) | 宽度(mm) | 长度(mm) | 纵向断裂荷载(N) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 9.5 | 1200 | 3000 | ≮360 | ≮140 | ≯9 |
| 12.0 | 1200 | 3000 | ≮500 | ≮180 | ≯11 |

耐火纸面石膏板
Fire-proof Gypsum Board

| 厚度(mm) | 宽度(mm) | 长度(mm) | 遇火稳定性(min) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 9.5 | 1200 | 3000 | ≮20 | ≮180 | ≯11.0 |
| 12.0 | 1200 | 3000 | ≮20 | ≮180 | ≯11.0 |

耐水纸面石膏板
Moistur-proof Gypsum Board

| 厚度(mm) | 宽度(mm) | 长度(mm) | 吸水率(%) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 9.5 | 1200 | 3000 | ≯10.0 | ≮180 | ≯11 |
| 12.0 | 1200 | 3000 | ≯10.0 | ≮180 | ≯11 |



注:可根据客户的要求加工定做。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025136



装新居住新房　泰山牌石膏板稳当当

古有秦砖汉瓦　今有泰山建材

我公司产品装饰的标志性建筑——

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

民族建筑装饰用品
the decoration of building for minorities



上海东方明珠

  



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

装　　新　　居　　住　　新



# "泰山王"石膏板配套轻钢龙骨系列

包括：隔墙龙骨，上人吊顶龙骨，不上人吊顶龙骨，吊顶龙骨及配件等。
Light Steel Frame and Accessories Partition and manual and automatic ceiling and accessories

## 墙体龙骨产品规格
Specification and Maker of Frame for wall

| 名称 | 断面规格(A×B×t) | 断面 | 备注 |
|---|---|---|---|
| 横龙骨 | QU 50x35x0.6 | | 可打麻点 |
| | QU 75x35x0.6 | | |
| | QU 75x35x0.7 | | |
| | QU 100x35x0.7 | | |
| | QU 100x40x1.0 | | |
| 竖龙骨 | QC 50x45x0.6 | | A:可打麻点 |
| | QC 75x45x0.6 | | B:可按用户要求打孔 |
| | QC 76x45x0.7 | | |
| | QC 100x45x0.7 | | |
| | QC 100x45x1.0 | | |
| 通贯龙骨 | DU 38x12x1.0 | | 按设计要求搭配 |

## 龙骨配件表
Frame Fittings

| 名称 | 简图 | 配套龙骨 | 厚度 | 名称 | 简图 | 配套龙骨 | 厚度 |
|---|---|---|---|---|---|---|---|
| 吊件 | | DU60(上人) | 3.0 | 连接件 | | DC50 | 0.5 |
| | | DU50(上人) | 3.0 | | | DC60 | 0.5 |
| | | DU50 | 2.0 | | | DU38 | 1.2 |
| | | | | | | DU50(上人) | 1.2 |
| | | DU50 | 1.5 | | | DU60(上人) | 1.5 |
| | | DU60 | 1.5 | 水平件 | | DC50 | 0.5 |
| | | DU38 | 2.0 | | | DC60 | 0.5 |
| 长挂件 | | DC60 | 1.0 | 大固定件 | | | 3.0 |
| | | DC50/DU60 | 1.0 | 大固定件 | | | 3.0 |
| | | DC50 | 1.0 | 支撑卡 | | QC75系列 | 0.8 |
| 短挂件 | | DC60 | 0.8 | | | QC100系列 | 0.8 |

## 吊顶龙骨产品规格
Specification and Maker of Frame for wall

| 名称 | 承载(主)龙骨 | | | 覆面(次)龙骨 | | |
|---|---|---|---|---|---|---|
| 断面规格 | DU38x12x1.0 | DU50x15x1.2 | DU60x27x1.2 | DC50x19x0.5 | DC50x20x0.6 | DC60x27x0.6 |
| 断面 | | | | | | |

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025139

®泰 山 石 膏 板 稳 当 当

 

## 安装方法示意图
### The sketch map for fixing method

轻钢龙骨纸面石膏板隔墙
该隔墙系统功能广泛，如防火、隔音、保温和抗震。
This kind of partition has wide function ncludes, fireproof, sound insulation, heat preservation and quakeproof.

 

**轻钢龙骨石膏板吊顶（平顶）**
Light Steel Frame Plasterboard Ceiling (Plan Ceiling)

平面石膏板吊顶
●石膏板平顶为水平或斜面，接缝隐藏，由普通石膏板固定在悬置的轻钢龙骨上或直接连接在支撑架上。
●功能广泛；如隔音、保温、防火和抗震。

Plan Gypsum Board Ceiling
●The gypsum board are horizontal or inclined with convent joint. The boards are fixed on the light steel frame or directly connected on the backstop.
●Function; sound insulation, heat preservation, fireproof and quakeproof.

**轻钢龙骨石膏板吊顶（曲型顶）**
Light Steel Frame Plasterboard Ceiling (Bending Ceiling)

曲面石膏板吊顶
● 曲面石膏板吊顶是用自攻螺钉将普通纸面石膏板固定在笔直的次龙骨(覆面龙骨)上。次龙骨与悬置的或直接连接在支撑架上的曲形主龙骨(承载龙骨)连接在一起。

Bending Gypsum Board Ceiling
● The bending gypsum board ceiling is fixed on the light steel frame by self-attack bolt.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

装 新 居 住 新 [

### 轻钢龙骨石膏板隔墙（双层）
●该隔墙由4层石膏板安装在龙骨上，可安装保温层、埋线。
●用于医院、学校、工厂、办公楼。
●有隔音、保温、防震、防火的功能。

Light steel frame Gypsum Board partition
●This type of partition is formed by 4 layers of plasterboard, which installed on the frame. The insulating layer and sunken cord can also be fixed.
●Used in hospital、School、factory.
●Sound、Insulation、heat preservation、fireproof.







### 轻钢龙骨石膏板隔墙（单层）
●将石膏板安装在龙骨上，是简洁、经济的隔墙安装系统。
●用于新建和改建工程。
●家居，办公室、宾馆的标准隔墙。
●有隔音、保温、防震、防火的功能。
●可留出保温层、埋线的部分。

Light Steel Frame and Gypsum Board Partition
●Fix the board on the frame
●Used in the construction and rebuilding project.
●Standard partition for home, office and hotel.
●Function,soundinsulation, heatpreservation,quakeproof, and fireproof.
●Has the space of Heat insulating layer andsunken cord.





安装石膏板时，要错开龙骨之间的接缝。
Arrange the joint to avoid the weakness between two



错开龙骨之间的接缝安装石膏板，该墙由双层石膏板做成。
石膏板应错开接缝。

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

> 泰 山 石 膏 板 稳 当 当



五 ★ 星 ®



泰山 百湖



马 ma ®



DUN ®

法斯特 ®



### 轻钢龙骨
### Steel Frame
- 采用优质热镀锌材料,有效防绣
- 符合最新建筑用轻钢龙骨国家标准 GB/T11981-2008
- 独特的人性化设计,操作方便,省力
- 加工精度高,外观亮丽



### 卡式龙骨
### Steel frame
采用优质镀锌带钢、施工便捷。



### 轻钢龙骨配件
### Accessories to steel frame
结构强度硬、施工方便。



### 墙板自攻钉
### Screw
螺纹坚固、牢固力强。



### 嵌缝带
### Jointing Tape
用于接缝处理、拉伸力强、粘度高。



### 金属护角纸带
### Strong Corme Tape
用于形成阳角护面角,以承受冲击。



### 嵌缝粉
### Jointing Compound
用于接缝处理、施工便捷。





CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

装 新 居 住 新

# PVC 贴膜饰面系列

泰山装饰石膏板PVC贴膜系列是经本公司研制生产的新型吊顶装饰板，已批准为国家重点新产品，有上百种饰面可供选择，主要根据饰面天花板在高温度，高温环境下应用的需求，特别开发出PVC饰面天花板系列背部贴上铝箔纸，以使天花板在高温度的环境下仍能有效隔热，防止结露，防止下陷。广泛适用于宾馆、酒店、办公楼、院校、制药厂、住宅楼及公共场所等领域使用。

**产品特性**

◇ 防火防水    ◇ 防尘防蛀
◇ 经久耐用    ◇ 环保健康
◇ 图案精美    ◇ 多种饰面



Design no:631


Design no:975


Design no:154

**技术性能**


产品花色以实物

| 材质： | 石膏板基材 |
| --- | --- |
| 表面处理： | PVC贴膜／铝箔衬纸 |
| 厚度： | 8mm |
| 公称尺寸： | 公制 600mm X 600mm |
| | 英制 2' X 2' |
| 实际尺寸： | 公制 595mm X 595mm |
| | 英制 603mm X 603mm |
| 允许误差： | 长度 ≤±2.0mm |
| | 宽度 ≤±2.0mm |
| | 厚度 ≤±0.5mm |
| 单位面积质量： | < 7.0kg/m² |
| 强度： | 断裂荷载>150N |
| 含水率： | < 1% |
| 防火特性： | 难燃材B1级符合中国标准GB8624-1997 |



CONFIDENTIAL — SUBJECT TO

泰 山 石膏板 稳 当 当

**泰 山 牌 装 饰 石膏板**

# 压 花 浮 雕 系 列

压花浮雕系列采用高品质的泰山牌石膏板，表面使用优质进口涂层，压制多种立体花纹，背部贴上铝箔衬纸，使装饰板有效防潮、隔热、吸声、防止下陷等优点。

### 产品特性

◇ 优质涂漆，独特工艺
◇ 压制浮雕，立体效果
◇ 保温吸声，安全健康
◇ 经济实用，安装便捷


春蚕漫游


百合花


满天星

产品花色以实物为准

### 技 术 性 能

| 材质： | 石膏板基材 | | |
|---|---|---|---|
| 表面处理： | 乳胶漆／铝箔衬纸 | | |
| 厚度： | 8mm | | |
| 公称尺寸： | 公制 600mm X 600mm | | |
| | 英制 2′ X 2′ | | |
| 实际尺寸： | 公制 595mm X 595mm | | |
| | 英制 603mm X 603mm | | |
| 允许误差： | 长度 ≤±2.0mm | | |
| | 宽度 ≤±2.0mm | | |
| | 厚度 ≤±0.5mm | | |
| 单位面积质量： | < 6.5kg/m² | | |
| 强度： | 断裂荷载>150N | | |
| 含水率： | < 1% | | |
| 降噪系数： | ≥0.25 | | |
| 防火特性： | 难燃材B1级符合中国标准GB8624-1997 | | |
| 环境相对湿度要求： | 90% 以下 | | |



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025144

装　新　居　住　新　J

# 明架烤漆龙骨

　　泰山系列吊顶材料产品明架烤漆龙骨系统，采用高质量的原材料，专利技术的设计和制造。特别配合泰山牌饰面天花系统提供多种解决方案，使用户在承载能力、安全性方面无后顾之忧。同时它还具有安装快捷，使用方便，拆卸迅速等优点。





### 产品特性

◆高质量双层聚酯烤漆表面，热镀锌骨架，防止生锈，搭接式设计

◆主龙骨一体式接头，插入就位后即可锁定，并可快速且方便的安装和拆卸

◆次龙骨外接式硬制钢叉头，易于拆卸，再利用及再次安装

◆遵循右向安装连结原则一致性，简单方便符合国家标GB/T11981—2201

■ 宽边平面烤漆龙骨



| 产品名称 | | 包　装 |
|---|---|---|
| 平面烤漆主龙骨 | 公制32x24x3000x0.23 | 25 |
| | 英制32x24x3050x0.23 | 25 |
| 平面烤漆小龙骨 | 公制26x24x600x0.23 | 75 |
| | 英制26x24x610x0.23 | 75 |
| 平面烤漆边龙骨 | 公制22x22x3000x0.3 | 50 |

■ 窄边凹槽烤漆龙骨



| 产品名称 | | 包　装 |
|---|---|---|
| 凹槽烤漆主龙骨 | 公制28x24x3000x0.23 | 25 |
| | 英制28x24x3050x0.23 | 25 |
| 凹槽烤漆小龙骨 | 公制24x24x600x0.23 | 75 |
| | 英制24x24x610x0.23 | 75 |
| 凹槽烤漆边龙骨 | 公制22x22x3000x0.23 | 50 |

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

 泰 山 石 膏 板 稳 当 当

泰山牌装饰石膏板

**系统安装示意图**



饰面天花板
边龙骨
吊杆
主龙骨
次龙骨
承载龙骨
挂件
吊件

**节点示意图**



**明龙骨吊装法**

采用轻钢烤漆龙骨,按装饰石膏板的规格吊好龙骨架。然后将装饰石膏板直接放在龙骨架上。

**系装装装简明指导**

1、安装装饰石膏板需按照 GB50210—2001 规范施工,确保施工质量。

2、施工环境需干燥通风,避免潮湿雨季施工。

3、天花板的安装需待地面、隔墙的湿作业全部完成后进行。

4、请留意压花系列石膏板背面的箭头,在施工中保持箭头方向一致,以确保图案花色完整;贴膜饰面系列,如天女散花,安装要注意保持纹理方向一致。

5、装饰石膏板不能用于极端或长期潮湿的环境如卫生间、浴室等。

6、安装装饰石膏板时需戴干净的手套,以防弄脏天花板。

7、同一个房间,尽量使用同一批号产品。

8、建议最后安装喷淋系统。

9、在安装泰山饰面石膏板吊顶系统时,为使您的吊顶更具装饰效果,公司建议您遵循以下安装原则:宜对称布置,并使边跨板宽大于1/2整板宽。

TG 0025146

装 新 居 住 新 房

示范工程



上海东方明珠塔



南京紫峰大厦

国家体育场 "鸟巢"



CONFIDENTIAL — SUBJECT TO

# 立足中国 · 走向世界



●潍坊奥泰石膏有限公司　●泰山石膏(邓州)有限公司　●泰山石膏(湘潭)有限公司　●泰山石膏(重庆)有限公司

●云南泰山石膏建材有限公司　●陕西泰山石膏建材有限公司　●泰山石膏(衡水)有限公司　●泰山石膏股份有限公司翼城分公司

CONFIDENTIAL — SUBJECT TO

TG 0025150

装 新 居 住 新 房  泰山石膏板稳当当





中 国 名 牌
泰山牌纸面石膏板

泰 山 石 膏 股 份 有 限 公 司

总部地址： 山东省泰安市岱岳区大汶口
Address of Headquarters: Dawenkou, Daiyue district of Taian,
Shandong Province, P.R.China
电话(Tel)： (0538)8811293 8811348 8811448 8811078
国际业务部： (0086-538)8812017 8811077 8812002
传真(Fax)： (0086-538)8811250 8811323
网址(Website)： http://www.taihegroup.com
邮编(P.C.)： 271026

CONFIDENTIAL — SUBJECT TO

TG 0025151

# 山东泰和东新股份有限公司
## 2005 年第四次临时股东大会决议

2005 年 6 月 26 日，山东泰和东新股份有限公司（以下简称"公司"或"泰和"）在北新建材会议室召开了 2005 年第四次临时股东大会，公司全体股东均派代表出席会议，代表股份 15562.5 万股，占总股本的 100%，符合《公司法》和《公司章程》有关规定，形成的决议合法有效。会议由公司董事长贾同春主持，经过与会股东充分讨论，出席会议的全体股东一致同意，表决通过了以下议案：

一、《关于更换公司监事的议案》

同意吕文洋辞去公司监事职务，根据《公司章程》的有关规定，选举杨全民担任公司监事。

二、《关于公司对外投资建设生产线的议案》。

该议案主要内容如下：

1、在云南省安宁市天平镇建设年产 1000 万平方米石膏板项目：搬迁 202 线。主要利用电厂脱硫石膏（辅助磷石膏），新建 12 万吨/年石膏粉车间；改 6 层干燥机为 8 层干燥机；年产石膏板 1000 万平方米，最大 1200 万平方米；产品市场：云南、贵州；征地 65 亩；项目计划投资 1200 万元；注册资本 1000 万元，泰和占 80%，北新建材占 20%。

2、在重庆市建设年产 1200 万平方米石膏板项目，搬迁 204 线。利用重庆电厂和珞璜电厂脱硫石膏，新建 15 万吨/年石膏粉车间；改导热油烘干为天然气烘干；年产石膏板 1200 万平方米，最大 1500 万

EXHIBIT NO. 221
J IA
1-9-12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

平方米；产品市场：重庆、四川；征地 100 亩；项目计划投资 2500
万元；注册资本 1500 万元，泰和占 80%，北新建材占 20%。

3、在湖南省湘潭市岳塘区建设 2000 万平方米石膏板项目。利用
湘潭电厂脱硫石膏，新建 20 万吨/年石膏粉车间；10 层干燥机；产品
市场：中南地区；由合资方湘潭电厂提供土地 100 亩，合资公司租用；
项目计划投资 3000 万元；注册资本 1500 万元，泰和占 70%，湘潭电
厂占 30%。

4、在河北省衡水市建设年产 15 万吨石膏粉厂。利用衡水发电厂
脱硫石膏；产品市场：河北当地企业；计划投资 500 万元；注册资本
500 万元，泰和占 80%，北新建材占 20%。

三、《关于公司流动资金贷款和对外担保授权事宜的议案》

公司董事会已批准的贷款，在额度内则分次拨或循环使用的，
由董事长同意即可办理；公司新增贷款，应事先与各位董事沟通，董
事会可采用传真表决的方式进行审议通过。

公司与泰山玻璃纤维股份有限公司、泰山集团股份有限公司以及
护面纸供应商枣庄华润纸业有限公司三家企业的贷款担保要逐步解
除，近期不能解除的，在已互保额度内，授权董事长办理。除上述互
保外，公司不增加新的对外担保，公司贷款需要担保可采用担保公司
担保、抵押等方式。

四、《关于子公司股权设置的议案》

1、对于现有的全部子公司，公司以外的其他股东（除战略合作
伙伴之外）所持有的股权由公司全部收回。对于必须有两名以上股东
存在的子公司，北新建材收购持有 5%的股权。

CONFIDENTIAL — SUBJECT TO

TG 0020683

2、对于今后新设的子公司，如必须有两名以上股东存在，北新建材持有 20% 的股权。

特此决议

二〇〇五年六月二十六日

CONFIDENTIAL — SUBJECT TO

（此页无正文，为公司 2005 年第四次临时股东大会的股东签字页）

股东签字：



北新集团建材股份有限公司

代表人签字：



泰安市国有资产经营有限公司

代表人签字：



泰安市安信投资贸易有限公司

代表人签字：





泰安市泰联投资贸易有限公司

代表人签字：



贾同春签字：

CONFIDENTIAL — SUBJECT TO

**Updated Jia Tr. Pl's Ex. 22B**

**(English Translation of Jia Tr. Pl's Ex. 22A)**

Translation of TG 0020682

# Resolution of the 4th Extraordinary General Meeting of Shareholders for the Year of 2005 of Shandong Taihe Dongxin Co., Ltd.

On June 26, 2005, Shandong Taihe Dongxin Co., Ltd. (hereinafter referred to as the "Company" or "Taihe") held the 4th Extraordinary General Meeting of Shareholders for the year of 2005 at the BNBM conference room. All the shareholders sent representatives to attend the meeting, representing 155.625 million shares, which is 100% of the total stock, complies with the provisions in the "Company Law" and the "Articles of Association" of the Company, and the resolutions are valid and effective. The meeting was presided by the Company's Chairman Jia Tongchun. After thorough discussion by the participating shareholders, the entire shareholders present at the meeting unanimously agreed to and voted for the following proposals:

    I.      Proposal for Changing the Company's Supervisor

Agreed that Lv Wenyang's resignation of supervisor of the Company, and elected Yang Quanmin as the supervisor of the Company in accordance with the relevant provisions in the "Articles of Association" of the Company.

    II.     Proposal for the Company's Outbound Investments in Construction of Production Lines

The main contents of this Proposal are as follows:

    1.    To construct the annual 10 million square meters plasterboard production project in Tianping Town, Anning City, Yunnan Province, and to move the 202 line. To primarily use the desulfurized gypsum (auxiliary phosphogypsum) of power plants, build new gypsum powder workshops with the productivity of 120,000 tons / year; to change the 6-layer drying machine into the 8-layer drying machine; annual plasterboard productivity: 10 million square meters, with the maximum of 12 million square meters; product markets: Yunnan, Guizhou; acquisition of 65 *mu* land; the planned investment for the project: RMB 12 million yuan; the RMB 10 million yuan of registered capital: Taihe will account for 80% and BNBM will account for 20%.

    2.    To construct the annual 12 million square meters plasterboard production project in Chongqing City, and to move the 204 line. To use the desulfurized gypsum of Chongqing Power Plant and Luohuang Power Plant, build new gypsum powder workshops with the productivity of 150,000 tons / year; change the conducting oil drying into the natural gas drying; annual plasterboard productivity: 12 million square meters, with the maximum of 15 million square meters; product markets: Chongqing, Sichuan; acquisition of 100 *mu* land; the planned investment for the project: RMB 25 million yuan; the RMB 15 million yuan of registered capital: Taihe will account for 80% and BNBM will account for 20%.

