Confidential - Subject to Further Confidentiality Review

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
                                § MDL NO. 2047
IN RE:                          §
CHINESE-                        § SECTION: L
MANUFACTURED                    §
DRYWALL PRODUCTS                § JUDGE FALLON
LIABILITY                       §
LITIGATION                      § MAGISTRATE
_____           § JUDGE WILKINSON

- - -

CROSS NOTICED IN VARIOUS OTHER ACTIONS

- - -

April 6, 2011

- - -

CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW
- - -
        Videotaped deposition of JIANCHUN
ZHANG, held at 3 Pedder Street, Central,
Hong Kong, China, commencing at 9:12
a.m., on the above date, before Linda L.
Golkow, Certified Court Reporter,
Registered Diplomate Reporter, Certified
Realtime Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
ph 877.370.3377 | fax 917.591.5672
deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 2

```
 1   APPEARANCES:
 2
 3

         COLSON HICKS EIDSON
 4       BY:  PATRICK S. MONTOYA, ESQUIRE
         255 Alhambra Circle
 5       Penthouse
         Coral Gables, Florida 33134
 6       (305) 476-7400
         patrick@colson.com
 7       Representing Plaintiffs' Steering
         Committee in the Federal and State
 8       Coordinated Actions
 9
10
         SEEGER WEISS LLP
11       BY:  CHRISTOPHER A. SEEGER, ESQUIRE
         BY:  JEFFREY S. GRAND, ESQUIRE
12       One William Street
         New York, New York 10004
13       (212) 584-0700
         cseeger@seegerweiss.com
14       jgrand@seegerweiss.com
         Representing the Plaintiffs' Steering
15       Committee
16
17
         LAW OFFICES OF RICHARD SERPE, P.C.
18       BY:  RICHARD J. SERPE, ESQUIRE
         580 East  Main Street
19       Suite 310
         Norfolk, Virginia 23510
20       (757) 233-0009
         rserpe@serpefirm.com
21       Representing the MDL Plaintiffs and
         the Germano Plaintiffs
22
23              -  -  -
24
```

Confidential - Subject to Further Confidentiality Review

Page 3

```
 1
     APPEARANCES (CONTINUED):
 2
 3
         HOGAN LOVELLS US LLP
 4       BY:  ERIC D. STATMAN, ESQUIRE
         BY:  RENEE GARCIA, ESQUIRE
 5       875 Third Avenue
         New York, New York 10022
 6       (212) 918-3000
         Renee.garcia@hoganlovells.com
 7       eric.statman@hoganlovells.com
         Representing Taishan Gypsum Co.
 8       Ltd. and Tai'an Taishan
         Plasterboard Company Ltd. and the
 9       Witness, Jianchun Zhang
10
11       HOGAN LOVELLS INTERNATIONAL LLP
         BY:  EUGENE CHEN, ESQUIRE
12       18th Floor, Park Place
         1601 Nanjing Road West
13       Shanghai, China 200040
         (86 21) 6122 3800
14       eugene.chen@hoganlovells.com
         Representing Taishan Gypsum Co.
15       Ltd. and Tai'an Taishan
         Plasterboard Company Ltd. and the
16       Witness, Jianchun Zhang
17
18       HOGAN LOVELLS INTERNATIONAL LLP
         BY:  STACY YUAN, ESQUIRE
19       31st Floor - Tower 3
         China Central Place
20       Beijing, China 100025
         (86 10) 6582 9488
21       stacy.yuan@hoganlovells.com
         Representing Taishan Gypsum Co.
22       Ltd. and Tai'an Taishan
         Plasterboard Company Ltd. and the
23       Witness, Jianchun Zhang
24
```

Confidential - Subject to Further Confidentiality Review

Page 4

```
 1
 2    APPEARANCES (CONTINUED):
 3
 4

      GREENBERG TRAURIG, LLP
 5    BY:  HILARIE BASS, ESQUIRE
      1221 Brickell Avenue
 6    Miami, Florida 33131
      (305) 579-0745
 7    bassh@gtlaw.com
      Representing the Home Builders
 8    Steering Committee
 9
10    GALLOWAY JOHNSON TOMPKINS BURR and
      SMITH
11    BY:  CARLINA C. EISELEN, ESQUIRE
      One Shell Square
12    701 Poydras Street, 40th Floor
      New Orleans, Louisiana 70139
13    (504) 525-6802
      ceiselen@gjtbs.com
14    Representing Interior/Exterior
      Building Supply
15
16

      PERKINS COIE LLP
17    BY:  DAVID L. BLACK, ESQUIRE
           CRAIG M.J. ALLELY, ESQUIRE
18    1899 Wynkoop Street - Suite 700
      Denver, Colorado 80202
19    (303) 291-2300
      DBlack@perkinscoie.com
20    Representing the State of Louisiana
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 5

```
 1
 2    APPEARANCES (CONTINUED):
 3
 4        WEINBERG, WHEELER, HUDGINS, GUNN &
          DIAL, LLC
 5        BY:  NICHOLAS P. PANAYOTOPOULOS, ESQ.
          3344 Peachtree Road, NE
 6        Suite 2400
          Atlanta, Georgia 30326
 7        (404) 876-2700
          npanayo@wwhgd.com
 8        Representing Various Banner
          Defendants
 9
10
          BRENNE, EVANS & MILLMAN, P.C.
11        BY:   THEODORE I. BRENNER, ESQUIRE
          411 East Franklin Street
12        Suite 200
          Richmond, Virginia 23218
13        (804) 644-1300
          Representing Tobin Trading Company
14
15
          McKENRY, DANCIGERS, DAWSON &
16        LAKE, P.C.
          BY:  J. BRIAN SLAUGHTER, ESQUIRE
17        192 Ballard Court
          Suite 400
18        Virginia Beach, Virginia 23462
          (757) 461-2500
19        Jbslaughter@va-law.org
          Representing Atlantic Homes LLC and
20        Multiple Other Virginia-Based
          Defendants
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 6

```
 1
 2    APPEARANCES (CONTINUED):
 3
 4       SHER GARNER CAHILL RICHTER KLEIN &
         HILBERT, L.L.C.
 5       BY:  MATTHEW C. CLARK, ESQUIRE
         909 Poydras Street
 6       Suite 2800
         New Orleans, Louisiana 70112
 7       (504) 299-2100
         mclark@shergarner.com
 8       Representing the Southern Home
         Defendants
 9
10
         SINNOTT, NUCKOLS & LOGAN, PC
11       BY:  KENNETH F. HARDT, ESQUIRE
         13811 Village Mill Drive
12       Midlothian, Virginia 23114
         (804) 378-7600
13       khardt@snllaw.com
         Representing Venture Supply, Inc. and
14       Porter-Blaine Corp.
15
16
17
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES VIA TELEPHONE:
 2
 3       KUCHLER POLK SCHELL WEINER &
         RICHESON LLC
 4       BY:  FRANCIS X. deBLANC, III,
         1615 Poydras Street
 5       Suite 1300
         New Orleans, Louisiana 70112
 6       (504) 592-0691
         slauricella@kuchlerpolk.com
 7       Representing Creola Ace Hardware and
         Thomas Gould Inc. in the MDL
 8
 9
         HUNTON & WILLIAMS LLP
10       BY:  A. TODD BROWN, ESQUIRE
         Bank of America Plaza
11       101 South Tryon Street
         Suite 3500
12       Charlotte, North Carolina  28280
         (704) 378-4700
13       Representing Stock Building Supply,
         LLC
14
15
         JONES, WALKER, WAECHTER, POITEVENT,
16       CARRERE & DENEGRE LLP
         BY:  MEGAN E. DONOHUE, ESQUIRE
17       600 Jefferson Street, Suite 1600
         Lafayette, Louisiana 70501
18       (337) 262-9062
         mdonohue@joneswalker.com
19       Representing Fireman's Fund Insurance
         Company
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES VIA TELEPHONE (CONTINUED):
 2
 3       DUPLASS ZWAIN BOURGEOIS PFISTER &
         WEINSTOCK
 4       BY:  PHILIP WATSON, ESQUIRE
         3838 N. Causeway Boulevard
 5       Suite 2900
         Metairie, Louisiana 70002
 6       (504) 832-3700
         pwatson@duplass.com
 7       Representing R&H Masonry, Inc., and
         Swedberg Enterprises, Inc.
 8
 9
         RUMBERGER, KIRK & CALDWELL, P.A.
10       BY:  ABIGAIL ROBERTS, ESQUIRE
         Brickell Bayview Centre
11       Suite 3000
         80 Southwest 8th Street
12       Miami, Florida 33130
         (305) 358-5577
13       aroberts@rumberger.com
         Representing Defendants' Liaison
14       Counsel for  Installers
15
16       PHELPS DUNBAR LLP
         BY:  MITCHELL P. HASENKAMPF, ESQUIRE
17       Canal Place
         365 Canal Street, Suite 2000
18       New Orleans, Louisiana 70130-6534
         (504) 584-9249
19       mitchell.hasenkampf@phelps.com
         Representing State Farm
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 9

 1   APPEARANCES VIA TELEPHONE (CONTINUED):

 2

 3       FULMER LEROY ALBEE BAUMANN
         BY:  MICHAEL MCCAHILL, ESQUIRE
 4       2866 East Oakland Park Boulevard
         Ft. Lauderdale, Florida 33306
 5       (954) 707-4430
         mosscandace@fulmerleroy.com
 6       Representing Independent Builders
         Supply Association (IBSA)
 7

 8

         THOMPSON COE COUSINS & IRONS, L.L.P.
 9       BY:  SUZANNE M. PATRICK, ESQUIRE
         One Riverway, Suite 1600
10       Houston, Texas 77056
         (713) 403-8210
11       spatrick@thompsoncoe.com
         Representing The North River
12       Insurance Company

13

14

15

16

17

18

19

20

21

22

23

24

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES VIA STREAM:
 2
 3        BECNEL LAW FIRM, L.L.C.
          BY:  ROBERT BECNEL, ESQUIRE
 4        106 W. 7th Street
          Reserve, Louisiana 70084
 5        (985) 536-1186
          robbecnel@aol.com
 6        Representing the Plaintiffs'
          Steering Committee
 7
 8
          QUINN EMANUEL URQUHART & SULLIVAN,
 9        LLP
          BY: CLINTON DOCKERY,  ESQUIRE
10        51 Madison Avenue, 22nd Floor
          New York, New York 10010
11        (212) 849-7000
          clintondockery@quinnemanuel.com
12        Representing Chartis Select Insurance
          Company and Related Chartis Insurers
13
14
          JONES, WALKER, WAECHTER, POITEVENT,
15        CARRERE & DENEGRE LLP
          BY:  MEGAN E. DONOHUE, ESQUIRE
16        600 Jefferson Street, Suite 1600
          Lafayette, Louisiana 70501
17        (337) 262-9062
          mdonohue@joneswalker.com
18        Representing Fireman's Fund Insurance
          Company
19
20
          HAYNSWORTH SINKLER BOYD, P.A.
21        BY:  CHRISTOPHER B. MAJOR, ESQUIRE
          75 Beattie Place - 11th Floor
22        Greenville, South Carolina 29601
          (864) 240-3200
23        cmajor@hsblawfirm.com
          Representing USG Corporation and L&W
24        Supply Corporation
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES VIA STREAM (CONTINUED):
 2
 3       TAYLOR WALKER, P.C.
         BY:  CHRISTOPHER J. WIEMKEN, ESQUIRE
 4       555 E. Main Street
         Suite 1300
 5       Norfolk, Virginia 23510
         (757) 625-7300
 6       Cwiemken@taylorwalkerlaw.com
 7
 8
 9
         DEUTSCH, KERRIGAN & STILES
10       BY:  MELISSA M. SWABACKER, ESQUIRE
         755 Magazine St.
11       New Orleans, Louisiana  70130
         (504) 581-5141
12       mswabacker@dkslaw.com
         Representing Landmark American
13       Insurance Company
14
15       KUCHLER POLK SCHELL WEINER &
         RICHESON LLC
16       BY:  SOPHIA L. LAURICELLA, ESQUIRE
         1615 Poydras Street
17       Suite 1300
         New Orleans, Louisiana 70112
18       (504) 592-0691
         slauricella@kuchlerpolk.com
19       Representing Creola Ace Hardware and
         Thomas Gould Inc. in the MDL
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 12

```
 1   APPEARANCES (CONTINUED):

 2

 3   ALSO PRESENT:

 4

 5   Stephanie Chin, Official Interpreter
     (Interpreter 1)

 6

 7   Una Wong, Check Interpreter
     (Interpreter 2)

 8

 9

10                   -  -  -

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1                       -  -  -
 2                    I N D E X
 3                       -  -  -
 4
 5     Testimony of:  JIANCHUN ZHANG
 6      By Mr. Montoya                    17
        By Mr. Panayotopoulos            174
 7
 8                       -  -  -
 9                 E X H I B I T S
10                       -  -  -
11
       NO.                DESCRIPTION     PAGE
12
       Jianchun-13  Handwritten Note in   56
13                  Chinese
14     Jianchun-14  Handwritten note in   74
                    Chinese
15
       Jianchun-15  Handwritten note in  103
16                  Chinese
17     Jianchun-16  Handwritten note in  131
                    Chinese
18
       Jianchun-17  Document in Chinese, 163
19                  Bates stamped TG
                    0020116 and TG
20                  0020117, and English
                    Translation,
21                  Reconciliation
                    Agreement, October
22                  3, 2008
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    -  -  -
 2          DEPOSITION SUPPORT INDEX
 3                    -  -  -
 4

     Direction to Witness Not to Answer
 5
                    Page Line
 6
 7
 8
 9

     Request for Production of Documents
10
                    Page Line
11
12
13
14
                  Stipulations
15
                    Page Line
16
17
18
19
20              Question Marked
21                  Page Line
22                   35    24
                     59    18
23                   60    7
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    -  -  -
 2              THE VIDEOTAPE TECHNICIAN:
 3         We are now going on the record.
 4         The date today is April 6, 2011.
 5         The time now is approximately
 6         9:12 a.m.
 7              This is the videotape
 8         deposition of Mr. Zhang Jianchun
 9         taken in reference to the Chinese
10         Manufactured Drywall Products
11         Liability Litigation.
12              The deposition today is
13         being held in Hong Kong.
14              My name is Melissa Bardwell,
15         videographer, representing Golkow
16         Technologies, and the court
17         reporter today is Linda Golkow.
18              Would the court reporter now
19         please swear in the witness.
20              MR. STATMAN:  Excuse me.
21         Before you do that, can I just
22         mention, I'd like to ask you to
23         affirm the witness rather than to
24         swear him, if you don't mind.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. SEEGER:  Excuse me?
 2         What's the difference?
 3              MR. STATMAN:  I'm asking
 4         that she not ask him to swear an
 5         oath before God.  I'm asking that
 6         she affirm that he tell the truth.
 7              MR. PANAYOTOPOULOS:  No
 8         objection from us.
 9              MR. MONTOYA:  Excuse me?
10              MR. PANAYOTOPOULOS:  No
11         objection.
12                   -  -  -
13              (STEPHANIE CHIN, OFFICIAL
14         INTERPRETER, INTERPRETER 1, was
15         sworn to interpret Chinese into
16         English and English into Chinese.)
17                   -  -  -
18              JIANCHUN ZHANG, after having
19         been affirmed through the
20         interpreter, was examined and
21         testified as follows:
22                   -  -  -
23              (UNA WONG, CHECK
24         INTERPRETER, INTERPRETER 2, was
```

Confidential - Subject to Further Confidentiality Review

```
 1          sworn to interpret Chinese into

 2          English and English into Chinese.)

 3                    -  -  -

 4               EXAMINATION

 5                    -  -  -

 6   BY MR. MONTOYA:

 7          Q.    Tell us your name, please,

 8   sir.

 9               MR. STATMAN:  Just before we

10          get started, I want to reserve our

11          right to review and to correct the

12          transcript at a later date.

13   BY MR. MONTOYA:

14          Q.    Please tell us your name,

15   sir.

16          A.    Zhang Jianchun.

17          Q.    Who is your current

18   employer?

19          A.    TG.

20          Q.    Sir, today, to make this

21   process go faster, I'm going to ask you

22   to take a look at Exhibit 2.  And I'm

23   going to read the English that says

24   Shandong Taihe Dongxin Company Limited.
```

1    Do you see that?

2              MR. STATMAN:  Objection.  I

3         just want to clarify that you are

4         only asking him to look at the

5         front page?

6              MR. MONTOYA:  That's

7         correct.

8              MR. STATMAN:  Okay.

9         Can you read that?

10             THE WITNESS:  I see that.

11   BY MR. MONTOYA:

12        Q.    And this is Exhibit 2 from

13   yesterday's deposition of Mr. Jia.  And,

14   sir, my question for you, is, do you

15   understand that the company Shandong

16   Taihe Dongxin Company Limited is now

17   known as Taishan Gypsum or TG?

18        A.    I know.

19        Q.    So, for the purposes of

20   today, I will be referring to Taishan

21   Gypsum as TG.  Is that okay with you?

22        A.    Yes.

23        Q.    And are you familiar with

24   the company known as Tai'an Taishan

Confidential - Subject to Further Confidentiality Review

```
 1   Plasterboard Company Limited?

 2           A.    I'm familiar.

 3           Q.    We will refer to that

 4   company today as TTP.

 5                 MR. CHEN:  Objection.  Just

 6           for clarification to the

 7           interpreter, the Chinese name does

 8           not have --

 9                 INTERPRETER 1:  They have it

10           here.

11                 MR. CHEN:  For TTP, there is

12           no Guifen.

13                 INTERPRETER 1:  I got it

14           from the glossary.

15                 MR. CHEN:  Right.  And I

16           told you yesterday that that was a

17           mistake.

18                 INTERPRETER 1:  Okay,

19           because I -- okay.

20   BY MR. MONTOYA:

21           Q.    Is that okay with you, sir?

22           A.    Fine.

23                 INTERPRETER 1:  Thank you.

24   BY MR. MONTOYA:
```

Confidential - Subject to Further Confidentiality Review

1          Q.     You currently work for which

2    company?

3          A.     I am now the secretary of

4    the board of directors for TG.  I am also

5    the secretary for the board of directors

6    of TTP.

7          Q.     How long have you been the

8    secretary of the board of directors for

9    TG?

10          A.     After the year 2002, I

11    became the secretary of the board of

12    directors of TG.

13          Q.     And you hold that position,

14    that same position today, correct?

15          A.     Yes.

16          Q.     Do you have any other job

17    titles at TG?

18          A.     No.

19          Q.     Have you had in the past any

20    other job titles at TG from 2002 until

21    today?

22          A.     I have always been in this

23    position.  I did not have others.

24          Q.     What are your job

Confidential - Subject to Further Confidentiality Review

1   responsibilities at TG as secretary of

2   the board of directors?

3                INTERPRETER 1:  The

4           interpreter asked the witness to

5           pause once in a while.

6                THE WITNESS:  As the

7           secretary of the board of

8           directors of TG, I drafted

9           documents for the board of

10          directors.  I organize and make

11          preparations for the meetings for

12          the board of directors and the

13          shareholders.  At the same time,

14          I'm helping with the directors of

15          the board of directors to run the

16          daily business.

17               INTERPRETER 2:  The check

18          interpreter believed that it

19          should be the chairman of the

20          board to -- to assist the chairman

21          of the board to manage the

22          everyday operation of the

23          business.

24               INTERPRETER 1:  It was

Confidential - Subject to Further Confidentiality Review

```
 1          wrong.  That's wrong by the check

 2          interpreter.  He was saying dong

 3          shi ju, he did not say dong shi

 4          zhang.  Dong shi zhang is the

 5          chairman of the board of

 6          directors, but dong shi is the

 7          director.  So, directors.

 8               MR. CHEN:  We disagree, but

 9          you may wish to clarify.

10     BY MR. MONTOYA:

11          Q.    Have you finished your

12     answer, sir?

13          A.    That's the chairman of the

14     board of directors.

15          Q.    Who is the chairman of the

16     board of directors?

17          A.    Mr. Jia Tongchun.

18          Q.    Do you report directly to

19     Mr. Jia?

20          A.    Yes.

21          Q.    How long have you been

22     secretary of the board of directors for

23     TTP?

24          A.    I acted as the secretary of
```

Confidential - Subject to Further Confidentiality Review

1    the board of directors for TTP after mid

2    August of 2010.

3         Q.    Did you hold any other

4    positions at TTP before August of 2010?

5         A.    No.

6         Q.    Did you have any

7    responsibilities at TTP before August of

8    2010?

9              INTERPRETER 1:  TTP?

10              MR. MONTOYA:  Correct.

11              MR. STATMAN:  Objection,

12         vague and ambiguous.

13    BY MR. MONTOYA:

14         Q.    You can answer, sir.

15         A.    I don't understand.  What do

16    you mean by "responsibilities"?

17         Q.    Did you do any work for TTP

18    before August of 2010?

19         A.    No.

20         Q.    Did you have any

21    communications or interactions with

22    anybody at TTP before August of 2010?

23              MR. STATMAN:  Objection,

24         time frame.

Confidential - Subject to Further Confidentiality Review

1   BY MR. MONTOYA:

2          Q.    You can answer, sir.

3                MR. MONTOYA:  I said before

4          August 2010.

5                THE WITNESS:  We did not

6          have any communication.

7   BY MR. MONTOYA:

8          Q.    How are you able to testify

9   about TTP's activities before 2010?

10         A.    As the secretary of the

11  board of directors of TG also -- as the

12  secretary of the board of directors of

13  TG, I have understanding of TG and of its

14  subsidiaries regarding its operations,

15  organizations and structure.

16         Q.    How do you have that

17  knowledge?

18                MR. STATMAN:  Objection,

19         asked and answered.

20                But you can go ahead and

21         answer.

22                THE WITNESS:  I did answer

23         earlier.

24  BY MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    Sir, do you have any --
 2                Do you do any daily
 3    activities for TTP?
 4                MR. STATMAN:  Objection,
 5          time frame.
 6                THE WITNESS:  What time
 7          frame are you referring to?
 8    BY MR. MONTOYA:
 9          Q.    Sir, how much English do you
10    understand?
11          A.    I don't understand English.
12          Q.    Do you understand your
13    counsel sitting next to you when he
14    speaks English?
15          A.    He speak English.
16          Q.    Yes.
17                Do you understand your
18    counsel when he speaks to you in English?
19          A.    I don't understand.
20          Q.    Can you read any English?
21          A.    I cannot read it.
22          Q.    It seems that she has not
23    been able to finish her interpretation
24    and you're answering the questions.  It
```

Confidential - Subject to Further Confidentiality Review

 1   seems like you understand my English.

 2              MR. STATMAN:  Objection.

 3         That's --

 4              THE WITNESS:  No.

 5              MR. STATMAN:  I object to

 6         the form.

