Confidential - Subject to Further Confidentiality Review

```
 1            IN THE UNITED STATES DISTRICT COURT
                EASTERN DIVISION OF LOUISIANA
 2
 3   IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
     DRYWALL PRODUCTS LIABILITY
 4   LITIGATION,                     SECTION: L
 5                                   JUDGE FALLON
 6                                   MAG. JUDGE WILKINSON
     THIS DOCUMENT APPLIES TO:
 7   GERMANO, et al., vs. TAISHAN
     GYPSUM CO., LTD.,
 8   f/k/a SHANDONG TAIHE DONGXIN
     CO. LTD.,
 9   CASE NO. 2:09-CV-6687 (EDLA)
10
11              VIDEOTAPED DEPOSITION OF
12                GD-DISTRIBUTORS, LLC -
13    DARRIN STEBER - PURSUANT TO FED R. CIV. P. 30(B)6)
14
15           CONFIDENTIAL - SUBJECT TO FURTHER
16                 CONFIDENTIALITY REVIEW
17                        - - -
18         Videotaped deposition of DARRIN STEBER,
     held at the offices of BEZOU LAW FIRM, 534 East
19   Boston Street, Covington, Louisiana, commencing at
     10:10 A.M., on the above date, before Dixie B.
20   Vaughan, Certified Court Reporter (LA), Registered
     Professional Reporter, Certified LiveNote Reporter.
21
22                        - - -
                  GOLKOW TECHNOLOGIES, INC.
23
             877.370.3377 ph | 917.591.5672 fax
24
                     deps@golkow.com
25
```

```
 1   sheetrock or screws or nails or whatever it would

 2   take to try and help, you know, rebuild this area.

 3   And I found one:  Sheetrock.

 4        Q.   How did you do your research for

 5   different distributors -- I guess manufacturers?

 6        A.   Through the internet.

 7        Q.   Through the internet?

 8        A.   Yeah.

 9        Q.   And were you particularly interested in

10   sheetrock, or was it, as you said, a broader

11   construction?

12        A.   I wanted broader construction, but the

13   only thing that -- that I ended up getting was

14   just two -- the containers of sheetrock.

15        Q.   Okay.  And can you kind of take me

16   through the discovery of, I guess, the

17   manufacturer that you ended up using, so what that

18   process was where you were looking for that?

19        A.   I think the website I went to was

20   alibaba.com.  I think that's when -- where I found

21   the -- the actual factory.

22        Q.   Which was?

23        A.   Jinan -- Taishan-Jinan, I think the name

24   of it is.

25        Q.   Can you spell the last part of that?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    I -- what?  Jinan?
 2        Q.    Taishan and then --
 3        A.    Jinan is the name of the town it was in.
 4   J-I-N-A-N.
 5        Q.    Okay.  And once you found Taishan-Jinan,
 6   what did you do?
 7        A.    E-mailed them and wanted more
 8   information about their factory.  I don't recall
 9   all of the e-mails that went back and forth.  But
10   it was through the GD-Distributors e-mail address.
11   Basically asking them, you know, how long have
12   y'all been in business, where's your factory
13   located.  Talked about price, sizes of the
14   sheetrock, how to get it transported over, how --
15   you know, how much would that cost.  Because I
16   didn't know anything about it.  This was the first
17   time that I was doing this.  So that -- that was
18   pretty much it.  Once -- once we talked about all
19   of that, I decided to -- to fly there and visit
20   the factory.
21        Q.    Okay.  Let me take you back a bit
22   because that was a lot of good stuff, but I want
23   to break it down a bit.
24              So very first of all, do you speak
25   Chinese?
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    Did they tell you?
 2        A.    I don't recall.
 3        Q.    And did you ask them how to transport it
 4   to the U.S.?
 5        A.    I believe so.
 6        Q.    And did they seem to be knowledgeable in
 7   this?
 8        A.    Yes.  From -- from what I remember.
 9        Q.    Can you explain to me what you remember
10   about that?
