泰安市泰山纸面石膏板有限公司

TAIAN TAISHAN PLASTERBOARD CO., LTD
DAWENKOU DAIYUE DISTRICT OF TAIAN SHANDONG PROVINCE
PR CHINA
TEL:0086-538-8811369    FAX:0086-538-8811369

## PROFORMA INVOICE

TO: GD DISTRIBUTORS, LLC    INVOICE NO.: SDTH06071101
ADD: 3004 WHITTY DR. SLIDELL, LOUISIANA 70461
DATE: 2006-7-11

Deliver term: CIF NEW OLEANS
Payment term: 50% OF FULL AMOUNT BY T/T IN ADVANCE AND THE REST 50% SHOULD BE PAID BY IRREVOCABLE L/C

| MARK | GOODS | QUANTITY | PRICE CIF NEW OLEANS |
|---|---|---|---|
| N/M | TAPERED EDGE GYPSUM BOARD 3660*1220*12.7MM | 1320SHEETS | USD8.789/sheet |
| TOTAL | | 1320SHEETS | USD11601.32 |
| SAY US Dollar: eleven thousand six hundred one and thirty-two cents only. | | | |

**IMPORTANT:**
This invoice is supplied to enable you to apply for the necessary Import Licence; actual orders Shall be subject to our confirmation.

泰安市泰山纸面石膏板有限公司

TAIAN TAISHAN PLASTERBOARD CO., LTD
