# 最高额保证合同

合同编号：No 37905 2006 000 00061
（　／　）农银高保字（　／　）第　／　号

债权人（全称）：中国农业银行 泰安市分行
保证人（全称）：（1）北新集团建材股份有限公司
　　　　　　　　（2）_____
　　　　　　　　（3）_____

鉴于 山东泰和东新股份有限公司 （下称债务人）与债权人按本合同第一条约定的期间及最高额签订一系列债权债务合同（下称主合同），保证人愿为债务人依上述主合同与债权人形成的债务提供保证担保。根据国家有关法律法规，当事人各方经协商一致，订立本合同。

**第一条 被担保的主债权及最高额**

1、保证人自愿为债务人自 2006 年 2 月 15 日起至 2007 年 2 月 14 日止，在债权人处办理约定的各类业务，所实际形成的债务的最高余额折合人民币（大写）_____ 提供担保。外币业务，按业务发生当日卖出价折算。在上述期间内发生的业务，其到期日不得超过 2008 年 2 月 14 日。上述各类业务具体包括：（以划"√"的为准）

☒ 人民币/外币贷款　　　☒ 减免保证金开证　　　☒ 出口打包放款
☒ 商业汇票贴现　　　　 ☒ 进口押汇　　　　　　☒ 银行保函
☒ 商业汇票承兑　　　　 ☒ 出口押汇
☒ 其他业务：_____。

