```
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2

    _____
 3                              §  MDL NO. 2047
    IN RE:                      §
 4  CHINESE-                    §  SECTION: L
    MANUFACTURED                §
 5  DRYWALL PRODUCTS            §  JUDGE FALLON
    LIABILITY                   §
 6  LITIGATION                  §  MAGISTRATE
                                §  JUDGE WILKINSON
 7  ----------------------------------------
    CROSS-NOTICED IN VARIOUS OTHER ACTIONS
 8  ----------------------------------------
 9  DEPOSITION OF WOOD NATION, INC., PURSUANT TO FEDERAL
    RULE OF CIVIL PROCEDURE 30(b)(6) - RICHARD L. HANNAM
10
    Taken on Behalf of the Plaintiffs, by and through
11   Counsel for the Plaintiffs' Steering Committee
12
    DATE TAKEN:     FEBRUARY 14, 2011
13
    TIME:           10:13 A.M. - 2:55 P.M.
14
    PLACE:          MORGAN & MORGAN
15                  201 NORTH FRANKLIN STREET
                    SEVENTH FLOOR
16                  TAMPA, FLORIDA 33602
17
18
19
20     Examination of the witness taken before:
21              Susan D. Wasilewski
            Registered Professional Reporter
22           Certified Realtime Reporter
                Certified CART Provider
23    Certified Manager of Reporting Services
              Florida Professional Reporter
24
25
```

Richard Hannam (Wood Nation Inc.)

 1    thing you know I'm calling drywall contractors to get

 2    rid of our drywall.

 3        Q.   How much drywall are we talking about?

 4        A.   Oh, God, there was over 100,000 pieces, and

 5    there was -- once we were in it, we did bring in more

 6    product, but it wasn't always coming in full shiploads,

 7    and so my recall is exactly how much, I can't -- I can't

 8    recall exactly, but this went on, and I can't even

 9    remember this, but I think it was about two to three

10    years.

11             But due to the prices of drywall being so low

12    and the cost of doing that business, it was time to shut

13    her down and BNBM -- and so that was the end of BNBM and

14    drywall here in the United States.

15        Q.   BNBM of America?

16        A.   Of America.

17        Q.   Right.

18        A.   They sent two people over here, BNBM did.

19        Q.   Which two people?

20        A.   Bruce Lee.

21        Q.   Bruce Lee?

22        A.   Not the --

23        Q.   Not the Bruce Lee I'm thinking of?

24        A.   No.  And David Wei, and they both were here

25    working in the United -- you know, working for their own

Richard Hannam (Wood Nation Inc.)

1    company here in the United States and applying for the

2    green card and all of that kind of stuff.

3            Bruce Lee had difficulty with the English

4    language and after a while, being away from his family,

5    he had enough and he wanted to go back home.  David Wei

6    stayed.

7            So when the drywall closed down, David Wei went

8    on his own.  I wanted out of everything.  And we'd built

9    up a good granite business, and so he took that granite

10   business away, set up in a different facility, and was

11   still BNBM of America.

12           Now, I don't recall how many years ago that he

13   returned, it would have been three, four, five years

14   ago that he returned back to China and went back to

15   work.  I mean, he was still working for BNBM in China.

16       Q.   So when Mr. Bruce Lee and David Wei came to the

17   United States, were they as employees of BNBM?

18       A.   I don't think they got -- no, they didn't get a

19   check.

20       Q.   They didn't get a check from BNBM?

21       A.   Not from BNBM of America.

22       Q.   What about from BNBM China?

23       A.   I don't know.  I'm sure --

24       Q.   I'm sorry?

25       A.   I'm sure they had to live on something but I

Richard Hannam (Wood Nation Inc.)

1   kind enough, we will make copies of them so we can

2   attach the copies to the record and this way not mess

3   with your originals by putting stickers and whatnot on

4   them.

5       A.   That's fine.

6       Q.   For the purposes of today's deposition, we've

7   divided the history of your knowledge on drywall coming

8   into the United States into a phase one and to a phase

9   two, and I want to talk about the transition time period

10  now.  Was there a hiatus in there where you were not

11  actively working with BNBM or anyone else for importing

12  drywall into the United States?

13      A.   That's correct.

14      Q.   How long was that?

15      A.   I just -- I'm sorry, but it -- I just don't

16  recall.  I know there was at least a three-year spread

17  in there.

18      Q.   Then how did phase two begin to unfold?  Was

19  it a building demand for drywall and prices going up?

20      A.   Yes.  Yes.

21      Q.   During that time period, were you still staying

22  in correspondence and occasional phone calls with David

23  Wei?

24      A.   Yes, but remember, David still had stayed over

25  here after the drywall facility was over, and so they --

Richard Hannam (Wood Nation Inc.)

1    he would have gone back home I'm going to say probably

2    in 2004, and that's really reaching out there, but I

3    think that must be about right.  So once in a while, if

4    he needed advice or something or whatever, he'd call me.

