Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
                    EASTERN DIVISION OF LOUISIANA
 2
 3    IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047
      DRYWALL PRODUCTS LIABILITY
 4    LITIGATION                      SECTION:  L
 5                                    JUDGE FALLON
 6                                    MAG. JUDGE WILKINSON
 7    **  THIS DOCUMENT APPLIES TO:  GERMANO,
           et al., vs. TAISHAN GYPSUM CO., LTD.,
 8         f/k/a SHANDONG TAIHE DONGXIN CO. LTD.,
           CASE NO. 2:09-CV-6687 (EDLA)
 9
                 CONFIDENTIAL - SUBJECT TO FURTHER
10                    CONFIDENTIALITY REVIEW
11              VIDEOTAPED DEPOSITION OF RICHARD HANNAM
12       Taken on Behalf of the Plaintiffs, by and through
           Counsel for the Plaintiffs' Steering Committee
13
      DATE TAKEN:    FEBRUARY 13, 2012
14
      TIME:          10:48 A.M. - 1:15 P.M.
15
      PLACE:         MORGAN & MORGAN
16                   201 NORTH FRANKLIN STREET, 7TH FLOOR
                     TAMPA, FLORIDA 33602
17
18
19         Examination of the witness taken before:
                    Susan D. Wasilewski
20             Registered Professional Reporter
                 Certified Realtime Reporter
21               Certified CART Provider
             ~ Realtime Systems Administrator ~
22
23             GOLKOW TECHNOLOGIES, INC.
24         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
25
```

Confidential - Subject to Further Confidentiality Review

1    Q.    Okay.  My understanding is that Mr. Wei

2    traveled to the United States in June of 2007 for

3    approximately two weeks.  Did you meet with him during

4    that time?

5    A.    Yes.

6    Q.    Do you know what he was here for?

7    A.    To pay his taxes.

8    Q.    Was he working for BNBM in China at that time?

9    A.    Yes.

10   Q.    When you said to pay his taxes, do you mean his

11   personal income taxes?

12   A.    He had a green card.  He had to come back, and

13   I think it was once a year, to keep his green card and

14   take care of his taxes, that type of thing.

15   Q.    Was he doing any work on behalf of BNBM in

16   China when he was here in June 2007, that you know of?

17   A.    No.

18   Q.    It's also my understanding that he, Mr. Wei,

19   was here in the United States -- let me ask you this.

20   I'm sorry.

21          In June of 2007, you met with Mr. Wei, right?

22   A.    Right.

23   Q.    Was he here in Tampa?

24   A.    Yes.

25   Q.    Did he stay with you while he was in Tampa?

Confidential - Subject to Further Confidentiality Review

```
 1     A.   No.

 2     Q.   In May of 2008 till February of 2009, it's my

 3  understanding that Mr. Wei was also in the United

 4  States.  Did you meet with him during that time?

 5     A.   2008, May of 2008?

 6     Q.   From May of 2008 till February of 2009.

 7     A.   Something is wrong there.

 8     Q.   After 2007, did Mr. Wei visit the United

 9  States?

10     A.   If he did, it would have been for the same

11  purpose, yeah.

12     Q.   For the visa purposes?

13     A.   Right, uh-huh.

14     Q.   Okay.

15     A.   I want to clarify something.  When you say did

16  I meet with him, I met with him as a friend.  I picked

17  him up at the airport.  David became a good friend over

18  the course of time, but that was it.  I'd pick him up at

19  the airport, he rents his car, and that's it, you know.

20     Q.   Do you know, did he stop being employed with

21  BNBM in China at some point?

22     A.   No.

23     Q.   So if he visited in 2008 or 2009, when you saw

24  him, would he have been an employee of BNBM in China at

25  that point?
```

Confidential - Subject to Further Confidentiality Review

1   introduction to Taishan Gypsum?

2       A.   He was making the introduction -- who was he

3   working for?

4       Q.   Yes.

5       A.   He was working for BNBM.

6       Q.   When Mr. Wei negotiated on your behalf with

7   Taishan, was he employed by BNBM trading?

8       A.   Yes.

9       Q.   Was BNBM trading in competition with Taishan?

10      A.   It was my understanding that they were.  You

11  ask why?

12      Q.   Why?

13      A.   Because he did not want the company to know

14  that he was taking me down there.  We traveled on a

15  Saturday.  That's the answer.

16      Q.   After the -- through the whole transaction with

17  Taishan, was Mr. Wei employed by BNBM trading?

18      A.   Yes.

19      Q.   Did Mr. Wei ever tell you that there was any

20  problems from his employer, BNBM trading, regarding

21  anything that he did with you in Taishan?

22      A.   No.

23      Q.   Did you know if his employer, BNBM trading,

24  came to find out that Mr. Wei made the introduction to

25  Taishan for you?