UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED | * MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * |
| LITIGATION | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAGISTRATE JUDGE |
| | * JOSEPH C. WILKINSON, JR. |
| | * |

* * * * * * * * * * * * * ** * * * * ** * * * * * * * * *

**THIS DOCUMENT RELATES TO:**   *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.,*
**Case No. 09-6687**

## ORDER

Considering the foregoing Motion for Leave of Court to File Exhibits Under Seal;

IT IS ORDERED that the confidential portions of Exhibits 2, 3 and 4 attached to

the Declaration of Frank T. Spano in Support of Taishan Gypsum Co. Ltd.'s Renewed Motion to

Vacate the Default Judgment and Dismiss the Complaint (Rec. Doc. No. 13490), be filed under

seal.

New Orleans, Louisiana, this _____ day of April, 2012.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge