UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * ** * * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.,* Case No. 09-6687

# NOTICE OF MANUAL ATTACHMENT

# DOCUMENT TO BE FILED UNDER SEAL

**DEFENDANT TAISHAN GYPSUM CO. LTD.'S RENEWED MOTION TO VACATE THE DEFAULT JUDGMENT AND DISMISS THE COMPLAINT
(REC. DOC. NO. 13490)**

**EXHIBIT 2 TO SPANO DECLARATION (PORTIONS OF TONGCHUN JIA DEPOSITION & DEPOSITION EXHIBITS DESIGNATED CONFIDENTIAL)**