UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

**THIS DOCUMENT RELATES TO:**   *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.,* **Case No. 09-6687**

# NOTICE OF MANUAL ATTACHMENT

# DOCUMENT TO BE FILED UNDER SEAL

**DEFENDANT TAISHAN GYPSUM CO. LTD.'S RENEWED MOTION TO VACATE THE DEFAULT JUDGMENT AND DISMISS THE COMPLAINT
(REC. DOC. NO. 13490)**

**EXHIBIT 3 TO SPANO DECLARATION (PORTIONS OF WENLONG PENG DEPOSITION & DEPOSITION EXHIBITS DESIGNATED CONFIDENTIAL)**