UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * ** * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, **Case No. 09-4115**

### DEFENDANT TAISHAN GYPSUM CO. LTD.'S
### MOTION FOR LEAVE OF COURT TO FILE EXHIBITS UNDER SEAL

Defendant Taishan Gypsum Co. Ltd. ("TG"), through undersigned counsel, hereby moves the Court for leave to file exhibits under seal. On April 4, 2012, TG filed a Renewed Motion Pursuant to Rules 55(C) and 12(B)(2) to Vacate the Entry of Default and Dismiss This Action ("Renewed Motion to Vacate") (Rec. Doc. No. 13566). Attached to the Declaration of Frank T. Spano in support of the Renewed Motion to Vacate the Entry of Default and to Dismiss were portions of Exhibits 2, 3, 4 and 7, which contain confidential information. Therefore, pursuant to Pretrial Order No. 16, Defendant requests leave of court to file the confidential portions of these exhibits under seal.

Date: April 6, 2012

                              Respectfully submitted,

                              /s/ Thomas P. Owen, Jr.
                              Joe Cyr
Frank T. Spano
Eric Statman
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.com

**Attorneys for Taishan Gypsum Co. Ltd.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Leave of Court to File Exhibits Under Seal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of April, 2012.

                                                                          */s/* Thomas P. Owen Jr.