UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * ** * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Case No. 09-4115

# NOTICE OF MANUAL ATTACHMENT

# DOCUMENT TO BE FILED UNDER SEAL

**DEFENDANT TAISHAN GYPSUM CO. LTD.'S RENEWED MOTION PURSUANT TO RULES 55(C) AND 12(B)(2) TO VACATE THE ENTRY OF DEFAULT AND DISMISS THIS ACTION (REC. DOC. NO. 13566)**

**EXHIBIT 3 TO SPANO DECLARATION (PORTIONS OF WENLONG PENG DEPOSITION & DEPOSITION EXHIBITS DESIGNATED CONFIDENTIAL)**