UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * ** * * * * * * ** * * * * * *** * *

**THIS DOCUMENT RELATES TO:** *Gross v. Knauf Gips KG et al.*, **Case No. 09-6690**

### DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD'S MOTION FOR LEAVE OF COURT TO FILE EXHIBITS UNDER SEAL

Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP") (together, "Taishan Defendants"), through their undersigned counsel, hereby move the Court for leave to file exhibits under seal. On April 6, 2012, the Taishan Defendants filed a Motion Pursuant to Rule 12(B)(2) to Dismiss This Action ("Motion to Dismiss") (Rec. Doc. No. 13590). Attached to the Declaration of Frank T. Spano in support of the Motion to Dismiss were portions of Exhibits 2, 3, 4 and 7, which contain confidential information. Therefore, pursuant to Pretrial Order No. 16, Defendants request leave of court to file the confidential portions of these exhibits under seal.

Date: April 6, 2012

        Respectfully submitted,

        /s/ Thomas P. Owen, Jr.
        Joe Cyr
        Frank T. Spano
        Eric Statman
        HOGAN LOVELLS US LLP
        875 Third Avenue
        New York, New York 10022
        Email: Joe.cyr@hoganlovells.com
        Frank.spano@hoganlovells.com
        Eric.statman@hoganlovells.com
        Telephone: 212-918-3000
        Facsimile: 212-918-3100

        Richard C. Stanley (La. Bar No. 8487)
        Thomas P. Owen, Jr. (La. Bar No. 28181)
        STANLEY, REUTER, ROSS, THORNTON &
        ALFORD, LLC
        909 Poydras Street, Suite 2500
        New Orleans, Louisiana 70112
        Telephone: 504-523-1580
        Facsimile: 504-524-0069
        E-mail: rcs@stanleyreuter.com
        tpo@stanleyreuter.com

        **Attorneys for Defendants Taishan Gypsum Co.
Ltd. and Tai'an Taishan Plasterboard Co., Ltd.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Leave of Court to File Exhibits Under Seal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of April, 2012.

                                                                                                                   */s/* Thomas P. Owen Jr.