UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * ** * * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:**  *Gross v. Knauf Gips KG et al.*, Case No. 09-6690

# NOTICE OF MANUAL ATTACHMENT

# DOCUMENT TO BE FILED UNDER SEAL

**DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.'S MOTION PURSUANT TO RULE 12(B)(2) TO DISMISS THE COMPLAINT (REC. DOC. NO. 13590)**

**EXHIBIT 3 TO SPANO DECLARATION (PORTIONS OF WENLONG PENG DEPOSITION & DEPOSITION EXHIBITS DESIGNATED CONFIDENTIAL)**