UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL No. 2047<br>*<br>*   SECTION L<br>*<br>*   JUDGE ELDON E. FALLON<br>*<br>*   MAGISTRATE JUDGE<br>*   JOSEPH C. WILKINSON, JR.<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \*\* \* \*

**THIS DOCUMENT RELATES TO:** *Wiltz v. Beijing New Building Materials Public Ltd. Co. et al.*, **Case No. 10-361**

# NOTICE OF MANUAL ATTACHMENT

# DOCUMENT TO BE FILED UNDER SEAL

**DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.'S MOTION PURSUANT TO RULE 12(B)(2) TO DISMISS THE COMPLAINT (REC. DOC. NO. 13591)**

**EXHIBIT 2 TO SPANO DECLARATION (PORTIONS OF TONGCHUN JIA DEPOSITION & DEPOSITION EXHIBITS DESIGNATED CONFIDENTIAL)**