UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * ** * * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:**   *Wiltz v. Beijing New Building Materials Public Ltd. Co. et al.*, **Case No. 10-361**

# NOTICE OF MANUAL ATTACHMENT

# DOCUMENT TO BE FILED UNDER SEAL

**DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.'S MOTION PURSUANT TO RULE 12(B)(2) TO DISMISS THE COMPLAINT (REC. DOC. NO. 13591)**

**EXHIBIT 4 TO SPANO DECLARATION (PORTIONS OF JIANCHUN ZHANG DEPOSITION & DEPOSITION EXHIBIT DESIGNATED CONFIDENTIAL)**