UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *Wiltz v. Beijing New Building Materials Public Ltd. Co. et al.*, **Case No. 10-361**

# NOTICE OF MANUAL ATTACHMENT

# DOCUMENT TO BE FILED UNDER SEAL

**DEFENDANTS TAISHAN GYPSUM CO. LTD. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.'S MOTION PURSUANT TO RULE 12(B)(2) TO DISMISS THE COMPLAINT (REC. DOC. NO. 13591)**

**EXHIBIT 7 TO SPANO DECLARATION (PORTIONS OF SHILIANG PENG DEPOSITION & DEPOSITION EXHIBIT DESIGNATED CONFIDENTIAL)**