UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * ** * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO ALL CASES**

### REVISED SCHEDULING ORDER AS TO
### PERSONAL JURISDICTION OVER TAISHAN DEFENDANTS

On February 10, 2012, this Court issued a Scheduling Order as to Personal Jurisdiction Over Taishan Defendants (Rec. Doc. No. 12480)("Scheduling Order"). And on March 29, 2012, this Court held a conference call with the Plaintiffs' Steering Committee ("PSC") and Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (together, "Taishan Defendants") regarding this Scheduling Order and the briefing for the issue of personal jurisdiction over the Taishan Defendants.

As stated during this conference call, the Court hereby revises the briefing schedule of the Scheduling Order as follows:

| **Date Due By** | **Description** |
|---|---|
| April 2, 2012 | The Taishan Defendants shall file its motion to vacate default and/or to dismiss complaint and/or memorandum to raise the issue of personal jurisdiction over them as relevant in *Germano v. Taishan Gypsum Co., Ltd.*, No. 09-6687. |
| April 4, 2012 | The Taishan Defendants shall file its motion to vacate default and/or to dismiss complaint and/or memorandum to raise the issue of personal jurisdiction over them as relevant in *Mitchell Company, Inc. v. Knauf Gips KG*, No. 09-4115. |

| | |
|---|---|
| April 6, 2012 | The Taishan Defendants shall file its motion to vacate default and/or to dismiss complaint and/or memoranda to raise the issue of personal jurisdiction over them as relevant in *Gross v. Knauf Gips KG,* No. 09-6690 and *Wiltz v. Beijing New Bldg. Material Pub. Ltd. Co.,* No. 10-361. |
| May 7, 2012 | Any oppositions to the Taishan Defendants' motions shall be filed. |
| June 1, 2012 | Any reply of the Taishan Defendants to any oppositions shall be filed. |

Except as noted herein, the remainder of the Scheduling Order dated February 10, 2012 shall remain in effect.

New Orleans, Louisiana, this 9th day of April, 2012.

*[signature: Eldon E. Fallon]*

Eldon E. Fallon
United States District Court Judge