| | |
|---|---|
| Robert W Block III, et. al., Plaintiff(s)<br>vs.<br>Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 111876-0181

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--C & D Plastering & Stucco, Inc
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Donald Skipper II, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3rd day of October, 20 11, at 1:15 o'clock P M

Place of Service: at 7869 McDaniels Drive, in North Fort Myers, FL 33917

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**C & D Plastering & Stucco, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Nina Thomas, Vice President

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blond/Grey Facial Hair ___
Approx. Age 65 ; Approx. Height 5'6" ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157197

Subscribed and sworn to before me this 6th day of October, 20 11
Traci A. DeSalvo  10/22/11
Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

4132