Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0297

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Chase Drywall, Ltd.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Texas_ ) ss.
County of: _Harris_ )

**Name of Server:** _Lindell Charles_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _12th_ day of _October_, 20 _11_, at _12:55_ o'clock _P_ M

**Place of Service:** at _1585 W. Sam Houston Parkway N, Suite B_, in _Houston, TX 77043_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Chase Drywall, Ltd.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Jessica (would not povide Last Name), Employee_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Hispanic_ ; Hair Color _Black_ ; Facial Hair _—_
Approx. Age _30 +_ ; Approx. Height _5'4"_ ; Approx. Weight _130_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_  # SCH-324

Subscribed and sworn to before me this _14_ day of _October_, 20 _11_

_Joe Barak_
Notary Public         (Commission Expires)

**APS International, Ltd.**


JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013