Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111876-0269

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Daelen of Tangipahoa, L.L.C.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _Tangipahoa_ )
Name of Server: _Dwayne M. Jeanjacques_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _13_ day of _October_, 20 _11_, at _10:53_ o'clock _A_ M

Place of Service: at _200 N. Cate St._, in _Hammond, LA  70404_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Daelen of Tangipahoa, L.L.C.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Lori Kyle – Legal Assistant_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
___ day of _____, 20__

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**