Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0295

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Galloway Home Builders, Inc.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: Florida ) ss.
County of: Dade )
Name of Server: Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28 day of September, 20 11, at 12:13 o'clock P M

Place of Service: at 12300 SW 130 Street, Unit #8, in Miami, FL 33186

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Galloway Home Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: PABLO FERNANDEZ Brother of Carlos Fernandez R.A.

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black ; Facial Hair ____
Approx. Age 35 ; Approx. Height 5'8 ; Approx. Weight 185

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.    30 day of September, 20 11

_____    _Doris F Collins_____
Signature of Server    Notary Public    (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Doris F Collins
My Commission EE108904
Expires 08/29/2015