Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0278

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Matmo Construction, L.L.C.
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

Name of Server: Dwayne M. Jeanjacques, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 13 day of October, 20 11, at 1:50 o'clock P M

Place of Service: at 818 Bocage Lane, in Mandeville, LA 70471

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Matmo Construction, L.L.C.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Joon Marcotte – Family Member

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ____ day of ____

Notary Public

**APS International, Ltd.**