Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111876-0285

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sun Construction, LLC, d/b/a Sunrise Homes
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Orleans )

**Name of Server:** Dwayne M. Jeanjacques, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28 day of September, 20 11, at 10:25 o'clock A M

**Place of Service:** at 643 Magazine Street, Ste. 300, in New Orleans, LA 70130

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Sun Construction, LLC, d/b/a Sunrise Homes
By delivering them into the hands of an officer or managing agent whose name and title is: Kris Canady

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of ___, 20__

Notary Public            (Commission Expires)

**APS International, Ltd.**