# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>RICHARD AND CONSTANCE ALMEROTH, et. al., individually, and on behalf of all others similarly situated,<br><br>vs.<br><br>TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; et. al.<br>Case No. 12-0498 | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

_____/

## NOTICE OF APPEARANCE AS COUNSEL

Stacy Bercun Bohm, Esquire and Leslie Miller Tomczak, Esquire of Akerman Senterfitt hereby file their Notice of Appearance as counsel of record on behalf of Defendant Woodland Enterprises, Inc. and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

/s/ Stacy Bercun Bohm
STACY BERCUN BOHM
Florida Bar Number: 022462
Email: stacy.bohm@akerman.com
LESLIE MILLER TOMCZAK
Florida Bar No.: 126489
Email: leslie.tomczak@akerman.com

*Counsel for Defendant Woodland Enterprises, Inc.*

{24030142;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, **Russ M. Herman, Esquire**, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, LA 70113, rherman@hhke.com; and Defendants' Liaison Counsel, **Kerry Miller, Esquire**, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and electronic mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of April, 2012.

/s/ Stacy Bercun Bohm