## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD AND CONSTANCE ALMEROTH,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.,** *et al.*, <br><br> Defendants. <br><br> **CASE NO. 2:12-CV-498** | **MDL No. 2047** <br><br> **SECTION: "L"** <br><br> **JUDGE FALLON** <br><br> **MAG. JUDGE WILKINSON** <br><br> **JURY TRIAL DEMAND** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, subject to all reservation of rights and without waiver of any defenses, **Carmelite M. Bertaut** and **Jackie M. McCreary,** Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130, 504-581-3200, cbertaut@stonepigman.com and jmccreary@stonepigman.com, and **Dwight J. Davis**, **S. Stewart Haskins**, **Zachary A. McEntyre,** and **Elizabeth D. Adler,** King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309, ddavis@kslaw.com, shaskins@kslaw.com, zmcentyre@kslaw.com, and eadler@kslaw.com hereby enter their appearance as counsel of

- 1 -

1089853v.1

record for Defendants Home Depot U.S.A., Inc. and The Home Depot, Inc.[1] in the captioned matter.

Please update and add undersigned counsel to all your service and distribution lists in this case.

        Respectfully submitted,

        */s/ Jackie M. McCreary*
        Carmelite S. Bertaut, 3054
          cbertaut@stonepigman.com
        Jackie M. McCreary, 28676
          jmccreary@stonepigman.com
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana 70130
        Phone: 504-581-3200
        Fax:    504-581-3361

            and

        Dwight J. Davis, Georgia Bar No. 208055
          ddavis@kslaw.com
        S. Stewart Haskins, Georgia Bar No. 336104
          shaskins@kslaw.com
        Zachary A. McEntyre, Georgia Bar No. 653571
          zmcentyre@kslaw.com
        Elizabeth D. Adler, Georgia Bar No. 558185
          eadler@kslaw.com
        KING & SPALDING LLP
        1180 Peachtree Street, N.E.
        Atlanta, Georgia 30309
        Phone: (404) 572-4600
        Fax:    (404) 572-5139

        *Counsel for Home Depot U.S.A., Inc. and The Home Depot, Inc.*

---

[1] The Home Depot, Inc. is not a retailer. As such, it has been improperly named as a defendant in this action.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel by hand delivery and e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 9th day of April, 2012.

      I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of April, 2012.

                                    */s/Jackie M. McCreary*