| | |
|---|---|
| Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s) vs. Gebrueder Knauf, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 110748-0094

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--5177 Builders, Ltd.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Texas** ) ss.
County of: **Harris** )

**Name of Server:** **Lindell Charles**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25th** day of **May**, 20 **11**, at **1:17** o'clock **P** M

**Place of Service:** at **1520 Oliver Street**, in **Houston, TX 77007**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
5177 Builders, Ltd.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Frank Liu, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **Asian**; Hair Color **Black**; Facial Hair **No**
Approx. Age **45**; Approx. Height **5'8"**; Approx. Weight **165**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  **#SCH-324**
APS International, Ltd.

Subscribed and sworn to before me this **26** day of **May**, 20 **11**

Joe Barak
Notary Public   (Commission Expires)

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013