| | |
|---|---|
| Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)<br>vs.<br>Gebrueder Knauf, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171 |



Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:   CDW VIII

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Adams Homes of Northwest Florida, Inc.
Court Case No. 11-252 Section L Mag 2

State of: Florida ) ss.
County of: Santa Rosa )

**Name of Server:** Gayle Meade, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action:

**Date/Time of Service:** that on 25-May-2011 05:00 pm

**Place of Service:** at 3000 Gulf Breeze Parkway, city of Gulf Breeze, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Adams Homes of Northwest Florida, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is
Shelly Sepulveda, Receptionist

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex  F ; Skin Color   white  ; Hair Color   brown  ; Facial Hair   N/A
Approx. Age   30  ; Approx. Height   5'03"  ; Approx. Weight   140

✔ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Gayl Meade_ #473
Signature of Server

Subscribed and sworn to before me this
09 day of June, 20 11
_____  20 14
Notary Public        (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 110748-39



KRISTINA TRAIL
MY COMMISSION # EE 86861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters