Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0092

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ashton Houston Residential, LLC, d/b/a Ashton Woods Homes
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **TX** ) ss.
County of: **DALLAS** )

Name of Server: **Kirk French**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **26** day of **May**, 20 **11**, at **12:00** o'clock **P** M

Place of Service: at **8111 LBJ #1500**, in Dallas, TX  75254

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Ashton Houston Residential, LLC, d/b/a Ashton Woods Homes**
By delivering them into the hands of an officer or managing agent whose name and title is: **DeAnne Lancaster**,

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair **—**
Approx. Age **40 to 45**; Approx. Height **5'5"** ; Approx. Weight **260**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Kirk French
Signature of Server

Subscribed and sworn to before me this **26** day of **May**, 20 **11**

Jackie French
Notary Public          (Commission Expires)

**APS International, Ltd.**

JACKIE FRENCH
MY COMMISSION EXPIRES
November 2, 2012