Daniel Abreu individually and on behalf of all others similarly
situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110748-0114

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Bailey Lumber & Supply Company
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

| | |
|---|---|
| State of: | M S ) ss. |
| County of: | Hinds ) |

**Name of Server:** Jimmy H Taylor, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24 day of MAy, 20 11, at 1402 o'clock P. M

**Place of Service:** at 2950 Layfair Drive, Suite 101, in Flowood, MS 39232

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company**

**Person Served, and
Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: John Shows - Attorney And Agent

**Description of
Person Receiving
Documents:** The person receiving documents is described as follows:
Sex m; Skin Color W; Hair Color Gray; Facial Hair NO
Approx. Age 65-70; Approx. Height 6'0; Approx. Weight 170

☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
24th day of MAy, 20 11

_____
(Commission Expires)

STATE OF MISSISSIPPI
BRANDI BURNHAM
NOTARY PUBLIC
ID No. 68466
Commission Expires
April 13, 2015
MADISON COUNTY