| | |
|---|---|
| Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)<br>vs.<br>Gebrueder Knauf, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |

APS File #: 110748-0043

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Company Ft. Myers, LLC, c/o GY Corporate Services, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **23** day of **May**, 20 **11**, at **11:15** o'clock **A** M

Place of Service: at **Two South Biscayne Blvd., Ste. 3400**, in **Miami, FL 33131**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Company Ft. Myers, LLC, c/o GY Corporate Services, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Mark Scheer President of GYCorp Services**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **NO**
Approx. Age **45**; Approx. Height **5'6**; Approx. Weight **200**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **24th** day of **May**, 20 **11**

Notary Public (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014