Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0045

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Company Tampa, LLC, c/o GY Corporate Services, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 23 day of May, 20 11, at 11:15 o'clock A M

Place of Service: at Two South Biscayne Blvd., Ste. 3400, in Miami, FL  33131

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Banner Supply Company Tampa, LLC, c/o GY Corporate Services, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is: Mark Scheer President of GY Corp. Services

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 45 ; Approx. Height 5'6 ; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 24 day of May, 20 11

Signature of Server

Notary Public (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949369
Expires 01/21/2014