Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0040

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BDG Waterstone, LLC, c/o AGI Registered Agents, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __26__ day of __May__, 20__11__, at __11:15__ o'clock __A__ M

Place of Service: at __1000 Brickell Avenue, Ste. 300__, in __Miami, FL 33131__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**BDG Waterstone, LLC, c/o AGI Registered Agents, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Antoinette DiCicco  Receptionist__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __30__ ; Approx. Height __5'6__ ; Approx. Weight __130__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __26__ day of __May__, 20 __11__

Notary Public                     (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013

