Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0079

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Builder's Line, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **ST. TAMMANY PARISH** )

**Name of Server:** **WILLIAM HUMBLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **23RD** day of **JUNE**, 20 **11**, at **4:49** o'clock **P** M

**Place of Service:** at **2020 N. Causeway Blvd., Ste. H**, in **Mandeville, LA 70471**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Person Served, and** **Builder's Line, Inc.**
**Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **R. COLLINS VALLEE - REGISTERED AGENT**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **WHITE** ; Hair Color **GRAY** ; Facial Hair **NO**
Approx. Age **60** ; Approx. Height **5'9"** ; Approx. Weight **170 lbs.**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*William Humble*
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **24** day of **June**, 20 **11**

*Sandra M. Hutchinson*
Notary Public  (Commission Expires)

Sandra M. Hutchinson — at death
Notary Public ID #60480