Service of Process by

Daniel Abreu individually and on behalf of all others similarly situated, et. al.,
Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



**APS International, Ltd.**
1-800-328-7171

Law Firm Requesting Service: —
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:   CDW VIII

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--BV 6334, LLC
Court Case No. 11-252 Section L Mag 2

State of: Florida ) ss.
County of: Dade )

| | |
|---|---|
| Name of Server: | Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| Date/Time of Service: | that on 24-May-2011 03:00 pm |
| Place of Service: | at 10850 SW 134 Terrace, city of Miami, state of FL |
| Documents Served: | the undersigned served the documents described as: Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII); Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3 |
| Service of Process on, Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: BV 6334, LLC By delivering them into the hands of an officer or managing agent whose name and title is "Jane Doe", Co-Resident |
| Other Information: | I spoke to a Spanish lady who confirmed Robert Banos the listed registered agent resides at said address. |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color white ; Hair Color black ; Facial Hair N/A Approx. Age 50 ; Approx. Height 5'06" ; Approx. Weight 160 ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. *[signature]* Signature of Server | Subscribed and sworn to before me this 26 day of May , 20 11 *[signature]* Notary Public   (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File:  110748-47



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013