Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0076

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--C&C Homebuilders Construction, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )
Name of Server: **Roy Busiere**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19 day of August, 20 11, at 7:10 o'clock P M

Place of Service: at 472 E. Chase Court, in Mandeville, LA 70448

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**C&C Homebuilders Construction, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Ann Cadis (Sect Tres)

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blond ; Facial Hair None
Approx. Age 35 ; Approx. Height 5'7 ; Approx. Weight 130

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere_
Signature of Server

Subscribed and sworn to before me this 19 day of August, 20 11

Notary Public (Commission Expires)

**APS International, Ltd.**