Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0096

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CastleRock Communities, L.P.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Texas_ ) ss.
County of: _Harris_ )

**Name of Server:** _Lindell Charles_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25t_ day of _May_, 20 _11_, at _11:58_ o'clock _A_ M.

**Place of Service:** at _7670 Woodway Drive, Ste. 300_, in _Houston, TX 77063_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**CastleRock Communities, L.P.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Vilma Avila, Registered Agent_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Hispanic_ Hair Color _Black_ ; Facial Hair _No_
Approx. Age _45_ ; Approx. Height _5'4_ ; Approx. Weight _130_

[Y] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  # SCH-324

Subscribed and sworn to before me this _26_ day of _May_, 20 _11_

_Joe Barak_
Notary Public          (Commission Expires)

**APS International, Ltd.**

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013