**Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)**
vs.
**Gebrueder Knauf, et. al., Defendant(s)**



Service of Process by
# APS International, Ltd.
# 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0053

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes at Georgetown, LLC
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __BROWARD__ )

**Name of Server:** __Felix Onate__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __31st__ day of __May__, 20 __11__, at __12:30__ o'clock __P__ M

**Place of Service:** at __825 Coral Ridge Drive__, in __Coral Springs, FL 33071__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes at Georgetown, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Debbie Pasquale Receptionist__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Brown__; Facial Hair ___
Approx. Age __55__; Approx. Height __5'5__; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Felix Onate_
Signature of Server

Subscribed and sworn to before me this __2__ day of __June__, 20 __11__

_signature_
Notary Public     (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jesy Rodriguez Leon
Commission #DD763471
Expires: FEB. 28, 2012
BONDED THRU ATLANTIC BONDING CO., INC.