Daniel Abreu individually and on behalf of all others similarly
situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by


**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110748-0071

**AFFIDAVIT OF SERVICE -- Corporate**

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Cretin Homes, LLC, c/o Sharon B. Kyle, APLC
Court Case No. 11-252 Section L Mag 2

State of: _Louisiana_ ) ss.
~~County~~ Parish of: _Livingston_ )

**Name of Server:** _Carol S. Cassisa_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _24th_ day of _May_, 20 _11_, at _2:31_ o'clock _P_ M

**Place of Service:** at _4960 Bluebonnet Blvd., Ste. A_, in _Baton Rouge, LA 70809_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with  Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Cretin Homes, LLC, c/o Sharon B. Kyle, APLC**

**Person Served, and
Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Pat Blankenbaker, Law Clerk_

**Description of
Person Receiving
Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _N/A_
Approx. Age _30 yrs_ ; Approx. Height _5'5"_ ; Approx. Weight _150 lbs_

[X] To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Carol S. Cassisa_
Signature of Server

Subscribed and sworn to before me this
_24th_ day of _May_, 20 _11_

_James Dillahn_ _at Death_
Notary Public          (Commission Expires)

**APS International, Ltd.**