| | |
|---|---|
| Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s) vs. Gebrueder Knauf, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 110748-0085

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
    --Darling Homes, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __TX__ ) ss.
County of: __DALLAS__ )

**Name of Server:** __Kirk French__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __26__ day of __May__, 20 __11__, at __3:30__ o'clock __P__ M

**Place of Service:** at __2500 Legacy Drive, Ste. 100__, in __Frisco, TX  75034__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with  Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Darling Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Erik Jacobson, VP__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __Brown__; Facial Hair ___
Approx. Age __40-45__ Approx. Height __6'1__; Approx. Weight __240__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kirk French_
Signature of Server

Subscribed and sworn to before me this __26__ day of __May__, 20 __11__

_Jackie French_
Notary Public     (Commission Expires)

**APS International, Ltd.**



JACKIE FRENCH
MY COMMISSION EXPIRES
November 2, 2012