Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0100

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--David E. Smith, d/b/a Ruelas Drywall
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Texas ) ss.
County of: Harris )

**Name of Server:** Ron Clark, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 26th day of May, 20 11, at 10:10 o'clock A. M.

**Place of Service:** at 15026 Green Stone Drive, in Houston, TX 77084

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
David E. Smith, d/b/a Ruelas Drywall

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: David E. Smith, Owner

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Salt & Pepper ; Facial Hair _____
Approx. Age 50+ ; Approx. Height 6'0" ; Approx. Weight 190

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #SCH-7402

Subscribed and sworn to before me this 27 day of May, 20 11
Joe Barak
Notary Public     (Commission Expires)

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013

**APS International, Ltd.**