Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0129

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Deoreun Homes, LLC
Court Case No. 11-252 Section L Mag 2

| LEVIN, FISHBEIN, ET AL
| Ms. Jennifer Lascio
| 510 Walnut St., Ste. 500
| Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )
Name of Server: _Joe R Gills_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _29_ day of _May_, 20_11_, at _12:55 PM_ o'clock _P_ M

Place of Service: at _24581 OAK ISLAND DR_, in Pass Christian, MS 39571-8154

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Deoreun Homes, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: _SEAN DEOREUN —OWNER_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _red_ ; Facial Hair ____
Approx. Age _31-50_ ; Approx. Height _5'10_ ; Approx. Weight _170_

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _31_ day of _May_, 20_11_.

_Notary Public_   _9/22/14_ (Commission Expires)

APS International, Ltd.

