Service of Process by



Daniel Abreu individually and on behalf of all others similarly situated, et. al.,
Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
**Customer File:** CDW VIII

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Estate Homes, Inc., c/o Bernard Mandler, Registered Agent
Court Case No. 11-252 Section L Mag 2

State of: **Florida** ) ss.
County of: **Dade** )

| | |
|---|---|
| **Name of Server:** | Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 23-May-2011 03:45 pm |
| **Place of Service:** | at 429 Lennox Ave., Ste. 4W13, city of Miami Beach, state of FL |
| **Documents Served:** | the undersigned served the documents described as: Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII); Exhibit A; Exhibit B; Exhibit C; Schedule 1; Schedule 2; Schedule 3 |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: Estate Homes, Inc., c/o Bernard Mandler, Registered Agent By delivering them into the hands of an officer or managing agent whose name and title is Bernard Mandler, Registered Agent |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex M ; Skin Color white ; Hair Color white ; Facial Hair none  Approx. Age 70 ; Approx. Height 5'09" ; Approx. Weight 190  ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.  Signature of Server  APS International, Ltd. APS International Plaza · 7800 Glenroy Rd. Minneapolis, MN 55439-3122 | Subscribed and sworn to before me this ____ day of May , 20 11  Notary Public _____ (Commission Expires)  APS File: 110748-126 |

Notary Public State of Florida
Jason Roberts
My Commission DD949369
Expires 01/21/2014