Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0020

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--First Home Builders of Florida I, LLC
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** SEAN SEGEL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 20 day of May, 2011, at 1:19 o'clock PM

**Place of Service:** at 100 N. Tampa Street, Ste. 4100, in Tampa, FL 33602

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII); Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
First Home Builders of Florida I, LLC c/o Charles Wachter P.A.
By delivering them into the hands of an officer or managing agent whose name and title is: Frann McBride, Legal Assistant, Authorized to Accept

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Cauc. ; Hair Color Red ; Facial Hair Glasses
Approx. Age 45 yrs; Approx. Height 5'5"; Approx. Weight 150 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 23 day of May, 2011

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters