Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0103

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Forester Homes, Incorporated
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Texas** ) ss.
County of: **Harris** )

**Name of Server:** **Lindell Charles**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25th** day of **May**, 20 **11**, at **12:26** o'clock **P** M.

**Place of Service:** at **974 Campbell Road, Ste. 204**, in **Houston, TX  77024**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Forester Homes, Incorporated**
By delivering them into the hands of an officer or managing agent whose name and title is: **Mike Kindred, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **50** ; Approx. Height **5'10"** ; Approx. Weight **180**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **#SCH-324**

Subscribed and sworn to before me this **26** day of **May**, 20 **11**
**Joe Barak**
Notary Public    (Commission Expires)

APS International, Ltd.

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013