Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0102

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--GGG Edinburgh Estates, LLP
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Texas_ ) ss.
County of: _Harris_ )

**Name of Server:** _Alana Willis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _26th_ day of _May_, 20 _11_, at _1:01_ o'clock _P_ M.

**Place of Service:** at ~~12810~~ _12802A_ Willow Centre Drive, in Houston, TX 77066

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
GGG Edinburgh Estates, LLP

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Gurmukh S. Jolly, Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Brown_ ; Hair Color _White_ ; Facial Hair ____
Approx. Age _70+_ ; Approx. Height _5'5"_ ; Approx. Weight _160_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _31_ day of _May_, 20 _11_

Signature of Server  #SCH-1329

Notary Public      (Commission Expires)

**APS International, Ltd.**



JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013