Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110748-0111

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Grand Valley Homes, LLC, d/b/a Casa Linda Home
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Texas** ) ss.
County of: **Hidalgo** )

**Name of Server:** __MARTIN LEAL__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25th** day of **May**, 20 **11**, at **9:50** o'clock **A** M

**Place of Service:** at 1409 N. Main Street, in Mcallen, TX 78501

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Grand Valley Homes, LLC, d/b/a Casa Linda Home**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Tonya Lara   Authorized Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Brown**; Hair Color **Black**; Facial Hair —
Approx. Age **45**; Approx. Height **5'4"**; Approx. Weight **145**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **25th** day of **May**, 20 **11**

Notary Public     (Commission Expires)

APS International, Ltd.


SYLVIA A. LEAL
Notary Public, State of Texas
My Commission Expires
March 03, 2015