Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0052

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Grove Hammocks Investments, LLC
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** CARLOS AGUIRRE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24** day of **May**, 20 **11**, at **12:05** o'clock **P** M

**Place of Service:** at **7050 SW 86th Avenue**, in **Miami, FL 33143**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Grove Hammocks Investments, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Grisel Vega Secretary**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black**; Facial Hair ____
Approx. Age **25**; Approx. Height **5'0**; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **26** day of **May**, 20 **11**

Signature of Server

Notary Public ____ (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013