Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0106

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Hampton Homes, LLC
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **TEXAS** ) ss.
County of: **HARRIS** )

**Name of Server:** _KENNETH CABARRUS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _1st_ day of _JUNE_, 20 _11_, at _11:05_ o'clock _A_ M

**Place of Service:** at 18333 Egret Bay Blvd., Ste. 680, in Houston, TX 77058

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Hampton Homes, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: _DENNIS J. ALBRIGHT, REGISTERED AGENT_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_; Skin Color _WHITE_; Hair Color _BALD_; Facial Hair ___
Approx. Age _55_; Approx. Height _6'_; Approx. Weight _200_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_ #SCH-4634
Signature of Server

Subscribed and sworn to before me this _3RD_ day of _June_, 20 _11_

_[signature] Renee Westbrook_
Notary Public        (Commission Expires)

**APS International, Ltd.**

RENEE WESTBROOK
MY COMMISSION EXPIRES
April 26, 2015