Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110748-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Hansen Homes of South Florida
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __25th__ day of __May__, 20 __11__, at __11:15__ o'clock __A__ M

Place of Service: at __1436 SE 16th Place__, in __Cape Coral, FL  33990__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with  Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hansen Homes of South Florida**

Person Served, and Method of Service: By delivering them into the hands of an __accounts payable__ whose name and title is: __Cindy Davis, Accounts Payable__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair _____
Approx. Age __30-35__ ; Approx. Height __5'0"__ ; Approx. Weight __110__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__  # 157153
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __2nd__ day of __June__, 20 __11__

__Traci A. DeSalvo__  10/22/11
Notary Public          (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc.

2487