Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)

vs.

Gebrueder Knauf, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110748-0104

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hometown Concepts, Inc., a/k/a Hampton Homes
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _TEXAS_ ) ss.
County of: _Harris_ )

**Name of Server:** _KENNETH CABARRUS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _1st_ day of _June_, 20 _11_, at _11.05_ o'clock _A_ M

**Place of Service:** at _18333 Egret Bay Blvd., Ste. 680_, in _Houston, TX  77058_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with  Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hometown Concepts, Inc., a/k/a Hampton Homes**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _DENNIS J. ALBRIGHT, REGISTERED AGENT_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _BALD_ ; Facial Hair _—_
Approx. Age _55_ ; Approx. Height _6'_ ; Approx. Weight _200_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_ # SCH-4634

Subscribed and sworn to before me this

_2ND_ day of _June_, 20 _11_

_Renee Westbrook_

Notary Public          (Commission Expires)

**APS International, Ltd.**

RENEE WESTBROOK
MY COMMISSION EXPIRES
April 26, 2015