Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0123

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hutchinson Homes, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **BALDWIN** )

Name of Server: **NORRIS ARMSTRONG**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25** day of **MAY**, 20 **11**, at **10** o'clock **A** M

Place of Service: at 6389 Willowbridge Drive, in Fairhope, AL 36533

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Hutchinson Homes, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **BETH HUTCHINSON (WIFE)**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **DRK BROWN** Facial Hair **NONE**
Approx. Age **40'S**; Approx. Height **5'7"**; Approx. Weight **140**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **27th** day of **May**, 20 **11**

Signature of Server

Notary Public    (Commission Expires)
**06/24/2012**

**APS International, Ltd.**