| | |
|---|---|
| Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)<br>vs.<br>Gebrueder Knauf, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 110748-0125

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J D C Florida, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **MOBILE** )

**Name of Server:** NORRIS ARMSTRONG, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15** day of **JUNE**, 20**11**, at **9:55** o'clock **A** M

**Place of Service:** at **41 North Beltline Highway, 3rd Floor**, in **Mobile, AL 36608**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
J D C Florida, Inc. c/o **JOHN SAINT**
By delivering them into the hands of an officer or managing agent whose name and title is: **JANICE KRAFT   SECRETARY**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **WHITE**; Hair Color **BLONDE/FROST**; Facial Hair **NONE**
Approx. Age **50-60**; Approx. Height **5'9**; Approx. Weight **150 APX**
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **16th** day of **June**, 20**11**

Notary Public   (Commission Expires)
06/24/2012

APS International, Ltd.