Daniel Abreu individually and on behalf of all others similarly
situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0088

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--K. Hovnanion Developments of Texas, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _TX_ ) ss.
County of: _DALLAS_ )

**Name of Server:** _Kirk French_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25_ day of _May_ , 20 _11_, at _3:10_ o'clock _P_ M

**Place of Service:** at _4600 N. Dallas Pkwy #380_, in Plano, TX 75093

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**K. Hovnanion Developments of Texas, Inc.**

**Person Served, and
Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Bobby Ray, Group Pres_

**Description of
Person Receiving
Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _W_ ; Facial Hair ___
Approx. Age _60-65_ ; Approx. Height _5'7_ ; Approx. Weight _180_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.       _26_ day of _May_ , 20 _11_

_____            _____
Signature of Server                  Notary Public          (Commission Expires)

**APS International, Ltd.**

JACKIE FRENCH
MY COMMISSION EXPIRES
November 2, 2012