Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0082

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--K. Hovnanion Homes of Houston II, L.L.C.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: TX ) ss.
County of: DALLAS )

Name of Server: Kirk French, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 25 day of May, 20 11, at 3:10 o'clock PM

Place of Service: at 7160 N. Dallas Parkway, Ste. ~~300~~ 380, in Plano, TX 75024

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
K. Hovnanion Homes of Houston II, L.L.C.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Bobby Ray Group President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color W; Facial Hair ___
Approx. Age 60-65; Approx. Height 5'7; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Kirk French
Signature of Server

Subscribed and sworn to before me this 26 day of May, 20 11

Jackie French
Notary Public   (Commission Expires)

**APS International, Ltd.**

JACKIE FRENCH
MY COMMISSION EXPIRES
November 2, 2012