Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0095

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--K. Hovnanion Developments of New Jersey, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Texas ) ss.
County of: Harris )

Name of Server: Ron Clark, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26th day of May, 20 11, at 1:10 o'clock P. M.

Place of Service: at 13111 Northwest Freeway, Ste. 200, in Houston, TX 77040

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**K. Hovnanion Developments of New Jersey, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Gary Romer, Vice President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair ____
Approx. Age 50+ ; Approx. Height 5'10" ; Approx. Weight 180

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #SCH- 7402

Subscribed and sworn to before me this 27 day of May, 20 11

Joe Barak
Notary Public       (Commission Expires)

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013

**APS International, Ltd.**