Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0037

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L&W Supply Coporation, dba Seacoast Supply
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Delaware ) ss.
County of: New Castle )

**Name of Server:** Robert DeLacy, III, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 19 day of May, 2011, at 1:40 o'clock P M

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
L&W Supply Coporation, dba Seacoast Supply
By delivering them into the hands of an officer or managing agent whose name and title is: Scott LaScala (authorized to accept service)

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color cauc ; Hair Color brn ; Facial Hair ___
Approx. Age 35 ; Approx. Height 6' ; Approx. Weight 230

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 19 day of May, 2011

Notary Public   (Commission Expires)

APS International, Ltd.