Daniel Abreu individually and on behalf of all others similarly
situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0133

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Larry A. Brooks Company, LLC, d/b/a Great American
Homes
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **MONROE** )

**Name of Server:** _FREDDIE WELLS_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _17_ day of ___JUNE___, 20 _11_, at _9_ o'clock _A_ M

**Place of Service:** at _149 Cemetery St_, in _Uriah, AL 36480_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Larry A. Brooks Company, LLC, d/b/a Great American Homes**

**Person Served, and
Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _LARRY A. BROOKS, OWNER_

**Description of
Person Receiving
Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _GRY_ ; Facial Hair _____
Approx. Age _60_ ; Approx. Height _6'1"_ ; Approx. Weight _170_

☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
_20_ day of ___JUNE___, 20 _11_

_Freddie Wells_
Signature of Server

_[signature]_ 5/21/14
Notary Public (Commission Expires)

**APS International, Ltd.**