Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0098

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lifeway Homes, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Texas ) ss.
County of: Harris )

Name of Server: Alana Willis, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26th day of May, 20 11, at 1:01 o'clock P. M

Place of Service: at 12802A Willow Center Drive, in Houston, TX 77066

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with  Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Lifeway Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Gurmukh S. Jolly

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Brown ; Hair Color White ; Facial Hair ____
Approx. Age 70+ ; Approx. Height 5'5" ; Approx. Weight 160

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  # SCH-1329

Subscribed and sworn to before me this 27 day of May, 20 11
Joe Barak
Notary Public       (Commission Expires)

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013

**APS International, Ltd.**