Daniel Abreu individually and on behalf of all others similarly
situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110748-0097

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Lifeway Homes, LP, Jolly Properties, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Texas_ ) ss.
County of: _Harris_ )

**Name of Server:**   _Alana Willis_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the _26th_ day of _May_ , 20 _11_ , at _1:01_ o'clock _P_.M.
_12808 A_

**Place of Service:**   at ~~12810~~ Willow Centre Drive, ~~Unit D~~ , in   Houston, TX  77066

**Documents Served:**   the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with  Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**Lifeway Homes, LP, Jolly Properties, Inc.**

**Person Served, and
Method of Service:**   By delivering them into the hands of an officer or managing agent whose name and
title is: _Gurmukh S. Jolly,   Registered Agent_

**Description of
Person Receiving
Documents:**   The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Brown_ ; Hair Color _white_ ; Facial Hair ___
Approx. Age _70+_ ; Approx. Height _5'5"_ ; Approx. Weight _160_

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**   Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server  #SCH·1329

**APS International, Ltd.**

Subscribed and sworn to before me this
_31_ day of _May_ , 20 _11_

_Joe Barak_
Notary Public        (Commission Expires)

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013