Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
# 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0019

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--LTL Construction, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: Lydia Velez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28th day of May, 20 11, at 1:00 o'clock P M

Place of Service: at 4400 Helena Street, in St. Petersburg, FL 33703

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**LTL Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: William Pugh, Registered Agent

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair ____
Approx. Age 55 ; Approx. Height 6' 0" ; Approx. Weight 190

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lydia Velez_  5-31-11
Signature of Server

Subscribed and sworn to before me this 31st day of May, 20 11
_Elaine F. Jones_
Notary Public     (Commission Expires)
3/2/13

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters