Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0013

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meeks Drywall & Stucco, Inc
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )
Name of Server: Donald Skipper II, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 24th day of May, 20 11, at 7:30 o'clock P M

Place of Service: at 8305 Tolles Drive, in North Fort Myers, FL  33917

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Meeks Drywall & Stucco, Inc**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: Robert Meeks, President

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Grey ; Facial Hair ___
Approx. Age 64 ; Approx. Height 6'2" ; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #15719

Subscribed and sworn to before me this 8th day of June, 20 11

Traci A DeSalvo  10/22/11
Notary Public           (Commission Expires)

**APS International, Ltd.**


TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn.

2495