| | |
|---|---|
| Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)<br>vs.<br>Gebrueder Knauf, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |

APS File #: 110748-0033

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mercedes Homes, LLC

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Court Case No. 11-252 Section L Mag 2

State of: _Florida_ ) ss.
County of: _Brevard_ )

**Name of Server:** _Joseph E Carrano_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _20_ day of _May_, 20_11_, at _11:53_ o'clock _A_ M

**Place of Service:** at _6905 North Wickham Road, Ste. 501_, in _Melbourne, FL 32940_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Mercedes Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Rita Gettings    Front Desk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Br_ ; Facial Hair _N_
Approx. Age _50s_ ; Approx. Height _5'5"_ ; Approx. Weight _100_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _20TH_ day of _May_, 20_11_

Notary Public      (Commission Expires)

**APS International, Ltd.**



ALFRED S. PULASKI
MY COMMISSION # DD 978287
EXPIRES: April 4, 2014
Bonded Thru Budget Notary Services