Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0112

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meritage Homes of Texas, LLC, a/k/a Meritage Homes of Texas, II, LLC c/o Corporation Services Company, d/b/a CSC-Lawyers Incorporating Service Company
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: TEXAS ) ss.
County of: TRAVIS )

Name of Server: KYLE VOELKER, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 23rd day of May, 20 11, at 2:35 o'clock P M

Place of Service: at 211 E. 7th Street, Ste. 620 , in Austin, TX  78701

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Meritage Homes of Texas, LLC, a/k/a Meritage Homes of Texas, II, LLC c/o Corporation Services Company, d/b/a CSC-Lawyers Incorporating Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: SUE VERTREES

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Gray ; Facial Hair —
Approx. Age 56 ; Approx. Height 5'7" ; Approx. Weight 180 lbs
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 23rd day of May, 2011

Notary Public   (Commission Expires)

**APS International, Ltd.**


DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2012