Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0091

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--RAH of Texas, LP, a/k/a Richmond American Homes c/o CT Corporation System
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Texas ) ss.
County of: Dallas )

Name of Server: Brandon Sackse, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 25 day of May, 20 11, at 2:45 o'clock PM

Place of Service: at 350 North St. Paul Street, in Dallas, TX 75201

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
RAH of Texas, LP, a/k/a Richmond American Homes c/o CT Corporation System
By delivering them into the hands of an officer or managing agent whose name and title is: Sandy Galicia, Authorized Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color Hispanic; Hair Color Black; Facial Hair no
Approx. Age 26; Approx. Height 5'5"; Approx. Weight 170

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 25 day of May, 20 11

Notary Public    (Commission Expires)

**APS International, Ltd.**



JACKIE FRENCH
MY COMMISSION EXPIRES
November 2, 2012