Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0026

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Renar Homes, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Martin )

Name of Server: Amy M. Perron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 3 day of June, 20 11, at 11:45 o'clock A M

Place of Service: at 3731 N.E. Pineapple Avenue, in Jensen Beach, FL 34957

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Renar Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Rhonda Howe - Vice President

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair —
Approx. Age 50's ; Approx. Height 5'7" ; Approx. Weight 130 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Amy M. Perron
Signature of Server

Subscribed and sworn to before me this 3 day of JUNE, 20 11

_____ 7-14-12
Notary Public   (Commission Expires)

**APS International, Ltd.**

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services