Daniel Abreu individually and on behalf of all others similarly
situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110748-0027

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Resort Construction Services, Inc.
Court Case No. 11-252 Section L Mag 2

State of: _Florida_ ) ss.
County of: _Martin_ )

**Name of Server:** _Amy M. Perron_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _23_ day of _May_, 20 _11_, at _6:50_ o'clock _P_ M

**Place of Service:** at _102 S. Shore Road_, in _Stuart, FL  34994_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with  Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Resort Construction Services, Inc.**

**Person Served, and
Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _David Stabbert - Registered Agent & Director_

**Description of
Person Receiving
Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Grey_ ; Facial Hair _—_
Approx. Age _65_ ; Approx. Height _5'7"_ ; Approx. Weight _150-160 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Amy M. Perron_

Signature of Server

Subscribed and sworn to before me this
_25_ day of _May_, 20 _11_

_Perron_   _7-14-12_

Notary Public   (Commission Expires)

**APS International, Ltd.**



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services