Daniel Abreu individually and on behalf of all others similarly situated, et. al.,
Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
**Customer File:** CDW VIII

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Richmond Heights Community Development Corporation
Court Case No. 11-252 Section L Mag 2

State of: Florida ) ss.
County of: Dade )

| | |
|---|---|
| **Name of Server:** | Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action: |
| **Date/Time of Service** | that on 24-May-2011 02:40 pm |
| **Place of Service:** | at 4700 Booker T. Washington Boulevar, city of Miami, state of FL |
| **Documents Served:** | the undersigned served the documents described as:<br>Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII); Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3 |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Richmond Heights Community Development Corporation**<br>By delivering them into the hands of an officer or managing agent whose name and title is **Patrick Merit, Executive Director** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex M ; Skin Color black ; Hair Color bald ; Facial Hair goatee<br>Approx. Age 45 ; Approx. Height 6'02" ; Approx. Weight 200<br>✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br><br>Signature of Server<br><br>APS International, Ltd.<br>APS International Plaza · 7800 Glenroy Rd.<br>Minneapolis, MN 55439-3122 | Subscribed and sworn to before me this 24 day of May, 2011<br><br>Notary Public  (Commission Expires)<br><br>APS File: 110748-127 |



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013