**Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)**
vs.
**Gebrueder Knauf, et. al., Defendant(s)**



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110748-0072

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Rockwell Builders, L.L.C.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LA** ) ss.
County of: **St. Tammany** )

Name of Server: **Kyle Ehrenreich**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **6th** day of **June**, 20 **11**, at **5:00** o'clock **P** M

Place of Service: at ~~1025 Victor II Boulevard~~ **89 Mark Smith Dr.**, in ~~Morgan City, LA 70381~~ **Mandeville, LA 70471**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Rockwell Builders, L.L.C.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Robert Rockwell auth. to accept service**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___
**X** To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this ___ day of **July**, 20 **11**

Notary Public        (Commission Expires)

Michael W. McMahon
LA Bar 27987