Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)

vs.

Gebrueder Knauf, et. al., Defendant(s)



**Service of Process by**

# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110748-0139

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Service of Process on:
--Rosen Building Supplies, Inc., dba On-Site Materials
ATTN: Brian Gordon
Court Case No. 11-252 Section L Mag 2

State of: **Florida** ) ss.
County of: **BROWARD** )

Name of Server: **Felix Onate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **3** day of **August**, 20 **11**, at **3:15** o'clock **P** M

Place of Service: at **914 ADAMS ST.**, in **Hollywood, FL 33019**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Rosen Building Supplies, Inc., dba On-Site Materials ATTN: Brian Gordon**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **HYACINTH ANDERSON Assistant to Brian Gordon**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F** ; Skin Color **Black** ; Hair Color **Black** ; Facial Hair
Approx. Age **50** ; Approx. Height **5'6** ; Approx. Weight **160**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **4th** day of **Aug**, 20 **11**

_____
Notary Public        (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014