Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0080

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Royal Homes, LLC
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _ST. TAMMANY PARISH_ )

**Name of Server:** _WILLIAM HUMBLE_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _27TH_ day of _MAY_, 20 _11_, at _2:27_ o'clock _P_ M

**Place of Service:** at _4800 Sharp Road_, in _Mandeville, LA 70471_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Royal Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _DEBBIE MARINO - OWNER_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BLONDE_ ; Facial Hair _N/A_
Approx. Age _50_ ; Approx. Height _5'6"_ ; Approx. Weight _130 lbs._

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ William Humble_
Signature of Server

Subscribed and sworn to before me this _1st_ day of _June_, 20 _11_

_/s/ Sandra M. Hutchinson_
Notary Public    (Commission Expires)
_at death_

**APS International, Ltd.**

Sandra M. Hutchinson
Notary Public ID #60480