Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0078

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Springhill, LLC
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **ST. TAMMANY PARISH** )

**Name of Server:** **WILLIAM HUMBLE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27TH** day of **MAY**, 20 **11**, at **3:08** o'clock **P** M

**Place of Service:** at **2053 East Gause Blvd., Ste. 200**, in **Slidell, LA 70461**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Springhill, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **CHRIS TAYLOR - CHIEF FINANCIAL OFFICER**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **GRAY**; Facial Hair **N/A**
Approx. Age **55**; Approx. Height **6'**; Approx. Weight **190 lbs.**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*William Humble*
Signature of Server

Subscribed and sworn to before me this **1** day of **June**, 20**11**

*Sandra M. Hutchinson*
Notary Public    (Commission Expires) **at death**

APS International, Ltd.

Sandra M. Hutchinson
Notary Public ID #60480