Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs-
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0029

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stuart South Group, L.C., dba Treasure Coast Homes
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Martin )

**Name of Server:** Amy M. Perron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 1 day of June, 20 11, at 6:30 o'clock P M

**Place of Service:** at 4326 SW Brookside Drive, in Palm City, FL 34990

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Stuart South Group, L.C., dba Treasure Coast Homes
By delivering them into the hands of an officer or managing agent whose name and title is: Jeffrey Dougherty - Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Black &Gray; Facial Hair —
Approx. Age 45-50; Approx. Height 6'0"; Approx. Weight 200-220lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Amy M Perron
Signature of Server

Subscribed and sworn to before me this 3 day of June, 20 11

Notary Public
7-14-12
(Commission Expires)

APS International, Ltd.

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services