Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0105

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--StudioMet, PLLC
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Texas__ ) ss.
County of: __Harris__ )

Name of Server: __Lindell Charles__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __25th__ day of __May__, 20 __11__, at __11:34__ o'clock __A__ M

Place of Service: at __7915 Westglen Drive__, in __Houston, TX 77063__

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
StudioMet, PLLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Su Nguyen, Authorized Agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__; Skin Color __Asian__; Hair Color __Black__; Facial Hair __Yes__
Approx. Age __38__; Approx. Height __5'9"__; Approx. Weight __160__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  # SCH-324

Subscribed and sworn to before me this __26__ day of __May__, 20 __11__

Joe Barak
Notary Public  (Commission Expires)

APS International, Ltd.

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013