Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0032

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Haskell Company
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: DUVAL )

**Name of Server:** DENNIS BARTLUCCI, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 20 day of MAY, 20 11, at 10:20 o'clock A M

**Place of Service:** at 111 Riverside Avenue, in Jacksonville, FL 32231

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
The Haskell Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: VANESSA McMILLAN  RISK MANAGER

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BLONDS ; Facial Hair 0
Approx. Age 50 ; Approx. Height 5'8" ; Approx. Weight 150

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 20 day of MAY, 20 11
Natashia Skye McCarty
Notary Public    (Commission Expires)

NATASHIA SKYE MCCARTY
MY COMMISSION #DD881310
EXPIRES: APR 16, 2013
Bonded through 1st State Insurance