Daniel Abreu individually and on behalf of all others similarly
situated, et. al., Plaintiff(s)

vs.

Gebrueder Knauf, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110748-0011

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Timberline Builders, Inc.
Court Case No. 11-252 Section L Mag 2

---

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: __Florida__ ) ss.

County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __25th__ day of __May__, 20 __11__, at __10:56__ o'clock __A__ M

**Place of Service:** at  3618 Del Prado Blvd. , in  Cape Coral, FL  33904

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with  Jury Demand (VIII);**

**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Timberline Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: __Brian Gomer, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Grey__ ; Facial Hair _____
Approx. Age __40-45__ ; Approx. Height __5'9"__ ; Approx. Weight __165__

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

__Barbara Gray__
Signature of Server   157153

**APS International, Ltd.**

Subscribed and sworn to before me this
__2nd__ day of __June__, 20 __11__

__Traci A. DeSalvo__  10/22/11
Notary Public        (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

2494