Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0143

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Titan Drywall, Inc., ATTN: John L Bush Sr
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **TEXAS** ) ss.
County of: **Galveston** )

**Name of Server:** **Gilbert L. Gomez - SCH 1939**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **30th** day of **August**, 20 **11**, at **7:00** o'clock **P** M

**Place of Service:** at **50 N Omega St**, in **LaMarque, TX 77568**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Titan Drywall, Inc., ATTN: John L Bush Sr**
By delivering them into the hands of an officer or managing agent whose name and title is: **John L. Bush, Sr by Personal Service**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **Light**; Hair Color **White**; Facial Hair **None**
Approx. Age **62**; Approx. Height **5'09**; Approx. Weight **220**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **31st** day of **August**, 20 **11**

Notary Public          (Commission Expires)

JOEY C. QUIROGA
NOTARY PUBLIC
STATE OF TEXAS
COMMISSION EXPIRES
DECEMBER 28, 2013