Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0028

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Treasure Coast Communities, L.L.C.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Martin )

Name of Server: **Amy M. Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 8 day of June, 20 11, at 10:00 o'clock A M

Place of Service: at 6301 SE Federal Hwy, in Stuart, FL 34997

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Treasure Coast Communities, L.L.C.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Donna Stitz, office manager, substitute Registered Agent in absence of R/A Gerald W. Bashani, in accordance to FL Statute

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Blonde; Facial Hair —
Approx. Age 45-50; Approx. Height 5'5"; Approx. Weight 150 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Perron*
Signature of Server

Subscribed and sworn to before me this 8 day of June, 20 11
*[signature]*   7-14-12
Notary Public   (Commission Expires)

**APS International, Ltd.**

BRADLEY A. PERRON
MY COMMISSION # DD 78937
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services