Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0057

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United Homes International, Inc.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

**Name of Server:** CARLOS AGUIRRE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 23 day of May, 20 11, at 10:33 o'clock A M

**Place of Service:** at 7975 W. 25th Ave., Bay #5, in Hialeah, FL 33016

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**United Homes International, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Karen Romero Accounting Dept.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair ___
Approx. Age 25 ; Approx. Height 5'6 ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 24th day of May, 20 11

Notary Public    (Commission Expires)

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014