Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0090

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Universal Construction Company, Inc., a/k/a U/C Construction, Inc. c/o CT Corporation System
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Texas** ) ss.
County of: **Dallas** )

Name of Server: **Brandon Sachse**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25** day of **May**, 20 **11**, at **2:45** o'clock **P** M

Place of Service: at **350 North St. Paul Street, Ste. 2900**, in **Dallas, TX 75201**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Universal Construction Company, Inc., a/k/a U/C Construction, Inc. c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: **Sandy Galicia, Authorized Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Hispanic**; Hair Color **Black**; Facial Hair **no**
Approx. Age **26**; Approx. Height **5'5"**; Approx. Weight **170**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **25** day of **May**, 20 **11**

Notary Public (Commission Expires)

**APS International, Ltd.**

JACKIE FRENCH
MY COMMISSION EXPIRES
November 2, 2012