Daniel Abreu individually and on behalf of all others similarly
situated, et. al., Plaintiff(s)
        vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110748-0036

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--USG Corporation
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _ILLINOIS_           ) ss.
County of: _COOK_              )

Name of Server: _ROBERT W. BRINDAC JR_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _27_ day of _MAY_ , 20 _11_ , at _9:15_ o'clock _A_ M

Place of Service: at _550 West Adams Street_ , in _Chicago, IL  60661_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with  Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**USG Corporation**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _JOHN DONAHUE,  SR. CORPORATE COUNSEL FOR USG CORPORATION_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _LT. BROWN_; Facial Hair _NONE_
Approx. Age _55_ ; Approx. Height _5'10_ ; Approx. Weight _170_
☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury      Subscribed and sworn to before me this
that the foregoing is true and correct.                                                     day of **MAY 28 2011** , 20

_Signature of Server_                          _Frances R Brindac_
                                                          Notary Public         (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13