Daniel Abreu individually and on behalf of all others similarly situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110748-0137

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Woodland Enterprises, Inc., c/o William F. Gache, Jr.
Court Case No. 11-252 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: PALM BEACH )

**Name of Server:** MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14TH day of JULY, 20 11, at 11:25 o'clock A. M

**Place of Service:** at 15592 Jupiter Farms Rd, in Jupiter, FL 33478

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint with Jury Demand (VIII);
Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Woodland Enterprises, Inc., c/o William F. Gache, Jr.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: ERIC TOWNSEND, PRESIDENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BLACK ; Facial Hair ___
Approx. Age 45 ; Approx. Height 5'7" ; Approx. Weight 185

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

Subscribed and sworn to before me this 15TH day of JULY, 20 11

JONATHAN LEVY
Notary Public   (Commission Expires)

**APS International, Ltd.**