UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION           MDL NO. 2047

THIS DOCUMENT RELATES TO                Judge: Fallon
*Richard and Constance Almeroth, et. al.*
*v. Taishan Gypsum Co., Ltd. f/k/a Shandong*
*Taihe Dongxin Co. Ltd., et. al.*
Case No: 12-cv-0498 (E.D.La.)
_____/

## NOTICE OF SPECIAL APPEARANCE

The law firm of Roetzel & Andress, LPA, and the undersigned attorney, John Armando Boudet, Esquire hereby file their special appearance to contest personal jurisdiction on behalf of Defendants, HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC, a Florida limited liability company ("HOLIDAY BUILDERS CONSTRUCTION") and HOLIDAY BUILDERS, INC., a Florida corporation ("HOLIDAY BUILDERS") in Richard and Constance Almeroth, et. al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., United States District Court for the Eastern District of Louisiana, Case No:12-cv-0498. HOLIDAY BUILDERS CONSTRUCTION and HOLIDAY BUILDERS request that all future papers filed in this case be served on the undersigned attorney.

Respectfully submitted,

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596

6250113_2.DOCX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing NOTICE OF SPECIAL APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM./ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of April, 2012.

<u>/s/ John Armando Boudet</u>
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896.2224
Facsimile No:  407.835.3596
*Counsel for Defendants, Holiday Builders Construction of Florida, LLC* and *Holiday Builders, Inc.*

**6250113_2.DOCX**