# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Case No.: 11-cv-3023 (E.D.La.)<br><br>*Abner, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Case No.: 11-3094 (E.D.La.)<br><br>*Almeroth, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Case No.: 12-cv-498 (E.D.La.) | |

## ORDER

Upon consideration of plaintiffs' Rule 6(b) motion for extension of time for service of process under Rule 4(m), it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. Plaintiffs are hereby granted an extension of the 120 day period for service of process under Rule 4(m) for service of the complaints in *Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Case No.: 11-cv-3023; *Abner, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No.: 11-3094; and *Almeroth, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No.: 12-cv-498.

New Orleans, Louisiana this 11th day of April 2012.

*[signature: Eldon E. Fallon]*
U.S. District Judge