# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

-----------------------------------------------------------------------

THIS DOCUMENT RELATES TO:
LAURA HAYA ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD. ET AL.
CASE NO.:  2:11-cv-1077

SEAN AND BETH PAYTON v. KNAUF GIPS KG, ET AL,
CASE NO. 09-7628

## ORDER ON MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

This Court having fully considered Mary Blanche Hankey's Motion for Leave to Withdraw as Counsel, the motion is GRANTED and she is hereby granted leave to withdraw as counsel for defendant, Swift Supply, Inc.

Christopher A. Bottcher, Sara Elizabeth Lee Liles and the law firm of Sirote & Permutt remain as additional counsel for the defendant Swift Supply, Inc.

Done this  11th   day of _____April_____, 2012

_____
Eldon E. Fallon
United States District Court Judge