IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

This document relates to:

RICHARD and CONSTANCE ALMEROTH, et. al.
vs.
TAISHAN GYPSUM CO., LTD., et. al.
CASE NO. 12-0498

## NOTICE OF APPEARANCE AS COUNSEL

M. Craig Hall and David M. Toolan, of the Oldcastle Law Group, hereby file their Limited Notice of Appearance as counsel of record for Defendant Allied Building Products Corp., and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number. Defendant reserves all rights to object to service, venue, and jurisdiction and preserves all defenses.

**OLDCASTLE LAW GROUP**
900 Ashwood Parkway, Suite 700
Atlanta, GA 30338
Telephone (770) 392-5300
Facsimile (770)392-5305

/s/ M. Craig Hall
M. Craig Hall
Georgia Bar No. 319220
David M. Toolan
Georgia Bar No. 714620


ATTORNEYS FOR DEFENDANT
ALLIED BUILDING PRODUCTS CORP.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, LLC, Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing in accordance with the procedures established in MDL 2047.

This 12th day of April 2012.

/s/ M. Craig Hall
M. Craig Hall
GBN: 319220
Counsel for Defendant

Oldcastle Law Group
900 Ashwood Parkway, Suite 700
Atlanta, GA 30338
(phone) 770/392/5300
(facsimile) 770/392/5305
Craig.Hall@Oldcastlelaw.com