UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * ** * * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:**   *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.,* **Case No. 09-6687**

## ORDER

Considering the foregoing Motion for Leave of Court to File Exhibits Under Seal;

IT IS ORDERED that the confidential portions of Exhibits 2, 3 and 4 attached to the Declaration of Frank T. Spano in Support of Taishan Gypsum Co. Ltd.'s Renewed Motion to Vacate the Default Judgment and Dismiss the Complaint (Rec. Doc. No. 13490), be filed under seal.

New Orleans, Louisiana, this __11th__ day of April, 2012.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge