UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * ** * * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Case No. 09-4115

## ORDER

Considering the foregoing Motion for Leave of Court to File Exhibits Under Seal;

IT IS ORDERED that the confidential portions of Exhibits 2, 3, 4 and 7 attached to the Declaration of Frank T. Spano in Support of Taishan Gypsum Co. Ltd.'s Renewed Motion to Vacate the Entry of Preliminary Default and Dismiss the Complaint (Rec. Doc. No. 13566), be filed under seal.

New Orleans, Louisiana, this  11th   day of April, 2012.

Honorable Eldon E. Fallon
U.S. District Court Judge