UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Mr. Rhodrick Harden. Although it is not entirely clear that this correspondence relates to the litigation, out of an abundance of caution, IT IS ORDERED that this correspondence is to be filed into the record.

New Orleans, Louisiana, this 11th day of April 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE