DRAFT

At United States Courthouse For The Eastern
District of Louisiana
500 Poydras Street.
Room C-456
New Orleans, Louisiana
70130

RECEIVED
APR 5 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

February 3, 2012 at 9:00 am Central Time
on or Before December 18 _____, 2011

PNC Bank
Financial Services Group
1850 East Dublin Granville Road
Columbus, Ohio 43229

Total Settlement Funds of   $53,081,572.30

Ballet met Columbus
Ballet mets The Nutcracker 9-24 10-26 5-13
Facebook.com/ Twitter.com

Phone nos. (614) 264-4838  (614) 263-1080
AEP Ohio, Columbus

(1972-1997) Notorious Big The White Conspiracy
California, Westside, Die Hard, Vigilante

Police, Security, cops, Feds, VA, Military History,
Swap, Envy, Vensoth, Chrisian, Mystical, Sax,
NAS, Star Coins, Extreists, Tea Phory, Lifetime

Schoedinger Funeral and Creation Services
2741 Cleveland Avenue.
(614) 267-8363

Mr. R hodrich Gardon
4-1-2012

COLSON                          ERVIN A. GONZALES
  HICKS                         Board Certified Civil And
  EIDSON                        Buisness Trial Attorney

            OCTOBER 12, 2011

Rhodrick Haden
1568 Loretta Avenue.
Columbus, Ohio 43211
                    1508

Re: Banner Class Action Settlement
In Re: Chinese - Manufacturer Drywall Liability
Litigation MDL - 2047


                        ERVIN A. GONZALES
                        Class Counsel

United States District Court
Eastern District of Louisiana

| In Re: Chinese- Manufactured Drywall Products Liability Litigation | MDL. NO 2047 Section: L Judge Fallon Mag: Judge Wilkinson |
| --- | --- |

Summary Notice of Banner Class Action Settlement

You may Be Entitled To Recieve A Settlement if you are a Member of The Class consisting of:

All Persons or Entities With Claims?