March 4, 2012

United States District Court for the
Eastern District of Louisiana
Judge Eldon Fallon
500 Poydras St.
Room C-456
New Orleans, LA  70130

**RE:  Civil Action No. 12-0498 Section L**

**Response to Summons:**

To whom it may concern:

I am the former owner of Strauch Builders, LLC.  Strauch Builders, LLC (SB) was named as a defendant in the builder class section of the civil action.  (SB) is no longer an active company.  (SB) ceased operations in 2008 when it became obvious the real estate crash had started.

Furthermore, all the drywall and drywall products (screws, tape, and joint compound) were supplied by a national company (84 Lumber).  The drywall I saw was all clearly Georgia Pacific from Canada and not China.  I have never even heard of Taishan Gypsum Co.  There was no Chinese labeling of any kind.

As I stated earlier, (SB) ceased operations along with filing its last tax return in 2008.  Due to the fact that (SB) no longer exists, and the drywall was labeled Georgia Pacific (Canada) and not China, I feel (SB) should be dismissed from the lawsuit.

Sincerely,

Eric Strauch

Contact Information:
Eric Strauch
7985 Sandelwood Cir W
Ft. Myers, FL  33908
Ph:    (239) 464-4071
Email: estrauch74@yahoo.com