UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL * MDL No. 2047
PRODUCTS LIAIBLITY LITIGATION *
\* SECTION L
This Document Relates to: *
\* JUDGE FALLON
Case No: 10:932 and Plaintiff Steven & Dana LeBlanc * MAG. JUDGE WILKINSON
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, Steven and Dana LeBlanc, who request that Paul A. Lea, Jr., be substituted as counsel of record for Bruce Steckler.

**WHEREFORE**, plaintiffs request the substitution of counsel as referenced above thereby allowing Paul A. Lea, Jr. to be substituted as counsel of record for the plaintiff.

Respectfully submitted:

_____
Bruce Steckler, Bar # 00781075
8102 Oak Lawn Ave. – Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing on all counsel of record by electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on this _____ day of March 2012.

_____
BRUCE STECKLER