UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIAIBLITY LITIGATION<br><br>This Document Relates to:<br><br>Case No: 09-5946 and Plaintiff Steven & Dana LeBlanc | * MDL No. 2047<br>*<br>* SECTION L<br>*<br>* JUDGE FALLON<br>* MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, Steven and Dana LeBlanc, who request that Paul A. Lea, Jr., be substituted as counsel of record for Bruce Steckler.

**WHEREFORE**, plaintiffs request the substitution of counsel as referenced above thereby allowing Paul A. Lea, Jr. to be substituted as counsel of record for the plaintiff.

Respectfully submitted:

_____
Bruce Steckler, Bar #[handwritten] TX
3102 Oak Lawn Ave. – Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing on all counsel of record by electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on this _____ day of March 2012.

_____
BRUCE STECKLER