UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          *  MDL No. 2047
PRODUCTS LIAIBLITY LITIGATION                            *
                                                                              *  SECTION L
This Document Relates to:                                         *
                                                                              *  JUDGE FALLON
Case No:  10-361 and Plaintiff Steven & Dana LeBlanc  *  MAG. JUDGE WILKINSON
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

CONSIDERING the forgoing:

IT IS ORDERED, ADJUDGED AND DECREED that Paul A. Lea, Jr. be, and he is

hereby is substituted as counsel of record for Bruce Steckler.

New Orleans, Louisiana, this _____ day of _____ 2012.

_____
                                        JUDGE