**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE WILKINSON |

*Wiltz, et al. v. Beijing New Building*
*Materials Public Ltd. Co., et al.*
**Case No. 2:10-cv-00361 (E.D. La.)**

### BANNER SUPPLY ENTITIES' MOTION TO LIFT STAY TO FILE ITS ANSWER AND AFFIRMATIVE DEFENSES AND CROSS-CLAIMS TO PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (II)

Defendants Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; and Banner Supply International, LLC (collectively "Banner" or the "Banner Supply Entities") who, move this Honorable Court to lift the Stay in this matter to allow Banner Supply Entities to file its Answer and Affirmative Defenses and Cross-Claims to Plaintiffs' Amended Omnibus Class Action Complaint (II). In support of its Motion, Banner Supply Entities relies on its Memorandum in Support, which is filed contemporaneously herewith.

WHEREFORE, Banner Supply Entities pray that this Honorable Court grant their Motion and allow the stay to be lifted to allow Banner Supply Entities to file its Answer and Affirmative Defenses and Cross-Claims to Plaintiffs' Amended Omnibus Class Action Complaint (II).

Respectfully submitted this 12th day of April, 2012.

> **WEINBERG, WHEELER, HUDGINS,
> GUNN & DIAL, LLC**
>
> */s/ Nicholas P. Panayotopoulos*
> **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
> Georgia Bar Number: 560679
> 3344 Peachtree Road, Suite 2400
> Atlanta, GA  30326
> Telephone (404)876-2700
> npanayo@wwhgd.com
> ***Counsel for Banner Supply Co.; Banner Supply
> International, LLC; Banner Supply Company Pompano,
> LLC; and Banner Supply Company Fort Myers, LLC.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing BANNER SUPPLY ENTITIES' MOTION TO LIFT STAY TO FILE ITS ANSWER AND AFFIRMATIVE DEFENSES AND CROSS-CLAIMS TO PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (II) has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of April, 2012.

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**