# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co., et al.*
**Case No. 2:10-cv-00361 (E.D. La.)**

## NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, courtroom 468, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on April 25, 2012, at 9:00 a.m., or as soon as counsel can be heard, for an order on Banner Supply Entities' Motion to Lift Stay in this matter to allow Banner Supply Entities to file its Answer and Affirmative Defenses and Cross-Claims to Plaintiffs' Amended Omnibus Class Action Complaint (II).

Respectfully submitted this 12th day of April, 2012.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

 */s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQ.**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Telephone (404) 876-2700
npanayo@wwhgd.com
*Counsel for Banner Supply Co.; Banner Supply International, LLC; Banner Supply Company Pompano, LLC; and Banner Supply Company Fort Myers, LLC.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing NOTICE OF HEARING has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of April, 2012.

                              */s/ Nicholas P. Panayotopoulos*
                              **NICHOLAS P. PANAYOTOPOULOS, ESQ.**