**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED             MDL DOCKET: 2047
DRYWALL PRODUCTS LIABILITY              SECTION: L
LITIGATION


                                        JUDGE FALLON
THIS DOCUMENT RELATES TO:               MAG. JUDGE WILKINSON

*Wiltz, et al. v. Beijing New Building*
*Materials Public Ltd. Co., et al.*
**Case No. 2:10-cv-00361 (E.D. La.)**

## ORDER

Considering Defendants Banner Supply Co., Banner Supply Company Pompano, LLC,

Banner Supply Company Fort Myers, LLC, and Banner Supply International, LLC's ("Banner

Supply Entities") Motion to Lift Stay allowing Banner Supply Entities to file its Answer and

Affirmative Defenses and Cross-Claims to Plaintiffs' Amended Omnibus Class Action

Complaint (II):

IT IS ORDERED BY THE COURT that the stay in Pretrial Order No. 1 is lifted for the

purposes of allowing Banner Supply Entities to file its Answer and Affirmative Defenses and

Cross-Claims to Plaintiffs' Amended Omnibus Class Action Complaint (II).

New Orleans, Louisiana, this _____ day of April, 2012.


_____
The Honorable Eldon E. Fallon
United States District Court Judge