UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Gross, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:09-cv-06690 (E.D. La.)**
_____/

## BANNER'S MOTION TO LIFT STAY TO FILE ITS ANSWER AND AFFIRMATIVE DEFENSES AND CROSS-CLAIMS OF DEFENDANT BANNER SUPPLY COMPANY TO PLAINTIFFS' CLASS ACTION COMPLAINT

Defendants Banner Supply Company (hereinafter "Banner") who, move this Honorable Court to lift the Stay in this matter to allow Banner to file its Answer and Affirmative Defenses and Cross-Claims of Defendant Banner Supply Company to Plaintiffs' Class Action Complaint. In support of its Motion, Banner Supply Entities relies on its Memorandum in Support, which is filed contemporaneously herewith.

WHEREFORE, Banner prays that this Honorable Court grant their Motion and allow the stay to be lifted to allow Banner to file its Answer and Affirmative Defenses and Cross-Claims of Defendant Banner Supply Company to Plaintiffs' Class Action Complaint.

Respectfully submitted this 12th day of April, 2012.

                              **WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

                              */s/ Nicholas P. Panayotopoulos*
                              **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
                              Georgia Bar Number: 560679
                              3344 Peachtree Road, Suite 2400
                              Atlanta, GA  30326
                              Telephone (404)876-2700
                              npanayo@wwhgd.com
                              ***Counsel for Banner Supply Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing BANNER'S MOTION TO LIFT STAY TO FILE ITS ANSWER AND AFFIRMATIVE DEFENSES AND CROSS-CLAIMS OF DEFENDANT BANNER SUPPLY COMPANY TO PLAINTIFFS' CLASS ACTION COMPLAINT has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of April, 2012.

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**