UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL DOCKET: 2047
SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON
MAG. JUDGE WILKINSON

*Gross, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:09-cv-06690 (E.D. La.)**
_____/

## BANNER'S MEMORANDUM IN SUPPORT OF ITS MOTION TO LIFT STAY TO FILE ITS ANSWER AND AFFIRMATIVE DEFENSES AND CROSS-CLAIMS OF DEFENDANT BANNER SUPPLY COMPANY TO PLAINTIFFS' CLASS ACTION COMPLAINT

Defendants Banner Supply Company (hereinafter "Banner") who, move this Honorable Court to lift the Stay in this matter to allow Banner to file its Answer and Affirmative Defenses and Cross-Claims of Defendant Banner Supply Company to Plaintiffs' Class Action Complaint. Banner would be detrimentally prejudiced if it is not allowed to file its Cross-Claims against the Taishan entities. Lifting the Stay will not impede these proceedings.

WHEREFORE, Banner prays that this Honorable Court grant their Motion and allow the stay to be lifted to allow Banner to file its Answer and Affirmative Defenses and Cross-Claims of Defendant Banner Supply Company to Plaintiffs' Class Action Complaint.

Respectfully submitted this 12th day of April, 2012.

        **WEINBERG, WHEELER, HUDGINS,**
        **GUNN & DIAL, LLC**

        */s/ Nicholas P. Panayotopoulos*
        **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
        Georgia Bar Number: 560679
        3344 Peachtree Road, Suite 2400
        Atlanta, GA  30326
        Telephone (404)876-2700
        npanayo@wwhgd.com
        ***Counsel for Banner Supply Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing BANNER'S MEMORANDUM IN SUPPORT OF ITS MOTION TO LIFT STAY TO FILE ITS ANSWER AND AFFIRMATIVE DEFENSES AND CROSS-CLAIMS OF DEFENDANT BANNER SUPPLY COMPANY TO PLAINTIFFS' CLASS ACTION COMPLAINT has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of April, 2012.

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**