UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Gross, et al. v. Knauf Gips, KG, et al.*
**Case No. 2:09-cv-06690 (E.D. La.)**
_____/

## ORDER

Considering Banner Supply Company's ("Banner") Motion to Lift Stay allowing Banner to file its Answer and Affirmative Defenses and Cross-Claims of Defendant Banner Supply Company to Plaintiffs' Class Action Complaint:

IT IS ORDERED BY THE COURT that the stay in Pretrial Order No. 1 is lifted for the purposes of allowing Banner to file its Answer and Affirmative Defenses and Cross-Claims of Defendant Banner Supply Company to Plaintiffs' Class Action Complaint.

New Orleans, Louisiana, this ____ day of April, 2012.

_____
The Honorable Eldon E. Fallon
United States District Court Judge