UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Abel v. Taishan Gypsum Co., LTD., et al.*
**Case No. 2:11-CV-00080 (E.D. La.)**

### BANNER SUPPLY ENTITIES' MEMORANDUM IN SUPPORT OF ITS MOTION TO LIFT STAY TO FILE ITS ANSWER AND AFFIRMATIVE DEFENSES AND CROSS-CLAIMS TO PLAINTIFFS' CLASS ACTION COMPLAINT

Defendants Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Port St. Lucie, LLC; and Banner Supply International, LLC (collectively "Banner" or the "Banner Supply Entities") who, move this Honorable Court to lift the Stay in this matter to allow Banner Supply Entities to file its Answer and Affirmative Defenses and Cross-Claims to Plaintiffs' Class Action Complaint. Banner Supply Entities would be detrimentally prejudiced if it is not allowed to file its Cross-Claims against the Taishan entities. Lifting the Stay will not impede these proceedings.

WHEREFORE, Banner Supply Entities pray that this Honorable Court grant their Motion and allow the stay to be lifted to allow Banner Supply Entities to file its Answer and Affirmative Defenses and Cross-Claims to Plaintiffs' Class Action Complaint.

Respectfully submitted this 12th day of April, 2012.

**WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679
3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
npanayo@wwhgd.com
*Counsel for Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC*

**PETERSON & ESPINO, P.A.**

*/s/ Michael P. Peterson, Esq.*
**MICHAEL P. PETERSON, ESQUIRE**
Florida Bar Number: 982040
10631 S.W. 88th Street, Suite 220
Miami, Florida 33176
Telephone: (305) 270-3773
Email:  mpeterson@petersonespino.com
*Counsel for Banner Supply Company Port St. Lucie, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing BANNER SUPPLY ENTITIES' MEMORANDUM IN SUPPORT OF ITS MOTION TO LIFT STAY TO FILE ITS ANSWER AND AFFIRMATIVE DEFENSES AND CROSS-CLAIMS TO PLAINTIFFS' CLASS ACTION COMPLAINT has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail; and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of April, 2012.

                                  */s/ Nicholas P. Panayotopoulos*
                                  **NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**