UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Abel v. Taishan Gypsum Co., LTD., et al.*
**Case No. 2:11-CV-00080 (E.D. La.)**

## ORDER

Considering Banner Supply Company; Banner Supply Company Pompano, LLC; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Port St. Lucie, LLC; and Banner Supply International, LLC ("Banner Supply Entities") Motion to Lift Stay allowing Banner Supply Entities to file its Answer and Affirmative Defenses and Cross-Claims to Plaintiffs' Class Action Complaint:

IT IS ORDERED BY THE COURT that the stay in Pretrial Order No. 1 is lifted for the purposes of allowing Banner Supply Entities to file its Answer and Affirmative Defenses and Cross-Claims to Plaintiffs' Class Action Complaint.

New Orleans, Louisiana, this _____ day of April, 2012.

_____
The Honorable Eldon E. Fallon
United States District Court Judge