UNITED STATES DISTRICT COURT DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

NO. 11-080 Section L, Magistrate 2

**KENNETH ABEL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

**VERSUS**

**TAISHAN GYPSUM CO., LTD., ET AL.**

FILED: _____

DEPUTY CLERK

NOTICE OF APPEARANCE

NOW INTO COURT, through the undersigned counsel comes Broadmoor Development Corporation and respectfully notifies this Court that the undersigned Shaun B. Rafferty will serve as counsel of record for Broadmoor Development Corporation in his proceeding.

Respectfully submitted:

**SHAUN B. RAFFERTY LAW OFFICE LLC**

*/s/ Shaun B. Rafferty*

Shaun B. Rafferty
Louisiana Bar No. 11062
301 St. Charles Avenue – Third Floor
New Orleans, LA 70130
Telephone: (504) 587-0097
Fax: (504) 754-7608
Email: srafferty@sbrlaw.com
Attorney for Broadmoor Development Corporation

*Certificate of Service*: I hereby certify that I have served a copy on all known counsel of record. New Orleans, Louisiana, this April 12, 2012.

*/s/ Shaun B. Rafferty*

Shaun B. Rafferty