UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

North River Insurance Company's Motion to Lift Stays as to the Knauf Entities and Interior/Exterior Building Supply Company (R. Doc. 13373) is currently set for hearing following the monthly status conference on April 26, 2012.  IT IS ORDERED that the hearing on this Motion is rescheduled for April 19, 2012, at 10:00 a.m., to be conducted telephonically. The Court will provide conference call information to the appropriate counsel.

New Orleans, Louisiana this 11th day of April 2012.

_____
U.S. District Judge

Case 2:09-md-02047-EEF-MBN   Document 13755   Filed 04/13/12   Page 2 of 2