UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL Docket No. 2047 |
| | * * | SECTION L |
| **This document relates to:** | * * | JUDGE FALLON |
| Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al. (Docket No. 10-932) | * * | MAGISTRATE JUDGE WILKINSON |

******************************************************************************************

## ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This Court having fully considered Vicki A. Elmer's Motion for Leave to Withdraw as Counsel, the motion is GRANTED and that she is hereby granted leave to withdraw as counsel for defendant, Ybarzabal Contractors, LLC.

New Orleans, Louisiana, this _____ day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

1