UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL Docket No. 2047 |
| | * * | SECTION L |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | MAGISTRATE JUDGE WILKINSON |
| Payton (Docket No. 09-7628) | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL**

Vicki A. Elmer moves for leave to withdraw as counsel of record for defendant, Ybarzabal Contractors, LLC. In support of this motion, and in lieu of a memorandum, Ms. Elmer avers:

1. Ms. Elmer began representing defendant, Nice Homes, Inc. while she was associated with the law firm of Taylor, Wellons, Politz & Duhe, APLC.

2. Ms. Elmer will no longer be associated with the law firm of Taylor, Wellons, Politz & Duhe, APLC.

3. Ms. Elmer's withdrawal will not prejudice defendant, Ybarzabal Contractors, LLC because Paula M. Wellons of the law firm of Taylor, Wellons, Politz & Duhe, APLC continue to represent said defendant.

1

WHEREFORE, Vicki A. Elmer respectfully requests that this Motion be granted and that she be granted leave to withdraw as counsel for defendant, Ybarzabal Contractors, LLC.

Respectfully submitted,

*s/Vicki A. Elmer*

_____
PAULA M. WELLONS (#19028)
VICKI A. ELMER (#28569)
Taylor, Wellons, Politz & Duhe, APLC
1515 Poydras Street, Suite 1900
New Orleans, LA  70112
Telephone:    (504) 525-9888
Facsimile:    (504) 525-9899
**Attorneys for Ybarzabal Contractors, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion for Leave of Court to Withdraw as Counsel* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of April, 2012.

*s/Vicki A. Elmer*

_____
TAYLOR, WELLONS, POLITZ & DUHE, APLC