UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |
| **This document relates to:** | | |
| Kenneth Abel, et al v. Taishan Gypsum Co., Ltd., et al. (Docket No. 11-080) | | |

*********************************************************************************************

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Vicki A. Elmer moves for leave to withdraw as counsel of record for defendant, GLM Remodeling & Building Contractors, Inc. In support of this motion, and in lieu of a memorandum, Ms. Elmer avers:

1. Ms. Elmer began representing defendant, GLM Remodeling & Building Contractors, Inc. while she was associated with the law firm of Taylor, Wellons, Politz & Duhe, APLC.

2. Ms. Elmer will no longer be associated with the law firm of Taylor, Wellons, Politz & Duhe, APLC.

3. Ms. Elmer's withdrawal will not prejudice defendant, GLM Remodeling & Building Contractors, Inc. because Paula M. Wellons of the law firm of Taylor, Wellons, Politz & Duhe, APLC continue to represent said defendant.

1

WHEREFORE, Vicki A. Elmer respectfully requests that this Motion be granted and that she be granted leave to withdraw as counsel for defendant, GLM Remodeling & Building Contractors, Inc.

>Respectfully Submitted,
>
>*s/Vicki A. Elmer*
>
>_____
>Paula M. Wellons (19028)
>Vicki A. Elmer (28569)
>Taylor, Wellons, Politz & Duhe, APLC
>1515 Poydras Street, Suite 1900
>New Orleans, Louisiana 70112
>Telephone: (504) 525-9888
>Facsimile: (504) 525-9899
>**Attorneys for GLM Remodeling & Building Contractors, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion for Leave of Court to Withdraw as Counsel* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of April, 2012.

>*s/Vicki A. Elmer*
>_____
>TAYLOR, WELLONS, POLITZ & DUHE, APLC