UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |
| **This document relates to:** | | |
| Kenneth Abel, et al v. Taishan Gypsum Co., Ltd., et al. (Docket No. 11-080) | | |

*********************************************************************************************

## ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This Court having fully considered Vicki A. Elmer's Motion for Leave to Withdraw as Counsel, the motion is GRANTED and that she is hereby granted leave to withdraw as counsel for defendant, GLM Remodeling & Building Contractors, Inc.

New Orleans, Louisiana, this _____ day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

1