UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * * * * * | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *    *

**THIS DOCUMENT RELATES TO:**
*Sean and Beth Payton, et al.*                                        NO.  09-7628
*versus*
*Knauf Gips KG, et al.*

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Vicki A. Elmer moves for leave to withdraw as counsel of record for defendant, Nice Homes, Inc.  In support of this motion, and in lieu of a memorandum, Ms. Elmer avers:

1. Ms. Elmer began representing defendant, Nice Homes, Inc. while she was associated with the law firm of Taylor, Wellons, Politz & Duhe, APLC.

2. Ms. Elmer will no longer be associated with the law firm of Taylor, Wellons, Politz & Duhe, APLC.

3. Ms. Elmer's withdrawal will not prejudice defendant, Nice Homes, Inc. because Paula M. Wellons of the law firm of Taylor, Wellons, Politz & Duhe, APLC continue to represent said defendant.

1

WHEREFORE, Vicki A. Elmer respectfully requests that this Motion be granted and that she be granted leave to withdraw as counsel for defendant, Nice Homes, Inc.

Respectfully submitted,

*s/Vicki A. Elmer*

_____
PAULA M. WELLONS (#19028)
VICKI A. ELMER (#28569)
Taylor, Wellons, Politz & Duhe, APLC
1515 Poydras Street, Suite 1900
New Orleans, LA  70112
Telephone:    (504) 525-9888
Facsimile:     (504) 525-9899

**Attorneys for Nice Homes, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion for Leave of Court to Withdraw as Counsel* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established by MDL 20417, on this 13th day of April, 2012.

*s/Vicki A. Elmer*

_____
TAYLOR, WELLONS, POLITZ & DUHE, APLC