UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * * * * * * | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *     *

**THIS DOCUMENT RELATES TO:**
*Sean and Beth Payton, et al.*                                          NO.  09-7628
*versus*
*Knauf Gips KG, et al.*

## ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This Court having fully considered Vicki A. Elmer's Motion for Leave to Withdraw as Counsel, the motion is GRANTED and that she is hereby granted leave to withdraw as counsel for defendant, Nice Homes, Inc.

New Orleans, Louisiana, this _____ day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

1