## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RUSS M. HERMAN AND ARNOLD LEVIN,** | : | **Case No. 2:12-cv-00497-EEF-JCW** |
| | : | |
| **Plaintiffs,** | : | |
| | : | **SECT. N MAG 1** |
| **v.** | : | |
| | : | |
| **CATAPHORA, INC. AND ROGER** | : | |
| **CHADDERDON,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>DECLARATION OF PROOF OF SERVICE</u>

I, Arnold Levin, am of majority age and have personal knowledge of the following:

1.  On February 24, 2012, I had posted to defendant, Cataphora Inc., by United States first class certified mail, return receipt requested, the Summons and a copy of the Complaint.

2.  The United States Postal Service returned a Domestic Return Receipt on February 27, 2012, confirming proof of service.  A copy of the Domestic Return Receipts is attached hereto as Exhibit "A".

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Dated:  April 13, 2012

By:    /s/ Arnold Levin
Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Pro se

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Declaration of Proof of Service has been served on each of the Defendants via United States First Class Certified Mail, Return Receipt Requested at the addresses listed below on this 13th day of April, 2012.

Cataphora, Inc.
CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

Cataphora, Inc.
3425 Edison Way
Menlo Park, CA 94025

Mr. Roger Chadderdon
3425 Edison Way
Menlo Park, CA 94025

Nancy J. Marshall
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA 70130

/s/ Arnold Levin
Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Pro se