# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO GERMANO, ET AL, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD. <br> CASE NO. 2:09-CV-6687 (EDLA) | |

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion to Compel YAHOO!;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion to Compel YAHOO! be and is hereby set for hearing on the _____ day of _____, 2012, at _____ o'clock ___.m.

New Orleans, Louisiana, this ____ day of _____, 2012.

                                                                 _____
                                                                 Eldon E. Fallon
                                                                  United States District Court Judge