IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | MAG. JUDGE WILKINSON |

EX PARTE MOTION FOR LEAVE OF COURT
TO FILE REPLY IN SUPPORT OF
MOTION OF THE NORTH RIVER INSURANCE COMPANY
TO LIFT STAYS AS TO THE KNAUF ENTITIES AND
INTERIOR/EXTERIOR BUILDING SUPPLY COMPANY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The North River Insurance Company's Motion To Lift Stays As To The Knauf Entities And Interior/Exterior Building Supply is set be heard by telephone on Thursday, April 19, 2012.

Both Knauf and INEX have filed lengthy oppositions to this motion. Both replies are much more of an assault on North River than a rational discourse on the legal issues raised by the motion. In their haste to try to attack North River, both Knauf and INEX have made several factual accusations that are not correct. They have also failed to properly discuss and apply those portions of Louisiana law that are relevant to North River's motion. In order to address these points, North River has prepared a Reply memorandum to address the more egregious statements in the responses filed by Knauf and INEX.

For the foregoing reasons, Defendant The North River Insurance Company ("North River") asks that it be given leave to file a Reply memorandum in support of its Motion to Lift Stays as to the Knauf Entities ("Knauf") and Interior/Exterior Building Supply ("INEX").

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

By: _____/s Eric B. Berger_____
BRIAN S. MARTIN, ESQ.
KEVIN RISLEY, ESQ.
RODRIGO "DIEGO" GARCIA, JR., ESQ.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax: (713) 403-8299
bmartin@thompsoncoe.com

LOBMAN CARNAHAN BATT ANGELLE
& NADER, PLC

SIDNEY J. ANGELLE, ESQ.
La. Bar No. 1002
ERIC B. BERGER, ESQ.
La. Bar No. 26196
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:    (504) 586-1290
sja@lcba-law.com
ebb@lcba-law.com

ATTORNEYS FOR THE NORTH RIVER
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on April 16, 2012.

_____/s Eric B. Berger_____
ERIC B. BERGER