UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ) ) | |
| *Haya, et al. v. Taishan Gypsum, et al.* (Case No. 11-1077) ) ) ) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et al.* (Case No. 10-361) ) ) ) ) | |

**MOTION TO WITHDRAW AS COUNSEL**
**FOR ALL FLORIDA DRYWALL SUPPLIES, INC.**

The law firm of Fowler White Burnett, P.A. files this Motion to Withdraw as counsel for Defendant All Florida Drywall Supplies, Inc. ("All Florida") and states as follows:

1.  Fowler White Burnett, P.A. was retained by and at the request of FCCI Insurance Company pursuant to a policy of insurance with a full reservation of rights.

2.  In July 2011, FCCI brought a declaratory judgment action against All Florida in the Circuit Court of the Thirteenth Judicial Circuit in Hillsborough County, Florida, to determine coverage issues in connection with Chinese drywall matters. On February 15, 2012, FCCI was granted summary judgment in said action, and final judgment thereon was entered on March 2, 2012.

3.  FCCI has advised the undersigned that it will no longer provide a defense for Chinese drywall claims against All Florida after April 16, 2012.

4.  All Florida has declined to independently retain Fowler White Burnett, P.A. to defend it in the instant action.

5.  This Motion is made in good faith and not for purposes of delay.

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION - MDL NO. 2047
Page 2

6.    No harm or prejudice will result to Defendant All Florida in the event this Motion is granted, as All Florida has instructed the undersigned to withdraw.

7.    This case has not been set for trial and none of the parties to this action would be prejudiced by Fowler White Burnett, P.A.'s withdrawal.

8.    Fowler White Burnett, P.A. has advised All Florida of the requirement that it be represented by counsel in all pending actions.

WHEREFORE, the law firm of Fowler White Burnett, P.A. respectfully requests that this Honorable Court enter an Order granting its Motion to Withdraw as Counsel for All Florida Drywall Supplies, Inc. in the instant action.

Respectfully submitted,

/s/ Edward J. Briscoe
Edward J. Briscoe
Fla. Bar No. 109691
ebriscoe@fowler-white.com
Helaine S. Goodner
Fla. Bar No. 462111
hgoodner@fowler-white.com
Elizabeth J. Ferry
Fla. Bar No. 43823
eferry@fowler-white.com

**CERTIFICATE OF SERVICE**

We hereby certify that the above and foregoing has been served this 17th day of April, 2012, upon Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, via email and upon all other parties by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Edward J. Briscoe
Edward J. Briscoe