UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Related to: *Benes v. Knauf Gips KG, et al*<br>No. 09-6690 | |

### SHAWNREE AND JOHN ANDERSON NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), the Plaintiffs, Shawnree and John Anderson, hereby dismisses, without prejudice, all of their claims against the Defendants in Omnibus Complaint III (*Benes v. Knauf Gips, KG*, No. 09-6690, ¶ 787), reserving any and all rights and claims against any and all defendants therein, and any other person, whether named or otherwise. Each party is to bear its own attorneys' fees and costs. The Andersons have recently confirmed through subsequent inspections that their home does not contain Chinese drywall, and hence, it is appropriate to dismiss their claims without prejudice from this matter. Attached hereto as Exhibit "A" is correspondence from Mr. Tom W. Thornhill, counsel for Shawnree and John Anderson, dated January 3, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: April 17, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of April, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047