# THORNHILL LAW FIRM, A PLC
### ATTORNEYS & COUNSELORS AT LAW

TOM W. THORNHILL
MITCHELL A. PALMER
EMILY E. GEBHARDT

CORNER OF GAUSE AND NINTH STREET
1308 NINTH STREET
SLIDELL, LA 70458
☎(985) 641-5010
FAX: (985) 641-5011
800-989-2707

www.thornhilllawfirm.com
e-mail: tom@thornhilllawfirm.com

January 3, 2012

**VIA FACSIMILE (504) 561-6024 & U.S. MAIL**

Mr. Russ M. Herman, Esquire
Mr. Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      (*Benes v. Knauf Gips, KG*, No. 09-6690, ¶ 787)

Dear Russ and Lenny:

My clients, Shawnree and John Anderson, who reside at 601 Autumn Wind Lane, Mandeville, LA 70471, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims in the above-referenced Omnibus Complaint III, reserving any and all rights and claims against any and all defendants therein.

Initial inspections of their home indicated the property contained possible Chinese drywall, manufactured by an unidentified entity. Suit was filed based upon this inspection, as well as the fact their subdivision is full of homes containing Chinese drywall. A recent inspection has confirmed the property contains only domestic drywall, and hence, their claims should be dismissed from this action without prejudice.

As always, I appreciate your assistance in this matter. Please let me know if you need any additional information regarding these claims.

Very truly yours,

TOM W. THORNHILL