**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | MAG. JUDGE WILKINSON |
| | * | |

## ORDER

IT IS ORDERED that the <u>Ex Parte Motion For Leave Of Court  To File Reply In Support Of Motion Of The North River Insurance Company To Lift Stays As To The Knauf Entities And Interior/Exterior Building Supply Company,</u> filed by Defendant, the North River Insurance Company and Third Party Plaintiff, Commerce Benefits Group Agency, Inc. is granted and Leave of Court is given for the filing of the attached REPLY.

THIS ____17th____DAY OF _____April_____, 2012

_____
UNITED STATES DISTRICT JUDGE