APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*  11-SX-46
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
     (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
     *(identité et adresse)*    Hubei Taishan Building Material Co., Ltd.
          Jingmen Gao Xin Ji Shu Chan Ye Kai Fa Qu (Jingmen New and High Technology Industrial Development Zone)
                    Jingmen City, Hubei 448000, China
                    Tel:
[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)  *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at                                                      , the
*Fait à* Minneapolis, Minnesota, U.S.A.                 , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                      (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

Case Name:  Gross  v.  Knauf Gips KG   [ Supplement ]
Defendant: Hubei Taishan Building Material Co., Ltd.
Court Case No.:  09-6690

## CERTIFICATE
## *ATTESTATION*

$S\breve{s}-11-216$

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
   *que la demande a été exécutée*
     - the (date)
     - *le (date)*  ___09/05/2011___
     - at (place, street, number)
     - *à (localité, rue numéro)*  ___Hi-tech Industry Park, Jingmen, Hubei, China___

     - in one of the following methods authorised by article 5-
     - *dans une des formes suivantes prévues à l'article 5:*
        [✗]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a)    *selon les formes légales (article 5, alinéa premier, lettre a).* The court officers left the documents at the company
        [ ]  (b)   in accordance with the following particular method*:
            b)    *selon la forme particulière suivante:*  _____

        [ ]  (c)   by delivery to the addressee, who accepted it voluntarily.*
            c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)
     - *(identité et qualité de la personne)*  ___The company staff refused to sign his name___

     - relationship to the addressee (family, business or other):
     - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  _____

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at  ___Beijing___                    , the ___July 1, 2011___
*Fait à*                                  *, le*
Signature and/or stamp.
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
民商事司法协助专用章

* Delete if inappropriate.                                2
  *Rayer les mentions inutiles.*

U.S

# HUBEI PROVINCE JINGMEN CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal:  Hubei Province Jingmen City Intermediate People's Court]

*Law Association No. FX-11-358*
*Judicial Association No. SX-11-216*

| Cause of Action | | Cause No. | ( ) No. _____ | |
|---|---|---|---|---|
| Document Served | The related documents for service entrusted by the US District Court in the State of Louisiana, Eastern District include: summary of document served, one copy; summons, one copy; complaint, one copy, and other documents, all with Chinese translation. | | | |
| Recipient (Unit) | Hubei Taishan Building Material Co., Ltd. | | | |
| Address for Service | New High-Tech Development Zone, Jingmen City, Hubei Province, (China) | | | |
| Recipient Signature or Seal | | Year | Month | Date |
| Recipient in substitution and reason(s) | | Year | Month | Date |
| Notes | On May 9, 2011, at 10:30 am, Zhang Lunqing, the administration office staff at Hubei Taishan Building Material Co., Ltd. received the documents but refused to sign his name, so the service was executed by leaving the legal processes at the place of abode. | | | |

Issuer:   Li Fangxing                                 Server:   Li Fangxing     Li Qinxue

*Note:*
    (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

*Witness: Dai Yingcheng (Law Office Staff)*
*May 9, 2011*

# 湖北省荆门市中级人民法院

## 送 达 回 证 FX-11-358

SX-11-216

| 案 由 | | | | 案号 ( ) | 字第 号 |
|---|---|---|---|---|---|
| 送达文书名称和件数 | 路易斯安那州东部地区美国地区法院委托送达的相关文书，包括：被送达文书概要壹份、传票壹份、诉状壹份、文书，以上文书有中文译文。 | | | | |
| 受送达人 | 湖北泰山建材有限公司 | | | | |
| 送达地址 | 湖北荆门高新技术产业开发区 | | | | |
| 受送达人签名或盖章 | | | | 年 月 日 | |
| 代收人及代收理由 | | | | 年 月 日 | |
| 备 考 | 2011年5月9日10:30分湖北泰山建材有限公司值班室工作人员张伯庆收下上述文书后拒绝签字，依法留置送达。 | | | | |

填发人 李方星    送达人 李方星 李勤军

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉
讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

②代收诉讼文书的，由代收人签名或盖章后，还应注明都与受送达人的关系及代收

理由。