UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Daniel Abreu et al. v. Gebrueder Knauf, et al,*<br>Case No. 11-252 | MAG. JUDGE WILKINSON |

### PAULA HARBISON'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Paula Harbison, hereby dismisses, with prejudice, all claims or causes of action in Plaintiffs' Omnibus Class Action Complaint VIII against defendant Royal Homes, LLC, and all claims or causes of action in MDL 2047 against David E. Diggs; David E. Diggs, LLC; Anthony F. Marino, Jr.; and Anthony F. Marino General Contractor, LLC. Each party is to bear its own attorneys' fees and costs.

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel, MDL 2047

{N0559650 -}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF VOLUNTARY DISMISSAL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of April, 2012.

/s/ Leonard A. Davis

{N0559650 -}