

DALLAS    |    AUSTIN    |    LOS ANGELES    |    BATON ROUGE    |

MIAMI

      800.222.2766    3102 Oak Lawn Avenue
    tel 214.521.3605    Suite 1100
    fax 214.520.1181    Dallas, TX 75219-4281

March 23, 2012

**Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation
               Almeroth, et al v. Taishan Gypsum Co., et al, Cause No. 12-0498,
               MDL-2047, Eastern District of Louisiana

Dear Russ and Lenny:

    My client, Travis Parker, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against all Defendants in the above matter.

                              Sincerely,

                              Robert B. Brown, III