APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF PROCEDURE OF THE MDL OF:

Case 2:09-md-02047-EEF-MBN Document 13784 Filed 04/18/12 Page 1 of 4

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

11-5X-236

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776  Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Tai'an Gypsum (Baotou) Co., Ltd.
    No. 7 Goumen Township, Tuyouqi, Baotou, Inner Mongolia Autonomous Region 014100, China
        Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Supplement to Amended Class Action Complaint)<br>--Order<br>--Amended Class Action Complaint<br>--Translations<br>--Summary of the Document to be Served | Done at , the<br>*Fait à* Minneapolis, Minnesota, U.S.A. , *le* 1/26/12<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     - [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     - [ ] (b) in accordance with the following particular method*:
       b) *selon la forme particulière suivante:* _____

     - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

   *The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at / *Fait à* ___Beijing___ , the / *le* ___Sep. 18, 2011___

Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

US

## TUMED YOUQI PEOPLE'S COURT

## PROOF OF SERVICE

*Law Association No. FX-11-342*  
*Judicial Association No. SX-11-236*

[Seal: Tumed Youqi People's Court]

| Cause of Action | | Cause No. | ( ) No. |
|---|---|---|---|
| Document Served and Number | Litigation documents (Chinese and English, 128 pages in all) | | |
| Recipient (Unit) | Tai'an Gypsum (Baotou) Co., Ltd. | | |
| Address for Service | Ditto. | | |
| Recipient Signature or Seal | Signature:_____ Year____ Month____ Date____ | | |
| Recipient in substitution and reason(s) | Signature:_____ Year____ Month____ Date____ | | |
| Notes | The addressee refused to accept the litigation documents. Song Shuwei   Zhou Jianhua April 13, 2011. | | |

Issuer: Song Shuwei     Servers: Song Shuwei

Zhou Jianhua

# 土默特右旗人民法院
## 送达回证

FX-11-342
SX-11-236

| 案　由 | | 案　号 | （　　）字第　　号 |
|---|---|---|---|
| 送达文书名称和件数 | 诉讼文书（中英文共128页） | | |
| 受送达人 | 泰山石膏（包头）有限公司 | | |
| 送达地址 | 同上 | | |
| 受送达人签名或捺印 | | 签名：_____<br>____年___月___日 | |
| 代收人及代收理由 | | 签名：_____<br>____年___月___日 | |
| 备　考 | 受送达人拒不接收诉讼文书。<br>宋书伟　周建华<br>2011.13/4 | | |

填发人：宋书伟　　　　　　　　　送达人：宋书伟
　　　　　　　　　　　　　　　　　　　　周建华