APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

11-SX-255

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
  *(identité et adresse)* __Taishan Gypsum (Hengshui) Co., Ltd.__
  __Renmin West Road, (Hengfeng Power Plant Ecology Industrial Park), Hengshiu City 253000, China__
  Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at , the
*Fait à* Minneapolis, Minnesota, U.S.A.  , *le* 1/26/11

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)       USM-94      (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG   [ Supplement ]
Defendant: Taishan Gypsum (Hengshui) Co., Ltd.
Court Case No.: 09-6690

**CERTIFICATE**
*ATTESTATION*

SX-11-23)

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  (b)  in accordance with the following particular method*:
         *b)   selon la forme particulière suivante:* _____

      [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
         *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

   _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*
The addressee refused to accept the documents by the reason that this company never had their products exported and the litigation has no relation with them.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at  Beijing , the June 30, 2011
*Fait à* _____ , *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

# Hebei Province Superior People's Court

*Judicial Association No. SX-11-235*
*Hebei Superior Court*
*Law Association No. (2011) 8*

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by the Law Association of your court through document No. [2011] 367 to serve the legal proceedings on Taishan Gypsum (Hengshui) Co., Ltd. (Address: Remin West Road, (Hengshui Power Plant Ecology Industrial Park), Henghsui City, Postal Code: 253000 or 053000 ), this is to inform you that Hengshui City Intermediate People's Court attempted to serve the said legal documents on the party concerned, and the said party however refused to accept the documents on the ground that the company had never exported its products, so it will not accept any documents. We are now returning these legal materials to you.

[Seal]

The People's Republic of China
Hebei Province Superior People's Court
Judicial Assistance Special Stamp

March 31, 2011



# 河北省高级人民法院

Sx-11-235
冀高法协[2011]8号

最高法院外事局：

贵院法协[2011]367号，美国请求向泰山石膏(衡水)有限公司(地址：衡水市人民西路电厂生态工业园，邮编：253000 或 053000)送达法律文书一事，业经衡水市中级人民法院将该法律文书送达有关当事人，该被送达人以其公司与美国无业务往来，不接收任何文书为由拒收。未能送达，现将所有材料退回，请查收。

