UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 <br><br> SECTION "L" <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| *THIS DOCUMENT PERTAINS TO*: | |
| RUSS M. HERMAN AND ARNOLD LEVIN | |
| Plaintiffs, | *Case No. 2:12-00497* |
| VERSUS | |
| CATAPHORA, INC. AND ROGER CHADDERDON | |
| Defendants. | |

**CATAPHORA, INC. AND ROGER CHADDERDON'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO DE-CONSOLIDATE ABOVE ACTION FROM CHINESE DRYWALL MDL**

**NOW INTO COURT**, through the undersigned counsel, comes defendants, Cataphora, Inc. and Roger Chadderdon (hereinafter, collectively, "Cataphora") who respectfully submit request leave to file this reply memorandum in further support of their Motion to De-Consolidate the above referenced action with the Chinese Drywall Multi-District Litigation, MDL No. 2047 and to address the arguments raised by the plaintiffs' in their Opposition to the Motion to Transfer and De-Consolidate.

**Respectfully submitted**:

/s/ *Nancy J. Marshall*
NANCY J. MARSHALL (#8955)
KAREN P. HOLLAND (#22440)
MELISSA M. SWABACKER (#32710)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile:   (504) 566-1201
nmarshall@dkslaw.com
kholland@dkslaw.com
mswabacker@dkslaw.com
Attorneys for Cataphora, Inc. and
Roger Chadderdon

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record via the Court's electronic filing system on this April 18, 2012.

*/s/ Nancy J. Marshall*
NANCY J. MARSHALL

2