UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| *THIS DOCUMENT PERTAINS TO*: | |
| **RUSS M. HERMAN AND ARNOLD LEVIN**<br>         Plaintiffs, | *Case No. 2:12-00497* |
| **VERSUS** | |
| **CATAPHORA, INC. AND ROGER CHADDERDON**<br>         Defendants. | |

# O R D E R

Considering the foregoing Motion of Defendants, Cataphora Inc and Roger Chadderon for Leave to File Reply Memorandum In Further Support of Their Motion to De-Consolidate and Transfer;

**IT IS ORDERED** that the Motion of Cataphora, Inc. and Roger Chadderon for Leave to File Reply Memorandum In Further Support of Their Motion to De-Consolidate and Transfer is GRANTED and that the Reply Memorandum be and it is hereby filed.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
THE HONORABLE ELDON E. FALLON
DISTRICT COURT JUDGE