APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

11-6x-230

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*      Taishan Gypsum (Pizhou) Co., Ltd.
        Yunhe Bridge West, Xulian Road, Pizhou City, Jiangsu 212000, China
                    Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.          , the
                                                  , *le*   1/26/11

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, 15 November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires...*

SX-11-230

ELEMENTS ESSENTIELS DE L'ACTE

Case Name: Gross v. Knauf Gips KG [Supplement]
Defendant: Taishan Gypsum (Pizhou) Co., Ltd.
Court Case No.: 09-6690

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* _____

       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

   *The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at / *Fait à* Beijing , the / *le* August 22, 2011

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

*U.S.*
*Judicial Association No. SX-11-230*
*Supreme Court General File No. 317*

# XUZHOU CITY INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Xuzhou City Intermediate People's Court]

| | | | |
|---|---|---|---|
| Cause of Action | Dry wall product liability litigation | Cause No. | 09-6690 ( ) No. |
| Document Served and Number | Summary of Documents, Civil Action Summons and Complaint | | |
| Recipient | Taishan Gypsum (Pizhou) Co., Ltd. | | |
| Address for Service | Yunhe Bridge West, Xulian Road, Pizhou City, (Jiangsu Procince, China). | | |
| Recipient Signature or Seal | Year          Month          Date | | |
| Recipient in substitution and reason(s) | Year          Month          Date | | |
| Notes | Xu Guogang, Manager of Taishan Gypsum (Pizhou) Co., Ltd., received the instruction from the Head Office that the company had nothing to do with this action, therefore refused to sign and accept the legal documents. | | |

Issuer:                                        Servers:   Li Hui        Huang Han

江 苏 省 徐 州 市 中 级 人 民 法 院

送 达 回 证



SX-11-230
最高院送315号
317

| 案　由 | 培拓产品责任诉讼 | 案号 | （09）6690字第　号 |
|---|---|---|---|
| 送达文书名称和件数 | 文书概要、民事诉讼传票、诉状 | | |
| 受送达人 | 泰山石膏（邳州） | | |
| 送达地址 | 邳州市徐连路运河桥西 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | | | 年　月　日 |
| 备　考 | 泰山石膏邳州分公司经理徐国刚接到总公司指示，未与法官发生任何联系，拒签字，不收诉状。 | | |

填发人　　　　　　　　　送达人 李辉 黄洺