APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

11-5X-228

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant / *Identité et adresse du requérant* | Address of receiving authority / *Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776 Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

**The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* Taishan Gypsum (Wenzhou) Co., Ltd.
Wenzhen Power Generation Co., Ltd., Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhejiang 325602, China
Tel:

[X] (a) **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
*b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

**Done at** *Fait à* Minneapolis, Minnesota, U.S.A., **the** *le* 1/26/11

**Signature and/or stamp.**
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used) USM-94 (Est. 11/22/77)

* **Delete if inappropriate.**
*. Rayer les mentions inutiles*

SX-11-2228

**CERTIFICATE**
***ATTESTATION***

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served***
*1. que la demande a été exécutée*

- **the (date)**
- *le (date)* June 2, 2011
- **at (place, street, number)**
- *à (localité, rue numéro)* No. 76, Yinghua road, Panshi town, Wenzhou, Zhejiang, China

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*

[ ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] **(b) in accordance with the following particular method*:**
*b) selon la forme particuliére suivante:*

[ ] **(c) by delivery to the addressee, who accepted it voluntarily.***
*c) par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

- **(identity and description of person)**
- *(identité et qualité de la personne)* Not mentioned

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* Not mentioned

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

**Done at** Beijing , **the** July 13, 2011
*Fait à* , *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

* **Delete if inappropriate.**
***Rayer les mentions inutiles.***

U.S.

# ZHEJIANG PROVINCE WENZHOU CITY INTERMEIDATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Zhejiang Province Wenzhou City Intermediate People's Court]

*Judicial Association No. SX-11-228*
*(2011) Zhejiang Wenzhou Court/Int'l Assistance No.8*

| Cause of Action | Judicial Assistance |
|---|---|
| Document Served and Number | The Supreme Court Law Association (2011) No. 377 correspondence; Provincial Superior Court [2011] Zhejiang Superior Court International Assistance No. 95 correspondence; Summary of Documents served, Summons, Complaint, Certificate of Service and Translation. |
| Servee/Recipient | Taishan Gypsum (Wenzhou) Co., Ltd. |
| Address for Service | No. 76 Yinhui Road, Panshi Township, Leqing County, Wenzhou City, Zhejiang Province, (China). |
| Signature or seal by Recipient | Year Month Date |
| Substitute Recipient | Year Month Date |
| Date of Receipt | Year Month Date |
| Server | Zhong Xia Xie Didi |
| Notes | After contacting the self-claimed head person in charge, Li Wenfeng, Director of Company's General Office, refused to sign and accept the process. （Leaving the documents at the recipient's place of abode）<br>Zhong Xia Xie Didi June 2, 2011<br>(Photos attached) |
| Issuer | Xie Didi 0577-88018128 |

*Note:*

1. *If the recipient proper is not in, hand the documents to an adult family member for receiving in substitution.*
2. *In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note his/her relationship with the servee.*
3. *If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient. The service is then deemed as executed.*



# 浙江省温州市中级人民法院
# 送达回证

SX-16-228

(2011)浙温商外他字第 8 号

| 案由 | 司法协助 |
|---|---|
| 送达文书名称和件数 | 最高院法协(2011)377号函、[2011]浙高法外字第95号函、被送达文书概要、传票、诉状、文书包等份及外文翻译件 |
| 受送达人 | 泰山石膏(温州)有限公司 |
| 送达地址 | 浙江温州乐清磐石镇迎晖路76号 |
| 受送达人签名或盖章 | 年 月 日 |
| 代收人及代收理由 | 年 月 日 |
| 收到日期 | 年 月 日 |
| 送达人 | 仲夏、谢迪迪 |
| 备注 | 经该公司综合办公室[illegible]与总公司有关负责人联系后，拒绝签收。(留置)（已附照片） 仲夏、谢迪迪 2011.6.2 |
| 填发人 | 谢迪迪 0577-88018128 |

注：1.如受送达人不在时，将文书交他的成年家属或所在单位的负责人代收。

2.如系代收，收件人应在收件人栏内签名或盖章，并注明与受送达人的关系。

3.受送达人或者代收人拒绝接收或签名、盖章时，送达人可邀请他的邻居或其他证人到场，说明情况，把文书留在他的住处，在送达证上记明拒绝的事由和送达日期，由送达人签名，即认为已经送达。

泰山石膏