APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF Louisiana

Case 2:09-md-02047-EEF-MBN Document 13791 Filed 04/18/12 Page 1 of 5

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Office of the Chief Secretary for Administration<br>Room 140, Central Gov't Offices (East Wing)<br>Government Secretariat<br>Lower Albert Road<br>Central<br><br>Hong Kong, China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*   The China Corporation, LTD.
        1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong, China
            Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Summary of the Document to be Served

Done at                                                                            , the
*Fait à* Minneapolis, Minnesota, U.S.A.                       *le* 2/21/11

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                            (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____15th July 2011_____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong_____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b) *selon la forme particulière suivante:* _____

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summon in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____Affirmation of Service of Yeung Kin-chor, Bailiff's Assistant dated 15th July 2011._____

Done at _____[seal: THE HIGH COURT OF THE HONG KONG SPECIAL ADMINISTRATIVE REGION]_____, the
*Fait à* _____, *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

Request for Service of Judicial Documents from: USA (Minnesota)

Party for Service: THE CHINA CORPORATION, LTD.

## AFFIRMATION OF SERVICE

I, YEUNG Kin-chor, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1. I was directed by the Registrar, High Court of Hong Kong to serve the above-named THE CHINA CORPORATION, LTD. with the following judicial documents:

    i) Request;
    ii) Summary of the document to be served;
    iii) Certificate (unexecuted);
    iv) Summons in a Civil Action (Supplement to Amended Class Action Complaint) with Civil Action No. 09-6690 Sect. L;
    v) Order with Case No. 2:09-CV-6690 (E. D. La.) and
    vi) Amended Class Action Complaint with Case No.: 09-6690.

2. I did on Thursday the 23rd day of June 2011 at 15:20 hours call at the address given in the Request for Service, namely, 1604, Kinwick Centre, 32 Hollywood Road, Central, Hong Kong, for effecting the service of the aforesaid judicial documents.

3. On arrival at the aforesaid address, I found that the premises at the aforesaid address was occupied wholly by one company, namely, S. Lui & Co. Chartered Accountants & CPAS. I made enquiries with a Miss Law, Clerk of the S. Lui & Co. Chartered Accountants & CPAS and revealed the purpose of my visit. She told me that they had lost contact with the Party for Service for one year, and refused to accept the aforesaid judicial documents on behalf of the Party for Service.

4. In the circumstances, we conducted a search via the Companies Registry of Hong Kong and noted that the registered office of the Party for Service was situated at '1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong'. A copy of Notification of Situation of Registered Office provided by the Companies Registry of Hong Kong was produced and marked as "Exhibit YKC-1".

5. I did again on Friday the 15th day of July 2011 at 12:50 hours serve the above-named THE CHINA CORPORATION, LTD. with the aforesaid judicial documents by leaving the same at its registered office, which was situated at 1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong.

AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at                                  )
Bailiff Hong Kong Regional Office,           )
26th floor, Wanchai Law Courts Building,     )
Hong Kong                                    )
this 15th day of July 2011

Before me,

( SUEN Wai-keung )
Commissioner for Oaths
Judiciary

存案 Filed

# 註冊辦事處座落地點通知書
## Notification of Situation of Registered Office

公司註冊處  
Companies Registry

(公司條例第 92(2)條)  
(Companies Ordinance s. 92(2))

表格 Form **R1**

**重要事項 Important Notes**
- 填表前請參閱《填表須知》。
- 請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
- Please print in black ink.

公司編號 Company Number: **929040**

**1  公司名稱 Company Name**

THE CHINA CORPORATION LIMITED

**2  註冊辦事處 Registered Office**

請在有關空格內加 ✓ 號 Please tick the relevant box

☐ 申報首個註冊辦事處座落地點  
Notification of Situation of First Registered Office

☑ 申報更改註冊辦事處座落地點  
Notification of Change of Situation of Registered Office

(註 Note 5) 在香港的註冊辦事處座落地點 Situation of Registered Office in Hong Kong

1604 Kinwick Centre, 32 Hollywood Road, Central, Hong Kong

生效日期 Effective Date: 14 / 03 / 2007  
日 DD / 月 MM / 年 YYYY

(註 Note 6) **3  電郵地址 E-mail Address**

生效日期 Effective Date:  
日 DD / 月 MM / 年 YYYY

For and on behalf of  
ComSec Services Limited  
公司秘書服務有限公司

簽署 Signed: ........ Authorised Signature  
姓名 Name: COMSEC SERVICES LIMITED  
董事 Director / 秘書 Secretary *  
日期 Date: 14/03/2007  
日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

(註 Note 3) **提交人的資料 Presentor's Reference**

姓名 Name: ASIAPACIFICSEC LIMITED  
地址 Address: 1604 Kinwick Centre,  
32 Hollywood Road,  
Central, Hong Kong  
電話 Tel: 2868 1287   傳真 Fax: 2868 1163  
電郵地址 E-mail Address: -  
檔號 Reference: Our Ref.: (SL) T0041 (KL)  
/ Doc. No.: T00410014  
指明編號 2/2004 (2004年2月)  
Specification No. 2/2004 (Feb. 2004)

請勿填寫本欄 For Official Use

This is the exhibit marked  
to the Affirmation/  
Affidavit of ...YKC-1  
Dated the           day of

SUEN Wai-keung  
A Commissioner for oaths



23400296358  
R1          0929040  
05/11/2007

6110