APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF Louisiana

Case 2:09-md-02047-EEF-MBN Document 13792 Filed 04/18/12 Page 1 of 4

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvènir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)     Yunan Taishan Gypsum and Building Material Co., Ltd.
_____ Sanjia Village Liujiezhen Factory, Yimen County, Yunan 651107, China _____
     Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at , the 1/26/11
*Fait à* Minneapolis, Minnesota, U.S.A. *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG [Supplement]
Defendant: Yunan Taishan Gypsum and Building Material Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
## ATTESTATION

SX-11-182

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __March 10, 2011__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Sangia Village, Iron Factory, Laufze Town, Yimen County, Yunnan, China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).* The defendent refused to sign and
     [ ] (b) in accordance with the following particular method*: accept, so the papers were left at the
         b) *selon la forme particulière suivante:* office of Mr Liu Jia, the director of
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.* the general office of the company, On 10
         c) *par remise simple* March, 2011.

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

Done at __Beijing__, the __July 13, 2011__
*Fait à* , *le*
Signature and/or stamp.
*Signature et/ou cachet.*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

US

# YUNNAN PROVINCE SUPERIOR PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Yunnan Province Superior People's Court]

*Judicial Association No. SX-11-182*

| Cause of Action | | Cause No. | Law Association No. (2011) 379 |
|---|---|---|---|
| Document Served and Number | Summons, one copy; Complaint, one copy and Documents | | |
| Recipient (Unit) | Yunnan Taishan Gypsum and Building Material Co., Ltd. | | |
| Address for Service | Sanjia Village, Iron Factory, Liujie Town Yimen County, (Yunnan Province, China). | | |
| Recipient Signature or Seal | Year     Month     Date | | |
| Recipient in substitution and reason(s) | Year     Month     Date | | |
| Notes | The defendant refused to sign and accept. So the papers were left at the office of General Office Director Mr. Liu Mingjia on March 10, 2011.<br><br>Witness at the site: Zhou Qingfu<br>(Staff of the 6th Street Law Office) | | |

Issuer:                                  Servers: Xia, Shouchang     Li, Jianghong

March 10, 2011

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §81; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 云南省高级人民法院
# 送达回证
### （各类案件通用）

SX-11-182

| 案　由 | | 案号 | (FX)子第39号 |
|---|---|---|---|
| 送达文书名称和件数 | 传票一份、诉状一份 | | |
| 受送达人 | 云南泰山石膏建材有限公司 | | |
| 送达地址 | 易门县六街镇铁厂三家村 | | |
| 受送达人签名或盖章 | | 年　月　日 | |
| 代收人及代收理由 | | 年　月　日 | |
| 备　考 | 因受送达人拒绝签收，留置送达。2011年3月10日材料已报充被送达人综合处刘明甲处长办公室。　在场人：周载富（之江街道办所辖） | | |

填发人　　　　　　　　　　　　　送达人 夏毓芳 李江红
2011年3月10日

注：①送达刑事诉讼文书，按照刑事诉讼法第八十一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。