UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Rogers, et al v. Knauf Gips, Kg, et al;<br>Cause No. 10-0362 | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT DAVIS GENERAL CONTRACTORS**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Lori Sutton, hereby dismisses without prejudice all of her claims against **DEFENDANT DAVIS GENERAL CONTRACTORS,** in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiff, Lori Sutton, shall continue to pursue her claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Robert B. Brown, III, counsel for Plaintiff, Lori Sutton, dated March 12, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                    Respectfully submitted:

Dated: April 18, 2012                /s/ Russ M. Herman_____
                                    Russ M. Herman, Esquire (Bar No. 6819)
                                    Leonard A. Davis, Esquire (Bar No. 14190)
                                    Stephen J. Herman, Esquire (Bar No. 23129)
                                    Herman, Herman, Katz & Cotlar, LLP
                                    820 O'Keefe Avenue
                                    New Orleans, Louisiana 70113
                                    Phone: (504) 581-4892
                                    Fax: (504) 561-6024
                                    LDavis@hhkc.com
                                    *Plaintiffs' Liason Counsel*
                                    *MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of April, 2012.

                                    /s/ Leonard A. Davis_____
                                    Leonard A. Davis, Esquire
                                    Herman, Herman, Katz & Cotlar, LLP
                                    820 O'Keefe Avenue
                                    New Orleans, Louisiana 70113
                                    Phone: (504) 581-4892
                                    Fax: (504) 561-6024
                                    LDavis@hhkc.com
                                    *Plaintiffs' Liason Counsel*
                                    *MDL 2047*