

| | | | | |
|---|---|---|---|---|
| DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI |

800.222.2766  
tel 214.521.3605  
fax 214.520.1181  

3102 Oak Lawn Avenue  
Suite 1100  
Dallas, TX 75219-4281

March 12, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire  
Leonard A. Davis, Esquire  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation  
OMNI COMPLAINT IV; Joyce W. Rogers, et al v. Knauf Gips KG, et al  
Cause No. 10-0362; MDL-2047, Eastern District of Louisiana

Dear Russ and Lenny:

My client, Lori Sutton, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against defendant Davis General Contractors, in the above matter, reserving her rights and claims against any and all other defendants therein.

Sincerely,

Robert B. Brown, III