UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Almeroth, et al. v. Taishan | ) | MAG. JUDGE WILKINSON |
| Gypsum Co. Ltd., et al., | ) | |
| Case No. 2:12-cv-00498-EEF-JCW | ) | |
| _____ | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firm of Morgan & Morgan, P.A., counsel for Plaintiff Tonya M. Beck, hereby files its Motion to Withdraw as Counsel for Plaintiff Tonya M. Beck.  Plaintiff's counsel, the law firm of Morgan & Morgan, P.A., has encountered irreconcilable differences with Plaintiff on issues involving the case.

WHEREFORE, the law firm of Morgan & Morgan, P.A. requests this Honorable Court to allow it to withdraw as counsel of record for the Plaintiff Tonya M. Beck in the above captioned case.

Respectfully Submitted,

/s/Scott Wm Weinstein
SCOTT WM WEINSTEIN
Fla. Bar No. 563080
sweinstein@forthepeople.com
PETE V. ALBANIS
Fla. Bar No.  0077354
palbanis@forthepeople.com
Morgan & Morgan, P.A.
12800 University Dr. #600
Fort Myers, FL   33907
Phone: (239) 433-6880
Fax:    (239) 433-6836
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel,

Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th  day of April, 2012.  I further certify that the above and foregoing has been served on Plaintiff Tonya M. Beck, 31145 Flannery Court, Wesley Chapel, FL 33543, along with notification of all pending deadlines and court appearances in this litigation, via certified mail, electronic mail, and regular U.S. Mail.

/s/ Scott Wm Weinstein_____