**BARON B BUDD, P.C.®**

| DALLAS | AUSTIN | BEVERLY HILLS | BATON ROUGE |

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

February 29, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: **In re: Chinese Manufactured Drywall Products Liability Litigation
OMNI COMPLAINT IV; Joyce W. Rogers, et al v. Knauf Gips KG, et al
Cause No. 10-0362; MDL-2047, Eastern District of Louisiana**

Dear Russ and Lenny:

My clients, Michael and Kathy Petroraio, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant LaPorte Builders, Inc. in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

Bruce Steckler