UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *Payton v. Knauf Gips KG, et al.* Case No. 09-7628 | * * * | MAG. JUDGE WILKINSON |

**PLAINTIFF SUSAN NEVELS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT THE STERLING COLLECTION, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Susan Nevels hereby dismisses with prejudice all of her claims against DEFENDANT, THE STERLING COLLECTION, INC., reserving their rights and claims against any and all other defendants therein. Each party is to bear its own respective costs and attorney's fees. Attached hereto as Exhibit "A" is correspondence from April S. Goodwin, counsel for Plaintiff, dated March 5, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

By: /s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal With Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of April, 2012.

                                                    /s/ Leonard A. Davis

2757483v1