# PW Parker | Waichman LLP
## A NATIONAL LAW FIRM

NEW YORK | LONG ISLAND | NEW JERSEY | WASHINGTON, D.C. | FLORIDA

3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone 239.390.1000
Fax 239.390.0055
800.LAW.INFO (529.4636)
www.yourlawyer.com

March 5, 2012

**Via Email and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Re: **In re: Chinese Manufactured Drywall Products Liability Litigation
Payton v. Knauf Gips KG, et al. Case No. 09-7628**

Dear Russ and Lenny:

My client, Susan Nevels, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to file a Notice of Voluntary Dismissal With Prejudice of Defendant, The Sterling Collection, Inc., on her behalf in the above-referenced matter, reserving her rights and claims against any all other defendants therein. Thank you for your attention to this matter and please advise if you have any questions or require any additional information.

Very truly yours,
Parker Waichman LLP

By: _____
April S. Goodwin, Esq.

ASG/ns