Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   106415-0489

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meridian Homes USA, Inc., ATTN: Darrell McWaters
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Georgia_ ) ss.
County of: _Walton_ )

Name of Server: _Tim Quin_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _22nd_ day of _Dec._, 20_11_, at _9:40_ o'clock _P_ M

Place of Service: at _143 Lee Byrd Road_, in _Loganville, GA  30052_

Documents Served: the undersigned served the documents described as:
**Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement to Class Action Complaint (I); Exhibits and Schedules**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Meridian Homes USA, Inc., ATTN: Darrell McWaters**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Laura - Secretary  Accepted Service_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brn_ ; Facial Hair _No_
Approx. Age _30's_ ; Approx. Height _5'8_ ; Approx. Weight _140_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tim Quin_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _22_ day of _Dec_, 20_11_

_James F. Estlund_
Notary Public                 (Commission Expires)

JAMES F ESTLUND
NOTARY
EXPIRES
GEORGIA
DEC. 30, 2011
PUBLIC
GWINNETT COUNTY