Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   108015-0395

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meridian Homes USA, Inc., ATTN: Darrell McWaters
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Georgia_ ) ss.
County of: _Walton_ )

| | |
|---|---|
| **Name of Server:** | _Tim Quinn_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the _22nd_ day of _Dec._, 20_11_, at _9:40_ o'clock _A_ M |
| **Place of Service:** | at _143 Lee Byrd Rd_, in _Loganville, GA  30052_ |
| **Documents Served:** | the undersigned served the documents described as:  <br> **Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus** <br> **Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: <br> **Meridian Homes USA, Inc., ATTN: Darrell McWaters** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: _Laura -- Secretary -- Accepted Service_ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: <br> Sex _F_ ; Skin Color _White_ ; Hair Color _Brn_ ; Facial Hair _No_ <br> Approx. Age _30's_ ; Approx. Height _5-8_ ; Approx. Weight _140_ <br> ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this
_22_ day of _Dec_, 20_11_

_____          _____
Signature of Server

_____          _____
Notary Public                         (Commission Expires)

**APS International, Ltd.**

JAMES F ESTLUND
NOTARY
GEORGIA
EXPIRES
DEC. 30, 2011
PUBLIC
GWINNETT COUNTY