Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109745-0382

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Arthur Homes (JL Arthur)
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Roy Busiere_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _17_ day of _Dec_ , 20 _11_ , at _3:45_ o'clock _P._ M

**Place of Service:** at _77384 Green Valley Road_ , in _Folsom, LA  70437_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Arthur Homes (JL Arthur)**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Mrs. Marala Arthur_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _60_ ; Approx. Height _5'3_ ; Approx. Weight _130_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere_
Signature of Server

Subscribed and sworn to before me this _17_ day of _Dec_ , 20 _11_

_Vicki H. Conners_
Notary Public                (Commission Expires)

**APS International, Ltd.**

VICKI H. CONNERS
ID #63216
Parish of St. Tammany
Commission for Life