Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109745-0383

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meridian Homes USA, Inc., ATTN: Darrell McWaters
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Georgia** ) ss.
County of: **Walton** )

**Name of Server:** **Tim Quinn**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **22nd** day of **Dec**, 20**11**, at **9:40** o'clock **A** M

**Place of Service:** at **143 Lee Byrd Rd**, in **Loganville, GA 30052**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action Complaint in Intervention (I(B)) w/Jury Demand**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Meridian Homes USA, Inc., ATTN: Darrell McWaters**
By delivering them into the hands of an officer or managing agent whose name and title is: **Laura Secretary - Accepted service**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brn** ; Facial Hair **No**
Approx. Age **30's** ; Approx. Height **5-8** ; Approx. Weight **140**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **22** day of **Dec**, 20**11**

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

[Notary Seal: JAMES F ESTLUND, NOTARY PUBLIC, GEORGIA, GWINNETT COUNTY, EXPIRES DEC. 30, 2011]