Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 110234-0377

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Arthur Homes (JL Arthur)
Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

Name of Server: _Roy Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _17_ day of _Dec_, 20 _11_, at _3:45_ o'clock _P_ M

Place of Service: at _77384 Green Valley Rd_, in _Folsom, LA 70437_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Arthur Homes (JL Arthur)**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: _Mrs. Marsha Arthur_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Brown_ ; Facial Hair _none_
Approx. Age _60_ ; Approx. Height _5'3"_ ; Approx. Weight _130_

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere_
Signature of Server

Subscribed and sworn to before me this _17_ day of _Dec_, 20 _11_

_Vicki H. Conners_
Notary Public     (Commission Expires)

**APS International, Ltd.**

VICKI H. CONNERS
ID #63216
Parish of St. Tammany
Commission for Life