Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   110234-0374

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meridian Homes USA, Inc., ATTN: Darrell Waters

Court Case No. 09-07628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Georgia__ ) ss.
County of: __Walton__ )

**Name of Server:** __Tim Quinn__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __22nd__ day of __Dec.__, 201__1__, at __9:40__ o'clock __A__,M

**Place of Service:** at __143 Lee Byrd Road__, in __Loganville, GA 30052__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action Complaint in Intervention (IC); Exhibit A

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Meridian Homes USA, Inc., ATTN: Darrell Waters**
By delivering them into the hands of an officer or managing agent whose name and title is: __Laura - Secretary - Accepted Service__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Brn.__; Facial Hair __No__
Approx. Age __30's__; Approx. Height __5'8__; Approx. Weight __140__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Tim Quinn__
Signature of Server

Subscribed and sworn to before me this __22__ day of __Dec__, 201__1__

__[signature]__
Notary Public     (Commission Expires)

**APS International, Ltd.**

[Notary Seal: JAMES F ESTLUND, NOTARY, EXPIRES DEC. 30, 2011, GEORGIA, GWINNETT COUNTY, PUBLIC]