IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * MDL NO. 2047 |
| | * SECTION: "L" |
| THIS DOCUMENT RELATES TO: Block, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al | * JUDGE FALLON * MAG. JUDGE WILKINSON |
| Case No. 11-1363, Sect. L MAG 2 | * |

*********************************************

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COMES NOW, Jeremy D. Bertsch, Esquire and the law firm of Sellars, Marion & Bachi, P.A., attorneys of record for Defendant, Christopher Duet, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and pray this Court to enter an Order granting leave to withdraw as counsel for the Defendant for the following reasons:

1. Sellars, Marion & Bachi, P.A. was retained to represent Christopher Duet by insurance for the Defendant.

2. Insurance for the Defendant has since withdrawn coverage for this incident.

3. Now, due to the denial of coverage, said insurance has requested that the undersigned firm withdraw as counsel for Defendant in this matter.

4. A letter with a copy of this Motion has been provided to the last known address for the Defendant by certified mail, return receipt requested, email and regular mail. The letter advises the Defendant:

    a. Sellars, Marion & Bachi, P.A. is withdrawing as counsel;

b.  substitution counsel will need to be retained; and

c.  notifies Defendant of all upcoming hearings and deadlines.

5. The Defendant's last known address, phone number and email are:

Address: 6428 Kome Drive, Diamondhead, MA 39525

Phone Number: (228) 363-2003

Email: duet40@yahoo.com

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdrawal as Counsel for Defendant in the above case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION has been served by certified and regular mail, and by email upon Christopher Duet, 6428 Kome Drive, Diamondhead, MA 39525 and on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of April, 2012.

SELLARS, MARION & BACHI, P.A.

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994