UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Related to: *Wiltz v. Beijing New Building Materials Public Limited Co., et al* (No. 10-361) & *Abel v. Taishan Gypsum Co., et al* (No. 11-080) | |

ALMEIDA PROPERTIES, LLC NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF THE DEFENDANT MILLENNIUM BUILDERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), the Plaintiff Almeida Properties, LLC hereby dismisses, without prejudice, all of their claims against the Defendant Millennium Builders, Inc. Contained in Omnibus Complaints II(B) and VII (*Wiltz v. Beijing New Building Materials Public Limited Co., et al* (No. 10-361) & *Abel v. Taishan Gypsum Co., et al* (No. 11-080)), reserving any and all rights and claims against any and all defendants therein, and any other person, whether named or otherwise. Each party is to bear its own attorneys' fees and costs. The Plaintiff has recently confirmed through investigation by counsel Defendant Millennium Builders, Inc. did not supply the Chinese drywall contained in their property, and hence, it is appropriate to dismiss the Plaintiff's claims against Millennium Builders, Inc. without prejudice from this matter. Attached hereto as Exhibit "A" is correspondence from Mr. Tom W. Thornhill, counsel for Almeida Properties, LLC, dated January 3, 2012, specifically authorizing the undersigned to file this Notice of Voluntary

1

Dismissal. Counsel for the Defendant Millennium Builders, Inc. has been contacted by counsel for the Plaintiff, and does not oppose the filing of this voluntary dismissal.

Respectfully submitted,

Dated: April 18, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of April, 2012.

                                      /s/ Leonard A. Davis
                                      Leonard A. Davis, Esquire
                                      Herman, Herman, Katz & Cotlar, LLP
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      LDavis@hhkc.com
                                      Plaintiffs' Liaison Counsel
                                      MDL 2047