# THORNHILL LAW FIRM, A PLC

### ATTORNEYS & COUNSELORS AT LAW

CORNER OF GAUSE AND NINTH STREET

TOM W. THORNHILL
MITCHELL A. PALMER
EMILY E. GEBHARDT

1308 NINTH STREET
SLIDELL, LA 70458
☎(985) 641-5010
FAX: (985) 641-5011
800-989-2707

www.thornhilllawfirm.com
e-mail: tom@thornhilllawfirm.com

January 3, 2012

### *VIA FACSIMILE (504) 561-6024 & U.S. MAIL*

Mr. Russ M. Herman, Esquire
Mr. Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

**Re:    In re: Chinese Manufactured Drywall Products Liability Litigation**
(*Wiltz v. Beijing New Building Materials Public Limited Co., et al* (No. 10-361)
& *Abel v. Taishan Gypsum Co., et al* (No. 11-080))

Dear Russ and Lenny:

My client, Almeida Properties, LLC, which owned property at 3325 Golden Drive, Apts. A, B, C & D, Chalmette, LA 70043, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims in the above-referenced Omnibus Complaints against the Defendant Millennium Builders, Inc. ("Millennium"), reserving any and all rights and claims against any and all other defendants therein.

Initial investigations indicated Millennium was the source of the Chinese drywall contained in their property, however, subsequent investigations have identified a different source. As such, Almeida Properties, LLC's claims against Millennium should be dismissed from this action without prejudice. We have conferred with counsel for Millennium, and there is no objection to filing this dismissal.

As always, I appreciate your assistance in this matter. Please let me know if you need any additional information regarding these claims.

Very truly yours,

TOM W. THORNHILL