Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 108999-0190

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Kevin Burton
Court Case No. 10-361 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )

**Name of Server:** _Roy Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _31_ day of _Dec_, 20 _11_, at _7:29_ o'clock _P_ M

**Place of Service:** at _11120 S. Idlewood Court_, in _New Orleans, LA 70128_

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Eduardo and Carmen Amorin et al. Omnibus
Class Action Complaint in Intervention (II(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Kevin Burton**

**Person Served, and Method of Service:**
☒ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Kevin Burton**
at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _Black_; Hair Color _Bald_; Facial Hair _None_
Approx. Age _40-42_; Approx. Height _6'0"_; Approx. Weight _180_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere_
Signature of Server

Subscribed and sworn to before me this
_31_ day of _Dec_, 20 _11_

_Louis B. [signature]_
Notary Public   (Commission Expires)
At DEATH

**APS International, Ltd.**