UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Payton, et. al. v. Knauf Gips, KG, et. al. Case No. 09-7628 | ) ) ) ) | MAG. JUDGE WILKINSON |

## MIGUEL ANGEL GONZALEZ'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LENNAR HOMES, LLC, ONLY, WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Miguel Angel Gonzalez, hereby dismisses with prejudice all claims or causes of action against Defendant Lennar Homes, LLC, only, in Plaintiffs' Omnibus Class Action Complaint I, reserving his rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiff, Miguel Angel Gonzalez shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing MIGUEL ANGEL GONZALEZ'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LENNAR HOMES, LLC, ONLY, WITH PREJUDICE has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of April, 2012.

                                                  /s/ Leonard A. Davis_____