# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al; Cause No. 10-0361 | |

## PLAINTIFF'S NOTICE OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
## OF SOUTH KENDALL CONSTRUCTION CORP.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff Gisselle Rousseau, hereby dismisses without prejudice all of her claims against South Kendall Construction Corp. in Plaintiffs' Omnibus Complaint (Intervention II(B)).   Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Bruce Steckler, Baron & Budd, P.C., counsel for Plaintiff, dated March 7, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: April 18, 2012

/s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of April, 2012.

                      /s/ Leonard A. Davis
                      Leonard A. Davis, Esquire
                      Herman, Herman, Katz & Cotlar, LLP
                      820 O'Keefe Avenue
                      New Orleans, Louisiana 70113
                      Phone: (504) 581-4892
                      Fax: (504) 561-6024
                      LDavis@hhkc.com
                      Plaintiffs' Liaison Counsel
                      MDL