**BARON BUDD, P.C.®**   DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE   |   MIAMI

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

March 7, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> Re: **In re: Chinese Manufactured Drywall Products Liability Litigation**
> **Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al**
> **Cause No. 10-0361, MDL-2047, Eastern District of Louisiana**

Dear Russ and Lenny:

My client, Gisselle Rousseau, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against Defendant, South Kendall Construction Corp. in the above matter.

Very truly yours,

Bruce Steckler