# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Gross, et al v. Knauf Gips KG, et al; Cause No. 09-6690 | |

## PLAINTIFFS' NOTICE OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
## OF FIRST HOME BUILDERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs Richard and Judith Martin, hereby dismisses without prejudice all of their claims against FIRST HOME BUILDERS, INC. in Plaintiffs' Omnibus Complaints.  Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Bruce Steckler, Baron & Budd, P.C., counsel for Plaintiffs, dated March 9, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated:  April 18, 2012

/s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of April, 2012.

                                  /s/ Leonard A. Davis_____
                                  Leonard A. Davis, Esquire
                                  Herman, Herman, Katz & Cotlar, LLP
                                  820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113
                                  Phone: (504) 581-4892
                                  Fax: (504) 561-6024
                                  LDavis@hhkc.com
                                  Plaintiffs' Liaison Counsel
                                  MDL