

| DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE |

800.222.2766  
tel 214.521.3605  
fax 214.520.1181  

3102 Oak Lawn Avenue  
Suite 1100  
Dallas, TX 75219-4281  

March 9, 2012

**Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire  
Leonard A. Davis, Esquire  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113

**Re:    In re: Chinese Manufactured Drywall Products Liability Litigation**  
**Gross, et al v. Knauf Gips KG, et al, Cause No. 09-6690, MDL-2047, Eastern District of Louisiana**

Dear Russ and Lenny:

My clients, Richard and Judith Martin, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant, First Home Builders, Inc. in the above matter.

Sincerely,

Bruce Steckler