# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 |
| | | SECTION L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * * | MAG. JUDGE WILKINSON |

## EX PARTE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OBJECTIONS OF THE NORTH RIVER INSURANCE COMPANY TO THE PROPOSED 30(b)(6) DEPOSITION NOTICE OF THE PSC

NOW INTO COURT, through undersigned counsel, comes The North River Insurance Company, and for leave of Court to file a Notice of Supplemental Authority supporting the Objections to the Proposed 30(b)(6) Notice of the PSC, respectfully avers as follows:

The North River Insurance Company seeks to bring to this Honorable Court's attention a very recent decision of the Fifth Circuit, *New England Insurance Company v. Barnett,* 2012 WL 715261 (5th Cir. 3/6/12), which pertains to the arguments relating to the Proposed 30(b)(6) Deposition Notice.  For these reasons, The North River Insurance Company moves that its Motion for Leave of Court be granted and the Notice of Supplemental Authority  be filed.

The Objections are set to be heard by telephonic hearing on April 19, 2012 at 10:00 a.m.

Respectfully submitted,

THOMPSON COE COUSINS & IRONS LLP

By: _____/s Eric B. Berger_____
      BRIAN S. MARTIN, ESQ.
      KEVIN RISLEY, ESQ.
      RODRIGO "DIEGO" GARCIA, JR., ESQ.
      One Riverway, Suite 1600
      Houston, Texas 77056
      Phone: (713) 403-8206
      Fax:  (713) 403-8299
      bmartin@thompsoncoe.com

      LOBMAN CARNAHAN BATT ANGELLE & NADER, PLC

      SIDNEY J. ANGELLE, ESQ.
      La. Bar No. 1002
      ERIC B. BERGER, ESQ.
      La. Bar No. 26196
      400 Poydras Street, Suite 2300
      New Orleans, Louisiana 70130
      Phone: (504) 586-9292
      Fax:    (504) 586-1290
      sja@lcba-law.com
      ebb@lcba-law.com

      ATTORNEYS FOR THE NORTH RIVER INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on April 18, 2012.

        _____/s Eric B. Berger_____
        ERIC B. BERGER