# WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

John C. Whitfield +
Daniel K. Bryson + *
Gary E. Mason ◊∞ *
Donna F. Solen « ◊
Nicholas A. Migliaccio ◊∞

Scott C. Harris *
Matthew E. Lee *
Jason Rathod • ◊
Karl Amelchenko *
Monica Bansal ◊
Thomas B. Spain (Of Counsel) +

900 W. Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

State Bar Admissions:
+ KY   ◊ DC   « FL   ° MD
• NC   ∞ NY   * IL

March 22, 2012

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

   In Re: Chinese Manufactured Drywall Products Liability Litigation
   *Abel, et al. v. Taishan Gypsum Co., Ltd.,, et al.*
   Case No.: 11-080

Dear Lenny and Russ:

My client, Louis Robinson, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss without prejudice all of his claims against defendant, Advantage Builders of America, Inc., in the above referenced Omni Complaint. Louis Robinson shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein

Very truly yours,

*Daniel K. Bryson* (signature)

Daniel K. Bryson

{00012258;v1}