

LAW OFFICES OF
RICHARD J. SERPE, P.C.

March 1, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

   Re: **In re: Chinese Manufactured Drywall Products Liability Litigation
Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et
al., Case Number: 2:10-cv-00361 (E.D.La)**

Dear Russ and Lenny:

  My clients, Christopher and Carrie Dolan, Scott and Margaret Jarrett, Frances Myott, Jason McLain, Nathan and Elizabeth Kiewiet, Paul and Janet Jones, Jeffrey and Susann Tierney, and Anthony and Caroline Palamidessi, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Franciscus Homes, Inc. in the above matter.

           Sincerely,

           LAW OFFICES OF RICHARD J. SERPE, P.C.

           Richard J. Serpe

RJS/ric