UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>WILTZ, et al. v. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al., Case Number: 2:10-cv-00361 (E.D.La)<br><br>BURKE, et al. v. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al. | |

### DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT, GREENSPRINGS CONDOMINIUMS, LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Dorothy Bailey, Elwood Miller, Carolyn Hartline, Mark and Karen Tompkins, Janie Corbett, and Larkin Combs, hereby dismiss, without prejudice, all of their claims against DEFENDANT, Greensprings Condominiums, LLC, in Plaintiffs' Omnibus Complaints. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from the Law Offices of Richard J. Serpe, P.C., counsel for the above listed plaintiffs dated March 1, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated:  4-19, 2012            /s/ Russ M. Herman
                              Russ M. Herman, Esquire (Bar No. 6819)

1

Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of April, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

2