

LAW OFFICES OF
RICHARD J. SERPE, P.C.

March 1, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    **Re:**    **In re: Chinese Manufactured Drywall Products Liability Litigation**
        **Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al., Case Number: 2:10-cv-00361 (E.D.La)**
        **Burke, et al. v. Beijing New Building Materials Public Limited Co., et al.,**

Dear Russ and Lenny:

    My clients, Dorothy Bailey, Elwood Miller, Carolyn Hartline, Mark and Karen Tompkins, Janie Corbett, and Larkin Combs, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Greensprings Condominiums, LLC in the above matter.

                   Sincerely,

                   LAW OFFICES OF RICHARD J. SERPE, P.C.

                   Richard J. Serpe

RJS/ric