

LAW OFFICES OF
RICHARD J. SERPE, P.C.

January 5, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> **Re:    In re: Chinese Manufactured Drywall Products Liability Litigation
> Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et
> al., Case Number: 2:10-cv-00361 (E.D.La)**

Dear Russ and Lenny:

My clients, Christopher and Carrie Dolan, Scott and Margaret Jarrett, Frances
Myott, Jason McLain, Nathan and Elizabeth Kiewiet, Paul and Janet Jones, Jeffrey and
Susann Tierney, and Anthony and Caroline Palamidessi, authorize the attorneys of
Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or
pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims
against defendant Plantation Group, LLC in the above matter.

Sincerely,

LAW OFFICES OF RICHARD J. SERPE, P.C.

Richard J. Serpe

RJS/ric

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: WILTZ, et al. v. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al., Case Number: 2:10-cv-00361 (E.D.La) | |

## DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT, PLANTATION GROUP, LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Christopher and Carrie Dolan, Scott and Margaret Jarrett, Frances Myott, Jason McLain, Nathan and Elizabeth Kiewiet, Paul and Janet Jones, Jeffrey and Susann Tierney, and Anthony and Caroline Palamidessi, hereby dismiss, without prejudice, all of their claims against DEFENDANT, Plantation Group, LLC, in Plaintiffs' Omnibus Complaints.  Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from the Law Offices of Richard J. Serpe, P.C., counsel for the above listed plaintiffs dated January 5, 2012 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated:         , 2012                                 /s/ Russ M. Herman
                                                      Russ M. Herman, Esquire (Bar No. 6819)
                                                      Leonard A. Davis, Esquire (Bar No. 14190)

1

Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this [th] day of            , 2012.

/s/  Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047