

LAW OFFICES OF
RICHARD J. SERPE, P.C.

January 5, 2012

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation
Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al., Case Number: 2:10-cv-00361 (E.D.La)
Burke, et al. v. Beijing New Building Materials Public Limited Co., et al.,

Dear Russ and Lenny:

My clients, Dorothy Bailey, Elwood Miller, Carolyn Hartline, Mark and Karen Tompkins, Janie Corbett, and Larkin Combs, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Greensprings Plantation, Inc. in the above matter.

Sincerely,

LAW OFFICES OF RICHARD J. SERPE, P.C.

Richard J. Serpe

RJS/ric