UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## CORRECTED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MICHAEL MIKITA

On March 21, 2012, pursuant to Local Rule 83.2.11, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Hausfeld, LLP, and Levin, Fishbein, Sedran & Berman, counsel for Plaintiff Michael Mikita, filed their Motion to Withdraw as counsel for Plaintiff Michael Mikita along with their Memorandum in Support of Motion to Withdraw as Counsel and their Proposed Order Granting Colson Hicks Eidson, et al., Motion to Withdraw As Counsel for Mr. Michael Mikita (Docket #13150). The Proposed Order that was submitted with the aforementioned motion and memorandum was incorrect.

Plaintiff's counsel, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Hausfeld, LLP, and Levin, Fishbein, Sedran & Berman have encountered irreconcilable differences with Plaintiff on issues involving the case.

Plaintiff Michael Mikita requests a 90 day period in which to retain alternate counsel to represent him in this matter.

WHEREFORE, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Hausfeld, LLP, and Levin, Fishbein, Sedran & Berman request this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff in the above captioned case.

Respectfully Submitted,

/s/Patrick S. Montoya
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing CORRECTED MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of April, 2012. I further certify that the above and foregoing has been served on Plaintiff Michael Mikita, 2866 St. Bart's Square, Vero Beach, FL, 32967, along with notification of all pending deadlines and court appearances in this litigation, via certified mail, regular mail, and electronic mail.

/s/ Patrick S. Montoya

2