

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

APS File #:  108318-0116

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA 19106-3697

--Grove Hammocks Investments, LLC
Court Case No. 10-362 Section L

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **March**, 20 **11**, at **11:35** o'clock **A** M

Place of Service: at **7050 SW 86 AVENUE**, in **Miami, FL 33143**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Kathleen and Mariss Barbee et al Omnibus Class Action Complaint in Intervention (IV(A)); Exhibit "A"; Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene; Plaintiffs' Steering Committee; Certificate of Service; Defendant List**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Grove Hammocks Investments, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Alberto Parlade R.A.**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **White** ; Facial Hair **NO**
Approx. Age **60** ; Approx. Height **6'2** ; Approx. Weight **230**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **24** day of **March**, 20 **11**

_____
Signature of Server

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014