Service of Process by 

**APS International, Ltd.**
1-800-328-7171

Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File: Intervention IVB

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Berrywood Estates a Senior Community, LLC
Court Case No. 10-362

State of: Mississippi ) ss.
County of: Pearl River )

**Name of Server:** Steven Scholtes, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 06-Apr-2011 01:52 pm

**Place of Service:** at 506 Boley Avenue, city of Picayune, state of MS

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Berrywood Estates a Senior Community, LLC
By delivering them into the hands of an officer or managing agent whose name and title is Donald R. Berry, Owner

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color gray ; Facial Hair none
Approx. Age 82 ; Approx. Height 5'06" ; Approx. Weight 148

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 28 day of April, 2011

Notary Public

APS File: 109000-86

(Commission Expires) 6-1-2012