Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0110

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hilliard Butler Construction Company, Inc.
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Orleans )

Name of Server: Dwayne M. Jeanjacques, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 17th day of June, 20 11, at 2:20 o'clock P M

Place of Service: at 5026 Par Four Drive, in New Orleans, LA 70128

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint
in Intervention (IV(B)); Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hilliard Butler Construction Company, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Hillard Butler (Owner)

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color B ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this ___ day of _____, 20__

_____
Notary Public

[Notary seal: JEANNE K. DEMAREST, NOTARY PUBLIC, STATE OF LOUISIANA, Commission for Life, No. 23032]

**APS International, Ltd.**