Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109000-0071

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Moore Unique Interiors, Inc.
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **PALM BEACH** )

**Name of Server:** **William Greenberg**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **11** day of **APRIL**, 20 **11**, at **6:05** o'clock **P** M

**Place of Service:** at **16889 Secretariat Dr.**, in **Loxahatchee, FL  33470**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Moore Unique Interiors, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **KEVIN MOORE, REGISTERED AGENT**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **BLOND** ; Facial Hair ____
Approx. Age **50** ; Approx. Height **6'1** ; Approx. Weight **190**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **12** day of **April**, 20 **11**

Notary Public   (Commission Expires)

APS International, Ltd.

LORI A PLOTKE
MY COMMISSION # DD911985
EXPIRES July 29, 2013
(407) 398-0153   FloridaNotaryService.com