Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109000-0123

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Palm Isles Holdings, LLC
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **14** day of **March**, 20 **11**, at **10:55** o'clock **A** M

**Place of Service:** at 1101 Brickell Ave., Ste. N-1101, in Miami, FL 33130

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint
in Intervention (IV(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Palm Isles Holdings, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Vanessa Fish Secretary**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Black**; Hair Color **Black**; Facial Hair ___
Approx. Age **27**; Approx. Height **5'7**; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **15** day of **March**, 20 **11**

Notary Public                (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013