Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109000-0124

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--South Kendall Construction Corp.
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8Th** day of **April**, 20 **11**, at **10:15** o'clock **A** M

Place of Service: at  1101 Brickell Ave., Ste. N-1101  , in  Miami, FL  33130

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**South Kendall Construction Corp.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Vanessa Fish Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Black** ; Hair Color **Black** ; Facial Hair ___
Approx. Age **27** ; Approx. Height **5'7** ; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **12** day of **April**, 20 **11**

Signature of Server                                           Notary Public              (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013