| | |
|---|---|
| Joyce W Rogers, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 109000-0131

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Tuscan-Harvey Estates
Court Case No. 10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: PALM BEACH )

**Name of Server:** MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 20TH day of APRIL, 20 11, at 9:48 o'clock A. M

**Place of Service:** at 902 Clint Moore Road, Suite 206, in Boca Raton, FL 33487

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Roxanne Burey et al. Omnibus Class Action Complaint in Intervention (IV(B)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Tuscan-Harvey Estates

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: LAURA MALLARD, OFFICE MANAGER / AUTHORIZED EMPLOYEE

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex 45 ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair ____
Approx. Age 45 ; Approx. Height 5'4" ; Approx. Weight 125

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

Subscribed and sworn to before me this 23RD day of APRIL, 20 11

JONATHAN LEVY
Notary Public                    (Commission Expires)

**APS International, Ltd.**