Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0102

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Andrews Hardware Company, Inc., dba Andrews Ace hardware

Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA**   ) ss.
County of: **MOBILE**   )

Name of Server: **NORRIS ARMSTRONG**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **12** day of **April**, 20 **11**, at **11** o'clock **A** M

Place of Service: at 19750 North 3rd Street, in Citronelle, AL 36522

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Andrews Hardware Company, Inc., dba Andrews Ace hardware**
By delivering them into the hands of an officer or managing agent whose name and title is: **JENNIE ANDREWS   OWNER**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **LIGHT BROWN**/Facial Hair **NONE**
Approx. Age **40's**; Approx. Height **5'9"**; Approx. Weight **155**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this
**15th** day of **April**, 20 **11**

Notary Public   (Commission Expires)
June 24, 2012

**APS International, Ltd.**