Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0016

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Comfort Home Builders, Inc
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Donald Skipper II**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **11th** day of **April**, 20 **11**, at **9:45** o'clock **A** M

Place of Service: at **1686 Lakeview Terrace**, in **North Fort Myers, FL 33903**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Comfort Home Builders, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **James Gordon, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Balding (Brown)**; Facial Hair ____
Approx. Age **56**; Approx. Height **6'0"**; Approx. Weight **210**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **15th** day of **April**, 20 **11**

Signature of Server **#157197**

Notary Public **Traci A. DeSalvo** (Commission Expires) **10/22/11**
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

APS International, Ltd.

1594