Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0017

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Enchanted Homes, Inc
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Donald Skipper, II**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9th** day of **April**, 20 **11**, at **11:50** o'clock **A** M

Place of Service: at **11915 King James Court**, in **Cape Coral, FL 33991**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Enchanted Homes, Inc**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: **Charles Frazier, President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **blond/balding**; Facial Hair ____
Approx. Age **50**; Approx. Height **6'0"**; Approx. Weight **200**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **#15797**

Subscribed and sworn to before me this **13th** day of **April**, 20 **11**

Traci A. DeSalvo  10/22/11
Notary Public        (Commission Expires)

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

**APS International, Ltd.**

1593