Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0092

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gremillion Homes, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LA** ) ss.
County of: **St. Tammany** )
Name of Server: **Kyle Onvenreich**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **20th** day of **April**, 20 **11**, at **4:48** o'clock **P** M

Place of Service: at **706 Place St. Etienne**, in **Covington, LA**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Gremillion Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Keith Gremillion owner of Company**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **27** day of **April**, 20 **11**

Notary Public          (Commission Expires)

Michael McMahon
Bar No. 23987