Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109933-0103

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--James Stokley, dba Choctaw Builders, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **ALABAMA** ) ss.
County of: **WASHINGTON** )
Name of Server: **LARRY HARKLESS**, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **APRIL**, 20 **11**, at **3** o'clock **P** M

Place of Service: at  26543 Hwy 17 , in  Millry, AL  36558

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint
in Intervention (IV(C)); Exhibit A

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**James Stokley, dba Choctaw Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **JAMES STOKLEY, AUTHORIZED AGENT**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **GRY** ; Facial Hair _____
Approx. Age **60** ; Approx. Height **5'6"** ; Approx. Weight **185**

X  To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct

*Larry Harkless*
Signature of Server

Subscribed and sworn to before me this
**25** day of **APRIL**, 20 **11**

_____  5/21/14
Notary Public        (Commission Expires)

**APS International, Ltd.**