Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   109933-0087

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--L.R. Gardere Drywall Construction, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LA_ ) ss.
County of: _St . Tammany_ )

Name of Server: _Kyle Ehrenreich_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _20_ day of _April_ , 20 _11_ , at _4:59_ o'clock _P_ M

Place of Service: at _108 Southdown Lane_ , in _Covington, LA 70433_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint**
**in Intervention (IV(C)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**L.R. Gardere Drywall Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Larry Gardere   Owner of company._

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

**APS International, Ltd.**

Subscribed and sworn to before me this _27_ day of _April_ , 20 _11_

_Notary Public_        (Commission Expires)

Michael W, Mc Auliron
23997 Bar No.