Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0053

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lennar Homes, Corp.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __7th__ day of __April__, 20 __11__, at __3:10__ o'clock __P__ M

Place of Service: at __700 NW 107th Ave., Suite 400__, in __Miami, FL 33172__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Lennar Homes, Corp.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Toni Mucci Paralegal__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Brown__; Facial Hair ____
Approx. Age __55__; Approx. Height __5'4__; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __12__ day of __April__, 20 __11__

Notary Public   (Commission Expires)

APS International, Ltd.



Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013