Joyce W Rogers, et. al., Plaintiff(s)
vs.
*Knauf Gips KG, et. al., Defendant(s)*



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0114

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--LifeScape Buildings, LLC
Court Case No. 10-362 Section L

State of: **ALABAMA** ) ss.
County of: **JEFFERSON** )

Name of Server: **DANIEL MOORE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **21** day of **APRIL**, 20 **11**, at **4:20** o'clock **P** M

Place of Service: at **8000 Liberty Pkwy Ste. 114**, in Birmingham, AL 35242

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**LifeScape Buildings, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **Amy Gregory, Authorized Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **30** ; Approx. Height **5'9"** ; Approx. Weight **125**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Daniel Moore*
Signature of Server

Subscribed and sworn to before me this **25** day of **April**, 20 **11**

_____  5/21/14
Notary Public    (Commission Expires)

**APS International, Ltd.**