MINUTE ENTRY
FALLON, J.
APRIL 19, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

     A telephonic hearing was held on this date in the Chambers of Judge Eldon E. Fallon. The conference was transcribed by official Court reporter, Cathy Pepper, who can be reached at 504-589-7779. Russ Herman, Arnold Levin, and Lenny Davis participated on behalf of the Plaintiff's Steering Committee. Sydney Angelle, Kevin Risley, and Bryan Martin participated on behalf of North River Insurance Company. Richard Duplantier and Phil Nizialek participated on behalf of Interior Exterior Building Supply Co. Steve Glickstein and Robert Grass participated on behalf of the Knauf entities.

     The Court heard arguments from the parties on two motions. With regard to North River's Objections to the Proposed Rule 30(b)(6) Deposition Notice of the PSC (R. Doc. 13731), IT IS ORDERED that because the notice topics and the objections thereto are overly broad and vague, this Motion is CONTINUED; the parties are directed to meet-and-confer as soon as possible to narrow down and clarify the topics and objections, and thereafter provide a report to the Court at the monthly status conference on April 26, 2012. With regard to North River's

JS10(00:55)

Motion to Lift Stays as to the Knauf Entities and Interior/Exterior Building Supply Company (R. Doc. 13373), IT IS ORDERED that this Motion is DENIED for the oral reasons given.