UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

### ORDER

By this Court's March 5, 2012 Order Staying Claims Involving KPT Chinese Drywall [Doc. No. 12770], the PSC was obliged to provide information regarding defendants participating in the Prospective Insurance Agreement and/or the Major Builder Agreement by April 19, 2012. By agreement of the parties, the Court agrees to extend the time for the PSC to submit the information required by the March 5, 2012 Order. The PSC shall submit the information regarding defendants participating in the Prospective Insurance Agreement or Major Builder Agreement by May 4, 2012. All of the stays in the Court's March 5, 2012 Order [and the preliminary approval Order dated January 10, 2012 [Doc. No. 12138]] shall remain effective, under the same terms and conditions set forth in these Orders, until May 4, 2012.

This _____ day of _____, 2012, at New Orleans, Louisiana.

1

                                                                                                       _____
ELDON E. FALLON
United States District Court Judge