UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION  SECTION "L"

THIS DOCUMENT RELATES TO:  JUDGE FALLON

CASE NO.: 12-0498
Richard Almeroth, et al. v. Taishan Gypsum Co.,
Ltd., et al.

## NOTICE OF APPEARANCE AS COUNSEL

COMES NOW, the undersigned law firm of LUKS, SANTANIELLO, PETRILLO, & JONES, and hereby files its Notice of Appearance as Counsel for Defendant, RCR HOLDINGS II, LLC.; and requests that copies of all pleadings and correspondence be served upon the undersigned counsel in connection with this action, at the following office and telephone number. This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

Respectfully submitted,

By: /s/ Lysa M. Friedlieb
LYSA M. FRIEDLIEB, ESQUIRE
Florida Bar No.: 898538
LFriedlieb@ls-law.com
LUKS, SANTANIELLO,
 PETRILLO & JONES
301 Yamato Road, Suite 1234
Boca Raton, FL 33431
Telephone: (561) 893-9088
Facsimile: (561) 893-9048
**Counsel for RCR Holdings II, LLC.**

## Certificate of Service

I, hereby certify that on this **22**[th] day of April, 2012, the foregoing has been served on Plaintiffs' Liaison Counsel, **Russ Herman**; Defendants' Liaison Counsel, **Kerry Miller** and Homebuilders'/Installers' Liaison Counsel, **Phillip A. Wittman** by e-mail; and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Lysa M. Friedlieb
LYSA M. FRIEDLIEB, ESQUIRE