UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSS M. HERMAN AND ARNOLD LEVIN, | : Case No. 2:12-cv-00497-EEF-JCW |
| Plaintiffs, | : |
| | : SECT. N MAG 1 |
| v. | : |
| CATAPHORA, INC. AND ROGER CHADDERDON, | : |
| Defendants. | : |

### NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Levin, Fishbein, Sedran & Berman which hereby files its Notice of Appearance as counsel on behalf of Plaintiffs, Russ M. Herman and Arnold Levin. It is respectfully requested that all pleadings, documents, and correspondences be served upon the undersigned counsel in connection with this action.

Respectfully submitted,

Dated: April 23, 2012

By:  /s/ Arnold Levin
Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing notice of appearance has been served on each of the Defendants via United States First Class Certified Mail, Return Receipt Requested at the addresses listed below on this 23rd day of April, 2012.

Cataphora, Inc.
CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

Cataphora, Inc.
3425 Edison Way
Menlo Park, CA 94025

Mr. Roger Chadderdon
3425 Edison Way
Menlo Park, CA 94025

Nancy J. Marshall
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA 70130

                                        /s/ Arnold Levin
                                        Arnold Levin
                                        510 Walnut Street, Suite 500
                                        Philadelphia, PA 19106
                                        215-592-1500 (phone)
                                        215-592-4663 (fax)
                                        Pro se