UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RUSS M. HERMAN AND ARNOLD LEVIN,** | : | Case No. 2:12-cv-00497-EEF-JCW |
| | : | |
| **Plaintiffs,** | : | |
| | : | SECT. N MAG 1 |
| v. | : | |
| | : | |
| **CATAPHORA, INC. AND ROGER CHADDERDON,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Herman, Herman, Katz & Cotlar, LLP which hereby files its Notice of Appearance as counsel on behalf of Plaintiffs, Russ M. Herman and Arnold Levin.  It is respectfully requested that all pleadings, documents, and correspondences be served upon the undersigned counsel in connection with this action.

          Respectfully submitted,

Dated:  April 23, 2012

          By:    /s/ Russ M. Herman
                  Russ M. Herman, Esquire (LA Bar No. 6819)
                  Stephen J. Herman, Esquire (LA Bar No. 23129)
                  HERMAN, HERMAN, KATZ & COTLAR, LLP
                  820 O'Keefe Avenue
                  New Orleans, Louisiana 70113
                  Phone: (504) 581-4892
                  Fax: (504) 561-6024
                  rherman@hhkc.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing notice of appearance has been served on each of the Defendants via United States First Class Certified Mail, Return Receipt Requested at the addresses listed below on this 23rd day of April, 2012.

Cataphora, Inc.
CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

Cataphora, Inc.
3425 Edison Way
Menlo Park, CA 94025

Mr. Roger Chadderdon
3425 Edison Way
Menlo Park, CA 94025

Nancy J. Marshall
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA 70130

    /s/ Russ M. Herman
Russ M. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

2