UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   *   MDL No. 09-2047
PRODUCTS LIABILITY LITIGATION

              *   JUDGE: FALLON

THIS DOCUMENT RELATES TO
Almeroth, et al. v. Taishan Gypsum et al.   *
Case No. 12-0498

              *

* * * * * * * * * * * * * * * * * * * **

## NOTICE OF APPEARANCE

The law firm of Simon, Peragine, Smith & Redfearn, L.L.P. and the undersigned

attorneys, Daniel J. Caruso, Herman J. Hoffmann and Betty F. Mullin hereby make their

appearance, on behalf of Carruth Brothers Lumber Company, Inc., in *Almeroth, et al. v.*

*Taishan Gypsum Co., Ltd., et al.*, United States District Court for the Eastern District of

Louisiana, Case No. 12-0498, reserving all defenses to this action and objections

concerning service of process, venue and/or jurisdiction, further requesting that all future

papers filed in this case be served on said undersigned attorneys.

Respectfully submitted,

_____

Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

Attorneys for Carruth Brothers Lumber
Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23th day of April, 2012.

_____
Betty F. Mullin

N:\DATA\L\08130001\pleadings\notice of appearance.wpd