UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION: L |
| This Document Relates to: 09-6690 (Gross)<br>_____/ | Judge Fallon<br>Mag. Judge Wilkinson |

**PLAINTIFF TAMARA REELS' NOTICE OF VOLUNTARY
<u>DISMISSAL WITHOUT PREJUDICE AS TO M/I HOMES, INC.</u>**

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), Plaintiff, Tamara Reels, hereby dismisses without prejudice all of her claims against M/I HOMES, INC., in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party to bear its own attorneys' fees and costs. Plaintiff, Tamara Reels, shall continue to pursue her claims against the remaining Defendants not specifically dismissed here. Attached hereto as Exhibit "A" is correspondence from Bruce Steckler , counsel for Plaintiff, Tamara Reels, dated April 23, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Dated:  April 24, 2012

Respectfully submitted:

/s/ Russ M. Herman _____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liason Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of April, 2012.

              /s/ Leonard A. Davis
              Leonard A. Davis, Esquire
              Herman, Herman, Katz & Cotlar, LLP
              820 O'Keefe Avenue
              New Orleans, Louisiana 70113
              Phone: (504) 581-4892
              Fax: (504) 561-6024
              LDavis@hhkc.com
              *Plaintiffs' Liason Counsel*
              *MDL 2047*