

| BARON **B** BUDD, P.C.® | DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | |

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

April 23, 2012

**Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> **Re:    In re: Chinese Manufactured Drywall Products Liability Litigation
> Gross, et al v. Knauf Gips KG, et al, Cause No. 09-6690, MDL-2047, Eastern
> District of Louisiana**

Dear Russ and Lenny:

My client, Tamara Reels, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against Defendant, MI Homes, Inc., in the above matter, reserving her rights and claims against any and all other defendants therein.

Sincerely,

Bruce Steckler
