UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED             MDL NO. 2047
DRYWALL PRODUCTS LIABILITY               SECTION L
LITIGATION                               JUDGE FALLON
                                         MAGISTRATE JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Payton, et al. v. Knauf Gips KG, et al.,*
*Case No.: 09-7628 (E.D.La.)*

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COMES NOW, Gregory S. Weiss, Esquire and the firm of Leopold Law, P.A., formerly known as Leopold~Kuvin, P.A., counsel of record for Plaintiff, MIKE WILLIAMS, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and prays this Court to enter an Order granting leave to withdraw as counsel for the Plaintiff.  Written notice of the proposed withdrawal has been served on Plaintiff (Exhibit A).

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdrawal as Counsel for Plaintiff, Mike Williams, in the above referenced case.

Respectfully submitted,

Dated: April 24, 2012

/s/ Gregory S. Weiss
Gregory S. Weiss, Esq.
(Florida Bar No.: 163430)
LEOPOLD LAW, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone:  (561) 515-1400
Facsimile:   (561) 515-1401
gweiss@leopold-law.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email, and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail to Mike Williams, 8979 Lely Island Circle, Naples, FL 34113 on this 24th day of April, 2012.

                                              s/GREGORY S. WEISS
                                              GREGORY S. WEISS
                                              (Florida Bar No.: 163430)
                                              LEOPOLD LAW, P.A.
                                              2925 PGA Boulevard, Suite 200
                                              Palm Beach Gardens, FL 33410
                                              Telephone:  (561) 515-1400
                                              Facsimile:   (561) 515-1401
                                              gweiss@leopold-law.com



# LEOPOLD~KUVIN PA
### CONSUMER JUSTICE ATTORNEYS



January 19, 2011

Mike Williams
8979 Lely Island Circle
Naples, FL 34113

Re: **Chinese-Manufactured Drywall Products Liability Litigation** (MDL Case No. 2047)
**Williams v. US Drywall**

Dear Mr. Williams:

Thank you for retaining our firm regarding your potential claims for defective drywall for your properties located at 1404 SW 5th Place, Cape Coral, Florida 33991; 2104 NE 9th Avenue, Cape Coral, Florida 33991; and 1203 NE 19th Place, Cape Coral, Florida 33991. Unfortunately, after reviewing this case, and being unable to obtain further information from you despite several attempts to contact you, we will not be able to further assist you in this matter. Our inability to assist you does not mean that this case is without merit, and moreover, you currently have several claims pending in MDL 2047 (see enclosed Plaintiff Profile Forms). We suggest you seek another attorney to obtain another opinion of this matter.

Please be aware that matters not already filed in MDL 2047 may be subject to one or more statutes of limitation. In other words, the lawsuit must be filed within a certain period of time or be forever barred. It is important that you consult with another attorney immediately if you wish to preserve the right to sue. For matters pending in MDL 2047, we will formally move to withdraw.

Thank you for giving us the opportunity to consider your case. Since we are not undertaking representation in some matters and withdrawing from others, we are closing our file and will not be contacting you further, save regarding the Motion to Withdraw.

2925 PGA Boulevard ■ Suite 200 ■ Palm Beach Gardens ■ Florida 33410 ■ 561.515.1400 ■ fax 561.515.1401 ■ LeopoldKuvin.com

CRASHWORTHINESS · MANAGED CARE ABUSE · CONSUMER CLASS ACTIONS · PERSONAL INJURY · WRONGFUL DEATH

EXHIBIT A


Mr. Mike Williams
January 19, 2011
Page 2 of 2

If we can be of assistance in any other matters, please feel free to call.

Very truly yours,

GREGORY S. WEISS
gweiss@leopoldkuvin.com

GSW:pms
enclosures


EXHIBIT A