UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Payton, et al. v. Knauf Gips KG, et al.,* Case No.: 09-7628 (E.D.La.) | |

### ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Plaintiff, MIKE WILLIAMS, in the above civil matter.  The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Plaintiff, Mike Williams, is hereby granted and that Gregory S. Weiss, Esq. and the firm of Leopold Law, P.A., formerly known as Leopold~Kuvin, P.A., are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Plaintiff, Mike Williams.  Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff, Mike Williams, at:  8979 Lely Island Circle, Naples, FL 34113.

It is ORDERED this _____ day of May, 2012.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE