UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION "L" |
| *THIS DOCUMENT PERTAINS TO*: | JUDGE FALLON MAG. JUDGE WILKINSON |
| **RUSS M. HERMAN AND ARNOLD LEVIN**       Plaintiffs, | *Case No. 2:12-00497* |
| **VERSUS** | |
| **CATAPHORA, INC. AND ROGER CHADDERDON**       Defendants. | |

### O R D E R

Considering the foregoing Motion of Defendants, Cataphora Inc and Roger Chadderon for Leave to File Reply Memorandum In Further Support of Their Motion to De-Consolidate and Transfer;

**IT IS ORDERED** that the Motion of Cataphora, Inc. and Roger Chadderon for Leave to File Reply Memorandum In Further Support of Their Motion to De-Consolidate and Transfer is GRANTED and that the Reply Memorandum be and it is hereby filed.

New Orleans, Louisiana, this 24th day of April, 2012.

_____
THE HONORABLE ELDON E. FALLON
DISTRICT COURT JUDGE