UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2047 |
| | * | SECTION: L |
| This Document Relates to: | * * | JUDGE: FALLON |
| *RICHARD AND CONSTANCE ALMEROTH, ET AL. v. TAISHAN GYPSUM CO, LTD. F/K/A SHANDONG TAIHE DONGZIN CO., LTD.* | * * * * | MAGISTRATE JUDGE WILKINSON |
| Case No.: 2:12-cv-00498 | * * | |

*****************************************

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Hilarie Bass, Esq. and Mark A. Salky, Esq. of the law firm of Greenberg Traurig, P.A. hereby enter their appearance on behalf of Defendants Lennar Corporation and Lennar Homes, LLC f/k/a Lennar Homes, Inc. All pleadings and other papers in this case should be served upon undersigned counsel.[1]

Dated: April 24, 2012              Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Lennar Corporation and*
*Lennar Homes, LLC f/k/a Lennar Homes, Inc.*
333 Avenue of the Americas
(333 S.E. 2nd Avenue), Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com

By:     s/ Mark A. Salky
       HILARIE BASS
    Florida Bar No. 334323
       MARK A. SALKY
    Florida Bar No. 058221

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller, Homebuilders' and Installers' Liaison Counsel Phillip A. Wittman, and Insurer Defendants' Lead Counsel Judy Y. Barrasso, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of April, 2012.

                                                                                                                             s/ Mark A. Salky
                                                                                                                             MARK A. SALKY