## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 : : SECTION: L : JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : MAG. JUDGE WILKINSON : |
| Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Case No. 12-0498 (E.D.La.) | : : : : |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF ALL PAPERS AND PLEADINGS

**COME NOW** Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Patrick & Horn, L.L.C., who hereby appear as attorneys for Heritage Homes of Northwest Florida, LLC in the matter entitled *Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, bearing Civil Action No. 12-0498, and request: (1) that their names at the address listed below be added to the matrix; and (2) that they be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in the above-referenced case. The address for notice and service is as follows:

Heritage Homes of Northwest Florida, LLC
c/o Warren Horn, Esq.
Drew R. Ballina, Esq.
**HELLER, DRAPER,**
  **PATRICK & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Phone: 504.299.3300
E-mail: whorn@hellerdraper.com
  dballina@hellerdraper.com

        Respectfully submitted,

        **HELLER, DRAPER,**
          **PATRICK & HORN, L.L.C.**

        _/s/ Drew R. Ballina_
        Warren Horn (La. Bar #14380)
        Drew R. Ballina (LA Bar #01704)
        650 Poydras Street, Suite 2500
        New Orleans, Louisiana 70130
        Telephone: 504.299.3300
        Facsimile: 504.299.3399
        **COUNSEL FOR HERITAGE HOMES OF NORTHWEST FLORIDA, LLC'S**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing _Notice of Appearance and Request for Service of All Papers and Pleadings_ has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of April 2012.

        _/s/ Drew R. Ballina_
        **DREW R. BALLINA**