Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0040

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--LPR Builders, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **12** day of **April**, 20 **11**, at **1:22** o'clock **P** M

Place of Service: at **5720 SW 82nd St.**, in **South Miami, FL 33143**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**LPR Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Mayra Rabell   Wife of Luis Rabell**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair ____
Approx. Age **55**; Approx. Height **5'6**; Approx. Weight **150**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **14** day of **April**, 20 **11**

Signature of Server

Notary Public   (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jesy Rodriguez Leon
Commission #DD763471
Expires: FEB. 28, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**