38310

Joyce W Rogers, et. al., Plaintiff(s)
  vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0062

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Moore Unique Interiors, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __PALM BEACH__ )

**Name of Server:** __William Greenberg__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __11__ day of __APRIL__, 20 __11__, at __6:05__ o'clock __P__ M

**Place of Service:** at __16889 Secretariat Dr.__, in __Loxahatchee, FL  33470__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Moore Unique Interiors, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __KEVIN MOORE, REGISTERED AGENT__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __BLOND__; Facial Hair ____
Approx. Age __50__; Approx. Height __6'1__; Approx. Weight __190__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __12__ day of __April__, 20 __11__

Signature of Server

Notary Public          (Commission Expires)

**APS International, Ltd.**

LORI A PLOTKE
MY COMMISSION # DD911985
EXPIRES July 29, 2013
(407) 398-0153     FloridaNotaryService.com