Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0004

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Northstar Holdings at B & A, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: PALM BEACH )

| | |
|---|---|
| **Name of Server:** | MICHAEL ROCCO , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the 13TH day of APRIL , 20 11 , at 8:10 o'clock A. M |
| **Place of Service:** | at 7103 Encina Lane , in Boca Raton, FL 33433 |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Northstar Holdings at B & A, LLC** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: DAVID ETTINGER, GENERAL MANAGER |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex M ; Skin Color WHITE ; Hair Color BLACK ; Facial Hair _____ Approx. Age 50 ; Approx. Height 5'7" ; Approx. Weight 180 ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this
14TH day of APRIL , 20 11

MICHAEL ROCCO
Signature of Server

JONATHAN LEVY

Notary Public          (Commission Expires)

**APS International, Ltd.**