Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0044

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Pride Homes of Lakes by the Bay- Parcel H, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** _____CARLOS AGUIRRE_____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __7th__ day of __April__, 20__11__, at __1:30__ o'clock __P__ M

**Place of Service:** at  12448 SW 127th Ave.  , in  Miami, FL  33186

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Pride Homes of Lakes by the Bay- Parcel H, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Lorena Hernandez office staff__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair _____
Approx. Age __24__ ; Approx. Height __5'7__ ; Approx. Weight __200__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __12__ day of __April__, 20__11__

Signature of Server

Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Yudelis Garcia
My Commission DD919265
Expires 08/23/2013