Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109933-0023

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Timberline Builders Inc
Court Case No. 10-362 Section L

---

State of: _Florida_ ) ss.
County of: _Lee_ )

Name of Server: _Barbara Gray_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _14th_ day of _April_, 20_11_, at _9:50_ o'clock _A_ M

Place of Service: at _3618 Del Prado Blvd_, in _Cape Coral, FL  33904_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint**
**in Intervention (IV(C)); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Timberline Builders Inc**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Brian Comer, Registered Agent_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair
Approx. Age _45-50_ ; Approx. Height _5'9"_ ; Approx. Weight _165_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.                                 _15th_ day of _April_, 20_11_

_Barbara Gray_                          _Traci A. DeSalvo  10/23/11_
Signature of Server  #157153            Notary Public          (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727526
Expires 10/23/2011
Florida Notary Assn., Inc