Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0078

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Treasure Coast
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

**Name of Server:** **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **21** day of **April**, 20 **11**, at **11:00** o'clock **A** M

**Place of Service:** at **2400 SE Federal Hwy. 4th Floor**, in **Stuart, FL 34997**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Treasure Coast, 6301 SE Federal Hwy, Stuart, FL 34997**
By delivering them into the hands of an officer or managing agent whose name and title is: **Donna Stitz, Office mgr, Substitute R/A in absence of R/A Gerald Bashant In accordance to FL Statute. (R/A hours are M-F 10am-12pm)**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair **—**
Approx. Age **50**; Approx. Height **5'5"**; Approx. Weight **150lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **21** day of **April**, 20 **11**

*[signature]*       7-14-12
Notary Public          (Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services