Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 109933-0024

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Villa Development, Inc
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __April__, 20 __11__, at __10:10__ o'clock __A__ M

**Place of Service:** at __4414-6 Del Prado Blvd__, in __Cape Coral, FL  33904__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Villa Development, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Christopher Canzano, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __40-45__ Approx. Height __6'0"__ ; Approx. Weight __185__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__
Signature of Server #157153

Subscribed and sworn to before me this __12th__ day of __April__, 20 __11__

__Notary signature__
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

1600