Joyce W Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  109933-0025

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Waterways Joint Venture IV, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Collier__ )

**Name of Server:** __Joseph R. Cripe__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __6th__ day of __April__, 20 __11__, at __2:40__ o'clock __P__ M

**Place of Service:** at __15489 Summit Place Circle__, in __Naples, FL  34119__

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Alfons and Dawn Bucaj et al Omnibus Class Action Complaint in Intervention (IV(C)); Exhibit A

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Waterways Joint Venture IV, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Richard Davenport, Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __Gray__; Facial Hair ____
Approx. Age __60__; Approx. Height __6'0"__; Approx. Weight __180__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157299
APS International, Ltd.

Subscribed and sworn to before me this __12th__ day of __April__, 20 __11__

_____ Elena Alvarado _____
Notary Public           (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

1599