# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-cv-07628 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-00252 (E.D. La.)<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.)<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.)<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**JOINT MEMORANDUM IN SUPPORT OF
JOINT MOTION FOR LEAVE OF COURT TO SUBSTITUTE
EXHIBIT A [REC. DOC. 13307-5] ATTACHED TO JOINT MOTION FOR AN ORDER:
(1) PRELIMINARILY APPROVING THE
L&W CLASS SETTLEMEMT; (2) CONDITIONALLY CERTIFYING AN L&W CLASS
SETTLEMENT; (3) ISSUING CLASS NOTICE; (4)
SCHEDULING A JOINT FAIRNESS HEARING; AND (5) STAYING
CLAIMS AGAINST L&W, USG AND THE KNAUF DEFENDANTS [REC. DOC. 13307-
3] FILED WITH JOINT MOTION FOR LEAVE OF COURT TO EXCEED PAGE
LIMIT AND TO FILE EXHIBITS UNDER SEAL [REC. DOC. 13307]**

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted on behalf of Proposed L&W Class Counsel, the Plaintiffs' Steering Committee ("PSC"), USG Corporation ("USG"), its subsidiary L&W Supply Corporation ("L&W"), and the Knauf Defendants[1] (collectively, the "Settling Parties"), in support of its Joint Motion for Leave of Court to Substitute Exhibit A [Rec. Doc. 13307-5] Attached to Joint Motion for an Order: (1) preliminarily approving the L&W Settlement; (2) certifying an L&W Settlement Class as set forth in the Preliminary Approval Order; (3) approving the form of Notice to the L&W Class; (4) scheduling a joint Settlement Fairness Hearing to consider the Knauf Class Settlement and the L&W Settlement; and (5) staying and enjoining all claims arising out of L&W Supplied KPT Chinese Drywall, which have been asserted against L&W, USG, and/or the Knauf Defendants [Rec. Doc. 13307-5] which was filed with Joint Motion for Leave of Court to Exceed Page Limit and to File Exhibits Under Seal [Rec. Doc. 13307].

On March 27, 2012, joint movants filed a Joint Motion for Leave of Court to Exceed Page Limit and to File Exhibits Under Seal [Rec. Doc. 13307]. Included in that filing was a Joint Motion for an Order: (1) Preliminarily Approving the L&W Settlement; (2) Conditionally Certifying an L&W Class Settlement; (3) Issuing Class Notice; (4) Scheduling a Joint Fairness Hearing; and (5) Staying Claims Against L&W, USG and the Knauf Defendants [Rec. Doc. 13307-3]. Attached as Exhibit A to the Joint Motion for an Order: (1) Preliminarily Approving the L&W Settlement; (2) Conditionally Certifying an L&W Class Settlement; (3) Issuing Class Notice; (4) Scheduling a Joint Fairness Hearing; and (5) Staying Claims Against L&W, USG and the Knauf Defendants [Rec. Doc.

---

[1] The "Knauf Defendants" are defined to mean all Knauf entities, including Knauf Gips KG, Knauf Plasterboard (Tianjin) Co. Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda, Gebruder Knauf Verwaltungsgesellschaft, KG, Knauf UK GmbH, and P.T. Knauf Gypsum Indonesia. *See* Knauf Class Settlement, Section 1.1.1 [Rec. Doc. No. 12080-2]; L&W Settlement, Section 1.1.1.

13307-3] was a partially signed copy of the Settlement Agreement [Rec. Doc. 13307-5]. Since the filing, the ALL appropriate signatures have been acquired. Joint movants desire and request that the attached Exhibit A (Settlement Agreement), which contains ALL appropriate signatures, be substituted in place of the previously filed Exhibit A [Rec. Doc. 13307-5]. Additionally, numerous Powers of Attorneys for the individuals signing on behalf of the Knauf Defendants were provided and should be included as part of the substituted Exhibit A (Settlement Agreement with ALL signatures). There were numerous exhibits that were attached to Exhibit A [Rec. Doc. 13307-5] when filed on March 27, 2012. These exhibits have not changed and will not be refiled with the substituted Exhibit A (Settlement Agreement with ALL signatures). Joint movants feel that is necessary to have a complete signed Settlement Agreement filed into the record and request leave of court to substitute the exhibit as is more fully described above.

Respectfully submitted,

Dated: April 25, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

        Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
COLSON, HICKS, EIDSON, COLSON
  MATTHEWS, MARTINEZ, GONZALES,
  KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL
  ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
  & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
SEEGER WEISS, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr.
119 Washington Avenue
Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**PROPOSED L&W CLASS COUNSEL**

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

Russ M. Herman, Esquire (Bar No. 6819)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Rherman@hhkc.com

**USG CORPORATION AND L&W SUPPLY CORPORATION**

W. David Conner
Haynsworth Sinkler Boyd, P.A.
75 Beattie Place, 11th Floor
Greenville, SC 29601
Phone:  (864) 240-3226
Fax:  (864) 240-3300
dconner@hsblawfirm.com

**THE KNAUF DEFENDANTS**

Kerry J. Miller (Bar No. 24562)
Kyle A. Spaulding (Bar No. 29000)
Paul C. Thibodeaux (Bar No. 29446)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone:  (504) 599-8194
Fax:  (504) 599-8145
kmiller@frilot.com

Steven Glickstein
Gregory J. Wallance
Jay P. Mayesh
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Phone:  (212) 836-8485
Fax:  (212) 836-6485
sglickstein@kayescholer.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of April, 2012.

                /s/ Leonard A. Davis
                Leonard A. Davis, Esquire
                Herman, Herman, Katz & Cotlar, LLP
                820 O'Keefe Avenue
                New Orleans, Louisiana 70113
                Phone: (504) 581-4892
                Fax: (504) 561-6024
                Ldavis@hhkc.com
                *Plaintiffs' Liaison Counsel in MDL 2047*
                *Co-counsel for Plaintiffs*