# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 09-cv-07628 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-06690 (E.D. La.)**<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:10-cv-00362 (E.D. La.)**<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 2:11-00252 (E.D. La.)**<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-1363 (E.D. La.)**<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-2349 (E.D. La.)**<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-3023 (E.D. La.)**<br><br>*Vickers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-04117 (E.D. La.)** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## O R D E R

Considering the Joint Motion for Leave of Court to Substitute Exhibit A [ Rec. Doc. 13307-5] attached to Joint Motion for an Order: (1) Preliminarily Approving the L&W Settlement; (2) Conditionally Certifying an L&W Class Settlement; (3) Issuing Class Notice; (4) Scheduling a Joint Fairness Hearing; and (5) Staying Claims Against L&W, USG and the Knauf Defendants [Rec. Doc. 13307-3] Filed With Joint Motion for Leave of Court to Exceed Page Limit and to File Exhibits

2

Under Seal [Rec. Doc. 13307] filed by Proposed L&W Class Counsel, the Plaintiffs' Steering Committee ("PSC"), USG Corporation ("USG"), its subsidiary L&W Supply Corporation ("L&W"), and the Knauf Defendants;

IT IS ORDERED BY THE COURT that the attached Exhibit A (Settlement Agreement containing all signatures), along with the Knauf Defendants' Powers of Attorney, be and it is hereby substituted and replaces the previously filed Exhibit A [Rec. Doc. 13307-5].

New Orleans, Louisiana, this ___ day of _____, 2012.

_____
Eldon E. Fallon
United States District Court Judge