*Please send me a dated/stamped copy in envelope provided.*

## ANSWER TO SUMMONS IN A CIVIL ACTION



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION NO: 12-498 SECTION L (2)

Richard and Constance Almeroth, et al

Plaintiff

vs.

Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.

Defendant

## ANSWER TO SUMMONS IN A CIVIL ACTION

(Defendant's name and address)   Boutwell Drywall, Dennis

7537 Pine Meadows Loop

Milton, Fl 32571   850-994-4897 - Phone

### JURISDICTION, PARTIES AND VENUE

1. Unknown to Defendant therefore Denied.
2. Unknown to Defendant therefore Denied.
3. Unknown to Defendant therefore Denied.

### PLANITIFFS

4. Unknown to Defendant therefore Denied.
5. Unknown to Defendant therefore Denied.

6. Unknown to Defendant therefore Denied.

7. Unknown to Defendant therefore Denied.

## DEFENDANTS

8. Unknown to Defendant therefore Denied.

### The Manufacturing Defendants

9. Unknown to Defendant therefore Denied.

10. Unknown to Defendant therefore Denied.

11. Unknown to Defendant therefore Denied.

12. Unknown to Defendant therefore Denied.

13. Unknown to Defendant therefore Denied.
14. Defendant admits it is listed on Exhibit "B" with a corresponding #41; the remaining allegations are unknown therefore Denied.

## FACTS REGARDING PROBLEMATIC DRYWALL

15. Unknown to Defendant therefore Denied.

16. Unknown to Defendant therefore Denied.

17. Unknown to Defendant therefore Denied.

18. Unknown to Defendant therefore Denied.

19. Unknown to Defendant therefore Denied.

20. Unknown to Defendant therefore Denied.

21. Defendant was not engaged in manufacturing, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the problematic drywall. The remaining Allegations of paragraph 21 are unknown and therefore Denied.
22. Defendant was not engaged in manufacturing, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the problematic drywall. The remaining Allegations of paragraph 21 are unknown and therefore Denied.
23. Defendant was not engaged in manufacturing, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the problematic drywall. The remaining Allegations of paragraph 21 are unknown and therefore Denied.
24. Defendant was not engaged in manufacturing, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the problematic

drywall. The remaining Allegations of paragraph 21 are unknown and therefore Denied.
25. Defendant was not engaged in manufacturing, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the problematic drywall. The remaining Allegations of paragraph 21 are unknown and therefore Denied.
26. Defendant was not engaged in manufacturing, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the problematic drywall. The remaining Allegations of paragraph 21 are unknown and therefore Denied.

