Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0014

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Al Brothers, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _ILLINOIS_ ) ss.
County of: _Cook_ )

**Name of Server:** _Robert W. Brindac Jr_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _20_ day of _October_, 20 _11_, at _5:18_ o'clock _P_ M

**Place of Service:** at _919 S. Charlotte Street_, in _Lombard, IL 60148_

**Documents Served:** the undersigned served the documents described as:
Summons and Class Action Complaint w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Al Brothers, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Al Justus, Owner for Al Brothers_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Salt & Pepper_ ; Facial Hair _None_
Approx. Age _47_ ; Approx. Height _6'0_ ; Approx. Weight _165_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this day of OCT 21 2011, 20

_Signature of Server_     _Frances R. Brindac_
                          Notary Public         (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13