Case 2:09-md-02047-EEF-MBN   Document 13918   Filed 04/25/12   Page 1 of 1

Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrüeder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0057

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ameritek Homes Co., f/k/a Dulcie and Company, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __St. Lucie__ )

Name of Server: __Amy M. Perron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __26__ day of __October__, 20__11__, at __5:30__ o'clock __P__ M

Place of Service: at __1880 SW Millikin Avenue__, in __Port St Lucie, FL 34953__

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Ameritek Homes Co., f/k/a Dulcie and Company, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Maria Pikuza - Roommate - Andrew Dulcie authorized Ms. Pikuza to accept service on his behalf.__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Gray__ ; Facial Hair __—__
Approx. Age __65-70__ ; Approx. Height __5'2"__ ; Approx. Weight __140-150 lbs__

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Amy M. Perron__
Signature of Server

Subscribed and sworn to before me this __27__ day of __October__, 20__11__

__BAP__    7-14-12
Notary Public    (Commission Expires)

**APS International, Ltd.**



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services