Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0034

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Andrews Hardware Company, Inc., d/b/a Andrews Ace Hardware
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **MOBILE** )

**Name of Server:** _Daniel A. Moynihan_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _21st_ day of _OCTOBER_, 20 _11_, at _3:50_ o'clock _P_ M

**Place of Service:** at 19750 North 3rd Street, in Citronelle, AL 36522

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Andrews Hardware Company, Inc., d/b/a Andrews Ace Hardware**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Bruce Andrews - Owner_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _WHT_; Hair Color _GRAY_; Facial Hair _N/A_
Approx. Age _60_; Approx. Height _6'_; Approx. Weight _175_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _4th_ day of _November_, 20 _11_

_Signature of Server_        _Notary Public_ (Commission Expires) 06/24/2012

APS International, Ltd.