Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0068

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aranda Homes, Inc
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **21st** day of **October**, 20 **11**, at **11:05** o'clock **A** M

Place of Service: at **3201 SW 4th Lane**, in **Cape Coral, FL 33991**

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Aranda Homes, Inc**

Person Served, and Method of Service: By delivering them into the hands of an agent whose name and title is: **Brad Williams, Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **Gray** ; Facial Hair ____
Approx. Age **55-60** ; Approx. Height **5'9"** ; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Barbara Gray**
Signature of Server # 157153

APS International, Ltd.

Subscribed and sworn to before me this **27th** day of **October**, 20 **11**

**Marcia L. McEvers**
Notary Public           (Commission Expires)

MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

5354