Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 113038-0058

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Arif Parupia
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **St Lucie** )

Name of Server: **Bradley A Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25** day of **October**, 20 **11**, at **2 45** o'clock **P** M

Place of Service: at **10850 Kimberfyld Ln.**, in **Port St Lucie, FL 34986**

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Arif Parupia**

Person Served, and Method of Service:
☒ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Arif Parupia** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black/Grey**; Facial Hair **No**
Approx. Age **55-60**; Approx. Height **6'0"**; Approx. Weight **185 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **26** day of **October**, 20**11**
_Amy M. Kreyling_   9/25/14
Notary Public   (Commission Expires)

AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.