Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0026

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
   --ASAP Drywall
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Alabama__ ) ss.
County of: __Jefferson__ )

**Name of Server:** __Arthur Brooks__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __30__ day of __Oct__, 20 __11__, at __3:56__ o'clock __P__ M

**Place of Service:** at __456 Plaza Drive__, in __Birmingham, AL 35235__

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**ASAP Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Stephen Hooper, Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Blk__ ; Facial Hair __No__
Approx. Age __45__ ; Approx. Height __5'7"__ ; Approx. Weight __195__

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Arthur Brooks_
Signature of Server

Subscribed and sworn to before me this
__8__ day of __Dec__, 20 __11__

_Martha Moore_
Notary Public           (Commission Expires)

**APS International, Ltd.**

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014