| | |
|---|---|
| Dorothy Arndt, et. al., Plaintiff(s)<br>vs.<br>Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s) |  Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |

APS File #: 113038-0003

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--AW Independent, Inc.
Court Case No. 11-2349 Section L

---

State of: **Texas** ) ss.
County of: **Brazoria** )

Name of Server: **Les Berel**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13th** day of **October**, 20**11**, at **11:15** o'clock **A**M

Place of Service: at **3650 CR 89**, in **Manvel, TX 77578**

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**AW Independent, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Janie Wood   Administrative Assistant**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color ____; Facial Hair ____
Approx. Age **35-45**; Approx. Height **5'4"**; Approx. Weight **120**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Les Berel*
Signature of Server

Subscribed and sworn to before me this **13th** day of **October**, 20**11**

Notary Public           (Commission Expires)

**APS International, Ltd.**



CONNIE SUE KIMICH
MY COMMISSION EXPIRES
March 29, 2012