Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0031

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Bay Town Builders, LLC
Court Case No. 11-2349 Section L

State of: Alabama ) ss.
County of: Mobile )

Name of Server: Tom McCall, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26 day of Oct, 20 11, at 6:30 o'clock P M

Place of Service: at 1569 Fearnway, in Mobile, AL 36604

Documents Served: the undersigned served the documents described as:
Summons and Class Action Complaint w/Jury Demand; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Bay Town Builders, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Tuan Titlestad, Authorized agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Brn ; Facial Hair No
Approx. Age 42 ; Approx. Height 6'1" ; Approx. Weight 185

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Tom McCall
Signature of Server

Subscribed and sworn to before me this 5 day of Dec, 20 11

Martha Moore
Notary Public                    (Commission Expires)

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014

**APS International, Ltd.**