Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0070

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Best Homes of SW Florida, Inc., a/k/a Legend Custom Builders, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __18th__ day of __October__, 20 __11__, at __11:00__ o'clock __A__ M

Place of Service: at __2320 First Street, Suite 1000__, in __Ft Myers, FL 33901__

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Best Homes of SW Florida, Inc., a/k/a Legend Custom Builders, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Steven Winer, Registered Agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Bald__ ; Facial Hair ____
Approx. Age __50-60__; Approx. Height __6'1"__ ; Approx. Weight __185__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server #157154

Subscribed and sworn to before me this __21st__ day of __October__, 20 __11__
__Traci A. DeSalvo__  10/22/11
Notary Public        (Commission Expires)

**APS International, Ltd.**



5348