UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**AFFIDAVIT OF NICHOLAS P. PANAYOTOPOULOS
IN SUPPORT OF MOTION TO COMPEL
AND FOR COSTS/SANCTIONS AGAINST CNBM (USA) CORP.**

STATE OF LOUISIANA
PARISH OF NEW ORLEANS

BEFORE ME, the undersigned authority;

PERSONALLY CAME AND APPEARED:

**NICHOLAS P. PANAYOTOPOULOS**

Who after being first duly sworn, did depose and declare that:

1) I am an attorney at the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC.

2) Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC represents Banner Supply Company; Banner Supply Company Fort Myers, LLC; Banner Supply Company Tampa, LLC; Banner Supply Company Pompano, LLC; and Banner Supply International, LLC (collectively "Banner") in this matter.

3) On December 20, 2011, the Plaintiffs' Steering Committee issued a subpoena to CNBM (USA) Corp. (hereinafter "CNBM (USA)") in connection with a Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) (hereinafter the "Deposition Notice").

4) The Deposition Notice set the deposition of CNBM on February 22, 2012 at 10:00 a.m. at the Beverly Wilshire Hotel, located at 9500 Wilshire Boulevard, Beverly Hills, CA 90212.

5) On February 10, 2012, Banner filed a Cross-Notice of the Deposition Notice.

6) On February 22, 2012, a Certificate of Non-Appearance of 30(b)(6) Witness of CNBM was taken at the Beverly Wilshire Hotel, commencing at 10:31 a.m., following the witness's failure to appear at the deposition. Patrick Montoya, counsel in the office of Colson Hicks Eidson appeared in California to take the deposition (the "*process verbal*") and numerous other counsel participated either in person or by phone. Specifically, I appeared in person on behalf of Banner to participate in the deposition.

7) On February 28, 2012, the Plaintiffs' Steering Committee filed with the Court the PSC's Motion to Compel and for Costs/Sanctions [Rec. Doc. 12641] together with a Memorandum in Support [Rec. Doc. 12641-1] that contains as exhibits the Notice of Deposition, the Subpoena, the Return of Service of Subpoena, and the *process verbal*.

8) On March 12, 2012, Banner and Chartis filed a Motion to Join the PSC's Motion to Compel [Rec. Doc. 12904]. This Court granted that Motion on March 14, 2012 [Rec. Doc.12937].

9) A copy of the Motion to Compel, Memorandum in Support with exhibits and the Order setting the Motion following the Monthly Status Conference on March 22, 2012 at 9:00 a.m. and ordering that Responses in Opposition to the Motion be field by March 15, 2012 [Rec. Doc. 12776] were all forwarded via Federal Express on March 5, 2012.

10) CNBM did not appear at the Status Conference on March 22, 2012 and did not file an Opposition to the hearing on the Motion to Compel set for March 22, 2012.

11) On March 22, 2012, this Court issued a Minute Entry [Rec. Doc. 13299] granting the PSC's Motion to Compel and for Costs/Sanctions against CNBM.

12) Banner has incurred costs and fees in the amount of $11,823.76 as evidenced by the following:

    a. Airfare in the amount of $555.70 (**Exhibit A**);

    b. Hotel charges in the amount of $345.85 for February 21, 2012 (**Exhibit B**);

    c. Meals in the amount of $105.21 (**Exhibit C**);

    d. Banner's counsel also spent 40.9 hours in legal work amounting to a total of $10,817.00 in connection with the drafting of the Cross-Notice of the Deposition, Motion to Join PSC's Motion to Compel, and preparation and attendance at the deposition and hearings in connection with this matter (**Exhibit D**).

_____
NICHOLAS P. PANAYOTOPOULOS

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 25 DAY OF
APRIL, 2012.

_____
Notary Public
Print Name: Cynthia Gilbert
My notary expires: 2/11/2013

[Notary Seal: CYNTHIA GILBERT, NOTARY PUBLIC, COBB COUNTY, GEORGIA, EXPIRES FEB. 11, 2013]