# Exhibit A

## Airfare

| | Amount | |
|---|---|---|
| Delta Ticket # 00621968961843 | $1,823.20 | |
| Delta Ticket # 00621968584650 | ($711.80) | Refund for flight change |
| | **$1,111.40** | |
| Trip for 2 depositions | 1/2 | |
| | **$555.70** | |



delta.com My Trips Earn Miles

# YOUR ITINERARY AND RECEIPT



**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review this information before your trip.** If you need to contact Delta or check your flight information, go to delta.com or call 1-800-221-1212. For a complete list of world wide phone numbers, please visit www.delta.com/contact_us.

You can exchange, reissue and refund eligible electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

You can check in for your flight up to 24 hours prior to departure time. Check in online by clicking the link below or download the Fly Delta app here. You can also use the app to change seats, track your bag, view your flight status and so much more.

**Thanks for choosing Delta.**
Flight Confirmation #: **GM9Z94** | Ticket #: **0062196896184З**

CHECK IN ONLINE >

## Your Flight Information

| Date | Depart | From | Arrive | To | Flight |
|---|---|---|---|---|---|
| Fri 17FEB | LV **10:54am** | ATLANTA | AR **11:43am** | NEW ORLEANS | **DELTA 1462** ECONOMY (M) Confirmed |
| Mon 20FEB | LV **7:05am** | NEW ORLEANS | AR **9:31am** | LOS ANGELES | **DELTA 1325** ECONOMY (M) Confirmed Food Available For Purchase |
| Wed 22FEB | LV **6:41pm** | LOS ANGELES | AR **12:15am** ** | NEW ORLEANS | **DELTA 980** ECONOMY (M) Confirmed Food Available For Purchase |
| Thu 23FEB | LV **4:30pm** | NEW ORLEANS | AR **7:01pm** | ATLANTA | **DELTA 1293** ECONOMY (M) Confirmed |

**Arrival date is different than departure date.

1823.20
Refund 711.80
$1111.40

## Your Flight Details

Manage Trip >

| Passenger Details | Flights | Seats |
| --- | --- | --- |
| **NICHOLAS PANAYOTOPOULOS**<br>SkyMiles #*******836 Platinum | DELTA 1462<br>DELTA 1325<br>DELTA 980<br>DELTA 1293 | Not Assigned<br>Not Assigned<br>Not Assigned<br>Not Assigned |

### Receipt Information

**Billing Details**

| **Passenger:** | **Payment Method:** | **Ticket Number:** |
| --- | --- | --- |
| **NICHOLAS PANAYOTOPOULOS** | VI************4762 | **00621968961843** |

| | |
| --- | --- |
| **FARE:** | **1655.81 USD** |
| **Tax:** | **167.39** |
| **Total:** | **1823.20 USD** |

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

### Tax Details

**Total Tax:** **167.39**

**Itemized Tax:** 10.00 AY 18.00 XF 15.20 ZP 124.19 US

### Fare Details

**ATL DL MSY372.10ME00A0RJ DL LAX455.81MA00A0RA DL MSY455.81MA00A0RA DL ATL372.09ME00A0RJ USD1655.81END ZP ATLMSYLAXMSY XF ATL4.5MSY4.5LAX4.5MSY4.5**

### Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
| --- | --- | --- | --- | --- |
| NICHOLAS PANAYOTOPOULOS | 00621968961843 | CVGRES | 15FEB12 | 15FEB13 |

| Baggage Fees (per passenger each way) | | Economy Class | First/ Business Elite[1] |
| --- | --- | --- | --- |
| Carry-on Baggage (one bag plus one | Carry-on Baggage | Complimentary | Complimentary |



delta.com My Trips Earn Miles

# YOUR ITINERARY AND RECEIPT



**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review this information before your trip.** If you need to contact Delta or check your flight information, go to delta.com or call 1-800-221-1212. For a complete list of world wide phone numbers, please visit www.delta.com/contact _us.

You can exchange, reissue and refund eligible electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

You can check in for your flight up to 24 hours prior to departure time. Check in online by clicking the link below or download the Fly Delta app here. You can also use the app to change seats, track your bag, view your flight status and so much more.

**Thanks for choosing Delta.**
Flight Confirmation #: **GM9Z94** | Ticket #: **00621968584650**

CHECK IN ONLINE >

## Your Flight Information

| Wed 22FEB | | | | |
|---|---|---|---|---|
| LV **1:15pm** | LOS ANGELES | AR **8:31pm** | ATLANTA | **DELTA 61**<br>ECONOMY (L)<br>Confirmed<br>Food Available For Purchase |

## Your Flight Details

Manage Trip >

| Passenger Details | Flights | Seats |
|---|---|---|
| **NICHOLAS PANAYOTOPOULOS**<br>SkyMiles #*******836 Platinum | DELTA 61 | Not Assigned |

## Receipt Information

**Billing Details**

| | | |
|---|---|---|
| **Passenger:**<br>**NICHOLAS PANAYOTOPOULOS** | **Payment Method:**<br><br>Org FOP<br>VI************4762 | **Ticket Number:**<br>**00621968584650**<br>Org Tkt 00621968961843 |
| **FARE:** | **1003.72 USD** | |

**Tax:** 107.68
**Total:** **1111.40 USD**

PENALTY APPLIES

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

## Tax Details

**Total Tax:** **107.68**
**Itemized Tax:** 75.28 US 11.40 ZP 7.50 AY 13.50 XF

## Fare Details

**ATL DL MSY372.10ME00A0RJ DL LAX455.81MA00A0RA DL ATL175.81LD07A0NJ USD1003.72END ZPATLMSYLAX XF ATL4.5MSY4.5LAX4.5**

## Credit Card Refund

**Passenger:** **NICHOLAS PANAYOTOPOULOS**
**Original Payment Method:** VI************4762
**Original Ticket#:** 00621968961843
**Refund#:** 00607531551631

Original Base Fare: 652.09 USD
Total Fees/Charges: 59.71 US
Total: USD
Penalty 0.00 US
**Refund Amount:** **711.80 USD**

Retain this receipt for your records. The amount shown has been refunded to the account listed.

## Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| NICHOLAS PANAYOTOPOULOS | 00621968584650 | CVGRES | 22FEB12 | 15FEB13 |

| Baggage Fees (per passenger each way) | | Economy Class | First/ Business Elite! |
|---|---|---|---|
| Carry-on Baggage (one bag plus one personal item) | Carry-on Baggage | Complimentary | Complimentary |
| First Checked Bag Want first bag free? | Checked Baggage | Within U.S. and Canada: $25<br>U.S./Canada and Caribbean: $25<br>International: Complimentary | Complimentary |
| Second Checked Bag | | Within U.S. and Canada: $35 | Complimentary |