# Exhibit B

THE RITZ-CARLTON®
LOS ANGELES

**GUEST FOLIO**

900 W Olympic Blvd, Los Angeles, California  90015 USA • 213.743.8800

| Room | Name | Rate | Depart | Time | |
|------|------|------|--------|------|--|
| 2232 | PANAYOTOPOULOS/NICH | 299.00 | 02/22/12 | 12:00 | 1489 |
| Type | | | Arrive | Time | ACCT# |
| DK | | | 02/20/12 | 09:59 | |

| Room Clerk | Address | | Payment | |
|------------|---------|--|---------|--|
| 89 | 4010 ASHENTREE DR | | VSXXXXXXXXXXXX4762 | |
| | ATLANTA    GA 303411405 | | | MRW#: 489566927N |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|--|---------|---------|-------------|
| 02/20 | TR ROOM | 2232, 1 | 299.00 | | |
| 02/20 | OCC TAX | 2232, 1 | 41.86 | | |
| 02/20 | CA FEE | 2232, 1 | .50 | | |
| 02/20 | TMDFEE | 2232, 1 | 4.49 | | |
| 02/21 | TR ROOM | 2232, 1 | 299.00 | | |
| 02/21 | OCC TAX | 2232, 1 | 41.86 | | |
| 02/21 | CA FEE | 2232, 1 | .50 | | |
| 02/21 | TMDFEE | 2232, 1 | 4.49 | | |

(in town for two depositions)

691.70 ÷ 2 = $345.85

**AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:**
**NPANAYO@WWHGD.COM**
**SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X_____