# Exhibit C

**Meals - Los Angeles**

| Date | Meal | Amount |
|---|---|---|
| 2/20/2012 | Breakfast | $ 7.30 |
| 2/20/2012 | Lunch | $ 25.00 |
| 2/20/2012 | Snack | $ 13.34 |
| 2/20/2012 | Dinner | $ 77.16 |
| 2/21/2012 | Breakfast | $ 15.99 |
| 2/21/2012 | Lunch | $ 29.99 |
| 2/22/2012 | Breakfast | $ 22.51 |
| 2/22/2012 | Lunch | $ 19.12 |
| | | $ 210.41 |
| In town for 2 depositions | | 0.50% |
| | | **$ 105.21** |

## Receipt 1: Engine Co No 28 Restaurant

ENGINE CO NO 28 REST
644 S FIGUEROA ST
LOS ANGELES, CA. 900

TERMINAL I.D.: 00855000008010111361403
MERCHANT #: 8010113614
SRV: 56
VISA
************4762
SALE
RECORD #: 21   INV: 000021
DATE: FEB 20, 12   TIME: 18:19
BATCH: 859   AUTH: 04547B

BASE   $10.87
TIP    _____
TOTAL  _____

NICHOLAS PANAYOTOPOULOS

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CUSTOMER COPY

---

## Receipt 2: Starbucks

STARBUCKS Store #13222
800 W. Olympic Blvd.
Los Angeles, CA (213) 748-1009

CHK 658438
02/22/2012 08:40 AM
1542852 Drawer: 1 Reg: 2

T1 Dcf Pike Place          1.65
VISA                       1.65
XXXXXXXXXXXX4762
Subtotal                   1.65
Total                      1.65
Change Due                $0.00

------ Check Closed ------
02/22/2012 08:40:30AM

Introducing Starbucks(R)
Blonde Roast. The lighter
roast perfected. Now available
in Veranda Blend(TM) and
Willow Blend(TM). Learn more
at Starbucks.com/coffee

---

## Receipt 3: CPK ASAP (LAX Airport)

#MSHost
CPK ASAP T5
Los Angeles Int'l Airport

7539 ANABEL
CHK 3808 FEB22 12 11:46AM

1 BBQ CHKN PIZZA           9.69
1 FOHB SALAD               9.49
Subtotal                  19.18
tax                        1.68
XXXXXXXXXXXXXXX2         XX/XX
                          20.86

#MSHost
Los Angeles Int'l Airport

GOT 5 STAR SERVICE?
Contact LAXGM@MSHOST.COM
or Call 310.642.9542

---

## Receipt 4: El Cholo - Downtown

El Cholo - Downtown
1037 S. Flower St.
Los Angeles, CA 90015
213.746.7750

DOB: 02/20/2012
02/20/2012
5/50009

SALE

Visa
Card #XXXXXXXXXXXX4762            5242883
Magnetic card present PANAYOTOPOULOS NICH
Card Entry Method: S

Approval: 015040

Server:
01:04 PM
B1/1

Amount:  $ 20.50
+ Tip:   _____
= Total: _____

X _____

I agree to pay the above
total amount according to the
card issuer agreement.

Customer Copy

The Original BWB - Beverly Hills
252 S Beverly Dr
Beverly Hills, CA 90212
Phone:(310)-786-7400
www.brooklynwaterbagels.com

Ord #116
Take Out

Empl:David W.   02/21/2012   9:44 AM

1 Bacon Egg n Chs Brkfst Sa                 4.99
  Sesame Bagel
  Toasted
  Egg Mix
  Swiss
1 Sliced Nova and CC                        8.79
  Scallion CC
  Whole Wheat ET
  Toasted
  NO Cheese
  NO Tomato
  NO Onion

            Subtotal                       13.78
            Tax                             1.21
            Total                          14.99

Visa 4762 Payment                          14.99

            Tip                            _____

---

1040
Server: D BARTENDE D (#666)        Rec: 30
02/20/12 21:07, Swiped   T: 998 Term: 4

RIVERA LATIN
1050 S. FLOWER ST.
LOS ANGELES, CA 90017
(213)749-1460
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX4762
Name: NICHOLAS PANAYOTOPOULOS
CC TRANSACTION APPROVED
AUTHORIZATION #: 00570B
Reference: 022001000040
TRANS TYPE: Credit Card SALE

CHECK:                            64.16

TIP:    _____

TOTAL:  _____

PHONE: (    )    -
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
        Come Join Us Again!
           Thank You!
**PLEASE LEAVE SIGNED COPY FOR SERVER!**

---

The STANDARD DOWNTOWN
+ ROOFTOP +
550 South Flower St
Los Angeles, CA 90071
T 213.892.8080

*** Receipt Print ***
Date:        Feb21'12 09:41PM
Card Type:   VISA
Acct #:      XXXXXXXXXXXX4762
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   035210
Check:       5215
Server:      6002 Devin E

Subtotal:                      24.99
TIP:                            5.00
TOTAL:                         29.99

```
DNC Travel Hospitality Services
   ** New Orleans Airport **
   ** Jester's Grille **

CHECK:      9667
SERVER:     1017 Quatasha S.
DATE:       FEB20'12  6:12AM
CARD TYPE:  Visa
ACCT #:     XXXXXXXXXXXX4762
EXP DATE:   XX/XX
AUTH CODE:  01524B

TOTAL:            TIP $ _____

                              7.30
```

```
          Qdoba
    Concourse E Food Court -
    Hartsfield-Jackson Airport
          Atlanta, GA
Date:           Feb22'12 08:37PM
Card Type:      Visa
Acct #:         XXXXXXXXXXXX4762
Card Entry:     SWIPED
Trans Type:     PURCHASE
Auth Code:      03576B
Check:          8271
Server:         1041 Latoya C

Total                      19.12
```