# Exhibit D

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/13/12 | O'Neill, P. Shane | Work on Preparation for deposition of CNBM (USA) Corp. | 2.8 | 812.00 |
| 02/13/12 | Eaves, Tammy M. | Search through and prepare documents for attorney's preparation for upcoming deposition of CNBM. | 3.5 | 507.50 |
| 02/13/12 | Eaves, Tammy M. | Perform Internet searches for information on CNBM USA Corporation for upcoming deposition. | 0.8 | 116.00 |
| 02/14/12 | Dreyfuss, Stephanie J. | Lexis Nexis Alert in the Broward master with cross notice of deposition of CNBM agent Lina Zhang for 2-22-12 | 0.1 | 14.50 |
| 02/14/12 | Dreyfuss, Stephanie J. | Lexis Nexis Alert in the MIAMI Master Banners' Cross Notice of 2-22-12 Deposition of CNBM USA Corp | 0.1 | 14.50 |
| 02/15/12 | Mashelkar, Shubhra R | Prepare for Taishan distributor depositions of CNBM. | 1.5 | 435.00 |
| 02/15/12 | Mashelkar, Shubhra R | Numerous call with Clint Dockery regarding upcoming Taishan depositions. | 0.5 | 145.00 |
| 02/16/12 | Mashelkar, Shubhra R | Review numerous documents and prepare for CNBM deposition. | 1 | 290.00 |
| 02/16/12 | Eaves, Tammy M. | Prepare materials for attorney use at upcoming CNBM deposition. | 2.7 | 391.50 |
| 02/16/12 | Panayotopoulos, Nick | Receipt and review of Return of Service of Subpoena on CNBM | 0.1 | 29.00 |
| 02/16/12 | Panayotopoulos, Nick | Review of pertinent memoranda and documents in preparation for deposition of corporate representative of CNBM. Corp. | 3 | 870.00 |
| 02/16/12 | Panayotopoulos, Nick | Revised outline and exhibits to be used in connection with deposition of corporate representative of CNBM. | 2.3 | 667.00 |
| 02/20/12 | Panayotopoulos, Nick | Travel from New Orleans, LA to Los Angeles, CA. | 4 | 1160.00 |
| 02/21/12 | Panayotopoulos, Nick | Review of CNBM USA documents and outline. | 2.5 | 725.00 |
| 02/22/12 | Panayotopoulos, Nick | Travel to and from deposition of corporate representative of CNBM. | 2.6 | 754.00 |
| 02/22/12 | Panayotopoulos, Nick | Attended deposition of corporate representative of CNBM. | 0.6 | 174.00 |
| 02/22/12 | Panayotopoulos, Nick | Return travel to Atlanta, GA from Los Angeles, CA. | 6 | 1740.00 |
| 02/22/12 | Panayotopoulos, Nick | Receipt and review of Chartis's Cross Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) of CNBM (USA) Corp. | 0.1 | 29.00 |
| 02/29/12 | Mashelkar, Shubhra R | Receipt and review The PSC's Motion to Compel and for Costs Sanctions re CNBM (USA) Corp., Memorandum in support and attached exhibits in Germano matter. | 0.3 | 87.00 |
| 02/29/12 | Mashelkar, Shubhra R | Review numerous emails regarding sanction motion against CNBM of America. | 0.5 | 145.00 |
| 02/29/12 | Panayotopoulos, Nick | Receipt and review of The PSC's Motion to Compel and for Costs Sanctions re CNBM (USA) Corp., supporting brief and exhibits in the Germano matter. | 0.3 | 87.00 |
| 02/29/12 | Panayotopoulos, Nick | Exchange correspondence with Clinton Dockery regarding Motion for Sanctions against CNBM USA for non-appearance at subpoenaed deposition. | 0.3 | 87.00 |
| 03/01/12 | Panayotopoulos, Nick | Legal research regarding Motion for Sanctions for Failure to Appear. | 1.5 | 435.00 |
| 03/05/12 | Mashelkar, Shubhra R | Call CNBM of America in a good faith effort to reschedule deposition. | 0.1 | 29.00 |
| 03/06/12 | Mashelkar, Shubhra R | Receipt and review Order setting hearing on Motion to Compel and for Costs-Sanctions re CNBM (USA) Corp. | 0.1 | 29.00 |
| 03/07/12 | Mashelkar, Shubhra R | Research issues related to Sanctions motion against CNBM (USA) Corp. | 0.7 | 203.00 |
| 03/09/12 | Mashelkar, Shubhra R | Finalize drafting Motion to Compel CNBM (USA). | 0.8 | 232.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/12/12 | Mashelkar, Shubhra R | Draft Motion to Compel CNBM (USA), Notice of Hearing, Proposed Order and good faith compliance pleading and file the same. | 1 | 290.00 |
| 03/16/12 | Mashelkar, Shubhra R | Receipt and review Order granting Banner and Chartis's Motion for Joinder in the PSC's Motion to Compel and for Costs/Sanctions and their Memorandum in support thereof. | 0.1 | 29.00 |
| 03/20/12 | Panayotopoulos, Nick | Review of federal procedures and filings on sanctions issues. | 0.5 | 145.00 |
| 03/21/12 | Mashelkar, Shubhra R | Review of numerous emails regarding Motion to Compel/Sanctions against CNBM (USA). | 0.4 | 116.00 |
| 03/21/12 | Panayotopoulos, Nick | Exchange correspondence with Rich Vagas regarding Joint Report No. 31 and Motion to Compel CNBM. | 0.1 | 29.00 |
| | | **TOTAL** | **40.9** | **10817.00** |