Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0032

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Boohaker & Associates, LLC
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ALABAMA ) ss.
County of: JEFFERSON )

**Name of Server:** DANIEL MOORE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 17 day of OCT, 20 11, at 2:15 o'clock P M

**Place of Service:** at 2926 Central Avenue, Suite A, in Homewood, AL 35209

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Boohaker & Associates, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: SARAH BOOHAKER, AUTHORIZED AGENT

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BRN ; Facial Hair N/A
Approx. Age 25 ; Approx. Height 5'7" ; Approx. Weight 105

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Daniel Moore
Signature of Server

Subscribed and sworn to before me this 18 day of OCT, 20 11

Martha Moore   5/21/14
Notary Public   (Commission Expires)

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014

**APS International, Ltd.**