UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 02047 |
| | * | SECTION: L – MAG.: 2 |
| **This document relates to:** | * * | |
| *RICHARD AND CONSTANCE ALMEROTH, ET AL. v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGZIN CO., LTD.* | * * * * * | JUDGE FALLON

MAGISTRATE WILKINSON |
| CASE NO. 2:12-cv-00498 (E.D. La.) | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Brian L. Reboul, Esq. and the law firm of **BRIAN REBOUL & ASSOCIATES, LLC,** hereby enters his appearance on behalf of Defendants, **Land Services of FL, LLC; and, Butler Properties, LLC**.

All pleadings and other papers in this case should be served upon undersigned counsel.[1]

Dated April 25th, 2012.

Respectfully submitted,

*BRIAN REBOUL & ASSOCIATES, L.L.C.*

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

By:    /s/ Brian Reboul
        Brian L. Reboul, Esq.
        (Bar No. 02064)
        2805 Division Street, Suite 102
        Metairie, Louisiana 70002
        Tel: (504) 457-2557 / Fax: (504) 457-2559
        Email: brian@reboullaw.com

*Attorneys for Defendants,*
*Land Services of FL, LLC and*
*Butler Properties, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of April, 2012.

/s/ Brian L. Reboul
**BRIAN L. REBOUL**