UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD AND CONSTANCE ALMEROTH, ET AL | CIVIL ACTION |
| VERSUS | NO. 12-0498 |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO, LTD. | SEC. "L" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS

On motion of BOASSO CONSTRUCTION, L.L.C., through counsel, and on suggesting to the Court that:

1.

Defendants have been served on April 4th, 2012.

2.

Defendants need an additional thirty (30) days in which to prepare, investigate and file responsive pleadings herein.

3.

Defendants therefore desire an additional thirty (30) days from today's date in which to file responsive pleadings herein.

FAVRET, L.L.C.


/s/ David Vicknair
CLARENCE F. FAVRET, III, #5480
DAVID VICKNAIR, #34135
Attorneys for Defendant
228 St. Charles Avenue, Suite 1310
New Orleans, LA 70130
(504) 383-8978-Telephone
(866) 471-1471-Facsimile
ret@favret.co-E-Mail
david@favret.co-E-Mail


## C E R T I F I C A T E

I hereby certify that on April 25th, 2012, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.


/s/ David Vicknair
DAVID VICKNAIR