UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the Plaintiffs' Steering Committee's Motion to Compel Yahoo! (R. Doc. 13766), IT IS ORDERED that this Motion is scheduled for hearing following the monthly status conference on May 17, 2012, at 9:00 a.m.  Responses to the Motion are to be filed by May 9, 2012.

New Orleans, Louisiana this 25th day of April 2012.

_____
U.S. District Judge