UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL * MDL No. 2047
PRODUCTS LIAIBLITY LITIGATION *
                                                                        * SECTION L
This Document Relates to:                                 *
                                                                        * JUDGE FALLON
Case No: 10:932 and Plaintiff Steven & Dana LeBlanc * MAG. JUDGE WILKINSON
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the forgoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that Paul A. Lea, Jr. be, and he is hereby is substituted as counsel of record for Bruce Steckler.

New Orleans, Louisiana, this 25th day of _____April_____ 2012.

_____
JUDGE