# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL    *   MDL No. 2047
PRODUCTS LIAIBLITY LITIGATION          *

                                           *   SECTION L

This Document Relates to:                *

                                           *   JUDGE FALLON

Case No:  09-5946 and Plaintiff Steven & Dana LeBlanc *   MAG. JUDGE WILKINSON
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the forgoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that Paul A. Lea, Jr. be, and he is

hereby is substituted as counsel of record for Bruce Steckler.

New Orleans, Louisiana, this 25th day of _____ April _____ 2012.

_____
JUDGE