UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                            |   |                      |
|--------------------------------------------|---|----------------------|
|                                            | : | MDL NO. 2047         |
| IN RE: CHINESE MANUFACTURED DRYWALL        | : |                      |
|      PRODUCTS LIABILITY LITIGATION         | : | SECTION:  L          |
|                                            | : |                      |
|                                            | : | JUDGE FALLON         |
|                                            | : | MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering Banner's motions to lift stay to file answers and affirmative defenses (R. Docs. 13749, 13750, 13751), IT IS ORDERED that these motions are DENIED AS MOOT on the basis that there exists no stay in place prohibiting the filing of answers or affirmative defenses.

New Orleans, Louisiana this 25th day of April 2012.

_____

U.S. District Judge