UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | * * | SECTION L |
| | * * | JUDGE FALLON |
| **This document relates to:** | * * | MAGISTRATE JUDGE WILKINSON |
| Kenneth Abel, et al v. Taishan Gypsum Co., Ltd., et al. (Docket No. 11-080) | * * | |

*******************************************************************************************

### ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This Court having fully considered Vicki A. Elmer's Motion for Leave to Withdraw as Counsel, the motion is GRANTED and that she is hereby granted leave to withdraw as counsel for defendant, GLM Remodeling & Building Contractors, Inc.

New Orleans, Louisiana, this __25th__ day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

1