Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0071

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--C.M. Duncan Contracting, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of October, 20 11, at 7:35 o'clock P M

Place of Service: at 15697 Fiddlesticks Blvd, in Ft Myers, FL 33912

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**C.M. Duncan Contracting, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: MaryJo Potter, spouse of the Registered Agent Calvin Duncan at their residence.

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair ____
Approx. Age 35-40; Approx. Height 5'4" ; Approx. Weight 115

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray
Signature of Server #157158

Subscribed and sworn to before me this 21st day of October, 20 11

Traci A. DeSalvo 10/22/11
Notary Public      (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

5350