Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0072

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Carmen P Pacinelli Drywall, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Charlotte** )

Name of Server: **Sean K. Spoonts**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **28th** day of **October**, 20 **11**, at **3:40** o'clock **P** M

Place of Service: at **12 Marker Road**, in **Rotonda West, FL 33947**

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Carmen P Pacinelli Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Linda Pacinelli, spouse and co-resident**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Blond**; Facial Hair _____
Approx. Age **55**; Approx. Height **5'3"**; Approx. Weight **125**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **31st** day of **October**, 20 **11**

_Signature of Server_

_Notary Public_  10-17-2015 (Commission Expires)

**APS International, Ltd.**

(*) Given address is the residential address for the Registered Agent.

ANGELA T PENNELL
MY COMMISSION # EE138641
EXPIRES October 17, 2015
(407) 398-0153  FloridaNotaryService.com

5366