Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0004

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CastleRock Communities, LP
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Texas_ ) ss.
County of: _Harris_ )

**Name of Server:** _Lindell Charles_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _18th_ day of _October_, 20 _11_, at _4:28_ o'clock _P_ M.

**Place of Service:** at _7670 Woodway, Ste. 300_, in _Houston, TX 77063_

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**CastleRock Communities, LP**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Vilma Edith Avila, Registered Agent_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _Hispanic_; Hair Color _Black_; Facial Hair _—_
Approx. Age _40+_; Approx. Height _5'4"_; Approx. Weight _120_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server   # SCH-324

Subscribed and sworn to before me this _19_ day of _October_, 20 _11_

_Renee Westbrook_
Notary Public   (Commission Expires)

**APS International, Ltd.**

RENEE WESTBROOK
MY COMMISSION EXPIRES
April 26, 2015