Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0073

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Coastal Living Homes, L.L.C.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18th day of October, 20 11, at 11:15 o'clock A M

**Place of Service:** at Hahn & Loeser, in Ft Myers, FL 33901
2532 First Street

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Coastal Living Homes, L.L.C.**

**Person Served, and Method of Service:** By delivering them into the hands of a Receptionist at Law Office whose name and title is: Jennifer Case, Receptionist at Hahn & Loeser

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Red ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'4" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Raymond V. Laakso*
Signature of Server #157154

Subscribed and sworn to before me this 21st day of October, 20 11
*Traci A DeSalvo* 10/22/11
Notary Public  (Commission Expires)

**APS International, Ltd.**

TRACI A. DESALVO
Comm# DD0727525
Expires 10/22/2011
Florida Notary Assn., Inc

5351