Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113038-0096

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Design Drywall of South Florida, LLC, c/o Federico Garcia
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

**Name of Server:** __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __19th__ day of __October__, 20__11__, at __12:15__ o'clock __P__ M

**Place of Service:** at __8221 Coral Way__, in __Miami, FL  33155__

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Design Drywall of South Florida, LLC, c/o Federico Garcia**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Teresa Martinez Secretary__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __50__ ; Approx. Height __5'7__ ; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __19__ day of __October__, 20 __11__

Signature of Server          Notary Public          (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jesy Rodriguez Leon
Commission #DD763471
Expires: FEB. 28, 2012
BONDED THRU ATLANTIC BONDING CO., INC.