| | |
|---|---|
| Dorothy Arndt, et. al., Plaintiff(s)<br>vs.<br>Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |

APS File #: 113038-0112

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--E.L. Cretin, LLC, d/b/a Cretin Homes
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANE**  ) ss.
Parish of: **E. BATON ROUGE**  )

**Name of Server:** **Tom Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **21st** day of **October**, 20 **11**, at **2:35** o'clock **P** M

**Place of Service:** at **4960 Bluebonnet Blvd., Ste. A**, in **Baton Rouge, LA 70809**

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**E.L. Cretin, LLC, d/b/a Cretin Homes**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Ms. Susie Tyler, Legal Assistant**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Gray** ; Facial Hair **N/A**
Approx. Age **60 yrs**; Approx. Height **5'5"** ; Approx. Weight **190 lbs**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Tom Cassisa*
Signature of Server

Subscribed and sworn to before me this **22ND** day of **OCTOBER**, 20 **11**

*James Gallo*  **AT DEATH**
Notary Public          (Commission Expires)

**APS International, Ltd.**