Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113038-0087

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--First Home Builders of Florida I, LLC
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: Sean Segel, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 13 day of October, 20 11, at 2:10 o'clock P M

Place of Service: at 100 N Tampa St, Ste 4100, in Tampa, FL 33602

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**First Home Builders of Florida I, LLC** c/o Charles Wachter P.A. -
By delivering them into the hands of an officer or managing agent whose name and title is: Frank McBride, Legal Asst - Authorized to Accept

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color grey ; ~~Facial Hair~~ glasses
Approx. Age 50 ; Approx. Height 5'2" ; Approx. Weight 150 lbs

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 19 day of October, 20 11

Signature of Server

Notary Public          (Commission Expires)

**APS International, Ltd.**

JAMIE MICHELE SNYDER
MY COMMISSION # EE123102
EXPIRES August 18, 2015
(407) 398-0153   FloridaNotaryService.com