UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br> *Haya, et al. v. Taishan Gypsum, et al.* (Case No. 11-1077) <br> *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et al.* (Case No. 10-361) | |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR ALL FLORIDA DRYWALL SUPPLIES, INC.

THIS CAUSE having come before the Court on Fowler White Burnett, P.A.'s Motion to Withdraw as Counsel for All Florida Drywall Supplies, Inc. and the Court having reviewed the file and being otherwise fully advised in the Premises, it is hereby,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby GRANTED.

DONE AND ORDERED this 25th day of April, 2012.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE