Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0033

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Foster Home Builders, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ALABAMA ) ss.
County of: MOBILE )

Name of Server: **TOM MCCALL**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18** day of **OCT**, 20 **11**, at **4:40** o'clock **P** M

Place of Service: at **1325 Pawnee Circle**, in **Saraland, AL 36571**

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Foster Home Builders, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **WILLIAM FOSTER, PRESIDENT**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **GRY/BLK**; Facial Hair **NO**
Approx. Age **72**; Approx. Height **5'9"**; Approx. Weight **170**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*/s/ Tom McCall*
Signature of Server

Subscribed and sworn to before me this **19** day of **OCT**, 20 **11**

*/s/ Martha Moore*  5/21/14
Notary Public   (Commission Expires)

**APS International, Ltd.**

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014