Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113038-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Grande Valley Homes, LLC, d/b/a Casa Linda Homes
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Texas_ ) ss.
County of: _Hidalgo_ )

**Name of Server:** _Martin Leal_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _14th_ day of _October_, 20 _11_, at _3:35_ o'clock _P_ M

**Place of Service:** at _1409 N. Main Street_, in _McAllen, TX 78501_

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Grande Valley Homes, LLC, d/b/a Casa Linda Homes**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Tonya Lara_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _Brown_; Hair Color _black_; Facial Hair _N/A_
Approx. Age _40_; Approx. Height _5'5"_; Approx. Weight _150_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _14th_ day of _October_, 20 _11_

Notary Public     (Commission Expires)

APS International, Ltd.



SYLVIA A. LEAL
Notary Public, State of Texas
My Commission Expires
March 03, 2015