UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Almeroth, et al. v. Taishan Gypsum Co. Ltd., et al, Case No. 2:12-cv-00498-EEF-JCW | ) ) ) ) ) | MAG. JUDGE WILKINSON |

## ORDER GRANTING MORGAN & MORGAN, P.A.'S MOTION TO WITHDRAW AS COUNSEL FOR MS. TONYA M. BECK

Considering the law firm of Morgan & Morgan, P.A.'s Motion to Withdraw as Counsel for Plaintiff Tonya M. Beck, having been advised there is no opposition to this matter and having found that the above referenced counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Morgan & Morgan, P.A.'s Motion to Withdraw as Counsel for Plaintiff Tonya M. Beck is GRANTED. The law firm of Morgan & Morgan, P.A. is discharged from any further obligation to Ms. Beck in this matter. The law firm of Morgan & Morgan, P.A., shall serve this order on Ms. Beck via electronic mail and regular U.S. mail at her last known address within 10 days of the entry of this order.

New Orleans, Louisiana, this  25th  day of       April      , 2012.

_____
Eldon E. Fallon
United States District Court Judge