**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 09-2047 <br> SECTION L <br> JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * * | MAG. JUDGE WILKINSON |

**ORDER**

IT IS ORDERED that the <u>Ex parte Motion for Leave of Court to File Notice of Supplemental Authority In Support of Objections of The North River Insurance Company to the Proposed 30(b)(6) Deposition Notice of the PSC</u>, filed by defendant, The North River Insurance Company is GRANTED, and Leave of Court is given for the filing the attached Notice of Supplemental Authority.

THIS __25th__ DAY OF ____April____, 2012.

_____
JUDGE