Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0080

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulfstream Development Group, LLC
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 24th day of October, 20 11, at 6:30 o'clock P M

Place of Service: at 5715 Flamingo Dr., in Cape Coral, FL 33904

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
Gulfstream Development Group, LLC

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: Brian Haag, Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair _____
Approx. Age 40-45 ; Approx. Height 6'0" ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray
Signature of Server #157153

Subscribed and sworn to before me this 26th day of October, 2011

Marcia L. McEvers
Notary Public   (Commission Expires)

MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

APS International, Ltd.

5356