Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:  CDW Omni XII

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Yarco, Inc.
Court Case No. 11-2349 Section L

State of: **ALABAMA** ) ss.
County of: **Orange Beach**

**Name of Server:** Glenroy Little, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 20-Oct-2011 10:20 am

**Place of Service:** at 4399 Money Bayou Drive, city of Orange Beach, state of AL

**Documents Served:** the undersigned served the documents described as:
Summons and Class Action Complaint w/Jury Demand; Exhibits

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Yarco, Inc.
By delivering them into the hands of an officer or managing agent whose name and title is "John Doe" (refused name), (refused title)

**Other Information:** Subject matches description of Allen Driskett who we previously served on September 2, 2011

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **red** ; Facial Hair _____
Approx. Age **49** ; Approx. Height **5'08"** ; Approx. Weight **220**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server
APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 20th day of October, 20 11

*[signature]*
Notary Public          (Commission Expires) 2014

APS File: 113038-119


KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters