Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0019

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jon A. Wilder, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Flagler )

Name of Server: Kevin Whitton, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 14th day of October, 20 11, at 1:55 o'clock PM

Place of Service: at 1212 Central Avenue South, in Flagler Beach, FL 32136

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Jon A. Wilder, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Marine Amendola / Co-tenant at residence

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex ___; Skin Color ___; Hair Color ___; Facial Hair ___
Approx. Age ___; Approx. Height ___; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 17 day of October, 20 11

Notary Public    (Commission Expires)

CHRISTIN ERJAVEC
Commission # DD 933371
Expires October 15, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

**APS International, Ltd.**