Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0102

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JVP Drywall & Finish, Inc., c/o Jose Perez, President
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )
Name of Server: __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __14th__ day of __November__, 20 __11__, at __7:10__ o'clock __P__ M

Place of Service: at __2475 NW 16th Street Road #506__, in __Miami, FL  33125__

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**JVP Drywall & Finish, Inc., c/o Jose Perez, President**
By delivering them into the hands of an officer or managing agent whose name and title is: __Jose Perez R.A.__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __Black__; Hair Color __Black__; Facial Hair ____
Approx. Age __50__; Approx. Height __5'7__; Approx. Weight __180__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __14__ day of __November__, 20 __11__

Notary Public                (Commission Expires)

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013

**APS International, Ltd.**