Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0039

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--K. Hovnanian First Homes, LLC
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

Name of Server: James A Alo, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 18 day of Oct, 20 11, at 1020 o'clock A M

Place of Service: at 515 E. Park Avenue, in Tallahassee, FL 32301

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**K. Hovnanian First Homes, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Savanah Defore - process clerk

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color Red; Facial Hair ___
Approx. Age 24; Approx. Height 5'4; Approx. Weight 110

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

10-18-11
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 18 day of Oct, 20 11
C.Hill
Notary Public  (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019