Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0016

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Landmark Building Consultants, LLC
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
Parish of: **E. BATON ROUGE** )

**Name of Server:** **Tom Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **12th** day of **October**, 20 **11**, at **7:05** o'clock **P** M

**Place of Service:** at **9401 Shady Bluff Drive**, in **Baton Rouge, LA 70818**

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Landmark Building Consultants, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Wilson Reado, President**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **BLACK**; Hair Color **Brown**; Facial Hair **N/A**
Approx. Age **43 yrs**; Approx. Height **5'10"**; Approx. Weight **200 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this **12TH** day of **OCTOBER**, 20 **11**

_James Mallah_ **AT DEATH**
Notary Public        (Commission Expires)

**APS International, Ltd.**