Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113038-0062

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Louran Builders, Inc
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500

Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _St. Lucie_ )

**Name of Server:** _Amy M. Perron_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _26_ day of _October_ , 20 _11_, at _5:15_ o'clock _P_ M

**Place of Service:** at _414 SW Dalton Circle_ , in _Port St Lucie, FL 34953_

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Louran Builders, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Vincent Montalto, Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Black_ ; Facial Hair _Yes_
Approx. Age _45_ ; Approx. Height _5'8"_ ; Approx. Weight _200-220 lbs_
[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Amy M. Perron_
Signature of Server

Subscribed and sworn to before me this
_27_ day of _October_ , 20 _11_
_[signature]_   7-14-12
Notary Public         (Commission Expires)

**APS International, Ltd.**

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services