Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0006

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Merrick Homes, LLC
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Texas** ) ss.
County of: **Harris** )

**Name of Server:** **Donna Johnson**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **17th** day of **October**, 20 **11**, at **10:53** o'clock **A** M

**Place of Service:** at ~~20665 W. Lake Houston Pkwy~~ **19440 Hwy 59 N**, in Humble, TX ~~77346~~ **77338**

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Merrick Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Christopher Heinrich, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Bald** ; Facial Hair _____
Approx. Age **40+** ; Approx. Height **5'9"** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Donna Johnson_ # SCH-688
Signature of Server

Subscribed and sworn to before me this **25** day of **October**, 20 **11**

_Joe Barak_
Notary Public            (Commission Expires)

**APS International, Ltd.**

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013