Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0134

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Metropolitan Design Group, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: *Texas* ) ss.
County of: *Harris* )

Name of Server: *Lindell Charles*, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the *30th* day of *December*, 20 *11*, at *12:06* o'clock *P* M

Place of Service: at *7915 Westglen Drive*, in *Houston, TX 77063*

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Metropolitan Design Group, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: *Jeff - Refused Last Name, Refused Title*

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex *M*; Skin Color *White*; Hair Color *Brown*; Facial Hair *No*
Approx. Age *30+*; Approx. Height *5'6"*; Approx. Weight *138*

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server *# SCH-324*

Subscribed and sworn to before me this *4* day of *January*, 20 *12*

*Joe Barak*
Notary Public       (Commission Expires)

**APS International, Ltd.**

JOE BARAK
MY COMMISSION EXPIRES
June 22, 2013