Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0043

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nu Way Drywall, LLC
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Manatee )

Name of Server: Maryellen Janney, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of Oct, 20 11, at 10:35 o'clock A M

Place of Service: at 384 Snapdragon Loop, in Bradenton, FL 34212

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Nu Way Drywall, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Alex Riveria, Corporate Manager/Member

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Brown ; Hair Color Black ; Facial Hair —
Approx. Age 40 ; Approx. Height 6'1" ; Approx. Weight 190

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Maryellen Janney #5079
Signature of Server

Subscribed and sworn to before me this 19th day of Oct, 20 11

Shelly Huffman
Notary Public   (Commission Expires)

**APS International, Ltd.**



SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

65982