Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0007

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--R.H. Hernandez Drywall, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Texas ) ss.
County of: Harris )

**Name of Server:** Lindell Charles, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21st day of October, 20 11, at 5:23 o'clock P M

**Place of Service:** at 201 Stratford Street, in Houston, TX

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**R.H. Hernandez Drywall, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Pablo Escamilla, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color Hispanic ; Hair Color Gray ; Facial Hair —
Approx. Age 50+ ; Approx. Height 5'11" ; Approx. Weight 230

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 24th day of October, 20 11

Signature of Server  # SCH-324
Notary Public   (Commission Expires)

APS International, Ltd.

RENEE WESTBROOK
MY COMMISSION EXPIRES
April 26, 2015