Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0050

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Rinker Materials of Florida, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: PALM BEACH )

**Name of Server:** MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 20TH day of OCTOBER, 20 11, at 9:20 o'clock A. M

**Place of Service:** at 1501 Belvedere Boulevard, in West Palm Beach, FL 33411

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Rinker Materials of Florida, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: DONNA RYAN, OFFICE ADMINISTRATOR / AUTHORIZED EMPLOYEE

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color GREY ; Facial Hair _____
Approx. Age 65 ; Approx. Height 5'5" ; Approx. Weight 125

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

Subscribed and sworn to before me this
21 ST day of OCTOBER , 20 11

JONATHAN LEVY
Notary Public        (Commission Expires)

**APS International, Ltd.**