Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File: CDW Omni XII

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Rivercrest, LLC/ The St. Joe Company, c/o Corporation Service Company
Court Case No. 11-2349 Section L

State of: Florida ) ss.
County of: Leon )

**Name of Server:** James A. Aloi, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 14-Oct-2011 09:50 am

**Place of Service:** at 1201 Hays Street, city of Tallahassee, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons and Class Action Complaint w/Jury Demand; Exhibits

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Rivercrest, LLC/ The St. Joe Company, c/o Corporation Service Company
By delivering them into the hands of an officer or managing agent whose name and title is
Joyce Markley, Process Clerk

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F : Skin Color white : Hair Color black : Facial Hair N/A
Approx. Age 46 : Approx. Height 5'08" ; Approx. Weight 151

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_ 10-28-11
Signature of Server
APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 28 day of Oct, 20 11
_[signature]_
Notary Public            (Commission Expires)

APS File: 113038-40


DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019