Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113038-0084

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --RJL Drywall, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Donald Skipper II__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __2nd__ day of __November__, 20 __11__, at __11:55__ o'clock __A__ M

**Place of Service:** at __8181 Bayshore Road__, in __North Fort Myers, FL  33917__

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**RJL Drywall, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Lawrence Fitch, Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __Salt/Pepper__; Facial Hair ____
Approx. Age __50-55__; Approx. Height __6'0"__; Approx. Weight __210__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Donald Skipper II__
Signature of Server  #15797

Subscribed and sworn to before me this __3rd__ day of __November__, 20 __11__

__Marcia L McEvers__
Notary Public                    (Commission Expires)

MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

**APS International, Ltd.**

5359