Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0128

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sampson Construction Company, L.L.C.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_ ) ss.
County of: _ST. Tammany_ )
Name of Server: _Roy Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _4_ day of _November_, 20 _11_, at _1:07_ o'clock _P_ M

Place of Service: at _1508 Lantana Ct._, in _Covington, LA 70433_

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Sampson Construction Company, L.L.C.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Mr. Sampson, Owner_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _Brown/Gray_; Facial Hair _None_
Approx. Age _45-50_ ; Approx. Height _5'6_ ; Approx. Weight _220_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere_
Signature of Server

Subscribed and sworn to before me this _4_ day of _November_, 20 _11_

_Vicki H. Conners_
Notary Public          (Commission Expires)

**APS International, Ltd.**



VICKI H. CONNERS
ID #63216
Parish of St. Tammany
Commission for Life