UNITED STATES DISTRICT COURT
for the
Eastern District Of Louisiana

Richard and Constance Almeroth, et al.,
Individually, and on behalf of all others
Similarly situated,

      Plaintiff,

v.                                                      Civil Action No. 12-0498 Section L

Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe
Dongxin Co., Ltd., et al.,

      Defendants.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

PLEASE TAKE NOTICE of the appearance of BURGESS, HARRELL, MANCUSO, OLSON & COLTON, P.A. ("BHMOC") and JAMES H. BURGESS, JR., ESQUIRE, the undersigned counsel, and files this Notice of Appearance as counsel of record for the Defendant, SLEUTH, INC., in the above action and request notice of all matters and copies of all pleadings in this case.

Notices should be mailed to:

James H. Burgess, Jr., Esq.
Burgess, Harrell, Mancuso, Olson & Colton, P.A.
1776 Ringling Boulevard
Sarasota, FL 34236

Respectfully submitted, this 23rd day of April 2012.

/s/ *James H. Burgess, Jr.*
James H. Burgess, Jr.
Florida Bar No. 280763
Attorney for Defendant Sleuth, Inc.
BURGESS, HARRELL, MANCUSO,
OLSON & COLTON, P.A.
1776 Ringling Boulevard
Sarasota, Florida 34236
(941) 366-3700
Fax: (941-366-0189
Email: jburgess@burgessharrell.com