Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   113038-0122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Shelby Building Corp.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: Florida ) ss.
County of: Dade )

Name of Server: Carlos Aguirre , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 25 day of October , 20 11 , at 1:32 o'clock P M

Place of Service: at 18851 NE 29 Ave. #905 , in Aventura, FL 33180

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Shelby Building Corp.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Diana Aleman Human Resource

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair ___
Approx. Age 35 ; Approx. Height 5'5 ; Approx. Weight 175

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 28 day of October , 20 11

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jesy Rodriguez Leon
Commission # DD763471
Expires:   FEB. 28, 2012
BONDED THRU ATLANTIC BONDING CO., INC.