Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113038-0089

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Star Homes, LLC
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** Jamie Snyder, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18 day of October, 20 11, at 10:55 o'clock A M

**Place of Service:** at 3502 Bruton Road, in Plant City, FL  33655

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Star Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Lenka Valenzuela Reg. Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex ~~F~~ ; Skin Color Cauc ; Hair Color Blond ; ~~Facial Hair~~
Approx. Age 40 ; Approx. Height 5'4" ; Approx. Weight 130 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 20 day of October, 20 11

Signature of Server

Notary Public    (Commission Expires)

APS International, Ltd.

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters