Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113038-0025

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sun Construction, LLC, d/b/a Sunrise Homes
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

Name of Server: _Joe R. Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _17_ day of _October_, 20_11_, at _8:59_ o'clock _A_ M

Place of Service: at  311 East Second Street , in  Pass Christian, MS  39571

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Sun Construction, LLC, d/b/a Sunrise Homes**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Julien K. Byrne (Attorney at Law) Registered Agent_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _gray_ ; Facial Hair _____
Approx. Age _50-65_ ; Approx. Height _5'9_ ; Approx. Weight _170_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Joe Gillis_
Signature of Server

Subscribed and sworn to before me this _17th_ day of _October_, 20 _11_

_Sharon M. McKinney_  11-19-2014
Notary Public       (Commission Expires)

APS International, Ltd.

[Notary Seal: STATE OF MISSISSIPPI, SHARON M. McKINNEY, ID No 54413, Comm Expires Nov. 19, 2014, HARRISON COUNTY]