Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113038-0012

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Supreme Homes, Ltd.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Texas_ ) ss.
County of: _montgomery_ )

Name of Server: _James Richard Gratz_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _15_ day of _october_ , 20 _11_ , at _945_ o'clock _A_ M

Place of Service: at _28453 Eagle Ridge_ , in _Magnolia, TX_

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Supreme Homes, Ltd.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Marcie Hawk - Agent_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Blonde_ ; Facial Hair _____ ; Approx. Age _40-45_ ; Approx. Height _506 507_ ; Approx. Weight _120 125_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _18_ day of _october_ , 20 _11_

_____
Signature of Server

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

ROBERT FLOYD MORELAND
MY COMMISSION EXPIRES
August 29, 2013