Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0125

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The David Group, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** **DANIEL MOORE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **31** day of **OCT**, 20 **11**, at **4** o'clock **P** M

**Place of Service:** at 1100 Lee Branch Lane, Suite A, in Birmingham, AL 35242

**Documents Served:** the undersigned served the documents described as:

Summons and Class Action Complaint w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
The David Group, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **ISSAC DAVID, OWNER**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **TAN**; Hair Color **BLK**; Facial Hair **NO**
Approx. Age **40**; Approx. Height **5'11"**; Approx. Weight **180**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Daniel Moore_
Signature of Server

Subscribed and sworn to before me this **2** day of **NOV**, 20 **11**

_Martha Moore_ 5/21/14
Notary Public  (Commission Expires)

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014

**APS International, Ltd.**