Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0013

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--U/C Universal Construction, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Texas ) ss.
County of: Montgomery )

Name of Server: James R. Gratz, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 17 day of October, 20 11, at 8:15 o'clock PM

Place of Service: at 3102 Candle Cabin Lane, in Spring, TX

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**U/C Universal Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Norman Chapa - Reg. Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color LBR ; Hair Color BCK/Gry ; Facial Hair No
Approx. Age 50-55 ; Approx. Height 5'08 ; Approx. Weight 245

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

SCH2353
Signature of Server

Subscribed and sworn to before me this 18 day of October, 20 11

Notary Public    (Commission Expires)

**APS International, Ltd.**



ROBERT FLOYD MORELAND
MY COMMISSION EXPIRES
August 29, 2013