Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113038-0065

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vincent Montalto Construction, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __St. Lucie__ )

Name of Server: __Amy M. Perron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __26__ day of __October__, 20 __11__, at __5:15__ o'clock __P__ M

Place of Service: at __414 SW Dalton Circle__, in __Port St Lucie, FL 34953__

Documents Served: the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Vincent Montalto Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Vincent Montalto, Registered Agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair __yes__
Approx. Age __45__ ; Approx. Height __5'8"__ ; Approx. Weight __200-220 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Amy M. Perron__
Signature of Server

Subscribed and sworn to before me this __27__ day of __October__, 20 __11__

Notary Public      7-14-12
                   (Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

**APS International, Ltd.**