Dorothy Arndt, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113038-0023

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Williams-Brown, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __ESCAMBIA__ )

**Name of Server:** __GLENROY LITTLE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __18__ day of __OCTOBER__, 20 __11__, at __12:00__ o'clock __P__ M

**Place of Service:** at __801 W. Romana Street__, in __Pensacola, FL  32502__

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:**
A true and correct copy of the aforesaid document(s) was served on:
**Williams-Brown, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __KAREN BELSEN   TITLE OFFICE MANAGER__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __WHITE__ ; Hair Color __BLOND__ ; Facial Hair __N/A__
Approx. Age __50__ ; Approx. Height __5'10__ ; Approx. Weight __145__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __18__ day of __October__, 20 __11__
                                                                                2014
_____
Notary Public          (Commission Expires)



KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters