Dorothy Arndt, et. al., Plaintiff(s)

vs.

Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)



**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113038-0044

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

—Woodland Construction of SW FL, Inc.
Court Case No. 11-2349 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _Florida_ ) ss.

County of: _Sarasota_ )

**Name of Server:** _Raymond K. Feliciano_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _18th_ day of _October_, 20 _11_, at _5.40_ o'clock _P_ M

**Place of Service:** at _315 Charles Drive_, in _Nokomis, FL 34275_

**Documents Served:** the undersigned served the documents described as:
**Summons and Class Action Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Woodland Construction of SW FL, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Linda Tarlowski, Vice-President_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Red_; Facial Hair ___
Approx. Age _42_; Approx. Height _5'2"_; Approx. Weight _120_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_(signature)_

Signature of Server

Subscribed and sworn to before me this _19th_ day of _Oct_, 20 _11_

_(signature)_

Notary Public       (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

6 5981