UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Haya, et al. v. Taishan Gypsum, et al.* (Case No. 11-1077) | |
| *Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et al.* (Case No. 10-361) | |

## NOTICE OF ADDRESS FOR SERVICE OF COURT DOCUMENTS ON ALL FLORIDA DRYWALL SUPPLIES, INC.

Defendant, All Florida Drywall Supplies, Inc. ("All Florida"), hereby gives notice to all parties to the instant action of the following name and address for service of court documents on All Florida Drywall Supplies as follows:

DEBORAH HARRELL
3308 STONEGATE FALLS DRIVE
LAND O' LAKES, FLORIDA 34638

Any and all pleadings, correspondence and other pertinent documents in the instant matter should be directed to the address provided above.

/s/ Edward J. Briscoe
Edward J. Briscoe
Fla. Bar No. 109691
ebriscoe@fowler-white.com
Helaine S. Goodner
Fla. Bar No. 462111
hgoodner@fowler-white.com
Elizabeth J. Ferry
Fla. Bar No. 43823
eferry@fowler-white.com

<div style="text-align: right;">
IN RE: CHINESE-MANUFACTURED<br>
DRYWALL PRODUCTS LIABILITY<br>
LITIGATION - MDL NO. 2047<br>
Page 2
</div>

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing has been served this 27th day of April, 2012, upon Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, via email and upon all other parties by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

<div style="margin-left: 50%;">
/s/ <i>Edward J. Briscoe</i><br>
Edward J. Briscoe
</div>