MINUTE ENTRY
FALLON, J.
APRIL 26, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: All Cases | JUDGE FALLON  MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Arnold Levin, Esq. for Plaintiffs
              Karen Holland, Esq. for Defendants

---

I.  Motion of Defendants Cataphora, Inc. and Roger Chadderdon to De-Consolidate this case and transfer it back to the originally assigned judge (Rec. Doc. 13328)

   After Argument - Motion is GRANTED IN PART insofar as Case No. 12-497 is to be deconsolidated from MDL 2047, DENIED IN PART insofar as Case No. `12-497 will` remain in Section L of this Court.

II. Joint Motion of Proposed L&W Class Counsel, the Plaintiffs' Steering Committee, USG Corporation, its subsidiary L&W Supply Corporation, and the Knauf Defendants, for an Order; (1) Preliminarily Approving the L&W Class Settlement; (2) Conditionally Certifying an L&W Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Joint Fairness Hearing; and (5) Staying Claims Against L&W, USG, and the Knauf Defendants (Rec. Doc. 13375)

   After Argument - Motion GRANTED


JS10:  06