APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)      Fuxin Taishan Gypsum and Building Material Co., Ltd.
     Pingxi Industrial Park, North Haizhou District, Fuxin, Liaoning 123000, China
     Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Complaint in Intervention)
--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 3
--Translations
--Summary of the Document to be Served

Done at _____ , the ⎰2⎱⎰7⎱⎰10⎱
*Fait à* Minneapolis, Minnesota, U.S.A. , *le*

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)
     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross v. Knauf Gips KG (OMNIBUS (III))
Defendant:  Fuxin Taishan Gypsum and Building Material Co., Ltd.
Court Case No.:  09-6690

**CERTIFICATE**

*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**  **that the document has been served***
1.   *que la demande a été exécutée*
  - the (date)
  - *le (date)*  **Feb. 24, 2011**
  - at (place, street, number)
  - *à (localité, rue numéro)*  **Fuxin Taishan Gypsum and Building Material Co., Ltd.**

  - in one of the following methods authorised by article 5-
  - *dans une des formes suivantes prévues à l'article 5:*
  [X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*  **The addressee refused**
       a)   *selon les formes légales (article 5, alinéa premier, lettre a*  **to accept the documents, the court officers left**
  [ ]  (b)  in accordance with the following particular method*:  **the documents at the company.**
       b)   *selon la forme particulière suivante:*

  [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
       c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  - (identity and description of person)
  - *(identité et qualité de la personne)*

  - relationship to the addressee (family, business or other):
  - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

**2)**  **that the document has not been served, by reason of the following facts*:**
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   **Beijing**              , the   **Oct. 7, 2011**
*Fait à*                           *, le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

\*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

# LIAONING PROVINCE

## FUXIN CITY INTERMEIDATE PEOPLE'S COURT

## PROOF OF SERVICE

*Law Association No. FX-11-31*

[Seal: Liaoning Province Fuxin City Intermediate People's Court]

| | |
|---|---|
| Case Number | U.S. District Court<br>Louisiana Eastern District         (Case No: 09-6690) |
| Cause of Action | |
| Servee/Recipient | FUXIN TAISHAN GYPSUM AND BUILDING MATERIAL CO., LTD. |
| Address for Service | FUXIN TAISHAN GYPSUM AND BUILDING MATERIAL CO., LTD. |
| Document Served and Number | Legal and related documents |
| Signature or seal by Recipient | |
| Substitute Recipient | Refuse to accept.                Xue Fazheng<br>                                        February 24, 2011 |
| Date of Receipt | Date |
| Server(s) | Ji Chunmei        Li Xiangbin      Chen Chunmin      Gao Weidong |
| Notes | |

# 辽宁省阜新市中级人民法院

# 送 达 回 证

Fx-11-31

| | 路易斯安那东部地区<br>美国地区法院　　（个案号码：09—6690） | | |
|---|---|---|---|
| 案　由 | | | |
| 受送达人 | 阜新泰山石膏建材有限公司 | | |
| 送达地点 | 阜新泰山石膏建材有限公司 | | |
| 送达文书<br>名称及件数 | 法律文书及相关材料 | | |
| 受送达人签收 | | | |
| 代收人签收 | 拒收.　　　范洁珍　2011.2.24. | | |
| 收到日期 | 　　　　年　　　月　　　日 | | |
| 送　达　人 | 冀春梅　　李祥彬　　陈春民　高炜东 | | |
| 备<br><br><br>注 | | | |

# 情 况 说 明

　　根据辽宁省高级人民法院辽商法外他字(2011)第23号函的要求，我院送达人员于2011年2月24日下午3时左右到阜新泰山石膏建材有限公司向其送达法律文书，该公司法定代表人、总经理薛法珍称：经请示公司总部，总部不同意接收这些法律文书，故我们不能签收。经我院送达人员耐心解释，薛法珍在送达回证上写上"拒收，薛法珍，2011.2.24"。送达人员将送达的法律文书留在了该公司。送达人员是：李祥彬、高炜东、陈春民。



二 〇 一 一 年 二 月 二 十 五 日



# 辽宁省高级人民法院函

辽高法他字（2011）23 号
SX-10-1995

最高人民法院外事局：

你院法协（2011）31 号关于____美 国____请求

向____阜新泰山石膏建材有限公司____

送达法律文书一事，业已经____阜新市中级人民____法院

将法律文书送达有关当事人，现将送达回证附后，请查收。

因_____原因未能送达，现将所附

材料退回，请查收。

中华人民共和国
辽宁省高级人民法院
司法协助专用章