APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| **Identity and address of the applicant**<br>*Identité et adresse du requérant* | **Address of receiving authority**<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)     Nanhai Silk Imp. & Exp. Corporation
    Block 1, 4 Nangui Road, West Foshan, Guangdong 528200, China
                        Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)    *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A" - "C"<br>--Schedules<br>--Translations<br>--Summary of the Document to be Served<br> | **Done at**                    **, the**<br>*Fait à* Minneapolis, Minnesota, U.S.A.         *le*<br><br><br>**Signature and/or stamp.**<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,         USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG   [ OMNIBUS (III) ]
Defendant: Nanhai Silk Imp. & Exp. Corporation
Court Case No.: 09-6690

SX-10 ~2003}

## CERTIFICATE
## *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)** **that the document has been served\***
*que la demande a été exécutée*
- the (date)
- *le (date)* _____ Mar. 16, 2011 _____
- at (place, street, number)
- *à (localité, rue numéro)* _____ Not mentioned _____

_____

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*

⊠ **(a)** **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
*a)* *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] **(b)** **in accordance with the following particular method\*:**
*b)* *selon la forme particuliére suivante:* _____
_____

[ ] **(c)** **by delivery to the addressee, who accepted it voluntarily.\***
*c)* *par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____ The signature is not legible _____

_____
- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____ Not mentioned _____

_____

**2)** **that the document has not been served, by reason of the following facts\*:**
*2.* *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations**

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

**Done at** _____ Beijing _____ , **the** _____ Oct. 17, 2011 _____
*Fait à*                                      , *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
民商事司法协助专用章

\* **Delete if inappropriate.**
*Rayer les mentions inutiles.*

2

The materials are in the cabinet barrel.

U.S.

# GUANGDONG PROVINCE

## FOSHAN CITY INTERMEIDATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Guangdong Province Foshan City Intermediate People's Court]

*Law Association No. FX-11-39*
*Judicial Association No. SX-10-2003*

| Cause of Action | Other judicial assistance | | Case No. | (2011) Foshan Intermediate Court Civil 4/Inferior No. 46 |
|---|---|---|---|---|
| Document Served and Number | (2011) Foshan Intermediate Court Civil 4/Inferior No. 46<br>Summary of documents served, summons, complaint, one copy each. | | | |
| Servee | Nanhai Silk Import & Export Corporation | | | |
| Address for Service | | | | |
| Time frame for Receiving Documents | | | | |
| Notice to Servee | | | Mode of Contact | 13923209864 |
| Name of Servee Signature or Sealt | Signature:  [Not legible]<br>March 16, 2011 | | | |
| Substitute Recipient | Signature:                                          Date: | | | |
| Notes | Please sign this Proof of Service and return it to this court.<br>Address of this court: Foshan City Intermediate People's Court, 51Second Kuiqi Road, Foshan City, (Guangdong Province, China).<br>Attn: Xie Lili            Postal Code: 528000 | | | |

Note:   *1. The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.*
       *2. In case of receipt by substitution, the recipient shall sign or seal and note his/her relationship with the servee.*

0757-82631609

# 广东省佛山市中级人民法院

送达回证

Fx-11-39
Sx-10-2003

| 案　由 | 其他司法协助 | 案号 | （2011）佛中法民四初字第 46 号 |
|---|---|---|---|
| 送达文件名称和件数 | （2011）佛中法民四初字第 46 号传票、诉状、被送达文书概要、文书以及译文各壹份 | | |
| 受送达人 | 南海丝绸进出口公司 | | |
| 送达地点 | | | |
| 领取文书的期间 | | | |
| 是否已通知受送达人 | | 联系方式 | 1392320980x |
| 受送达人签名或盖章 | 签名： 郑敏凯　　　　　Z011 年 3 月 16 日 | | |
| 代收人及代收理由 | 签名：　　　　　　　　　　　　年　月　日 | | |
| 备　考 | 请签收后将此《送达回证》寄回本院；本院地址：佛山市魁奇二路 51 号佛山市中级人民法院 收件人：谢莉莉　　邮编：528000 | | |

填发人　谢莉莉　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收人签名或盖章后，还应注明其与送达人的关系及代收理由。

0757-8263169