APPLICANT IS AUTHORIZED TO SERVICE OF PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

Case 2:09-md-02047-EEF-MBN   Document 14041   Filed 04/30/12   Page 1 of 4

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)   Taishan Gypsum (Henan) Co., Ltd.
Shouyang Industrial Park, Beihuan Road North, Yanshi, Henan 471900, China
Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
       *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
       *b)  selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
       *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A" - "C"<br>--Schedules 1-3<br>--Translations<br>--Summary of the Document to be Served | Done at                                          , the<br>*Fait à* Minneapolis, Minnesota, U.S.A.  , *le* 12/17/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,           USM-94
both of which may still be used)                                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___May 5, 2011___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___Shouyang Industrial Park, Beihuan Road North, Yanshi, Henan, China___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* ___

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___Wang Yanjun (王延君)___
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Company Staff___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
___
___

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
___
___

Done at / *Fait à* ___Beijing___, the / *le* ___Oct. 17, 2011___
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

No. 0065111

# HENAN PROVINCE SUPERIOR PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Henan Province Superior People's Court]

*Judicial Association No. SX-10-1998*

| Recipient | Taishan Gypsum (Henan) Co., Ltd. | | Cause of Action | | |
|---|---|---|---|---|---|
| Address of Service | Shouyang Industrial Park, Beihuan Road North, Yanshi City, Henan Province 471900, (China). | | | | |
| Document for Service | Issuer | Server | Receiving Date | Recipient's Signature or seal | Reasons for Non-service |
| Law Association (2011) No. 8 | [Signature illegible] | | May 5, 2011 | Wang Yanjun | Company janitor |
| | | | Date | | |
| | | | Date | | |
| | | | Date | | |
| | | | Date | | |
| | | | Date | | |
| | | | Date | | |
| Notes | | | | | |

Note: (1) *If the recipient is not in, hand the documents to his/her adult relative(s), work unit, village government or neighborhood committee as substitute recipient.*
(2) *The recipient on behalf shall sign or seal in the recipient's column on this form and note his/her relationship with the named recipient.*

Nº 0065111

河南省高级人民法院

送达回证

SX-10-1998

| 收件人 | 泰山石膏(河南)有限公司 | 案由 | | | | |
|---|---|---|---|---|---|---|
| 送达地点 | 河南偃师北环路北百助工地区 | | | | | |
| 送达文件 | 签发人 | 送达人 | 收到日期 | 收件人签名或盖章 | 不能送达理由 | |
| 法协(2011)83 | 吴志刚 | | 21年5月5日 时 | [指印] | 公司传达室 | |
| | | | 年 月 日 时 | | | |
| | | | 年 月 日 时 | | | |
| | | | 年 月 日 时 | | | |
| | | | 年 月 日 时 | | | |
| | | | 年 月 日 时 | | | |
| | | | 年 月 日 时 | | | |
| 备注 | | | | | | |

注：(1) 如收件人不在时,将文件交与他的成年家属、近邻、工作机关或收件人居住地的乡政府、村委会或街道办事处代收。
(2) 如系代收,代收人应在收件人栏内签名或盖章注明收件人的关系。