APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)     Taishan Gypsum (Jiangyin) Co., Ltd.
_____Shengang Industrial Park, Jiangyin Economic and Technological Development Zone, Jiangsu 214443, China_____
Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A" - "C"<br>--Schedules 1 - 3<br>--Translations<br>--Summary of the Document to be Served | Done at                                                              , the<br>*Fait à* Minneapolis, Minnesota, U.S.A.       *le* 12/17/10<br><br>**Signature and/or stamp.**<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG  [ OMNIBUS (III) ]
Defendant: Taishan Gypsum (Jiangyin) Co., Ltd.
Court Case No.: 09-6690

Case 2:09-md-02047-EEF-MBN   Document 14042   Filed 04/30/12   Page 2 of 6

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   The addressee refused to accept the documents

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at Beijing, the June 27, 2011
*Fait à _____ , le _____*
Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

# JIANGSU PROVINCE WUXI CITY INTERMEDIATE PEOPLE'S COURT

## Correspondence

Jiangsu Province Superior People's Court:

Regarding the service of [2011] No. 304 legal documents to Taishan Gypsum (Jiangyin) Co., Ltd. at Shengang Industrial Park, Jiangyin Economic and Technological Development Zone in Jiangyin, Wuxi City, Jiangsu Province, as entrusted by the United States . This is to inform you that this court attempted to deliver the said legal documents directly to the named party, but the said recipient refused to accept them.

We are now returning the said documents to you.

[Seal] Jiangsu Province Wuxi City
Intermediate People's Court

February 22, 2011

# 江苏省无锡市中级人民法院
# 函

江苏省高级人民法院：

  贵院苏高法协[2011]304号关于美国向住江苏省无锡市江阴市江阴经济技术开发区申港园区的泰山石膏（江阴）有限公司送达法律文书一事，业经本院将法律文书直接送达给当事人，当事人拒收。现将送达回证附后，请查收。



二○一二年二月二十七日

# 江苏省高级人民法院

SX-10-200?

苏高法协[2011]304号

最高人民法院外事局：

贵院法协[2011]4号关于<u>美国</u>请求向<u>泰山石膏（江阴）有限公司</u>地址<u>江阴市江阴经济技术开发区申港园区，邮编：214443</u>送的文书一事，业已经我省<u>无锡市中级人民法院</u>依法向受送达人送达。因受送达人拒绝接受，无法送达。现将文书附后退回，请查收。

[中华人民共和国江苏省高级人民法院司法协助专用章]

联系人：张松波    电话：025-83785871

EMS ®全球邮政特快专递

国内特快专递邮件详情单

L * E Y 3 9 1 6 3 0 9 8 2 C N *

收寄日期 ACCEPTED DATE 年Y 月M 日D 时H

寄件人单位名称: 无锡市中级人民法院 立案庭

邮政局速递局法院专递业务档案室收

回执反馈地址:

邮政编码 POSTAL CODE

电话 PHONE

文书名称

案号: ( ) 字 号

- [ ] 受理案件通知书
- [ ] 应诉通知书
- [ ] 起诉或反诉状副本
- [ ] 答辩状副本
- [ ] 举证通知书
- [ ] 传票
- [ ] 出庭通知书
- [ ] 民事裁定书
- [ ] 民事判决书
- [ ] 民事调解书
- [ ] 其他 阅知书

经办人签名

交件人签名 朱

收件人姓名

移动电话:
住宅电话:
办公电话:

单位名称 COMPANY NAME 泰山石膏(江阴)有限公司

地址 ADDRESS 江阴市江阴经济技术开发区

邮政编码 POSTAL CODE 2 1

法院专递

资费(元)

重量(千克)

收件人或代收人签名

代收人与收件人关系

证件名称

证件号码

收件单位盖章

邮件收到日期: 年 月 日 时 投递员签名:

④寄件人存

EY391630982CN

---

改退批条

邮 1407

寄 / 改 / 退 / 回

原因:
1. 原址查无此人;
2. 迁移新址不明;
3. 原写地址不详;
4. 欠资,请补贴邮票
5.

分后再寄

经手人签章

主管人员

特快专递邮件详情单

L * E Y 3 9 1 6 3 0 9 8 2 C N *

邮政局速递局法院专递业务档案室收

回执反馈地址:

邮政编码 POSTAL CODE

电话 PHONE

文书名称

案号: ( ) 字 号

- [ ] 受理案件通知书
- [ ] 应诉通知书
- [ ] 起诉或反诉状副本
- [ ] 答辩状副本
- [ ] 举证通知书
- [ ] 传票
- [ ] 出庭通知书
- [ ] 民事裁定书
- [ ] 民事判决书
- [ ] 民事调解书
- [x] 其他 通知书

经办人签名

交件人签名 朱

0574-8820

收件人姓名

移动电话:
住宅电话:
办公电话:

单位名称 COMPANY NAME 泰山石膏(江阴)有限公司

地址 ADDRESS 江阴市江阴经济技术开发区中洋

邮政编码 POSTAL CODE 2 1

法院专递

资费(元)

重量(千克)

收件人或代收人签名

代收人与收件人关系

证件名称

证件号码

收件单位盖章

邮件收到日期: 年 月 日 时 投递员签名:

EY391630982CN



