APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

SX-10-20 ?¥

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Taishan Gypsum (Wenzhou) Co., Ltd.
    Wenzhen Power Generation Co., Ltd., Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang 325602, China
                Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A" - "C"<br>--Schedules 1 - 3<br>--Translations<br>--Summary of the Document to be Served | Done at , the<br>*Fait à* Minneapolis, Minnesota, U.S.A.   , *le* 12/17/10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG   [ OMNIBUS (III) ]
Defendant: Taishan Gypsum (Wenzhou) Co., Ltd.
Court Case No.: 09-6690

SX-10-2034

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___Jun. 2, 2011___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___No. 7b, Yinghui Road, Panshi Town, Leqing, Wenzhou, Zhejiang, China___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a) *selon les formes légales (article 5, alinéa premier, lettre a).* The addressee refused to accept the documents,
      [ ] (b) in accordance with the following particular method*:
          b) *selon la forme particulière suivante:* ___the court officers left the documents at the company___
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

Annexes
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

___
___
___

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
___
___

Done at ___Beijing___ , the ___Oct. 17, 2011___
*Fait à* ___ , *le* ___

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
民商事司法协助专用章

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

U.S.

# ZHEJIANG PROVINCE

## WENZHOU CITY INTERMEIDATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Zhejiang Province Wenzhou City Intermediate People's Court]

*Judicial Association No. SX-10-2034*
*(2011) Zhejiang Wenzhou Court/Intn'l Assistance No.5*

| | |
|---|---|
| Cause of Action | Judicial Assistance |
| Document Served and Number | Provincial Superior Court (2011) Zhejiang Superior Court International Assistance No. 20 correspondence; the Supreme Court Law Association (2011) No. 26 correspondence; Summons, one copy; Complaint, one copy; Summary of documents served; documents and translation. |
| Servee/Recipient | Taishan Gypsum (Wenzhou) Co., Ltd. |
| Address for Service | No. 76, Panshi Zhen, Leqing, Wenzhou City, (Zhejiang Province, China). |
| Signature or seal by Recipient | Date    Year |
| Substitute Recipient | Date    Year |
| Date of Receipt | Date    Year |
| Servers | Zhong Xia    Xie Didi |
| Notes | Mr. Li Wenfeng, Director of General Office, after contacting a self-claimed Company Official, refused to sign and accept the process. (Leaving documents at the place of abode)<br><br>Photos attached.<br>                              Zhong Xia    Xie Didi    June 2, 2011 |
| Issuer | Xie Didi   1577 88018128 |

Note:  1. If the recipient proper is not in, hand the documents to an adult family member for receiving in substitution.
2. In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note his/her relationship with the servee.
3. If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient. The service is then deemed as executed.



浙江省温州市中级人民法院
送达回证

SX-10-2034

(2011)浙温商外他字第 5 号

| 案　　由 | 司法协助 |
|---|---|
| 送达文书名称和件数 | [2011]浙商法外字第2号函、最高院法协(2011)26号函、传票壹份、诉状壹份、被送达立可概要、文书及外文翻译件 |
| 受送达人 | 泰山石膏(温州)有限公司 |
| 送达地址 | 浙江温州乐清磐石镇迎晖路76号 |
| 受送达人签名或盖章 | 　　　　　　　　年　　月　　日 |
| 代收人及代收理由 | 　　　　　　　　年　　月　　日 |
| 收到日期 | 　　　　　　　　年　　月　　日 |
| 送达人 | 仲夏、谢迪迪 |
| 备　　注 | 经该公司综合办文主任等转告后自称的总公司有关负责人核实后，拒绝签收。(留置)（已附照片） 〔签名〕 2011.6.2 |
| 填发人 | 谢迪迪　0577-88018128 |

注：1.如受送达人不在时，将文书交他的成年家属或所在单位的负责人代收。
　　2.如系代收，收件人应在收件人栏内签名或盖章，并注明与受送达人的关系。
　　3.受送达人或者代收人拒绝接收或签名、盖章时，送达人可邀请他的邻居或其他
　　　证人到场，说明情况，把文书留在他的住处，在送达证上记明拒绝的事由和送
　　　达日期，由送达人签名，即认为已经送达。