APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

SX-10-2016

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*   Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
                    Dawenkou Daiyue District, Taian, Shandong 271026, China
                    Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Complaint in Intervention)
--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A. , the
                                        , *le* 12/17/10

Signature and/or stamp.
*Signature et/ou cachet.*



(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94
                                                        (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# 证　明　书
# CERTIFICATE

根据公约第六条，签署本证明书的机关荣幸地证明：
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1、文书已予送达* 1.that the document has been served*
— 日期：the (date) _____
— 地点(城镇、街、号)：at (place, street, number) _____

— 采用的第五条所规定的送达方法为：in one of the following methods authorized by article 5:
① 依公约第五条第一款(一)项的规定。* a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
② 依下述特定方法：* b) in accordance with the following particular method*:

③ 交付给自愿接受的收件人。* c) by delivery to the addressee, who accepted it voluntarily*.
请求书中所列文书已经交付给：The documents referred to in the request have been delivered to:
—(收件人身份和说明)：(identity and description of person)

— 与受送达人的关系(家庭、业务及其它)：relationship to the addressee (family, business or other):

☑ 2、由于下列事实文书未能送达*：2. that the document has not been served, by reason of the following facts*:

*The addressee refused to accept the documents*

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用 * In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

附件 Annexes
退还的文书：Documents returned:
_____
_____

适当时，确认送达的文件：
In appropriate cases, documents establishing the service:
_____
_____

制于 ___ 年 ___ 月 ___ 日
Done at *Beijing July 11* 2011
签名和(或) 盖章
Signature and/or stamp.

*如不适用，则请删去。
*Delete if inappropriate.

# SHANDONG PROVINCE SUPERIOR PEOPLE'S COURT

*Judicial Association No. SX-10-2016*
*Shandong Superior Court*
*Receiving No. (2011)21*

The Supreme People's Court Foreign Affairs Bureau:

Regarding the request made by your Court's Law Association document No. [2011] 17 to serve the legal proceedings on <u>Taishan Gypsum Co., Ltd. (f/k/a Shandong Taihe Dongxin Co., Ltd.)</u> as requested by the United States, this is to inform you that Shandong Province Tai'an City Intermediate People's Court attempted to serve the said legal documents but failed due to the fact the named recipient refused to accept the same. We are now returning the attached legal materials to you.

[Seal]

Shandong Province
Superior People's Court
Foreign Affairs Office

June 30, 2011

# 山东省高级人民法院

SX-10-2016

鲁高法协受(2011)21号

最高人民法院外事局：

  贵院法协[2011]17号关于＿＿美国＿＿＿请求向泰山石膏有限公司（原"山东泰和东新股份有限公司"）送达法律文书一事，业已经＿山东省泰安市中级人民法院＿将该法律文书进行了送达，因＿受送达人拒绝接收＿＿原因未能成功送达，现将所附材料退回，请查收。



2011年6月30日

# 送达情况说明

山东省高级人民法院：

我院收到贵院(2011)鲁高法协受第 21 号函后，由我院司法协助专办员仉磊于 2011 年 6 月 21 日电话通知（０５３８－８８１１０７９）泰山石膏股份有限公司（Taishan Gypsum Co.,Ltd.）到我院领取受送达法律文书，该公司维权部卓姓经理答复，拒绝接收该函所附法律文书，并拒绝说明拒收原因。故我院将上述法律文书作退回处理。

特此说明。



二〇一一年六月二十一日

# 山东省泰安市中级人民法院函

泰中法函[2011] 12 号

山东省高级人民法院：

贵院（2011）鲁高法协受第 21 号关于请求向泰山石膏有限公司（Taishan Gypsum Co.,Ltd.）前称山东泰和东新有限公司地址山东省泰安市大汶口镇送达法律文书一事，因该公司拒绝接收所送达文书，未能送达，现将所附材料退回，请查收。



二〇一一年六月二十一日
（院印）