Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0660

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Building Supply House, L.L.C., c/o Brandon A Lagarde, Esq.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
Parish of: E. BATON ROUGE )

**Name of Server:** _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _16th_ day of _December_, 20 _11_, at _2:55_ o'clock _P_ M

**Place of Service:** at _8550 United Plaza Blvd., Ste. 1001_, in _Baton Rouge, LA 70809_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Building Supply House, L.L.C., c/o Brandon A Lagarde, Esq.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Ms. Jennifer West, Receptionist_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _N/A_
Approx. Age _30_ ; Approx. Height _5'6"_ ; Approx. Weight _125 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _16TH_ day of _DECEMBER_, 20 _11_
_[signature]_ AT DEATH
Notary Public    (Commission Expires)

**APS International, Ltd.**