Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

# APS International, Ltd.
# 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   111412-0664

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Citrus Park Development Group, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** SHANNA L SEGEL , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of January , 20 12 , at 803 o'clock PM

**Place of Service:** at  10103 Hayfield Way , in  Tampa, FL  33626

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Citrus Park Development Group, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: George Doster, Managing Member

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color Caul. ; Hair Color Brown ; Facial Hair —
Approx. Age 40 ; Approx. Height 6'1" ; Approx. Weight 180
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 9 day of January , 20 12

Notary Public        (Commission Expires)

## APS International, Ltd.

JAMIE MICHELE SNYDER
MY COMMISSION # EE123102
EXPIRES August 18, 2015
(407) 398-0153      FloridaNotaryService.com