Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 111412-0672

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--West Florida Construction Group, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** Shanna L Segel, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18 day of January, 20 12, at 7:55 o'clock P M

**Place of Service:** at 14616 Canopy Dr, in Tampa, FL 33626

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Omnibus Class Action Complaint IX;Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**West Florida Construction Group, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Brent Balch, Director

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color Cauc; Hair Color Brown; Facial Hair ___
Approx. Age 40; Approx. Height 6'0"; Approx. Weight 180 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 19 day of _____, 20 2012

_____
Notary Public         (Commission Expires)

**APS International, Ltd.**



JAMIE MICHELE SNYDER
MY COMMISSION # EE123102
EXPIRES August 18, 2015
FloridaNotaryService.com