Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0030

# AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
--5 Star Builders, Inc. of W.P.B.
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: PALM BEACH )

**Name of Server:** MICHAEL ROCCO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 11 TH day of OCTOBER, 20 11, at 1:40 o'clock P. M

**Place of Service:** at 3111 Fortune Way- B-14, in Wellington, FL 33414

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;
Exhibit A; Exhibit B

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
5 Star Builders, Inc. of W.P.B.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: "JOE" (DECLINED TO PROVIDE LAST NAME)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color CAUC ; Hair Color PEPPER ; Facial Hair ___
Approx. Age 55 ; Approx. Height 5'10" ; Approx. Weight 220

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

MICHAEL ROCCO
Signature of Server

Subscribed and sworn to before me this
11 TH day of OCTOBER, 20 11

JONATHAN LEVY
Notary Public          (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**