Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0043

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Boardwalk Drywall, Inc.
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: Florida ) ss.
County of: Hillsborough )
Name of Server: Edward Scott, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 18th day of October, 20 11, at 10:25 o'clock A M

Place of Service: at 4231 Grand Boulevard, in New Port Richey, FL 34652

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;
Exhibit A; Exhibit B

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Boardwalk Drywall, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Louis Leah, Field Operations manager

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Hispanic ; Hair Color Brown ; Facial Hair ___
Approx. Age 40 ; Approx. Height 5'8" ; Approx. Weight 190

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Edward Scott
Signature of Server 10-20-11 Date

Subscribed and sworn to before me this 20th day of October, 20 11

Elaine F. Jones
Notary Public     (Commission Expires)
                   3/2/13

APS International, Ltd.

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters