Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0039

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Eastmond Enterprises, Inc.
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Edwin S. Cintron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **10th** day of **October**, 20 **11**, at **9:10** o'clock **A** M

**Place of Service:** at **309 Monroe Avenue**, in **Lehigh Acres, FL 33936**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**
**Exhibit A; Exhibit B**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Eastmond Enterprises, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Marilyn Eastmond, Treasurer**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Black**; Hair Color **Black**; Facial Hair ____
Approx. Age **55**; Approx. Height **5'4"**; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #9002

Subscribed and sworn to before me this **12th** day of **October**, 20 **11**

Notary Public     (Commission Expires)

MARCIA L MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

**APS International, Ltd.**

5158