Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0014

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Kelley Drywall, Inc.
Court Case No. 11-1893 Section L

State of: Florida ) ss.
County of: Indian River )

Name of Server: Jimmy J. Mosley, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 14 day of October, 20 11, at 6:32 o'clock PM

Place of Service: at 13755 115 Street, in Fellsmere, FL 32948

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**
**Exhibit A; Exhibit B**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Kelley Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Penney Kelley

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Bro ; Facial Hair —
Approx. Age 50 ; Approx. Height 5'5" ; Approx. Weight 155

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ___ day of October, 20 11

Signature of Server
APS International, Ltd.

Notary Public (Commission Expires)
Karen D. Simmons  7/5/15



KAREN D. SIMMONS
Commission # EE 071008
Expires July 5, 2015
Bonded Thru Troy Fain Insurance 800-385-7019