Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0021

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Kimball Hill Homes Florida, Inc., c/o CT Corporation System

Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Eric Deal, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6th day of October, 20 11, at 12:00 o'clock P M

**Place of Service:** at 1200 South Pine Island Road, in Plantation, FL 33324

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**
**Exhibit A; Exhibit B**

**Service of Process on:**
**Person Served, and Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
**Kimball Hill Homes Florida, Inc., c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: CT Corporation System, Registered Agent for contact, Donna Moch, Senior Corp. Operations Manager for CT Corp.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair
Approx. Age 45+ ; Approx. Height 5'6" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 7th day of October, 20 11

Notary Public        (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Everton Baggoo
Commission # DD849273
Expires: JAN. 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.