Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L.J.&L. Enterprises, Inc.
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Forrest_ )

Name of Server: _Darth Borgman_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _18th_ day of _October_, 20 _11_, at _7:15_ o'clock _P_ M

Place of Service: at ~~990 Hwy 29~~ _171 Archel St_, in _Petal MS 39465_ ~~Wiggins, MS 39577~~

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**
**Exhibit A; Exhibit B**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**L.J.&L. Enterprises, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _50_ ; Approx. Height _5'10_ ; Approx. Weight _190_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _29_ day of _October_, 20 _11_

Signature of Server

Notary Public     (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 74094
MICHAEL W. PALMER, JR.
Commission Expires
June 9, 2012
FORREST COUNTY