Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0011

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Shamrock Building Materials, Inc., d/b/a Shamrock Trading and Overseas Building Supply, L.C.
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Oregon ) ss.
County of: Clackamas )

Name of Server: Paul Bahr, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 6th day of October, 20 11, at 12:35 o'clock P M

Place of Service: at 888 SW Fifth Avenue, Ste. 700, in Portland, OR 97204

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**
**Exhibit A; Exhibit B**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Shamrock Building Materials, Inc., d/b/a Shamrock Trading and Overseas Building Supply, L.C.**
By delivering them into the hands of an officer or managing agent whose name and title is: Jerry Hardman

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 7 day of Oct, 20 11

Notary Public   (Commission Expires)

**APS International, Ltd.**



OFFICIAL SEAL
CHRISTINE MEREDITH FREITER
NOTARY PUBLIC-OREGON
COMMISSION NO. 438233
MY COMMISSION EXPIRES APRIL 8, 2013