Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  112885-0034

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Sterling Communities, Inc.
Court Case No. 11-1893 Section L

State of: FLORIDA                ) ss.
County of: PALM BEACH           )

| | |
|---|---|
| **Name of Server:** | MICHAEL ROCCO , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the  9TH  day of  OCTOBER , 20 11 , at  8:50  o'clock  A.  M |
| **Place of Service:** | at  120 E. Palmetto Park Road, Ste. 100 , in  Boca Raton, FL  33432 |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand; Exhibit A; Exhibit B** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Sterling Communities, Inc.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is:  LORI GUZMAN, ADMINISTRATOR / AUTHORIZED / PARALEGAL |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex  F  ; Skin Color  CAUC  ; Hair Color  BLONDE  ; Facial Hair  Approx. Age  25  ; Approx. Height  5'4"  ; Approx. Weight  125  ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this
11 TH  day of  OCTOBER , 20 11

MICHAEL ROCCO
Signature of Server

JONATHAN LEVY
Notary Public              (Commission Expires)

**APS International, Ltd.**