Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0013

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Steve Corbett, Incorporated
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Georgia__ ) ss.
County of: __Muscogee__ )

**Name of Server:** __Edythe L. Dupree-Culpepper__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __October__, 20 __11__, at __2:30__ o'clock __P__ M

**Place of Service:** at __2814 C Stadium Dr.__, in __Phenix City, AL 36869__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**
**Exhibit A; Exhibit B**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Steve Corbett, Incorporated**
By delivering them into the hands of an officer or managing agent whose name and title is: __Leighann Woodhaen, Secretary__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Blonde__; Facial Hair ____
Approx. Age __49__; Approx. Height __5'7"__; Approx. Weight __240__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this that the foregoing is true and correct.   __5th__ day of __October__, 20 __11__

__Edythe L. Dupree-Culpepper__                __[signature]__ April 20, 2015
Signature of Server                           Notary Public        (Commission Expires)

**APS International, Ltd.**