UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L |
| This Document Relates to: *Amato v. Liberty Mutual Insurance Company, et al*,  No. 10-932 (EDLA) | * * * * * * | JUDGE: FALLON MAGISTRATE JUDGE WILKINSON |

*****************************************

### AMENDED NOTICE OF ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

TO:   North River Insurance Company
      Through its attorney of record
      Brian Martin
      Thompson, Coe, Cousins & Irons, L.L.P.
      One Riverway, Suite 1600
      Houston, Texas  77056

**PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiffs Steering Committee will take the deposition of  North River Insurance Company  on  May 15, 2012, starting at 9:00 a.m. (Eastern Time), at Hardin, Kundla, McKeon & Poletto, 673 Morris Avenue, Springfield, NJ  07081, (973) 912-5222, or at another location mutually agreed upon by the parties.  Pursuant to Fed. R. Civ. P. 30(b)(6), North River Insurance Company shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of North River Insurance Company concerning the topics identified in Schedule A attached hereto.

**If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.**

>     Primary Examiners:     A Member of the PSC, or its designee
>     Videotaped Deposition: Yes
>     Call-In Number:        **888-337-8218**
>                            **Participant Code:  769758**

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows.  This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein.  Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference.  This is an MDL "common" deposition of the excess insurance carrier for InEx.

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman** (Bar No. 6819)
rherman@hhkc.com
Leonard A. Davis (Bar No. 14190)
ldavis@hhkc.com
Stephen J. Herman (Bar No. 23129)
sherman@hhkc.com
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215)592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel
MDL 2047*

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA  70139<br>PH:  (504) 524-3300<br>Fax:  (504) 524-3313<br><br>Robert C. Josefsberg<br>25 Flagler Street<br>8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382<br><br>Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091<br><br>Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106<br>PH:  (215) 592-1500<br>Fax:  (215) 592-4663<br><br>Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055<br><br>Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA  70068<br>PH:  (985) 536-1186<br>Fax:  (985) 536-6445<br><br>Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444<br><br>Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931<br><br>Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973<br><br>James Robert  Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630<br><br>Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX  75219<br>PH:  (214) 523-6674<br>Fax:  (214) 520-1181 |

| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836<br><br>Daniel K. Bryson<br>900 West Morgan St.<br>Raleigh, NC  27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5035 | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>PH:  (757) 233-0009<br>Fax: (757-233-0455<br><br>Victor M. Diaz, Jr.<br>119 Washington Avenue<br>Suite 402<br>Miami Beach, FL  33139<br>PH:  (305) 704-3200<br>Fax:  (305) 538-4928 |
|---|---|

**PLAINTIFFS' STEERING COMMITTEE**

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.WSuite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Andrew A. Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA  70057<br>Phone:  (985) 783-6789<br>Fax:  (985) 783-1333<br>andrew@lemmonlawfirm.com | |
|---|---|

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Amended Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of May, 2012.

      /s/ Leonard A. Davis
      Leonard A. Davis
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Ave.
      New Orleans, LA  70113
      PH:  (504) 581-4892
      Fax:  (504) 561-6024
      ldavis@hhkc.com

**SCHEDULE A**

**DEFINITIONS**

**"Defender Policies"** or **"The Defender"** refers to The Defender commercial umbrella liability policy designated by form no. FM101.0.1108 (0999) which is issued by the United States Fire Insurance Company, the North River Insurance Company, Crum & Foster Insurance Company or Crum & Foster Underwriters Company of Ohio or Crum & Foster Indemnity Company.

**"Chinese Drywall"** means the defective Chinese drywall imported into the United States and at issue in this Multidistrict Litigation No. 2047.

"**Document"** or **"documents"** means and includes any written, recorded, or graphic matter, however produced or reproduced, whether or not in the possession, custody, or control of Defendant and whether or not claimed to be privileged against discovery on any ground, including, but not limited to, books, brochures, notes, diaries, notebooks, ledgers, letters, contracts, checks, drawings, graphs, charts, reports, records, statements, receipts, computer diskettes, computer printouts, teletypes, telecopies, invoices, worksheets, lists, memoranda, correspondence, telegrams, schedules, photographs, sound recordings, films, computer media, or other data compilations from which information can be obtained or translated, if necessary, through detection devices into reasonably usable form.

The term "Policies," as used herein, shall refer to the policies of insurance with the following policies numbers and effective dates:

            553-08520-3        effective 12/1/03 to 1/1/05

            553-086807-3       effective 1/1/05 to 1/1/06

            553-088195-1       effective 1/1/06 to 1/1/07

    553-089469-5   effective 1/1/07 to 1/1/08

    553-090750-2   effective 1/1/08 to 1/1/09

    553-091952-6   effective 1/1/09 to 1/1/10

"InEx Settlement" means the Amended Settlement Agreement regarding claims against InEx in MDL No. 2047 filed with the Court on January 24, 2012.

The terms "You" and "Your", as used herein, shall refer to The North River Company, a wholly owned subsidiary of Crum & Forster Holdings, Corp. which is a wholly owned subsidiary of Crum & Forster Holding Inc. which in turn is a wholly owned subsidiary of Crum & Forster Holdings Corp. (Delaware) which is a wholly owned subsidiary of Fairfax Inc. (Wyoming) which is a wholly owned subsidiary of FFHL Group, Ltd. (Canada) which is a wholly owned subsidiary of Fairfax Financial Holdings Limited (Canada) which is listed on the Toronto Stock Exchange and shall include, without limitation, any and all employees, adjustors, outside adjustors, consultants, agents and attorneys therefor.

## **DEPOSITION TOPICS**

Pursuant to Rule 30(b)(6) and subject to the directives and limitations imposed by the Court in the status conference of April 19, 2012, You shall designate and produce for deposition one or more of Your partners, officers, directors, managing agents, or other persons who consent to testify on your behalf concerning the following subject matters:

1. Participation and request to participate in the InEx Settlement Agreement and any objections made thereto;

2. Your corporate structure;

3. Your relationship and dealings with your parent, subsidiaries and affiliates, including Crum & Foster, a Fairfax company, and all other insurance companies within the Crum & Foster family;

4. Your regulatory compliance regimen in states where Interior Exterior transacts business with respect to The Defender type policies;

5. Any and all complaints, inquiries, coverage questions or other communications between you and any insurance commissioner regarding The Defender type policies where Interior Exterior transacts business;

6. Your handling of insurance for Interior Exterior Chinese drywall claims;

7. The issuance of insurance by You for Interior Exterior;

8. Claims involving Chinese drywall sold or supplied by Interior Exterior;

9. The development, writing, marketing, and sale of The Defender type policies in Louisiana to Interior Exterior;

10. The underwriting, negotiation or placement of the following policies:

    553-08520-3        effective 12/1/03 to 1/1/05
    553-086807-3       effective 1/1/05 to 1/1/06
    553-088195-1       effective 1/1/06 to 1/1/07
    553-089469-5       effective 1/1/07 to 1/1/08
    553-090750-2       effective 1/1/08 to 1/1/09
    553-091952-6       effective 1/1/09 to 1/1/10

11. Your policies, procedures, implementation of policy and procedures, including issuing reservation of rights letters following receipt of a claim;

12. The terms and conditions of the Policies, including, but not limited to any policy terms dealing with coverage issues, payment of proceeds and other insurance, cooperation and assignment of interest;

13. Claims handling of the InEx Chinese Drywall Claims;

14. Documents produced in response to Requests for Production; and

15. Claims and defenses asserted in this litigation.