UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD AND CONSTANCE ALMEROTH ET AL., | x | |
| v. | x | CASE NO: 12-0498 SECTION L |
| TAISHAN GYPSUM, CO., LTD., et al. | x | |

## NOTICE OF APPEARANCE

Robert V. Fitzsimmons, Esq., and the law firm of Rumberger, Kirk & Caldwell, P.A., hereby enters their appearance as counsel for Defendant, FLORIDA STYLE SERVICES, INC., and requests that copies of all pleadings filed in this matter be forwarded to undersigned.

Respectfully Submitted,

/s/ Robert V. Fitzsimmons
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant, Florida Style Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of April, 2012.

/s/ Robert V. Fitzsimmons
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant, Florida Style Services, Inc.*

# LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 43903762 |
| **Submitted by:** | Teresa Ortega, Rumberger Kirk & Caldwell |
| **Authorized by:** | Robert Voss Fitzsimmons, Rumberger Kirk & Caldwell |
| **Authorize and file on:** | Apr 26 2012 8:33AM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Chinese Drywall |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Products Liability-Chinese Drywall |
| **Case Type:** | Chinese Drywall |
| **Case Number:** | 2:12cv00498 |
| **Case Name:** | Almeroth et al vs Taishan Gypsum Co Ltd et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Almeroth - Florida Style |
| **Read Status for e-service:** | Not Purchased |

**Documents List**
**1 Document(s)**
**Attached Document, 2 Pages   Document ID: 47974526**

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Public | $0.00 | |

**Document title:**
Notice of Appearance

Expand All

☐ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Florida Style Services | Defendant | Fitzsimmons, Robert Voss | Rumberger Kirk & Caldwell | Attorney in Charge |

☐ **Recipients (1227)**

☐ Service List (1227)

☐ Additional Recipients (0)

☐ **Case Parties**

[Close]



About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2012 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.