Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   112885-0019

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Thomas R. Gould, Inc.
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __MARION__ )

**Name of Server:** __ROBERT MCGUINNESS__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __10TH__ day of __OCTOBER__, 20 __11__, at __10:35__ o'clock __A__ M

**Place of Service:** at __19 Teak Way Drive__, in __Ocala, FL 34471__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**
**Exhibit A; Exhibit B**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Thomas R. Gould, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __REGISTERED AGENT / THOMAS GOULD__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __WHITE__ ; Hair Color __GRAY__ ; Facial Hair __NO__
Approx. Age __50__ ; Approx. Height __6.2__ ; Approx. Weight __290__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __10__ day of __OCTOBER__, 20 __11__

Notary Public     6-15-15  (Commission Expires)

**APS International, Ltd.**

KENNETH W. KELLEY, JR.
Commission # EE 067526
Expires June 15, 2015
Bonded Thru Troy Fain Insurance 800-385-7019