Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0020

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--West Lakes Estates, Inc.
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __DUVAL__ )
Name of Server: __DENNIS BARTIGUCCI__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __6__ day of __OCT__, 20__11__, at __11:30__ o'clock __A__ M

Place of Service: at  10145 103rd Street , in  Jacksonville, FL  32210

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**
**Exhibit A; Exhibit B**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**West Lakes Estates, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __DONNA SCHOBER__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __BROWN__ ; Facial Hair __0__
Approx. Age __38__ ; Approx. Height __5'9"__ ; Approx. Weight __175__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.                               __7__ day of __OCTOBER, 2011__

Signature of Server                                                    Notary Public        (Commission Expires)

**APS International, Ltd.**

MICHAEL KETCHUM
MY COMMISSION #EE111363
EXPIRES: JUL 11, 2015
Bonded through 1st State Insurance