Richard and Carol Benoit, et. al., Plaintiff(s)
vs.
Lafarge S.A., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 112885-0045

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wood Nation, Inc., Registered Agent Richard L. Hannam
Court Case No. 11-1893 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: **Jamie Snyder**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26 day of October, 20 11, at 5:18 o'clock PM

Place of Service: at 12012 Timberhill Dr., in Riverview, FL 33569

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (XI) w/Jury Demand;**
**Exhibit A; Exhibit B**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Wood Nation, Inc., Registered Agent Richard L. Hannam**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Richard L. Hannam, Registered Agent

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color Cauc ; Hair Color Gray ; ~~Facial Hair~~
Approx. Age 71yr ; Approx. Height 5'10" ; Approx. Weight 210 lbs

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Signature of Server*

Subscribed and sworn to before me this 23 day of October, 20 11

*Notary Public* (Commission Expires)

APS International, Ltd.

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters