UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..  :

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Due to a scheduling conflict, IT IS ORDERED that the monthly status conference scheduled for June 14, 2012, at 9:00 a.m. is RESCHEDULED for 10:00 a.m. the same day.  IT IS FURTHER ORDERED that the pre-conference meeting in Chambers with the steering committees is scheduled for 9:30 a.m.

New Orleans, Louisiana this 1st day of May 2012.

_____
U.S. District Judge