UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

On February 22, 2012, the Court issued an Order requiring all non-compliant homebuilders to pay their share of the Homebuilders' Liaison Counsel's fees and expenses. (R. Doc. 12546). This Order set a deadline for compliance at the February 22, 2012, monthly status conference. *Id*. IT IS ORDERED that this deadline is CONTINUED to the May 17, 2012, monthly status conference. Homebuilders are directed to contact Dorothy Wimberly with questions or concerns at Stone, Pigman, Walther, Wittmann, LLC, 546 Carondelet Street, New Orleans, Louisiana, 504-593-0894, or dwimberly@stonepigman.com.

New Orleans, Louisiana this 1st day of May 2012.

_____
U.S. District Judge