IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| =============================== | x | ============================ |
|---|---|---|
| | x | |
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x | MDL NO. 2047 SECTION: L |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO GERMANO, ET AL, V. TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD. CASE NO. 2:09-CV-6687 (EDLA) | x | MAG. JUDGE WILKINSON |
| =============================== | x | ============================ |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Compel YAHOO!;

IT IS ORDERED that this Motion is DENIED AS MOOT based upon information from the movants that the issues in the Motion have been resolved.

New Orleans, Louisiana, this  1st  day of    May    , 2012.

_____
Eldon E. Fallon
United States District Court Judge

1