Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0085

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--A.B.S. Building Corporation
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Virginia** ) ss.
County of: **City of Norfolk** )

Name of Server: **William L. Sasser Jr.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **7th** day of **November**, 20 **11**, at **4:00** o'clock **P** M

Place of Service: at **2236 Cunningham Drive**, in **Hampton, VA 23666**

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**A.B.S. Building Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Lawrence G. Cumming, RA**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **Cauc** ; Hair Color **Gray** ; Facial Hair **No**
Approx. Age **60-70** ; Approx. Height **6'0"** ; Approx. Weight **180 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this **8th** day of **November**, 20 **11**

_[signature]_
Notary Public

**4-30-2014**
(Commission Expires)



APS International, Ltd.

Notary seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA