Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0065

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Adams Homes of Northwest Florida, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: ~~Escambia~~ Okaloosa

Name of Server: Gayle Meade, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 9 day of November, 20 11, at 4:30 o'clock P M

Place of Service: at 3000 Gulf Breeze Parkway, in Gulf Breeze, FL 32653

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Adams Homes of Northwest Florida, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Shelly Supelveda - admin asst.

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brown ; Facial Hair no
Approx. Age 30s ; Approx. Height 5'2 ; Approx. Weight 136

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 10th day of Nov., 20 11

Notary Public    (Commission Expires) 2014

**APS International, Ltd.**



KRISTINA TRAIL
MY COMMISSION # EE 009861
EXPIRES: July 19, 2014
Bonded Thru Notary Public Underwriters