Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0270

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Amado Maschmeyer d/b/a Ace's Towing, Ace's Towing Enterprises, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Bernard )

Name of Server: **Roy Busiere**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 2 day of Dec, 20 11, at 9:18 o'clock A M

Place of Service: at 205 West St. Bernard Hwy, in Chalmette, LA 70043

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Amado Maschmeyer d/b/a Ace's Towing, Ace's Towing Enterprises, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: Amado Maschmeyer, Owner    Personal

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Black ; Facial Hair None
Approx. Age 42 ; Approx. Height 5'7 ; Approx. Weight 170

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Roy Busiere
Signature of Server

Subscribed and sworn to before me this 2 day of Dec, 20 11

Vicki H. Conners
Notary Public      (Commission Expires)

**APS International, Ltd.**



VICKI H. CONNERS
ID #63216
Parish of St. Tammany
Commission for Life