Laura Haya, et. al., Plaintiff(s)
    vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   113373-0011

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
    --American Building Materials, Inc.
    Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **Hillsborough** )

**Name of Server:** **Jamie Snyder**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **17** day of **November**, 20 **11**, at **2:20** o'clock **P** M

**Place of Service:** at **1102 North 50th Street**, in **Tampa, FL 33619**

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**American Building Materials, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Jim Goodus - Sales - Employee Auth. to Accept**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc**; Hair Color **Gray**; ~~Facial Hair~~ **glasses**
Approx. Age **65**; Approx. Height **5' 10"**; Approx. Weight **200**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[Signature]*
Signature of Server

Subscribed and sworn to before me this **18** day of **November**, 20 **11**

*[Signature]*
Notary Public   (Commission Expires)

APS International, Ltd.

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters