UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | |

**THIS DOCUMENT RELATES TO ALL CASES.**

## SECOND REVISED SCHEDULING ORDER AS TO PERSONAL JURISDICTION OVER TAISHAN DEFENDANTS

On February 10, 2012, this Court issued a Scheduling Order for the personal jurisdiction motions involving the Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (collectively "Taishan"). (R. Doc. 12480). On Apil 9, 2012, the Court issued a first revised scheduling order. (R. Doc. 13596). Now, after meeting-and-conferring with counsel, the Court finds that a second revised scheduling order is appropriate. Accordingly, IT IS ORDERED that the following deadlines apply to the briefing and hearing of the Taishan personal jurisdiction motions:

May 8, 2012: The Plaintiffs' Steering Committee's response brief is to be filed with the Court.

May 18, 2012: All other parties' response briefs are to be filed with the Court.

June 8, 2012: Taishan's reply briefs are to be filed with the Court.

June 14, 2012: A hearing will be held on Taishan's personal jurisdiction motions following the monthly status conference at 10:00 a.m.

New Orleans, Louisiana this 1st day of May, 2012.

_____

U.S. District Judge