UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

**ORDER**

On December 20, 2011, the Plaintiffs' Steering Committee issued a subpoena to CNBM (USA), Corp. ("CNBM") in connection with a Notice of Oral and Videotaped Deposition pursuant to Federal Rule of Civil Procedure 30(b)(6).  On February 10, 2012, the Banner entities filed a Cross-Notice of the Deposition.  These notices scheduled the deposition of CNBM on February 22, 2012, at 10:00 a.m. at the Beverly Wilshire Hotel, located 9500 Wilshire Boulevard, Beverly Hills, California 90212.  On February 22, 2012, a Certificate of Non-Appearance of Rule 30(b)(6) Witness of CNBM was taken at the hotel after the CNBM witness failed to appear at the deposition.  Among other counsel who attended in person and by phone, were counsel for the Plaintiffs' Steering Committee ("PSC") and counsel for the Banner Supply entities, both of which who appeared at the deposition in person.

On February 28, 2012, the PSC filed with the Court a Motion to Compel and for Costs/Sanctions.  (R. Doc. 12641).  The Banner entities joined in this Motion.  (R. Doc. 12904).  The Court set these motions for hearing following the March 22, 2012, monthly status conference.  The Motion and hearing date was forwarded to CNBM via Federal Express on March 5, 2012, which was signed for on March 6, 2012.  CNBM did not appear at the hearing,

nor did it file a response in opposition to the motions. Accordingly, the Court issued a Minute Entry granting the motion and directing counsel who attended the deposition in person to submit affidavits regarding the expenses and costs incurred in preparing for and attending the deposition. The PSC and Banner entities have each now submitted affidavits. (R. Docs. 13585, 13935). Accordingly, IT IS ORDERED that a hearing is scheduled on May 17, 2012, following the monthly status conference at 9:00 a.m., on a rule to show cause why CNBM should not be imposed the expenses and costs incurred by the PSC and Banner entities in preparing for and attending the noticed deposition in the amounts indicated in the filed affidavits (R. Docs. 13585, 13935).

New Orleans, Louisiana this 1st day of May, 2012.

_Eldon E. Fallon_

U.S. District Judge