UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Ollie Anum is a homeowner plaintiff in the MDL litigation. *See* Case Nos. 11-1363, 11-2023. Ms. Anum was previously represented by the law firms Colson, Hicks, Eidson, Colson, Matthews, Gonzalez, Kalbec & Kane; Hausfel, LLP; and Levin, Fishbein, & Sedran. On March 21, 2012, counsel for Ms. Anum filed a Motion to Withdraw as Counsel, citing "irreconcilable differences with Plaintiff on issues involving the case." (R. Doc. 13143). The Court, finding the motion grounded in fact and law, granted the motion on March 26, 2012. (R. Doc. 13240). This left Ms. Anum as an unrepresented plaintiff in the litigation.

Since the issuance of the withdrawal order, Ms. Anum has contacted the Court via telephone, fax, mail, and email, expressing dissatisfaction with the Court's order permitting withdrawal of counsel and seeking reappointment and/or appointment of counsel. The Court and its staff have responded to Ms. Anum's communications, explaining each time: the basis of its order; that it is unable to appoint an attorney to represent Ms. Anum; directing Ms. Anum to contact her local bar association for attorney referral; providing her with contact information for the Court-appointed pro se curator; and contacting the curator on her behalf. The pro se curator has also communicated with Ms. Anum regarding her situation and concerns. Nonetheless, Ms.

Anum continues to contact the Court seeking legal advice, particularly with regard to re-appointment of her previous counsel or appointment of new counsel.  As explained to Ms. Anum on several occasions now, these requests are outside the Court's purview.

While the Court is sympathetic to Ms. Anum's situation, it cannot expend any further time or effort reiterating its position on her requests.  Accordingly, IT IS ORDERED that Ms. Anum is to no longer contact the Court through informal communication channels, excluding proper legal filing processes within the litigation in her role as a pro se or represented plaintiff.  The Court once again encourages Ms. Anum to: contact the pro se curator, Robert Johnston at (504) 561-7799 or RMJ@ahhelaw.com with any further questions or concerns; to contact her local bar association for attorney referral services; and to consult the Court's MDL website at http://www.laed.uscourts.gov/Drywall/Drywall.htm for information about the litigation.

New Orleans, Louisiana, this 1st day of May 2012.

_____
U.S. District Judge

Clerk to serve: Ollie Anum
17526 SW 48th Street
Miramar, FL 33029