Laura Haya, et. al., Plaintiff(s)
  vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0012

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Housing Corporation
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: Lydia Velez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 9th day of November, 20 11, at 12:00 o'clock P M

Place of Service: at One Progress Plaza, Ste. 1210, in St. Petersburg, FL 33701

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**American Housing Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: James Powell, Attorney

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Brown ; Facial Hair ___
Approx. Age 55 ; Approx. Height 5' 11" ; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  11/10/11

Subscribed and sworn to before me this 10th day of November, 20 11

Notary Public   (Commission Expires) 3/2/13

**APS International, Ltd.**



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters