Case 2:09-md-02047-EEF-MBN   Document 14092   Filed 05/01/12   Page 1 of 1

Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0101

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Amerisouth, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **22nd** day of **November**, 20 **11**, at **10:03** o'clock **A** M

**Place of Service:** at **3942 SE 9th Court**, in **Cape Coral, FL  33904**

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Amerisouth, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Joseph Intorcia, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Salt/pepper**; Facial Hair ____
Approx. Age **65-70**; Approx. Height **5'8"**; Approx. Weight **175**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Gray* #157153
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **23rd** day of **November**, 20 **11**

*Traci A. DeSalvo*
Notary Public          (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

5930