Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et.
al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113373-0102

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Aranda Homes, Inc
Court Case No. 11-1077 Section L

State of: _Florida_ ) ss.

County of: _Lee_ )

Name of Server: _Barbara Gray_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _15th_ day of _November_, 20 _11_, at _11:20_ o'clock _A_ M

Place of Service: at _917 NE 7th Street_, in _Cape Coral, FL_   _33909_

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Aranda Homes, Inc**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _John Conti, Jr., Registered Agent_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Black_ ; Facial Hair _____
Approx. Age _40-45_ ; Approx. Height _5'9"_ ; Approx. Weight _175_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Barbara Gray_
Signature of Server   #157153

**APS International, Ltd.**

Subscribed and sworn to before me this
_18th_ day of _November_, 20 _11_
_Traci L DeSalvo_   10/26/15
Notary Public   (Commission Expires)

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

5924