Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0013

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Avalon Building Corporation of Tampa Bay
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Lydia Velez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9th day of November, 20 11, at 3:00 o'clock PM

**Place of Service:** at 905 MLK Jr. Dr., #250, in Tarpon Springs, FL 34689

**Documents Served:** the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Avalon Building Corporation of Tampa Bay**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ralph Zuckerman, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5' 11" ; Approx. Weight 190

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Lydia Velez  11/10/11
Signature of Server

Subscribed and sworn to before me this 10th day of November, 20 11
Elaine F. Jones
Notary Public   (Commission Expires) 3/2/13

APS International, Ltd.

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters