Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0104

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--B & B Stucco, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Raymond V. Laalso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **11th** day of **November**, 20 **11**, at **10:45** o'clock **A** M

**Place of Service:** at **12244 Treeline Avenue # 2**, in **Fort Myers, FL 33913**

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**B & B Stucco, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Carolyn S. Bowe, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Blonde**; Facial Hair ___
Approx. Age **67**; Approx. Height **5'4"**; Approx. Weight **185**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  #157154

Subscribed and sworn to before me this **18th** day of **November**, 20 **11**

Traci A. DeSalvo  10/26/15
Notary Public   (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

5925