Laura Haya, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   113373-0154

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Co. Fort Myers, LLC, c/o GY Corporate Services, Inc.

Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.

County of: _Dade_ )

| | |
|---|---|
| Name of Server: | _Carlos Aguirre_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the _11th_ day of _November_, 20 _11_, at _11:22_ o'clock _A_ M |
| Place of Service: | at **Two South Biscayne Blvd., Ste. 3400**, in **Miami, FL 33131** |
| Documents Served: | the undersigned served the documents described as: **Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Banner Supply Co. Fort Myers, LLC, c/o GY Corporate Services, Inc.** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: _Mark Scheer R.A._ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex _M_; Skin Color _White_; Hair Color _BROWN_; Facial Hair _____ Approx. Age _45_; Approx. Height _5'5_; Approx. Weight _200_ ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Server **APS International, Ltd.** |

Subscribed and sworn to before me this _11_ day of _November_, 20 _11_

Notary Public                  (Commission Expires)

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013