Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   113373-0153

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Co., c/o GY Corporate Services, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )
Name of Server: _Carlos Aguirre_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _11th_ day of _November_, 20 _11_, at _11:22_ o'clock _A_ M

Place of Service: at _Two South Biscayne Blvd., Ste. 3400_ , in _Miami, FL  33131_

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Co., c/o GY Corporate Services, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Mark Scheer R.A._

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_; Hair Color _BROWN_; Facial Hair _NO_
Approx. Age _45_ ; Approx. Height _5'5_ ; Approx. Weight _200_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____ Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _11_ day of _November_ , 20 _11_

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013