Laura Haya, et. al., Plaintiff(s)
    vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0249

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
    --Bass Homes, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **ALABAMA** ) ss.
County of: **BALDWIN** )

**Name of Server:** **DANIEL A. MOYNIHAN**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **10TH** day of **NOVEMBER**, 20 **11**, at **1:00** o'clock **__** M

**Place of Service:** at **34661 Highway 59 South**, in **Stapleton, AL  36578**

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bass Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **ROCKY WILLIS / SALES/DESIGN CONSULTANT**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **RED** ; Facial Hair **BEARD**
Approx. Age **50** ; Approx. Height **5'9"** ; Approx. Weight **250**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Daniel A. Moynihan_
Signature of Server

Subscribed and sworn to before me this **15th** day of **November**, 20 **11**

_Lily E. Hester_
Notary Public     (Commission Expires)
**06/24/2012**

**APS International, Ltd.**