Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0187

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beazer Homes, Corp.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Alof_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _9_ day of _Nov_, 20 _11_, at _1026_ o'clock _A_ M

**Place of Service:** at _1201 Hays Street_, in _Tallahassee, FL 32301_

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Beazer Homes, Corp.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Joyce Markley_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _Blk_; Facial Hair ___
Approx. Age _50_; Approx. Height _5'8_; Approx. Weight _161_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature] 11.9.11_
Signature of Server

Subscribed and sworn to before me this _9_ day of _Nov_, 20 _11_

_[signature]_
Notary Public    (Commission Expires)

**APS International, Ltd.**


DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019