Laura Haya, et. al., Plaintiff(s)

vs.

Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   113373-0015

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Black Bear Gypsum, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Florida_ ) ss.

County of: _Hillsborough_ )

**Name of Server:** _Lydia Velez_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _9th_ day of _November_, 20 _11_, at _11:00_ o'clock _A_ M

**Place of Service:** at _2050 Tall Pines Drive, Ste. B_, in _Largo, FL  33771_

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Black Bear Gypsum, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Gina milinovich, Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lydia Velz_ _11/10/11_
Signature of Server

Subscribed and sworn to before me this _10th_ day of _November_, 20 _11_

_Elaine F. Jones_
Notary Public            (Commission Expires)
_3/2/13_

**APS International, Ltd.**



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters