Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0016

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Black Bear Gypsum Supply, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

Name of Server: **Lydia Velez**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9th** day of **November**, 20 **11**, at **11:00** o'clock **A** M

Place of Service: at **2050 Tall Pines Drive, Ste. B**, in **Largo, FL 33771**

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Black Bear Gypsum Supply, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Gina Milinovich, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex ____ ; Skin Color ____ ; Hair Color ____ ; Facial Hair ____
Approx. Age ____ ; Approx. Height ____ ; Approx. Weight ____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lydia Velez_ 11/10/11
Signature of Server

Subscribed and sworn to before me this **10th** day of **November**, 20 **11**

_Elaine F. Jones_
Notary Public   (Commission Expires) 3/2/13

**APS International, Ltd.**


ELAINE F. JONES
MY COMMISSION # DD 857288
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters