Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0046

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Builder's Depot
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Texas** ) ss.
County of: **Bowie** )

Name of Server: **William Perry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **4th** day of **November**, 20 **11**, at **02:00** o'clock **P** M

Place of Service: at **101 S. Robinson Road**, in **Texarkana, TX 75501**

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Builder's Depot**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Judy Beck, Receptionist/Clerk**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Gray**; Facial Hair **N/A**
Approx. Age **66**; Approx. Height **5'8**; Approx. Weight **205**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*William Perry*
Signature of Server

Subscribed and sworn to before me this **4th** day of **November**, 20 **11**

*Vickie Cummings* Aug. 20, 2013
Notary Public (Commission Expires)

**APS International, Ltd.**



VICKIE CUMMINGS
Notary Public, State of Texas
My Commission Expires
August 20, 2013