Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0275

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Burmon Properties, LLC, c/o National Registered Agents, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

Name of Server: Ray Busiere, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 2 day of Dec, 20 11, at 1:03 o'clock P M

Place of Service: at 1011 N. Cause Way Blvd., Ste. 3, in Mandeville, LA 70471

Documents Served: the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Burmon Properties, LLC, c/o National Registered Agents, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Amy Daniels, Ward Law Firm Sect. Personal Svc

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Brown ; Facial Hair None
Approx. Age 3 ; Approx. Height 5'6 ; Approx. Weight 155

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Ray Busiere
Signature of Server

Subscribed and sworn to before me this 2 day of Dec, 20 11

Vicki H. Conners
Notary Public    (Commission Expires)

**APS International, Ltd.**



VICKI H. CONNERS
ID #63216
Parish of St. Tammany
Commission for Life