Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0107

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--C.A. Steelman, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )
Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __18th__ day of __November__, 20__11__, at __9:03__ o'clock __A__ M

Place of Service: at __2271 Bruner Lane, Ste 5__, in __Fort Myers, FL  33912__

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**C.A. Steelman, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Christopher Steelman, Registered Agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Brown/Balding__; Facial Hair ____
Approx. Age __45-50__; Approx. Height __5'10"__; Approx. Weight __170__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__   #157153
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __23rd__ day of __November__, 20 __11__

__Traci A. DeSalvo__
Notary Public        (Commission Expires)

TRACI A DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

5926