2nd address

Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0258

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cemex, Inc., c/o Corporate Creations Network, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** David Mulberry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14th day of November, 20 11, at 1:20 o'clock P M

**Place of Service:** at 11380 Prosperity Farms Road, #221E, in Palm Beach Gardens, FL 33410-3465

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Cemex, Inc., c/o Corporate Creations Network, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Raziur Rahman

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair ____
Approx. Age 35 ; Approx. Height 5'10" ; Approx. Weight 170

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct. 15th

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this ___ day of November, 20 11

Notary Public   (Commission Expires)

BECKY TIETBOEHL
MY COMMISSION # EE 099771
EXPIRES: June 5, 2015
Bonded Thru Notary Public Underwriters