Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0152

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes Construction, Inc., c/o Leopold, Korn & Leopold
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

Name of Server: **Felix Oñate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 10th day of November, 20 11, at 11:23 o'clock P M

Place of Service: at 825 Coral Ridge Dr., in Coral Springs, FL 33071

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes Construction, Inc., c/o Leopold, Korn & Leopold**
By delivering them into the hands of an officer or managing agent whose name and title is: **Debbie Pasquale Receptionist**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 55 ; Approx. Height 5'4 ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server

Subscribed and sworn to before me this 15 day of November, 20 11

*[signature]*
Notary Public        (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jesy Rodriguez Leon
Commission # DD763471
Expires: FEB. 28, 2012
BONDED THRU ATLANTIC BONDING CO., INC.