Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0110

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Chase Construction, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __11th__ day of __November__, 20__11__, at __10:29__ o'clock __A__ M

**Place of Service:** at __1714 Cape Coral Pkwy E__, in __Cape Coral, FL 33904__

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Chase Construction, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Patricia Kelly, Assistant to the Registered Agent Robert Burandt, Esq__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__; Skin Color __Black__; Hair Color __Black__; Facial Hair ____
Approx. Age __50-55__; Approx. Height __5'6"__; Approx. Weight __145__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Barbara Gray__ #15153
Signature of Server

Subscribed and sworn to before me this __18th__ day of __November__, 20__11__

__Traci A. DeSalvo__  10/26/15
Notary Public    (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

5933