Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0018

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Citrus Park Development Group, LLC
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Lynn A Anderson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 11 day of November, 20 11, at 10:10 o'clock AM

**Place of Service:** at 10103 Hayfield Way, in Tampa, FL 33626

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Citrus Park Development Group, LLC** c/o George Doster Mgr~
By delivering them into the hands of an officer or managing agent whose name and title is: Gail Doster, Mother Co/Resident ATA

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Cauc ; Hair Color Gray ; ~~Facial Hair~~
Approx. Age 65 ; Approx. Height 5'5" ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Lynn A Anderson
Signature of Server

Subscribed and sworn to before me this 14 day of November 20 11

Notary Public        (Commission Expires)

**APS International, Ltd.**



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters