

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Richard and Constance Almeroth, et al., individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON EXHIBIT "A" ATTACHED HERETO], | CASE NO.: 12-0498<br>SECT. L MAG 2 |
| Plaintiffs, | |
| v. | |
| TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD.; [ADDITIONAL DEFENDANTS LISTED ON EXHIBIT "B" ATTACHED HERETO], | |
| Defendants.                                     / | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Pre-Trial Order No. 1F and without waiving any defenses (including jurisdictional defenses), John M. Barkett, Esq. and Daniel B. Rogers, Esq. of the law firm of Shook, Hardy & Bacon L.L.P. hereby enter their appearance as attorneys of record for Defendant Pride Homes of Lakes by the Bay – Parcel H, LLC in the above-captioned matter and requests that the Court, through its electronic filing system, and all parties serve all further pleadings on the undersigned.

LAW OFFICES
SHOOK, HARDY & BACON L.L.P.
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171

Respectfully submitted this 30th day of April, 2012.

                        By:   /s/ Daniel B. Rogers
                               JOHN M. BARKETT
                               Florida Bar No. 197548
                               Email: jbarkett@shb.com
                               DANIEL B. ROGERS
                               Florida Bar No. 195634
                               Email: drogers@shb.com
                               **SHOOK, HARDY & BACON L.L.P.**
                               Miami Center, Suite 2400
                               201 South Biscayne Boulevard
                               Miami, FL  33131-4332
                               Telephone:  305.358.5171
                               Facsimile:   305.358.7470

                               *Attorneys for Pride Homes of Lakes by*
                                   *the Bay – Parcel H, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of April, 2012.

        /s/ Daniel B. Rogers
        Daniel B. Rogers

-3-
LAW OFFICES
SHOOK, HARDY & BACON L.L.P.
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 • TELEPHONE (305) 358-5171

670334 v1