Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0281

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Common Ground Relief, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _Orleans_ )

**Name of Server:** _Ray Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2_ day of _Dec._, 20_11_, at _9:37_ o'clock _A_ M

**Place of Service:** at _1800 Deslonde Street_, in _New Orleans, LA 70117_

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Common Ground Relief, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Tom Pepper, Manager     Personal Svc._

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _Gray_ ; Facial Hair _none_
Approx. Age _57_ ; Approx. Height _5'7"_ ; Approx. Weight _165_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Ray Busiere_
Signature of Server

Subscribed and sworn to before me this _2_ day of _Dec_, 20_11_

_Vicki H. Conners_
Notary Public       (Commission Expires)

VICKI H. CONNERS
ID #63216
Parish of St. Tammany
Commission for Life

**APS International, Ltd.**