Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0071

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Core Construction Services Southeast, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Sarasota__ )

**Name of Server:** __Lyle M. Robinson__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __7th__ day of __Nov__, 20 __11__, at __11:55__ o'clock __A__ M

**Place of Service:** at __6230 University Parkway, Ste. 204__, in __Sarasota, FL__

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Core Construction Services Southeast, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Kate Block, Secretary__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Blonde__ ; Facial Hair __—__
Approx. Age __60__ ; Approx. Height __5'5"__ ; Approx. Weight __150__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __7th__ day of __Nov__, 20 __11__

Notary Public   (Commission Expires)

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

**APS International, Ltd.**

66489