Laura Haya, et. al., Plaintiff(s)
    vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0162

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cornerstone Group Development, Corp.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )
Name of Server: **Felix Onate**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10th** day of **November**, 20 **11**, at **3:10** o'clock **P** M

Place of Service: at **2100 Hollywood Blvd.**, in **Hollywood, FL 33020**

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Cornerstone Group Development, Corp.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Ami Matias Receptionist**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair ____
Approx. Age **35**; Approx. Height **5'7**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Felix Onate*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **11** day of **November**, 20 **11**

*[signature]*
Notary Public (Commission Expires)

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013