| | |
|---|---|
| Laura Haya, et. al., Plaintiff(s) <br> vs. <br> Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s) | Service of Process by <br> **APS International, Ltd.** <br> 1-800-328-7171 <br> APS International Plaza <br> 7800 Glenroy Road <br> Minneapolis, MN 55439-3122 |



APS File #: 113373-0272

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Custom Construction, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Bernard )

Name of Server: **Ray Busiere**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **2** day of **Dec.**, 20 **11**, at **9:07** o'clock **A** M

Place of Service: at **2209 Aramis Drive**, in **Meraux, LA 70075**

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Custom Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Gabriella Gremillion, Daughter Personal**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Brown** ; Facial Hair **none**
Approx. Age **18** ; Approx. Height **5'6** ; Approx. Weight **125**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Ray Busiere
Signature of Server

Subscribed and sworn to before me this **2** day of **Dec**, 20 **11**

Vicki H. Conners
Notary Public       (Commission Expires)

**APS International, Ltd.**


VICKI H. CONNERS
ID #63216
Parish of St. Tammany
Commission for Life