UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE FALLON |
| Case No. 12-0498 | : | MAG. JUDGE WILKINSON |
| *Richard Almeroth, et al. v. Taishan Gypsum Co., Ltd. et  al.* | : | |
| | : | |

**NOTICE OF APPEARANCE**

COMES NOW, the undersigned law firm of Broad and Cassel and hereby files its Notice

of Appearance as counsel on behalf of the following Defendants: Boynton Village Associates,

Ltd., Hollywood Dixie Associates, LLC, Alliance Construction, Inc., Cornerstone Group

Construction, Inc., and Cornerstone Group Development Corp.[1]  It is respectfully requested that

all future pleadings and correspondence be served upon the undersigned counsel in connection

with this action.  This appearance is submitted reserving all defenses, and without waiving any

objections to service of process, venue, or jurisdiction.

Respectfully submitted,

By:  __/s/ Vanessa M. Serrano_____
PETER R. GOLDMAN
Florida Bar No. 860565
VANESSA M. SERRANO
Florida Bar No. 51555
BROAD AND CASSEL
100 S.E. Third Ave., Ste. 2700
Fort Lauderdale, Florida  33394
Telephone: (954) 764-7060
Facsimile:  (954) 761-8135
pgoldman@broadandcassel.com
vserrano@broadandcassel.com

---

[1]   Alliance Construction, Inc., Cornerstone Group Construction, Inc., and Cornerstone Group Development Corp.
are named as defendants but have not yet been served.

*Counsel for*
*Boynton Village Associates, Ltd.*
*Hollywood Dixie Associates, LLC,*
*Alliance Construction, Inc.,*
*Cornerstone Group Construction, Inc.,*
*and Cornerstone Group Development*
*Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of May 2012.

    /s/ Vanessa M. Serrano
Vanessa M. Serrano

4852-3918-9263.1
31222/0053