Laura Haya, et. al., Plaintiff(s)
   vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0047

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Dan Spires Floor Covering, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **GEORGIA** ) ss.
County of: **WARE** )

**Name of Server:** J. Newton Bates, Sr., undersigned, being duly sworn, deposes and says that at the time of service, ⊠/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **8th** day of **November**, 20**11**, at **9:27** o'clock **P**.M.

**Place of Service:** at **1016 Waller Street**, in **Waycross, GA 31501**

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dan Spires Floor Covering, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Dan Spires, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Sandy**; Facial Hair **Yes**
Approx. Age **47**; Approx. Height **5' 11"**; Approx. Weight **210 lbs.**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
Registered Civil Process Server
for U.S. District Court, Southern District of Ga.
APS International, Ltd.

Subscribed and sworn to before me this
**8th** day of **November**, 2011

Notary Public (Commission Expires)
Notary Public, Ware County, Georgia
My Commission Expires Jan. 5, 2013