Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0261

## AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Diversified General Contractors, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of **INDIAN RIVER** )

**Name of Server:** **David S. Bonner**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **5** day of **November**, 20 **11**, at **5:03** o'clock **P** M

**Place of Service:** at **5400 65th Street**, in **Vero Beach, FL 32967**

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Diversified General Contractors, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **HAND Personal Service on, Kathy Zark. Delivered**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **None**
Approx. Age **58** ; Approx. Height **5'7"** ; Approx. Weight **140**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **10** day of **November**, 20 **11**

Notary Public    (Commission Expires) **9-28-14**

APS International, Ltd.

DAVID L. BRESSETT
MY COMMISSION # EE 029508
EXPIRES: September 28, 2014
Bonded Thru Budget Notary Services