Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 113373-0252

# AFFIDAVIT OF SERVICE -- Individual

**Service of Process on:**
--Donald Wayne Tindle
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **BALDWIN** )

**Name of Server:** **DANIEL A. MOYNIHAN**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **12TH** day of **NOVEMBER**, 20 **11**, at **12:15** o'clock **P** M

**Place of Service:** at **43241 State Highway 225**, in **Bay Minette, AL 36507**

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Donald Wayne Tindle**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **ANNA TINDLE**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Donald Wayne Tindle**
at the place of service, and whose relationship to the person is: **MOTHER**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **WHT**; Hair Color **BRO**; Facial Hair **N/A**
Approx. Age **50**; Approx. Height **5'4"**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Daniel A. Moynihan*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **15th** day of **November**, 20 **12**

*Lilje E. Herlev*
Notary Public (Commission Expires)
**06/24/2012**