Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0129

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Double D. Investments of Broward LLC, Frank, Weinberg & Black PL

Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Fred Humphries, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 8th day of November, 20 11, at 10:58 o'clock AM

**Place of Service:** at 7805 SW Sixth Court, in Plantation, FL 33324

**Documents Served:** the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Double D. Investments of Broward LLC, Frank, Weinberg & Black PL**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Melissa De La Rosa, Registered Agent Employeee authorized to accept

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Brown ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'6" ; Approx. Weight 180 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 9th day of November, 20 11.

Signature of Server

Notary Public   (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Everton Baggoo
Commission #DD849273
Expires: JAN. 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.