La____-Hay_, et.l., Plaintiff(s)
vs.
Tai___ Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International,**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0076

## AFFIDAVIT OF SERVICE -- Corpor

Service of Process on:
--Fly System,
Court Case No. 11-1077 Sectio

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **St Lucie** )

Name of Server: **Bradley A Perron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8** day of **November**, 20**11**, at **5** o'clock **P** M

Place of Service: at **11481 SW Rassano Lane**, in **Port St. Lucie, FL 34987**

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**
A true and correct copy of the aforesaid document(s) was served on:

Service of Process on: **Fly System, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **MAGBIS RILEY, registered Agent**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **No**
Approx. Age **40** ; Approx. Height **5'** ; Approx. Weight **115 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this **9** day of **November**, 20**11**

_Amy M. Kreyling_ 9-25-14
Notary Public (Commission Expires)

APS International, Ltd.

AMY M. KREYLING
MY COMMISSION # EE4439
EXPIRES: September 25, 2014
1-800-3-NOTARY  Fl. Notary Discount Assoc. Co.