Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co, Ltd, et.
al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113373-0241

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gibson and Anderson Construction, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

---

State of: __Alabama__ ) ss.
County of: __Jefferson__ )

| | |
|---|---|
| Name of Server: | __Daniel Moore__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the __15__ day of __Nov__, 20 __11__, at __1:40__ o'clock __P__ M |
| Place of Service: | at __2539 Rocky Ridge Road__, in __Birmingham, AL  35243__ |
| Documents Served: | the undersigned served the documents described as: **Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Gibson and Anderson Construction, Inc.** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: __Valencia Paquette, Authorized agent__ |

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __black__ ; Facial Hair _____
Approx. Age __50__ ; Approx. Height __5'9"__ ; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

| | | |
|---|---|---|
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. | Subscribed and sworn to before me this __16__ day of __Nov__, 20 __11__ |
| | _Daniel Moore_<br>Signature of Server | _signature_<br>Notary Public        (Commission Expires) |

**APS International, Ltd.**

MARTHA MOORE
NOTARY PUBLIC
ALABAMA, STATE AT LARGE
MY COMMISSION EXPIRES 05-21-2014