Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0116

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Grays Bay Builders, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 04th day of November, 20 11, at 10:05 o'clock A M

Place of Service: at 1833 Hendry Street, Drawer 1507, in Fort Myers, FL 33902

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Grays Bay Builders, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Mary Snell, Registered Agent

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Brown ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'2" ; Approx. Weight 145

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #157154

Subscribed and sworn to before me this 18th day of November, 20 11

Traci A. DeSalvo 10/26/15
Notary Public   (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

5908