Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113373-0250

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Gulf Coast Shelter, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: ALABAMA ) ss.
County of: MOBILE )

Name of Server: DANIEL A. MOYNIHAN , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 10TH day of NOVEMBER , 20 11 , at 11:15 o'clock A M

Place of Service: at  150 Government Street, Suite 2000 , in  Mobile, AL  36602

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Gulf Coast Shelter, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: MONICA GRAVES, RECEPTIONIST

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BLO ; Facial Hair N/A
Approx. Age 25 ; Approx. Height 5'7 ; Approx. Weight 140

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Daniel A. Moynihan
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 15th day of November , 20 12

Hilye E. Hester
Notary Public

(Commission Expires)
06/24/2012