Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0282

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulf Sales & Import Co., Inc. #1
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _Jefferson_ )
Name of Server: _Roy Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _2_ day of _Dec_, 20 _11_, at _12:06_ o'clock _P_ M

Place of Service: at _1600 N. Upland Avenue_, in _Metairie, LA 70003_

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Gulf Sales & Import Co., Inc. #1**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Mrs. Alba Egan, Co-owner, Personal Svc_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _50_ ; Approx. Height _5'8"_ ; Approx. Weight _165_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Roy Busiere_
Signature of Server

Subscribed and sworn to before me this _2_ day of _Dec_, 20 _11_

_Vicki H. Conners_
Notary Public         (Commission Expires)

**APS International, Ltd.**


VICKI H. CONNERS
ID #63216
Parish of St. Tammany
Commission for Life