UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al. Case No. 12-0498 | MAG.  WILKINSON |

_____/

## NOTICE OF APPEARANCE

Jeffrey M. Paskert and Adam C. King of Mills Paskert Divers hereby give notice of their appearance as counsel of record for Shelby Building Corp. with respect to the claims asserted against Shelby Building Corp. in the above-referenced Omnibus Class Action Complaint and request that copies of all pleadings, filings, and other documents served in this case be served upon the undersigned pursuant to the procedures established by the Court.

Dated:  May 2, 2012.

                                               s/ Adam C. King
                                               JEFFREY M. PASKERT
                                               Florida Bar No. 846041
                                               jpaskert@mpdlegal.com
                                               ADAM C. KING
                                               Florida Bar No. 156892
                                               aking@mpdlegal.com
                                               MILLS PASKERT DIVERS
                                               100 N. Tampa Street, Suite 3700
                                               Tampa, Florida  33602
                                               (813) 229-3500 − Telephone
                                               (813) 229-3502 − Facsimile
                                               *Attorneys for Shelby Building Corp.*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on May 2, 2012, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                              s/ Adam C. King
                                              Attorney