**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | Chinese Manufactured Drywall Productions Liability Litigation | * | MDL No.  2047 |
| | | * | Section "L" |
| This Documents Relates to: | | * | JUDGE FALLON |
| Abel | | * | MAG JUDGE WILKINSON |
| v. | | * | |
| Taishan Gypsum Co. Ltd. et al | | * | |
| CASE NO.:Case No.: 2:11-cv-00080-EEF-JCW | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

NOW INTO COURT, through undersigned counsel comes defendant, Lonnie Vollentine, who respectfully moves this honorable court for an order allowing S. Michele Blanchard and Airey &Blanchard Law Office to withdraw as counsel of record. Lonnie Vollentine desires to represent himself in proper person. This request to withdraw will not alter or delay any schedule matters or deadlines, nor will it prejudice any party.

WHEREFORE Lonnie Vollentine prays that S. Michelle Blanchard and Airey & Blanchard Law Office withdrawn as counsel of record and Lonnie Vollentine be allowed to proceed in proper person in these proceedings, and this Honorable Court's record be changed to reflect the same.

RESPECTFULLY SUBMITTED
AIREY BLANCHARD LAW OFFICE

By:    <u>/s/ S. Michele Blanchard</u>
S. Michele Blanchard (Bar Roll No. 27966)
303 S. Military Rd Ste 3
Slidell, LA 70461
Office  985-641-4010
Fax     985-605-5010
E-mail: ablo@aireyblanchard.com

**CERTIFICATION OF SERVICE**

I hereby certify that the foregoing Motion going motion to withdraw has been served on Plaintiff's Liaison Counsel, Russ Hermen, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> by hand delivery and email, and upon all parties by electronically uploading the same to Lexis Nexis & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk fo Court of the United States District Court for the Eastern District of Louisiana by using the CM/BCF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of May, 2012.

By:   /s/ S. Michele Blanchard
      S. Michele Blanchard (Bar Roll No. 27966)