UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | Chinese Manufactured Drywall Productions Liability Litigation | * | MDL No. 2047 |
| | | * | Section "L" |
| This Documents Relates to: | | * | JUDGE FALLON |
| Abel | | * | MAG JUDGE WILKINSON |
| v. | | * | |
| Taishan Gypsum Co. Ltd. et al | | * | |
| CASE NO.:Case No.: 2:11-cv-00080-EEF-JCW | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS ORDERED, ADJUDGED AND DECREED that S. Michele Blanchard and Airey &Blanchard Law Office is authorized to withdraw as counsel of record. Lonnie Vollentine and Lonnie Vollentine is authorized to proceed in proper person in these proceedings.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2012.

_____
JUDGE