UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO **ALL CASES** | * | |

* * * * * * * * * * * * * * * * * * *

## CORPORATE DISCLOSURE OF
## CARRUTH BROTHERS LUMBER COMPANY, INC..

NOW INTO COURT, through undersigned counsel, comes Carruth Brothers Lumber Company, Inc. ("Defendant") and files this Corporate Disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.6 of the Local Rules:

1.

Defendant is an Louisiana corporation, Inc.; it has no parent corporation.

2.

No publicly traded company owns 10% or more of Defendant's stock.

Respectfully submitted,

_____
Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999
Attorneys for Carruth Brothers Lumber Company, Inc.

-1-

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing Corporate Disclosure of Carruth Brothers Lumber Company, Inc. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of May, 2011.

                                                                                             _____
                                                                                             Betty F. Mullin

N:\DATA\L\08130001\pleadings\corporate disclosure.wpd