Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0049

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Haven Properties, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: GEORGIA ) ss.
County of: FORSYTH )

**Name of Server:** DENNIS NOWIK, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14th day of November, 20 11, at 9:00 o'clock A M

**Place of Service:** at 6450 Westchester Place, in Cumming, GA 30040

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Haven Properties, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: MICHAEL BAPTIST REGISTERED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BRN ; Facial Hair NO
Approx. Age 50 ; Approx. Height 5'10" ; Approx. Weight 160

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 15 day of November, 20 11

Notary Public       02/06/2013
                    (Commission Expires)

JOHN H. SMART
MY COMMISSION EXPIRES
FEB 6 2013
FORSYTH CO., GEORGIA
NOTARY PUBLIC

**APS International, Ltd.**