Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0050

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Home Depot USA, Inc., Corporation Service Company
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Delaware__ ) ss.
County of: __New Castle__ )

**Name of Server:** __Robert DeLacy III__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __7__ day of __November__, 20 __11__, at __1:00__ o'clock __p__ M

**Place of Service:** at __2711 Centerville Road, Ste. 400__, in __Wilmington, DE 19808__

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Home Depot USA, Inc., Corporation Service Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Sue Rhea (authorized to accept)__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __cauc__ ; Hair Color __brn__ ; Facial Hair _____
Approx. Age __45__ ; Approx. Height __5'5__ ; Approx. Weight __115__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

**APS International, Ltd.**

Subscribed and sworn to before me this __7__ day of __NOV__, 20 __11__

_Notary Public_ (Commission Expires)