Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0279

## AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Interior/Exterior Building Supply, LP
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Orleans )

**Name of Server:** Ray Busiere, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 2 day of Dec, 20 11, at 10:59 o'clock A. M

**Place of Service:** at 727 S. Cortez Street, in New Orleans, LA 70119

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Building Supply, LP**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Mrs. Terry Lamonte, Corporate Sect., Personal Svc.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Brown ; Facial Hair none
Approx. Age 55 ; Approx. Height 5'2" ; Approx. Weight 125

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Ray Busiere
Signature of Server

Subscribed and sworn to before me this 2 day of Dec, 20 11

Notary Public   (Commission Expires)

**APS International, Ltd.**

VICKI H. CONNERS
ID #63216
Parish of St. Tammany
Commission for Life