Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0120

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J & A Brothers Drywall & Stucco, Inc
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Hendry__ )

Name of Server: __Edwin S. Cintron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __29th__ day of __November__, 20 __11__, at __10:43__ o'clock __A__ M

Place of Service: at __462 E Cowboy Way #7__, in __Labelle, FL 33935__

Documents Served: the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**J & A Brothers Drywall & Stucco, Inc**

Person Served, and Method of Service: By delivering them into the hands of a __Secretary__ whose name and title is: __Adriana Moreno, Secretary__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Tan__ ; Hair Color _____ ; Facial Hair _____
Approx. Age __30__ ; Approx. Height __5'2"__ ; Approx. Weight __125__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server #9002 l

Subscribed and sworn to before me this __6th__ day of __December__, 20 __11__
__Traci A. DeSalvo__  10/26/15
Notary Public   (Commission Expires)

**APS International, Ltd.**

TRACI A. DeSALVO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE141648
Expires 10/26/2015

5918