Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0201

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J. Helm Construction, Inc., dba Sundown Development
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15th day of November, 20 11, at 3:10 o'clock P. M

**Place of Service:** at 8297 SE Country Estates Way, in Jupiter, FL 33458

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**J. Helm Construction, Inc., dba Sundown Development**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: D.H. Helm, Manager and Owners Son / Co-Resident who stated he is Authorized to Accept

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Long Black ; Facial Hair ____
Approx. Age 21 ; Approx. Height 5'9" ; Approx. Weight 175

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco /s/ Michael Rocco
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 16th day of November, 20 11

Jonathan Levy
Notary Public    (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.