Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   113373-0024

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--J.B.C. Builders, Inc.
Court Case No. 11-1077 Section L

---

State of: __Florida__ ) ss.
County of: __Hillsborough__ )

**Name of Server:** __Lynn A Anderson__ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __19__ day of __November__ , 20 __11__, at __10:00__ o'clock __A__ M

**Place of Service:** at __11708 Palmer Drive__ , in __Tampa, FL  33624__

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**J.B.C. Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Gerald Martinez, Reg. Agent - Director__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Cauc__ ; Hair Color __Gray__ ; ~~Facial Hair~~ glasses
Approx. Age __60__ ; Approx. Height __5'11"__ ; Approx. Weight __165__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Lynn A. Anderson_
Signature of Server

Subscribed and sworn to before me this __22__ day of __November__ , 20 __11__

_____          _____
Notary Public          (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters