Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  113373-0280

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:

--James Drywall LLC
Court Case No. 11-1077 Section L

State of: _Louisiana_ ) ss.
County of: _Orleans_ )

**Name of Server:**   _Roy Busiere_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the _2_ day of _Dec_, 20 _11_, at _10:04_ o'clock _A_ M

**Place of Service:**   at _6817 Rugby Ct._, in _New Orleans, LA 70126_

**Documents Served:**   the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**James Drywall LLC**

**Person Served, and Method of Service:**   By delivering them into the hands of an officer or managing agent whose name and title is: _Mike Patterson, owner_        _Personal_

**Description of Person Receiving Documents:**   The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _Gray_ ; Facial Hair _Goatee_
Approx. Age _60_ ; Approx. Height _5'10_ ; Approx. Weight _170_
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**   Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _2_ day of _Dec_, 20 _11_

_Roy Busiere_
Signature of Server

_Vicki H. Conners_
Notary Public        (Commission Expires)

**APS International, Ltd.**



VICKI H. CONNERS
ID #63216
Parish of St. Tammany
Commission for Life