| | |
|---|---|
| Laura Haya, et. al., Plaintiff(s)<br>vs.<br>Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s) | Service of Proc<br>APS Inter<br>1-800-3<br>APS International Plaz<br>7800 Glenroy Road<br>Minneapolis, MN 55439-31 |

APS File #: 113373-0192

# AFFIDAVIT OF SERVICE -- Corpora

Service of Process on:
--K. Hovnanian First Homes, LLC, c/o NRAI Services, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Leon__ )

**Name of Server:** __James A Aloi__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __9__ day of __Nov__, 20 __11__, at __1030__ o'clock __A__ M

**Place of Service:** at __515 E. Park Ave__, in __Tallahassee, FL 32301__

**Documents Served:** the undersigned served the documents described as:
**Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**K. Hovnanian First Homes, LLC, c/o NRAI Services, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Savannah DeLobre__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __Red__; Facial Hair ____
Approx. Age __22__; Approx. Height __5'0__; Approx. Weight __98__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__11-9-11__
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __9__ day of __Nov__, 20 __11__

_____
Notary Public      (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019