Laura Haya, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co Ltd fka Shandong Taihe Dongxin Co., Ltd, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113373-0025

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Homes, Inc.
Court Case No. 11-1077 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

**Name of Server:** _Jamie Snyder_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11_ day of _November_, 20 _11_, at _5:30_ o'clock _P_ M

**Place of Service:** at ~~1010~~ _1121_ Lumsden Trace Circle, in Valrico, FL 33594

**Documents Served:** the undersigned served the documents described as:
Summons and Second Amended Class Action Complaint (IX) w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**KB Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Vincent A Dinova Director_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_; Skin Color _Cauc_; Hair Color _Brown_; ~~Facial Hair~~ _glasses_
Approx. Age _50_; Approx. Height _5'10"_; Approx. Weight _180_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_(signature)_
Signature of Server

Subscribed and sworn to before me this _16_ day of _November_, 20 _11_

_(signature)_
Notary Public          (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters