UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH ABEL, et al. vs. TAISHAN GYPSUM CO., Ltd. f/k/a SHANDONG TAIHE DONGXIN CO., Ltd., et al Case No. 11-080 | * * * * * * * | JUDGE FALLON (L) MAG. WILKINSON (4) |

## DEFENDANT MEDALLION HOMES GULF COAST, INC.'S MOTION TO EXCEED PAGE LIMITATION

Defendant Medallion Homes Gulf Coast, Inc. ("Medallion Homes"), pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.8.1E, hereby files this Motion to Exceed Page Limitation for its Motion to Dismiss (the "Motion"), and respectfully requests that this Court enter an Order allowing Medallion Homes to exceed the twenty-five (25) page limitation for its Motion for the reasons set forth in the attached Memorandum of Law filed in support of this Motion.

WHEREFORE, Defendant Medallion Homes Gulf Coast, Inc. respectfully requests that the instant Motion be granted and that an Order be entered permitting Medallion Homes' Motion to exceed the twenty-five (25) page limitation, together with such other and further relief that the Court deems just and proper under the circumstances.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ Charles B. Long
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-299-3570
Facsimile: 504-299-3582
E-mail: clong@kfplaw.com
E-mail: tpeyton@kfplaw.com

ATTORNEYS FOR DEFENDANT
MEDALLION HOMES GULF COAST, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of May, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Charles B. Long
CHARLES B. LONG