UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| LAURA HAYA, et al. | * * | JUDGE FALLON (L) |
| vs. | * * | |
| TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD, et al. | * * * * | MAG. WILKINSON (4) |

CASE NO.: 11-1077

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Defendant Medallion Homes Gulf Coast, Inc.'s Motion to Dismiss will be submitted for consideration on May 23, 2012 at 9:00 a.m.

                                  KREBS, FARLEY & PELLETERI, P.L.L.C.

                                  */s/ Charles B. Long*
                                  CHARLES B. LONG (#22824)
                                  THOMAS H. PEYTON (#32635)
                                  400 Poydras Street, Suite 2500
                                  New Orleans, Louisiana   70130
                                  Telephone:   504-299-3570
                                  E-mail:       clong@kfplaw.com
                                  E-mail:       tpeyton@kfplaw.com
                                  ATTORNEYS FOR DEFENDANT
                                  MEDALLION HOMES GULF COAST, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of May, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/*Charles B. Long*
CHARLES B. LONG