UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER REGARDING OPT OUT, OBJECTION AND FAIRNESS HEARING DATES

WHEREAS, the deadline for the InEx Allocation Committee to reach an agreement on a proposed allocation plan or report to the Court on their differences is May 3, 2012;

WHEREAS, the deadline for opt outs and objections to the proposed InEx, Banner and Knauf Settlements is May 11, 2012 and the Court has scheduled a joint Fairness Hearing for June 20-21, 2012;

WHEREAS, on April 26, 2012, the Court preliminarily approved the L&W Settlement;

WHEREAS, the parties anticipate that the Prospective Insurer Agreement will be finalized and submitted to the Court shortly; and

WHEREAS, the InEx, Banner, Knauf, and L&W Settlements and the Prospective Insurance Agreement are interrelated and the opt out and objection deadlines for all

those Agreements should be coordinated and a joint Fairness Hearing for all those Agreements scheduled;

**THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that**:

1. The deadlines for the InEx Allocation Committee to reach an agreement on a proposed allocation plan or report to the Court on their differences and for opt outs and objections to the InEx, Banner and Knauf Settlements and the dates for the joint Fairness Hearing and any associated briefing are temporarily adjourned.

2. At the time that the Court considers preliminary approval of the Prospective Insurance Agreement, the Court will reschedule the deadlines for the InEx Allocation Committee to reach an agreement on a proposed allocation plan or report to the Court on their differences and for opt outs and objections to all the Agreements and schedule a joint Fairness Hearing and a briefing schedule.

New Orleans, Louisiana this 7th day of May, 2012.

_____
U.S. District Judge