IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | :MDL NO. 09-2047 :Section L :JUDGE FALLON :MAG. JUDGE WILKINSON |

******************************************

THIS DOCUMENT RELATES TO:

RICHARD AND CONSTANCE ALMEROTH, ET AL. vs. TAISHAN GYPSUM CO., LTD., ET AL.

CASE #: 2012 CV 498

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Sands Anderson, PC, and without waiving its Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and (3), hereby files its Notice of Appearance as counsel on behalf of Builders Plaster & Drywall, LLC.  It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

s/ Jayne A. Pemberton

Jayne A. Pemberton (Va. State Bar No. 47277)
Sarah Warren S. Beverly (Va. State Bar No. 81867)
Sands Anderson PC
1111 East Main Street, Ste. 2400
P. O. Box 1998
Richmond, Virginia 23218-1998
Telephone: 804-648-1636
Facsimile: 804-783-7291
jpemberton@sandsanderson.com
swbeverly@sandsanderson.com
*Counsel for Defendant Builders Plaster & Drywall, LLC*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of May, 2012.

s/ Jayne A. Pemberton