IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL :MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION :Section L

:JUDGE FALLON
:MAG. JUDGE WILKINSON

******************************************

THIS DOCUMENT RELATES TO:

RICHARD AND CONSTANCE ALMEROTH, ET AL. vs. TAISHAN GYPSUM CO., LTD., ET AL.

CASE #: 2012 CV 498

## DEFENDANT BUILDERS PLASTER & DRYWALL, LLC'S MOTION TO DISMISS

COMES NOW, the defendant, Builders Plaster & Drywall, LLC (hereinafter, "Builders"), by counsel, and moves this Honorable Court to issue an Order dismissing the claims of the plaintiffs pursuant to Federal Rules of Civil Procedure 12(b)(2) and (3), the reasons for which are more fully set forth in the accompanying Memorandum.

Builders is not subject to, nor has it submitted to the jurisdiction of this Court, and therefore the exercise of personal jurisdiction over Builders does not comport with due process. In addition, the Eastern District of Louisiana is an improper and inconvenient venue in which to bring these proceedings.

WHEREFORE, the defendant, Builders Plaster & Drywall, LLC prays that its Motion to Dismiss, pursuant to Fed. R. Civ. P. 12, be granted, and that this Honorable Court dismiss the plaintiffs' claims against this defendant.

                            BUILDERS PLASTER & DRYWALL, LLC

                    By:          s/ Jayne A. Pemberton

Jayne A. Pemberton (Va. State Bar No. 47277)
Sarah Warren S. Beverly (Va. State Bar No. 81867)
Sands Anderson PC
1111 East Main Street, Ste. 2400
P. O. Box 1998
Richmond, Virginia 23218-1998
Telephone: 804-648-1636
Facsimile: 804-783-7291
jpemberton@sandsanderson.com
swbeverly@sandsanderson.com
*Counsel for Defendant Builders Plaster & Drywall, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May, 2012, the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of May, 2012.



_____s/_____
Jayne A. Pemberton