IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINEESE MANUFACTURED DRYWALL  :MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION  :Section L

:JUDGE FALLON
:MAG. JUDGE WILKINSON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

RICHARD AND CONSTANCE ALMEROTH, ET AL. vs. TAISHAN GYPSUM CO., LTD., ET AL.

CASE #: 2012 CV 498

## DECLARATION OF BONNIE GIMBERT

1. Bonnie Gimbert is the bookkeeper/office manager of Builders Plaster & Drywall, LLC, a Virginia limited liability company, with its principal place of business located in Virginia Beach, Virginia.

2. In that capacity, she is familiar with the nature of the business, including the general, day-to-day operations of Builders Plaster & Drywall, LLC.

3. That she is of proper age, and of sound mind, and is capable of providing this Declaration.

4. Builders Plaster & Drywall, LLC is not authorized to do, and has never done, any business in the State of Louisiana.

5. Builders Plaster & Drywall, LLC is a building contractor, licensed to do business in the Commonwealth of Virginia, and is primarily in the business of performing contracting

1

services in the building of residential housing within the borders of the Commonwealth of Virginia.

6. Builders Plaster & Drywall, LLC does not manufacture any products, and it does not sell products separate and apart from components incorporated into the residential housing construction projects in Virginia.

7. She is not personally, nor in her capacity as the bookkeeper/office manager of Builders Plaster & Drywall, LLC, aware of Builders Plaster & Drywall, LLC performing any contracting or installation work in the State of Louisiana.

8. Builders Plaster & Drywall, LLC has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. Builders Plaster & Drywall, LLC has never received any business from any contacts in the State of Louisiana, whether individual or business customers.

10. Builders Plaster & Drywall, LLC does not maintain an office, headquarters, warehouse, or any other physical facility within the State of Louisiana.

11. Builders Plaster & Drywall, LLC does not, and has never solicited any business in the State of Louisiana.

12. Builders Plaster & Drywall, LLC has never maintained insurance, of any type, that was written or delivered in the State of Louisiana.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on May 7, 2012.**

By: *Bonnie Sharp Gimbert*
Bonnie Gimbert
Builders Plaster & Drywall, LLC

2