# EXHIBIT B

Case Name: Germano v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.: 09-6687 (E.D.La.)

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
      - the (date)
      - *le (date)* Sep 5th 2010
      - at (place, street, number)
      - *à (localité, rue numéro)* Tai an Intermediate people's court of Tai'an city, Shandong province.

      - in one of the following methods authorised by article 5-
      - *dans une des formes suivantes prévues à l'article 5:*
          [ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
              *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
          [ ] (b)  in accordance with the following particular method*:
              *b)   selon la forme particulière suivante:* _____
              _____
          [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
              *c)   par remise simple*

      The documents referred to in the request have been delivered to:
      *Les documents mentionnés dans la demande ont été remis à:*
          - (identity and description of person) 动文化
          - *(identité et qualité de la personne)*

          - relationship to the addressee (family, business or other):
          - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Second Amended Complaint), Second Amended Complaint - Class Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

_____

Done at   Beijing   中 华 人 民 共 和 国   the 26/10 .2010
*Fait à*              司 法 部

In appropriate cases, documents establishing the service:     Signature and/or stamp.
*Le cas échéant, les documents justificatifs de l'exécution:*   *Signature et/ou cachet.*   司法协助专用章

_____

_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*                                                    2

*SX-10-1252*

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)     Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd.
Dawenkou, Daiyue District, Tai'an City, Shandong Province 271026, China
Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

--Summons in a Civil Action (Second Amended            Done at
Complaint)                                              *Fait à* Minneapolis, Minnesota, U.S.A.          , the 7/2/10
--Second Amended Complaint - Class Action                                                               *le*
--Translations
--Summary of the Document to be Served

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                       (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles.*



SX-10-1252

山东省泰安市中级人民法院

# 送 达 回 证

(各类案件通用)

| 案　　由 | 司法协助 | 案　号 | (2010)鲁泰民协字第75号 |
|---|---|---|---|
| 送达文书名称和件数 | 美国联邦地区法院 路易斯安纳州东部 管区 诉讼通知书一份 | | |
| 受送达人 | 泰山石膏股份有限公司<br>(Taishan Gypsum Co., Ltd.) | | |
| 送达地址 | | | |
| 受送达人签名或盖章 | 彭文七(职员)　　2010年 9月 3日 | | |
| 代收人及代收理由 | 　　年　　月　　日 | | |
| 备　　考 | | | |

填发人　　　　　　　　　　送达人

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理，送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

*Judicial Association No. SX-10-1252*

## SHANDONG PROVINCE TAI'AN CITY
## INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal:  Shandong Province Tai'an City Intermediate People's Court]

**(To be used by all types of cases)**

| Cause No. | Judicial Assistance | Cause of Action | (2010) Shandong Superior Court Law Association No. 75 |
|---|---|---|---|
| Document Served and Number | Legal proceedings from US District Court, Easter District, Louisiana. | | |
| Recipient (Unit) | TAISHAN GYPSUM CO., LTD. | | |
| Address for Service | | | |
| Recipient Signature or Seal | Peng, Wen Long (Company's staff) | | September 3, 2010 |
| Recipient in substitution and reason(s) | | | Date |
| Notes | | | |

Issuer:                                              Server:   Yi, Lei

Note:
      (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
      (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

Case Name:  Germano  v.  Taishan Gypsum Co., Ltd.
Defendant:  Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.:  09-6687 (E.D.La.)

## CERTIFICATE
### *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)    that the document has been served***
*1.    que la demande a été exécutée*
- **the (date)**
- *le (date)*     __Sep 3, 2010__
- **at (place, street, number)**
- *à (localité, rue numéro)*     __Tai an Intermediate People's Court of Tai an City, ShanDong Province.__

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*
  - [ ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
    - *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
  - [ ]  **(b)  in accordance with the following particular method*:**
    - *b)    selon la forme particulière suivante:* _____
  - [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.***
    - *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)*   __Peng, Wen Long__

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)    that the document has not been served, by reason of the following facts*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Second Amended Complaint), Second Amended Complaint - Class Action, Translations**

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____
_____

|  |  |
|---|---|
| **In appropriate cases, documents establishing the service:** | **Done at** _____, **the** |
| *Le cas échéant, les documents justificatifs de l'exécution:* | *Fait à*  __Beijing (stamp)__ _____ , *le*  __10/26/2010__ |
| _____ | **Signature and/or stamp.** |
| _____ | *Signature et/ou cachet.* |
| _____ |  |

*    **Delete if inappropriate.**                                          2
     Rayer les mentions inutiles.