# EXHIBIT A

APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota  55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

**Wednesday, March 24, 2010**

**LEVIN, FISHBEIN, ET AL**
**Ms. Jennifer Lascio**
**510 Walnut St., Ste. 500**
**Philadelphia, PA 19106-3697**

*ENCLOSED IS THE RESPONSE TO YOUR REQUEST IN THIS MATTER.*
*This does need to be filed with the court.*

---

**APS File #:**          255512-0040

**Your Ref #:**

**Case Name:**          Gross  v  Knauf Gips, KG

**Defendant:**          Taian Taishan Plasterboard Co., Ltd.

**Country:**          China

**Person Served:**          Shangfu Ren

   **Title of Person Served (if applicable):**   Staff

**Date Completed:**          February 4, 2010

---

**MOTION TO QUASH/DISMISS:  Although rare, should you receive a Motion or if defense
counsel raises allegations of insufficient process, please notify APS as soon as possible,
so that our Legal Department can assist you in preparing a response to the Motion.**

We have enjoyed this opportunity to work with you and remain ready to further assist you with
service of process or discovery both domestically and abroad.

Thank you for using APS International and the Civil Action Group!

Sincerely,

**www.CivilActionGroup.com**

Josh Cobb   -- Ext: 338
Email:   JCobb@CivilActionGroup.com

*Providing quality lawyer services since 1969* · · · · · · · · · · · · · · · · · · · ·

**Intermediate People's Court**
**Tai'an City, Shangdong Province**

# Proof of Service
### (This form is used for all cases)

FX-10-126
SX-10-72

**(Seal): Intermediate People's Court**
**Tai'an City, Shangdong Province**

| Subject Matter: | Judicial Assistance | Case Number: | (2010)Shangdong Superior Court Judicial Assistance #15 |
|---|---|---|---|
| Name(s) and Number of Copies of the Documents Being Served: | Litigation documents (61 pages) from Eastern District of Louisiana, US District Court | | |
| Recipient of Service: | Tai'an Taishan Gypsum Board Co., Ltd. | | |
| Address of Service | This Court | | |
| Signature or Seal of the Recipient of Service | Ren, Shangfu (Signature) (Staff member of the company's department of regulations)<br><br>Date: February 4, 2010 | | |
| Agent of the Recipient of Service and the Reason for Serving as an Agent | Date: | | |
| Reference | | | |

Completed by:                    Served by: (Signature illegible)

Notes:
1. The service of documents relating to criminal litigation should be conducted in accordance with the stipulations of Clause 57 of the Criminal Law; the service of documents relating to civil litigation or administrative proceedings should be conducted in accordance with the stipulations of Clauses 78 and 79 of the Civil Codes.
2. The agent for the recipient of service should sign or place his or her seal on the form and indicate his or her relationship with the recipient of service and the reason for serving as an agent.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* _____ Taian Taishan Plasterboard Co., Ltd. _____
Beixiyao Cun/Qianzhoujiayuan Cun/Houzhoujiayuan Cun, Dawenkou Zhen, Taian City, Shandong 271026, China
Tel: 053 88811078

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);_____*
    _____
    _____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| Class Action Complaint | Done at , the 1/13/10 |
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A. *le* |
| Translations | |
| Summary of the Document to be Served | |
| | **Signature and/or stamp.** |
| | *Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)
(Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

Case Name: Gross, et al. vs. Knauf, et al.
Defendant: Taian Taishan Plasterboard Co., Ltd.
Court Case No.: 09-6690

Case 2:09-md-02047-EEF-MBN   Document 14204-1   Filed 05/08/12   Page 5 of 27

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)** that the document has been served*

*1.* *que la demande a été exécutée*

- the (date)
- *le (date)* 4/2, 2010
- at (place, street, number)
- *à (localité, rue numéro)* Shan Dong TaiAn Intermediate People's Court

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

   [√]  **(a)** in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a)* *selon les formes légales (article 5, alinéa premier, lettre a).*

   [ ]  **(b)** in accordance with the following particular method*:
      *b)* *selon la forme particulière suivante:* _____

   [ ]  **(c)** by delivery to the addressee, who accepted it voluntarily.*
      *c)* *par remise simple*

