UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL ABREU, individually and on behalf of all others similarly situated, ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS]<br>Plaintiffs,<br><br>v.<br><br>GERBRUEDER KNAUF VERWALTUNGSGESELLSCHAT, KG, et al, and [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, including, MERCEDES HOMES, LLC]<br><br>Defendants<br>_____/. | CASE NO. 11-252<br>SECT. L MAG 2<br>Chinese Drywall MDL Case No. 2047<br><br><br>JURY TRIAL DEMAND<br>OMNIBUS COMPLAINT (VIII) |

## NOTICE OF BANKRUPTCY

Mercedes Homes, LLC, Subclass # 73 Defendant and the successor-by-merger to Mercedes Homes, Inc.[1] in the aforestyled Omnibus Complaint (VIII), hereby gives notice to all parties and the Court of the still pending bankruptcy proceeds in the US Bankruptcy Court, Southern District of Florida, West Palm Beach Division, In re Mercedes Homes, Inc., Case No. 09-11191-BNKC-PGH. Mercedes Homes, Inc. was the developer-builder of the residences owned by the individuals at issue in the present case (the "Plaintiff-Homeowners"):

(A)  Joscelyn and Janet Edwards, 7845 103rd Court, Vero Beach, Florida 32967

---

[1] The Plan of Merger was authorized and approved on behalf of Mercedes Homes, Inc. by Order Confirming Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code, entered September 30, 2009, as supplemented by Stipulated Order Granting the Emergency Motion, Authorizing and Approving the Sequence of Transactions Necessary to Effectuate Debtors' First Amended Joint Plan of Reorganization, entered October 15, 2009 (collectively, the "Order"), under Section 1129 of the United States Bankruptcy Code in a proceeding styled In re Mercedes Homes, Inc., et al., Debtors, Case No. 09-11191 (the "Case"). The Plan of Merger was approved by Mercedes Homes, LLC in accordance with applicable provisions of the Florida Limited Liability Company Act, as amended, Florida Statutes, Chapter 608.

(B) Randy and Amy Lapriola, 186 Spring Valley Avenue, Sebastian, Florida 32958

True and correct copies of the Warranty Deeds and Contractor's Final Affidavits evidencing that Mercedes Homes, Inc. was the developer-builder are attached hereto as ***Composite Exhibits "A" and "B,"*** respectively, and incorporated herein by reference.

The Plaintiff/Homeowners were named as potential creditors in the bankruptcy proceedings in accordance with § 101(5) of the Bankruptcy Code.

A true and correct excerpted copy of the Certificate of Service of the Notice of Bar Date for Filing Proofs of Claim, Proof of Claim and Order Re: Instruction to Pro Se Litigants, filed and served on the Homeowner-Plaintiffs on or about March 31, 2009, is attached hereto as ***Composite Exhibit "C"*** and incorporated herein by reference.

The Homeowner-Plaintiffs were required to file Proofs of Claim by June 29, 2009 (the "Bar Date"). The Bar Date applied to any "claim" as such term is defined in the Bankruptcy Code 101(5):

> **(5)** The term "claim" means—
> **(A)** right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or
> **(B)** right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

11 U.S.C. 101(5).

The Plaintiff-Homeowners, whose claims may or may not have been matured at the time Mercedes Homes, Inc. filed for bankruptcy, did not file any Proof of Claim by the Bar Date.

SIGNED May 8, 2012.

/s/ Amanda Simmons, Esq.
**JOHN H. DANNECKER, ESQ.**
Florida Bar No.: 745030
**AMANDA G. SIMMONS, ESQ.**
Florida Bar No. 0728020
Shutts & Bowen, LLP
300 South Orange Avenue, Suite 1000
Orlando, Florida 32801
Telephone: 407-423-3200
Facsimile: 407-237-2202
Email: asimmons@shutts.com
*Counsel for Mercedes Homes, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2012, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Amanda Simmons, Esq.
**JOHN H. DANNECKER, ESQ.**
**AMANDA SIMMONS, ESQ.**