UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**West Palm Beach Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re<br><br>**MERCEDES HOMES, INC.,** *et al.*<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 09-11191 (PGH)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Staci McFadden, hereby certify that, on or before the 30th day of March, 2009, I caused the following documents to be served via First Class mail on the parties attached hereto as **Exhibit A**:

- **Notice of Bar Date for Filing Proofs of Claim** [Docket No. 393]
- **(Blank) Proof of Claim** [Form B10]
- **Order Re Instructions to Pro Se Litigants** [Docket No. 276]

Furthermore, on or before the 30th day of March, 2009, I caused the following documents to be served via First Class mail on the parties attached hereto as **Exhibit B**:

- **Notice of Bar Date for Filing Proofs of Claim** [Docket No. 393]
- **Order Re Instructions to Pro Se Litigants** [Docket No. 276]

Furthermore, on or before the 30th day of March, 2009, I caused the following documents to be served via First Class mail on the parties attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Bar Date for Filing Proofs of Claim** [Docket No. 393]
- **(Customized) Proof of Claim** [Form B10]
- **Order Re Instructions to Pro Se Litigants** [Docket No. 276]

Dated: March 31, 2009

_____
Staci McFadden



EXHIBIT Composite "C"

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| EDDIE HUGGINS LAND GRADING CO INC | | 2520 SE WILLOUGHBY BLVD | | | STUART | FL | 34994 | |
| EDDIE HUGGINS LAND GRADING CO LLC | | 2520 SE WILLOUGHBY BLVD | | | STUART | FL | 34994 | |
| EDDIE PIECARA CUSTOM PAINTING INC | | 4587 LAKE JAMES CIR | | | EDGEWATER | FL | 32141 | |
| EDDINGER CHARLOTTE | | 2782 GLENRIDGE CIR | | | WESLYEY CHAPEL | FL | 33544 | |
| EDDY R RESNICK ESQ | | 2020 ASHLEY OAKS CIR STE101 | | | PLANO | TX | 75074 | |
| EDEN HAGOS TESFAMICHAEL AMINE & | | 7100 CANYONBROOKDR | | | TAMPA | FL | 33647 | |
| EDENS SHANNON | | 10514 BERMUDA ISLEDR | | | DELAND | FL | 32724 | |
| EDGAR OLMOS | | 205 N COLORADO AVE | | | MERRITT ISLAND | FL | 32953 | |
| EDGAR ORTIZ | | 700 N COURTENAY PKWY APT 124 | | | MERRITT ISLAND | FL | 32953 | |
| EDGAR RODRIGUEZ | | 700 N COURTENAY PKWY | NO 124 | | MANOR | TX | 78653 | |
| EDGAR VEGA | | 9506 SCHMIDT LN | | | WEST PALM BEACH | FL | 33401 | |
| EDGAR VERDUO | | 1709 MERCER AVE APT NO 1 | | | KISSIMMEE | FL | 34759 | |
| EDGARD BECERRIL | | 502 B ALBATROSS | | | MANOR | TX | 78653 | |
| EDGARS CLEANING SERVICE | VEGA GRACE | 9506 SCHMIDT LN | | | MELBOURNE | FL | 32902-3378 | |
| EDGE INFORMATION MANAGEMENT INC | | PO BOX 3378 | | | PORT ST LUCIE | FL | 34982 | |
| EDGE RICHARD | | 762 SE ALBATROS | | | GARDENA | CA | 90247-0149 | |
| EDI EXPRESS | | PO BOX 2149 | | | OCALA | FL | 34474 | |
| EDILBERTO GUTIERREZ | | 300 S W 40TH ST | | | CAPE CORAL | FL | 33914 | |
| EDINSON ANDREW | | 2844 SW 24 AVE | | | CAPE CORAL | FL | 33914 | |
| EDINSON ANDREW | | 2844 SW 24TH AVE | | | GEORGETOWN | FL | 32139 | |
| EDITH RAMOS | | 119 LODGE POLE CIR | | | KELLER | TX | 76244 | |
| EDITH SPAULDING | | PO BOX 2303 | | | PORT ST LUCIE | FL | 34953 | |
| EDMOND JOHN | | 2892 LOUISE CIR SW WEST | | | KISSIMMEE | FL | 34759 | |
| EDMUND CAROL | | 930 ALBERTVILLE DR | | | ORLANDO | FL | 32833 | |
| EDMUND KENDRICK | | 2627 LYNDSCAPE ST | | | PORT ST LUCIE | FL | 34953 | |
| EDNA LEVENTHAL | | 2508 SW DECKARD ST | | | JACKSONVILLE | FL | 32210 | |
