UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| THE MITCHELL COMPANY, INC. v. KNAUF GIPS, KG; et al.; Case No. 09-cv-4115 | JUDGE FALLON MAG. JUDGE WILKINSON |

DECLARATION OF KRISTEN LAW SAGAFI

STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

I, Kristen Law Sagafi, after having been first duly sworn, state and affirm as follows:

1.      My name is Kristen Law Sagafi, and I am counsel for The Mitchell Co., Inc. in the above-captioned matter. I am over the age of nineteen (19) years and make this declaration upon my personal knowledge.

2.      Attached hereto as Exhibit 1 are documents Bates stamped Devon 0002 - Devon 00017, which appear to comprise Devon International Group's submission to the U.S. Consumer Product Safety Commission, dated June 17, 2009.

3.      Attached hereto as Exhibit 2 are documents Bates stamped Devon-00438, Devon-00449-50, Devon-00452, Devon-00645, Devon-00658, and Devon-00663, which depict packaged drywall bearing the Devon logo and imprinted with the words: "MADE IN CHINA MEET OR EXCEEDS ASTM 01396 04 STANDARD."

1036941.1                                    1

4.    Attached hereto as Exhibit 3 is a document Bates stamped Devon 00951, which appears to be a letter dated July 21, 2006 from Frank Johnston of North Pacific Group to Ruth Wu of Devon International Trading.

5.    Attached hereto as Exhibit 4 are documents Bates stamped Devon-00571-77 and Devon-00581-86, which appear to detail discharge of drywall from the ship Sanko Rally in the Port of Pensacola, FL between June 15, 2006 and July 12, 2006.

6.    Attached hereto as Exhibit 5 are documents Bates stamped SM0033-SM0130, which appear to be two submissions on behalf of Emerald Coast Building Materials to the U.S. Consumer Products Safety Commission - one dated August 7, 2009 and another dated August 20, 2009.

I swear under penalty of perjury of the laws of California and the United States that the foregoing is true and accurate to the best of my ability.

_____
Kristen Law Sagafi

Sworn to and declared before me on this 4th day of May , 2012.

DOUGLAS CLEVENGER
COMM. #1868979
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Aug. 21, 2013

_____
NOTARY PUBLIC
My commission expires: August 21, 2013

# EXHIBIT 1

Kevin G. Sugg
*Counsel*

phone: 610-757-4147
fax: 610-768-4509
e-mail: ksugg@devonhealth.com

**DEVON**
INTERNATIONAL
GROUP

June 17, 2009

<u>Via Overnight Delivery</u>

Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Attention: Mary Kroh, Compliance Officer
Room 613-15
4330 East West Highway
Bethesda, MD 20814-4408

RE:     Devon International Trading, Inc.
        CPSC File No. PI090017

Dear Ms. Kroh,

Enclosed please find Devon International Trading, Inc.'s Response to the CPSC's Request For Information dated May 18, 2009. This response is made pursuant to section 15(b) of the Consumer Product Safety Act, 15 U.S.C. §2064 (a). Should you have any questions regarding Devon International Trading, please do not hesitate to contact me.

Sincerely,

Kevin G. Sugg
Counsel
Devon International Trading, Inc.

KGS/pld
Enclosures

 800·431·2273

 1100 first avenue
suite 100
king of prussia, pa
19406


PLAINTIFF'S
EXHIBIT
80

w| devonintlgroup.com

**DEVON INTERNATIONAL TRADING INC.'S  RESPONSE**
**TO REQUEST FOR INFORMATION DATED MAY 18, 2009**
**CPSC FILE NO. PI090017**

1.     Identify the person providing the answer(s) contained in your response to this
letter.

        Answer:  Ruth Wu
                Vice-President of Operations
                Devon International Trading, Inc.
                1100 First Avenue
                King Of Prussia, PA 19406
                610-757-4103
                rwu@devonintlgroup.com

                Kevin G. Sugg, Esquire
                Counsel for Devon International Trading, Inc.
                1100 First Avenue
                King Of Prussia, PA 19406
                610-757-4147
                ksugg@devonintlgroup.com


2.     Did you sell, offer for sale, manufacture for sale, distribute in commerce,
purchase, transfer, deliver, install, or import, in any way product during the relevant time
frame?

        Answer:  Yes.  Devon International Trading ("Devon) imported and sold the
product to distributors and wholesalers.

3.     If you answered "yes" to request No. 2, list all such shipments of product
including, for each individual shipment:

        Answer:  Devon imported three shipments of drywall from China between June 1,
2006 and July 7, 2006.  The primary shipment arrived in Pensacola, Florida on or about
June 16, 2006 (hereinafter referred to as "Shipment No. 1").  The second shipment
arrived in Elizabeth, New Jersey on or about June 27, 2006 (hereinafter referred to as
"Shipment No. 2").  The third shipment arrived in Chicago, Illinois on or about July 7,
2006 (hereinafter referred to as "Shipment No. 3").

        a.  The name of the manufacturer of the product;

        Answer:  Shandong Taihe Dongxin Co., Ltd. for all three shipments.

                i. Any identifying marks or brands on the product, including any date
                codes and style numbers;

1

Answer:  Individual sheets of drywall contained the following statement: "MADE IN CHINA MEET OR EXCEEDS ASTM C1396 04 STANDARD."  In Shipment No. 1, drywall sheets were packaged in seven thousand one hundred thirty-three (7,133) bundles containing sixty-eight (68) sheets of drywall each.  Packaging on the outside of the bundles contained a logo stated as "Devon Building Products."

    ii.  The date of manufacture;

Answer:  Between March 15, 2006 and May 31, 2006.  The exact dates of manufacture are unknown.

    iii.  The location of manufacture, including the name of the gypsum mine, or other mine, if known;

Answer:  Unknown.

b.  The amount of product in the shipment;

Answer:  Shipment No. 1 contained 485,044 (+/-3%) sheets of drywall.  In the course of ocean transit from China to Pensacola, Florida, Shipment No. 1 was significantly damaged.  As a result of the damage, 255,680 sheets of drywall (3,760 bundles) were declared to be unusable, and 229,364 sheets of drywall (3,373 bundles) were determined to be available for sale.   Shipment No. 2 contained 658 sheets of drywall.  Shipment No. 3 contained 650 sheets of drywall.

c.  The retail price of the product;

Answer:  For Shipment No. 1, see Exhibit "A".  For Shipment No. 2, the wholesale price was $2.00 per sheet for a total sale price of $1,316.00.  For Shipment No. 3, the wholesale price was $4.27 per sheet for a total sale price of $1,024.80.

d.  The type or character of the product in the shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product;

Answer:  The product was gypsum board.  The exact composition and component materials of the product are unknown.  The dimensions were 4' x 12' x 12.7mm.

e.  Identify the person or entity from whom you received the product;

Answer:  The manufacturer of the drywall was Shandong Taihe Dongxin Co., Ltd., Dawenkou, Daiye District, Taian City, Shandong Province, China 271026, phone: 86-538-8811449, fax:  86-538-8811323.  The product was purchased through a trading company, Shanghai Yu Yuan Import & Export Company, No. 19, Wenchang Road, Shanghai City, China, phone: 021-63550563.