Translation of TG 0020683

> 3. To construct the annual 20 million square meters plasterboard production project in Yuetang District, Xiangtan City, Hunan Province. To use the desulfurized gypsum of Xiangtan Power Plant, build new gypsum powder workshops with the productivity of 200,000 tons / year; 10-layer drying machine; product markets: South Central of China; the cooperator Xiangtan Power Plant will lease 100 *mu* land to the joint venture; the planned investment for the project: RMB 30 million yuan; the RMB 15 million yuan of registered capital: Taihe will account for 70% and Xiangtan Power Plant will account for 30%.
>
> 4. To construct the annual 150,000 tons gypsum powder in Hengshui City, Hebei Province. Use the desulfurized gypsum of Hengshui Power Plant; product markets: local enterprises around Hebei; the planned investment for the project: RMB 5 million yuan; the RMB 5 million yuan of registered capital: Taihe will account for 80% and BNBM will account for 20%.

    III.     Proposal for the Working Capital Loans of the Company and the Authorization of Outside Guarantees

For the loans that have been approved by the Board of Directors of the Company, the withdrawal of these loans by batches or the use of them in circle within the quota may be subject to consent of the Board Chairman; for the loans newly added by the Company, communications with all the directors shall be conducted at first, and then the Board of Directors may deliberate and vote for these new loans via fax.

The loan guarantees between the Company and the three enterprises: Taishan Glass Fiber Co., Ltd., Taishan Group Co., Ltd. and the plasterboard surface paper provider Zaozhuang Huarun Paper Industry Co., Ltd. shall be gradually removed; if the loan guarantee can not be removed recently, the power to remove can be authorized to the Board Chairman within the quota of mutual guarantee. Except for the above mentioned mutual guarantees, the Company shall not add new guarantee to the outside; if the Company needs guarantee for loans, the Company can find a guarantee company or use the mortgage, etc.

    IV.     Proposal for Equity Structure of Subsidiaries
> 1. For all the existing subsidiaries, the shares held by shareholders other than the Company (except strategic partners) shall be purchased back by the Company. If any subsidiary must have more than two shareholders, BNBM will purchase 5% of equity shares.

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0020684

    2.  For any subsidiary to be established in the future, if the subsidiary must have more than two shareholders, BNBM will hold 20% of equity shares.

It is hereby resolved.

June 26, 2005

Translation of TG 0020685

(This page does not contain any text, and is for the signatures of shareholders present at the 4th Extraordinary General Meeting of Shareholders for the year of 2005.)

Signatures of Shareholders:

Beijing New Building Materials Co., Ltd.
Beijing New Building Materials Co., Ltd. (seal)
Signature of the Representative: Cao Jianglin

Taian State-owned Assets Management Co., Ltd.
Taian State-owned Assets Management Co., Ltd. (seal)
Signature of the Representative: (illegible)

Taian Anxin Investment & Trade Co., Ltd.
Taian Anxin Investment & Trade Co., Ltd. (seal)
Signature of the Representative: Jia Tongchun

Taian Donglian Investment & Trade Co., Ltd.
Taian Donglian Investment & Trade Co., Ltd. (seal)
Signature of the Representative: (illegible)

Signature of Jia Tongchun: Jia Tongchun

*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



## CNBM

# China National Building Material Company Limited[*]

# 中 國 建 材 股 份 有 限 公 司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock Code: 3323)

## Overseas Regulatory Announcement

This is not the announcement of the audited financial results of China National Building Material Company Limited ("CNBM") for the year ended 31 December 2009. This announcement is made pursuant to Rule 13.09(2) of the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited.

This announcement is the summary of the 2009 Annual Report of Beijing New Building Material Company Limited (the "Company" or "BNBM"). The annual report of BNBM and related information in Chinese were disclosed to the public of the People's Republic of China (the "PRC") on 24 March 2010 in accordance with the Rules Governing the Listing on Shenzhen Stock Exchange, the English translation of which is prepared by CNBM for information only.



EXHIBIT NO. 23
1-9-12
L. GOLKOW

Q000155

BNBM, a company listed on Shenzhen Stock Exchange and incorporated in accordance with the laws of the PRC, is a subsidiary 52.40% owned by CNBM. The 2009 annual report of BNBM was published at the website designated by Shenzhen Stock Exchange on 24 March 2010. The audited financial statements of BNBM have been prepared in accordance with the PRC GAAP. Set out below is the summary of its 2009 annual report.

Beijing, the PRC, 24 March 2010

# Beijing New Building Material Company Limited

## Summary of 2009 Annual Report

## 1    IMPORTANT NOTICE

1.1    The board of directors (the "Board"), the supervisory committee, directors, supervisors and the senior management of the Company confirm that there are no misrepresentation or misleading statements contained in or material omissions from this report, and accept joint and several responsibility for the truthfulness, accuracy and completeness of the contents of this report.

This summary of annual report has been extracted from the annual report, the full text of which is published at CNINFO (www.cninfo.com.cn). Investors should carefully read the full text of the annual report for details.

1.2    A standard unqualified auditors' report has been issued for the 2009 annual report of the Company by Beijing Xinghua Certified Public Accountants Company Limited.

1.3    Mr. Wang Bing (Chairman of the Company), Ms. Yang Yanjun (Chief Accountant and Financial Manager) and Ms. Dong Hui (Manager of the Accounting Department) have declared that they are responsible for the truthfulness and completeness of the financial statements in the annual report.

Q000156

## 2   COMPANY PROFILE

### 2.1   Basic information

| | |
|---|---|
| Stock name | 北新建材 |
| Stock code | 000786 |
| Stock Exchange of listing | Shenzhen Stock Exchange |
| Registered address | No. A-11 Sanlihe Road |
| | Haidian District |
| | Beijing |
| Postal code of registered address | 100037 |
| Office address | China National Building Materials Plaza |
| | No. A-11 Sanlihe Road |
| | Haidian District |
| | Beijing |
| Postal code of office address | 100037 |
| Internet website of the Company | http://www.bnbm.com.cn |
| E-mail | bnbm@bnbm.com.cn |

### 2.2   Contact person and method

| | Secretary to the Board | Securities Affairs Representative |
|---|---|---|
| Name | Chen Yu | Du Xin |
| Correspondence address | No. 16, Jian Cai Cheng West Road, Xi San Qi, Haidian District, Beijing | No. 16, Jian Cai Cheng West Road, Xi San Qi, Haidian District, Beijing |
| Telephone | 010-82981666 | 010-82981786 |
| Facsmile | 010-82915566 | 010-82982834 |
| E-mail | chenyu@bnbm.com.cn | duxin@bnbm.com.cn |

Q000157

# 3   ACCOUNTING AND BUSINESS HIGHLIGHTS

## 3.1   Major accounting data

*Unit: RMB*

| | 2009 | 2008 | Increase/ decrease from last year (%) | 2007 |
|---|---|---|---|---|
| Total operating revenue | 3,275,028,041.36 | 2,496,145,179.53 | 31.20% | 3,143,233,772.46 |
| Total profit | 543,108,704.74 | 321,775,465.03 | 68.78% | 308,084,068.30 |
| Net profit attributable to shareholders of the listed company | 321,831,960.80 | 240,582,107.44 | 33.77% | 202,065,014.34 |
| Net profit after extraordinary items attributable to shareholders of the listed company | 307,887,913.39 | 147,252,930.57 | 109.09% | 89,708,056.57 |
| Net cash flows from operating activities | 785,377,422.17 | 304,524,283.36 | 157.90% | 142,895,785.55 |

| | 31 December 2009 | 31 December 2008 | Increase/ decrease from last year (%) | 31 December 2007 |
|---|---|---|---|---|
| Total assets | 5,993,660,962.46 | 5,006,307,558.46 | 19.72% | 5,336,682,977.86 |
| Owners' equity attributable to shareholders of the listed company | 2,239,323,812.55 | 1,944,366,079.05 | 15.17% | 1,740,678,559.96 |
| Share capital | 575,150,000.00 | 575,150,000.00 | 0.00% | 575,150,000.00 |

Q000158

## 3.2  Major financial indicators

*Unit: RMB*

| | 2009 | 2008 | Increase/ decrease from last year (%) | 2007 |
|---|---|---|---|---|
| Basic earnings per share *(RMB/share)* | 0.560 | 0.418 | 33.97% | 0.351 |
| Diluted earnings per share *(RMB/ share)* | 0.560 | 0.418 | 33.97% | 0.351 |
| Basic earnings per share after extraordinary items *(RMB/share)* | 0.535 | 0.256 | 108.98% | 0.156 |
| Return on net assets (weighted average) *(%)* | 15.42% | 13.00% | 2.42% | 12.14% |
| Return on net assets after extraordinary items (weighted average) *(%)* | 14.76% | 7.96% | 6.80% | 5.39% |
| Net cash flows from operating activities per share *(RMB/share)* | 1.366 | 0.529 | 158.22% | 0.248 |

| | 31 December 2009 | 31 December 2008 | Increase/ decrease from last year (%) | 31 December 2007 |
|---|---|---|---|---|
| Net assets per share attributable to shareholders of the listed company *(RMB/ share)* | 3.893 | 3.381 | 15.14% | 3.026 |

Q000159

*Extraordinary items*

☑ Applicable          ☐ Not applicable

*Unit: RMB*

| **Extraordinary items** | **Amount** |
| --- | --- |
| Gains or losses from disposal of non-current assets | -9,067,013.57 |
| Government subsidies recognized in current profit and loss (excluding those closely related to the Company's normal operations and granted on an ongoing basis under the State's policies according to certain quota of amount or volume) | 20,574,544.85 |
| Capital fee received from non-financial institutions recognized in current profits and losses | 1,537,468.30 |
| Gains/losses from fair value changes of trading financial assets and trading financial liabilities, and investment income from disposal of trading financial assets, trading financial liabilities and available-for-sale financial assets, except effective hedging activities related to the Company's normal operations | 154,821.91 |
| Other non-operating income and expenses apart from those stated above | -1,135,278.96 |
| Effect of income tax | -1,155,235.23 |
| Impact on minority interest | 3,034,740.11 |
| Total | 13,944,047.41 |

**3.3   Difference in the PRC and international accounting standards**

☐ Applicable          ☑ Not applicable

Q000160

# 4 CHANGES IN SHARE CAPITAL AND PARTICULARS OF SHAREHOLDERS

## 4.1 Changes in share capital

*Unit: share*

| | Before change | | Issue of new shares | Bonus shares | Change (+/-) Shares converted from public reserve | Others | Sub-total | After change | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Percentage | | | | | | Number | Percentage |
| I. Shares subject to trading moratorium | 244,001,227 | 42.42% | | | | -243,937,586 | -243,937,586 | 63,641 | 0.01% |
| 1. State-owned shares | | | | | | | | | |
| 2. State-owned legal person shares | 243,855,000 | 42.40% | | | | -243,855,000 | -243,855,000 | 0 | 0.00% |
| 3. Other domestic shares | 146,227 | 0.02% | | | | -82,586 | -82,586 | 63,641 | 0.01% |
| Including: domestic non state-owned legal person shares | | | | | | | | | |
| domestic individuals shares | 146,227 | 0.02% | | | | -82,586 | -82,586 | 63,641 | 0.01% |
| 4. Foreign-investment shares | | | | | | | | | |
| Including: overseas legal person shares | | | | | | | | | |
| overseas individuals shares | | | | | | | | | |
| 5. Shares held by senior management | | | | | | | | | |
| II. Shares not subject to trading moratorium | 331,148,773 | 57.58% | | | | 243,937,586 | 243,937,586 | 575,086,359 | 99.99% |
| 1. Renminbi-denominated ordinary shares | 331,148,773 | 57.58% | | | | 243,937,586 | 243,937,586 | 575,086,359 | 99.99% |
| 2. Domestic listed foreign shares | | | | | | | | | |
| 3. Overseas listed foreign shares | | | | | | | | | |
| 4. Others | | | | | | | | | |
| III. Total number of shares | 575,150,000 | 100.00% | | | | | | 575,150,000 | 100.00% |

Q000161

*Changes in shares subject to trading moratorium*

*Unit: share*

| Name of shareholders | Number of shares subject to trading moratorium at the beginning of the year | Number of shares with trading moratorium released in 2009 | Number of additional shares subject to trading moratorium in 2009 | Number of shares subject to trading moratorium at the end of the year | Reason for trading moratorium | Expiry date of trading moratorium |
|---|---|---|---|---|---|---|
| China National Building Material Company Limited | 243,855,000 | 243,855,000 | 0 | 0 | Share reform | 30 June 2009 |
| Cui Lijun | 30,420 | 7,605 | 0 | 22,815 | Shares held by directors were frozen | 4 January 2009 |
| Zhang Nailing | 30,420 | 7,605 | 0 | 22,815 | Shares held by directors were frozen | 4 January 2009 |
| Zhou Huan | 22,815 | 5,704 | 0 | 17,111 | Shares held by senior management were frozen | 4 January 2009 |
| Zhang Chengong | 1,200 | 300 | 0 | 900 | Shares held by senior management were frozen | 4 January 2009 |
| Total | 243,939,855 | 243,876,214 | 0 | 63,641 | — | — |

Q000162

**4.2   Particulars of the top 10 shareholders and the top 10 holders of shares not subject to trading moratorium**

*Unit: share*

**Total number of shareholders** 43,402

**Particulars of the top 10 shareholders**

| Name of shareholders | Nature of shareholder | Percentage to share capital | Total number of shares held | Number of shares subject to trading moratorium held | Number of shares under pledge or frozen |
|---|---|---|---|---|---|
| China National Building Material Company Limited | State-owned legal person | 52.40% | 301,370,000 | 0 | 0 |
| The Industrial and Commercial Bank of China — China International Domestic Demand Motor Stock Investment Fund(中國工商銀行 — 上投摩根內需動力股票型證券投資基金) | Domestic non state-owned legal person | 4.82% | 27,696,145 | 0 | Unknown |
| The Industrial and Commercial Bank of China — Lion Value Growth Stock Fund(中國工商銀行 — 諾安價值增長股票證券投資基金) | Domestic non state-owned legal person | 2.78% | 15,999,989 | 0 | Unknown |
| China Everbright Bank — UBS SDIC Dynamic Innovation Drive Stock Securities Investment Fund(中國光大銀行 — 國投瑞銀創新動力股票型證券投資基金) | Domestic non state-owned legal person | 2.14% | 12,308,609 | 0 | Unknown |
| China Construction Bank — Penghua Value Advanced Stock Fund(中國建設銀行 — 鵬華價值優勢股票型證券投資基金) | Domestic non state-owned legal person | 1.57% | 9,005,703 | 0 | Unknown |

Q000163

## Particulars of the top 10 shareholders

| Name of shareholders | Nature of shareholder | Percentage to share capital | Total number of shares held | Number of shares subject to trading moratorium held | Number of shares under pledge or frozen |
|---|---|---|---|---|---|
| Bank of China — Dacheng Selective Stock Investment Fund (中國銀行一大成優選股票型證券投資基金) | Domestic non state-owned legal person | 1.32% | 7,579,935 | 0 | Unknown |
| China Life Insurance (Group) Company — Traditional — Ordinary insurance products | Domestic non state-owned legal person | 1.22% | 6,999,923 | 0 | Unknown |
| China Construction Bank — ICBC Credit Suisse Bonus Securities Investment Fund (中國建設銀行一工銀瑞信紅利股票型證券投資基金) | Domestic non state-owned legal person | 0.90% | 5,194,000 | 0 | Unknown |
| BILL & MELINDA GATES FOUNDATION TRUST | Overseas legal person | 0.87% | 5,000,000 | 0 | Unknown |
| Bank of China — Yinhua Prime Growth — Equity Fund (中國銀行一銀華優質增長股票型證券投資基金) | Domestic non state-owned legal person | 0.79% | 4,549,385 | 0 | Unknown |

Q000164

**Particulars of the top 10 holders of shares not subject to trading moratorium**

| Name of shareholders | Number of shares not subject to trading moratorium held | Type of share |
|---|---|---|
| China National Building Material Company Limited | 301,370,000 | Ordinary shares denominated in RMB |
| Industrial and Commercial Bank of China — China International Domestic Demand Motor Stock Investment Fund (中國工商銀行－上投摩根內需動力股票型證券投資基金) | 27,696,145 | Ordinary shares denominated in RMB |
| The Industrial and Commercial Bank of China — Lion Value Growth Stock Fund (中國工商銀行－諾安價值增長股票證券投資基金) | 15,999,989 | Ordinary shares denominated in RMB |
| China Everbright Bank — UBS SDIC Dynamic Innovation Drive Stock Securities Investment Fund (中國光大銀行－國投瑞銀創新動力股票型證券投資基金) | 12,308,609 | Ordinary shares denominated in RMB |
| China Construction Bank — Penghua Value Advanced Stock Fund (中國建設銀行－鵬華價值優勢股票型證券投資基金) | 9,005,703 | Ordinary shares denominated in RMB |
| Bank of China - Dacheng Selective Stock Investment Fund (中國銀行－大成優選股票型證券投資基金) | 7,579,935 | Ordinary shares denominated in RMB |

Q000165

**Particulars of the top 10 holders of shares not subject to trading moratorium**

| Name of shareholders | Number of shares not subject to trading moratorium held | Type of share |
|---|---|---|
| China Life Insurance (Group) Company — Traditional — Ordinary insurance products | 6,999,923 | Ordinary shares denominated in RMB |
| China Construction Bank — ICBC Credit Suisse Bonus Securities Investment Fund（中國建設銀行 — 工銀瑞信紅利股票型證券投資基金） | 5,194,000 | Ordinary shares denominated in RMB |
| BILL & MELINDA GATES FOUNDATION TRUST | 5,000,000 | Ordinary shares denominated in RMB |
| Bank of China — Yinhua Prime Growth — Equity Fund (中國銀行 — 銀華優質增長股票型證券投資基金) | 4,549,385 | Ordinary shares denominated in RMB |

| | |
|---|---|
| Connections among the aforesaid shareholders or statement on parties acting in concert | Among the top 10 shareholders of the Company, there is no connection between China National Building Material Company Limited (controlling shareholder) and other shareholders. None of the shareholders is a party acting in concert as defined in Measures for Disclosure of Changes in Shareholdings of Listed Company's Shareholders. The Company is not aware of any connection among other shareholders nor the fact that whether other shareholders are parties acting in concert. |

Q000166

### 4.3 Controlling shareholder and ultimate controlling shareholder

4.3.1 Changes in controlling shareholder and ultimate controlling shareholder

☐ Applicable          ☑ Not applicable

4.3.2 Particulars of controlling shareholder and ultimate controlling shareholder

China National Building Material Company Limited ("CNBM"), the controlling shareholder, holds 52.40% interests in the Company. Established on 28 March 2005, its legal representative is Song Zhiping with a registered capital of RMB2,481,215,273 and its registered address is No. A-11 Sanlihe Road, Haidian District, Beijing. CNBM is mainly engaged in technological development, production and sales of new building materials and products, alternative house, cement and products, glass fiber and products, composite materials and products; warehousing, sales and distribution of building materials; technological development, engineering design and EPC (engineering, procurement and construction) contracting of cement and glass production lines; engineering design and EPC contracting of new building materials; and technological consultancy and information services related to the aforesaid businesses; contracting project investigation, consultancy, design and supervising of overseas building materials, construction and light textile industry; import and export business.

China National Building Material Group Corporation, the ultimate controlling shareholder, was established on 28 September 1981. Its legal representative is Song Zhiping and its registered capital is RMB3,723,038,000. Its registered address is No. 2 Zizhuyuan South Road, Haidian District, Beijing. It is primarily engaged in the production of building materials and auxiliary raw materials, research, development and sales of related production technology and equipment; design, sales and construction of new-model building material houses; sales of decoration materials; design and construction of house engineering; storage; investment and assets management of building materials and relevant fields, and technological consultancy, information services, exhibition services related to the aforesaid businesses; as well as processing and sales of mineral products.