 7              You can answer.

 8              Mr. Montoya --

 9              THE WITNESS:  No.  I just

10         want to have a clear understanding

11         of the question earlier for

12         myself.

13              MR. STATMAN:  Are you

14         instructing him to wait until the

15         translator finishes her

16         translation before he answers?

17              MR. MONTOYA:  I am not

18         instructing your witness to do

19         anything.

20              MR. STATMAN:  Do you

21         understand Chinese?

22              MR. MONTOYA:  I'm not

23         answering your questions today.

24              MS. BASS:  He noted an

Confidential - Subject to Further Confidentiality Review

1          objection for the record.  Let's

2          move on.

3                MR. MONTOYA:  I just want to

4          know if he's able to speak

5          English.  That's why I'm asking,

6          and that's all I've asked.

7                MR. STATMAN:  You indicated

8          that he was answering before she

9          finished her translation, and I

10         was wondering where that came

11         from.

12               MR. MONTOYA:  Because he had

13         done so.

14    BY MR. MONTOYA:

15         Q.   Sir, do you conduct any

16    business in English?

17         A.   No.

18         Q.   Who at TTP reports to you

19    since you have been secretary of the

20    board of directors at TTP?

21         A.   Not who report to me.

22         Q.   Here's what I'm trying to

23    understand.  How you are able to testify

24    about the activities of TTP?  Where do

Confidential - Subject to Further Confidentiality Review

1    you get your information from about TTP?

2            A.    I get it from the office of

3    TTP.

4            Q.    Who at the office of TTP?

5                  MR. STATMAN:  Objection to

6            form.

7                  INTERPRETER 2:  The check

8            interpreter believes that the

9            interpreter did not interpret

10           every word.

11                 INTERPRETER 1:  Which word?

12           I said, who at the office of TTP.

13           I did exactly translate it.

14                 INTERPRETER 2:  No.  She

15           said that when --

16                 MR. MONTOYA:  Please --

17                 INTERPRETER 2:  From whom

18           that you get the information, but

19           not from whom at the office.

20                 INTERPRETER 1:  But that's

21           the question being stated.

22                 MR. MONTOYA:  Please ask the

23           question again as it's framed.

24                 INTERPRETER 1:  I did

Confidential - Subject to Further Confidentiality Review

Page 29

```
 1          translate exactly, but I will

 2          repeat.

 3               MR. MONTOYA:  Thank you.

 4               (Interpreter repeats

 5          question.)

 6               THE WITNESS:  Zhang Min.

 7     BY MR. MONTOYA:

 8          Q.    Could you write the name for

 9     us, please, sir.

10          A.    (Witness complies.)

11          Q.    What's the name of the

12     person?

13          A.    Zhang Min.

14          Q.    Is that a male or a female?

15          A.    Female.

16          Q.    Okay.  Would it be Ms.

17     Zhang, would that be the correct

18     pronunciation?  I just want to make sure

19     I'm identifying Ms. Zhang correctly.

20     What is Ms. Zhang's position at TTP?

21          A.    You can call her Ms. Zhang.

22          Q.    Thank you.

23               What is Ms. Zhang's position

24     at TTP?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.    She is now responsible for

 2    the financial duties at TTP.

 3          Q.    Is the only person you talk

 4    to at TTP to gain your information of TTP

 5    Ms. Zhang?

 6                MR. STATMAN:  Objection to

 7          form.

 8                But you can answer.

 9                THE WITNESS:  There is

10          another person.

11    BY MR. MONTOYA:

12          Q.    Who?

13          A.    Meng Fan Long.

14          Q.    Mao Fan Long.

15          A.    Meng.

16          Q.    Meng.

17                Is that a male or a female?

18          A.    Male.

19          Q.    Okay.

20                So, Mr. Meng; is that

21    correct?

22          A.    You can say that.

23          Q.    Okay.  Thank you.

24                What is Mr. Meng's position
```

Confidential - Subject to Further Confidentiality Review

1    at TTP?

2         A.    He is the assistant of Ms.

3    Zhang.

4         Q.    Regarding the finances of

5    TTP?

6         A.    Now TTP has stopped

7    production.  It has stopped operation.

8         Q.    TTP has stopped its

9    production and operation in 2008?

10        A.    Yes.

11        Q.    After 2008, what business,

12   if any, has TTP done?

13        A.    No business.

14        Q.    Did you --

15              Have you spoken to anybody

16   else besides the two people you've

17   mentioned before regarding the activities

18   of TTP for the information you are

19   designated to testify about today?

20        A.    What time frame are you

21   talking about?

22        Q.    I'm talking about for the

23   information that you're here to testify

24   about today.

Confidential - Subject to Further Confidentiality Review

 1          A.     We did talk.

 2          Q.     The only people you've

 3    spoken to to get the information that

 4    you're here to testify about today

 5    regarding TTP were the two individuals

 6    you identified before?

 7                 MR. STATMAN:  Objection,

 8          mischaracterizes his testimony.

 9    BY MR. MONTOYA:

10          Q.     You can answer, sir.

11          A.     I did talk to other people.

12          Q.     What people?

13          A.     Mr. Peng Wenlong.

14          Q.     Who else?

15          A.     I can't recall.

16          Q.     Who else?

17          A.     Peng Wenlong's name.

18          Q.     Anybody else?

19          A.     I don't recall.

20          Q.     Is Mr. Peng an employee of

21    TTP?

22          A.     What time frame?

23          Q.     Has he ever been an employee

24    of TTP?

Confidential - Subject to Further Confidentiality Review

1          A.     Yes.

2          Q.     When?

3          A.     Between the year 2006 and

4     2007.

5          Q.     Do you know where Mr. Peng

6     was employed before 2006?

7          A.     He was at TG.

8          Q.     While Mr. Peng was an

9     employee of TG, was he also an employee

10    of TTP?

11              MR. STATMAN:  Objection to

12         form.

13    BY MR. MONTOYA:

14         Q.     You may answer, sir.

15              MR. STATMAN:  Form.

16              MR. CHEN:  I'm just going to

17         ask the interpreter not to -- to

18         just translate what he says.

19              INTERPRETER 1:  I need to

20         clarify.  Sometimes I want to make

21         sure --

22              MR. MONTOYA:  If you need to

23         clarify, simply ask if you may

24         clarify, and then we will say yes

Confidential - Subject to Further Confidentiality Review

1          or no, and then you can do so --

2               INTERPRETER 1:  No problem.

3               MR. MONTOYA:  -- no problem.

4               INTERPRETER 1:  Because when

5          I feel that I may not hear

6          clearly, I just want to make sure

7          that I hear clearly.  That's what

8          I was doing.

9               MR. MONTOYA:  That's okay.

10              INTERPRETER 1:  I am asking

11         him to repeat because I got

12         interrupted.

13              THE WITNESS:  According to

14         my understanding.

15              MR. STATMAN:  Can I ask the

16         interpreter to speak up, because

17         it's not a private conversation

18         between you and the witness.

19              MR. MONTOYA:  We're not

20         going to understand it anyway, but

21         go ahead.

22              INTERPRETER 1:  Yeah.

23              THE WITNESS:  According to

24         my understanding, Mr. Peng

Confidential - Subject to Further Confidentiality Review

1           Wenlong, he was an employee of TTP

2           between 2006 to 2007.

3    BY MR. MONTOYA:

4           Q.    At the same time he was an

5    employee of TTP, was he also employed by

6    TG?

7           A.    No.

8           Q.    Do you know if Mr. Peng at

9    any time has worked for both TTP and TG?

10          MR. STATMAN:  Objection.  I

11          want to clarify.  You are asking

12          him based on his own personal

13          knowledge?

14          MR. MONTOYA:  He's the only

15          person here.

16   BY MR. MONTOYA:

17          Q.    Go ahead.

18          A.    I don't know.

19          MR. STATMAN:  Excuse me.

20          Ms. Interpreter, could you please

21          translate what I said?  It's part

22          of the record.

23   BY MR. MONTOYA:

24          Q.    Sir --

Confidential - Subject to Further Confidentiality Review

1              Sir, is it your testimony

2    that Mr. Peng only worked for TTP in 2006

3    and 2007 and not TG?

4              MR. STATMAN:  This time I'm

5         going to object as it's outside

6         the scope of his designation.  So,

7         if he's testifying, he's

8         testifying based on his personal

9         knowledge.

10             MR. SEEGER:  He's a

11        representative of the company.

12             MR. STATMAN:  Look at the

13        designations.

14   BY MR. MONTOYA:

15        Q.    You can answer the question,

16   sir.

17        A.    I have forgotten about what

18   you asked earlier.

19        Q.    I understand.

20             MR. MONTOYA:  Mr. Statman,

21        I'm going to ask you to --

22             MR. SEEGER:  I'm sorry, I've

23        just got to respond to this

24        objection.

Confidential - Subject to Further Confidentiality Review

1           MR. MONTOYA:  That's what I

2      was going to do.

3           MR. SEEGER:  It is

4      problematic.  You know, saying

5      that he's here to testify on his

6      personal knowledge, I don't think

7      you have read the designations if

8      you are saying that.  He's here to

9      testify on the company's position

10     on a bunch of topics.  This topic

11     is clearly dealing with topic 8 in

12     the designations.  You will see

13     that it is clearly a topic he's

14     designated for.

15          MR. STATMAN:  No.

16          MR. SEEGER:  I'm not going

17     to fight with you.  We'll record

18     our position.  We'll mark it for a

19     ruling.  But he's here to give the

20     company's position on the

21     topics --

22          MR. STATMAN:  Mark it for a

23     ruling.

24          MR. MONTOYA:  -- but he's

Confidential - Subject to Further Confidentiality Review

1        here to give the company position

2        on these topics.

3             MR. STATMAN:  Mark it for a

4        ruling.

5             MR. MONTOYA:  His answer was

6        that Peng was an employee of TTP.

7        He's here to talk about TTP and

8        its employees.  If that's outside

9        the scope, then I don't know what

10       we're doing here today.

11            MR. STATMAN:  He's here to

12       talk about the topics which he's

13       been designated, and if he's asked

14       questions beyond the scope of the

15       designations, he can testify as to

16       his personal knowledge.

17            MS. BASS:  Well, let me just

18       mark for the record that category

19       number 8 for which this witness

20       has been designated to testify

21       states the following:  "Employees

22       of Tai'an Taishan Plasterboard

23       Company Limited and the Taishan

24       entities in the United States and

Confidential - Subject to Further Confidentiality Review

```
 1          the job-related duties during the
 2          relevant time period."
 3               I don't know anything more
 4          relevant than the line of
 5          questioning --
 6               MR. STATMAN:  My
 7          understanding --
 8               MS. BASS:  -- that's
 9          currently being --
10               MR. STATMAN:  My
11          understanding of the designation
12          is that it includes -- it's meant
13          to be TTP and Taishan entities in
14          the United States.  If I'm wrong
15          about that interpretation, the
16          judge will decide that, but he's
17          answering the question.
18               MS. BASS:  Fine.  Let's mark
19          it for the record.  We'll have the
20          judge decide.  And to the extent
21          you prevent him from answering,
22          we'll all be back here at your
23          expense.  That's fine.
24               MR. STATMAN:  Continue --
```

Confidential - Subject to Further Confidentiality Review

1           MR. GRAND:  Just to be clear

2      for the record, we're also going

3      to note that he should testify

4      under employees of TTP and Taishan

5      entities, corporate structure and

6      management of TTP and related

7      entities --

8           MR. STATMAN:  I'm sorry,

9      where is the -- which one is --

10          MR. MONTOYA:  Number 5.

11          MR. STATMAN:  -- employees

12     of TTP in the -- and the first one

13     you mentioned?

14          MR. GRAND:  Number 5.

15          MR. STATMAN:  Corporate

16     structure.

17          MR. GRAND:  Number 8.

18          MR. STATMAN:  Number 8 we

19     discussed.

20          MR. GRAND:  And, frankly,

21     Number 18, in light of the

22     documents that you produced two

23     days ago for these depositions,

24     which include -- it was for TTP to

Confidential - Subject to Further Confidentiality Review

1          sell the Taishan brand.

2                    MR. STATMAN:  And you are

3          asking him about employment

4          status?

5                    MR. GRAND:  Right.  Of

6          employees who sold the Taishan

7          brand.

8                    MR. STATMAN:  Right.  I have

9          my objection on the record.  He

10         can answer.

11                   MS. BASS:  Good.

12    BY MR. MONTOYA:

13         Q.   Sir, so while Mr. Peng was

14    employed by TTP from 2006 until 2007, was

15    he paid by TG?

16                   MR. STATMAN:  Same

17         objection.

18                   THE WITNESS:  No.

19    BY MR. MONTOYA:

20         Q.   How do you know that?

21                   INTERPRETER 2:  The check

22         interpreter believes the

23         interpreter did not interpret the

24         objection.

Confidential - Subject to Further Confidentiality Review

```
 1                MR. MONTOYA:  He's already

 2          answered the question.

 3   BY MR. MONTOYA:

 4          Q.    How do you know that, sir?

 5          A.    Employees of TTP, they are

 6   all paid by TTP.

 7          Q.    Did you review the financial

 8   records of TTP to prepare for your

 9   deposition today?

10          A.    I did not look at the

11   records.

12          Q.    Sir, you testified that you

13   joined TTP in 2010, correct?

14          A.    I was the secretary of the

15   board of directors of TTP.  In August of

16   2010, I was hired.

17          Q.    Before August of 2010, you

18   did not have a role at TTP; is that

19   correct?

20                MR. STATMAN:  Objection to

21          form.

22                INTERPRETER 2:  The check

23          interpreter --

24                THE WITNESS:  I don't know
```

Confidential - Subject to Further Confidentiality Review

1          what kind -- what is the content

2          when you're referring to the

3          interaction.

4                    INTERPRETER 2:  The check

5          interpreter doesn't believe -- I

6          believe that the interpreter did

7          not correctly interpret the

8          witness's testimony.  And the

9          witness stated, I do not

10         understand what you mean by the

11         role that you are talking about.

12         What does it include?

13                   INTERPRETER 1:  Objection.

14         That was wrong.  The witness did

15         not say the role.  He wrote it

16         down as to what interaction.  Jiao

17         she, not the role.

18                   MR. CHEN:  I will note for

19         the record that the original term

20         that the interpreter used when she

21         was translating your question,

22         "role," was that same term.  So,

23         she's translated it back is a

24         different word.

Confidential - Subject to Further Confidentiality Review

Page 44

1                     INTERPRETER 2:  Also, the

2          check interpreter --

3                     MR. MONTOYA:  I would like

4          to proceed.

5                     INTERPRETER 1:  Disagree.

6                     MR. MONTOYA:  Thank you.

7     BY MR. MONTOYA:

8          Q.    How long have Ms. Zhang and

9     Mr. Meng been employed by TTP?

10          A.    The two of them, until now,

11     they have always been the employees of

12     TTP.

13          Q.    Starting on what dates?

14          A.    Since the establishment of

15     TTP.

16          Q.    In what year?

17          A.    The year 2006.

18          Q.    Are you aware of Mr. Peng's

19     sales activities regarding the United

20     States?

21                     MR. STATMAN:  Objection to

22          form, vague and ambiguous and

23          assumes facts not in evidence.

24                     You can answer.

Confidential - Subject to Further Confidentiality Review

Page 45

1                THE WITNESS:  I did not know

2        about.

3   BY MR. MONTOYA:

4        Q.    Do you know about any of the

5   sales activities of TTP regarding the

6   United States?

7                MR. CHEN:  Objection to the

8        translation.  The way that the

9        interpreter is translating it is,

10        do you know about any of the sales

11        of TTP in the United States.

12                INTERPRETER 1:  Sales

13        activities, I did translate

14        activities.

15                MR. CHEN:  Right.  And you

16        are saying in the United States,

17        as opposed to sales activities

18        regarding the United States.

19                INTERPRETER 1:  That is what

20        is stated on the script, regarding

21        the United States.

22                MR. MONTOYA:  All right.

23        That's the translation.

24   BY MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

1          Q.     Go ahead, you may answer.

2                 MR. STATMAN:  Objection to

3          form, vague and ambiguous and

4          assumes facts not in evidence.

5                 You can answer.

6                 THE WITNESS:  Can you repeat

7          the earlier question?

8    BY MR. MONTOYA:

9          Q.     Did you ever --

10                Have you ever talked to Mr.

11   Peng about any sales in the United

12   States?

13                MR. STATMAN:  Objection to

14         the form, vague and ambiguous.

15                You can answer.

16                THE WITNESS:  I did not talk

17         to Mr. Peng regarding the sales in

18         the United States.

19   BY MR. MONTOYA:

20         Q.     Have you talked to anybody

21   at TTP regarding any sales of TTP's

22   products in the United States?

23                MR. STATMAN:  Objection,

24         assumes facts not in evidence.

Confidential - Subject to Further Confidentiality Review

 1                    You can answer.

 2                    THE WITNESS:  I cannot

 3           respond to any questions that that

 4           is an assumption.

 5                    MS. BASS:  Can you repeat

 6           that, please?

 7                    MR. MONTOYA:  Could you

 8           repeat that for her, please?

 9                        -  -  -

10                    (Whereupon, the requested

11           portion of the transcript was read

12           by the court reporter as follows:

13           "A.   I cannot respond to

14           any questions that that is an

15           assumption.")

16                        -  -  -

17  BY MR. MONTOYA:

18           Q.   Sir, do you have any

19  knowledge regarding any drywall product

20  that was made by TTP being sold to the

21  United States?

22                    MR. STATMAN:  Objection to

23           form.

24                    You can answer.

Confidential - Subject to Further Confidentiality Review

Page 48

```
 1              MR. CHEN:  Can the
 2         interpreter please translate the
 3         objection?
 4              MR. SEEGER:  I need to -- as
 5         a matter of protocol, Joe at times
 6         wanted his objections translated,
 7         and at times he didn't.  So, let's
 8         have a policy so we keep this
 9         moving.  Either she'll translate
10         them all or none.  Or do you want
11         to just say she won't interpret
12         any unless you want her to?
13              MR. STATMAN:  I would like
14         her to interpret all.
15              MR. SEEGER:  She's not doing
16         anything wrong.  That's what
17         happened yesterday.
18              MR. STATMAN:  I understand.
19         I understand.  He doesn't
20         understand any English whatsoever.
21         I would like the objection
22         interpreted.
23              MR. SEEGER:  Did Mr. Jai
24         understand any English?
```

Confidential - Subject to Further Confidentiality Review

1              MR. STATMAN:  I have no

2         idea.

3              INTERPRETER 1:  I was going

4         to interpret the objection, and I

5         don't want Eugene to jump into my

6         interpretation beforehand.  He's

7         making an assumption that I am not

8         going to --

9              MR. SEEGER:  That's fair.

10        Let her finish her interpretation

11        before anybody says anything.

12             INTERPRETER 1:  I prefer

13        just the check interpreter to

14        bring this up.

15             MR. PANAYOTOPOULOS:

16        Actually, I would like to raise an

17        objection as well.  There's been

18        two people check interpreting

19        today.  Can we get an agreement

20        that it is going to be only one

21        person, I don't care who it is,

22        that raises the objections, like

23        we did yesterday?

24             MR. CHEN:  Well, actually,

Confidential - Subject to Further Confidentiality Review

1          yesterday one person always spoke

2          up.  It was either myself or the

3          check interpreter.  We were

4          comfortable with that process

5          yesterday.

6               MR. SEEGER:  Today you both

7          have spoken at the same time.  So,

8          can we just have one, whatever it

9          is.  If you want to alternate,

10         that's fine, just one person.

11              MR. CHEN:  That's fine.

12              MR. MONTOYA:  What I would

13         like to have you do is read back

14         my question, read Mr. Statman's

15         objection so he can answer.

16                   -  -  -

17              (Whereupon, the requested

18         portion of the transcript was read

19         by the court reporter as follows:

20              "Q.  Sir, do you have any

21         knowledge regarding any drywall

22         product that was made by TTP being

23         sold to the United States?")

24                   -  -  -

Confidential - Subject to Further Confidentiality Review

```
 1              (Interpreter repeats the
 2         question.)
 3              MR. STATMAN:  Then I
 4         objected to form.
 5              MR. MONTOYA:  Translate his
 6         objection, please.
 7              THE WITNESS:  Can you make
 8         that question more clear?
 9  BY MR. MONTOYA:
10         Q.   Sir, do you know anything
11  about TTP's sales of drywall to the
12  United States?
13              MR. STATMAN:  Objection to
14         the form.
15              THE WITNESS:  According to
16         my knowledge, TTP did not sell
17         products to the United States.
18  BY MR. MONTOYA:
19         Q.   Do you have any knowledge
20  regarding TTP's sales of drywall to
21  customers in the United States?
22              INTERPRETER 1:  Customers in
23         the United States?
24              MR. MONTOYA:  Correct.
```

Confidential - Subject to Further Confidentiality Review

1                    THE WITNESS:  Before the

2          year 2009?

3    BY MR. MONTOYA:

4          Q.    I believe I said between

5    2002 to --

6          A.    Before 2009, I did not know.

7                    MR. MONTOYA:  Is his answer

8          complete?

9                    THE WITNESS:  Before 2009, I

10         did not know.

11   BY MR. MONTOYA:

12         Q.    Meaning you didn't know

13   there were sales of drywall to the United

14   States until 2009?

15                   MR. STATMAN:  Objection.

16         Mischaracterizes his testimony,

17         and it's vague and ambiguous.

18   BY MR. MONTOYA:

19         Q.    You can answer, sir.

20         A.    I don't know.

21         Q.    Okay.  My question was, do

22   you have any knowledge regarding TTP's

23   sales of drywall to customers in the

24   United States, and I will say between

Confidential - Subject to Further Confidentiality Review

```
 1   2005 and 2008?
 2                MR. STATMAN:  Objection to
 3           form.
 4                You can answer if you can
 5           answer.
 6                THE WITNESS:  TTP was not
 7           established yet in the year 2005.
 8   BY MR. MONTOYA:
 9        Q.   So, from the time TTP was
10   established until 2008, do you have any
11   knowledge regarding sales of drywall to
12   customers in the United States?
13                MR. STATMAN:  Objection to
14           form.
15                But you can answer.
16                THE WITNESS:  At that time,
17           I did not know there were this
18           type of behavior occurred.
19   BY MR. MONTOYA:
20        Q.   Sir, what has your role been
21   at TTP -- what have you done -- strike
22   that.
23                What have you done for TTP
24   since 2008 since TTP stopped doing
```

Confidential - Subject to Further Confidentiality Review

 1   business?

 2          A.    I became the secretary of

 3   the board of directors of TTP in mid

 4   August 2008.

 5              MR. CHEN:  2010.

 6              THE WITNESS:  After mid

 7          August of 2010.

 8   BY MR. MONTOYA:

 9          Q.    But what do you do for a

10   company that no longer does business as

11   the secretary of the board of directors?