11        A.    Well, they were just -- all I know is
12   that they were setting everything up.  They're the
13   one who set up the shipment on -- to -- they --
14   they knew which port it was going to go from and
15   what port it was going to come to.  I didn't -- I
16   didn't set up any of that.  They did.
17        Q.    When you say that they knew which port
18   it was going to go to and from, did that -- does
19   that mean that they suggested where they could
20   send it?
21        A.    Well, I told them that I lived in New
22   Orleans -- or I lived in the New Orleans area.
23   And they -- obviously I'm assuming that that's
24   why -- why they set it up to come to the Port of
25   New Orleans.
```

```
 1        Q.    Okay.  And did they suggest perhaps
 2   other ports for you or --
 3        A.    No.
 4        Q.    No?
 5        A.    Not that I remember.
 6        Q.    And when you say that they set it up,
 7   did you basically place an order with them and it
 8   arrived in the U.S.?
 9        A.    Correct.  I placed an order with them.
10   They sent me the -- I guess the bill of lading.  I
11   had to send them 50 percent of the total amount,
12   from what I recall.  And then once it left the
13   factory, I believe, and went to their port for
14   shipment, I had to send them the other 50 percent
15   of -- of the payment.  And then it was supposed to
16   arrive in the U.S. -- or the Port of New Orleans
17   within 30 to 45 days, from what I recall.
18        Q.    When you are talking about the amount of
19   money that you spent, did you pay for shipping as
20   well or was that included in your price?
21        A.    That was included, if I'm not mistaken.
22        Q.    Okay.  Now, it's your understanding that
23   they 100 percent knew the product was coming into
24   New Orleans, correct?
25        A.    Oh, absolutely.
```

Confidential - Subject to Further Confidentiality Review

```
 1   We kind of went back and forth until we -- we came
 2   to a medium.  But that was it.  I mean, it wasn't
 3   nothing -- you know, here it is, take it or, you
 4   know, come on, keep buying -- you know, buy, buy,
 5   buy.  I don't even remember if they e-mailed after
 6   the first sale -- well, the only sale, if I wanted
 7   to purchase anymore.  They probably did.  I just
 8   don't remember.
 9         Q.   Okay.  And did you, in your course of
10   your research, visit any other factories?
11         A.   No, no.  That was the only -- that was
12   the only sheetrock factory that I visited.
13         Q.   And you said that when you got back, you
14   think that you imported -- or, I'm sorry -- placed
15   your order; is that correct?
16         A.   After I got back.  I don't remember how
17   long it was after I got back, which I can probably
18   tell you.
19              (Views document).  I went to Jinan
20   August 2nd of '06, it looks like.  And -- and I
21   think I placed my order in June, maybe.  Golly, I
22   went to China on my wife's birthday.  That's
23   terrible.  I just realized that.
24              It might have been in -- in -- no.  If I
25   went in August -- wait a minute.  That doesn't
```

```
 1  sound right.  If I went in August --
 2       Q.   -- you wouldn't have placed --
 3       A.   Right.  No.  See, no, that's --
 4  that's -- then that's got to be incorrect.  Like I
 5  told you, I don't remember.  This has been so
 6  long.  No.  I went to this factory -- no, that
 7  can't be right.  Because this is saying my
 8  transfer was on July 12th to them, and this is
 9  saying August 2nd of '06.  But I don't remember
10  going there after I placed the order with them.  I
11  thought it was before.  Obviously I'm -- obviously
12  it was after.  I thought I went there before.  So
13  I'm sorry.
14       Q.   No, that's okay.
15       A.   I -- I didn't recall.
16       Q.   So let's go back.  You -- I'm actually
17  going to need to probably make a copy of your
18  ticket as well --
19       A.   Okay.
20       Q.   -- in the break.  So could I just
21  see it.
22       A.   That's fine.  Yeah because -- yeah.
23  August -- this says August 2nd of '06.  Jinan --
24  from -- from Shanghai to Jinan.