2、在本合同约定的期间和最高余额内，债务人可申请循环使用上述银行信用。每笔业务的起始日、到期日、利率及金额以主合同的借款凭证或相关债权凭证为准。

— 1 —

TG 0025560

3、在本合同约定的期间和最高余额内，债权人发放本合同约定的贷款和提供其他银行信用时无须逐笔办理担保手续。

4、在本合同约定的期间和最高余额内发生的业务，币种不限，保证人对原币种债务承担担保责任。

**第二条　保证担保的范围**

保证担保的范围包括债务人依主合同与债权人发生的全部债务本金、利息、罚息、复利、违约金、损害赔偿金以及诉讼费、律师费等债权人实现债权的一切费用。

因汇率变化而实际超出最高余额的部分，保证人自愿承担连带责任。

**第三条　保证方式**

本合同保证方式为连带责任保证。本合同项下有多个保证人的，各保证人共同对债权人承担连带责任。

**第四条　保证期间**

1、保证人的保证期间为主合同约定的债务人履行债务期限届满之日起二年。

2、商业汇票承兑、减免保证金开证和保函项下的保证期间为债权人垫付款项之日起二年。

3、商业汇票贴现的保证期间为贴现票据到期之日起二年。

4、债权人与债务人就主合同债务履行期限达成展期协议的，保证人继续承担保证责任，保证期间自展期协议约定的债务履行期限届满之日起二年。

5、若发生法律、法规规定或主合同约定的事项，导致主合同债务被债权人宣布提前到期的，保证期间自债权人确定的主合同债务提前到期之日起二年。

**第五条　保证人承诺**

1、提供真实、完整、有效的财务报表及其它相关资料、信息。

2、债务人未按主合同约定履行债务的，保证人自愿履行保证责任。

3、保证人不按本合同约定履行保证责任的，债权人有权直接从保证人的任何账户中划收相关款项。

4、发生以下事项时，保证人应于事项始发5日内书面通知债权人：

（1）保证人发生隶属关系变更、高层人事变动、公司章程修改以及组织结构调

— 2 —



TG 0025561

整。

（2）保证人停产、歇业、注销登记、被吊销营业执照。

（3）保证人财务状况恶化、生产经营发生严重困难或发生重大诉讼、仲裁事件。

（4）保证人变更名称、住所地、法定代表人、联系方式等事项。

（5）保证人发生其他不利于债权人债权实现的事项。

5、保证人实施以下行为，应提前15日书面通知债权人并征得债权人书面同意：

（1）保证人改变资本结构或经营体制，包括但不限于承包、租赁、股份制改造、联营、合并、兼并、分立、合资、资产转让、申请停业整顿、申请解散、申请破产。

（2）保证人为第三人债务提供保证担保或以其主要资产为自身或第三人债务设定抵押、质押担保，可能影响其履行本合同项下保证责任的。

6、债务人提供了物的担保的，保证人愿就所担保的全部债务先于物的担保履行保证责任。

7、债务人和保证人违反主合同或本合同项下义务，债权人有权宣布本合同所担保债务全部提前到期，保证人须按本合同约定履行连带保证责任。

第六条  违约责任

本合同生效后，债权人和保证人均应履行本合同约定的义务，任何一方不履行约定义务的，应当承担相应的违约责任，并赔偿由此给对方造成的损失。

第七条  争议的解决

本合同履行中发生争议，可由各方协商解决，也可按以下第 1 种方式解决：

1、诉讼。由债权人住所地人民法院管辖。

2、仲裁。提交_____（仲裁机构全称）按其仲裁规则进行仲裁。

在诉讼或仲裁期间，本合同不涉及争议的条款仍须履行。

第八条  其他事项

1、保证人应主动了解债务人的经营状况及本合同项下各类业务的发生、履行情况。本合同项下发生的各类业务的主合同、借款凭证或相关债权凭证不再送达保证人。

— 3 —

TG 0025562

2、本合同项下担保的债务办理展期须经保证人书面同意。
3、债权人与债务人签订的编号为泰农银借字 2002 第 138 号、37101200400013662 号、3710120050000225 号、37101200500009174 号、№ 37101200500011620、№ 37101200500012351、№ 37101200500012980、37101200600000037、№37101200600000039 的借款合同、编号为泰农银承字 37201200500031348 号的银行承兑汇票承兑合同、编号为泰农银减保字 37302200500002733 号和№37302200500003408 的减免保证金开证合同项下未到期的债务也由本保证合同提供担保，但是上述主合同的金额必须包含在本最高额保证合同承诺担保的总金额之内，即：保证人承诺的担保总额仅限于本最高额保证合同的最高担保额。本条款补充约定的内容是本最高额保证合同的有效组成部分，与本最高额保证合同其他条款具有同等法律效力。

第九条 合同的生效
本合同自各方签字或盖章之日起生效。
第十条 本合同一式 肆 份，各方各持二份，_____份，效力相同。

第十一条 提示
债权人已提请保证人注意对本合同各印就条款作全面、准确的理解，并应保证人的要求做了相应的条款说明。签约各方对本合同含义认识一致。

债权人（签章）　　　　　　　　保证人（签章）

负责人　　　　　　　　　　　　法定代表人
或授权代理人　　　　　　　　　或授权代理人


保证人（签章）　　　　　　　　保证人（签章）

法定代表人　　　　　　　　　　法定代表人
或授权代理人　　　　　　　　　或授权代理人


签约日期：2006 年 2 月 1日
签约地点：泰安市

— 4 —

TG 0025563



TG 0025564

Translation of TG 0025560

# MAXIMUM AMOUNT GUARANTEE AGREEMENT

Contract No.: 37905200600000061

(-)Agricultural Bank of China Maximum Amount Guarantee No. (-)

**Creditor** (full name):   Agricultural Bank of China <u>Taian City Branch</u>
**Guarantor** (full name):
(1) <u>Beijing New Building Materials Limited Company</u>
(2) _____
(3) _____

Whereas <u>Shandong Taihe Dongxin Co., Ltd.</u> (the "Debtor") and the Creditor have entered into a series of business contracts (the "Master Contract") in accordance with the time periods and the maximum amount as set forth in Article 1 of this Agreement, and the Guarantor agrees to provide guarantee for the Debtor with respect to the debts formed between the Creditor under the above Master Contract. The Parties, through negotiations and consultations, have entered into this Agreement in accordance with relevant laws and regulations of China.

**Article I   Principal Guaranteed and Maximum Amount**
1. The Guarantor agrees to provide guarantee for the debts actually formed between <u>February 15, 2006</u> to <u>February 14, 2007</u> by the Debtor with respect to the agreed types of business at the Creditor, the maximum amount of which is RMB _____(in words).
The foreign currency shall be converted into RMB at the selling rate of the date of the business. The expiration dates of businesses incurred during the above time period shall not exceed <u>February 14, 2008</u>. The above types of business specifically include: (marked with "√")

√ Loan in RMB/foreign currency  √L/C Issuance Finance √Packing Loan for Exportation
×Discounting of Commercial Bill of Exchange  √ Import Bill Advance √Bank Guarantee
√Acceptance of Commercial Bill of Exchange         √Export Bill Purchase
×Other Business_____
_____

2. During the period and to the extent of the maximum amount agreed in this Agreement, the Debtor can apply for the above bank credits in cycle. The starting date, expiration date, interest rate and amount concerning each business shall be based on the loan vouchers or relevant creditor's right voucher of the Master Contract.