5        Q.    While he was still here in Tampa?

6        A.    Yes, yes.

7        Q.    When he was getting ready to go, were you guys

8    close enough where you went out to a final dinner or

9    saw each other before he took off?

10       A.    No, we didn't do that, but he's a friend.  He

11   is a young man, he's probably 40 years younger than me.

12   You know, it's not -- we were not drinking buddies.

13       Q.    I would consider you a young man, Mr. Hannam,

14   but I will accept your definition of him being younger.

15   So help me then with phase two, how that began to

16   unfold.

17       A.    Well, one more time, there was a shortage.

18       Q.    Right.

19       A.    How did it start?  I had a former customer that

20   I, at one time, supplied a drywall contract.  He called

21   me because he couldn't get drywall.

22       Q.    Who was that?

23       A.    Boardwalk, Boardwalk Drywall, and I told him, I

24   said I couldn't do anything unless, you know, a shipload

25   quantity, and so he talked to one of his other

Richard Hannam (Wood Nation Inc.)

```
 1   suppliers, and that would have been DWC, and I think he

 2   also talked to -- I think he started with American,

 3   that's what it was, he started with American Gypsum,

 4   talking to them, then American talked to DWC, and

 5   they felt the two of them together would like to try a

 6   shipload, and that's how it unfolded.

 7       Q.   And in terms of the very early efforts, once

 8   American and DWC said, yeah, we would like to try a

 9   shipload, what was your first steps, how did that

10   process begin?

11       A.   Then I contacted BNBM.  I did not contact my

12   old friend David Lee because he was no longer a part of

13   this drywall thing.  I don't like this really being on

14   the record but BNBM had developed a bad taste in their

15   mouth for David Lee.

16       Q.   David Lee?

17       A.   Uh-huh.  So it would have been more of a

18   hindrance to have David Lee involved than good, but I

19   contacted David Wei and David Wei was an employee or is

20   an employee of BNBM Company Limited, Beijing New

21   Building Material Company Limited, which is actually a

22   trading company, and they do a lot of the marketing for

23   BNBM.  BNBM is one of the largest building products

24   manufacturers in China.  They own paint companies,

25   porcelain toiletry things like that, they are huge, but
```

Richard Hannam (Wood Nation Inc.)

```
 1    that's who I dealt with, was the Company Limited.

 2       Q.   Let's call them BNBM trading for today and then

 3    we'll know what the difference is.

 4       A.   Okay, because it will get convoluted here in a

 5    little bit.

 6       Q.   Okay.

 7       A.   Anyhow, and so he arranged for that shipload

 8    for me.  He did everything, oversaw the loading of the

 9    ship and all of that, and I arranged for the letter of

10    credit on this side and my customer gave me an

11    irrevocable transferrable letter of credit which I was

12    able to transfer to the Bank of America to pay them for

13    the shipping and the cargo.

14       Q.   Did you make a trip to China in the interim?

15       A.   No, I don't think I did, no, not during the

16    interim, no.

17       Q.   And let me ask a little bit of an indelicate

18    question.  Did BNBM trading get the sense that, oh, this

19    is that guy, Hannam, that we had the tax issue with back

20    in the day, or were they thinking Wood Nation separate

21    buyer, they didn't really know what was going on on this

22    end?

23       A.   No, there was one person that -- you got to

24    understand their English, sometimes they don't use the

25    correct words to describe something sometimes, but as
```

Richard Hannam (Wood Nation Inc.)

1      Q.    1396?

2      A.    Yes.

3      Q.    So you considered this a resumption, if you

4    will, of the sale of that same board that you had had

5    that experience with as part of phase one?

6      A.    That's correct.

7      Q.    And I picked up on the fact that David Wei now,

8    as he's back in China, has returned to work for BNBM

9    trading at this point; is that correct?

10     A.    Well, you're calling it trading, and that would

11   probably be the best way, yeah, trading.

12     Q.    BNBM Company Limited, but that's the trading

13   arm?

14     A.    Trading arm, yeah.

15     Q.    So if I call it BNBM trading, we'll be talking

16   about the same thing?

17     A.    Okay.  Yes.

18     Q.    Was it your understanding that in addition to

19   beginning phase two with Wood Nation, that BNBM trading

20   was also distributing drywall into the United States

21   through other distributors?

22     A.    Please repeat that.

23     Q.    Was it your understanding when phase two began

24   to unfold, that other distributors besides Wood Nation

25   were also bringing BNBM drywall into the United States?

Richard Hannam (Wood Nation Inc.)

1    Then they wanted more money because they said the

2    shipping, they couldn't get a ship without paying a

3    higher price for the shipping. They had committed to a

4    delivered cost. That was their problem, not mine, but

5    they were giving whatever ships they could find to this

6    Davis, you see. Yes, that's when I traveled over there.

7          Okay. That's when things got between your

8    trading company, as you referred to, to the

9    manufacturing company. One of them is Limited Company,

10   the other one is Public Limited Company.

11   Q.   And that's the manufacturer?

12   A.   That's the manufacturer. Okay?

13   Q.   So just to make sure we're on the same page,

14   I'm going to refer to one as BNBM trading and the other

15   as BNBM manufacturing?