## CLASS ACTION ALLEGATIONS

### The Manufacturing Class

27. Unknown to Defendant therefore Denied.

28. Unknown to Defendant therefore Denied.

### The Builder/Developer Subclasses

29. Unknown to Defendant therefore Denied.

### The Contractor/Installer Subclasses

30. Unknown to Defendant therefore Denied.

### General Class Allegations and Exclusions from the Class Definitions

31. Unknown to Defendant therefore Denied.

32. Unknown to Defendant therefore Denied.

33. A, B, C, D, Unknown to Defendant therefore Denied.

34. Unknown to Defendant therefore Denied.

35. Unknown to Defendant therefore Denied.

36. Unknown to Defendant therefore Denied.

37. Unknown to Defendant therefore Denied.

38. Unknown to Defendant therefore Denied.

39. Unknown to Defendant therefore Denied.

40. Unknown to Defendant therefore Denied.

## COUNT 1

**NEGLIENCE**

**(Against All Defendants)**

41. Unknown to Defendant therefore Denied.

42. Unknown to Defendant therefore Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

## COUNT II

**NEGLIGENCE PER SE**

**(Against All Defendants)**

49. Unknown to Defendant therefore Denied.

50. Unknown to Defendant therefore Denied.

51. Unknown to Defendant therefore Denied.

52.  Unknown to Defendant therefore Denied.

53. Unknown to Defendant therefore Denied.

54. Unknown to Defendant therefore Denied.

55. Unknown to Defendant therefore Denied.

## COUNT III

**STRICT LIABILITY**

**(All Defendants)**

56. Unknown to Defendant therefore Denied.

57. Unknown to Defendant therefore Denied.

58. Unknown to Defendant therefore Denied.

59. Unknown to Defendant therefore Denied.

60. Unknown to Defendant therefore Denied.

61. Unknown to Defendant therefore Denied.

62. Unknown to Defendant therefore Denied.

63. Unknown to Defendant therefore Denied.

64. Unknown to Defendant therefore Denied.

65. Unknown to Defendant therefore Denied.

66. Unknown to Defendant therefore Denied.

67. Unknown to Defendant therefore Denied.

68. Unknown to Defendant therefore Denied.

69. Unknown to Defendant therefore Denied.

70. Unknown to Defendant therefore Denied.

71. Unknown to Defendant therefore Denied.

72. Unknown to Defendant therefore Denied.

73. Unknown to Defendant therefore Denied.

## COUNT IV

### BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES

### (All Defendants)

74. Unknown to Defendant therefore Denied.

75. Unknown to Defendant therefore Denied.

76. Unknown to Defendant therefore Denied.

77. Unknown to Defendant therefore Denied.

78. Unknown to Defendant therefore Denied.

79. Unknown to Defendant therefore Denied.

80. Unknown to Defendant therefore Denied.

81. Unknown to Defendant therefore Denied.

## COUNT V

### BREACH OF THE IMPLIED WARRANTY OF FITNESS AND MERCHANTABILITY PURSANT TO FLORIDA STATUTES SECTION 718.203

### (ON Behalf of Plaintiffs Who Own Condominiums in the State of Florida)

### (Against Builders Only)

82. Unknown to Defendant therefore Denied.

83. Unknown to Defendant therefore Denied.

84. Unknown to Defendant therefore Denied.

85. Unknown to Defendant therefore Denied.

86. A, B, C, D, E, Unknown to Defendant therefore Denied.

87. Unknown to Defendant therefore Denied.

88. Unknown to Defendant therefore Denied.

89. Unknown to Defendant therefore Denied.

90. Unknown to Defendant therefore Denied.

91. Unknown to Defendant therefore Denied.

92. Unknown to Defendant therefore Denied.

93. Unknown to Defendant therefore Denied.

## COUNT VI

### BREACH OF THE IMPLIED WARRANTY OH HABITABILITY

### (Against Builders Only)

94. Unknown.

95. Unknown.

96. Unknown.

97. Unknown.

98. Unknown.

99. Unknown.

100. Unknown.

## COUNT VII

### BREACH OF CONTRACT

### (Against Builders Only)

101. Unknown.

102. Unknown.

103. Unknown.

104. Unknown Denied.

## COUNT VII

### VIOLATION OF THE LOUISANA NEW HOME WARRANTY ACT

### (On Behalf of Plaintiffs Who Own Homes in the State of Louisiana)

### (Against Louisiana Builders Only)

105. Unknown.

106. Unknown Denied.

107. Unknown.

108. Unknown.

109. Unknown.

110. Unknown.

111. Unknown.

## COUNT IX

### REDHIBITION

### (By Louisiana Plaintiffs Against All Defendants)

112. Unknown.

113. Unknown Denied

114. Unknown Denied.

115. Unknown Denied.

116. Unknown Denied.

117. Unknown Denied.

118. Unknown Denied.

119. Unknown Denied.

120. Unknown Denied.

121. Unknown Denied.

## COUNT X

## LOUISIANA PRODUCTS LIABILITY ACT

### (Manufacturing Defendants)

### (Plead in the Alternative Against Distributor Defendants)

122. Unknown Denied.

123. Unknown Denied.

124. Unknown Denied.

125. Unknown Denied.

126. Unknown Denied.

127. Unknown Denied.

128. Unknown Denied.

129. Unknown Denied.

130. Unknown Denied.

131. Unknown Denied.

132. Unknown Denied.

133. Unknown Denied.

134. Unknown Denied.

135. Unknown Denied.

## COUNT XI

### PRIVATE NUSIANCE
### (All Defendants)

136. Unknown.

137. Unknown Denied.

138. Unknown Denied.

139. Unknown Denied.

140. Unknown Denied.

141. Unknown Denied.

142. Unknown Denied.

## COUNT XII

### UNJUST ENRICHMENT

### (All Defendants)

143. Unknown.

144. Unknown Denied.

145. Unknown Denied.

146. Unknown Denied.

## COUNT XIII

### Violation Of Consumer Protection Acts

### (All Defendants)

147. Unknown

148. Unknown Denied.

149. Unknown Denied.

150. Unknown Denied.

151. Unknown Denied.

## COUNT XIV

## EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITIRING

## (All Defendants)

152. Unknown

153. Unknown Denied.

154. Unknown Denied.

155. Denied.

156. Denied.

157. Unknown Denied.

158. Unknown Denied.

159. Denied.

160. Unknown Denied.

161. Unknown Denied.

162. Unknown Denied.

163. Unknown Denied.

164. Unknown Denied.

Boutwell Drywall
---

Defendant

7537 Pine Meadows Loop
---

Street Address

Milton, Fl 32571
---

City, State, Zip Code

I hereby certify that a copy hereof has been furnished by hand-delivery/(mail)/fax to Plaintiff/ Plaintiff's attorney this 23 day of April, 2012

_Tammy Jo Brown_
---

Defendant

_Dus Boutwell_
---

4/23/2012

cc. Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel MLD 2047*

_Rita F. Flowers_

RITA F. FLOWERS
Commission DD 804522
Expires July 9, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

4-23-12
Dennis Boutwell
Personally Known

4/23/2012

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran, & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@fsblaw.com
Plaintiffs' Lead Counsel MLD 2047