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)* Shang Fu Ren

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* The staff of the addressee

**2)** that the document has not been served, by reason of the following facts*:

*2.* *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:

*Le cas échéant, les documents justificatifs de l'exécution:*

Done at    Beijing 人 民 共 和 国 the 10/3. 2010
*Fait à*

Signature and/or stamp. 司 法 部
*Signature et/ou cachet.* 司 法 协 助 专 用 章

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

山东省泰安市中级人民法院

# 送 达 回 证

FX-10-135
SX-10-76

（各类案件通用）

| 案　由 | 司法协助 | 案　号 | (2010)鲁泰协字第 10 号 |
|---|---|---|---|
| 送达文书名称和件数 | 路易斯安娜州东部地区法院诉讼文书一宗（6份） | | |
| 受送达人 | 泰安泰山石膏板有限公司 | | |
| 送达地址 | 本院 | | |
| 受送达人签名或盖章 | 伍尚書（公司法规部工作人员） | | 2010 年 2 月 4 日 |
| 代收人及代收理由 | | | 年　月　日 |
| 备　考 | | | |

　　　　填发人　　　　　　　　　　　送达人 JM

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、
　　　行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办
　　　理。
　　②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送人的关
　　　系及代收理由。

APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

**Thursday, April 15, 2010**

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

*ENCLOSED IS THE RESPONSE TO YOUR REQUEST IN THIS MATTER.*
*This does need to be filed with the court.*

| | |
|---|---|
| **APS File #:** | 255512-0013 |
| **Your Ref #:** | |
| **Case Name:** | Gross v Knauf Gips, KG |
| **Defendant:** | Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe |
| **Country:** | China |
| **Person Served:** | Taishan Gypsum Co., Ltd. |
| **Title of Person Served (if applicable):** | |
| **Date Completed:** | February 4, 2010 |

**MOTION TO QUASH/DISMISS: Although rare, should you receive a Motion or if defense counsel raises allegations of insufficient process, please notify APS as soon as possible, so that our Legal Department can assist you in preparing a response to the Motion.**

We have enjoyed this opportunity to work with you and remain ready to further assist you with service of process or discovery both domestically and abroad.

Thank you for using APS International and the Civil Action Group!

Sincerely,

**www.CivilActionGroup.com**

Josh Cobb   -- Ext: 338
Email:   JCobb@CivilActionGroup.com

*Providing quality lawyer services since 1969.*   . . . . . . . . . . . . . . . . . . . .

# SHANDONG PROVINCE TAI'AN CITY
# INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal:  Shandong Province Tai'an City Intermediate People's Court]

*Law Association No. FX-10-113*
*Judicial Association No. SX-10-88*

### (To be used by all types of cases)

| Cause No. | Judicial Assistance | Cause of Action | Law Association No. (2010) 8 |
|---|---|---|---|
| Document Served and Number | Legal proceedings (61 pages) from US District Court, Easter District, Louisiana. | | |
| Recipient (Unit) | TAISHAN GYPSUM CO., LTD.<br>(formerly known as Shandong Taihe Dongxin Co., Ltd) | | |
| Address for Service | This Court. | | |
| Recipient Signature or Seal | Ren, Shang Fu (staff, Company's Appliance Department)<br><br>February 4, 2010 | | |
| Recipient in substitution and reason(s) | <br>Date | | |
| Notes | | | |

Issuer:                                      Server:   Yi, Lei

Note:
     (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
     (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

SX-2010-88

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* ___ Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
___ Dawenkou, Daiyue District, East of National Road 104, 25km South, Tai'an City, 271000 Taian, Shandong, China
   Tel:

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
        a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
        b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* ___

___

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
        c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A. _____ , the
                                                                , *le* 1/3/10

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                                (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

SX-10-88

Case Name: Gross  v.  Knauf Gips, KG
Defendant:  Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.:  09-6690

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  **that the document has been served***
*1.   que la demande a été exécutée*
  - **the (date)**
  - *le (date)*  February 4th, 2010
  - **at (place, street, number)**
  - *à (localité, rue numéro)*  the Intermediate People's Court of Tai'an City, Shandong Province China.