| EDOUARD DUDELINE | | 4713 PLAYSCHOOLDR | | | PALM BAY | FL | 32908 | |
| EDOUARD FRANCOIS GUSNER FLORANCE | | 1384 DARROW RD NW | | | COCOA | FL | 32922 | |
| EDRAS LOPEZ | | 1435 KING ST LOT A 12 | | | PORT ST LUCIE | FL | 34983 | |
| EDUARD ABRAMOV | | 521 EVERGREEN TERRACE SE | | | LAKE WORTH | FL | 33461 | |
| EDUARDO ALVAREZ | | 4413 IXORA CIR | | | LAKE WORTH | FL | 33467 | |
| EDUARDO COBON | | 87 FERNE LN | | | CRESCENT CITY | FL | 32112 | |
| EDUARDO GOMEZ | | 849 BAY LN APT NO 2 | | | COCOA | FL | 32922 | |
| EDUARDO LOPEZ | | 1107 WILLOW LN | | | PORT ST LUCIE | FL | 34953 | |
| EDUARDO RENATA C | | 1038 PROVINCETOWN LN SW | | | GREENACRES | FL | 33463 | |
| EDUARDO RODRIGUEZ | | 187 COLONIAL BLVD | | | COCOA | FL | 32927 | |
| EDWARD & SUSAN HALL | | 5425 ARECA PALM ST | | | WAYHAW | NC | 28173 | |
| EDWARD BEAUDRY | | 4803 SANDTYN DR | | | VILLA RICA | GA | 30180 | |
| EDWARD C PADEN JR JOHN W BRIGHT & | | 6109 FAIROAK DR | | | PALM BAY | FL | 32907 | |
| EDWARD FARNSCHLADER FRAMING INC | | 465 ONTARIO ST NW | | | PALM BAY | FL | 32911-0141 | |
| EDWARD FARNSCHLADER FRAMING INC | | PO BOX 110141 | | | CAPE CORAL | FL | 33991 | |
| EDWARD GARCIA | | 1126 S W 8TH PLACE | | | CAPE CORAL | FL | 33991 | |
| EDWARD GARCIA | | 1126 SW 8TH PLACE | | | MERRITT ISLAND | FL | 32953 | |
| EDWARD JAYNES & CO INC | | 358 HIBISCUS AVE STE C | | | MERRITT ISLAND | FL | 32953 | |
| EDWARD JAYNES AND COMPANY | | 358 HIBISCUS AVE STE C | | | MELBOURNE | FL | 32940 | |
| EDWARD KLISH | | 3360 DEER LAKES DR | | | LANSING | MI | 48906 | |
| EDWARD LUTZ | | 2911 TEWINSEH RIVER RD | | | COCOA | FL | 32922 | |
| EDWARD RITENOUR | | 1902 MANOR DR | | | MERRITT ISLAND | FL | 32953 | |
| EDWARD ROTH | | 830 LAKEVIEW ST | | | FORT PIERCE | FL | 34979-3869 | |
| EDWARD RYCKMAN INC | | PO BOX 13869 | | | CAPE CORAL | FL | 33914 | |
| EDWARD SCHULTZ | | 5781 CAPE HARBOUR DR UNIT 1207 | | | DAPHNE | AL | 36526 | |
| EDWARD TEKEL JR | | 27609 RILEYWOOD DR | | | COCOA | FL | 32922 | |
| EDWARD WILLIAMS | | PO BOX 8524 | | | PALM BAY | FL | 32908 | |
| EDWARDS AUDREY | | 2364 FLEMING AVE SW | | | COCOA | FL | 32926 | |
| EDWARDS EXTERMINATING INC | | 3815 N U S HWY 1 | | | PALM BAY | FL | 32907 | |
| EDWARDS GLORIA | | 442 CREMONA AVE NW | | | ORLANDO | FL | 32828 | |
| EDWARDS IFRAING | | 1337 WILLOW BRANCHDR | | | MC COY | FL | 32134 | |
| EDWARDS JASON | | 13950 NE 150TH AVE | | | VERO BEACH | FL | 32967 | |
| EDWARDS JOSLYN | | 7845 103RD COURT | | | ORANGE PARK | FL | 32065 | |
| EDWARDS KAYLA | | 3485 LIVE OAK HOLLOW DR | | | FORT MYERS | FL | 33913 | |
| EDWARDS KRISTINE | | 12358 COUNTRY DAY CR | | | PALM BAY | FL | 32907 | |
| EDWARDS LENNOX VELMA | | 1301 GILPIN ST NW | | | MELBOURNE | FL | 32901 | |
| EDWARDS MARTIN & SHARON | | 3370 TITANIC CIR | | | JACKSONVILLE | FL | 32210 | |
| EDWARDS MICHAEL BRENT & LAURA L | | 5288 BRIGHTON PARK LN | | | JACKSONVILLE | FL | 32204 | |
| EDWARDS ORNAMENTAL IRON | | 1252 W BEAVER ST | | | BUNNELL | FL | 32110 | |
| EDWARDS RICHARD | | PO BOX 1637 | | | SAINT CLOUD | FL | 34772 | |
| EDWARDS RODRIGUEZ SAMUEL INGRID | | 2836 LAFAYETTE TRACEDR | | | WOODBRIDGE | VA | 22191 | |
| EDWARDS ROGER CARRIE | | 15760 SILENT TREE PLACE | | | JACKSONVILLE | FL | 32221 | |
| EDWARDS RONNIE | | 10171 CARRIAGE HOUSE CT | | | JACKSONVILLE | FL | 32222 | |
| EDWARDS SABRINA | | 928 FOX CHAPEL LN | | | JACKSONVILLE | FL | | |
| EDWARDS STEVE DOROTHY | | 8818 SHINDLER CROSSING | | | | | | |