Devon - 00004

i.  The nature of the transaction by which you received the product such as importation, sale, consignment, etc;

Answer:  Devon purchased the product in China and transported it to the United States.

ii.  The date on which you received the product;

Answer:  Devon received Shipment No. 1 at the port of Qingdao, China on or about May 1, 2006.  Devon received Shipment No. 2 at the port of Qingdao, China on or about May 28, 2006.  Devon received Shipment No. 3 at the port of Qingdao, China on or about June 1, 2006.

iii.  The manner in which you transferred the product (e.g. ship, rail, truck, etc.) and the name, address, and telephone number of the carrier;

Answer:  Shipment No. 1 was transported by ship from the port of Qingdao, China to the port of Pensacola, Florida by China National Chartering Corp., Beijing, China.  Shipment No. 2 was transported by ship from the port of Qingdao, China to the port of Elizabeth, New Jersey by Mediterranean Shipping (address unknown).  Shipment No. 3 was transported from the port of Qingdao, China to Chicago, Illinois by ship and rail (carrier unknown).

f.  Identify the person or entity to or for whom you sold, distributed, purchased, transferred, delivered, installed, or imported the product;

Answer:  For Shipment No. 1, see Exhibit "A".  Shipment No. 2 was sold to Associated Auctioneers, 2400 E. Tioga Street, Philadelphia, PA 19134.  From Shipment No. 3, 240 sheets of drywall were sold to Greenwood Products, Inc., 15895 SW 72nd Avenue, Portland, Oregon 97224.  The remaining 410 sheets of drywall from Shipment No. 3 remain unsold.

i.  The nature of the transaction by which you sold, distributed, purchased, transferred, delivered or installed the product;

Answer:  The products in all three Shipments were sold to distributors or wholesalers, except for 2,380 sheets of drywall from Shipment No. 1 that were sold to individuals via ebay.

ii.  The date on which you sold, distributed, purchased, transferred, delivered, installed, or imported the product;

Answer:  For Shipment No. 1, see Exhibit "A".  Shipment No. 2 was sold to Associated Auctioneers on or about December 8, 2006.  From Shipment No. 3, 240 sheets of drywall were sold to Greenwood Products on or about July 7, 2006.

3

iii. The manner in which you transferred the product (e.g. ship, rail, truck, etc.) and the name, address, and telephone number of the carrier.

Answer: For Shipment No. 1, see Exhibit "A". For Shipment No. 2, Associated Auctioneers received possession of the drywall at the marine terminal or warehouse in New Jersey. For Shipment No. 3, Greenwood Products received possession of the drywall at the warehouse of PacTrans Air & Sea, Inc. in Elk Grove Village, Illinois.

4.       Provide all documents and records related to the transactions identified in Request No. 3.

Answer: See documents attached hereto as Exhibit "B".

5.       Provide the following:

a. Address(es) where you currently store and maintain any drywall imported from China, and identify the person(s) who supervises your drywall inventory at that location(s).

Answer: For Shipment No. 3, the unsold 410 sheets of drywall are in the possession and control of PacTrans Air & Sea, Inc., 950 Thorndale Avenue, Elk Grove Village, Illinois, 60007, phone 847-766-9988, fax 847-766-9020.

b. Amount of drywall imported from China currently in your inventory?

Answer: None.

6.       Identify any communication your firm has had with any Chinese manufacturer, distributor or exporter, either through a representative in China or outside of China, about the product or the drywall problem? For any such communication, state:

a. The identity of any person or entity involved in such communication;

Answer: Devon has not had any communication with the manufacturer regarding the "drywall problem." Devon communicated with the manufacturer regarding the purchase of the drywall. Devon's representatives were Robert Scharf and Julian Chu.

b. The date of any such communication;

Answer: Between January 2006 and May 2006, Devon had numerous communications regarding the purchase of the drywall.

c. The substance of any such communication; and

4

Answer:  Purchase of the drywall.

   d.  If your communication related to a purchase of product, describe the process by which your firm made the transaction including:

      i.  Is the product manufactured to your firm's requested specification?

Answer:  Yes.

      ii.  Does your firm place the order from a catalog?

Answer:  No.

7.     Provide all documents and records related to the communications identified in Request No. 6.

Answer:  See the documents attached hereto as Exhibit "C".

8.     Identify any persons or entities other than your firm who sold, offered for sale, manufactured for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported any product during the relevant time frame.

Answer:  None.

9.     Identify all complaints or claims of any sort related to the drywall problem including but not limited to, warranty or insurance claims, legal actions, repair, refund, or injury claims, comments related to quality or conformity of the drywall, or customer complaints, made by your firm, or received by your firm, including any internal complaints or claims, in any manner.  Include information related to any such complaint or claims received by your firm from any person or entity identified in your response to Request Nos. 3 or 8. For each such complaint or claim, provide:

Answer:  Devon has been advised by its customer, North Pacific Group, Inc., of several potential Chinese drywall claims.  No direct claims have been made against Devon.

   a.  The identity of any person or entity making such complaint or claim;

Answer:  1.  ENAP, Inc., 555 Hudson Valley Avenue, Suite 200, New Windsor, NY 12553-5509.  2. Adams Homes (address unknown).

   b.  The person or entity receiving such complaint or claim;

Devon - 00007

Answer:  North Pacific Group, Inc.

c.   The date of such complaint or claim;

Answer:  Devon was advised on or about June 9, 2009 regarding the claim by ENAP.  With regard to the Adams Homes claim, Devon was first advised on or about April 1, 2009.

d.   The substance of such complaint or claim;

Answer:  Apparent odor problems and suspected corrosion of wiring.

e.   The means of communication of such complaint or claim; and

Answer:  Devon was advised by email.

f.   All actions taken in response or the resolution of any such complaint or claim.

Answer:  None by Devon.


10.   Provide all documents and records related to the complaint or claims identified in Request No. 9.

Answer:  See the documents attached hereto as Exhibit "D".

Devon - 00008

# EXHIBIT A

Devon - 00009

## EXHIBIT A

1.      Product from Shipment No. 1 was sold to the following purchasers:

a.      North Pacific Group, Inc.
        10200 S.W. Greenburg Road
        Portland, OR 97233
        Ph: 503-231-1166

        Dates of Purchase: 8/1/2006 to 9/5/2006.

        Amount Purchased: 27,195 sheets (approximate).

        Price: $8.50 per sheet.
        Total payments received from North Pacific equaled $231,158.39.

        Manner of Transfer: Product delivered to Buyer or Buyer's carrier at the Port of
        Pensacola.

b.      Mazer Discount Home Center
        2 South 41st Street
        Birmingham, AL 55222-1929
        Ph: 205-595-5521

        Dates of Purchase: 8/9/2006 to 5/7/2007

        Amount Purchased: 84,121 sheets (approximate).

        Price: 6,188 sheets at $9.00 per sheet and 248,234 sheets (approximate) at $3.50
        per sheet. Total payments received from Mazer equaled $294,426.

        Manner of Transfer: Product delivered to Buyer or Buyer's carrier at the Port of
        Pensacola.

c.      Gulf Coast Shelter
        P.O. Box 1372
        Fairhope, AL 36533
        Ph: 866-517-1240

        Dates of Purchase: 12/14/2006 to 5/31/2007

        Amount Purchased: 132,685 sheets (approximate)

Price: $4.00 per sheet.
   Total payments received from Gulf Coast equaled $530,740.

Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

d.   Caremia Builders, LLC
     P.O. Box 6482
     Slidell, LA 70469

     Date of Purchase: 4/17/2007

     Amount Purchased: 476 sheets.

     Price: $2,000 (total purchase).

     Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

e.   Maga Material Supply, Inc.
     542 McGuire Road
     Pelham, AL 35124

     Date of Purchase: 4/27/2007

     Amount Purchased:  476 sheets.

     Price:  $476 (total purchase).

     Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

f.   Omega Steel Co.
     10 Washington Street
     Madison, Illinois 62060

     Date of Purchase: 3/9/2007

     Amount Purchased:   476 sheets.

     Price:  $2,000 (total purchase).

Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

g.   Charles Nicholas
     Address Unknown

     Date of Purchases:  4/9/2007 and 4/27/2007

     Amount Purchased:  2,856 sheets.

     Price:  $15,535 (total purchase).

     Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

h.   Sharkey Sales
     Address Unknown

     Date of Purchase:  4/25/2007

     Amount Purchased:  952 sheets.

     Price:  $3,808 (total purchase).

     Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

i.   Rick Stockett
     Address Unknown

     Date of Purchase:  4/25/2007

     Amount Purchased: 476 sheets.

     Price:  $1,904 (total purchase).

     Manner of Transfer:  Product delivered to Buyer or Buyer's carrier at the Port of Pensacola.

j.   Between 3/16/2007 and 4/22/2007, Devon sold approximately 2,380 sheets of drywall to five individuals via ebay.  The sales were in lots of 476 sheets each. The sale price for each lot was $2,000. These purchases were made by the

following individuals: Brian Yarbor, 5579 Douglas Ferry Rd., Caryville, FL 32427 on 3/16/2007; Tommie Jones, Airport Firehouse, 900 Airline Highway, Kenner, LA 70062 on 3/29/2007; Timothy Ducey, 128, N. 82nd Street, Belleville, IL 62223 on 4/5/2007; Phillip Tencer (address unknown) on 4/12/2007; and Emily Peterson (APS Elevator Company, Inc.) (address unknown) on 4/22/2007. Devon believes that the Buyers picked up their purchases at the Port of Pensacola.

Devon - 00013

# EXHIBIT B

*To: 516-599-8228*
*Bob Scharf*
*2 pages*



DEVON INTERNATIONAL TRADING

## Order Request (PO# D0603019)

**From:**
Devon International Trading, Inc
Devon Building Products
1100 First Ave, Suite 100
King of Prussia, PA 19406

Ruth Wu/U.S. office      610-757-4103 (Phone)
                                610-930-4035 (Fax)
Julian Chu/Shanghai office    21-62717110 x115 (phone)
                                21-62716166 (fax)

**To:**
Shandong Taihe Dongxin Co.,Ltd.
Dawenkou, Daiyue District, Taian City, Shandong Province. China 271026
                                86-538-8811449 (phone)
                                86-538-8811323 (fax)

**Date:**      March 15, 2006

**Description:**
**Quantity:**
485,044 (+/-3%) sheets of Drywalls
4 ft (W) x 12 ft (L), **12.7 mm (thickness)** per sheet, tapered
No more than 94.50 lbs per sheet,
please see the attached documents for more product specs
EXW $3.05 per sheet
Total: $1,479,384.20

**Packaging**
**requirements:**
**Per Sheet:**
4'(W) x 12' (L) x 12.7mm (thickness) per sheet
93.6 lbs (the less the better) per sheet,

**Per Bundle:**
68 sheets per bundle,
1.24m(W)x 3.68m(L)x 0.989m(H), 4.513 CBM per bundle including pallet
Total: 7133 bundles, 3.25 Metric Tons/bundle, 3.575 short tons/bundle

*Drywalls are bundled by metal bands, covered by carboards on
all sides, bundled by metal bands again,
Wooden feet are added to palletize each bundle.
Devon Building Product logo to be imprinted on the cardboards

**Shipipng**
**Method:**
Breakbulk

**Destination:** ~~Mobile, Alabama~~ *Pensacola, FL* *Ruth Wu*

**Latest shipping**
**date:**
All cargo should be ready at the port by April 10-15, 2006

**onsignee:**
Devon International Trading, Inc
1100 First Ave, Suite 100, King of Prussia, PA 19406

06/05/2009  09:37   6102697993                     PAUL CROWLEY                          PAGE  06

07/07 2006 18:44 FAX 86 21 62716166        DEVEN INC                              ☒001

To = Ruth:  3 pages.  Julian.

No.06JYUN-DEV001
Date.  MAR 30,2006

值實确认书
SALES CONFIRMATION

**Devon International Trading , Inc**
**1100 First Ave, Suite 100, King of Prussia, PA 19406**

For account of:

| Name of Commodity, Specifications and Shipping Mark | (2) 數量 Quantity | (3) 單 價 Unit Price | (4) 總 值 Total Amount |
|---|---|---|---|
| | | FOB SHANGHAI | |
| **Drywalls** 4 ft (W) x 12 ft (L), 12.7mm (thickness) 93.60 lbs per sheet (no more than 94.50 lbs) 68 sheets per bundle, total: 7133 bundles bundled by metal bands, covered by carboards *tapered* | 485044 sheets | usd 2.99 | USD 1450281.56 |
| | | | USD 1450281.56 |

Pensacola, FL

☒ T/T PAYMENT

Devon - 00016

## Order Contract
(Translation)

Supplier: Taian City Taishan Gypsum Board Inc
Buyer: Shanghai Yu Yuan Import & Export Company

Contract Number:
Location:

1. Product name, specs, quantity and amount:

| Product Name | Specifications (unit: mm) | Quantity (unit: sheet) | EXW unit price (yuan/sheet) | Total Amount (unit: RMB yuan) |
|---|---|---|---|---|
| Regular gypsum board | 3660x1220x12.7 | 485044 | 26.30 | ¥12756657.20 |
| Total Amount: Twelve Million Seven Hundred Fifty Six Thousand Six Hundred and Fifty Seven 20/100 Yuans | | | | |

2. Quality Standard: Use United States' ASTM C36 and C1396 as production standards to enforce strictly. Every piece of drywall board is imprinted "Made in China Meet or Exceeds ASTM C1396 04 Standard". Also the packaging has shipping mark to include logo provided by U.S. Devon company and the related specs information (see point 4 in this contract). Each of the two sides of the drywalls needs a 40-50 mm wedge-shaped edge. Each board weights less than 42 kg, thickness allowance 0 to -0.4mm.

3. Packaging requirement: Every two pieces' shorter sides (1220mm) need white paper without imprint to seal them. Use plywood-made pallet base. Each pallet loads 68 sheets. Every bundle of drywalls needs two layers of plastic film to wrap it up well. 6 sides of the bundle use drywalls and use metal band to wrap the bundle up.