Q000167

### 4.3.3 Illustration of shareholding and controlling relation between the Company and its ultimate controlling shareholder



Q000168

# 5   DIRECTORS, SUPERVISORS AND SENIOR MANAGEMENT

## 5.1   Changes in shareholdings of directors, supervisors and senior management and their remunerations

| Name | Position | Sex | Age | Beginning and expiry date of office | Number of shares held at 1 January 2009 | Number of shares held at 31 December 2009 | Reason for change | Total annual remuneration from the Company (RMB0'000) (before tax) | Whether receiving remuneration from shareholder or other connected parties |
|---|---|---|---|---|---|---|---|---|---|
| Wang Bing | Chairman | Male | 37 | 17 August 2009 to present | 0 | 0 | — | 39.6 | No |
| | Director | | | 16 April 2004 to present | | | | | |
| Chen Yu | Director | Male | 31 | 18 September 2009 to present | 0 | 0 | — | 8.4 | No |
| | General Manager | | | 17 August 2009 to present | | | — | | |
| | Deputy Secretary | | | 17 August 2009 to present | | | | | |
| | to the Board | | | | | | | | |
| Jia Tongchun | Director | Male | 49 | 21 July 2008 to present | 0 | 0 | — | 3.6 | Yes |
| | Deputy General Manager | | | 23 August 2005 to present | | | — | | |
| Cui Lijun | Director | Female | 49 | 27 June 2003 to present | 30,420 | 30,420 | — | 3.6 | Yes |
| Chang Zhangli | Director | Male | 39 | 21 July 2008 to present | 0 | 0 | — | 3.6 | Yes |
| Zhang Nailing | Director | Male | 55 | 16 April 2004 to present | 30,420 | 30,420 | — | 26.6 | No |
| | Deputy General Manager | | | 23 August 2005 to present | | | | | |
| Xu Jingchang | Independent Director | Male | 44 | 21 July 2008 to present | 0 | 0 | — | 6.0 | No |
| Qin Qinghua | Independent Director | Male | 44 | 21 July 2008 to present | 0 | 0 | — | 6.0 | No |
| Zheng Jiayun | Independent Director | Male | 39 | 27 June 2003 to present | 0 | 0 | — | 6.0 | No |
| Cao Jianglin | Supervisor | Male | 43 | 18 September 2009 to present | 0 | 0 | — | 3.6 | Yes |
| Hu Jinyu | Supervisor | Female | 40 | 26 September 2005 to present | 0 | 0 | — | 3.6 | Yes |
| Qi Yingchen | Supervisor | Male | 47 | 21 July 2008 to present | 0 | 0 | — | 10.3 | No |
| Zhou Huan | Deputy General Manager | Male | 55 | 27 June 2003 to present | 22,815 | 22,815 | — | 22.0 | No |
| Yang Yanjun | Deputy General Manager | Female | 42 | 26 September 2005 to present | 0 | 0 | — | 23.0 | No |
| | Chief Finance Officer | | | | | | | | |
| Zhang Chengong | Deputy General Manager | Male | 37 | From 23 January 2006 to 16 March 2010 | 1,200 | 1,200 | — | 20.0 | No |
| Wu Fade | Deputy General Manager | Male | 42 | 21 July 2008 to present | 0 | 0 | — | 20.0 | No |
| Zou Yunxiang | Deputy General Manager | Male | 50 | 21 July 2008 to present | 0 | 0 | — | 22.0 | No |
| Total | — | — | — | — | 84,855 | 84,855 | — | 227.9 | |

Q000169

Share option incentives for directors, supervisors, senior management during the reporting period

☐ Applicable      ☑ Not applicable

## 5.2   Attendance of Directors to the Board meetings

| Name of director | Position | Supposed attendance | On-site attendance | Attendance by way of communication | Attendance by proxy | Absence | Failed to attend in person twice in succession or not |
|---|---|---|---|---|---|---|---|
| Wang Bing | Chairman | 9 | 2 | 7 | 0 | 0 | No |
| Chen Yu | Director | 3 | 0 | 3 | 0 | 0 | No |
| Jia Tongchun | Director | 9 | 1 | 7 | 1 | 0 | No |
| Cui Lijun | Director | 9 | 2 | 7 | 0 | 0 | No |
| Chang Zhangli | Director | 9 | 2 | 7 | 0 | 0 | No |
| Zhang Nailing | Director | 9 | 2 | 7 | 0 | 0 | No |
| Xu Jingchang | Independent Director | 9 | 1 | 7 | 1 | 0 | No |
| Qin Qinghua | Independent Director | 9 | 2 | 7 | 0 | 0 | No |
| Zheng Jiayun | Independent Director | 9 | 2 | 7 | 0 | 0 | No |

**Explanations for failing to attend the Board meetings in person twice in succession**

None.

| | |
|---|---|
| No. of Board meetings held in 2009 | 9 |
| Including: on-site meetings | 2 |
| Meetings convened by way of communication | 7 |
| Meetings convened by way of on-site plus communication | 0 |

Q000170

# 6   REPORT OF THE DIRECTORS

## 6.1   Management Discussion and Analysis

The Company is the largest research and development, production and sales base of new building materials in the PRC, the largest comprehensive manufacturer and system integrator of new building materials in China and the largest gypsum board industrial group in Asia. The Company is mainly engaged in technological development, services, consulting and training in respect of new building materials, new-model wall materials, chemical products, plumbing fitting, decoration materials, energy technologies and products, building materials machinery, equipment and facilities and new building materials houses, sales of developed products and development and utilization of environmental friendly and energy saving products. The Company has established three principal operations: the wall and ceiling system composed of gypsum board, metal frames, mineral wool board and ancillary products; the residential sector business system including doors and windows energy saving, heating energy saving, insulation energy saving and environmental protection paints which focused on energy saving of buildings; fiber-cement external wall board system, cement roof tile system and lightweight metal-mixed structure multi-tier building system which focused on fiber-cement board.

## I.   Business Review of the Company for the Reporting Period

### (I)   Overall Business Performance

In adherence to the two pillar strategies of "brand building" and "technical renovation", the Company was quick to carry its plan forward to set the stage for nationwide gypsum board industrial development and promoted base construction in 2009. With relentless effort in technological innovation and intellectual rights management, along with management integration in full swing, the Company made remarkable progress in driving its strategy to build brand equity and capture "vantage point". During the reporting period, several key tasks were kick started by Company as follows:

Q000171

1. Completed an industrial layout constituting 1 billion square metres of gypsum board by speeding up nationwide deployment of gypsum board industrial development and base construction

During the reporting period, the Company accelerated its nationwide deployment of gypsum board industrial development and base construction. Paper surfaced gypsum board production lines of Ninghai in Zhejiang, Taicang in Jiangsu (Phase I) (江蘇太倉一期) and Zhaoqing in Guangdong had been put into operation, while the paper surfaced gypsum board production line in Guangan had already commenced production in March 2010. The paper surfaced gypsum board production lines in Wuhan and Tieling had completed construction and initiated trial production consecutively. In addition to the basic completion of Phase II of paper surfaced gypsum board production line in Taicang of Jiangsu (江蘇太倉二期), the 100% desulphuric gypsum renovation project in Zaozhuang, Shandong and Zhuozhou of Hebei had also finished basic construction and commenced pilot production. While the paper surfaced gypsum board project in Gucheng of Hebei had commenced construction, same projects in Pingyi of Shandong and Jurong of Jiangsu swiftly came on stream. Meanwhile, smooth progress was made in the construction project of Taishan Gypsum Company Limited, the holding subsidiary of the Company. Production of the paper surfaced gypsum board production line in Baotou of Inner Mongolia and 101 gypsum board production lines in the relocation and renovation project of Hengshui had commenced. The paper surfaced gypsum board production lines in Yanshi, Henan and Tongling, Anhui had also completed basic construction and are under trial run. While construction of secondary projects in Huizhou of Guangdong, Fengcheng of Jiangxi and Jingmen of Hubei are underway, the construction of a production line with an annual capacity of 100,000 tonne gypsum board cover paper in Taian City had also been kick started.

As at the end of 2009, a total of 43 paper surfaced gypsum board production lines had either been put into production, put into trial run, or was contracted and under construction. The Company's business scale reached 1.039 billion square metres.

Q000172

2.  Strengthened marketing initiatives by focusing on the strategy of "vantage point"

During the reporting period, the Company advocated to position itself as the "solution expert" of "quality materials with a holistic approach". Steeped in the philosophy of building to a high specification, the Company unveiled an array of application solutions and launched industry-wide marketing campaigns.

During the reporting period, the Company developed and embedded the strategy of "vantage point". To start with, the Company acquired landmarks and key projects across regions and home markets, and moved on to the second stage by building strategic partnership with prominent construction firms and furnishing companies from various regions. On top of such astounding success, the Company entered the third stage by making breakthroughs in taking over mainstream distribution channels across segments and territories in China. In 2009, the Company's "Dragon Brand" gypsum boards and lightweight metal frame system products won the bid of Tianjin Jinta-Jinmen complex (No. 1 high-rise complex in North China), Shanghai World Expo, Guangzhou West Tower, the office building of the National People's Congress (全國人大辦公樓), Shanghai IFC (x-2), Jinan Olympic Sports Center Gymnasium (濟南全運會館), phase II of ICBC HQ, Wanda Square series construction and Marriott Hotel. Meanwhile, the Company has become an exclusive supplier for government projects including administrative centers in Nanchang, Hefei and Xi'an.

Q000173

3.   Promoted brand strategies to top the league

During the reporting period, the Company attended the annual meeting of China Architecture Decoration Association, and was honored "The Best Material Choice for Architecture in China" and "Best Contributor in Architecture Decoration in 30 Years of Reform and Opening". The Company attended the 9th Global Gypsum Conference in Brazil, and was honored "Global Gypsum Company of Year 2009", becoming the first company in Asia to win such accolade. The Company was also listed among the TOP 100 of "China's 500 Most Valuable Brand" for 2009 by World Brand Lab, ranking 95th with the brand value of RMB7.633 billion, and the first place among new building material producers. Besides, the Company launched campaigns to market its brand through the corporate website, external internet platforms, print media advertisements, advertorials, outdoor advertisements, road signs and other means. It also raised its brand profile in the industry by participating in various theme activities.

During the reporting period, taking "leveraging edges along the industry chain" as a guiding compass, the Company extended its brand strategy to procurement, and partnered with major power enterprises to fathom plans to enhance brand equity. Thus far, the Company has established strong partnership with Huaneng Group, CPI (中電投), Guodian (國電), Datong (大唐) and China Resources Power (華潤電力).

During the reporting period, the Company threw itself into intellectual rights protection campaigns to enhance brand protection. In 2009, the Company strengthened its proposal of protecting intellectual rights by concrete means and lived up to its vision by stepping up anti-counterfeit measures. Apart from quickening the pace of administrative rights protection, the Company promoted legal rights protection and effectively protected its legal rights.

Q000174

4.   Propelled management integration to unlock high management performance

During the reporting period, the Company followed the principles laid down by China National Building Material Group Corporation for the "Year of Management Integration". Company-wide efforts were made to study and promote the "Three Five" management model based on "Five N+KPI", and management integration initiatives were put in place to ever improve its scientific management. Of this, the Company appointed IBM to assist in developing management integration projects and implemented eHR system to realize an internet-based, paperless day-to-day administration of human resources, which improved its overall management in this area. It also established a CRM customer relations management system and laid down plans to direct efforts from product management to "customer-oriented" operation to enhance its soft power in the provision of services. The Company integrated its regional sales systems and transformed them into "profit-making centres", which brought its profit planning, decision-making and execution to a brand new level.

In view of the above, adhering to the two pillar strategies of "brand building" and "technical renovation", the Company made steady progress in project construction, production, operation and administration, and achieved substantial growth in operating results under the correct decisions and leadership of the Board and the "integrated, paternized, streamlined, systemized and digitized" management mode + the KPI (Key Performance Indicators). During the reporting period, the Company recorded operating income of RMB3,275,028,000, representing an increase of 31.20% from last year. Operating profit amounted to RMB531,554,100, representing an increase of 87.40% from last year. Net profit amounted to RMB321,832,000, representing an increase of 33.77% over last year.

Q000175

**(II) Investment in Research and Proprietary Innovation**

Technical innovation is one of the two key strategies of the Company. In 2009, the Company pressed ahead with its strategy of technical innovation, deepened efforts in bringing in novice technical know-how and managing intellectual property rights to sharpen and develop its edges on key technical front.

1.   Set up regimes and incentive schemes for technical innovation

During the reporting period, the Company convened the Branding and Technical Innovation Conference, where staff engaged in branding and technical innovation were rewarded and veteran experts which served and contributed to the Company for years were awarded the "Lifetime Achievement Awards". These incentives sparked enthusiasm in the workplace to go the extra mile to innovate new technology.

2.   Optimized technology solutions and reduced project investment costs

During the reporting period, the Company integrated technical improvement solutions for new paper surfaced gypsum board projects and cut project investment costs. Thanks to such endeavors, the investment cost of the 30 million square metre paper surfaced gypsum board production line decreased from approximately RMB150 million to approximately RMB100 million. Meanwhile, the Company organized and convened technical appraisal conference, where two projects, namely "key technology for developing the production line of large-scale paper surfaced gypsum boards made by desulphuric gypsum" (以脫硫石膏為原料的大型紙面石膏板生產線關鍵技術) and "Non-asbestos complex fiber reinforced exterior wall panels" (零石棉複合纖維增強外牆板) were appraised to be of international standard. On project management, the Company applied WBS and dedicated itself in scientific management campaigns to study on measures to control key lines. All these efforts enhanced construction quality and management efficiency.

Q000176

3.   Fostered industry research partnership and created high-tech brands

During the reporting period, the Company cooperated with various renowned colleges at home to work on industry research, which marked remarkable success. The Company cooperated with Tsinghua University to work on the research and development of Ω sound-insulating metal frames as well as acoustics testing. It also joined hands with the Academy of Arts & Designs, Tsinghua University in the research and development of patterns and designs for external wall boards. In addition, the Company partnered with the Beijing University of Civil Engineering and Architecture and completed the construction of BNBM laboratory on campus. Under its design, BNBM became an internship base for students of the university.

Due to the above initiatives to navigate the technical innovation strategy, the Company won accolades in terms of technical innovation. During the reporting period, the Company was honored "TOP 100 innovator in China 2008" and was enlisted by The Ministry of Science and Technology (科學技術部), SASAC of the State Council (國務院國資委) and All China Federation of Trade Unions (中華全國總工會) as one of the third group of "innovative pilot enterprises in China". It was also awarded 3 first prizes, 4 second prizes and a third prize for "BNBM Cup 2009" Building Material Innovation Prize (2009年「北新杯」中國建材技術革新獎), 3 prizes for "Model Innovation Award in Construction and Decoration Industry", 1 first prize, 2 second prizes and 2 third prizes for "Building Material Innovation Prize" by Beijing Building Material Association and Beijing Ceramic Society in 2009. The Company's paper surfaced gypsum board, external wall boards, metal frames, rock wool products, paint and heat radiator are identified as self-innovation products of Beijing.

Q000177

Moreover, the Company was successful in obtaining government grants and intellectual property rights management. During the reporting period, the paper surfaced gypsum board production line in Tieling of Liaoning was shortlisted by NDRC as the third group of national project of resources conservation and environmental protection in 2009, and was granted government subsidies of RMB8.90 million. Shortlisted by the Ministry of Industry and Information Technology (工信部) as the "key projects of industry stimulus and technical renovation policies" (重點產業振興和技術改造項目), the paper surfaced gypsum board production lines in Wuhan of Hubei and Zhaoqing of Guangdong were granted national funds of RMB9.80 million and RMB9.74 million respectively. The Company was also granted a subsidy of RMB5.60 million from Beijing Municipal Bureau of Industrial Development for obtaining loans for cash and bank balance purpose. Meanwhile, during the reporting period, the Company was granted 68 patents. As at the end of the reporting period, the Company applied for a total of 694 patents and was granted 560 patents, which topped the league in the national building materials industry in terms of the number of patent applications and patents in hand.

**(III) Analysis of External Environment, Product Characteristics and Industry Position**

1.   Changes in external environment and impacts on the Company

   (1)   Changes in domestic and overseas economic situations in 2009

   From the global economic perspective, countries representing the world's major economies mired into recession for more than two consecutive quarters in the first half of 2009. On the back of financial and fiscal stimulus packages introduced by central banks and governments worldwide, the world's major economies are presenting a stronger set of figures. While the economy of United States has bottomed out and turned stable, that of Europe and Japan have shown mild recovery. Economies of certain Asian countries with emerging markets picked up significantly.

Q000178

Looking back at China's economic landscape, the year of 2009 was the hardest year during China's economic development process since the inception of the new century. Driven by a basket of economic stimulus packages aiming to address the international financial crisis, China's economic growth has been accelerating quarter on quarter, coupled with rapid growth in investment, continuously expanding consumption demand, significantly improved demand structure, and significantly stronger impact on economic growth by domestic consumption. Data from the National Bureau of Statistics showed that, in 2009, China's GDP grew by 8.7%, of which 8.0 percentage points of the GDP growth came from investment activities, which served as the main driver behind the strong economic recovery in 2009, and contributed 92.3% to the year's GDP. China's domestic consumption contributed 4.6 percentage points of GDP growth, accounting for 52.5% of the country's GDP. The growth rate basically maintained a steady upward momentum. Net exports subtracted 3.9 percentage points, contributing -44.8% to the GDP. Export growth rate turned from negative to positive in December, with imports continuing to pick up from the bottom.

(2)   Impacts of changes in external business environment on the Company

The Company's major products mainly target the domestic market. The proportion of exports is relatively small. The changes in international market landscape and exchange rates in 2009 basically had no impacts on the Company. In 2009, the changes in domestic economic landscape had positive impacts on the Company, especially China's RMB4 trillion worth economic policies, the post-disaster reconstruction, large domestic construction projects and the development of the real estate sector. All these allowed the building materials industry to step out of the post-crisis era and enter a stage of rapid development. As such, the paper surfaced gypsum board industry witnessed rapid growth, and in turn boosted the Company's production and sales operations, driving our operating results to register significant growth.

Q000179

2.   Product characteristics

(1)   Paper surfaced gypsum board. Paper surfaced gypsum board is generally recognized of having characteristics such as light weight, fire-retardant, thermal-insulation, sound-insulation, convenient for construction and surface decoration. Due to its special spongy structure, it has "respiratory function" and "warm property". Paper surfaced gypsum board features energy, water, land and materials saving and environmental friendly characteristics in production, construction and utilization, and thus is an energy saving and environmentally friendly green product. Its production can consume a large amount of desulphuric gypsum, a kind of solid waste emitted from coal-fired power plants. In addition, industrial waste during production processes of paper surfaced gypsum board are 100% recycled, and all industrial sewage are also reused for production after treatment, which is typical circular economy featuring comprehensive utilization of resources.

(2)   Mineral wool acoustical ceiling panels and other products. New building materials such as mineral wool acoustical ceiling panels and rock wool products featuring "energy, water, land, materials saving and environmental protection" in production, construction and utilization are all energy saving and environmentally friendly green products. Mineral wool acoustical ceiling panels and rock wool products are principally made from slag from furnace of iron and steel plants. In addition, industrial waste from their production processes are 100% recycled, and all industrial sewage are also reused for production after treatment.

Q000180

3.    Industry position

As the dominant player in domestic new building materials industry, BNBM takes a leading position in the industry in terms of brand, quality, technology, scale and profitability.

(1)    Brand. The Company is the only company that has been granted the title of "Double Green Stars" in the building materials industry. The "Dragon" branded products won awards and titles such as National Quality Award (the only one in the building materials industry), National Reputed Trademark, and National Leading Brand. The Company's "Dragon" branded gypsum board and Taishan Gypsum's "Taishan" branded gypsum board were recognized as "China Renowned Products" in 2006. The "Dragon" branded gypsum board was awarded as China Number One Brand of the Most Influential Gypsum Boards. The "Dragon" branded lightweight metal frames was recognized as "Renowned Products in Beijing". In 2007, the Company's "Dragon" branded mineral wool acoustical ceiling panels were recognized as "China Renowned Products". In 2008, the Company's "Dragon" branded gypsum board was awarded as China Well-known Trademark by State Administration of Industry and Commerce, being the industry's only "Double-Certificated" China well-known brand which passed national certification and judicial accreditation. In 2009, the Company won the award of "Global Gypsum Company of the Year 2009" at the ninth session of the Global Gypsum Conference held in Brazil, making it the first Asian company to have won the award. Besides, the Company was ranked the 95th in the 2009 "China's 500 Most Valuable Brands" of the World Brand Lab, with its brand value amounting to RMB7.633 billion, while ranking the 1st in the new building materials industry.

(2)    Quality. Under stringent quality management system, the Company was recognized as national and Beijing "Model Enterprise for Both Quality and Efficiency" and was given the special awards. Meanwhile, the Company was selected as Grade AAA Enterprise in Quality Reputation during the spot check of quality organized by National and Beijing Municipal Bureau of Quality and Technical Supervision respectively.

Q000181

(3)  Technology. With solid strength on new building materials production technology and new product development, the Company has set up nationally certified corporate technology centre, equipping with complete technical innovative system. The Company is the national pilot and model enterprise for patents and national model enterprise for patents work. It has applied for 694 patents with 560 patents granted, joining the front ranks in the national building materials industry in terms of the number of patent applications and possession quantity.

(4)  Scale. As at the end of the reporting period, the Company's production capacity for gypsum board business amounted to approximately 720 million square metres per annum, ranking No. 1 in Asia. The production capacity for mineral wool board business amounted to 16 million square metres per annum, ranking No. 1 in the PRC. The production capacity of lightweight metal frame business of the Company amounted to 65,000 tonnes per annum, ranking No. 1 in the PRC.

(5)  Profitability. For years, the Company's net profit has been growing significantly per annum. In 2009, the Company recorded revenue of RMB3,275,028,000, representing a year-on-year growth of 31.20%. The Company's net profit amounted to RMB321,832,000, up 33.77% from the last year.