12              MR. STATMAN:  Objection to

13          form.

14   BY MR. MONTOYA:

15          Q.    You can answer, sir.

16          A.    Now they need a spokesperson

17   on behalf of TTP, therefore, the board of

18   directors of TTP, they selected me.

19          Q.    Are there currently any

20   employees of TTP?

21          A.    I did answer earlier.

22          Q.    And what was that answer?

23          A.    Zhang Min and Meng Fan Long.

24          Q.    Are those two people

Confidential - Subject to Further Confidentiality Review

 1   currently employees of TTP?

 2          A.     I insist on answer that I

 3   provided earlier.

 4          Q.     As a courtesy, sir, I would

 5   ask you to answer my question.

 6                 Are those two people

 7   currently employees of TTP?

 8          A.     Yes.

 9          Q.     Are they also currently

10   employees of TG?

11          A.     No.

12          Q.     Who pays them for their work

13   at TTP?

14          A.     TTP pay them.

15          Q.     To do what for a company

16   that is no longer doing business?

17                 MR. STATMAN:  Objection to

18          form.

19                 You can answer.

20   BY MR. MONTOYA:

21          Q.     You can answer.

22                 MR. CHEN:  The objection

23          needs to be translated.

24                 MR. STATMAN:  Can you please

Confidential - Subject to Further Confidentiality Review

```
 1            translate my objection?

 2                 THE WITNESS:  When you talk

 3            about "them," are you referring to

 4            these two person or TTP?

 5    BY MR. MONTOYA:

 6            Q.    I'm referring to --

 7                 MR. MONTOYA:  Let's mark

 8            this as an exhibit.

 9                      -  -  -

10                 (Whereupon, Deposition

11            Exhibit Jianchun-13, Handwritten

12            Note in Chinese, was marked for

13            identification.)

14                      -  -  -

15    BY MR. MONTOYA:

16            Q.    Sir, we're going to mark

17    this as Exhibit 13 so it is easier to

18    refer to.

19                 MR. MONTOYA:  Translate

20            that.

21    BY MR. MONTOYA:

22            Q.    The people listed on Exhibit

23    13 were the two individuals that you

24    identified that worked at TTP, correct?
```

Confidential - Subject to Further Confidentiality Review

1          MR. STATMAN:  Objection to

2     form.

3  BY MR. MONTOYA:

4          Q.    You can answer, sir.

5          A.    Yes, these two, they work

6  for TTP.

7          Q.    What are their daily

8  responsibilities for TTP?

9          A.    TTP has already stopped

10  production and operation, but this

11  company continue to exist.  It still has

12  some assets.  It's still got some

13  business and some left over accounts that

14  requires handling.  Therefore, these two

15  people, meaning they still have to work

16  for TTP and for the matters that happen.

17          Q.    What are the assets that you

18  referred to?

19          A.    It still has some factories

20  and equipment.

21          Q.    Is TTP currently producing

22  any product at all?

23          A.    No.

24          Q.    Sir, I'm going to show you

Confidential - Subject to Further Confidentiality Review

1    what's been marked as Exhibit 12 from

2    yesterday's deposition of Mr. Jia.  And

3    I'm showing you the Chinese language

4    version.  Have you seen this document

5    before?

6              MR. STATMAN:  Are you asking

7         about the entire document or the

8         front page?

9              MR. MONTOYA:  I'm asking

10        about the document, and I'll

11        narrow my question, and I'm

12        referring to the first page of the

13        Chinese translation in Exhibit 12.

14             THE WITNESS:  I need to take

15        time to read this document.

16   BY MR. MONTOYA:

17        Q.    Take a moment.

18        A.    (Reviewing document.)

19             MR. MONTOYA:  Eric, I'm

20        going to stop him, because I don't

21        want to waste any further time

22        here.

23   BY MR. MONTOYA:

24        Q.    Go ahead, sir.

Confidential - Subject to Further Confidentiality Review

1          A.     Only to read this one page?

2          Q.     My question was, have you

3     seen this document before?

4          A.     No.

5          Q.     So, I'm going to ask you to

6     take a second look at Exhibit 12.  Is

7     that your signature?  I'm referring to

8     the Chinese interpretation of the

9     manufacturer profile form, the last page.

10         A.     It is not my signature.

11         Q.     Do you know whose signature

12    it is?

13         A.     Song Qinghai.

14         Q.     Is Mr. Qinghai qualified to

15    talk about the production of TTP drywall

16    and what was exported to the United

17    States?

18              MR. STATMAN:  Objection to

19         the form.  Assumes a fact not in

20         evidence, but you can answer.

21              MR. PANAYOTOPOULOS:  I'm

22         going to object to the speaking

23         objections.  I would appreciate it

24         if counsel would simply state an

Confidential - Subject to Further Confidentiality Review

Page 60

1         objection to the form, and if any

2         of the rest of counsel asks for a

3         clarification, then make that

4         clarification.  But, otherwise, I

5         would appreciate it if objections

6         are limited as to form.

7              MR. STATMAN:  I'll object as

8         I see proper.  Thank you.

9              MR. PANAYOTOPOULOS:  Will

10        you mark that, please.

11             I think you are going to

12        have to read back the question.

13             MR. MONTOYA:  Yeah.

14   BY MR. MONTOYA:

15        Q.   Sir, is Mr. Qinghai

16   qualified to talk about the export of TTP

17   drywall to the United States?

18             MR. STATMAN:  Same

19        objection.

20   BY MR. MONTOYA:

21        Q.   Sir, what was Mr. Qinghai's

22   job at TTP?

23        A.   Manager of production.

24        Q.   How long was he the manager

Confidential - Subject to Further Confidentiality Review

1    of production?

2              A.     Between 2006 to 2007.

3              Q.     Does he work in the sales

4    office of TTP?

5                     MR. STATMAN:  Objection to

6              form.  Assumes a fact not in

7              evidence.

8    BY MR. MONTOYA:

9              Q.     You can answer, sir.

10             A.     I did not know the situation

11   at that time.

12             Q.     Do you know if Mr. Qinghai

13   ever worked in sales at TTP?

14             A.     I don't know.

15             Q.     Do you know where Mr.

16   Qinghai is today?

17             A.     I know.

18             Q.     Where?

19             A.     He work for a company in

20   China for the province -- in the province

21   of Anhui, A-N-H-U-I, one word.

22             Q.     What's the name of the

23   company?

24             A.     It is called --

Confidential - Subject to Further Confidentiality Review

Page 62

1          MR. STATMAN:  Can we take a

2     break in about ten minutes?

3          MR. MONTOYA:  Just a moment.

4     Let me finish this line.

5          THE WITNESS:  It is called

6     Taishan Gypsum Co. (Tongling)

7     Company Limited.

8  BY MR. MONTOYA:

9     Q.    Is that company a subsidiary

10  of TG?

11    A.    Yes.

12    Q.    Did you talk with him to

13  prepare for your testimony today?

14    A.    I did not talk to him.

15          MR. MONTOYA:  Let's take a

16     break, sir.

17          THE VIDEOTAPE TECHNICIAN:

18     The time now is approximately

19     10:21 a.m., and we are now off the

20     record.

21                -  -  -

22          (Whereupon, a recess was

23     taken from 10:21 a.m. until

24     10:35 a.m.)

Confidential - Subject to Further Confidentiality Review

```
 1                        -  -  -
 2                THE VIDEOTAPE TECHNICIAN:
 3            This begins Tape 2 of today's
 4            deposition.  The time now is
 5            approximately 10:35 a.m., and
 6            we're back on the record.
 7   BY MR. MONTOYA:
 8            Q.    Sir, from 2006 until 2011,
 9   did TTP produce or create an annual
10   report?
11            A.    Mr. Attorney, before I
12   answer your question, can I bring up a
13   request?
14            Q.    I would like you to answer
15   my question first, and then after, you
16   can make your request.
17            A.    Would you mind to repeat
18   that question earlier?
19            Q.    From 2006 until 2011, did
20   TTP create an annual report regarding its
21   business?
22            A.    Between 2006 to 2007, it did
23   create.
24            Q.    Have you reviewed those
```

Confidential - Subject to Further Confidentiality Review

Page 64

1    reports?

2            A.    I did not review.

3            Q.    Are they available to you?

4            A.    Can you repeat the question?

5            Q.    Could you get the 2006 and

6    2007 reports?

7            A.    I can.

8            Q.    Why were there no annual

9    reports between 2008 until 2011?

10           A.    Because TTP has already

11   stopped production and operation.

12           Q.    But I understood from your

13   testimony before that TTP was still doing

14   business today.

15                 MR. STATMAN:  Objection to

16           form.

17   BY MR. MONTOYA:

18           Q.    You may answer.

19           A.    TTP now is no longer doing

20   business.

21           Q.    And it has employees but

22   does not create annual reports; is that

23   correct?

24           A.    I did not see.

Confidential - Subject to Further Confidentiality Review

Page 65

1          Q.    Do you know if an annual

2    report was created from 2008 until today?

3          A.    Let me recall.  The year '06

4    to the year '09, continue to do it.

5    Between the year 2006 and 2009, it

6    continue to do it.

7          Q.    So, is there an annual

8    report in 2008 and 2009 for TTP?

9               MR. STATMAN:  Object to

10         form.

11              You can answer.

12              THE WITNESS:  Yes.

13   BY MR. MONTOYA:

14         Q.    So, is it your testimony

15   that there are annual reports from TTP

16   from 2006 until 2009 that you have not

17   reviewed?

18              MR. STATMAN:  Objection to

19         form.  I'm sorry.  Objection to

20         form.

21              You may answer.

22              THE WITNESS:  I did not

23         review it.

24   BY MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

1          Q.    Does TTP currently have an

2    income for its operations?

3          A.    No income.

4          Q.    How does it pay its

5    employees?

6          A.    The salary of these two

7    employees of TTP now is paid on behalf of

8    them by TG.

9              MR. MONTOYA:  Did he finish

10         his answer?

11             THE WITNESS:  Not yet.

12             MR. CHEN:  Actually, hold

13         on.

14             MR. MONTOYA:  And let me

15         stop you for a second.  We've got

16         objections being made by your

17         lawyer, who is also acting as an

18         interpreter.  I would prefer to

19         have the objections to the

20         interpretation made by the

21         interpreter, because she's been

22         sworn in.  It's nothing against

23         you at all.

24             INTERPRETER 2:  The check

Confidential - Subject to Further Confidentiality Review

1          interpreter believes the witness

2          said it is now TG, that these two

3          employees' salary is being paid by

4          TG, but advancing by TG.

5               INTERPRETER 1:  I don't

6          understand what is advancing.  He

7          was saying they are to pay on

8          behalf.  That is exact word.

9               MR. MONTOYA:  Okay.  Ask him

10         to finish his answer, please.

11              THE WITNESS:  Earlier I

12         wanted to make a request, and you

13         did not allow me.  Now I want to

14         bring this up.

15    BY MR. MONTOYA:

16         Q.    Please do so.

17         A.    I pause -- due to the reason

18    of the interpretation, I pause once in a

19    while for the interpreters to interpret,

20    and then I want to give a complete

21    answer.  When I paused, I did not mean

22    that I had completed my answer.  I want,

23    Mr. Attorney, you allow me to complete my

24    answer before you bring up the next

Confidential - Subject to Further Confidentiality Review

Page 68

1    question, therefore, I can complete my

2    answer.

3           Q.    In the future, if I cut you

4    off or stop you from talking early,

5    please let me know.

6           A.    Yes.

7           Q.    And if you let me know when

8    you finish your answer, that would help

9    us.

10          A.    Thank you very much for your

11    request.

12                INTERPRETER 1:  And the

13                interpreter would like to ask, to

14                request that the witness don't do

15                the body language, otherwise, it

16                will be difficult for me to

17                interpret.  I want everything to

18                be verbal instead of using --

19                MR. MONTOYA:  That's okay.

20                You don't need to interpret the

21                body language.

22                MR. STATMAN:  I don't want

23                her instructing him about body

24                language.  He's answered every

Confidential - Subject to Further Confidentiality Review

Page 69

1          question verbally.

2                    MR. MONTOYA:  No, I was

3          talking to her.

4     BY MR. MONTOYA:

5          Q.    Does TTP -- strike that.

6                    Did TTP have sales records

7     from 2006 until 2011?

8          A.    Between the year 2006 and

9     2007, there were sales records.

10         Q.    Have you finished?

11         A.    Yes, finished.

12         Q.    Did you review the sales

13    records for 2006 and 2007?

14         A.    I did not hear clearly the

15    question.

16         Q.    Did you review the sales

17    records of TTP from 2006 until 2007?

18         A.    No.

19         Q.    Did you review any sales

20    records, contracts or invoices regarding

21    drywall from TTP to the United States?

22                    MR. STATMAN:  Objection as

23          to form.  Assumes a fact not in

24          evidence.

Confidential - Subject to Further Confidentiality Review

Page 70

1   BY MR. MONTOYA:

2          Q.    You can answer, sir.

3          A.    I did not see any invoice or

4   record.

5          Q.    Do you know --

6                When did you first become

7   aware of any sales of drywall from TTP to

8   customers in the United States?

9                MR. STATMAN:  Objection as

10         to form.

11  BY MR. MONTOYA:

12         Q.    You may answer.

13         A.    The first time, are you

14  referring to I, myself?

15         Q.    Yes, sir.

16         A.    I did not discover that.

17         Q.    When have you --

18               When did you first become

19  aware that any drywall from TTP ended up

20  in the United States?

21               MR. STATMAN:  Again,

22         objection as to form.

23  BY MR. MONTOYA:

24         Q.    You can answer.

Confidential - Subject to Further Confidentiality Review

1          A.    I did not discover the

2    drywall of TTP ended up in the United

3    States.

4          Q.    As we sit here talking

5    today, do you have any knowledge

6    regarding TTP drywall being in the United

7    States?

8              MR. STATMAN:  I'm going to

9          object to this as outside the

10         scope, and if he has personal

11         knowledge, he can testify about

12         it.  That being said -- I'm sorry.

13         With that objection in mind, I

14         also object to the form of the

15         question.

16    BY MR. MONTOYA:

17         Q.    You can answer.

18         A.    Would you mind repeating

19    your earlier question?

20         Q.    Yes, sir.

21              I just want to know what

22    knowledge you have regarding TTP's

23    drywall that it manufactured being

24    present in the United States?

Confidential - Subject to Further Confidentiality Review

1           MR. STATMAN:  Again, I

2       repeat my objections as to the

3       scope and as to form.

4   BY MR. MONTOYA:

5       Q.    You can answer, sir.

6       A.    I did not know whether our

7   drywall really has a presence in the

8   United States or not.  But in February of

9   2010, TTP receive an allegation.

10          INTERPRETER 2:  The check

11      interpreter believes the witness

12      said in 2010, February, TTP

13      received litigation, not

14      allegation.

15          INTERPRETER 1:  It's the

16      same.

17  BY MR. MONTOYA:

18      Q.    Sir, are you able to list,

19  to provide us a list of names of

20  employees at TTP from 2006 until 2008 and

21  their positions and job responsibilities?

22          MR. STATMAN:  Object to the

23      scope.

24          But you can answer.

Confidential - Subject to Further Confidentiality Review

1          MR. MONTOYA:  It's number 5.

2    BY MR. MONTOYA:

3          Q.    You can proceed, sir.  You

4    can answer.

5          A.    TTP has already stopped

6    production and operation.  I don't know

7    whether they have kept the list of the

8    names of the employees.

9          Q.    As you sit here today, you

10   cannot give us a list of names of

11   employees and their positions at TTP from

12   2006 until 2008; is that correct?

13          MR. STATMAN:  Objection to

14       form and as to scope.

15          You can answer.

16          THE WITNESS:  Now I am

17       unable to provide.  I don't know

18       now whether these names exist or

19       not.

20   BY MR. MONTOYA:

21          Q.    Can you provide us a list

22   and the names of the officers and

23   directors of TTP from 2006 until 2008?

24          A.    I can provide a list of the

Confidential - Subject to Further Confidentiality Review

1    names of the directors of TTP.

2            Q.    Please give us a listing of

3    the names and the positions of those

4    directors from 2006 until 2008.

5                  INTERPRETER 2:  The check

6            interpreter believes the witness

7            said, I can produce the list of

8            names of the directors.

9                  MR. STATMAN:  The record

10           just said can't.

11                 INTERPRETER 1:  She hasn't

12           finished yet.  She jumps in too

13           early.

14                 MR. MONTOYA:  Okay.  It's

15           okay.

16   BY MR. MONTOYA:

17           Q.    Sir, can you write us a list

18   of the directors and officers of TTP from

19   2006 until 2008, please, and we'll mark

20   it as Exhibit 14.

21                     -  -  -

22                 (Whereupon, Deposition

23           Exhibit Jianchun-14, Handwritten

24           note in Chinese, was marked for

Confidential - Subject to Further Confidentiality Review

1              identification.)

2                   -  -  -

3              MR. STATMAN:  Again, just

4         objection.  I want to clarify.  He

5         said directors, that he could do a

6         list of the directors.  I'm sorry,

7         he said he would do a list of the

8         directors.

9              MR. MONTOYA:  Let's clear it

10        up then.

11   BY MR. MONTOYA:

12        Q.   Sir, can you provide us a

13   list of the officers and directors of TTP

14   from 2006 until 2008?

15              INTERPRETER 2:  The check

16        interpreter believes that

17        officers -- the interpreter

18        interpreted officers into just as

19        staff in the office, but it should

20        be the management, senior

21        management of the office.

22              INTERPRETER 1:  Objection.

23        As an interpreter, we don't try to

24        digest and figure out what is the

Confidential - Subject to Further Confidentiality Review

```
 1          meaning of it.
 2    BY MR. MONTOYA:
 3          Q.    Sir, please write down the
 4    list to the best of your ability on
 5    Exhibit 14.
 6                MR. STATMAN:  The list of
 7          what?
 8                MR. MONTOYA:  The list of
 9          officers and directors.
10                MR. STATMAN:  Again, I
11          object as to form, but do your
12          best.
13    BY MR. MONTOYA:
14          Q.    Sir, we've now asked you to
15    write a list of the officers and
16    directors of TTP from 2006 until 2008.
17    If you could please write them down on
18    Exhibit 14.
19                MR. STATMAN:  Can we take a
20          second?  Apparently the problem is
21          she's asking for all office staff.
22                MR. MONTOYA:  Well, she's
23          the official interpreter, and her
24          interpretation goes.  So, that's
```

Confidential - Subject to Further Confidentiality Review

1              where we are right now.

2                    If you could please

3              translate the last question.

4                    And perhaps it would satisfy

5              you if we said managers and

6              directors instead and translated

7              that.

8                    MR. STATMAN:  I believe that

9              would work.

10                    INTERPRETER 1:  The word

11              "officers," there are many ways of

12              interpreting.

13                    MR. MONTOYA:  That's okay.

14              I'm going to ask the question.

15                    INTERPRETER 1:  Right.

16  BY MR. MONTOYA:

17              Q.    Sir, we've asked you to

18  write down a list of the managers and

19  directors of TTP from 2006 until 2008.

20  Could you please write that down on

21  Exhibit 14?

22              A.    Yes.

23              Q.    There's a pen right over

24  there.  If you could list them starting

Confidential - Subject to Further Confidentiality Review

1    with the number 1 and list their name and

2    their title.  And if you need to put the

3    year down, or the years, please also do

4    so.

5           A.    I don't understand.  What do

6    you mean by the year?

7           Q.    The years that the people

8    that you are writing down either served

9    as a manager and/or director.

10          A.    Yes.

11          Q.    Sir, is that a complete list

12   of managers and directors of TTP from

13   2006 until 2008?

14          A.    Yes.

15          Q.    Do you know if there are any

16   titles that you listed that are missing

17   from this list?

18          A.    Okay.  The titles they have

19   at TTP are these ones.

20          Q.    So, that's a complete

21   listing of all the managers and directors

22   from 2006 until 2008 at TTP?

23          A.    Yes.

24          Q.    Could you read the names --

Confidential - Subject to Further Confidentiality Review

```
 1                Could you read for us what
 2     you wrote on Exhibit 14, please?
 3          A.    Yes.
 4          Q.    Please do so.
 5          A.    Peng Shiliang, chairman of
 6     the board, general manager.  Wang FenQin,
 7     director.  Fu Tingwen, director.
 8                MR. MONTOYA:  I would ask
 9          the interpreter to please write to
10          the best of her ability the names
11          and the titles in English, please.
12                INTERPRETER 1:  Counsel, can
13          I ask the witness if he knows the
14          English that he help me?
15     BY MR. MONTOYA:
16          Q.    Sir, do you know the English
17     translations of any of those names that
18     you've listed on Exhibit 14?
19          A.    I don't know.
20                MR. MONTOYA:  If the
21          interpreter can please do it to
22          the best of her ability.
23                INTERPRETER 1:  Okay.  I'll
24          try my best.
```

Confidential - Subject to Further Confidentiality Review

```
 1              (Handing over document.)

 2              MR. MONTOYA:  Thank you.

 3   BY MR. MONTOYA:

 4        Q.    Sir, are any of the people

 5   listed on Exhibit 14 officers or

 6   directors of TG?  Or officers or

 7   managers, excuse me.  Let me reask the

 8   question, and you can object.

 9              Are any of the people on the

10   list on Exhibit 14 officers or managers

11   of TG?

12              INTERPRETER 1:  Counsel,

13         would you mind to help me to

14         replace the word -- what's

15         officer, because it is very

16         difficult to translate the word

17         "officers" clearly.

18              MR. MONTOYA:  That's fine.

19         Let me rephrase the question.

20   BY MR. MONTOYA:

21        Q.    Are any of the people on the

22   list in Exhibit 14, were they ever

23   managers or directors of TG?

24        A.    No.
```

Confidential - Subject to Further Confidentiality Review

1          Q.     Were any of the people on

2     the list in Exhibit 14 managers or

3     directors of Beijing New Building

4     Materials Company?

5          A.     No.

6          Q.     Are any of the people on the

7     list on Exhibit 14 managers or directors

8     of Chinese National Building Materials

9     Company?

10         A.     No.

11         Q.     Were any of the people that

12    are listed on Exhibit 14 managers or

13    directors of any other Taishan

14    subsidiary?

15              MR. STATMAN:  Objection as

16         to form with regard to time frame.

17              You can answer.

18    BY MR. MONTOYA:

19         Q.     You can answer.

20         A.     I don't recall.

21         Q.     Who were the shareholders of

22    TTP from 2006 until 2008?

23         A.     TG is the shareholder.

24         Q.     From 2006 until today?

Confidential - Subject to Further Confidentiality Review

1          A.    Yes.

2          Q.    Have there been any changes

3     in the shareholders of TTP after 2008

4     when TTP stopped its operations?