25       Q.   Thank you.
```

Confidential - Subject to Further Confidentiality Review

```
 1      MS. TUCHMAN:
 2          Can we mark this an exhibit without
 3      putting a sticker on it just yet, until the
 4      end?
 5      THE COURT REPORTER:
 6          Sure.
 7      MS. TUCHMAN:
 8          So what is this?
 9      THE COURT REPORTER:
10          This is going to be 6.  Six, yeah.
11          (Document to be marked as Exhibit 6 for
12      identification.)
13      A.   I should have looked at that before.
14 I'm sorry.
15 BY MS. TUCHMAN:
16      Q.   And it's your ticket to -- where is it
17 from?  You're departing Shanghai, arriving in
18 Jinan.  And then there's also one -- let's see.
19      A.   Probably one from Atlanta to Shanghai or
20 something.
21      Q.   It's actually only your Chinese one.
22 But that's okay.  And it's dated the -- see, here,
23 I see the 2nd of September.
24      A.   Oh, I was looking up here on the top
25 right (indicating).
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Okay.  The date of travel seems to be
 2   September 2nd?
 3        A.   Oh, I am so confused.
 4        Q.   Let's see if we can figure --
 5        A.   Unless I booked it on August 2nd.
 6        Q.   (Views document.)
 7             If it wasn't in Chinese, it would be
 8   easier to read.  I'm just trying to get a time
 9   line --
10        A.   Right.
11        Q.   -- which is why I think that --
12        A.   Right.
13             I could have sworn I went there before I
14   placed that order, but apparently I placed the
15   order and then went there.
16        Q.   Maybe you placed the order on your
17   wife's birthday?
18        A.   You mean booked -- booked the flight?
19        Q.   Yes.
20        A.   Yeah, maybe I booked the flight.  See,
21   that's what I'm saying.  I don't even remember.
22        Q.   Well, it seems to me that you were here
23   from the 2nd to the 9th --
24        A.   Right.
25        Q.   -- which is a week.  Would that sound
```

Golkow Technologies, Inc. - 1.877.370.DEPS                Page 40

Confidential - Subject to Further Confidentiality Review

```
 1   about right to you?
 2       A.   I really -- I mean, I thought I went
 3   there before I placed the order with them, so I
 4   mean it's got to be right.  But I don't remember
 5   what I did for a week there.  I really don't.  I
 6   only -- the only thing I remember was going to
 7   that factory and doing some sightseeing.
 8       Q.   Okay.
 9       A.   So...
10       Q.   That's fine.
11            But now that you've looked at this
12   ticket, it seems to you that you did travel
13   between the 2nd and the 9th?
14       A.   Yeah, that's obvious.
15       Q.   And you believe that it was in 2006,
16   correct?
17       A.   Yes.
18       Q.   It wouldn't have been 2005?
19       A.   No.
20       Q.   So --
21       A.   No.  Because September 2005, I was
22   rebuilding my house.
23       Q.   Okay.  And I'm going to show you what
24   the first page of Exhibit 2 to your deposition is.
25   Oh, you have this as well?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.    This says proforma invoice from Taian
 2   Taishan Plasterboard to GD-Distributors dated
 3   July 11th of 2006.  It says, Delivery terms:  CIF
 4   New Orleans.  50 percent of full amount by, I
 5   guess, transfer in advance, and the rest
 6   50 percent should be paid by irrevocable letter of
 7   credit, L/C.  It's saying I bought 1320 sheets.
 8   That's it.
 9      Q.    Okay.
10      A.    Basically, that's it.
11      Q.    Thank you.
12            So from what it sounds like to me --
13   tell me if this makes sense to you -- you
14   purchased the sheetrock in July of 2006 and sold
15   it in -- what was it? -- sorry -- August 14th,
16   2006?
17      A.    I don't -- I don't recall that date.  I
18   mean, obviously that's what it says on there.  But
19   I'm going to tell you shortly.
20            (Views document.)
21            That's about right.
22      Q.    Okay.
23      A.    That should be about right, yes, ma'am.
24      Q.    And let's just see here.
25      A.    Yeah, because it looks like the product
```