- 1 -

Translation of TG 0025561

3. When, during the period agreed in this Agreement, the Creditor releases any loan agreed herein or grant any other bank credit to the extent not exceeding the maximum amount, no additional procedures of guarantee need to be gone through with respect to each such loan or bank credit.
4. The Guarantor shall assume the guarantee liabilities in the original currency with respect to the business in whatever currency conducted during the period agreed in this Agreement to the extent of the maximum amount.

**Article II  Scope of Guarantee**

The scope of the guarantee shall include the principal amount as well as the interests, penalty interests, compound interests, damages for breach of the contract and indemnifications and any and all costs and expenses occurring to the Creditor in realizing its creditor's right, including with limitation those from litigation (arbitration) and legal counsel.

The Guarantor agrees to assume guarantee liabilities with respect to the amount exceeding the maximum amount due to the fluctuation of exchange rate.

**Article III  Form of Guarantee**

The Agreement is a joint and several liability guarantee agreement. In the event that there is more than one guarantor under this Agreement, each guarantor shall assume joint and several liabilities to the Creditor.

**Article IV Guarantee Period**

1. The guarantee period for the Guarantors shall be two years commencing from the expiration date of the term for performing the obligations stipulated in the Master Contract.
2. The guarantee period for the acceptance of commercial bill of exchange, the L/C issuance finance and the letter of guarantee shall be two years commencing from the date the Creditor advances relevant payment.
3. The guarantee period for the discounting of commercial bill of exchange shall be two years commencing from the maturity date of the bill of exchange discounted.
4. If the Creditor and the Debtor reach an agreement for extension of the performance term of the obligations under the Master Contract, the Guarantor shall continue to assume guarantee liabilities and the guarantee period shall be two years commencing from the expiration date of the performance term of the obligations stipulated in such extension agreement.
5. If, due to any event stipulated by laws and regulations or agreed in the Master Contract, the creditor's right under the Master Contract is declared by the Creditor immediately due and payable ahead of the agreed time, the guarantee period shall be two years commencing from the due date of the creditor's right under the Master Contract so declared by the Creditor.

**Article V Undertakings of the Guarantor**

1. The Guarantor shall submit to the Creditor the truthful, integral and valid financial statements and other relevant materials and information.
2. The Guarantor agrees to perform the guarantee liabilities if the Debtor fails to perform its obligations in accordance with the provisions of the Master Contract.
3. If the Guarantor fails to perform the guarantee liabilities in accordance with this Agreement, the Creditor shall be entitled to deduct relevant amount directly from the account opened by the Guarantor.
4. The Guarantor shall notify the Creditor in writing within 5 days of the occurrence of the following events:
(1) the change of its subordination relationship and senior officials as well as the amendment of its articles of association and the adjustment of its organization structure;

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0025562

**(2)** shutdown, stoppage, write-off registration or revocation of its business license;
**(3)** worsening of its financial status, being into serious difficulties in its production and business operation, involving into material litigation or arbitration;
**(4)** the change of its name, domicile, legal representative, contact information and other particulars;
**(5)** any other events occurring to the Guarantor which would adversely affect the Creditor realizing of its creditor's right.
**5.** The Guarantor shall notify the Creditor in writing and obtain its written consent fifteen days prior to the conducting of any of the following activities:
**(1)** The Guarantor changes its capital structure or operation system, including without limitation contracting, leasing, shareholding reform, joint operation, consolidation, division, joint venture, reduction of capital, transfer of assets as well as application for restructuring, settlement or bankruptcy;
**(2)** The Guarantor provides guarantee with respect to the liabilities of any third party or mortgage or pledge its assets to provide guarantee with respect to the liabilities of its own or any third party and might affect the performance of its guarantee liabilities hereunder.
**6.** If the creditor's right guaranteed hereunder is guaranteed by the Guarantor and the property of the Debtor simultaneously, the Creditor shall have the right to request the Guarantor to assume the guarantee liabilities in priority over the guarantee by the property.
**7.** If the Debtor fails to perform its obligations under the Master Contract or the Guarantor fails to perform its obligations hereunder, the Creditor shall have the right to declare the early expiration of the creditor's right determination period.