16   A.   Right. BNBM trading, I was frustrated with

17   them. They were trying to handle this on my behalf, and

18   they just threw up their arms, they didn't like them,

19   this was in their own company, very upset with the

20   manufacturing arm. They considered them arrogant,

21   people from all over the world were coming at them

22   because of the shortage and they thought more highly of

23   themselves than what they needed to.

24         Anyhow, I told them I had a commitment, and

25   they said but you're going to have to place that with

Richard Hannam (Wood Nation Inc.)

1   Public.  So I did place it with Public.  That's the

2   contract and the LC and that kind of stuff, and they are

3   the ones that would not ship.  So that's when I made a

4   trip over there to no avail.  I ended up having to give

5   the letter of credit back to the supplier and the deal

6   was canceled.  That's the end of my drywall.

7       Q.   So the trip to China, who did you meet with

8   when you were over there?  Was that BNBM manufacturing,

9   Public, as well as --

10      A.   No.  I met with David as a friend.  We had

11   dinner, but no, I met with Public and David wasn't a

12   part of that meeting, and I met with the so-called

13   general manager of the manufacturing facility.

14      Q.   Of BNBM manufacturing?

15      A.   Right.

16      Q.   What was that guy's name, do you recall?

17      A.   Perry or something.

18      Q.   But to no avail?

19      A.   To no avail.

20      Q.   Who was the ultimate purchaser who you had to

21   give the letter of credit back to?

22      A.   DWC, same party that purchased the first cargo.

23      Q.   First cargo?

24      A.   (Nodding head.)

25      Q.   Obviously, you had shown tremendous effort to

Richard Hannam (Wood Nation Inc.)

```
1    get that second cargo for them, including the trip to

2    China, but did they say that they would still like to

3    get more drywall and is that what led ultimately to the

4    shipment from Taishan?

5         A.   Yes.  They wanted a whole lot more drywall.

6         Q.   A whole lot more?

7         A.   Uh-huh.

8         Q.   From a numbers standpoint, the shipment that

9    actually came over that was mixed board was 3,700

10   pallets, something like that, does that sound about

11   right?

12        A.   I don't know.

13        Q.   You don't recall?  We'll look at those

14   documents later.

15        A.   Not when you talk about pallets.  I'd have to

16   go by pieces.

17        Q.   Pieces.  Tell me about the transition from

18   getting drywall from BNBM, the manufacturing or trading,

19   to how you ended up with the additional shipment that

20   came in that was manufactured by a different Chinese

21   company, what happened there?

22        A.   I asked David if he knew of any other

23   manufacturers over there that would be ASTM certifiable,

24   and he did.  That would have been Taishan.

25        Q.   This concept that they were 70 percent owned by
```

Richard Hannam (Wood Nation Inc.)

1   words and then cutting and pasting, or are they typing

2   in Mandarin and then some sort of an algorithm --

3       A.   No.  If they are going to do English, they'll

4   do English.

5       Q.   In English, they are typing an English e-mail?

6       A.   Now, your computer, you know, they have

7   programming, you can type in what -- when you go into

8   your computer you can set it for Chinese, but you are

9   typing on an English ABC keyboard.

10      Q.   Did you use that sort of a system on your end

11  or were you just simply writing in English?

12      A.   I'm doing just like we would do any time over

13  here.

14      Q.   While you began dealing with Taishan for an

15  additional shipment to come through, what percentage of

16  those communications was David handling versus were you

17  doing some of that direct with the Taishan people as

18  well?

19      A.   He would have done the majority.

20      Q.   Was he doing that as a favor to a friend or was

21  it your understanding that BNBM had some interest in the

22  transaction?

23      A.   Favor to a friend.

24      Q.   At the risk of stepping on the toes of a

25  friendship, when you ultimately found out that BNBM did

Richard Hannam (Wood Nation Inc.)

1    have a financial interest in Taishan Gypsum Company,

2    was that a surprise to you, unpleasant surprise to you?

3        A.   Oh, how do I answer that?  First, it was

4    unpleasant because I didn't want BNBM to gain a nickel

5    out of anything because of them standing me up on that

6    one order, but then it was pleasant because I knew they

7    knew what they were doing.

8        Q.   So it was your understanding then that they

9    were going to be involved behind the scenes in the

10   transaction?

11       A.   No, not at all.  No.

12       Q.   So when you say it was pleasant because they

13   knew what they were doing --

14       A.   When I say they, BNBM would not have been

15   involved.  If they had been involved with the company,

16   like if they would have been a part of the company, they

17   would have known that it would have had to have met ASTM

18   standards, this type of thing.

19       Q.   The edge tapering, et cetera?

20       A.   All that stuff, yeah.

21       Q.   All that makes for good drywall?

22       A.   Right.  And that company had already been

23   exporting to the United States, so I knew that they knew

24   a little bit of what they were doing.

25       Q.   How did you come to learn that Taishan was