  - **in one of the following methods authorised by article 5-**
  - *dans une des formes suivantes prévues à l'article 5:*
    [X]  **(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention***.
    *a)      selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]  **(b)   in accordance with the following particular method***:
    *b)      selon la forme particulière suivante:* _____

    [ ]  **(c)   by delivery to the addressee, who accepted it voluntarily.***
    *c)      par remise simple* _____

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  - **(identity and description of person)**
  - *(identité et qualité de la personne)*  Shangfu Ren

  - **relationship to the addressee (family, business or other):**
  - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  One staff of the Legal Affairs Department of the addressee

2)  **that the document has not been served, by reason of the following facts***:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

中 华 人 民 共 和 国
司 法 部
司法协助专用章

**Done at**
*Fait à*  Beijing  **the** 22/3, 2010
*le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

*      Delete if inappropriate.
*      Rayer les mentions inutiles.*

2

山东省泰安市中级人民法院

# 送 达 回 证 FA-10-113
## SX-10-88

### （各类案件通用）

| 案　由 | 司法协助 | 案　号 | 2010鲁高协执字第 8 号 |
|---|---|---|---|
| 送达文书名称和件数 | 路易斯安那州东部地区法院之诉讼文书一宗(61页) | | |
| 受送达人 | 泰山石膏有限公司（原山东泰和东新股份有限公司） | | |
| 送达地址 | 本院 | | |
| 受送达人签名或盖章 | 伍前富(公司法规部工作人员) | 2010 年 2 月 中 日 | |
| 代收人及代收理由 | | 年　月　日 | |
| 备　考 | | | |

填发人　　　　　　　　　送达人

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、
　　行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办
　　理。
　　②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送人的关
　　系及代收理由。

Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

February 9, 2012

**www.CivilActionGroup.com**

Attn: Ms. Jennifer Lascio
LEVIN, FISHBEIN, ET AL
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

RE:   Gross  v  Knauf Gips KG    [ Supplement ]
      Country:  China
      APS File #259133-0043

Dear Ms. Lascio:

Enclosed is documentation relating to China's response to the request for service of process pursuant to the Hague Service Convention on **Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.** in the above referenced matter.

The documents can be considered served even though the defendant refused to accept them. Since China allows only this one method for proper service of U.S. legal documents within its territory (service pursuant to Article 5 of the Hague Service Convention), U.S. courts have previously ruled that if a Chinese defendant refuses to accept legal documents from the process server, then that is considered valid service of process under the terms of the Hague Service Convention, and the U.S. court will normally proceed as if the defendant had accepted the documents.

We also note that the Chinese Central Authority has informed us that the defendant always has the right to refuse the documents, however, the judge also holds the right to consider the effectiveness of the service regardless if the defendant is willing to accept or not. In these situations, if the case were tried in China, the Chinese judge could consider the service valid even though they refused to accept, according to the Chinese Civil Proceeding Law. We imagine there is similar U.S. civil procedure law regarding these types of situations.

If you file the documentation as proof of service and proceed with the matter against the Chinese defendant you should send/courier, fax or email them a notice stating that you are proceeding with the case against them. You should also provide the defendant with a courtesy copy of the pleadings, as it is in the defendant's best interest to be in possession of/review the documents and have U.S. counsel represent them in the matter so they can be informed of the particulars of the case from the U.S. Court.

The Chinese defendant should be informed that the U.S. Court can and will proceed against them regardless of whether or not they accept the documents, and also, if the defendant believes that they should not be a defendant in this action, then they must appear before the U.S. court to make that argument.  Refusal of the documents will not provide them any protection from a U.S. judgment and the case will proceed against them.


Please feel free to contact me with any questions.


Sincerely,


Jeff Karsten
International Division
APS International, Ltd.