Case 09-11191-PGH  Doc 411  Filed 03/31/09  Page 339 of 604
Case 2:09-md-02047-EEF-MBN  Document 14205-3  Filed 05/08/12  Page 3 of 17

Exhibit D

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| LANG TERENCE | | 10650 LEADER LN | | | ORLANDO | FL | 32825 |
| LANGDON CAROL | | 817 SONGBIRD DR | | | ORANGE PARK | FL | 32065 |
| LANG TONDALAYA | | 623 CANVAS COURT | | | LANCASTER | TX | 75146 |
| LANGEL MICHAEL & SANDRA | | 5329 CONLEYDR NW | | | PORT SAINT LUCIE | FL | |
| LANGFORD KEITH | | 9121 LAKE PARK CIR NORTH | | | DAVIE | FL | 34986 |
| LANGHARDT FRED & HARRIET | | 103 N SADDLE RIDGE DR | | | CEDAR PARK | TX | 33328 |
| ANGILLE HEATHER & ROGER | | 2749 WOOD STORK TRL | | | ORANGE PARK | FL | 78613 |
| ANGLADE LAURENT & SUZANNE | | 1004 SEMMES LN | | | INDIAN TRAIL | NC | 32073 |
| LANGLEY CORPORATE INVESTMENTS INC | | 12701 MONTEREY PATH | | | AUSTIN | TX | 28079 |
| LANGLEY CORPORATE INVESTMENTS INC | | P O BOX 120355 | | | CLERMONT | FL | 78732 |
| ANGNER THOMAS & MARGARET | | 3650 MARBURY COURT | | | CLERMONT | FL | 34712 |
| LANGTON ANDRE | | 11057 APPLE BLOSSOM TR W | | | LAND O LAKES | FL | 34711 |
| ANTRY NEVIN AND BEVERLY | | 7121 OUTRIGGER TERRACE N | | | JACKSONVILLE | FL | 34639 |
| LANHAM IAN & HEATHER M | | 1800 ELDORADO PKWY | | | CITRUS SPRINGS | FL | 32218 |
| LANINGHAM STEVE & SHELBY | | 1356 JANE CT | | | LITTLE ELM | FL | 34434 |
| ANKES MICHAEL & CHERYL | | 611 WAKEVIEWDR | | | MERRITT ISLAND | FL | 75068 |
| ANNUIER DEREK SIANA | | 465 LADYSLIPPER ST SW | | | ORANGE PARK | FL | 32952 |
| ANOIX MICHELETTE | | 12260 COUNTRY DAY CIR | | | PALM BAY | FL | 32065 |
| ANOUETTE ALAN AND MARIAN | | 11705 SUN GLASS DR | | | FORT MYERS | FL | 32908 |
| ANPHIER ERIC | | 9663 MUSE PLACE | | | MANOR | TX | 33913 |
| ANTIGUA ALFREDO | | 3139 ARDEN CIR | | | ORLANDO | FL | 78653 |
| ANZAFAME VINCENT AND FLORA | | 865 SANDHURST CT | | | MELBOURNE | FL | 32829 |
| LAOS DAVID | | 6365 TAFT ST STE 3006 | | | TITUSVILLE | FL | 32935 |
| LAOS DAVID J | | 4550 ULETA ST SW | | | HOLLYWOOD | FL | 32780 |
| LAOS ISABEL | | 2810 BIRCH TERRACE | | | PORT ST LUCIE | FL | 33024 |
| LAOS ISABEL | | 6365 TAFT ST | | | DAVIE | FL | 34953 |
| LAOS ISABEL | | 8165 100TH COURT | | | HOLLYWOOD | FL | 33330 |
| LAOS JOSE | | 5638 NW 26TH ST | | | VERO BEACH | FL | 33024 |
| LAOS JOSE | | PO BOX 551822 | | | HOLLYWOOD | FL | 34480 |
| LAOS JOSE L | | 3773 KAKOPO ST SW | | | DAVIE | FL | 32967 |
| LAOS JOSE LUIS | | 1533 IIFLA AVE SW | | | PORT ST LUCIE | FL | 32958 |
| LAOS JOSE LUIS | | 4215 BACHMAN ST SW | | | PORT ST LUCIE | FL | 33355 |
| LAOS MAOYIN | | 2341 W 69TH ST | | | PORT ST LUCIE | FL | 34953 |
| LAOS MAOYIN | | 261 INWOOD AVE SW | | | PORT SAINT LUCIE | TX | 34953 |
| APILUSA JOSEPH & DARLENE | | 10176 LANCASHIRE DR | | | HIALEAH | FL | 75048 |
| APOINTE MARK | | 1954 LAZY OAKS LOOP | | | PORT ST LUCIE | FL | 34984 |
| APORE CHRISTOPHER | | 30 JUNIPER PASS TERRACE | | | JACKSONVILLE | FL | 33016 |
| APRIOLA RANDY & AMY | | 186 SPRING VALLEY AVE | | | SAINT CLOUD | FL | 34984 |
| AQUINTA MELBOURNE | | 7200 GEORGE T EDWARDSDR | | | OCALA | FL | 32219 |