4. Shipping mark: On the package it should imprint buyer's designated shipping mark.

Devon Company Logo:



Buyer's designated shipping mark:

| | |
|---|---|
| **Shipping Mark:** L/C-022006 | |
| **Goods Name:** GYPSUM BOARD | |
| **Size:** 1220×3660×12.7mm | |

Devon - 00017

# EXHIBIT 2

PLAINTIFFS EXHIBIT

2006/04/19 17:57

Devon - 00438

Devon - 00449

Devon - 00450



Devon - 00452

PLEASE SEE OTHER SIDE

Devon - 00645

Devon - 00658

Devon - 00663

# EXHIBIT 3

 **North Pacific**

July 21, 2006

Ms. Ruth Wu
Devon International Trading

Via facsimile : 610 930-4035

Dear Ms. Wu:

We are returning your invoice unpaid along with a copy of an email transmitted to Bob Scharf. This material was supposed to have shipped back in March. All along we have been telling Bob that the market may drop and the material needs to be shipped. Once the vessel finally arrived we again asked to ship as fast as possible but we were held up an additional month due to the damage and slow off loading as well as legal and insurance holds on the material. Finally we were given the go ahead to begin shipping but by this time, some four months after the intended shipment date, our customers cancelled their orders to us due to the late shipping. North Pacific Group had no alternative but to cancel the purchase due to late shipment.

We have communicated with Bob repeatedly during this process concerning the timeliness of shipment. We have told Bob that North Pacific will assist Devon in marketing the material, however the market has dropped and the sales value will be less than our original orders contained. We have salvaged a small number of orders and we will honor our original purchase price for these loads only. Any future shipments will be at an agreed upon price at the time of shipment. If you would like us to continue to market the material we will do all we can to help you with disposing of the material.

Sincerely,

*Frank Johnston*

Frank Johnston
Division Manager
North Pacific Group
Southern



**SOUTHERN**

P.O. Drawer 391, 797 Industrial Park Drive | Waynesboro, MS 39367 | 601.735.5051
www.northpacific.com

DEVON 00951

# EXHIBIT 4

BOB SCHARF - 516-599-8228
G. JACKSON - 601-735-2602
RUTH WU - 610-630-4035

8/28/2006 1:56 PM

## DEVON INTERNATIONAL
## PATE STEVEDORE COMPANY
## M/V SANKO RALLY
## DISCHARGE SHEETROCK
## PORT OF PENSACOLA
## 6/15-7/12/06

| # | EX SANKO RALLY DATE | PICK UP NO. | CUSTOMER PO | NUMBER OF BDLS | TOTAL BDLS TO DATE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1 | 7/18/06 | 391852 | APO 36541 | 7 | 7 | ORGILL/COTTONDALE TRUCK 303/316 |
| 2 | 7/18/06 | 391926 | APO 36548 | 7 | 14 | ORGILL/COTTONDALE TRUCK 309/311T |
| 3 | 7/19/06 | 359382 | VERBAL | 7 | 21 | NORPAC/WALKER BROS/CARNEY TRK 16/25 |
| 4 | 7/20/06 | 393598 | JB02738 | 7 | 28 | NORPAC/ACE-GAUTHIER/SHELTON OP210/2399 |
| 5 | 7/20/06 | 391177 | 436650 | 7 | 35 | STOCK BLDG, METAIRIE/ADD TRUCKING 1337/153T |
| 6 | 7/20/06 | 391848 | APO 36533 | 0 | 35 | RETURNED 7/25 ORGILL/ANNISTON, AL/WBS 445347/111688 |
| 7 | 7/20/06 | 391846 | APO 36417 | 7 | 42 | ORGILL/THOMASVILLE AL/WHISTL.DIX 1/99404 |
| 12 | 7/21/06 | 391845 | APO 36416 | 7 | 49 | ORGILL/THOMASVILLE AL/COMPASS TPORT 7/3 |
| 8 | 7/20/06 | 391844 | APO 36419 | 7 | 49 | ORGILL/PINE LA/FORREST PROD. 410/725 |
| 9 | 7/21/06 | 391830 | APO 36482 | 7 | 56 | ORGILL/LUMBER CITY GA/BETHEL FARMS 144/163 |
| 10 | 7/21/06 | 432690 | GEORGE 4 | 7 | 63 | BLACK BEAR/CLEARWATER FL/C&S 69/713 |
| 11 | 7/21/06 | 432692 | GEORGE 6 | 7 | 70 | BLACK BEAR/CLEARWATER FL/CHOPCO 409/RH533 |
| 12 | 7/21/06 | 391845 | APO 36416 | 7 | 77 | ORGILL/THOMASVILLE AL/COMPASS TPORT 7/3 |
|  |  |  |  | 84 |  | SUBMITTED TO DEVON 7/21/06 |
| 13 | 7/21/06 | 391851 | APO36540 | 0 | 77 | RETURNED 7/24 ORGILL/HATTIESBURG, MS/YADA 002/728 |
| 14 | 7/24/06 | 391853 | APO36546 | 7 | 84 | ORGILL/TRUSSVILLE, AL/RJ&TRUCKING 109/T11 |
| 15 | 7/24/06 | 432699 | GEORGE 12 | 7 | 91 | BLACK BEAR/CLEARWATER, FL/ZERIMAR ZAID 717/7177 |
| 16 | 7/24/06 | 458935 | 70552 | 7 | 98 | NORPAC/WALKER BROS/CARNEY TRK 1/23 |
|  |  |  |  | 21 |  | SUBMITTED TO DEVON/NORPAC 7/25/06 |
| 17 | 7/25/05 | 432691 | GEORGE 5 | 7 | 105 | BLACK BEAR/SAN ANTONIO, TX/WINCHESTER EXPRESS 5/1 |
| 18 | 7/25/06 | 432697 | GEORGE 10 | 7 | 112 | BLACK BEAR/CLEARWATER, FL/GYPSUM EXPRESS 06318/7197 |
| 19 | 7/25/06 | 464868 | 205929 | 7 | 119 | DISPATCH-70696/FORT PAINE, AL/SUNRISE EXPRESS 066/4839 |
| 20 | 7/25/06 | 391850 | APO36538 | 7 | 126 | ORGILL/GADSDEN, AL/ WBS 445347/111688 |
| 21 | 7/25/06 | 432694 | GEORGE8 | 7 | 133 | BLACK BEAR/CLEARWATER, FL/AUGUSTINE TRUCKING 794/4201 |
| 22 | 7/25/06 | 458936 | 70553 | 7 | 140 | NORPAC/WALKER BROS/CARNEY TRK 11/22 |
| 23 | 7/25/06 | 458937 | 70554 | 7 | 147 | NORPAC/WALKER BROS/CARNEY TRK 5/29 |
|  |  |  |  | 49 |  | SUBMITTED TO DEVON/NORPAC 7/25/06 |
| 24 | 7/27/06 | 437505 | 707428 | 9 | 156 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| 25 | 7/27/06 | 437504 | 707427 | 9 | 165 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| 26 | 7/27/06 | 437503 | 707426 | 9 | 174 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |



PLAINTIFF'S EXHIBIT 82

Devon - 00571

1

BOB SCHARF - 516-599-8228
G. JACKSON - 601-735-2602
RUTH WU - 610-930-4035

8/28/20061:56 PM

**DEVON INTERNATIONAL**
**PATE STEVEDORE COMPANY**
**MV SANKO RALLY**
**DISCHARGE SHEETROCK**
**PORT OF PENSACOLA**
**6/15-7/12/06**

| | EX SANKO RALLY DATE | PICK UP NO. | CUSTOMER PO | NUMBER OF BDLS | TOTAL BDLS TO DATE | |
|---|---|---|---|---|---|---|
| 27 | 7/27/06 | 432693 | GEORGE 7 | 7 | 181 | BLACK BEAR/SAN ANTONIO, FL/PHILLIP WILLIAMS + SON 5/108 |
| 28 | 7/27/06 | 391187 | 4361828 | 7 | 188 | STOCK BLDG/METAIRIE, LA/ADD TRUCKING 78/2738 |
| 29 | 7/27/06 | 437501 | 707424 | 7 | 195 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| 30 | 7/27/06 | 437502 | 707425 | 7 | 202 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| 31 | 7/27/06 | 466006 | 70832 | 7 | 209 | NORPAC/GYPSUM PRODUCTS INC/SHELTON TRK OP258/3999 |
| 32 | 7/27/06 | 437506 | 707429 | 9 | 218 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 37/37 |
| 33 | 7/27/06 | 437507 | 707430 | 9 | 227 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| | | | | 80 | | SUBMITTED TO DEVON/NORPAC 7/27/06 |
| 34 | 7/28/06 | 437508 | 707431 | 9 | 236 | EMERALD COAST BLDG /P'COLA, FL/EMERALD COAST 24/24 |
| | | | | | | SUBMITTED TO DEVON/NORPAC 7/28/05 |
| 35 | 7/31/06 | 437596 | ROWLAND 1 | 7 | 243 | LIVE OAKS, FL/CONSOLIDATED LUMBER TRANS 520/0202 |
| 36 | 7/31/06 | 391847 | APO36308 | 7 | 250 | ORGILL/ANDALUSIA, FL/HUGG/IND TRANS 408916/1133 |
| | | | | 14 | | SUBMITTED TO DEVON/NORPAC 7/31/06 |
| 37 | 8/1/05 | 391842 | APO36455 | 7 | 257 | ORGILL/NAVARRE, FL/RAPID TRANS 777/777 |
| 38 | 8/1/06 | 437509 | 707432 | 9 | 266 | EMERALD COAST BLDG/P'COLA, FL/EMERALD COAST 37/37T |
| 39 | 8/1/06 | 391843 | APO36456 | 7 | 273 | ORGILL/NAVARRE, FL/RAPID TRANS 777/777 |
| 40 | 8/1/06 | 437510 | 707433 | 8 | 281 | EMERALD COAST BLDG/P'COLA, FL/EMERALD COAST 37/37 |
| | | | | 31 | | SUBMITTED TO DEVON/NORPAC 8/1/06 |
| 41 | 8/3/06 | 459938 | 70555 | 7 | 288 | NORPAC/WALKER BROS/CARNEY TRK 7/34 |
| 42 | 8/3/06 | 391855 | APO36579 | 7 | 295 | ORGILL/PHILADELPHIA, MS/P HUGHES TRK 1019/1005 |
| 43 | 8/3/06 | 437598 | ROWLAND 3 | 7 | 302 | ENAP/LIVE OAK, FL/2 BROTHERS TRK 1/11/1669 |
| | | | | 21 | | SUBMITTED TO DEVON/NORPAC 8/3/06 |
| 44 | 8/4/05 | 391849 | APO 36535 | 7 | 309 | ORGILL/TUPELO, MS/NEW LINE TRANS 831/897 |
| | | | | 7 | | SUBMITTED TO DEVON/NORPAC 8/7/06 |
| 45 | 8/7/06 | 432784 | 707476 | 9 | 318 | EMERALD COAST/P'COLA, FL/EMERALD COAST TRK 37/37 |
| 46 | 8/7/06 | 432785 | 707477 | 9 | 327 | EMERALD COAST/P'COLA, FL/EMERALD COAST TRK 37/37 |
| 47 | 8/7/06 | 437511 | 707475 | 9 | 336 | EMERALD COAST/P'COLA, FL/EMERALD COAST TRK 37/37 |
| | | | | 27 | | SUBMITTED TO DEVON/NORPAC 8/7/06 |
| 48 | 8/8/06 | 432788 | 707480 | 9 | 345 | EMERALD COAST/P'COLA, FL/EMERALD COAST TRK 37/37 |
| 49 | 8/8/06 | 432786 | 707478 | 9 | 354 | EMERALD COAST/P'COLA, FL/EMERALD COAST TRK 37/37 |

Devon - 00572

2

BOB SCHARF - 518-599-8228
G. JACKSON - 601-735-2602
RUTH WU - 610-930-4035

8/28/2006 1:57 PM

**DEVON INTERNATIONAL**
**PATE STEVEDORE COMPANY**
**MV SANKO RALLY**
**DISCHARGE SHEETROCK**
**PORT OF PENSACOLA**
**6/15-7/12/06**

| | EX SANKO RALLY DATE | PICK UP NO. | CUSTOMER PO | NUMBER OF BDLS | TOTAL BDLS TO DATE | |
|---|---|---|---|---|---|---|
| 50 | 8/8/06 | 432787 | 707479 | 9 | 363 | EMERALD COAST/P.COLA, FL/EMERALD COAST TRK 24/24 |
| | | | | | | SUBMITTED TO DEVON/NORPAC 8/8/05 |
| 51 | 8/9/06 | 437597 | rowland 2 | 27 | 370 | ENAP/LIVE OAK, FL/J A RAY TRUCKING 6739/07649 |
| | | | | 7 | | SUBMITTED TO DEVON/NORPAC 8/9/06 |
| | | | | | | RETURNED FOR RECEIPT ONLY PER NORPAC - SEE PICTURE |
| 52 | 8/10/06 | 394845 AND 391846 | 391846 | -9 | 361 | ENAP/JACKSONVILLE/CONS LBR 30956/DA-48-0100 |
| | 8/15/06 | 437599 | ROWLAND 4 | 7 | 368 | SUBMITTED TO DEVON/NORPAC 8/15/06 |
| 53 | 8/21/06 | 432789 | 707481 | 7 | 377 | EMERALD COAST/P.COLA, FL/EMERALD COAST TRK 37/37 |
| 54 | 8/21/06 | 432790 | 707482 | 9 | 386 | EMERALD COAST/P.COLA, FL/EMERALD COAST TRK 37/37F |
| | | | | 18 | | SUBMITTED TO DEVON/NORPAC 8/21/06 |
| 55 | 8/22/06 | 432792 | 707484 | 9 | 395 | EMERALD COAST/P.COLA, FL/EMERALD COAST TRK 37/37F |
| | | | | | | SUBMITTED TO DEVON/NORPAC 8/22/06 |
| 56 | 8/23/06 | 432791 | 707483 | 9 | | EMERALD COAST/P.COLA, FL/EMERALD COAST TRK 37/37F |
| | | | | | | SUBMITTED TO DEVON/NORPAC 8/28/06 |

Devon - 00573

3

Aug 28 06 01:20p        Rosalie                    850-438-5214              p.4

STRAIGHT BILL OF LADING~ SHORT FORM         ORIGINAL   NOT NEGOTIABLE

Carrier's Name: Emerald Coast   TRK-37                    Shipper's No. 433791

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 8-23-06 FROM 720 A S Barancas st