Q000182

## II.  Future Outlook

### (I)  Industry trend and market competition

1.  Analysis of industry trend

(1)  Energy saving, emission reduction and a low-carbon economy underpin the future development of the building materials industry

The close of the Copenhagen conference marks the beginning of the era where carbon emission is under strict control. Upon arrival of a low-carbon economy, the building materials industry will also enter a low-carbon era. Energy saving by means of building materials serves as an effective means to saving energy and reducing emission. China's energy consumption for construction accounts for 25% to 30% of that of the entire society, implying that China consumes much energy in this area. Besides, the low energy saving standards for constructions in China and the inadequate enforcement in this regard indicate that there is huge potential in energy conservation in the future. Energy consumption in the process of the use of constructions is the major source of energy consumption for constructions, while it is the wall materials that primarily define the energy consumption during the application process. When compared with developed countries, the proportion of the use of new-model wall materials in China is currently at an extremely low level, resulting in the great deviation in construction energy consumption between China and developed countries. Nevertheless, China introduced key emission reduction targets within 24 hours after the US announced its emission reduction targets for 2020. This implies that the development of the building materials industry will focus on saving energy and reducing emission in 2010. During its future development, the industry will head towards the production of low-carbon building materials.

Q000183

(2)   The introduction of building materials to rural areas will bolster the rapid development of the building materials industry

As proposed in the central government's "No.1 document" for 2010, the State will "tap the rapid growth of the construction of rural buildings and the abundant supply of building materials for the time being, so as to support the construction of rural buildings and take this as an important measure to boost domestic consumption; adopt effective measures to promote the introduction of building materials to rural areas; encourage qualified areas to provide various forms of support to the construction of self-occupied residences in rural areas in compliance with relevant laws and regulations; and enhance the planning of villages and towns by urging farmers to construct safe, energy-saving and environmentally friendly residences that feature local colors, ethnic characteristics and traditional styles." Analyses suggested that the implementation of the said policy for a period of three years is estimated to result in rural constructions and building materials consumption amounting to some RMB1,800 billion. The proposed introduction of building materials to rural areas will help building materials enterprises to better understand and therefore explore the rural market. This will in turn boost the rapid development of the building materials industry.

(3)   New building materials, represented by paper surfaced gypsum board, has great development potentials in China

New building materials are not only in line with sustainable development strategy but also in compliance with state industry policy, and are deemed as a promising industry and the development direction. Especially, as a kind of new lightweight board, paper surfaced gypsum board featuring light-weight, fire-retardant, sound-insulation, earthquake-resistance, energy saving and environment protection, good decoration effect and low overall cost, the use of which has become a trend in global construction and engineering field. With the implementation of the state policy on reforming wall materials such as banning the use of solid clay bricks, paper surfaced gypsum board will have larger potentials in China.

Q000184

2.    Market competitions

Industrial participants in new building materials industry mainly include 3 tiers. The first tier is large corporations engaged in high-end products with global leading production equipment, technologies, research and development and product quality. The second tier is enterprises with middle-end products. The third tier is enterprises with low-end products. The Company, as a player in the first tier, mainly faces competitions from building materials enterprises overseas.

**(II)  Future Opportunities, Challenges and Development Strategy**

1.    Future opportunities and challenges

The Company is mainly presented with the following future opportunities:

(1)    The rapid development of the desulphuric gypsum industry will add impetus to the prosperous development of the paper surfaced gypsum board industry.

Since 2005, amidst strong request for environmental protection, energy saving and emission reduction, the central government and local governments launched a number of policies and measures, which significantly stepped up the efforts made in desulphurization of fumes emitted from domestic power plants. It is expected that by the end of 2010, the proportion of desulphuric fumes from domestic thermal power plants will reach approximately 80%, while the production capacity of desulphuric gypsum will amount to approximately 46 million tonnes in the same year. Currently, desulphuric gypsum is mainly used for the production of paper surfaced gypsum board. On the one hand, desulphuric gypsum as a kind of industrial waste residues is cheap and much cost-efficient than natural gypsum; on the other hand, national ministries and commissions and local governments have put forward various policies to support the recycled use of desulphuric gypsum. All these will significantly bolster the growth of the paper surfaced gypsum board industry.

Q000185

(2)   The process of urbanization facilitates the long-term development of the energy-saving building materials industry.

From a macro perspective, the development of China's economy is subject to a material transformation from outside to inside. The speeding up of urbanization serves as the main driver to China's economic development in the future, for it will add impetus to the rapid development of China's building materials industry. With the needs to save energy and reduce emission, the scale of energy-saving building materials will increase along with the city scale. As such, the increasing energy consumption will lead to the more popular use of energy-saving building materials.

(3)   Energy saving, emission reduction and a low-carbon economy will boost the rapid development of the paper surfaced gypsum board industry.

On the one hand, the Copenhagen conference will drive the building materials industry to enter a low-carbon era, thereby boosting the swift development of the paper surfaced gypsum board industry; on the other hand, in 2005, it was proposed in the Notice on Further Promoting the Renovation of Wall Materials and Energy-saving Constructions as issued by the General Office of the State Council that "by the end of 2010, solid clay bricks will be prohibited in all cities of the State." The development of new wall materials to replace the great deal of solid clay bricks can bring forth significant social economic benefits such as protecting farmlands, saving energy and reducing emission, re-using waste residues, governing environmental pollution, improving construction functions and so on. Subsequently, the central government and local governments stepped up the efforts in phasing out solid clay bricks. Since 2008, a number of provinces in the State also successively launched policies to prohibit or limit the use of solid clay bricks. Paper surfaced gypsum board outperforms most other materials in terms of energy conservation, consumption reduction and environmental protection, and therefore serves as one of the most desirable and economical substitute for solid clay bricks.

Q000186

(4)   Escalating consumption facilitates the use of paper surfaced gypsum board from public fields to private fields.

Given its outstanding features, paper surfaced gypsum board is widely used in developed countries and China's public constructions. However, due to a number of problems including the construction habits of domestic property developers, the habits of residents, and the inadequate construction awareness, knowhow and quality of construction and renovation teams in the private sector, the application of paper surfaced gypsum board in the private sector still has much room for improvement. As the public's consumption continues to expand in the future, the use of paper surfaced gypsum board will be steadily shifted from the public sector to the private sector.

(5)   The policy of introducing building materials to rural areas will facilitate the development of paper surfaced gypsum board in the rural market.

The central government's No.1 document will support the construction of rural buildings and take this as an important measure to boost domestic consumption, adopt effective measures to promote the introduction of building materials to rural areas, and encourage qualified areas to provide various forms of support to the construction of self-occupied residences in rural areas in compliance with relevant laws and regulations. The new building materials produced by the Company as represented by paper surfaced gypsum board will be supported by government policies, and will be applied in large amount in new rural constructions.

Coming along with opportunities are new challenges. First, the degree of recovery of the macro economy is subject to a certain degree of uncertainty, and may affect the growth of market demand for paper surfaced gypsum board; second, in the long run, whether the Company is able to sustain speedy growth mainly hinges on the popularity of paper surfaced gypsum board in public constructions; and third, price fluctuations of raw materials may affect the Company's operating results to some extent.

Q000187

2.   Business development strategy

Leveraging proprietary innovation and branding construction, BNBM is committed to manufacturing business of new building materials under its corporate philosophy of "Good use of resources to serve the industrial construction" in accordance with the requirement of conservation-minded society and the Scientific Development Theory of the PRC. BNBM will devote itself into development of green building materials featuring energy, water, land and materials saving, comprehensive utilization of resources and environmental protection, securing its position as the leading comprehensive manufacturer and system integrator of new building materials with international competitiveness. The Company's strategic goal is to develop itself into a world-class new building materials industrial group to rank as the World's No. 1 in its core business in 2015, which has its own brands and own intellectual property and can compete with players in other countries of the world.

## (III) Business Plan for 2010

In 2010, based on the requirements under the "Five N + KPI" management mode, the Company will continue to focus on the following areas:

1.   To press ahead with management integration and in turn create benefits, and to put operating and management risks under effective control.

2.   To strengthen marketing capability and the construction of regional sales and profit centres, expand its market share in first-, second- and third-tier cities, and ensure that the decision making of these regions are based on the positioning of the profit centres.

3.   To continue its efforts in brand building so as to further uplift corporate image.

Q000188

4.  To continue its efforts in strengthening technology renovation, through which investment cost and unit consumption of products can be lowered, and cost efficiency can be ensured; meanwhile, to continue the study of core technologies and products that boast a competitive edge in the market, so as to consolidate the leading position of the Company's technology among its peers.

5.  To step up the collaboration with State-run enterprises to facilitate the implementation of marketing and problem-solving proposals.

**(IV) Financial Resources for Future Development Strategy**

To meet the business plan and targets set for 2010, specific amount and utilization plan of working capital and funds for daily operation and key projects are formulated and subject to adjustment according to progress of business development and projects. The Company satisfies its capital requirement mainly out of its internal financial resources and through various financing channels.

**(V)  Risk Factors and Countermeasures**

1.  Market and price fluctuation risks

The Company's revenue in the coming years is exposed to changes in market coverage and selling price for its principal products.

Countermeasures: Capitalizing on its leading position in the industry and advantages in branding, quality, technology and scale, the Company has dominant position in pricing. Furthermore, the Company uses desulphuric gypsum discarded by thermal power plants as major raw materials and is located near the raw materials and market, thus having cost advantage to offset price risks to some extent.

Q000189

2. Risks arising from uncertainty of product demand

As adversely affected by the uncertainties inherent in national economic development, the Company's product sales and revenue from principal operations in the coming years are exposed to uncertainty of product demand.

Countermeasures: To strengthen the marketing towards key landmark projects, industry customers and end-user customers, enhance brand awareness and influence, expand marketing channels, tap potential market and further expand the private residential market.

**6.2   Principal operations by industry and product**

*Unit: RMB0'000*

### Principal operations by industry

| By industry or product | Operating revenue | Operating cost | Gross profit margin (%) | Increase/ decrease in operating revenue from last year (%) | Increase/ decrease in operating cost from last year (%) | Increase/ decrease in gross profit margin from last year (%) |
|---|---|---|---|---|---|---|
| Building materials industry | 319,851.82 | 219,928.07 | 31.24% | 34.67% | 20.23% | 8.26% |

### Principal operations by product

| | Operating revenue | Operating cost | Gross profit margin (%) | Increase/ decrease in operating revenue from last year (%) | Increase/ decrease in operating cost from last year (%) | Increase/ decrease in gross profit margin from last year (%) |
|---|---|---|---|---|---|---|
| Gypsum board | 241,739.40 | 152,478.53 | 36.92% | 39.15% | 18.12% | 11.23% |

Q000190

### 6.3   Principal operations by geographic region

*Unit: RMB0'000*

| Region | Operating revenue | Increase/decrease in operating revenue from last year (%) |
|---|---|---|
| Domestic sales | 318,279.69 | 34.27% |
| Among:   North Region | 120,038.28 | -5.86% |
| South Region | 150,426.40 | 88.06% |
| West Region | 47,815.01 | 61.84% |
| Overseas sales | 4,788.01 | 73.72% |
| Total | 323,067.70 | 34.72% |

### 6.4   Items measured at fair value

☐ Applicable          ☑ Not applicable

### 6.5   Use of proceeds from subscription

☐ Applicable          ☑ Not applicable

*Changes in use*

☐ Applicable          ☑ Not applicable

Q000191

## 6.6   Use of non-publicly raised funds

☑ Applicable          ☐ Not applicable

*Unit: RMB0'000*

| Project Name | Amount of the project | Progress of the project | Income from the project |
|---|---|---|---|
| Gypsum board project with annual capacity of 30,000,000 square metres by comprehensive utilization of disulphuric gypsum in Ningbo, Zhejiang Province | 11,317.77 | Commenced production | 1,560.76 |
| Gypsum board project Phase I with annual capacity of 30,000,000 square metres by comprehensive utilization of disulphuric gypsum in Taicang, Jiangsu Province | 12,309.03 | Commenced production | 1,116.96 |
| Gypsum board project with annual capacity of 30,000,000 square metres by comprehensive utilization of disulphuric gypsum in Zhaoqing, Guangdong Province | 12,444.58 | Commenced production | 29.78 |
| Gypsum board project with annual capacity of 30,000,000 square metres by comprehensive utilization of disulphuric gypsum in Guangan, Sichuan province | 17,826.00 (budget) | Trial production | Currently no revenue |
| Gypsum board project with annual capacity of 30,000,000 square metres by comprehensive utilization of disulphuric gypsum in Wuhan, Hubei Province | 15,303.00 (budget) | Trial production | Currently no revenue |
| Gypsum board project with annual capacity of 30,000,000 square metres by comprehensive utilization of disulphuric gypsum in Tieling, Liaoning Province | 14,969.00 (budget) | Trial production | Currently no profit |

Q000192

| | | | |
|---|---|---|---|
| Gypsum board project with annual capacity of 30,000,000 square metres by comprehensive utilization of disulphuric gypsum in Gucheng County, Hebei Province | 9,270.00(budget) | Under construction | Currently no revenue |
| Gypsum board project phase II with annual capacity of 30,000,000 square metres by comprehensive utilization of disulphuric gypsum in Taicang, Jiangsu Province | 10,848.00(budget) | Under construction | Currently no revenue |
| Gypsum board project with annual capacity of 30,000,000 square metres by comprehensive utilization of disulphuric gypsum in Pingyi, Shandong Province | 8,052.00(budget) | Under construction | Currently no revenue |
| Gypsum board project with annual capacity of 30,000,000 square metres by comprehensive utilization of disulphuric gypsum in Jurong, Jiangsu Province | 13,260.00(budget) | Under construction | Currently no revenue |
| Fiber cement tile project with annual capacity of 600,000 square metres in Suzhou, Jiangsu Province | 3,790.00 (budget) | Trial production | Currently no revenue |
| Total | 129,389.38 | — | — |

## 6.7 The Board's explanation for reasons for and influence from changes in accounting policies or estimation basis or correction to material accounting errors

☐ Applicable          ☑ Not applicable

## 6.8 The Board's explanation for non-standard auditors' report given by the auditors

☐ Applicable          ☑ Not applicable

Q000193

**6.9   Profit distribution or transfer of capital reserve to share capital as recommended by the Board**

As audited by Beijing Xinghua Certified Public Accountants Company Limited, the Company recorded net profit of RMB73,888,120.85 for year 2009. In accordance with the Articles of Association, after appropriating 10% of net profit of RMB7,388,812.08 into statutory surplus reserve, net profit plus undistributed profit as at the year-beginning of RMB427,204,953.83, less the cash dividends paid for 2008 of RMB 37,384,750.00, undistributed profit as at the end of 2009 amounted to RMB456,319,512.60. The profit distribution proposal for the year is : a cash dividend of RMB1.2 (tax inclusive) for every 10 shares, totalling RMB69,018,000.00, based on the total share capital of 575,150,000 shares as of 31 December 2009.

The Board did not recommend any transfer of capital reserve to share capital for the year.

Implementation of the aforesaid distribution proposed is subject to the consideration and approval of the general meeting.

Q000194

*Cash dividend distributed by the Company in last 3 years*

Unit: RMB

| Year | Amount of cash dividend (tax inclusive) | Net profit attributable to shareholders of the listed company in the consolidated financial statements of the year | Percentage of net profit attributable to shareholders of the listed company in the consolidated financial statements | Distributable profit for the year |
|------|------|------|------|------|
| 2008 | 37,384,750.00 | 240,582,107.44 | 15.54% | 240,582,107.44 |
| 2007 | 20,130,250.00 | 202,065,014.34 | 9.96% | 202,065,014.34 |
| 2006 | 46,012,000.00 | 154,374,976.73 | 29.81% | 154,374,976.73 |

The aggregate amount of cash dividends distributed in the last 3 years

   as a percentage of the average annual net profit

   of the latest year (%)                                       52.02%

Profit-making during the reporting period but without a cash profit distribution proposed

☐ Applicable        ☑ Not applicable

Q000195

# 7   SIGNIFICANT EVENTS

## 7.1   Acquisition of assets

[✓] Applicable          [ ] Not applicable

*Unit: RMB0'000*

| Counter party or ultimate controlling party | Asset acquired or injected by replacement | Date of acquisition | Consideration | Net profit contribution to the Company since the date of acquisition to the end of the year (applicable to business combination not under common control) | Net profit contribution to the Company from the beginning of the year to the end of the year (applicable for business combination under common control) | Whether a connected transaction | Pricing principle | Whether the title of the assets concerned are completely transferred | Whether the debts and liabilities concerned are completely transferred | Connection with counter party (applicable to connected transactions) |
|---|---|---|---|---|---|---|---|---|---|---|
| Zhang Dong | 65% equity interest in Yunnan Taishan Gypsum and Building Material Company Limited | 31 July 2009 | 3,930.00 | 1,146.45 | 0.00 | No | Determined with reference to the Asset Appraisal Report (Zhong Zheng Ping Bao Zi 2009 No.[018-4] ) issued by Beijing Zhongzheng Appraisal Company Limited. | Yes | Yes | Not Applicable |
| Zhang Dong | 60% equity interest in Taian Jinshan Building Material Company Limited | 31 July 2009 | 1,360.00 | 92.93 | 0.00 | No | Determined with reference to the Asset Appraisal Report (Zhong Zheng Ping Bao Zi 2009 No.[018-1] ) issued by Beijing Zhongzheng Appraisal Company Limited. | Yes | Yes | Not Applicable |
| Zhang Chen | 65% equity interest in Shaanxi Taishan Gypsum and Building Material Company Limited | 31 July 2009 | 4,289.00 | 500.61 | 0.00 | No | Determined with reference to the Asset Appraisal Report (Zhong Zheng Ping Bao Zi 2009 No.[018-3] ) issued by Beijing Zhongzheng Appraisal Company Limited. | Yes | Yes | Not Applicable |

Q000196



| Counter party or ultimate controlling party | Asset acquired or injected by replacement | Date of acquisition | Consideration | Net profit contribution to the Company since the date of acquisition to the end of the year (applicable to business combination not under common control) | Net profit contribution to the Company from the beginning of the year to the end of the year (applicable for business combination under common control) | Whether a connected transaction | Pricing principle | Whether the title of the assets concerned are completely transferred | Whether the debts and liabilities concerned are completely transferred | Connection with counter party (applicable to connected transactions) |
|---|---|---|---|---|---|---|---|---|---|---|
| Zhang Chen | 25% equity interest in Weifang Aotai Gypsum Company Limited (潍坊奥泰石膏有限公司) | 31 July 2009 | 1,296.00 | 166.05 | 0.00 | No | Determined with reference to the Asset Appraisal Report (Zhong Zheng Ping Bao Zi 2009 No.[018-3] ) issued by Beijing Zhongzheng Appraisal Company Limited. | Yes | Yes | Not Applicable |
| The People's Government of Pingyi County, Shandong Province | The bankruptcy assets of Shandong Chaoxiang Gypsum and Building Material Company Limited (山东超翔石膏建材有限公司) | 22 September 2009 | 2,000.00 | 0.00 | 0.00 | No | Determined with reference to the Asset Appraisal Report (Lu Da Yu Ping Bao Zi 2008 No.[3084] ) issued by Shandong Dayu Appraisal Company Limited(山东大宇资产评估有限公司) . | No | No | Not Applicable |

## 7.2  Disposal of assets

☐ Applicable        ☑ Not applicable

— 43 —

Q000197

**Impact of the transactions as set out in paragraphs 7.1 and 7.2 on business continuity and management stability.**

1.  As at the end of the reporting period, Taishan Gypsum Co., Ltd., a subsidiary controlled by the Company, had completed the acquisitions of 65% equity interest in Yunnan Taishan Gypsum and Building Material Company Limited, 60% equity interest in Taian Jindun Building Material Company Limited, 65% equity interest in Shaanxi Taishan Gypsum and Building Material Company Limited and 25% equity interest in Weifang Aotai Gypsum Company Limited. The aforesaid acquisitions will enable Taishan Gypsum to enhance its principal business of gypsum board and rapidly expand business scale so as to increase market share and profitability. Furthermore, these acquisitions are in line with the development strategies of the Company and enable the Company to consolidate and foster the Company's leadership in the gypsum board industry and fully enjoy the profit of Taishan Gypsum.

2.  As at the end of the reporting period, acquisition of the bankruptcy assets of Shandong Chenxiang Gypsum and Building Material Company Limited located in the jurisdiction of the People's Government of Pingyi County, Shangdong Province was still underway. The acquisition is in line with the development strategies of the Company. It allows the Company to further advance the consolidation in gypsum board industry, rapidly expand its business scale to enhance its strength in its principal business of gypsum board, as well as further consolidate and foster the Company's leadership in the industry.