5          A.    No.

6          Q.    Do you have any knowledge

7     regarding any employees of TTP doing work

8     in the United States?

9               MR. STATMAN:  Objection as

10          to form.  Assumes a fact not in

11          evidence.

12    BY MR. MONTOYA:

13         Q.    You can answer, sir.

14         A.    I want to ask, is it TG or

15    TTP?

16         Q.    TTP.

17         A.    No.

18         Q.    Did you have --

19               Who would you ask to find

20    out if there were any employees of TTP

21    that did work in the United States?

22         A.    According to my knowledge,

23    there were no employees of TTP worked in

24    the United States.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    Sir, you were never in
 2    charge of any hiring of employees at TTP,
 3    correct?
 4          A.    Yes.
 5          Q.    You did hiring for TTP?
 6          A.    No.
 7          Q.    Do you have any knowledge of
 8    any employees of TG working in the United
 9    States?
10                MR. STATMAN:  Objection as
11                to form, and it's outside the
12                scope, but if he has personal
13                knowledge, he can answer.
14                THE WITNESS:  According to
15                my knowledge, TG also don't have
16                any employee working in the United
17                States.
18    BY MR. MONTOYA:
19          Q.    Have you ever reviewed any
20    documents regarding any business done by
21    TTP relating to the United States?
22                MR. STATMAN:  Are you
23                finished?  I'm sorry.
24                INTERPRETER 1:  Yes.
```

Confidential - Subject to Further Confidentiality Review

1           MR. STATMAN:  Objection to

2      the form, vague and ambiguous.

3  BY MR. MONTOYA:

4      Q.    You may answer.

5      A.    Mr. Attorney, would you mind

6  to say it more clearly?

7      Q.    Sir, have you ever reviewed

8  any documents regarding any business done

9  by TTP regarding sales of drywall to the

10  United States?

11          MR. STATMAN:  Objection as

12      to form.

13          But you can answer.

14          THE WITNESS:  I have never

15      seen such a document.

16  BY MR. MONTOYA:

17      Q.    Have you ever asked for any

18  such documents?

19          MR. STATMAN:  Same

20      objection.

21  BY MR. MONTOYA:

22      Q.    You can answer.

23      A.    No.

24      Q.    Would those documents be

Confidential - Subject to Further Confidentiality Review

```
 1    important for you to review?
 2                   MR. STATMAN:  Objection as
 3           to form.
 4    BY MR. MONTOYA:
 5           Q.    You can answer.
 6           A.    I don't know whether this
 7    document exists or not.
 8           Q.    Because you haven't asked
 9    for them; is that right?
10                   MR. STATMAN:  Objection as
11           to form.
12                   If you can answer.
13                   THE WITNESS:  Mr. Attorney,
14           I don't understand the meaning of
15           this question.
16    BY MR. MONTOYA:
17           Q.    You have not requested from
18    anyone at TTP or TG any documents
19    regarding the sales of drywall to the
20    United States; isn't that true?
21                   MR. STATMAN:  Objection as
22           to form.  Among other things, it's
23           compound.
24    BY MR. MONTOYA:
```

Confidential - Subject to Further Confidentiality Review

1          Q.     You may answer, sir.

2          A.     You are confusing me.

3          Q.     You understand the word

4     "compound," apparently.

5               You didn't ask any of the

6     existing employees at TTP for any

7     documents relating to any sales of

8     drywall to the United States from TTP?

9               MR. STATMAN:  Objection as

10         to form.

11              You can answer.

12    BY MR. MONTOYA:

13         Q.     Please answer, sir.

14         A.     Well, what do you mean?

15    What are you asking?

16         Q.     I'm asking if you requested

17    from the employees at TTP, the people

18    that you listed in the earlier exhibit,

19    did you ask them for any documents about

20    sales of drywall by TTP to the United

21    States?

22              MR. STATMAN:  Objection as

23         to form.

24    BY MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

1          Q.    You may answer, sir.

2          A.    I did not ask.

3                MR. STATMAN:  Just so the

4          record indicates, he was pointing

5          to the names on Exhibit 14.

6    BY MR. MONTOYA:

7          Q.    Sir, did you ask anybody

8    listed in Exhibit 13 about sales of

9    drywall by TTP to the United States?

10               MR. STATMAN:  Objection as

11         to form.

12               You can answer.

13   BY MR. MONTOYA:

14         Q.    You can answer, sir.

15         A.    Before this, I did not ask.

16   But after we received the litigation, in

17   the process, during the process, I did

18   ask Mr. Peng Wenlong whether this

19   happened or not.

20         Q.    I appreciate your answer,

21   but did you ask -- the answer --

22               My question was, did you ask

23   any of the people listed on Exhibit 13

24   for documents relating to sales of

Confidential - Subject to Further Confidentiality Review

Page 88

1    drywall by TTP to the United States?

2                MR. STATMAN:  Objection.

3           And I just want to point out that

4           Mr. Peng -- I'm told that Mr.

5           Peng's name is on that list.

6                MR. MONTOYA:  That was my

7           question.  Please don't interfere

8           with my questioning.

9                THE WITNESS:  I want to ask,

10          Mr. Attorney, are you asking have

11          I ever have any interaction with

12          these people, or have I obtained

13          any document from these people,

14          these people who are listed on the

15          Exhibit 13?

16   BY MR. MONTOYA:

17          Q.    Yes.

18                MR. STATMAN:  I want to

19          instruct the witness not to be

20          asking the attorney questions

21          unless something is unclear.

22          Okay?  Just answer his questions.

23   BY MR. MONTOYA:

24          Q.    And I'd like to tell the

Confidential - Subject to Further Confidentiality Review

Page 89

1  witness that it's perfectly okay for him

2  to clarify with me my questions.

3           A.    I am not sure whether your

4  question is referring to obtaining of the

5  document or that I consulted these

6  people.

7           Q.    Let's talk about obtaining

8  the documents first.

9                 Did you obtain any documents

10  from Mr. Peng?

11          A.    No.

12          Q.    You never obtained any

13  documents from anybody regarding sales of

14  drywall from TTP to the United States,

15  correct?

16                MR. STATMAN:  Objection as

17          to form.

18                If you can answer.

19                THE WITNESS:  TTP did not

20          sell directly the plasterboard to

21          the United States.  I also did not

22          see such documents.

23  BY MR. MONTOYA:

24          Q.    Did you consult with Mr.

Confidential - Subject to Further Confidentiality Review

Page 90

1    Peng regarding sales of drywall to the

2    United States by TTP?

3                MR. STATMAN:  Objection as

4          to form.

5    BY MR. MONTOYA:

6          Q.    You can answer, sir.

7          A.    I did ask -- I did consult

8    Mr. Peng Wenlong.

9          Q.    Tell me about your

10   conversations with Mr. Peng.

11         A.    I haven't finished it yet.

12               After the litigation, I did

13   have an exchange with Mr. Peng Wenlong.

14   I asked him what happened to the drywall.

15   He told me that some of the customers

16   that were said to come from the United

17   States, they purchase the drywall in

18   China.  They said it could possibly ship

19   to the United States.  I don't know

20   concretely what happened.

21         Q.    Does it surprise you to know

22   that millions of tons of TTP's drywall

23   are now in the United States?

24               MR. STATMAN:  Objection to

Confidential - Subject to Further Confidentiality Review

```
 1          form.
 2     BY MR. MONTOYA:
 3          Q.    You may answer, sir.
 4          A.    I don't know whether that is
 5     a fact or not.
 6          Q.    Would it surprise you if it
 7     were true?
 8               MR. STATMAN:  Objection to
 9          form.
10               THE WITNESS:  I cannot give
11          out my opinions to speculations.
12     BY MR. MONTOYA:
13          Q.    Did you discuss any other
14     matters relating to TTP with Mr. Peng?
15          A.    Other matters?  I don't know
16     what you're referring to.
17          Q.    Regarding the sales of
18     drywall to the United States.
19               MR. STATMAN:  Objection to
20          form.
21               THE WITNESS:  Earlier I did
22          mention about the interaction I
23          had with Mr. Peng Wenlong, how did
24          this behavior of the trading
```

Confidential - Subject to Further Confidentiality Review

Page 92

```
 1          happen.  We did not talk about any

 2          other thing.

 3  BY MR. MONTOYA:

 4          Q.    Did you talk with Mr. Peng

 5  about the operations of TTP from 2006

 6  until 2008?

 7          A.    I don't understand what are

 8  the content of operations.

 9          Q.    The day-to-day business of

10  TTP from 2006 to 2008, did you discuss

11  that with anyone?

12          A.    No.

13          MR. MONTOYA:  Break?  Do you

14          want to break?

15          MR. STATMAN:  Off the

16          record.

17          MR. SEEGER:  It can be on or

18          off.  Yesterday -- the other day

19          Mr. Jia liked to take lunch at

20          11:30.  Mr. Montoya is saying he

21          can break now if he wants to take

22          a lunch break.

23          MR. CHEN:  He usually eats

24          around 11:30 as well.
```

Confidential - Subject to Further Confidentiality Review

```
 1            MR. SEEGER:  You want to
 2       take a break?
 3            MR. STATMAN:  Let's take a
 4       break.
 5            THE VIDEOTAPE TECHNICIAN:
 6       The time now is approximately
 7       11:35 a.m., and we are now off the
 8       record.
 9                 -  -  -
10            (Whereupon, a luncheon
11       recess was taken from 11:35 a.m.
12       until 12:44 p.m.)
13                 -  -  -
14            THE VIDEOTAPE TECHNICIAN:
15       This begins tape 3 of today's
16       deposition.  The time now is
17       approximately 12:45 p.m., and
18       we're back on the record.
19            MR. MONTOYA:  Mr. Statman
20       has let me know that his witness
21       has a supplement to one of his
22       answers.  If you want to have him
23       do that, please.
24            MR. CHEN:  Over the break,
```

Confidential - Subject to Further Confidentiality Review

1          Mr. Zhang recalled that there was

2          another individual he needed to

3          add to, I believe it was Exhibit

4          14, I think it was described as a

5          list of directors and managers.

6              Can you translate that,

7          Stephanie, so he knows.

8     BY MR. MONTOYA:

9          Q.    Is that true, sir, do you

10    need to make a supplemental answer to

11    Exhibit 14, or do you need to make an

12    addition to Exhibit 14?

13         A.    Yes.  I need to add one

14    person to it.

15         Q.    Please go ahead and do so.

16              MR. MONTOYA:  What has the

17         witness written down?

18              THE WITNESS:  Number 4.

19              MR. MONTOYA:  Let me ask

20         him.

21    BY MR. MONTOYA:

22         Q.    Sir, what did you just write

23    down?

24         A.    Song Qinghai, production

Confidential - Subject to Further Confidentiality Review

 1   manager.

 2                    MR. MONTOYA:  And if the

 3            interpreter can please do her best

 4            to put that name in English and

 5            the title as well.

 6                    INTERPRETER 1:  Do I need to

 7            put also the time period?

 8                    MR. MONTOYA:  Yes.

 9   BY MR. MONTOYA:

10            Q.    The first name you just

11   wrote down as Number 4, that was the

12   production manager for TTP from 2006 to

13   2007?

14            A.    Yes.

15            Q.    Sir, do you have any

16   knowledge of any banking relationships

17   between TTP and any banks in the United

18   States?

19            A.    No.

20            Q.    Do you have any basis for

21   knowing about any relationships between

22   TTP?

23                    MR. CHEN:  Objection.

24            Sorry.  Just for the "no," I think

Confidential - Subject to Further Confidentiality Review

1          it's unclear as to whether he was

2          saying there is none or no.

3               MR. MONTOYA:  All right.

4          I've got the same issue with the

5          interpretation.  If we're going to

6          have the interpreter object to the

7          interpretation, we need her to do

8          so.

9               INTERPRETER 2:  The check

10         interpreter did not find cause to

11         object because he did say no.  But

12         as to no meaning no to what, I

13         cannot determine.

14              INTERPRETER 1:  But the

15         meaning of the word "no" is not up

16         to the interpreter to speculate.

17              MR. MONTOYA:  Thank you.

18    BY MR. MONTOYA:

19         Q.   Do you have any basis for

20    knowing about the relationship between

21    TTP and any financial institutions in the

22    United States?

23              MR. STATMAN:  Objection to

24         form.

Confidential - Subject to Further Confidentiality Review

1          MR. MONTOYA:  You can

2     answer, sir.

3          INTERPRETER 2:  The check

4     interpreter does not believe the

5     interpreter interpret clearly of

6     the question to the witness.

7          INTERPRETER 1:  Objection.

8          MR. MONTOYA:  You don't need

9     to object.  Are you comfortable

10    with your interpretation?

11         INTERPRETER 1:  I'm

12    comfortable it was 100 percent.

13    It is not the interpreter's job to

14    explain the meaning of the

15    question.

16         MR. MONTOYA:  Please ask the

17    witness the question again.

18         THE WITNESS:  TTP has no

19    relationship with any financial

20    institutes in the United States.

21  BY MR. MONTOYA:

22         Q.   How do you know that?

23         A.   Because TTP did not

24  establish any organizations overseas,

Confidential - Subject to Further Confidentiality Review

Page 98

1    therefore, it did not establish any

2    relationship.

3         Q.    My question was to financial

4    institutions.  What documents have you

5    reviewed, if any, about any relationships

6    between TTP and any financial

7    institutions in the United States?

8              MR. STATMAN:  Objection to

9         form.

10   BY MR. MONTOYA:

11        Q.    You can answer, sir.

12        A.    I have never seen any such

13   document.  We don't have any such

14   document exist.

15        Q.    How do you know that?

16        A.    I did answer earlier.  TTP

17   did not have any relationship with anyone

18   overseas.

19        Q.    I simply want to know about

20   any banking or financial dealings in the

21   United States by TTP?

22             MR. STATMAN:  Objection.  Do

23        you have a question?

24             MR. MONTOYA:  Yes.

Confidential - Subject to Further Confidentiality Review

```
 1              MR.  STATMAN:  What's your
 2         question?
 3  BY MR. MONTOYA:
 4         Q.    You can answer, sir.  Go
 5  ahead.
 6         A.    The institution that you
 7  just mentioned earlier, TTP has no
 8  relationship with them.
 9         Q.    Have you asked to look at
10  any banking records of TTP between TTP
11  and any bank in the United States?
12              INTERPRETER 2:  The check
13         interpreter believes the
14         interpreter did not interpret
15         "have you asked to."  She simply
16         asked, have you looked at.
17              MR. MONTOYA:  Do you believe
18         your interpretation is accurate?
19              INTERPRETER 1:  Yes.
20  BY MR. MONTOYA:
21         Q.    You may answer, sir.  Go
22  ahead, sir.
23         A.    I insist on my answer
24  earlier.  TTP had no relationship with
```

Confidential - Subject to Further Confidentiality Review

Page 100

```
 1   any organizations overseas, and there's

 2   no such relationship with any financial

 3   institutions.

 4         Q.    Who would have the most

 5   knowledge about TTP's relationships with

 6   any banks in the United States?

 7             MR. STATMAN:  Objection as

 8         to form.  Assumes a fact not in

 9         evidence.

10             MR. MONTOYA:  You can

11         answer, sir.

12             INTERPRETER 2:  The check

13         interpreter believes the

14         interpreter did not interpret the

15         -- fully the objection.

16             INTERPRETER 1:  I did, but I

17         do upside down grammar.  I did 100

18         percent did it.

19   BY MR. MONTOYA:

20         Q.    Please answer the question,

21   sir.

22         A.    Would you mind to make the

23   question clear.

24         Q.    Sure.
```

Confidential - Subject to Further Confidentiality Review

Page 101

```
 1                Who would have the most
 2    knowledge about TTP's relationships with
 3    any banks in the United States?
 4                    MR. STATMAN:  Same
 5           objection.
 6                    THE WITNESS:  I answered,
 7           and what I mentioned earlier was a
 8           fact.
 9    BY MR. MONTOYA:
10         Q.    No.  My question was, who,
11    what person would have the most knowledge
12    regarding TTP's relationship with any
13    banks or financial institutions in the
14    United States?
15                    MR. STATMAN:  Same
16           objection.  Assumes a fact not in
17           evidence.
18                    THE WITNESS:  I insist on
19           answer I gave earlier.  TTP did
20           not have any relationship with any
21           financial institutions or bank
22           overseas.
23    BY MR. MONTOYA:
24         Q.    Sir, are you able to read
```

Confidential - Subject to Further Confidentiality Review

Page 102

1    the screen that the interpreter is

2    looking at?

3           A.    I can see it.

4           Q.    Can you read the English on

5    it?

6           A.    I don't understand.

7           Q.    Can you read the English

8    that's on the screen in front of the

9    interpreter?

10          A.    I can see it, but I cannot

11   understand it.

12          Q.    Because it seems to me that

13   you're following along with the

14   transcript on the screen?

15          A.    I want to communicate with

16   the interpreter closely because I worry

17   that I want her to hear me clearly.  I

18   was not looking at the screen.

19          Q.    Okay.

20                Who has the most knowledge

21   regarding the finances of TTP between

22   2006 and 2008?

23          A.    Zhang Min.

24          Q.    Could you write down Zhang

Confidential - Subject to Further Confidentiality Review

1   Min's name on Exhibit 15 -- or, actually,

2   let me make a new one -- Exhibit 15 for

3   us?

4           A.    Yes.

5           Q.    Please write it for us.

6           A.    (Witness complies.)

7

8                   -  -  -

9               (Whereupon, Deposition

10          Exhibit Jianchun-15, Handwritten

11          note in Chinese, was marked for

12          identification.)

13                  -  -  -

14          Q.    Could you read the name for

15   us again.

16          A.    Zhang Min.

17          Q.    What was Zhang Min's

18   position at TTP?

19          A.    He is the person in charge

20   of finance, finance department.

21               MR. MONTOYA:  If the

22          interpreter can please write his

23          name in English to the best of her

24          ability, the name that's written

Confidential - Subject to Further Confidentiality Review

1          on Exhibit 15.

2                    INTERPRETER 1:  In case the

3          witness does know the English

4          name, can I ask him to help me

5          with this and then I will try?

6                    MR. MONTOYA:  Is that okay

7          with you, Counsel?

8                    MR. STATMAN:  I'm not sure I

9          understood the request.

10                   MR. MONTOYA:  Does the

11         witness know the English name of

12         the person written down on Exhibit

13         15?

14                   THE WITNESS:  I don't know

15         how to spell it.

16                   INTERPRETER 1:  The

17         interpreter will try her best.

18   BY MR. MONTOYA:

19         Q.    Before you came to testify

20   here today, did you speak with the

21   gentleman identified in Exhibit Number 15

22   regarding the finances in TTP?

23         A.    This is a lady, not a

24   gentleman.

Confidential - Subject to Further Confidentiality Review

Page 105

1          Q.    I'm sorry.  Did you speak

2    with the lady before you came here to

3    today to testify?

4          A.    I did communicate with her.

5          Q.    About what?

6                MS. BASS:  Did or did not?

7                MR. MONTOYA:  Did.

8                INTERPRETER 1:  Did.

9                THE WITNESS:  I did.

10   BY MR. MONTOYA:

11         Q.    About what?

12         A.    About the conditions of the

13   operations of TTP.

14         Q.    What did you ask her?

15         A.    The current situation of

16   TTP.

17         Q.    What did she tell you?

18         A.    She told me that now TTP has

19   stopped production and operation.

20         Q.    Did you only ask her about

21   the current financial situation of TTP?

22         A.    Mainly we communicate about

23   the current situation.

24         Q.    She has more knowledge than

Confidential - Subject to Further Confidentiality Review

1    you regarding the finances of TTP from

2    2006 to 2008, correct?

3            A.    Yes.

4            Q.    Did you ask the person

5    identified on Exhibit 14 about any loans

6    between TTP and any other Taishan

7    companies?

8                    MR. CHEN:  I think that's

9            Exhibit 15, by the way.

10                   MR. MONTOYA:  You are right.

11           Let me reask the question.

12   BY MR. MONTOYA:

13           Q.    Did you ask the person

14   identified on Exhibit 15 about any loans

15   between TTP and any other Taishan

16   companies?

17                   MR. STATMAN:  Objection,

18           vague and ambiguous.

19   BY MR. MONTOYA:

20           Q.    You can answer, sir.

21           A.    I did ask.

22           Q.    What did you ask?

23           A.    The question that Mr.

24   Attorney, you asked earlier.

Confidential - Subject to Further Confidentiality Review

1          Q.    I want to know if you asked

2    her about any loans between TTP and any

3    other Taishan subsidiary?

4                MR. STATMAN:  Objection to

5          form.  Again, vague and ambiguous.

6    BY MR. MONTOYA:

7          Q.    You can answer, sir.

8          A.    I did ask.  He said no.

9          Q.    But what did you ask her?

10   What questions did you ask her?

11         A.    The questions that Mr.

12   Attorney asked earlier.

13         Q.    What I want to know is what

14   your conversation was with the person

15   identified on Exhibit 15.  Tell me about

16   your conversation with her.

17                MR. STATMAN:  Object to

18         form.

19   BY MR. MONTOYA:

20         Q.    You can answer, sir.

21         A.    It is not possible for me to

22   recall what I spoke to her.  It is also

23   impossible for me to recall about her of

24   what she said originally.

Confidential - Subject to Further Confidentiality Review

1          Q.     When did you speak with her?

2          A.     When I making preparation

3     for the litigation.

4          Q.     Was it weeks, months ago,

5     days ago?  How long ago?

6          A.     I cannot give you an exact

7     time.

8          Q.     Do you remember your

9     conversation with her at all?

10               MR. STATMAN:  I object to

11          the form.

12     BY MR. MONTOYA:

13          Q.     You can answer.

14          A.     I cannot recall concretely

15     what was being said.

16          Q.     And she was the person who

17     has the most knowledge regarding loans

18     and the financial dealings of TTP from

19     2006 to 2008, correct?

20          A.     Yes.

21          Q.     Where is she working today?

22     Where is she?  Who is her employer now?

23          A.     She is still at TTP.

24          Q.     What is your knowledge

Confidential - Subject to Further Confidentiality Review

1    regarding any sharing of equipment

2    between TTP and any other Taishan

3    subsidiary?

4                    MR. STATMAN:  Objection to

5            form, but you can answer.

6                    THE WITNESS:  Can you

7            clearly ask your earlier question?

8    BY MR. MONTOYA:

9            Q.    Sure.

10                   What knowledge do you have,

11   if any, regarding any sharing of

12   equipment between TTP and any other

13   Taishan subsidiary?  For example,

14   machines for the production of drywall,

15   office equipment, laboratories,

16   computers, these type of items.

17                   MR. STATMAN:  I object as to

18           form, and I object as to scope.

19                   If you have knowledge, you

20           can answer.

21                   MR. MONTOYA:  Please answer,

22           sir.

23                   THE WITNESS:  TTP has no

24           subsidiaries.

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. MONTOYA:

 2        Q.   I'll ask you the same

 3   question but as to between TTP and any

 4   other company, any Taishan company?

 5            MR. STATMAN:  I object as to

 6        form, as to scope, but you can

 7        answer.

 8            THE WITNESS:  Mr. Attorney,

 9        would ask your earlier question

10        clearly to me again.

11   BY MR. MONTOYA:

12        Q.   Sure.

13            What knowledge do you have

14   regarding any sharing of equipment such

15   as machines for the production of

16   drywall, office equipment, lab equipment,

17   computers, those types of items between

18   TTP and any other Taishan company?

19            MR. STATMAN:  Objection to

20        form, objections to scope.  If you

21        can answer.

22            MR. MONTOYA:  That's topic

23        number 11.

24   BY MR. MONTOYA:
```

Confidential - Subject to Further Confidentiality Review

 1          Q.    Please answer the question,

 2    sir.