**Article VI  Liabilities for Breach of the Agreement**

After this Agreement takes effect, both the Creditor and the Guarantor shall perform the obligations agreed in this Agreement, if either party fails to perform the agreed obligations, it shall undertake the liabilities for breach of the Agreement and indemnify the other party from any losses arisen therefrom.

**Article VII  Dispute Resolution**

Any dispute arising out of the performance of this Agreement may be settled through consultation or through the following method (1):
1. Litigation, shall be governed by the people's court at the domicile of the Creditor.
2. Arbitration. A request may be filed with_____ (full name of the arbitration institution) for arbitration in accordance with its arbitration rules.

The performance of the remaining provisions herein not involving the dispute shall continue during arbitration or litigation.

**Article VIII  Miscellaneous**

**1.** The Guarantor shall actively be aware of the operation of the Debtor and the occurrence and conduction of the business hereunder. The Master Contract in relation to the business hereunder and relevant legal documents or certificates is not to be delivered to the Guarantor.

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0025563

2. The extension of debts guaranteed under this Agreement shall be subject to the written consent of the Guarantor.
3. The loan contracts entered into by and between the Creditor and the Debtor have the following serial numbers: Agricultural Bank of China Loan No.2002 [138], No.37101200400013662, No.3710120050000225, No.37101200500009174, No.37101200500011620, No.37101200500012351, No.37101200500012980, No.37101200600000037, No.37101200600000039, the Agricultural Bank of China Acceptance Contract No.37201200500031348; the undue debts under the Agricultural Bank of China L/C Issuance Finance No.37302200500002733 and No. 37302200500003408 shall be also guaranteed by this Agreement, but the amount of the above Master Contract shall not exceed the total guarantee amount under this Maximum Amount Guarantee Contract, namely, the total guarantee amount promised by the Guarantor shall be only limited to the maximum guarantee amount under this Maximum Amount Guarantee Agreement. This supplemental article is a valid part of this Maximum Amount Guarantee Agreement, and has the same legal force as other articles in this Maximum Amount Guarantee Agreement.

(seal of Agricultural Bank of China Taian City Branch)
(seal of Beijing New Building Materials Public Limited Company)

**Article IX** Effectiveness of the Agreement
This Agreement shall come into effect when duly signed or sealed by the Parties.

**Article X**   This Agreement is made in <u>quadruplicate</u>. Each party has two copies, _____copy, with equal validity.

**Article XI  Notice**
The Creditor has caused the Guarantors to thoroughly and accurately understand the provisions printed herein and has explained the provisions upon the request of the Guarantors. The Parties have the same understanding on the meaning of this Agreement.

| **Creditor** (seal) | **Guarantor** (seal) |
|---|---|
| Agricultural Bank of China | Beijing New Building Materials Public Limited Company |
| Taian City Branch | |
| Responsible Person: | Legal Representative: Wang Bing |
| or Authorized Representative:<br>Hu Jianguo | or Authorized Representative: |
| **Guarantor** (seal)<br>Legal Representative: | **Guarantor** (seal)<br>Legal Representative: |
| or Authorized Representative: | or Authorized Representative: |

Dated this <u>18th of February 2006</u>
At <u>Agricultural Bank of China Taian City Branch</u>

- 4 -

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0025564

**BEIJING INDUSTRIAL AND COMMERCIAL CORPORATION FUND INVOICE INVOICE**

111000561011

(partial) limited company     Check No.     NO.02624465

| (partial) Item | Unit | Quantity | Unit Price | Amount | The Scope and Application |
|---|---|---|---|---|---|
| (illegible) | | | | 807,360,000 | This invoice may be used for fund transfers, for example: advance payments and loans, etc., between industrial and commercial corporations of this city, except the sales of commodity and provision of processing. |
| | | | | | |
| | | | Total amount: | 807,360,000 | |
| (illegible) | (illegible) | | | | |

Payer Invoice
(partial) seal: (illegible)              Filler:                October 26, 2007

TRANSLATION PROVIDED BY QUESTIONERS - FINAL