JKarsten@CivilActionGroup.com

APPLICANT IS AUTHORIZED TO SEI      UDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER* 11-5x-226
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)      Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
<u>Dawenkou Daiyue District, Taian, Shandong 271026, China</u>
Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to
Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A.                    , the   1/26/11
    *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)                    USM-94

\* Delete if inappropriate.
· *Rayer les mentions inutiles*

(Est. 11/22/77)

Case Name: Gross v. Knauf Gips KG [Supplement.]
Defendant: Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.: 09-6690

Case 2:09-md-02047-EEF-MBN   Document 14204-1   Filed 05/08/12   Page 15 of 27

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
   - the (date)
   - *le (date)*
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
             *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  (b)  in accordance with the following particular method*:
             *b)   selon la forme particulière suivante:* _____
             _____
      [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
             *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The address e refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at   *Beijing*   , the   *July 13, 2011*
*Fait à*
Signature and/or stamp
*Signature et/ou cachet.*

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

# SHANDONG PROVINCE TAI'AN CITY
## INTERMEDIATE PEOPLE'S COURT'S CORRESPONDENCE

Tai'an Intermediate Court
Law Association Correpondance No. (2011) 9

Shandong Province Superior People's Court :

With regard to the service of legal documents on <u>Taishan Gypsum Co., Ltd. f.k.a.</u> <u>Shandong Taihe Dongxin Co., Ltd.</u> at the address of <u>Dawenkou Town, Tai'an City,</u> <u>Shandong Province</u>, as specified in Shandong Superior People's Court Law Association Receiving No. (2011) 46, this is to inform you that the service failed due to fact that the <u>said company refused to accept the documents for service</u>. We are now returning the attached documents to you.

[Seal]   Shandong Province Tai'an City
Intermediate People's Court

June 21, 2011

(Court Seal)

# 山东省泰安市中级人民法院函

泰中法函〔2011〕9 号

山东省高级人民法院：

贵院（2011）鲁高法协受第 46 号关于请求向泰山石膏有限公司（Taishan Gypsum Co., Ltd.）前称山东泰和东新有限公司地址山东省泰安市大汶口镇送达法律文书一事，因该公司拒绝接收所送达文书，未能送达，现将所附材料退回，请查收。



二〇一一年六月二十一日

（院印）

# 送达情况说明

山东省高级人民法院：

　　我院收到贵院(2011)鲁高法协受第 46 号函后，由我院司法协助专办员仉磊于 2011 年 6 月 21 日电话通知（０５３８－８８１１０７９）泰山石膏股份有限公司（Taishan Gypsum Co.,Ltd.）到我院领取受送达法律文书，该公司维权部卓姓经理答复，拒绝接收该函所附法律文书，并拒绝说明拒收原因。故我院将上述法律文书作退回处理。

　　特此说明。



二〇一一年六月二十一日

# 山 东 省 高 级 人 民 法 院



SX-11-226

鲁高法协受(2011)46 号

最高人民法院外事局：

　　贵院法协[2011]375 号关于＿＿＿＿美国＿＿＿＿＿＿请求

向＿泰山石膏有限公司（原山东泰和东新股份有限公司）＿

送达法律文书一事,业已经＿＿山东省泰安市中级人民法院＿

将该法律文书进行了送达，因＿＿受送达人拒绝接收＿＿＿

＿＿＿＿＿＿原因未能成功送达，现将所附材料退回，请查收。



2011 年 6 月 30 日

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

February 9, 2012

**www.CivilActionGroup.com**

Attn: Ms. Jennifer Lascio
LEVIN, FISHBEIN, ET AL
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

RE:    Gross v Knauf Gips KG    [ Supplement ]
       Country: China
       APS File #259133-0032

Dear Ms. Lascio:

Enclosed is documentation relating to China's response to the request for service of process pursuant to the Hague Service Convention on **Taian Taishan Plasterboard Co., Ltd.** in the above referenced matter.

The documents can be considered served even though the defendant refused to accept them. Since China allows only this one method for proper service of U.S. legal documents within its territory (service pursuant to Article 5 of the Hague Service Convention), U.S. courts have previously ruled that if a Chinese defendant refuses to accept legal documents from the process server, then that is considered valid service of process under the terms of the Hague Service Convention, and the U.S. court will normally proceed as if the defendant had accepted the documents.

We also note that the Chinese Central Authority has informed us that the defendant always has the right to refuse the documents, however, the judge also holds the right to consider the effectiveness of the service regardless if the defendant is willing to accept or not. In these situations, if the case were tried in China, the Chinese judge could consider the service valid even though they refused to accept, according to the Chinese Civil Proceeding Law. We imagine there is similar U.S. civil procedure law regarding these types of situations.