| AQUISHA HOSLEY | | 4705 JACKSON MEADOWS | | | DAVIE | FL | 34771 |
| ARA DOMINGO & MARIA | | 3021 GALT CIR SE | | | SEBASTIAN | FL | 33024 |
| LARA INOVA | | 10225 110TH ST SW | | | MELBOURNE | FL | 32958 |
| LARA MELISSA | | 11306 BLACKMOOR DR | | | SACHSE | FL | 32940 |
| LARA NOEL | | 5215 ABBEY PARK AVE | | | PORT ST LUCIE | TX | 75048 |
| LARA RODOLFO C | | 901 ALBION ST NW | | | OCALA | FL | 34984 |
| LARA ROGER LIYANIS | | 6137 APOLLOS CORNER WAY | | | AUSTIN | FL | 34953 |
| LARA ROY AND MARIBEL | | 2987 SW 145TH CT | | | TAMPA | TX | 78759 |
| ARANJEIRA ANDREY | | 637 MC HOLE AVE SW | | | PALM BAY | FL | 33647 |
| ARAQUE KARLY & DHERLY | | 7303 CLEARWATER DR | | | ORLANDO | FL | 32907 |
| ARDNER JULIA | | 1218 WONDERWOOD DE | | | MIAMI | FL | 32629 |
| ARGIE JOAN J KEVIN E | | 1645 SUMTER LN | | | PORT ST LUCIE | FL | 33175 |
| ARIOS JOSE VILMA | | 1103 DUNHAM ST SE | | | SPRING HILL | FL | 34953 |
| ARKIN CONTRACTING INC | | 242 UMBER ST NW | | | ATLANTIC BEACH | FL | 34606 |
| ARKIN ROBERT | | 6001 NORTH 50TH ST | | | WEST MELBOURNE | FL | 32233 |
| ARKINS THOMAS & KAREY | | 1805 GRASMERE | | | PALM BAY | FL | 32904 |
| ARMOND SEAN & MISHELL | | 26508 SHOREGRASSDR | | | TAMPA | FL | 32908 |
| AROCKE DONALD & JUDITH | | 11125 CHEROKEE COVE DR | | | APOPKA | FL | 32907 |
| AROCKE DONALD AND JUDITH | | 817 SE HAAS AVE | | | WESLEY CHAPEL | FL | 33610 |
| ARRIER PAULA | | 817 HAAS AVE SW | | | JACKSONVILLE | FL | 32703 |
| ARORINAGA RAOUL & IRIS | | 20120 NW 39TH CT | | | PORT ST LUCIE | FL | 33543 |
| LARRY ADAMS | | 1505 REAGANDR | | | MIAMI | FL | 32221 |
| LARRY BERG | | 1213 ROSA L JONES | | | MIAMI GARDENS | FL | 34953 |
| LARRY BLAIR JR | | 806 WINDSOR CIR | | | WYLIE | FL | 33056 |
| LARRY BUTCHERINE | | 260 ELLWOOD AVE | | | ROCKLEDGE | TX | 75098 |
| LARRY C OSTEEN TAX COLLECTOR | | 4440 KINGSVILLEDR | | | BRANDON | FL | 32955 |
| LARRY FAVOR | | 3485 SE WILLOUGHBY BLVD | | | SATELLITE BEACH | FL | 33510 |
| LARRY GOSSAGE | | 821 ORANGE AVE | | | COCOA | FL | 32937 |
| LARRY GRIFFIN | | 1908 DOVE FIELD PLACE | | | STUART | FL | 32927 |
| LARRY J MORELLI INC | | 906 N W 9TH ST | | | CRESCENT CITY | FL | 34994-5062 |
| | | 2066 ALAMEDA DR | | | BRANDON | FL | 32112 |
| | | | | | OCALA | FL | 33510 |
| | | | | | SPRING HILL | FL | 34475 |
| | | | | | | FL | 34609 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re<br><br>**MERCEDES HOMES, INC.,** *et al.*<br><br>Debtors. | **Case No. 09-11191-BKC-PGH**<br><br>**Chapter 11 Cases**<br>**(Jointly Administered)** |

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that:

1. Mercedes Homes, Inc. *et al.*, ("**MHI**" or "**Debtors**")[1], debtors and debtors-in-possession in the above-captioned Chapter 11 cases, all filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code on January 26, 2009 ("**Petition Date**"):

2. The Notice of Commencement of the jointly administered cases set forth a deadline for filing Proofs of Claim of June 29, 2009 ("**Claims Bar Date**"), in accordance with which you are receiving this Notice.