Consigned TO Emerald Coast Building Material

Destination 8040 Palafox St          Street   Pensacola          City

_____ County          State Fl          Zip

Route

Delivery Address

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Street          City          State

| No. Packages | TCM. | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 1 | | 5/8" x 4' x 12' Gypsum Board | 59,127 | IL | |
| | | @ 612 Pcs | | | |
| | | PO # 707483 | | | |
| | | Time: 9:10 am | | | |
| | | must be Tarped | | | |

C.O.D. Charges to be Paid by
☐ Shipper   ☐ Consignee

Date Steve ____ Co.
for North Pacific Group      Shipper, Per _____        Agent

Per _____

Permanent post-office address of shipper,

1

Devon - 00574

Devon - 00575

# STRAIGHT BILL OF LADING— SHORT FORM

ORIGINAL – NOT NEGOTIABLE

Shipper's No. 432292

Carrier's Name: Eugene W Carroll TRK 37

Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

at Port of Ponivard (Date) 8-22-06 FROM 7204 S. Barracks St

Consigned TO Georgia Coast Building Materials

On Collect on Delivery Shipments the Letters "C.O.D." must appear before consignee's name or as otherwise provided in item 430, Sec. 1.

Destination 2046 Peligor St _____ Ferandino _____ City _____ State _____ Zip _____

Delivery Address ★ _____ Street _____

(*To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

County _____ State _____

Route. _____

Delivering Carrier _____ Car or Vehicle Initials and No. _____

And Remit to. _____ Street _____ City _____ State _____

Collect on Delivery $ _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 264 | | 4½' x 4' x 12' Gypsum Board | 59,127 lbs | | |
| | | @ 62.050 | | | |
| | | PO # 7024484 | | | |
| | | Time 11:00 AM | | | |
| | | Must be tendel | | | |

**C.O.D. Charges to be**
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ _____

Permanent post-office address of shipper.

Received at Eugene _____ to Grad Shipper, Per MOB
for North Pac.

_____ Dav W _____ Agent

Rosalie   858-438-521 4   p. 4

Aug 22 06 03:26p

Aug 21 06 03:41p     Rosalie                    850-438-5214              P.5

**STRAIGHT BILL OF LADING— SHORT FORM**

ORIGINAL—NOT NEGOTIABLE

Shipper's No. 432790

Carrier's Name: Emerald Coast 27/37F

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 8-21-06 FROM 720A S. Barracks St

Consigned TO Emerald Coast Building Material

Destination 8010 Pole of St          Pens-

County          Street          State          City          Zip

Route

Delivering Carrier          Car or Vehicle Initials and No.

Collect on Delivery $          And Remit to

C.O.D. Charges to be Paid by ☐ Shipper ☐ Consignee

| No. Packages | H.M. | Kind of Packages, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 93 | | ½"x4'x12' Gypsum Board | 59127 | (2) | |
| | | @ 612 Pcs | | | |
| | | PO# 702482 | | | |
| | | Time: 340PM | | | |
| | | must be tarpst | | | |

Date steel note for North Pacific Group

Shipper, Per Darrell

Agent Per X Dan Roberts

1

Aug 21 06 03:41p       Rosalie              850-438-5214              P.4

## STRAIGHT BILL OF LADING— SHORT FORM

ORIGINAL - NOT NEGOTIABLE

Shipper's No. _432989_

Carrier's Name: _Emerald Coast_  37/37          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading.

at _Port of Pensacola_ (Date) _8-21-06_  FROM _720 A S. Barracks St_

Consigned TO _Emerald Coast Building Materials_

Destination _3040 Palafox St_  Street _Pensacola_  City
____County____  _Fl_  State _____ Zip

Route _____

Delivering Carrier _____  Car or Vehicle Initials and No. _____

Collect on Delivery $ _____  And Remit to _____

| No. Packages | H.M. | Kind of Packages, Description of Articles, Special Marks, and Exceptions | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bills | | 1/2" x 4' x 12' Gypsum Board | 57,127 | 153 | |
| | | @ 612 Pcs | | | |
| | | PO # 797481 | | | |
| | | Time: 11:10 AM | | | |
| | | must be tarped | | | |

C.O.D. Charges to be Paid by ☐ Shipper  ☐ Consignee

Pat E Stevedore Co
for North Pacific Group  Shipper, Per _Shawn Davis_

Permanent post-office address of shipper,                              Agent

Per _Dave Metzky_

1

Aug 17 06 02:14p     Rosalie                850-438-5214              p.4

**STRAIGHT BILL OF LADING– SHORT FORM**

ORIGINAL – NOT NEGOTIABLE

Carrier's Name *Emerald Coast 24/24*          Shipper's No. **432787**

Carrier's No.

at *Pensacola*   (Date) **08-08-06**   FROM **720 A. S. Barracks St**

Consigned TO *Emerald Coast Building Materials*

Destination *8040 Palafox St*   Street   *Pensacola*   City

County   *FL* State   Zip

Route

Delivering Carrier _____ Car or Vehicle Initials and No.

Collect on Delivery $ _____ And Remit to _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction)* | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9046 | | 1/2" x 4 x 12' Gypsum Board | 59128 | | |
| | | @ 612 Pcs | | | |
| | | PO: 707479 | | | |
| | | Time 8:25 AM | | | |
| | | Must be Tarped | | | |

Rate Stevedore Co
T North Pacific Group   Shipper, Per *Sharon Davis*

Per *Vincent White*   Agent

Devon - 00581

Aug 17 06 02:14p     Rosalie                      850-438-5214              p.3

STRAIGHT BILL OF LADING– SHORT FORM

ORIGINAL – NOT NEGOTIABLE

Carrier's Name: Emerald Coast 37/37                    Shipper's No. 43278

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

Carrier's No.

at Port of Pensacola (Date) 8-09-06 FROM 720 A.S. Eurocket St

Consigned TO Emerald Coast Building Materials

Destination _____ County _____ Fl State _____ Pens City _____ Zip

Route _____

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

C. O. D. Charges to be Paid by ☐ Shipper   ☐ Consignee

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column | State |
|---|---|---|---|---|---|---|
| 96 | | 8½'x4'x12' Gypsum Board | 59,127 | 16 | | |
| | | @ 612 Pcs | | | | |
| | | PO! 707478 | | | | |
| | | Time: 7.58 AM | | | | |
| | | Must be Tarred | | | | |

Pate Steel Are CO
or North Pacific Group     Shipper, Per Sharon Davis              Per Darin Roberts   Agent

Devon - 00582

1

Aug 17 06 02:14p     Rosalie                    850-438-5214              p.2

STRAIGHT BILL OF LADING– SHORT FORM

ORIGINAL – NOT NEGOTIABLE

Carrier's Name: Emerald Coast 37/37T          Shipper's No. 432788

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading.

at Port of Pensacola (Date) 8-08-06    FROM 720 A.S. Barrancas St

Consigned To Emerald Coast Building Materials

Destination 8040 Palafox St        Pensacola
                County              State                City          Zip

Route

Delivery
Address

Delivering Carrier                              Car or Vehicle Initials and No.