Q000198

## 7.3   Material guarantees

[✓] Applicable        [ ] Not applicable

*Unit: RMB0'000*

External guarantees by the Company (excluding guarantees for its subsidiaries)

| Name of guaranteed party | Date (Signature date of agreement) | Amount | Type | Term | Whether completed | Whether a guarantee for a connected party (yes or no) |
|---|---|---|---|---|---|---|
| Total amount of guarantee occurred during the reporting period | | | | | | 0.00 |
| Balance of guarantee at the end of the reporting period *(A)* | | | | | | 0.00 |

Guarantees provided by the Company for its subsidiaries

| | | | | | | |
|---|---|---|---|---|---|---|
| Total amount of guarantee granted to subsidiaries occurred during the reporting period | | | | | | 106,500.00 |
| Balance of guarantee granted for subsidiaries as at the end of the reporting period *(B)* | | | | | | 106,500.00 |

Total guarantees (including guarantees provided for subsidiaries)

| | | | | | | |
|---|---|---|---|---|---|---|
| Total amount of guarantees *(A+B)* | | | | | | 106,500.00 |
| Total amount of guarantees as a percentage of the Company's net assets | | | | | | 47.56% |

Q000199

| | |
|---|---|
| Including: | |
| Guarantees granted | |
| for the shareholder, | |
| ultimate controlling | |
| shareholder and | |
| its connected party (C) | 0.00 |
| Guarantee for debts directly or | |
| indirectly granted for party | |
| with a gearing ratio | |
| over 70% (D) | 14,500.00 |
| Excess of total amount of | |
| guarantees over 50% of | |
| net assets (E) | 0.00 |
| Total of the above three classes | |
| of guarantees (C+D+E) | 14,500.00 |
| Explanation on possible | |
| acceptance of | |
| joint responsibility | |
| for undue guarantee | Nil |

## 7.4   Major connected transactions

7.4.1  Connected transactions related to the ordinary business of the Company

[✓] Applicable        [ ] Not applicable

*Unit: RMB0'000*

| | Products sold and services provided to connected parties | | Product purchased and services received from connected parties | |
|---|---|---|---|---|
| Connected Party | Transaction amount | Percentage in the amount of similar transactions | Transaction amount | Percentage in the amount of similar transactions |
| Beijing New Building Material (Group) Company Limited | 216.57 | 0.07% | 31.39 | 0.02% |
| BNBM Park Property Management Company Limited （北京北新家園物業管理有限公司） | 73.90 | 0.02% | 642.56 | 89.80% |
| CNBM International Corporation | 29.14 | 0.01% | 0.00 | 0.00% |
| BNS Company Limited | 2.62 | 0.00% | 0.00 | 0.00% |

Q000200

| | | | | |
|---|---|---|---|---|
| Beijing BNBM Building Material Business and Commercial Co., Ltd | 0.89 | 0.00% | 0.00 | 0.00% |
| INTECH Building (Beijing) Co., Ltd, (北新集成房屋 (北京) 有限公司) | 69.70 | 0.02% | 0.00 | 0.00% |
| Zhongfu Lianzhong (Shenyang) Composite Material Company Limited (中複連眾 (瀋陽) 複合材料有限公司) | 38.71 | 0.01% | 0.00 | 0.00% |
| Lianyungang Zhongfu Lianzhong Composites Group Co. Ltd. | 118.64 | 0.04% | 0.00 | 0.00% |
| Changzhou China Composites Liberty Company Limited | 38.68 | 0.01% | 0.00 | 0.00% |
| China New Building Materials Industry Hangzhou Design and Research Institute | 22.06 | 0.01% | 88.06 | 13.09% |
| BNBM Machinery Company Limited | 2.67 | 0.00% | 1,347.52 | 2.41% |
| BNBM PMG Limited | 39.66 | 0.01% | 0.00 | 0.00% |
| BNBM Plastic Pipe Company Limited | 242.01 | 0.07% | 0.94 | 0.00% |
| Hangzhou Zhongxin Machinery and Equipment Technology Company Limited (杭州中新機電技術有限公司) | 0.00 | 0.00% | 28.00 | 0.05% |
| China Building Material Test & Certification Centre | 0.00 | 0.00% | 44.14 | 6.56% |
| Total | 895.25 | 0.27% | 2,182.61 | 0.83% |

Including:   The amount of connected transactions for products sold or services provided by the Company to its controlling shareholder and its subsidiaries during the reporting period was RMB2,383,100.

Q000201

7.4.2  Debts and liabilities due from and to connected parties

☑ Applicable          ☐ Not applicable

*Unit: RMB0'000*

| Connected Party | Amounts advanced to connected parties | | Amounts advanced from connected parties | |
|---|---|---|---|---|
| | Amounts in total | Balance | Amounts in total | Balance |
| Beijing New Building Material (Group) Company Limited | 0.00 | 0.00 | 54.25 | 228.88 |
| National Building Material Group Corporation | 0.00 | 0.00 | 2,520.00 | 2,520.00 |
| BNBM Park Property Management Company Limited | 0.00 | 0.00 | 192.86 | 112.58 |
| CNBM Investment Company Limited | 0.00 | 0.00 | 10.48 | 3.63 |
| China National Building Material Company Limited | 0.00 | 0.00 | 8.44 | 1.41 |
| Total | 0.00 | 0.00 | 2,786.03 | 2,866.50 |

Including:   amounts advanced by the listed company to controlling shareholder and its subsidiaries were RMB0.00 and balance was RMB0.00 during the reporting period.

7.4.3  Explanation on the Company's capital appropriated and repaid by controlling shareholder and its subsidiaries for non-operating purpose and relevant recovery

☐ Applicable          ☑ Not applicable

**7.5  Entrusted investments**

☐ Applicable          ☑ Not applicable

**7.6  Performance of undertakings**

☐ Applicable          ☑ Not applicable

Q000202

Undertakings of the listed company and its directors, supervisors and senior management and its shareholders with 5% or more interests in the Company and its ultimate controlling shareholder occurring or subsisting in the reporting period

[✓] Applicable      [ ] Not applicable

| Undertakings | Covenantor | Content of undertakings | Performance of undertaking |
|---|---|---|---|
| Share reform undertaking | China National Building Material Company Limited | It shall not trade on the stock exchange or transfer its shares within 12 months starting from the implementation of the reform plan; upon the expiry of the above moratorium, the percentage of former non-tradable shares listed and sold through stock exchange in the total shares of the Company shall not exceed 5% within 12 months and 10% within 24 months. | During the reporting period, China National Building Material Company Limited fully performed the aforesaid undertakings. |
| Undertaking on locked-up shares | None | None | None |
| Undertakings made in the acquisition report or equity change report | None | None | None |
| Undertakings made in significant asset restructuring | None | None | None |
| Undertakings made in issuance | None | None | None |
| Other undertakings (including additional undertakings) | None | None | None |

## 7.7   Material litigation and arbitration

[ ] Applicable      [✓] Not applicable

Q000203

**7.8   Explanation on other significant events and influence therefrom and solution thereto**

7.8.1  Investment in securities

☐ Applicable          ☑ Not applicable

7.8.2  Shareholdings in other listed companies

☐ Applicable          ☑ Not applicable

7.8.3  Shareholdings in companies proposed for listing and non-listed financial institutions

☑ Applicable          ☐ Not applicable

*Unit: RMB*

| Name of investee | Initial investment | Shares held | Shareholding in the investee | Closing carrying amount | Gain/(loss) during the reporting period | Change in shareholders' equity during the reporting period | Accounting | Source of shares |
|---|---|---|---|---|---|---|---|---|
| China Investment & Credit Guaranty Co., Ltd. | 10,000,000.00 | 10,000,000 | 1.00% | 10,000,000.00 | -13,960,142.32 | -13,960,142.32 | Long-term equity investment | By acquisition |
| Total | 10,000,000.00 | 10,000,000 | — | 10,000,000.00 | -13,960,142.32 | -13,960,142.32 | — | — |

7.8.4  Trading of shares in other listed companies

☐ Applicable          ☑ Not applicable

Q000204

7.8.5  Other comprehensive income items

*Unit: RMB*

| Item | Amount incurred during the period | Amount incurred during last period |
|---|---|---|
| 1.  Gain (loss) of available-for-sale financial assets | | |
| Less:  Income tax effect on available-for-sale financial assets | | |
| Net amount transferred to current profit or loss from other comprehensive income of previous period | | |
| Sub-total | | |
| 2.  Share of other comprehensive income in the investee accounted for using equity method | 142,458.94 | |
| Less:  Income tax effect on share of other comprehensive income in the investee accounted for using equity method | | |
| Net amount transferred to current profit or loss from other comprehensive income of previous period | | |
| Sub-total | 142,458.94 | |
| 3.  Gain (loss) from cash flow hedging instruments | | |
| Less:  Income tax effect on cash flow hedging instruments | | |
| Net amount transferred to current profit or loss from other comprehensive income of previous period | | |
| Adjustment to the original amount of hedged items | | |
| Sub-total | | |
| 4.  Exchange difference on financial statement in foreign currency | | |
| Less:  Net amount transferred to current profit or loss on disposal of overseas operations | | |
| Sub-total | | |
| 5.  Others | 3,090,000.00 | 12,380,000.00 |
| Less: Income tax effect on other items included in other comprehensive income | 788,506.25 | 666,030.71 |
| Net amount transferred to current profit or loss from other items included in other comprehensive income of previous period | | |
| Sub-total | 2,301,493.75 | 11,713,969.29 |
| Total | 2,443,952.69 | 11,713,969.29 |

— 51 —

## 8.   REPORT OF THE SUPERVISORY COMMITTEE

[✓] Applicable        [ ] Not applicable

The Supervisory Committee earnestly performed its duties during 2009, including attending discussion on major decisions, consideration of regular reports, supervision of convening and decision-making procedures of general meetings and Board meetings, implementation of resolutions passed on general meetings by the Board, fulfilment of duties by senior management, the compliance of management system of the Company and protection of the lawful rights of the Company and shareholders in strict accordance with the Company Law, the Articles of Association and the Rules of Procedures of Supervisory Committee and other relevant laws and regulations.

### I.   Work of the Supervisory Committee

During the reporting period, the Supervisory Committee convened five meetings.

#### (I)   The 3rd meeting of the fourth Supervisory Committee

The following proposals were considered and passed at the meeting on 17 March 2009: (1) the 2008 Annual Report and its summary; and (2) the 2008 Work Report of the Supervisory Committee. The announcement of the resolutions was published in China Securities Journal, Securities Times, Shanghai Securities News and Securities Daily on 19 March 2009.

#### (II)   The extraordinary meeting of the fourth Supervisory Committee

The 2009 First Quarterly Report of the Company were considered and passed at the meeting on 24 April 2009.

#### (III) The 4th meeting of the fourth Supervisory Committee

The following proposals were considered and passed at the meeting on 17 August 2009: (1) the 2009 Interim Report and its summary; and (2) the Proposal on Election of Supervisors. The announcement of the resolutions was published in China Securities Journal, Securities Times, Shanghai Securities News and Securities Daily on 19 August 2009.

Q000206

**(IV) The 5th meeting of the fourth Supervisory Committee**

At the meeting on 18 September 2009, the Proposal on Election of Chairman of the Supervisory Committee was considered and passed. The announcement of the resolutions was published in China Securities Journal, Securities Times, Shanghai Securities News and Securities Daily on 19 September 2009.

**(V)  The extraordinary meeting of the fourth Supervisory Committee**

The 2009 Third Quarterly Report of the Company were considered and passed at the meeting on 26 October 2009.

## II.  Independent Opinion of Supervisory Committee on Relevant Matters during the Reporting Period

**(I)   Operation in accordance with laws**

In strict accordance with the Company Law, the Articles of Association, the Rules Governing the Listing of Securities on Shenzhen Stock Exchange and the relevant laws, regulations and regulatory documents, the Company further improved its corporate governance under well-established internal control system, with sound legal compliance for its business, operations and decision-making procedures. No breach of laws, regulations or the Articles of Association or damage to the interest of the Company was found when discharging the duties of directors and senior management of the Company.

**(II)  Review of financial standing**

A standard unqualified auditors' report has been issued by Beijing Xinghua Certified Public Accountants Company Limited upon the audit on the Company's 2009 financial statements, which gives a true and fair view of the Company's financial standing and business results.

**(III) Acquisition and disposal of assets**

During the reporting period, the considerations on acquisition of assets by the Company were reasonable. No insider trading has been found nor is there any indication of damage of shareholders' interests or runoff of the Company's assets.

Q000207

**(IV) Connected transactions**

Connected transactions were carried out based on fair prices without damage to the Company's interest.

# 9   FINANCIAL REPORT

## 9.1   Auditor's opinion

| | |
|---|---|
| Audited or not | Yes |
| Auditor's opinion | Standard unqualified auditors' opinion |
| Auditor's Report No. | (2010) Jing Hui Xing Shen Zi No.3-60 |
| Auditor's Report Title | Auditor's Report |
| Addressee of Auditor's Report | All shareholders of Beijing New Building Material Company Limited |
| Introduction | We have audited the accompanying financial statements of Beijing New Building Material Company Limited (hereinafter the "Company"), which comprise the consolidated balance sheet and the Company's balance sheet as at 31 December 2009, the consolidated income statement and the Company's income statement, the consolidated cash flow statement and the Company's cash flow statement, the consolidated statement of change in shareholders' equity and the Company's statement of change in shareholders' equity for the year of 2009 and the notes thereto. |

Q000208

Management's Responsibility for the Financial Statements

The Company's management is responsible for the preparation of these financial statements in accordance with the Accounting Standards for Business Enterprises. These responsibilities include: (1) designing, implementing and maintaining internal control relevant to the preparation of financial statements that are free from material misstatement, whether due to fraud or error; (2) selecting and applying appropriate accounting policies; and (3) making accounting estimates that are reasonable in the circumstances.

Q000209

*The Stock Exchange of Hong Kong Limited takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*





## CNBM

# China National Building Material Company Limited*

# 中 國 建 材 股 份 有 限 公 司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock code: 3323)

**CONNECTED TRANSACTION**
**ACQUISITION OF THE ENTIRE EQUITY INTEREST IN**
**TAIAN DONGLIAN INVESTMENT TRADING COMPANY LIMITED**

**CONNECTED TRANSACTION**
**PROVISION OF FINANCIAL ASSISTANCE TO**
**TAIAN STATE OWNED ASSETS MANAGEMENT COMPANY**

**Financial Adviser**

**ANGLO CHINESE**
CORPORATE FINANCE, LIMITED

---

On 28 August, 2006, the board of directors of the Company announced that BNBM, a 52.4% owned subsidiary of the Company, entered into the following transactions:

**I.   ACQUISITION OF THE ENTIRE EQUITY INTEREST IN DONGLIAN**

On 28 August, 2006, BNBM, Liu Huan and Jiao Wen Bo entered into the Share Transfer Agreement whereby BNBM proposes to acquire all the equity interest in Donglian, which holds 23% of the equity interest in Taihe, for a consideration of Rmb114,540,000. Liu Huan is the vendor of 80.13% of equity interest in Donglian whereas Jiao Wen Bo is the vendor of 19.87% of equity interest in Donglian.

**II.   PROVISION OF FINANCIAL ASSISTANCE TO STATE OWNED COMPANY**

On 28 August, 2006, BNBM and State Owned Company entered into the Loan Agreement whereby BNBM agreed to grant a loan of Rmb 50 million to State Owned Company for a period of one year. It is a condition of the Loan Agreement that State Owned Company shall pledge the 16% of equity interest in Taihe, a subsidiary of BNBM, that it owns as collateral for the Loan. State Owned Company undertakes to BNBM that the equity interest pledged by it is free from encumbrances.

The Acquisition and the provision of the Loan are independent transactions not conditional on each other.

Each of the Acquisition and the provision of the Loan constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules. As each of the percentage ratios (other than the profits ratio) is on an annual basis less than 2.5%, the provision of the Loan is only subject to the reporting requirements and is exempt from the independent shareholders' approval requirements under Rule 14A.34 of the Listing Rules. The Acquisition is subject to reporting and announcement requirements under the Listing Rules and the approval of the independent shareholders of the Company.

No shareholder of the Company is required to abstain from voting if the Company were to convene a special general meeting for the purpose of approving the Acquisition because no substantial shareholders of the Company has an interest that is different from that of other shareholders in relation to the Acquisition. A written approval on the Acquisition will be obtained from China National Building Material Group Corporation, the parent company and a substantial shareholder of the Company, and the three wholly owned subsidiaries of China National Building Material Group Corporation, namely Beijing New Building Material (Group) Company Limited, China National Building Material Import and Export Company and China Building Materials Academy, which collectively hold approximately 60.34% of the issued shares in the Company as at the date of this announcement. The Company will apply for a waiver under Rule 14A.43 of the Listing Rules to The Stock Exchange of Hong Kong Limited from convening the extraordinary meeting to approve the Acquisition. A circular containing, among other things, details of the Acquisition, a letter of advice from each of the independent board committee of the Company and the independent financial adviser on the Acquisition will be despatched to the shareholders of the Company as soon as practicable.

---

**I.   ACQUISITION OF THE ENTIRE EQUITY INTEREST IN DONGLIAN**

The board of directors of the Company announces that BNBM proposes to acquire all the equity interest in Donglian on and subject to the terms of the Share Transfer Agreement.

**Date of the Share Transfer Agreement**

28 August, 2006

**Parties**

BNBM as the purchaser

Liu Huan as the vendor of 80.13% of equity interest in Donglian

Jiao Wen Bo as the vendor of 19.87% of equity interest in Donglian

**Assets to be acquired**

Subject to the fulfillment of the conditions of the Share Transfer Agreement, BNBM will acquire from Liu Huan and Jiao Wen Bo the entire equity interest in Donglian which in turn holds a 23% equity interest in Taihe. The equity interest to be acquired will be acquired free from encumbrances.

After the completion of the Share Transfer Agreement, the effective shareholding of BNBM in Taihe will increase from 42% to 65%. BNBM has gained long term control of Taihe's board of directors in connection with the acquisition of the 42% equity interest in Taihe in April 2005. Therefore, Taihe is accounted for as a subsidiary of BNBM before and after the Acquisition.

**Consideration**

The consideration payable by BNBM for the equity interest in Donglian is Rmb114,540,000, which was determined after arm's length negotiations between BNBM and the vendors. The consideration will be financed partly from the internal resources and partly from the external borrowings of CNBM Group. Details of the financing have yet to be finalised as at the date of this announcement.

The consideration of Rmb114,540,000 represents a premium of 5.9% over the net asset value of Donglian of Rmb107,740,000 as at 30 June, 2006, based on the assessment of an independent professional valuer who adopted a replacement cost approach in valuing the assets and liabilities of Donglian.

**Conditions of the Share Transfer Agreement**

Completion of the Share Transfer Agreement is subject to, inter alia, compliance with the articles of association of BNBM and the requirements under the listing rules of the (if necessary) relevant stock exchanges and obtaining approvals from the directors and the shareholders of BNBM and the Company. The conditions of the Share Transfer Agreement cannot be waived by the parties thereto.

**Completion of the Share Transfer Agreement**

Completion of the Share Transfer Agreement is expected to take place immediately after all the conditions of the Share Transfer Agreement have been fulfilled.

**Reasons for the entering into the Share Transfer Agreement**

Following BNBM's acquisition of the 42% equity interest of Taihe, the Company has become the largest producer of gypsum boards in the PRC. The acquisition has also enhanced the Company's ability to serve a broader base of customers. The directors of the Company believe that the Acquisition will enable CNBM Group to further enhance its competitiveness and consolidate its leading position in the PRC gypsum board market as it will participate more actively in the daily operations and management of Taihe with a view to improving its profitability.

The board of directors (including the independent non-executive directors) of the Company considers that the terms of the Share Transfer Agreement to be fair and reasonable, on normal commercial terms and in the interest of the shareholders of the Company as a whole.

**Information on Donglian**

Donglian is an investment holding company. Its principal activity is the investment in building materials companies. Its major investment is a 23% equity interest in Taihe, a subsidiary of BNBM.

Based on the generally accepted accounting principles in the PRC, Donglian had an audited net asset value of approximately Rmb78.7 million as at 30 June, 2006. Its audited profit before tax for the two years ended 31 December, 2004 and 2005 and the six months ended 30 June, 2006 was nil, approximately Rmb15.7 million and Rmb6.3 million respectively. Its audited profit after tax for the two years ended 31 December, 2004 and 2005 and the six months ended 30 June, 2006 was nil, approximately Rmb14.6 million and Rmb6.3 million respectively.

*The Stock Exchange of Hong Kong Limited takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# CNBM

# China National Building Material Company Limited*

# 中 國 建 材 股 份 有 限 公 司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock code: 3323)

## CONNECTED TRANSACTION
## ACQUISITION OF THE ENTIRE EQUITY INTEREST IN
## TAIAN DONGLIAN INVESTMENT TRADING COMPANY LIMITED

## CONNECTED TRANSACTION
## PROVISION OF FINANCIAL ASSISTANCE TO
## TAIAN STATE OWNED ASSETS MANAGEMENT COMPANY

### Financial Adviser

### ANGLO CHINESE
CORPORATE FINANCE, LIMITED

**Implications of the entering into the Share Transfer Agreement under the Listing Rules**

In relation to the Acquisition, Liu Huan, one of the vendors, is an associate of Donglian by virtue of his 80.13% equity interest in Donglian, which is a substantial shareholder of Taihe. Liu Huan is a connected person of the Company within the meaning of the Listing Rules. Therefore, the Acquisition constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules and is subject to reporting and announcement requirements under the Listing Rules and the approval of the independent shareholders of the Company.

**PROVISION OF FINANCIAL ASSISTANCE TO STATE OWNED COMPANY**

The board of directors of the Company announces that BNBM, a 52.4% owned subsidiary of the Company, is proposing to grant the Loan to State Owned Company on and subject to the terms of the Loan Agreement.