 3          A.    Now I understand your

 4    question.  TTP, TG and other subsidiaries

 5    of TG, they did not share any of these

 6    equipments.

 7          Q.    How did you find out this

 8    information?

 9          A.    They are all independent

10    companies.

11          Q.    Did you do any research

12    yourself to determine that TTP did not

13    share any of the types of equipment that

14    I asked you about before with any other

15    Taishan company?

16          A.    Because to the TTG company,

17    their operation have done, I had

18    understanding they don't need any

19    equipment to share.  They themselves have

20    it.

21          Q.    Does TTP have any -- share

22    any of its costs with TG for doing

23    business?

24                MR. STATMAN:  Objection to

Confidential - Subject to Further Confidentiality Review

1          the form.

2    BY MR. MONTOYA:

3          Q.    You can answer.

4          A.    What do you mean by share

5    any of its costs?

6          Q.    When TTP incurs costs for

7    doing -- incurred costs for doing

8    business, did it have any agreements with

9    TG to share those costs between 2006 and

10   2008?

11         A.    I'm still not clear about

12   what are you referring to as "the sharing

13   of costs."

14

15              INTERPRETER 2:  The check

16         interpreter may supply a Mandarin

17         term for sharing the costs?

18              INTERPRETER 1:  It is not

19         upon the interpreter to speculate

20         the meaning of the terms "sharing

21         of cost."

22              MR. MONTOYA:  Please supply

23         the term.

24              (Discussion in Chinese

Confidential - Subject to Further Confidentiality Review

    1          between Interpreter 2 and

    2          witness.)

    3               THE WITNESS: Okay.  I

    4          understand.

    5     BY MR. MONTOYA:

    6          Q.   Go ahead, sir, if you can

    7     answer. If you can tell him he can please

    8     answer.

    9          A.   Can you repeat the question

   10     earlier that you mentioned?

   11          Q.   Yes.  When TTP incurred

   12     costs for doing business between 2006 and

   13     2008, did they have any agreement with TG

   14     to share those costs?

   15               MR. CHEN:  She needs to

   16          translate his comment.

   17               MR. STATMAN:  Let her --

   18               MR. MONTOYA:  That's fine.

   19               THE WITNESS:  I want to ask

   20          the costs that you mentioned

   21          earlier, does it come from TG or

   22          does it occur from TTG -- TTP?

   23     BY MR. MONTOYA:

   24          Q.   From TTP to TG.

Confidential - Subject to Further Confidentiality Review

1          A.    Are you talking about the

2    costs coming from TTP to TG?

3          Q.    Correct.

4          A.    When TG provide assistance

5    or help to TTP, TTP has to pay a fee to

6    TG.

7          Q.    Where are the records of

8    those fees being paid?

9                MR. STATMAN:  Objection to

10          form, but you can answer.

11   BY MR. MONTOYA:

12         Q.    Please answer.

13         A.    Are you talking about the

14   record for paying the fee --

15         Q.    Yes.  You said --

16         A.    -- where it is?

17         Q.    You said TTP has to pay a

18   fee to TG.  Are there any records showing

19   that those fees have been paid?

20               MR. STATMAN:  Object to

21          form.

22               THE WITNESS:  Yes.

23   BY MR. MONTOYA:

24         Q.    Where are those records?

Confidential - Subject to Further Confidentiality Review

```
 1              A.     At the finance of TTP.

 2              Q.     Who keeps those records,

 3      what person?

 4                     MR. STATMAN:  Objection to

 5              form from the previous question.

 6      BY MR. MONTOYA:

 7              Q.     You can answer, sir.

 8              A.     It should be Zhang Min.

 9              Q.     You say there are services

10      that TTP pays TG for.  Are there any

11      services that TG does not charge TTP for?

12                     MR. STATMAN:  Objection to

13              form.

14      BY MR. MONTOYA:

15              Q.     You can answer, sir.

16              A.     The support and help that TG

17      provided for TTP, they are all charged.

18              Q.     Do you have any knowledge

19      regarding the business plans of TTP from

20      2006 to 2008?

21                     MR. STATMAN:  Objection to

22              form, but you can answer.

23                     THE WITNESS:  Mr. Attorney,

24              would you mind to tell me exactly
```

Confidential - Subject to Further Confidentiality Review

1          what do you mean by "business

2          plans."

3    BY MR. MONTOYA:

4          Q.    Did TTP have any written

5    plans about doing business from 2006 to

6    2008?

7          A.    In the years 2006 and 2007,

8    it has its own plan.

9               MR. MONTOYA:  Is he

10         finished?

11   BY MR. MONTOYA:

12         Q.    Are you finished?

13         A.    I finished it, but I want to

14   ask you one question.

15         Q.    Go ahead.

16         A.    In order to help to do the

17   interpretation better, I would still like

18   to ask you for permission for me to turn

19   my head to this direction.  Therefore, I

20   can listen to her better.

21         Q.    Absolutely.

22         A.    Is that okay?

23         Q.    Fine with me.

24              INTERPRETER 2:  Check

Confidential - Subject to Further Confidentiality Review

Page 117

1            interpreter points out that the

2            witness also says it doesn't mean

3            that I am looking at the screen.

4                 THE WITNESS:  When you tell

5            me that I can only do this,

6            (indicating), it was very

7            uncomfortable.

8    BY MR. MONTOYA:

9        Q.    Sir, I did not make that

10   instruction to you.  I just wanted to

11   note that I thought that you were reading

12   the screen.

13              You said that there was a

14   business plan for TTP from 2006 and 2007.

15   Where is that document?

16       A.    We might not have kept it.

17       Q.    Do you know if the business

18   records of TTP have been disposed of from

19   2006 to 2008?

20              MR. STATMAN:  Objection to

21            form.  The time frame was

22            confusing.

23   BY MR. MONTOYA:

24       Q.    You can answer, sir.

Confidential - Subject to Further Confidentiality Review

1          A.     Mr. Attorney, would you mind

2    to repeat it?

3          Q.     Are there any --

4                 Do you know of any business

5    records of TTP that have been disposed

6    of, that they no longer have?

7          A.     This I am not sure.

8          Q.     Are you aware of any other

9    documents that may not have been kept by

10   TTP?

11               MR. STATMAN:  Objection to

12          the form, vague and ambiguous.

13          But if you can answer it, go

14          ahead.

15               THE WITNESS:  Mr. Attorney,

16          I would like to ask you to repeat

17          it to me more clearly again.

18   BY MR. MONTOYA:

19          Q.     I believe before you

20   testified that the business plan for 2006

21   to 2007 may not have been kept.  Are you

22   aware of any other documents that may not

23   have been kept by TTP?

24               MR. STATMAN:  Object to

Confidential - Subject to Further Confidentiality Review

1          form, but you can answer.

2                    THE WITNESS:  Yes, I know.

3          Probably there are some documents

4          that may not have been kept.

5     BY MR. MONTOYA:

6          Q.    Do you have any knowledge

7     regarding TTP's marketing plans from 2006

8     to 2008?

9                    MR. STATMAN:  Objection to

10         form.

11    BY MR. MONTOYA:

12         Q.    You can answer, sir.

13         A.    According to my knowledge,

14    they don't have any marketing plans.

15         Q.    Who did you ask --

16                Did you ask anyone about the

17    marketing plans for TTP and if they exist

18    between 2006 and 2008?

19         A.    We don't have such a plan.

20         Q.    Do you have any knowledge

21    regarding the marketing plans of any

22    other Taishan-related business from 2006

23    to 2008?

24                    MR. STATMAN:  Objection as

Confidential - Subject to Further Confidentiality Review

1          to form.

2     BY MR. MONTOYA:

3          Q.    You can answer, sir.

4          A.    I did not understand the

5     questions you asked.

6          Q.    Do you have any knowledge

7     regarding the marketing plans of any

8     other Taishan-related business from 2006

9     to 2008?

10              MR. STATMAN:  Objection to

11          form.

12              THE WITNESS:  Who is related

13          to Taishan?

14     BY MR. MONTOYA:

15          Q.    Any other businesses that

16     have the Taishan as their first name?

17     For example, Taishan Gypsum Jiangyin,

18     Taishan Gypsum Wenzhou, et cetera, or any

19     Taishan subsidiaries?

20              MR. STATMAN:  Objection to

21          form, and here I'm going to jump

22          in.  I think the confusion is

23          Taishan is a place, and by talking

24          about Taishan subsidiaries, it

Confidential - Subject to Further Confidentiality Review

1          just isn't a question that makes

2          sense.

3    BY MR. MONTOYA:

4          Q.    You can answer, sir.

5          A.    I am still not sure what you

6    are asking about.

7                INTERPRETER 2:  Counsel, may

8          the check interpreter try to

9          interpret your question for the

10         witness.

11              MR. MONTOYA:  That's okay,

12         no.

13   BY MR. MONTOYA:

14         Q.    I'm asking about Taishan

15   Gypsum subsidiaries.  Do you have any

16   knowledge of marketing plans of Taishan

17   Gypsum subsidiaries?

18         A.    I don't know anything about

19   the subsidiaries of Taishan Gypsum of the

20   marketing plans.

21         Q.    Do you have any knowledge

22   regarding any promotional materials by

23   Taishan, by TG subsidiaries?

24              MR. STATMAN:  Objection to

Confidential - Subject to Further Confidentiality Review

Page 122

 1          form.  Assumes a fact not in

 2          evidence.

 3              You can answer.

 4              THE WITNESS:  Mr. Attorney,

 5          would you mind to put it in some

 6          other way so that it might help me

 7          to understand the question better.

 8  BY MR. MONTOYA:

 9      Q.    Do you have any knowledge

10  regarding any promotional materials by

11  TTP or sales materials?

12      A.    No.

13      Q.    Sir, tell us about your

14  educational background.  Where did you go

15  to school?  And I don't know the

16  educational system here, so, starting

17  with university level, if you went to a

18  university.

19      A.    Fine.  I went to university

20  between 1999 and 1995.

21      Q.    Let me clarify.  1995 to

22  1999?

23      A.    1991 to 1995.

24              INTERPRETER 1:  I made a

Confidential - Subject to Further Confidentiality Review

```
 1          mistake.
 2               THE WITNESS:  1991 to 1995.
 3   BY MR. MONTOYA:
 4          Q.    Did you obtain a degree?
 5          A.    Yes.
 6          Q.    In what subject?
 7          A.    Education, to teach
 8   history -- education in history.
 9          Q.    What university did you
10   graduate from?  What was the name of it?
11          A.    Normal University, a
12   teachers college.
13          Q.    Do you have any other
14   degrees besides the teaching degree?
15          A.    I did not have any other
16   degree, but I have done other studies.
17          Q.    What other studies have you
18   done?
19          A.    Between the years 2006 and
20   2009, in Shandong Province at the party
21   school, Communist party school.  I did
22   learn from the distance learning.
23               MR. CHEN:  Distance or
24          correspondence learning.
```

Confidential - Subject to Further Confidentiality Review

Page 124

1   BY MR. MONTOYA:

2          Q.     In what field, what area of

3   study?

4          A.     Management of economics.

5                 INTERPRETER 2:  And

6          management.

7                 INTERPRETER 1:  I did say

8          that.

9   BY MR. MONTOYA:

10         Q.     Did you obtain a degree in

11  either economics or management after your

12  studies from 2006 to 2009?

13         A.     I did not have a degree, but

14  I had a certificate for graduation.

15         Q.     From what school from 2006

16  to 2009?

17         A.     I did mention it earlier.

18         Q.     Do you have any other

19  licenses or certifications in any other

20  fields of study?

21         A.     No.

22         Q.     Do you have an office at

23  TTP?

24         A.     No office.

Confidential - Subject to Further Confidentiality Review

Page 125

1          Q.    Are the two people that are

2    still working at TTP, where are their

3    offices located?

4          A.    Still at TTP.

5          Q.    Are there any other

6    employees at TTP besides the two people

7    you mentioned earlier?

8                MR. STATMAN:  Objection to

9          form.

10   BY MR. MONTOYA:

11         Q.    You can answer.

12         A.    Mr. Peng Shiliang, he is

13   still the chairman of the board and the

14   general manager.

15         Q.    Where is his office located?

16         A.    Mr. Peng Shiliang, he has an

17   office at TTP.  He also has an office at

18   the factories that he is at now.

19         Q.    Do those factories include

20   TG factories?

21               MR. STATMAN:  Objection to

22         form.

23   BY MR. MONTOYA:

24         Q.    You can answer.

Confidential - Subject to Further Confidentiality Review

 1          A.    He is at the factory called

 2    Lucheng.

 3          Q.    If the witness could please

 4    write it down.

 5          A.    (Witness complies.)

 6                It is called the branch

 7    office of Lucheng.

 8          Q.    Is that owned by Taishan

 9    Gypsum?

10          A.    Yes.

11          Q.    Are there other employees

12    that share offices between TTP and

13    Taishan Gypsum?

14                MR. STATMAN:  Objection to

15          form.  Assumes a fact not in

16          evidence.

17    BY MR. MONTOYA:

18          Q.    You can answer, sir.

19          A.    I did not understand when

20    you asked it earlier.

21          Q.    Are there other employees

22    that share offices between TG and TTP?

23                MR. STATMAN:  Objection to

24          form.  You can answer the

Confidential - Subject to Further Confidentiality Review

Page 127

 1        question.

 2                THE WITNESS:  What time

 3        period?

 4   BY MR. MONTOYA:

 5        Q.    Any time period, from 2006

 6   to present?

 7        A.    No.

 8        Q.    So, Mr. Peng Shiliang is the

 9   only employee of TTP that shares an

10   office with a TG company; is that

11   correct?

12                MR. STATMAN:  Objection to

13        form.

14   BY MR. MONTOYA:

15        Q.    You can answer, sir.

16        A.    Are you talking about Mr.

17   Peng Shiliang or other people?

18        Q.    I'm asking if there are

19   other people that share offices between

20   TTP and TG like Mr. Peng Shiliang?

21        A.    Now I understand.  No.

22        Q.    Why does Mr. Peng Shiliang

23   have an office at a TG factory?

24        A.    Mr. Peng Shiliang is now a

Confidential - Subject to Further Confidentiality Review

Page 128

1    manager of the factory.

2          Q.    Did TTP have a legal

3    department between 2006 to 2008?

4                MR. GRAND:  Clarify the

5          answer to what he just said.  Is

6          now a manager or is not a manager?

7                MR. MONTOYA:  It's "now."

8                MR. GRAND:  Because you

9          typed "not."

10               MR. STATMAN:  What was the

11         question?

12   BY MR. MONTOYA:

13         Q.    I'll start over again.

14               COURT REPORTER:  Sorry.  Did

15         you say Mr. Peng Shiliang is now a

16         manager?

17               THE WITNESS:  Can we take a

18         break right now?

19               INTERPRETER 1:  Now.  It

20         looks like "now."

21               MR. STATMAN:  It's close to

22         2:00, if you don't mind.

23               THE VIDEOTAPE TECHNICIAN:

24         The time now is approximately 1:54

Confidential - Subject to Further Confidentiality Review

Page 129

1          p.m., and we are now off the

2          record.

3                    -  -  -

4          (Whereupon, a recess was

5          taken from 1:54 p.m. until

6          2:05 p.m.)

7                    -  -  -

8          THE VIDEOTAPE TECHNICIAN:

9          This begins tape 4 of today's

10         deposition.  The time now is

11         approximately 2:06 p.m., and we're

12         back on the record.

13    BY MR. MONTOYA:

14         Q.    Sir, does TTP have a legal

15    department?

16         A.    No.

17         Q.    Did TTP ever have a legal

18    department?

19         A.    No.

20         Q.    Did TG assist TTP with any

21    legal issues?

22              MR. STATMAN:  Objection,

23         time frame, but go ahead and

24         answer.

Confidential - Subject to Further Confidentiality Review

```
 1              THE WITNESS:  This I'm not
 2        sure.
 3   BY MR. MONTOYA:
 4        Q.    Who would know?
 5        A.    The people in the legal
 6   department of TG, they would know.
 7        Q.    Who would you ask to answer
 8   that question?
 9        A.    I never ask this type of
10   question before.
11        Q.    I understand.  But if you
12   wanted to know if TG assisted TTP with
13   any legal issues, who would you ask at TG
14   to get that information?
15        A.    I would talk to the head --
16   I would talk to TG, the department head
17   of a department called wei jian fu.
18              INTERPRETER 1: And the
19        interpreter have difficulty
20        translating this term exactly, but
21        by reading on the surface, it's
22        like protection of the rights the
23        department.
24   BY MR. MONTOYA:
```

Confidential - Subject to Further Confidentiality Review

1          Q.    Could you write the name of

2     the head of the department that you just

3     mentioned on Exhibit 16, please.

4          A.    Yes.

5          Q.    Please do so.

6          A.    (Witness complies.)

7                  -  -  -

8                (Whereupon, Deposition

9          Exhibit Jianchun-16, Handwritten

10         note in Chinese, was marked for

11         identification.)

12                 -  -  -

13         Q.    Could you say the name,

14    please, sir?

15         A.    Zhuo jun feng.

16         Q.    If the interpreter could

17    please write it --

18               Do you know the name in

19    English, sir?

20               MR. MONTOYA:  (Addressing

21         the interpreter.)

22               You need to translate what

23         he said.

24               INTERPRETER 1:  The

Confidential - Subject to Further Confidentiality Review

Page 132

1          interpreter will try, but she

2          cannot guarantee the accuracy.

3          I'll try.

4               MR. MONTOYA:  Wait a second.

5          I asked him if he could say the

6          name in English.  He gave an

7          answer.  You need to interpret

8          that.  I'll do it again.

9     BY MR. MONTOYA:

10          Q.    Can you write the name in

11    English, sir?

12          A.    I don't know his English

13    name, but I can use the Romanizations to

14    write that in the Romanization form.

15          Q.    What is the Romanization

16    form?

17          A.    It is the Pinyin, but like

18    for the first name, these two words,

19    maybe they are connected together, they

20    should be put together.

21          Q.    Sir, that was very helpful.

22    Thank you.

23               In 2006 to 2008, did TTP

24    have a department that handled any

Confidential - Subject to Further Confidentiality Review

Page 133

1    quality issues with the production of

2    drywall?

3            A.    Is it from 2006 to 2008?

4            Q.    Yes.

5            A.    Are you referring to TTP?

6            Q.    Yes.

7            A.    Yes.

8            Q.    What is the name of that

9    department?

10                MR. STATMAN:  Objection to

11          form.

12                You can answer.

13                THE WITNESS:  Some people

14          take up the responsibility for

15          this matter.

16   BY MR. MONTOYA:

17           Q.    Where were those people's --

18                Where was the office of

19   those people?

20           A.    At TTP.

21           Q.    What were the names of those

22   people from 2006 to 2008?

23           A.    That I cannot recall.

24           Q.    Did they consult with anyone

Confidential - Subject to Further Confidentiality Review

1    at TG regarding any quality issues with

2    the production of drywall at TTP?

3          A.    Would you mind to repeat it.

4          Q.    Not a problem.

5                Did the people that handled

6    any quality issues at the TTP factory for

7    the production of drywall from 2006 to

8    2008 rely upon anyone at TG for advice?

9          A.    That I'm not sure.

10         Q.    Who would know the answer to

11   that question?

12         A.    If this exists, that would

13   also be the people related to the

14   business or people who handle the

15   business.

16         Q.    Do you know the names of

17   those people?

18         A.    I don't know.

19         Q.    Are the people that work in

20   that department at TTP, where are they

21   working now, if you know, for quality

22   issues for drywall production?

23         A.    I still don't understand.

24                INTERPRETER 1: The

Confidential - Subject to Further Confidentiality Review

1          interpreter would like to

2          reinterpret by doing it upside

3          down.  That's the Chinese way.

4                    INTERPRETER 2:  The check

5          interpreter may help?

6                    MR. MONTOYA:  You need to

7          say it in English first for us.

8                    INTERPRETER 2:  The

9          interpreter did not interpret it

10         wrong.  It's just that she puts

11         the order rambled up.  So, perhaps

12         that the witness would find it

13         very difficult.

14                   INTERPRETER 1:  It seems

15         like the witness is ready to

16         answer.

17                   MR. MONTOYA:  That's okay.

18    BY MR. MONTOYA:

19         Q.    Sir, if you can answer the

20    question, please do so.

21         A.    I still am not sure what Mr.

22    Attorney, you want to ask.

23         Q.    Here's what I'm trying to

24    ask.

Confidential - Subject to Further Confidentiality Review

Page 136

1              MR. CHEN:  Counsel, just

2          for -- it's your deposition.  The

3          more clauses you add on to a

4          sentence, the translation of

5          Chinese becomes very, very

6          disjointed.  And so I think it

7          makes it hard for all the

8          interpreters to try and figure out

9          how to phrase it in a way that

10         makes sense.

11             MR. MONTOYA:  Thank you.

12     BY MR. MONTOYA:

13         Q.    There were people that

14     worked at TTP from 2006 to 2008 that

15     dealt with quality issues for the

16     production of drywall, correct?

17         A.    Are you talking about

18     quality control?

19         Q.    Yes.  Yes.  Quality control.

20         A.    Are you talking about

21     quality control during the process of

22     production?

23         Q.    Yes.

24         A.    Yes, I understand.

Confidential - Subject to Further Confidentiality Review

1          Q.      If you can answer.

2          A.      We do have such a

3     department.

4          Q.      From 2006 to 2008 at TTP,

5     who were the people in that department?

6          A.      They have such a department,

7     but who are the ones in the department

8     there, I don't recall.

9          Q.      Do you know if the people

10    that worked in quality control at TTP

11    from 2006 to 2008 received advice on the

12    quality control from anybody at TG?