If you file the documentation as proof of service and proceed with the matter against the Chinese defendant you should send/courier, fax or email them a notice stating that you are proceeding with the case against them. You should also provide the defendant with a courtesy copy of the pleadings, as it is in the defendant's best interest to be in possession of/review the documents and have U.S. counsel represent them in the matter so they can be informed of the particulars of the case from the U.S. Court.

The Chinese defendant should be informed that the U.S. Court can and will proceed against them regardless of whether or not they accept the documents, and also, if the defendant believes that they should not be a defendant in this action, then they must appear before the U.S. court to make that argument. Refusal of the documents will not provide them any protection from a U.S. judgment and the case will proceed against them.

Please feel free to contact me with any questions.

Sincerely,

Jeff Karsten
International Division
APS International, Ltd.

JKarsten@CivilActionGroup.com

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

11-Sx-259

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS International, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)      Taian Taishan Plasterboard Co., Ltd..

Beixiyao Cun/Qianzhoujiayuan Cun/Houzhoujiayuan Cun, Dawenkou Zhen, Shandong 271026, China
                  Tel:
[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to
Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.           , the
                                                  *le* 1/26/11

**Signature and/or stamp.**
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross  v.  Knauf Gips KG   [ Supplement ]
Defendant: Taian Taishan Plasterboard Co., Ltd.
Court Case No.: 09-6690



## CERTIFICATE
## *ATTESTATION*

SX-17-239

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served\***
1.   *que la demande a été exécutée*
- the (date)
- *le (date)*
- at (place, street, number)
- *à (localité, rue numéro)* _____

_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
       a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ]  (b)  **in accordance with the following particular method\*:**
       b)  *selon la forme particulière suivante:*
       _____
  [ ]  (c)  **by delivery to the addressee, who accepted it voluntarily.\***
       c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   **that the document has not been served, by reason of the following facts\*:**
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

Done at  Beijing                    , the  July 3, 2011
*Fait à*                            *, le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*   Delete if inappropriate.
     *Rayer les mentions inutiles.*

2

## SERVICE STATEMENT

Shandong Province Superior People's Court :

After we received the Shandong Superior People's Court's Law Association Receiving No. (2011) 39 Correspondence, the Judicial Assistance Representative of this court, Mr. Ni Lei made a telephone call (0538-8811079) ) on June 21, 2011 to <u>Tai'an Taishan Plasterboard Co., Ltd.,</u> notifying it to come to this Court to pick up the legal documents for service.  Mr. Zhuo, Director of Legal Department of the said company responded that they refused to accept the attached legal and related documents and refused to state the reason(s) for refusal.

We are now returning the said documents to you.

[Seal]  Shandong Province Tai'an City
Intermediate People's Court

June 21, 2011

# 送达情况说明

山东省高级人民法院：

我院收到贵院 (2011) 鲁高法协受第 39 号函后，由我院司法协助专办员仇磊于 2011 年 6 月 21 日电话通知（０５３８－８８１１０７９）泰安泰山石膏板有限公司（Plasterboard Co.,Ltd.）到我院领取受送达法律文书，该公司维权部卓姓经理答复，拒绝接收该函所附法律文书，并拒绝说明拒收原因。故我院将上述法律文书作退回处理。

特此说明。



二〇一一年六月二十一日

# 山 东 省 高 级 人 民 法 院

鲁高法协受 (2011) 39 号

最高人民法院外事局：

　　贵院法协[2011]352 号关于＿＿＿美国＿＿＿＿＿请求

向＿泰安泰山石膏板有限公司 （Plasterboard Co.,Ltd)＿

送达法律文书一事,业已经＿＿山东省泰安市中级人民法院＿

将该法律文书进行了送达，因＿受送达人拒绝接收＿＿＿＿

＿＿＿＿＿原因未能成功送达，现将所附材料退回，请查收。



2011 年 6 月 30 日

# 山东省泰安市中级人民法院函

泰中法函[2011]10号

山东省高级人民法院:

贵院（2011）鲁高法协受第 39 号关于请求向泰安泰山石膏板有限公司（Plasterboard Co.,Ltd.）地址山东省泰安市大汶口镇送达法律文书一事，因该公司拒绝接收所送达文书，未能送达，现将所附材料退回，请查收。



二〇一一年六月二十一日

（院印）