3. **BAR DATE:** The deadline for filing proofs of claim in this case is fixed as **June 29, 2009** ("**Bar Date**"). The Bar Date applies to any "claim," as such term is defined in Bankruptcy Code § 101(5), against any of the Debtors arising from any event occurring during the Debtors' operation of their businesses before and until the Petition Date described in paragraph 1 of this Notice, including, without limitation: (i) unsecured claims incurred by vendors, suppliers, and other trade-related entities involved in the general operation of the Debtors' businesses; (ii) litigation claims, including such claims that have been asserted in litigation where the plaintiffs have sued or joined as co-defendants present or former directors, officers, or employees of one or more of the Debtors, or other individuals or entities, who may have indemnification claims or contribution claims against one or more of the Debtors, or who may expose one or more of the Debtors to vicarious liability under various principles or provisions of applicable state law; (iii) any worker's compensation claims; and (iv) any administrative agency claims or similar kinds of private enforcement claims, including, but not limited to, wage and hour claims, wrongful termination and discharge claims, loss of benefits claims, harassment claims, employment discrimination claims, and other employment related claims. *Furthermore, any holder of an equity interest in the Debtors need not file a proof of such equity interest, unless such holder asserts a claim against the Debtors (including a claim relating to an equity interest or the*

---

[1] The debtor subsidiaries of MHI include: i) Space Coast Truss, Inc. ("Space Coast Truss"); ii) Mercedes Homes of Texas Holding Corp. ("MH Texas"); iii) Suntree Office Complex, LLC ("Suntree"); iv) Engineering and Drafting Services, Inc. ("Engineering Services"); v) Mercedes Homes of the Carolinas, Inc. dba Mercedes Homes ("MH Carolinas"); vi) Solid Wall Systems, Inc.; vii) MHI Holding Company, LLC ("MHI Holding"); viii) Mercedes Homes of Texas, Ltd. ("MH Texas"); ix) MHI Building Products, L.P. ("MHI Building"); and x) Dairy Towns Community Developers, Inc. ("Dairy Towns").

1

*purchase or sale of such equity interest).* **The deadline for governmental units to filing proofs of claims in this case is fixed as September 27, 2009 ("Governmental Bar Date").**

4. **ADDRESS FOR FILING OF PROOFS OF CLAIM**: Except as otherwise specifically provided in this Notice, all persons or entities wishing to assert a claim against either of the Debtors must file such claim, **using the proof of claim form provided with this Notice**, so that it is **received** no later than 5:00 p.m., Pacific Time, on the Bar Date, by Kurtzman Carson Consultants LLC ("KCC") at:

> **Mercedes Homes Claims Processing Center**
> **c/o Kurtzman Carson Consultants LLC**
> **2335 Alaska Ave.**
> **El Segundo, CA 90245**

Proofs of claim will be treated as filed only when actually received by the Kurtzman Carson Consultants LLC by mail or hand-delivery. Facsimile and e-mailed proofs of claim will not be accepted. Creditors are advised not to file or send copies of proofs of claim directly to the Debtors, counsel for the Debtors, counsel for any committees that may be appointed in these cases, or to counsel for the United States Trustee. If a creditor wishes to receive an acknowledgement of receipt of its proof of claim, the creditor must provide KCC with an additional copy of the proof of claim with a self-addressed, postage-paid return envelope.

5. **REVIEW OF SCHEDULES**: The Debtors have filed their Schedules of Assets and Liabilities with the Bankruptcy Court, setting forth claim amounts for all creditors as they appear on the Debtors' books and records. **All creditors are advised to review the Schedules, which are available at the Clerk of the Court, United States Bankruptcy Court, Southern District of Florida, West Palm Beach Division, Flagler Waterview Building, 1515 N. Flagler Dr, Room 801 West Palm Beach, Florida 33401, during regular business hours.** The Schedules may also be viewed and downloaded free of charge at www.kccllc.net/MercedesHomes.

6. **WHO NEED NOT FILE A PROOF OF CLAIM**: A creditor needs not file a proof of claim if: (a) it has previously filed a proof of claim in these cases in accordance with this Notice; or (b) it agrees in all respects with the information contained in the Schedules regarding the amount of its claim **and** such claim is **not** listed as contingent, unliquidated, or disputed. **If a creditor's claim is listed as contingent, unliquidated, or disputed in the Schedules or is not listed at all in the Schedules, the creditor MUST file a proof of claim, using the provided proof of claim form, on or before the Bar Date. If a creditor is unsure whether its claim is listed as contingent, unliquidated, or disputed or is listed at all in the Schedules, the creditor MUST file a proof of claim by the Bar Date. If a creditor disagrees in any respect with the information contained in the Schedules, that creditor MUST file a proof of claim by the Bar Date, using the proof of claim form.**

7. **EXECUTORY CONTRACT AND UNEXPIRED LEASE CLAIMS**: Any claims arising out of, or otherwise related to, the Debtors' rejection of any executory contracts or unexpired nonresidential leases must be filed on or before the earlier of: (a) 30 days following the entry of the order of the Court approving such rejection, provided the effectiveness of such order has not been stayed; and (b) 45 days following the effective date of any plan or plans of reorganization confirmed by the Bankruptcy Court in these cases.