Collect on Delivery $ _____ And Remit to _____

C.O.D. Charges to be
Paid by
☐ Shipper    ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid"

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9Ful | | 5/8" x 4 x 12 Gypsum Board | 59,122 lbs | | |
| | | @ 612 Pcs | | | |
| | | PO# 707480 | | | |
| | | Time 1025 AM | | | |
| | | Must be Taped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Rate Steve Clark $50.00
or North Pacific Group         Shipper, Per _____

                                                  X [signature]          Agent

Devon - 00583

Devon - 00584



STRAIGHT BILL OF LADING—SHORT FORM

ORIGINAL - NOT NEGOTIABLE

Shipper's No. 437511

Carrier's No.

Carrier's Name: Emerald Coast

Date: 8-01-06

FROM 2104 S. Baracles St Pensacola

Consigned TOS: Emerald Coast Building Materials

Destination: 2040 18 1/2 Ave St, Pensacola

Street

County, State

City, Zip

Route

Delivering Carrier:

Car or Vehicle Initials and No.

Collect on Delivery $

And Remit to:

Street

City, State

| No. Packages | HM | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Sub. to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 Bliss | | 1/2 x4 x 12 Gypsum Board | 59,127 | lbs | |
| | | @ 61320 | | | |
| | | Purchaser PO: 724475 | | | |
| | | Trans 120 | | | |
| | | Model 60 lengle | | | |

C. O. D. Charges to be

Paid by

☐ Shipper   ☐ Consignee

Shipper, Per

Agent

Devon - 00585

## STRAIGHT BILL OF LADING— SHORT FORM

ORIGINAL — NOT NEGOTIABLE

Carrier's Name: Engels le Grand
(Date) 8-07-06  FRONTIONS Residenst Personal

Shipper's No. 43273
Carrier's No.

Consigned TO: Engela le Grant
Destination: 2540 Palafat St, Mobile
Street                              City
County                State          Zip

Route
Delivering Carrier                  Car or Vehicle Initials and No.
Collect on Delivery $               And Remit to

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 9 | | Polly 1/2 x 4'x12' Gypsum Board | 59 04 lbs | | |
| | | @ 12 ess | | | |
| | | PO! 207477 | | | |
| | | Tice: 10:55 AM | | | |
| | | Maj 12 12 12 96 | | | |

C.O.D. Charge to be
☐ Paid by ☐ Consignee
☐ Shipper

Shipper, Deacon Davis
per Northpacific Group

Agent
per D. Davis

Devon - 00586

STRAIGHT BILL OF LADING — SHORT FORM          ORIGINAL — NOT NEGOTIABLE

Shipper's No.

Carrier's No. 432784

Carrier's Name _Emerald Coast 37/37T_

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at _R.201 Panacea_ (Date) _8-7-06_   FROM

Consigned _TC Emerald Coast_

Destination _2301 Panacea_   Street, ___   City ___   State ___   Zip ___

Route ___   County ___

Delivering Carrier ___   Car or Vehicle Initials and No. ___

Collect on Delivery $ ___   And Remit to ___   Street ___

| No. Packages | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|
| 96 | 11 1/2 x 4 x 12 Gypsum Board | 59122 lbs | | |
| | @ 6.27¢ | | | |
| | PO 707976 | | | |
| | Time 0900 | | | |
| | must be defined | | | |

C. O. D. Charges to be Paid by ☐ Shipper ☐ Consignee

Shipper, Per _W. Daniel_

Permanent address of shipper ___

Per _W. Davis Roberts_   Agent

# EXHIBIT 5

## FOWLER WHITE
### ATTORNEYS AT LAW
## BURNETT

MIAMI • FORT LAUDERDALE • WEST PALM BEACH • ST. PETERSBURG • VERO BEACH

ESPIRITO SANTO PLAZA
FOURTEENTH FLOOR
1 395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

WWW.FOWLER-WHITE.COM

EDWARD J. BRISCOE
DIRECT PHONE NO.: (305) 789-9252
DIRECT FACSIMILE NO.: (305) 789-9201
EBRISCOE@FOWLER-WHITE.COM

August 7, 2009

*Via Certified Mail, Return Receipt Requested*

PRIVILEGED AND CONFIDENTIAL

Mary Kroh
Compliance Officer
Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Room 613-15
4330 East West Highway
Bethesda, MD 20814-4408

      Re:    CPSC File No. PI090017
              <u>Drywall Imported from the People's Republic of China</u>

Dear Ms. Kroh:

        Please allow this letter to serve as a response on behalf of Emerald Coast Building Materials to the U.S. Consumer Product Safety Commission's request for information regarding Chinese drywall.  While not conceding to application of the Consumer Product Safety Act to this case, we provide the following confidential itemized responses to your requests:

*1.    Identify the person providing the answer(s) contained in your response to this letter.*

William B. Batting, General Manager, Emerald Coast Building Materials, 8040 N. Palafox Street, Suite B, Pensacola, FL 32534, with the assistance of the undersigned counsel.

*2.    Did you sell, offer for sale, purchase, transfer, delivery, or install in any way, any product during the relevant time frame?*

Yes.

*3.    If you answered "Yes" to Request No. 2, provide the following information concerning the product:*

        *a.    Identify all the person(s) or entity(ies) from whom you received the product and for each person or entity provide:*
            *i.    The nature of the transaction(s) by which you received the product such as importation, purchase, consignment, etc.;*

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT
                              TO PROTECTIVE ORDER

SM0033

cb:  Drywall - MDL 2047
        100033 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 2

       ii.   *The name of the manufacturer(s) of the product;*

      iii.  *The total amount of product received;*

      iv.  *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*

      v.   *The date on which you received the product.*

a.   North Pacific Group, Inc
    i.   Purchased from North Pacific.
    ii.  Uncertain of Manufacturer. Believed to be manufactured in China.
    iii. 571,200 square feet.
    iv. 20 truck loads consisting of 11,900 pieces of 1/2"x4'x12' Gypsum Wallboard
    v.  First truckload received on July 27, 2006. Last truck received on August 23, 2006.

   b.  *Identify all person(s) or entity(ies) to or for whom you sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported the product and for each person or entity provide:*

      i.   *The nature of the transaction(s) by which you transferred the product such as sale, installation, etc.;*

      ii.  *The name of the manufacturer(s) of the product;*

      iii. *The total amount of product sold, offered for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported;*

      iv. *The type or character of the product in each shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product, if known, and*

      v.  *The date on which you received the product.*

b.   We did not track to whom we sold this specific product as we sold other brands of product during this time as well.  See also Response to Question 3a (i-v) above.

4.   *Provide all documents and records related to the transactions identified in Request No. 3.*

Emerald Coast Building Materials has been granted an extension of time in which to respond to this particular request, and will therefore provide same on the agreed upon date of August 21, 2009.

FOWLER WHITE BURNETT P.A.  CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SM0034

cb:  Drywall - MDL 2047
100034 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 3

5.   *Provide the following:*
  a.   *Amount of drywall imported from China currently in your inventory.*
  b.   *Address(es) of where you currently store and maintain any drywall imported from China, and identify the person(s) who supervises your drywall inventory at that location(s).*

a.   None.
b.   Not applicable.