**Date of the Loan Agreement**

28 August, 2006

**Lender**

BNBM

**Borrower**

State Owned Company

The shareholder of State Owned Company is Taian City State Owned Assets Management Committee, which is a state owned enterprise. State Owned Company is an investment holding company. It holds 16% of equity interest in Taihe, a subsidiary of BNBM. BNBM owns 42% of equity interest in Taihe. As explained above, Taihe became a subsidiary consolidated with BNBM since April 2005.

**Principal amount of the Loan**

Rmb 50 million

**Term**

Subject to the fulfilment of the conditions of the Loan Agreement, BNBM will make available the Loan to State Owned Company within immediately after the conditions of the Loan Agreement have been fulfilled.

State Owned Company will repay the Loan within one year from the date the Loan is granted.

In the event that the Loan is not repaid in full when the Loan becomes due for repayment, a penalty payment calculated on a daily basis at 0.1% on the outstanding amount of the Loan is payable by State Owned Company to BNBM. If State Owned Company defaults on the repayment of the principal amount of the Loan and the interest fee payable thereon, BNBM has the right to foreclose the collateral pledged by State Owned Company with respect to the Loan as described below.

**Interest payable by State Owned Company**

Interest, which is payable by State Owned Company to BNBM bi-annually, is calculated on the basis of the benchmark one year lending rate (which is 6.12% as at the date of this announcement) declared by the People's Bank of China from time to time plus a margin of 10% of such benchmark rate is payable by State Owned Company to BNBM bi-annually. Each instalment of the interest fee is payable 20 days before it falls due.

**Collateral**

State Owned Company will pledge the 16% of equity interest in Taihe that it owns as collateral for the Loan. State Owned Company undertakes to BNBM that the equity interest pledged by it is free from encumbrances. According to the Loan Agreement, the validity of the pledge is valid for a period of 24 months from the date State Owned Company is obliged to repay the Loan. If the Loan is not repaid within the 24 month period, in accordance with the PRC laws, the pledge will cease to be valid.

Taihe is engaged in production and sale of gypsum boards with broad market penetration in northern, eastern and central China. As at 30 June, 2006, Taihe had unaudited net asset value of approximately Rmb326.8 million. Based on the generally accepted accounting principles in the PRC, Taihe's audited profit before tax for the two years ended 31 December, 2004 and 2005 was approximately Rmb32.0 million and approximately Rmb64.3 million respectively. Its audited profit after tax for the two years ended 31 December, 2004 and 2005 was approximately Rmb17.9 million and approximately Rmb60.0 million respectively. It has unaudited profit before tax and profit after tax of approximately Rmb44.8 million approximately Rmb37.6 million for the six months ended 30 June, 2006.

Based on the unaudited net asset value of Taihe as at 30 June, 2006, the net asset value of Taihe attributable to the collateral is approximately Rmb52.3 million.

Based on the audited net profit of Taihe for the year ended 30 December, 2005, the net profit of Taihe attributable to the collateral is approximately Rmb9.6 million.

**Conditions of the Loan Agreement**

Completion of the Loan Agreement is subject to, inter alia, compliance with the articles of association of BNBM and the requirements under the listing rules of the relevant stock exchanges and obtaining approvals from the directors and the shareholders of BNBM (if necessary) and the Company. The conditions of the Loan Agreement cannot be waived by the parties thereto.

**Completion of the Loan Agreement**

Completion of the Loan Agreement is expected to take place immediately after all the conditions of the Loan Agreement have been fulfilled.

**Information on State Owned Company**

State Owned Company is an investment holding company. Its major investments include a 16% shareholding interest in Taihe. The shareholder of State Owned Company is Taian City State Owned Assets Management Committee which is in turn owned by the government of Taian City.

**Shareholding Structure**

The following is a graphical illustration of the shareholding relationships between the Company, State Owned Company, Taihe and its shareholders as at the date of this announcement:



The Loan Agreement

The pledge of 16% equity interest in Taihe by State Owned Company to BNBM

The Share Transfer Agreement

Q000011

*The Stock Exchange of Hong Kong Limited takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



## CNBM

# China National Building Material Company Limited*

# 中 國 建 材 股 份 有 限 公 司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock code: 3323)

**CONNECTED TRANSACTION**
**ACQUISITION OF THE ENTIRE EQUITY INTEREST IN**
**TAIAN DONGLIAN INVESTMENT TRADING COMPANY LIMITED**
**CONNECTED TRANSACTION**
**PROVISION OF FINANCIAL ASSISTANCE TO**
**TAIAN STATE OWNED ASSETS MANAGEMENT COMPANY**

**Financial Adviser**

**ANGLO CHINESE**
CORPORATE FINANCE, LIMITED

**Reasons for the entering into the Loan Agreement**

After the acquisition of the 42% equity interest in Taihe by BNBM in April 2005, CNBM Group had become the largest gypsum board producer in the PRC. BNBM acquired a 42% equity interest in Taihe with a view to enhancing the Group's presence in the gypsum board market in China. As State Owned Company does not presently intend to sell their equity stake in Taihe, the Company and State Owned Company decided to enter into the Loan Agreement in which State Owned Company is prohibited from selling its 16% equity interest to any other third parties during the term of the Loan Agreement. The Company may consider making further investments in Taihe upon the expiry of the Loan Agreement.

**For the reasons set out above and having considered that the fees payable on the Loan are comparable to the market lending rate in the PRC, the directors of the Company consider the granting of the Loan to be fair and reasonable, on normal commercial terms and in the interest of the Company and its shareholders as a whole.**

**Implications of the entering into the Loan Agreement under the Listing Rules**

State Owned Company is a substantial shareholder of Taihe, a subsidiary of BNBM and is accordingly a connected person of the Company within the meaning of the Listing Rules. The Loan constitutes financial assistance pursuant to Rule 14A.13(2) of the Listing Rules and the granting of the Loan constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules and is subject to reporting and announcement requirements under the Listing Rules and the approval of the independent shareholders of the Company.

The Acquisition and the provision of the Loan are independent transactions not conditional on each other.

**INFORMATION ON THE COMPANY**

The Company is a leading building materials company in China with significant operations in the cement, lightweight building materials, glass fiber and fiberglass reinforced plastic products and engineering services business segments.

**GENERAL**

The Company will appoint an independent financial adviser to advise an independent committee of the board of directors of the Company and the independent shareholders of the Company on the fairness and reasonableness of the Acquisition.

No shareholder of the Company is required to abstain from voting if the Company were to convene a special general meeting for the purpose of approving the Acquisition because no substantial shareholders of the Company has an interest that is different from that of other shareholders in relation to the Acquisition. A written approval of the Acquisition will be obtained from China National Building Material Group Corporation, the parent company and a substantial shareholder of the Company, and the three wholly owned subsidiaries of China National Building Material Group Corporation, namely Beijing New Building Material (Group) Company Limited, China National Building Material Import and Export Company and China Building Materials Academy, which collectively hold approximately 60.34% of the issued shares in the Company as at the date of this announcement. The Company will apply for a waiver under Rule 14A.43 of the Listing Rules to The Stock Exchange of Hong Kong Limited from convening the special general meeting to approve the Acquisition. A circular containing, among other things, details of the Acquisition, ~~~ter of advice from each of the independent board committee of the Company and the ~~~ependent financial adviser on the Acquisition will be despatched to the shareholders of the Company as soon as practicable.

**DEFINITIONS**

"Acquisition"        the acquisition of the entire equity interest in Donglian by BNBM pursuant to the terms and conditions of the Share Transfer Agreement

| | |
|---|---|
| "BNBM" | Beijing New Building Material Company Limited* (北新集團建材股份有限公司) , a joint stock limited company incorporated under the laws of the PRC, and a 52.4% subsidiary of the Company whose A shares are listed on the Shenzhen Stock Exchange |
| "Company" | China National Building Material Company Limited* (中國建材股份有限公司) , a joint stock limited company incorporated under the laws of the PRC |
| "CNBM Group" | the Company and its subsidiaries |
| "Donglian" | Taian Donglian Investment Trading Company Limited* (泰安市東聯投資貿易有限公司) |
| "Listing Rules" | The Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited |
| "Loan" | a loan of Rmb 50 million to be granted by BNBM to State Owned Company pursuant to terms and conditions of the Loan Agreement |
| "Loan Agreement" | the conditional agreement dated 28 August, 2006 entered into between the BNBM and State Owned Company in relation to the Loan |
| "PRC" | the People's Republic of China |
| "Share Transfer Agreement" | the conditional agreement dated 28 August, 2006 entered into among the BNBM, Liu Huan and Jiao Wen Bo in relation to the Acquisition |
| "State Owned Company" | Taian State Owned Assets Management Company* (泰安市國有資產經營公司) |
| "Taihe" | Shangdong Taihe Dongxin Company Limited* (山東泰和東新股份有限公司) , a joint stock limited company incorporated under the laws of the PRC and a subsidiary of BNBM, in which BNBM has a 42% equity interest |
| "Rmb" | Renminbi yuan, the lawful currency of the PRC |

\* For identification only

As at the date of this announcement, the board of directors of the Company comprises:

*Executive Directors:*
Song Zhiping
Cao Jianglin
Li Yimin
Peng Shou

*Non-Executive Directors:*
Cui Lijun
Huang Anzhong
Zuo Fenggao

*Independent Non-Executive Directors:*
Zhang Renwei
Zhou Daojiong
Chi Haibin
Lau Ko Yuen, Tom

By Order of the Board
**Chang Zhangli**
*Company Secretary*

Hong Kong, 28 August, 2006

\* For identification purposes only

Q000012

*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



**CNBM**

# China National Building Material Company Limited *
# 中國建材股份有限公司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock Code: 3323)

## Overseas Regulatory Announcement

This announcement is released by Beijing New Building Material Company Limited, a subsidiary of China National Building Material Company Limited ("CNBM"), whose A shares are listed on the Shenzhen Stock Exchange. This announcement is made in English and Chinese. In the case of any inconsistency, the Chinese version shall prevail.

1



JIA
EXHIBIT NO. 25
1-8-62
L. GOLKOW

Q000975

Stock name: BNBM      Stock code: 000786      Announcement No. : 2010-009

## Announcement of

## Beijing New Building Material Company Limited

## In relation to

## Event about Gypsum Board in US

The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.

Recently, certain media published or reproduced articles headed "Over 3,000 claims against BNBM were brought to the court for an amount probably exceeding US$1 billion in the US" and "Gypsum board of BNBM aroused complaints in US, experts insisted on its innocence", etc. So far as is known to the Company, the aggregate number of this kind of complaints is approximately 3,000. Such complaints were made to a number of manufacturers and domestic exporters, including a gypsum board plant wholly-owned and established in China by a gypsum board enterprise in Europe and several joint stock and private gypsum board enterprises in Mainland China. Not all of the complaints were registered directly against the Company and Taishan Gypsum Company Limited (泰山石膏股份有限公司) (hereinafter "Taishan Gypsum"）, a holding subsidiary of the Company. Accordingly, the above reported contents were not accurate and the statement of "Claims against the Company probably exceed US$1 billion" was groundless.

Being the origin of the global gypsum board industry, the US is also

2

Q000976

the largest country in terms of production and consumption volume of gypsum boards. Annual consumption volume of gypsum boards in the US exceeds 2 billion square meters. Since the market is dominated by leading domestic gypsum board companies, foreign gypsum board companies can barely sell their products in the US market. In particular, the largest gypsum board company in the US has an annual sales volume exceeding 1 billion square meters of gypsum boards. Moreover, gypsum boards are heavy yet low-value products which are unsuitable for export. In 2005, a number of weather catastrophes, such as Hurricane Katrina, occurred in the US, which led to collapse of many houses. After Hurricane Katrina, demand for gypsum boards surged significantly, resulting in a short period of shortage in gypsum board supply in the US and thus the import of a portion of gypsum boards from China. According to *China Building Materials Daily reports*, a total of 580,000 tonnes and 430,000 tonnes of gypsum boards were exported to the US by companies in the PRC in 2006 and 2007 respectively. In particular, in 2006-2007, total sales volume of gypsum boards of the Company and Taishan Gypsum amounted to 545.64 million square meters, among which 14.22 million square meters (weight per square meter amounting to approximately 10 kg) were exported to the US, representing 2.61% of the total sales volume. In 2008-2009, the Company exported no gypsum board to the US; in 2008, Taishan Gypsum exported 16,900 square meters of gypsum boards to the US, but no gypsum board was exported to the US in 2009. As shown from the above figures, the Company and Taishan Gypsum exported only a limited volume of gypsum boards to the US, accounting for a very small proportion of the total sales volume.

Gypsum boards produced in the PRC and exported to the US are subject to a number of inspections by various parties including PRC

Q000977

producers, PRC exporters, US  importers, US constructors and property developers, and only gypsum boards which have passed all the procedures may be used lawfully in building houses in the US. All gypsum boards exported to the US by the Company and its holding subsidiary, Taishan Gypsum, are in compliance with the requirements of the US ASTM standards, and are produced in accordance with the requirements of US purchasers.

The Company is the largest new building materials industry group in China and the largest gypsum board industry group in Asia. It has developed its own intellectual property rights, and has some Well-known Brands in China (中國馳名商標) and the title of China's Brand-name Products (中國名牌產品稱號). It also owns a national technology center and a post-doctoral work station, boasting technology level and quality standards in a par with the world's advanced levels. Besides, the Company has introduced and established the ISO9001 Quality Management System, ISO14001 Environmental Management System, GB/T28001 Occupational Health and Safety Management System, ISO10012 Management System and Environmental Label Safeguarding Measures. In addition, its gypsum board products have clinched relevant international quality accreditations, including the US's UL accreditation and the UK's BS accreditation. The Company has strictly observed relevant national standards, and has all along carried out production based on international standards, and obtained relevant quality accreditations. The Company's gypsum boards and lightweight metal frame products are widely used in the Great Hall of the People, Bird's Nest National Stadium, the office building of the National People's Congress, the building complex of the Tianjin Jinta, Jinmen series (天津津塔津門系列建築群), Shanghai World Expo Park, Guangzhou West Tower and other key

Q000978

landmark construction projects.

Recently, the Company noted the US District Court for the Eastern District of Louisiana had made an order against Taishan Gypsum, a holding subsidiary of the Company, requesting Taishan Gypsum to pay USD2,609,129.99 to seven plaintiffs in respect of the losses allegedly caused by the use of gypsum boards. Taishan Gypsum has not yet received the above order document from the US court, nor is it aware of the investigation procedures and bases behind the order. The gypsum boards produced by the Company and Taishan Gypsum have been monitored and examined by national authorities of all levels, and have met relevant quality standards. As of 28 May 2010, the Company was served a summon from the US concerning the litigation in relation to the use of Chinese gypsum boards, which involves an amount of USD150,000, while Taishan Gypsum was served some summons from the US concerning the litigation in relation to the use of Chinese gypsum boards, which involve an amount of USD5,225,000. The defendants of the above summons include not only the Company and Taishan Gypsum, but also tens of Chinese manufacturers and exporters engaged in export of gypsum boards to the US, as well as domestic importers, property developers, construction companies and a number of other enterprises in the US. The Company and Taishan Gypsum will continue to keep an eye on the progress of the incident, and address and handle the same with due prudence, so as to be responsible to investors, consumers and the industry.

The Company's designated media for information disclosure are *China Securities Journal*, *Shanghai Securities News*, *Securities Times* and *Securities Daily*, while the website designated for information disclosure is the CNINFO website (http://www.cninfo.com.cn). All statutory

Q000979

information of the Company disclosed by means of an announcement published on the above media shall prevail. The Company will make timely information disclosure in strict compliance with the laws, regulations, regulatory documents, as well as the regulations and requirements under the articles of association of the Company.

The board of directors of

Beijing New Building Material Company Limited

28 May 2010

Q000980

*As at the date of this announcement, the board of directors of CNBM comprises Mr. Song Zhiping, Mr. Cao Jianglin, Mr. Li Yimin, Mr. Peng Shou and Mr. Cui Xingtai as executive directors, Ms Cui Lijun, Mr. Huang Anzhong and Mr. Zuo Fenggao, as non-executive directors, and Mr. Zhang Renwei, Mr. Zhou Daojiong, Mr. Chi Haibin, Mr. Li Decheng and Mr. Lau Ko Yuen, Tom, as independent non-executive directors.*

*__* For identification only__*

7

Q000981

TAISHAN 2006 STRUCTURE — Pre Global Offering

August 4, 2011 Mtg.



EXHIBIT NO. 26
JIA
1-9-12
L. GOLKOW

TAISHAN 2006 STRUCTURE – Pre Global Offering

August 4, 2011 Mtg.

1.  State Owned Asset Supervision and Administration Commission of the State Counsel [Doc. Ref. Taishan & BNBM Structure/Government Control 00113 & 00136-00137; CNBM Global Offering P. 29]

2.  [Doc. Ref. CNBM Global Offering P. 27 & P. 96]

3.  Beijing New Building Material (Group) Company Limited [Doc. Ref. CNBM Global Offering P. 18 & P. 96]

4.  China National Building Material Import and Export Company[Doc. Ref. CNBM Global Offering P. 20 & P. 96]

5.  [Doc. Ref. CNBM Global Offering P. 19 & P. 96]

6.  China Cinda Asset Management Corporation [Doc. Ref. CNBM Global Offering P. 20 & P. 96]

7.  [Doc. Ref. CNBM Global Offering P. 20 & P. 96]

8.  [Doc. Ref. CNBM Global Offering P. 18 & P. 96]

9.  [Doc. Ref. CNBM Global Offering P. 31 & P. 96]

10. [Doc. Ref. Jia Tongchun Deposition, Dated April 5, 2011 P. 480:24 – 481:24; Wenlong Peng Deposition, Dated April 7, 2011 P. 135:3-5 & Declaration of Jia Tongchun dated August 15, 2010, Paragraph 39]

Q000954



# CONTRACT

**THE SELLERS:**   TAIAN TAISHAN PLASTERBOARD CO., LTD
DAWENKOU DAIYUE DISTRICT OF TAIAN
SHANDONG PROVINCE, CHINA 271026
TEL:0086-538-8812002 / 2017
FAX:0086-538-8812679
E-MAIL: clempwl123@163.com

**THE BUYERS:**   WOOD NATION, INC.
10740 PLANTATION BAY DRIVE
TAMPA, FLORIDA  33647
TEL: 813-994-6499
FAX: 813-994-4497
E-MAIL:  woodnation@verizon.net

**CONTRACT NUMBER: WN7350**

This contract is made by and between the Buyers and the Sellers, hereby the Buyers agree to buy
and the Sellers agree to sell the under mentioned commodity according to the terms and conditions
stipulated below:

1.   **COMMODITY:**  Gypsum Drywall (hereafter referred to as the "Product").

2.   **COUNTRY OF ORIGIN AND MANUFACTURERS:**  Peoples Republic of   China

3.   **SIZE SPECIFICATIONS:**  Shall be ½" in thickness, 4' in width and 12' in length.

4.   **GRADE STANDARDS:**  'Regular' and 'Ceiling' products shall be produced to
American Society for Testing and Materials ("ASTM") C 1396-04 Standards.  'ASTM C
1396-04' shall be stamped on the back of each piece.

5.   **PACKING:**

   a)     To be packed in a manner suitable for long distance ocean container
      transportation.  The Sellers shall be liable for any damage of the commodity and
expenses incurred on account of improper packing or improper protective measures taken
by the Sellers in regard to the packing.

   b)     The 12 unitized portions shall consist of 40 piece units.  The remaining 180 pieces
do not have to be unitized.

6.   **TIME OF SHIPMENT:**  Start June 2006 and ship through December 2006 at the rate of
20 to 30 containers per week.  Buyer shall advise Seller approximately 10 days in advance
container availability for the next shipping segment.

7.   **QUANTITIES:**  Five hundred (500) forty foot (40') high cube container loads, each to
contain six hundred and sixty (660) pieces).  'Regular' and 'Ceiling' products shall not be



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

shipped in the same container.   The percentage ratio of 'Regular' vs 'Ceiling' shall be 66.6% 'Regular' and 33.3% 'Ceiling'.

8.   **PRICE:** USD $4.20 per piece for both Regular and Ceiling ½' 4'X12' FOB Qingdao, China.

9.   **TOTAL VALUE:** One million, three hundred and eighty six thousand dollars. (USD$1,386,000) +/- 2%.

10.   **PORT OF LOAD:** Qingdao, China

11.   **PORT OF DISCHARGE:** Tampa, Florida, USA

12.   **PAYMENT:** Within 10 working days of contract signing, Buyers shall open an irrevocable Letter of Credit (L/C) through "Bank of America, Trade Operations Office, USA" payable against Seller's draft drawn at sight on the Bank of America, Trade Operations Office, USA, accompanied by the commercial documents set out in paragraph 14.  The L/C shall show 'Partial Shipments Allowed'.  In addition, within 10 working days after signing of contract Buyer will place a USD100,000 security deposit with the Seller. This deposit shall be deducted from the final Seller's invoices. All bank charges at issuing bank are for the account of the applicant and all advising bank charges are for the account of the beneficiary.  The L/C shall remain valid for negotiation freely at any bank until January 31, 2007.