13         A.      That is a speculation

14    question.  It is difficult for me to

15    answer.

16         Q.      Who would be the best person

17    to ask that question?  Who would be the

18    best person for me to ask that question

19    to?

20         A.      It should be the person in

21    charge of the QC.

22         Q.      What's the name of that

23    person?

24         A.      I cannot recall, it was such

Confidential - Subject to Further Confidentiality Review

Page 138

1    a long time ago.

2          Q.    Did TG have a quality

3    control department from 2006 to 2008?

4          A.    Yes.

5          Q.    Did the other Taishan

6    subsidiaries rely upon advice from the

7    quality control department from TG?

8               MR. STATMAN:  I'm going to

9          object to this as being outside

10         the scope.  If you can answer, go

11         ahead, based on your own personal

12         knowledge.

13              THE WITNESS:  The

14         subsidiaries of TG, they have

15         their own independent QC

16         department.

17   BY MR. MONTOYA:

18         Q.    But do those people in those

19   subsidiaries, do they rely upon the

20   quality control department of TG?

21              MR. MONTOYA:  I'm letting

22         counsel know that I'm asking this

23         question under topic 17.

24              MR. STATMAN:  I understand

Confidential - Subject to Further Confidentiality Review

Page 139

```
 1          what topic 17 says, and I believe

 2          it's outside the scope, but he can

 3          go ahead and answer.

 4               THE WITNESS:  They don't

 5          rely, they are not to rely.  They

 6          have their own department.  They

 7          can handle it on their own.

 8  BY MR. MONTOYA:

 9          Q.   Where is your office

10  located, you, personally, your own?

11          A.   At TG.

12          Q.   At a particular plant or

13  factory?

14          A.   Inside an office building.

15          Q.   Where?

16          A.   In the city of Tai'an, the

17  province of Shandong, in China.

18          Q.   Are there any TTP employees

19  in your office?

20               MR. STATMAN:  Objection to

21          form.  It's vague and ambiguous.

22  BY MR. MONTOYA:

23          Q.   You can answer, sir.

24          A.   No.
```

Confidential - Subject to Further Confidentiality Review

1          Q.     At any time were there any

2     employees of TTP that had offices at TG

3     in the building where your office is?

4          A.     No.

5          Q.     Why was TTP formed?

6          A.     For the purpose of issuing

7     the invoice for VAT.

8          Q.     Could TG do the same type of

9     invoicing for VAT?

10               MR. STATMAN:   Objection,

11          time frame.

12    BY MR. MONTOYA:

13         Q.     From 2006 to 2008?

14         A.     Mr. Attorney, would you mind

15    to ask this question again completely.

16         Q.     Sure.

17               Let me first ask you what

18    you mean by TTP being set up for

19    invoicing VAT?

20         A.     According to the rules of

21    the requirement for the tax, TG needs to

22    set up an independent company.

23         Q.     To do what?

24         A.     What do you mean by "what"?

Confidential - Subject to Further Confidentiality Review

1          Q.    To set up an independent

2     company to do what?

3          A.    To issue the invoice for

4     VAT.

5          Q.    Was that a business

6     advantage for TG?

7               MR. STATMAN:  Objection to

8          form, vague and ambiguous.

9     BY MR. MONTOYA:

10         Q.    You can answer.

11         A.    It is a question related to

12    the finance, so, it is very troublesome

13    to make it clear.

14         Q.    Do your best, please.

15         A.    Some of the customers, they

16    need us to issue the invoices for the VAT

17    purpose.  But TG is an enterprise

18    exempted from the VAT tax.  Let me take a

19    minute to think about it before I respond

20    to you.

21               Do you want me to continue

22    to respond here?

23         Q.    Please, please.

24         A.    The bureau, the tax bureau

Confidential - Subject to Further Confidentiality Review

Page 142

1    informed TG during the second half of the

2    year 2006, if TG wants to continue to

3    enjoy the exemption for VAT tax, they

4    cannot issue VAT invoices to these

5    customers that requested for the invoices

6    for VAT.  But for some of the customers,

7    it is a must that they get the invoices

8    for VAT.  In order to fulfill the

9    requirement of these customers that wants

10   to have the VAT invoices, TG must

11   independently establish a company totally

12   independent from TG to produce and to

13   sell the drywalls to the customers that

14   want to have the VAT type of invoices.

15   This company must be totally independent

16   from TG.  The tax bureau must monitor

17   this company.  It is for the purpose of

18   resolving the problem of issuing VAT

19   invoices.  So, after discussion and

20   consultation with the tax bureau, under

21   their suggestion, TG established TTP.

22            When I'm saying this, I

23   don't know whether, Mr. Attorney, whether

24   you can understand me or not.

Confidential - Subject to Further Confidentiality Review

Page 143

1          Q.     I understand you completely

2     fine.

3                 The customers that requested

4     VAT invoicing, were they outside -- were

5     any of them outside of China?

6                 MR. STATMAN:  Objection to

7          form.

8                 THE WITNESS:  It is a

9          financial knowledge.  I cannot

10         give a professional explanation.

11    BY MR. MONTOYA:

12         Q.     It may be my question that's

13    confusing.

14                Were any of the customers

15    that requested VAT invoicing located

16    outside of China?

17                INTERPRETER 1:  Counsel, a

18         lot of time for the questions to

19         be translated into the way the

20         Chinese says it, a lot of time I

21         need to interpret it upside down.

22         So, sometimes I need to finish

23         listening to the whole sentence

24         before I can flip over to

Confidential - Subject to Further Confidentiality Review

Page 144

1          translate.

2                    MR. MONTOYA:  Okay.  If you

3          could translate the way you think

4          is best, I understand.

5                    INTERPRETER 1:  Thank you.

6                    THE WITNESS:  I don't know,

7          because the policy for taxation is

8          different for each country.

9   BY MR. MONTOYA:

10         Q.    Would I need to look at the

11  VAT invoices to see if those customers

12  were outside the United States?

13                   INTERPRETER 1:  Outside the

14         United States?

15                   MR. MONTOYA:  I'm sorry,

16         outside of China.  Thank you.

17                   MR. STATMAN:  Can you reask

18         the question.

19  BY MR. MONTOYA:

20         Q.    Would the best way for me to

21  find out if the VAT invoicing was for

22  customers outside of China be to look at

23  the VAT invoices?

24                   MR. STATMAN:  Objection to

Confidential - Subject to Further Confidentiality Review

Page 145

```
 1          form, but if you can answer, go

 2          ahead.

 3                    THE WITNESS:  I don't

 4          understand.  What do you mean?

 5     BY MR. MONTOYA:

 6          Q.    Where are the VAT invoices

 7     that we've been discussing for TTP

 8     located, the documents?

 9                    INTERPRETER 1:  What?

10                    MR. MONTOYA:  The documents.

11                    THE WITNESS:  Who are you

12          referring to?

13     BY MR. MONTOYA:

14          Q.    TTP's VAT invoices.

15          A.    At the finance of TTP.

16          Q.    Are those documents still

17     available?

18          A.    Yes.

19          Q.    Do you know if they are in

20     paper or on a computer?

21          A.    Written.

22          Q.    Do you have a company e-mail

23     address for either TTP or TG?

24                    INTERPRETER 1:  Company
```

Confidential - Subject to Further Confidentiality Review

Page 146

```
 1            e-mail address?
 2    BY MR. MONTOYA:
 3            Q.   Do you have an e-mail
 4    address that was issued by either TG or
 5    TTP for you to use?
 6                 MR. STATMAN:  Counsel,
 7            that's a new question?
 8                 MR. MONTOYA:  Yes.
 9                 MR. STATMAN:  I'll object on
10            the grounds that it's compound,
11            but you can answer.
12                 THE WITNESS:  I do not
13            understand what you are asking.
14    BY MR. MONTOYA:
15            Q.   Do you have a company e-mail
16    address issued by TG?
17            A.   You mean the company's?
18            Q.   Yes.
19            A.   No.
20            Q.   Are you aware of any
21    licensing agreements between TTP and TG
22    allowing the use of a brand name in
23    February of 2006 to 2008?
24                 MR. STATMAN:  I object on
```

Confidential - Subject to Further Confidentiality Review

Page 147

1          the ground that it's vague and

2          ambiguous, but you can go ahead

3          and answer.

4                    MR. MONTOYA:  Counsel,

5          you've produced one in this

6          litigation.

7    BY MR. MONTOYA:

8          Q.    But you can go ahead and

9    answer, sir.

10         A.    Can I look at this document?

11         Q.    I just asked you if you were

12   aware of any agreement?

13         A.    Mr. Attorney, would you mind

14   to repeat the question?

15         Q.    Do you know if a licensing

16   agreement exists between TG and TTP for

17   the years 2006 to 2008?

18                    INTERPRETER 1:  Counsel, the

19         licensing agreement for the use of

20         the brand name?

21                    MR. MONTOYA:  No.  I said

22         between TG and TTP.

23                    INTERPRETER 1:  Any

24         licensing agreement or licensing

Confidential - Subject to Further Confidentiality Review

Page 148

1          agreement for using the brand

2          name?

3                  MR. MONTOYA:  Yes.

4                  INTERPRETER 1:  For using

5          the brand name.

6                  MR. STATMAN:  I object as to

7          form.  And I also object to the

8          interpreter reinterpreting your

9          question.  You asked simply was

10         there a licensing agreement, and

11         then she decided that she needed

12         to change it to be a different

13         question entirely.

14                 MR. MONTOYA:  And I object

15         to your speaking objection, and I

16         clarified the question.

17    BY MR. MONTOYA:

18         Q.   You can answer, sir.

19                 MR. STATMAN:  I'll also

20         object to the form of it as

21         compound.

22                 INTERPRETER 1: There are

23         many ways to interpret licensing.

24         I need to know what that is, then

Confidential - Subject to Further Confidentiality Review

1          I know how to choose the correct

2          wording.

3    BY MR. MONTOYA:

4          Q.    Are you aware of any

5    licensing agreement for the brand name --

6    for any brand name between TG and TTP

7    between 2006 and 2008?

8          A.    Now I understand.

9                Yes.

10         Q.    Do you know about any sales

11   of equipment between TG and TTP?

12         A.    I don't understand what you

13   mean.

14         Q.    Or production lines or the

15   sales of production lines?

16               MR. STATMAN:  The question

17          is compound and getting more

18          compound by the minute.  I object.

19               THE WITNESS:  Mr. Attorney,

20          would you mind to clearly and

21          completely restate your question.

22   BY MR. MONTOYA:

23         Q.    Sure.

24               Are you aware of any

Confidential - Subject to Further Confidentiality Review

1   contracts or agreements for the sale of

2   equipment between TG and TTP regarding

3   production lines?

4          A.    I want to confirm something.

5          Q.    Please.

6          A.    I want to clarify.  Are you

7   asking the agreement by saying that TTP

8   or TG, is there any sales of equipment

9   from TTP to TG or from TG to TTP, this

10  kind of agreement for this kind of

11  dealing?

12         Q.    I would like to know about

13  either one, from TG to TTP or from TTP to

14  TG.

15         A.    Yes.

16         Q.    Do you know about the

17  existence of those agreements?

18              MR. STATMAN:  Objection to

19         form, but you can answer.

20              THE WITNESS:  I know.

21  BY MR. MONTOYA:

22         Q.    What do you know?

23         A.    I know these agreements

24  exist.

Confidential - Subject to Further Confidentiality Review

Page 151

1          Q.     For what?  What is the

2    nature of the agreements?

3          A.     TG sold to TTP their

4    production line and production equipment.

5          Q.     Between 2006 to 2008, did

6    TTP manufacture drywall under the TG

7    brand name?

8               MR. STATMAN:  Objection to

9          form, but you can answer.

10              THE WITNESS:  To be

11         accurate, it is between the year

12         2006 to the year 2007.

13   BY MR. MONTOYA:

14         Q.     That's fine.

15         A.     They did use.

16         Q.     Why was production stopped

17   for drywall by TTP in 2008?

18         A.     For the consideration of

19   economic interests.

20         Q.     What interests were those?

21         A.     To explain this question, it

22   takes quite some time.

23         Q.     Please do.

24         A.     Let me think about it, and

Confidential - Subject to Further Confidentiality Review

Page 152

1    then I'll summarize it, and then I will

2    give you an answer.

3         Q.    Okay.

4         A.    During the process of the

5    operation of TTP, it was discovered that

6    the customer that required the VAT

7    invoices were not that many.  The

8    capacity for the production of the

9    drywall by TTP was 40 million square

10   meters.

11            Here I need to add a

12   question in order to be able to answer

13   better.

14            MR. MONTOYA:  Is that him

15        speaking or you speaking?

16            INTERPRETER 1:  Him

17        speaking.

18            I need to fix the

19        translation from one word earlier.

20        Now I know what he's talking

21        about.

22            (Interpreter clarification.)

23            To add explanation in order

24        to be able to answer better..

Confidential - Subject to Further Confidentiality Review

Page 153

```
 1              MR. MONTOYA:  Please do.
 2              INTERPRETER 1:  The
 3       question, the word is not question
 4       on page 107 --
 5              (Interpreter clarification.)
 6              Here I need to add an
 7       explanation in order to be able to
 8       answer better.
 9              THE WITNESS:  In the year
10       between 2006 and 2007, TTP
11       implemented the tax policy coming
12       from the government to cut -- to
13       exempt half of the tax.  However,
14       TG implemented the policy to
15       talk -- to exempt all the VAT tax.
16       I did mention earlier that during
17       the operations, TTP find out that
18       there were not that many customers
19       requiring VAT invoicing, but it
20       has the production capacity for 40
21       million square meters.  If we have
22       to sell this 40 million square
23       meters of drywall, they have to --
24       they can only follow the policy
```

Confidential - Subject to Further Confidentiality Review

Page 154

1          exempting only half of the tax.

2          Even those products that does not

3          require for the VAT policy, they

4          still have to pay 50%, half of the

5          tax.

6               Let me think.  If TTP also

7          wants to enjoy the policy for VAT

8          exemption, then it also enjoy the

9          50% tax -- the other policy with

10         the 50% tax exemption.  Therefore,

11         their consideration was coming

12         from this perspective of economic

13         interest.  To establish a company

14         with a smaller capacity of

15         production, it would be okay for

16         this company to fulfill the need

17         of the customers requiring for the

18         VAT invoicing.  Based on this

19         reason, TTP stopped production and

20         operation.

21              MR. STATMAN:  Are you

22         finished?

23              THE WITNESS:  That's it.

24    BY MR. MONTOYA:

Confidential - Subject to Further Confidentiality Review

1        Q.    Did TG make the decision to

2   shut down TTP's production of drywall?

3        A.    It was a decision made

4   together by the board of directors of TG

5   and TTP.

6        Q.    After TTP stopped producing

7   drywall in 2008, did TTP sell back the

8   equipment for making drywall to TG?

9        A.    Yes.

10        Q.    What other products between

11   2006 to 2008 did TTP produce apart from

12   drywall?

13             MR. STATMAN:  Objection to

14        form.  You can answer based on

15        your knowledge.

16             THE WITNESS:  TTP only

17        produce drywalls.

18   BY MR. MONTOYA:

19        Q.    What was the name of the

20   factory that the TG production line was

21   purchased -- that TG purchased back from

22   TTP?  Where was the factory?

23             Let me start again.

24             What was the name of the

Confidential - Subject to Further Confidentiality Review

1   factory of the --

2              What was the name of the TTP

3   factory that TG bought back the drywall

4   equipment from?

5              MR. STATMAN:  Objection to

6         the form.

7              THE WITNESS:  Industrial

8         park production line.

9   BY MR. MONTOYA:

10         Q.    How many factories did TTP

11  produce drywall at from 2006 until 2008?

12         A.    TTP?

13         Q.    Yes.

14         A.    TTP has only the old

15  factories.  They don't have any other

16  factory.

17         Q.    And what was the name of

18  that factory?

19         A.    TTP?

20         Q.    Yes.  What was the name of

21  the factory where they produced drywall

22  from 2006 to 2008?

23         A.    Let me make a correction.

24  This should be between the year 2006 to

Confidential - Subject to Further Confidentiality Review

Page 157

1    the year 2007.

2             Q.    Okay.

3             A.    It was called TTP.

4             Q.    The name of the factory was

5    called TTP?

6             A.    I need to explain this, so

7    let me think.

8                   MR. STATMAN:  Do you

9             understand the question?

10                  I'm talking to the

11            interpreter.

12                  THE WITNESS:  Yes, I

13            understand it.  But I want to

14            think about it so that I will be

15            able to respond in a way that he

16            can understand.

17                  You can say -- you can put

18            it this way.  TTP does not have

19            any other factory.  TTP itself on

20            its own is a factory.

21   BY MR. MONTOYA:

22            Q.    And the name of that factory

23   is TTP, right?

24            A.    Let me think about how I can

Confidential - Subject to Further Confidentiality Review

Page 158

1    explain to you.

2              MR. STATMAN:  Okay.  I'm

3         going to object as to the form

4         because it's vague and ambiguous.

5         He's obviously struggling.  If you

6         can reask him the question --

7              MR. MONTOYA:  I asked him

8         the name of the factory.  I'm not

9         going to reask it.

10             MR. STATMAN:  Assumes facts

11        not in evidence.

12             MR. MONTOYA:  That they

13        don't have a factory for drywall?

14             MR. STATMAN:  No.  If it has

15        a name.

16             MR. GRAND:  Then he can say

17        it doesn't have a name.

18             MR. STATMAN:  He's

19        apparently struggling.

20             MS. BASS:  You don't have

21        any idea why he's struggling.

22             MR. STATMAN:  That's true.

23        That's why I said apparently.

24             THE WITNESS:  The production

Confidential - Subject to Further Confidentiality Review

Page 159

```
 1        line of TTP is under the name of

 2        TTP.

 3             MR. STATMAN:  Are we ready

 4        for another break?

 5             MR. MONTOYA:  I think we

 6        are, yes.

 7             THE VIDEOTAPE TECHNICIAN:

 8        The time now is approximately 3:09

 9        p.m., and we are now off the

10        record.

11             -  -  -

12             (Whereupon, a recess was

13        taken from 3:09 p.m. until

14        3:21 p.m.)

15             -  -  -

16             THE VIDEOTAPE TECHNICIAN:

17        This begins Tape 5 of today's

18        deposition.  The time now is

19        approximately 3:21 p.m., and we're

20        back on the record.

21             MR. STATMAN:  Before Mr.

22        Montoya recommences with his

23        questions, I just want to note

24        that originally that Mr. Zhang was
```

Confidential - Subject to Further Confidentiality Review

Page 160

```
1        scheduled to have his deposition

2        taken over a period of two days.

3        I understand that yesterday you

4        all agreed that his deposition

5        would be taken only today and that

6        you would take Mr. Peng's

7        deposition over the next two days

8        and you would not be taking any

9        depositions on Saturday.  I see

10       nods on the other side of the

11       table, and I'm assuming that's all

12       correct and no one disagrees with

13       that.

14           MR. PANAYOTOPOULOS:  I've

15       not agreed to that, but I suspect

16       it's okay as long as I have an

17       opportunity to ask a few questions

18       today.

19           MR. STATMAN:  That's what I

20       was getting to.  The time is now

21       3:20 approximately.  My watch

22       never seems to be right here, but

23       it's about 3:20.  I interpret a

24       day to generally mean a 9 to 5
```

Confidential - Subject to Further Confidentiality Review

Page 161

```
 1        full day.  We've tried to keep the
 2        breaks to a minimum.  I've tried
 3        to keep the testimony flowing as
 4        best we can.  I'm certainly
 5        willing to give a little leeway on
 6        the 5:00 issue, but there isn't
 7        that much room for leeway.  And so
 8        I want you among you, if you can,
 9        to reach an agreement about your
10        time.  I'm not going to tell you
11        how to manage your deposition.
12        But if you want some time to ask
13        questions, I think you need to
14        keep that in mind that he's not
15        going to be here indefinitely
16        merely because you decided to
17        reduce his time from two days to
18        one day.
19            MR. PANAYOTOPOULOS:  You
20        just need to understand that we
21        actually have adverse interests.
22        There's no team over here working
23        together.  My clients, I'm the
24        only one who represents my
```

Confidential - Subject to Further Confidentiality Review

Page 162

```
 1        clients, and we have directly

 2        adverse interests with the people

 3        that are asking the questions.

 4        So, I don't have a choice in that.

 5        So, as long as our rights are

 6        preserved, I'm fine with that.

 7        But I'm not willing to give up my

 8        rights for somebody else.

 9            MR.  BRENNER:  The same

10        applies to Mr. Peng.  We've all

11        come here to ask him questions.

12        And to the extent that others with

13        adverse interests monopolize the

14        time, we're not going to waive our

15        rights.  We've got a Saturday set

16        aside.  We're not going to waive

17        our rights.

18            MR. STATMAN:  I'm not going

19        to make any ruling or ask you to

20        waive any rights you may have, but

21        he's here for a full day's worth

22        of deposition today.  We're making

23        an honest effort to give you a

24        full day's worth of deposition,
```

# FILED UNDER SEAL

**CERTAIN EXCERPTS OF THIS TRANSCRIPT HAVE BEEN DESIGNATED "HIGHLY CONFIDENTIAL" AND HAVE BEEN FILED UNDER SEAL, PURSUANT TO PRE-TRIAL ORDER NO. 16**

Confidential - Subject to Further Confidentiality Review

1      of TG 20116 and 20117.

2            Sir, at this time, I have

3      finished my questioning, and I

4      want to thank you for your time

5      today.

6            THE WITNESS:  Thank you very

7      much for your patience to listen

8      to my answers.

9            MR. MONTOYA:  And your

10     patience with me.

11           I pass the witness.

12           MS. BASS:  Hello, my name is

13     Hilarie Bass, and I represent the

14     Home Builders steering committee.

15           I am going to pass the

16     witness, but only after making a

17     statement for the record.