8. **REQUIREMENT OF PROOF OF CLAIM FORM**: In filing their proofs of claim, all creditors are advised to use the Proof of Claim Form provided with this Notice.

9. **FAILURE TO FILE PROOF OF CLAIM**: Any holder of a claim that fails to file a proof of claim on or before <u>June 29, 2009</u>, if required to do so as set forth in this Notice is: (a) forever barred, estopped and enjoined from (i) asserting any such claim against the Debtors or their successors and assigns, and (ii) voting on or receiving any distribution under any plan or plans of reorganization for the Debtors on account of such claim; (b) bound by the terms of any plan of reorganization confirmed with respect to the Debtors; and (c) not entitled to receive any further notices or mailings in these cases.

Dated: March 24, 2009

Respectfully submitted,

**Squire, Sanders & Dempsey LLP**

By: /s/ Sean T. Cork
Craig D. Hansen (AZ Bar No. 007405)
Sean T. Cork (AZ Bar No. 022149)
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
Telephone: +1.602.528.4000
Facsimile: +1.602.253.8129
chansen@ssd.com
scork@ssd.com

Tina M. Talarchyk (FL Bar No. 794872)
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: +1.561.650.7261
Facsimile: +1.561.655.1509
ttalarchyk@ssd.com

B 10 Official Form 10 12/08

| UNITED STATES BANKRUPTCY COURT   Southern District of Florida | PROOF OF CLAIM |
|---|---|

Indicate Debtor against which you assert a claim by checking the appropriate box below.
**(Check ONLY one Debtor Per Claim Form.)**

| ☐ Mercedes Homes, Inc. (Case No. 09-11191-PGH) | ☐ Engineering and Drafting Services, Inc. (Case No. 09-11203-PGH) | ☐ MHI Building Products, LP (Case No. 09-11208-PGH) |
| ☐ Space Coast Truss, Inc. (Case No. 09-11194-PGH) | ☐ Mercedes Homes of the Carolinas, Inc. d/b/a Mercedes (Case No. 09-11204-PGH) | ☐ Solid Wall Systems, Inc. (Case No. 09-11209-PGH) |
| ☐ Mercedes Homes of Texas Holding Corp. (Case No. 09-11197-PGH) | ☐ MHI Holding Company, LLC (Case No. 09-11205-PGH) | ☐ Dairy Towne Community Developers, Inc. (Case No. 09-11211-PGH) |
| ☐ Suntree Office Complex, LLC (Case No. 09-11201-PGH) | ☐ Mercedes Homes of Texas, Ltd. (Case No. 09-11207-PGH) | |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on _____

Telephone number:

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier- 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan- 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use- 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. 507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(_).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date:_____

FOR COURT USE ONLY

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

ORDERED in the Southern District of Florida on MAR -5 2009.

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                    CASE NO.:09-11191-PGH

Mercedes Homes, Inc.,                     CHAPTER 11
     Debtor.
_____/

## ORDER RE INSTRUCTIONS TO PRO SE LITIGANTS

This matter came before the Court *sua sponte*. A "pro se litigant" is an individual who is not represented by counsel. Pro se litigants, like all litigants, are required to comply with the Federal Rules of Bankruptcy Procedures and the Local Rules for the United States Bankruptcy Court for the Southern District of Florida.[1] The Court hereby informs all pro se litigants of certain procedural requirements contained within these rules.

---

[1] The Court's local rules and additional information can be found at www.flsb.uscourts.gov.

1. Bankruptcy Rule 9003 prohibits ex parte communications with the Court concerning matters affecting a particular case or proceeding. Ex parte communications include letters sent to Judge Hyman. Therefore, no letters, pleadings, motions, or other documents concerning the case may be sent directly to Judge Hyman. Any letters, pleadings, motions, or other documents sent directly to Judge Hyman will be returned to the pro se litigant without any action taken by the Court.

2. Instead, appropriate pleadings or motions allowed by the procedural rules must be filed with the Bankruptcy Court's Clerk of Court. Pro se litigants must mail or hand deliver the original pleading or motion directly to the Clerk of Court. All pleadings and motions must include the correct case number on the first page. All pleadings and motions must state the specific relief the pro se litigant is requesting from the Court.

3. It is the pro se litigant's responsibility to include on each pleading or motion, the full name and address of the opposing party or, if the opposing party is represented by a lawyer, his or her attorney's name and address. If service cannot be made on a party due to lack of information provided by the pro se litigant, the relief sought in the pleading or motion may be denied.