6.   *Has your firm had communication with any Chinese manufacturer, distributor or exporter, either through a representative in China or outside of China, about the product or the drywall problem? If so, describe.*

North Pacific Group, Inc. has been advised of claims being asserted against Emerald Coast Building Materials.

7.   *Identify all complaints or claims of any sort related to the drywall problem including but not limited to warranty or insurance claims, legal actions, repair, refund, or injury claims, comments related to quality or conformity of the drywall, or customer complaints, received or made by your firm, including any internal complaints or claims, in any manner. Include information related to any such complaint or claims received or made by your firm from or to any person or entity identified in your response to Request No. 3. For each such complaint or claim, provide:*
  a.   *The identity of any person or entity making such complaint or claim;*
  b.   *The person or entity receiving such complaint or claim;*
  c.   *The date of such complaint or claim;*
  d.   *The substance of such complaint or claim;*
  e.   *The means of communication of such complaint or claim (e.g. letter, etc.); and*
  f.   *All actions taken in response or the resolution of any such complaint or claim.*

a.   Adams Homes of North West Florida, Inc.

     Rightway Drywall, Inc.

     Mitchell Homes

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SM0035

cb:  Drywall - MDL 2047

100035 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 4

Heritage Homes of NW Florida, LLC

Solid Construction of the Gulf Coast, Inc. d/b/a Westerheim Homes

Mitchell Company, Inc. v. Rightway Drywall, Inc. et al., currently pending in U.S. District Court for the Eastern District of Louisiana (MDL 2047) (Smoky Mountain/Emerald Coast was brought into the case via third-party complaint by Rightway Drywall).

Diges E. Little, et. al. v. Mitchell Company, Inc. et al., currently pending in the Circuit Court of Mobile Alabama (Case No.: 901153).

Informal claim by Ryan and Danielle Willey regarding home located at 1722 Graduate Way, Pensacola FL 32514.

Informal claim by Carson Fluharty regarding home located at 1706 Graduate Way, Pensacola FL 32514.

Informal claim by Heritage Homes on behalf of Blake Weekley regarding home located at 6227 Clear Creek Road, Milton, FL 32570.

Informal claim by Heritage Homes on behalf of James and Sarah Knowles regarding home located at 4355 Highway 4, Jay, FL 32565.

Informal claim by Heritage Homes on behalf of Mr. and Mrs. I. D. Brewton regarding home located at 8804 Jernings Road, Pensacola, FL 32514.

Informal claim by Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. the general contractor for the Fluharty residence at 1706 Graduate Way, Pensacola FL 32514.

b.   Emerald Coast Building Materials.

c.   Adams Homes - September 2, 2008
     Rightway Drywall/Mitchell Homes - March 3, 2009
     Heritage Homes - April 22, 2009
     Solid Construction/Westerheim Homes - April 22, 2009
     Mitchell Company, Inc. v. Rightway Drywall, Inc. et al. - May 14, 2009
     Little, et. al. v. Mitchell Company, Inc. et al. - June 23, 2009
     Willey Residence (Westerheim Homes) - April 20, 2009
     Fluharty Residence (Westerheim Homes) - April 17, 2009
     Weekley Residence (Heritage Homes) - June 22, 2009
     Knowles Residence (Heritage Homes) - April 22, 2009
     Brewton Residence (Heritage Homes) - May 26, 2009

FOWLER WHITE BURNETT P.A.    CONFIDENTIAL – SUBJECT
                            TO PROTECTIVE ORDER

SM0036

cb:  Drywall - MDL 2047
     100036 - Smoky Mountain Materials, Inc.

U.S. Consumer Product Safety Commission
Page 5

       Mid-Continent on behalf of Solid Construction of the Gulf Coast, Inc. – June 7, 2009

d.    Claimants complained that the homeowners had notified them of sulfur-like odors, corrosion to copper wiring, premature corrosion of air conditioning coils, corrosion of other metal objects in the homes, etc.

e.    Correspondence from claimants as well as service of suit in the Mitchell and Little matters, as referenced above.

f.    Emerald Coast Building Materials notified its supplier, North Pacific Group, Inc. of said claims and tendered defense to same.

8.    *Provide all documents and records related to the complaint or claims identified in Request No. 7.*

Emerald Coast Building Materials has been granted an extension of time in which to respond to this particular request, and will therefore provide same on the agreed upon date of August 21, 2009.

       If we can be of any further assistance in this matter, please do not hesitate to contact us.

              Very truly yours,

              Edward J. Briscoe
              Attorney for Smoky Mountain Materials, Inc.
              d/b/a Emerald

W:\78688\LETTR404-Resp to CPSC Inquiry re Emerald Coast.SMH

**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .42 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7006 0000 8454 1566

Sent To: M. Kroh – US Consumer Prod Safety Com
Street, Apt. No.; or PO Box No. 4730 East West Hwy Rm 13-15
City, State, ZIP+4 Bethesda, MD 20814

PS Form 3800, August 2006    See Reverse for Instructions

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

FOWLER WHITE BURNETT P.A.

SM0037

cb: Drywall – MDL 2047
    100037 – Smoky Mountain Materials, Inc.



**FOWLER WHITE**
ATTORNEYS AT LAW
**BURNETT**

MIAMI · FORT LAUDERDALE · WEST PALM BEACH · ST. PETERSBURG · VERO BEACH

ESPIRITO SANTO PLAZA
FOURTEENTH FLOOR
1395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

WWW.FOWLER-WHITE.COM

EDWARD J. BRISCOE
DIRECT PHONE NO.: (305) 789-9252
DIRECT FACSIMILE NO.: (305) 789-9201
EBRISCOE@FOWLER-WHITE.COM

August 20, 2009

*Via Certified Mail, Return Receipt Requested*

Mary Kroh
Compliance Officer
Office of Compliance and Field Operations
U.S. Consumer Product Safety Commission
Room 613-15
4330 East West Highway
Bethesda, MD 20814-4408

Re:   CPSC File No. PI090017
      Drywall Imported from the People's Republic of China

Dear Ms. Kroh:

In follow-up to our prior correspondence to you dated August 7, 2009, this will confirm that we previously requested and obtained an extension of time in which to provide responses to numbers 4 and 8 below, on behalf of Emerald Coast Building Materials. Accordingly, please allow this to serve as Emerald Coast Building Materials' supplemental response to the U.S. Consumer Product Safety Commission's request for information regarding Chinese drywall. While not conceding to application of the Consumer Product Safety Act to this case, we provide the following confidential itemized responses to your requests:

*1.     Identify the person providing the answer(s) contained in your response to this letter.*

William B. Batting, General Manager, Emerald Coast Building Materials, 8040 N. Palafox Street, Suite B, Pensacola, FL 32534, with the assistance of the undersigned counsel.

*2.     Did you sell, offer for sale, purchase, transfer, delivery, or install in any way, any product during the relevant time frame?*

Yes.

*3.     If you answered "Yes" to Request No. 2, provide the following information concerning the product:*

FOWLER WHITE BURNETT P.A.   CONFIDENTIAL – SUBJECT
                            TO PROTECTIVE ORDER

SM0038

cb: Drywall - MDL 2047
   100038 - Smoky Mountain Materials, Inc.