13.   **CONTINGENCY:** If for any reason the container shipping rates increase to a prohibitive level, Buyer may choose to cancel, or delay shipments on this contract.  This, with a thirty day written notice to the Seller from the Buyer.  If Seller's costs increase to a prohibitive level, Seller shall give thirty days notice to the Buyer giving Buyer the option of increasing the cost of product, canceling or delaying shipments.

14.   **DOCUMENTS:**

a)   Full set (i.e. 3/3 originals) of clean on board ocean bills of lading marked "Freight Collect" made out to order blank endorsed notifying Buyer.  The bills of lading shall include the statement "NO SOLID WOOD PACKING MATERIAL".

b)   Signed invoice in 4 originals indicating contract number, made out in details as per the relative contract.

c)   Packing list in 4 originals, including piece count.  The packing list shall state "NO SOLID WOOD PACKING MATERIAL".

.e)   Certificate of Origin.

15.   **SHIPMENT:** December 31, 2006 or sooner.

16.   **SHIPPING ADVICE:** The Sellers shall, immediately upon the completion of the loading of the commodity, advise the Buyers by fax or e-mail of the contract no., commodity, quantity, trade term, invoiced value, container numbers and date of loading.

17.   **DELIVERY OF DOCUMENTS:** The Seller shall, within 21 working days after shipment, deliver the original documents specified above directly to the Buyer's bank.



*Richard Hannon*
6-10-2006

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

18. **CLAIMS**:  Within 30 days after the arrival of the commodity at destination, should the quality, specification, or quantity be found not in conformity with the stipulations of the contract, except those claims for which the insurance company or the carrier accept liability, the Buyers shall, on the strength of an inspection certificate, have the right to claim for replacement with new commodity, or for compensation.

19. **FORCE MAJEURE**:  Should any of the following circumstances prevent either party from carrying out its obligations under the contract, namely:  acts of civil or military authority; government acts, orders, or restrictions; earthquakes; or flood, the contract shall be extended for as long as the circumstances remain.  In the event that these circumstances continue for more than 30 days, each party shall have the right to refuse to continue the performance of its obligations under the contract and, in such case, no party shall be entitled to indemnification from the other party for any loss it may sustain.  In all cases, the party declaring force majeure is required to provide within 14 days acceptable documentation of the incident issued by the competent Government Authorities where the incident occurs as evidence thereof.

20. **CARGO DAMAGE AT SEA**:  Sellers shall be liable for the full value of any product damaged due to improper stowing.  Buyers shall carry ALL RISK cargo insurance.

21. **BANKING CHARGES**:  All the banking charges incurred by the Buyers shall be borne by the Buyers while all the banking charges incurred by the Sellers shall be borne by the Sellers

22. **GENERAL PROVISIONS**:  This contract is subject to interpretation according INCOTERMS 2000.  By signing this contract, previous correspondences and negotiations connected herewith shall be null and void.  This contract comes into effect from signing date by fax; any amendment and additional clause to these conditions shall be valid only if made in written form and duly confirmed by both sides.

This contract shall come into effect immediately after each party has signed the contract (either by fax or original signature).  It is the intent of both Buyers and Sellers to also sign two original copies; with each party holding one copy.

THE BUYERS:  WOOD NATION, INC.

BY: _Richard Hansen_   DATE: _June 10, 2006_

TITLE: _President_

THE SELLERS:  TAIAN TAISHAN PLASTERBOARD CO., LTD.

BY: _____   DATE: _06. 6. 10_

TITLE: _____

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Ivan Gonima <igonima@gonimaconstructors.com> |
| **Sent:** | Sunday, February 25, 2007 11:01 AM (GMT) |
| **To:** | 'wuyu' <sdth818@163.com> |
| **Cc:** | wuyu374@hotmail.com |
| **Subject:** | RE: Problems sending file |
| **Attach:** | Drywall Label to Taihe.ppt |

Dear Bill:

Thanks a lot for giving me this new address; I noticed you have been having problems with the other one. I hope this time you receive this file.

By the way, could you let me know please how many transfers, and the amounts for each one, have you received from us so far? We have received 3 proforma invoices so far and I need to check if everything is fine and you have received our bank transfers.

Best regards;

Ivan Gonima
Oriental Trading Company, LLC

**From:** Ivan Gonima [mailto:igonima@earthlink.net]
**Sent:** Wednesday, February 21, 2007 5:09 PM
**To:** 'wuyu'
**Cc:** 'deniseromano5@yahoo.com'; 'Alvaro@imperialstonemg.com'; 'williamdixon@orientaltradingusa'; 'Nicol Juanita'; 'jorgearevalo@orientaltradingusa.com'; 'Leonardo Guzman'
**Subject:** Final art for drywall binding tape
**Importance:** High

Dear Bill:

Attached you will find a Microsoft Power Point file showing the final arts for the binding tapes to be used with the 4' x 8' x ½" and the 4' x 12' x ½" drywall sheets. We went thru all the issues we have already discussed and everything is reviewed and checked.

Please notice the following:

1) The colors BLUE and RED are the same ones as the ones in the American Flag. WHITE is regular white.
2) The tape has a total width of 2 ½" but the printing face will be only 1" wide. The tape flaps going above and below the edges are ¾" wide each.
3) VERY IMPORTANT: By Customs Regulations we have to have a MADE IN CHINA stamp somewhere in the drywall. **If you do not actually have it on the gypsum board itself, we will need to add it on the binding tape. If that is the case, add a small line at the end of the tape in the lower side.**

Please let me know if you have any questions.

Best regards;

Ivan Gonima
Oriental Trading Company, LLC



**From:** wuyu [mailto:sdth818@163.com]
**Sent:** Saturday, February 24, 2007 8:40 PM



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0021643

**To:** igonima@gonimaconstructors.com
**Subject:** Re:Problems sending file

Dear Mr. Ivan,
  I am sorry , Please send the file to this email address, because the office emial
can not be opened by me .


---
车刚
Bill Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2007-02-22, Ivan Gonima <igonima@gonimaconstructors.com> 写道:
Dear Bill:

I am having problems sending a file with pictures to your office email; the @163.com one. Please check your
personal (@hotmail.com) email; I also sent a copy there and it went thru. Please confirm me when you
receive this email.

Best regards;

Ivan Gonima
Oriental Trading Company, LLC

---

想加入吗？1.9亿用户正在使用网易邮箱 www.126.com

CONFIDENTIAL — SUBJECT TO

TG 0023843

Dear Bill: These are the arts for the Binding Tape. Colors are blue, red and white As the ones in the American Flag. The front face is 1" and then it will have 2 flaps Of ¾" each one that will go above and below the gypsum board. The DUN Logo Will be in the same blue as the background of the letter D (Same blue as in the American Flag).



**Distributors**

(2) pcs. per bundle
(2) und. por paquete

4' x 12' x ½"



**Distributors**

(2) pcs. per bundle
(2) und. por paquete

4' x 8' x ½"

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0026019

**Distributors**   (2) pcs. per bundle / (2) und. por paquete   6 89076 79905 8   4' x 8' x ½"

**Distributors**    (2) pcs. per bundle / (2) und. por paquete   6 89076 79915 7   4' x 12' x ½"

Dear Bill: These are the arts for the Binding Tape. Colors are blue, red and white As the ones in the American Flag. The front face is 1" and then it will have 2 flaps Of ¾" each one that will go above and below the gypsum board. The DUN Logo Will be in the same blue as the background of the letter D (Same blue as in the American Flag).

| | |
|---|---|
| **From:** | Leon Liu <Leon@china-corporation.com> |
| **To:** | 杨甲坡 <yjp09@163.com> |
| **Sent:** | 12/12/2005 9:41:09 PM |
| **Subject:** | 答复: |

Hi Mr Yang,
Good mornig,
Can you afford the pricing and lead-time for the following(ASAP):

Volume: 64,000 or 100,000 or 200,000 Boards

Packaging: Break-bulk

Timing: Order to be placed in December 2005

Thickness: ½"

Dimensions: 12' x 4'

End Tape: Custom End Tape

Edge: Tapered

Thanks!

Leon

---

From: 杨甲坡 [mailto:yjp09@163.com]
Sent: 2005-12-11 (星期日) 19:54
To: Leon Liu
Subject: Re:

刘先生:

您好, 关于此邮件港口价格, 我们现在没有得到港口的价格, 只能先把FOB的价格发与您, 请与客户参考。

4x12x1/2普通石膏板:FOBUSD3.68/PCS

别的要求可以答复。

另外样品的事情, 因为现在公司有规定, 超过RMB200的样品费用公司一律不承担, 因为现在美国的客户要样品的太多了, 不敢特批, 请原谅, 对不起了。

谢谢

甲坡

2005.12.12

Hi Mr Yang,
Good afternoon,
Can you pricing on the following: (ASAP)

1. Quantity: 32,000 Boards

   Dimensions: 12' x 4' x ½"



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019840

End Tape: Custom End Tape

Edge: Tapered

Packaging: Break-bulk

Delivery: Port of NY/NJ

2. Quantity: 32,000 Boards

Dimensions: 12' x 4' x ½"

End Tape: Custom End Tape

Edge: Tapered

Packaging: Break-bulk

Delivery: Port of Savannah, Georgia

Thanks,

Leon

------------------------------

杨甲坡 (apollo yang) TEL: 0086-538-8812002 FAX: 0086-538-8811250 H P : 0086-13793836871
MSN: yjp09@hotmail.com

需要一个2000兆的免费邮箱吗？
网易免费邮箱是中国最多人使用的电子邮箱。

CONFIDENTIAL — SUBJECT TO

TG 0019841

**Updated Jia Tr. Pl's Ex. 29A**

**(English Translation of Jia Tr. Pl's Ex. 29)**

From: Leon Liu <leon@china-corporation.com>
To: Yang Jiapo <yjp09@163.com>
Sent:   PM
Subject:   Reply

Hi, Mr. Yang,
Good morning,
Can you afford the pricing and lead-time for the following (ASAP):

Volume:    64,000 or 100,000 or 200,000 Boards
Packaging:   Break-bulk
Timing:    Order to be placed in December 2005
Thickness:    1/2"
Dimensions: 12'x 4'
End Tape: Custom End Tape
Edge: Tapered
Thanks!
Leon

From: Yang Jiapo [mailto:yjp09@163. com]
Sent: 12.11.2005 (Sun.) 19:54
To: Leon Liu Subject: Re:
Mr. Liu:
As for the port price in this email, we still haven't got it, therefore, we can only send you FOB price to you for customers' reference. 4x12x1/2 ordinary gypsum board: FOB USD3.68/PCS
We will reply to your other requests.
As for samples, our company has set the rule that sample fees exceeding RMB 200 shall not fall into the company. Because there are too many American customers wanting samples, so we cannot satisfy the need. I'm really sorry about that.
Thanks!
Jiapo,
December 12, 2005

Hi Mr Yang, Good afternoon,
Can you pricing on the following: (ASAP)
1.   Quantity:   32,000 Boards
2.   Dimensions: 12'x4'x1/2"

Translation of TG 0019840
TRANSLATIONS PROVIDED BY TAISHAN - FINAL

End Tape: Custom End Tape

Edge: Tapered

Packaging:   Break-bulk

Delivery:   Port of NY/NJ

2. Quantity：   32,000 Boards

Dimensions: 12'x4'x1/2"

End Tape: Custom End Tape

Edge: Tapered

Packaging:   Break-bulk

Delivery:   Port of Savannah, Georgia

Thanks!

Leon

Yang Jiapo (apolloyang) TEL: 0086-538-8812002 FAX: 0086-538-8811250 HP: 0086-13793836871 MSN: vip09@hotmail.com

Need a free e-mail of 2000 megabytes?

Netease free e-mail is the most widely used e-mail in China

1/2

# Contract

Contract NO.:SDTH05121601

Date: 16TH December, 2005          Place: TAI'AN CHINA

The seller: Shandong Taihe Dongxin CO., LTD

   Address: Dawenkou Daiyue District Tai'an China

The buyer: Venture Supply, Inc.

   Address: 1140 Azalea Garden Road, Norfolk VA 23502-5612

This contract is made by and between the seller & buyer, whereby the seller

agrees to sell and the buyer agrees to buy the under mentioned commodity

according to the terms and conditions stipulated below:

1. Term of delivery: deliver commodity in China port.

| Commodity & Specification | Quantity | Unit Price | Total Value |
|---|---|---|---|
| Standard gypsum board (T/E) 12.7*1220*3660mm | 100,000 sheets | USD 3.668/sheet | USD366800.00 |
| Total | 100,000 sheets | USD 3.668/sheet | USD366800.00 |

Total value of the contract:US DOLLAR Three hundred sixty-six thousand and eight hundred   ONLY

2. Quality and packing terms: the gypsum board should be produced as per

the relative standard of China GB/T9775-1999, using plastic inner package,

gypsum pallet, gypsum protecting board and steel belt. It should be



EXHIBIT NO. 30
1-10-12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019854

2/2

inspected and confirmed by Mr. Phillip W Perry, who comes from Tobin Trading Inc and representes the buyer, stating that they have inspected the goods in seller's factory and China loading port and that the quality, specifications and packing meet buyer's requirement. The stating can be regarded as the part of the contract.

3. Term of payment: 30% earnest money should be paid in advance, the rest should be by irrevocable letter of credit at sight. We agree to accept the one hundred percent letter of credit for future orders (except this one).

4. The buyer should be in charge of ocean transportation and insurance, the ocean freight should be paid at the buyer's end.

5. Force Majeure: the seller shall not be held responsible for late or non-delivery of the goods owing to the generally recognized "Force Majeure" cause. However in such case, the seller shall inform the buyer in four working days.

6. Arbitration: All disputes in connection with this contract shall be settled amicably by negotiation. In case no settlement can be reached, the case under dispute may then be submitted to the Foreign Trade Arbitration Commission of the China Council for the Promotion of International Trade. The decision of the arbitration shall be accepted as final and binding upon both parties.

The seller: Shandong Taihe Dongxin CO.,LTD

The buyer: Venture Supply, Inc.

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER

TG 0019855

Inspection    Certificate

Date

I, appointed by the buyer as its representative

goods (3660*1220*12.7mm gypsum board (T7E)) is as per

that they meet buyer's specifications and qu

constructed not subject to insect infestation the

packing meets buyer's requirements.

We agree to transfer the goods to the loading port

Note seller: Shandong Taihe Dongxin Co., Ltd

Buyer:  Venture Supply Inc.

Total

Philip

Signa

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

T/T DIRECTION:

**COMPANY:** TAIAN TAISHAN PLASTERBOARD CO., LTD

**BANK:** AGRICULTURAL BANK OF CHINA, TAIAN BRANCH

**BANK ADDRESS:** 96 YINGXUAN ROAD, TAIAN, CHINA

**ACCOUNT:** 1448101008194

**SWIFT BIC:** ABOCCNBJ150

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

| From: | tanadertang <tanadertang@gmail.com> |
|---|---|
| To: | 'wuyu' <sdth818@163.com> |
| Sent: | 7/27/2006 6:29:03 AM |
| Subject: | 答复: Taihe: Drywall-060727 |

Dear Bill,

Thanks for your information.

Best wishes,

**Tanader Tang** Merchandiser

**Company: Bluefire International**
**Address: Xianxi Technology Park, Zhen'an Road,**
**Chang'an Town, Dongguang City, China.**
Tel: (86)769-8541-5869 Fax: (86)769-8531-7294
Cell Phone: (86)138-2912-1056
Email: Tanader_Tang@Bluefireintl.com
Tanadertang@gmail.com
Tanader@vip.163.com

发件人: wuyu [mailto:sdth818@163.com]
发送时间: 2006年7月27日 17:10
收件人: tanadertang
主题: Re: Taihe: Drywall-060727

唐经理:

您好! 邮件已经收悉, 先按您的要求回复如下:
2440*1220*12.7mm规格普通纸面石膏板人工托架混合装箱
40尺超高柜可装960张, FOB青岛港的价格USD2.65/张。
2440*1220*12.7mm规格普通纸面石膏板, 胶合板托盘76张/件, FOB青岛港的价格USD2.67/张。
2440*1220*12.7mm规格防火纸面石膏板人工托架混合装箱
40尺超高柜可装960张, FOB青岛港的价格USD3.06/张。
2440*1220*12.7mm规格防火纸面石膏板, 胶合板托盘76张/件, FOB青岛港的价格USD3.08/张。
2440*1220*12.7mm规格防水纸面石膏板人工托架混合装箱
40尺超高柜可装760张, FOB青岛港的价格USD7.12/张。
2440*1220*12.7mm规格防水纸面石膏板, 胶合板托盘76张/件, FOB青岛港的价格USD7.14/张。
3050*1220*12.7mm规格普通纸面石膏板人工托架混合装箱
40尺超高柜可装770张, FOB青岛港的价格USD3.32/张。
3050*1220*12.7mm规格普通纸面石膏板, 胶合板托盘76张/件, FOB青岛港的价格USD3.34/张。
3050*1220*12.7mm规格防火纸面石膏板人工托架混合装箱
40尺超高柜可装770张, FOB青岛港的价格USD4.07/张。
3050*1220*12.7mm规格防火纸面石膏板, 胶合板托盘76张/件, FOB青岛港的价

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

EXHIBIT NO. 31
1-10-12
L. GOLKOW

TG 0019348

格USD4.09/张。

3050*1220*12.7mm规格防水纸面石膏板人工托架混合装箱
40尺超高柜可装610张，FOB青岛港的价格USD8.91/张。

3050*1220*12.7mm规格防水纸面石膏板，胶合板托盘76张/件，FOB青岛港的价格USD8.91/张。

3660*1220*12.7mm规格普通纸面石膏板人工托架混合装箱
40尺超高柜可装640张，FOB青岛港的价格USD4.00/张。

3660*1220*12.7mm规格普通纸面石膏板，胶合板托盘76张/件，FOB青岛港的价格USD4.00/张。

3660*1220*12.7mm规格防火纸面石膏板人工托架混合装箱
40尺超高柜可装640张，FOB青岛港的价格USD4.91/张。

3660*1220*12.7mm规格防火纸面石膏板，胶合板托盘76张/件，FOB青岛港的价格USD4.91/张。

3660*1220*12.7mm规格防水纸面石膏板人工托架混合装箱
40尺超高柜可装510张，FOB青岛港的价格USD10.67/张。

3660*1220*12.7mm规格防水纸面石膏板，胶合板托盘76张/件，FOB青岛港的价格USD10.65/张。

3660*1220*15.9mm规格普通纸面石膏板人工托架混合装箱
40尺超高柜可装460张，FOB青岛港的价格USD6.89/张；

3660*1220*15.9mm规格普通纸面石膏板胶合板托盘60张/件，FOB青岛港的价格USD6.85/张。

2440*1220*15.9mm规格普通纸面石膏板人工托架混合装箱
40尺超高柜可装690张，FOB青岛港的价格USD4.61/张；

2440*1220*15.9mm规格普通纸面石膏板胶合板托盘60张/件，FOB青岛港的价格USD4.58/张。


3660*1220*15.9mm规格防火纸面石膏板人工托架混合装箱
40尺超高柜可装460张，FOB青岛港的价格USD7.79/张；

3660*1220*15.9mm规格防火纸面石膏板胶合板托盘60张/件，FOB青岛港的价格USD7.76/张。


2440*1220*15.9mm规格防火纸面石膏板人工托架混合装箱
40尺超高柜可装690张，FOB青岛港的价格USD5.21/张；

2440*1220*15.9mm规格防火纸面石膏板胶合板托盘60张/件，FOB青岛港的价格USD5.19/张。


以上资料敬请参考，盼复！

车刚
13561759284

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019349

-----原始邮件-----
发件人:"tanadertang"
发送时间:2006-07-27 15:45:02
收件人:"" ,""
抄送:""
主题:Taihe: Drywall-060727

Dear Bill,

Per our call yesterday, you will send us your confirmation today. But I did not get your answer even now. May I get your sometime to confirm this price? Thanks.

Look forward to your earlier information.

Best wishes,


**Tanader Tang**  Merchandiser

Company: Bluefire International
Address: Xianxi Technology Park, Zhen'an Road,
          Chang'an Town, Dongguang City, China.
Tel: (86)769-8541-5869 Fax: (86)769-8531-7294
Cell Phone: (86)138-2912-1056
Email: Tanader_Tang@Bluefireintl.com
       Tanadertang@gmail.com
       Tanader@vip.163.com

**From:** tanadertang [mailto:tanadertang@gmail.com]
**Sent:** Friday, July 21, 2006 12:47 AM
**To:** sdth818@163.com; wuyu374@126.com
**Cc:** 'Waiyin Lai -gmail'; wyinlai@yahoo.com
**Subject:** Taihe: Drywall-060721

Dear Bill,

How are you now? Trust everything is getting well.

Glad to inform you that our project has a big development now. Now, we shall move forward drywall case. But we need to get your confirmation on the price at first. Would you please give us your support on this in earlier time? Thanks.

| Dimensions (WxLxD) | | Type | FOB Qingdao USD/PCS | Pieces/ 40-HQ | Estimated Shipment Costs Qingdao-to-Port Everglades in Fort Lauderdale, Florida |
|---|---|---|---|---|---|
| 4' x 12' x 1/2" | N | Normal | | 640 | |
| | FR | Fire Retardant | | 640 | |
| | WP | Waterproof | | 510 | |

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019350

| | | | | | |
|---|---|---|---|---|---|
| 4' x 12' x 5/8" | N<br>FR<br>WP | Normal<br>Fire Retardant<br>Waterproof | | 460<br>460 | |

Your kind attention to this matter would be highly appreciated. Thanks.