18           Through no fault of the

19     witness, I do not believe that

20     this individual was put forth

21     today in good faith as a corporate

22     representative of TTP.  That is

23     the case because, first of all, he

24     was not an employee of TTP at the

Confidential - Subject to Further Confidentiality Review

Page 171

```
 1          relevant time.  Secondly, he
 2          appears today and tells us that he
 3          has never even read the profile
 4          form submitted by the client about
 5          which he is theoretically supposed
 6          to be testifying today.  He tells
 7          us that there are annual reports
 8          for the company, but he hasn't
 9          even bothered to review them.  He
10          admits that there are all kinds of
11          documents reflecting the very
12          categories of information that he
13          has been designated to talk about
14          today, and he hasn't reviewed any
15          of them.
16              I would just like to note
17          for the record that there were
18          more than 13 lawyers who flew
19          thousands of miles to come here in
20          good faith to ask questions of a
21          witness which we were told was an
22          individual who had the most
23          knowledge about the specific
24          categories of information
```

Confidential - Subject to Further Confidentiality Review

Page 172

```
 1          described in the deposition

 2          designations.  And, in fact, we

 3          find that there is somebody still

 4          employed by a subsidiary of this

 5          company who actually executed the

 6          profile form who apparently does

 7          have personal knowledge about the

 8          information relevant to this

 9          lawsuit, but interestingly enough,

10          he is not being produced any time

11          during the week to allow us the

12          appropriate opportunity to ask him

13          questions about issues that are

14          relevant to this lawsuit.

15              It's my view that the bulk

16          of our time today has been wasted.

17          Patrick has been very patient in

18          trying to elicit whatever

19          interesting information this

20          witness might have, but that I

21          believe we are entitled to be

22          reimbursed for our time to be here

23          today, because I do not believe

24          that this individual by anyone's
```

Confidential - Subject to Further Confidentiality Review

Page 173

1       stretch of the imagination can be

2       described as someone who has the

3       best knowledge about the relevant

4       information that are described in

5       the deposition topics.  And so for

6       that reason, I'm not going to

7       waste any further time by

8       questioning him.

9            I will pass the witness.

10           MR. STATMAN:  I just want to

11      respond briefly.  You're wrong on

12      the facts, and you're wrong on the

13      law.  We'll start with the law.

14      The 30(b)(6) witness does not have

15      to be an employee of the company

16      for which he is giving testimony.

17           Second, he's fully answered

18      questions that were directed and

19      clear about each and every one of

20      the categories in which he's been

21      designated.  He is the -- he is

22      qualified and has shown that he's

23      qualified to answer all of those

24      questions, and that is our

Confidential - Subject to Further Confidentiality Review

Page 174

1          obligation.

2                   MS. BASS:  That's fine.

3          We'll take it up with Judge

4          Fallon.  Thank you.

5                   MR. STATMAN:  That's right.

6                   MR. SERPE:  There's no need

7          to translate that, I wouldn't

8          think.

9                   MR. STATMAN:  No, absolutely

10         not.

11                  MR. PANAYOTOPOULOS:  I also

12         join in the objections from Ms.

13         Bass, but I'm going to try to get

14         some of the questions that

15         possibly this witness has

16         knowledge about while we're here.

17                       -  -  -

18                  EXAMINATION

19                       -  -  -

20    BY MR. PANAYOTOPOULOS:

21         Q.    Hello.  My name is Nick

22    Panayotopoulos, and I represent certain

23    entities by the name of Banner.

24                  When did TTP first hear

Confidential - Subject to Further Confidentiality Review

Page 175

1    about claims being made in America about

2    its drywall?

3                    INTERPRETER 1:  Counsel, the

4            word claims is not a very --

5            cannot be translated too clearly.

6            Will you help me?

7                    INTERPRETER 2:  The check

8            interpreter disagrees.  Claims

9            should be interpreted as shuo pei.

10                   INTERPRETER 1:  That is one

11           way of interpreting that.

12                   MR. PANAYOTOPOULOS:  That's

13           fine.

14                   INTERPRETER 1:  I did

15           translate it similar to that, but

16           I don't want to guess.

17                   MR. PANAYOTOPOULOS:  You can

18           ask it that way.  That's fine.

19                   MR. STATMAN:  Are you

20           finished with your translation?

21                   INTERPRETER 1:  Yes.

22                   MR. STATMAN:  I object to

23           the form of that question.  I

24           object to the scope of that

Confidential - Subject to Further Confidentiality Review

Page 176

1          question insofar as it concerns

2          the designations, and I am

3          objecting to the scope of that

4          question insofar as it has nothing

5          to do with the jurisdiction.  I'll

6          let him answer because I want to

7          move this along, but out of

8          concern for everybody's time, I'm

9          not going to let a whole series of

10         questions like this be asked.

11         He's designated, and these

12         depositions are meant to be for

13         jurisdictional purposes.

14              MR. PANAYOTOPOULOS:  Thank

15         you.

16              MR. STATMAN:  You can

17         translate that, please.

18              THE WITNESS:  Around the

19         year 2010, TTP received legal

20         documents.

21    BY MR. PANAYOTOPOULOS:

22         Q.   I'm not asking when TTP

23    first received legal documents.  I'm

24    asking when did TTP first hear about

Confidential - Subject to Further Confidentiality Review

Page 177

1    claims in America that the drywall was

2    defective?

3              MR. STATMAN:  Same objection

4         as to form and on scope, but you

5         can answer the question if you

6         can.

7              MR. PANAYOTOPOULOS:  Please

8         translate his objection.

9              INTERPRETER 1:  I did

10        translate it.  Let me try to use

11        another word for claim.  I just

12        used the word from Una.  Let me

13        use another word here.

14             MR. PANAYOTOPOULOS:  And

15        please go ahead and translate his

16        objection again.

17             MR. STATMAN:  Same objection

18        as to the previous question.

19             INTERPRETER 1:  I got this

20        Chinese translation from the

21        glossary.

22             MR. CHEN:  If I could just

23        make one clarification, Mr.

24        Panayotopoulos.  The question is

Confidential - Subject to Further Confidentiality Review

Page 178

```
1        whether you're referring to
2        allegations or complaints or if
3        you're referring to demands for
4        payment.  I think that's where the
5        confusion over the term "claims"
6        between all the interpreters is
7        occurring.
8            MR. PANAYOTOPOULOS:  Let me
9        be clear.  It doesn't matter about
10       litigation.  What I'm asking about
11       is anybody making a claim, making
12       a statement that this drywall was
13       defective.  So, it does not have
14       to be in the legal context.  It
15       just has to be in the context of
16       I'm making this particular claim
17       that something is wrong.  I'm just
18       making a statement.
19           INTERPRETER 1:  I
20       understand.  Counsel, I stated
21       that we tried to translate the
22       word claims in three different
23       ways, and we still don't get the
24       answer across because under
```

Confidential - Subject to Further Confidentiality Review

Page 179

```
 1          different situation, the word

 2          claims can be translated

 3          differently.  Is there a better

 4          word that can help us better

 5          translate?

 6               MR. PANAYOTOPOULOS:  How

 7          about a concern.

 8               MR. STATMAN:  I can never

 9          tell when she's done.

10               MR. PANAYOTOPOULOS:  Are you

11          done?

12               MR. STATMAN:  I object as to

13          form, and I object as to scope,

14          but please answer the question.

15               MR. PANAYOTOPOULOS:  Go

16          ahead and translate what he just

17          said, please.

18               THE WITNESS:  I did not hear

19          clearly what were you asking

20          about.

21     BY MR. PANAYOTOPOULOS:

22          Q.   I'm sorry?

23          A.   I did not hear clearly the

24     questions that you just asked.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   When did TTP first hear that
 2    there were concerns in America about its
 3    drywall being defective?
 4                MR. STATMAN:  Objection to
 5          form, objection to scope.  Please
 6          answer the question.
 7                INTERPRETER 2:  The check
 8          interpreter believes that the
 9          interpreter did not put defective
10          into the interpretation.
11                INTERPRETER 1:  I did.  I
12          did exactly every time, I did put
13          a word defective.  Huai diao, that
14          is defect.  Sometimes the check
15          interpreter cannot hear because it
16          is an upside down translation.
17                MR. PANAYOTOPOULOS:  I don't
18          want a justification.
19                THE WITNESS:  I answered
20          earlier.
21    BY MR. PANAYOTOPOULOS:
22          Q.   Please answer it again.
23          A.   Around February of 2010.
24          Q.   That's when it received the
```

Confidential - Subject to Further Confidentiality Review

Page 181

```
1   legal papers?

2              MR. STATMAN:  I just want to

3        make sure you understand.  I have

4        a continuing objection to scope, I

5        don't want to have to reiterate it

6        after every question in this line,

7        so we can move the questioning

8        forward.

9              MR. PANAYOTOPOULOS:  I asked

10       a question already.

11             THE WITNESS:  When you're

12       talking about "it," who are you

13       referring to?  I don't understand.

14             INTERPRETER 1:  When "it

15       received the legal papers," who

16       are you referring to as "it?

17  BY MR. PANAYOTOPOULOS:

18       Q.    You gave me a date in 2010,

19  correct?

20       A.    Yes.

21       Q.    That was the date when your

22  company received legal papers; is that

23  correct?

24       A.    Yes.
```

Confidential - Subject to Further Confidentiality Review

Page 182

1          Q.    Before that date, had

2     anybody at your company heard about any

3     complaints about its drywall in America?

4                    MR. STATMAN:  Objection as

5               to form.

6                    THE WITNESS:  TTP has

7               already stopped production.  Only

8               two people stayed.  How can I put

9               it?

10    BY MR. PANAYOTOPOULOS:

11         Q.    Prior to the date you gave

12    me, did anybody at TTP have knowledge

13    about any concerns being raised in

14    America about the TTP drywall?

15         A.    I don't know whether there

16    is anyone who knows it or not.

17         Q.    You don't know when the date

18    is?

19         A.    Just earlier, well, I want

20    to find out what question was he asking?

21         Q.    When was the first time that

22    you found out that anyone in America was

23    complaining about TTP drywall?

24                    MR. STATMAN:  Objection,

Confidential - Subject to Further Confidentiality Review

Page 183

1          vague and ambiguous.  Answer,

2          please.

3               THE WITNESS:  Mr. Attorney,

4          would you mind to clarify this

5          question?

6    BY MR. PANAYOTOPOULOS:

7          Q.    Have you ever heard that

8    there are problems, that people are

9    claiming there are problems with TTP

10   drywall in America?

11              MR. STATMAN:  Objection as

12         to form.

13              THE WITNESS:  Mr. Attorney,

14         would you mind to rephrase it

15         using another method to ask me?

16              MR. CHEN:  The witness also

17         added, the way it's being

18         interpreted, I really don't

19         understand.

20              INTERPRETER 1:  Did he say

21         that?

22              MR. CHEN:  Yes, he did.

23              INTERPRETER 1:  I did not

24         hear that.

Confidential - Subject to Further Confidentiality Review

Page 184

```
 1              THE WITNESS:  I'm talking
 2         about, I don't understand the
 3         meaning, what is the meaning of
 4         what the attorney -- Mr. Attorney,
 5         you want to convey.
 6    BY MR. PANAYOTOPOULOS:
 7         Q.    Are you aware that there are
 8    people in America complaining that
 9    there's a problem with TTP drywall?
10              MR. STATMAN:  Objection to
11         form.
12              THE WITNESS:  I know.
13    BY MR. PANAYOTOPOULOS:
14         Q.    When did you first find out?
15         A.    I cannot tell the exact
16    time.  After the litigation.
17         Q.    The first time you heard
18    from any source that there were
19    complaints about the drywall was after
20    the litigation was started?
21              MR. STATMAN:  Objection to
22         form.
23              THE WITNESS:  Yes.
24    BY MR. PANAYOTOPOULOS:
```

Confidential - Subject to Further Confidentiality Review

Page 185

1          Q.    You never read anything in

2     the papers about problems with TTP

3     drywall in America before that time?

4                    MR. STATMAN:  Objection to

5               form.

6                    INTERPRETER 2:  The check

7               interpreter believe paper here

8               means newspaper.

9                    INTERPRETER 1:  Interpreters

10               do not speculate the meaning of

11               the words.  It's up to the lawyers

12               to clarify.

13                    MR. PANAYOTOPOULOS:  Please

14               use the word newspaper or press.

15                    THE WITNESS:  Yes.

16     BY MR. PANAYOTOPOULOS:

17          Q.    When was that, the first

18     time that you heard that?

19                    MR. STATMAN:  Objection to

20               form.

21                    THE WITNESS:  I did answer.

22                    INTERPRETER 2:  The check

23               interpreter believes that when the

24               question posed to the witness, you

Confidential - Subject to Further Confidentiality Review

1          never read from the papers about

2          the litigation -- about the

3          complaints, and the witness'

4          answer is correct, meaning I have

5          never read from the newspaper,

6          it's not yes, I have read from the

7          paper.

8                    INTERPRETER 1:  The check

9          interpreter is digesting and

10         speculating the meaning of what

11         was being said.  What was said was

12         not as long as what she said.

13   BY MR. PANAYOTOPOULOS:

14         Q.    Did TTP have a customer base

15   in 2006 to 2007?

16                    MR. STATMAN:  Objection as

17         to form.

18                    THE WITNESS:  I don't

19         understand.  What do you mean by

20         "customer base"?

21   BY MR. PANAYOTOPOULOS:

22         Q.    Did TTP have customers in

23   2006 and 2007 for its drywall?

24         A.    TTP has customers for the

Confidential - Subject to Further Confidentiality Review

1    drywalls.

2         Q.    In 2006/2007?

3         A.    Yes.

4         Q.    What happened to those

5    customers when TTP and TG boards decided

6    to shut down TTP's business?

7              MR. STATMAN:  Finished?

8              Objection to the form.

9              THE WITNESS:  I don't

10        understand the meaning of this

11        question.  What do you mean?

12   BY MR. PANAYOTOPOULOS:

13        Q.    Did the customers that used

14   to get drywall from TTP begin to get

15   drywall from a different TG entity after

16   TTP shut down?

17        A.    The customers of TTP, they

18   are not fixed customers.  They can buy

19   the drywall from anywhere.

20        Q.    Did TTP give its client list

21   to a different TG client -- TG entity

22   when TTP went out of business?

23              MR. STATMAN:  Objection as

24        to form.

Confidential - Subject to Further Confidentiality Review

Page 188

```
 1              THE WITNESS:  I did answer
 2         this question earlier.  The
 3         customers of TTP, they are not
 4         fixed customers of TTP.
 5              MR. PANAYOTOPOULOS:  Would
 6         you repeat my question to him,
 7         please.
 8              MR. STATMAN:  Objection to
 9         form.
10              THE WITNESS:  I have never
11         seen such a customer list.
12    BY MR. PANAYOTOPOULOS:
13         Q.    Is it your testimony that
14    TTP never had a list of who its customers
15    were?
16              MR. STATMAN:  Objection as
17         to form, and I'm going to object
18         as to the scope of this.  And I
19         think that's part of the problem.
20              You can answer if you know.
21         And any answer he gives is within
22         the scope of his personal
23         knowledge.
24              THE WITNESS:  According to
```

Confidential - Subject to Further Confidentiality Review

Page 189

1          my personal understanding?

2    BY MR. PANAYOTOPOULOS:

3          Q.    According to any

4    understanding you had from any source

5    whatsoever.

6          A.    What I mean is that the

7    customers of TTP keeps on changing.

8    Therefore, there's no way for them to

9    write out a list.

10         Q.    So, your testimony is that

11   TTP never had a list of who its customers

12   were, correct?

13              MR. STATMAN:  Objection to

14         form.

15              THE WITNESS:  That is

16         according to my own understanding,

17         I have never seen such a list.

18   BY MR. PANAYOTOPOULOS:

19         Q.    You spoke earlier about the

20   VAT tax issues, correct?

21         A.    Yes.

22         Q.    And part of the reason that

23   TTP shut down or stopped producing

24   drywall was so that TG could apply for

Confidential - Subject to Further Confidentiality Review

Page 190

1    VAT exemptions, correct?

2                    MR. STATMAN:  Objection to

3           form.

4                    THE WITNESS:  I don't

5           understand the meaning, Mr.

6           Attorney.

7    BY MR. PANAYOTOPOULOS:

8           Q.    The meaning of what?

9           A.    I don't understand what

10    you're talking about.  What do you imply?

11           Q.    The boards of TTP and TG

12    decided at some point to shut down TTP's

13    production, correct?

14           A.    Yes.

15           Q.    And the reason that they

16    decided to do that was so they could

17    apply for VAT tax exemption, correct?

18                    MR. STATMAN:  Objection to

19           form.

20                    THE WITNESS:  Mr. Attorney,

21           when you are talking about the

22           word "they," who are you referring

23           to?

24    BY MR. PANAYOTOPOULOS:

Confidential - Subject to Further Confidentiality Review

Page 191

```
 1          Q.    TTP and TG.

 2          A.    TTP has already stopped the

 3   production, therefore, there is no more

 4   tax issue.

 5          Q.    It's TG that applies for the

 6   VAT exemption, correct?

 7                MR. STATMAN:  Objection to

 8          form, time frame.

 9                THE WITNESS:  TG enjoy the

10          VAT tax before this.

11                MR. CHEN:  Tax exemption.

12                INTERPRETER 1:  He did not.

13          He did not say the word

14          "exemption."  He just said "enjoy

15          VAT tax."

16                Let me ask the witness to do

17          it over again.

18                THE WITNESS:  TG can enjoy

19          the exemption of the VAT tax

20          before this.

21   BY MR. PANAYOTOPOULOS:

22          Q.    The reason --

23                What was the reason that TTP

24   production was shut down?
```

Confidential - Subject to Further Confidentiality Review

Page 192

```
 1              MR. STATMAN:  Objection,
 2         asked and answered.
 3              THE WITNESS:  I insist on
 4         the answer I gave before.
 5    BY MR. PANAYOTOPOULOS:
 6         Q.   Please repeat it, if you
 7    could.
 8         A.   The answer I gave earlier
 9    was too long.  I am unable to repeat it.
10         Q.   Was part of the reason the
11    TTP production was shut down so that some
12    Taishan Gypsum entity could enjoy VAT tax
13    exemption?
14         A.   That is not the case.
15         Q.   Please repeat the reason,
16    then, that you said why TTP was shut
17    down.
18              MR. STATMAN:  Objection,
19         asked and answered.  And to the
20         extent you can answer that
21         question, please do.
22              THE WITNESS:  I insist on
23         the answer that I gave out
24         earlier, and I did explain about
```

Confidential - Subject to Further Confidentiality Review

Page 193

```
 1          this because it is a very

 2          professional knowledge regarding

 3          the finance.  I spent a long time

 4          to explain this.  If I have to

 5          repeat it again, it is

 6          meaningless.

 7               MR. PANAYOTOPOULOS:  We're

 8          going to be here a very long time

 9          if I'm not going to get any

10          answers to my questions, and I

11          don't know what the best way to go

12          about it is, but I can't get any

13          answers out of this -- the

14          witness.

15               MR. STATMAN:  Let me suggest

16          that you asked exactly the same

17          question that he had previously

18          been asked which he gave a very

19          long answer.  And he's saying that

20          he can't repeat that answer.  And

21          let me further suggest that you

22          may have misunderstood some of the

23          things he said.  Now, if you'd

24          like to go back and read his
```

Confidential - Subject to Further Confidentiality Review

Page 194

```
 1          answer while someone else takes
 2          over the questioning, I have no
 3          problem with that.  But he can't
 4          give exactly the same answer that
 5          he gave before.
 6               MR. PANAYOTOPOULOS:  Well,
 7          I'm not asking for the exact same
 8          answer.
 9               MR. STATMAN:  You are asking
10          for an answer to exactly the same
11          question.  There's no reason he
12          has to repeat it.
13               MR. PANAYOTOPOULOS:  The
14          problem is, he's refusing to
15          answer the questions that came
16          before that, and so now I've got
17          to take him through the entire
18          loop.  But it's fine.  I'm going
19          to let somebody else, if they want
20          to go first, then I'll come back.
21               MR. HARDT:  I just have a
22          statement for the record.  This is
23          Ken Hardt.  I represent Venture
24          Supply and Porter-Blaine
```

Confidential - Subject to Further Confidentiality Review

Page 195

```
1         Corporation.  I independently
2         noticed these depositions in the
3         Germano class action and am making
4         a special appearance at these
5         depositions.  Pursuant to that
6         notice in the Germano action, I
7         agree with Ms. Bass' statements.
8         The topics that I would have asked
9         have been covered by the
10        attorneys.  I don't think the
11        answers are representative of a
12        corporate representative that
13        should have been prepared to
14        answer these questions.  Again, no
15        disrespect to the witness, but I
16        think the wrong witness was put up
17        for -- they could have put up a
18        number of witnesses to address the
19        topics, therefore, I'm not going
20        to ask any questions at this time.
21             MR. STATMAN:  Rather than
22        respond, we'll let the judge
23        decide when it comes to that.
24             MS. EISELEN:  This is
```

Confidential - Subject to Further Confidentiality Review

Page 196

1      Carlina Eiselen.  I represent

2      Interior/Exterior.  I along with

3      other counsel, I cross-noticed

4      this deposition in the MDL, and I

5      share Ms. Bass and Mr. Hardt's

6      objections.

7           MR. BLACK:  I'm David Black

8      representing the State of

9      Louisiana.

10          I also share the statements

11     made by Ms. Bass and Mr. Hardt and

12     Carlina.  I think this witness was

13     a very, very poor representative.

14     There are many other folks who

15     have been identified in exhibits

16     and otherwise who could have been

17     put here.  Instead, they put

18     somebody who didn't have anything

19     to do with the daily operations of

20     TTP during the time that it was in

21     operation for the very clear

22     purpose of avoiding a witness who

23     can answer questions about what

24     TTP did.  And I thought the

Confidential - Subject to Further Confidentiality Review

Page 197

```
 1          purpose of this deposition is to
 2          find out what TTP did, how it
 3          reacted to what was out there.
 4          This witness did not provide that
 5          basis.
 6              MR. STATMAN:  I'm prepared
 7          to let everybody join in with what
 8          Ms. Bass said before, but when the
 9          attorneys' motives are impugned, I
10          have to say something about that.
11              I think that if you press
12          this further, you'll find out that
13          whatever you ascribe to the
14          attorneys is not true.  I think
15          when you read the transcript, you
16          will see that the witness, in
17          fact, was capable and did answer
18          all the proper questions that were
19          posed to him and was a fine
20          30(b)(6) designee.
21              MR. BLACK:  I respectfully
22          disagree.
23              MR. CLARK:  This is Matthew
24          Clark representing Southern Homes.
```

Confidential - Subject to Further Confidentiality Review

Page 198

```
 1            Southern Homes joins in the
 2            statements of Mr. Black, Ms. Bass
 3            and the others and lodges its
 4            objection.
 5                 MR. SLAUGHTER:  This is
 6            Brian Slaughter.  I represent
 7            Atlantic Homes, and I join in the
 8            objections raised by the other
 9            parties previously.
10     BY MR. PANAYOTOPOULOUS:
11            Q.    Hello again.
12                 Is it true that as a result
13     of TTP shutting down its operations, TG
14     could enjoy full tax exemption from VAT?
15            A.    You cannot say this.
16            Q.    Is it true that TG
17     implemented a different policy in 2006 --
18     I'm sorry.  Let me start over.
19                 What policy did TG implement
20     to exempt all the VAT tax?
21                 MR. STATMAN:  Objection to
22            form.
23                 THE WITNESS:  Mr. Attorney,
24            would you mind to say your
```

Confidential - Subject to Further Confidentiality Review

```
 1          question to describe it once more.
 2    BY MR. PANAYOTOPOULOS:
 3          Q.    Sure.
 4                And I'm reading from the
 5    rough transcript of his testimony from
 6    earlier today.  Did TTP implement some
 7    tax policy to cut the exemption, the VAT
 8    exemption?
 9          A.    TTP?  Are you talking about
10    TTP or TG?
11          Q.    TG.  I'm sorry, TG.
12          A.    Mr. Attorney, would you mind
13    to describe this question to me
14    completely.
15          Q.    You talked earlier about a
16    policy that TG implemented related to
17    VAT, correct?
18          A.    Yes.
19          Q.    Tell me about that policy.
20    What is that policy?
21                MR. STATMAN:  Objection to
22          form, asked and answered.  If you
23          can answer the question.
24                THE WITNESS:  I cannot tell
```

Confidential - Subject to Further Confidentiality Review

Page 200

1          accurately the name of that

2          policy.  I cannot tell accurately

3          the name of this document.  There

4          is a tax policy promulgated by the

5          tax bureau of the Chinese

6          government.