4. Under Local Rule 9010-1(B)(1), a corporation, partnership, trust, or other business entity cannot appear or act on its own behalf without an attorney in a case or proceeding, except in the following circumstances: 1) to file a request for service of notices, a proof of claim, notices filed under Local Rule 3070-

1(B), a response to an objection to its claim, or a ballot; or 2) to attend and inquire at the meeting of creditors held under 11 U.S.C. § 341. Any other pleading or motion filed by a corporation, partnership, trust, or other business entity without an attorney shall be denied without prejudice.

5. Under Local Rule 3001-1(A), pro se litigants who choose to file a proof of claim must use the official Poof of Claim Form provided to the pro se litigant by the Clerk of Court, or obtain the official Proof of Claim Form from the Court's website.

6. Pro se litigants must promptly notify the Court in writing of any changes in address. The notice must be provided on a paper entitled "Notice of Change of Address" and include the case number, pro se litigant's name, new address and contact phone number. Pro se litigants must send a copy to the opposing party, or the opposing party's attorney.

### 

Copies Furnished To:

U.S. Trustee

Sean T Cork, Esq.

Glenn D Moses, Esq.



# State of Florida
## Department of State

I certify the attached is a true and correct copy of the Certificate of Merger or Articles of Merger, filed on October 21, 2009, for MERCEDES HOMES, LLC, the surviving Florida entity, as shown by the records of this office.

The document number of this limited liability company is L09000099596.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twenty-second day of October, 2009

Kurt S. Browning
Secretary of State

CR2E022 (01-07)

# Certificate of Merger
## For
## Florida Limited Liability Company



The following Certificate of Merger is submitted to merge the following Florida Limited Liability Company(ies) in accordance with s. 608.4382, Florida Statutes.

**FIRST:** The exact name, form/entity type, and jurisdiction for each **merging** party are as follows:

| Name | Jurisdiction | Form/Entity Type |
|---|---|---|
| Mercedes Homes, Inc. | Florida | corporation |
| Mercedes Homes, LLC | Florida | limited liability company |
|  |  |  |
|  |  |  |

**SECOND:** The exact name, form/entity type, and jurisdiction of the **surviving** party are as follows:

| Name | Jurisdiction | Form/Entity Type |
|---|---|---|
| Mercedes Homes, LLC | Florida | limited liability company |

**THIRD:** The attached plan of merger was approved by each domestic corporation, limited liability company, partnership and/or limited partnership that is a party to the merger in accordance with the applicable provisions of Chapters 607, 608, 617, and/or 620, Florida Statutes.

The attached Plan of Merger (attached as Exhibit A) was authorized and approved on behalf of Mercedes Homes, Inc. by Order Confirming Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code, entered September 30, 2009, as supplemented by Stipulated Order Granting the Emergency Motion, Authorizing and Approving the Sequence of Transactions Necessary to Effectuate Debtors' First Amended Joint Plan of Reorganization, entered October 15, 2009 (collectively, the "Order"), under Section 1129 of the United States Bankruptcy Code in a proceeding styled In re Mercedes Homes, Inc., et al, Debtors, Case No. 09-11191 (the "Case"), pending before the U.S. Bankruptcy Court, Southern District of Florida, West Palm Beach Division.

The attached Plan of Merger was approved by Mercedes Homes, LLC in accordance with the applicable provisions of the Florida Limited Liability Company Act, as amended, Florida Statutes, Chapter 608.

**FOURTH:**  The attached plan of merger was approved by each other business entity that is a party to the merger in accordance with the applicable laws of the state, country or jurisdiction under which such other business entity is formed, organized or incorporated.

**FIFTH:**  If other than the date of filing, the effective date of the merger, which cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State:

N/A

**SIXTH:**  If the surviving party is not formed, organized or incorporated under the laws of Florida, the survivor's principal office address in its home state, country or jurisdiction is as follows:

N/A

**SEVENTH:**  If the survivor is not formed, organized or incorporated under the laws of Florida, the survivor agrees to pay to any members with appraisal rights the amount, to which such members are entitles under ss.608.4351-608.43595, F.S.

**EIGHTH:**  If the surviving party is an out-of-state entity not qualified to transact business in this state, the surviving entity:

a.) Lists the following street and mailing address of an office, which the Florida Department of State may use for the purposes of s. 48.181, F.S., are as follows:

Street address: N/A

Mailing address: N/A

b.) Appoints the Florida Secretary of State as its agent for service of process in a proceeding to enforce obligations of each limited liability company that merged into such entity, including any appraisal rights of its members under ss.608.4351-608.43595, Florida Statutes.