Best wishes,


**Tanader Tang** Merchandiser

**Company: Bluefire International**
**Address: Xianxi Technology Park, Zhen'an Road,**
**Chang'an Town, Dongguang City, China.**
**Tel: (86)769-8541-5869 Fax: (86)769-8531-7294**
**Cell Phone: (86)138-2912-1056**
**Email: Tanader_Tang@Bluefireintl.com**
**Tanadertang@gmail.com**
**Tanader@vip.163.com**

---

**From:** Waiyin Lai Google [mailto:wyinlai@gmail.com]
**Sent:** Tuesday, July 18, 2006 5:56 PM
**To:** 'sdth818@163.com'
**Cc:** 'Bluefire-Tanader'; 'Bluefire-Jerry Yang'
**Subject:** Taihe: Drywall


Dear Bill Che,

Hope you are doing well.  It has been a while since I visited you.  Our drywall project got slightly delayed, but now moving forward.  If all works well, we are looking at many pieces of drywall for our project.  We have 6,000 homes in plan and each home needs over 200 pieces of drywall.   So, let work together to get this project.

Please help to fill in your prices again.  The majority of the requirement would be 4'x12'x 5/8" and both FR and WP are needed.  I will have Tanader contact you to follow up.  Once everything looks good from your side I will fly over to visit you again.

Thank you.

| Dimensions<br>(WxLxD) | | Type | FOB Qingdao<br><br>USD/PCS | Pieces/<br><br>40-HQ | Estimated Shipment Costs<br><br>Qingdao-to-Port Everglades<br>in Fort Lauderdale, Florida |
|---|---|---|---|---|---|
| 4' x 12' x 1/2" | N<br>FR<br>WP | Normal<br>Fire Retardant<br>Waterproof | | 640<br>640<br>510 | |
| 4' x 12' x 5/8" | N<br>FR | Normal<br>Fire Retardant | | 460<br>460 | |

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019351

| | WP | Waterproof | | | | |
|---|---|---|---|---|---|---|

Regards,
Waiyin Lai

你 知 道 3G 时 代 最 火 爆 的 电 子 邮 箱 吗 ？
3G 网 易 免 费 邮，抢 注 再 得 280 兆 网 盘，更 有 手 机 邮、网 络 记 事 本 由 你 酷

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Grace Wei <gracewei@163169.net> |
| **To:** | SDth818 <SDth818@163.com> |
| **CC:** | clempwl123 <clempwl123@163.com> |
| **Sent:** | 8/2/2006 9:39:05 PM |
| **Subject:** | Fw: APIC drywall, Letter from Taihe |

车经理, 彭经理:

您好！

请看下面客人的邮件, 他要求你们写个证明, 用有你们公司抬头的信纸, 并且让你们领导签字盖章。

还有他说最好能列举出1—2个从你公司买石膏板的美国公司的名称, 这样会非常有说明力证明我们的货质量没有问题。

谢谢！

魏冬玲


Grace,


 Our customers would like to get a letter from Shangong Taihe Dongxin Co. on there company letter head.


 Stating:


 Shangong Taihe Dongxin Co. Gypsum board that is in the 12 containers (listed below) that were shipped last week are made to ASTM C-1396 standards and it is the best quality gypsum board that Taihe makes and is the same quality that Taihe sends to other customer in the United States.
 Shangong Taihe Dongxin Co. stands 100% behind our gypsum board and if any quality problems were detected with he gypsum board Taihe will replace the board at no cost to the customer.

Container numbers:

FRLU8619084/

GLDU0980565/

MSKU6392413/

MSKU6571044/

MSKU6609495/

MSKU6919551/

OCLU1433354/





CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

PONU1541094/

PONU1766779/

TRIU4563670/

.RLU4468466/

TTNU4215258/

And signed by a officer of the company.


Please let us know what you can do.   If you can list one or two of the customers names you ship to in the United states this would help.


Kindest regards,


Jim Scudder

Vice President of Sales

Advance Products International Corp.

?25 West 30th Street

National City, CA. 91950-7203

Phone: 858-822-8078

Fax: 858-883-2966

Email:  jimscudder.api@cox.net

Web site: www.bestapic.com


========================
致
礼！

　　　　　Grace Wei
　　　　　gracewei@163169.net
　　　　　2006-08-03

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

| | |
|---|---|
| **From:** | pbrinkmann <pbrinkmann@bizjournals.com> |
| **To:** | clempwl@hotmail.com <clempwl@hotmail.com>;sdth818@163.com <sdth818@163.com>;yjp2008@gmail.com <yjp2008@gmail.com> |
| **Sent:** | 1/27/2009 5:37:55 PM |
| **Subject:** | Media Request: drywall complaints |

Dear Sirs:

I am a reporter investigating a story about complaints related to Chinese imported drywall (plasterboard).

Has your company received any complaints from U.S. Customers about odor or other problems associated with your drywall product?

PAUL BRINKMANN
South Florida Business Journal
6400 N. Andrews Avenue, #200
Fort Lauderdale, FL 33309
954.949.7562 direct | 954.949.7595 fax
954.949.7600 main | www.southfloridabusinessjournal.com web
pbrinkmann@bizjournals.com



EXHIBIT NO. 33
1-10-12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

| | |
|---|---|
| **From:** | 13583817238lb <13583817238lb@163.com> |
| **Sent:** | Saturday, August 15, 2009 1:57 AM (GMT) |
| **To:** | 8812017538 <8812017538@163.com> |
| **Subject:** | 美方有关问题及行程 |
| **Attach:** | CPSC_Questions_to_AQSIQ_Aug_2009_中英[1].doc; 接待方案2[1].doc |

彭经理你好：
现将美方有关问题及行程传给你，请做好准备，如有问题请及时联系。

没有广告的终身免费邮箱,www.yeah.net



CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025155

**CPSC Questions to AQSIQ—August 2009**

1. Will you provide us a copy in English of China Standard GB/T9775-1999?
   你愿意提供中国标准 GB/T9775-1999 的英文版本吗？

2. Is there a more recent version of this standard?
   这个标准有最新的版本吗？

3. Have you estimated the total mass of commercial-grade gypsum that is available from the Pingyi and Lu Nueng Mines?  How much gypsum has been mined to date?  When did you begin mining gypsum from these mines?  Did you mine or are you currently mining other materials at these mines?

   你是否已经估算了从平邑和鲁能矿出产的商业级石膏的总重量？目前为止已经开采了多少石膏？你们是什么时候从这些矿里开采石膏的？你们在这些矿里曾经开采过或者现在还在开采其它材料吗？

4. Are there other mines (either active or former) in the area of the Pingyi and Lu Nueng Mines?  What materials were/are extracted from these other mines?

   在平邑和鲁能矿区域还有其它的矿吗（无论是目前活跃的或从前有过的）？在这些矿里开采的是什么材料呢？

5. Can you tell us how the gypsum deposits associated with these mines appear to have formed?

   你能告诉我们这些与矿山有关系的石膏矿床是如何形成的嘛？

6. Have you determined the geologic age of these gypsum deposits?

   你们是否已经确定了这些石膏矿床的地质年代？

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

7. Can you describe the occurrence of the gypsum in these mines? For example, how many gypsum layers [*or beds, or strata*] have your mining engineers identified? How many of these layers have been (or are) actively mined? How thick are the gypsum layers that have been (or are being) mined? What is the areal extent of these gypsum layers? How deep are the gypsum layers that have been (or are being) mined? What is the orientation of these layers [*i.e., are these layers horizontal or are they tilted*]? What other types of materials [*e.g., shale, clay layers, mudstones, etc.*] are found in association with the gypsum layers? Are these non-gypsum materials [*e.g., shale, clay layers, mudstones, etc.*] found in separate, distinct layers in between the gypsum layers, or are these materials intermixed with the gypsum?

你能否描述这些矿里石膏的情况？例如，你们的采矿工程师已经鉴定有多少石膏层（或者床、或者岩层）。这些岩层里有多少是已经或者正在被开采？已经或正在开采的石膏层有多厚？这些是高层的面积有多大？这些石膏层已经被开采多深？这些石膏层的方向（例如，这些层的水平方向或倾角）？发现的其它类型材料与石膏层结合的情况（例如，页岩，粘土层，泥石等）？这些发现的非石膏材料（例如：页岩，粘土层，泥石等）是与石膏层分开的还是混合在一起的？

8. Does there appear be a biogenic component to the depositional history of the geologic materials found at these two mines? That is, can you tell whether any of the non-gypsum layers may either reflect that deposition of organic material(s) or were formed as a result of a biologic process (e.g., the action of sulfur-reducing bacteria)?

在那两个矿里是否发现生物成因地质材料的沉积历史？你能不能告诉是否有任何非石膏层可以反映这一沉积的有机物质形成由于生物过程（例如，硫还原菌的作用）

9. Have you done any physical or chemical testing to assess the purity of the gypsum from the Lu Nueng Mine? If so, can you tell us about this testing? Can you tell us how these analyses were conducted? How frequently was this testing performed? Were the

TG 0025157

testing results compared to certain specifications?  If so, can you provide these specifications?  Were statistical methods used to guide the comparison of the testing results with the appropriate specifications?  What happened if the testing showed that some of the gypsum did not meet the appropriate specifications or standards?

你们是否已经做了来评估鲁能矿出产石膏纯度的物理和化学测试？如果做了，你能告诉我们有关测试的情况吗？你能告诉我这些分析是怎么做的吗？这些测试多长时间做一次？这些测试结果与某些性能规范对照过吗？如果对照过，你能提供这些性能规范吗？这些统计方法过去常常用来与性能规范做测试结果的比较吗？如果测试结果显示这些石膏矿没有达到性能规范或者标准，会如何处理？

10.  Do you have any maps, diagrams, boring logs, reports, or other materials that you can share with us to help us understand the geology of both mines?

你是否有任何的地图、图表、钻井记录、报告或者其它材料能够与我们分享，来帮助我们理解这些矿的地质学信息。

11.　　The team wishes to visit the Pingyi Plant that produces the board.  How does the Pingyi Plant mark their production boards?

代表团希望拜访平邑的石膏板厂。平邑石膏板厂是如何标注他们生产的板的？

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025158

| From: | Guangdong Hardware <gddc@pticom.com> |
|---|---|
| To: | '车刚' <sdth818@163.com> |
| Sent: | 8/17/2009 9:09:02 PM |
| Subject: | |

车经理：

您好！
我们当地报纸刊登了一则关于中国石膏板的新闻，请看附后内容。

甘剑雄

Tainted Chinese drywall imported to Saipan
Feds, CNMI consumer counsel begin probe
By Haidee V. Eugenio
Reporter

Saipan, Guam and American Samoa received 28,778 sheets of imported Chinese drywall in 2006, the U.S. Consumer Product Safety Commission said in a report as it investigates the use of tainted Chinese drywall that has been linked to 810 incident reports since July.

Tainted Chinese drywall has been tied to corrosion of metal components, foil smells and complaints by homeowners of health issues, including headaches, respiratory problems and nosebleeds. Complaints about the tainted product first surfaced in Florida.

CNMI consumer counsel Mike Ernest said the matter is being taken seriously but added that his office is merely beginning its investigation.

"For the time being, consumers who have recently remodeled using drywall imported from China should be aware of and report noxious odors coming from drywall, the corrosion of metal objects in the home, and short-term health effects generally affecting the upper respiratory tract (including throat irritations, scratchy eyes, headaches and other symptoms that tend to clear up after some time in fresh air)," he told Saipan Tribune.

The consumer counsel has also made initial communication with CPSC, and Interior's Office of Insular Affairs, as well as with the CNMI Division of Environmental Quality on the matter, and expects to hear more information in the days ahead.

CPSC, in its August update on the investigation of imported drywall, said it has received approval from the Chinese government for an investigative visit to China beginning Aug. 17. It has asked to visit several sites in China that it believes to be of interest.

The federal agency said it continues to analyze the information it received from consumers, builders, importers, manufacturers and suppliers of drywall to determine how much imported drywall is affected and where that drywall has been installed.

"To date, CPSC staff has confirmed 6,211,200 sheets of Chinese drywall were imported into the U.S., plus 28,778 sheets imported into Guam, Saipan, and American Samoa during 2006. The staff is continuing to verify more shipments," the agency said in its report.

CPSC said it has received 202 more incident reports related to Chinese drywall in July, raising the total to 810 reports.

JIA
EXHIBIT NO. 35
1-10-12
L. GOLKOW

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0019235

It also has reports from two new states, Pennsylvania and South Carolina, bringing the total to 23 states and the District of Columbia. But majority of the reports continue to be from Florida, Louisiana and Virginia.

"The focus of the federal drywall team has remained on both pursuing the scientific bases of this problem through the studies outlined in the July report and tracing the chain of commerce of the drywall," the agency added.

It also said the U.S. Environmental Protection Agency is investigating reports that radioactive phosphogypsum was used in some drywall. It expects those analyses will be completed later this month.

For more information about CPSC's Drywall Information Center, visit http://www.cpsc.gov/info/drywall/index.html.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

中国石膏板缺席判定显示美国司法系统中

有必要追究外国制造商责任

*立法是保证公平竞争、提高产品安全性的必要条件*

华盛顿州——今天，美国地方法院 Eldon Fallon 法官判决，泰山石膏股份有限公司，一家中国的石膏板制造商，对来自使用该公司石膏板的建筑商的假定集体诉讼不予回应执行缺席裁判。

洛杉矶，新奥尔良举行的跨地区司法听证会通过了该裁决，进一步支持了之前这两个州对于外国制造商、建筑供应商以及房屋建筑商的诉讼。审判定于 2010 年 1 月开始进行，预审前每月都将进行会议。

由于泰山石膏板对美国 Mithell 公司——一家阿拉巴马州及佛罗里达州的房屋建筑商——今年夏天送达的控诉不予回应，该公司主张法院判决泰山石膏板败诉。

美国司法协会主席 Anthony Tarricone 说："泰山石膏有限公司销售到美国的产品中获利。目前，该产品被证明存在缺陷，并由此导致了数百万美元的损失、降低了物业的价值、并引起无数健康问题。今天的裁定表明该公司对此置之不理，而希望美国的消费者、房屋建筑商、保险公司为其买单。"

Tarricone 说："《2009 年外国制造商法律责任法案》的通过有重大意义，于是外国制造商在美国与本土制造商将使用统一标准，应用同样的司法体系。"

中国石膏板困扰了全美国的业主，因为石膏板释放的硫酸气体腐蚀了房内的铜线，导致屋内设备无法运作。同时，还导致了严重的呼吸系统疾病，包括严重头痛、流鼻血以及肺部烧灼感。此外，还引起记忆力衰退、疲倦、协调平衡能力及耐力减退问题。

据估算，中国出口到美国的石膏板约 5 亿磅，其中泰山石膏有限公司出口超过 1 千万磅。新闻报道，2007 年夏季，3 艘运输共计 300 万磅建筑材料的泰山船只进入佛罗里达州坦帕港。2006 年及 2007 年，运输石膏板的船只在纽约港口至少停靠了 24 次，运输全少 450 万磅建筑材料。泰山石膏板厂是由中国国有企业控股的。

如今，由于在美国民事司法制度中，判决外国制造商的责任有多重障碍，因此外国制造商能够避开美国司法系统的裁决。

由参议员 Sheldon Whitehouse, Jeff Sessions, 和多数党领袖助理参议员 Dick Durbin 在今年夏季提议的《2009 年外国制造商法律责任法案》，提出以下的要求，更容易让国外制造商按照美国的法庭体系承担相应的责任：

- 要求制造商在业务所在国的至少一个州有代理机构，接受任何民事诉讼和监督。
- 要求公司认可州和联邦的司法权，对国外制造商适用同样的司法标准。

目前，对国外生产商进行起诉时，根据送达标准需要送达到该公司。这通常需要将文件翻译成该公司所在地的母语，找到该公司在国外的地址。



EXHIBIT NO. 36

诉讼涵盖了消费品安全委员会规定的产品，例如儿童玩具、食品及药物管理局规定的产品包括处方药和医疗设备以及环保局下规定的产品，包括杀虫剂。

"当国外产品证明有缺陷时，国外的制造商要对其产品负责" Tarricone 说。"《2009 年外国制造商法律责任法案》会让美国的消费者和商业受益。"

昨天，消费者安全委员会报道检测结果会在 10 月下旬公布，对 50 个家庭室内空气检测的结果会在 11 月份公布。由于众多家庭中使用了该产品，考虑到执行的难度，该机构还没有采取对产品召回的做法。

根据新闻报道，众议院议员、消费者安全委员会成员以及其他参与调查的机构在昨天进行了一次私下会晤。议员对于调查进度的缓慢非常不满，并一同讨论了可能采取的司法途径，包括在全国范围内进行补救，作为对召回方案的替代。

附：英文原文报道：

## CHINESE DRYWALL DEFAULT RULING SHOWS NEED TO HOLD FOREIGN MANUFACTURERS ACCOUNTABLE IN U.S. JUSTICE SYSTEM

### *Legislation is a Necessity to Level Playing Field, Improve Product Safety*

**Washington, DC –** Today, U.S. District Court Judge Eldon Fallon held Taishan Gypsum, a Chinese manufacturer of drywall, in default for failing to respond to a putative class action brought by builders that used the Chinese company's drywall in homes.

The ruling came during a hearing on the multidistrict litigation taking place in New Orleans, LA, where dozens of lawsuits against foreign manufacturers, building suppliers, and homebuilders have been consolidated.   The trial is set to begin in January 2010, with monthly meetings taking place on pre-trial orders.

The Mitchell Co., an Alabama and Florida home builder, had filed a motion asking the court to rule against Taishan Gypsum, because the company had not responded to the lawsuit after the builder was finally able to serve the company in China this summer.

"Taishan Gypsum profited from a product they sold here in the U.S. that has now proven to be defective, costing millions of dollars in damage, decreased property values, and countless health problems.   The ruling today shows the company has turned their back, hoping U.S. consumers, homebuilders, and insurance companies will pick up their tab," said American Association for Justice President Anthony Tarricone.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

TG 0025353

"It is critical we pass the Foreign Manufacturers Legal Accountability Act of 2009, so foreign manufacturers are held to the same standards and justice system as U.S. manufacturers," added Tarricone.

Chinese drywall has been plaguing homeowners throughout the country because of the sulfuric gases the drywall emits that corrodes copper wires in the homes, causing appliances to stop working.   The drywall also causes serious respiratory difficulties, including severe headaches, nosebleeds, and burning in the lining of the lungs.   It has also been linked to poor memory and fatigue and difficulties with coordination, balance, and endurance.

It is estimated as much as 500 million pounds of Chinese drywall has been imported into the U.S., with Taishan Gypsum responsible for more than 10 million pounds.   According to news reports, in summer 2007, three Taishan shipments entered Port Everglades, FL totaling 3 million pounds, and in 2006 and 2007, ships carrying the company's drywall docked at least two dozen times in New York ports, carrying at least 4.5 million pounds of the material. Taishan Gypsum Co is owned by a state-owned entity that is controlled by the Chinese government.

Foreign manufacturers today are able to skirt U.S. laws because of the multiple obstacles in place to hold foreign manufacturers accountable in the U.S. civil justice system.

The Foreign Manufacturers Legal Accountability Act of 2009 (S. 1606), introduced this summer by Senators Sheldon Whitehouse (D-RI), Jeff Sessions (R-AL), and Assistant Senate Majority Leader Dick Durbin (D-IL), will making it easier to hold foreign manufacturers accountable in the U.S. court system by doing several things:

- Requires manufacturers to have an "agent" located in at least one state where the company does business that would accept service of process for any civil and regulatory claims.
- Companies would consent to state and federal jurisdiction, holding foreign manufacturers accountable to those judicial standards. Currently, bringing a case against a foreign manufacturer requires servicing the company in their country, according to their rules of service.

This often requires translating the papers into the language of the native country and tracking down the companies' foreign address, adding time and expense to the legal process.

The legislation covers products regulated by the Consumer Product Safety Commission (CPSC), such as children's toys; the Food and Drug Administration (FDA), including prescription drugs and medical devices; and the Environmental Protection Agency (EPA), like pesticides.

"Foreign manufacturers need to be held accountable and responsible when their products prove defective," said Tarricone.  "The Foreign Manufacturers Legal Accountability Act of 2009 levels the playing-field, benefiting both U.S. consumers and businesses."

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER

Yesterday, the CPSC said the agency's long-awaited test results will be pushed to late October, and the indoor air testing conducted in 50 homes will not be released until November.   The agency has not yet issued a recall on the product, citing difficulties because the product remains in so many homes.

According to news reports, in a private meeting that took place yesterday between members of Congress, the CPSC, and other agencies investigating the matter, members expressed outrage at the pace of the drywall investigation, and discussed possible legislative actions, including a possible nationwide remediation program as an alternative to a recall.

CONFIDENTIAL — SUBJECT TO
PROTECTIVE ORDER