7     BY MR. PANAYOTOPOULOS:

8          Q.    I'm not asking for the name.

9     I'm asking for your understanding of what

10    that policy was.

11              MR. STATMAN:  Okay.  I think

12          this really is outside the scope.

13              But you can answer to the

14          best of your knowledge.

15              THE WITNESS:  To put it

16          simple, TG.

17              MR. STATMAN:  (Addressing

18          the interpreter.)

19              Would you let him finish his

20          entire answer before you start

21          interjecting.

22              Thank you.

23              INTERPRETER 1:  Yeah, sure.

24          No.  I just want to double check.

Confidential - Subject to Further Confidentiality Review

1          I did not hear.

2                MR. STATMAN:  You said TG

3          three times.

4                THE WITNESS:  Are you asking

5          about TG or TTP?

6   BY MR. PANAYOTOPOULOS:

7          Q.    Whose policy were you

8   talking about earlier related to VAT?

9          A.    The state tax bureau.

10         Q.    I understand that the state

11  issued a new policy related to VAT,

12  correct?

13         A.    I don't know about the new

14  ones.

15         Q.    The one you were talking

16  about just now.

17         A.    Now I understand.  Mr.

18  Attorney, you're referring the tax policy

19  TG implemented at that time, right?

20         Q.    Correct.  Tell me what that

21  policy was, please.

22         A.    TG can enjoy the exemption

23  of VAT.  Finished.

24         Q.    And did that --

Confidential - Subject to Further Confidentiality Review

1            In order for TG to enjoy

2    that VAT exemption, was that in any way

3    related to the shutdown of TTP

4    production?

5            A.    No relationship.

6            Q.    Does TG submit forms to get

7    VAT exemptions today?

8            MR. STATMAN:  I object as

9            outside the scope.  This witness

10           is clearly designated to talk

11           about TTP.  If he can answer based

12           on his own personal knowledge,

13           that's fine.  But he's not a

14           designated witness of TG.

15           You can answer that.

16           THE WITNESS:  I have already

17           enough regarding the contents of

18           this question.

19           MR. PANAYOTOPOULOS:  I'm

20           going to insist on an answer.

21           MR. STATMAN:  Can you reask

22           the question?  I think he's gotten

23           lost.  I don't know, but I think

24           it --

Confidential - Subject to Further Confidentiality Review

Page 203

1  BY MR. PANAYOTOPOULOS:

2          Q.    Does TG submit forms to get

3  VAT exemptions today?

4          A.    I don't know.

5          Q.    Are you aware whether TG

6  ever submitted for VAT exemptions?

7                MR. STATMAN:  Again, it's

8          outside the scope of his

9          designation, but to the extent he

10         has personal knowledge, he can

11         answer.

12               INTERPRETER 1:  The

13         interpreter needs to clarify with

14         the witness because the Chinese

15         words doesn't have the present

16         tense, past tense.  I want to know

17         what tense he's using.

18               MR. CHEN:  I would just note

19         that she's asking was it in the

20         past or the present.

21               INTERPRETER 1:  No.  Because

22         the Chinese word has no "ed" or

23         future tense.  It's all the same.

24               MR. CHEN:  I just wanted to

Confidential - Subject to Further Confidentiality Review

Page 204

```
 1         reflect what she's asking.  I'm
 2         fine with that.
 3              MR. PANAYOTOPOULOS:  Fine,
 4         thank you.  Go ahead.
 5              INTERPRETER 1:  I'm
 6         clarifying with the witness.  I
 7         said there's no future tense and
 8         the present tense and past tense
 9         in the Chinese.  I want him to
10         clarify with me.  He said yes,
11         yes, right.  So, that's why he
12         wants you, the attorney, also to
13         clarify what the time frame are
14         you talking about today.
15              INTERPRETER 2:  The check
16         interpreter believe the witness
17         said TG should have submitted some
18         material.
19              INTERPRETER 1:  He did not
20         say that.  It is a speculation of
21         the check interpreter.  That is
22         not right.
23              MR. PANAYOTOPOULOS:  Sorry.
24         Tell me again what you think he
```

Confidential - Subject to Further Confidentiality Review

Page 205

1        said.

2               INTERPRETER 2:  TG should

3        have submitted some material.

4               INTERPRETER 1:  He did not

5        say that.

6               MR. CHEN:  For the record, I

7        agree with that, with the check

8        interpreter.

9               INTERPRETER 1:  It is a

10       speculation, because it has no

11       tense.

12               MR. STATMAN: Please ask him

13       again.

14   BY MR. PANAYOTOPOULOS:

15       Q.   In the past, has TG ever

16   submitted for VAT tax exemption?

17               MR. STATMAN:  Objection to

18       form.

19               THE WITNESS:  Need to submit

20       some reports.

21   BY MR. PANAYOTOPOULOS:

22       Q.   TG would submit the reports

23   and then get money back from the

24   government, correct?

Confidential - Subject to Further Confidentiality Review

Page 206

```
 1              MR. STATMAN:  Objection to
 2         the scope, objection to the form.
 3              THE WITNESS:  The earlier
 4         question, the way you bring it up,
 5         I cannot understand.
 6              MR. PANAYOTOPOULOS:  You
 7         want to go and change the tape
 8         because we're going to be here for
 9         a long time.
10              MR. STATMAN:  No, we're not.
11         You're asking him questions about
12         TG's VAT applications that you may
13         very well have wanted to ask of
14         somebody else, but you are not
15         going to ask them of this witness.
16         This witness is designated to
17         testify on behalf of TTP.  So, I'm
18         going to give you a few more
19         minutes on this line, and then I'm
20         shutting it down.
21              MR. PANAYOTOPOULOS:  I
22         understand that you may want to do
23         that.  I'm going to ask my
24         questions, and then we'll take it
```

Confidential - Subject to Further Confidentiality Review

Page 207

```
1        up with The Court.  You can

2        obviously instruct the witness not

3        to answer if you want, and then we

4        can deal with it at that point.

5             MR. STATMAN:  I'll instruct

6        him not to answer if you continue

7        this.

8             MR. PANAYOTOPOULOS:  I

9        understand.

10            MR. STATMAN:  I will

11       instruct the witness not to

12       answer.  If you continue, I will

13       get up and leave.  This does not

14       have anything to do with TTP

15       anymore.

16            MR. PANAYOTOPOULOS:  I

17       understand.

18            THE VIDEOTAPE TECHNICIAN:

19       The time now is approximately 4:37

20       p.m. and we're now off the record.

21                 -  -  -

22            (Whereupon, a recess was

23       taken from 4:46 p.m. until

24       4:46 p.m.)
```

Confidential - Subject to Further Confidentiality Review

Page 208

```
 1                    -  -  -
 2              THE VIDEOTAPE TECHNICIAN:
 3         This begins Tape 6 of the
 4         deposition.  The time is
 5         approximately 4:46 p.m., and we're
 6         back on the record.
 7              MR. STATMAN:  Nick, it's my
 8         intention to go no longer than
 9         5:00.  I'll give you a little
10         leeway on that, but only if you
11         are going to be asking questions
12         within the scope of his
13         designation, and I don't see the
14         connection right now on the
15         questions that you are asking and
16         anything having to do with his
17         designation.
18              MR. PANAYOTOPOULOS:  I
19         understand.  Rather than taking
20         the time to argue about it, I
21         figured I'll just ask some
22         questions and maybe we can get
23         through this.
24              MR. STATMAN:  Great.
```

Confidential - Subject to Further Confidentiality Review

Page 209

1    BY MR. PANAYOTOPOULOS:

2         Q.    Do you have any knowledge

3    regarding what TTP did in regards to VAT

4    in the 2006/2007 time frame?

5         A.    They don't have particularly

6    to do anything.

7         Q.    Do you have knowledge about

8    what TTP did in relation to VAT?

9              MR. STATMAN:  Asked and

10             answered.  Go ahead.

11             THE WITNESS:  It is the same

12             question, therefore, I would give

13             the same -- the answer that I gave

14             earlier -- that I gave earlier.

15   BY MR. PANAYOTOPOULOS:

16        Q.    I asked the question

17   earlier.  I didn't get an answer to that

18   question.  Are you saying that TTP didn't

19   have anything to do with VAT?

20             MR. STATMAN:  Object to the

21             form and particularly the

22             statement before the question, but

23             you can answer the question.

24             THE WITNESS:  I don't know

Confidential - Subject to Further Confidentiality Review

Page 210

1          who -- what relationship that

2          you're referring to, the

3          relationship about who.

4     BY MR. PANAYOTOPOULOS:

5          Q.    Did TTP pay VAT in the

6     2006/2007 time period?

7          A.    Yes, they have to pay.

8          Q.    In the 2006/2007 time

9     period, did TTP ever apply for exemptions

10    from VAT?

11         A.    I did explain about this

12    question earlier.  It pays half of the

13    tax and exempt it for half of the tax.

14         Q.    TTP would apply for

15    exemptions from VAT in certain situations

16    in the 2006-2007 time period, correct?

17              INTERPRETER 1:  2006 time

18         period?

19    BY MR. PANAYOTOPOULOS:

20         Q.    '06/07.

21              MR. STATMAN:  Objection as

22         to form.

23              THE WITNESS:  The policy

24         implemented during the period '06

Confidential - Subject to Further Confidentiality Review

1          and '07 by TTP was 50% exemption

2          for the tax.

3    BY MR. PANAYOTOPOULOS:

4          Q.    And that was -- that

5    exemption was in instances where TTP was

6    exporting its products, correct?

7                MR. STATMAN:  Objection.

8                Is she finished?

9                MR. CHEN:  Yes.

10               MR. STATMAN:  Objection to

11          form.

12               You can answer.

13               THE WITNESS:  I don't know,

14          Mr. Attorney, when you're

15          referring to export, I don't know

16          concretely what you're talking

17          about, export.  How do you define

18          concretely the behavior called

19          export?

20   BY MR. PANAYOTOPOULOS:

21         Q.    You understand that TTP

22   would not have been entitled to the VAT

23   exemption unless it was reporting to the

24   Chinese government that it was exporting

Confidential - Subject to Further Confidentiality Review

Page 212

1    the material?

2         A.    Incorrect.

3         Q.    You believe TTP was entitled

4    to a VAT exemption even in instances

5    where it was selling drywall in China?

6              MR. STATMAN:  Are you asking

7         him what his understanding is?

8              MR. PANAYOTOPOULOS:  Yes.

9              MR. STATMAN:  I object to

10         the form.  You can answer if you

11         can.

12              THE WITNESS:  Let me restate

13         this.  The policy implemented by

14         TTP was the policy for 50% tax

15         exemption.

16              MR. PANAYOTOPOULOS:  Would

17         you please reread my question.

18                   -  -  -

19              (Whereupon, the requested

20         portion of the transcript was read

21         by the court reporter as follows:

22              "Q.  You believe TTP was

23         entitled to a VAT exemption even

24         in instances where it was selling

Confidential - Subject to Further Confidentiality Review

Page 213

```
 1        drywall in China?")

 2                 -  -  -

 3             MR. STATMAN:  Same

 4        objections.

 5             THE WITNESS:  Regarding this

 6        question, what I can answer is

 7        only that the policies that TTP

 8        implemented was the VAT 50% tax

 9        exemption.

10             MR. PANAYOTOPOULOS:  I'm

11        going to note for the record this

12        witness is not answering my

13        question, and we'll move on, and

14        we'll take it up later with the

15        judge.

16   BY MR. PANAYOTOPOULOS:

17        Q.    Do you know where the

18   VAT-related documents for TTP are today?

19        A.    Documents related to VAT,

20   where they are being kept today?

21        Q.    Correct.

22        A.    What documents are you

23   referring to?

24        Q.    Documents related to VAT
```

Confidential - Subject to Further Confidentiality Review

Page 214

1   from the 2006/2007 time period.

2              MR. STATMAN:  Objection to

3         form.

4              You can answer the question.

5              THE WITNESS:  I'm not sure

6         whether this document exists or

7         not.  If we still have it, that

8         should be in the office of TTP.

9              MR. PANAYOTOPOULOS:  Thank

10        you.  That's all I have.  Subject

11        to our reservations and objections

12        from earlier, I'm done.

13             MR. STATMAN:  I have no

14        direct.  So, unless anybody else

15        has something, I think we're done.

16             THE VIDEOTAPE TECHNICIAN:

17        The time now is approximately 5:00

18        p.m.  Today's deposition

19        consisting of six tapes is now

20        concluded.

21                  -  -  -

22             (Whereupon, the deposition

23        concluded at 5:00 p.m.)

24                  -  -  -

Confidential - Subject to Further Confidentiality Review

1                    C E R T I F I C A T E
2
3
             I, LINDA L. GOLKOW, a
4    Registered Diplomate Reporter, Certified
     Court Reporter and Notary Public, do
5    hereby certify that, pursuant to notice,
     the deposition of JIANCHUN ZHANG was duly
6    taken on April 6, 2011 at 9:12 a.m.
     before me.
7
8             The said JIANCHUN ZHANG was
     duly sworn by me through the interpreter
9    according to law to tell the truth, the
     whole truth and nothing but the truth and
10   thereupon did testify as set forth in the
     above transcript of testimony.  The
11   testimony was taken down stenographically
     by me.
12
13            I do further certify that
     the above deposition is full, complete
14   and a true record of all the testimony
     given by the said witness.
15
16
17        Linda L. Golkow
          Registered Diplomate Reporter
18        Certified Realtime Reporter
19
20            (The foregoing certification
     of this transcript does not apply to any
21   reproduction of the same by any means,
     unless under the direct control and/or
22   supervision of the certifying reporter.)
23
24

Confidential - Subject to Further Confidentiality Review

Page 216

1                    INSTRUCTIONS TO WITNESS

2

3

4                    Please read your deposition

5    over carefully and make any necessary

6    corrections.  You should state the reason

7    in the appropriate space on the errata

8    sheet for any corrections that are made.

9

10                    After doing so, please sign

11   the errata sheet and date it.  It will be

12   attached to your deposition.

13

14                    It is imperative that you

15   return the original errata sheet to the

16   deposing attorney within thirty (30) days

17   of receipt of the deposition transcript

18   by you.  If you fail to do so, the

19   deposition transcript may be deemed to be

20   accurate and may be used in court.

21

22

23

24

Confidential - Subject to Further Confidentiality Review

Page 217

```
 1                    - - - - - -

                     E R R A T A

 2                    - - - - - -

 3    PAGE   LINE   CHANGE

 4    ____   ____   _____

 5      REASON:    _____

 6    ____   ____   _____

 7      REASON:    _____

 8    ____   ____   _____

 9      REASON:    _____

10    ____   ____   _____

11      REASON:    _____

12    ____   ____   _____

13      REASON:    _____

14    ____   ____   _____

15      REASON:    _____

16    ____   ____   _____

17      REASON:    _____

18    ____   ____   _____

19      REASON:    _____

20    ____   ____   _____

21      REASON:    _____

22    ____   ____   _____

23      REASON:    _____

24
```

Confidential - Subject to Further Confidentiality Review

Page 218

```
 1
 2              ACKNOWLEDGMENT OF DEPONENT
 3
                 I,_____, do
 4    hereby certify that I have read the
      foregoing pages, 1 through 218 and that
 5    the same is a correct transcription of
      the answers given by me to the questions
 6    therein propounded, except for the
      corrections or changes in form or
 7    substance, if any, noted in the attached
      Errata Sheet.
 8
 9    _____
      JIANCHUN ZHANG                  DATE
10
11
12
13
14
15
16    Subscribed and sworn
      to before me this
17    _____ day of _____, 20____.
18    My commission expires:_____
19
      _____
20    Notary Public
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 219

1                    LAWYER'S NOTES

2      PAGE  LINE

3      ____  ____    _____

4      ____  ____    _____

5      ____  ____    _____

6      ____  ____    _____

7      ____  ____    _____

8      ____  ____    _____

9      ____  ____    _____

10     ____  ____    _____

11     ____  ____    _____

12     ____  ____    _____

13     ____  ____    _____

14     ____  ____    _____

15     ____  ____    _____

16     ____  ____    _____

17     ____  ____    _____

18     ____  ____    _____

19     ____  ____    _____

20     ____  ____    _____

21     ____  ____    _____

22     ____  ____    _____

23     ____  ____    _____

24     ____  ____    _____

# 公　　证　　书

**中华人民共和国山东省泰安市岱岳公证处**

– – – – – – –

# ERRATA

### DEPOSITION OF JIANCHUN ZHANG

### 错误更正表

### 张建春庭外供述

– – – – – – –

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| 21 | 14-16 | "I'm helping with the directors of the board of directors to run the daily business" to "I assist the chairman of the board of directors to manage the everyday operations of the business." |
| REASON | | 证人供称："我协助董事长处理董事会日常事务"<br>Translation error |
| 理由 | | 翻译错误。 |
| 66 | 6-8 | "paid on behalf of them by TG" to "paid by TTP but advanced by TG" |
| | | 证人供称："TTP 这两个雇员的工资现在由 TG 来垫付" |
| REASON | | Translation error |
| 理由 | | 翻译错误。 |
| 72 | 9 | "allegation" to "litigation" |
| | | 证人供称："诉讼"。 |
| REASON | | Translation error |
| 理由 | | 翻译错误。 |

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| 116 | 19 | Add "but it doesn't mean that I can read this thing." (indicating what's being shown on the screen) |
| | | 证人供称："但这并不代表说我懂得看得到这个东西" |
| REASON | | Translation error |
| 理由 | | 翻译错误。 |
| 152 | 11-12 | "question" to "explanation to an issue" |
| | | 证人供称："问题的解释" |
| REASON | | Translation error |
| 理由 | | 翻译错误。 |
| 183 | 15 | Add "and the way it's being interpreted, I really don't understand." |
| | | 证人供称："请律师先生换一种方式，刚才你翻译过来我实在不知道"。 |
| REASON | | Translation error (incomplete translation) |
| 理由 | | 翻译错误。 |
| 191 | 14 | "enjoy VAT tax" to "had a tax exemption" |
| | | 证人供称："享受免征增值税"。 |
| REASON | | Translation error |
| 理由 | | 翻译错误。 |

2

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|

205    19-20    "Need to submit some reports" to "TG should have submitted some material."

证人供称： "TG 应该有提交一些资料。"

REASON    Translation error

理由    翻译错误。

3

证人宣誓书

我张建春特此证实，我已经阅读过上述第 1 页至第 218 页；并且除开在"错误更正表"中关于的形式或实体上被更正的项目外，该第 1 页至第 218 页是我所被问及之各个问题之答复的正确笔录记载。

张建春                          2011. 5-26

张建春                          日期


兹于        年        月        日，
在本人前宣誓后作成本宣誓书
本人公证资格有效截止日期为        年        月        日


（公证人签名）

```
 1
 2                ACKNOWLEDGMENT OF DEPONENT
 3
                         I, _____, do
 4     hereby certify that I have read the
       foregoing pages, 1 through 218 and that
 5     the same is a correct transcription of
       the answers given by me to the questions
 6     therein propounded, except for the
       corrections or changes in form or
 7     substance, if any, noted in the attached
       Errata Sheet.
 8
 9     _____
       JIANCHUN ZHANG              DATE
10
11
12
13
14
15
16     Subscribed and sworn
       to before me this
17     _____ day of _____, 20_____.
18     My commission expires:_____
19
       _____
20     Notary Public
21
22
23
24
```

# 公 证 书

（2011）泰岱岳证外字第 370 号

　　兹证明张建春（男，一九六九年十二月二十二日出生，身份证号：370728196912221857，现住山东省泰安市泰山区泰山大街松园小区 20 号楼 2 单元 301 室）于二 0 一一年五月二十六日在泰山石膏股份有限公司办公室，在我的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二 0 一一年五月二十七日

XM37104282

# NOTARIAL    CERTIFICATE

(2011)Tai Daiyue Zheng Wai Zi No.370

This is to certify that Zhang Jianchun (male, born on December 22, 1969, ID card number:370728196912221857, now residing in Room 301, Unit 2, Building 20, Songyuan Residential Quarters, Taishan Street, Taishan District, Taian City, Shandong Province) on Taishan Gypsum Co., Ltd. Office on May 26, 2011 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT.*

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

XW37104285

# 证　明　书

（2011）泰岱岳证外字第 371 号

　　兹证明前面的（2011）泰岱岳证外字第 370 号《公证书》
的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二 0 一一年五月二十七日

XW 37104288

# NOTARIAL   CERTIFICATE

(2011)Tai  Daiyue  Zheng  Wai  Zi  No.371

This is to certify that the English translation contents of the (2011) Tai Daiyue Zheng Wai Zi No.370 *NOTARIAL CERTIFICATE* agree with the Chinese contents of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

XW87104291



张敏

孟繁荣

彭文龙

EXHIBIT NO. 13
4-6-11
L. GOLKOW

1. 彭世旸 董事长·总经理    2006年至现在
2. 王凤琴 董事    2006年至现在
3. 付廷斯 董事.    2006年至现在.
4. 宋庆海 生产经理    2006年至2007年

1. Peng, ~~Shindring~~ Shibiang : Chairman of The Board
                      GM   (2006 - present)

2. Wang, FengQin : Director (2006 - present)

3. Fu, Tingwen : Director (2006 - present)

4. Song, Qinghai : Production Manager (2006 - 2007)



Tianchun

EXHIBIT NO. 14

4-6-11

L. GOLKOW

张敏

Zhang, Min

J. Anabur
EXHIBIT NO. 15
4. 6-16
L. GOLKOW

卓俊峰   zhuo, jun feng

Zou,

Tianchun
EXHIBIT NO. 16
4-6-16
L. GOLKOW

# JIANCHUN / ZHANG EXHIBIT 17
# FILED UNDER SEAL