**NINTH:** Signature(s) for Each Party:

| Name of Entity/Organization: | Signature(s): | Typed or Printed Name of Individual: |
|---|---|---|
| Mercedes Homes, Inc. | *Keith Buescher* | Keith Buescher |
| Mercedes Homes, LLC | *Keith Buescher* | Keith Buescher |

Corporations: Chairman, Vice Chairman, President or Officer
 *(If no directors selected, signature of incorporator.)*
General partnerships: Signature of a general partner or authorized person
Florida Limited Partnerships: Signatures of all general partners
Non-Florida Limited Partnerships: Signature of a general partner
Limited Liability Companies: Signature of a member or authorized representative

**Fees:**
For each Limited Liability Company: $25.00
For each Corporation: $35.00
For each Limited Partnership: $52.50
For each General Partnership: $25.00
For each Other Business Entity: $25.00

**Certified Copy (optional):** $30.00

3 of K 3

EXHIBIT "A"

PLAN OF MERGER

of

MERCEDES HOMES, INC.
with and into
MERCEDES HOMES, LLC

THIS PLAN OF MERGER (this "Plan") is by and between MERCEDES HOMES, INC., a Florida corporation (the "Merging Corporation" and a "Constituent Business Entity"), and MERCEDES HOMES, LLC, a Florida limited liability company (a "Constituent Business Entity" and the "Surviving Company"), as authorized by and pursuant to the Florida Business Corporation Act, as amended (the "FBCA"), Florida Statutes, §§ 607.1108, 607.1109 and 607.11101, and the Florida Limited Liability Company Act, as amended (the "FLLCA"), Florida Statutes, §§ 608.438, 608.4381, 608.4382 and 608.4383.

FIRST: CONSTITUENT ENTITIES TO THE MERGER; SURVIVING ENTITY.

The name of the domestic corporation is: MERCEDES HOMES, INC.

The name of the other business entity party to the merger and its jurisdiction of formation is: MERCEDES HOMES, LLC, a Florida limited liability company.

The name of the surviving or resulting limited liability company shall be: MERCEDES HOMES, LLC, a Florida limited liability company.

The Surviving Company is managed by the members thereof.

SECOND: TERMS AND CONDITIONS OF THE MERGER.

(a) On the Merger being Effective (as defined below), the Merging Corporation shall be merged with and into the Surviving Company and such Surviving Company shall continue to exist as a limited liability company under, and be governed by, the laws of the State of Florida.

(b) The name of the Surviving Company shall be: MERCEDES HOMES, LLC.

(c) Upon the Merger being Effective, each share of the common stock of the Merging Corporation outstanding immediately prior to the filing of the Certificate of Merger shall, by virtue of the merger and without any action on the part of the holder thereof, be canceled and shall cease to exist in consideration for the cancellation of any debt owed by the Merging Corporation to the Surviving Company, and there shall be no distribution of cash or securities with respect thereto.

The outstanding membership interests of the Surviving Company shall remain outstanding and shall continue to reflect the same percentage interest in the Surviving Company and there shall be no distribution of cash or securities with respect thereto.

(d) Upon the Merger being Effective, for all purposes of the laws of the State of Florida, the separate existence of the Merging Corporation, except as provided in the FBCA, <u>Florida Statutes</u>, § 607.11101, shall cease while the corporate existence of the Surviving Company shall continue unaffected and unimpaired, and all of the rights, privileges and powers of the Merging Corporation, and all property, real, personal and mixed, and all debts due to the Merging Corporation, as well as all other things and causes of action belonging to the Merging Corporation, shall be vested in the Surviving Company and shall thereafter be the property of the Surviving Company as they were of the Merging Corporation, and the title to any real property vested by deed or otherwise in the Merging Corporation shall not revert or be in any way impaired by reason of the merger, but all rights of creditors and all liens upon any property of the Merging Corporation shall be preserved unimpaired, and all debts, liabilities, and duties of the Merging Corporation shall thenceforth attach to the Surviving Company and may be enforced against it to the same extent as if said debts, liabilities, and duties had been incurred or contracted by it.

(e) The Surviving Company will carry on business with the assets of the Merging Corporation.

(f) The Articles of Organization of the Surviving Company, as existing prior to the Merger being Effective, shall continue in full force as the Articles of Organization of the Surviving Company until altered, amended, or repealed as provided in such Articles or as provided by law.

(g) The parties intend that, for United States federal and state income tax purposes, the Merger shall be treated as a taxable sale by the Merging Corporation of all the Merging Corporation's assets to the Surviving Company in exchange for the assumption of the Merging Corporation's liabilities and the cancellation of any debt owed by the Merging Corporation to the Surviving Company, followed by the liquidation of the Merging Corporation pursuant to Sections 331 and 336 of the Internal Revenue Code of 1986, as amended.

(h) The Board of Directors of the Merging Corporation has reserved the right, at any time prior to the filing of the Certificate of Merger, to amend the terms of this Plan of Merger or to abandon the merger as described herein even after the shareholders of the Merging Corporation have consented to this Plan of Merger without further shareholder action as the Board of Directors may determine.

THIRD: EFFECTIVENESS. The merger shall be effective (the "Merger being Effective") on the date and at the time of filing the Certificate of Merger executed by the parties hereto with the Department of State of the State of Florida.